**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| GAINES, *et al*. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. _____ |
| | ) | |
| NCAA, *et al*. | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

None.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

None.

(3)     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

| | |
|---|---|
| William Bock III, Atty. No. 14777-49<br>Kevin D. Koons, Atty No. 27915-49<br>Kroger Gardis & Regas, LLP<br>111 Monument Circle, Suite 900<br>Indianapolis, IN 46204<br>Tel: (317) 692-9000<br>Fax: (317) 264-6832<br>E-mail: wbock@kgrlaw.com<br>E-mail: kkoons@kgrlaw.com<br><br>Lead Counsel | Bryan P. Tyson, Ga. Bar No. 515411<br>Thomas C. Rawlings, Ga. Bar No. 595795<br>Deborah A. Ausburn, Ga. Bar No. 028610<br>Taylor English Duma LLP<br>1600 Parkwood Circle, Suite 200<br>Atlanta, GA 30339<br>Tel: (770) 434-6868<br>Fax: (770) 434-7376<br>E-mail: btyson@taylorenglish.com<br>E-mail: trawlings@taylorenglish.com<br>E-mail: dausburn@taylorenglish.com<br><br>Local Counsel |

(4)     [For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a).] The undersigned further certifies that the following is a full and complete list of the citizenship\* of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

None.

*(Signature on following page)*

Submitted this 14th day of March, 2024.

        William Bock III, Atty. No. 14777-49[1]
        Kevin D. Koons, Atty. No. 27915-49[2]
        Kroger Gardis & Regas, LLP
        111 Monument Circle, Suite 900
        Indianapolis, IN 46204
        Tel: (317) 692-9000
        Fax: (317) 264-6832
        E-mail:  wbock@kgrlaw.com
        Email:   kkoons@kgrlaw.com

        */s/ Bryan P. Tyson*
        Bryan P. Tyson, Ga. Bar No. 515411
        Thomas C. Rawlings, Ga. Bar No. 595795
        Deborah A. Ausburn, Ga. Bar No. 028610
        Taylor English Duma LLP
        1600 Parkwood Circle, Suite 200
        Atlanta, GA 30339
        Tel: (770) 434-6868
        Fax: (770) 434-7376
        E-mail: btyson@taylorenglish.com
        E-mail: trawlings@taylorenglish.com
        E-mail: dausburn@taylorenglish.com

        ATTORNEYS FOR PLAINTIFFS

---

[1] Application for admission pro hac vice pending.
[2] Application for admission pro hac vice pending.