AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia ▼

| | |
|---|---|
| GAINES, et al <br><br> *Plaintiff(s)* <br> v. <br> NCAA, et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:24-cv-1109 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Attn: Charlie Baker, President
National Collegiate Athletic Association
700 West Washington Street
Indianapolis, IN 46206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bryan P. Tyson                     with a copy to:
Thomas Rawlings                  William Bock III
Taylor English Duma LLP     Kroger Gardis & Regas, LLP
1600 Parkwood Circle, Suite 200     111 Monument Circle, Suite 900
Atlanta, GA 30339              Indianapolis, IN 46204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date: _____0 314/2024_____              _s/Beverly Creech_____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-1109

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Attn: Charlie Baker, President, National Collegiate Athletic Association
was received by me on *(date)* 3/15/2024

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Crystal Reiner, who is designated by law to accept service of process on behalf of *(name of organization)* National Collegiate Athletic Association on *(date)* 3/15/2024 at 1:30pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 3/15/2024

*Server's signature*

Cristy J. Heisey
*Printed name and title*

111 Monument Circle, Suite 900
Indianapolis, IN 46204
*Server's address*

Additional information regarding attempted service, etc: