AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-01109-MHC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* UNIV. OF GEORGIA

was received by me on *(date)* 03/22/2024 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Natalie Cox, Associate General Conunsel, who is designated by law to accept service of process on behalf of *(name of organization)* UNIV. OF GEORGIA 230 South Jackson Street, Lustrat House, Athens, GA 30602 on *(date)* 03/25/2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/27/2024

*Server's signature*

Randal L. George
*Printed name and title*

4164 Indian Trace, SW
Lilburn GA 30047

*Server's address*

Additional information regarding attempted service, etc:
Served: SUMMONS; COMPLAINT FOR DAMAGES, DECLARATORY, EQUITABLE, AND CLASS RELIEF AND DEMAND FOR JURY TRIAL; CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT and CIVIL COVER SHEET