AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| Riley Gaines et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| National Collegiate Athletic Association et al. | ) |
| *Defendant* | ) |

Case No.   1:24-cv-01109-MHC

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Collegiate Athletic Association                                                    .

Date:     04/04/2024

/s/ Cari K. Dawson
*Attorney's signature*

Cari K. Dawson  213490
*Printed name and bar number*

Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309

*Address*

cari.dawson@alston.com
*E-mail address*

(404) 881-7766
*Telephone number*

(404) 881-7777
*FAX number*