UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RILEY GAINES, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 1:24-cv-01109-MHC |
| v. | ) |
| | ) |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT NCAA'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Defendant National Collegiate Athletic Association ("NCAA") files this Certificate of Interested Persons and Corporate Disclosure Statement and states as follows:

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

None.

(2)   The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

None.

(3)   The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys, including proposed intervenors, in the case:

For Plaintiffs:

William Bock III
Kevin D. Koons
Bryan P. Tyson
Thomas C. Rawlings
Deborah A. Ausburn

For Defendant NCAA:

Cari K. Dawson
Christopher C. Marquardt
John E. Stephenson, Jr.

(4)   The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

The NCAA is a member-led organization dedicated to the success of college athletes. The NCAA's diverse members include schools that award athletic

scholarships every year and provide vast support to help student-athletes graduate. The NCAA's national office oversees all championships, manages programs that benefit student-athletes, and supports member committees that make rules and policies for college sports. Member schools and conferences ultimately decide which rules to adopt for their division, including everything from recruiting and compliance to academics and championships.

      The NCAA, as a membership association, is considered a citizen of every state its members are citizens. The NCAA has at least one member school located in every state in the United States.

*(Signature on following page)*

Respectfully submitted this 4th day of April, 2024.

        ALSTON & BIRD LLP

        */s/ Christopher C. Marquardt*
        Christopher C. Marquardt
        Georgia Bar No. 471150
        chris.marquardt@alston.com
        Cari K. Dawson
        Georgia Bar No. 213490
        cari.dawson@alston.com
        John E. Stephenson, Jr.
        Georgia Bar No. 679825
        john.stephenson@alston.com

        One Atlantic Center
        1201 West Peachtree Street
        Atlanta, GA 30309
        Phone: (404) 881-7000
        Fax: (404) 881-7777

        *Counsel for Defendant National Collegiate Athletic Association*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

This 4th day of April, 2024.

                                                        */s/ Christopher C. Marquardt*
                                                        Christopher C. Marquardt