UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RILEY GAINES, *et al.*,  Plaintiffs, v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, *et al.*,  Defendants. | Case No. 1:24-cv-01109-MHC |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT

For good cause shown, the Court hereby **GRANTS** Defendant National Collegiate Athletic Association's ("NCAA") Unopposed Motion to Extend Time to Respond to Plaintiffs' Class Action Complaint [Doc. 22]. Accordingly, it is ordered that the deadline for the NCAA to answer or otherwise respond to the Complaint [Doc. 1] is hereby **EXTENDED** to and including **May 6, 2024**.

SO ORDERED, this 5th day of April, 2024.

_____
Hon. Mark H. Cohen
Judge, United States District Court