IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RILEY GAINES, et al.,<br><br>   *Plaintiffs*,<br><br>v.<br><br>NATIONAL COLLEGIATE<br>ATHLETIC ASSOCIATION, et al.,<br><br>   *Defendants*. | Civil Action No.<br>1:24-cv-01109-MHC |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants The Board of Regents of the University System of Georgia,[1] Georgia Institute of Technology, University of Georgia, University of North Georgia, Angel Cabrera, Douglas Aldridge, Tom Bradbury, Erin Hames, Barbara Rivera Holmes, Samuel D. Holmes, James M. Hull, Cade Joiner, Patrick C. Jones, C. Everett Kennedy, III, Sachin Shailendra, Mat Swift, James K. Syfan, III, Richard "Tim" Evans,

---

[1] Plaintiffs named "Univ. System of Georgia" and "Georgia Tech" as Defendants. However, there is no legal entity known as the "Univ. System of Georgia;" the correct entity is the "Board of Regents of the University System of Georgia." In addition, the full name of the entity known as "Georgia Tech" is the "Georgia Institute of Technology." And perhaps more importantly, the University of Georgia, University of North Georgia, and the Georgia Institute of Technology are not legal entities capable of suing and being sued but are rather unit institutions of the Board of Regents. Counsel for the parties have discussed these issues and commit to work in good faith in an attempt to resolve any issues about proper parties prior to the State Defendants' filing responsive of pleadings.

W. Allen Gudenrath, C. Thomas Hopkins, Jr., Sarah-Elizabeth Langford, Rachel B. Little, Lowery Houston May, Jose R. Perez, Neil L. Pruitt, Jr., Harold Reynolds, T. Dallas Smith, and Don L. Waters (collectively, the "State Defendants") appear specially and move for an extension of time until May 6, 2024 to respond to Plaintiffs' Complaint. In support of his motion, State Defendants state as follows:

1. On March 14, 2024, Plaintiffs filed their Complaint.

2. Plaintiffs' Complaint is 156 pages long and contains 637 separately numbered paragraphs.

3. Plaintiffs have only served the institutional Defendants and Cabrera, and did so at various times between March 22–26, 2024. Several individual Regent Defendants listed above agreed to waive service, but many individual Regent Defendants—specifically, Aldridge, Evans, Gudenrath, Hopkins, Little, May, Perez, Pruitt, Reynolds, Smith, and Waters—have not yet been served or agreed to waive service.

4. Therefore, the deadlines to answer or otherwise respond to the Complaint for those State Defendants who have been served or agreed to waive service currently vary between April 12–16, 2024, while others do not yet have a deadline to respond.

5. In order to facilitate the efficient administration of this case by providing for a unified response deadline, allow counsel for the parties time

to address any service-related issues, and to allow State Defendants' counsel adequate time to fully evaluate Plaintiffs' voluminous Complaint, State Defendants respectfully request an extension of time to answer or otherwise respond to Plaintiffs' compliant until May 6, 2024.

6. State Defendants have not previously requested an extension of time to respond to the Complaint.

7. This extension will not affect the orderly administration of this case nor any other deadlines as the Court has not yet entered a scheduling order. Moreover, the Court has granted Defendant National Collegiate Athletic Association a similar extension, meaning that a similar extension for State Defendants would unify the response deadlines for all Defendants who have been served or agreed to waive service.

8. Pursuant to the Court's standing order, State Defendants' counsel has conferred with Plaintiffs' counsel. Plaintiffs do not oppose State Defendants' request.

9. For these reasons, good cause for an extension of time exists and State Defendants respectfully request that the Court extend their deadline to respond to the Complaint through and including May 6, 2024.

10. A proposed order is attached.

Respectfully submitted this 12th day of April, 2024.

*/s/ Edward A. Bedard*
Josh B. Belinfante        047399
Vincent R. Russo          242628
Edward A. Bedard          926148
Anna E. Edmondson         289667
ROBBINS ALLOY BELINFANTE
  LITTLEFIELD, LLC
500 14th St. NW
Atlanta, GA 30318
T: 678-701-9381
E: jbelinfante@robbinsfirm.com
   vrusso@robbinsfirm.com
   ebedard@robbinsfirm.com
   aedmondson@robbinsfirm.com

*Counsel for State Defendants*
