IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RILEY GAINES, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al., <br><br> *Defendants*. | Civil Action No. <br> 1:24-cv-01109-MHC |

**ORDER GRANTING STATE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

This matter is before the Court on State Defendants'[1] Unopposed Motion for an Extension of Time to Respond to the Complaint. For good cause shown, the Motion [Doc. 26] is GRANTED.

---

[1] State Defendants include The Board of Regents of the University System of Georgia, Georgia Institute of Technology, University of Georgia, University of North Georgia, Angel Cabrera, Doug Aldridge, Tom Bradbury, Richard "Tim" Evans, W. Allen Gudenrath, Erin Hames, Barbara Rivera Holmes, Samuel D. Holmes, C. Thomas Hopkins, Jr., James M. Hull, Cade Joiner, Patrick C. Jones, C. Everett Kennedy, III, Sarah-Elizabeth Langford, Rachel B. Little, Lowery Houston May, Jose R. Perez, Neil L. Pruitt, Jr., Harold Reynolds, Sachin Shailendra, T. Dallas Smith, Mat Swift, James K. Syfan, III, and Don L. Waters. The Court is aware that not all State Defendants have been served or have yet agreed to waive service. This Order is not intended to affect the deadlines or rights of any such Defendants.

IT IS THEREFORE ORDERED THAT State Defendants shall have until May 6, 2024 to answer or otherwise respond to the Complaint.

SO ORDERED, this 12th day of April, 2024.

_____
Hon. Mark H. Cohen
United States District Judge