IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RILEY GAINES, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al., <br><br> *Defendants.* | Civil Action No. <br> 1:24-cv-01109-MHC |

**STATE DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS
& CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.3, Defendants The Board of Regents of the University System of Georgia,[1] Georgia Institute of Technology, University of Georgia, University of North Georgia, Angel Cabrera, Doug Aldridge, Tom Bradbury, Richard "Tim" Evans, W. Allen Gudenrath, Erin Hames, Barbara Rivera Holmes, Samuel D. Holmes, C. Thomas Hopkins, Jr., James M. Hull, Cade Joiner, Patrick C. Jones, C.

---

[1] Plaintiffs named "Univ. System of Georgia" and "Georgia Tech" as Defendants. However, there is no legal entity known as the "Univ. System of Georgia;" the correct entity is the "Board of Regents of the University System of Georgia." In addition, the full name of the entity known as "Georgia Tech" is the "Georgia Institute of Technology." And perhaps more importantly, the University of Georgia, University of North Georgia, and the Georgia Institute of Technology are not legal entities capable of suing and being sued but are rather unit institutions of the Board of Regents. Counsel for the parties have discussed these issues and commit to work in good faith in an attempt to resolve any issues about proper parties prior to the State Defendants' filing responsive of pleadings.

Everett Kennedy, III, Sarah-Elizabeth Langford, Rachel B. Little, Lowery Houston May, Jose R. Perez, Neil L. Pruitt, Jr., Harold Reynolds, Sachin Shailendra, T. Dallas Smith, Mat Swift, James K. Syfan, III, and Don L. Waters[2] (collectively, the "State Defendants") hereby appear specially and submit their Certificate of Interested Persons and Corporate Disclosure Statement:

1.  **The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor.**

    None.

2.  **The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:**

    None.

3.  **The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys, including proposed intervenors, in the case:**

---

[2] As of the filing of this Certificate, Plaintiffs have only served the institutional Defendants and Cabrera. Several individual Regent Defendants listed above agreed to waive service, but many individual Regent Defendants—specifically, Aldridge, Evans, Gudenrath, Hopkins, Little, May, Perez, Pruitt, Reynolds, Smith, and Waters—have not yet been served or agreed to waive service. State Defendants' counsel therefore appear specially on behalf of such Defendants while counsel are continuing to work out these issues.

**For Plaintiffs:**

William Bock III
Kevin D. Koons
Bryan P. Tyson
Thomas C. Rawlings
Deborah A. Ausburn

**For Defendant NCAA:**

Cari K. Dawson
Christopher C. Marquardt
John E. Stephenson, Jr.

**For State Defendants:**

Josh B. Belinfante
Vincent R. Russo
Edward A. Bedard
Anna E. Edmondson

4. **The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:**

State Defendants are either various governmental entities or State officials of the State of Georgia. As constituent entities of the State of Georgia, each governmental entity named as a defendant is a citizen of the State of Georgia. Each individual defendant is likewise a citizen of the State of Georgia.

Respectfully submitted this 12th day of April, 2024.

*/s/ Josh B. Belinfante*
Josh B. Belinfante     047399
Vincent R. Russo       242628
Edward A. Bedard       926148

        Anna E. Edmondson    289667
ROBBINS ALLOY BELINFANTE
   LITTLEFIELD, LLC
500 14th St. NW
Atlanta, GA 30318
T: 678-701-9381
E: jbelinfante@robbinsfirm.com
   vrusso@robbinsfirm.com
   ebedard@robbinsfirm.com
   aedmondson@robbinsfirm.com

*Counsel for State Defendants*

– 4 –