UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GAINES, *et al*. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-01109-MHC |
| | ) | |
| NCAA, *et al*. | ) | |
| | ) | |
| Defendants. | ) | |

**<u>AMENDED
CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT</u>**

(1)  The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

None.

(2)  The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

Independent Council on Women's Sports

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

| | |
|---|---|
| William Bock III, Atty. No. 14777-49<br>Kevin D. Koons, Atty No. 27915-49<br>Kroger Gardis & Regas, LLP<br>111 Monument Circle, Suite 900<br>Indianapolis, IN 46204<br>Tel: (317) 692-9000<br>Fax: (317) 264-6832<br>E-mail: wbock@kgrlaw.com<br>E-mail: kkoons@kgrlaw.com<br><br>Lead Counsel | Bryan P. Tyson, Ga. Bar No. 515411<br>Thomas C. Rawlings, Ga. Bar No. 595795<br>Deborah A. Ausburn, Ga. Bar No. 028610<br>Taylor English Duma LLP<br>1600 Parkwood Circle, Suite 200<br>Atlanta, GA 30339<br>Tel: (770) 434-6868<br>Fax: (770) 434-7376<br>E-mail: btyson@taylorenglish.com<br>E-mail: trawlings@taylorenglish.com<br>E-mail: dausburn@taylorenglish.com<br><br>Local Counsel |

(4) [For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a).] The undersigned further certifies that the following is a full and complete list of the citizenship* of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

None.

*(Signature on following page)*

Submitted this 25th day of April, 2024.

                                                                  */s/ William Bock III*
William Bock III, Atty. No. 14777-49*
Kevin D. Koons, Atty. No. 27915-49*
Kroger Gardis & Regas, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204
Tel: (317) 692-9000
Fax: (317) 264-6832
E-mail:  wbock@kgrlaw.com
Email:   kkoons@kgrlaw.com
*Admitted *pro hac vice*

*/s/Bryan P. Tyson*
Bryan P. Tyson, Ga. Bar No. 515411
Thomas C. Rawlings, Ga. Bar No. 595795
Deborah A. Ausburn, Ga. Bar No. 028610
Taylor English Duma LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Tel: (770) 434-6868
Fax: (770) 434-7376
E-mail: btyson@taylorenglish.com
E-mail: trawlings@taylorenglish.com
E-mail: dausburn@taylorenglish.com

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D, counsel certifies that the foregoing was prepared in Times New Roman, 14 point font, in compliance with Local Rule 5.1C.

*/s/ Bryan P. Tyson*
Bryan P. Tyson
Georgia Bar No. 515411

Attorney for Plaintiffs