IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RILEY GAINES, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>NATIONAL COLLEGIATE<br>ATHLETIC ASSOCIATION, et al.,<br><br>    *Defendants*. | Civil Action No.<br>1:24-cv-01109-MHC |

**ORDER GRANTING DEFENDANTS' UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

This matter is before the Court on State Defendants and Defendant NCAA's Unopposed Joint Motion for an Extension of Time to Respond to the Complaint. For good cause shown, the Motion is GRANTED.

IT IS THEREFORE ORDERED THAT State Defendants and the NCAA shall have until June 5, 2024 to answer or otherwise respond to the Complaint.

SO ORDERED, this 3rd day of May, 2024.

_____
Hon. Mark H. Cohen
United States District Judge