IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

RILEY GAINES, *et al.*,

        *Plaintiffs*,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, *et al.*,

        *Defendants*,

and

NATIONAL WOMEN'S LAW CENTER,

    [*Proposed*] Intervenor-Defendant.

No. 1:24-cv-01109-MHC

May 6, 2024

## [PROPOSED] INTERVENOR-DEFENDANT NATIONAL WOMEN'S LAW CENTER'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 3.3 and Federal Rule of Civil Procedure 7.1, Proposed Intervenor-Defendant National Women's Law Center ("NWLC") files this Certificate of Interested Persons and Corporate Disclosure Statement, stating as follows:

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or

proposed intervenor:

Proposed Intervenor-Defendant NWLC is a non-profit entity that has no parent corporation and issues no stock. The following is a complete list of the parties in this case:

- Plaintiffs Riley Gaines, Reka Gyorgy, Kylee Alons, Kaitlynn Wheeler, Ainsley Erzen, Ellie Eades, Lily Mullens, Susanna Price, Carter Satterfield, Kate Pearson, Katie Blankinship, Julianna Morrow, Swimmer A, Swimmer B, Track Athlete A, and Volleyball Athlete A.

- Defendants University System of Georgia, Georgia Tech, University of Georgia, University of North Georgia, Ángel Cabrera, Georgia Tech President in his individual and official capacities, Members of the Board of Regents of the University System of Georgia, in their individual and official capacities: Doug Aldridge, Tom Bradbury, Richard "Tim" Evans, W. Allen Gudenrath, Erin Hames, Bárbara Rivera Holmes, Samuel D. Holmes, C. Thomas Hopkins, Jr., MD, James M. Hull, Cade Joiner, Patrick C. Jones, C. Everett Kennedy, III, Sarah-Elizabeth Langford, Rachel B. Little, Lowery Houston May, Neil L. Pruitt, Jr., Harold Reynolds, Sachin Shailendra, T. Dallas Smith, Mat Swift, James K. Syfan, III, Don L. Waters, Jose R. Perez, John Does 1-50 (collectively, the "State Defendants"), and the National Collegiate Athletic Association.

(2) The undersigned further certifies the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case: Sadie Schreiner, and, because Plaintiffs purport to represent a putative class and seek to enjoin NCAA policies nationwide, any woman who is transgender and who is a "past, current, or future NCAA athlete" may have interests that could be substantially affected by the outcome of this case, including the class certification decision.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

<u>For Plaintiffs</u>:

Deborah A. Ausburn
William Bock III
Kevin D. Koons
Thomas C. Rawlings
Bryan P. Tyson

<u>For Defendant National Collegiate Athletic Association</u>:

Cari K. Dawson
Christopher C. Marquardt
John E. Stephenson, Jr.

<u>For State Defendants</u>:

Edward Bedard
Joshua B. Belinfante

Anna N. Edmondson
Javier Pico-Prats
Vincent R. Russo, Jr.

For Proposed Intervenor-Defendant NWLC:

**American Civil Liberties Union Foundation of Georgia, Inc.**
Nneka Ewulonu
Cory Isaacson

**American Civil Liberties Union Foundation**
Joshua Block*
Jennesa Calvo-Friedman*

**Cooley LLP**
Celene C. Chen*
Kathleen Hartnett*
Patrick Hayden*
Zoë Helstrom*
Katelyn Kang*
Valeria M. Pelet del Toro*
Elizabeth F. Reinhardt*

*Pro hac vice *pending*

| | |
|---|---|
| Dated: May 6, 2024 | /s/_____<br>Nneka Ewulonu |
| Joshua A. Block* | Georgia Bar No. 373718 |
| Jennesa Calvo-Friedman* | Cory Isaacson |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | Georgia Bar No. 983797<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF GEORGIA, INC. |
| 125 Broad Street, 18th Floor | |
| New York, NY 10004 | P.O. Box 570738 |
| Phone: (212) 549-2569 | Atlanta, GA 30357 |
| jblock@aclu.org | Phone: (770) 303-8111 |
| jcalvo-friedman@aclu.org | newulonu@acluga.org<br>cisaacson@acluga.org |
| Patrick J. Hayden* | |
| Katelyn Kang* | |
| Valeria M. Pelet del Toro* | Kathleen Hartnett* |

| | |
|---|---|
| COOLEY LLP<br>55 Hudson Yards<br>New York, NY 10001-2157<br>Phone: (212) 479-6000<br>phayden@cooley.com<br>kkang@cooley.com<br>vpeletdeltoro@cooley.com | Zoë Helstrom*<br>COOLEY LLP<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111<br>Phone: (415) 693-2000<br>khartnett@cooley.com<br>zhelstrom@cooley.com |
| Elizabeth Reinhardt*<br>COOLEY LLP<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 20004-2400<br>Phone: (202) 776-2353<br>ereinhardt@cooley.com | Celene Chen*<br>COOLEY LLP<br>500 Boylston Street, 14th Floor<br>Boston, MA 02116-3736<br>Phone: (617) 937-2305<br>celene.chen@cooley.com |

*Counsel for Intervenor-Defendant*
*Pro hac vice *pending*