IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RILEY GAINES, et al.,

    Plaintiffs,

v.

NATIONAL COLLEGIATE
ATHLETIC ASSOCIATION, et al.,

    Defendants.

CIVIL ACTION FILE

NO. 1:24-CV-1109-MHC

## ORDER

The Complaint in this case was filed on March 14, 2024 [Doc. 1]. The Court granted multiple unopposed motions for extensions of time in which to answer or otherwise respond to the Complaint, extending Defendants' deadline to June 5, 2024. Apr. 5, 2024, Order [Doc. 25]; Apr. 12, 2024, Order [Doc. 27]; May 3, 2024, Order [Doc. 35].

On May 6, 2024, the National Women's Law Center ("NWLC") moved for permissive intervention as a defendant pursuant to Rule 24(b)(1) of the Federal Rules of Civil Procedure ("Mot. to Intervene") [Doc. 36]. Nine days later, and prior to the deadline for filing their response on May 20, 2024, Plaintiffs filed a motion to extend the time by thirty (30) days in which they may file their response

to the NWLC's motion, for the principal reason that the substance of their response may depend upon the answers or responses filed by Defendants on June 5, 2024. Pls.' Mot. to Extend Time to Resp. to the Mot. to Intervene [Doc. 47]. Plaintiffs' motion states that they "contacted counsel for the NWLC and the NWLC objects to the extension of time requested by Plaintiffs." Id. at 5.

Although this Court's Standing Order states that motions for extension of time "will not be granted as a matter of course," it also provides that Counsel "should be guided by courtesy, candor, and common sense[.]" Standing Order [Doc. 6] at 8, 10. This case, which presents complex issues, is in its infancy, and the Court expects Counsel for all parties and putative intervenors to engage with one another professionally and act with common sense when determining their positions with respect to reasonable requests for extensions of time.

Given the short time frame with respect to deciding the current Motion to Extend Time to Respond to the Motion to Intervene, it is hereby **ORDERED** that the NWLC (or, for that matter, any Defendant) shall file any response in opposition to Plaintiffs' Motion to Extend Time to Respond to the Motion to Intervene no

later than May 16, 2024, at 5:00 p.m. EDT.  Plaintiffs shall file their reply to any such response no later than May 17, 2024, at Noon EDT.

**IT IS SO ORDERED** this 16th day of May, 2024.

_____
MARK H. COHEN
United States District Judge