IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RILEY GAINES, et al.,

    Plaintiffs,

v.

NATIONAL COLLEGIATE
ATHLETIC ASSOCIATION, et al.,

    Defendants.

CIVIL ACTION FILE

NO. 1:24-CV-1109-MHC

# ORDER

Following the issuance of this Court's May 16, 2024, Order [Doc. 48] setting a deadline for responses to Plaintiffs' Motion for Extension of Time to Respond to the National Women's Law Center ("NWLC")'s Motion for Permissive Intervention [Doc. 47], no named Defendant filed a response, indicating that the motion is unopposed by present parties. LR 7.1, NDGa. The NWLA filed a response which indicates that it opposes a thirty (30) day extension of time but would agree to a "reasonable extension that allows [NWLC's] motion to intervene to be fully briefed" before the June 5, 2024, deadline for Defendants' responses to the Complaint, because a later deadline "would prevent NWLC from

having its motion to dismiss considered alongside any other dispositive motions." NWLC's Resp. to Pls.' Mot. to Extend Time [Doc. 49] at 1-2.

It appears that NWLC is putting the cart before the horse. Before considering NWLC's proposed motion to dismiss, the Court must first determine whether to grant its Motion for Permissive Intervention. Assuming for the sake of argument that NWLC's motion is granted, the Court would permit it to file its proposed motion to dismiss and await responses before ruling on that motion and any other motions to dismiss filed by one or more Defendants which are ripe for decision.

Accordingly, it is hereby **ORDERED** that Plaintiffs' Motion to Extend Time to Respond to the NWLC's Motion for Permissive Intervention [Doc. 47] is **GRANTED**, and Plaintiffs shall file their response to the NWLC's Motion [Doc. 36] on or before June 19, 2024.

**IT IS SO ORDERED** this 17th day of May, 2024.

_____
MARK H. COHEN
United States District Judge