UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RILEY GAINES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, *et al.*, <br><br> Defendants. | Case No. 1:24-cv-01109-MHC |

## NOTICE OF COMPLIANCE WITH LOCAL RULE 23.1(C)

In accordance with Local Rule 23.1(C), the Parties met and conferred to discuss the need for an order restricting communications with class members under LR 23.1(C)(2), NDGa. Counsel for all Parties agree that such an order is not necessary at this time.

Respectfully submitted this 22nd day of May, 2024.

*/s/ Cari K. Dawson*
Cari K. Dawson
Georgia Bar No. 213490
Christopher C. Marquardt
Georgia Bar No. 471150
John E. Stephenson
Georgia Bar No. 679825

**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309

1

Phone: (404) 881-7000
Fax: (404) 881-7777
Email: cari.dawson@alston.com
Email: chris.marquardt@alston.com
Email: john.stephenson@alston.com

*Counsel for Defendant National Collegiate Athletic Association*

*/s/ Edward A. Bedard*
Josh B. Belinfante
Georgia Bar No. 047399
Vincent R. Russo
Georgia Bar No. 242628
Edward A. Bedard
Georgia Bar No. 926148
Javier I. Pico Prats
Georgia Bar No. 664717
Anna E. Edmondson
Georgia Bar No. 289667

**ROBBINS ALLOY BELINFANTE LITTLEFIELD, LLC**
500 14th St. NW
Atlanta, GA 30318
Phone: 678-701-9381
Email: jbelinfante@robbinsfirm.com
Email: vrusso@robbinsfirm.com
Email: ebedard@robbinsfirm.com
Email: jpicoprats@robbinsfirm.com
Email: aedmondson@robbinsfirm.com

*Counsel for State Defendants*

*/s/ William Bock*
William Bock III, Atty. No. 14777-491 (*pro hac vice*)
Kevin D. Koons, Atty. No. 27915-492 (*pro hac vice*)

2

**KROGER GARDIS & REGAS, LLP** 111 Monument Circle, Suite 900
Indianapolis, IN 46204
Phone: (317) 692-9000
Fax: (317) 264-6832
E-mail: wbock@kgrlaw.com
Email: kkoons@kgrlaw.com

*/s/ Bryan P. Tyson*
Bryan P. Tyson
Georgia Bar No. 515411
Thomas C. Rawlings
Georgia Bar No. 595795
Deborah A. Ausburn
Georgia Bar No. 028610

**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Phone: (770) 434-6868
Fax: (770) 434-7376
E-mail: btyson@taylorenglish.com
E-mail: trawlings@taylorenglish.com
E-mail: dausburn@taylorenglish.com

*Counsel for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of the filing to all counsel of record.

This 22nd day of May, 2024.

/s/ *Cari K. Dawson*
Cari K. Dawson
Georgia Bar Number 213490
**ALSTON & BIRD LLP**
1201 West Peachtree Street Atlanta, Georgia 30309-3424
Phone: 404-881-7000
Fax: 404-881-7777
Email: cari.dawson@alston.com

*Attorney for Defendant Porsche Cars North America, Inc.*