IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RILEY GAINES, et al.,

    Plaintiffs,

v.

NATIONAL COLLEGIATE
ATHLETIC ASSOCIATION, et al.,

    Defendants.

CIVIL ACTION FILE

NO. 1:24-CV-1109-MHC

## ORDER

On June 5, 2024, the State Defendants[1] and Defendant National Collegiate Athletic Association filed motions to dismiss Plaintiffs' Complaint [Docs. 54 and 55]. On June 10, 2024, Plaintiffs filed a Notice of Opposition to Motions to Dismiss and Intent to File an Amended Complaint by June 26, 2024 ("Notice of

---

[1] The State Defendants consist of University System of Georgia, Georgia Institute of Technology, University of Georgia, University of North Georgia, Ángel Cabrerra, Doug Aldridge, Tom Bradbury, Richard "Tim" Evans, W. Allen Gudenrath, Erin Hames, Bárbara Rivera Holmes, Samuel D. Holmes, C. Thomas Hopkins, Jr., MD, James M. Hull, Cade Joiner, Patrick C. Jones, C. Everett Kennedy, III, Sarah-Elizabeth Langford, Rachel B. Little, Lowery Houston May, Jose R. Perez, Neil L. Pruitt, Jr., Harold Reynolds, Sachin Shailendra, T. Dallas Smith, Mat Swift, James K. Syfan, III, Don L. Waters, and John Does 26-50.

Opp'n") [Doc. 56], wherein Plaintiffs "ask that the docket reflect that Plaintiffs may respond to Defendants' Motions to Dismiss by filing an Amended Complaint on or before June 26, 2024." Notice of Opp'n at 3.

Federal Rule of Civil Procedure 15 provides, in pertinent part, that "[a] party may amend its pleading once as a matter of course no later than[] . . . 21 days after service of a motion under Rule 12(b)[] . . . ." FED. R. CIV. P. 15(a)(1)(B). However, the Local Rules of this Court provide that responsive material in opposition to a party's motion must be served on the moving party within "fourteen (14) days after service of the motion." LR 7.1B, NDGa. The Court construes Plaintiffs' Notice of Opposition as a Motion to Extend the Time to respond to Defendants' motions, which is **GRANTED**. Plaintiffs shall file their response to Defendants' Motions or their Amended Complaint no later than June 26, 2024.

**IT IS SO ORDERED** this 10th day of June, 2024.

_____
MARK H. COHEN
United States District Judge