# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RILEY GAINES, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:24-cv-01109-MHC |
| ) | |
| NATIONAL COLLEGIATE ) | |
| ATHLETIC ASSOCIATION, *et al.* ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF DONNA M. HUGHES, PhD

I, Donna M. Hughes, under penalty of perjury, declare as follows:

1. I am a resident of the United States, an adult over the age of eighteen, and am competent to testify and have personal knowledge of the facts stated in this declaration.

2. Since 1996, I have been a professor at the University of Rhode Island (URI), where I most recently held the Eleanor M. and Oscar M. Carlson Endowed Chair in the College of Arts and Sciences' Department of Gender and Women's Studies until my retirement in 2022. URI has only a handful of endowed chair positions, which is the highest ranked position for a professor at URI, higher than a full professorship.

3. Prior to teaching at URI, from 1994 to 1996, I was a lecturer at the University of Bradford in Bradford, England, where I taught undergraduate and graduate courses in women's studies.

4. Before serving at the University of Bradford, I was an instructor at Penn State University, where I previously earned undergraduate, master's, and doctorate degrees in animal science and genetics.

5. I am particularly familiar with the debate and issues related to transgender issues and women's studies and have written on the topic.

6. In February 2021, I wrote an essay called, *Fantasy Worlds on the Political Right and Left: QAnon and Trans-Sex Beliefs*, in which I critiqued the belief systems of QAnon on the political right and of trans-sex/gender identity ideology on the political left, arguing they both have created divisive and harmful fantasies that reject scientific and social realities. A copy of my essay is publicly available at https://4w.pub/fantasy-worlds-on-the-political-right-and-left-qanon-and-trans-sex-beliefs-2/. I specifically discuss the unfairness of transgender male-to-females participating in women's sports.

7. In my essay, I also lamented that "the 'gender identity' movement is canceling people's free speech and academic freedom for anyone who doesn't fall in line, speaks out in opposition, or even calls for the right to debate. People are

2

losing social media accounts or being fired for 'misgendering' someone or not 'affirming' a person's claimed 'gender identity.'"

8. Shortly after my essay was published on a feminist website (www.4W.pub), a movement swept through social media calling for URI to discipline me and even fire me from my position, as demonstrated by an online petition available at https://actionnetwork.org/petitions/in-defense-of-trans-rights-the-university-of-rhode-island-must-fire-donna-hughes.

9. In response to this uproar, the URI's Dean of the College of Arts and Sciences felt compelled to issue a press release denouncing me and condemning my statements, suggesting that my exercise of First Amendment rights were not "exercised responsibly with due regard for [my] other obligations" and that I had failed "to show due respect for the opinions of others and to 'exercise critical self-discipline and judgment' and 'appropriate restraint' in transmitting [my] personal opinions." A true and correct copy of the Dean's press release is available at https://www.uri.edu/news/2021/03/university-response-to-anti-transgender-statements/.

10. Over my years of teaching and writing on controversial topics such as prostitution and sex trafficking, I have become used to criticism and being denounced by critics, even drawing peaceful protests outside of conferences where I have been a speaker.

11.     However, the intensity and ferocity with which my essay drew criticism and opposition rose to a new level. No one seemed to be willing to engage in rational dialogue over the issues I was raising. Rather, the spirit of totalism prevailed.

12.     As the controversy eventually died down, I received emails both supporting and opposing my essay. However, the emails I found most disturbing were ones I received from URI graduate students who said that they privately supported my statements but felt they could not speak up because they would have never gotten their thesis approved or otherwise suffer academic repercussions for speaking out.

13.     Based on my education, research, training, and 35 years of experience in higher education, it is my opinion that individuals such as the Plaintiffs who publicly oppose transgender athletes in women's sports on college campuses face significant discrimination, retaliation, and hostile treatment, which can include threats of violence, shunning, and exclusion from activities. This environment makes it difficult for them to engage in campus life and secure future job opportunities, particularly in education, due to widespread acceptance of gender ideology and pressure from activists.

14. Based on the foregoing, I understand and respect the application by some plaintiffs to remain anonymous and proceed as plaintiffs in the Case under a pseudonym.

I verify under penalty of perjury that the foregoing statements are true and accurate to the best of my knowledge, information, and belief.

Executed on  05/06/24                    .

*Donna M. Hughes*
_____
Donna M. Hughes