# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RILEY GAINES, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) Case No. 1:24-cv-01109-MHC <br> ) <br> ) <br> NATIONAL COLLEGIATE ) <br> ATHLETIC ASSOCIATION, *et al.* ) <br> ) <br> Defendants. ) | |

## **DECLARATION OF CAROLE HOOVEN, PhD**

I, Carole Hooven, under penalty of perjury, declare as follows:

1. I am a resident of the United States, an adult over the age of eighteen, and am competent to testify and have personal knowledge of the facts stated in this declaration.

2. This declaration is being made on behalf of the Plaintiffs in the above-captioned case (the "Case").

3. For two decades I taught at Harvard University's Department of Human Evolutionary Biology (HEB).

4. I was the co-chair of HEB's undergraduate program and a primary department lecturer.

5. While at HEB, I conducted research into which male and female sex hormones most significantly affect behavioral tendencies.

6. In 2023, for reasons I explain below and to my great disappointment, I was forced to step down from my teaching position in the HEB Department.

7. Currently I am serving as an associate at Harvard's lab of psychology and working with the Council of Academic Freedom.

8. Prior to obtaining a teaching position at Harvard's department of HEB I received my Bachelor's degree in Psychology from Antioch College in 1998 and my PhD from Harvard in Biological Anthropology (which eventually became Human Evolutionary Biology) in 2004.

9. I spent the year preceding admission to graduate school conducting research in Uganda, focused on sex differences in the behavior of chimpanzees. I was struck by the increased aggressiveness in males compared to females and contrasts in development expressed by a wide gap of strength capability between the two sexes.

10. That experience inspired me to pursue my PhD in Biological Anthropology (which was later renamed Human Evolutionary Biology) at Harvard University, which I completed in 2004.

11. Upon being hired in Harvard's Human Evolutionary Biology Department as a lecturer, I began teaching courses focused on behavioral

endocrinology. I was incredibly excited for the opportunity because it meant I could combine my two passions of studying the connections between hormones and behavior and teaching.

12. During my time as a lecturer, I was consistently voted senior students' "*Favorite Professor*" and my *Hormones and Behavior* class was named one of *Harvard Crimson's* "top ten tried and true."

13. I taught students with all kinds of backgrounds and sexual identifications. My students knew I loved them and respected them. Additionally, in terms of the basic facts about the nature of human sex differences, my colleagues and I taught the same things, and I knew that they agreed with the content of my courses.

14. In 2021 I took a year of unpaid leave to write *T: the Story of Testosterone the Hormone that Dominates and Divides Us* which explores the role of testosterone in the development and behavior of males and females.

15. After writing the book I was asked by a news agency to speak about the release. This was a great publicity opportunity, so I agreed to the interview.

16. Soon after the interview was broadcast, I came across a concerning Twitter post commenting on statements I had made in the interview. The tweet was from a graduate student member of the HEB Department and the director of HEB's Diversity, Equity, and Inclusion (DEI) task force. This tweet pulled lines from my

3

interview in which I had said that "The fact is that there are in fact two sexes, – there are male and female – and those sexes are designated by the kind of gametes we produce." My comments were retweeted and called "transphobic" and "harmful." I was shocked and distressed to see this public attack on my character, especially by someone representing herself as speaking on behalf of my department and our university.

17. In fact, I am not transphobic and wish no one harm. As stated above, I deeply care about and respect all of my students and teaching college students has been one of the true joys of my career.

18. In response to the concerning Twitter post, I quote tweeted the task force director's quote, writing: "I appreciate your concerns, could you let me know exactly what I said that you consider transphobic or harmful to undergrads? I think you know I care deeply about all of my students, and I also care about science. How about a discussion?" My response drew a lot of attention to the original tweet, some attention in support of me but also many attacks against me.

19. The Twitter interaction quickly received media coverage from around the world. Perhaps most devastatingly, within Harvard, the coverage led to many who did not know me insisting that I was transphobic and opened me up to continuing attacks and threats.

20.     From the *Daily Mail* to *The New York Post* and *Australian,* articles were written with misleading headlines and inaccurate claims about me, such as, "Harvard Professor who refuses to use the term 'pregnant people' and insists on women…" I had not used that term during my interview at all.

21.     Current and previous members of my department publicly accused me on social media of intentionally harming the colleague who initially tweeted their disapproval of my interview. Although I had merely sought to defend my motives and my integrity, I was said to be "punching down" and "threatening the safety of the community." Dishearteningly, I was left undefended by longtime colleagues and friends in my department.

22.     My department administrators told me that they could not publicly support me because the "optics" of the situation prevented it. Eventually, an email was sent out to my department and others, on behalf of the DEI committee, addressing the situation. The email read that my "scientific opinions" have had "serious impact" on others.

23.     The extent of my discussion in the interview which led to the public campaign against me was merely relaying scientific fact regarding human biology that I had been teaching students for more than a decade. I never expected that a scientific understanding of male and female biology which I and my colleagues share, regularly teach on, and research about, and which is recited in hundreds of

scientific articles, treatises and other respected publications would become the basis of continuing public attacks that would ultimately drive me out of my teaching position at Harvard.

24. I learned that even dispassionately discussing long accepted scientific facts could be relentlessly attacked if the facts were perceived to be inconsistent with claims made by those who assert sex is not based in biology but rather solely in volitional choice by individuals.

25. Enduring waves of public attack was emotionally distressing. I was soon diagnosed with severe major depression. I reduced my hours to part time just so I could continue teaching.

26. In the Spring of 2022, for the first time in my career, no undergraduate students would agree to serve as teaching fellows for my *Hormones and Behavior* course so instead I conducted lectures in the form of a seminar.

27. Although I retained my job at Harvard for a time, the fact that I had taken a public position on differences in male and female biology jeopardized my work. Students and faculty were not comfortable associating themselves with me for fear of facing a similar dismantling of their reputations. These circumstances made continuing to teach at Harvard untenable in my opinion—I knew nobody would have my back if I continued to teach what I believed to be scientifically

accurate information. Therefore, I chose to step down and leave the HEB Department at Harvard in January 2023.

28. Although Harvard has a stated goal of creating a space where students feel welcomed and supported and the Harvard motto is veritas, *i.e.*, truth, unfortunately, taking a public position on differences between the sexes being largely rooted in biology is perceived to conflict with the views of some concerning transgender activists, and on a campus such as Harvard, public comments regarding sex-linked differences between males and females—or even the existence of a sex binary— can undermine one's reputation and leave one open to a continuing wave of hostility and threats.

29. I have observed that my experience was not an isolated incident. Other faculty and students have faced outcomes like mine for merely publicly expressing their opinions related to sex-linked biological traits and/or transgender controversies.

30. Based on my experience as a Harvard University faculty member, I believe it is likely that individuals identified as Plaintiffs in this Case, which involves the Plaintiffs' assertion of sex-linked differences between males and females, will experience discrimination, retaliation, hostile treatment, and/or backlash for serving as Plaintiffs particularly in academic or educational settings, including on many college and university campuses or within academic programs,

and this mistreatment is likely to have a significant adverse impact on the Plaintiffs, depriving them of educational experiences and opportunities, job opportunities and other experiences they might otherwise have had, and subjecting them to potentially severe hostility and mistreatment.

31. Based on the foregoing, I understand and respect the request by some Plaintiffs to remain anonymous and proceed as Plaintiffs in the Case under a pseudonym.

I affirm that the foregoing statements are true and accurate to the best of my knowledge, information, and belief.

Executed on June 3, 2024.

*Carole Hooven*
Carole Hooven

8