# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RILEY GAINES, *et al.* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:24-cv-01109-MHC |
| | ) |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, *et al.* | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS

For good cause shown, and for the reasons set forth in the Doe Plaintiffs' Motion for Leave to Proceed under Pseudonyms, it is hereby ordered that Plaintiffs Swimmer A and Track Athlete A are granted leave to proceed under pseudonyms.

**IT IS ORDERED** this ____ day of _____, 2024.

_____
MARK H. COHEN
United States District Judge