# EXHIBIT 1



**NATIONAL WOMEN'S LAW CENTER**
*Justice for Her. Justice for All.*

# NWLC JOINS LAWSUIT DEFENDING TRANS :GE

Abortion

Child Care

Equal Pay & the Wage Gap

General Health Care & Coverage

Income Supports

Supreme Court

Title IX

All Topics  >

How We Work

About  >

Legal Help  >

News and Commentary  >

Take Action  >

Supporter Shop

**DONATE**

 

May 6, 2024

Issues: Athletics, Education & Title IX, In the Movement, LGBTQ Equality, Litigation

Download Files 

## Our Lawsuit:

On May 6th, 2024 NWLC sought intervention in a lawsuit, Gaines et al. v. NCAA et al, and is represented by the American Civil Liberties Union (ACLU), ACLU of Georgia, and Cooley LLP, seeking to protect the rights of transgender women to play NCAA college sports with their peers.

Our arguments in the lawsuit are in opposition to anti trans extremists who are trying to force a blanket ban that will exclude all trans women from college sports governed by the NCAA, regardless of where they're from, what sport they play, and how much their college and teammates may want to welcome these athletes on the team. These extremists also seek to ban trans women from using restrooms and locker rooms that align with their gender identity. NWLC asks that the district court dismiss their case against the NCAA.

The anti trans extremists who brought this lawsuit seek to impose extreme nationwide bans and policies that range from excluding trans women from sports teams, to completely erasing their recorded existence as athletes. They wrongly claim that such relief is needed to protect the rights of cisgender women. Unfortunately, these extremists have already succeeded in intimidating the NCAA to sharply narrow its previously long-

term policy supporting trans women athletes who were receiving gender-affirming healthcare.

Title IX cannot be used to justify exclusion of a vulnerable group of students from educational opportunities just because of how they look, how they play, or who they are. NWLC firmly supports inclusion of women and girls who are transgender in all aspects of school, including sports, as a matter of both civil rights law and of human rights.

We are proud to be entering this important legal battle to ensure extremists cannot misuse Title IX as a weapon to enforce bullying and exclusion of students who want—and deserve—to play college sports with their peers.

**Our Filings:**

May 6th, 2024: Motion to Intervene as Defendant

May 6th, 2024: Memorandum of Law in Support of Motion to Intervene

May 6th, 2024: Declaration of Emily Martin

May 6th, 2024: Motion to Dismiss

## RELATED RESOURCES