# EXHIBIT 15

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RILEY GAINES, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:24-cv-01109-MHC |
| ) | |
| NATIONAL COLLEGIATE ) | |
| ATHLETIC ASSOCIATION, *et al.* ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF KIMBERLY LAYTON

I, Kimberly Layton, under penalties of perjury, affirm that the following statements are true to the best of my knowledge, information, and belief:

1. I am over the age of twenty-one (21).

2. The statements contained in this declaration are based on my personal knowledge and are true and accurate to the best of my knowledge, information, and belief.

3. I understand that the statements made in this declaration will be submitted to the Court in connection with the above-captioned case.

4. I am employed as a paralegal with the law firm Kroger, Gardis & Regas, LLP ("KGR"), 111 Monument Circle, Suite 900, Indianapolis, IN 46204.

5. I have reviewed the documents identified as **Exhibits 1** through **9** to be submitted in the above-captioned matter and affirm that they are authentic,

true and accurate documents to the best of my knowledge, information and belief.

6. **Exhibit 1** to Plaintiffs' Response to National Women's Law Center's ("NWLC") Motion to Intervene as Defendant ("Motion") is a true and accurate copy of *NWLC Joins Lawsuit Defending Trans Inclusion in College Sports* from May 6, 2024, which is available at: https://nwlc.org/resource/nwlc-joins-lawsuit-defending-trans-inclusion-in-college-sports/.

7. **Exhibit 2** to Plaintiffs' Response to NWLC's Motion is a true and accurate copy of *Press Release: National Women's Law Center Intervenes in Defense of Transgender College Athletes* from May 6, 2024, which is available at: https://www.acluga.org/en/press-releases/press-release-national-womens-law-center-intervenes-defense-transgender-college.

8. **Exhibit 3** to Plaintiffs' Response to NWLC's Motion is a true and accurate copy of *Cooley, ACLU Represent National Women's Law Center in Intervening to Defend Transgender College Athletes* from May 6, 2024, which is available at: https://www.cooley.com/news/coverage/2024/2024-05-08-cooley-aclu-represent-national-womens-law-center-in-intervening-to-defend-transgender-college-athletes.

9. **Exhibit 4** to Plaintiffs' Response to NWLC's Motion is a true and accurate copy of *Just Let Kids Play!* from May 10, 2023, which is available at:

https://nwlc.org/just-let-kids-play/.

10. **Exhibit 5** to Plaintiffs' Response to NWLC's Motion is a true and accurate copy of *Dear NCAA, It's Not Too Late to Let Trans & Intersex Students Play!* from January 27, 2022, which is available at: https://nwlc.org/dear-ncaa-its-not-too-late-to-let-trans-intersex-students-play/.

11. **Exhibit 6** to Plaintiffs' Response to NWLC's Motion is a true and accurate copy of *25 Organizations Join WSF Letter to NCAA Regarding Transgender Athlete Participation Policy* from February 15, 2022, which is available at: https://www.womenssportsfoundation.org/advocacy/25-organizations-join-wsf-letter-to-ncaa-regarding-transgender-athlete-participation-policy/.

12. **Exhibit 7** to Plaintiffs' Response to NWLC's Motion is a true and accurate copy of *Why Arizona's Anti-Trans Sports Ban Harms All Women and Girls* from October 16, 2023, which is available at: https://nwlc.org/why-arizonas-anti-trans-sports-ban-harms-all-women-and-girls/.

13. **Exhibit 8** to Plaintiffs' Response to NWLC's Motion is a true and accurate copy of *NWLC Leads Amicus Brief Challenging Anti-Trans Sports Ban in West Virginia* from April 4, 2023, which is available at: https://nwlc.org/nwlc-leads-amicus-brief-challenging-anti-trans-sports-ban-in-west-virginia/.

14. **Exhibit 9** to Plaintiffs' Response to NWLC's Motion is a true and accurate copy of *Letter of 110 Organizations to the NCAA Board of Governors regarding Transgender Eligibility Policies* from April 23, 2024, which is available at: https://www.athleteally.org/wp-content/uploads/2024/04/Open-Letter-to-NCAA-Orgs.pdf.

I swear or affirm under penalties of perjury that the foregoing statements are true to the best of my knowledge, information, and belief.

Dated this 19th day of June, 2024.

_____
Kimberly Layton

4