UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RILEY GAINES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, *et al.*, <br><br> Defendants. | Case No. 1:24-cv-01109-MHC |

[PROPOSED] ORDER GRANTING DEFENDANTS' CONSENT MOTION
FOR EXTENSION OF TIME

Presently before the Court is Defendants' Motion for Extension of Time, seeking an extension to respond to the Amended Complaint and for the parties to complete their Early Planning Conference, submit their Joint Preliminary Report and Discovery Plan, and exchange Initial Disclosures. For good cause shown, the Court **GRANTS** the Motion and hereby **EXTENDS** the deadlines as follows:

1. Defendants' Deadline to respond to the Amended Complaint: July 24, 2024.

2. Plaintiffs' Deadline to file Briefs in Opposition to any Motions to Dismiss: September 23, 2024.

3. Defendants' Deadline to file Reply Briefs in Support of any Motions to Dismiss: October 14, 2023.

4. Deadline to complete the Early Planning Conference: within 14 days of Defendants' respective answers to the Amended Complaint (if necessary).

5. Deadline to submit Joint Preliminary Report and Discovery Plan: within 30 days of Defendants' respective answers to the Amended Complaint (if necessary).

6. Deadline to exchange Initial Disclosures: within 30 days of Defendants' respective answers to the Amended Complaint (if necessary).

SO ORDERED this \_\_\_\_ day of June, 2024.

_____
Hon. Mark H. Cohen
Judge, United States District Court