# APPENDIX A

## **TABLE OF CONTENTS**

INTRODUCTION ..................................................................................................1

    The NCAA Transgender Eligibility Policies Are Discriminatory on Their Face ..................................................................................................................3

    The NCAA Transgender Eligibility Policies Conflict with Title IX's Foundational Principle That Title IX Protects Against Discrimination Based on Biological Sex ..................................................................................4

    The NCAA Transgender Eligibility Policies Fail to Effectively Accommodate the Physical Abilities of Women and Give Women Equal Competitive Opportunities in Comparison to Men ......................................6

    The NCAA Purports to Interpret Title IX for Its Members..............................12

JURISDICTION & VENUE................................................................................16

THE PARTIES.....................................................................................................16

    PLAINTIFFS WHO COMPETED AT 2022 NCAA SWIMMING AND DIVING CHAMPIONSHIPS ..............................................................................16

    PLAINTIFFS CURRENTLY COMPETING AT NCAA DIVISION I INSTITUTIONS ..................................................................................................17

    PLAINTIFF CURRENTLY COMPETING AT NCAA DIVISION II INSTITUTION ..................................................................................................18

    PLAINTIFFS CURRENTLY COMPETING AT NCAA DIVISION III INSTITUTIONS ..................................................................................................18

    NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ..............................21

    GEORGIA DEFENDANTS ................................................................................21

GENERAL FACTUAL ALLEGATIONS...........................................................28

    GENERAL PRACTICES OF THE GEORGIA DEFENDANTS.......................28

    ORGANIZATION AND PRACTICES OF THE NCAA ..................................29

    NCAA's Role in Controlling College Sports for its Members..........................30

    NCAA Role in Supporting Mental and Physical Health, Safety and Performance of Student-Athletes in Collegiate Sport............................................44

    THE ASSOCIATION-WIDE NATURE OF THE NCAA'S TRANSGENDER ELIGIBILITY POLICIES ..................................................................................49

NCAA'S RECENT HISTORY OF DISCRIMINATION TOWARDS WOMEN ..................................................................................................................51

NCAA'S DEVELOPMENT AND IMPLEMENTATION OF TRANSGENDER ELIGIBILITY POLICIES ..................................................................................53

Origin of the 2010 NCAA Policy on Transgender Student-Athlete Participation ..................................................................................................................54

April 27, 2016, NCAA Adopts Championship Bid Policy and Questionnaire ....57

June 11, 2020, NCAA Board of Governors Statement on Idaho Sports Bill .......60

April 12, 2021, NCAA Board of Governors Statement .......................................61

August 3, 2021, NCAA Board of Governors Meeting .........................................62

Fall 2022, Lia Thomas' Participation in Collegiate Women's Swimming Draws National Interest....................................................................................................63

January 6, 2022, Ivy League Declaration of Public Support for NCAA Transgender Eligibility Policies ...........................................................................64

January 19, 2022, NCAA Board of Governors Announces NCAA Will Follow Transgender Eligibility Rules of U.S. Governing Bodies of Olympic Sports .....65

February 1, 2022, USA Swimming Adopts Transgender Eligibility Rules .........67

February 10, 2022, NCAA Declines to Apply USA Swimming Rules ...............68

THE NCAA'S CURRENT TRANSGENDER ELIGIBILITY POLICIES .........70

DISCRIMINATORY IMPACTS OF THE NCAA'S CURRENT TRANSGENDER ELIGIBILITY POLICIES....................................................73

The Premise of the NCAA's Transgender Eligibility Policies—that Men Can Equally, Fairly, and Lawfully Compete in Women's Sports Through Testosterone Suppression—is Flawed................................................................73

The Male-Female Sport Performance Gap .........................................................73

Testosterone Suppression Does Not Bridge the Male-Female Sport Performance Gap ........................................................................................................................80

The NCAA's Transgender Eligibility Policies Allow Men to Compete Against Women While Retaining Higher Levels of Testosterone Than Women..............83

The 2015 IOC Consensus Statement, Still Relied on by the NCAA, Was Withdrawn by the IOC in 2021 ...........................................................................86

The NCAA's Transgender Policies Are Out-of-Step with Current Olympic Movement Policies ..................................................................................................89

Swimming ...............................................................................................................90

Diving .....................................................................................................................92

Water Polo ..............................................................................................................94

Cross-country and Track and Field.........................................................................95

Rowing ....................................................................................................................97

Triathlon..................................................................................................................99

The NCAA's Transgender Eligibility Policies Expose Women to Higher Safety Risks in Collision, Contact and Limited-Contact Sports.......................................99

