# APPENDIX D

Name of Bidding Entity: _____

CITIES: _____

**NCAA EVENT – NON-DISCRIMINATION POLICY**

**Introduction and History**

The NCAA Board of Governors requires those hosting or bidding on NCAA events in all divisions — from the Men's and Women's Final Fours to educational events such as leadership development conferences — to demonstrate how hosts will provide an environment that is safe, healthy, and free of discrimination.

The NCAA is committed to operating championships and events that promote fairness, respect and an inclusive atmosphere in which student-athletes participate, coaches and administrators lead, and fans engage. As a core value, the NCAA believes in and is committed to diversity, inclusion and gender equity among its student-athletes, coaches and administrators.

**Directions**

The Board of Governors has authorized the NCAA national office to pose the questions below to those bidding for NCAA championships and to those who already have been awarded championships. This may be just the first step to provide information to the Committee to Promote Cultural Diversity and Equity, the championship sport committees, and the NCAA staff for evaluation.

Please fully answer the questions below, in consultation with legal counsel, and provide all requested supporting documentation. If you have questions, they may be submitted to the championship's portal at: championshipbid@ncaa.org. Responses to questions posed to NCAA Staff will be posted for all bidders to see and reference in the FAQ section at ncaa.org/bids.

Definition of Facility: All locations that house official events of the NCAA Championship you are hosting or bidding on, including but not limited to championship venue, banquet, practice venue, and fan festivals.

Definition of Event: The NCAA Championship and all official events.

Definition of Law, Regulation, or Policy: Any enacted action of a government entity at the state, county, parish, local, or campus levels. Or, a rule or policy that is in effect at a Facility.

**If there are material changes to any Law, Regulation, or Policy after the submission of responses to the questionnaire, hosts must update their responses in the championships portal. The NCAA may also follow-up with additional questions or requests for information.**

**ALL BIDDERS SHOULD ANSWER ALL QUESTIONS:**

1. What city or cities are host locations for NCAA Events?

2. Does your city, county or state have non-discrimination laws, regulations, or policies related to public accommodations (e.g., restaurants, hotels, and recreational facilities)?

YES NO

3. Does your city, county or state regulate choice of bathrooms or locker rooms that may affect student-athletes, coaches, administrators, game officials, or fans during the Event?

YES NO

4. If the Event is planned to be held on institutional/campus property, does your institution have provisions that interfere with any person's choice of bathroom or locker room?

YES NO N/A

5. If the Event is planned to be held on institutional/campus property, does your institution have non-discrimination provisions related to public accommodations?

YES NO N/A

6. Does your city, county or state have any laws, regulations, or policies related to the participation of transgender student-athletes?

YES NO

7. Does your host institution(s) hold a Title IX waiver for religious accommodations, or have you applied to Office of Civil Rights for such a waiver?

YES NO

8. Please provide the following:

a. A copy of each applicable Law, Regulation, or Policy referenced in Questions 1-7. Please provide complete copies as an attachment.

b. Please provide a summary for each non-discrimination Law, Regulation, or Policy related to accommodations, including:

    i. Type of Law, Regulation or Policy (e.g., state, county/parish, city, institutional).

    ii. To what types of properties does it apply (e.g., public property, campus

    property)?

    iii. Does it override NCAA Championship, Event or Participation policies and operations at Event Facilities?

    YES NO

    iv. May persons or businesses opt out of providing accommodations or services to any person? If so, what is the criteria? What services or accommodations may opt out?

    YES NO

    v. What legal recourse does a person discriminated against have under the non-discrimination Law, Regulation, or Policy?

c. Please provide a summary for each Law, Regulation, or Policy related to the participation of transgender student-athletes, including:

    i. Type of Law, Regulation, or Policy (e.g., state, county, city, or institutional)

    ii. Does it apply to intercollegiate athletics, interscholastic athletics, or both?

    iii. Does it apply to out-of-state institutions competing in your state?

        YES NO OTHER_____

    iv. Does it apply to NCAA Championship contests, Event, or Participation Policies within your state?

        YES  NO  OTHER _____

    v. Does an individual have a legal cause of action against an individual, institution, or association for violating the Law, Regulation, or Policy?

        YES NO OTHER_____

9 Considering the Laws, Regulations, or Policies applicable to the locations that seek to host NCAA Championships, how would you provide an environment that is safe, healthy, and free of discrimination?

As part of your answer, please provide specific references to prior, hosted events or other tangible examples.

10. Other comments.

We affirm that the information provided is accurate and truthful.

**Host institution:**

**Other Hosting Entities:**

**Host Legal Representative**:

**Date:**