# APPENDIX E



# IOC Consensus Meeting on Sex Reassignment and Hyperandrogenism
## November 2015

**Participants:**

| | |
|---|---|
| Prof Dr Uğur Erdener | Chairman, IOC Medical & Scientific Commission |
| Prof Arne Ljungqvist | Former Chairman, IOC Medical Commission |
| Dr Stéphane Bermon | Monaco Institute of Sports Medicine & Surgery, IAAF Medical & Scientific Senior Consultant |
| Michael Beloff, QC | Barrister, Blackstone Chambers |
| Prof Gerard Conway | Professor of Clinical Medicine, University College London |
| Prof Myron Genel | Professor Emeritus of Pediatrics and Senior Research Scientist, Yale Child Health Research Center<br>Yale University School of Medicine |
| Ms Joanna Harper | Chief Medical Physicist, Radiation Oncology, Providence Portland Medical Center |
| Prof Angelica Linden Hirschberg | Department of Woman & Child Health, Division of Obstetrics & Gynecology, Karolinska Institutet |
| Prof Dr Maria Jose Martinez Patino | Faculty of Sport Sciences, University of Vigo |
| Prof Martin Ritzén | Professor Emeritus, Dept of Woman and Child Health<br>Karolinska Institutet |
| Dr Eric Vilain | Professor of Human Genetics, Pediatrics and Urology<br>Director, Center for Gender-Based Biology<br>Chief, Medical Genetics, Department of Pediatrics<br>Co-director, Clinical Genomic Center<br>David Geffen School of Medicine at UCLA |
| Jonathan Taylor | Partner, Bird & Bird |
| Liz Riley | Barrister, Bird & Bird |
| Dr Robin Mitchell | Vice-Chair, IOC Medical & Scientific Commission |
| Dr Rania Elwani | Member, IOC Medical & Scientific Commission |
| Dr Vidya Mohamed-Ali | Member, IOC Medical & Scientific Commission |
| Prof Yannis Pitsiladis | Member, IOC Medical & Scientific Commission |
| Dr Richard Budgett | IOC Medical & Scientific Director |
| Dr Lars Engebretsen | IOC Head of Scientific Activities |
| Christian Thill | IOC Senior Legal Counsel |

**1) Transgender guidelines**

A. Since the 2003 Stockholm Consensus on Sex Reassignment in Sports, there has been a growing recognition of the importance of autonomy of gender identity in society, as reflected in the laws of many jurisdictions worldwide.

B. There are also, however, jurisdictions where autonomy of gender identity is not recognised in law at all.

C. It is necessary to ensure insofar as possible that trans athletes are not excluded from the opportunity to participate in sporting competition.

D. The overriding sporting objective is and remains the guarantee of fair competition. Restrictions on participation are appropriate to the extent that they are necessary and proportionate to the achievement of that objective.

E. To require surgical anatomical changes as a pre-condition to participation is not necessary to preserve fair competition and may be inconsistent with developing legislation and notions of human rights.

F. Nothing in these guidelines is intended to undermine in any way the requirement to comply with the World Anti-Doping Code and the WADA International Standards.

G. These guidelines are a living document and will be subject to review in light of any scientific or medical developments.

In this spirit, the IOC Consensus Meeting agreed the following guidelines to be taken into account by sports organisations when determining eligibility to compete in male and female competition:

1. Those who transition from female to male are eligible to compete in the male category without restriction.

2. Those who transition from male to female are eligible to compete in the female category under the following conditions:

   2.1. The athlete has declared that her gender identity is female. The declaration cannot be changed, for sporting purposes, for a minimum of four years.

   2.2. The athlete must demonstrate that her total testosterone level in serum has been below 10 nmol/L for at least 12 months prior to her first competition (with the requirement for any longer period to be based on a confidential case-by-case evaluation, considering whether or not 12 months is a sufficient length of time to minimize any advantage in women's competition).

Error! Reference source not found.                                                                 Page 2/3

INTERNATIONAL OLYMPIC COMMITTEE
Château de Vidy, 1007 Lausanne, Switzerland | Tel +41 21 621 6111 | Fax +41 21 621 6216 | www.olympic.org

    2.3. The athlete's total testosterone level in serum must remain below 10 nmol/L throughout the period of desired eligibility to compete in the female category.

    2.4. Compliance with these conditions may be monitored by testing. In the event of non-compliance, the athlete's eligibility for female competition will be suspended for 12 months.

2) **Hyperandrogenism in female athletes**

In response to the interim award dated 24 July 2015 in <u>Chand v AFI and IAAF</u> CAS 2014/A/3759, the IOC Consensus Meeting recommended:

- Rules should be in place for the protection of women in sport and the promotion of the principles of fair competition.
- The IAAF, with support from other International Federations, National Olympic Committees and other sports organisations, is encouraged to revert to CAS with arguments and evidence to support the reinstatement of its hyperandrogenism rules.
- To avoid discrimination, if not eligible for female competition the athlete should be eligible to compete in male competition.

**Error! Reference source not found.**      Page 3/3

INTERNATIONAL OLYMPIC COMMITTEE
Château de Vidy, 1007 Lausanne, Switzerland | Tel +41 21 621 6111 | Fax +41 21 621 6216 | www.olympic.org