# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| RILEY GAINES, *et al.*, | |
|              *Plaintiffs*, | |
| v. | No. 1:24-cv-01109-MHC |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, *et al.*, | |
|              *Defendants*, | July 2, 2024 |
| and | |
| NATIONAL WOMEN'S LAW CENTER, | |
|              [*Proposed*] Intervenor-Defendant. | |

**[PROPOSED] INTERVENOR-DEFENDANT NATIONAL WOMEN'S LAW CENTER'S NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYMS**

Although Proposed Intervenor-Defendant, National Women's Law Center ("NWLC"), is not currently a party to these proceedings, NWLC respectfully submits this notice to inform the Court that it does not oppose Plaintiffs' motion for leave to proceed under pseudonyms, ECF No. 58.

                                                   Respectfully submitted,

Dated: July 2, 2024                      */s/ Nneka Ewulonu*

Joshua A. Block*                          Nneka Ewulonu
Jennesa Calvo-Friedman*            Georgia Bar No. 373718
AMERICAN CIVIL LIBERTIES        Cory Isaacson
                                               Georgia Bar No. 983797

UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 549-2569
jblock@aclu.org
jcalvo-friedman@aclu.org

Patrick J. Hayden*
Katelyn Kang*
Valeria M. Pelet del Toro*
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
Phone: (212) 479-6000
phayden@cooley.com
kkang@cooley.com
vpeletdeltoro@cooley.com

Elizabeth Reinhardt*
COOLEY LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
Phone: (202) 776-2353
ereinhardt@cooley.com

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
GEORGIA, INC.
P.O. Box 570738
Atlanta, GA 30357
Phone: (770) 303-8111
newulonu@acluga.org
cisaacson@acluga.org

Kathleen Hartnett*
Zoë Helstrom*
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Phone: (415) 693-2000
khartnett@cooley.com
zhelstrom@cooley.com

Celene Chen*
COOLEY LLP
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
Phone: (617) 937-2305
celene.chen@cooley.com

*Counsel for Intervenor-Defendant*
**Admitted* pro hac vice*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D, I hereby certify that this filing has been prepared in Times New Roman, 14-point font, one of the font and point selections approved by this Court in Local Rule 5.1C.

This 2nd day of July, 2024.

> */s/ Nneka Ewulonu*
> Nneka Ewulonu

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

This 2nd day of July, 2024.

*/s/ Nneka Ewulonu*
Nneka Ewulonu