IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RILEY GAINES, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL COLLEGIATE<br>ATHLETIC ASSOCIATION, *et al.*,<br><br>*Defendants*. | Civil Action No.<br>1:24-cv-1109-MHC |

**STATE DEFENDANTS' MOTION TO DISMISS**

For the reasons set forth in the attached brief in support, Defendants University System of Georgia, Georgia Institute of Technology, University of Georgia, University of North Georgia, Ángel Cabrerra, Doug Aldridge, Tom Bradbury, Richard "Tim" Evans, W. Allen Gudenrath, Erin Hames, Bárbara Rivera Holmes, Samuel D. Holmes, C. Thomas Hopkins, Jr., MD, James M. Hull, Cade Joiner, Patrick C. Jones, C. Everett Kennedy, III, Sarah-Elizabeth Langford, Rachel B. Little, Lowery Houston May, Jose R. Perez, Neil L. Pruitt, Jr., Harold Reynolds, Sachin Shailendra, T. Dallas Smith, Mat Swift, James K. Syfan III, Don L. Waters, and John Does 26–50 (collectively, "State Defendants") move to dismiss Plaintiffs' Complaint, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

Respectfully submitted this 24th day of July, 2024.

/s/ *Josh Belinfante*
Josh Belinfante     047399
Vincent R. Russo    242628
Edward A. Bedard    926148
Javier Pico Prats   664717
Anna Edmondson      289667
ROBBINS ALLOY BELINFANTE
 LITTLEFIELD, LLC
500 14th St. NW
Atlanta, GA 30318
T: (678) 701-9381
E: jbelinfante@robbinsfirm.com
   vrusso@robbinsfirm.com
   ebedard@robbinsfirm.com
   jpicoprats@robbinsfirm.com
   aedmondson@robbinsfirm.com

*Counsel for State Defendants*

## LOCAL RULE 7.1(D) CERTIFICATION

I certify that State Defendants' Motion to Dismiss has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1. Specifically, this document has been prepared using 13-pt Century Schoolbook font and type.

*/s/ Josh Belinfante*
Josh Belinfante