UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RILEY GAINES, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 1:24-cv-01109-MHC ) ) |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, *et al.*, | ) ) ) |
| Defendants. | ) |

## DEFENDANT NATIONAL COLLEGIATE ATHLETIC ASSOCIATION'S MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant National Collegiate Athletic Association ("NCAA") respectfully moves this Court to dismiss all causes of action set forth in Plaintiffs' Amended Class Action Complaint (the "Amended Complaint") against the NCAA and John Does 1-25. As further explained in the NCAA's memorandum of law in support of this motion, which is incorporated by reference and is filed contemporaneously herewith, Plaintiffs' claims against the NCAA and John Does 1-25 should be dismissed in their entirety and with prejudice.

Respectfully submitted this 24th day of July, 2024.

ALSTON & BIRD LLP

*/s/ Cari K. Dawson*

Cari K. Dawson
Georgia Bar No. 213490
cari.dawson@alston.com
Christopher C. Marquardt
Georgia Bar No. 471150
chris.marquardt@alston.com
John E. Stephenson
Georgia Bar No. 679825
john.stephenson@alston.com

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Phone: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Defendant National Collegiate Athletic Association*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, I hereby certify that the foregoing filing has been prepared in Times New Roman, 14-point font, one of the font and point selections approved by this Court in Local Rule 5.1C.

*/s/ Cari K. Dawson*
Cari K. Dawson

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

This 24th day of July, 2024.

*/s/ Cari K. Dawson*
Cari K. Dawson
