IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RILEY GAINES, et al.,

    Plaintiffs,

v.

NATIONAL COLLEGIATE
ATHLETIC ASSOCIATION, et al.,

    Defendants.

CIVIL ACTION FILE

NO. 1:24-CV-1109-MHC

## ORDER

On October 4, 2024, Counsel for Defendant National Collegiate Athletic Association ("NCAA") indicated to the Court the parties' intent to meet and confer regarding several motions currently pending before the Court, including Plaintiffs' Motion for Leave to File Second Amended Complaint for Damages, Declaratory, Equitable, and Class Relief [Doc. 88] and Defendants' Motions to Dismiss [Docs. 74 and 75]. The current deadline for Defendants to file reply briefs in support of their Motions to Dismiss is October 14, 2024, and the current deadline for Defendants to file responses to Plaintiffs' Motion to Amend is October 7, 2024. The NCAA represents that counsel for Plaintiffs consent to a respective 7-day and 14-day extension of the time for Defendants to file reply and response briefs,

through and including October 21, 2024. The NCAA further represents that this extension of time is sought for the purpose of meeting and conferring in good faith to determine whether it opposes Plaintiffs' Motion to Amend.

Accordingly, it is hereby **ORDERED** that the deadlines for Defendants to file their reply briefs in support of their Motions to Dismiss [Docs. 74 and 75] and their response briefs to Plaintiffs' Motion for Leave to File Second Amended Complaint for Damages, Declaratory, Equitable, and Class Relief [Doc. 88] are extended through and including October 21, 2024.

**IT IS SO ORDERED** this 4th day of October, 2024.

_____
MARK H. COHEN
United States District Judge