# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RILEY GAINES, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 1:24-cv-01109-MHC |
| v. | ) |
| | ) |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### [PROPOSED] ORDER GRANTING PARTIES' JOINT MOTION REGARDING PLAINTIFFS' SECOND AMENDED COMPLAINT

Presently before the Court is the Parties' Joint Motion Regarding Plaintiffs' Second Amended Complaint ("Motion"), whereby Defendant National Collegiate Athletic Association ("NCAA") and the State Defendants indicate that they do not oppose the filing of Plaintiffs' Second Amended Complaint [Dkt. 88-2] and Plaintiffs withdraw their request in paragraph 8 of their Motion for Leave to File a Second Amended Complaint for Damages, Declaratory, Equitable, and Class Relief [Dkt. 88 ¶ 8] ("Motion to Amend"), which requests that the Court to grant their Motion to Amend without mooting the pending Motions to Dismiss [Dkts. 74, 75]. Thus, all Parties agree and acknowledge that the filing of the Second Amended Complaint supersedes the First Amended Complaint and renders Defendants' earlier filed Motions to Dismiss moot. In addition, the Parties request that the deadline for

1

all Defendants to respond to the Second Amended Complaint be extended to twenty-one (21) days after service of the Second Amended Complaint on newly added Defendant Georgia Tech Athletic Association, Inc.

For good cause shown, the Court **GRANTS** the Parties' Motion.  For the foregoing reasons, the Court **GRANTS IN PART AND DENIES IN PART** Plaintiffs' Motion to Amend [Dkt. 88].  Specifically, the Court **DENIES** Plaintiffs' request in Paragraph 8 of their Motion to Amend to find that the Second Amended Complaint does not moot Defendants' Motions to Dismiss, but **GRANTS** Plaintiffs' request to file their Second Amended Complaint [Dkt. 88-2] and **ORDERS** that the Second Amended Complaint [Dkt. 88-2] supersedes the First Amended Complaint. Accordingly, the Court **DENIES AS MOOT** the State Defendants' Motion to Dismiss [Dkt. 74] and Defendant NCAA's Motion to Dismiss [Dkt. 75].

Further, pursuant to the allegations contained in the Second Amended Complaint and Rule 21, the Court **ORDERS** that Defendants University System of Georgia, Georgia Institute of Technology, University of Georgia, and University of North Georgia be **dropped** as parties, Georgia Tech Athletic Association, Inc. be **added** as a new Defendant, and Brooke Slusser be **added** as a new Plaintiff.

Finally, the Court **ORDERS** that the deadline for all remaining Defendants to respond to the Second Amended Complaint will be twenty-one (21) days after service of the Second Amended Complaint on Defendant Georgia Tech Athletic

Association, Inc. and **DIRECTS** Plaintiffs to file a Notice of Service with the Court promptly after Defendant Georgia Tech Athletic Association, Inc. has been served to alert the Court and all Parties to the response date for the Second Amended Complaint.

    **SO ORDERED** this \_\_\_\_ day of October, 2024.

_____
Hon. Mark H. Cohen
Judge, United States District Court