IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RILEY GAINES, *et al.*

    *Plaintiffs*,

v.

NATIONAL COLLEGIATE
ATHLETIC ASSOCIATION, *et al.*,

    *Defendants*.

Civil Action No.
1:24-cv-1109-MHC

## STATE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CORRECTED SECOND AMENDED COMPLAINT

For the reasons set forth in the attached brief in support, Defendants the Board of Regents of the University System of Georgia, Ángel Cabrerra, Doug Aldridge, Tom Bradbury, Richard "Tim" Evans, W. Allen Gudenrath, Erin Hames, Bárbara Rivera Holmes, Samuel D. Holmes, C. Thomas Hopkins, Jr., MD, James M. Hull, Cade Joiner, Patrick C. Jones, C. Everett Kennedy, III, Sarah-Elizabeth Langford, Rachel B. Little, Lowery Houston May, Jose R. Perez, Neil L. Pruitt, Jr., Harold Reynolds, Sachin Shailendra, T. Dallas Smith, Mat Swift, James K. Syfan III, Don L. Waters, and John Does 27–50 (collectively, "State Defendants") move to dismiss Plaintiffs' Corrected Second Amended Complaint, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

Respectfully submitted this 15th day of November, 2024.

>/s/ *Josh Belinfante*
> Josh Belinfante        047399
> Vincent R. Russo       242628
> Edward A. Bedard       926148
> Javier Pico Prats      664717
> Anna Edmondson         289667
> ROBBINS ALLOY BELINFANTE
>   LITTLEFIELD, LLC
> 500 14th St. NW
> Atlanta, GA 30318
> T: (678) 701-9381
> E: jbelinfante@robbinsfirm.com
>    vrusso@robbinsfirm.com
>    ebedard@robbinsfirm.com
>    jpicoprats@robbinsfirm.com
>    aedmondson@robbinsfirm.com
>
> *Counsel for State Defendants*

## LOCAL RULE 7.1(D) CERTIFICATION

I certify that State Defendants' Motion to Dismiss has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1. Specifically, this document has been prepared using 13-pt Century Schoolbook font and type.

*/s/ Josh Belinfante*
Josh Belinfante