Concussions .........................................................................................................102

No NCAA Monitoring of Male Testosterone Suppression ..................................103

No Assessment of Physical, Emotional or Psychological Harm of NCAA Transgender Eligibility Policies on Women Student-Athletes............................104

NCAA LGBTQ-Inclusive Codes of Conduct......................................................105

Summary of Defects in NCAA's Transgender Eligibility Policies.....................105

2022 NCAA WOMEN'S SWIMMING AND DIVING CHAMPIONSHIPS...108

Discussions Between NCAA and Georgia Tech to Host 2022 NCAA Division I Women's Swimming and Diving Championships ..............................................108

Public Awareness of Lia Thomas' Participation in 2022 National Championships ..............................................................................................................................112

Locker Room Availability for Female Swimmers and Divers at the McCauley Aquatics Center on the Georgia Tech Campus ...................................................114

Competition at the 2022 NCAA Championships ................................................126

WOMEN'S 500-YARD FREESTYLE EVENT ..................................................130

WOMEN'S 200-YARD FREESTYLE EVENT ..................................................133

WOMEN'S 100-YARD FREESTYLE EVENT ..................................................136

Comparing Thomas' NCAA Competition Times Before and After Transition Demonstrates Thomas' Retained Male Advantage and the Failure of the NCAA's Transgender Eligibility Policies to Ensure Equal Opportunities for Women ....139

THE NCAA'S TRANSGENDER ELIGIBILITY POLICIES CONTINUE TO IMPACT WOMEN, RESULTING IN LOST AND UNEQUAL OPPORTUNITIES FOR FEMALE STUDENT-ATHLETES .......................... 141

   Roanoke College Swimmers ................................................................................ 141

   All-Atlantic Regional Track and Field Championships ..................................... 146

   Volleyball .............................................................................................................. 147

   Track and Field, Soccer, Tennis, Swimming ....................................................... 148

CLASS ACTION ALLEGATIONS ............................................................................... 152

   On behalf of Plaintiffs Swimmer A, Riley Gaines, Reka Gyorgy, Kylee Alons, Grace Countie, Kaitlynn Wheeler, Nanea Merryman, Ellis Fox, The Roanoke College Swimmers, Track Athlete A, and others similarly situated .................. 152

   Propriety of Maintenance of Class Action Under Fed. R. Civ. P. 23(b)(1) ....... 156

   Propriety of Maintenance of Class Action Under Fed. R. Civ. P. 23(b)(2) ....... 156

   Propriety of Maintenance of Class Action Under Fed. R. Civ. P. 23(b)(3) ....... 157

   COUNT I ............................................................................................................... 158

   Title IX Violations in Relation to the 2022 NCAA Division I Women's Swimming and Diving Championships ............................................................. 158

   Against the NCAA, Georgia Tech, and the University System of Georgia ....... 158

   COUNT II .............................................................................................................. 165

   Title IX Violations in Relation to the 2022 NCAA Division I Women's Swimming and Diving Championships ............................................................. 165

   Against the NCAA pursuant to 42 U.S.C. § 1983 .............................................. 165

   COUNT III ............................................................................................................. 168

   Fourteenth Amendment Equal Protection Violations in Relation to the 2022 NCAA Division I Women's Swimming and Diving Championships ................ 168

   Against the NCAA, John Does 1-25, President Cabrera in his individual capacity and the individual members of the Board of Regents and John Does 26-50 in their individual capacities ................................................................................... 168

   COUNT IV ............................................................................................................ 172

   Fourteenth Amendment Bodily Privacy Violations in Relation to the 2022 NCAA Division I Women's Swimming and Diving Championships ................ 172

Against the NCAA, John Does 1-25, President Cabrera in his individual capacity, and the individual members of the Board of Regents and John Does 26-50 in their individual capacities ........................................................................................ 172

COUNT V ................................................................................................................ 176

Title IX Violations in Relation to the Current NCAA Transgender Eligibility Policies .................................................................................................................... 176

Against the NCAA ................................................................................................... 176

COUNT VI ............................................................................................................... 180

Title IX and Equal Protection Violations in Relation to the Current NCAA Transgender Eligibility Policies ............................................................................. 180

Against Georgia Tech, the University of Georgia, the University of North Georgia and the University System of Georgia under Title IX for Prospective Injunctive Relief Only .......................................................................................... 180

Against President Cabrera and John Does 26-50 in their official capacities under 42 U.S.C. § 1983 for Prospective Injunctive Relief Only .................................... 180

JURY DEMAND ..................................................................................................... 182

PRAYER FOR RELIEF .......................................................................................... 183