# Exhibit 2



# DIVISION II
## 2023-24 MANUAL

# Table of Contents

**CONSTITUTION**

**Article 1 Principles**

| A | The Primacy of the Academic Experience. | 2 |
| B | The Collegiate Student-Athlete Model. | 2 |
| C | Integrity and Sportsmanship. | 2 |
| D | Student-Athlete Well-Being. | 2 |
| E | Institutional Control. | 2 |
| F | Diversity, Equity and Inclusion. | 2 |
| G | Gender Equity. | 2 |
| H | Recruiting Standards. | 2 |

**Article 2 Organization**

| A | The Association | 3 |
| B | The Divisions | 5 |
| C | The Conferences | 5 |
| D | Member Colleges and Universities | 6 |
| E | Student-Athletes | 7 |

**Article 3 Finance**

| A | | 8 |

**Article 4 Rules, Compliance and Accountability**

| A | | 9 |

**Article 5 Amendments to the Constitution**

| A | | 10 |

**Article 6 Institutional Control**

| A | | 11 |

**OPERATING BYLAWS**

**Article 7 NCAA Division II Membership and Institutional Control**

| 7.01 | General Principles. | 12 |
| 7.02 | Definitions and Applications. | 13 |
| 7.1 | Eligibility for Division II Membership. | 14 |
| 7.2 | Establishment of and Compliance with Division Criteria. | 17 |
| 7.3 | Active Membership. | 18 |
| 7.4 | Provisional Membership. | 34 |
| 7.5 | Active Division II Membership Following Reclassification. | 39 |
| 7.6 | Multidivision Classification. | 39 |
| 7.7 | Reclassification from Division II to Division I or Division III. | 40 |
| 7.8 | Institutional Eligibility. | 40 |

**Article 8 Division II Organizational Structure**

| 8.02 | Definitions and Applications. | 45 |
| 8.1 | Division II Presidents Council. | 45 |
| 8.1 | Division II Executive Board (effective February 1, 2024). | 45 |
| 8.2 | Division II Management Council. | 49 |
| 8.3 | Division II Administrative Committee. | 52 |

**8.4**    Division II Planning and Finance Committee.    52

**8.4**    Division II Strategic Planning and Finance Committee (effective February 1, 2024).    52

**Article 9 Legislative Process**

**9.02**    Definitions and Applications.    56

**9.1**    Conventions and Meetings.    56

**9.3**    Amendment Process.    56

**9.4**    Other Legislative and Amendment Procedures.    60

**Article 10 Ethical Conduct**

**10.01**    General Principles.    65

**10.02**    Definitions and Applications.    65

**10.1**    Unethical Conduct.    65

**10.2**    Knowledge of Use of Banned Drugs.    65

**10.3**    Sports Wagering Activities.    65

**10.4**    Disciplinary Action.    66

**Article 11 Conduct and Employment of Athletics Personnel**

**11.01**    General Principles.    67

**11.03**    Definitions and Applications.    67

**11.1**    Conduct of Athletics Personnel.    67

**11.2**    Contractual Agreements.    68

**11.3**    Responsibility of Institutional Athletics Department Personnel.    68

**11.4**    Compensation and Remuneration.    68

**11.5**    Employment of High School, College-Preparatory School or Two-Year College Coaches.    68

**11.6**    Coaches Certification Requirement.    68

**Article 12 Amateurism**

**12.01**    General Principles.    70

**12.02**    Definitions and Applications.    70

**12.1**    General Regulations.    71

**12.2**    Involvement With Professional Teams.    74

**12.3**    Use of Agents.    75

**12.4**    Employment.    76

**12.5**    Use of Logos on Equipment, Uniforms and Apparel.    76

**12.6**    Financial Donations From Outside Organizations.    77

**Article 13 Recruiting**

**13.01**    General Principles.    78

**13.02**    Definitions and Applications.    78

**13.1**    Contacts and Evaluations.    81

**13.2**    Offers and Inducements.    85

**13.3**    Admissions and Graduation Data, Banned Drug List, Initial-Eligibility Standards and Organized-Competition Legislation.    88

**13.4**    Recruiting Materials.    88

**13.5**    Transportation.    90

**13.6**    Official (Paid) Visit.    91

**13.7**    Unofficial (Nonpaid) Visit.    93

**13.8**    Entertainment, Reimbursement and Employment of High School/College-Preparatory School/Two-Year College Coaches.    94

**13.9**   Letter-of-Intent Programs, Financial Aid Agreements.                                          95
**13.10**  Publicity.                                                                                    96
**13.11**  Tryouts.                                                                                      97
**13.12**  Sports Camps and Clinics.                                                                    100
**13.13**  High School All-Star Games.                                                                  103
**13.14**  Use of Recruiting Funds.                                                                     103
**13.15**  Financial Assistance to a Prospective Student-Athlete or Prospective Student-Athlete's High School.  104
**13.17**  Recruiting Calendars.                                                                        106

**Article 14 Eligibility: Academic and General Requirements**

**14.01**  General Principles.                                                                          108
**14.02**  Definitions and Applications.                                                                109
**14.1**   General Eligibility Requirements.                                                            111
**14.2**   Seasons of Competition: 10-Semester/15-Quarter Rule.                                         118
**14.3**   Freshman Academic Requirements.                                                              127
**14.4**   Progress-Toward-Degree Requirements.                                                         131
**14.5**   Transfer Regulations.                                                                        139
**14.7**   Outside Competition, Effects on Eligibility.                                                 148
**14.8**   Additional Waivers for Eligibility Requirements.                                             150
**14.9**   Post-Enrollment Academic Misconduct.                                                         151
**14.10**  U.S. Service Academies, Special Eligibility Provisions.                                      152
**14.11**  Certification of Eligibility.                                                                152
**14.12**  Ineligibility.                                                                               152
**14.13**  Restoration of Eligibility.                                                                  153

**Article 15 Financial Aid**

**15.01**  General Principles.                                                                          166
**15.02**  Definitions and Applications.                                                                166
**15.1**   Eligibility for Athletics Aid.                                                               167
**15.2**   Permissible Sources of Financial Aid.                                                        167
**15.3**   Maximum Limit on Financial Aid -- Individual.                                                169
**15.4**   Maximum Institutional Grant-In-Aid Limitations by Sport.                                     171
**15.5**   Terms and Conditions of Awarding Athletics Aid.                                              173

**Article 16 Awards, Benefits and Expenses for Enrolled Student-Athletes**

**16.01**  General Principles.                                                                          179
**16.02**  Definitions and Applications.                                                                179
**16.1**   Awards.                                                                                      179
**16.2**   Complimentary Admissions and Ticket Benefits.                                                181
**16.3**   Academic, Career and Other Support Services.                                                 182
**16.4**   Medical Expenses.                                                                            182
**16.5**   Housing and Meals.                                                                           182
**16.6**   Expenses for Student-Athlete's Friends and Relatives.                                        184
**16.7**   Entertainment Incidental to Participation in Intercollegiate Athletics.                      185
**16.8**   Expenses Provided by the Institution for Practice and Competition.                           185
**16.9**   Permissible Travel Expenses.                                                                 186
**16.10**  Provision of Expenses by Individuals or Organizations Other Than the Institution.            186
**16.11**  Benefits, Gifts and Services.                                                                186

**16.12**  Expense Waivers.                                                                                    188

**Article 17 Playing and Practice Seasons**

**17.01**  General Principles.                                                                                  192
**17.02**  Definitions and Applications.                                                                       192
**17.1**   General Playing-Season Regulations.                                                                 195
**17.2**   Acrobatics and Tumbling.                                                                            201
**17.3**   Baseball.                                                                                           204
**17.4**   Basketball.                                                                                         207
**17.5**   Beach Volleyball.                                                                                   210
**17.6**   Bowling, Women's.                                                                                   212
**17.7**   Cross Country.                                                                                      214
**17.8**   Equestrian, Women's.                                                                                217
**17.9**   Fencing.                                                                                            219
**17.10**  Field Hockey.                                                                                       221
**17.11**  Football.                                                                                           224
**17.12**  Golf.                                                                                               228
**17.13**  Gymnastics.                                                                                         232
**17.14**  Ice Hockey.                                                                                         234
**17.15**  Lacrosse.                                                                                           237
**17.16**  Rifle.                                                                                              239
**17.17**  Rowing, Women's.                                                                                    241
**17.18**  Rugby, Women's.                                                                                     244
**17.19**  Skiing.                                                                                             247
**17.20**  Soccer.                                                                                             249
**17.21**  Softball.                                                                                           251
**17.22**  Stunt.                                                                                              254
**17.23**  Swimming and Diving.                                                                                257
**17.24**  Tennis.                                                                                             260
**17.25**  Track and Field, Indoor/Outdoor.                                                                    263
**17.26**  Triathlon, Women's.                                                                                 267
**17.27**  Volleyball, Men's and Women's.                                                                      269
**17.28**  Water Polo.                                                                                         274
**17.29**  Wrestling, Men's.                                                                                   277
**17.30**  Wrestling, Women's.                                                                                 279
**17.31**  Exceptions for Member Institutions Located in Alaska, Hawaii and Puerto Rico.                       282
**17.32**  Foreign Tours.                                                                                      282
**17.33**  Playing Rules.                                                                                      284

**Article 18 Championships Administration**

**18.01**  General Principles.                                                                                 292
**18.02**  Definitions and Applications.                                                                       292
**18.1**   Regulations and Authority for Conduct of Championships.                                             292
**18.2**   Eligibility for Championships.                                                                      292
**18.3**   Current Championships.                                                                              297
**18.4**   Administration of Division II Championships.                                                        298
**18.5**   National Collegiate Championships.                                                                  300

**18.6**    Playing Rules for Championships.                                                                 301

**Article 19 Infractions Program.**

**19.01**   General Principles.                                                                              302
**19.02**   Definitions and Applications.                                                                    302
**19.1**    Violation Structure.                                                                             302
**19.2**    Responsibility to Cooperate and Expectations.                                                    302
**19.3**    Public Disclosure.                                                                               303
**19.4**    Committee on Infractions.                                                                        303
**19.5**    Infractions Appeals Committee.                                                                   305
**19.6**    Enforcement Staff Review and Investigation of Alleged Violations.                                305
**19.7**    Standards of Review and Resolution Methods (Major Cases).                                        306
**19.8**    Hearing.                                                                                         307
**19.9**    Summary Disposition.                                                                             310
**19.10**   Negotiated Resolution.                                                                           310
**19.11**   Committee on Infractions Decisions.                                                              312
**19.12**   Penalties.                                                                                       312
**19.13**   Appeal of Committee on Infractions Decisions.                                                    316
**19.14**   Notice of Allegations, Opportunity to Respond and Penalties (Secondary Cases).                   318

**Article 21 Committees**

**21.02**   Definitions and Applications.                                                                    320
**21.1**    Playing Rules Oversight Panel.                                                                   320
**21.2**    Association-Wide Committees -- General Committees.                                                321
**21.3**    Association-Wide Committees -- Rules Committees Without Championships Administration Responsibilities.    324
**21.4**    Common Committees -- Committees With Playing Rules and Championships Administration Responsibilities.     326
**21.5**    Common Committees -- Committees With Only Championships Administration Responsibilities.          327
**21.6**    Common Committees -- Committees With Governance Administration Responsibilities.                  328
**21.8**    Division II Committees.                                                                          329

**ADMINISTRATIVE BYLAWS**

**Article 31 Executive Regulations**

**31.1**    Rights to NCAA Properties and Marketing Restrictions.                                            337
**31.2**    General Financial Management.                                                                    338
**31.3**    Personnel.                                                                                       341
**31.4**    National Statistics Program.                                                                     341

# Table of Figures

**Article 7 NCAA Division II Membership and Institutional Control**

| | | |
|---|---|---|
| **7-1** | General Requirements for Division II Membership | 43 |
| **7-2** | Division II Membership Process | 44 |

**Article 8 Division II Organizational Structure**

| | | |
|---|---|---|
| **8-1** | Division II Organizational Structure (Effective August 1, 2023) | 54 |
| **8-1** | Division II Organizational Structure (Effective February 1, 2024) | 55 |

**Article 9 Legislative Process**

| | | |
|---|---|---|
| **9-1** | Division II Legislative Process | 64 |

**Article 14 Eligibility: Academic and General Requirements**

| | | |
|---|---|---|
| **14-1** | Relationship between Academic Requirements, Financial Aid and Eligibility (Bylaw 14.3) for High School Graduates | 155 |
| **14-2** | Initial Eligibility | 156 |
| **14-3** | Application of Progress-Toward-Degree Requirements (per Bylaw 14.4) | 158 |
| **14-4** | Summary of Division II Progress-Toward-Degree Requirements | 159 |
| **14-5** | Progress-Toward-Degree Flowchart | 160 |
| **14-6** | Permissible and Nonpermissible Activities for a Student Manager | 161 |
| **14-7** | Two-Year College Transfer Requirements (Bylaw 14.5.4) | 162 |
| **14-8** | Criteria for Medical Hardship Waivers and Season-of-Competition Waiver -- Competition While Eligible for the 2021-22 Academic Year and Thereafter | 163 |
| **14-9** | Academic Misconduct vs. Impermissible Academic Assistance | 165 |

**Article 15 Financial Aid**

| | | |
|---|---|---|
| **15-1** | Financial Aid Maximum Limits | 177 |
| **15-2** | How to Determine a Counter | 178 |

**Article 16 Awards, Benefits and Expenses for Enrolled Student-Athletes**

| | | |
|---|---|---|
| **16-1** | Participation Awards | 189 |
| **16-2** | Championship Awards | 190 |
| **16-3** | Special Achievement Awards | 191 |

**Article 17 Playing and Practice Seasons**

| | | |
|---|---|---|
| **17-1** | Maximum Number of Contests and Dates of Competition for Each Sport for the 2021-22 Academic Year and Thereafter | 285 |
| **17-2** | Playing and Practice Seasons | 286 |
| **17-3** | Countable and Noncountable Athletically Related Activities | 288 |
| **17-4** | Future Winter Break Periods | 291 |

**Article 19 Infractions Program.**

| | | |
|---|---|---|
| **19-1** | Processing of a Typical NCAA Infractions Appeals Case | 319 |

**Article 21 Committees**

| | | |
|---|---|---|
| **21-1** | Sports Committee Membership | 336 |

# User's Guide

## I.   MANUAL FORMAT

**GENERAL PRINCIPLES**
General principles that are considered of particular importance in helping the user understand the rationale for the detailed regulations that follow are presented at the beginning of appropriate articles.

**DEFINITIONS AND APPLICATIONS**
Following the general principles in most articles is a section in which definitions and applications are provided for a number of the more important words or terms used in that article.

**DECIMAL NUMBERING WITH TOPIC HEADINGS**
The decimal numbering system provides efficiency and flexibility. Section headings, to at least the fourth subsection level, and for further subsections where appropriate, assist the user in identifying the section content, thus facilitating ready access to pertinent regulations. This system also facilitates a "hanging indention" presentation, which helps the reader relate the subsections to the basic section.

**VOTING REQUIREMENTS**
Symbols for voting requirements appear after each regulation. See page xi for a complete explanation of all symbols.

---

BYLAWS, ARTICLE 10

# Ethical Conduct.

**10.01 General Principles.**

**10.01.1 Honesty and Sportsmanship.** Individuals employed by (or associated with) a member institution to administer, conduct or coach intercollegiate athletics and all participating student-athletes shall act with honesty and sportsmanship at all times so that intercollegiate athletics as a whole, their institutions and they, as individuals, shall represent the honor and dignity of fair play and the generally recognized high standards associated with wholesome competitive sports.

**10.02 Definitions and Applications.**

**10.02.1 Sports Wagering. [#]** Sports wagering includes placing, accepting or soliciting a wager (on a staff member's or student-athlete's own behalf or on the behalf of others) of any type with any individual or organization on any intercollegiate, amateur or professional team or contest. Examples of sports wagering include, but are not limited to, the use of a bookmaker or parlay card; Internet sports wagering; auctions in which bids are placed on teams, individuals or contests; and pools or fantasy leagues in which an entry fee is required and there is an opportunity to win a prize. *(Adopted: 1/8/07 effective 8/1/07)*

**10.02.2 Wager. [#]** A wager is any agreement in which an individual or entity agrees to give up an item of value (e.g., cash, shirt, dinner) in exchange for the possibility of gaining another item of value. *(Adopted: 1/8/07 effective 8/1/07)*

**10.1 Unethical Conduct.** Unethical conduct by a prospective or enrolled student-athlete or a current or former institutional staff member, which includes any individual who performs work for the institution or the athletics department even if they do not receive compensation for such work, may include, but is not limited to, the following: *(Revised: 1/10/90, 1/9/96, 7/20/10, 4/20/21)*

  (a) Refusal to furnish information relevant to an investigation of a possible violation of an NCAA regulation when requested to do so by the NCAA or the individual's institution;

  (b) Knowing involvement in offering or providing a prospective or an enrolled student-athlete an improper inducement or extra benefit or improper financial aid; *(Revised: 1/9/96)*

  (c) Knowingly furnishing or knowingly influencing others to furnish the NCAA or the individual's institution false or misleading information concerning an individual's involvement in or knowledge of matters relevant to a possible violation of an NCAA regulation; *(Revised: 1/13/10)*

  (d) Receipt of benefits by an institutional staff member for facilitating or arranging a meeting between a student-athlete and an agent, financial advisor or a representative of an agent or advisor (e.g., "runner"); *(Adopted: 1/9/96)*

  (e) Knowing involvement in providing a banned substance or impermissible supplement to student-athletes, or knowingly providing medications to student-athletes contrary to medical licensure, commonly accepted standards of care in sports medicine practice, or state or federal law. This provision shall not apply to banned substances for which the student-athlete has received a medical exception per Bylaw 31.2.3.2; however, the substance must be provided in accordance with medical licensure, commonly accepted standards of care and state or federal law; *(Adopted: 1/9/06, Revised: 5/23/08, 5/30/08)*

  (f) Engaging in any athletics competition under an assumed name or with intent to otherwise deceive; or *(Revised: 7/20/10)*

  (g) Failure to provide complete and accurate information to the NCAA, the NCAA Eligibility Center or the institution's athletics department regarding an individual's amateur status. *(Revised: 7/20/10)*

**10.2 Knowledge of Use of Banned Drugs.** A member institution's athletics department staff members or others employed by the intercollegiate athletics program who have knowledge of a student-athlete's use at any time of a substance on the list of banned drugs, as set forth in Bylaw 31.2.3.1, shall follow institutional procedures dealing with drug abuse or shall be subject to disciplinary or corrective action as set forth in Bylaw 19.5.2.

**10.3 Sports Wagering Activities. [#]** The following individuals shall not knowingly participate in sports wagering activities or provide information to individuals involved in or associated with any type of sports wagering activities concerning intercollegiate, amateur or professional athletics competition: *(Adopted: 1/8/07 effective 8/1/07)*

  (a) Staff members of an institution's athletics department;

  (b) Nonathletics department staff members who have responsibilities within or over the athletics department (e.g., chancellor or president, faculty athletics representative, individual to whom athletics reports);

  (c) Staff members of a conference office; and

---

## II. ORGANIZATION OF ARTICLES IN THREE DISTINCT CATEGORIES

All regulations governing the administration of intercollegiate athletics appear in the bylaws. The constitution contains only principles for the conduct of intercollegiate athletics and other basic information.

## Constitution

Articles 1 through 6 are the constitution, which consists of information relevant to the purposes of the Association, its structure, its membership and legislative-process information, and the more important principles for the conduct of intercollegiate athletics.

**Preamble**

| | |
|---|---|
| **Article 1** | Principles |
| **Article 2** | Organization |
| **Article 3** | Finance |
| **Article 4** | Rules, Compliance and Accountability |
| **Article 5** | Amendments to the Constitution |
| **Article 6** | Institutional Control |

## Operating Bylaws

Articles 7 through 19 and 21 are the operating bylaws, which consist of legislation adopted by the membership to promote the principles enunciated in the constitution and to achieve the Association's purposes.

| | |
|---|---|
| **Article 7** | Division II Membership and Institutional Control |
| **Article 8** | Division II Organizational Structure |
| **Article 9** | Legislative Process |
| **Article 10** | Ethical Conduct |
| **Article 11** | Conduct and Employment of Athletics Personnel |
| **Article 12** | Amateurism |
| **Article 13** | Recruiting |
| **Article 14** | Eligibility: Academic and General Requirements |
| **Article 15** | Financial Aid |
| **Article 16** | Awards, Benefits and Expenses for Enrolled Student-Athletes |
| **Article 17** | Playing and Practice Seasons |
| **Article 18** | Championships |
| **Article 19** | Infractions Program |
| **Article 21** | Committees |

## Administrative Bylaws

Article 31 is an administrative bylaw, which set forth policies and procedures for the implementation of (a) the NCAA championships and the business of the Association. This administrative bylaw may be adopted or modified by the Division II Presidents Council or Management Council (on recommendation of the Committee on Infractions, enforcement policies and procedures and executive regulations) for the efficient administration of the activities that they govern. This same bylaw also may be amended by a majority vote of the membership at NCAA Conventions.

| | |
|---|---|
| **Article 31** | Executive Regulations |

### III. VOTING REQUIREMENTS FOR MANUAL

The Manual attempts to present all regulations on a given subject in logical order. As a result, different paragraphs in the same sections may carry different voting requirements. The following terms designate voting requirements currently in effect for sections in the Manual:

- **Constitution —** Provisions in the Constitution, Articles 1 through 6 requires a two-thirds vote of the total membership (present and voting) for adoption or amendment.

- **Common provision —** Legislation that is derived from the common bylaws (9, 10, 12 and 13) in the 1988-89 Manual. All such legislation is identified by a pound sign **[#]** and requires a majority vote of each of the three divisions, voting separately, for adoption or amendment.

- **Division dominant —** A division dominant provision is one that applies to all members of a division and is of sufficient importance to the division that it requires a two-thirds majority vote of all delegates present and voting at a division's annual or special Convention. Division dominant provisions are identified by a diamond symbol **[◆]**.

---

## Symbols Designating Voting Requirements

| Provision | Symbol |
|---|---|
| **Common** | # |
| **Division dominant** | ◆ |

---

## IV.  DE MINIMIS AND RESTITUTION VIOLATIONS

- **De Minimis —** Violations of articles designated by a capital letter D in brackets and bold font **[D]** at the end of the legislative language shall be considered institutional violations per Constitution Articles 1-(D) and 2-(D)(1)(h); however, the involved prospective student-athlete's or student-athlete's eligibility shall not be affected.

- **Restitution —** For violations of articles designated by a capital letter R in brackets and bold font **[R]** at the end of the legislative language, if the value of the benefit provided to the individual (prospective or enrolled student-athlete) is $200 or less, the eligibility of the individual shall not be affected conditioned upon the individual repaying the value of the benefit to a charity of their choice. The individual, however, shall remain ineligible from the time the institution has knowledge of the receipt of the impermissible benefit until the individual repays the benefit. Violations of such provisions remain institutional violations per Constitution Articles 1-(D) and 2-(D)(1)(h), and documentation of the individual's repayment shall be forwarded to the enforcement services staff with the institution's self-report of the violation.

## V.  DIAGRAMS AND TABLES

Diagrams and tables are included as supplements to the text to help present the content of certain regulations in a clear and concise manner. They are presented as "Figures" and are listed on page viii. All diagrams and tables related to a given article of the constitution or a particular bylaw have been placed at the back of the article or bylaw.

## VI.  LEGISLATION THAT IS SHADED

Legislation that was adopted at the NCAA Convention is set off by a gray background and contains the date of adoption or revision. Incorporations of interpretations, noncontroversial amendments and modifications of wording approved by the Council are set off by a gray background and include an adoption or revision date.

## VII.  NOTATION OF LEGISLATION WITH DELAYED EFFECTIVE DATE

Legislation with a delayed effective date (e.g., legislation that did not have an immediate effective date) is enclosed in a box and set off by a gray background. The first item in each box is a notation of the action taken at a Convention and the date the amendment becomes effective. It will be shaded. The legislation currently applicable appears before the delayed legislation and does not have a gray background. The legislation as amended, scheduled to take effect at a later date, is next and is set off by a gray background. Because this Manual is effective August 1 the only legislation that will be shown in this manner is that which is to be effective on any date after August 1.

CONSTITUTION,
# Preamble

The National Collegiate Athletic Association is a voluntary, self-governing organization of four-year colleges, universities and conferences committed to the well-being and development of student-athletes, to sound academic standards and the academic success of student-athletes, and to diversity, equity and inclusion. Member institutions and conferences believe that intercollegiate athletics programs provide student-athletes with the opportunity to participate in sports and compete as a vital, co-curricular part of their educational experience. The member schools and conferences likewise are committed to integrity and sportsmanship in their athletics programs and to institutional control of and responsibility for those programs. The basic purpose of the Association is to support and promote healthy and safe intercollegiate athletics, including national championships, as an integral part of the education program and the student-athlete as an integral part of the student body.
*(Adopted: 1/20/22 effective 8/1/22)*

CONSTITUTION, ARTICLE 1

# Principles

**A The Primacy of the Academic Experience.** Intercollegiate student-athletes are matriculated, degree-seeking students in good standing with their institutions who choose voluntarily to participate in NCAA sports. It is the responsibility of each member institution to establish and maintain an environment in which a student-athlete's activities are conducted with the appropriate primary emphasis on the student-athlete's academic experience. Intercollegiate athletics programs shall be maintained as a vital component of each institution's broader educational program. The admission, academic standing and academic progress of student-athletes shall be consistent with the policies and standards adopted by the institution. *(Adopted: 1/20/22 effective 8/1/22)*

**B The Collegiate Student-Athlete Model.** Student-athletes may not be compensated by a member institution for participating in a sport but may receive educational and other benefits in accordance with guidelines established by their NCAA division. *(Adopted: 1/20/22 effective 8/1/22)*

**C Integrity and Sportsmanship.** It is the responsibility of each member to conduct its athletics program in a manner that promotes the ideals of higher education, human development and the integrity of intercollegiate athletics. All individuals associated with intercollegiate athletics programs and events should adhere to such fundamental values as respect, fairness, civility, honesty, responsibility, academic integrity, ethical conduct, and the rules of their conferences. *(Adopted: 1/20/22 effective 8/1/22)*

**D Student-Athlete Well-Being.** Intercollegiate athletics programs shall be conducted by the Association, divisions, conferences and member institutions in a manner designed to protect, support and enhance the physical and mental health and safety of student-athletes. Each member institution shall facilitate an environment that reinforces physical and mental health within athletics by ensuring access to appropriate resources and open engagement with respect to physical and mental health. Each institution is responsible for ensuring that coaches and administrators exhibit fairness, openness and honesty in their relationship with student-athletes. Student-athletes shall not be discriminated against or disparaged because of their physical or mental health. *(Adopted: 1/20/22 effective 8/1/22)*

**E Institutional Control.** It is the responsibility of each member institution to monitor and control its athletics program and to provide education and training to ensure compliance with the rules established by the Association, its division and conference. It is the responsibility of each member institution to report all rules violations to its NCAA division and conference in a timely manner and to cooperate fully with enforcement efforts. Responsibility for maintaining institutional control ultimately rests with the institution's campus president or chancellor. *(Adopted: 1/20/22 effective 8/1/22)*

**F Diversity, Equity and Inclusion.** The Association is committed to diversity, equity and inclusion. The Association, divisions, conferences and member institutions shall create diverse and inclusive environments and shall provide education and training with respect to the creation of such environments and an atmosphere of respect for and sensitivity to the dignity of every person. The Association, divisions, conferences and member institutions shall commit to promoting diversity and inclusion in athletics activities and events, hiring practices, professional and coaching relationships, leadership and advancement opportunities. *(Adopted: 1/20/22 effective 8/1/22)*

**G Gender Equity.** The Association is committed to gender equity. Activities of the Association, its divisions, conferences and member institutions shall be conducted in a manner free of gender bias. Divisions, conferences and member institutions shall commit to preventing gender bias in athletics activities and events, hiring practices, professional and coaching relationships, leadership and advancement opportunities. *(Adopted: 1/20/22 effective 8/1/22)*

**H Recruiting Standards.** Divisional bylaws shall be designed to promote informed decisions and balance the interests of prospective and current (or transfer) student-athletes, their educational institutions and intercollegiate athletics as a whole. *(Adopted: 1/20/22 effective 8/1/22)*

CONSTITUTION, ARTICLE 2

# Organization

## A The Association *(Adopted: 1/20/22 effective 8/1/22)*

**1** The membership of the NCAA encompasses public and private institutions and conferences of widely varying mission, size, resources and opportunities. Accordingly, Association-wide governance must reflect these differences through the delegation of authorities and responsibilities to the divisions, conferences and individual member institutions except where necessary to promote and maintain the Association's core principles. *(Adopted: 1/20/22 effective 8/1/22)*

**2** The Association shall: *(Adopted: 1/20/22 effective 8/1/22)*

**a** Conduct all NCAA championships. Each member in good standing in its division shall be eligible to compete in NCAA championships assuming it meets applicable Association, division and conference requirements. The Association shall oversee broadcasting, communications and media rights for all NCAA-conducted national championships. *(Adopted: 1/20/22 effective 8/1/22)*

**b** When requested by a Board of Governors recognized committee, the Committee on Competitive Safeguards and Medical Aspects of Sports or a division, develop and promulgate guidance, rules and policies based on consensus of the medical, scientific, sports medicine and sport governing communities, as appropriate, for student-athlete physical and mental health, safety and performance. The Association shall make available such guidance, rules and policies to all members. *(Adopted: 1/20/22 effective 8/1/22)*

**c** Promote gender equity, diversity and inclusion in all aspects of intercollegiate athletics. *(Adopted: 1/20/22 effective 8/1/22)*

**d** Establish the rules for sports competitions and participation, with flexibility at the divisional, subdivisional or federated level as deemed necessary. *(Adopted: 1/20/22 effective 8/1/22)*

**e** Manage the Association's intellectual property and maintain historical and statistical records of the Association. *(Adopted: 1/20/22 effective 8/1/22)*

**f** Serve as liaison to the United States Olympic and Paralympic Committee. *(Adopted: 1/20/22 effective 8/1/22)*

**g** Provide regulatory services as requested by each division. *(Adopted: 1/20/22 effective 8/1/22)*

**h** Defer to appropriate authorities in areas where neither the Association nor the divisions have enforcement/infractions authority. *(Adopted: 1/20/22 effective 8/1/22)*

**3** The Board of Governors: *(Adopted: 1/20/22 effective 8/1/22)*

**a** Composition of the Board of Governors shall include, with due attention to diversity and gender equity, the following voting members: *(Adopted: 1/20/22 effective 8/1/22)*

**(i)** Four members from Division I, to include at least one member institution president or chancellor and one conference commissioner. *(Adopted: 1/20/22 effective 8/1/22)*

**(ii)** One member from the Division II Presidents Council. *(Adopted: 1/20/22 effective 8/1/22)*

**(iii)** One member from the Division III Presidents Council. *(Adopted: 1/20/22 effective 8/1/22)*

**(iv)** Two independent members who are not currently employed or compensated by any member institution. *(Adopted: 1/20/22 effective 8/1/22)*

**(v)** One graduated NCAA student-athlete, who shall have graduated not more than four years prior to appointment. *(Adopted: 1/20/22 effective 8/1/22)*

**(vi)** Ex officio nonvoting members of the Board of Governors shall include the NCAA president, the chairs of the Division I Council and Division II and Division III Management Councils, the president of one Historically Black College and University (HBCU), and one former NCAA student-athlete from each of the two divisions not represented by the student-athlete voting member of the Board of Governors, who shall have graduated not more than four years prior to appointment. *(Adopted: 1/20/22 effective 8/1/22)*

**b** Selection of members of the Board of Governors. *(Adopted: 1/20/22 effective 8/1/22)*

**(i)** Division I members of the Board of Governors shall be appointed by the Division I Board of Directors; Divisions II and III members of the Board of Governors shall be appointed by the Division II and III Presidents Councils, respectively. *(Adopted: 1/20/22 effective 8/1/22)*

**(ii)** Independent members of the Board of Governors shall be selected by the Division I, II and III members of the Board of Governors. *(Adopted: 1/20/22 effective 8/1/22)*

**(iii)** Each divisional Student-Athlete Advisory Committee shall nominate one graduated student-athlete member for the Board of Governors. One of those nominees shall be selected by the other eight members of the Board of Governors to be a voting member representing all three divisions. The other two nominees shall be ex officio members of the Board of Governors. [See Article 2-A-3-a-(vi) above.] The selection process for the student-athlete voting member and ex officio members of the Board of Governors must ensure that both men's and women's sports are represented. *(Adopted: 1/20/22 effective 8/1/22)*

**(iv)** The HBCU ex officio member of the Board of Governors shall be selected by the Division I, II and III members of the Board of Governors. *(Adopted: 1/20/22 effective 8/1/22)*

**c** Each member of the Board of Governors shall have a two-year term, renewable for an additional two years. *(Adopted: 1/20/22 effective 8/1/22)*

**d** Duties and responsibilities: *(Adopted: 1/20/22 effective 8/1/22)*

**(i)** Provide final approval and oversight of the Association's budget, internal and external audits, enterprise risk management, strategic planning, allocation of assets and establish policies related to fiduciary responsibility. *(Adopted: 1/20/22 effective 8/1/22)*

**(ii)** Employ the Association's president, who shall be administratively responsible to the Board of Governors. Annually, in consultation with the governing bodies of the three divisions, evaluate the president. Approve employment terms of the president, including but not limited to compensation, benefits, discipline and termination. *(Adopted: 1/20/22 effective 8/1/22)*

**(iii)** Approve Association contracts involving media rights and revenue producing agreements, consulting as appropriate with divisional governing bodies. *(Adopted: 1/20/22 effective 8/1/22)*

**(iv)** In consultation with the leadership of the divisional governing bodies, adopt and implement legal strategy, Association risk mitigation, and government relations and policy matters that affect the Association as a whole. *(Adopted: 1/20/22 effective 8/1/22)*

**(v)** Provide Board of Governors meeting agendas in advance to the chair of the Division I Board of Directors, and chairs of the Division II and III Presidents Councils to solicit comment and advice, and report fully to the same individuals Board of Governors actions. For matters pertaining primarily to one division, the Board of Governors will consult with and solicit comment from that division's Board of Directors or Presidents Council with due attention to its views. *(Adopted: 1/20/22 effective 8/1/22)*

**(vi)** May create an executive committee and other committees or bodies to fulfill the duties and responsibilities of the Board of Governors. *(Adopted: 1/20/22 effective 8/1/22)*

**(vii)** Formulate policies and procedures consistent with this Constitution. *(Adopted: 1/20/22 effective 8/1/22)*

**(viii)** Convene at least one combined meeting per year of the divisional presidential governing bodies. *(Adopted: 1/20/22 effective 8/1/22)*

**(ix)** Convene at least one same-site meeting per year of the Division I Council and the Division II and Division III Management Councils. *(Adopted: 1/20/22 effective 8/1/22)*

**(x)** Sponsor proposed amendments to the Constitution to the entire membership for a vote. *(Adopted: 1/20/22 effective 8/1/22)*

**(xi)** Monitor adherence by the divisions to the principles in Article I. Call for a vote of the entire membership on the action of any division that it determines to be contrary to the basic purposes and general principles set forth in the Association's Constitution. This action may be overridden by the Association's entire membership by a two-thirds majority vote of those institutions voting. *(Adopted: 1/20/22 effective 8/1/22)*

**(xii)** Call for an annual or special convention of the Association. *(Adopted: 1/20/22 effective 8/1/22)*

**e** Duties and responsibilities of the NCAA president: *(Adopted: 1/20/22 effective 8/1/22)*

**(i)** Administer the national office to implement directions of the Board of Governors and divisional leadership bodies. *(Adopted: 1/20/22 effective 8/1/22)*

**(ii)** Enter into, administer and enforce all Association contracts, including Board of Governors approved contracts concerning media rights and revenue producing agreements and initiatives of the Board of Governors and divisional leadership bodies. *(Adopted: 1/20/22 effective 8/1/22)*

**(iii)** Recommend to the Board of Governors measures in response to an action or statement by an institution or its representatives that materially violates a constitutional principle and undermines the interests of the Association. *(Adopted: 1/20/22 effective 8/1/22)*

**(iv)** Undertake other actions necessary to accomplish the purposes of the Association as determined by the Board of Governors and divisional leadership bodies. *(Adopted: 1/20/22 effective 8/1/22)*

**(v)** Serve as an ex officio member of the Board of Governors with authority to vote in instances when the vote of the Board of Governors results in a tie. *(Adopted: 1/20/22 effective 8/1/22)*

## B The Divisions *(Adopted: 1/20/22 effective 8/1/22)*

**1** Each division shall have independent authority to organize itself, consistent with the principles of the Association. Each division is authorized to structure itself as it deems necessary, including creation of subdivisions or creation of a new division and determination of membership eligibility for these new organizations, including the role of conferences. New divisions or subdivisions must be self-funded by the originating division. *(Adopted: 1/20/22 effective 8/1/22)*

**2** Each division shall set standards for academic eligibility. *(Adopted: 1/20/22 effective 8/1/22)*

**3** Each division shall determine its own governing structure and membership. *(Adopted: 1/20/22 effective 8/1/22)*

**4** Each division shall establish guidelines regarding student-athlete benefits, including commercialization of name, image or likeness and to prevent exploitation of student-athletes or abuses by individuals or organizations not subject to the authority of the student-athlete's school. *(Adopted: 1/20/22 effective 8/1/22)*

**5** Each division shall establish policies and procedures for enforcement of Association and division rules and regulations, and the Association will provide requested support for divisional implementation. *(Adopted: 1/20/22 effective 8/1/22)*

**6** Each division shall determine the sports in which it conducts a national championship and the access criteria for participation. *(Adopted: 1/20/22 effective 8/1/22)*

**7** Two or more divisions may establish a national collegiate championship in a sport in which they do not have separate divisional championships. *(Adopted: 1/20/22 effective 8/1/22)*

**8** Each division shall determine whether to allow an institution to classify a sport in a division other than the division in which it holds membership and the division shall determine the process for reclassification, and the privileges, conditions and obligations of multidivision classification. *(Adopted: 1/20/22 effective 8/1/22)*

**9** Each division shall determine the policies under which conferences are formed and operated. *(Adopted: 1/20/22 effective 8/1/22)*

**10** Each division shall oversee the operations of its member conferences and their adherence to the principles and provisions in this Constitution. *(Adopted: 1/20/22 effective 8/1/22)*

**11** Each division shall ensure its member institutions implement the provisions of Section D below. *(Adopted: 1/20/22 effective 8/1/22)*

**12** Authorities not explicitly enumerated in this Constitution for Association-wide governance are reserved to the divisions or, at their discretion, to subdivisions, conferences or individual institutions. *(Adopted: 1/20/22 effective 8/1/22)*

## C The Conferences *(Adopted: 1/20/22 effective 8/1/22)*

**1** A member conference is a group of colleges and/or universities, created and operated in a manner governed by the policies of its division, that conducts competition among its members, determines a conference champion in one or more sports in which the NCAA conducts a championship, and meets the conference membership requirements established by its division. *(Adopted: 1/20/22 effective 8/1/22)*

**a** Multisport Conferences: Multisport conferences are the primary conference members and serve a critical role in Association and divisional governance as they represent the positions of their member colleges and universities. *(Adopted: 1/20/22 effective 8/1/22)*

**b** Multisport conferences must meet all specified divisional membership criteria, including number of member institutions, sports sponsorship minimums and regular-season competition requirements. *(Adopted: 1/20/22 effective 8/1/22)*

**c** Multisport conferences may be allocated voting representation on NCAA committees, working groups, task forces and other organizational bodies with oversight over Association or division- wide policy, as determined by the divisions. *(Adopted: 1/20/22 effective 8/1/22)*

**2** Single-Sport Conferences: *(Adopted: 1/20/22 effective 8/1/22)*

**a** A single-sport conference conducts competition and determines a conference champion among its members in one sport. *(Adopted: 1/20/22 effective 8/1/22)*

**b** Single-sport conferences must meet all specified divisional membership criteria for single-sport conferences. *(Adopted: 1/20/22 effective 8/1/22)*

**c** The governance and legislative role for a single-sport conference is limited to issues impacting the single sport and subject to the structure and requirements of its division. *(Adopted: 1/20/22 effective 8/1/22)*

**3** Each division shall have the authority to determine the membership requirements for multisport and single-sport conference members and the role and representation of multisport conference members in the divisional governance structure. *(Adopted: 1/20/22 effective 8/1/22)*

**4** All conferences: *(Adopted: 1/20/22 effective 8/1/22)*

**a** Must adhere to the principles and provisions in this Constitution and those established by their division, including in the conduct of athletics events. *(Adopted: 1/20/22 effective 8/1/22)*

**b** Must provide to student-athletes any conference policies for its licensing, marketing, sponsorship, advertising, and other commercial agreements that may involve use of a student-athlete's name, image or likeness. *(Adopted: 1/20/22 effective 8/1/22)*

**c** Shall comply completely and promptly with the rules and regulations governing the division's enforcement process and shall cooperate fully in that process as a condition of membership in the Association. *(Adopted: 1/20/22 effective 8/1/22)*

**5** Each conference shall support its member institutions in implementing the provisions of Section D below, subject to guidance from its division. *(Adopted: 1/20/22 effective 8/1/22)*

## D Member Colleges and Universities *(Adopted: 1/20/22 effective 8/1/22)*

**1** All members of the NCAA must: *(Adopted: 1/20/22 effective 8/1/22)*

**a** Ensure participating student-athletes are in good standing with the member institution, the conference, division and national Association. *(Adopted: 1/20/22 effective 8/1/22)*

**b** Annually submit documentation demonstrating compliance with the division's academic program and publish progress-toward-degree requirements for student-athletes. *(Adopted: 1/20/22 effective 8/1/22)*

**c** Submit annually to the division and the NCAA financial data as determined by the division detailing operating revenues, expenses and capital relating to the intercollegiate athletics program. *(Adopted: 1/20/22 effective 8/1/22)*

**d** Establish an administrative structure that provides independent medical care for student-athletes, affirms the autonomous authority of primary athletics health care providers, and implements NCAA guidance, rules and policies based on consensus of the medical, scientific, sports medicine, and sport governing communities. The physicians and health care staff at each member institution have the ultimate decision-making authority over the health and welfare of student-athletes. Consistent with the member institutions' primary obligation with respect to student-athlete health and safety, member institutions will make NCAA guidance, rules and policies available to student-athletes. Member institutions shall be responsible for the oversight and administration of coach, administrator and staff education on relevant student-athlete physical and mental health topics, prevailing consensus for engaging student-athletes about physical and mental health, how to most effectively support student-athlete physical and mental health, and appropriate resources on campus or in the local community. Member institutions are responsible for regulating practice schedules, taking into consideration the health of student-athletes and their academic success. *(Adopted: 1/20/22 effective 8/1/22)*

**e** Maintain written policies for its licensing, marketing, sponsorship, advertising and other commercial agreements that may involve the use of a student-athlete's name, image or likeness. Each institution shall provide such policies to student-athletes and make those policies publicly available. *(Adopted: 1/20/22 effective 8/1/22)*

**f** In furtherance of institutional commitments to integrity and sportsmanship, to student-athletes, and to support diversity, equity, and inclusion, appoint individuals who have the following designations: faculty athletics representative; senior woman administrator; athletics healthcare administrator; athletics diversity and inclusion designee; and senior compliance administrator. Each institution will have the flexibility to assign duties associated with each position that best serves the needs of the institution and student-athletes. *(Adopted: 1/20/22 effective 8/1/22)*

**g** Establish a student-athlete advisory committee. Its duties may be established by the institution, but student-athletes must constitute a majority of the membership of the committee. *(Adopted: 1/20/22 effective 8/1/22)*

**h** Comply completely and promptly with the rules and regulations governing the divisional enforcement process and shall cooperate fully in that process as a condition of membership in the Association. *(Adopted: 1/20/22 effective 8/1/22)*

**2** An institution's membership in the NCAA may be suspended, terminated or otherwise disciplined (including loss of or reduction in rights to participate in governance processes or financial penalties) for removal of the member's accreditation, failure to pay dues or failure to satisfy academic performance progress, or failure to abide by the principles stated in this constitution or those established by an institution's division. *(Adopted: 1/20/22 effective 8/1/22)*

## E Student-Athletes *(Adopted: 1/20/22 effective 8/1/22)*

**1** Student-athletes shall have voting representation on the Board of Governors, Division I Board of Directors, and Division II and Division III Presidents Councils. *(Adopted: 1/20/22 effective 8/1/22)*

**2** The president or chancellor of each member institution shall appoint and support the faculty athletics representative as the principal point of contact to whom student-athletes can report any action, activity or behavior by anyone associated with the athletics program inconsistent with this constitution's principle of student-athlete health and well-being. In this role, the faculty athletics representative is a reporting contact for student-athletes independent of the institution's athletics department, but not a legal advocate for student-athletes. The faculty athletics representative, in this capacity, shall report directly to the member institution's president or chancellor. *(Adopted: 1/20/22 effective 8/1/22)*

CONSTITUTION, ARTICLE 3

# Finance

**A** Resources will be allocated to the three divisions to provide standard membership services, including championships. Division II will receive 4.37% and Division III will receive 3.18% of all operating revenue sources, as agreed on January 9, 1996. *(Adopted: 1/20/22 effective 8/1/22)*

**B** All Division II and Division III member schools and conferences shall receive services from the national office. Each division may choose to support additional service needs through their divisional budget. An annual review will be conducted to validate the additional Association service expenses that Divisions II and III pay for directly out of their allocations. *(Adopted: 1/20/22 effective 8/1/22)*

**C** All members shall pay Association-wide membership dues set by the Board of Governors on an annual basis that contribute to the NCAA budget. *(Adopted: 1/20/22 effective 8/1/22)*

**D** Each division shall have oversight and final approval of its own budget and expenditures and the division's revenue distribution to its members. *(Adopted: 1/20/22 effective 8/1/22)*

**E** Divisions may levy assessments on their members, which can be allocated to the divisional budget. Any divisional levy or increase in divisional membership dues by a division may be kept and allocated by the division acting independently of the Association or other divisions. *(Adopted: 1/20/22 effective 8/1/22)*

CONSTITUTION, ARTICLE 4
# Rules, Compliance and Accountability

**A** Each member institution, consistent with the principle of institutional control, shall hold itself accountable to support and comply with the rules and principles approved by the membership. Further, each school shall ensure that its staff, student-athletes, and other individuals and groups representing the institution's athletics interests comply with applicable rules (institutional, conference, divisional and Association-wide) in the conduct of the institution's intercollegiate athletics programs. *(Adopted: 1/20/22 effective 8/1/22)*

**B** Each division shall determine the methods of investigation and adjudication to hold accountable its members whose representatives engage in behaviors that violate the rules and principles approved by the membership. *(Adopted: 1/20/22 effective 8/1/22)*

**1** Those accountability measures shall identify the people who engage in investigation and adjudication and define their operating authority. *(Adopted: 1/20/22 effective 8/1/22)*

**2** The measures shall be designed to prioritize integrity and fair play, provide fair investigative and adjudicatory procedures and prescribe appropriate penalties in a timely manner. *(Adopted: 1/20/22 effective 8/1/22)*

**3** Member institutions shall cooperate fully in all accountability measures established by the applicable division and shall take all necessary measures to ensure the cooperation of their staff, student-athletes, and institutional representatives. *(Adopted: 1/20/22 effective 8/1/22)*

**4** Divisional and, as appropriate, conference regulations must ensure to the greatest extent possible that penalties imposed for infractions do not punish programs or student-athletes not involved nor implicated in the infraction(s). *(Adopted: 1/20/22 effective 8/1/22)*

**5** Investigation of alleged infractions and, if appropriate, sanctions or penalties, by a division or conference should be consistent and timely. Decisions with respect to minor infractions should be prompt and proportionate. *(Adopted: 1/20/22 effective 8/1/22)*

**6** Each division shall annually report to the Board of Governors all major infractions as defined by each division during the preceding year, the status of investigations, and penalties imposed. *(Adopted: 1/20/22 effective 8/1/22)*

CONSTITUTION, ARTICLE 5

# Amendments to the Constitution

**A** Provisions of the NCAA constitution may be amended only at a special or annual Convention. The membership shall receive reasonable notice of proposed amendments. An amendment may be sponsored only by the Board of Governors or by a two-thirds vote of a divisional leadership body. A sponsored amendment shall require a two-thirds majority vote of all delegates present and voting. The chair of each divisional Student-Athlete Advisory Committee shall be eligible to vote. *(Adopted: 1/20/22 effective 8/1/22)*

**B** Sponsored amendments shall include a statement of intent and rationale. Amendments to amendments may be sponsored as set forth above but may not expand the scope of the original amendment. Amendments to amendments shall require a two-thirds majority vote of all delegates present and voting. *(Adopted: 1/20/22 effective 8/1/22)*

**C** Approved amendments shall become effective on the first day of August following adoption, unless another effective date is approved by a two-thirds majority vote of all delegates present and voting. *(Adopted: 1/20/22 effective 8/1/22)*

**D** Before the end of a special or annual Convention, any member who voted on the prevailing side may move for reconsideration. *(Adopted: 1/20/22 effective 8/1/22)*

CONSTITUTION, ARTICLE 6

# Institutional Control

**A** The control and responsibility for the conduct of intercollegiate athletics shall be exercised by the institution itself and the division and conference of which it is a member. A member institution's president or chancellor has ultimate responsibility and final authority for the conduct of the intercollegiate athletics program and the actions of any board in control of that program. *(Adopted: 1/20/22 effective 8/1/22)*

**B** If an institution has a nongoverning athletics board or council or an athletics advisory board, administration, faculty members and student-athletes shall constitute at least a majority of the board. *(Adopted: 1/20/22 effective 8/1/22)*

**C** It is the responsibility of the Association and each division, conference and member institution to comply with federal and state laws and local ordinances, including with respect to gender equity, diversity and inclusion. *(Adopted: 1/20/22 effective 8/1/22)*

**D** Consistent with the principle of institutional control, no provision in this constitution should be construed to restrict or limit colleges and universities, public or private, from adopting or maintaining missions and policies consistent with their legal rights or obligations as institutions of high learning. *(Adopted: 1/20/22 effective 8/1/22)*

BYLAW, ARTICLE 7

# NCAA Division II Membership and Institutional Control

## 7.01 General Principles. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.01.1 Membership in the Association.** Eligibility for membership in the Association; conditions, obligations, and classes of Association membership; and procedures governing the termination, suspension and reinstatement of such membership are governed by Article 2-C and Article 2-D and this bylaw. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.01.2 Classes of Membership.** Division II offers three classes of membership: active, conference and provisional. Eligibility for and method of election to membership, obligations and conditions for continuing membership, voting rights, and other membership privileges for each class are defined in this bylaw. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.01.3 Designation of Division II Membership Classification.** Each active and provisional member institution and each member conference is designated as a member for certain legislative and competitive purposes. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

### 7.01.3.1 Men's and Women's Programs in Different Divisions. An institution shall not classify its women's athletics program in a division other than the institution's membership division, unless its women's program was so classified before January 11, 1991; further, for those institutions so classified, the NCAA Board of Governors, by a two-thirds majority of its members present and voting, may permit the institution's women's athletics program to be classified in a division other than its membership division, provided it determines every three years that unusual circumstances warrant such action. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

### 7.01.3.2 Multidivision Classification. A member institution may request classification and eligibility in more than one division in accordance with provisions permitting multidivision classification, eligibility and voting (see Bylaw 7.6). *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

### 7.01.3.3 Designation of Division by Member Conference. Each member conference shall determine the membership division it desires for legislative and/or competitive purposes. When designating the division, at least 50 percent or a minimum of 25 of the conference's institutions must hold membership in that division. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.01.4 Assignment to Geographical Areas.** Active institutions and conference members are assigned to geographical areas for the purpose of representation on the Presidents Council and various committees, and to facilitate the work of the Association. Geographical districts and regions are defined in Bylaw 8.1.1.4. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.01.5 Applicable Legislation.** A member institution shall observe the applicable legislation and requirements of its membership division. However, if the institution is eligible to participate in a sport in another division (see Bylaw 7.6 for multidivision-classification privileges), it shall apply the rules of the other division that govern the sport in question. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.01.6 Compliance With NCAA Legislation.** To be an active member, an institution shall be in compliance with all applicable provisions of the constitution and bylaws of the Association. An institution that fails to do so shall be subject to the enforcement procedures and penalties issued by the Division II Membership Committee (e.g., loss of Institutional Equal Distribution Funds; change to membership classification). *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.01.7 Obligation to Meet Division Criteria.** Division membership criteria constitute enforceable legislation. Each member institution shall comply with all applicable criteria of the division and an institution that fails to do so shall be subject to the enforcement procedures, and to possible reclassification. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.01.8 Institutional Control.** The control and responsibility for the conduct of intercollegiate athletics shall be exercised by the institution itself and by the conference(s), if any, of which it is a member. Administrative control or faculty control, or a combination of the two, shall constitute institutional control [see Article 1-E]. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.01.9 Responsibility for Control.** It is the responsibility of each member institution to control its intercollegiate athletics program in compliance with the rules and regulations of the Association. The institution's president or chancellor is responsible for the administration of all aspects of the athletics program. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.01.10 Responsibility to Monitor and Report.** Each institution shall comply with all applicable rules and regulations of the Association, its division, and conference and in the conduct of its intercollegiate athletics programs. It shall monitor its programs to ensure compliance and to identify and report to its division and conference instances in which compliance has not been achieved. The institution shall cooperate fully with any enforcement efforts and shall take appropriate corrective actions as necessary. Members of an institution's staff, student-athletes, and other individuals and groups representing the institution's athletics interests shall comply with the applicable Association rules, including rules requiring cooperation with enforcement efforts, and the member institution shall be responsible for such compliance. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.01.11 Division II Membership Process.** Institutions seeking to become active members of Division II in all sports must successfully complete the requirements of the Division II membership process. The membership process requires a minimum of three provisional years and is monitored by the Membership Committee. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.01.12 Termination or Suspension of Membership.** All rights and privileges of a member shall cease immediately on termination or suspension of its membership. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

# 7.02 Definitions and Applications. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.02.1 Division II Membership Categories.** *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.02.1.1 Active Member Institution.** An active member institution is a four-year college or university, or a two-year upper-level collegiate institution accredited by the appropriate regional accrediting agency (see Bylaw 7.1.4.1.2.1 for the accreditation standard for an international institution) and duly elected to active membership under the provisions of this article. Active members have the right to compete in NCAA championships, to vote on legislation and other issues before the Association and division, and to enjoy other privileges of membership designated in the constitution and bylaws of the Association. (See Bylaw 7.3.1.3.1.1 regarding restrictions on the privileges of for-profit institutions.) *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.02.1.1.1 Athletics Consortium.** An athletics consortium consists of one member institution and neighboring member or nonmember institutions (but not more than one nonmember institution), recognized and approved by a two-thirds vote of the Management Council. The student-athletes of the combined institutions are permitted to compete on the NCAA member institution's athletics teams, provided they meet the eligibility requirements of the NCAA and the member institution (see Bylaw 7.1.3). *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.02.1.2 Provisional Member Institution.** A provisional member institution is a four-year college or university, or a two-year upper-level collegiate institution accredited by the appropriate regional accrediting agency (see Bylaw 7.1.4.1.2.1 for the accreditation standard for an international institution) and that has applied for active membership in the Association. Provisional membership is a prerequisite for active membership in the Association. The institution shall be elected to provisional membership under the provisions of this article (see Bylaw 7.4). Provisional membership is a prerequisite for active membership and shall last for a minimum of three years. During year one of the membership process, an institution shall administer its athletics programs in accordance with NCAA legislation regarding full-time enrollment, good academic standing, sports sponsorship and health and safety. During years two and three of the provisional period, an institution shall administer its athletics programs in accordance with the constitution, bylaws and other legislation of the Association. Provisional members shall receive all publications and mailings received by active members in addition to other privileges designated in the constitution and bylaws of the Association. For specific requirements, see Bylaw 7.4. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.02.1.3 Active Member Conference.** A member conference is a group of colleges and/or universities that conducts competition among its members and determines a conference champion in one or more sports (in which the NCAA conducts championships or for which it is responsible for providing playing rules for intercollegiate competition), duly elected to conference membership under the provisions of this article (see Bylaw 7.4.2). A member conference is entitled to all of the privileges of active members except the right to compete in NCAA championships (see Bylaw 7.4.2). Only those conferences that meet specific criteria as competitive and legislative bodies (see Bylaws 7.02.1.3.1 and 7.02.1.3.2) and minimum standards related to size and division status are permitted to vote on legislation or other issues before the Association. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.02.1.3.1 Competitive Body.** A competitive body is an athletics conference that conducts competition among its member institutions and determines a conference champion in one or more sports. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.02.1.3.2 Legislative Body.** A legislative body is an athletics conference that develops and maintains rules and regulations governing the athletics programs and activities of its member institutions. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.02.1.4 Provisional Member Conference.** A provisional conference consists of a group of at least 10 four-year colleges or universities or two-year upper-level collegiate institutions, accredited by the appropriate regional accrediting agency (see Bylaw 7.1.4.1.2.1 for the accreditation standard for an international institution), and that has applied for provisional conference membership in the Association. Provisional conference membership is a prerequisite for active conference membership in the Association. The conference shall be elected to provisional conference membership under the provisions of this article (see Bylaw 7.4.2) and shall follow the guiding principles of a model Division II conference, set forth in the "Division II Long-Range Financial Plan." Provisional conferences shall receive all publications and mailings received by voting member conferences in addition to other privileges designated in the constitution and bylaws of the Association. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.02.2 Emerging Sports for Women.** The following shall be considered emerging sports for women: *(Adopted: 1/31/22, Revised: 7/14/22 effective 8/1/22)*

(a) Team Sports: acrobatics and tumbling, rugby and stunt; and *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22, 1/14/23 effective 8/1/23)*

(b) Individual Sports: equestrian, triathlon, and women's wrestling. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.02.2.1 Removal of Emerging Sports.** A sport shall no longer be considered an emerging sport once the sport has been established as a championship sport. Further, an emerging sport is limited to a 10-year time period to become a championship sport unless it can be demonstrated that steady growth has occurred during that time. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.02.3 Mixed Team.** A mixed team is a varsity intercollegiate sports team on which at least one individual of each gender competes. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.02.4 Multidivision Classification.** Multidivision classification is the procedure in which a member institution may petition to have a certain sport or sports classified in a division other than the division in which it holds membership (see Bylaw 7.6). *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.02.5 Probation.** Probation is a membership classification status assigned to an institution, which indicates that an institution's membership is not in good standing. The status of probation serves as warning that certain conditions and obligations of membership have not been satisfied and failure to correct such deficiencies shall result in the institution's reclassification to the category of restricted membership. An institution does not lose membership benefits as a result of being placed on probation. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.02.6 Restricted Membership.** Restricted membership is a membership classification status assigned to an institution that fails to comply with the minimum requirements of its division (e.g., sports sponsorship, minimum financial aid requirements). An institution placed in such status indicates the loss of any or all of the following benefits of membership: championships eligibility; voting privileges; Institutional Equal Distribution Funds; and committee service. Further, an institution placed in restricted membership status will not count for the premium portion of the Conference Strategic Priority Funds. Failure to comply shall forfeit immediately the institution's membership in the Association. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

# 7.1 Eligibility for Division II Membership. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.1.1 General.** Membership is available to colleges, universities, and athletics conferences; that have acceptable academic standards (as defined in Bylaw 7.1.4.1.2, and for international institutions see Bylaw 7.1.4.1.2.1); and that are located in Canada, Mexico and the United States, its territories or possessions. Such institutions or organizations must accept and observe the principles set forth in the constitution and bylaws of the Association. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.1.2 Membership Requirements – Philosophy Statement.** In addition to the constitution of thee National Collegiate Athletic Association, as set forth in Constitution 1, members of Division II believe that a well-conducted intercollegiate athletics program, based on sound educational principles and practices, is a proper part of the educational mission of a university or college and that the educational well-being and academic success of the participating student-athlete is of primary concern.

Higher education has lasting importance on an individual's future success. As such, Division II supports the educational mission of college athletics by fostering a balanced approach in which student-athletes learn and develop through their desired academic pursuits, in civic engagement with their communities and in athletics competition. Division II athletics programs also are committed to establishing an inclusive culture in which persons of all backgrounds are respected and given the opportunity to provide input and to participate. Division II members abide by the following principles that help define and distinguish the division: *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(a) Division II colleges and universities are expected to operate their athletics programs with integrity and in a welcoming manner that complies with conference and NCAA rules and regulations. Institutional control is a fundamental principle that supports the institution's educational mission and assumes presidential involvement and oversight; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(b) Division II members fund their athletics programs in a manner that aligns with the institution's budget and educational mission. This method of funding features a "partial scholarship" model that allows Division II schools to recognize student-athletes for their skills through athletics-based grants, but student-athletes can accept merit-based aid and academic scholarships as well; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(c) Division II believes in a balanced approach that integrates athletics into the college experience and allows students to focus on their academic pursuits and participate in other campus and community activities. This "Life in the Balance" emphasis facilitates learning through: *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

    (1) **Academics.** Division II offers exceptional teacher-student ratios that provide student-athletes with a quality education in the academic curriculum of their choice. The division structures its eligibility requirements to facilitate student-athletes earning their degrees, which is measured in part by an institution's student-athletes graduating at least at the same rate as the institution's student body; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

    (2) **Athletics.** Division II supports athletics achievement through highly competitive programs that strive to participate in the division's 25 national championships, which offer the best access ratio among the NCAA's three divisions. Division II also supports a regionalization model in scheduling that reduces time away from campus and keeps athletics participation in perspective within the educational mission; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

    (3) **Community Engagement.** Division II athletics programs actively engage with their communities to enhance relationships between student-athletes and community members and develop a shared civic experience. Division II promotes engagement at the local, conference and national levels, including at all Division II national championships; and *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

    (4) **Post-graduation Success.** Division II supports a higher education model that shapes student-athletes who graduate with the skills and knowledge to be productive citizens. The balanced approach allows student-athletes to focus on their academic pursuits, their internships, and whatever else it takes to prepare them for life after graduation; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(d) Division II members support the utmost in sportsmanship by committing to a "game environment" initiative that establishes an atmosphere at athletics contests that is both energetic and respectful; and *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(e) Division II promotes student-athlete involvement in decision-making through campus, conference and national Student-Athlete Advisory Committees that provide leadership opportunities and offer a representative voice in the division's governance structure. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.1.3 Athletics Consortiums.** The Management Council, by a two-thirds majority of its members present and voting, may approve an athletics consortium involving a member institution and neighboring member or nonmember institutions, but not more than one nonmember institution, to permit the student-athletes of the combined institutions to compete on the member institution's intercollegiate athletics teams, provided the student-athletes satisfy the eligibility requirements of the member institution and the NCAA. The Management Council shall develop and publish appropriate criteria to be applied to such consortiums. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

    **7.1.3.1 General Policy.** In general, a consortium shall be approved on the basis of existing academic considerations with the understanding that there shall be no change in the basic recruitment, enrollment or financial aid policies of the involved institutions as a result of such approval. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

    **7.1.3.2 Combining Entire Athletics Programs.** The institutions shall combine their entire athletics programs, and the consortium shall not be formed on a sport-by-sport basis. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

    **7.1.3.3 Conference Approval.** An institution that belongs to an NCAA member conference first shall receive approval of its conference before instituting a consortium for its intercollegiate athletics program. If more than one institution holds such conference membership, all such conferences shall approve the consortium. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

    **7.1.3.4 Eligibility Requirements for Student-Athletes.** Participating student-athletes shall meet all eligibility requirements of the member institution(s), the athletics conference(s) involved and the NCAA. The member institution(s) shall certify the eligibility of all student-athletes under those rules. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.1.3.5 Financial Assistance to Student-Athletes.** Within a consortium: *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(a) Each institution shall be responsible for the financial assistance awarded to its student-athletes. The financial arrangement between or among the institutions for the exchange of funds to cover the academic costs of student-athletes who take part in the exchange program shall apply to student-athletes in the same manner as it applies to those students not participating in the intercollegiate athletics program; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(b) One institution may not provide a scholarship or any other form of financial aid to a student-athlete enrolled in another institution or transmit a scholarship or grant-in-aid to another institution to be used by one or more of its student-athletes; and *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(c) Financial aid limitations as set forth in Bylaw 15 shall be applicable to the consortium as one entity and shall include all countable student-athletes, regardless of the institution in which they are enrolled. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.1.3.6 Length of Approval.** NCAA approval shall be for a four-academic-year period, at the end of which the institutions shall submit a report on the program setting forth its effect upon their academic and athletics operations. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.1.3.7 NCAA Division Membership.** The institutions may be members of different NCAA divisions but shall select one division for legislative and competitive purposes. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.1.3.8 NCAA Member Involvement.** At least one of the institutions shall be a member of the NCAA, and not more than one nonmember institution shall be included. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.1.3.9 NCAA Membership Application.** The institutions shall apply for NCAA membership as a consortium and shall be considered as one member of the Association, with their combined names included on official NCAA membership records. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.1.3.10 Prior Academic Consortium Relationship.** The institutions shall have had a prior academic consortium relationship. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.1.3.11 Recruitment.** It is permissible for one institution to recruit prospective student-athletes with a view to their possible enrollment at another institution in the consortium, provided the individuals qualify for admission to that institution and the athletics interests of the member institution are not involved, directly or indirectly, in influencing the admission or award of financial assistance. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.1.4 Active Members.** *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.1.4.1 Eligibility Requirements – Institutions.** *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.1.4.1.1 Types of Institutions.** Active membership is available to four-year colleges and universities and two-year upper-level collegiate institutions, accredited by the appropriate regional accrediting agency and pursuant to Board of Governors policy and duly elected to active membership under the provisions of Bylaw 7.3.1. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.1.4.1.2 Accreditation.** An institution shall meet the Division's requirement of acceptable academic standards by accreditation through one of the six regional accrediting agencies* (see Bylaw 7.1.4.1.2.1 for the accreditation standard for an international institution).

*Middle States Association of Colleges and Secondary Schools, New England Association of Schools and Colleges, The Higher Learning Commission, Northwest Commission on Colleges and Universities, Southern Association of Colleges and Schools Commission on Colleges, and Western Association of Schools and Colleges. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.1.4.1.2.1 Accreditation Standard for International Institutions.** An institution located in Canada or Mexico must satisfy the Division's requirement of acceptable academic standards set forth in Bylaw 7.1.4.1.2 or is a candidate for accreditation with one of the six U.S. regional accrediting agencies* and is in good standing with its country's national, regional, or provincial accreditation agency to be elected to and maintain active membership in the Association. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.1.4.1.3 Compliance With Association Rules.** The institution shall administer its athletics programs in accordance with the constitution, bylaws and other legislation of the Association. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.1.4.1.4 Standards.** The institution's athletics programs shall reflect the establishment and maintenance of high standards of personal honor, eligibility and fair play. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.1.4.1.5 Compliance Requirement.** The institution shall be in compliance with Bylaws 7.1.4.1.3, 7.1.4.1.4 and 7.4.1 at the time it makes application for active membership. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.1.4.2 Eligibility Requirement – Conferences – Conference Competition Requirement.** Conference membership is available to duly elected athletics conferences of colleges and universities that conduct conference competition and determine a champion in one or more sports in which the Association conducts championships or for which it is responsible for providing playing rules for intercollegiate competition. Voting rights and other membership privileges (e.g., Management Council representation) are available only to those multi-sport conferences that satisfy the requirements set forth in Bylaw 7.3.5. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.1.4.3 Dues of Members.** *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.1.4.3.1 Determination of Annual Dues.** The annual dues of the various classes of membership are governed by Article 3-C. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.1.4.3.2 Payment Deadline.** Dues are payable September 1 of each year. A member shall not be permitted to vote at a Convention of the Association if its dues are not paid for that year. To be eligible to compete in NCAA championships, dues shall be paid in accordance with Bylaw 18.2.2.1. Membership is terminated if a member fails to pay dues for one year (see Bylaws 7.3.4.3 and 7.3.5.8.5). *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

# 7.2 Establishment of and Compliance with Division Criteria. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.2.1 Adoption of Criteria.** The members of each division, by majority vote, may establish division criteria for membership and competition by sport. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.2.2 Effective Date and Compliance Period.** In establishing criteria, the members of the division shall specify the effective date and compliance period, if any. Each institution (either as a member of that division or as an institution that competes in a sport in that division under the provisions of multidivision classification per Bylaw 7.6) shall conform to the requirements of the criteria by that effective date or by the end of the compliance period, whichever is later. Amendments to membership criteria shall be effective the September 1 after adoption or a future September 1. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.2.3 Deadline for Meeting Performance Criterion.** An institution must comply with any specific performance criterion adopted by the membership of its division (e.g., that the institution sponsor a minimum number of sports, schedule and play a specific percentage or number of contests against opponents of a certain division, or demonstrate a specific level of paid attendance) by the end of the academic year before the effective date of the legislation. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.2.4 Continuation of Compliance.** To retain division membership or approved multidivision classification (per Bylaw 7.6), each active member institution shall continue to meet division criteria when any grace period expires. If an institution fails to remain in compliance with its division's criteria, the institution's membership (or its sport per Bylaw 7.6) shall be reassigned to a division for which it qualifies. If the member (or its sport per Bylaw 7.6) does not qualify for any division, the institution shall be reclassified in accordance with Bylaw 7.2.7 and also shall be subject to the Association's enforcement procedures. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.2.5 Failure to Conform by Effective Date.** If an active member institution has not conformed to the adopted criteria of its division by the effective date or the end of the prescribed compliance period, the institution's membership (or its sport per Bylaw 7.6) shall be reassigned to a division for which it qualifies. If the member (or its sport per Bylaw 7.6) does not qualify for any division, the institution (or its sport per Bylaw 7.6) shall be reclassified in accordance with Bylaw 7.2.7. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.2.6 Noncompliance With Membership Requirements and the Enforcement Process -- Authority of the Membership Committee.** The Membership Committee shall review issues regarding membership requirements (e.g., sports sponsorship, financial aid) that are discovered during the enforcement process and shall impose, when necessary, penalties for noncompliance. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.2.7 Noncompliance and Waivers of Division Criteria.** *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.2.7.1 Restricted Membership.** *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.2.7.1.1 Minimum One-Year Compliance Period.** If an institution (or its sport per Bylaw 7.6) does not meet its division's criteria for membership, the institution (or its sport per Bylaw 7.6) may be placed in a restricted membership category for a minimum of one year (see Bylaw 7.02.6). If the member institution does not meet its division's criteria

for membership at the end of the restricted membership period, the member shall forfeit immediately its membership in the Association. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.2.7.1.2 Voting Privileges and Eligibility for Championships.** During the period of restricted membership, an institution shall be (see Bylaw 7.02.6): *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(a) In compliance to the greatest extent possible with that division's scheduling criteria; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(b) Bound by all other applicable rules of the Association; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(c) Permitted to vote only on dominant issues; and *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(d) Ineligible for NCAA championships and postseason football contests. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.2.7.1.3 No Voluntary Selection of "Restricted Membership" Category.** "Restricted membership" status is imposed only when an institution has failed to comply with division membership criteria. (See Bylaw 7.02.6.) An institution is not permitted to select voluntarily or to request that it be placed in the "restricted membership" category. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.2.7.2 Waivers of Division Membership Criteria.** The following institutions may request a waiver from the appropriate divisional committee that has oversight of membership criteria: *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(a) An institution applying for multidivision classification; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(b) An institution applying for a change of division membership; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(c) An institution placed in the restricted membership category (see Bylaw 7.02.6); *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(d) An active member institution that does not meet the applicable membership criteria of its division; or *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(e) An active member institution that does not meet (or does not expect to meet within the applicable compliance period, if any) new criteria adopted by the membership of its division. The institution's request for a waiver shall be signed by the institution's chancellor or president. The Membership Committee shall determine the deadline for submission and the effective date of such waiver requests. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.2.7.2.1 Voting Requirement.** The Membership Committee, by a majority of its members present and voting, shall hear and act on an institution's waiver of the division's criteria. The Management Council, or a subcommittee designated by the Management Council, shall hear and act on an institution's appeal of a decision made by the Membership Committee in regard to an institution's waiver of the division's criteria. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

## 7.3 Active Membership. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1 Institutions.** *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.1 Institutional Governance.** *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.1.1 Chancellor or President.** A member institution's chancellor or president has ultimate responsibility and final authority for the conduct of the intercollegiate athletics program and the actions of any board in control of that program. The term "chancellor or president" refers to the individual with primary executive authority for an institution and does not include an individual who has executive responsibility over a system of institutions. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.1.2 Athletics Board.** A board in control of athletics or an athletics advisory board, which has responsibility for advising or establishing athletics policies and making policy decisions, is not required. However, if such a board exists, it must conform to the following provisions. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.1.2.1 Composition.** Administration and/or faculty staff members shall constitute at least a majority of the board in control of athletics or an athletics advisory board, irrespective of the chancellor or president's responsibility and authority or whether the athletics department is financed in whole or in part by student fees. If the board has a parliamentary requirement necessitating more than a simple majority in order to transact some or all of its business, then the administrative and faculty members shall be of sufficient number to constitute at least that majority. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.1.2.1.1 Administrator Defined.** An administrator (for purposes of this legislation) is an individual employed by the institution as a full-time administrative staff member who holds an academic appointment, is directly responsible to the institution's chancellor or president or serves as a chief administrative official (e.g., admissions director, finance officer, department head, or athletics department head). Other nonacademic staff members and individuals who are members of an institution's board of trustees or similar governing body would not be considered to be administrators for purposes of this regulation. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.1.2.1.2 Board Subcommittee.** If a board subcommittee is appointed, it is not necessary for the subcommittee to have majority control by administration and/or faculty members (see Bylaw 7.3.1.1.2.1), provided all actions of the subcommittee are approved by the entire board before becoming effective. However, if the subcommittee's actions are effective permanently or become effective immediately and remain in effect until reviewed by the entire board at a later date, the subcommittee's membership must satisfy the majority control requirement. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.1.2.1.3 Attendance.** A parliamentary majority of administrators and faculty members of a board in control of athletics is not required to be present at any single meeting in order to conduct business. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.1.2.2 Chair or Voting Delegate.** Only an administrator or faculty member (as opposed to a student, alumnus or governing board member) may serve as chair of a member institution's board in control of intercollegiate athletics or represent the board as the institution's voting delegate at Conventions. Institutional representatives in these positions have responsibility for advising or establishing athletics policies and making policy decisions that require administrative and/or faculty control. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.1.3 Compliance Administrator.** A member institution shall employ at least one individual who serves as a full-time compliance administrator with no coaching responsibilities (see Bylaw 7.3.1.5.21). *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.1.4 Faculty Athletics Representative.** A member institution shall designate an individual to serve as faculty athletics representative. An individual so designated after January 12, 1989, shall be a member of the institution's faculty or an administrator who holds faculty rank and shall not hold an administrative or coaching position in the athletics department. Duties of the faculty athletics representative shall be determined by the member institution. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.1.5 Student-Athlete Advisory Committee.** Each institution shall establish a student-athlete advisory committee for its student-athletes. The composition and duties of the committee shall be determined by the institution. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.2 Budgetary Control.** *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.2.1 Normal Budgeting Procedures.** The institution's annual budget for its intercollegiate athletics programs shall be controlled by the institution and subject to its normal budgeting procedures. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.2.2 Chancellor or President Approval.** The institution's chancellor or president or an institutional administrator designated by the chancellor or president from outside the athletics department shall approve the annual budget in the event that the institution's normal budgeting procedures do not require such action. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.3 Privileges.** *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.3.1 Active Members.** Active members shall be entitled to all of the privileges of membership under the constitution and bylaws of the Association and all privileges incidental thereto. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.3.1.1 Exception -- For-Profit Institutions.** For-profit institutions shall be restricted, as follows: *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(a) A for-profit institution shall not have voting privileges at the annual NCAA Convention or any special Convention. The institution shall be entitled to three accredited delegates without voting privileges. Any of the accredited delegates shall be entitled to privileges of the floor and the right to active participation in the business proceedings; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(b) Representatives of a for-profit institution shall not be permitted to serve as a voting institution representative on an NCAA committee; and *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(c) A for-profit institution shall not receive NCAA grants or financial distributions directly from the NCAA. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.3.2 Use of Association's Registered Marks.** Active members may use the registered marks of the Association (the Association's name, logo or other insignia) only in accordance with guidelines established by the Board of Governors. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5 Conditions and Obligations of Active Membership.** *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5.1 General.** An active member shall administer its athletics programs in accordance with the constitution, bylaws and other legislation of the Association. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5.2 Obligation to Meet Division Criteria.** Division membership criteria constitute enforceable legislation. Each member institution shall comply with all applicable criteria of its division, and an institution that fails to do so shall be subject to the enforcement procedures, and to possible reclassification. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5.3 Certification of Eligibility/Declaration of Ineligibility.** An active member institution is responsible for certifying the eligibility of student-athletes under the terms of the constitution, bylaws or other legislation of the Association before permitting a student-athlete to represent the institution in intercollegiate competition. Procedures for eligibility certification shall be approved by the chancellor or president, who may designate an individual on the institution's staff to administer proper certification of eligibility. The institution shall be obligated immediately to apply all applicable rules and withhold ineligible student-athletes from all intercollegiate competition (see Bylaw 14.12). See Bylaw 14.13 for procedures regarding restoration of eligibility. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5.4 Application of Rules to All Recognized Varsity Sports.** The constitution, bylaws and other legislation of this Association, unless otherwise specified therein, shall apply to all teams in sports recognized by the member institution as varsity intercollegiate sports and that involve all male teams, mixed teams of males and females, and all-female teams. To be recognized as a varsity sport, the following conditions must be met: *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(a) The sport shall be one in which the Association conducts championships, except as provided in Bylaw 7.6 or an emerging sport for women per Bylaw 7.02.2; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(b) The sport officially shall have been accorded varsity status by the institution's chancellor or president or committee responsible for intercollegiate athletics; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(c) The sport is administered by the department of intercollegiate athletics; and *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(d) Qualified participants in the sport shall receive the institution's official varsity awards. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5.4.1 Intent to Sponsor a Varsity Sport.** Once an institution evidences an intent or commitment to sponsor a sport on a varsity level (e.g., official announcement that competition will be conducted on a varsity basis, employment of individuals to coach the varsity team), the institution must begin applying NCAA recruiting regulations to the applicable sport. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5.4.2 Regular-Season Eligibility.** A member shall conduct its regular-season competition under eligibility rules at least as stringent as those provisions of Bylaw 14 applicable to members (see Bylaw 14.1.1). *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5.5 Publication of Progress-Toward-Degree Requirements.** Active member institutions are obligated to publish their progress-toward-degree requirements for student-athletes (see Bylaw 14.4.1). *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5.6 Missed Class-Time Policies.** Active member institutions are obligated to establish policies in all sports concerning student-athletes' missed class time due to participation in intercollegiate athletics and athletics competition scheduled during final examination periods (see Bylaw 17.1.6.9). *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5.7 Compliance-Related Certification.** An active member institution shall not be eligible to enter a team or individual competitors in an NCAA championship and shall be subject to removal from and/or ineligibility of

individuals to serve on an NCAA board, council or committee unless it certifies [see Bylaw 7.8.1-(d)] that the conditions of Bylaw 7.8.1.1 have been satisfied. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5.8 Student-Athlete Statement.** An active member institution shall administer annually, on a form prescribed by the Management Council, or a designated committee, a signed statement for each student-athlete that provides information set forth in Bylaws 14.1.3 and 14.1.3.2. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

   **7.3.1.5.8.1 Administrative Requirement.** The statement shall be administered individually to each student-athlete by the athletics director or the athletics director's designee prior to the student's participation in intercollegiate competition each academic year. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

   **7.3.1.5.8.2 Signature Requirement.** The athletics director and head coach in the sport in which the student-athlete participates shall sign the eligibility list form. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

   **7.3.1.5.8.3 Retention Requirement.** The statement shall be kept on file and such file shall be available for examination upon request by an authorized representative of the NCAA. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5.9 Drug-Testing Program and Consent Form.** An active member institution and an institution in the provisional period of the membership process shall administer annually, on a form prescribed by the Management Council, a signed drug-testing consent form for each student-athlete (per Bylaw 12.02.9) in accordance with Bylaw 14.1.4 and shall ensure compliance with the following elements of the NCAA Drug-Testing Program: **[D]** *(Revised: 7/19/22 effective 8/1/22, Adopted: 1/31/23)*

(a) Respond to the initial drug-testing notification from Drug Free Sport International by the date specified by the organization; *(Revised: 7/19/22 effective 8/1/22, Adopted: 1/31/23 ,)*

(b) Complete and forward to Drug Free Sport International a current and accurate institutional eligibility list (see Bylaw 14.11.2) by the date specified by the organization; *(Revised: 7/19/22 effective 8/1/22, Adopted: 1/31/23)*

(c) Provide adequate and secure drug-testing facilities as specified by Drug Free Sport International; *(Revised: 7/19/22 effective 8/1/22, Adopted: 1/31/23)*

(d) Notify student-athletes who have been selected for drug testing according to the timeline specified by Drug Free Sport International; and *(Revised: 7/19/22 effective 8/1/22, Adopted: 1/31/23)*

(e) Respond to additional requests for assistance in administering the NCAA year-round drug testing program as specified by Drug Free Sport International. *(Revised: 7/19/22 effective 8/1/22, Adopted: 1/31/23)*

   **7.3.1.5.9.1 Administrative Requirement -- Year-Round Drug Testing.** In sports in which the Association conducts year-round drug testing, the consent form shall be administered individually to student-athletes each academic year at the time the intercollegiate squad first reports for practice or before the Monday of the institution's fourth week of classes, whichever date occurs first. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

   **7.3.1.5.9.2 Penalty for Failure to Complete and Sign Consent Form.** Failure to sign the consent form by the deadline shall result in the student-athlete's ineligibility for practice or competition until the student-athlete has signed the form. Failure to complete and sign the form before practice or competition may result in the student-athlete's ineligibility for participation in all intercollegiate athletics. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

   **7.3.1.5.9.3 Retention Requirements.** The consent form shall be kept on file and such file shall be made available for examination on request by an authorized representative of the NCAA [see Bylaw 14.1.4.2-(c)]. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5.10 Student-Athlete Health Insurance Portability and Accountability Act (HIPAA) Authorization/Buckley Amendment Consent Form -- Disclosure of Protected Health Information.** An active member institution shall administer annually, on a form prescribed by the Management Council, a statement for each student-athlete to voluntarily sign that provides information prescribed in Bylaws 14.1.5 and 14.1.5.2. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

   **7.3.1.5.10.1 Administrative Requirement.** The statement shall be administered individually to each student-athlete by the athletics director or the athletics director's designee before the student-athlete's participation in intercollegiate athletics each academic year. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

   **7.3.1.5.10.2 Failure to Provide Consent.** The authorization/consent by the student-athlete is voluntary and is not required for the student-athlete to be eligible to participate. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5.10.3 Retention Requirement.** Any signed statement(s) shall be kept on file and shall be available for examination on request by an authorized representative of the NCAA. [See Bylaw 14.1.5.2-(c).] *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5.11 Certification of Insurance Coverage.** An active member institution must certify insurance coverage for medical expenses resulting from athletically related injuries sustained by the following individuals while participating in a covered event (see Bylaw 7.3.1.5.11.3): **[D]** *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(a) A student-athlete participating in the covered event in an intercollegiate sport as recognized by the participating institution; and *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(b) A prospective student-athlete participating in the covered event who has graduated from high school and signed an irrevocable commitment to participate in an intercollegiate sport at a participating institution. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5.11.1 Amount of Coverage Insurance.** Such insurance coverage must be of equal or greater value than the deductible of the NCAA catastrophic injury insurance program and may be provided through the following sources: **[D]** *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(a) Parents' or guardians' insurance coverage; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(b) Participant's personal insurance coverage; or *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(c) Institution's insurance program. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5.11.2 Athletically Related Injuries.** For purposes of this bylaw, athletically related injuries are injuries that are a direct result of participation in a covered event (see Bylaw 7.3.1.5.11.3). **[D]** *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5.11.3 Covered Event.** A covered event includes the following: **[D]** *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(a) Any intercollegiate sports activity, including team travel, competition, practices and conditioning sessions during the playing season (as defined in Bylaw 17.1.1); *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(b) An NCAA-sanctioned competition in which the insured person (i.e., student-athlete or prospective student-athlete) is an official competitor; or *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(c) Practice and conditioning sessions that are authorized, organized or directly supervised by athletics department personnel at the member institution other than during the playing season. Such sessions must occur on campus or at approved off-campus facilities as part of an intercollegiate athletics activity. For insured student-athletes or prospective student-athletes who compete in individual sports, off-campus intercollegiate athletics activities must be authorized by athletics department personnel at the participating school and take place at approved locations. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5.12 Academic Success Rate.** Active members shall annually submit data, by the applicable deadline, for the Academic Success Rate in a form prescribed by the Management Council. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5.12.1 Failure to Submit Data.** An active member institution that fails to submit data for the Academic Success Rate by the applicable deadline shall forfeit receipt of Division II Institutional Equal Distribution Funds in the following academic year. Further, an active member institution that fails to submit data for the Academic Success Rate in any two years during a five-year period shall forfeit Division II Institutional Equal Distribution Funds for the following three consecutive academic years. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5.12.1.1 Waiver.** The Academic Requirements Committee may grant waivers of Bylaw 7.3.1.5.12.1 if it deems that unusual circumstances warrant such action. The Management Council Subcommittee [see Bylaw 8.2.2.3] shall hear and act on an institution's appeal of a decision made by the Academic Requirements Committee. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5.13 Academic Performance Census -- Failure to Submit.** If an institution fails to submit its Academic Performance Census by the applicable deadline, in a format approved and administered by the Presidents Council (or a committee designated by the Presidents Council), that institution shall forfeit Division II Institutional Equal Distribution Funds for the following academic year. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5.13.1 Waiver.** The Academic Requirements Committee may grant waivers of Bylaw 7.3.1.5.13 if it deems that unusual circumstances warrant such action. The Management Council Subcommittee [see Bylaw

8.2.3] shall hear and act on an institution's appeal of a decision made by the Academic Requirements Committee. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5.14 Concussion Management Plan.** An active member institution shall have a concussion management plan for its student-athletes. The plan shall adhere to the process and format (e.g., the concussion protocol checklist) prescribed by the Board of Governors or designee and include, but is not limited to, the following: **[D]** *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(a) An annual process that ensures student-athletes are educated about the signs and symptoms of concussions. Student-athletes must acknowledge that they have received information about the signs and symptoms of concussions and that they have a responsibility to report concussion-related injuries and illnesses to a medical staff member; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(b) A process that ensures a student-athlete who exhibits signs, symptoms or behaviors consistent with a concussion shall be removed from athletics activities (e.g., competition, practice, conditioning sessions) and evaluated by a medical staff member (e.g., sports medicine staff, team physician) with experience in the evaluation and management of concussions; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(c) A policy that precludes a student-athlete diagnosed with a concussion from returning to athletics activity (e.g., competition, practice, conditioning sessions) for at least the remainder of that calendar day; and *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(d) A policy that requires medical clearance for a student-athlete diagnosed with a concussion to return to athletics activity (e.g., competition, practice, conditioning sessions) as determined by a physician (e.g., team physician) or the physician's designee. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5.14.1 Annual Review and Retention Requirement.** The concussion management plan shall be annually reviewed by and be kept on file in the office of the institution's athletics health care administrator. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5.15 Concussion Reporting.** An active member institution shall report all instances of diagnosed sport-related concussions in student-athletes and their resolutions to the NCAA on an annual basis pursuant to policies and procedures maintained by the Committee on Competitive Safeguards and Medical Aspects of Sports. **[D]** *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5.16 Independent Medical Care.** An active member institution shall establish an administrative structure that provides independent medical care and affirms the unchallengeable autonomous authority of primary athletics health care providers (team physicians and athletic trainers) to determine medical management and return-to-play decisions related to student-athletes. An active institution shall designate an athletics health care administrator to oversee the institution's athletic health care administration and delivery. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5.17 Designation of Team Physician.** An active member institution shall designate a physician to serve as team physician for all or each of its intercollegiate teams. The team physician shall be a doctor of medicine (MD) or doctor of osteopathic medicine (DO) with a current license in good standing to practice medicine in the state or province in which the institution is located. The team physician shall be authorized to oversee the medical services for injuries and illnesses incidental to a student-athlete's participation in intercollegiate athletics. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5.18 Catastrophic Sport Injury Report.** An active member institution shall submit data detailing student-athlete catastrophic fatalities, near fatalities and catastrophic injuries (e.g., injuries and illnesses related to head, neck, spine, cardiac, pulmonary, heat, sickle cell trait, eyes) to the NCAA on an annual basis pursuant to policies and procedures that govern such data as determined by the Committee on Competitive Safeguards and Medical Aspects of Sport. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5.19 Student-Athlete Health and Safety Survey.** An active member institution shall complete a student-athlete health and safety survey on an annual basis pursuant to policies and procedures as determined by the Committee on Competitive Safeguards and Medical Aspects of Sport. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5.19.1 Failure to Submit Survey.** An institution that fails to submit the student-athlete health and safety survey by the applicable deadline shall forfeit receipt of Division II Institutional Equal Distribution Funds in the following academic year. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5.20 Athletics Diversity and Inclusion Designee.** The chancellor or president of an active member institution shall designate an athletics diversity and inclusion designee to be the primary contact and conduit for diversity and inclusion-related information. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5.21 Responsibility of Compliance Administrator.** A member institution shall certify annually that it employs at least one individual who serves as a full-time compliance administrator with no coaching responsibilities. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5.21.1 Failure to Meet Responsibility of Compliance Administrator.** *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5.21.1.1 One-Year Probationary Period.** An institution that fails to meet the requirement regarding the responsibility of the compliance administrator shall be placed on probation for one year for its entire athletics program (both men's and women's sports) in the next academic year after noncompliance is discovered. A member institution shall be afforded the one-year probationary period for failure to meet the requirement only once in a five-year period. The five-year period shall begin September 1 after completion of the academic year in which the membership criterion is not met (see Bylaw 7.02.5). *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5.21.1.2 Application of Restricted Membership Status.** If an institution fails to meet the requirement regarding the responsibility of the compliance administrator at the end of the probationary year or is ineligible for the once-in-five-year probationary period, it shall be placed in restricted membership (see Bylaw 7.02.6). If the institution still cannot certify compliance with the division criteria at the end of that year, it shall forfeit immediately its membership in the Association. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5.21.2 Waiver.** The Membership Committee, by a majority of its members present and voting, shall hear and act on an institution's waiver of division criteria. The Management Council, or a subcommittee designated by the Management Council, shall hear and act on an institution's appeal of a decision made by the Membership Committee in regard to an institution's waiver of the division's criteria. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5.22 Financial Report.** *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5.22.1 Requirement.** At least once every three years, all expenses and revenues for or on behalf of a Division II member institution's intercollegiate athletics programs, including those by any affiliated or outside organization, agency or group of individuals (two or more), shall be subject to agreed-on procedures approved by the Division II membership (in addition to any regular financial reporting policies and procedures of the institution) conducted for the institution by a qualified independent accountant who is not a staff member of the institution and who is selected either by the institution's chancellor or president or by an institutional administrator from outside the athletics department designated by the chancellor or president. If, within the last three years, the institution has conducted an overall institutional audit that includes a financial audit of all athletics department funds using the agreed upon procedures, then the institution is not required to perform a separate financial audit of all athletics department expenditures. An institution is not required to use the agreed upon procedures in years outside the once in every three-year cycle. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5.22.1.1 Schedule.** The report created pursuant to the approved procedures shall be completed and presented to the chancellor or president on or before January 15 after the end of the institution's fiscal year. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.5.23 Financial Data Requirement -- Failure to Submit.** An active member institution that fails to submit its financial data per NCAA Article 2-D-1-c by the applicable deadline, in a format approved and administered by the Membership Committee, shall forfeit Division II Institutional Equal Distribution Funds for the following academic year. *(Adopted: 1/17/23 effective 8/1/25 August 1, 2025, for implementation of the penalty for failure to submit the data.)*

**7.3.1.6 Financial Aid Requirements.** *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.6.1 Minimum Awards.** A member of Division II shall annually provide financial assistance that equals one of the following: *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(a) 50 percent of the maximum allowable equivalencies in four separate sports, at least two of which must be women's sports; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(b) 20 total full equivalency grants with at least 10 total full equivalency grants in women's sports; or *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(c) A total expenditure of $250,000 in athletically related financial aid with at least $125,000 in women's sports. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.6.1.1 Counting Financial Aid Awards to Satisfy Minimum Requirement.** In counting financial aid awarded to student-athletes to determine if the requirements set forth in Bylaw 7.3.1.6.1-(a) and -(b) have been satisfied, the institution must satisfy the following: *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(a) Only countable financial aid, as set forth on the NCAA financial aid form, may be used to meet the appropriate minimum; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(b) Countable financial aid awarded to a student-athlete who has exhausted eligibility or awarded to a medically exempt student-athlete may be used to meet the appropriate minimum; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(c) To be included in reaching the appropriate minimum, the financial aid actually must be awarded; and *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(d) Countable financial aid awarded in emerging sports for women and non-NCAA sports may not be used to meet the appropriate minimum. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.6.1.2 Counting Sports Classified as Division I.** For purposes of counting financial aid awarded to student-athletes, an institution may use a sport classified as a Division I sport in order to satisfy the minimum financial aid requirements for Division II membership set forth in Bylaw 7.3.1.6.1. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.6.1.3 Single-Gender Programs.** Institutions that sponsor and conduct athletics programs for only one gender must award at least one half of the minimum requirements set forth in Bylaw 7.3.1.6.1-(a)-(c). *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.6.1.4 Failure to Meet Minimum Financial Aid Requirement.** *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.6.1.4.1 One-Year Probationary Period.** An institution that fails to meet the minimum financial aid requirement shall be placed on probation for one year for its entire program (both men's and women's sports) in the next academic year after noncompliance is discovered. An institution shall be afforded the one-year probationary period for failure to comply with minimum financial aid criteria only once in every five-year period. The five-year period shall begin September 1 after completion of the academic year in which the membership criterion is not met (see Bylaw 7.02.5). *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.6.1.4.2 Application of Restricted Membership Status.** If an institution fails to meet the minimum financial aid requirement at the end of the probationary year or is ineligible for the once-in-five-year probationary period, it shall be placed in restricted membership (see Bylaw 7.02.6). If the institution still cannot certify compliance with the division criteria at the end of that year, it shall forfeit immediately its membership in the Association. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.6.1.5 Waiver of Minimum Financial Aid Requirement.** The Membership Committee, by a two-thirds majority of its members present and voting, may waive the minimum financial aid requirement for Division II membership based on objective evidence that demonstrates circumstances that warrant the waiver of the normal application of the legislation. The Management Council shall hear and act on an institution's appeal of a decision made by the Membership Committee in regard to an institution's waiver of the minimum financial aid awards. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.7 Sports Sponsorship.** A member of Division II shall sponsor in Division II a minimum of: *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(a) Ten varsity intercollegiate sports, based on the minimum requirements of Bylaw 7.3.1.7.1.1, or *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22, 10/18/22 effective 8/1/23)*

(b) Institutions that sponsor and conduct athletics programs for only one gender must sponsor a minimum of five varsity intercollegiate sports, based on the minimum requirements of Bylaw 7.3.1.7.1.1, for that gender. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22, 10/18/22 effective 8/1/23)*

**7.3.1.7.1 Acceptable Sports.** The sports designated to meet the sports sponsorship criteria shall: *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(a) Be among those in which the Association sponsors a championship, except as provided in Bylaw 7.3.1.7.1.1 or an emerging sport for women per Bylaw 7.02.2; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(b) Be recognized by the institution as varsity intercollegiate sports (see Bylaw 7.3.1.5.4); *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(c) Involve all-male teams, mixed teams of males and females or all-female teams; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(d) Two sports required in Bylaw 7.3.1.7-(a) may be sponsored in Division I; and *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22, 10/18/22 effective 8/1/23)*

(e) Be among those in which the institution opts to participate only in the NCAA championship (i.e., an institution may not participate in a national championship sponsored by a non-NCAA organization). *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.7.1.1 Minimum Contests and Participants Requirements for Sports Sponsorship.** In each sport, the institution's team shall engage in at least a minimum number of intercollegiate contests (against four-year, degree-granting collegiate institutions) each year. In the individual sports and acrobatics and tumbling, the institution's team shall include a minimum number of participants in each contest that is counted toward meeting the minimum-contest requirement. The following minimums are applicable: *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22, 1/14/23 effective 8/1/23, 7/19/23 effective 8/1/23)*

| Team Sports | Minimum Contests | Minimum Participants | Individual Sports | Minimum Contests | Minimum Participants |
|---|---|---|---|---|---|
| Acrobatics and Tumbling | 6 | 18 | Women's Bowling | 8 | 5 |
| Baseball | 24 | | Cross Country | 4 | 5 |
| Basketball | 22 | | Equestrian | 6 | 12 |
| Beach Volleyball | 8 | | Men's Fencing | 6 | 5 |
| Field Hockey | 10 | | Women's Fencing | 6 | 5 |
| Football | 9 | | Golf | 7 | 5 |
| Men's Ice Hockey | 20 | | Men's Gymnastics | 6 | 6 |
| Women's Ice Hockey | 20 | | Women's Gymnastics | 6 | 5 |
| Men's Lacrosse | 10 | | Rifle | 8 | 4 |
| Women's Lacrosse | 10 | | Skiing | 5 | 5 |
| Women's Rowing | 6 | | Swimming and Diving | 8 | 11 |
| Women's Rugby | 9 | | Tennis | 10 | 5 |
| Soccer | 10 | | Track and Field, Indoor | 4 | 10 |
| Softball | 24 | | Track and Field, Outdoor | 4 | 14 |

| | | | | | |
|---|---|---|---|---|---|
| Stunt | 8 | 16 | Men's Wrestling | 9 | 6 |
| Men's Volleyball | 9 | | Women's Wrestling | 9 | 6 |
| Women's Volleyball | 15 | | Women's Triathlon | 4 | 3 |
| Men's Water Polo | 15 | | | | |
| Women's Water Polo | 10 | | | | |

(Note: The minimum-contest requirements set forth in Bylaws 7.3.1.7.1.1.1 through 7.3.1.7.1.1.10 apply only to the provisions of this section and do not apply to minimum-contest requirements in Bylaws 14 and 17.) *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.7.1.1.1 Completion of Contest.** To count as a contest, the institution's team actually shall participate in and complete the contest. Scheduled contests that are canceled or not completed (in accordance with the playing rules of the sport) may not be counted. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.7.1.1.2 Counting Multicontest Events in Team Sports.** In team sports, each game in a double-header, triple-header or tournament shall be counted as one contest. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.7.1.1.3 Meets With No Team Scoring.** In individual sports, a meet at which no team scoring is kept counts as a contest for the purpose of meeting the minimum-contest requirement, provided that at least the minimum number of participants per Bylaw 7.3.1.7.1.1 participate on the institution's team. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.1.7.1.1.4 Individual Sports -- One or More Sites.** In individual sports, if the minimum number of student-athletes participating on one or more teams, at one or more sites, on behalf of the institution on the same day equals or exceeds the minimum number of participants per Bylaw 7.3.1.7.1.1, an institution may use the competition as a contest in meeting the minimum-contest requirements. *(Adopted: 6/1/22 effective 8/1/22)*

**7.3.1.7.1.1.4.1 Exception -- Multiday Events -- Track and Field.** In track and field, if the number of student-athletes participating in a multiday meet on behalf of the institution over the course of the entire meet equals or exceeds the minimum number of participants per Bylaw 7.3.1.7.1.1 and the meet is conducted on consecutive days, an institution may use the competition as a contest in meeting the minimum-contests requirements. *(Adopted: 6/1/22 effective 8/1/22)*

**7.3.1.7.1.1.5 Contests in Two Seasons.** If an institution sponsors the same sport in two different seasons of the same academic year, it may count contests in both seasons, provided regular varsity competition is sponsored in both seasons and is so listed on the institution's official schedule in that sport. *(Adopted: 6/1/22 effective 8/1/22)*

**7.3.1.7.1.1.6 Contests Versus Club Teams.** A contest against a collegiate institution's club team may not be counted toward meeting minimum-contest requirements. However, a member is not precluded from scheduling club teams. *(Adopted: 6/1/22 effective 8/1/22)*

**7.3.1.7.1.1.6.1 Exception -- Women's Rugby.** In women's rugby, an institution may count up to two contests per year against collegiate club teams toward meeting minimum-contests requirements. *(Adopted: 6/1/22 effective 8/1/22)*

**7.3.1.7.1.1.7 Indoor and Outdoor Track and Field.** Institutions may receive credit for sponsoring both indoor and outdoor track and field provided each team participates in the minimum number of contests with at least the minimum number of participants set forth in Bylaw 7.3.1.7.1.1. An institution also may receive credit for sponsoring both indoor and outdoor track and field, provided its team participates in a total of eight indoor and outdoor meets during the year, including at least three indoor and three outdoor meets. *(Adopted: 6/1/22 effective 8/1/22)*

**7.3.1.7.1.1.8 Beach Volleyball.** A member institution shall meet minimum sports sponsorship in beach volleyball by applying the following: *(Adopted: 6/1/22 effective 8/1/22)*

(a) Not less than three of the eight contests shall be dual, one-day competitions where all five two-person teams compete (e.g., institution versus institution on a single day). Only one contest per day shall count toward meeting this requirement; *(Adopted: 6/1/22 effective 8/1/22)*

(b) The remaining number of contests shall be achieved by satisfying Bylaw 7.3.1.7.1.1.8-(a) or multi-opponent competitions. For a tournament to qualify for sports sponsorship purposes, all five two-person teams must be in competition with all other participating institutions and one institution shall be crowned champion of the tournament based on the performance of its five, two-person teams; *(Adopted: 6/1/22 effective 8/1/22)*

(c) All other competition formats will constitute the use of a date of competition but not count towards the minimum sports sponsorship requirement; and *(Adopted: 6/1/22 effective 8/1/22)*

(d) Contests against a collegiate institution's club team may not be counted toward meeting the minimum-contest requirements, except for the following: *(Adopted: 6/1/22 effective 8/1/22)*

   (1) During each intercollegiate season, one contest against a collegiate institution's club team may be used in meeting the minimum-contest requirements provided the contest is a dual, one-day competition in which all five two-person teams compete.
   *(Adopted: 6/1/22 effective 8/1/22)*

**7.3.1.7.1.1.9 Women's Rugby.** In women's rugby, 15-a-side and seven-a-side competition may count toward the required minimum number of contests. *(Adopted: 6/1/22 effective 8/1/22)*

**7.3.1.7.1.1.10 Acrobatics and Tumbling.** In acrobatics and tumbling, dual meets and tri-meets may count toward the minimum number of contests. Tri-meets are counted as two contests for each competing team. No more than two tri-meets may be counted toward the minimum number of contests by a member institution. *(Adopted: 6/1/22 effective 8/1/22)*

**7.3.1.7.1.1.11 Failure to Meet Minimum Sports Sponsorship Criteria.** *(Adopted: 6/1/22 effective 8/1/22)*

**7.3.1.7.1.1.11.1 One-Year Probationary Period.** An institution that fails to meet the minimum sports sponsorship criterion for its division shall be placed on probation for one year for its entire program (both men's and women's sports) in the next academic year after noncompliance with sports sponsorship requirements is discovered. An institution shall be afforded the one-year probationary period for failure to comply with sports sponsorship criteria only once in every five-year period. The five-year period shall begin the September 1 after completion of the academic year in which the membership criterion is not met. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22, 10/18/22 effective 8/1/23)*

**7.3.1.7.1.1.11.2 Application of Restricted Membership Status.** If an institution fails to meet the sports sponsorship criteria at the end of the probationary year or is ineligible for the once-in-five-year probationary period, it shall be placed in restricted membership and shall not be eligible for NCAA championship competition in all sports (both men's and women's) in the first academic year after the probationary year (or the first academic year after failure to meet the requirements if the institution is ineligible for the once-in-five-year probationary period). (See Bylaw 7.02.5.) If the institution still cannot certify compliance with the division criteria at the end of that year, it shall forfeit immediately its membership to the Association. *(Adopted: 6/1/22 effective 8/1/22)*

**7.3.1.7.1.1.11.3 Waivers.** *(Adopted: 6/1/22 effective 8/1/22)*

**7.3.1.7.1.1.11.3.1 Minimum Contests or Participants.** The Membership Committee, by a two-thirds majority of its members present and voting, may approve waivers of the minimum number of intercollegiate contests or the minimum number of participants in a contest in situations beyond the control of the institution (e.g., weather conditions or disaster preventing completion of a scheduled competition, or verified injury or illness at the site of competition preventing the participation of the required minimum number of individuals). The Management Council shall hear and act on an institution's appeal of a decision made by the Membership Committee in regard to an institution's waiver of the minimum number of intercollegiate contests or the minimum number of participants in a contest. *(Adopted: 6/1/22 effective 8/1/22)*

**7.3.2 Eligibility for National Collegiate and Division Championships.** *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.2.1 Eligibility for National Collegiate Championships. [#]** An active member institution in good standing, regardless of division, is eligible for the National Collegiate Championships, if a division championship in the respective sport is not offered in its division. Such an institution is required to meet only the institutional and individual eligibility requirements of its division that govern the sport in question. Separate championships in each division are not sponsored in the following sports: *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

| | |
|---|---|
| Women's beach volleyball | Women's ice hockey |
| Women's bowling | Men's and women's rifle |
| Men's and women's fencing | Men's and women's skiing |
| Men's gymnastics | Men's volleyball |
| Women's gymnastics | Men's and women's water polo |

**7.3.2.1.1 Maximum Awards Exception.** An institution may exceed the maximum awards limitation of its division in a sport in which only a National Collegiate Championship is conducted and remain eligible for that NCAA event (see Bylaw 15.4.2 for financial aid equivalency limits). *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.2.1.1.1 Declaration of Intent to Be Exempt.** A member institution that desires to exceed the maximum awards limitation in a given sport (or sports) shall file a declaration of its intent to be exempt from that limitation with the appropriate divisional Membership Committee. The declaration shall be received at the national office not later than the June 1 before the academic year for which it seeks the exemption. The institution then shall be governed by the appropriate Division I legislation governing maximum awards for that year. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.2.1.2 Options When No Division II Championship Is Conducted.** An active member institution that holds membership in Division II is eligible to compete in the Division I championship in those sports for which no Division II championship is conducted. The institution shall declare its intention with the Championships Committee to compete by June 1. This declaration of intent shall be effective for a minimum of three years. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.2.1.2.1 Participation in Division I Championship.** To be eligible for the Division I championship in such a sport, the member institution is required to meet all Division I institutional and individual eligibility requirements and may use Division I financial aid limitations in that sport as permitted under Bylaw 7.3.1.6.1.1. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.2.1.2.2 Exception for Maximum Number of Contests or Dates of Competition** A member institution that is eligible for a championship in Division I because there is no championship in that sport in Division II shall apply the maximum number of contests or dates of competition in the sport involved that applies in Division I. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.3 Responsibility for Actions of Outside Entities.** *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.3.1 Independent Agencies or Organizations.** An institution's "responsibility" for the conduct of its intercollegiate athletics program shall include responsibility for the acts of an independent agency or organization, including corporate entities (e.g., apparel and equipment companies), when a member of the institution's executive or athletics administration, or an athletics department staff member, has knowledge that such agency or organization is promoting the institution's intercollegiate athletics program. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.3.2 Representatives of Athletics Interests.** An institution's "responsibility" for the conduct of its intercollegiate athletics program shall include responsibility for the acts of individuals when a member of the institution's executive or athletics administration has knowledge or should have knowledge that such an individual: *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(a) Has participated in or is a member of an agency or organization, including corporate entities (e.g., apparel and equipment companies), as described in Bylaw 7.3.3.1; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(b) Has made financial contributions to the athletics department or to an athletics booster organization of that institution; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(c) Has been requested by the athletics department staff to assist in the recruitment of prospective student-athletes or is assisting in the recruitment of prospective student-athletes; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(d) Has assisted or is assisting in providing benefits to enrolled student-athletes; or *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(e) Is otherwise involved in promoting the institution's athletics program. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.3.2.1 Agreement to Provide Benefit or Privilege.** Any agreement between an institution (or any organization that promotes, assists or augments in any way the athletics interests of the member institution, including those identified per Bylaw 7.3.3.1) and an individual who, for any consideration, is or may be entitled under the terms of the agreement to any benefit or privilege relating to the institution's athletics program, shall contain a specific clause providing that any such benefit or privilege may be withheld if the individual has engaged in conduct that is determined to be a violation of NCAA legislation. The clause shall provide for the withholding of the benefit or privilege from a party to the agreement and any other person who may be entitled to a benefit or privilege under the terms of the agreement. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.3.2.2 Retention of Identity as "Representative."** Any individual participating in the activities set forth in Bylaw 7.3.3.2 shall be considered a "representative of the institution's athletics interests," and once so identified as a representative, it is presumed the person retains that identity. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.4 Loss of Active Membership.** *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.4.1 Termination or Suspension.** The membership of any active member failing to maintain the academic or athletics standards required for such membership or failing to meet the conditions and obligations of membership may be suspended, terminated or otherwise disciplined by a vote of two-thirds of the Presidents Council. Membership shall not be suspended or terminated unless: *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(a) A notice of intention to suspend or terminate membership, stating the grounds on which such a motion will be based, is given in writing to the chair of the Presidents Council and to the president or chancellor of the member institution; and *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(b) The Presidents Council approves the notification of intention to move for suspension or termination. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.4.1.1 Cessation of Rights and Privileges.** All rights and privileges of the member shall cease on any termination or suspension of active membership. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.4.2 Removal of Accreditation.** If an active member's accreditation is removed by its regional accrediting agency, it shall forfeit immediately its membership in the Association. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.4.3 Failure to Pay Dues.** If an active member fails to pay its annual dues for one year, its membership shall be automatically terminated. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.5 Conferences.** *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.5.1 Privileges.** *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.5.1.1 Privileges of Active Member Conferences.** Active member conferences shall be entitled to all of the privileges of active members except the right to compete as such in NCAA championships. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.5.1.2 Use of Association's Registered Marks.** Active member conferences may use the registered marks of the Association (i.e., the Association's name, logo or other insignia) only in accordance with guidelines established by the Board of Governors. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.5.1.3 Voting Rights and Other Conference Active Membership Privileges.** Only those multisport member conferences that meet the criteria listed below shall be entitled to receipt of active conference membership privileges, under the following timetable: *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(a) Immediate upon active membership: *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(1) Conference strategic priorities fund; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(2) A vote at the NCAA Convention; and *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(3) Representation on the Management Council and Student-Athlete Advisory Committee. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(b) One year after active conference membership: Conference sports sponsorship fund distribution; and *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(c) Five years after active conference membership: Automatic qualification for championships. (see Bylaw 18.4.3.3). *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.5.1.3.1 Competitive and Legislative Body.** An active member conference shall be both a competitive and a legislative body on the conference level (see Bylaws 7.02.1.3.1 and 7.02.1.3.2). *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.5.1.3.2 Minimum Size and Division Status.** *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.5.1.3.2.1 Full Voting Privileges.** An active member conference shall be composed of at least eight active member institutions in a single division in order to be eligible for full voting privileges, including voting on federated bylaws (those bylaws that may be amended by one or more divisions acting separately). *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.5.1.3.2.2 Partial Voting Privileges.** Those member conferences with at least eight active member institutions but without a minimum of eight members in a single division shall be permitted to vote on all common provisions (those provisions that apply to all three divisions of the Association). On these common provisions, the conference shall vote in the division in which the majority of its membership is classified. In the event that its membership is divided evenly between two divisions, the Board of Governors shall determine its voting division. Such conferences shall not vote on federated provisions (those provisions that may be amended by one or more divisions acting separately). *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.5.1.3.3 Sports Sponsorship Requirement.** A voting member conference shall conduct conference competition in at least 10 sports. For a sport to count toward the minimum sports sponsorship requirement, the following criteria must be satisfied: *(Adopted: 1/31/22 effective 8/1/22, Revised: 7/19/22 effective 8/1/22, 10/18/22 effective 8/1/23)*

(a) The conference must conduct a conference championship (e.g., round robin or tournament play) and name a conference champion in the sport; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(b) In team sports only, the conference must conduct regular-season competition among the conference members sponsoring the sport; and
*(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(c) At least six active conference member institutions must sponsor and compete in the sport. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.5.1.3.3.1 Minimum Contests/Minimum Participant Requirements.** An institution must satisfy the minimum contest and minimum participant requirements set forth in Bylaw 7.3.1.7.1.1 in a given sport in order for that sport to be considered when determining whether the conference has six member institutions that sponsor and compete in that sport. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.5.1.3.3.2 Conference Member in Selected Sports.** An active member institution that is a member of a voting conference in only selected sports (e.g., an affiliated conference member only in football) may not be considered when determining whether the conference has six member institutions that sponsor and compete in the sport. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.5.1.3.3.3 Waiver.** The Membership Committee, by two-thirds majority of its members present and voting, may waive the requirements of Bylaw 7.3.5.1.3.3 if it deems that unusual circumstances warrant such action. The Management Council shall hear and act on a conference's appeal of a decision made by the Membership Committee in regard to a conference's waiver of the sports sponsorship requirement. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.5.1.3.4 Football Issues.** In addition to meeting the requirements of Bylaw 7.3.1.7, conference championship competition shall be conducted in football in order for the conference to vote on issues pertaining only to football. *(Adopted: 1/31/22 effective 8/1/22, Revised: 7/19/22 effective 8/1/22, 10/18/22 effective 8/1/23)*

**7.3.5.1.3.5 Grace Period.** An active member conference may continue to qualify for conference membership privileges for three years following the date of withdrawal of the institution(s) that causes the conference's membership to fall below the minimum number of institutions required for active membership, provided the conference remains within one member institution of that minimum number. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.5.1.3.6 Waiver.** The Membership Committee, by a two-thirds majority of its members present and voting, may grant a waiver for an active member conference that falls below the required minimum number of active institutions, if it deems that unusual circumstances warrant such action. The Management Council shall hear and

act on a conference's appeal of a decision made by the Membership Committee. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.5.2 Conditions and Obligations of Active Membership.** *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.5.2.1 General.** The member conferences of this division agree to administer their athletics programs in accordance with the constitution, bylaws, and other legislation of the Association. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.5.2.2 Conference Competition.** Member conferences shall conduct conference competition and determine a champion in one or more sports in which the Association conducts championships or for which it is responsible for providing playing rules for intercollegiate competition. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.5.2.3 Composition of Conference.** All of the members of the conference shall be active member institutions of this Association. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.5.2.3.1 Exception for Composition of Conference.** A conference with eight or more active NCAA member institutions may accept an institution in the provisional period of the Division II membership process (see Bylaw 7.01.11) into active conference membership. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.5.2.4 Conference Student-Athlete Advisory Committee.** Each active member conference shall establish a conference student-athlete advisory committee for its member institutions' student-athletes. The composition and duties of the committee shall be determined by the conference. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.5.2.4.1 Annual Meeting.** The member conference shall conduct at least one in-person meeting annually of its conference student-athlete advisory committee. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.5.2.4.1.1 Failure to Conduct a Conference Student-Athlete Advisory Committee Annual Meeting.** If an active member conference fails to meet the conditions set forth in Bylaw 7.3.5.2.4.1 during a given year, the conference shall immediately be placed on probationary status during the following academic year and would not be eligible for all or any portion of the conference grant funds as determined by the Planning and Finance Committee. If the conference fails to meet the conditions set forth in Bylaw 7.3.5.2.4.1 during the probationary year, the conference may forfeit immediately its membership in the Association. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.5.2.4.1.2 Waiver.** The Membership Committee, by a two-thirds majority of its members present and voting, may grant waivers of Bylaw 7.3.5.2.4.1 if it deems that unusual circumstances warrant such action. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.5.2.5 Sports Sponsorship Audit Requirement.** A voting member conference shall provide documentation, on request, to the Membership Committee to show evidence of compliance with sports sponsorship requirements set forth in Bylaw 7.3.5.1.3.3 for a given year. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.5.2.6 Athletics Diversity and Inclusion Designee.** An active member conference shall designate an athletics diversity and inclusion designee to be the primary contact and conduit for diversity and inclusion-related information. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.5.3 Composition of Active Conferences.** All of the members of the conference shall be active members of this Association. A conference with eight or more active NCAA members may accept an institution in the provisional period of the Division II membership process (see Bylaw 7.01.11) into active conference membership. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.5.3.1 Waiver.** The Membership Committee, by a two-thirds majority of its members present and voting, may waive the requirements of Bylaw 7.3.5.3, if it deems that unusual circumstances warrant such action. The Management Council shall hear and act on a conference's appeal of a decision made by the Membership Committee. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.5.4 New Conference Membership Requirements.** A new conference of at least 10 active member institutions desiring to attain voting conference status and gain access to voting conference membership privileges must meet the following conditions: *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(a) At the time of application, be composed of at least 10 active member institutions and/or institutions in the provisional period of the Division II membership process (see Bylaw 7.4.1.5.3). All institutions shall be located in the same geographic area as specified in Bylaw 8.1.1.4; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(b) Submit an application to the Membership Committee, to be received in the national office not later than December 1. A fee, as determined by the Membership Committee, shall accompany the application. The following information must be submitted at the time of application: *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(1) A conference strategic plan; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(2) A conference constitution and bylaws; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(3) Documentation affirming the institutions in the conference satisfy the sports sponsorship requirement the year prior to the conference becoming an active conference and that conference will satisfy the sports sponsorship requirement in year it would become active conference; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(4) A business plan for conference office operations; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(5) A student-athlete advisory committee development plan; and *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(c) The conference commissioner must attend the NCAA Convention in the year immediately following the submission of the application. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.5.5 Minimum Size for New Active Conferences.** A new conference shall be composed of at least 10 active member institutions prior to its approval as an active member conference. All institutions shall be located in the same geographic area as specified in Bylaw 8.1.1.4. Once the conference is approved by the Membership Committee, it shall be eligible for privileges of active member conferences, except for conference sports sponsorship fund distribution [see Bylaw 7.3.5.1.3-(b)] and automatic qualification [see Bylaws 7.3.5.1.3-(c), 18.4.3.3.1, 18.5.3.1.1]. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.5.6 Waiver.** The Membership Committee, by a two-thirds majority of its members present and voting, may waive the requirements of Bylaws 7.3.5.4-(a) and 7.3.5.5, if it deems that unusual circumstances warrant such action. The Management Council shall hear and act on a conference's appeal of a decision made by the Membership Committee. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.5.7 Grace Period -- Application Fee.** An active member conference whose membership falls below the minimum number of institutions required for active membership shall not be required to submit a fee per Bylaw 7.3.5.4-(b) for four years following the date of withdrawal of the institution(s) that causes the conference's membership to fall below the minimum number of institutions required for active membership. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.5.8 Loss of Active Member-Conference Status.** *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.5.8.1 Failure to Comply with Sports Sponsorship Criteria.** A voting member conference that fails to satisfy minimum sports-sponsorship criteria in a given year shall be placed on probation for one year in the next academic year after noncompliance occurs. During the probationary year, the conference shall not be eligible to receive the share of the conference sports sponsorship fund that is based on conference sports sponsorship. A conference shall be afforded the one-year probationary period only once in every five-year period. The five-year period shall begin September 1 after the completion of the academic year in which the sports sponsorship criteria is not met. If a conference fails to meet the minimum sports sponsorship criteria at the end of the probationary year, or is ineligible for the once-in-five-year probationary period, it shall forfeit its voting conference membership and all associated privileges immediately. A conference forfeiting voting conference membership in accordance with this legislation shall be ineligible to reapply for voting conference membership for at least one calendar year. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.5.8.2 Erroneous Information During Membership Application.** A member conference that provides erroneous information during the membership application process that is material, intentional and fallacious, and would have impacted the Membership Committee's decision to elect the conference as an active member conference, may be terminated or suspended (see Bylaw 7.3.4.1). *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.5.8.2.1 Appeal.** The Division II Management Council shall review appeals of the Membership Committee's decision to suspend or terminate a member conference for providing erroneous information during the membership application process. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.5.8.3 Termination or Suspension.** The membership of any member conference failing to maintain the academic or athletics standards required for membership or failing to meet the conditions and obligations of membership may be suspended or terminated or the member conference otherwise disciplined by a vote of two-thirds of the Presidents Council. Membership shall not be suspended or terminated unless: *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(a) Notice of intention to suspend or terminate membership, stating the grounds on which such motion will be based, is given in writing to the chair of the Presidents Council and to the president or chancellor of the member conference; and *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(b) The Presidents Council approves the notification of intention to move for suspension or termination. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.5.8.3.1 Cessation of Rights and Privileges.** All rights and privileges of the member shall cease on any termination or suspension of conference membership. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.5.8.4 Ineligible Conference Member Institution.** If any member of an athletics conference is found to be ineligible for active membership in this Association, such conference shall be ineligible for conference membership and its membership terminated, unless the conference has satisfied Bylaw 7.3.5.1.3.2. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.3.5.8.5 Failure to Pay Dues.** If a member conference fails to pay its annual dues for one year, its membership shall be automatically terminated. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

# 7.4 Provisional Membership. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

## 7.4.1 Institutions – Change of Division Membership (All Sports). *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.4.1.1 Reclassification Process.** An institution that is currently an active member of Division I and seeks to reclassify its divisional membership in all sports to Division II must successfully complete all requirements of the membership process as determined by the Membership Committee to obtain active member status in Division II. An institution that is currently an active member of Division III and seeks to reclassify its divisional membership in all sports to Division II must successfully complete the membership process specified in Bylaw 7.4.1.5 to obtain active member status in Division II. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.4.1.2 Eligibility.** *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.4.1.2.1 Types of Institutions.** Membership in the provisional period is available to four-year colleges and universities and two-year upper-level collegiate institutions, accredited by the appropriate regional accrediting agency (see Bylaw 7.1.4.1.2.1 for the accreditation standard for an international institution) and duly elected to the membership process under the provisions of Bylaws 7.4.1.4 and 7.4.1.2. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.4.1.2.2 Accreditation.** An institution shall meet the Association's requirement of acceptable academic standards by accreditation through one of the six regional accrediting agencies* (see Bylaw 7.1.4.1.2.1 for the accreditation standard for an international institution). The application shall be considered with regard to requested membership division and sport classification in accordance with Bylaw 7. The application shall be reviewed by the Membership Committee.

* Middle States Association of Colleges and Secondary Schools, New England Association of Schools and Colleges, The Higher Learning Commission, Northwest Commission on Colleges and Universities, Southern Association of Colleges and Schools Commission on Colleges, and Western Association of Schools and Colleges. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.4.1.2.3 Drug-Testing Program and Consent Form.** An institution in the provisional period of the membership process shall administer annually, on a form prescribed by Management Council, a signed drug-testing consent form for each student-athlete (per Bylaw 12.02.9) in accordance with Bylaw 14.1.4 and shall ensure compliance with the requirements of the NCAA Drug-Testing Program outlined in Bylaw 7.3.1.5.9. *(Adopted: 6/1/22 effective 8/1/22)*

**7.4.1.2.4 Conditions and Obligations of Membership in the Provisional Period of the Membership Process.** During year one of the membership process, an institution shall administer its athletics programs in accordance with NCAA legislation regarding full-time enrollment, good academic standing, sports sponsorship and health and safety. An institution in the second and third years of the provisional period of the membership process shall administer its athletics program in accordance with the constitution, bylaws and other legislation of the Association. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

## 7.4.1.3 Administrative Requirements for Application. An institution applying for Division II membership shall complete the following requirements (see Bylaw 7.4.1.5.1): *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(a) An application signed by the institution's president or chancellor, and received in the national office not later than February 1; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(b) Sponsorship by an active member institution or conference; and *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(c) An application fee shall accompany the application form. The amount of the fee will be determined annually by the Membership Committee based on a continual analysis of expenses associated with the membership process. In addition, a check in the appropriate amount for annual dues [see Article 3-C] shall also accompany the application. Should the applicant institution fail to be accepted into the membership process, the dues paid shall be refunded and

the application fee will be refunded on a prorated basis, as determined by the Membership Committee. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.4.1.3.1 Class Size Limitation.** The Management Council, on recommendation of the Membership Committee, may establish an annual limit on the number of eligible institutions that will be selected to begin the membership process. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.4.1.3.2 Membership Committee Authority.** The Management Council, on recommendation of the Membership Committee, may establish an annual limit on the number of eligible institutions that will be selected to begin the membership process. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.4.1.4 Procedures for Election to the Provisional Period of the Membership Process – Voting Requirement.** Procedures for election to provisional membership under this subsection are federated provisions (see Bylaw 9.02.1.3). *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.4.1.5 Division II Membership Process.** Institutions seeking to become active members of Division II in all sports must successfully complete all requirements of the Division II membership process, as specified in Bylaw 7.4. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.4.1.5.1 Administrative Requirements for Application.** *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.4.1.5.1.1 Deadline for Submission of Application.** An institution applying for Division II membership shall complete an application, signed by the president or chancellor, and received in the national office not later than February 1. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.4.1.5.1.2 Application Fee.** An application fee shall accompany the application form. The amount of the fee will be determined annually by the Membership Committee based on a continual analysis of expenses associated with the membership process. An applicant institution that is not selected to enter the membership process shall receive a refund of the application fee on a prorated basis as determined by the Membership Committee. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.4.1.5.1.3 Class Size Limitation.** The Management Council, on recommendation of the Membership Committee, may establish an annual limit on the number of institutions that will be selected to begin the membership process. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.4.1.5.1.4 Membership Committee Authority.** The Membership Committee has the authority to accept or not accept an institution's application to enter the Division II membership process. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.4.1.5.2 Administrative Requirement for Active Membership – Conference Membership.** An institution must receive a bona fide invitation for membership from an active Division II conference before applying for Division II membership and shall maintain conference affiliation during the Division II membership process. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.4.1.5.3 Provisional Period.** Once an institution receives notice that it has been accepted to begin the Division II membership process, the institution shall enter the provisional period of the membership process on September 1, the beginning of practice in any sport for the fall term or the first day of classes for that fall term, whichever occurs first, following the acceptance of the application. The provisional period shall be a minimum of three years. At the completion of the three-year period, the institution shall receive a determination of its readiness to proceed to active membership. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.4.1.5.3.1 Assessment Program.** Institutions are required to satisfy the following requirements during the provisional period: *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(a) Year One: *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

    (1) Demonstrated administration of its athletics program in accordance with NCAA legislation regarding full-time enrollment, good academic standing, sports sponsorship and health and safety; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

    (2) Demonstrated involvement and commitment of the president or chancellor at the institution, as determined by the Membership Committee; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

    (3) An on-campus assessment conducted by an outside group selected by the Membership Committee. NCAA staff and a representative of the Membership Committee will also participate to review the readiness of the institution to become an active member, as measured against a Division II active member's athletics program; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(4) An annual report submitted by June 1, which shall include an updated athletics department strategic plan. See the Membership Committee's policies and procedures manual for more clarification regarding the content of an annual report; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(5) A visit paid by the institution to an active member institution's campus, as selected by the Membership Committee; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(6) Attendance at an orientation session conducted by the national office staff related to basic Division II operating rules and membership requirements. Institutional representatives required to attend are the chancellor or president, the director of athletics, the senior woman administrator, the faculty athletics representative, a compliance administrator and any additional individual to whom athletics reports; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(7) Attendance at the NCAA Division II Convention Business and Membership Committee Sessions. Institutional representatives required to attend are the chancellor or president, the director of athletics, the senior woman administrator, the faculty athletics representative and a compliance administrator; and *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(8) Attendance at the Regional Rules Seminar conducted by the NCAA. Institutional representatives required to attend are the director of athletics, the senior woman administrator, the faculty athletics representative, a compliance administrator and a liaison from financial aid and the registrar's office. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(b) Year Two: *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(1) Demonstrated administration of its athletics program in accordance with the constitution, bylaws and other legislation of the Association; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(2) Demonstrated involvement and commitment of the president or chancellor at the institution in the membership process, as determined by the Membership Committee; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(3) An on-campus assessment conducted by an outside group selected by the Membership Committee. The assessment shall include completion of the NCAA Compliance Blueprint Review; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(4) An annual report submitted by June 1, which shall include an updated athletics department strategic plan. See the Membership Committee's policies and procedures manual for more clarification regarding the content of an annual report; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(5) Attendance at the NCAA Division II Convention Business and Membership Committee Sessions. Institutional representatives required to attend are the chancellor or president, the director of athletics, the senior woman administrator, the faculty athletics representative and a compliance administrator; and *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(6) Attendance at the Regional Rules Seminar conducted by the NCAA. Institutional representatives required to attend are the director of athletics, the senior woman administrator, the faculty athletics representative, a compliance administrator and a liaison from financial aid and the registrar's office. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(c) Year Three: *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(1) Demonstrated administration of its athletics program in accordance with the constitution, bylaws and other legislation of the Association; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(2) Demonstrated involvement and commitment of the president or chancellor at the institution, as determined by the Membership Committee; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(3) An on-campus assessment conducted by an outside group selected by the Membership Committee to review the readiness of the institution to become an active member; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(4) An annual report submitted by June 1, which shall include an updated athletics department strategic plan. See the Membership Committee's policies and procedures manual for more clarification regarding the content of an annual report; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(5) Attendance at the NCAA Division II Convention business and Membership Committee sessions. Institutional representatives required to attend are the chancellor or president, the director of athletics,

the senior woman administrator, the faculty athletics representative and a compliance administrator; and *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(6) Attendance at the Regional Rules Seminar conducted by the NCAA. Institutional representatives required to attend are the director of athletics, the senior woman administrator, the faculty athletics representative, a compliance administrator and a liaison from financial aid and the registrar's office. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(d) Additional Requirements for Active Membership. An institution must satisfy the following requirements at least once during the three-year membership process: *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/23)*

(1) Attendance at the NCAA Inclusion Forum. Institutional representatives required to attend are the director of athletics, senior woman administrator and a senior level administrator outside of athletics; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22, 7/18/23)*

(2) Attendance by the faculty athletics representative at the Faculty Athletics Representative Association National Convention; and *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(3) Attendance by the senior woman administrator at a professional development event (e.g., Women Leaders in College Sports Convention, Administrative Enhancement Institute, NACDA Convention). *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

### 7.4.1.5.3.2 Provisional Period – Year Three Fee.
A nonrefundable fee will be assessed if an institution is invited to year three of provisional membership. The amount of the fee will be determined annually by the Membership Committee, based on a continual analysis of expenses associated with the new member process. Additionally, a check in the appropriate amount for annual dues [see the annual dues requirement for active members per Article 3-C] also shall accompany the notice. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

### 7.4.1.5.4 Determination of Standing in the Membership Process.
*(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

#### 7.4.1.5.4.1 Failure to Meet Membership Requirements.
An institution in the membership process failing to meet and maintain the conditions set forth in Bylaw 7.4 and its subsections may be required to complete an additional year of the provisional period or may be removed from the membership process, by a two-thirds vote of the Membership Committee members present and voting. A notice of intention to remove an institution from the membership process, stating the grounds on which such an action will be based, shall be given in writing to the president or chancellor of the institution in the membership process. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

#### 7.4.1.5.4.2 Waiver of Membership Process Requirements.
The Membership Committee has the authority to waive the requirements of the membership process due to circumstances outside the control of the institution. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

##### 7.4.1.5.4.2.1 Authority of Management Council.
The Management Council shall hear and act on an institution's or conference's appeal of a decision made by the Membership Committee in regard to an institution's or conference's standing as a provisional member.
*(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

#### 7.4.1.5.4.3 Termination and Cessation of Rights and Privileges.
All rights and privileges of an institution in the membership process shall cease on any termination of membership in the provisional period. Any institution in the membership process whose membership in the provisional period is terminated may reapply to enter the membership process after a period of one year. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

### 7.4.1.6 Restricted Membership Status – Institution Providing Erroneous Information During Membership Process.
An institution that provides erroneous information during the membership process that is material, intentional and fallacious, and would have impacted the Membership Committee's decision to move the institution forward in the membership process, shall be subject to restricted-membership status for one academic year for the entire athletics program (both men's and women's sports) following the time of discovery. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

#### 7.4.1.6.1 Appeal – Restricted-Membership Status.
Appeals of the Membership Committee decision to place an institution in restricted membership status for providing erroneous information during the membership process shall be reviewed by the Division II Management Council. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

### 7.4.1.7 Privileges and Voting Rights.
*(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

#### 7.4.1.7.1 Publications and Convention Representation.
Member institutions in the provisional period shall receive all publications and mailings received by active members of the Association, shall be entitled to be represented

by one nonvoting delegate at any Convention of the Association and shall have such other privileges as may be accorded by the bylaws of the Association. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.4.1.7.2 Use of Association's Registered Marks.** A provisional member in year three of the membership process set forth in Bylaw 7.4 may use the registered marks of the Association (i.e., the Association's name, logo or other insignia) only in accordance with guidelines established by the Board of Governors. Prior to the provisional year three designation, an institution in the membership process is limited to using Division II specific logos and a specially designed NCAA logo for provisional institutions. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.4.1.8 Election to Active Membership.** *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.4.1.8.1 Accreditation.** An institution shall meet the Association's requirement of acceptable academic standards by accreditation through one of the six regional accrediting agencies* (see Bylaw 7.1.4.1.2.1 for the accreditation standard for an international institution). The application shall be considered with regard to requested membership division and sport classification in accordance with Bylaw 7. The application shall be reviewed by the Membership Committee.

*Middle States Association of Colleges and Secondary Schools, New England Association of Schools and Colleges, The Higher Learning Commission, Northwest Commission on Colleges and Universities, Southern Association of Colleges and Schools Commission on Colleges, and Western Association of Schools and Colleges. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.4.1.8.2 Administrative Requirements for Application.** An institution applying for Division II membership shall complete the following requirements: *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(a) An application signed by the institution's president or chancellor, and received in the national office not later than February 1; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(b) Sponsorship by an active member institution or conference; and *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(c) An application fee shall accompany the application form. The amount of the fee will be determined annually by the Membership Committee based on a continual analysis of expenses associated with the membership process. An applicant institution that is not selected to enter the membership process shall receive a refund of the application fee on a prorated basis as determined by the Membership Committee. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.4.1.8.2.1 Class Size Limitation.** The Management Council, on recommendation of the Membership Committee, may establish an annual limit on the number of eligible institutions that will be selected to begin the membership process. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.4.1.8.2.2 Membership Committee Authority.** The Membership Committee has the authority to accept or not accept an institution's application to enter the membership process. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.4.1.8.3 Election.** A favorable vote by two-thirds of the Membership Committee members present and voting shall elect the applicant institution to membership effective the following September 1, the beginning of practice in any sport for that fall term or the first day of classes for that fall term, whichever occurs first. When the vote of the Membership Committee has been completed, the applicant institution shall be notified. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.4.1.8.4 Resignation and Re-Election to Membership.** If an institution resigns its membership following application to re-establish its membership, the institution first shall complete a membership process (see Bylaw 7.4) before such institution becomes eligible for re-election as an active member. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.4.1.8.5 Championships Eligibility – Reclassification to Division II.** To be eligible for NCAA championships in Division II on September 1 following successful completion of the membership process, the institution shall comply with all championships eligibility requirements, as prescribed by Bylaw 18, and otherwise shall be eligible for participation in those championships. In addition, a member of Division II shall comply with the provisions of Bylaw 18.4. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.4.1.8.5.1 Waivers – New Division or Subdivision.** When the institution's reclassification was the direct result of the creation of a new division or subdivision, the Board of Governors, by a two-thirds majority of its members present and voting, may grant waivers of the two-year requirement of Bylaw 7.6.2.2 if it deems that unusual circumstances warrant such action. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.4.2 Conferences.** *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.4.2.1 Application.** An athletics conference desiring to become an active member conference shall make application on a form available from the national office. An application fee and the amount for annual dues [see Constitution Article 3-C] shall accompany the application. The fee and dues paid shall be refunded to the applicant conference should the Membership Committee not accept its application. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.4.2.2 Election.** Athletics conferences may be elected as active member conferences by a majority vote of the delegates present and voting at an annual Convention or by a two-thirds majority vote of the Membership Committee members present and voting. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.4.2.3 Annual Limit on Conference Membership.** The Management Council, on recommendation of the Planning and Finance Committee and the Membership Committee, may establish an annual limit on the number of applicant athletics conferences that will be invited to active conference membership. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

# 7.5 Active Division II Membership Following Reclassification. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.5.1 Championships Eligibility – Reclassification to Division II.** To be eligible for NCAA championships in Division II on September 1 following successful completion of the membership process, the institution shall comply with all championships eligibility requirements, as prescribed by Bylaw 18, and otherwise shall be eligible for participation in those championships. In addition, a member of Division II shall comply with the provisions of Bylaw 18.4. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

# 7.6 Multidivision Classification. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.6.1 Multidivision-Classification Options.** A member institution may have a sport classified in a division other than the one in which it is a member only in the following circumstances: *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.6.1.1 Classification of a Sport in Division I.** A member may have a sport classified in Division I, provided the sport was classified during the 2010-11 academic year. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.6.1.1.1 Reclassification of a Sport of the Opposite Gender.** A member that had one sport classified in Division I during the 2010-11 academic year may petition to have one sport of the opposite gender, other than football or basketball, classified in Division I, provided the original sport remains classified in Division I. Once a sport begins the first academic year of classification in Division I, the sport shall no longer be eligible to participate in Division II championships. The sport remains ineligible for Division II championships for the duration of the multidivision classification. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.6.1.2 Women's Multidivision-Classification Limitation.** A member institution that has its women's program classified in a division other than its membership division (per Bylaw 7) shall not be eligible to petition for the multidivision-classification opportunities available to a women's program that is classified in the same division as the institution's men's program. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.6.2 Requesting Reclassification of a Single Sport from Division I to Division II.** A member institution that has a single sport classified as Division I per Bylaw 7.6.1 may petition to reclassify that single sport back to Division II. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.6.2.1 Notification Requirement.** When petitioning for reclassification of a single sport from Division I to Division II, the institution shall submit a written request to the Division II Membership Committee. The request must be received in the national office not later than June 1 preceding the year in which the institution will begin complying with the applicable division criteria. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.6.2.2 Reclassification Period.** A member reclassifying a single sport from Division I to Division II shall complete a two-year reclassification period. At the end of the two-year period (unless an institution is required to repeat a year), a member reclassifying a single sport from Division I to Division II shall be eligible for participation in Division II in the sport effective the September 1 immediately following the successful completion of the two-year reclassification period. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.6.2.2.1 Rules Compliance Requirements.** A member institution reclassifying a single sport from Division I to Division II shall administer its athletics program in that sport in accordance with the constitution, bylaws and other legislation of the division for the entire two-year reclassification period. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.6.2.2.2 Annual Review.** A member institution reclassifying a single sport from Division I to Division II shall provide, on an annual basis, a written report to be reviewed by the Membership Committee describing the institution's progress in meeting the application of the Division II constitution, bylaws and other legislation of the Association to its reclassifying single sport. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.6.2.3 Waiver.** The Membership Committee may waive any of the requirements in Bylaw 7.6.2. An institution reclassifying a single sport from Division I to Division II that requests a waiver of the two-year reclassification period (see Bylaw 7.6.2.2) must provide written documentation to the Membership Committee demonstrating that the institution will satisfy Division II legislation in the sport during the two-year period (e.g., eligibility lists, schedules, financial aid equivalency information, verification of student-athlete eligibility from the NCAA Eligibility Center). *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.6.2.3.1 Authority of Management Council.** The Management Council shall hear and act on an institution's appeal of a decision made by the Membership Committee in regard to an institution's standing as a reclassified single sport. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

**7.6.3 Applicable Legislation.** A member institution shall observe the applicable legislation and requirements of its membership division. However, if the institution is eligible to participate in a sport in another division (see Bylaw 7.6 for multidivision-classification privileges), it shall apply the rules of the other division that govern the sport in question. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

# 7.7 Reclassification from Division II to Division I or Division III. A member of Division II that
is reclassifying to Division I or Division III shall no longer be eligible for the following benefits once it officially begins the reclassification process: *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(a) Participation in any Division II NCAA championships; *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(b) Receipt of Division II Institutional Equal Distribution Fund proceeds; and *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

(c) Voting at the annual NCAA Convention.

An institution reclassifying to Division III remains eligible for Division II championships and/or committee service during the Division III exploratory period, provided the institution continues to comply with all Division II regulations. However, such eligibility shall terminate once the exploratory period ends and the reclassification period to Division III has officially begun. *(Adopted: 1/31/22, Revised: 7/19/22 effective 8/1/22)*

## 7.8 Institutional Eligibility. *(Adopted: 7/18/23 effective 8/1/23)*

**7.8.1 General Institutional Requirements.** To be eligible to enter a team or an individual in NCAA championship competition: *(Revised: 11/28/17, 4/16/19 effective 8/1/19, 7/19/22)*

(a) The institution shall have paid its membership dues for the current year in accordance with the deadlines set forth in Bylaw 18.2.2.1; *(Revised: 4/16/19 effective 8/1/19, 7/18/23 effective 8/1/23)*

(b) The institution shall designate (in accordance with Bylaw 7) its athletics program as Division I, Division II or Division III for competition and possible eligibility for championships in those intercollegiate sports recognized by the NCAA; *(Revised: 4/16/19 effective 8/1/19, 7/18/23 effective 8/1/23)*

(c) The institution's director of athletics shall certify, annually by October 15, the institution's compliance with Bylaw 7.8.1.1; *(Adopted: 9/26/18, Revised: 4/16/19 effective 8/1/19, 7/18/23 effective 8/1/23)*

(d) The institution shall have confirmed annually its sponsorship of a varsity intercollegiate team in the sport and submitted its race and demographic information by so reporting on the NCAA official information form; and *(Adopted: 1/10/90, Revised: 1/10/05, 7/24/07, 7/17/18, 4/16/19 effective 8/1/19, 7/18/23 effective 8/1/23)*

(e) The institution shall have submitted its race and demographic information to the NCAA through the official submission process. *(Adopted: 7/24/07, Revised: 4/16/19 effective 8/1/19, 7/18/23 effective 8/1/23)*

**7.8.1.1 Certification of Compliance -- Requirements.** The institution's director of athletics shall certify that the following conditions have been satisfied. (See Bylaw 7.3.1.5.7.) *(Adopted: 7/20/10, Revised: 4/16/19 effective 8/1/19)*

**7.8.1.1.1 NCAA Rules Review.** The director of athletics or a designated representative, has reviewed with all athletics department staff members the rules and regulations of the NCAA as they apply to the administration and conduct of intercollegiate athletics. *(Revised: 7/20/10, 4/16/19 effective 8/1/19)*

**7.8.1.1.2 Coaching Staff Disciplinary Actions.** At the time of such certification, and as a result of involvement in a violation of the Association's legislation as determined by the Committee on Infractions or the Management Council, no current member of the institution's coaching staff: *(Revised: 7/20/10)*

(a) Shall have been temporarily or permanently suspended from coaching duties by another member institution within the last two years; or

(b) Shall have been prohibited within the last two years, as a result of violations occurring while employed by another member institution, from participating in identified coaching-related activities, unless the prohibition has been equally applied by the certifying institution with respect to the individual's coaching-related activities on behalf of it; or

(c) Shall have been permitted within the last two years to perform any coaching-related activities for the certifying institution that were prohibited after determination by the Committee on Infractions of an "appropriate disciplinary action" for the individual in accordance with the show-cause provision of Bylaw 19.12.4.1. *(Revised: 10/18/22 effective 8/1/23)*

**7.8.1.1.2.1 Period of Suspension or Prohibition.** The period of suspension or prohibition established by the Committee on Infractions or the Management Council must be in effect for the provisions set forth in Bylaw 7.8.1.1.2 to apply. *(Revised: 7/20/10, 7/18/23 effective 8/1/23)*

**7.8.1.1.2.2 Due-Process Requirement.** The affected coaching staff member must be given through the appropriate institution notice of an opportunity to be heard at both the NCAA hearing resulting in the finding of involvement in the violation and the institutional hearing resulting in suspension or prohibition. *(Revised: 7/20/10)*

**7.8.1.1.3 Certification of Policies, Procedures and Practices.** The policies, procedures and practices of the institution, its staff members and representatives of athletics interests are in compliance at the present time with the Association's legislation insofar as the director or athletics can determine. *(Revised: 10/3/05, 7/20/10, 4/16/19 effective 8/1/19)*

**7.8.1.1.4 Maintenance of Compliance.** It is the intention of the institution to maintain such compliance. *(Revised: 7/20/10)*

**7.8.1.2 Additional Requirements.** Other requirements for institutional eligibility for championships are set forth in Bylaw 18.2.2. *(Revised: 7/18/23 effective 8/1/23)*

**7.8.2 Championships.** To be eligible to enter a team or an individual in an NCAA championship, a member institution shall, in addition to meeting the general institutional eligibility requirements set forth in Bylaw 7.8.1: *(Revised: 7/18/23 effective 8/1/23)*

(a) Limit its athletically related grant-in-aid awards and eligibility for participation in practice or competition to student-athletes who meet the following requirements:

(1) Freshman eligibility requirements for financial aid, practice and competition set forth in Bylaws 14.3.1 and 14.3.2; and

(2) Transfer eligibility requirements for financial aid, practice and competition set forth in Bylaws 14.1.8, 14.5.4.1, 14.5.4.2, 14.5.4.3 and 14.5.5.1.

(b) Be in conformance with the maximum awards provisions in that sport as set forth in Bylaw 15.4.2.

(c) Report annually to the NCAA through the president or chancellor, on a form approved by the Management Council, the admissions and graduation-rate data specified in Bylaw 7.8.2.1. The data shall be received in the national office not later than January 2. Any data received after that date shall appear on a form postmarked not later than December 26. *(Adopted: 1/10/90 for data collection, effective 7/1/93 for disclosure, Revised: 1/10/92, 10/3/05, 7/20/10, 7/18/23 effective 8/1/23)*

**7.8.2.1 Admissions and Graduation-Rate Disclosure.** An institution shall not be eligible to enter a team or an individual competitor in an NCAA championship unless it has submitted federal graduation rate and enrollment data to the NCAA national office on or before the applicable deadline. (See Bylaw 13.3 for additional regulations.) *(Revised: 1/10/90, 1/6/91 for data collection, 4/15/92, 1/14/97, 10/28/97, 4/13/99, 1/12/04, 7/20/10, 6/6/17)*

**7.8.2.2 Exemption From Maximum Awards Limitation.** A member institution may be exempt from the maximum awards limitation in a sport provided the institution:

(a) Files a declaration for such an exemption with the national office. The declaration shall be received in the national office not later than June 1 before the academic year for which the exemption is sought. A declaration received after that date shall be postmarked not later than May 25;

(b) Complies with the appropriate Division I maximum awards limits for that year; and

(c) Is not eligible for competition in the Division II championship (see Bylaw 7.3.2.1 for sports that conduct one National Collegiate Championship).

**FIGURE 7-1**
**General Requirements for Division II Membership**

| | Sports Sponsorship: Number of Sports | Scheduling Requirement | Financial Aid Requirement |
|---|---|---|---|
| Active Division II | 10 | Must meet minimum contests and participant requirement per Bylaw 7.3.1.7.1.1 | Must meet minimum financial aid requirement per Bylaw 7.3.1.6.1 |
| Provisional Members | 10 | Must meet minimum contests and participant requirement during the provisional period per Bylaws 7.4.1.5.3.1 and 7.3.1.7.1.1 | Must meet minimum financial aid requirement during years two and three of the provisional period per Bylaw 7.3.1.6.1 |

**FIGURE 7-2**

**Division II Membership Process**



[1] The Division II Membership Committee has the ultimate authority to review and assess all applications and reports submitted by institutions. The committee may move an institution forward, have an institution repeat a year or remove the institution from the process. Institutions also have to meet the requirements of Bylaw 7.4.1.5.3.1-(d).

[2] During year one of the membership process, an institution shall administer its athletics program in accordance to NCAA legislation regarding full-time enrollment, good academic standing, sports sponsorship and health and safety [see Bylaw 7.4.1.5.3.1-(a)-(1)]. Note: Can only repeat one year (see Bylaw 7.4.1.5.4.1).

BYLAW, ARTICLE 8
# Division II Organizational Structure

## 8.02 Definitions and Applications. *(Adopted: 1/31/22 effective 8/1/22)*

**8.02.1 Faculty Athletics Representative.** A faculty athletics representative is a member of an institution's faculty or administrative staff who is designated by the institution's chancellor or president or other appropriate entity to represent the institution and its faculty in the institution's relationships with the NCAA and its conference(s), if any (see also Bylaw 7.3.1.1.4). *(Adopted: 1/31/22 effective 8/1/22)*

**8.02.2 On The Staff.** On the staff, as it applies to individuals from member institutions or conferences who are eligible to serve on committees or as officers or representatives of the Association, is defined as those individuals who receive a regular salary from a member institution or organization for the performance of a regular staff function representing at least 50 percent of the normal workload for a staff member at that institution or conference. An individual on sabbatical or other temporary leave for a period not exceeding 12 consecutive months may be considered to be "on the staff" of an institution or organization. An individual on terminal leave or on leave in excess of 12 consecutive months shall not be considered to be "on the staff." *(Adopted: 1/31/22 effective 8/1/22)*

**8.02.3 Senior Woman Administrator.** *(Adopted: 1/31/22 effective 8/1/22)*

    **8.02.3.1 Institutional Senior Woman Administrator. [#]** An institutional senior woman administrator is the highest-ranking female involved with the management of an institution's intercollegiate athletics program. An institution with a female director of athletics may designate a different female involved with the management of the institution's program as a fifth representative to the NCAA governance system. *(Adopted: 1/31/22 effective 8/1/22)*

## 8.1 Division II Presidents Council. *(Adopted: 1/31/22 effective 8/1/22)*

> ## 8.1 Division II Executive Board (effective February 1, 2024). *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 2/1/24)*

**8.1.1 Composition.** The composition of the Presidents Council shall be based on a weighted regional representation by institutions that shall include one chancellor or president per region for every 22 institutions in that region (see Bylaw 8.1.1.4.1). In addition, two "at-large" positions shall exist to enhance efforts to achieve diversity of representation and to accommodate independent institutions. The Presidents Council shall also include two members of the Division II Student-Athlete Advisory Committee (one representing male sports and one representing female sports) (see Bylaw 21.8.5.9.5). *(Adopted: 1/31/22 effective 8/1/22, Revised: 7/19/22 effective 8/1/22)*

> **8.1.1 Composition.** The composition of the Executive Board shall include eight chancellors/presidents based on Division II championships region, one "at-large" chancellor/president to enhance diversity on the board, and two independent members who are not salaried by an NCAA member institution, conference or affiliated member and shall be approved, appointed and verified as independent by the Executive Board. The Executive Board shall also include two student-athletes serving on and chosen by the Division II Student-Athlete Advisory Committee (one representing male sports and one representing female sports) (see Bylaw 21.8.5.9.5). The chair of the Division II Management Council shall serve on the Executive Board as an ex-officio, nonvoting member. *(Adopted: 1/31/22, Revised: 7/19/22, 1/14/23 effective 2/1/24)*

    **8.1.1.1 Same Conference.** To the extent possible, chancellors or presidents from the same conference shall not serve concurrently on the Presidents Council. *(Adopted: 1/31/22 effective 8/1/22)*

>     **8.1.1.1 Same Conference.** To the extent possible, chancellors or presidents from the same conference shall not serve concurrently on the Executive Board. *(Adopted: 1/31/22, Revised: 1/14/23 effective 2/1/24)*

    **8.1.1.2 Same Institution.** To the extent possible, members of the Presidents Council and the Management Council (see Bylaw 8.2) shall not be employed at the same institution. *(Adopted: 1/31/22 effective 8/1/22)*

>     **8.1.1.2 Same Institution.** To the extent possible, members of the Executive Board and the Management Council (see Bylaw 8.2) shall not be employed at the same institution. *(Adopted: 1/31/22, Revised: 1/14/23 effective 2/1/24)*

**8.1.1.3 Eligibility for Membership.** The Presidents Council shall be composed of chancellors or presidents representing Division II active member institutions. *(Adopted: 1/31/22 effective 8/1/22)*

**8.1.1.4 Geographical Areas.** *(Adopted: 1/31/22 effective 8/1/22)*

**8.1.1.4.1 Geographical Areas.** For the purpose of representation on the Presidents Council, the Association shall be divided into geographical areas. The Division II geographical areas are as follows: *(Adopted: 1/31/22 effective 8/1/22)*

(a) Region 1 -- Connecticut, Delaware, District of Columbia, Maine, Maryland, Massachusetts, New Hampshire, New Jersey, New York, Pennsylvania, Rhode Island, Vermont, Virginia, West Virginia; *(Adopted: 1/31/22 effective 8/1/22)*

(b) Region 2 -- Alabama, Arkansas, Florida, Georgia, Louisiana, Mississippi, North Carolina, Puerto Rico, South Carolina, Tennessee; *(Adopted: 1/31/22 effective 8/1/22)*

(c) Region 3 -- Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota, Missouri, Nebraska, North Dakota, Ohio, Oklahoma, South Dakota, Wisconsin; and *(Adopted: 1/31/22 effective 8/1/22)*

(d) Region 4 -- Alaska, Arizona, British Columbia, California, Colorado, Hawaii, Idaho, Montana, Nevada, New Mexico, Oregon, Texas, Utah, Washington, Wyoming. *(Adopted: 1/31/22 effective 8/1/22)*

**8.1.1.5 Student-Athlete Advisory Committee Members.** The two members of the Division II Student-Athlete Advisory Committee shall each have a vote on the Presidents Council. *(Adopted: 7/19/22 effective 8/1/22)*

**8.1.2 Duties and Responsibilities.** The Presidents Council shall: *(Adopted: 1/31/22 effective 8/1/22, Revised: 7/19/22 effective 8/1/22)*

(a) Implement policies adopted by the Association's Board of Governors; *(Adopted: 1/31/22 effective 8/1/22)*

(b) Establish and direct the general policy of Division II; *(Adopted: 1/31/22 effective 8/1/22)*

(c) Establish a strategic plan for Division II; *(Adopted: 1/31/22 effective 8/1/22)*

(d) Elect a chair and vice chair; *(Adopted: 1/31/22 effective 8/1/22)*

(e) Adopt noncontroversial and intent-based amendments, administrative bylaws and regulations to govern Division II; *(Adopted: 1/31/22 effective 8/1/22)*

(f) Sponsor amendments and amendments-to-amendments to the constitution by two-thirds majority vote; *(Adopted: 7/14/22 effective 8/1/22)*

(g) Sponsor Division II legislation or grant relief from the application of legislation in circumstances in which significant values are at stake or the use of the regular legislative process is likely to cause significant harm or hardship to the Association or the Division II membership because of the delay in its effective date; *(Adopted: 1/31/22 effective 8/1/22)*

(h) Identify, before the printing of the notice of any Convention, Division II proposals for which a roll-call vote of the eligible voters may be required and designate during the Convention the roll-call votes that must occur; *(Adopted: 1/31/22 effective 8/1/22)*

(i) Establish the final sequence of legislative proposals in the agenda for the Division II business session at the annual Convention; *(Adopted: 1/31/22 effective 8/1/22)*

(j) Call for a special Convention of Division II; *(Adopted: 1/31/22 effective 8/1/22)*

(k) Delegate to the Management Council responsibilities for specific matters it deems appropriate; *(Adopted: 1/31/22 effective 8/1/22)*

(l) Approve recommendations of the Management Council (see Bylaw 8.2); *(Adopted: 1/31/22 effective 8/1/22)*

(m) Ratify, amend or rescind the actions of the Management Council (see Bylaw 8.2); *(Adopted: 1/31/22 effective 8/1/22)*

(n) Ensure that there is gender and ethnic diversity among its membership, the membership of the Management Council (see Bylaw 8.2) and the membership of each of the other bodies in the Division II governance structure; *(Adopted: 1/31/22 effective 8/1/22)*

(o) Develop and approve the budget and the use of funds allotted to Division II (e.g., institutional equal distribution funds, funds for the operation of championships); *(Adopted: 1/31/22 effective 8/1/22)*

(p) Approve regulations providing for expenditures and income to Division II; *(Adopted: 1/31/22 effective 8/1/22)*

(q) Approve regulations providing for the administration of Division II championships; *(Adopted: 1/31/22 effective 8/1/22)*

(r) Advise the Board of Governors concerning the employment of the NCAA president and concerning the oversight of their employment; *(Adopted: 1/31/22 effective 8/1/22)*

(s) Appoint a Division II Presidents Council member to the NCAA Board of Governors; *(Adopted: 7/14/22 effective 8/1/22)*

(t) Provide comments and input to the NCAA Board of Governors on matters that impact Division II and the Association; *(Adopted: 7/14/22 effective 8/1/22)*

(u) Convene same-site meetings, as necessary, with the Management Council; and *(Adopted: 1/31/22 effective 8/1/22)*

(v) Appoint such committees or subcommittees as may be necessary for executing the provisions of this constitution or the Division II bylaws. *(Adopted: 1/31/22 effective 8/1/22)*

**8.1.2 Duties and Responsibilities.** The Executive Board shall: *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 2/1/24)*

(a) Implement policies adopted by the NCAA Board of Governors; *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 2/1/24)*

(b) Establish and direct the general policy of Division II; *(Adopted: 1/31/22 effective 8/1/22)*

(c) Establish a strategic plan and/or a set of strategic priorities for Division II; *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 2/1/24)*

(d) Elect a chair and vice chair; *(Adopted: 1/31/22 effective 8/1/22)*

(e) Sponsor amendments and amendments-to-amendments to the constitution by two-thirds majority vote; *(Adopted: 7/19/22 effective 8/1/22)*

(f) Sponsor Division II legislation or grant relief from the application of legislation in circumstances in which significant values are at stake or the use of the regular legislative process is likely to cause significant harm or hardship to the Association or the Division II membership because of the delay in its effective date; *(Adopted: 1/31/22 effective 8/1/22)*

(g) Adopt emergency legislation; *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 2/1/24)*

(h) Call for a special Convention of Division II; *(Adopted: 1/31/22 effective 8/1/22)*

(i) Delegate to the Management Council responsibilities for specific matters it deems appropriate; *(Adopted: 1/31/22 effective 8/1/22)*

(j) Approve recommendations of the Management Council (see Bylaw 8.2), including the composition of the Management Council; *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 2/1/24)*

(k) Ratify, amend or rescind the actions of the Management Council (see Bylaw 8.2); *(Adopted: 1/31/22 effective 8/1/22)*

(l) Ensure there is gender and ethnic diversity among its membership, the membership of the Management Council (see Bylaw 8.2) and the membership of each of the other bodies in the Division II governance structure; *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 2/1/24)*

(m) Approve the budget and the use of funds allotted to Division II (e.g., institutional equal distribution funds, funds for the operation of championships); *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 2/1/24)*

(n) Approve regulations providing for expenditures and income to Division II; *(Adopted: 1/31/22 effective 8/1/22)*

(o) Approve regulations providing for the administration of Division II championships; *(Adopted: 1/31/22 effective 8/1/22)*

(p) Advise the Board of Governors concerning the employment of the NCAA president and concerning the oversight of their employment; *(Adopted: 1/31/22 effective 8/1/22)*

(q) Appoint a Division II Executive Board member to the NCAA Board of Governors; *(Adopted: 7/19/22 effective 8/1/22, Revised: 1/14/23 effective 2/1/24)*

(r) Provide comments and input to the NCAA Board of Governors on matters that impact Division II and the Association; *(Adopted: 7/19/22 effective 8/1/22)*

(s) Convene same-site meetings, as necessary, with the Management Council; and *(Adopted: 1/31/22 effective 8/1/22)*

(t) Create committees or other bodies (e.g., project teams) to study and recommend courses of action on specific issues or to fulfill duties and responsibilities of Division II. *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 2/1/24)*

**8.1.2.1 Duties of the Chair.** The chair of the Presidents Council shall: *(Adopted: 1/31/22 effective 8/1/22)*

(a) Serve as a spokesperson for Division II; *(Adopted: 1/31/22 effective 8/1/22)*

(b) Preside at Presidents Council meetings; *(Adopted: 1/31/22 effective 8/1/22)*

(c) Preside at the Division II business session at the annual Convention; *(Adopted: 1/31/22 effective 8/1/22)*

(d) Serve as chair of the Division II Administrative Committee; and *(Adopted: 1/31/22 effective 8/1/22)*

(e) Serve as an ex officio, nonvoting member of the Division II Planning and Finance Committee. *(Adopted: 1/31/22 effective 8/1/22)*

**8.1.2.1 Duties of the Chair.** The chair of the Executive Board shall: *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 2/1/24)*

(a) Serve as a spokesperson for Division II; *(Adopted: 1/31/22 effective 8/1/22)*

(b) Preside at Executive Board meetings; *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 2/1/24)*

(c) Preside at the Division II business session at the annual Convention; *(Adopted: 1/31/22 effective 8/1/22)*

(d) Serve as chair of the Division II Administrative Committee; and *(Adopted: 1/31/22 effective 8/1/22)*

(e) Serve as an ex officio, nonvoting member of the Division II Strategic Planning and Finance Committee. *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 2/1/24)*

**8.1.2.2 Duties of the Vice Chair.** The vice chair of the Presidents Council shall: *(Adopted: 1/31/22 effective 8/1/22, Revised: 7/19/22 effective 8/1/22)*

(a) Take the chair's place and perform the chair's duties, if the chair is absent or incapacitated; *(Adopted: 1/31/22 effective 8/1/22)*

(b) Report to the Division II membership at each annual Convention on the financial affairs of the division; *(Adopted: 1/31/22 effective 8/1/22)*

(c) Serve as a member of the Division II Administrative Committee; and *(Adopted: 1/31/22 effective 8/1/22)*

(d) Serve as chair of the Division II Planning and Finance Committee. *(Adopted: 1/31/22 effective 8/1/22)*

**8.1.2.2 Duties of the Vice Chair.** The vice chair of the Executive Board shall: *(Adopted: 1/31/22 effective 8/1/22, Revised: 7/19/22, 1/14/23 effective 2/1/24)*

(a) Take the chair's place and perform the chair's duties, if the chair is absent or incapacitated; *(Adopted: 1/31/22 effective 8/1/22)*

(b) Report to the Division II membership at each annual Convention on the financial affairs of the division; *(Adopted: 1/31/22 effective 8/1/22)*

(c) Serve as a member of the Division II Administrative Committee; and *(Adopted: 1/31/22 effective 8/1/22)*

(d) Serve on the Division II Strategic Planning and Finance Committee. *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 2/1/24)*

**8.1.3 Election/Term of Office.** *(Adopted: 1/31/22 effective 8/1/22)*

**8.1.3.1 Selection Process.** When a vacancy on the Presidents Council occurs, a formal call for nominations shall be published on the NCAA website. In addition, an informational letter to solicit nominations will be mailed to institutions and conference offices in the region in which the vacancy exists. The members of the Council shall select an individual to fill a vacancy after reviewing nominations submitted by institutions and/or conference offices. *(Adopted: 1/31/22 effective 8/1/22)*

**8.1.3.1 Term of Office.** Presidents, chancellors and independent members of the Executive Board shall serve two-year terms, that are renewable for an additional two-year term. The two student-athletes appointed to the Executive Board shall serve one-year terms that are renewable for an additional one-year term. *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 2/1/24)*

**8.1.3.1.1 Chair and Vice Chair.** The chair and the vice chair of the Executive Board shall each serve terms not to exceed two years. The chair and vice chair shall not be eligible for immediate re-election to that position. In addition, a member must serve a minimum of one year on the Executive Board before serving as chair or vice chair. *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 2/1/24)*

**8.1.3.2 Term of Office.** Members of the Presidents Council shall serve six-year terms, which shall conclude following the annual NCAA Convention. Presidents Council members are not eligible for immediate re-election. A Presidents Council member may be elected to an additional term on the Presidents Council after three years have elapsed. An individual who

has served two terms on the Presidents Council may not serve further on the Presidents Council. *(Adopted: 1/31/22 effective 8/1/22)*

**8.1.3.2.1 Chair and Vice Chair.** The chair and the vice chair of the Council shall each serve terms not to exceed three years. The chair and vice chair shall not be eligible for immediate re-election to that position. In addition, a member must serve a minimum of one year on the Presidents Council before serving as chair or vice chair. *(Adopted: 1/31/22 effective 8/1/22)*

**8.1.3.2.2 Student-Athletes.** The two student-athletes appointed to the Presidents Council shall each serve a one-year term that is renewable for an additional one-year term. *(Adopted: 7/19/22 effective 8/1/22)*

**8.1.4 Operating Rules.** *(Adopted: 1/31/22 effective 8/1/22)*

**8.1.4.1 Project Teams.** The Presidents Council may establish project teams for a specified period of time to study and recommend courses of action on specific issues, and shall provide for a project team's appointment or election, tenure and duties, including the selection of the project team's chair. *(Adopted: 1/31/22 effective 8/1/22)*

## 8.2 Division II Management Council. *(Adopted: 1/31/22 effective 8/1/22)*

**8.2.1 Composition.** The Management Council shall be comprised of one administrator or representative from each of the Division II multisport voting conferences; one administrator or representative of Division II independent institutions provided there are at least eight Division II independent institutions; two "at-large" positions to enhance efforts to achieve diversity of representation; and two members of the Student-Athlete Advisory Committee per Bylaw 21.8.5.9.4. The members shall be representatives of Division II active member institutions. The members of the Council shall include: *(Adopted: 1/31/22 effective 8/1/22)*

(a) At least four directors of athletics; *(Adopted: 1/31/22 effective 8/1/22)*

(b) At least four senior woman administrators; *(Adopted: 1/31/22 effective 8/1/22)*

(c) At least four faculty athletics representatives; and *(Adopted: 1/31/22 effective 8/1/22)*

(d) At least one conference administrator. *(Adopted: 1/31/22 effective 8/1/22)*

---

**8.2.1 Composition.** The composition of the Management Council shall include one member from each of the Division II multisport voting conferences; four "at-large" members to enhance efforts to achieve diversity of representation; and two student-athletes serving on and chosen by the Division II Student-Athlete Advisory Committee (one representing male sports and one representing female sports) (see Bylaw 21.8.5.9.4). The members shall be representatives of Division II active member institutions. The members of the Council shall include: *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 2/1/24)*

(a) At least five directors of athletics; *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 2/1/24)*

(b) At least five senior woman administrators; *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 2/1/24)*

(c) At least five faculty athletics representatives; and *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 2/1/24)*

(d) At least two conference office staff.

Once the minimums are met, the Council may include individuals working in athletics administration and individuals that supervise athletics, including but not limited to a vice president, athletic trainer, assistant/associate/deputy director of athletics, and/or other individuals involved in the administration of athletics. *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 2/1/24)*

---

**8.2.1.1 Same Institution.** To the extent possible, members of the Presidents Council (see Bylaw 8.1) and the Management Council shall not be employed at the same institution. *(Adopted: 1/31/22 effective 8/1/22)*

**8.2.1.2 Independent Institutions.** The position reserved for a representative of independent institutions may not be filled by an individual from the same independent institution in successive terms. If the total number of independent institutions falls below eight, the position allocated for independent institutions shall become an at-large position as soon as the position becomes vacant. *(Adopted: 1/31/22 effective 8/1/22)*

**8.2.1.3 Student-Athlete Advisory Committee Members.** The two members of the Student-Athlete Advisory Committee shall serve as voting members on the Management Council. *(Adopted: 1/31/22 effective 8/1/22, Revised: 7/19/22)*

**8.2.2 Duties and Responsibilities.** The Management Council shall: *(Adopted: 1/31/22 effective 8/1/22)*

(a) Implement policies adopted by the Association's Board of Governors and the Presidents Council; *(Adopted: 1/31/22 effective 8/1/22)*

(b) Make recommendations to the Presidents Council on matters it deems appropriate; *(Adopted: 1/31/22 effective 8/1/22)*

(c) Recommend the adoption of noncontroversial and intent-based amendments, administrative bylaws and regulations to govern Division II, subject to ratification by the Presidents Council; *(Adopted: 1/31/22 effective 8/1/22)*

(d) Take final action on matters delegated to it by the Presidents Council; *(Adopted: 1/31/22 effective 8/1/22)*

(e) Make interpretations of the bylaws of Division II; *(Adopted: 1/31/22 effective 8/1/22)*

(f) Review and act on the recommendations of the Division II committee structure and the recommendations of Division II representatives to committees with Association-wide functions; *(Adopted: 1/31/22 effective 8/1/22)*

(g) Appoint the members of the Division II committee structure and appoint the Division II representatives to committees with Association-wide functions; *(Adopted: 1/31/22 effective 8/1/22)*

(h) Elect a chair and vice chair; *(Adopted: 1/31/22 effective 8/1/22)*

(i) Organize and participate in an annual "summit" with the Division II Student-Athlete Advisory Committee; *(Adopted: 1/31/22 effective 8/1/22)*

(j) Hear and act on appeals by member institutions of decisions made by a Division II committee or the NCAA staff regarding the application of NCAA legislation (excluding actions of any committee that has final authority over issues subject to appeal); and *(Adopted: 1/31/22 effective 8/1/22)*

(k) Recommend the appointment of such committees or subcommittees as may be necessary for executing the provisions of this constitution or the Division II bylaws, subject to ratification by the Presidents Council. *(Adopted: 1/31/22 effective 8/1/22)*

**8.2.2 Duties and Responsibilities.** The Management Council shall: *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 2/1/24)*

(a) Implement policies adopted by the NCAA Board of Governors and the Executive Board; *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 2/1/24)*

(b) Make recommendations to the Executive Board on matters it deems appropriate; *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 2/1/24)*

(c) Adopt noncontroversial and intent-based amendments, administrative bylaws and regulations to govern Division II; *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 2/1/24)*

(d) Sponsor legislative proposals for a vote at the annual NCAA Convention; *(Adopted: 1/14/23 effective 2/1/24)*

(e) Take final action on matters delegated to it by the Executive Board; *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 2/1/24)*

(f) Review and act on the recommendations of the Division II committee structure and the recommendations of committees with Association-wide functions; *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 2/1/24)*

(g) Appoint the members of the Division II committee structure and appoint the Division II representatives to committees with Association-wide functions; *(Adopted: 1/31/22 effective 8/1/22)*

(h) Identify, before the printing of the Official Notice for any Convention, Division II proposals for which a roll-call vote of the eligible voters may be required and designate during the Convention the roll-call votes that must occur; *(Adopted: 1/14/23 effective 2/1/24)*

(i) Establish the final sequence of legislative proposals in the agenda for the Division II business session at the annual Convention; *(Adopted: 1/14/23 effective 2/1/24)*

(j) Elect a chair and vice chair; *(Adopted: 1/31/22 effective 8/1/22)*

(k) Organize and participate in an annual "summit" with the Division II Student-Athlete Advisory Committee; *(Adopted: 1/31/22 effective 8/1/22)*

(l) Hear and act on appeals by member institutions of decisions made by a Division II committee or the NCAA staff regarding the application of NCAA legislation (excluding actions of any committee that has final authority over issues subject to appeal); and *(Adopted: 1/31/22 effective 8/1/22)*

(m) Recommend the creation of committees or other bodies to study and suggest courses of action on specific issues or to fulfill the duties and responsibilities of Division II bylaws, subject to approval by the Executive Board. *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 2/1/24)*

**8.2.2.1 Duties of the Chair.** The chair of the Management Council shall: *(Adopted: 1/31/22 effective 8/1/22)*

(a) Preside at Management Council meetings; *(Adopted: 1/31/22 effective 8/1/22)*

(b) Serve as an ex officio, nonvoting member of the Board of Governors; *(Adopted: 1/31/22 effective 8/1/22)*

(c) Serve as a member of the Division II Administrative Committee; *(Adopted: 1/31/22 effective 8/1/22)*

(d) Report to the Division II membership at the annual Convention the activities of the Management Council and Division II committees; *(Adopted: 1/31/22 effective 8/1/22)*

(e) Serve as an ex officio, nonvoting member of any Division II committee that reports to the Division II Management Council; and *(Adopted: 1/31/22 effective 8/1/22)*

(f) Serve as an ex officio, nonvoting member of the Division II Planning and Finance Committee. *(Adopted: 1/31/22 effective 8/1/22)*

**8.2.2.2 Duties of the Vice Chair.** The vice chair of the Management Council shall: *(Adopted: 1/31/22 effective 8/1/22)*

(a) Take the chair's place and perform the chair's duties, if the chair is absent or incapacitated; *(Adopted: 1/31/22 effective 8/1/22)*

(b) Serve as a member of the Division II Administrative Committee; *(Adopted: 1/31/22 effective 8/1/22)*

(c) Serve as a member of the Division II Planning and Finance Committee; and *(Adopted: 1/31/22 effective 8/1/22)*

(d) Serve as an ex officio, nonvoting member of the Division II Championships Committee and all Division II sports committees. *(Adopted: 1/31/22 effective 8/1/22)*

**8.2.2.2 Duties of the Vice Chair.** The vice chair of the Management Council shall: *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 2/1/24)*

(a) Take the chair's place and perform the chair's duties, if the chair is absent or incapacitated; *(Adopted: 1/31/22 effective 8/1/22)*

(b) Serve as a member of the Division II Administrative Committee; *(Adopted: 1/31/22 effective 8/1/22)*

(c) Serve as a member of the Division II Strategic Planning and Finance Committee; and *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 2/1/24)*

(d) Serve as an ex officio, nonvoting member of the Division II Championships Committee and all Division II sports committees. *(Adopted: 1/31/22 effective 8/1/22)*

**8.2.2.3 Duties of the Management Council Subcommittee.** The Management Council Subcommittee shall: *(Adopted: 1/31/22 effective 8/1/22)*

(a) Hear and act on appeals regarding decisions of the Membership Committee involving the provisional membership status of Division II provisional member institutions or conferences; *(Adopted: 1/31/22 effective 8/1/22)*

(b) Hear and act on appeals regarding decisions of the Academic Requirements Committee on waivers involving the Academic Performance Census and the Academic Success Rate; *(Adopted: 1/31/22 effective 8/1/22)*

(c) Hear and act on appeals regarding decisions of the Legislative Review Subcommittee involving the amateur status of prospective student-athletes; and *(Adopted: 1/31/22 effective 8/1/22)*

(d) Hear and act on appeals regarding decisions of the Championships Committee. *(Adopted: 1/31/22 effective 8/1/22)*

**8.2.3 Election/Term of Office.** *(Adopted: 1/31/22 effective 8/1/22)*

**8.2.3.1 Selection Process.** When a vacancy on the Management Council occurs, each conference shall propose a slate of nominees that includes a director of athletics, a senior woman administrator and a faculty athletics representative and may include a conference administrator. The members of the Management Council shall select individuals to fill vacancies from the slates of nominees. Individuals selected by the Management Council must be ratified by the Presidents Council. *(Adopted: 1/31/22 effective 8/1/22)*

**8.2.3.1.1 Chancellor or President Signature.** Each conference must designate a chancellor or president from a member institution within the conference who shall sign the conference's nomination form before the form is submitted. *(Adopted: 1/31/22 effective 8/1/22)*

**8.2.3.2 Term of Office.** Members of the Management Council shall serve four-year terms, which shall conclude following the annual NCAA Convention. Management Council members are not eligible for immediate re-election. A Management Council member may be elected to an additional term on the Management Council after three years have elapsed. An individual who has served two terms on the Management Council may not serve further on the Management Council. *(Adopted: 1/31/22 effective 8/1/22)*

**8.2.3.2.1 Chair and Vice Chair.** The chair and the vice chair of the Council shall each serve terms not to exceed two years. The chair and vice chair shall not be eligible for immediate re-election to that position. In addition, a member must serve a minimum of one year on the Council before serving as chair or vice chair. *(Adopted: 1/31/22 effective 8/1/22)*

### 8.2.4 Operating Rules. *(Adopted: 1/31/22 effective 8/1/22)*

**8.2.4.1 Project Teams.** The Management Council may establish project teams for a specified period of time to study and recommend courses of action on specific issues, and shall provide for a project team's appointment or election, tenure and duties, including the selection of the project team's chair. *(Adopted: 1/31/22 effective 8/1/22)*

## 8.3 Division II Administrative Committee. *(Adopted: 1/31/22 effective 8/1/22)*

**8.3.1 Composition.** The Administrative Committee shall consist of five members, including the chairs and vice chairs of the Executive Board and Management Council, and the chair of the Division II Student-Athlete Advisory Committee . *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 8/1/23)*

**8.3.1.1 Chair.** The chair of the Presidents Council shall serve as chair of the Administrative Committee. *(Adopted: 1/31/22 effective 8/1/22)*

**8.3.2 Duties.** The Administrative Committee shall transact items of business clearly necessary to promote the normal and orderly administration of Division II in the interim between meetings of the Presidents Council and Management Council. The Presidents Council representatives on the Administrative Committee shall have the authority to act alone to transact items of business that clearly fall within the sole jurisdiction of the Presidents Council. The Administrative Committee may authorize the vice president for Division II to act for it in approving routine waiver requests and sports committee recommendations, unless there is a question of interpretation or application, and these actions shall be subject to the approval of the Management Council and Presidents Council at their next regularly scheduled meetings. *(Adopted: 1/31/22 effective 8/1/22)*

**8.3.3 Approval.** All actions of the Administrative Committee shall be effective immediately and shall be reported to and subject to approval by the Division II Presidents Council and Management Council at their next regularly scheduled meetings. *(Adopted: 1/31/22 effective 8/1/22)*

## 8.4 Division II Planning and Finance Committee. *(Adopted: 1/31/22 effective 8/1/22)*

## 8.4 Division II Strategic Planning and Finance Committee (effective February 1, 2024). *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 2/1/24)*

**8.4.1 Composition.** The Division II Planning and Finance Committee shall consist of seven members, including the vice chair of the Presidents Council, the vice chair of the Management Council, three additional members of the Presidents Council and two additional members of the Management Council. The chairs of the Presidents Council and the Management Council shall serve as ex officio, nonvoting members. *(Adopted: 1/31/22 effective 8/1/22)*

**8.4.1 Composition.** The Division II Strategic Planning and Finance Committee shall consist of 11 members, including the vice chair of the Executive Board, two members of the Management Council, one of which must include the vice chair, , one conference commissioner, one member from the Division II Student-Athlete Advisory Committee, and six additional members. At least one of the 11 members shall be from a minority-serving institution. *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 2/1/24)*

**8.4.1.1 Chair.** The vice chair of the Division II Presidents Council shall serve as chair of the Division II Planning and Finance Committee. *(Adopted: 1/31/22 effective 8/1/22)*

**8.4.2 Duties.** The Division II Planning and Finance Committee shall: *(Adopted: 1/31/22 effective 8/1/22)*

(a) Review budgetary recommendations related to the annual Division II budget; *(Adopted: 1/31/22 effective 8/1/22)*

(b) Advise both the Division II Presidents Council and Management Council regarding the division's financial affairs; *(Adopted: 1/31/22 effective 8/1/22)*

(c) Monitor the Division II strategic plan, assess and report on its implementation and recommend updates of the plan, when necessary, consistent with the Division II philosophy, strategic position and direction from the Division II Presidents Council; and *(Adopted: 1/31/22 effective 8/1/22)*

(d) Provide regular reports on the implementation of the strategic plan to the Division II Management Council and Presidents Council. *(Adopted: 1/31/22 effective 8/1/22)*

**8.4.2 Duties.** The Division II Strategic Planning and Finance Committee shall: *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 2/1/24)*

(a) Monitor the Division II strategic plan/strategic priorities; and assess and report on its implementation and recommend updates, when necessary, consistent with the Division II philosophy, strategic position and direction from the Division II Executive Board; *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 2/1/24)*

(b) Provide regular reports on the implementation of the strategic plan/strategic priorities of the Division II Management Council and Executive Board; *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 2/1/24)*

(c) Make recommendations related to the Division II budget and budget guidelines and principles; *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 2/1/24)*

(d) Ensure alignment of the division's strategic plan/strategic priorities with financial allocations; and *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 2/1/24)*

(e) Advise both the Division II Executive Board and Management Council regarding the division's financial affairs. *(Adopted: 1/14/23 effective 2/1/24)*

Figure 8-1

Division II Organizational Structure
(Effective August 1, 2023)



( ): The number in the parenthetical represents the number of individuals serving on this Council or committee. Figure reflects number of individuals serving as of August 1, 2023.

#: Division II sports committees report and make recommendations directly to the Division II Championships Committee. Such Division II sports committees include the following: Baseball; Men's Basketball; Women's Basketball; Cross Country; Field Hockey; Football; Men's Golf; Women's Golf; Men's Lacrosse; Women's Lacrosse; Women's Rowing; Men's Soccer; Women's Soccer; Softball; Swimming and Diving; Tennis; Track and Field; Women's Volleyball; and Wrestling.

$: The Division II Strategic Planning and Finance Committee is a group that advises both the Division II Presidents Council and Management Council regarding the division's financial affairs and strategic plan.

Figure 8-1

Division II Organizational Structure
(Effective February 1, 2024)



( ): The number in the parenthetical represents the number of individuals serving on this Council or committee. Figure reflects number of individuals serving as of February 1, 2024.

#: Division II sports committees report and make recommendations directly to the Division II Championships Committee. Such Division II sports committees include the following: Baseball; Men's Basketball; Women's Basketball; Cross Country; Field Hockey; Football; Men's Golf; Women's Golf; Men's Lacrosse; Women's Lacrosse; Women's Rowing; Men's Soccer; Women's Soccer; Softball; Swimming and Diving; Tennis; Track and Field; Women's Volleyball; and Wrestling.

$: The Division II Strategic Planning and Finance Committee is a group that provides regular reports on the implementation of the strategic plan/strategic priorities of the Division II Executive Board and Management Council.

BYLAW, ARTICLE 9

# Legislative Process

## 9.02 Definitions and Applications. *(Adopted: 1/31/22 effective 8/1/22)*

### 9.02.1 Legislative Provisions. *(Adopted: 1/31/22 effective 8/1/22)*

**9.02.1.1 Division Dominant.** A division dominant provision is a regulation that applies to all members of a division and is of sufficient importance to the division that it requires a two-thirds majority vote of all delegates present and voting at a division's annual or special Convention. Division dominant provisions are identified by the diamond symbol (♦). *(Adopted: 1/31/22 effective 8/1/22)*

**9.02.1.2 Common.** A common provision is a regulation that applies to more than one of the divisions of the Association. A common provision shall be adopted by each of the applicable divisions, acting separately pursuant to the divisional legislative process described in Bylaw 9.3, and must be approved by all applicable divisions to be effective. Common provisions are identified by the pound sign (#). *(Adopted: 1/31/22 effective 8/1/22)*

**9.02.1.3 Federated.** A federated provision is a regulation adopted by a majority vote of the delegates present and voting of one or more of the divisions or subdivisions of the Association, acting separately pursuant to the divisional legislative process described in Bylaw 9.3. Such a provision applies only to the division(s) or subdivision(s) that adopts it. *(Adopted: 1/31/22 effective 8/1/22)*

## 9.1 Conventions and Meetings. *(Adopted: 1/31/22 effective 8/1/22)*

### 9.1.1 Operational Procedures. *(Adopted: 1/31/22 effective 8/1/22)*

**9.1.1.1 Quorum.** Forty (40) active member institutions and member conferences represented as prescribed in this bylaw shall constitute a quorum for the transaction of Division II business, including voting by the division. *(Adopted: 1/31/22 effective 8/1/22)*

**9.1.1.2 Student-Athlete Advisory Committee.** The Division II Student-Athlete Advisory Committee shall have one vote. *(Adopted: 1/31/22 effective 8/1/22)*

**9.1.1.3 Provisional Delegates.** Each provisional member shall be entitled to one accredited delegate without voting privilege. *(Adopted: 1/31/22 effective 8/1/22)*

**9.1.1.4 Single-Gender Athletics Program.** An active member or member conference with no men's athletics program shall not be permitted to vote on issues affecting only men's athletics, and an active member or member conference with no women's athletics program shall not be permitted to vote on issues affecting only women's athletics. *(Adopted: 1/31/22 effective 8/1/22)*

## 9.3 Amendment Process. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.1.1 Noncontroversial Amendment.** The Presidents Council, or an entity designated by the Presidents Council, in the interim between annual Conventions, by a three-fourths majority of its members present and voting, may adopt noncontroversial legislative amendments clearly necessary to promote the normal and orderly administration of the division's legislation. The Presidents Council, or an entity designated by the Presidents Council, shall sponsor legislation at the next annual Convention to confirm the adoption of such amendments. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.1.2 Emergency Legislation.** The Presidents Council may adopt "emergency" legislation that shall be effective immediately in situations when significant values or harm are at stake and the use of the regular legislative cycle is likely to cause undue hardship to the Association or the Division II membership because of the delay in its effective date (e.g., immediate health and safety concerns or issues, situations when NCAA must respond to, or comply with, a court, alternative dispute resolution (ADR) or government order, to limit or avoid NCAA liability as a result of litigation, ADR or governmental proceedings). Such "emergency" legislation shall be adopted by at least a three-fourths majority of the members of the Presidents Council present and voting. Further, "emergency legislation" adopted by the Presidents Council must be ratified by the Division II membership at the next regularly scheduled NCAA Convention. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.1.3 Amendment-to-Amendment -- Division Dominant Provisions.** A proposed amendment to a division dominant provision may be amended at any annual or special Convention. From July 15 through September 15, sponsors of proposed amendments may refine and change the proposed amendments in any manner that is germane to the original.

After September 15, proposed amendments may be amended only if the amendment to the proposed amendment does not increase the modification of the provision to be amended. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.1.4 Amendment-to-Amendment -- Federated Provisions.** A proposed amendment to a federated provision of the bylaws may be amended at any annual or special Convention. From July 15 through September 15, sponsors of proposed amendments may refine and change the proposed amendments in any manner that is germane to the original. After September 15, proposed amendments may be amended only if the amendment to the proposed amendment does not increase the modification of the provision to be amended. *(Adopted: 1/31/22 effective 8/1/22)*

## 9.3.3 Sponsorship -- Amendments to Division Dominant Provisions. *(Adopted: 3/28/22 effective 8/1/22)*

**9.3.3.1 Amendment.** An amendment to a division dominant provision may be sponsored by the appropriate divisional presidential administrative group. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.3.2 Amendment-to-Amendment.** An amendment-to-amendment to a division dominant provision may be sponsored by the appropriate divisional presidential administrative group. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.3.3 Editorial Changes.** The presiding officer may permit changes in the wording of a proposed amendment of a purely editorial nature or to correct typographical errors. *(Adopted: 1/31/22 effective 8/1/22)*

## 9.3.4 Sponsorship -- Amendments to Legislation. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.4.1 Amendment.** An amendment to a provision of the bylaws may be sponsored by: *(Adopted: 1/31/22 effective 8/1/22)*

(a) The Presidents Council; *(Adopted: 1/31/22 effective 8/1/22)*

(b) Fifteen or more active member institutions with voting privileges on written verification of sponsorship signed by each sponsoring member's chancellor or president or the chancellor or president's designated representative; or *(Adopted: 1/31/22 effective 8/1/22)*

(c) At least two member conferences with voting privileges when submitted by the chief elected officer or chancellor or president of the conferences on behalf of 15 or more of their active member institutions and signed by the chairs of the conferences' official presidential administrative groups or at least two chancellors or presidents of a conference's member institutions if a conference has no presidential administrative group. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.4.1.1 Amendment, Federated Provision.** When legislation is applicable only to a particular division, only members of that division may submit amendments to that legislation. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.4.1.2 Primary Contact Person.** All amendments to the bylaws proposed by member institutions shall designate a primary contact person. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.4.2 Amendment-to-Amendment.** An amendment to an amendment of a provision of the bylaws may be sponsored by: *(Adopted: 1/31/22 effective 8/1/22)*

(a) The Presidents Council; *(Adopted: 1/31/22 effective 8/1/22)*

(b) Eight or more active member institutions with voting privileges when submitted in writing by each institution's chancellor or president or the chancellor or president's designated representative; or *(Adopted: 1/31/22 effective 8/1/22)*

(c) At least one member conference with voting privileges when submitted by the chief elected officer or chancellor or president of the conferences on behalf of eight or more of their active member institutions, and signed by the chairs of the conference's official presidential administrative group or at least two chancellors or presidents of a conference's member institutions, if a conference has no presidential administrative group. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.4.2.1 Primary Contact Person.** All amendments-to-amendments to the constitution and bylaws proposed by member institutions shall designate a primary contact person. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.4.3 Editorial Changes.** The presiding officer may permit changes in the wording of proposed amendments of a purely editorial nature or to correct typographical errors. *(Adopted: 1/31/22 effective 8/1/22)*

## 9.3.5 Submission Deadline. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.5.1 Division Dominant Provisions.** *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.5.1.1 Amendments.** Amendments to division dominant provisions shall be sponsored by the appropriate divisional presidential administrative group in accordance with the following deadlines: *(Adopted: 1/31/22 effective 8/1/22)*

(a) Annual Convention -- September 1. *(Adopted: 1/31/22 effective 8/1/22)*

(b) Special Convention -- Thirty days before a special Convention. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.5.1.1.1 Exception.** A divisional presidential administrative group, by a two-thirds majority of its members present and voting, may establish a later date for the submission of amendments for an annual Convention when a special Convention is held after September 1. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.5.1.2 Amendments-to-Amendments.** The appropriate divisional presidential administrative group must submit amendments to its original amendments in writing and such amendments must be submitted not later than 5 p.m. Eastern time September 15, unless the amendment-to-amendment does not increase the modification specified in the original. Any amendment-to-amendment submitted after September 15 shall not increase the modification of the original and must be submitted in writing not later than 5 p.m. Eastern time November 1 before an annual Convention or 20 days before a special Convention. A divisional presidential administrative group may propose amendments-to-amendments at the time of the Convention without meeting these procedural requirements, provided the amendment-to-amendment has been approved by two-thirds of the divisional presidential administrative group and copies are distributed before or during the appropriate business session. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.5.2 Legislation.** *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.5.2.1 Amendment.** Deadline dates for receipt at the national office of proposed amendments are as follows: *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.5.2.1.1 Amendment Proposed by Membership.** *(Adopted: 1/31/22 effective 8/1/22)*

(a) Annual Convention -- 5 p.m. Eastern time July 15 (conference-sponsored amendments must meet the July 15 deadline). *(Adopted: 1/31/22 effective 8/1/22)*

(b) Special Convention -- Ninety days before a special Convention. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.5.2.1.1.1 Exception.** The Presidents Council, by a two-thirds majority of its members present and voting, may establish a later date for the submission of amendments for an annual Convention when a special Convention is held after July 15. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.5.2.1.2 Amendments Sponsored by Presidents Council.** *(Adopted: 1/31/22 effective 8/1/22)*

(a) Annual Convention -- September 1. *(Adopted: 1/31/22 effective 8/1/22)*

(b) Special Convention -- Thirty days before a special Convention. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.5.2.1.2.1 Exception -- Annual Convention.** The Presidents Council, by a three-fourths majority of its members present and voting, may submit amendments after September 1 when necessitated by action taken by Division I or Division III. In such instances, the Presidents Council shall submit amendments not later than November 1. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.5.2.2 Amendment-to-Amendment.** Sponsors of proposed amendments must submit amendments to their original amendments in writing and such amendments-to-amendments must be received at the Association's national office not later than 5 p.m. Eastern time September 15, unless the amendment-to-amendment does not increase the modification specified in the original. Any amendment-to-amendment submitted after September 15 shall not increase the modification of the original and must be submitted in writing and received at the Association's national office not later than 5 p.m. Eastern time November 1 before an annual Convention or 20 days before a special Convention. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.5.2.2.1 Exception -- Presidents Council.** The Presidents Council may propose amendments-to-amendments at the time of the Convention without meeting these procedural requirements, provided that in each instance the proposed amendment-to-amendment has been approved by two-thirds of the Council and copies are distributed before or during the business sessions. *(Adopted: 3/28/22 effective 8/1/22)*

**9.3.5.2.3 Cost Considerations.** The Presidents Council may require the sponsors of each proposed amendment or amendment-to-amendment that, if adopted, would result in significant expenditures from the division's budget and/or by member institutions to provide written documentation of the estimated costs to the division and/or the members. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.6 Notification to Membership.** *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.6.1 Amendments to Division Dominant Provisions.** *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.6.1.1 Official Notice.** A copy of the proposed amendments shall be provided to members of the appropriate division not later than December 10 before an annual Convention or 15 days before a special Convention. *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 8/1/23 August 1, 2023, for proposals submitted for the 2024 NCAA Convention.)*

**9.3.6.1.2 Delayed Date.** If a divisional presidential administrative group establishes a date later than July 15 or September 1 for the submission of amendments to division dominant provisions for an annual Convention, it, by a two-thirds majority of its members present and voting, may establish a later date for publishing copies of the proposed amendments for information of the membership. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.6.1.3 Amendments-to-Amendments.** Copies of all amendments-to-amendments to division dominant provisions submitted by a divisional presidential administrative group in accordance with the September 15 deadline shall be published in the Official Notice of the Convention. *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 8/1/23 August 1, 2023, for proposals submitted for the 2024 NCAA Convention.)*

**9.3.6.2 Amendments to Legislation.** *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.6.2.1 Official Notice.** A copy of the proposed amendments shall be published not later than December 10 before an annual Convention or 15 days before a special Convention. *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 8/1/23 August 1, 2023, for proposals submitted for the 2024 NCAA Convention.)*

**9.3.6.2.2 Delayed Date.** If the Presidents Council establishes a date later than July 15 or September 1 for the submission of amendments for an annual Convention, it, by a two-thirds majority of its members present and voting, may establish a later date for publishing copies of the proposed amendments for information of the membership. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.6.2.3 Amendments-to-Amendments.** Copies of all amendments-to-amendments submitted by the amendment's original sponsors in accordance with the September 15 deadline shall be published in the Official Notice of the Convention. *(Adopted: 1/31/22 effective 8/1/22, Revised: 1/14/23 effective 8/1/23 August 1, 2023, for proposals submitted for the 2024 NCAA Convention.)*

**9.3.7 Committee Review -- Legislation.** All amendments submitted by the membership per Bylaw 9.3.4 shall be evaluated by an appropriate NCAA committee before they can be included on the agenda for an NCAA Convention. Such evaluation may involve a position of support or opposition and/or a suggestion of an alternative amendment by the committee. The committee shall complete its evaluation not later than October 7. The committee position, if any, shall not prevent the membership from voting on the amendment at the next Convention, provided all appropriate submission deadlines have been met. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.7.1 Committee Designation.** The Presidents Council shall assign each amendment to the appropriate committee(s) for evaluation and shall designate a subcommittee of itself or the Management Council or a special committee when no appropriate committee exists. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.7.2 Publication of Committee Position.** The position of the appropriate committee shall be printed with the relevant amendment in the Official Notice of the Convention. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.8 Adoption of Amendment, Voting Requirements.** *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.8.1 Division Dominant Provision. [♦]** Adoption of an amendment to a division dominant provision shall require a two-thirds majority vote of all delegates of the affected division present and voting at a division's annual or special Convention. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.8.1.1 Amendment to Voting Line of Division Dominant Provision.** Adoption of an amendment to the voting line of a division dominant provision shall require a majority vote of the delegates present and voting at the division's annual or special Convention. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.8.2 Federated Provision.** Adoption of an amendment to a federated provision shall require a majority vote of the delegates present and voting of one or more division(s) of the Association, acting separately, at an annual or special Convention or at a division legislative meeting of the Association. Such legislation shall apply only to the division(s) adopting it. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.8.2.1 Amendment to Voting Line of Federated Provision.** Adoption of an amendment to the voting line of a federated provision shall require a majority vote of the delegates present and voting at the division's annual or special Convention. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.9 Adoption of Amendment-to-Amendment, Voting Requirements.** *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.9.1 Division Dominant Provision.** A proposed amendment-to-amendment of a division dominant provision shall be approved by a majority vote of the delegates of the affected division present and voting. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.9.2 Federated Provision.** A proposed amendment-to-amendment of a federated provision shall be approved by a majority vote of the delegates of the affected division present and voting. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.10 Special Voting Requirements.** The following topics are subject to special voting requirements. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.10.1 Division Championship.** A division championship per Bylaw 18.02.2.2 may be established by a majority vote of all members present and voting at an annual Convention, subject to all requirements, standards and conditions prescribed in Bylaw 18.01.2. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.10.2 Voting on Football Issues.** An active member or voting member conference with no football program shall not be permitted to vote on issues affecting only football. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.11 Intent and Rationale.** *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.11.1 Amendments to Division Dominant Provisions.** All amendments to division dominant provisions shall include a statement of intent and a separate statement of rationale. The statement of rationale shall not exceed 200 words in length. All amendments-to-amendments shall include a statement of intent and, if applicable, a cost estimate. An amendment-to-amendment also may include a statement of rationale that shall not exceed 50 words in length. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.11.2 Amendments to Federated Provisions.** All amendments to federated provisions shall include a statement of intent and a separate statement of rationale. The statement of rationale shall not exceed 200 words in length. All amendments-to-amendments shall include a statement of intent and, if applicable, a cost estimate. An amendment-to-amendment also may include a statement of rationale that shall not exceed 50 words in length. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.12 Effective Date.** *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.12.1 Division Dominant Provisions.** All amendments to division dominant provisions shall become effective not earlier than the first day of August after adoption by the Convention. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.12.1.1 Alternative to August 1 Effective Date.** If a voting delegate wishes to propose an immediate effective date, or to propose any other effective date before the first day of August, a two-thirds majority of all delegates present and eligible to vote on the amendment is required to approve the immediate or alternative effective date. Those amendments specified as being effective immediately shall become effective on adjournment of the Convention. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.12.2 Federated Provisions.** All amendments to federated provisions shall become effective not earlier than the first day of August after adoption by the Convention. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.12.2.1 Alternative to August 1 Effective Date.** If a voting delegate wishes to propose an immediate effective date, or to propose any other effective date before the first day of August, a two-thirds majority of all delegates present and eligible to vote on the amendment is required to approve the immediate or alternative effective date. Those amendments specified as being effective immediately shall become effective on adjournment of the Convention. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.13 Reconsideration.** *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.13.1 Vote on Division Dominant Provisions.** Before adjournment of any Convention, an affirmative or negative vote on an amendment to a division dominant provision may be subjected to one motion for reconsideration of that action by any member that voted on the prevailing side in the original consideration. Reconsideration of the vote must occur in the appropriate division business session. *(Adopted: 1/31/22 effective 8/1/22)*

**9.3.13.2 Vote on Federated Provisions.** Before adjournment of any Convention, an affirmative or negative vote on an amendment to a federated provision may be subjected to one motion for reconsideration of that action by any member that voted on the prevailing side in the original consideration. Reconsideration of the vote must occur in the appropriate division business session. *(Adopted: 1/31/22 effective 8/1/22)*

## 9.4 Other Legislative and Amendment Procedures. *(Adopted: 1/31/22 effective 8/1/22)*

**9.4.1 Interpretations of Bylaws.** *(Adopted: 1/31/22 effective 8/1/22)*

**9.4.1.1 Authorization.** The Legislation Committee, in the interim between meetings of the Management Council, is empowered to make interpretations of the constitution and bylaws, except academic legislation. The Academic Requirements Committee is empowered to make interpretations of academic legislation. *(Adopted: 1/31/22 effective 8/1/22)*

**9.4.1.1.1 Modification of Wording.** In addition to its general authority to make binding interpretations of NCAA legislation, the Management Council, by a two-thirds majority of its members present and voting, may interpret legislation consistent with the intent of the membership in adopting the legislation if sufficient documentation and testimony are available to establish clearly that the wording of the legislation is inconsistent with that intent. The

Management Council shall sponsor legislation at the next annual Convention to confirm any such interpretations. *(Adopted: 1/31/22 effective 8/1/22)*

**9.4.1.2 Interpretation Process.** *(Adopted: 1/31/22 effective 8/1/22)*

**9.4.1.2.1 Division II Process.** *(Adopted: 1/31/22 effective 8/1/22)*

**9.4.1.2.1.1 Staff Interpretation (Determination).** The academic and membership affairs staff shall respond to a request from a member institution for an interpretation of NCAA rules. *(Adopted: 1/31/22 effective 8/1/22)*

**9.4.1.2.1.1.1 Appeal of Staff Interpretation.** A member institution may appeal a staff interpretation to the Legislation Committee, except for those regarding academic legislation. The Academic Requirements Committee shall review appeals of academic interpretations. Such a request must be submitted in writing by the institution's conference or by one of the five individuals who are authorized to request such interpretations on behalf of the institution [i.e., chancellor or president, faculty athletics representative, athletics director, senior woman administrator, senior compliance administrator, or designated substitute(s) for the chancellor or president and/or athletics director, as specified in writing to the national office]. *(Adopted: 1/31/22 effective 8/1/22)*

**9.4.1.2.1.1.2 Review of Staff Interpretations.** The Legislation Committee, or an entity designated by the Legislation Committee, shall review all staff interpretations, except for those regarding academic legislation. The Academic Requirements Committee shall review all staff interpretations of academic legislation. *(Adopted: 1/31/22 effective 8/1/22)*

**9.4.1.2.1.1.3 Publication and Notification.** A staff interpretation shall be binding on the requesting institution on notification of the response to its interpretation request, unless the interpretation is modified or reversed on appeal or review by the Legislation Committee, or an entity designated by the Legislation Committee (or for academic interpretations, the Academic Requirements Committee). A staff interpretation that has been reviewed and approved by the Legislation Committee, or an entity designated by the Legislation Committee, or academic interpretation reviewed and approved by the Academic Requirements Committee shall be binding on all other institutions on publication to the membership (e.g., announced on the NCAA website or Legislative Services Database for the Internet). *(Adopted: 1/31/22 effective 8/1/22)*

**9.4.1.2.1.2 Decision Final.** Appeals of a staff interpretation reviewed and approved by the Legislation Committee, or an entity designated by the Legislation Committee, or the Academic Requirements Committee, shall be considered final. *(Adopted: 1/31/22 effective 8/1/22, Revised: 10/18/22)*

**9.4.1.2.1.3 Publication or Notification.** Interpretations issued by the Legislation Committee or Academic Requirements Committee shall be binding on notification to affected institutions and on all member institutions after publication and circulation to the membership. *(Adopted: 1/31/22 effective 8/1/22)*

**9.4.1.2.1.4 Revision.** Interpretations approved by the Management Council may not be revised by the Legislation Committee or Academic Requirements Committee. The Legislation Committee or Academic Requirements Committee may only recommend to the Management Council revisions of such interpretations. *(Adopted: 1/31/22 effective 8/1/22)*

**9.4.1.3 Application.** An interpretation of the constitution or bylaws shall be applicable to the membership division(s) to which the provision applies. *(Adopted: 1/31/22 effective 8/1/22)*

**9.4.1.4 Request for Convention Review.** Any member of the Association to which an interpretation applies may request a review of the interpretation at the next annual Convention by making such a request in writing to the Association's Convention office before 1 p.m. on the day before the division business sessions of the Convention. *(Adopted: 1/31/22 effective 8/1/22)*

**9.4.1.4.1 Affirmation of Interpretation.** An interpretation of the constitution or bylaws submitted for review requires the same vote for affirmation that would be required for an amendment of the provisions to which the interpretation applies (e.g., majority vote of the delegates present and voting in the appropriate division for an interpretation of a federated provision). An interpretation that fails to receive the required vote for affirmation shall not be binding on the membership. *(Adopted: 1/31/22 effective 8/1/22)*

**9.4.1.5 Amendment by Membership.** A proposed amendment to an existing interpretation must be submitted in accordance with the requirements of Bylaw 9.3.4. *(Adopted: 1/31/22 effective 8/1/22)*

**9.4.1.6 Convention-Approved Interpretations.** All interpretations approved by the Convention shall be incorporated into the constitution or bylaws. *(Adopted: 1/31/22 effective 8/1/22)*

**9.4.1.7 Committee for Legislative Relief (formerly known as Administrative Review Subcommittee).** An institution may appeal a decision of the NCAA staff regarding the application of NCAA legislation to a particular situation to the committee when no other committee, subcommittee or conference has the authority to act. In reaching its decision, the committee shall review the complete record in order to determine whether there is sufficient basis to grant relief from the application of the legislation. The Management Council shall establish the process for such a review, shall monitor the actions taken under this authorization, and shall report annually to the membership the actions taken, in summary, aggregate form. *(Adopted: 1/31/22 effective 8/1/22)*

## 9.4.2 Resolutions. *(Adopted: 1/31/22 effective 8/1/22)*

### 9.4.2.1 Division Dominant Provisions. *(Adopted: 1/31/22 effective 8/1/22)*

**9.4.2.1.1 Sponsorship.** A resolution related to a division dominant provision may be sponsored by the appropriate divisional presidential administrative group. *(Adopted: 1/31/22 effective 8/1/22)*

**9.4.2.1.2 Submission Deadline and Voting Requirement.** A proposed resolution related to a division dominant provision may be sponsored and adopted at any time provided the proposed resolution has been approved by a two-thirds majority vote of that presidential administrative group. *(Adopted: 1/31/22 effective 8/1/22)*

**9.4.2.1.3 Ratification – Annual/Special Convention.** Ratification of a resolution of a division dominant provision shall require a majority vote of the delegates of the applicable division present and voting at the next annual or special convention. *(Adopted: 1/31/22 effective 8/1/22)*

### 9.4.2.2 Federated Provisions. *(Adopted: 1/31/22 effective 8/1/22)*

**9.4.2.2.1 Sponsorship.** A resolution related to a federated provision may be sponsored by: *(Adopted: 1/31/22 effective 8/1/22)*

(a) The Presidents Council; *(Adopted: 1/31/22 effective 8/1/22)*

(b) Fifteen or more active member institutions with voting privileges on written verification of sponsorship signed by each sponsoring member's chancellor or president or the chancellor or president's designated representative; or *(Adopted: 1/31/22 effective 8/1/22)*

(c) At least two member conferences with voting privileges when submitted by the chief elected officer or chancellor or president of the conferences on behalf of 15 or more of their active member institutions and signed by the chairs of the conference's official presidential administrative groups or at least two chancellors or presidents of a conference's member institutions if a conference has no presidential administrative group. *(Adopted: 1/31/22 effective 8/1/22)*

**9.4.2.2.2 Submission Deadline.** A proposed resolution related to a federated provision must be submitted in writing to the national office before November 1. *(Adopted: 1/31/22 effective 8/1/22)*

**9.4.2.2.2.1 Exception and Voting Requirement.** The applicable Presidents Council may sponsor and adopt resolutions at any time provided the proposed resolution has been approved by a two-thirds majority vote of that presidential administrative group. *(Adopted: 1/31/22 effective 8/1/22)*

**9.4.2.2.3 Cost Considerations.** The sponsors of each proposed resolution that, if adopted, would require significant expenditures from the division's budget and/or by member institutions shall provide, before the deadline set forth in this section, written documentation of the estimated costs to the Association and/or the members. The information shall be included with the copy of the proposed resolution distributed to the membership. *(Adopted: 1/31/22 effective 8/1/22)*

**9.4.2.2.4 Ratification and Voting Requirements.** *(Adopted: 1/31/22 effective 8/1/22)*

**9.4.2.2.4.1 Ratification – Annual/Special Convention.** Ratification of a resolution of a federated provisions shall require a majority vote of the delegates of the applicable division present and voting at the next annual or special Convention. *(Adopted: 1/31/22 effective 8/1/22)*

**9.4.2.2.4.2 Adoption of Membership Resolutions – Annual/Special Convention.** Adoption of a resolution sponsored by fifteen or more active institutions with voting privileges or at least two member conferences on behalf of 15 or more active member institutions with voting privileges shall require a majority vote of the delegates of the applicable division present and voting at an annual or special Convention. *(Adopted: 1/31/22 effective 8/1/22)*

## 9.4.3 Special Rules of Order. *(Adopted: 1/31/22 effective 8/1/22)*

**9.4.3.1 Division Business Sessions.** Each division may adopt special rules of order not inconsistent with the constitution and bylaws by a two-thirds majority of the delegates of the applicable division present and voting at any annual or special Convention. *(Adopted: 1/31/22 effective 8/1/22)*

**9.4.3.1.1 Exception to Robert's Rules of Order, Newly Revised -- Motion to Divide.** A delegate in attendance at the annual Convention, or at a special Convention, may debate the merits of a "motion to divide the question" of a properly moved proposal. *(Adopted: 1/31/22 effective 8/1/22)*

**9.4.4 Statements of Division Philosophy.** *(Adopted: 1/31/22 effective 8/1/22)*

**9.4.4.1 Authorization.** Each division or subdivision, through appropriate deliberative processes, may prepare a statement of division philosophy relating to the development and operation of an intercollegiate athletics program in the division or subdivision. *(Adopted: 1/31/22 effective 8/1/22)*

**9.4.4.2 Scope and Application.** Such a statement is not binding on member institutions but shall serve as a guide for the preparation of legislation by the division or subdivision and for planning and implementation of programs by institutions and conferences. *(Adopted: 1/31/22 effective 8/1/22)*

**9.4.4.3 Adoption Process.** A statement of division philosophy may be adopted at any annual or special Convention by a majority vote of the delegates of the appropriate division present and voting. If a statement of division philosophy is adopted, it shall be published in the NCAA Manual. *(Adopted: 1/31/22 effective 8/1/22)*

## FIGURE 9-1
### NCAA Division II Legislative Process
**Effective August 1, 2023**



1 Per NCAA Constitution 9.3.4.1, legislative recommendations from the membership may be sponsored by 15 or more active member institutions with voting privileges or at least two voting member conferences on behalf of 15 or more active member institutions.

2 Per Constitution 9.3.4.2, an amendment-to-amendment may be sponsored by the Presidents Council, eight or more active member institutions with voting privileges or at least one voting member conference on behalf of eight or more active member institutions.

BYLAWS, ARTICLE 10
# Ethical Conduct

## 10.01 General Principles.

**10.01.1 Honesty and Sportsmanship.** Individuals employed by (or associated with) a member institution to administer, conduct or coach intercollegiate athletics and all participating student-athletes shall act with honesty and sportsmanship at all times so that intercollegiate athletics as a whole, their institutions and they, as individuals, shall represent the honor and dignity of fair play and the generally recognized high standards associated with wholesome competitive sports.

## 10.02 Definitions and Applications.

**10.02.1 Sports Wagering. [#]** Sports wagering includes placing, accepting or soliciting a wager (on a staff member's or student-athlete's own behalf or on the behalf of others) of any type with any individual or organization on any intercollegiate, amateur or professional team or contest. Examples of sports wagering include, but are not limited to, the use of a bookmaker or parlay card; Internet sports wagering; auctions in which bids are placed on teams, individuals or contests; and pools or fantasy leagues in which an entry fee is required and there is an opportunity to win a prize. *(Adopted: 1/8/07 effective 8/1/07)*

**10.02.2 Wager. [#]** A wager is any agreement in which an individual or entity agrees to give up an item of value (e.g., cash, shirt, dinner) in exchange for the possibility of gaining another item of value. *(Adopted: 1/8/07 effective 8/1/07)*

## 10.1 Unethical Conduct.
Unethical conduct by a prospective or enrolled student-athlete or a current or former institutional staff member, which includes any individual who performs work for the institution or the athletics department even if they do not receive compensation for such work, may include, but is not limited to, the following: *(Revised: 1/10/90, 1/9/96, 7/20/10, 2/24/11, 1/21/17 effective 8/1/17)*

(a) Refusal to furnish information relevant to an investigation of a possible violation of an NCAA regulation when requested to do so by the NCAA or the individual's institution;

(b) Knowing involvement in offering or providing a prospective or an enrolled student-athlete an improper inducement or extra benefit or improper financial aid; *(Revised: 1/9/96)*

(c) Knowingly furnishing or knowingly influencing others to furnish the NCAA or the individual's institution false or misleading information concerning an individual's involvement in or knowledge of matters relevant to a possible violation of an NCAA regulation; *(Revised: 1/13/10)*

(d) Receipt of benefits by an institutional staff member for facilitating or arranging a meeting between a student-athlete and an agent, financial advisor or a representative of an agent or advisor (e.g., "runner"); *(Adopted: 1/9/96, Revised: 4/26/06)*

(e) Knowing involvement in providing a banned substance or impermissible supplement to student-athletes, or knowingly providing medications to student-athletes contrary to medical licensure, commonly accepted standards of care in sports medicine practice, or state or federal law. This provision shall not apply to banned substances for which the student-athlete has received a medical exception per Bylaw 18.2.1.2.9; however, the substance must be provided in accordance with medical licensure, commonly accepted standards of care and state or federal law; *(Adopted: 1/9/06, Revised: 4/26/06, 5/29/08, 10/19/10)*

(f) Engaging in any athletics competition under an assumed name or with intent otherwise to deceive; or *(Revised: 4/26/06, 1/5/07)*

(g) Failure to provide complete and accurate information to the NCAA, the NCAA Eligibility Center or the institution's athletics department regarding an individual's amateur status. *(Adopted: 1/5/07)*

## 10.2 Knowledge of Use of Banned Drugs.
A member institution's athletics department staff members or others employed by the intercollegiate athletics program who have knowledge of a student-athlete's use at any time of a substance on the list of banned drugs, as set forth in Bylaw 18.2.1.2.1, shall follow institutional procedures dealing with drug abuse or shall be subject to disciplinary or corrective action as set forth in Bylaw 19.12.4.1.

## 10.3 Sports Wagering Activities. [#]
The following individuals shall not knowingly participate in sports wagering activities or provide information to individuals involved in or associated with any type of sports wagering activities concerning intercollegiate, amateur or professional athletics competition: *(Adopted: 1/8/07 effective 8/1/07)*

(a) Staff members of an institution's athletics department;

(b) Nonathletics department staff members who have responsibilities within or over the athletics department (e.g., chancellor or president, faculty athletics representative, individual to whom athletics reports);

(c) Staff members of a conference office; and

(d) Student-athletes.

**10.3.1 Scope of Application. [#]** The prohibition against sports wagering applies to any institutional practice or any competition (intercollegiate, amateur or professional) in a sport in which the Association conducts championship competition, in bowl subdivision football and in emerging sports for women. *(Adopted: 1/8/07 effective 8/1/07, Revised: 3/3/10)*

**10.3.1.1 Exception. [#]** The provisions of Bylaw 10.3 are not applicable to traditional wagers between institutions (e.g., traditional rivalry) or in conjunction with particular contests (e.g., bowl games). Items wagered must be representative of the involved institutions or the states in which they are located. *(Adopted: 1/8/07 effective 8/1/07)*

**10.3.2 Suspension by a Non-NCAA National or International Sports Governing Body. [#]** A student-athlete under a sports wagering related suspension from a non-NCAA national or international sports governing body shall not participate in intercollegiate competition for the duration of the suspension. *(Adopted: 1/22/20)*

**10.4 Disciplinary Action. [#]** Prospective or enrolled student-athletes found in violation of the provisions of this regulation shall be ineligible for further intercollegiate competition, subject to appeal to the Committee on Student-Athlete Reinstatement for restoration of eligibility. Institutional staff members found in violation of the provisions of this regulation shall be subject to disciplinary or corrective action as set forth in Bylaw 19.12.4.1 of the NCAA enforcement procedures, whether such violations occurred at the certifying institution or during the individual's previous employment at another member institution. *(Revised: 1/10/90, 1/8/01, 1/8/07 effective 8/1/07)*

BYLAWS, ARTICLE 11

# Conduct and Employment of Athletics Personnel

## 11.01 General Principles. *(Adopted: 10/18/22 effective 8/1/23)*

**11.01.1 Exemplary Conduct.** Individuals employed by or associated with member institutions for the administration, the conduct or the coaching of intercollegiate athletics are, in the final analysis, teachers of young people. Their responsibility is an affirmative one, and they must do more than avoid improper conduct or questionable acts. Their own moral values must be so certain and positive that those younger and more pliable will be influenced by a fine example. Much more is expected of them than of the less critically placed citizen. *(Adopted: 10/18/22 effective 8/1/23)*

## 11.03 Definitions and Applications.

**11.03.1 Bonus.** A bonus is a direct cash payment over and above an athletics department staff member's institutional salary in recognition of a specific and extraordinary achievement.

**11.03.2 Supplemental Pay.** Supplemental pay is the payment of cash over and above an athletics department staff member's institutional salary by an outside source for the purpose of increasing that staff member's annual earnings.

## 11.1 Conduct of Athletics Personnel.

**11.1.1 Honesty and Sportsmanship.** Individuals employed by or associated with a member institution to administer, conduct or coach intercollegiate athletics shall act with honesty and sportsmanship at all times so that intercollegiate athletics as a whole, their institutions and they, as individuals, represent the honor and dignity of fair play and the generally recognized high standards associated with wholesome competitive sports. (See Bylaw 10 for more specific ethical-conduct standards.)

**11.1.2 Responsibility for Violations of NCAA Regulations.** Institutional staff members found in violation of NCAA regulations shall be subject to disciplinary or corrective action as set forth in the provisions of the NCAA enforcement procedures, whether such violations occurred at the certifying institution or during the individual's previous employment at another member institution.

**11.1.2.1 Responsibility of Head Coach.** It shall be the responsibility of an institution's head coach to promote an atmosphere for compliance within the program supervised by the coach and to monitor the activities regarding compliance of all assistant coaches and other administrators involved with the program who report directly or indirectly to the coach. *(Adopted: 1/17/09)*

**11.1.3 Use of Association Name or Affiliation.** Staff members of member institutions and others serving on the Association's committees or acting as consultants shall not use, directly or by implication, the Association's name or their affiliation with the Association in the endorsement of products or services.

**11.1.4 Representing Individuals in Marketing Athletics Ability/Reputation.** Staff members of the athletics department of a member institution shall not represent, directly or indirectly, any individual in the marketing of athletics ability or reputation to an agent, a professional sports team or a professional sports organization, including receiving compensation for arranging commercial endorsements or personal appearances for former student-athletes, except as specified in Bylaw 11.1.4.1, and shall not receive compensation or gratuities of any kind, directly or indirectly, for such services. *(Revised: 1/10/92, 1/11/94)*

**11.1.4.1 Exception -- Professional Sports Counseling Panel and Head Coach.** An institution's professional sports counseling panel or a head coach in a sport may contact agents, professional sports teams or professional sports organizations on behalf of a student-athlete, provided no compensation is received for such services. The head coach shall consult with and report their activities on behalf of the student-athlete to the institution's professional sports counseling panel. If the institution has no such panel, the head coach shall consult with and report their activities to the president or chancellor [or an individual or group (e.g., athletics advisory board) designated by the president or chancellor]. *(Adopted: 1/11/94, Revised: 1/12/04, 10/3/05)*

**11.1.5 Use of Tobacco Products.** The use of tobacco products is prohibited by all game personnel (e.g., coaches, trainers, managers and game officials) in all sports during practice and competition. Uniform penalties (as determined by the applicable rules-making committees and sports committees with rules-making responsibilities) shall be established for such use. *(Adopted: 1/11/94 effective 8/1/94, Revised: 1/10/95, 1/14/97, 4/16/97 effective 8/1/97)*

**11.1.6 Sports-Safety Training.** Each head coach and all other coaches who are employed full time at an institution shall maintain current certification in first aid, cardiopulmonary resuscitation (CPR) and automatic external defibrillator (AED) use. *(Adopted: 1/16/10 effective 8/1/10)*

**11.1.7 Strength and Conditioning Coach Certification.** Any individual designated as a strength and conditioning coach by the institution must be certified through a nationally recognized strength and conditioning program. If the institution does not designate a strength and conditioning coach, such certification is required of any individual who conducts strength and conditioning workouts (excluding individuals who conduct conditioning activities related to practice). *(Adopted: 1/16/16 effective 8/1/16)*

## 11.2 Contractual Agreements.

**11.2.1 Stipulation That NCAA Enforcement Provisions Apply.** Contractual agreements or appointments between a coach and an institution shall include the stipulation that a coach who is found in violation of NCAA regulations shall be subject to disciplinary or corrective action as set forth in the provisions of the NCAA enforcement procedures, including suspension without pay or termination of employment for significant or repetitive violations. *(Revised: 4/29/04)*

## 11.3 Responsibility of Institutional Athletics Department Personnel.

**11.3.1 Compliance Administrator.** A member institution shall employ at least one individual who serves as a full-time compliance administrator with no coaching responsibilities (see Bylaw 7.3.1.5.21). *(Adopted: 1/17/15 effective 8/1/18)*

## 11.4 Compensation and Remuneration. See Bylaw 11.03 for additional regulations regarding coaches' compensation and remuneration.

**11.4.1 Control of Employment and Salaries.** The institution, as opposed to any outside source, shall remain in control of determining who is to be its employee and the amount of salary the employee is to receive within the restrictions specified by NCAA legislation.

**11.4.2 Income in Addition to Institutional Salary.**

**11.4.2.1 Promotional Activities.** A staff member of a member institution's athletics department may not be compensated by an individual or commercial business outside of the institution for employment or assistance in the production, distribution or sale of items (e.g., calendars, pictures, posters, advertisements, cards) bearing the names or pictures of student-athletes. The use of the names or pictures of student-athletes on promotional items is limited to institutionally controlled activities involving the sale of official institutional publications and team or individual pictures by the institution. This restriction shall apply even if the promotional item is provided without charge to the public by an outside individual or commercial business that produces or purchases the item through the assistance of the institution's staff member.

**11.4.2.2 Recruiting Service Consultants.** Institutional athletics department staff members may not endorse, serve as consultants or participate on advisory panels for any recruiting or scouting service involving prospective student-athletes. *(Adopted: 1/16/93)*

**11.4.3 Employment With Professional Sports Organizations.** Institutional staff members may be employed by a professional sports organization in accordance with institutional policies. *(Revised: 1/9/06)*

## 11.5 Employment of High School, College-Preparatory School or Two-Year College Coaches.

**11.5.1 Graduate Teaching Assistant.** A member institution may provide legitimate compensation to a high school coach who is also a graduate teaching assistant enrolled in a bona fide postgraduate program conducted by the institution.

**11.5.2 Institutional Camp or Clinic.** See Bylaw 13.12.2.4 for regulations relating to the employment of high school, college-preparatory school or two-year college coaches in institutional camps or clinics.

**11.5.3 High School, College-Preparatory School or Two-Year College Coach.** An institution may employ a high school, college-preparatory school or two-year college coach, provided the individual: *(Revised: 3/25/05, 7/23/19)*

(a) Performs actual, on-the-field coaching duties; and

(b) Is involved in recruiting to the same extent as other institutional on-the-field coaches.

## 11.6 Coaches Certification Requirement. *(Revised: 1/26/19 effective 8/1/19 April 1, 2019, for certifications of coaches for the 2019-20 academic year, and thereafter.)*

**11.6.1 Regulations.** The provisions of this section apply to all sports. *(Adopted: 1/10/92 effective 8/1/93)*

**11.6.1.1 Annual Certification Requirement.** Certification must occur on an annual basis. *(Adopted: 1/10/92 effective 8/1/93, Revised: 1/26/19 effective 4/1/19 for certifications of coaches for the 2019-20 academic year, and thereafter.)*

 **11.6.1.1.1 Certification Administration.** Such certification procedures shall be established by the Legislation Committee and shall include a requirement that coaches complete designated educational modules as a condition before being permitted to:. *(Adopted: 1/10/92 effective 8/1/93, Revised: 1/16/93, 1/26/19 effective 4/1/19 for certifications of coaches for the 2019-20 academic year, and thereafter.)*

 (a) Engage in off-campus recruiting of prospective student-athletes; and *(Adopted: 1/26/19 effective 4/1/19 for certifications of coaches for the 2019-20 academic year, and thereafter.)*

 (b) Direct, supervise or observe countable athletically related activities. *(Adopted: 1/26/19 effective 4/1/19 for certifications of coaches for the 2019-20 academic year, and thereafter.)*

BYLAWS, ARTICLE 12

# Amateurism

## 12.01 General Principles.

**12.01.1 Eligibility for Intercollegiate Athletics.** Only a student-athlete who satisfies all eligibility requirements may participate in intercollegiate athletics in a particular sport. *(Revised: 10/18/22)*

**12.01.2 Clear Line of Demarcation.** Member institutions' athletics programs are designed to be an integral part of the educational program. The student-athlete is considered an integral part of the student body, thus maintaining a clear line of demarcation between college athletics and professional sports.

**12.01.3 "Individual" Versus "Student-Athlete."** NCAA eligibility status may be lost as a result of activities before enrollment in college. If NCAA rules specify that an "individual" may or may not participate in certain activities, this term refers to a person before and after enrollment in a member institution. If NCAA rules specify a "student-athlete," the legislation applies only to that person's activities after enrollment. *(Revised: 10/18/22)*

**12.01.4 Permissible Grant-in-Aid.** A grant-in-aid administered by an educational institution is not considered to be pay or the promise of pay for athletics skill, provided it does not exceed the financial aid limitations set by the Association's membership.

## 12.02 Definitions and Applications.

**12.02.1 Agent.** An agent is any individual who, directly or indirectly, recruits or solicits a student-athlete to enter into an agency contract for current or future representation where a student-athlete authorizes the individual to negotiate or solicit on behalf of the student-athlete a professional-sports-services contract or endorsement contract. *(Adopted: 1/19/13 effective 8/1/13, Revised: 1/14/23 effective 8/1/23 for any prospective student-athlete initially enrolling full-time at a Division II institution on or after August 1, 2023)*

**12.02.2 Agency Contract.** An agency contract is an agreement in which a student-athlete authorizes a person to negotiate or solicit on behalf of the student-athlete a professional-sports-services contract or endorsement contract. *(Adopted: 1/14/23 effective 8/1/23 for any prospective student-athlete initially enrolling full-time at a Division II institution on or after August 1, 2023)*

**12.02.3 Individual.** An individual, for purposes of this bylaw, is any person of any age without reference to enrollment in an educational institution or status as a student-athlete.

**12.02.4 Professional Service Provider.** A professional service provider is an individual who provides third party services to an individual regarding their name, image and likeness. A professional service provider includes, but shall not be limited to, an agent, tax advisor, marketing consultant, attorney or anyone who is employed or associated with such persons. *(Adopted: 10/18/22)*

**12.02.5 Pay.** Pay is the receipt of funds, awards or benefits not permitted by the governing legislation of the Association for participation in athletics.

**12.02.6 Payment for Participation in Road Racing.** Road racing is essentially the same as cross country or track and field competition and cannot be separated effectively from those sports for purposes of Bylaw 12. Following initial full-time collegiate enrollment, any payment for participation in a road race will result in an individual's ineligibility for intercollegiate cross country or track and field competition. (See Bylaw 12.1.3-(d) for an exception related to payment based on performance). *(Adopted: 5/10/13, Revised: 5/15/17)*

**12.02.7 Professional Athlete.** A professional athlete is one who receives any kind of payment, directly or indirectly, for athletics participation except as permitted by the governing legislation of the Association.

**12.02.8 Professional Athletics Team.** A professional team is any organized team that: *(Revised: 1/13/03 effective 8/1/03)*

(a) Provides any of its players more than actual and necessary expenses for participation on the team, except as otherwise permitted by NCAA legislation. Actual and necessary expenses are limited to the following, provided the value of these items is commensurate with the fair market value in the locality of the player(s) and is not excessive in nature:

   (1) Meals directly tied to competition and practice held in preparation for such competition;

   (2) Lodging directly tied to competition and practice held in preparation for such competition;

   (3) Apparel, equipment and supplies;

   (4) Coaching and instruction;

(5) Health/medical insurance;

(6) Transportation (i.e., expenses to and from practice and competition, cost of transportation from home to training/practice site at the beginning of the season and from training/practice site to home at the end of season);

(7) Medical treatment and physical therapy;

(8) Facility usage;

(9) Entry fees; and

(10) Other reasonable expenses; or *(Revised: 1/12/04, 4/28/05)*

(b) Declares itself to be professional.

**12.02.9 Student-Athlete.** A student-athlete is a student whose enrollment was solicited by a member of the athletics staff or other representative of athletics interests with a view toward the student's ultimate participation in the intercollegiate athletics program. Any other student becomes a student-athlete only when the student reports for an intercollegiate squad that is under the jurisdiction of the athletics department, as specified in Bylaw 7.3.1.5.4. A student is not deemed a student-athlete solely on the basis of prior high school athletics participation.

**12.02.10 Triathlon and Cross Country, Track and Field and Swimming.** Triathlon includes elements of competition similar to cross country, track and field and swimming competition and cannot be separated effectively from those sports for purposes of Bylaw 12. Therefore, triathlon and cross country are considered the same sport, triathlon and track and field are considered the same sport, and triathlon and swimming are considered the same sport for purposes of Bylaw 12. *(Adopted: 1/18/14 effective 8/1/14)*

**12.02.11 Volleyball and Beach Volleyball.** Volleyball and beach volleyball are considered the same sport for purposes of Bylaw 12. *(Adopted: 10/16/12, Revised: 5/1/15)*

# 12.1 General Regulations. An individual's (prospective student-athlete or enrolled student-athlete) eligibility for participation in athletics shall be determined using the following provisions. (See Bylaw 14.2.4.2 regarding participation in organized competition prior to initial collegiate enrollment and Bylaw 14.13 regarding the eligibility restoration process.) *(Revised: 4/16/13, 10/18/22)*

**12.1.1 Validity of Amateur Status.** As a condition and obligation of membership, it is the responsibility of an institution to determine the validity of the information on which the eligibility status of a prospective student-athlete (e.g., including a two-year and four-year college transfer initially enrolling at an NCAA Division II institution) and student-athlete is based. (See Bylaw 14.01.3.) *(Adopted: 1/9/06 effective 8/1/06 for all final certifications for student-athletes initially enrolling at a Division I or Division II institution on or after 8/1/07, Revised: 1/5/07, 5/4/07, 10/18/22)*

**12.1.1.1 Amateurism Certification Process.** An institution shall use an eligibility center approved by the NCAA Board of Governors to determine the validity of the information on which the eligibility status of a student-athlete is based. *(Adopted: 1/9/06 effective 8/1/06 for all final certifications for student-athletes initially enrolling at a Division I or Division II institution on or after 8/1/07, Revised: 1/5/07, 5/4/07, 1/26/15, 10/18/22)*

**12.1.1.1.1 Scope.** The certification of eligibility status issued by the NCAA Eligibility Center is limited to activities that occur prior to a prospective student-athlete requesting a final eligibility certification or their initial full-time collegiate enrollment at an NCAA Division II institution, whichever occurs earlier. *(Adopted: 5/4/07, Revised: 10/18/22)*

**12.1.1.1.2 Institutional Responsibilities.**

**12.1.1.1.2.1 Eligibility Status After Certification.** An institution is responsible for certifying the eligibility status of a prospective student-athlete from the time they request a final certification be issued by the NCAA Eligibility Center or they initially enroll as a full-time student at an NCAA Division I, II or III institution (whichever occurs earlier). *(Adopted: 5/4/07, Revised: 1/14/12 effective 8/1/12 for student-athletes enrolling at a Division I or Division II institution on or after 8/1/12, 9/12/17, 10/18/22, 6/22/23)*

**12.1.1.1.2.2 Sharing Information and Reporting Discrepancies.** An institution is responsible for notifying the NCAA Eligibility Center when it receives additional information, or otherwise has cause to believe, that a previously certified prospective student-athlete's eligibility status has been jeopardized. Further, an institution is responsible for promptly reporting all discrepancies in information related to a student-athlete's certification to the NCAA Eligibility Center. *(Adopted: 5/4/07, Revised: 10/18/22)*

**12.1.1.1.3 Eligibility for Practice and Competition.** Prior to engaging in practice or competition, a student-athlete shall receive a certification of eligibility status for activities that occur prior to the certification or initial full-time enrollment at an NCAA Division II institution (whichever occurs earlier). *(Adopted: 5/4/07, Revised: 10/18/22)*

**12.1.1.1.3.1 Participation Before Certification -- Recruited and Nonrecruited Student-Athlete.** If a recruited or nonrecruited student-athlete reports for athletics participation before the student-athlete's eligibility status has been certified, the student-athlete may practice, but not compete, for a maximum of 45 days, provided the student-athlete is enrolled full time or has been accepted for enrollment as a regular full-time student. After this 45-day period, the student shall have established minimum requirements as eligible for participation in athletics (as certified by the NCAA Eligibility Center) to continue practicing or to compete. *(Adopted: 1/9/06 effective 8/1/06 for all final certifications for student-athletes initially enrolling in a Division I or Division II institution on or after 8/1/07, Revised: 4/23/07, 10/18/22)*

**12.1.1.1.3.1.1 Effect of Violation.** A violation of Bylaw 12.1.1.1.3.1 in which the student-athlete is subsequently certified without conditions shall be considered an institutional violation per Constitution Article 1-E but shall not affect the student-athlete's eligibility. *(Adopted: 4/21/20 Immediate, for any violations occurring on or after August 1, 2020., Revised: 10/18/22)*

**12.1.2 Name, Image and Likeness.** *(Adopted: 10/18/22)*

**12.1.2.1 Application.** NCAA Bylaws, including prohibitions on pay-for-play and improper recruiting inducements, remain in effect, subject to the following: *(Adopted: 10/18/22)*

(a) For institutions in states without name, image and likeness laws or executive actions or with name, image and likeness laws or executive actions that have not yet taken effect, if an individual elects to engage in a name, image and likeness activity, the individual's eligibility for intercollegiate athletics will not be impacted by the application of Bylaw 12. *(Adopted: 10/18/22)*

(b) For institutions in states with name, image and likeness laws or executive actions with the force of law in effect, if an individual or member institution elects to engage in a name, image and likeness activity that is protected by law or executive order, the individual's eligibility for and/or the membership institution's full participation in NCAA athletics will not be impacted by the application of NCAA Bylaws unless the state law is invalidated or rendered unenforceable by operation of law. *(Adopted: 10/18/22)*

(c) Use of a professional service provider is also permissible for name, image and likeness activities, except as otherwise prohibited by state law or executive action with the force of law that has not been invalidated or rendered unenforceable by operation of law. *(Adopted: 10/18/22)*

**12.1.2.2 Name, Image and Likeness Activities Related to Enrollment Decisions.** A name, image and likeness agreement or the payments associated with such an agreement may not be guaranteed or promised contingent on initial or continuing enrollment at a particular institution (e.g., recruiting inducement). *(Adopted: 10/18/22)*

**12.1.2.3 Monitoring for Compliance.** The NCAA will continue its normal regulatory operations but will not monitor name, image and likeness activities for compliance with state law. *(Adopted: 10/18/22)*

**12.1.2.4 Reporting Requirements.** Individuals should report name, image and likeness activities consistent with state law and/or institutional requirements. *(Adopted: 10/18/22)*

**12.1.3 Permissible -- Following Initial Full-Time Collegiate Enrollment.** Following initial full-time collegiate enrollment, participation in the following activities and receipt of the following benefits will not jeopardize the athletics eligibility status of an individual: *(Adopted: 4/16/13, Revised: 10/18/22)*

(a) **Actual and Necessary Expenses for Participation on an Outside Amateur Sports Team or Organization.** Receipt of actual and necessary expenses from an outside amateur sports team or organization or outside sponsor (e.g., neighbor, business), other than an agent, professional service provider, representative of an institution's athletics interests or professional sports organization, for competition and practice held in preparation for such competition. Practice must be conducted in a continuous time period preceding the competition except for practice sessions conducted by a national team, which occasionally may be interrupted for specific periods of time before the competition; *(Revised: 10/18/22)*

(b) **Actual and Necessary Expenses for Participation in a Collegiate All-Star Contest.** A student-athlete may receive actual and necessary expenses from an outside sponsor (e.g., neighbor, business), other than an agent, professional service provider, representative of an institution's athletics interests or professional sports organization, for participation in a collegiate all-star contest, provided the student-athlete has exhausted eligibility in the sport. *(Adopted: 7/17/18, Revised: 10/18/22)*

(c) **Prize Money Based on Place Finish -- Individual Sports.** In individual sports, receipt of prize money based on place finish or performance in an open athletics event. The competition must occur outside the institution's declared playing season during the institution's official summer vacation period. In addition, such prize money shall not exceed the student-

athlete's actual and necessary expenses and may be provided only by the sponsor of the event. Actual and necessary expenses shall not include the expenses or fees of anyone other than the student-athlete; *(Adopted: 1/21/17)*

(d) **Awards Based on Performance in Outside Competition.** Receipt of an award (e.g., trophy, medal, saddle) based on place finish or performance in outside competition, subject to the rules of the amateur organization that governs the competition; *(Adopted: 10/16/12, Revised: 1/20/18 effective 8/1/18)*

(e) **Permissible Insurance Against Disabling Injury or Illness.** An individual may borrow against their future earnings potential from an established, accredited commercial lending institution exclusively for the purpose of purchasing insurance (with no cash surrender value) against a disabling injury or illness that would prevent the individual from pursuing a chosen career, provided a third party (including a member institution's athletics department staff members, its professional sports counseling panel or representatives of its athletics interests) is not involved in arrangements for securing the loan. The student-athlete shall report all such transactions and shall file copies of any loan documents associated with disability insurance with the member institution, regardless of the source of the collateral for the loan. The student-athlete also shall file copies of the insurance policy with the member institution, regardless of whether a loan is secured to purchase the insurance policy;

(f) **Elite-Level Participation.** Receipt of the following benefits at any time without jeopardizing an individual's amateur status:

(1) Funds that are administered by the U.S. Olympic and Paralympic Committee pursuant to its Operation Gold Program; *(Revised: 1/22/20 effective 8/1/20)*

(2) Incentive Programs for International Athletes. An international prospective student-athlete or international student-athlete may accept funds from their country's national Olympic governing body (equivalent to the U.S. Olympic and Paralympic Committee) based on place finish in one event per year that is designated as the highest level of international competition for the year by the governing body; *(Adopted: 7/22/14, Revised: 1/22/20 effective 8/1/20)*

(3) Comprehensive benefits of the U.S. Olympic and Paralympic Committee Elite Athlete Health Insurance Program; *(Revised: 1/22/20 effective 8/1/20)*

(4) Actual and necessary expenses [including grants but not prize money, whereby the recipient has qualified for the grant based on their performance in a specific event(s)] to cover developmental training, coaching, facility usage, equipment, apparel, supplies, comprehensive health insurance, travel, room and board without jeopardizing the individual's eligibility for intercollegiate athletics, provided such expenses are approved and provided directly by the U.S. Olympic and Paralympic Committee , the appropriate national governing body in the sport (or, for international individuals, the equivalent organization of that nation) or a governmental entity; *(Revised: 7/17/18, 1/22/20 effective 8/1/20)*

(5) Actual and necessary expenses from a commercial company (other than a professional sports organization) or members of the local community for an individual's relatives or legal guardians to attend the Olympic Games in which the individual will participate;

(6) Actual and necessary expenses to participate in Olympic tours or exhibitions from a sponsor other than the U.S. Olympic and Paralympic Committee, national governing body or nonprofessional organizations sponsoring the event, provided that the student-athlete does not miss class time and the exhibition does not conflict with dates of institutional competition; or *(Revised: 1/22/20 effective 8/1/20)*

(7) Receipt of commemorative items incidental to participation in the Olympic Games, Paralympic Games, World University Games (Universiade), World University Championships, Pan American Games, Parapan American Games, World Championships and World Cup events through the applicable national governing body. These benefits may include any and all apparel, leisure wear, footwear and other items that are provided to all athletes participating in the applicable event. *(Revised: 1/22/20 effective 8/1/20)*

**12.1.4 Impermissible -- Following Initial Full-Time Collegiate Enrollment.** Following initial full-time collegiate enrollment, an individual's participation in the following activities or receipt of the following benefits will jeopardize the individual's athletics eligibility for intercollegiate participation in a particular sport: *(Adopted: 4/16/13, Revised: 1/15/14, 10/18/22)*

(a) **Use of Athletics Skill for Pay.** Use of athletics skills for pay in any form in that sport from any source (e.g., a professional team), including a promise of pay, receipt of direct or indirect salary, gratuity or comparable compensation or preferential treatment, benefits or services. *(Revised: 10/18/22)*

(b) **Name, Image and Likeness Agreements Based on Athletics Participation or Achievement.** Receipt of compensation or incentives for enrollment decisions (e.g., signing a letter of intent or transferring), athletic performance

(e.g., points scored, minutes played, winning a contest), achievement (e.g., starting position, award winner), or membership on a team (e.g., being on roster). *(Adopted: 10/18/22)*

(c) **Receipt of Any Division or Split of Surplus.** Receipt of any division or split of surplus (e.g., bonuses, game receipts).

(d) **Payment Based on Place Finish.** Any payment, including actual and necessary expenses, conditioned on the individual's or team's place finish or performance or given on an incentive basis, or receipt of expenses in excess of the same reasonable amount for permissible expenses given to all individuals or team members involved in the competition. *(Adopted: 10/18/22)*

(e) **Receipt of Cash Award for Participation.** Receipt of cash, or the equivalent thereof (e.g., trust fund), as an award for participation in competition at any time, even if such an award is permitted under the rules governing an amateur, noncollegiate event in which the individual is participating. An award or a cash prize that an individual could not receive under NCAA legislation may not be forwarded in the individual's name to a different individual or agency.

(f) **Expenses or Awards Not Permitted by Amateurism Rules Governing Events.** Receipt of expenses incurred or awards received by an individual that are prohibited by the rules governing an amateur, noncollegiate event in which the individual participates.

(g) **Unspecified or Unitemized Expenses.** Payment to individual team members or individual competitors for unspecified or unitemized expenses beyond actual and necessary travel, room and board expenses for practice and competition.

**12.1.5 Athletics Eligibility Status if Professional in Another Sport.** A professional athlete in one sport may represent a member institution in a different sport. The institution may award institutional financial aid to a student-athlete, provided the student-athlete is not professional in the sport in which the student-athlete will participate at the certifying institution. However, a student-athlete who currently is receiving institutional financial aid and signs a contract in the same sport or receives compensation from an agent or a professional-sport organization may continue to receive such aid for the remainder of the term of the award, provided the student-athlete has completed their four seasons of competition. (See Bylaw 15.1.1.4.) *(Revised: 4/29/04, 10/18/22)*

**12.1.5.1 Professional at Later Date.** If the individual later becomes involved in professional athletics while still a student-athlete with remaining eligibility, the individual would be considered to have violated the principles of ethical conduct per Bylaw 10, thus rendering the individual ineligible for intercollegiate competition.

# 12.2 Involvement With Professional Teams.

### 12.2.1 Tryouts.

**12.2.1.1 Tryout After Enrollment.** A student-athlete may try out with a professional athletics team (or participate in a combine including that team) in a sport or permit a professional athletics team to conduct medical examinations at any time, provided the individual does not miss class. A student-athlete may receive actual and necessary expenses related to the tryout from a professional sports organization, provided the tryout does not exceed 48 hours. The 48-hour tryout period begins at the time the individual arrives at the tryout location. At the completion of the 48-hour period, the individual must depart the location of the tryout immediately in order to receive return transportation expenses. A tryout may extend beyond 48 hours if the individual self-finances additional expenses, including return transportation. *(Revised: 1/8/07 effective 8/1/07, 4/28/09, 1/21/17)*

**12.2.1.2 Outside Competition Prohibited.** During a tryout, an individual may not take part in any outside competition (games or scrimmages) as a representative of a professional team.

**12.2.2 Practice Without Competition.** Following initial full-time collegiate enrollment, an individual may participate in practice sessions conducted by a professional team, provided such participation meets the requirements of NCAA legislation governing tryouts with professional athletics teams (see Bylaw 12.2.1) and the individual does not receive any compensation or enter into a contract or agreement to practice or participate as a member of the professional athletics team. Such contracts or agreements would be separate from those that the individual may enter into with the professional team for name, image and likeness activities, as set forth in Bylaw 12.1.2 *(Revised: 10/18/22)*

### 12.2.3 Competition.

**12.2.3.1 Competition Against Professionals.** An individual may participate singly or as a member of an amateur team against professional athletes or professional teams. *(Revised: 2/4/08)*

**12.2.3.2 Competition With Professionals.** Following initial full-time collegiate enrollment, an individual shall not be eligible for intercollegiate athletics in a sport, if the individual competed on a professional athletics team (per Bylaw 12.02.8) in that sport. However, an individual may compete on a tennis, golf, two-person beach volleyball or two-person synchronized diving team(s) with persons who are competing for cash or a comparable prize, provided the individual does

not receive payment of any kind for such participation. *(Revised: 1/9/96 effective 8/1/96, 1/14/97, 1/8/01 for those individuals first entering a collegiate institution on or after 8/1/01, 1/13/03, 5/1/15)*

**12.2.3.2.1 Professional Player as Team Member.** Following initial full-time collegiate enrollment, an individual may participate with a professional on a team, provided the professional is not being paid by a professional team or league to play as a member of that team (e.g., summer basketball leagues with teams composed of both professional and amateur athletes). *(Revised: 1/8/01 effective 8/1/01 for those individuals first entering a collegiate institution on or after 8/1/01)*

**12.2.3.2.2 Exception -- Olympic, Paralympic or National Teams.** It is permissible for an individual (prospective student-athlete or student-athlete) to participate on Olympic, Paralympic or national teams that are competing for prize money or are being compensated by the governing body to participate in a specific event, provided the individual does not accept prize money or any other compensation (other than actual or necessary expenses). *(Adopted: 1/13/03, Revised: 1/22/20 effective 8/1/20)*

**12.2.3.2.3 Major Junior Ice Hockey -- Men's Ice Hockey.** An individual who competes on a Major Junior ice hockey team shall be subject to the seasons of competition regulations set forth in Bylaw 14.2.4.2, regardless of when such competition occurs. *(Adopted: 1/15/11 effective 8/1/11)*

**12.2.3.2.4 Professional Coach or Referee.** Participation on a team that includes a professional coach or referee does not cause the team to be classified as a professional team.

**12.2.3.3 Competition in Professional All-Star Contest.** A student-athlete who agrees to participate in a professional (players to be paid) all-star game becomes ineligible to compete in any intercollegiate contest that occurs after that agreement. Thus, a senior entering into such an agreement immediately after the last regular-season intercollegiate contest would not be eligible to compete in a bowl game or an NCAA championship. *(Revised: 10/22/13)*

## 12.2.4 Draft and Inquiry.

**12.2.4.1 Inquiry.** An individual may inquire of a professional sports organization about eligibility for a professional-league player draft or request information about the individual's market value without affecting their eligibility status. *(Revised: 10/18/22)*

**12.2.4.2 Draft List.** An enrolled student-athlete may enter a professional league's draft an unlimited number of times during their collegiate career and be drafted by any team in the league without jeopardizing eligibility in that sport, provided the student-athlete (or their relatives or friends) do not accept transportation or other material benefits from an agent or any person who represents any individual in marketing their athletics ability or reputation in that sport, sign a professional sport contract or otherwise jeopardize their eligibility status. *(Revised: 1/8/01 effective 8/1/01 for those individuals first entering a collegiate institution on or after 8/1/01, 4/15/14, 10/18/22, 1/14/23 effective 8/1/23 for any prospective student-athlete initially enrolling full-time at a Division II institution on or after August 1, 2023)*

**12.2.4.3 Negotiations.** An individual may request information about professional market value without affecting their eligibility status. Further, the individual, their relatives or legal guardians, the institution's professional sports counseling panel or head coach may enter into negotiations with a professional sports organization without the loss of the individual's eligibility status. *(Adopted: 1/10/92, Revised: 1/9/06, 1/28/14, 10/18/22, 1/14/23 effective 8/1/23 for any prospective student-athlete initially enrolling full-time at a Division II institution on or after August 1, 2023)*

## 12.2.5 Contracts and Compensation.

**12.2.5.1 General Rule.** After initial full-time collegiate enrollment, an individual shall be ineligible for participation in an intercollegiate sport, if they have entered into any kind of agreement to compete in professional athletics, either orally or in writing, regardless of the legal enforceability of that agreement. *(Revised: 1/10/92, 1/8/01 effective 8/1/01 for those individuals first entering a collegiate institution on or after 8/1/01)*

**12.2.5.1.1 Nonbinding Agreements.** After initial full-time collegiate enrollment, an individual who signs a contract or commitment that does not become binding until the professional organization's representative or agent also signs the document is ineligible, even if the contract remains unsigned by the other parties until after the student-athlete's eligibility is exhausted. *(Revised: 1/8/01 effective 8/1/01 for those individuals first entering a collegiate institution on or after 8/1/01)*

# 12.3 Use of Agents.

**12.3.1 General Rule.** An individual shall be ineligible if they (or their relatives or friends) accept transportation or other material benefits from an agent or any person who represents any individual in the marketing of their athletics ability. *(Revised:*

*7/18/17, 1/14/23 effective 8/1/23 for any prospective student-athlete initially enrolling full-time at a Division II institution on or after August 1, 2023.)*

**12.3.1.1 Representation for Future Negotiations.** An individual may enter into a verbal or written agreement with an agent for representation in future professional sports negotiations. *(Revised: 1/14/23 effective 8/1/23 for any prospective student-athlete initially enrolling full-time at a Division II institution on or after August 1, 2023.)*

**12.3.2 Professional Service Provider.** An individual may utilize a professional service provider for advice and activities related to an individual's name, image and likeness. *(Adopted: 1/14/23 effective 8/1/23 for any prospective student-athlete initially enrolling full-time at a Division II institution on or after August 1, 2023)*

**12.3.3 Agent to Secure Athletics Scholarship.** An individual shall be ineligible if they enter into an agreement (orally or in writing) with an agent for securing initial or continuing enrollment at a particular institution. *(Revised: 1/14/23 effective 8/1/23 for any prospective student-athlete initially enrolling full-time at a Division II institution on or after August 1, 2023)*

**12.3.4 Professional Sports Counseling Panel.** It is permissible for an institution to have an authorized institutional professional sports counseling panel appointed and overseen by the institution's president or chancellor (or their designated representative from outside the athletics department). *(Revised: 1/12/04, 10/3/05)*

## 12.4 Employment.

**12.4.1 Criteria Governing Compensation to Student-Athletes.** All compensation received by a student-athlete must be consistent with the limitations on financial aid set forth in Bylaw 15. Compensation may be paid to a student-athlete: *(Revised: 4/16/19)*

(a) Only for work actually performed;

(b) At a rate commensurate with the going rate in that locality for similar services; and

(c) In instances where the student-athlete does not have a contract or agreement (oral or written) for name, image and likeness activities, an employer shall not use the athletics reputation of a student-athlete employee to promote the sale of the employer's product or services. *(Revised: 1/12/04, 10/18/22)*

**12.4.2 Specific Athletically Related Employment Activities.**

**12.4.2.1 National Team Practice and Competition.** A student-athlete may receive actual and necessary expenses and reasonable benefits associated with national team practice and competition (e.g., health insurance, broken-time payments). **[R]** *(Revised: 6/22/11, 4/15/14)*

**12.4.2.2 Fee-for-Lesson Instruction.** A student-athlete may receive compensation for teaching or coaching sport skills or techniques in their sport on a fee-for-lesson basis, provided all compensation received by the student-athlete is consistent with the criteria governing compensation to student-athletes (see Bylaw 12.4.1). **[R]** *(Adopted: 1/15/14, Revised: 10/22/19)*

## 12.5 Use of Logos on Equipment, Uniforms and Apparel. A student-athlete may use athletics equipment or wear athletics apparel that bears the trademark or logo of an athletics equipment or apparel manufacturer or distributor in athletics competition and pre- and postgame activities (e.g., celebrations on the court, pre- or postgame press conferences), provided the applicable sports playing rules are satisfied and the following criteria are met. **[D]** *(Adopted: 12/15/22)*

(a) Athletics equipment (e.g., shoes, helmets, baseball bats and gloves, batting or golf gloves, hockey and lacrosse sticks, goggles and skis) shall bear only the manufacturer's normal label or trademark, as it is used on all such items for sale to the general public; and *(Adopted: 12/15/22)*

(b) The student-athlete's institution's official uniform (including numbered racing bibs and warm-ups) and all other items of apparel (e.g., socks, head bands, T-shirts, wrist bands, visors or hats, swim caps and towels) shall bear only a single manufacturer's or distributor's normal label or trademark (regardless of the visibility of the label or trademark), not to exceed 2 1/4 square inches in area (i.e., rectangle, square, parallelogram) including any additional material (e.g., patch) surrounding the normal trademark or logo. *(Adopted: 12/15/22)*

**12.5.1 Laundry Label.** If an institution's uniform or any item of apparel worn by a student-athlete in competition contains washing instructions on the outside of the apparel on a patch that also includes the manufacturer's or distributor's logo or trademark, the entire patch must be contained within a four-sided geometrical figure (i.e., rectangle, square, parallelogram) that does not exceed 2 1/4 square inches. **[D]** *(Adopted: 12/15/22)*

**12.5.2 Pre- or Postgame Activities.** The restriction on the size of a manufacturer's or distributor's logo is applicable to all apparel worn by student-athletes during the conduct of the institution's competition, which includes any pre- or postgame activities (e.g., postgame celebrations on the court, pre- or postgame press conferences) involving student-athletes. **[D]** *(Adopted: 12/15/22)*

**12.5.3 Outside Team Uniforms and Apparel.** The provisions of Bylaw 12.5-(b) do not apply to the official uniforms and apparel worn by outside teams. *(Adopted: 12/15/22)*

**12.5.4 Title Sponsor Recognition.** Racing bibs and similar competition identification materials (e.g., bowl-game patches) worn by participants may include the name of the corporate sponsor of the competition, provided the involved commercial company is the sole title sponsor of the competition. **[D]** *(Adopted: 12/15/22)*

# 12.6 Financial Donations From Outside Organizations.

## 12.6.1 Professional Sports Organizations.

**12.6.1.1 To Noncollegiate Amateur Team.** A noncollegiate amateur team or playing league shall not be considered a professional team or league, even if it receives financial support from a national amateur sports administrative organization or its equivalent that in turn receives developmental funds from a professional team or professional sports organization.

**12.6.1.2 To Intercollegiate Event.** A professional sports organization may serve as a financial sponsor of an intercollegiate competition event, provided the organization is not publicly identified as such. A professional sports organization may serve as a financial sponsor of an activity or promotion that is ancillary to the competition event and may be publicly identified as such. **[D]** *(Adopted: 1/10/92, Revised: 8/5/04, 10/28/10, 6/22/11, 1/14/12)*

**12.6.1.3 Developmental Funds to NCAA.** A professional sports organization may provide funds for intercollegiate athletics developmental purposes in a particular sport (e.g., officiating expenses, research and educational projects, the conduct of summer leagues, purchase of equipment). However, such funds shall be provided in an unrestricted manner and administered through the Association's national office.

**12.6.1.4 To Institution.** A member institution may receive contributions (e.g., tickets, funds, memorabilia) from a professional sports organization, including financial contributions from a professional sports organization for sponsorship of a specific intercollegiate competition event conducted by the institution, including ancillary activities and promotions. *(Revised: 1/12/04, 1/17/09 effective 8/1/09, 1/14/12)*

**12.6.1.5 To Conference.** A member conference may receive contributions (e.g., tickets, funds, memorabilia) from a professional sports organization, including financial contributions from a professional sports organization for sponsorship of a specific intercollegiate competition event conducted by the conference, including ancillary activities and promotions. *(Adopted: 1/14/12)*

**12.6.1.6 Revenues Derived From Pro-Am Events.** The distribution of revenues from an event involving an intercollegiate athletics team and a professional sports team (e.g., a baseball game in which a member institution's team plays against a professional baseball team) or pro-am event (e.g., golf, tennis) that results in a member institution receiving a share of receipts from such a contest is permitted, provided the institution has a formal agreement with the professional sports team regarding the institution's guarantee or share of receipts and the contractual terms are consistent with agreements made by the professional team or individuals for similar intercollegiate or nonprofessional competition.

**12.6.1.7 Promotion of Professional Athletics Contests.** A member institution may host and promote an athletics contest between two professional teams from recognized professional sports leagues as a fundraising activity for the institution. *(Revised: 1/9/96 effective 8/1/96)*

## 12.6.2 Nonprofessional Sports Organizations.

**12.6.2.1 Individual Athletics Performance.** A member institution shall not accept funds donated from a nonprofessional sports organization based on the place finish of a student-athlete or the number of student-athletes representing the institution in an event. However, the organization may donate an equal amount of funds to every institution with an athlete or team participating in a particular event.

**12.6.2.2 Individual and Team Rankings.** A member institution may accept funds donated to its athletics program from a nonprofessional sports organization based on an individual's or a team's national or regional ranking. *(Revised: 4/11/06)*

**12.6.2.3 Academic Performance.** A member institution may accept funds donated to its athletics program from a nonprofessional sports organization based on an individual's or a team's academic performance (e.g., the number of academic All-American award recipients).

BYLAWS, ARTICLE 13

# Recruiting

## 13.01 General Principles.

**13.01.1 Entertainment.** A member institution may provide entertainment (per Bylaws 13.6.6 and 13.7.2), at a scale comparable to that of normal student life and not excessive in nature, to a prospective student-athlete and their immediate family members. Entertainment of other relatives or friends of a prospective student-athlete is prohibited. *(Revised: 1/9/06)*

**13.01.2 Institutional Responsibility in Recruitment.** A member of an institution's athletics staff or a representative of its athletics interests shall not recruit a prospective student-athlete except as permitted by this Association, the institution and the member conference, if any.

**13.01.3 Off-Campus Recruiting.** In-person, off-campus recruiting is limited to authorized athletics department staff members, and limitations may be placed on the number of staff members who are permitted to recruit off campus. (See Bylaws 11.6 and 13.1.2.1.1.)

**13.01.4 Recruiting by Representatives of Athletics Interests.** Representatives of an institution's athletics interests (as defined in Bylaw 13.02.12) are prohibited from making in-person, off-campus recruiting contacts or telephone calls with a prospective student-athlete or the prospective student-athlete's relatives or legal guardians. On-campus contact is permitted, as are written communications. Recruiting contacts by representatives during a prospective student-athlete's official visit are confined to campus (see Bylaw 13.6.6.1). *(Revised: 1/11/00 effective 8/1/00)*

**13.01.5 Eligibility Effects of Recruiting Violation.** The recruitment of a student-athlete by a member institution or any representative of its athletics interests in violation of the Association's legislation, as acknowledged by the institution or established through the Association's enforcement procedures, shall result in the student-athlete becoming ineligible to represent that institution in intercollegiate athletics, unless otherwise specified. The Committee on Student-Athlete Reinstatement may restore the eligibility of a student involved in such a violation only when circumstances clearly warrant restoration. A student is responsible for their involvement in a violation of NCAA regulations during the student's recruitment and involvement in a major violation (see Bylaw 19.1.2) may cause the student to become permanently ineligible for intercollegiate athletics competition at that institution. *(Revised: 5/13/11, 1/17/15 effective 8/1/15)*

## 13.02 Definitions and Applications.

**13.02.1 Community Engagement Activity.** A community engagement activity is an activity in which a member institution participates for the primary purpose of enhancing the community, rather than benefiting the institution. The institution must be able to demonstrate how the engagement of the institution's resources (e.g., its student-athletes, its facilities) is meeting a specific identified community need or show how the use of its aforementioned resources links the institution to an overall school-wide community support strategy. The defining element of a community engagement activity is the clear intent of the member institution to provide value to the community. If student-athletes participate in the community engagement activity, the activity must satisfy the requirements of the promotional activity legislation. **[D]** *(Adopted: 1/8/07 effective 8/1/07, Revised: 6/22/11, 4/26/18)*

    **13.02.1.1 Application.** A community engagement activity shall not be considered recruiting for purposes of securing a prospective student-athlete's enrollment and ultimate participation in the institution's intercollegiate athletics program, provided the institution obtains written approval from its chancellor or president (or their designee) confirming the activity meets the definition of a community engagement activity set forth in Bylaw 13.02.1. Therefore, the recruiting regulations set forth in Bylaw 13 do not apply when institutional staff members (including significant others and other family members), representatives of the institution's athletics interests and student-athletes are engaged in community engagement activities with prospective student-athletes, except for the following: **[D]** *(Adopted: 1/8/07 effective 8/1/07, Revised: 4/11/07, 6/22/11, 10/16/18)*

    (a) A community engagement activity may not take place during a dead period; and

    (b) A representative of the institution's athletics interests is limited to participating in community engagement activities with prospective student-athletes when all prospective student-athletes reside within a 100-mile radius of the location of the community engagement activity.

    **13.02.1.2 NCAA or Conference Community Engagement Activity.** The NCAA or a member conference may conduct a community engagement activity, provided a representative of the organization documents that the intent of the

activity is to provide value to the community. A community engagement activity conducted by the NCAA or a member conference shall not be subject to the limitations set forth in Bylaw 13.02.1.1. *(Adopted: 10/22/13)*

**13.02.2 Competition Site.** The "competition site" is the facility in which athletics competition is actually conducted, including any dressing room or meeting facility used in conjunction with the competition.

**13.02.3 Contact.** A contact is any face-to-face encounter between a prospective student-athlete or the prospective student-athlete's relatives or legal guardian(s) and an institutional staff member or athletics representative during which any dialogue occurs in excess of an exchange of a greeting. Any such face-to-face encounter that is prearranged (e.g., positions themselves in a location where contact is possible) or that takes place on the grounds of the prospective student-athlete's educational institution or at the site of organized competition or practice involving the prospective student-athlete or the prospective student-athlete's high school, preparatory school, two-year college or all-star team shall be considered a contact, regardless of whether any conversation occurs. However, an institutional staff member or athletics representative who is approached by a prospective student-athlete or the prospective student-athlete's relatives or legal guardian(s) at any location shall not use a contact, provided the encounter was not prearranged and the staff member or athletics representative does not engage in any dialogue in excess of a greeting and takes appropriate steps to immediately terminate the encounter. *(Revised: 1/11/94 effective 8/1/94, 10/20/03, 4/29/04, 1/9/06)*

**13.02.4 Contact and Evaluation Periods.**

**13.02.4.1 Contact Period.** A contact period is that period of time when it is permissible for authorized athletics department staff members to make in-person, off-campus recruiting contacts and evaluations.

**13.02.4.2 Evaluation Period.** An evaluation period is that period of time when it is permissible for authorized athletics department staff members to be involved in off-campus activities designed to assess the academic qualifications and playing ability of prospective student-athletes. No in-person, off-campus recruiting contacts shall be made with the prospective student-athlete during an evaluation period. **[D]** *(Revised: 7/28/15)*

**13.02.4.3 Quiet Period.** A quiet period is that period of time when it is permissible to make in-person recruiting contacts only on the member institution's campus. No in-person, off-campus recruiting contacts or evaluations may be made during the quiet period. **[D]** *(Revised: 7/28/15)*

**13.02.4.4 Dead Period.** A dead period is that period of time when it is not permissible to make in-person recruiting contacts or evaluations on or off the member institution's campus or to permit official or unofficial visits by prospective student-athletes to the institution's campus. The provision of complimentary admissions to a prospective student-athlete during a dead period is prohibited, except as provided in Bylaw 13.7.2.3 for a prospective student-athlete who visits an institution as part of a group. During such a dead period, a coaching staff member may not serve as a speaker at or attend a meeting or banquet at which prospective student-athletes are in attendance, except as provided in Bylaws 13.1.8 and 13.1.8.1, and may not visit the prospective student-athletes' educational institutions. It remains permissible, however, for an institutional staff member to write or telephone prospective student-athletes during such a dead period. **[D]** *(Revised: 1/11/94, 7/28/15)*

**13.02.5 Enrolled Student-Athlete.** An enrolled student-athlete is an individual whose enrollment was solicited by a member of the athletics staff or other representative of athletics interests with a view toward the student's ultimate participation in the intercollegiate athletics program. Any other student becomes a student-athlete only when the student reports for an intercollegiate squad that is under the jurisdiction of the athletics department.

**13.02.6 Evaluation.** Evaluation is any off-campus activity designed to assess the academic qualifications or athletics ability of a prospective student-athlete, including any visit to a prospective student-athlete's educational institution (during which no contact occurs) or the observation of any practice or competition at any site at which the prospective student-athlete participates. *(Revised: 1/10/91 effective 8/1/91)*

**13.02.7 Home.** In general, a prospective student-athlete's "home" is the prospective student-athlete's legal residence, or the community of the educational institution in which the prospective student-athlete is enrolled while residing there.

**13.02.8 National Letter of Intent.** The National Letter of Intent referred to in this bylaw is the official document administered by the Collegiate Commissioners Association and used by subscribing member institutions to establish the commitment of a prospective student-athlete to attend a particular institution.

**13.02.9 Prospective Student-Athlete.** A prospective student-athlete is a student who has started classes for the ninth grade. In addition, a student who has not started classes for the ninth grade becomes a prospective student-athlete, if the institution provides such an individual (or the individual's relatives or friends) any financial assistance or other benefits that the institution does not provide to prospective students generally. An individual remains a prospective student-athlete until one of the following occurs (whichever occurs earlier): *(Revised: 1/11/89, 1/10/90)*

(a) The individual officially registers and enrolls in a minimum full-time program of studies and attends classes in any term of a four-year collegiate institution's regular academic year (excluding summer); or

(b) The individual participates in a regular-squad practice or competition at a four-year collegiate institution.

**13.02.10 Recruiting.** Recruiting is any solicitation of a prospective student-athlete or a prospective student-athlete's relatives [or legal guardian(s)] by an institutional staff member or by a representative of the institution's athletics interests for the purpose of securing the prospective student-athlete's enrollment and ultimate participation in the institution's intercollegiate athletics program.

**13.02.10.1 Recruited Prospective Student-Athlete.** Actions by staff members or athletics representatives that cause a prospective student-athlete to become a recruited prospective student-athlete at that institution are: *(Revised: 1/10/90, 1/11/94 effective 8/1/94 for those students entering a collegiate institution on or after 8/1/94)*

(a) Providing the prospective student-athlete with an official visit; *(Adopted: 1/11/94 effective 8/1/94 for those students entering a collegiate institution on or after 8/1/94)*

(b) Having an arranged, in-person, off-campus encounter with the prospective student-athlete or the prospective student-athlete's relatives or legal guardian(s); *(Adopted: 1/11/94 effective 8/1/94 for those students entering a collegiate institution on or after 8/1/94, Revised: 1/9/06)*

(c) Initiating or arranging a telephone contact with the prospective student-athlete, the prospective student-athlete's relatives or legal guardian(s) on more than one occasion for the purpose of recruitment; or *(Revised: 1/11/94 effective 8/1/94 for those students entering a collegiate institution on or after 8/1/94)*

(d) Issuing a National Letter of Intent or the institution's written offer of athletically related financial aid to a prospective student-athlete. *(Adopted: 1/9/06)*

**13.02.11 Recruiting or Scouting Service.** A recruiting or scouting service includes any individual, organization, entity or segment of an entity that is primarily involved in providing information about prospective student-athletes. A recruiting or scouting service may include: *(Adopted: 1/15/14)*

(a) Any service that provides information only to paid subscribers;

(b) Any service that is only available to a select group of individuals (e.g., coaches), regardless of whether there is a charge associated with the service; or

(c) Any service that provides information to the public free of charge. Any individual, organization, entity or segment of an entity that provides information about prospective student-athletes incidental to its primary purpose and is generally available to the public (e.g., news media), is not considered a recruiting or scouting service.

**13.02.12 Representative of Athletics Interests.** A "representative of the institution's athletics interests" is an individual who is known (or who should have been known) by a member of the institution's executive or athletics administration to:

(a) Have participated in or to be a member of an agency or organization, including corporate entities (e.g., apparel and equipment companies), promoting the institution's intercollegiate athletics program; *(Revised: 1/14/02)*

(b) Have made financial contributions to the athletics department or to an athletics booster organization of that institution;

(c) Be assisting or to have been requested (by the athletics department staff) to assist in the recruitment of prospective student-athletes;

(d) Be assisting or to have assisted in providing benefits to enrolled student-athletes or their families; or

(e) Have been involved otherwise in promoting the institution's athletics program.

**13.02.12.1 Representative of Athletics Interests.** Once an individual is identified as such a representative, the person retains that identity indefinitely.

**13.02.13 Significant Other.** A significant other is a spouse, fiancé or fiancée, domestic partner, or any individual whose relationship to an identified individual (e.g., prospective student-athlete, coach, student-athlete) is the practical equivalent of a spouse. *(Adopted: 10/16/18)*

**13.02.14 Telephone Calls.** All electronically transmitted human voice exchange (including videoconferencing and videophones) shall be considered telephone calls. Any other form of electronically transmitted correspondence (e.g., electronic mail, facsimiles) shall not be considered telephone calls (see Bylaw 13.4). *(Adopted: 1/10/95, Revised: 1/9/96 effective 8/1/96, 1/14/97, 1/14/08 effective 8/1/08)*

**13.02.15 Visits by Prospective Student-Athletes.**

**13.02.15.1 Official Visit.** An official visit to a member institution by a prospective student-athlete is a visit financed in whole or in part by the member institution. (See Bylaw 13.6.)

**13.02.15.2 Unofficial Visit.** An unofficial visit to a member institution by a prospective student-athlete is a visit made at the prospective student-athlete's own expense. The provision of any expenses or entertainment by the institution or representatives of its athletics interests shall require the visit to become an official visit, except for expenses or entertainment permitted per Bylaw 13.7.2. Payment of any other transportation expenses, other than those permitted in Bylaw 13.5.3, shall be an institutional violation but shall not cause the visit to become an official visit provided the prospective student-athlete makes restitution (see Bylaws 13.5.3 and 13.7). *(Revised: 4/29/04, 7/24/07)*

# 13.1 Contacts and Evaluations.
Recruiting contacts (per Bylaw 13.02.3) and telephone calls with a prospective student-athlete (or the prospective student-athlete's relatives or legal guardians) by institutional staff members, enrolled student-athletes and/or representatives of the institution's athletics interests are subject to the provisions set forth in this bylaw. *(Revised: 1/10/91 effective 7/1/91, 1/17/15 effective 8/1/15, 5/3/21)*

### 13.1.1 Contactable Prospective Student-Athletes.

**13.1.1.1 High School Prospective Student-Athletes.** In-person, off-campus recruiting contacts and telephone calls shall not be made with a prospective student-athlete or a prospective student-athlete's relatives or legal guardians before June 15 immediately preceding the prospective student-athlete's junior year in high school. **[D]** *(Revised: 1/10/91 effective 7/1/91, 1/11/94 effective 3/15/94, 1/10/95, 1/14/97, 1/12/99, 1/11/00 effective 8/1/00, 1/14/12 effective 6/15/12 for any prospective student-athlete entering their junior year in high school 6/15/12 and thereafter, 1/17/15 effective 8/1/15)*

**13.1.1.2 Four-Year College Prospective Student-Athletes.** An athletics staff member or other representative of the institution's athletics interests shall not communicate or make contact with the student-athlete of an NCAA Division II institution, or any individual associated with the student-athlete (e.g., family member scholastic or nonscholastic coach, advisor), directly or indirectly, without first obtaining authorization through the notification of transfer process. Before making contact, directly or indirectly, with a student-athlete of an NCAA Division I or Division III institution, an athletics staff member or other representative of the institution's interest shall comply with the rule of the applicable division for making contact with a student-athlete. *(Revised: 1/10/91, 1/16/93, 1/11/94, 1/10/05 effective 8/1/05, 1/9/06, 1/14/12 effective 6/15/12 for any prospective student-athlete entering their junior year in high school 6/15/12 and thereafter, 1/17/15 effective 8/1/15, 1/21/17 for prospective student-athletes transferring from an NAIA institution for the 2017-18 academic year and thereafter, 1/27/20 effective 8/1/20 for any four-year college student-athlete transferring during the 2020-21 academic year, and thereafter., 1/22/22 Immediate, for student-athletes transferring for the 2022-23 academic year, and thereafter., 7/18/23 effective 8/1/23)*

**13.1.1.2.1 Notification of Transfer.** A student-athlete may initiate the notification of transfer process by providing their institution with a written notification of transfer at any time. The student-athlete must complete an educational module related to transferring before the institution may enter the student-athlete's information into the national transfer database. The student-athlete's institution shall enter their information into the NCAA Transfer Portal within seven-consecutive calendar days of receipt of a written notification of transfer from the student-athlete or receipt of confirmation of the student-athlete's completion of the educational module, whichever occurs later. **[D]** *(Adopted: 1/27/20 effective 8/1/20 for any four-year college student-athlete transferring during the 2020-21 academic year, and thereafter., Revised: 1/22/22 Immediate, for student-athletes transferring for the 2022-23 academic year, and thereafter. )*

**13.1.1.2.2 Student-Athlete Withdrawn From Four-Year College.** A member institution may contact a student-athlete who has withdrawn officially from a four-year collegiate institution without obtaining authorization through the notification of transfer process only if at least one academic year has elapsed since the withdrawal. *(Revised: 1/27/20 effective 8/1/20 August 1, 2020, for any four-year college student-athlete transferring during the 2020-21 academic year, and thereafter.)*

**13.1.1.2.3 Transfer from Institution on Probation.** It is not necessary for an institution to obtain authorization through the notification of transfer process to recruit a student-athlete at an institution that has been placed on probation with sanctions that preclude it from competing in postseason competition during the remaining seasons of the student-athlete's eligibility. However, the student-athlete's institution must be notified of the recruitment. *(Adopted: 1/10/92, Revised: 7/17/18, 1/27/20 effective 8/1/20 August 1, 2020, for any four-year college student-athlete transferring during the 2020-21 academic year, and thereafter.)*

**13.1.1.2.4 Transfer While Ineligible Due to Positive Drug Test.** If a student-athlete who is declared ineligible due to a positive drug test administered by the NCAA transfers to another NCAA institution, the institution from which the student-athlete transferred must notify the new institution of the student-athlete's ineligibility (see Bylaw 18.2.1.2). *(Adopted: 1/14/97 effective 8/1/97)*

**13.1.1.2.5 Discontinued Sport Exception.** Authorization through the notification of transfer process is not required for a student-athlete at an institution that indicates through public announcement that the student-athlete's sport will be discontinued. *(Adopted: 4/11/17, Revised: 1/27/20 effective 8/1/20 August 1, 2020, for any four-year college student-athlete transferring during the 2020-21 academic year, and thereafter.)*

## 13.1.2 Permissible Recruiters.

**13.1.2.1 Authorized Staff Members.** All in-person, off-campus recruiting contacts with a prospective student-athlete or the prospective student-athlete's relatives or legal guardian(s) shall be made only by authorized athletics department staff members. Such off-campus contact by representatives of an institution's athletics interests is prohibited. **[D]** *(Revised: 1/10/05, 6/22/11)*

**13.1.2.1.1 Off-Campus Recruiters.** An institutional staff member is not permitted to recruit off campus until they have been certified on an annual basis as to knowledge of applicable recruiting rules per Bylaw 11.6.1.1. However, institutional staff members (e.g., faculty members) may contact prospective student-athletes for recruiting purposes on campus or within the locale of the institution's main campus during the prospective student-athlete's official visit. **[D]** *(Adopted: 1/10/92 effective 8/1/93, Revised: 1/10/05, 1/9/06 effective 8/1/06, 3/22/06, 6/22/11)*

**13.1.2.2 General Exceptions.** This regulation is not applicable to:

(a)  **Admissions Program.** Off-campus recruiting contacts made by an institution's regular admissions program representative and directed at all prospective students including nonathletes.

(b)  **Coach Who Is Prospective Student-Athlete's Parent or Legal Guardian.** Recruiting contact and evaluation limitations do not apply to a coaching staff member who is the parent (or legal guardian) of a participant in any activity being observed (e.g., practices, contests or camps), provided the attendance by the coaching staff member at such activity does not involve any personal contact with any other participating prospective student-athlete. *(Revised: 1/10/95, 1/14/97 effective 8/1/97)*

(c)  **Significant Other of Prospective Student-Athlete's Coach.** Recruiting contact and evaluation limitations do not apply to a coaching staff member observing a contest that involves prospective student-athletes coached by their significant other, provided the attendance by the coaching staff member at such a contest does not involve any personal contact with any prospective student-athlete participating in the contest. *(Adopted: 1/11/94, Revised: 10/16/18)*

(d)  **Established Family Friend/Neighbor.** Contacts made with a prospective student-athlete by an established family friend or neighbor, it being understood that such contacts are not made for recruiting purposes and are not initiated by a member of an institution's coaching staff.

(e)  **Other Family Members and Significant Other of Staff Member.** *(Revised: 10/16/18)*

(1)  **On or Off Campus.** Other family members (e.g., children) and a significant other of an institutional staff member on or off campus. *(Revised: 1/8/07 effective 8/1/07, 10/16/18)*

(2)  **Off Campus During Official Visit.** Other family members (e.g., children) and a significant other of an athletics department staff member during a prospective student-athlete's official visit and within the locale of the institution's main campus during the prospective student-athlete's official visit. *(Revised: 1/8/07 effective 8/1/07, 10/16/18)*

(f)  **Interpreter.** An interpreter present during an institution's in-person, off-campus contact with a prospective student-athlete or the prospective student-athlete's relatives or legal guardian(s), provided that if the institution is involved in making the arrangements for the use of the interpreter, the interpreter must be a faculty member or a professional interpreter. It is not permissible for the interpreter to be an enrolled student-athlete, a family member of an enrolled student-athlete or a representative of the institution's athletics interests. *(Adopted: 1/11/97, Revised: 1/9/06)*

(g)  **Unavoidable Incidental Contact.** An unavoidable incidental contact made with a prospective student-athlete by representatives of the institution's athletics interests, provided the contact is not prearranged by the representative or an athletics department staff member, does not take place on the grounds of the prospective student-athlete's educational institution or at the sites of organized competition and practice involving the prospective student-athlete or the prospective student-athlete's team (i.e., high school, preparatory school, two-year college or all-star team), is not made for the purpose of recruitment of the prospective student-athlete, and involves only normal civility.

(h)  **Permissible Pre-enrollment Activities.** Contacts between a prospective student-athlete and a representative of the institution's athletics interests regarding permissible pre-enrollment activities (e.g., a discussion of summer-employment arrangements that occurs after the prospective student-athlete's signing of the National Letter of Intent).

(i) **Former Student-Athletes.** On-campus contacts between a former student-athlete and a prospective student-athlete, their relatives (traditional or nontraditional) or legal guardians and/or other individuals accompanying the prospective student-athlete. *(Adopted: 10/17/17)*

**13.1.2.3 Other Restrictions, Representatives of the Institution's Athletics Interests.** The following are additional restrictions that apply to representatives of the institution's athletics interests: **[D]** *(Revised: 1/17/15 effective 8/1/15)*

 (a) **Observing Prospective Student-Athlete's Contest.** A representative of the institution's athletics interests may view a prospective student-athlete's athletics contest on their own initiative, subject to the understanding that the representative of the institution's athletics interests may not contact the prospective student-athlete on such occasions;

 (b) **Evaluation of Prospective Student-Athlete.** A representative of the institution's athletics interests may not contact a prospective student-athlete's coach, principal or counselor in an attempt to evaluate the prospective student-athlete or visit a prospective student-athlete's educational institution to pick up film/videotape or transcripts pertaining to the evaluation of the prospective student-athlete's academic eligibility or athletics ability; and *(Revised: 9/12/18)*

 (c) **Expense Prohibition.** An institution may not pay expenses (other than meals provided in the institution's home community) for representatives of its athletics interests to visit its campus for the purpose of becoming familiar with the institution's academic and athletics programs and campus facilities in order to represent the institution better when recruiting prospective student-athletes. *(Adopted: 9/12/18)*

**13.1.2.4 Student-Athlete.** The following conditions apply to recruiting activities involving enrolled student-athletes: *(Revised: 1/10/05, 4/21/09)*

 (a) **Off-Campus Contacts.** Off-campus, in-person recruiting contacts between enrolled student-athletes (or other enrolled students) and a prospective student-athlete are permissible if such contacts do not occur at the direction of a coaching staff member or a representative of the institution's athletics interests. **[D]** *(Adopted: 4/21/09, Revised: 6/22/11, 4/26/18)*

 (b) **Transportation and Expenses.** An institution may not provide an enrolled student-athlete with transportation or expenses to recruit a prospective student-athlete, except those expenses related to recruiting correspondence (written or electronically transmitted correspondence, telephone calls, videoconferences) or specified in Bylaw 13.6.6.5 when the student-athlete serves as a student host. *(Revised: 1/10/05, 4/21/09, 5/3/21)*

 (c) **Recruiting Correspondence.** It is permissible for an enrolled student-athlete to engage in recruiting correspondence (written or electronically transmitted correspondence, telephone calls, videoconferences) with a prospective student-athlete, provided it is not done at the direction and/or expense of a representative of the institution's athletics interests, and provided the activity is voluntary. Recruiting correspondence may include multiple enrolled student-athletes and/or prospective student-athletes [or their relatives or legal guardian(s)] at a time (see Bylaw 13.10.2 for publicity restrictions). **[D]** *(Adopted: 4/21/09, Revised: 6/22/11, 5/3/21)*

 (d) **Interaction During a Community Engagement Activity.** It is permissible for an enrolled student-athlete to engage or interact (e.g., contact, telephone calls) with a prospective student-athlete at the direction of a coaching staff member, provided the engagement or interaction is a part of a community engagement activity and the student-athlete does not miss class, except for class time missed in conjunction with away-from-home competition. *(Adopted: 4/21/09)*

**13.1.2.5 Talent Scout.** An institution may not pay any costs incurred by an athletics talent scout or a representative of its athletics interests in studying or recruiting prospective student-athletes. An institution may not provide any such person a fee or honorarium and thereby claim the person as a staff member entitled to expense money. **[D]** *(Revised: 1/10/05, 6/22/11)*

 **13.1.2.5.1 Employment Prohibition.** An institution may not employ an individual for the primary purpose of recruiting or evaluating prospective student-athletes and designate the individual as a coach, if they do not reside in the institution's general locale. Such an individual would be considered an athletics talent scout rather than a regular institutional staff member. **[D]** *(Revised: 6/22/11)*

**13.1.3 Telephone Calls to Prospective Student-Athletes.**

 **13.1.3.1 Time Period for Telephone Calls -- General Rule.** Telephone calls to a prospective student-athlete [or the prospective student-athlete's relatives or legal guardian(s)] shall not be made before June 15 immediately preceding the prospective student-athlete's junior year in high school; thereafter, there shall be no limit on the number of telephone calls made by institutional staff members or enrolled student-athletes to a prospective student-athlete [or the prospective student-athlete's relatives or legal guardian(s)]. **[D]** *(Revised: 1/10/91 effective 7/1/91, 1/16/93, 1/9/96 effective 8/1/96, 1/12/99,*

*1/11/00 effective 8/1/00, 1/10/05, 1/14/12 effective 6/15/12 for any prospective student-athlete entering their junior year in high school 6/1512 and thereafter, 1/17/15 effective 8/1/15, 5/3/21)*

**13.1.3.2 Additional Regulations.**

**13.1.3.2.1 Telephone Calls Initiated by Prospective Student-Athlete.** Institutional staff members and enrolled student-athletes may receive telephone calls placed by a prospective student-athlete or a prospective student-athletes' relatives or legal guardian(s) at any time. *(Adopted: 1/10/92, Revised: 1/10/95, 1/11/00 effective 8/1/00, 10/16/18, 5/3/21)*

**13.1.3.3 Permissible Callers.**

**13.1.3.3.1 Institutional Staff Members and Student-Athletes.** In all sports, institutional staff members and enrolled student-athletes may make telephone calls to a prospective student-athlete [or the prospective student-athlete's relatives or legal guardian(s)] in accordance with the provisions of this bylaw. Telephone calls may include multiple institutional staff members, enrolled student-athletes and/or prospective student-athletes [or their relatives or legal guardian(s)] at a time (see Bylaw 13.10.2 for publicity restrictions). **[D]** *(Revised: 1/10/95, 1/9/96 effective 8/1/96, 1/9/06, 1/17/15 effective 8/1/15, 4/14/21, 5/3/21)*

**13.1.3.4 Nonpermissible Callers.**

**13.1.3.4.1 Enrolled Students.** Enrolled students (i.e., non-athlete students) shall not make or participate in telephone calls to prospective student-athletes at the direction of a coaching staff member or financed by the institution or a representative of its athletics interests. **[D]** *(Revised: 1/10/91 effective 7/1/91, 9/30/14, 1/17/15 effective 8/1/15, 4/14/15, 5/3/21)*

**13.1.3.4.1.1 Admissions Program Exception.** Telephone calls made by enrolled students in accordance with an institution's regular admissions program directed at all prospective students shall be permissible. *(Revised: 1/10/91 effective 7/1/91)*

**13.1.3.4.2 Representatives of Athletics Interests.** It is not permissible for a representative of the institution's athletics interests (as defined in Bylaw 13.02.12) to make telephone calls to a prospective student-athlete. **[D]** *(Revised: 1/11/00 effective 8/1/00, 10/20/03, 1/17/15 effective 8/1/15)*

**13.1.4 Recruiting Calendars.** Recruiting calendars limiting contact and evaluation periods apply in basketball and football and also include recruiting dead periods in all sports in those divisions. The Management Council shall have the authority to establish such calendars for sports. (See Bylaw 13.17 for a complete listing of the calendars in effect at the time of the publication of this Manual.)

**13.1.4.1 Waiver of Contact Period.** The Management Council shall have the authority, by a two-thirds majority of its members present and voting, to waive provisions of the football and basketball contact periods for institutions with established admissions acceptance dates that occur after the normal contact deadline.

**13.1.5 Contacts.** There is no limitation on the number of in-person, off-campus recruiting contacts per prospective student-athlete. (See Bylaw 13.1.6 for contact restrictions at specified sites.) *(Revised: 1/11/94 effective 8/1/94, 1/9/96 effective 8/1/96, 1/14/97 effective 8/1/97, 4/29/04, 1/14/12 effective 6/15/12 for any prospective student-athlete entering their junior year in high school 6/15/12 and thereafter)*

**13.1.5.1 Letter-of-Intent Signing.** Any in-person, off-campus contact made with a prospective student-athlete for the purpose of signing a letter of intent or other commitment to attend the institution or attendance at activities related to the signing of a letter of intent or other commitment to attend the institution shall be prohibited. **[D]** *(Revised: 1/10/95 effective 8/1/95, 1/17/15 effective 8/1/15)*

**13.1.5.1.1 Delivery of Letter of Intent.** In-person, off-campus delivery of a letter of intent by an institutional staff member shall be prohibited. The letter may be delivered by express mail, courier service, regular mail, electronic mail or facsimile machine. **[D]** *(Adopted: 1/10/92, Revised: 1/10/95 effective 8/1/95, 3/22/06, 1/17/15 effective 8/1/15)*

**13.1.5.2 Communication Following a Prospective Student-Athlete's Written Commitment.** It is permissible for a member of an institution's coaching staff to have contact outside a permissible contact period with a prospective student-athlete who has signed a National Letter of Intent or the institution's written offer of admission and/or financial aid or the institution has received their financial deposit in response to its offer of admission. *(Adopted: 10/22/13, Revised: 4/14/15)*

**13.1.6 Contact Restrictions at Specified Sites.**

**13.1.6.1 Contact With Prospective Student-Athletes Involved in Competition.** Recruiting contact may not be made with a prospective student-athlete at any site prior to any athletics competition (including a noninstitutional, private

camp or clinic, but not an institutional camp or clinic) in which the prospective student-athlete is a participant on a day of competition, even if the prospective student-athlete is on an official or unofficial visit. Contact includes the passing of notes or orally relaying information to a prospective student-athlete by a third party on behalf of an institutional staff member. Contact may occur after the prospective student-athlete's competition concludes for the day and the prospective student-athlete has been released by the appropriate authority (e.g., coach). **[D]** *(Revised: 1/11/89, 1/10/91, 1/11/94, 1/9/96 effective 7/1/96, 6/22/11, 1/18/14, 10/22/19)*

**13.1.6.1.1 Approved Events.** It is permissible for athletics staff members who are responsible for conducting an approved athletics event (see Bylaws 13.11.2 and 13.11.3) involving high school students to come in normal contact with participants; however, under no circumstances may recruitment take place.

**13.1.6.1.2 High School All-Star Games.** In-person contact with a prospective student-athlete shall not be made on or off the member institution's campus at a high school all-star game practice or competition site outside the permissible contact periods in football and basketball. **[D]** *(Revised: 1/17/15 effective 8/1/15)*

**13.1.6.1.3 Bowl Games.** During a dead period, attendance by a prospective student-athlete at the site of an institution's bowl game practice session may occur only if the practice is open to the general public and the prospective student-athlete observes the practice only from an area reserved for that purpose for the general public. No contact between the prospective student-athlete and institutional staff members or representatives of the institution's athletics interests may occur. **[D]** *(Adopted: 1/10/92, Revised: 1/17/15 effective 8/1/15)*

**13.1.6.1.4 Exception -- Contact at the Site of Competition Following Commitment.** An institutional coaching staff member may contact a prospective student-athlete and/or their relatives or legal guardians at any site on the day or days of competition, provided the prospective student-athlete has signed a National Letter of Intent or written offer of admission and/or athletically related financial aid with the coach's institution or the institution has received their financial deposit in response to its offer of admission. *(Adopted: 1/18/14, Revised: 4/14/15)*

**13.1.6.1.5 Exception - Contact on Institution's Campus on Day of Competition Prior to Competition.** An institutional staff member is permitted to have on-campus contact prior to competition with a prospective student-athlete and/or their relatives or legal guardians, provided the prospective student-athlete is not scheduled to compete on that day on the institution's campus. *(Adopted: 10/18/16)*

**13.1.7 Limitations on Number of Evaluations -- All Sports.** There are no limitations on the number of evaluations an institution is allowed per prospective student-athlete per academic year. *(Adopted: 1/10/91 effective 8/1/91, Revised: 1/11/94 effective 8/1/94, 1/9/96 effective 8/1/96, 1/14/97 effective 8/1/97, 1/11/00 effective 8/1/00)*

**13.1.8 Banquets, Meetings and NCAA Promotional Activities.** A coach may speak at a meeting or banquet and have contact with a prospective student-athlete(s) (or the prospective student-athlete's relatives or legal guardians), provided: **[D]** *(Adopted: 7/21/09, Revised: 1/17/15 effective 8/1/15, 10/19/15)*

(a) The coach does not make a recruiting presentation in conjunction with the appearance;

(b) The contact is not for the purpose of securing the enrollment or ultimate participation of the prospective student-athlete(s) in the institution's intercollegiate athletics program; and

(c) The meeting or banquet does not take place during a dead period.

**13.1.8.1 NCAA Promotional Activities Exception.** An institution's coach may participate in NCAA promotional activities (e.g., autograph sessions, fan festivals, opening ceremonies) at NCAA championship events, provided contacts with prospective student-athletes are not prearranged and recruiting activities do not occur. *(Adopted: 10/18/11)*

**13.1.8.2 Banquets and Meetings Where Fundraising Activities Occur.** A coaching staff member may speak at a banquet for prospective student-athletes in which fundraising activities also occur only if fundraising activities are not the primary purpose for conducting the banquet or meeting. If the fundraising activities are the primary purpose of the banquet or meeting, an institutional staff member may attend the fundraiser subject to the following conditions: *(Adopted: 10/19/15)*

(a) The staff member plays no active role in fundraising activities;

(b) The attendance of the staff member at the event is not publicized in advance;

(c) Contact with prospective student-athletes or parents of prospective student-athletes is only permitted during a permissible contact period; and

(d) Conversations between an institutional staff member and the high school's coaching staff members, parents, prospective student-athletes and other individuals may not include recruiting information or contain a recruiting presentation.

## 13.2 Offers and Inducements.

**13.2.1 General Regulation.** An institution's staff member or any representative of its athletics interests shall not be involved, directly or indirectly, in making arrangements for or giving or offering to give any financial aid or other benefits to the prospective student-athlete or the prospective student-athlete's relatives or friends, other than expressly permitted by NCAA regulations. Receipt of a benefit by prospective student-athletes or their relatives or friends is not a violation of NCAA legislation if it is demonstrated that the same benefit is generally available to the institution's prospective students or their relatives or friends or to a particular segment of the student body (e.g., international students, minority students) determined on a basis unrelated to athletics ability. **[R]** *(Revised: 1/13/98, 1/9/06, 2/24/11, 6/22/11)*

**13.2.2 Institutional Pre-Enrollment Fees.** An institution may waive, pay in advance or guarantee payment of any institutional pre-enrollment fee for a prospective student-athlete who has signed a National Letter of Intent or the institution's written offer of admission and/or financial aid or for whom the institution has received a financial deposit in response to its offer of admission. A pre-enrollment fee is one that is required by the institution for enrollment and includes the following: *(Adopted: 1/21/17)*

(a) The institution's processing fee required prior to the admission office's evaluation of the prospective student-athlete's application;

(b) The orientation counseling tests fee required for all incoming students;

(c) The preadmission academic testing fee;

(d) Advance tuition payment for a prospective student-grantee;

(e) Room deposit;

(f) Damage deposit for dormitory rooms;

(g) ROTC deposits for military equipment;

(h) Immunizations; or

(i) Any other pre-enrollment fee required of prospective students.

**13.2.3 Specific Prohibitions.** Specifically prohibited financial aid, benefits and arrangements include, but are not limited to, the following: **[R]** *(Revised: 6/22/11)*

(a) An employment arrangement for a prospective student-athlete's relatives;

(b) Gift of clothing or equipment;

(c) Cosigning of loans;

(d) Providing loans to a prospective student-athlete's relatives or friends;

(e) Cash or similar items;

(f) Any tangible items, including merchandise;

(g) Free or reduced-cost services, rentals or purchases of any type;

(h) Free or reduced-cost housing;

(i) Use of an institution's athletics equipment (e.g., for a high school all-star game);

(j) Sponsorship of or arrangement for an awards banquet for high school, preparatory school or two-year-college athletes by an institution, representatives of its athletics interests, or its alumni groups or booster clubs;

(k) Involvement of a prospective student-athlete in an institutional fundraiser or promotional activity if the prospective student-athlete has not signed a National Letter of Intent or the institution's written offer of admission and/or financial aid or the institution has not received their financial deposit in response to its offer of admission; or *(Adopted: 1/9/06, Revised: 1/17/15, 4/14/15)*

(l) Educational expenses or services (e.g., tuition, fees, room and board, books, tutoring, standardized test preparatory classes). *(Adopted: 4/21/09)*

**13.2.4 Awards to Prospective Student-Athletes.** A member institution is limited to providing the following awards to prospective student-athletes: *(Adopted: 1/10/91)*

(a) Awards to prospective student-athletes for outstanding athletics accomplishments are prohibited, except as provided in (c) below;

(b) Awards to high school, preparatory school or two-year-college athletics teams in the name of an NCAA member institution are prohibited, regardless of the institution's involvement (or lack thereof) in the administration of the award; and

(c) Any award presented at regularly scheduled high school, preparatory school and two-year college athletics contests or matches under the provisions of Bylaw 13.11.3.3 must be limited in value to $50 but may bear the institution's name and logo.

**13.2.5 Employment of Prospective Student-Athletes.**

**13.2.5.1 After Senior Year.** The arrangement of employment by an institution for a prospective student-athlete shall be permitted, provided the employment does not begin before the completion of the prospective student-athlete's senior year in high school.

**13.2.5.1.1 Two-Year College Prospects.** Once a prospective student-athlete has enrolled as a full-time student in a two-year college, the arrangement of employment by an institution for such a prospective student-athlete shall be permitted, provided the employment does not begin before the time period in which the prospective student-athlete has officially withdrawn from or has completed requirements for graduation at the two-year college. *(Adopted: 1/11/00)*

**13.2.5.2 Transportation to Summer Job.** An institution or its representatives shall not provide a prospective student-athlete free transportation to and from a summer job, unless it is the employer's established policy to transport all employees to and from the job site.

**13.2.6 Summer Housing for Prospective Student-Athletes.** An institution may rent dormitory space to a prospective student-athlete during the summer months at the regular institutional rate, provided it is the institution's policy to make such dormitory space available on the same basis to all prospective students.

**13.2.7 Academic Support Services/Use of Training-Room Facilities.** A prospective student-athlete who is enrolled in the institution's summer term before the student's initial, full-time enrollment at the certifying institution may be provided academic support services by the institution. A prospective student-athlete who is enrolled in the institution's summer term and/or has signed a National Letter of Intent or a written offer of admission and/or financial aid or the institution has received their financial deposit in response to its offer of admission also may use the institution's training-room facilities in the summer before initial, full-time enrollment at the certifying institution. For receipt of summer financial aid before initial full-time enrollment at the certifying institution, see Bylaw 15.2.1.1.1. *(Adopted: 1/11/94, Revised: 4/11/06, 7/22/08, 4/2/09, 10/21/14, 4/14/15)*

**13.2.8 Fundraisers for a Prospective Student-Athlete.** An institution may arrange a fundraiser for a prospective student-athlete (or the prospective student-athlete's relatives) who is impacted by extreme circumstances beyond the control of the prospective student-athlete (e.g., natural disaster, life threatening emergency) under the following conditions: *(Adopted: 10/21/14)*

(a) The prospective student-athlete has signed a National Letter of Intent or written offer of admission and/or financial aid or the institution has received their financial deposit in response to its offer of admission; *(Revised: 4/14/15)*

(b) The total value of the cash and/or goods from the fundraiser provided to the prospective student-athlete does not exceed the total amount of expenses incurred by the prospective student-athlete; *(Revised: 10/16/18)*

(c) The proceeds must be designated for a specific purpose;

(d) The proceeds may be given directly to the beneficiaries, with receipt kept on file by the institution, which must include the amount of expenses incurred and the total amount received; and *(Revised: 10/16/18)*

(e) The excess proceeds must be given to a not-for-profit organization with receipt kept on file by the institution. *(Revised: 10/16/18)*

**13.2.9 Summer Facility Fees for Prospective Student-Athletes.** An institution may pay fees associated with the use of institutional practice and competition facilities by a prospective student-athlete to participate in voluntary athletically related activities in their sport during the summer before initial full-time enrollment at the certifying institution (see Bylaw 13.11.2.3), provided the prospective student-athlete has signed a National Letter of Intent or written offer of admission and/or financial aid or the institution has received their financial deposit in response to its offer of admission. *(Adopted: 1/16/10, Revised: 4/14/15)*

**13.2.10 Benefits for Relatives or Legal Guardians of Prospective Student-Athletes.** An institutional staff member may provide a benefit to a prospective student-athlete's relative or legal guardian, provided: *(Adopted: 7/24/12)*

(a) The relative or legal guardian has a pre-existing established relationship with the institutional staff member; and

(b) The benefit provided is consistent with the nature and level of benefits that the institutional staff member has provided to the relative or legal guardian prior to the point in which the prospective student-athlete became a prospective student-athlete.

**13.2.11 Complimentary Admissions to Institutional Contests, Conference Tournaments, NCAA Championships or Other Postseason Contests for Military Families.** An institution, conference or the NCAA may

provide complimentary admission to prospective student-athlete-aged children accompanying a military member to any regular-season contest, conference tournament, NCAA championship or other postseason contest. *(Adopted: 4/19/16)*

## 13.3 Admissions and Graduation Data, Banned Drug List, Initial-Eligibility Standards and Organized-Competition Legislation.

### 13.3.1 Disclosure Report.

**13.3.1.1 Report Publication.** The Association's national office annually shall publish the admissions and graduation-rate data specified in Bylaw 7.8.2.1 and the academic success rate data specified in Bylaw 7.3.1.5.12 and shall identify the information on an institution-specific basis. *(Adopted: 1/10/90 for data collection, effective 10/1/91 for disclosure in Division I and 7/1/93 for disclosure in Division II, Revised: 4/11/06)*

**13.3.1.2 Report Distribution.** The NCAA Eligibility Center shall provide the information contained within the report to a prospective student-athlete and their parents or legal guardians after they have registered with the Eligibility Center and the Eligibility Center has received an institution's request to add the prospective student-athlete to the institution's institutional request list. The NCAA shall provide a compilation of graduation data to the prospective student-athletes' guidance offices and high school and two-year college coaches. *(Adopted: 1/10/90 for data collection, effective 7/1/93 for disclosure, Revised: 1/10/92, 1/16/93, 1/11/00, 4/11/06, 1/16/10 effective 8/1/10 for all prospective student-athletes who register with the NCAA Eligibility Center on or after 8/1/10)*

### 13.3.2 Banned Drug List and Information About Nutritional Supplements.

**13.3.2.1 Report Publication.** The Association's national office annually shall publish the banned drug list specified in Bylaw 18.2.1.2.1 and shall update the list on its website. *(Adopted: 1/12/04 for any student-athlete initially enrolling in the certifying institution on or after 8/1/04)*

**13.3.2.2 Report Distribution.** The NCAA Eligibility Center shall provide the NCAA banned drug list (see Bylaw 18.2.1.2.1) and information about nutritional supplements to a prospective student-athlete and their parents or legal guardians after they have registered with the Eligibility Center. *(Adopted: 1/12/04 for any student-athlete initially enrolling in the certifying institution on or after 8/1/04, Revised: 10/29/04, 1/9/06, 1/16/10 effective 8/1/10 for all prospective student-athletes who register with the NCAA Eligibility Center on or after 8/1/10)*

### 13.3.3 Notification of Initial-Eligibility Standards.
The NCAA Eligibility Center shall provide information regarding the initial-eligibility standards contained in Bylaw 14.3 to a prospective student-athlete and their parents or legal guardians after they have registered with the Eligibility Center. *(Adopted: 2/26/08, Revised: 1/16/10 effective 8/1/10 for all prospective student-athletes who register with the NCAA Eligibility Center on or after 8/1/10)*

### 13.3.4 Notification of Organized-Competition Legislation.
The NCAA Eligibility Center shall provide information regarding the organized-competition legislation contained in Bylaw 14.2.4.2 to a prospective student-athlete and their parents or legal guardians after they have registered with the Eligibility Center and the Eligibility Center has received an institution's request to add the prospective student-athlete to the institution's request list. *(Adopted: 4/17/12 effective 8/1/12 for any prospective student-athlete who registers with the NCAA Eligibility Center on or after 8/1/12)*

## 13.4 Recruiting Materials.

### 13.4.1 Printed Recruiting Materials.
An institution may not provide athletically related recruiting materials (including electronic mail and facsimiles) to a prospective student-athlete [or the prospective student-athlete's relatives or legal guardian(s)] before June 15 immediately preceding the prospective student-athlete's junior year in high school. **[D]** *(Revised: 1/10/91 effective 8/1/91, 1/10/92, 1/11/94 effective 8/1/94, 1/10/95 effective 8/1/95, 1/9/96 effective 7/1/96, 1/11/00 effective 8/1/00, 1/14/02, 1/9/06, 4/21/09, 6/22/11, 1/14/12 effective 6/15/12 for any prospective student-athlete entering their junior year in high school 6/15/12 and thereafter, 7/17/18)*

#### 13.4.1.1 Exceptions.

**13.4.1.1.1 Permissible Date.** An institution may provide educational information published by the NCAA (e.g., NCAA Guide for the College-Bound Student-Athlete), institutional camp brochures, questionnaires and nonathletically related recruiting materials (e.g., institutional admissions publications, academic publications, student services publications) to a prospective student-athlete at any time. *(Revised: 10/20/03, 1/9/06, 4/11/06)*

**13.4.1.1.2 Reproducing Printed Recruiting Materials in Any Electronic Format.** An institution may reproduce media guides in any electronic format for purposes of recruiting; however, all of the material contained in the electronic format must be able to be replicated in hard-copy format (i.e., the electronic format may not contain audio or visual materials pursuant to Bylaw 13.4.4) and must be permissible according to Bylaw 13.4.1. *(Adopted: 4/11/06, Revised: 1/25/10)*

**13.4.1.2 Responding to Prospective Student-Athlete's Request.** Institutional staff members (including athletics staff members) may respond to a prospective student-athlete's letter requesting information from an institution's athletics department before June 15 immediately preceding the prospective student-athlete's junior year in high school, provided the written response does not include information that would initiate the recruitment of the prospective student-athlete or information related to the institution's athletics program (e.g., the reply contains an explanation of current NCAA legislation or a referral to the admissions department). *(Revised: 1/14/12 effective 6/15/12 for any prospective student-athlete entering their junior year in high school June 15 2012 and thereafter)*

**13.4.2 Electronic Media.** An institution may not provide athletically related electronic media to a prospective student-athlete [or the prospective student-athlete's relatives or legal guardian(s)] before June 15 immediately preceding the prospective student-athlete's junior year in high school. **[D]** *(Adopted: 1/11/94 effective 8/1/94, Revised: 1/9/96 effective 8/1/96, 1/8/07 effective 8/1/07, 1/14/08, 4/15/08, 4/21/09, 6/22/11, 1/14/12 effective 6/15/12 for any prospective student-athlete entering their junior year in high school 6/15/12 and thereafter, 7/17/18)*

**13.4.2.1 Exception -- Community Engagement Activities.** An institution may produce, show, send and provide a prospective student-athlete with electronic media of its community engagement activities at any time. *(Adopted: 1/8/07 effective 8/1/07, Revised: 1/14/08, 4/15/08)*

**13.4.3 Advertisements and Promotions.**

**13.4.3.1 Recruiting Advertisements.** The publication of advertising or promotional material, by or on behalf of a member institution, designed to solicit the enrollment of a prospective student-athlete is permitted, provided the advertisement or promotional material does not publicize interest in a particular prospective student-athlete. **[D]** *(Revised: 1/13/98, 1/9/06, 1/8/07 effective 8/1/07, 6/22/11, 4/14/21)*

**13.4.3.1.1 Shared Home Facility.** A member institution may advertise and upgrade its home facility even if that facility is also the home facility for prospective student-athletes (e.g., high school football stadium). *(Adopted: 1/9/06)*

**13.4.3.1.2 Interview to Recruiting Publication.** An institutional coaching staff member may not provide an interview for an article that will appear in a recruiting publication or newsletter. (See Bylaw 13.10.2.2 for exception related to evaluations for media, recruiting services or recruiting publications). *(Adopted: 4/15/98, Revised: 9/11/18)*

**13.4.3.2 NCAA or Conference Championship Promotional Materials.** The NCAA or a member conference [or a third party acting on behalf of the NCAA or member conference (e.g., host institution, conference, local organizing committee)] may produce and provide championships promotional materials to any individual or group, provided the materials: **[D]** *(Adopted: 1/11/00 effective 8/1/00, Revised: 1/13/03 effective 8/1/03, 1/10/05 effective 8/1/05, 6/22/11)*

(a) Are solely for the purpose of promoting the championship event rather than the host institution, and use factual information (e.g., date, time, location, identification of host school/conference, ticket information, photos of previous championships);

(b) Are not sent exclusively to prospective student-athletes;

(c) Are available to the general public; and

(d) Do not promote the institution's athletics program.

**13.4.3.3 Miscellaneous Promotions.** Member institutions and their representatives of athletics interests are prohibited from financing, arranging or using recruiting aids (e.g., newspaper advertisements, bumper stickers, message buttons) designed to publicize the institution's interest in a particular prospective student-athlete. **[D]** *(Revised: 1/13/98, 6/22/11)*

**13.4.4 Electronic Transmissions.** Electronically transmitted correspondence (e.g., instant messaging, text messaging, electronic mail) shall not be sent to a prospective student-athlete [or the prospective student-athlete's relatives or legal guardian(s)] before June 15 immediately preceding the prospective student-athlete's junior year in high school. Electronically transmitted correspondence may be sent between multiple institutional staff members, enrolled student-athletes and/or multiple prospective student-athletes [or their relatives or legal guardian(s)] at a time (see Bylaw 13.10.2 for publicity restrictions). There shall be no limit on the number of electronic transmissions sent by institutional staff members and/or enrolled student-athletes to a prospective student-athlete [or the prospective student-athlete's relatives or legal guardian(s)]. Color attachments and hyperlinks may be included with electronically transmitted correspondence sent to a prospective student-athlete, provided there is no cost (e.g., subscription fee) associated with sending the item attached or linked to the electronically transmitted correspondence. **[D]** *(Adopted: 1/14/08 effective 8/1/08, Revised: 4/21/09, 10/19/10, 6/22/11, 1/14/12 effective 6/15/12 for any prospective student-athlete entering their junior year in high school 6/15/12 and thereafter, 4/15/14, 7/17/18, 4/14/21, 5/3/21)*

**13.4.4.1 Electronic Transmissions After National Letter of Intent Signing or Other Written Commitment.** The requirement that electronically transmitted correspondence be private between recipient and sender is not applicable to electronic communication between the institution and a prospective student-athlete after they have signed a National Letter

of Intent or the institution's written offer of admission and/or financial aid or the institution has received their financial deposit in response to its offer of admission. *(Adopted: 7/23/13, Revised: 4/14/15)*

## 13.5 Transportation.

**13.5.1 General Restrictions.** An institution may provide transportation to a prospective student-athlete on an official paid visit as specified in Bylaw 13.5.2 or an unofficial visit as specified in Bylaw 13.5.3. *(Revised: 1/11/89, 1/13/98, 1/10/05 effective 8/1/05, 1/9/06, 7/24/07)*

**13.5.1.1 Nonpermissible Transportation.** If nonpermissible transportation is provided, the institution may not avoid a violation of this rule by receiving reimbursement for mileage from the prospect.

**13.5.2 Transportation on Official (Paid) Visit.**

**13.5.2.1 General Restrictions.** A member institution may pay the prospective student-athlete's actual round-trip transportation costs for their official visit to its campus, provided a direct route between the prospective student-athlete's home, site of athletics competition or educational institution and the institution's campus is used. Use of a limousine or helicopter for such transportation is prohibited. **[R]** *(Revised: 6/22/11, 4/16/19)*

**13.5.2.1.1 Camp or Clinic.** It is not permissible for an institution to pay any leg of a prospective student-athlete's transportation costs if they participate in an institutional camp or clinic in conjunction with an official visit. *(Adopted: 1/18/14 effective 6/15/14)*

**13.5.2.1.2 Prospective Student-Athlete's Friends, Relatives and Legal Guardian(s).** A prospective student-athlete's friends, relatives or legal guardian(s) may receive cost-free transportation to visit a member institution's campus only by accompanying the prospective student-athlete at the time the prospective student-athlete travels in an automobile to visit the institution's campus (see Bylaw 13.5.2.2.1). *(Revised: 4/16/19)*

**13.5.2.1.3 Visiting Two or More Institutions.** Two or more institutions to which a prospective student-athlete is making official visits on the same trip may provide travel expenses, provided there is no duplication of expenses, only actual and necessary expenses are provided, and the 48-hour visit limitation is observed at each institution. **[R]** *(Revised: 4/16/19)*

**13.5.2.2 Automobile Transportation.** When a prospective student-athlete travels by automobile on an official paid visit, the institution may pay round-trip expenses to the individual incurring the expense (except the prospective student-athlete's coach as provided in Bylaw 13.8.1.1) at the same mileage rate it allows its own personnel. Any automobile may be used by the prospective student-athlete, provided the automobile is not owned or operated or its use is arranged by the institution or any representative of its athletics interests. **[R]** *(Revised: 1/11/94, 6/22/11)*

**13.5.2.2.1 Coach Transporting Prospective Student-Athlete and Prospective Student-Athlete's Friends, Relatives or Legal Guardian(s).** A coach, who is certified through the annual certification requirement to recruit and evaluate prospective student-athletes off campus, may transport a prospective student-athlete and their friends, relatives or legal guardian(s) in any vehicle to campus on an official visit, provided the conditions regarding the contact restrictions at specified sites are satisfied (see Bylaw 13.1.6). Transportation may be provided regardless of whether a visit occurs during or outside a permissible contact period. The 48-hour time limitation of the official visit shall begin if entertainment (e.g., meal) is provided to the prospective student-athlete or the prospective student-athlete's friends, relatives or legal guardian(s) while providing such transportation. **[R]** *(Revised: 4/16/19)*

**13.5.2.2.2 Use of Automobile During Visit.** The institution or representatives of its athletics interests shall not provide an automobile for use during the official visit by the prospective student-athlete or by a student host. **[R]** *(Revised: 6/22/11, 4/16/19)*

**13.5.2.3 Air Transportation.** The air fare for commercial transportation for the official visit may not exceed coach (or comparable) class. **[R]** *(Revised: 1/10/95 effective 8/1/95, 6/22/11)*

**13.5.2.3.1 From Airport.** During the official visit, any member of an institution's athletics department staff may provide ground transportation for a prospective student-athlete between the campus and any bus or train station or airport. The 48-hour period begins at the time the prospective student-athlete arrives on the institution's campus. The transportation must be without delay for personal reasons or entertainment purposes. **[R]** *(Revised: 4/16/19)*

**13.5.2.3.2 Institution's Airplane.** An institution may use its own airplane to transport a prospective student-athlete to the campus for an official visit, provided relatives, other friends or legal guardian(s) do not accompany the prospective student-athlete.

**13.5.2.3.3 Noncommercial Airplane.** Whenever an aircraft (other than a commercial airplane) is used to transport a prospective student-athlete, payment for its use shall be at the established charter rates at the airport where the craft is

based. The institution shall be prepared to demonstrate satisfactorily that such payment has been made. **[R]** *(Revised: 1/10/90, 6/22/11)*

**13.5.3 Transportation on Unofficial Visit.** During any unofficial recruiting visit, the institution may provide the prospective student-athlete with transportation to view practice and competition sites in the prospective student-athlete's sport, other institutional facilities and to attend an institution's home athletics contest (on or off campus). Payment of any other transportation expenses is not permissible. However, the institution may provide transportation for a prospective student-athlete to attend home athletics contests. **[R]** *(Revised: 1/11/89, 1/11/00, 4/29/04, 1/10/05 effective 8/1/05, 1/9/06, 4/11/06, 7/24/07, 6/22/11, 7/23/19)*

**13.5.4 Transportation to Enroll.** An institution or its representatives shall not furnish a prospective student-athlete, directly or indirectly, with transportation to the campus for enrollment. However, it is permissible for any member of the institution's staff to provide transportation from a bus or train station or airport to the campus on the occasion of the student-athlete's initial arrival at the institution to attend classes. **[R]** *(Revised: 10/18/11)*

# 13.6 Official (Paid) Visit.

## 13.6.1 Limitations on Official Visit.

**13.6.1.1 One-Visit Limitation.** A member institution may finance only one visit to its campus for a prospective student-athlete.

**13.6.1.2 First Opportunity to Visit.** A prospective student-athlete may not be provided an expense-paid visit earlier than June 15 immediately preceding the prospective student-athlete's junior year in high school. **[D]** *(Revised: 1/10/05, 6/22/11, 1/18/14 effective 6/15/14)*

**13.6.1.3 Post-High School Visits.** The one-visit limitation applies separately to the period in which the prospective student-athlete is in high school and to the period beginning September 1 after the prospective student-athlete's completion of high school. **[D]** *(Adopted: 1/15/11 effective 8/1/11, Revised: 6/22/11)*

**13.6.1.3.1 Transfer Student.** If a student-athlete attending a four-year institution desires to transfer and that institution provides the authorization required (per Bylaw 13.1.1.2), it is permissible for a second institution to provide the student-athlete one official visit to that institution's campus. *(Adopted: 1/15/11 effective 8/1/11, Revised: 1/27/20 effective 8/1/20 August 1, 2020, for any four-year college student-athlete transferring during the 2020-21 academic year, and thereafter.)*

## 13.6.2 Requirements for Official Visit.

**13.6.2.1 High School or Preparatory School Prospective Student-Athlete.** An institution shall not provide an official visit to a high school or preparatory school prospective student-athlete until they: **[D]** *(Adopted: 1/10/91 effective 8/1/92, Revised: 1/10/92, 1/16/93, 1/13/98, 4/29/04, 4/28/05, 1/9/06, 1/8/07 effective 8/1/07, 6/22/11, 10/21/14)*

(a) Present the institution with (or has on file with the NCAA Eligibility Center) a high school or college-preparatory school transcript (official or unofficial); *(Revised: 2/24/11, 1/18/14 effective 6/15/14, 8/6/18, 7/23/19)*

(b) Register with the NCAA Eligibility Center; and *(Revised: 1/8/07 effective 8/1/07)*

(c) Are placed on the institution's institutional request list (IRL) with the NCAA Eligibility Center. *(Adopted: 1/8/07 effective 8/1/07)*

**13.6.2.2 Two-Year or Four-Year College Prospective Student-Athlete.** An institution shall not provide an official visit to a two-year or four-year college prospective student-athlete until they have presented an academic transcript. A prospective student-athlete in their first semester or quarter at a two-year or four-year institution would be required to present a high-school transcript. **[D]** *(Adopted: 10/21/14, Revised: 4/3/17, 9/12/18, 7/23/19)*

**13.6.2.3 Visit to Off-Campus Contest.** The official visit shall be made to the campus and not, for example, to an off-campus site where the institution may be appearing in an athletics contest. However, if an institution is required to play all of its home games in a given sport at a site located in a community other than its own because of conditions beyond its own control (e.g., fire, windstorm, earthquake or other disaster), the institution may consider games played at the substitute site as on-campus competition, provided the institution documents the conditions causing it to visit an off-campus site on an official visit. **[D]** *(Revised: 1/10/05, 1/9/06, 6/22/11)*

**13.6.3 Length of Official Visit.** An official visit to an institution shall not exceed 48 hours. A prospective student-athlete may remain in the locale in which the institution is located after the permissible 48-hour period for reasons unrelated to the official visit, provided that at the completion of the 48-hour visit, the individual departs the institution's campus, and the institution does not pay any expenses thereafter, including the cost of return transportation to the prospective student-athlete's home. Additionally, if the prospective student-athlete does not return home before attending the institution, the one-way

transportation to the campus would be considered a violation of Bylaw 13.5.4, which prohibits transportation to enroll. **[D]** *(Revised: 1/9/96 effective 8/1/96, 1/10/05, 6/22/11)*

**13.6.3.1 48-Hour Period Defined.** The 48-hour period of the official visit begins at the time the prospective student-athlete arrives on the institution's campus, rather than with the initiation of the prospective student-athlete's transportation by a coach or the time of the prospective student-athlete's arrival at the airport or elsewhere in the community. The prospective student-athlete's transportation to and from the campus must be without delay for personal reasons or entertainment purposes. The institution may not pay any expenses for entertainment (other than the actual and reasonable cost of meals) in conjunction with the prospective student-athlete's transportation. At the completion of the 48-hour visit, the prospective student-athlete must depart the institution's campus immediately; otherwise, the institution may not pay any expenses incurred by the prospective student-athlete upon departure from the institution's campus, including the cost of the prospective student-athlete's transportation home.

**13.6.3.2 Exception to 48-Hour Period for Extenuating Circumstances.** An official visit may extend beyond 48 hours for reasons beyond the control of the prospective student-athlete and the institution. *(Adopted: 10/21/08, Revised: 4/16/19)*

**13.6.4 Transportation on Official Visit.** For regulations relating to transportation on the official visit, see Bylaw 13.5.2.

**13.6.5 Accommodations on Official Visit.** A prospective student-athlete on an official visit shall be provided lodging that is similar to the accommodations provided to regular students. Local commercial facilities may be used but at a scale comparable to that of normal student life and only within a 30-mile radius of the institution's campus. **[R]** *(Revised: 10/19/15, 5/3/16)*

**13.6.6 Entertainment/Tickets on Official Visit.**

**13.6.6.1 General Restrictions.** An institution may provide entertainment, pursuant to Bylaw 13.6.6.5, on the official visit only for a prospective student-athlete and the prospective student-athlete's relatives [or legal guardian(s)]. Entertainment and contact by representatives of the institution's athletics interests during the official visit are confined to campus. It is not permissible to entertain other persons accompanying a prospective student-athlete at any time at any site. **[R]** *(Revised: 1/13/98, 1/10/05, 1/9/06, 6/22/11, 9/30/14, 10/21/14)*

**13.6.6.1.1 Meals and Lodging While in Transit.** It is permissible for an institution to pay a prospective student-athlete's actual costs for reasonable expenses (e.g., meals, lodging) incurred while traveling to and from campus on the official visit.

**13.6.6.2 Complimentary Admissions.** During the official visit, a maximum of five complimentary admissions to a campus athletics event in which the institution's intercollegiate team practices or competes may be provided to a prospective student-athlete. Such complimentary admissions are for the exclusive use of the prospective student-athlete and those persons accompanying the prospective student-athlete on the visit and must be issued on an individual-game basis. Providing special seating arrangements during the conduct of the event (including intermission) for the prospective student-athlete or those persons accompanying the prospective student-athlete in the facility's press box, special seating box(es) or bench area is specifically prohibited. See Bylaw 13.2.11 for complimentary admissions for military families. **[R]** *(Revised: 1/10/90 effective 8/1/90, 1/11/94, 1/13/98, 1/11/00 effective 8/1/00, 1/9/06, 6/22/11, 10/19/15, 4/19/16)*

**13.6.6.2.1 Off-Campus Home Competition.** Complimentary admissions may be provided to a prospective student-athlete and those persons accompanying the prospective student-athlete on the visit to attend an institution's off-campus home competition, provided the site of the competition is located within a 30-mile radius of the institution's campus. *(Adopted: 1/11/00 effective 8/1/00)*

**13.6.6.2.2 Conference Tournaments, NCAA Championships or Other Postseason Contests.** The provision of complimentary or reduced-cost admissions to prospective student-athletes for a conference tournament, NCAA championship (all rounds) or other postseason contests (e.g., bowl game, NAIA or NIT championship) constitutes excessive entertainment and is prohibited. The prospective student-athlete may purchase these tickets only in the same manner as any other member of the general public. See Bylaw 13.2.11 for complimentary admissions for military families. **[R]** *(Revised: 1/10/92, 1/18/14 effective 6/15/14, 4/19/16)*

**13.6.6.2.3 Purchase of Game Tickets in Same Locale.** An institution may reserve tickets, only for the use of immediate family members accompanying a prospective student-athlete during an official visit and for seat locations adjacent to the complimentary seats being provided to the prospective student-athlete. These tickets must be purchased at face value. **[R]** *(Adopted: 1/10/92)*

**13.6.6.3 Parking.** An institution may arrange special on-campus parking for prospective student-athletes during an official visit. *(Adopted: 1/10/92)*

**13.6.6.4 Cash to Prospective Student-Athlete.** The institution or representatives of its athletics interests shall not provide cash to a prospective student-athlete for entertainment purposes.

**13.6.6.5 Student Host.** The institution may provide the following to a student host entertaining a prospective student-athlete: **[R]** *(Revised: 6/22/11)*

(a) A maximum of $30 for each day of the visit to cover all actual costs of entertaining the prospective student-athlete (and the prospective student-athlete's relatives or legal guardians), excluding the cost of meals and admission to campus athletics events. These funds may not be used for the purchase of souvenirs such as T-shirts or other institutional mementos. It is permissible to provide the student host with an additional $15 per day for each additional prospective student-athlete the host entertains; *(Revised: 1/10/90 effective 8/1/90, 1/9/96 effective 8/1/96, 1/9/06)*

(b) Complimentary meals, provided the student host is accompanying the prospective student-athlete during the prospective student-athlete's official visit; and *(Adopted: 1/10/92, Revised: 7/21/09)*

(c) Complimentary admissions to campus athletics events, provided the admissions are used to accompany a prospective student-athlete to the events during the prospective student-athlete's official visit. *(Revised: 7/21/09)*

**13.6.6.5.1 Multiple Hosts.** If several students host a prospective student-athlete, the $30-per-day entertainment money may be used to cover the actual and necessary expenses incurred by the prospective student-athlete and all hosts. **[D]** *(Revised: 1/10/92, 1/16/93, 1/9/96 effective 8/1/96, 1/13/03 effective 8/1/03, 6/22/11, 4/24/18)*

**13.6.6.5.2 Use of Automobile.** The institution or representatives of its athletics interests shall not provide an automobile for use by the prospective student-athlete or the student host. **[D]** *(Revised: 1/13/03 effective 8/1/03, 6/22/11)*

**13.6.6.6 Student Support Group Assisting in Recruiting.** An institution may not provide a free meal or entertainment to a member of an institutional student support group that assists in the recruitment of a prospective student-athlete during an official visit, unless the student is designated as the one student host for that prospective student-athlete. Any additional arrangement between the institution and members of such a support group (e.g., compensation, providing a uniform) is left to the discretion of the institution. *(Adopted: 1/16/93)*

**13.6.6.7 Meals on Official Visit.**

**13.6.6.7.1 Meals on Official Visit.** An institution may provide the actual cost of meals on an official visit for a prospective student-athlete and the prospective student-athlete's relatives or legal guardian(s). **[R]** *(Adopted: 1/10/92, Revised: 1/11/94 effective 8/1/94, 1/10/95 effective 8/1/95, 1/9/06, 4/11/06, 6/22/11, 1/18/14 effective 6/15/14)*

**13.6.6.7.1.1 Entertainment at Staff Member's Home.** A luncheon, dinner or brunch at the home of an institutional staff member (e.g., the athletics director, a coach, a faculty member or the institution's president) may be held for a prospective student-athlete on an official visit, provided the entertainment is on a scale comparable to that of normal student life and is not excessive in nature. **[R]** *(Revised: 1/9/96, 4/16/19)*

**13.6.6.8 Normal Retail Cost.** If a boat, snowmobile, recreational vehicle or similar recreational equipment (including those provided by an institutional staff member or a representative of the institution's athletics interests) is used to entertain a prospective student-athlete or the prospective student-athlete's relatives or legal guardian(s), the normal retail cost of the use of such equipment shall be assessed against the $30-per-day entertainment figure; further, if such normal retail cost exceeds the $30-per-day entertainment allowance, such entertainment may not be provided. **[R]** *(Adopted: 1/10/92, Revised: 1/9/96 effective 8/1/96, 1/9/06, 6/22/11)*

**13.6.7 Lodging for Additional Persons.** A prospective student-athlete's relatives and legal guardians may stay in the same room as the prospective student-athlete, but the institution shall not pay the costs resulting from the additional occupants. The additional occupants shall not be prospective student-athletes being recruited by the institution except for a sibling of the prospective student-athlete. **[R]** *(Adopted: 1/10/92, Revised: 1/9/06, 6/22/11, 7/23/19)*

# 13.7 Unofficial (Nonpaid) Visit.

**13.7.1 Number Permitted.** A prospective student-athlete may visit a member institution's campus at their own expense an unlimited number of times. A prospective student-athlete may make unofficial visits before June 15 immediately preceding their junior year in high school.

**13.7.2 Entertainment/Tickets.**

**13.7.2.1 General Restrictions.** During an unofficial visit, the institution may not pay any expenses or provide any entertainment except a maximum of five complimentary admissions to a home athletics event, regardless of location, in which the institution's intercollegiate team practices or competes. Such complimentary admissions are for the exclusive use of the prospective student-athlete and those persons accompanying the prospective student-athlete on the visit and must be

issued on an individual-game basis. Providing seating during the conduct of the event (including intermission) for the prospective student-athlete or those persons accompanying the prospective student-athlete in the facility's press box, special seating box(es) or bench area is specifically prohibited. See Bylaw 13.2.11 for complimentary admissions for military families. **[R]** *(Revised: 1/10/90 effective 8/1/90, 1/11/94, 1/9/06, 6/22/11, 10/19/15, 4/19/16, 7/17/18)*

**13.7.2.1.1 Meals.** An institution may provide a prospective student-athlete (and the prospective student-athlete's relatives or legal guardians) with one meal on or off campus in the locale of the institution during an unofficial visit. **[R]** *(Revised: 1/10/91, 1/9/06, 3/3/10, 6/22/11, 1/18/14 effective 6/15/14)*

**13.7.2.1.2 Housing -- Lodging in Dormitories.** A prospective student-athlete on an unofficial visit may stay in an enrolled student-athlete's dormitory room only if the prospective student-athlete pays the regular institutional rate for such lodging. **[R]** *(Revised: 6/22/11)*

**13.7.2.1.3 Transportation during Unofficial Visit.** For regulations relating to transportation on an unofficial visit, see Bylaw 13.5.3.

**13.7.2.1.4 Reserving Game Tickets.** An institution may not reserve tickets (in addition to the permissible complimentary admissions) to be purchased by a prospective student-athlete (or individuals accompanying the prospective student-athlete) on an unofficial visit. Tickets may be purchased only in the same manner as any other member of the general public. **[R]** *(Adopted: 1/10/92, Revised: 6/22/11)*

**13.7.2.1.5 Parking.** An institution may arrange special on-campus parking for prospective student-athletes during an unofficial visit. **[R]** *(Adopted: 1/10/92, Revised: 6/22/11, 1/18/14 effective 6/15/14)*

**13.7.2.1.6 Academic Interviews.** An athletics department staff member may arrange academic interviews for a prospective student-athlete on an unofficial visit.

**13.7.2.2 Conference Tournaments, NCAA Championships or Other Postseason Contests.** The provision of complimentary or reduced-cost admissions to prospective student-athletes for a conference tournament, NCAA championship (all rounds) or other postseason contests (e.g., bowl game, NAIA or NIT championship) constitutes excessive entertainment and is prohibited. The prospective student-athlete may purchase tickets to such events only in the same manner as any other member of the general public. See Bylaw 13.2.11 for complimentary admissions for military families. **[R]** *(Revised: 1/10/92, 6/22/11, 1/18/14 effective 6/15/14, 4/19/16)*

**13.7.2.3 Visit Unrelated to Recruitment.** The limitations on providing entertainment to a prospective student-athlete shall not extend to a visit to the institution's campus for a purpose having nothing whatsoever to do with the prospective student-athlete's athletics recruitment by the institution (e.g., band trip, fraternity weekend, athletics team's attendance at a sporting event with the high school coach). The institution's athletics department or representatives of its athletics interests may not be involved in any way with the arrangements for the visit, other than providing (in accordance with established policy) free admissions to an athletics event on a group basis, rather than personally to the prospective student-athlete. **[R]** *(Revised: 6/22/11)*

**13.7.2.3.1 Admitted Student Meeting with Coach.** During a prospective student-athlete's visit to campus for reasons unrelated to athletics recruitment, an institution may arrange a meeting between a prospective student-athlete who is admitted to the institution and the institution's coaching staff without such an arrangement constituting an official visit. *(Adopted: 5/4/20)*

**13.7.2.4 Visit Related to National Student-Athlete Day or National Girls and Women in Sports Day.** The limitations on providing entertainment to a prospective student-athlete shall not extend to a visit to the institution's campus for activities related to National Student-Athlete Day and/or National Girls and Women in Sports Day. **[R]** *(Adopted: 1/14/97, Revised: 4/22/98, 1/12/99 effective 8/1/99, 6/22/11)*

# 13.8 Entertainment, Reimbursement and Employment of High School/College-Preparatory School/Two-Year College Coaches.

**13.8.1 Entertainment Restrictions.** Entertainment of a high school, college-preparatory school or two-year college coach or any other individual responsible for teaching or directing an activity in which a prospective student-athlete is involved shall be limited to providing a maximum of four complimentary admissions, which must be issued on an individual-game basis, to home athletics contests at any facility in which the institution's intercollegiate team regularly practices or competes. Such entertainment shall not include food and refreshments, room expenses, or the cost of transportation to and from the campus. An institutional coaching staff member is expressly prohibited from spending funds to entertain the prospective student-athlete's coach on or off the member institution's campus. **[D]** *(Revised: 1/10/05, 1/9/06, 4/11/06, 6/22/11, 10/21/14, 4/16/19)*

**13.8.1.1 Transportation Reimbursement.** An institution shall not reimburse a high school, college-preparatory school or two-year college coach for transportation expenses of any kind. **[D]** *(Revised: 4/11/06, 6/22/11, 10/21/14)*

**13.8.1.2 Purchase of Game Tickets.** Tickets (beyond the permissible complimentary admission) may be reserved or purchased only in the same manner as any other member of the general public. **[D]** *(Adopted: 1/10/92, Revised: 4/11/06, 6/22/11, 10/21/14)*

**13.8.1.3 Noncoaching-Related Organization.** If a high school, college-preparatory school or two-year college coach is a member of a noncoaching-related organization (e.g., state high school principals association, college fraternity alumni organization, institution's alumni association), an institution may entertain the group, provided there is no direct involvement by the institution's athletics department. **[D]** *(Revised: 4/11/06, 6/22/11, 10/21/14)*

**13.8.2 Material Benefits.** Arrangements by an institution that involve a material benefit for a high school, college-preparatory school or two-year college coach, or for any other individual responsible for teaching or directing an activity in which a prospective student-athlete is involved (e.g., the provision of a gift such as a tangible item bearing the institution's insignia, the offer to pay a portion of the coach's or other individual's personal expenses, compensation based on the number of campers sent to an institution's camp, or an arrangement to provide transportation for the coach or other individual), are prohibited. **[D]** *(Revised: 1/10/05, 1/9/06, 6/22/11, 10/21/14)*

**13.8.2.1 Alumni Exception.** An institution may provide a material benefit (e.g., meal, plaque, certificate) with a value comparable to nonathletics awards for recognition of a special achievement to a high school, preparatory school or two-year college coach who is an alumni of that institution. *(Adopted: 10/17/06)*

**13.8.2.2 Gifts at Coaches' Clinic.** An institution may not provide gifts to high school, college-preparatory school or two-year college coaches in conjunction with its coaches' clinic or other events. This specifically prohibits the provision of a door prize to the coach, even if the cost of the prize is included in the cumulative admission fee (i.e., the admission fee charged to each person, when combined, would cover the cost of the prize). Materials (e.g., clipboards, file folders) may be provided to each person attending the clinic, provided the items are included in the registration or admission fee. **[D]** *(Revised: 1/16/93, 1/11/94, 6/22/11, 10/21/14)*

**13.8.3 Employment Conditions.**

**13.8.3.1 Graduate Teaching Assistants.** A high school, college-preparatory school or two-year college coach who is enrolled in a bona fide postgraduate program at a member institution is permitted to receive legitimate compensation as a graduate teaching assistant.

**13.8.3.2 Conditions.** A high school, college-preparatory school or two-year college coach who remains associated with the high school, college-preparatory school or two-year college in a coaching capacity shall be permitted to engage in employment as a member of an institution's coaching staff provided the individual: *(Revised: 4/29/04, 7/23/19)*

(a) Performs actual, on-the-field coaching duties; and

(b) Is involved in recruiting only to the same extent as other institutional on-the-field coaches.

# 13.9 Letter-of-Intent Programs, Financial Aid Agreements.

**13.9.1 NCAA Eligibility Center Registration and Institutional Request List.** An institution shall not provide a high school or college-preparatory school prospective student-athlete a written offer of athletically related financial aid (per Bylaw 15.5.2.3) until the prospective student-athlete has registered with the NCAA Eligibility Center and the institution has placed the prospective student-athlete on the institutional request list (IRL) with the Eligibility Center. **[D]** *(Adopted: 1/8/07 effective 8/1/07, Revised: 6/22/11)*

**13.9.2 Transcript Prior to National Letter of Intent or Written Offer of Athletics Aid.** An institution shall not provide a high school, college-preparatory school, two-year or four-year college prospective student-athlete with a National Letter of Intent or written offer of athletics aid until the prospective student-athlete presents the institution with a high school, college-preparatory school or college transcript (official or unofficial). *(Adopted: 1/17/09 effective 8/1/09 for written offers of athletically related financial aid signed by a prospective student-athlete on or after 8/1/09, Revised: 6/22/11, 1/27/20)*

**13.9.3 Institutional or Conference Letter-of-Intent Programs.** A member institution may participate in an institutional or conference athletics letter-of-intent program or issue an institutional or conference financial aid agreement during the National Letter of Intent (NLI) signing period; however, an institutional or conference letter of intent or financial aid agreement may not be issued prior to the initial NLI signing date for that sport. *(Revised: 4/29/04 effective 5/6/04, 1/8/07 effective 8/1/07, 6/22/11, 7/26/18)*

**13.9.3.1 Mailing of Financial Aid Offer.** An institutional or conference financial aid form may be included in the normal mailing of the National Letter of Intent, but none of the forms enclosed in the mailing may be signed by the prospective student-athlete before the initial-signing date in that sport in the National Letter of Intent program. **[D]** *(Revised: 6/22/11)*

**13.9.3.2 Offer of Aid Before Signing Date.** An institution may indicate in writing to a prospective student-athlete that an athletically related grant-in-aid will be offered by the institution; however, the institution may not permit the prospective student-athlete to sign a form indicating their acceptance of such an award before the initial-signing date in that sport in the National Letter of Intent program. **[D]** *(Revised: 6/22/11)*

## 13.10 Publicity.

**13.10.1 Publicity During Recruiting Contact.** A member institution shall not publicize (or arrange for publicity of) any recruiting contact made between an institution's coaching staff member and a prospective student-athlete. **[D]** *(Adopted: 1/9/96, Revised: 1/14/97, 6/22/11, 4/16/19)*

**13.10.1.1 Prospective Student-Athlete's Visit.** A member institution shall not publicize (or arrange for publicity of) a prospective student-athlete's visit to the institution's campus. **[D]** *(Adopted: 4/16/19)*

**13.10.1.2 Introduction of Prospective Student-Athlete.** An institution may not introduce a visiting prospective student-athlete at a function (e.g., the institution's sports award banquet or an intercollegiate athletics contest) that is attended by media representatives or open to the general public. **[D]** *(Adopted: 4/16/19)*

**13.10.1.3 Game Broadcast/Telecast.** A prospective student-athlete may not be interviewed during the broadcast or telecast of an institution's intercollegiate contest. A member institution may not permit a station telecasting a game to show a videotape of competition involving high school, college-preparatory school or two-year college players. **[D]** *(Adopted: 4/16/19)*

**13.10.2 Comments Prior to Signing.** Before the signing of a prospective student-athlete to a National Letter of Intent or an institution's written offer of admission and/or financial aid or before the institution has received their financial deposit in response to its offer of admission, a member institution may comment publicly only to the extent of confirming its recruitment of the prospective student-athlete. [See Bylaws 13.1.3.3.1 and 13.4.4]. **[D]** *(Revised: 1/14/97, 6/22/11, 4/14/15, 4/14/21, 10/18/22, 12/13/22)*

**13.10.2.1 Exception -- Actions That Indicate Approval of Content on Social Media Platforms.** An athletics department staff member may take actions (e.g., "like," "favorite," republish) on social media platforms that indicate approval of content on social media platforms that was generated by users of the platforms other than institutional staff members or representatives of an institution's athletics interests. *(Adopted: 8/30/17)*

**13.10.2.2 Evaluations for Media, Recruiting Services or Publications.** Athletics department staff members shall not evaluate or rate a prospective student-athlete for news media, scouting services or recruiting services or publications before the prospective student-athlete's signed acceptance of the institution's written offer of admission and/or financial aid or the institution has received their financial deposit in response to its offer of admission. **[D]** *(Revised: 6/22/11, 4/14/15, 9/11/18)*

**13.10.2.3 Announcer for High School Broadcast.** A member of an institution's coaching staff may not serve as an announcer or commentator for a high school, college-preparatory school or two-year college contest, or appear (in person or by means of film, audiotape or videotape) on a radio or television broadcast of such contest in the staff member's sport during any time that the staff member is under contract with the member institution. This restriction does not apply to contests involving national teams in which prospective student-athletes may be participants, including the Olympic or Paralympic Games. *(Adopted: 4/16/19, Revised: 1/22/20 effective 8/1/20, 10/18/22)*

**13.10.3 Photograph of Prospective Student-Athlete.** It is permissible for an institution to photograph a prospective student-athlete during a campus visit to be used in the institution's permissible publicity and promotional activities (e.g., press release, media guide) once the prospective student-athlete has signed a National Letter of Intent or a written offer of admission and/or financial aid or the institution has received their financial deposit in response to its offer of admission. An electronic copy of the photograph may be given to the prospective student-athlete at any time. **[D]** *(Adopted: 1/16/93, Revised: 1/11/94, 1/13/03 effective 8/1/03, 6/22/11, 4/14/15, 7/17/18, 10/16/18)*

**13.10.4 Media Release Regarding Signing.** Publicity released by an institution concerning a prospective student-athlete's commitment to attend the institution shall occur only after the prospective student-athlete has signed a National Letter of Intent or after the prospective student-athlete's signed acceptance of the institution's written offer of admission and/or financial aid or after the institution has received their financial deposit in response to its offer of admission. Such communications, which are not limited in number or content, may be released to media outlets at the institution's discretion. **[D]** *(Revised: 1/14/97, 1/9/06, 8/25/08, 6/22/11, 1/17/15, 4/14/15, 10/18/22, 12/13/22)*

**13.10.4.1 Press Conferences and Celebratory Events.** It is permissible for an institution to hold press conferences, receptions, dinners and similar meetings for the purpose of making such an announcement. A prospective student-athlete who has signed a National Letter of Intent or the institution's written offer of admission and/or financial aid or the

institution has received their financial deposit in response to its offer of admission may attend institutional press conferences and celebratory events provided the event does not occur during a dead period (see Bylaw 13.02.4.4). Any benefits provided to a prospective student-athlete in conjunction with press conferences or celebratory events are subject to Bylaw 13 restrictions. **[D]** *(Revised: 6/22/11, 1/17/15, 4/14/15)*

## 13.11 Tryouts.

**13.11.1 Prohibited Activities.** A member institution, on its campus or elsewhere, shall not conduct (or have conducted on its behalf) any physical activity (e.g., practice session or test/tryout) at which one or more prospective student-athletes (as defined in Bylaw 13.11.1.1) reveal, demonstrate or display their athletics abilities in any sport except as provided in Bylaws 13.11.2 and 13.11.3. **[D]** *(Revised: 6/22/11)*

**13.11.1.1 Definition of "Prospective Student-Athlete" for Tryout-Rule Purposes.** For purposes of the tryout rule, the phrase "prospective student-athlete" shall include any individual who has started classes for the ninth grade and is not enrolled in the member institution at the time of the practice or test therein described. *(Revised: 1/11/89)*

**13.11.1.2 Competition Against Prospective Student-Athletes.** An institution's varsity intercollegiate team may compete against a two-year college team but may not compete against a high school or college-preparatory school team. Subvarsity teams are not bound by this prohibition. The varsity team may participate in a contest against an established outside team that includes prospective student-athletes, provided the outside team is ongoing and was not established for the specific purpose of competing against the collegiate team. **[D]** *(Revised: 6/22/11)*

**13.11.1.3 Competition in Conjunction With a High School, Preparatory School or Two-Year College.** Member institutions are permitted to host competition in conjunction with a high school, college-preparatory school or two-year college, provided all such competition occurs on the member institution's campus (see Bylaw 13.15.2.3.1). **[D]** *(Revised: 1/10/90, 1/10/95, 4/11/06, 6/22/11)*

**13.11.1.3.1 Criteria.** A member institution may schedule an intercollegiate contest on the same day as a high school, college-preparatory school or two-year college contest under a single admission and conducted during a continuous session. In the sports of basketball, football, gymnastics and volleyball, a member institution shall not permit a high school, college-preparatory school or two-year college to compete in more than one of these contests (per sport) on the institution's campus during an academic year. *(Revised: 1/10/90, 1/10/95)*

**13.11.1.4 Nonscholastic-Based Basketball.** A member of an institution's coaching staff may not participate in coaching activities involving nonscholastic-based basketball teams if any of the participants is of prospective student-athlete age or older (i.e., ninth grade or above). In addition, coaching staff members may not participate on such teams that include individuals with eligibility remaining or that include individuals of prospective student-athlete age or younger. **[D]** *(Revised: 1/10/95, 1/9/96, 1/11/00 effective 8/1/96, 6/22/11)*

**13.11.1.5 Tryout Camps.** A member institution or conference may not conduct a tryout camp devoted to agility, flexibility, speed and strength tests for prospective student-athletes. A member institution's staff members may not attend such a tryout camp sponsored by an outside organization if the camp invites only representatives from selected institutions or conferences to observe the camp (except as specified in Bylaw 13.11.2.1). **[D]** *(Adopted: 1/10/92, Revised: 6/22/11)*

**13.11.2 Permissible Activities.**

**13.11.2.1 Tryouts.** A member institution may conduct a tryout of a prospective student-athlete only on its campus or at a site at which it normally conducts practice or competition beginning June 15 immediately preceding the prospective student-athlete's junior year in high school and only under the following conditions (see Bylaw 17.02.15 for tryouts of currently enrolled students): *(Revised: 1/13/98 effective 8/1/98, 1/11/00 effective 8/1/00, 1/19/13 effective 6/15/13 for any prospective student-athlete entering their junior year in high school 6/15/13 and thereafter)*

(a) Not more than one tryout per prospective student-athlete per institution per sport shall be permitted. This limitation applies separately to the period in which the prospective student-athlete is in high school and to the period beginning September 1 after the prospective student-athlete's completion of high school; *(Revised: 1/17/15)*

(b) The tryout may be conducted only for a high school or preparatory school prospective student-athlete outside their high school's or preparatory school's traditional season in the sport (which shall begin with the first official team practice and conclude with the team's final competition); for a two-year college student, after the conclusion of the sport season or anytime, provided the student has exhausted their two-year college eligibility in the sport; and for a four-year college student, after the conclusion of the sport season, provided authorization through the notification of transfer process (per Bylaw 13.1.1.2) has been obtained; *(Revised: 1/11/94, 1/9/96 effective 8/1/96, 1/12/04, 1/10/05 effective 8/1/05, 4/11/06, 1/19/13 effective 6/15/13 for any prospective student-athlete entering their junior year in high school 6/15/13 and thereafter, 7/23/13, 1/18/14 effective 6/15/14)*

(c) Prior to participation in a tryout, a prospective student-athlete is required to undergo a medical examination or evaluation administered or supervised by a physician (e.g., family physician, team physician). A nurse practitioner whose state medical licensure allows for health care practice independent of physician supervision may complete the medical examination without supervision by a physician. The examination or evaluation shall include a sickle cell solubility test (SST), unless documented results of a prior test are provided to the institution. The examination or evaluation must be administered within six months prior to participation in the tryout. The medical examination or evaluation may be conducted by an institution's regular team physician or other designated physician as a part of the tryout; *(Revised: 7/24/07 effective 8/1/07, 10/18/11, 1/14/12 effective 8/1/12, 1/16/13 effective 6/15/13 for any prospective student-athlete entering their junior year in high school 6/15/13 and thereafter, 7/22/14, 7/19/16, 1/22/22 effective 8/1/22)*

   (1) **Exception.** A medical examination conducted or supervised by a physician or a nurse practitioner whose state medical licensure allows for health care practice independent of physician supervision within six months of the prospective student-athlete's participation in practice, competition or out-of-season conditioning activities at their high school, prep school or collegiate institution may be used to satisfy the medical examination requirement provided it was accepted by the prospective student-athlete's high school, prep school or collegiate institution for their participation in athletics during the academic year in which the tryout is conducted. *(Adopted: 7/22/14, Revised: 7/19/16)*

(d) The tryout may include tests to evaluate the prospective student-athlete's strength, speed, agility and sport skills. Except in the sports of football, ice hockey, men's lacrosse, men's wrestling and women's wrestling, the tryout may include competition. In the sport of football, the prospective student-athletes shall not wear helmets or pads; *(Revised: 1/10/05, 4/14/15, 1/27/20 effective 8/1/20)*

(e) Competition against the member institution's team is permissible, provided such competition is considered a countable athletically related activity per Bylaw 17.02.1; *(Adopted: 1/10/91, Revised: 1/11/94, 4/14/15)*

(f) The time of the tryout activities (other than the physical examination) shall be limited to two hours; and *(Revised: 4/16/19)*

   (1) **Exception.** In golf, the time of the tryout activities (other than the physical examination) shall be limited to five hours. *(Adopted: 1/27/20)*

(g) The institution may provide equipment and clothing on an issuance-and-retrieval basis to a prospective student-athlete during the period of the tryout.

**13.11.2.2 Preseason Practice and Competition.** A student-athlete who is not enrolled, but who has been accepted for admission to the institution in a regular full-time program of studies, shall be permitted to engage in preseason practice and competition in fall sports or practice occurring in midyear between terms on the academic calendar, provided such practice is not used to determine whether aid is to be awarded. **[D]**

**13.11.2.3 Recreational Activities.** A prospective student-athlete visiting a member institution may participate in physical workouts or other recreational activities during a visit to an institution's campus. The activities may take place in a facility (on- or off-campus) that is not open to the general public (e.g., campus recreation center, golf course, swimming pool). Such activities are permissible provided they: **[D]** *(Revised: 1/11/12)*

(a) Are not organized or observed by members of the athletics department coaching staff (including strength and conditioning coaches); *(Revised: 1/11/12)*

(b) Are not designed to test the athletics abilities of the prospective student-athlete; and *(Revised: 1/11/94)*

(c) Are paid for by the prospective student-athlete at the going rate if a fee is associated with the use of the facility (e.g., guest fee at a private facility used by the institution for practice or competition, admission fee for open swim session at institutional recreation center). *(Adopted: 1/11/12)*

**13.11.2.4 Local Sports Clubs.** In sports other than basketball, an institution's coach may be involved as a participant or in instructional or coaching activities in the same sport for a local sports club or organization located in the institution's home community, provided all prospective student-athletes participating in said activities are legal residents of the area (within a 100-mile radius of the institution). Further, in club teams involving multiple teams or multiple sports, the 100-mile radius is applicable only to the team with which the institution's coach is involved; however, it is not permissible for the coach to assign a prospective student-athlete who lives outside the 100-mile area to another coach of the club. A coach may be involved with a local sports club located in the institution's home community that includes prospective student-athletes participating in a sport other than the coach's sport, regardless of where such prospective student-athletes reside. A coach also may be involved in activities with individuals who are not of prospective student-athlete age (i.e., before the ninth grade), regardless of where such individuals reside. **[D]** *(Revised: 1/10/90, 1/16/93, 1/14/02, 1/9/06)*

**13.11.2.4.1 Institutional Sponsorship of Local Sports Club.** Neither an institution's athletics department nor an institution's athletics booster group may sponsor a local sports club that includes prospective student-athletes. It is permissible for a department of the institution that operates independent of the athletics department (e.g., physical education department, recreation department) to sponsor a local sports club that includes prospective student-athletes, provided no athletics department staff member is involved with the club team. **[D]** *(Adopted: 1/16/93, Revised: 1/11/94)*

**13.11.2.4.1.1 Exception -- Recruiting on Behalf of Institution.** A coaching staff member may receive actual and necessary expenses from an institution to engage in recruiting activities on behalf of the institution while serving in their capacity as a local sports club coach. *(Adopted: 1/17/15)*

**13.11.2.5 Sports Camps and Clinics.** An institution's coach may be employed in sports camps, coaching schools and clinics per Bylaw 13.12 without violating the tryout rule.

**13.11.2.6 Medical Examinations.**

**13.11.2.6.1 Medical Screening Examination.** During a prospective student-athlete's official or unofficial visit to campus, a member institution may conduct a medical screening examination to determine the prospective student-athlete's medical qualifications to participate in intercollegiate athletics, provided: **[D]** *(Revised: 1/13/03 effective 8/1/03, 1/12/04, 1/8/05, 4/26/21)*

(a) The examination is conducted by the institution's regular team or designated physician, or other institutional medical staff member (e.g., athletic trainer); *(Adopted: 4/26/21)*

(b) No other nonmedical athletics department staff members are present; *(Adopted: 4/26/21)*

(c) The examination does not include any test or procedure designed to measure the athletics agility or skill of the prospective student-athlete; and *(Adopted: 4/26/21)*

(d) The results of the examination are not used by the institution to deny admission of the prospective student-athlete who is otherwise qualified for admission under the institution's regular admission criteria. *(Adopted: 4/26/21)*

**13.11.2.6.2 After Signing or Acceptance for Enrollment.** It shall be permissible to administer medical examinations at any time to prospective student-athletes who either have signed the National Letter of Intent or written offer of admission and/or financial aid or after the institution has received their financial deposit in response to its offer of admission, provided the examinations occur during an official paid visit or the prospective student-athletes' visit to the institution at their own expense for this purpose. *(Revised: 1/14/97, 4/14/15)*

**13.11.3 Tryout Exceptions.** *(Revised: 1/11/89)*

**13.11.3.1 "Open" Events.** Participation by a prospective student-athlete in "open" events conducted by or held on the campus of a member institution shall not be considered tryouts. Competition shall be considered "open" if the competitive event itself is not classified by age group or level of educational institution represented, and the selection of participants is not limited except by number, by geographical area or on the basis of some objective standard of performance. **[D]**

**13.11.3.2 State, Regional, National or International Training Programs.** Participation by an institution's athletics department staff member in recognized state, regional, national or international training programs or competition organized and administered by the applicable governing body or athletics authority shall not be considered tryouts. A member institution's coaching staff member may not participate in noncoaching activities (e.g., consultant, on-site coordinator, participant selection) except as permitted in Bylaws 13.11.3.2.1 and 13.11.3.2.2. **[D]** *(Revised: 1/9/96, 4/22/98)*

**13.11.3.2.1 Coach/Prospective Student-Athlete Competition.** It is permissible for an institution's coach to participate with or against prospective student-athletes in recognized regional, national or international training programs or competition, provided the competition is regularly scheduled under the authority of an outside sports organization and both the coach and the prospective student-athlete are eligible to enter the competition. **[D]**

**13.11.3.2.2 Administration of "State Games."** A member institution serving as the site of "state games" is permitted to involve its staff members in the administration of the event but may not be involved in the selection or assignment of participants and coaches participating in the event. **[D]** *(Adopted: 1/10/91)*

**13.11.3.3 High School, College-Preparatory School and Two-Year College Contests.** High school, college-preparatory school and two-year college athletics contests or matches, conducted by a member institution or sponsored jointly with an outside organization and held on the campus of a member institution, shall not be considered tryouts, provided the following conditions are met [see Bylaw 13.2.4-(c) for restrictions related to the provision of awards at such contests]: **[D]** *(Revised: 8/31/11)*

(a) **Team Sports.** *(Adopted: 8/31/11)*

(1) The opportunity to participate in the event is not limited to specific educational institutions and all educational institutions in a specific geographical area are eligible to compete (limited only by number, by institutional classification or on the basis of some objective standard of performance);

(2) Each participant represents their educational institution in the event (no nonscholastic team representation); and

(3) No financial compensation (e.g., transportation, expenses, guarantee, percentage of income) from the event may be provided to the educational institutions.

(b) **Individual Sports.** *(Adopted: 8/31/11)*

(1) The opportunity to participate in the event is not limited to specific prospective student-athletes or educational institutions and all individual prospective student-athletes or educational institutions in a specific geographical area are eligible to compete (limited only by number, by institutional classification or on the basis of some objective standard of performance);

(2) A participant may compete as an individual or may represent their educational institution or a nonscholastic team; and

(3) No financial compensation (e.g., transportation expenses, guarantee, percentage of income) from the event may be provided to an individual, educational institution or nonscholastic team.

**13.11.3.4 Officiating.** An institution's coach may officiate competition that involves prospective student-athletes, provided the competition is regularly scheduled under the authority of an outside sports organization. **[D]**

**13.11.3.5 Private Lessons.** An institution's equestrian, golf or tennis coach may teach private equestrian, golf or tennis lessons to a prospective student-athlete, provided the following conditions are met: *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/9/06 effective 8/1/06)*

(a) The coach makes lessons available to the general public;

(b) Fees charged to the prospective student-athlete are at a rate commensurate with fees charged to all individuals;

(c) Fees of the prospective student-athlete are not paid by individuals or entities other than the prospective student-athlete's relatives or legal guardian(s); and *(Revised: 1/9/06)*

(d) The institution keeps on file documentation of the fee charged for the private lessons and the name of any individual receiving any portion of the fee. The documentation shall be available for examination on request by an authorized representative of the NCAA. *(Revised: 10/22/19)*

**13.11.3.6 Use of Facilities for Activities Related to a Nonsponsored Sport.** The use of a member institution's facilities for physical activities by a group that includes prospective student-athletes shall not be considered a tryout, provided the physical activities are related to a sport that is not sponsored by the institution at the varsity intercollegiate level. *(Adopted: 1/16/10)*

**13.11.3.7 Permissible Facility Usage.** The use of institutional facilities for physical activities by a group that includes prospective student-athletes, not otherwise permitted in these bylaws, may still be permissible and not considered a tryout provided: *(Adopted: 1/16/10, Revised: 10/21/14)*

(a) The institution's athletics department staff or representatives of the institution's athletics interests are not involved in the promotion of the activity;

(b) The institution's athletics department staff or representatives of the institution's athletics interests are not involved in the solicitation of any individual prospective student-athlete's participation in the activity;

(c) The institution's athletics department staff or representatives of the institution's athletics interests are not involved in the solicitation for any particular group's participation in the activity, unless the group is affiliated with an outside organization and the solicitation is consistent with institutional policies of hosting outside organizations;

(d) Involvement by the institution's athletics department staff and representatives of its athletics interests is consistent with institutional policies for hosting outside organizations; and

(e) Athletics department staff members and representatives of its athletics interests remain subject to all applicable NCAA recruiting legislation during the event.

# 13.12 Sports Camps and Clinics.

## 13.12.1 Institution's Sports Camps and Clinics.

**13.12.1.1 Definition.** An institution's sports camp or instructional clinic shall be any camp or clinic that is owned or operated by a member institution or an employee of the member institution's athletics department, either on or off its campus, and in which prospective student-athletes participate. *(Adopted: 1/11/89, Revised: 1/10/90, 12/14/15)*

**13.12.1.1.1 Purposes of Camps or Clinics.** An institution's sports camp or clinic shall be one that:

(a) Places special emphasis on a particular sport or sports and provides specialized instruction, practice or competition;

(b) Involves activities designed to improve overall skills and general knowledge in the sport; or

(c) Offers a diversified experience without emphasis on instruction, practice or competition in any particular sport. *(Adopted: 1/11/89, Revised: 1/10/90)*

**13.12.1.2 Attendance Restriction.** A member institution's sports camp or clinic shall be open to any and all entrants (limited only by number, age, gender and grade level). *(Revised: 1/11/89, 1/10/91, 1/11/94, 5/3/21)*

**13.12.1.3 Recruiting Calendar Exceptions.** The interaction during sports camps and sports clinics between prospective student-athletes and those coaches employed by the camp or clinic is not subject to the recruiting calendar restrictions. However, other coaches wishing to attend the camp as observers must comply with appropriate recruiting contact and evaluation periods. In addition, institutional camps or clinics may not be conducted during a dead period.

**13.12.1.4 Advertisements.** Restrictions relating to advertisements of an institution's sports camps and clinics in recruiting publications are set forth in Bylaw 13.4. Such restrictions do not apply to sports camp and clinic advertisements in nonrecruiting publications (e.g., a member institution's game program). **[D]** *(Revised: 1/10/05, 6/22/11)*

**13.12.1.5 Prospective Student-Athletes/No Free or Reduced Admission Privileges.**

**13.12.1.5.1 Prospective Student-Athlete.** In operating a sports camp or clinic, an institution, members of its staff or a representative of its athletics interests shall not give free or reduced admission privileges to any individual who has started classes for the ninth grade. **[R]** *(Revised: 1/11/89, 1/15/11, 6/22/11)*

**13.12.1.5.2 Payment of Expenses.** A representative of an institution's athletics interests may not pay a prospective student-athlete's expenses to attend a member institution's sports camp or clinic. **[R]** *(Revised: 6/22/11)*

**13.12.1.5.3 Awards.** Prospective student-athletes may receive awards from a member institution's sports camp or clinic with the understanding that the cost of such awards is included in the admissions fees charged for participants in the camp or clinic. **[R]** *(Adopted: 1/10/92, Revised: 6/22/11)*

**13.12.1.5.4 Restitution.** For violations of Bylaw 13.12.1.5 and its subsections in which the value of the benefit is $200 or less, the eligibility of the prospective student-athlete shall not be affected conditioned on the prospective student-athlete repaying the value of the benefit to a charity of their choice. However, the prospective student-athlete shall remain ineligible from the time the institution has knowledge of receipt of the impermissible benefit until the prospective student-athlete repays the benefit. Violations of this bylaw remain institutional violations per Bylaw 7.01.10 and documentation of the prospective student-athlete's repayment shall be forwarded to the enforcement staff. *(Adopted: 1/10/05, Revised: 1/9/06, 7/18/17)*

## 13.12.2 Employment at Camp or Clinic.

**13.12.2.1 Prospective Student-Athletes.** An institution may employ a prospective student-athlete at institutional sports camps or clinics. A prospective student-athlete who has signed a National Letter of Intent or written offer of admission and/or financial aid or the institution has received their financial deposit in response to its offer of admission may only be employed at an institutional sports camp or clinic by the institution with which they signed a written commitment. A prospective student-athlete who has not signed a National Letter of Intent or written offer of admission and/or financial aid or the institution has not received their financial deposit in response to its offer of admission may be employed at any institutional sports camp or clinic. Employment of a prospective student-athlete at institutional sports camps or clinics shall only occur under the following conditions: **[R]** *(Adopted: 1/15/11, Revised: 6/22/11, 4/14/15)*

(a) Compensation provided to the prospective student-athlete is only for work actually performed and at a rate commensurate with the going rate in that locality for similar services;

(b) The employment does not begin before the completion of the prospective student-athlete's senior year of high school (see Bylaw 13.2.5.1) and the prospective student-athlete has completed all competition for the academic year in their sport;

(c) The prospective student-athlete must perform duties that are of a general supervisory nature in addition to any coaching or officiating assignments; and

(d) A prospective student-athlete who only lectures or demonstrates may not receive compensation for their appearance.

**13.12.2.2 Student-Athletes.**

**13.12.2.2.1 General Rule.** A student-athlete who is employed in any sports camp or clinic must meet the following requirements: **[R]** *(Revised: 6/22/11)*

(a) The student-athlete must perform duties that are of a general supervisory nature in addition to any coaching or officiating assignments. *(Revised: 1/12/04)*

(b) Compensation provided to the student-athlete shall be commensurate with the going rate for camp or clinic counselors of similar teaching ability and camp or clinic experience and may not be paid on the basis of the value that the student-athlete may have for the employer because of the athletics reputation or fame the student-athlete has achieved. It is not permissible to establish varying levels of compensation for a student-athlete employed in a sports camp or clinic based on the level of athletics skills of the student-athlete. *(Revised: 1/11/94)*

(c) A student-athlete who only lectures or demonstrates at a camp/clinic may not receive compensation for their appearance at the camp/clinic. *(Adopted: 1/11/94)*

**13.12.2.2.1.1 Self-Employment.** A student-athlete with remaining eligibility is not permitted to conduct their own camp or clinic. **[R]** *(Revised: 6/22/11)*

**13.12.2.2.1.2 Provision of Travel Expenses to All Employees.** A student-athlete may receive actual travel expenses (including lodging and meals in transit and prepaid plane tickets or cash advances) only if such travel expenses are paid and procedures for reimbursement of expenses are used for all employees of the camp/clinic. Credit cards may not be provided to a student-athlete to pay such expenses. **[R]** *(Adopted: 1/10/92, Revised: 6/22/11)*

**13.12.2.2.1.3 Cash Advances Based on Anticipated Earnings.** In the case where all employees do not receive travel expenses, a cash advance based on anticipated earnings may be provided to a student-athlete only if such advance does not exceed the estimated actual and necessary cost of travel or the student-athlete's estimated employment earnings, whichever is less, and such a benefit is available to all camp employees. **[R]** *(Adopted: 1/10/92, Revised: 6/22/11)*

**13.12.2.2.1.4 Transportation from Coach or Representative of Athletics Interests.** Actual transportation from an institution's coach or representative of its athletics interests may be provided to a student-athlete only if travel expenses are paid for all employees of the camp/clinic. **[R]** *(Adopted: 1/10/92, Revised: 6/22/11)*

**13.12.2.2.2 Employment in Own Institution's Camp or Clinic.** A member institution (or employees of its athletics department) may employ its student-athletes as counselors in camps or clinics, provided the student-athletes do not participate in organized practice activities other than during the institution's playing season in the sport (see Bylaw 17.1.1). **[D]** *(Revised: 1/11/94, 1/10/95, 1/9/06 effective 8/1/06, 6/22/11)*

**13.12.2.2.2.1 Exception - Winter Break.** A student-athlete may not be employed at an institutional camp or clinic during the winter break (See Bylaw 17.02.18). *(Adopted: 1/26/19)*

**13.12.2.3 Concession Arrangement.** A prospective or enrolled student-athlete, at their own expense, may not operate a concession to sell items related to or associated with the institution's camp or clinic. However, the institution may employ the prospective or enrolled student-athlete at a rate commensurate with the going rate in that locality for similar services. **[R]** *(Adopted: 1/15/11, Revised: 6/22/11)*

**13.12.2.4 High School, College-Preparatory School or Two-Year College Coaches.**

**13.12.2.4.1 General Rule.** A member institution (or employees of its athletics department) may employ a high school, college-preparatory school or two-year college coach at its camp or clinic, provided: **[R]** *(Revised: 1/11/94, 6/22/11)*

(a) The coach receives compensation that is commensurate with the going rate for camp counselors of similar teaching ability and camp experience; and

(b) The coach is not paid on the basis of the value the coach may have for the employer because of the coach's reputation or contact with prospective student-athletes. *(Adopted: 1/11/89)*

**13.12.2.4.2 Prohibited Compensation.** A member institution may not compensate or reimburse a high school, college-preparatory school or two-year college coach based on the number of campers the coach sends to the camp. **[R]** *(Revised: 6/22/11)*

**13.12.2.5 Athletics Staff Members.** A member institution's athletics staff member may be involved in sports camps or clinics unless otherwise prohibited in this section. **[D]**

**13.12.2.5.1 Camp/Clinic Providing Recruiting or Scouting Service.** No athletics department staff member may be employed (either on a salaried or a volunteer basis) in any capacity by a camp or clinic established, sponsored or conducted by an individual or organization that provides recruiting or scouting services concerning prospective

student-athletes. This provision does not prohibit an athletics department staff member from participating in an officiating camp where participants officiate for, but are not otherwise involved in, a scouting services camp. **[D]** *(Adopted: 1/11/89, Revised: 1/10/90, 1/10/92, 6/22/11)*

**13.12.2.5.2 Other Noninstitutional Privately Owned Camps/Clinics.** An institution's athletics department personnel may serve in any capacity (e.g., counselor, guest lecturer, consultant) in a noninstitutional, privately owned camp or clinic, provided the camp or clinic is operated in accordance with restrictions applicable to institutional camps (e.g., open to any and all entrants, no free or reduced admission to any individual who has started classes for the ninth grade). **[D]** *(Adopted: 1/12/04 effective 8/1/04, Revised: 4/23/04, 6/22/11, 1/26/19)*

**13.12.2.5.2.1 Exception -- Noncoaching Athletics Staff Members With Department-Wide Responsibilities.** A noncoaching athletics staff member with department-wide responsibilities may present an educational session at a noninstitutional, privately owned camp/clinic that is not operated in accordance with the restrictions applicable to institutional camps/clinics, provided the staff member does not make a recruiting presentation. **[D]** *(Adopted: 1/9/06)*

# 13.13 High School All-Star Games.

**13.13.1 Coach Involvement.** A member institution shall not permit any coach or athletics department staff member directly involved in the recruiting of student-athletes to participate (directly or indirectly) in the management, coaching, officiating, supervision, promotion or player selection of any all-star team or contest involving interscholastic players or for those who, during the previous school year, were members of high school athletics teams. **[D]** *(Revised: 1/13/03 effective 8/1/03, 6/22/11)*

**13.13.1.1 Previous Contractual Agreement.** If a coach has made a contractual commitment to coach in a high school all-star game before being employed by a member institution and then becomes a member of the institution's coaching staff before the game is held, the coach shall be permitted to honor the contract provided participation in the all-star contest occurs prior to the coach commencing employment with the member institution.

**13.13.2 Use of Institutional Facilities.** A member institution's facilities shall not be made available for a high school all-star game unless the provisions of Bylaw 13.11.3.7 are met. **[D]** *(Revised: 1/10/05, 6/22/11)*

**13.13.3 Use of Institutional Equipment.** It is not permissible for an institution to provide its athletics equipment to a prospective student-athlete (e.g., for use in a high school all-star game). **[D]** *(Revised: 1/10/05, 6/22/11)*

# 13.14 Use of Recruiting Funds.

**13.14.1 Institutional Control.** A member institution shall be exclusively and entirely responsible for institutional and personal funds expended during the recruitment of prospective student-athletes. *(Revised: 1/14/01 effective 8/1/02)*

**13.14.2 Visiting a Prospective Student-Athlete.** A member institution's athletics department staff member may visit a prospective student-athlete or the prospective student-athlete's relatives or legal guardian(s) at any location for recruiting purposes. However, on any such visit, the staff member may not expend any funds other than the amount necessary for their own personal expenses.

**13.14.3 Recruiting Services.**

**13.14.3.1 Published Recruiting Services.** An institution may subscribe to a regularly published scouting service involving prospective student-athletes, provided this service is made available to all institutions desiring to subscribe and at the same fee rate for all subscribers. The service must also provide information regarding each prospective student-athlete in a standardized format that ensures consistent distribution to all subscribers. Live or individualized oral reports do not satisfy this requirement. **[D]** *(Revised: 6/22/11, 1/15/14)*

**13.14.3.2 Video Services.** An institution may subscribe to a service that provides scholastic and/or nonscholastic video. The institution may not contract with the service in advance to have a particular contest videotaped, and the service must be available to all institutions at the same cost. Off-campus observation of a prospective student-athlete on a videotape made available by a scouting service is considered an evaluation activity and is subject to applicable evaluation regulations. **[D]** *(Revised: 1/13/98, 6/22/11, 1/19/13 effective 8/1/13)*

**13.14.4 Slush Funds.** An institution shall not permit any outside organization, agency or group of individuals to use, administer or expend funds for recruiting prospective student-athletes, including the transportation and entertainment of, and the giving of gifts or services to, prospective student-athletes or their relatives, legal guardian(s) or friends.

**13.14.4.1 Exception -- Local Sports Clubs.** A member of an institution's coaching staff may recruit on behalf of the institution while serving in their capacity as a local sports club coach while receiving expenses from the local sports club. *(Adopted: 1/17/15)*

**13.14.5 Alumni Organizations.** Bona fide alumni organizations of an institution may sponsor luncheons, teas or dinners at which prospective students (athletes and nonathletes) of that immediate locale are guests. A member institution's area alumni organization may be considered a bona fide part of that institution, provided such an organization is accredited by the president or chancellor of the institution and meets these additional terms and conditions: **[D]** *(Revised: 10/3/05, 6/22/11)*

(a) A staff member of the institution periodically shall inspect the financial records of the alumni organization and certify that the expenditures comply with the rules and regulations of the NCAA and the conference(s), if any, of which the institution is a member; and

(b) A club official shall be designated by the president or chancellor as the institution's official agent in the administration of the club's funds. The club official shall file regular reports to the institution relating the manner in which the club funds have been spent in the recruiting of student-athletes. *(Revised: 10/3/05)*

**13.14.5.1 Subject to NCAA Rules.** When an alumni organization is certified by the president or chancellor as being a bona fide part of the institution, said organization becomes subject to all of the limitations placed upon the member institution by NCAA legislation. A violation of such legislation by any member of the alumni organization shall be a violation by the member institution. **[D]** *(Revised: 10/3/05, 6/22/11)*

# 13.15 Financial Assistance to a Prospective Student-Athlete or Prospective Student-Athlete's High School. *(Revised: 10/22/19)*

**13.15.1 Prohibited Expenses.** An institution or a representative of its athletics interests shall not offer, provide or arrange financial assistance, directly or indirectly, to pay (in whole or in part) the costs of the prospective student-athlete's educational or other expenses for any period before their enrollment or so the prospective student-athlete can obtain a postgraduate education. **[R]** *(Revised: 1/10/05, 1/9/06, 6/22/11)*

**13.15.1.1 Extent of Prohibition.** The provisions of Bylaw 13.15.1 apply to all prospective student-athletes, including those who have signed a National Letter of Intent or the institution's written offer of admission and/or financial aid or the institution has received their financial deposit in response to its offer of admission. *(Revised: 4/14/15)*

**13.15.1.2 Fundraising for High School Athletics Program.** An institution may not provide funding directly benefiting a high school athletics program. **[D]** *(Adopted: 1/10/92, Revised: 6/22/11, 1/28/14)*

**13.15.1.2.1 Involvement by Local Representatives of Institution's Athletics Interests.** A representative of an institution's athletics interests may provide funding to benefit a high school athletics program located in the community in which the athletics representative resides, provided: *(Adopted: 1/10/92)*

(a) The representative acts independently of the institution;

(b) The funds are distributed through channels established by the high school or the organization conducting the fundraising activity; and

(c) The funds are not earmarked directly for a specific prospective student-athlete.

**13.15.1.3 College Use of High School Facility.** An institution may not contribute to a high school or its athletics booster club any funds realized from an athletics contest played or a practice held at a high school facility, except actual and necessary expenses for rental of the facility.

**13.15.1.4 Ticket Sales.** It is not permissible for a member institution to compensate a high school, college-preparatory school or two-year college for selling tickets to the institution's athletics contests. Specifically, the member institution may not provide such forms of compensation as a guarantee, a percentage of the income realized from the sale of the tickets or any other form of commission for providing such services.

**13.15.2 Permissible Expenses.**

**13.15.2.1 Fees and Expenses Necessary to Determine Eligibility Status.** An institution may pay the following fees and expenses to evaluate a prospective student-athlete's eligibility status: *(Adopted: 1/10/90, Revised: 7/19/16)*

(a) A fee by the appropriate testing agency to obtain a prospective student-athlete's official ACT or SAT scores. *(Adopted: 1/10/90, Revised: 7/19/16)*

(b) Expenses to obtain a prospective student-athlete's transcript (e.g., transcript fee, express mail charges). An institution may not pay an outstanding balance to the prospective student-athlete's educational institution in order to release a hold on the transcript; *(Adopted: 7/19/16)*

(c) Expenses to obtain a translation of an international prospective student-athlete's transcript (e.g., translation fee, express mail charges); *(Adopted: 7/19/16)*

(d) Actual and necessary expenses related to the issuance of an international student-athlete's Form I-20 (e.g., expenses to obtain necessary documents, express mail charges); *(Adopted: 7/19/16)*

(e) A fee required by the appropriate testing agency to send a prospective student-athlete's official ACT or SAT scores to the NCAA Eligibility Center, provided the prospective student-athlete has signed a National Letter of Intent or written offer of admission and/or financial aid with that institution or the institution has received their financial deposit in response to its offer of admission; and *(Adopted: 7/19/16)*

(f) Expenses required by the prospective student-athlete's educational institution (e.g., transcript fee, express mail charges) to send a prospective student-athlete's official transcript to the NCAA Eligibility Center, provided the prospective student-athlete has signed a National Letter of Intent or written offer of admission and/or financial aid with that institution or the institution has received their financial deposit in response to its offer of admission. An institution may not pay an outstanding balance to the prospective student-athlete's educational institution in order to release a hold on the transcript. *(Adopted: 7/19/16)*

**13.15.2.2 Donation - Equipment and Monetary Donations.** *(Adopted: 10/22/19, Revised: 5/3/21)*

**13.15.2.2.1 Athletics Equipment, Apparel and Monetary Donations.** An institution or conference may provide used athletics equipment and apparel to a high school or athletics equipment and apparel to bona fide youth organizations (e.g., the YMCA, YWCA, Boy Scout troops, Girl Scout troops, a summer recreation league) that may consist of some prospective student-athletes, provided the issuance of equipment and apparel is in accordance with the institution's or conference's regular policy regarding the discarding of equipment and apparel. Further, an institution or conference may provide monetary donations to nonathletic bona fide youth organizations (e.g., YMCA, YWCA, Boys and Girls Clubs) **[D]** *(Adopted: 10/22/19, Revised: 5/3/21)*

**13.15.2.2.1.1 Exception - Women's Rowing** An institution may loan rowing equipment to a high school's or junior club program's women's team on an issuance and retrieval basis and may permit high schools' and junior club programs' women's teams to use its rowing facilities for practice and/or competition. *(Adopted: 10/22/19)*

**13.15.2.2.2 Nonathletics Equipment.** An institution or conference may provide nonathletics equipment (e.g., a computer) to a high school or bona fide youth organizations (e.g., YMCA, YWCA, Boy Scout troops, Girl Scout troops, summer recreation league), provided the issuance of equipment is in accordance with the institution's or conference's regular policy regarding the discarding of equipment. *(Adopted: 10/22/19)*

**13.15.2.2.3 Institution Providing Items to Athletics Youth Groups for Fundraising.** An institution may provide items to assist in the fundraising efforts of athletics youth groups composed of individuals who have not started classes for the ninth grade without causing such individuals to become prospective student-athletes per Bylaw 13.02.9. *(Adopted: 10/22/19)*

**13.15.2.3 Use of Member Institution's Facilities.** *(Adopted: 10/22/19)*

**13.15.2.3.1 High School Contest in Conjunction with College Competition.** An institution shall be permitted to host high school contests in all sports held in conjunction with intercollegiate contests as specified in Bylaw 13.11.1.3. A high school contest held in conjunction with an institution's intercollegiate contest shall be governed by the following: *(Adopted: 10/22/19)*

(a) It shall be regularly scheduled and approved by the appropriate state high school authority; *(Adopted: 10/22/19)*

(b) The member institution shall not provide the high school with any financial compensation, including transportation expenses or a guarantee or percentage of the income realized from the contest; and *(Adopted: 10/22/19)*

(c) The only expenses the member institution may incur are the operating and maintenance costs associated with its facility's use for the high school contest. *(Adopted: 10/22/19)*

**13.15.2.3.2 State High School Association Use of Member Institution's Facilities.** An institution may permit a state high school association to use its facilities to host state high school championship events at a reduced rate. *(Adopted: 10/22/19)*

**13.15.2.3.3 Advertisements and Upgrades for Shared Home Facility.** A member institution may advertise and upgrade its home facility even if that facility is also the home facility for prospective student-athletes (e.g., high school football stadium). *(Adopted: 10/22/19)*

**13.15.2.4 Use of Bands Comprised of Prospective Student-Athletes.** An institution may hire a band (e.g., marching band, pep band) comprised of prospective student-athletes to perform at any contest, provided the band is paid commensurate with the going rate in the locale for similar services. *(Adopted: 4/21/09)*

## 13.17 Recruiting Calendars.

**13.17.1 Men's Basketball.** The following contact and evaluation periods shall apply to men's basketball: *(Revised: 1/11/89, 1/11/94, 7/20/10, 7/26/18)*

(a) June 1 through June 14: Quiet Period

(b) June 15 through August 1: Evaluation Period

(c) August 2 through September 6: Quiet Period

(d) September 7 through October 14: Contact Period

(e) October 15 to the date of the prospective student-athlete's initial high school or two-year college contest: Quiet Period

(f) During the period 48 hours before 7 a.m. on the initial signing date for the National Letter of Intent: Dead Period

(g) The period between the prospective student-athlete's initial and final high school or two-year college contests: Evaluation Period

(h) March 1 through 30 days after the Saturday after the initial date for the Division I men's basketball spring signing of the National Letter of Intent [except for (1) below]: Contact Period

   (1) Thursday before the NCAA Division I Men's Basketball Championship game to Tuesday noon after the game: Dead Period

(i) During any high school all-star game that occurs within the state in which the member institution is located: Evaluation Period

(j) During any all-star contest held during the final weekend of the NCAA Division I Men's Basketball Championship in the host city: Evaluation Period

(k) All other dates: Quiet Period

**13.17.2 Women's Basketball.** The following contact and evaluation periods shall apply to women's basketball: *(Revised: 1/11/89, 1/16/93, 1/10/95, 1/13/03, 1/10/05, 7/20/10, 5/13/11, 5/10/12, 4/15/14, 1/17/18, 7/26/18)*

(a) June 1 through June 14: Quiet Period

(b) June 15 through August 1: Evaluation Period

(c) August 2 through September 6: Quiet Period

(d) September 7 through October 14: Contact Period

(e) October 15 to the date of the prospective student-athlete's initial high school or two-year college contest: Quiet Period

(f) During the period 48 hours before 7 a.m. on the initial signing date for the National Letter of Intent: Dead Period *(Revised: 7/26/18)*

(g) The period between the prospective student-athlete's initial and final high school or two-year college contests: Evaluation Period

(h) March 1 through the third weekend in May: Contact Period *(Revised: 1/27/20 effective 8/1/20)*

(i) During any high school all-star game that occurs within the state in which the member institution is located: Evaluation Period

(j) During the Thursday before the NCAA Division I Women's Basketball Championship game through Wednesday noon after the championship game: Dead Period

(k) All other dates: Quiet Period

**13.17.3 Football.** The following contact and evaluation periods apply to football: *(Revised: 1/11/89, 1/12/99 effective 8/1/99, 1/14/02, 1/30/04, 4/29/04, 1/10/05, 7/20/10, 7/19/16, 1/21/17 effective 8/1/17)*

(a) June 1 to the beginning of the prospective student-athlete's high school or two-year college football season (as determined by the first regularly scheduled practice immediately preceding the start of the regular season): Quiet Period

(b) During the prospective student-athlete's high school or two-year college football season (as determined by the first regularly scheduled practice immediately preceding the start of the regular season): Evaluation Period

(c) November 1 through the Sunday after Thanksgiving [except for (1) below]: Evaluation Period *(Revised: 4/7/21)*

   (1) For two-year college prospective student-athletes, the conclusion of the prospective student-athlete's two-year college football season (i.e., the conclusion of the institution's last regularly scheduled contest rather than the conclusion of the institution's final postseason contest) through the Sunday after Thanksgiving: Contact Period *(Revised: 4/7/21)*

(d) The Monday after Thanksgiving through 30 days after the Saturday after the initial date for signing the National Letter of Intent [except for (1) and (2) below]: Contact Period

   (1) During the period 48 hours before 7 a.m. on the initial date for signing the National Letter of Intent: Dead Period

   (2) Monday through Wednesday during the week of the annual convention of the American Football Coaches Association: Dead Period

(e) The 31st day after the Saturday after the initial date for signing the National Letter of Intent through May 31 [except (f) below]: Quiet Period

(f) April 15 through May 31: Evaluation Period

   (1) Four weeks (excluding Memorial Day and Sundays) selected at the discretion of the member institution . *(Revised: 10/22/19)*

(g) Authorized coaching staff members may evaluate a high school football all-star game any time of the year provided the game occurs within the state in which the member institution is located.

**13.17.4 Men's Lacrosse.** The following contact and evaluation periods shall apply to men's lacrosse: *(Adopted: 10/26/21 Immediate for the evaluation period; 8/1/22, for the quiet period.)*

(a) During the period 48 hours before 7 a.m. on the initial signing date for the National Letter of Intent: Dead Period *(Adopted: 10/26/21 Immediate for the evaluation period; 8/1/22, for the quiet period.)*

(b) The Monday after Thanksgiving through December 23: Quiet Period *(Adopted: 10/26/21 Immediate for the evaluation period; 8/1/22, for the quiet period.)*

(c) Two days prior to the Intercollegiate Men's Lacrosse Coaches Association Convention through two days after adjournment of the convention [except for (1) below]: Dead Period *(Adopted: 10/26/21 Immediate for the evaluation period; 8/1/22, for the quiet period.)*

   (1) An event that is held in conjunction with the convention: Evaluation Period *(Adopted: 10/26/21 Immediate for the evaluation period; 8/1/22, for the quiet period.)*

(d) Thursday before the NCAA Division II Men's Lacrosse Championship to Tuesday noon after the championship: Dead Period *(Adopted: 10/26/21 Immediate for the evaluation period; 8/1/22, for the quiet period.)*

(e) All other dates: Contact Period *(Adopted: 10/26/21 Immediate for the evaluation period; 8/1/22, for the quiet period.)*

**13.17.5 Dead Periods for Other Sports.** There are no specified contact and evaluation periods in sports other than basketball and football except for the following dead periods. *(Revised: 7/20/10)*

   **13.17.5.1 National Letter of Intent Signing Date.** The period 48 hours before 7 a.m. on the date for signing the National Letter of Intent in the applicable sport. *(Revised: 1/10/91, 8/2/91, 8/14/96 effective 8/1/97, 7/20/10)*

      **13.17.5.1.1 Exception -- U.S. Diving National Championships.** When the dead period for recruiting occurs during the U.S. Diving National Championships, it shall be permissible to observe prospective student-athletes participating in that event. *(Adopted: 8/14/96 effective 8/1/97, Revised: 7/20/10)*

      **13.17.5.1.2 Exception -- North American Cup Fencing Championship.** During any year in which the National Letter of Intent signing date dead period occurs during the North American Cup Fencing Championship, it shall be permissible for authorized coaching staff members to observe prospective student-athletes participating in that event. *(Adopted: 7/23/13)*

      **13.17.5.1.3 Exception -- Junior Olympic or Paralympic Rifle Championships.** During any year in which the National Letter of Intent signing date dead period occurs during the Junior Olympic or Paralympic Rifle Championships, it shall be permissible for authorized coaching staff members to observe prospective student-athletes participating in that event. *(Adopted: 10/17/17, Revised: 1/22/20 effective 8/1/20)*

   **13.17.5.2 Men's and Women's Wrestling.** The Monday before the National Wrestling Coaches Association Convention through the day of adjournment of the convention. *(Adopted: 4/14/21)*

BYLAWS, ARTICLE 14

# Eligibility: Academic and General Requirements

## 14.01 General Principles.

**14.01.1 Institutional Responsibility.** An institution shall not permit a student-athlete to represent it in intercollegiate athletics competition, unless the student-athlete meets all applicable eligibility requirements and the institution has certified the student-athlete's eligibility. A violation of this bylaw in which the institution fails to certify the student-athlete's eligibility prior to allowing them to represent the institution in intercollegiate competition shall be considered an institutional violation per Bylaw 7.01.10; however, such a violation shall not affect the student-athlete's eligibility, provided all necessary information to certify the student-athlete's eligibility was available to the institution and the student-athlete otherwise would have been eligible for competition. *(Revised: 1/14/02, 10/23/07)*

**14.01.2 Academic Status.** To be eligible to represent an institution in intercollegiate athletics competition, a student-athlete shall be enrolled in at least a minimum full-time program of studies, be in good academic standing and maintain progress toward a baccalaureate or equivalent degree. *(Revised: 5/12/09)*

**14.01.2.1 Good Academic Standing.** To be eligible to represent an institution in intercollegiate athletics competition, a student-athlete shall be in good academic standing as determined by the academic authorities who determine the meaning of such phrases for all students of the institution, subject to controlling legislation of the conference(s) or similar association of which the institution is a member. The definition of good academic standing applied to student-athletes shall be a standard at least as demanding as the minimum standard applied to all students in order to participate in extracurricular activities at the institution. *(Revised: 5/12/09, 7/18/17)*

**14.01.3 Compliance With Other NCAA and Conference Legislation.** To be eligible to represent an institution in intercollegiate athletics competition, a student-athlete shall be in compliance with all applicable provisions of the constitution and bylaws of the Association and all rules and regulations of the institution and the conference(s), if any, of which the institution is a member. A violation of this bylaw that relates only to a violation of a conference rule shall be considered an institutional violation per Bylaw 7.01.10 however, such a violation shall not affect the student-athlete's eligibility. Specific attention is called to legislation affecting eligibility in the following areas. *(Revised: 10/17/06, 4/4/07)*

**14.01.3.1 Amateurism.** A student-athlete shall not be eligible for participation in an intercollegiate sport, if following initial full-time collegiate enrollment the individual takes or has taken pay, or has accepted the promise of pay in any form, for participation in that sport, or if the individual has violated any of the other regulations related to amateurism set forth in Bylaw 12. (See Bylaw 12.1) *(Revised: 1/9/06 effective 8/1/06)*

**14.01.3.2 Awards, Benefits and Expenses.** Receipt by a student-athlete of nonpermissible awards, extra benefits, or excessive or improper expenses not authorized by NCAA legislation violates the Association's amateurism principle and renders the student-athlete ineligible for athletics participation in the sport for which the improper award, benefit or expense was received (see Bylaw 16). A student-athlete who receives an institutional postgraduate scholarship as part of a senior scholar-athlete award as set forth in Bylaw 16.1.3.1.1 shall not be eligible for intercollegiate athletics participation in all sports, except that a student may complete the remainder of any season currently in progress at the time of the award (e.g., postseason competition in a spring sport which occurs after graduation). *(Revised: 1/10/05)*

**14.01.3.3 Unethical Conduct.** A prospective or enrolled student-athlete who is found to have engaged in unethical conduct (see Bylaw 10.1) shall be ineligible for intercollegiate competition in all sports. *(Revised: 1/10/90, 4/26/06)*

**14.01.3.4 Financial Aid.** A student-athlete who receives financial assistance other than that authorized by the Association shall not be eligible for intercollegiate athletics competition (see Bylaw 15).

**14.01.3.5 Recruitment.** Solicitation of a student-athlete's enrollment by the certifying institution or any representative of its athletics interests in violation of the Association's legislation shall render the student-athlete ineligible to represent that institution in intercollegiate athletics. A student-athlete is responsible during their recruitment for involvement in a violation of NCAA regulations, and the Committee on Student-Athlete Reinstatement may restore the eligibility of a student involved in such violation only when circumstances clearly warrant restoration. The eligibility of a student-athlete involved in a major violation shall not be restored other than through an exception authorized by the Committee on Student-Athlete Reinstatement in a unique case on the basis of specifically stated reasons (see Bylaw 13).

## 14.02 Definitions and Applications.

**14.02.1 Academic Misconduct -- Post-Enrollment.** All institutional staff members and student-athletes are expected to act with honesty and integrity in all academic matters. Post-enrollment academic misconduct includes any violation or breach of an institutional policy regarding academic honesty or integrity (e.g., academic offense, academic honor code violation, plagiarism, academic fraud). *(Adopted: 1/21/17 effective 8/1/17)*

**14.02.2 Branch School.** A branch school is an educational institution that usually offers two years of college work, does not award degrees independently, and is wholly controlled and operated by a four-year, degree-granting parent institution.

**14.02.3 Religious Mission, Official.** An official religious mission is one that is required by the religious organization of which the individual is a member and that results in the individual being unable to attend a collegiate institution during the period of the mission. *(Revised: 4/19/10)*

**14.02.4 Collegiate Institution.** A collegiate institution (for purposes of NCAA legislation) is an institution of higher education that:

(a) Is accredited at the college level by an agency or association recognized by the Secretary of the Department of Education and legally authorized to offer at least a one-year program of study creditable toward a degree; *(Revised: 1/10/90)*

(b) Conducts an intercollegiate athletics program, even though the institution is not accredited at the college level and authorized to offer at least a one-year program of study creditable toward a degree; or

(c) Is located in a foreign country.

**14.02.5 Education-Impacting Disability.** An education-impacting disability is a current impairment that has a substantial educational impact on a student's academic performance and requires accommodation. *(Adopted: 10/21/08)*

**14.02.6 Exception.** An exception is the granting of relief from the application of a specific regulation (e.g., the residence requirement for a transfer student to become eligible for competition). Formal approval by the Management Council or an NCAA committee is not required. The action granting the exception may be taken solely by the certifying institution, based on evidence that the conditions on which the exception is authorized have been met (see Bylaw 14.02.17).

**14.02.7 Good Academic Standing and Progress Toward Degree.** The phrases "good academic standing" and "progress toward degree" are to be interpreted at each member institution by the academic officials who determine the meaning and application of such phrases for all students, subject to the controlling regulations of the institution; the conference(s) (or similar associations), if any, of which the institution is a member; and applicable NCAA legislation (see Bylaw 14.4). The definition of good academic standing applied to student-athletes shall be a standard at least as demanding as the minimum standard applied to all students in order to participate in extracurricular activities at the institution. *(Revised: 7/18/17)*

**14.02.8 Impermissible Academic Assistance -- Institutional Staff Member or Representative of Athletics Interests.** Impermissible academic assistance by a current or former institutional staff member or a representative of an institution's athletics interests includes, but is not limited to, the provision of or arrangement of: *(Adopted: 1/21/17 effective 8/1/17)*

(a) Substantial assistance that is not generally available to an institution's students and is not otherwise expressly authorized in Bylaw 16.3, which results in the certification of a student-athlete's eligibility to participate in intercollegiate athletics or receive financial aid; or *(Adopted: 1/21/17 effective 8/1/17)*

(b) An academic exception that results in a grade change, academic credit or fulfillment of a graduation requirement when such an exception is not generally available to the institution's students and the exception results in the certification of a student-athlete's eligibility to participate in intercollegiate athletics or receive financial aid. *(Adopted: 1/21/17 effective 8/1/17)*

**14.02.9 Institutional Staff Member.** For purposes of Bylaw 14, an institutional staff member is any individual, excluding a student employee, who performs work for the institution or the athletics department, regardless of whether they receive compensation for such work. *(Adopted: 1/21/17 effective 8/1/17)*

**14.02.9.1 Student Employee.** For purposes of Bylaw 14, a student employee is an institutional staff member if: *(Adopted: 1/21/17 effective 8/1/17)*

(a) They have institutional responsibilities to provide academic services to student-athletes; or *(Adopted: 1/21/17 effective 8/1/17)*

(b) They engage in academic misconduct or provides impermissible academic assistance at the direction of a nonstudent employee, an institutional staff member per Bylaw 14.02.9.1-(a) or a representative of the institution's athletics interests. *(Adopted: 1/21/17 effective 8/1/17)*

**14.02.10 Intercollegiate Competition.** Intercollegiate competition occurs when a student-athlete in either a two-year or a four-year collegiate institution: *(Revised: 1/10/95)*

(a) Represents the institution in any contest against outside competition, regardless of how the competition is classified (e.g., scrimmage, exhibition or joint practice session with another institution's team) or whether the student is enrolled in a minimum full-time program of studies; *(Revised: 1/10/91)*

(b) Competes in the uniform of the institution or, during the academic year, uses any apparel (excluding apparel no longer used by the institution) received from the institution that includes institutional identification (see Bylaw 16.11.1.5 for regulations governing the use of equipment during the summer); *(Revised: 1/16/93, 1/11/94, 4/11/06, 7/24/07)*

(c) Competes and receives expenses (e.g., transportation, meals, room or entry fees) from the institution for the competition (See Bylaw 14.7.3.4-(c)-(1) for an exception for medical services for a student-athlete competing unattached); or *(Revised: 7/24/07, 1/26/19)*

(d) Competes in outside competition as a member of a club team at a two-year or four-year collegiate institution, provided the institution sponsors the sport on the varsity level. *(Adopted: 7/24/07)*

**14.02.10.1 Exempted Events.** Participation in events listed in Bylaws 16.8.1.2-(a), -(b) and -(c) is exempted from the application of this legislation. *(Revised: 1/10/92)*

**14.02.10.2 Exemption -- Tryouts.** The participation of student-athletes in contests against prospective student-athletes trying out at member institutions (in accordance with Bylaw 13.11.2.1) shall be exempted from the application of this legislation. *(Adopted: 1/10/91)*

**14.02.11 National Team.** A national team is one selected, organized and sponsored by the appropriate national governing bodies of the U.S. Olympic and Paralympic Committee (or, for student-athletes representing another nation, the equivalent organization of that nation, or, for student-athletes competing in a non-Olympic or Paralympic sport, the equivalent organization of that sport). The selection for such a team shall be made on a national qualification basis, either through a defined selective process or by actual tryouts, publicly announced in advance. In addition, the international competition in question shall require that the entrants officially represent their respective nations, although it is not necessary to require team scoring by nation. *(Revised: 1/22/20 effective 8/1/20)*

**14.02.12 Participation in Intercollegiate Athletics.** Participation in intercollegiate athletics occurs when a student-athlete either practices in a sport (see Bylaw 17.02.1) or competes in a sport, as defined in Bylaw 14.02.10. Eligibility rules for competition may differ from those for practice.

**14.02.13 Qualification Status.**

**14.02.13.1 Qualifier.** A qualifier is a student who, for purposes of determining eligibility for financial aid, practice and competition, has met all of the following requirements (see Bylaw 14.3.1.1): *(Revised: 5/14/18)*

(a) Graduation from high school;

(b) Successful completion of a required core curriculum consisting of a minimum number of courses in specified subjects; and *(Revised: 5/14/18)*

(c) Specified minimum grade-point average in the core curriculum and specified minimum SAT or ACT score based on the initial-eligibility index for qualifiers. *(Revised: 5/14/18)*

**14.02.13.2 Partial Qualifier.** A partial qualifier is a student who does not meet the requirements for a qualifier *(Revised: 1/10/91 effective 8/1/91, 5/17/18, 1/15/21 effective 8/1/21 August 1, 2021, for student-athletes enrolling in a Division II institution on or after August 1, 2021.)*

**14.02.14 Residence.** Residence is enrollment in a full-time academic program (as defined by the institution) at a collegiate institution during a regular term of an academic year. A summer term may not be used to satisfy an academic term or year of residence. Any student-athlete (e.g., qualifier, partial qualifier, transfer student) admitted after the 12th class day may not use that semester or quarter for the purpose of satisfying an academic term or year of residence. *(Revised: 4/30/10, 1/15/21 effective 8/1/21 August 1, 2021, for student-athletes enrolling in a Division II institution on or after August 1, 2021.)*

**14.02.14.1 Academic Year of Residence.** To satisfy an academic year of residence, a student shall: *(Adopted: 4/30/10)*

(a) Be enrolled in and complete a minimum full-time program of studies for two full semesters or three full quarters; or

(b) Be enrolled in a minimum full-time program of studies for two semesters or three quarters and pass a number of hours (including hours earned at the certifying institution during a summer term) that is at least equal to the sum total of the minimum load of each of the required terms. *(Revised: 4/9/13)*

**14.02.15 Grade-Point Average.** For purposes of calculating a grade-point average for NCAA eligibility (e.g., progress toward degree), a student must achieve a minimum grade-point average based on a maximum of 4.000 grading scale, unless otherwise specified in the legislation. *(Adopted: 4/29/04)*

**14.02.16 Transfer Student.** A transfer student, in the application of NCAA eligibility requirements, is a student who transfers from any collegiate institution after having met any one of the conditions set forth in Bylaw 14.5.2.

**14.02.17 Waiver.** A waiver is an action exempting an individual or institution from the application of a specific regulation. A waiver requires formal approval (e.g., by the Management Council, an NCAA committee or a conference, as specified in the legislation) based on evidence of compliance with the specified conditions or criteria under which the waiver is authorized (see Bylaw 14.02.6).

# 14.1 General Eligibility Requirements.

**14.1.1 Postseason and Regular-Season Competition.** To be eligible for regular-season competition, NCAA championships, and for postseason football bowl games, the student-athlete shall meet all of the Association's general eligibility requirements and any additional eligibility requirements adopted by the applicable membership division. *(Revised: 10/22/13)*

**14.1.1.1 Ineligibility for Use of Banned Drugs.** A student-athlete who, as a result of a drug test administered by the NCAA, is found to have used a substance on the list of banned drugs, as set forth in Bylaw 18.2.1.2.1, shall be declared ineligible for further participation in postseason and regular-season competition in accordance with the ineligibility provisions in Bylaws 18.2.1.2.2 and 18.2.1.2.3. *(Adopted: 1/10/90 effective 8/1/90, Revised: 4/29/04)*

**14.1.1.2 General Institutional Requirements.** The institution shall refrain from entering a student-athlete as an individual or as a member of a team in an NCAA championship, if it is acknowledged by the institution or established through the Association's enforcement procedures that the institution or representative(s) of its athletics interests violated NCAA regulations in the recruiting of the student-athlete. The institution may appeal to the Committee on Student-Athlete Reinstatement for restoration of the student-athlete's eligibility (see Bylaw 14.13). *(Revised: 4/16/19 effective 8/1/19, 7/18/23 effective 8/1/23)*

**14.1.2 Validity of Academic Credentials.** As a condition and obligation of membership, an institution is responsible for determining the validity of a student-athlete's academic record. *(Revised: 1/26/19 effective 8/1/19 for student-athletes enrolling in an NCAA Division II institution on or after August 1, 2019.)*

**14.1.2.1 Pre-Enrollment Academic Misconduct.** A prospective student-athlete, student-athlete, representative of athletics interests or a current or former institutional staff member shall not: *(Adopted: 1/21/17 effective 8/1/17, Revised: 1/26/19 effective 8/1/19 for student-athletes enrolling in an NCAA Division II institution on or after August 1, 2019.)*

(a) Arrange for a false or inaccurate academic record (e.g., courses, grades, credits, transcripts, test scores) for a prospective student-athlete; or *(Adopted: 1/21/17 effective 8/1/17, Revised: 1/26/19 effective 8/1/19 for student-athletes enrolling in an NCAA Division II institution on or after August 1, 2019.)*

(b) Provide false, inaccurate or incomplete information to the NCAA or an institution regarding a prospective student-athlete's academic record. *(Adopted: 1/21/17 effective 8/1/17, Revised: 1/26/19 effective 8/1/19 for student-athletes enrolling in an NCAA Division II institution on or after August 1, 2019.)*

**14.1.2.2 Invalidation of Academic Credentials After Initial-Eligibility Certification.** If a student-athlete's academic credentials (e.g., transcript, test scores) are invalidated after their initial eligibility has been certified, the institution must report any violation that may have occurred as a result of the student-athlete's receipt of financial aid or participation in practice or competition and declare the student-athlete ineligible for competition. If such a violation occurred, the student-athlete remains ineligible for intercollegiate competition unless eligibility is restored by the Division II Committee on Student-Athlete Reinstatement regardless of whether an initial-eligibility waiver is granted after the invalidation of the academic credentials. *(Adopted: 10/16/12)*

**14.1.2.3 High School Review Committee.** The High School Review Committee shall have the authority to establish policies and procedures related to the academic review of high schools and to determine the validity of a high school (e.g., core courses, curriculum, grades) for the purpose of meeting initial-eligibility requirements. A review may result in a determination that a high school shall not be used for the purpose of meeting initial-eligibility requirements. The policies and procedures for the review shall be approved by the Academic Requirements Committee. (See Bylaw 21.6.4.2.) *(Adopted: 7/24/07)*

**14.1.2.4 Student Records Review Committee.** The Student Records Review Committee shall have the authority to establish policies and procedures related to the review of a prospective student-athlete's academic credentials and to determine the validity of a prospective student-athlete's academic credentials for the purpose of meeting initial-eligibility requirements. A review may result in a determination that a prospective student-athlete's academic credentials shall not be

used for the purpose of meeting initial-eligibility requirements. The policies and procedures for the review shall be approved by the Academic Requirements Committee. (See Bylaw 21.6.5.2.) *(Adopted: 7/24/07)*

**14.1.2.5 NCAA Eligibility Center.** An institution shall use the NCAA Eligibility Center, approved by the Board of Governors, to determine the validity of the information on which the initial eligibility of a student-athlete is based. *(Adopted: 1/16/93 effective 8/1/94 for student-athletes first entering a collegiate institution on or after 8/1/94, Revised: 1/10/95, 1/12/04 effective 8/1/04, 4/27/06 for those student-athletes whose initial collegiate enrollment occurs in the 2006-07 academic year and thereafter, 4/23/07, 7/24/07, 1/26/15)*

**14.1.2.5.1 Institutional Responsibility.** An institution is responsible for promptly reporting all discrepancies in information used in a student-athlete's initial-eligibility certification to the NCAA Eligibility Center. Discrepancies in information include, but are not limited to, corrections, additions, potential academic misconduct with regard to high schools attended, grades, completion of coursework or test scores. *(Adopted: 4/27/06 for those student-athletes whose initial collegiate enrollment occurs in the 2006-07 academic year and thereafter, Revised: 4/23/07)*

## 14.1.3 Student-Athlete Statement.

**14.1.3.1 Content and Purpose.** Before participation in intercollegiate competition each academic year, a student-athlete shall sign a statement in a form prescribed by the Management Council in which the student-athlete submits information related to eligibility, recruitment, financial aid, amateur status, previous positive drug tests administered by any other athletics organization and involvement in organized gambling activities related to intercollegiate or professional athletics competition under the Association's governing legislation. Details about the content, administration and disposition of the statement are set forth in Bylaw 14.1.3. **[D]** *(Revised: 1/10/92 effective 8/1/92, 1/14/97, 1/13/98, 10/21/14)*

**14.1.3.2 Administration.** The following procedures shall be used in administering the student-athlete statement: *(Revised: 8/4/89, 7/20/10)*

(a) The statement shall be administered individually to each student-athlete by the director of athletics or the director of athletics' designee before the student's participation in intercollegiate competition each academic year;

(b) The director of athletics and head coach in the sport in which the student-athlete participates shall sign the eligibility list form; *(Revised: 4/11/06, 7/24/12 effective 8/1/13)*

(c) The statement shall be kept on file and shall be available for examination on request by an authorized representative of the NCAA; and *(Revised: 10/22/19)*

(d) The director of athletics shall promptly notify in writing the NCAA director of sports sciences regarding a student-athlete's disclosure of a previous positive drug test administered by any other athletics organization.

**14.1.3.3 Institutional Responsibility -- Notification of Positive Test.** The institution shall promptly notify in writing the NCAA chief medical officer regarding a student-athlete's disclosure of a previous positive test for banned substances administered by any other athletics organization. *(Adopted: 1/14/97 effective 8/1/97, Revised: 12/5/06, 6/11/14)*

## 14.1.4 Drug-Testing Consent Form.

**14.1.4.1 Content and Purpose.** Each academic year, a student-athlete shall sign a form prescribed by the Management Council in which the student-athlete consents to be tested for the use of drugs prohibited by NCAA legislation. A student-athlete shall complete and sign the consent form before practice or competition, or before the Monday of the fourth week of classes, whichever is earlier. **[D]** *(Adopted: 1/10/92 effective 8/1/92, Revised: 1/16/93, 1/10/95 effective 8/1/95, 1/14/97, 7/20/10, 10/19/10, 6/22/11, 10/21/14)*

**14.1.4.2 Administration.** The following procedures shall be used in administering the drug-testing consent form required (see Bylaw 7.3.1.5.9): **[D]** *(Adopted: 1/10/92 effective 8/1/92, Revised: 1/8/01, 1/10/05, 7/20/10, 6/22/11)*

(a) The consent form shall be administered individually to each student-athlete by the director of athletics or the director of athletics' designee each academic year;

(b) The director of athletics or the director of athletics' designee shall disseminate the list of banned drug classes to all student-athletes and educate them about products that might contain banned drugs. All student-athletes are to be notified that the list may change during the academic year and that updates may be found on the NCAA website (i.e., www.ncaa.org) and are to be informed of the appropriate athletics department procedures for disseminating updates to the list; and

(c) The consent forms shall be kept on file and shall be available for examination on request by an authorized representative of the NCAA. *(Revised: 10/22/19)*

**14.1.4.3 Exception -- 14-Consecutive Calendar Day Grace Period.** A student-athlete who is trying out for a team is not required to complete the NCAA Drug-Testing Consent Form for 14-consecutive calendar days from the first date the

student-athlete engages in countable athletically related activities or before the student-athlete participates in competition, whichever occurs first. *(Adopted: 1/14/08 effective 8/1/08)*

### 14.1.5 Student-Athlete Health Insurance Portability and Accountability Act (HIPAA) Authorization/ Buckley Amendment Consent Form -- Disclosure of Protected Health Information.

**14.1.5.1 Content and Purpose.** Each academic year, a student-athlete may voluntarily sign a statement in a form prescribed by the Management Council in which the student-athlete authorizes/consents to the institution's physicians, athletic trainers and health care personnel to disclose the student-athlete's injury/illness and participation information associated with the student-athlete's training and participation in intercollegiate athletics to the NCAA and to its Injury Surveillance Program (ISP), agents and employees for the purpose of conducting research into the reduction of athletics injuries. The authorization/consent by the student-athlete is voluntary and is not required for the student-athlete to be eligible to participate. **[D]** *(Adopted: 1/12/04 effective 8/1/04, Revised: 6/22/11)*

**14.1.5.2 Administration.** The following procedures shall be used in administering the Student-Athlete HIPAA Authorization/Buckley Amendment consent form: *(Adopted: 1/12/04 effective 8/1/04, Revised: 7/20/10, 6/22/11)*

(a) The authorization/consent form shall be administered individually to each student-athlete by the director of athletics or the director of athletics' designee before the student-athlete's participation in intercollegiate athletics each academic year. *(Adopted: 1/12/04 effective 8/1/04)*

(b) Signing the authorization/consent shall be voluntary and is not required by the student-athlete's institution for medical treatment, payment for treatment, enrollment in a health plan or for any benefits (if applicable) and is not required for the student-athlete to be eligible to participate. *(Adopted: 1/12/04 effective 8/1/04)*

(c) Any signed authorization/consent forms shall be kept on file and shall be available for examination on request by an authorized representative of the NCAA. *(Adopted: 1/12/04 effective 8/1/04, Revised: 10/22/19)*

### 14.1.6 Admission and Enrollment.

**14.1.6.1 Admission.** A student-athlete shall not represent an institution in intercollegiate athletics competition, unless the student-athlete has been admitted as a regularly enrolled, degree-seeking student in accordance with the regular, published entrance requirements of that institution.

**14.1.6.1.1 Graduate Student Exception.** A nonmatriculating, nondegree seeking graduate student may represent an institution in intercollegiate athletics competition, provided all other eligibility requirements are satisfied (e.g., enrolled full time, in good academic standing). *(Adopted: 1/18/17)*

### 14.1.7 Full-Time Enrollment.

**14.1.7.1 Requirement for Practice or Competition.** To be eligible for practice or competition, a student-athlete shall be enrolled in at least a minimum full-time program of studies leading to a baccalaureate or equivalent degree as defined by the institution, which for purposes of this bylaw and its subsections shall not be less than 12-semester or -quarter hours, regardless of the institution's definition of a minimum full-time program of studies. **[D for practice only]** *(Adopted: 1/13/03 effective 8/1/03, Revised: 6/22/11, 1/17/18)*

**14.1.7.1.1 Drop/Add Course.** A student-athlete no longer shall be considered enrolled in a minimum full-time program of studies (after dropping a course that places the student below full-time status) when the dropped course becomes official in accordance with procedures determined by the institution for all students. A student-athlete who is adding a course to reach full-time status shall become eligible for practice and competition once the course has been approved by the appropriate department head (or designated representative) and submitted to the registrar. *(Adopted: 1/13/03 effective 8/1/03)*

**14.1.7.1.2 Withdrawal or Dismissal.** A student-athlete who withdraws or is dismissed from an institution is considered to be a prospective student-athlete eligible for recruitment by other NCAA institutions and may not continue to practice or compete with the original institution's team. (See Bylaw 13.1.1.2.) *(Adopted: 1/13/03 effective 8/1/03)*

**14.1.7.1.3 Noncredit Work.** Hours of noncredit work (including remedial courses) may be counted toward fulfilling the minimum full-time enrollment requirement, provided the noncredit work is given the same academic load value and is considered by the institution to be a requirement for the degree currently being pursued by the student-athlete. *(Adopted: 1/13/03 effective 8/1/03)*

**14.1.7.1.4 Concurrent Courses at Two Institutions.** Courses taken concurrently at a second institution may be counted toward meeting the minimum 12-hour enrollment requirement, provided: *(Adopted: 1/13/03 effective 8/1/03)*

(a) The certifying institution officially recognizes the student-athlete's combined hours as full-time enrollment for a minimum of 12 hours; and

(b) Courses taken at the second institution will be included on the student-athlete's transcript at the institution where the student-athlete is seeking the degree.

**14.1.7.1.5 Cooperative Educational Exchange Program.** A student-athlete may practice or compete for the certifying institution even though the student-athlete is enrolled in another institution in a cooperative educational exchange or work experience program (e.g., co-op, internship, practicum, student-teaching), provided: *(Adopted: 1/13/03 effective 8/1/03, Revised: 1/11/12)*

(a) The certifying institution considers the student-athlete to be regularly enrolled in a minimum full-time program of studies; and

(b) All academic coursework is placed on the student-athlete's transcript and accepted toward their undergraduate degree at the certifying institution.

**14.1.7.1.6 Nontraditional Courses.** Enrollment in a nontraditional course (e.g., distance-learning, correspondence, extension, Internet/virtual courses, independent study or any other course or credit that is not earned in a face-to-face classroom environment with regular interaction between the instructor and the student) offered by the certifying institution may be used to satisfy the full-time enrollment requirement for competition, provided the following conditions are met: *(Adopted: 1/19/13 effective 8/1/13)*

(a) The course is available to any student at the institution;

(b) The student-athlete enrolls in the course in the same manner as is available to any student;

(c) Enrollment in the course occurs within the institution's regular enrollment periods (preregistration or drop-add period) in accordance with the institution's academic calendar and applicable policies and procedures; and

(d) The course is conducted during the institution's regular academic schedule (term time) in accordance with the institution's academic calendar and applicable policies and procedures.

**14.1.7.1.7 Exceptions.**

**14.1.7.1.7.1 Practice or Competition -- Before Initial Full-Time Enrollment.** To be eligible for practice or competition during the official vacation period immediately before initial enrollment, the student-athlete shall: *(Adopted: 1/13/03 effective 8/1/03)*

(a) Have been accepted by the institution for enrollment in a regular, full-time program of studies at the time of the individual's participation;

(b) No longer be enrolled in the previous educational institution(s); and

(c) Be eligible under all institutional and NCAA requirements.

**14.1.7.1.7.2 Practice or Competition -- Eligibility Between Terms.** To be eligible for practice or competition that takes place between terms, the student-athlete shall: *(Adopted: 1/13/03 effective 8/1/03)*

(a) Have been registered for the required minimum full-time program of studies (see Bylaw 14.1.7.1) at the conclusion of the term immediately preceding the date of competition, if the student-athlete is continuing enrollment; or

(b) Be accepted for enrollment as a regular full-time student for the regular term immediately after the date of competition, if the student-athlete is either continuing enrollment or beginning enrollment (see Bylaw 14.1.9).

**14.1.7.1.7.3 Practice or Competition -- Final Semester/Quarter.** A student-athlete with athletics eligibility remaining may compete or participate in organized practice sessions while enrolled in less than a minimum full-time program of studies, provided the student-athlete is enrolled in the final semester or quarter of the baccalaureate program or a minor or undergraduate certificate program and the institution certifies that the student-athlete is carrying (for credit) the courses necessary to complete the degree, minor or certificate requirements. To qualify for this exception, a minor or undergraduate certificate program must be officially designated (pursuant to institutional policy) by the student-athlete before the beginning of the applicable term. Thereafter, the student-athlete shall forfeit eligibility in all sports, unless the student-athlete completes all degree, minor or certificate requirements during that semester or quarter and is eligible to receive the baccalaureate diploma on the institution's next degree-granting date. *(Adopted: 1/13/03 effective 8/1/03, Revised: 5/3/21)*

**14.1.7.1.7.3.1 Waivers.** The Committee on Student-Athlete Reinstatement shall establish appropriate criteria for waiver requests seeking relief of the forfeiture of eligibility penalty. *(Adopted: 4/21/20 effective 8/1/20)*

**14.1.7.1.7.3.2 Practice or Competition -- Postseason.** The student-athlete granted eligibility to compete under this provision shall be eligible for any NCAA championship that begins within 60 days after said semester or quarter, provided the student-athlete has not exhausted the 10 semesters/15 quarters for completion of the individual's four seasons of eligibility (see Bylaw 14.2). Thereafter, the student-athlete shall forfeit eligibility in all sports, unless the student-athlete completes all degree requirements during that semester or quarter and is eligible to receive the baccalaureate diploma on the institution's next degree-granting date. *(Adopted: 1/13/03 effective 8/1/03)*

**14.1.7.1.7.3.2.1 Waiver -- Postseason.** The Management Council, or a committee designated by the Management Council to act for it, may waive the 60-day requirement when an NCAA championship is conducted at the conclusion of the championship segment of the playing season but begins more than 60 days after the end of said term. (See Bylaw 15.1.1.1 for legislation related to the eligibility of student-athletes enrolled less than full time to receive institutional financial aid.) *(Adopted: 1/13/03 effective 8/1/03)*

**14.1.7.1.7.4 Final Term Before Experiential Learning Requirement.** A student-athlete may compete or practice while enrolled in less than a minimum full-time program of studies in the final semester or quarter of the student's baccalaureate degree program before participating in an experiential learning requirement (e.g., student teaching, internship, clinical, capstone project) in the following term, provided the student-athlete is carrying (for credit) all courses necessary to complete degree requirements as determined by the faculty of the institution, other than the experiential learning requirement. A student-athlete who uses this exception is not permitted to use the final semester/quarter exception the following semester or quarter. *(Adopted: 1/17/18 effective 8/1/18)*

**14.1.7.1.7.5 Practice or Competition -- Graduate Program.** A student-athlete may practice or compete while enrolled in a full-time graduate program as defined by the institution for all graduate students in that program (see Bylaw 14.1.8). *(Adopted: 1/13/03 effective 8/1/03, Revised: 1/9/06)*

**14.1.7.1.7.6 Practice -- First Week of Class.** A student-athlete may practice, but may not compete, during the institution's first five days of classes, if the student-athlete is enrolled in less than a minimum full-time program of studies, provided the student-athlete is otherwise eligible under all institutional, conference and NCAA requirements. *(Adopted: 1/13/03 effective 8/1/03)*

**14.1.7.1.8 Waivers of the 12-Hour Requirement for Practice or Competition.**

**14.1.7.1.8.1 Practice or Competition -- Student-Athletes with Education-Impacting Disabilities.** The Academic Requirements Committee may waive the 12-hour requirement for a student-athlete when objective evidence demonstrates that an institution defines full-time enrollment for that student-athlete to be less than 12 hours to accommodate for the student-athlete's education-impacting disability. *(Adopted: 1/13/03 effective 8/1/03, Revised: 10/21/08)*

**14.1.7.1.8.2 Practice or Competition -- Nontraditional Academic Calendars or Cooperative Educational Programs.** A student-athlete enrolled in an institution that determines enrollment hours on a basis other than traditional semester or quarter hours or that conducts a cooperative educational or work experience program (e.g., co-op, internship, practicum, student-teaching), may practice or compete, if at the time of practice or competition the student-athlete is enrolled for a comparable minimum academic program of studies as determined by the Academic Requirements Committee. *(Adopted: 1/13/03 effective 8/1/03, Revised: 1/11/12)*

**14.1.7.1.8.3 Practice or Competition -- Olympic, Paralympic, Pan American, Parapan American, World Championships, World Cup, World University Games (Universiade), World University Championships or World Youth Championships.** The Academic Requirements Committee may waive the minimum full-time enrollment requirement for any participant in the junior or elite levels of the Olympic, Paralympic, Pan American, Parapan American, World Championships, World Cup, World University Games (Universiade), World University Championships or World Youth Championships who, because of such participation, may lose eligibility for practice or competition in any sport. *(Adopted: 1/13/03 effective 8/1/03, Revised: 1/9/06, 10/17/06, 10/18/11, 1/22/20 effective 8/1/20)*

**14.1.7.1.8.4 Practice -- U.S. Olympic and Paralympic Committee/National Governing Body -- Individual Sports or Rowing.** A student-athlete with eligibility remaining who is not enrolled or who is enrolled in less than a minimum full-time program of studies or a former student-athlete who has graduated and

has no eligibility remaining, may participate on a regular basis in organized practice sessions that involve an individual sport or rowing, provided the following conditions are met: *(Adopted: 1/13/03 effective 8/1/03, Revised: 1/10/05 effective 8/1/05, 1/17/09 effective 8/1/09, 10/19/10, 1/22/20 effective 8/1/20)*

(a) The practice sessions take place only at the institution(s) the individual previously attended as an undergraduate or currently attends or previously attended as a graduate student, except that a former student-athlete who has graduated and has no eligibility remaining may participate in practice sessions at an institution other than the one they previously attended; *(Revised: 10/19/10)*

(b) The U.S. Olympic and Paralympic Committee or national governing body in the sport has recommended the individual's participation; *(Revised: 1/22/20 effective 8/1/20)*

(c) The individual does not participate in any coaching activities unless the institution designates the individual in the appropriate coaching limits;

(d) In the case of a student-athlete with NCAA eligibility remaining in the sport, such participation occurs only during the academic year immediately before the Olympic or Paralympic Games; and *(Revised: 1/22/20 effective 8/1/20)*

(e) In the case of a former student-athlete, such participation shall be limited to the number of years that allows the individual to practice with the institution's team in preparation for two consecutive Olympic or Paralympic Games following exhaustion of eligibility or completion of degree, whichever is earlier. A student-athlete who has not graduated must be enrolled (full or part time) and making progress toward a degree. *(Adopted: 10/19/10, Revised: 1/22/20 effective 8/1/20)*

**14.1.7.1.8.5 Practice -- U.S. Olympic and Paralympic Committee/National Governing Body -- Team Sports.** A student-athlete with eligibility remaining who is not enrolled or who is enrolled in less than a minimum full-time program of studies or a former student-athlete who has graduated and has no eligibility remaining, may participate on a regular basis in organized practice sessions that involve a team sport, provided the following conditions are met: *(Adopted: 1/10/05 effective 8/1/05, Revised: 10/19/10, 1/22/20 effective 8/1/20)*

(a) The practice sessions take place only at the institution(s) the individual previously attended as an undergraduate or currently attends or previously attended as a graduate student, except that a former student-athlete who has graduated and has no eligibility remaining may participate in practice sessions at an institution other than the one they previously attended; *(Revised: 10/19/10)*

(b) The U.S. Olympic and Paralympic Committee or national governing body in the sport has recommended the individual's participation; *(Revised: 1/22/20 effective 8/1/20)*

(c) The individual does not participate in any coaching activities unless the institution designates the individual in the appropriate coaching limits;

(d) The participation occurs only during the academic year immediately before the Olympic or Paralympic Games; and *(Revised: 1/22/20 effective 8/1/20)*

(e) In the case of a former student-athlete, such participation shall be limited to the number of years that allows the individual to practice with the institution's team in preparation for two consecutive Olympic or Paralympic Games following exhaustion of eligibility or completion of degree, whichever is earlier. A student-athlete who has not graduated must be enrolled (full or part time) and making progress toward a degree. *(Revised: 1/22/20 effective 8/1/20)*

**14.1.7.1.8.5.1 Administration.** Waivers of Bylaw 14.1.7.1.8.4 or 14.1.7.1.8.5 shall be approved by the conference members of the Association or, in the case of independent institutions, by the Management Council. A member institution shall submit a waiver request that includes documentation that demonstrates that the conditions of Bylaw 14.1.7.1.8.4 or 14.1.7.1.8.5 have been met for each individual who wishes to participate in the institution's practice sessions. *(Adopted: 1/13/03 effective 8/1/03, Revised: 1/10/05 effective 8/1/05)*

**14.1.7.1.8.6 Practice and Competition -- All Other Full-Time Enrollment Waivers.** Unless otherwise specified under this bylaw, the Academic Requirements Committee may waive the 12-hour requirement for competition and practice. *(Adopted: 1/9/06, Revised: 4/4/07)*

## 14.1.8 Graduate Student/Postbaccalaureate/Second Baccalaureate Participation.
A student-athlete who is enrolled in a graduate or professional school of the institution they previously attended as an undergraduate (regardless of whether the individual has received a United States baccalaureate degree or its equivalent), a student-athlete who is enrolled and seeking a second baccalaureate or equivalent degree at the same institution, a student-athlete who has graduated and is

continuing as a full-time student at the same institution while taking course work that would lead to the equivalent of another major or degree as defined and documented by the institution, or a nonmatriculating, nondegree seeking graduate student who satisfies all eligibility requirements (e.g., enrolled full time, in good academic standing), may participate in intercollegiate athletics, provided the student has eligibility remaining and such participation occurs within the applicable 10-semester/15-quarter period set forth in Bylaw 14.2 (see Bylaw 14.1.7.1.7.5). *(Revised: 1/10/90, 1/16/93 effective 8/1/93, 1/8/07 effective 8/1/07, 1/18/17)*

### 14.1.8.1 Transfer Exception.
A student who transfers and enrolls in a graduate program, professional school or second baccalaureate or equivalent degree program at an institution other than the institution they previously attended as an undergraduate may participate in intercollegiate athletics, provided the student has eligibility remaining. *(Adopted: 1/9/96 effective 8/1/96 for those student-athletes who transfer to the certifying institution on or after 8/1/96, Revised: 1/8/07 effective 8/1/07)*

#### 14.1.8.1.1 Disciplinary Suspension.
A student who transfers from a collegiate institution and enrolls in a graduate program, professional school or second baccalaureate or equivalent degree program while the student is disqualified or suspended from the previous institution for disciplinary reasons (as opposed to academic reasons) must complete one calendar year of residence at the certifying institution. *(Adopted: 7/19/16)*

### 14.1.8.2 International Student Exception.
The remaining eligibility of a student who has received a foreign postsecondary degree that is identified as a "baccalaureate" but is not equivalent to a United States baccalaureate and who is entering an undergraduate program must be reviewed on a case-by-case basis by the Division II Academic Requirements Committee and its International Student Records Consultants. *(Adopted: 1/16/93, Revised: 2/24/11)*

### 14.1.8.3 NCAA Championship Following Last Term of Eligibility.
A student-athlete who is eligible during the term in which degree work is completed (or is eligible as a graduate, per Bylaw 14.1.8) remains eligible for any NCAA championship that begins within 60 days after the end of the term in which the student completes the requirements for the degree (or graduate eligibility). The Management Council, or a committee designated by the Management Council to act for it, may waive the 60-day requirement when an NCAA championship, postseason bowl game or National Invitation Tournament is conducted at the conclusion of the traditional playing season but begins more than 60 days after the end of said term. *(Revised: 1/16/93, 1/10/95, 10/22/13)*

## 14.1.9 Change in Eligibility Status.
If a student-athlete's academic eligibility changes at the end of a quarter or semester, the student-athlete shall become eligible or ineligible to compete on the date their eligibility officially is certified by the appropriate institutional authority. In a case in which the student becomes eligible at the end of the term, the earliest date on which the student can become eligible to compete is the day after the date of the last scheduled examination listed in the institution's official calendar for the term that is ending. In a case in which the student becomes ineligible, the ineligibility shall become effective not later than the first day of classes of the following semester or quarter. In any case, if the student-athlete is academically eligible to compete at the time of the student-athlete's or the institution's first participation in an NCAA championship, they shall remain eligible for the remainder of the championship. *(Revised: 10/22/19)*

### 14.1.9.1 Exception.

#### 14.1.9.1.1 Institutions With Official Posting Date for Grades.
An institution whose official posting date for grades falls within three days of the first day of classes for the following academic term shall have three business days from the official date on which grades must be posted to certify that student-athletes have satisfactorily completed at least nine-semester or eight-quarter hours of academic credit the preceding regular academic term (see Bylaw 14.4.3.2). For those institutions that post grades on a rolling basis, the three-business day period shall begin within the first week of classes. *(Adopted: 1/9/06 effective 8/1/06, Revised: 6/14/16)*

#### 14.1.9.1.2 Institutions With No Official Posting Date for Grades.
An institution whose official submission date for grades falls on or after the first day of classes for the following academic term shall have five business days from the date on which grades are submitted to certify that student-athletes have satisfactorily completed at least nine-semester or eight-quarter hours of academic credit the preceding regular academic term (see Bylaw 14.4.3.2). *(Adopted: 1/9/06 effective 8/1/06, Revised: 6/14/16)*

#### 14.1.9.1.3 Certification of Eligibility.
During the three-business-day or five-business-day period, a student-athlete who is otherwise eligible under NCAA, conference and institutional requirements, shall be permitted to compete. If during the exception period, a student-athlete is certified ineligible, the student-athlete shall be declared immediately ineligible for competition. If the three-business-day or five-business-day period concludes prior to the certification of eligibility for any student-athlete, the student-athlete(s) shall be ineligible until such time as the student-athlete(s) is declared eligible for competition. *(Adopted: 1/9/06 effective 8/1/06)*

**14.1.10 Eligibility for Male Students or Male Student-Athletes to Practice With Women's Teams.** A male student or male student-athlete (see Bylaw 17.02.9) may engage in practice sessions with women's teams under the following conditions: *(Adopted: 5/5/09)*

(a) Male students who practice with an institution's women's team must be verified as eligible for practice in accordance with Bylaw 14.1.7.1 and must have eligibility remaining under the ten-semester/15-quarter rule (see Bylaw 14.2.2) and undergo a mandatory medical examination per Bylaw 17.1.5. A male student who practices with an institution's women's team is not required to have an academic or amateurism certification from the NCAA Eligibility Center. *(Revised: 7/26/11, 7/24/12 effective 8/1/13, 3/17/15, 7/23/19)*

(b) It is not permissible for an institution to provide male students financial assistance, which includes room and board, tuition and fees, and books, in return for practicing with the women's team.

(c) It is not permissible for an institution to provide male students awards and benefits set forth in Bylaw 16.

(d) It is not permissible for an institution to provide male students room and board to remain on campus during a vacation period to participate in practice sessions with a women's team.

(e) It is permissible for an institution to provide practice apparel to male students for the purpose of practicing with a women's team.

**14.1.11 Recognized Foreign Exchange/Study Abroad Program.** A student-athlete who participates in a formal and established educational foreign exchange or study abroad program recognized by the certifying institution's academic authorities shall not be considered a transfer student-athlete upon return to the certifying institution. A student-athlete participating in such a program shall not trigger the use of a season of competition for participation in intercollegiate competition that occurs during the certifying institution's nonchampionship segment. In sports other than basketball, a student-athlete shall not be subject to the outside competition legislation while participating in such a program. All amateurism regulations still apply. *(Adopted: 1/16/16 effective 8/1/16)*

# 14.2 Seasons of Competition: 10-Semester/15-Quarter Rule. A student-athlete shall not engage in more than four seasons of intercollegiate competition in any one sport (see Bylaws 14.02.10 and 14.2.2). An institution shall not permit a student-athlete to represent it in intercollegiate competition unless the individual completes all of their seasons of participation in all sports within the time periods specified below:

**14.2.1 Collegiate Enrollment Concurrent With Service Assignment.** Any time in which a student-athlete is enrolled for a minimum full-time load as a regular student in a collegiate institution while simultaneously on active duty in the U.S. military, on an official religious mission or with a recognized foreign aid service of the U.S. government shall count against the 10 semesters or 15 quarters in which the four seasons of eligibility must be completed. *(Revised: 4/19/10)*

**14.2.2 Ten-Semester/15-Quarter Rule.** A student-athlete shall complete their seasons of participation during the first 10 semesters or 15 quarters in which the student is enrolled in a collegiate institution in at least a minimum full-time program of studies, as determined by the regulations of that institution. For an institution that conducts registration other than on a traditional semester or quarter basis, the Academic Requirements Committee shall determine an equivalent enrollment period.

**14.2.2.1 Use of Semester or Quarter.** A student-athlete is considered to have used a semester or quarter under this rule when the student-athlete is officially registered in a collegiate institution (domestic or foreign) in a regular term of an academic year for a minimum full-time program of studies, as determined by the institution, and attends the first day of classes for that term, even if the student-athlete drops to part-time status during that first day of classes (see Bylaw 14.2.3). *(Revised: 1/10/05)*

**14.2.2.2 Pregnancy Exception.** A member institution may approve a two-semester or three-quarter extension of this 10-semester/15-quarter period of eligibility for a pregnant student-athlete.

**14.2.2.3 Transgender Female Exception.** A member institution may approve a two-semester or three-quarter extension of the 10-semester/15-quarter period of eligibility for a transgender female (male to female) student-athlete who uses two semesters or three quarters while completing one calendar year of testosterone suppression treatment or surgical intervention. *(Adopted: 7/18/17)*

**14.2.2.4 Ten-Semester/15-Quarter Rule Waivers.** The Management Council, or a committee designated by the Management Council to act for it, by a two-thirds majority of its members present and voting, may approve waivers to the 10-semester/15-quarter rule as it deems appropriate. *(Revised: 7/20/10)*

**14.2.2.4.1 Waiver Criteria.** A waiver of the 10-semester/15-quarter period of eligibility is designed to provide a student-athlete with the opportunity to participate in four seasons of intercollegiate competition within a 10-semester/15-quarter period. This waiver may be granted, based upon objective evidence, for reasons that are beyond the control of the student-athlete and the institution, which deprive the student-athlete of the opportunity to participate for more

than one season in their sport within the 10-semester/15-quarter period. The Committee on Student-Athlete Reinstatement reserves the right to review requests that do not meet the more-than-one-year criteria detailed in this bylaw for extraordinary circumstances or extreme hardship. *(Revised: 4/17/91, 1/11/94, 8/10/94, 10/12/95, 1/8/01, 10/22/02, 7/20/10)*

**14.2.2.4.1.1 Application of Waiver.** If the waiver is granted, it shall be applied during the next available opportunity to enroll [e.g., next semester(s), quarter(s)]. *(Adopted: 10/19/10)*

**14.2.2.4.1.2 Circumstances Beyond Control.** Circumstances considered to be beyond the control of the student-athlete and the institution and do not cause a participation opportunity to be used shall include, but are not limited to, the following: *(Adopted: 8/10/94, Revised: 10/12/95, 10/22/02, 7/20/10)*

(a) Situations clearly supported by contemporaneous medical documentation, which states that a student-athlete is unable to participate in intercollegiate competition as a result of incapacitating physical or mental circumstances;

(b) The student-athlete is unable to participate in intercollegiate athletics as a result of a life-threatening or incapacitating injury or illness suffered by a member of the student-athlete's immediate family that clearly is supported by contemporaneous medical documentation; *(Revised: 10/26/06)*

(c) Reliance by the student-athlete on written, contemporaneous, clearly erroneous academic advice provided to the student-athlete from a specific academic authority from a collegiate institution regarding the academic status of the student-athlete or prospective student-athlete that directly leads to that individual not being eligible to participate and, but for the clearly erroneous advice, the student-athlete would have established eligibility for intercollegiate competition; *(Revised: 10/9/96 effective 8/1/97)*

(d) Natural disaster (e.g., earthquakes, floods); and

(e) Extreme financial difficulties as a result of a specific event (e.g., layoff, death in the family) experienced by the student-athlete or by an individual on whom the student-athlete is legally dependent that prohibits the student-athlete from participating in intercollegiate athletics. These circumstances must be clearly supported by objective documentation (e.g., decree of bankruptcy, proof of termination) and must be beyond the control of the student-athlete or the individual on whom the student-athlete is legally dependent. *(Adopted: 10/12/95, Revised: 10/28/97)*

**14.2.2.4.1.3 Circumstances Within Control.** Circumstances that are considered to be within the control of the student-athlete and the institution and cause a participation opportunity to be used include, but are not limited to, the following: *(Adopted: 8/10/94, Revised: 10/12/95, 10/22/02, 7/20/10)*

(a) A student-athlete's decision to attend an institution that does not sponsor their sport, or decides not to participate at an institution that does sponsor their sport;

(b) An inability to participate due to failure to meet institutional/conference or NCAA academic requirements, or disciplinary reasons or incarceration culminating in or resulting from a conviction; *(Revised: 10/12/95)*

(c) Reliance by a student-athlete on misinformation from a coaching staff member;

(d) Redshirt year, unless it meets the exception pursuant to Bylaw 14.2.2.4.1.4; *(Revised: 1/9/06 effective 8/1/06)*

(e) An inability to participate as a result of a transfer year in residence or fulfilling a condition for restoration of eligibility; and

(f) A student-athlete's lack of understanding regarding the specific starting date of their 10-semester/15-quarter period of eligibility. *(Adopted: 10/9/96 effective 8/1/97)*

**14.2.2.4.1.4 Waiver -- Student-Athlete Who Does Not Use Season of Competition During Initial Year of Collegiate Enrollment.** For a student-athlete who does not use a season of competition during their initial year of full-time collegiate enrollment at any institution, a waiver may be granted if all of the following conditions are met: *(Adopted: 1/9/06 effective 8/1/06, Revised: 7/24/07, 7/19/10, 10/21/14)*

(a) The student-athlete was academically and athletically eligible and was on the institution's eligibility list (formerly squad list) during their initial year of collegiate enrollment; and *(Revised: 1/9/06, 7/24/12 effective 8/1/13)*

(b) The student-athlete was denied one participation opportunity per Bylaw 14.2.2.4.1 following their initial year of collegiate enrollment.

**14.2.2.4.1.4.1 Application of Waiver.** If the waiver is granted, it must be used during the next available opportunity [e.g., next semester(s) or quarter(s)]. *(Adopted: 1/9/06 effective 8/1/06, Revised: 7/20/10, 4/16/19*

*Immediate, for student-athletes who initially enroll in a collegiate institution during the 2019-20 academic year and thereafter.)*

**14.2.2.4.2 Practice While Waiver Is Pending.** A student-athlete, who has exhausted their 10-semester/15-quarter period of eligibility, may practice, but not compete, for 30 consecutive calendar days, provided the institution has filed a 10-semester/15-quarter waiver request with the NCAA national office. If such a request is denied prior to exhausting the 30-day practice period, the student-athlete must cease all practice activities upon the institution's notification of the denial. *(Adopted: 7/20/10, Revised: 10/16/18)*

## 14.2.3 Additional Applications of the 10-Semester/15-Quarter Rule.

**14.2.3.1 Athletics Competition.** Even though a student is enrolled for less than a minimum full-time program of studies at a collegiate institution, a student shall use a semester or quarter under the 10-semester/15-quarter period of eligibility if the individual represents the institution in intercollegiate athletics. *(Revised: 1/10/05)*

**14.2.3.2 Nonrecognized College.** Enrollment in a postsecondary, noncollegiate institution (e.g., technical school, seminary or business college) in the United States that is not accredited at the college level by an agency or association recognized by the secretary of the Department of Education and legally authorized to offer at least a one-year program of study creditable toward a degree, constitutes enrollment in the application of the 10-semester/15-quarter rule (Bylaw 14.2) only if: *(Revised: 1/10/90)*

(a) The student is enrolled in a minimum full-time program of studies at such an institution that conducts an intercollegiate athletics program; or

(b) The student, whether enrolled for a minimum full-time program of studies or not, represents the institution in intercollegiate athletics.

**14.2.3.3 Joint College/High School Program.** A student-athlete's eligibility under the 10-semester/15-quarter rule does not begin while a student is enrolled in a collegiate institution in a joint high school/college academic program for high school students, in which the courses count as both high school graduation credit and college credit, provided the student has not officially graduated from high school and does not practice (including limited preseason tryouts) or compete for the college's athletics programs. *(Revised: 1/13/98, 1/8/01 effective 8/1/01, 1/14/02)*

**14.2.3.4 Vocational Program.** A student-athlete's eligibility under the 10-semester rule does not begin while the student is enrolled in a minimum full-time program of studies as a part of a special vocational program that combines enrollment in regular college courses and participation in vocational training courses, provided the student is not considered to be regularly matriculated by the institution, does not go through the customary registration and testing procedures required of all regular entering students and is not eligible for the institution's extracurricular activities, including athletics.

**14.2.3.5 Eligibility for Practice.** A student-athlete receiving athletics aid after having engaged in four seasons of intercollegiate competition in a sport may continue to take part in organized, institutional practice sessions in that sport without being a counter (see Bylaw 15.02.4), provided the individual has eligibility remaining under the 10-semester rule.

## 14.2.4 Criteria for Determining Season of Eligibility.

**14.2.4.1 Minimum Amount of Competition.** Any competition (including a scrimmage with outside competition), regardless of time, during a season in an intercollegiate sport shall be counted as a season of competition in that sport. This provision is applicable to intercollegiate athletics competition conducted by a two-year or four-year collegiate institution at the varsity or subvarsity level. *(Revised: 1/11/94, 1/19/13 effective 8/1/13)*

**14.2.4.1.1 Transfer from a Non-Division II Institution.** The Division II season of competition legislation does not apply to a transfer student-athlete's previous participation at a non-Division II institution (e.g., NCAA Division I or III, NAIA, two-year college). A transfer student-athlete is subject to the legislation applicable to the division or association of which the previous institution was a member during the student-athlete's term(s) of participation. *(Adopted: 1/27/20 Immediate, for a student-athlete who transferred to a Division II institution during the 2018-19 academic year and thereafter.)*

**14.2.4.1.1.1 Exception -- Division III Transfer.** A Division III student-athlete who is charged with a season of participation for practice only under Division III legislation will not be charged with a season of competition upon transfer to a Division II institution. *(Adopted: 1/27/20 Immediate, for a student-athlete who transferred to a Division II institution during the 2018-19 academic year and thereafter.)*

**14.2.4.1.2 Exception -- Two-Year College Scrimmages.** A two-year college prospective student-athlete may compete in a scrimmage as a member of a two-year college team without counting such competition as a season of competition, provided the scrimmage is conducted without official scoring. *(Adopted: 1/11/94, Revised: 4/4/07, 7/23/19)*

**14.2.4.1.2.1 Official Scoring.** Official scoring has occurred when either institution participating in the scrimmage satisfies either of the following conditions: *(Adopted: 7/23/19)*

(a) The signing of a scorebook by an official; or

(b) The score is used for individual or seasonal statistics.

**14.2.4.1.3 Exception -- Competition in the Nonchampionship Segment and Spring Football.** In field hockey, football, men's and women's soccer, men's and women's volleyball and men's and women's water polo, a student-athlete may engage in outside competition during the segment of the playing season that does not conclude with the NCAA championship without using a season of competition, provided the student-athlete was academically eligible during the segment in the same academic year that concludes with the NCAA championship. In baseball, women's beach volleyball, softball and men's and women's lacrosse, a student-athlete may engage in outside competition during the segment of the playing season that does not conclude with the NCAA championship without using a season of competition. Prior to participating against outside competition during the nonchampionship segment and spring football practice, student-athletes shall be certified as eligible (e.g., amateurism, enrolled full time). *(Revised: 1/15/11 effective 8/1/11, 7/26/11, 7/17/18, 1/14/23 effective 8/1/23)*

**14.2.4.1.4 Recognized Foreign Exchange/Study Abroad Program.** A student-athlete who participates in a formal and established educational foreign exchange or study abroad program recognized by the certifying institution's academic authorities shall not use a season of competition for participation in intercollegiate competition that occurs during the certifying institution's nonchampionship segment. *(Adopted: 1/16/16 effective 8/1/16)*

**14.2.4.1.5 Alumni Game, Fundraising Activity or Celebrity Sports Activity.** A student-athlete may engage in outside competition in either one alumni game, one fundraising activity or one celebrity sports activity during a season without counting such competition as a season of competition, provided the event is exempted from the institution's maximum number of contests or dates of competition as permitted in the particular sport per Bylaw 17. *(Adopted: 1/15/11 effective 8/1/11)*

**14.2.4.1.6 Preseason Exhibition Contests or Dates of Competition/Preseason Scrimmages During Initial Year.** During a student-athlete's initial year of collegiate enrollment, they may compete in preseason exhibition contests or dates of competition and preseason scrimmages (as permitted in the particular sport per Bylaw 17) that occur prior to the first countable contest or date of competition in the sport without counting such competition as a season of competition. *(Adopted: 1/19/13 effective 8/1/13)*

**14.2.4.1.7 Exception -- Football.** In football, a student-athlete representing a Division II institution, in their initial year of collegiate enrollment, may participate in up to three contests in a season without using a season of competition. *(Adopted: 1/14/23 effective 8/1/23)*

**14.2.4.2 Participation in Organized Competition Before Initial Collegiate Enrollment.** An individual who does not cease participation by October 1 or March 1 (whichever occurs earlier) immediately after one calendar year has elapsed following their high school graduation date, shall use one season of intercollegiate competition for each consecutive 12-month period after October 1 or March 1 and before initial full-time collegiate enrollment in which the individual participates in organized competition per Bylaw 14.2.4.2.1.2. *(Adopted: 1/8/01 effective 8/1/01, Revised: 2/21/08, 1/16/10, 7/18/23)*

**14.2.4.2.1 Administration of Participation in Organized Competition.**

**14.2.4.2.1.1 High School Graduation.** An individual's high school graduation date (or the international equivalent as specified in the NCAA Guide to International Academic Standards for Athletics Eligibility) shall be considered to be the graduation date of the final high school class (e.g., junior, senior) of which they were a member. *(Adopted: 1/16/10 effective 8/1/10 for individuals who are issued a final amateurism certification by the NCAA Eligibility Center on or after 4/1/10)*

**14.2.4.2.1.1.1 Early High School Graduation.** If an individual graduates early from high school, they become a member of that class and the date of graduation for the individual is the expected date of that class. *(Adopted: 1/16/10 effective 8/1/10 for individuals who are issued a final amateurism certification by the NCAA Eligibility Center on or after 4/1/10)*

**14.2.4.2.1.1.2 Late High School Graduation -- Required Repeat Year.** If an individual is required to repeat an entire year of high school attendance, they become a member of that class and the date of graduation for the individual is the expected date of that class. *(Adopted: 1/16/10 effective 8/1/10 for individuals who are issued a final amateurism certification by the NCAA Eligibility Center on or after 4/1/10)*

**14.2.4.2.1.1.3 Discontinued High School Enrollment.** An individual who discontinues high school enrollment and then participates in organized competition per Bylaw 14.2.4.2.1.2 shall use one season of intercollegiate competition for each consecutive 12-month period after October 1 or March 1 (whichever occurs earlier) immediately after one calendar year has elapsed following the discontinued enrollment and before initial full-time collegiate enrollment. *(Adopted: 1/16/10 effective 8/1/10 for individuals who are issued a final amateurism certification by the NCAA Eligibility Center on or after 4/1/10, Revised: 7/18/23)*

**14.2.4.2.1.2 Organized Competition.** Athletics competition shall be considered organized if any one of the following conditions exists: *(Adopted: 1/16/10 effective 8/1/10 for individuals who are issued a final amateurism certification by the NCAA Eligibility Center on or after 4/1/10)*

(a) Competition is scheduled in advance;

(b) Official score is kept;

(c) Individual or team standings or statistics are maintained;

(d) Official timer or game officials are used;

(e) Admission is charged;

(f) Teams are regularly formed or team rosters are predetermined;

(g) Team uniforms are used;

(h) An individual or team is privately or commercially sponsored; or

(i) The competition is either directly or indirectly sponsored, promoted or administered by an individual, an organization or any other agency.

**14.2.4.2.1.3 Academic Year in Residence.** An individual who uses a season of competition in a specific sport per Bylaw 14.2.4.2 shall fulfill an academic year in residence at any member institution before being eligible to represent the certifying institution in that specific sport in intercollegiate competition. *(Adopted: 1/16/10 effective 8/1/10 for individuals who are issued a final amateurism certification by the NCAA Eligibility Center on or after 4/1/10)*

**14.2.4.2.1.3.1 Exception -- Transfer Student.** A student who has attended a two-year or a four-year collegiate institution for at least two full-time semesters or three full-time quarters and who has satisfactorily completed an average of at least 12-semester or 12-quarter hours of transferable degree credit for each full-time academic term of attendance at the two-year or four-year collegiate institution is not required to fulfill an academic year in residence before being eligible to represent the certifying institution in that specific sport in intercollegiate competition. This exception shall not apply to the use of a season(s) of intercollegiate competition for each 12-month period after the one-year time period and before initial full-time collegiate enrollment in which an individual participates in organized competition per Bylaw 14.2.4.2.1.2. (See Bylaws 14.4 and 14.5 for progress-toward-degree and transfer requirements.) *(Adopted: 1/16/10 effective 8/1/10 for individuals who are issued a final amateurism certification by the NCAA Eligibility Center on or after 4/1/10, Revised: 5/7/10, 4/15/14)*

**14.2.4.2.1.3.2 Exception -- Graduate Student.** A student who transfers and enrolls in a graduate program, professional school or equivalent degree program is not required to fulfill an academic year in residence before being eligible to represent the certifying institution in that specific sport in intercollegiate competition. (See Bylaws 14.1.8 and 14.4 for progress-toward-degree and transfer requirements.) *(Adopted: 4/15/14)*

**14.2.4.2.2 Exceptions to Participation in Organized Competition.** An individual who does not cease participation by October 1 or March 1 (whichever occurs earlier) immediately after one calendar year has elapsed following their high school graduation. shall not be charged with a season of intercollegiate competition, provided the individual satisfies any of the following exceptions for each consecutive 12-month period in which the individual participates in organized competition per Bylaw 14.2.4.2.1.2 following October 1 or March 1 and before initial full-time collegiate enrollment. *(Adopted: 1/16/10 effective 8/1/10 for individuals who are issued a final amateurism certification by the NCAA Eligibility Center on or after 4/1/10, Revised: 7/18/23)*

**14.2.4.2.2.1 Service Exceptions.** Participation in organized competition during time spent in the armed services, on official religious missions or with recognized foreign aid services of the U.S. government and the period between completion of the service commitment and the first opportunity to enroll as a full-time student in a regular academic term is exempt from the application of Bylaw 14.2.4.2. *(Adopted: 1/7/01 effective 7/31/01 for those individuals first entering a collegiate institution on or after 8/1/01, Revised: 4/14/14, 7/21/14, 1/25/19 April 1,*

*2019, for individuals enrolling during the 2019-20 academic year, and thereafter, 4/15/19 April 1, 2019, for individuals enrolling during the 2019-20 academic year, and thereafter.)*

**14.2.4.2.2.2 National/International Competition Exception.** For a maximum of one year, participation in organized competition per Bylaw 14.2.4.2.1.2 shall be excepted if the competition is national or international competition that includes participation in: *(Adopted: 1/8/01 effective 8/1/01 for those individuals first entering a collegiate institution on or after 8/1/01, Revised: 7/19/16, 10/16/18)*

(a) Official Pan American, Parapan American, World Championships, World Cup, World University Games (Universiade), World University Championships, Olympic and Paralympic training, tryouts and competition or junior level equivalents (e.g., Youth Olympic, Youth Paralympic, U20 World Cup, junior national teams); *(Revised: 10/18/11, 10/16/18, 1/22/20 effective 8/1/20)*

(b) Officially recognized training and competition directly qualifying participants for final Olympic or Paralympic tryouts or junior level equivalents (e.g., Youth Olympic, Youth Paralympic, U20 World Cup, junior national teams); or *(Revised: 10/16/18, 1/22/20 effective 8/1/20)*

(c) Official tryouts and competition involving national teams sponsored by the appropriate national governing bodies of the U.S. Olympic and Paralympic Committee (or, for student-athletes representing another nation, the equivalent organization of that nation, or, for student-athletes competing in a non-Olympic or Paralympic sport, the equivalent organization of that sport) or junior level equivalents (e.g., Youth Olympic, Youth Paralympic, U20 World Cup, junior national teams). *(Adopted: 7/19/16, Revised: 10/16/18, 1/22/20 effective 8/1/20)*

**14.2.4.2.2.3 Skiing Exception.** For a maximum of two years, participation in organized competition per Bylaw 14.2.4.2.1.2 shall be excepted in skiing when such participation is part of competition sanctioned by the U.S. Skiing Association and its international counterparts. *(Adopted: 1/8/01 effective 8/1/01 for those individuals first entering a collegiate institution on or after 8/1/01)*

**14.2.4.2.2.4 Men's Ice Hockey Exception.** In men's ice hockey, for a maximum of two years, participation in organized competition per Bylaw 14.2.4.2.1.2 shall be excepted. *(Adopted: 1/15/11 effective 8/1/11, Revised: 10/18/16 Immediate, for individuals initially enrolling in a collegiate institution on or after 8/1/17, 1/23/19)*

**14.2.4.2.2.4.1 Major Junior Ice Hockey -- Men's Ice Hockey.** An individual who participates on a Major Junior men's ice hockey team shall use a season of intercollegiate competition for each consecutive 12-month period in which the individual participates, regardless of when such participation occurs. The individual shall fulfill an academic year of residence (see Bylaw 14.2.4.2.1.3) before being eligible to represent the institution in intercollegiate competition in men's ice hockey. *(Adopted: 1/15/11 effective 8/1/11)*

**14.2.4.2.3 Waiver.** The Committee for Legislative Relief shall have the authority to review and grant waivers of the organized competition legislation. *(Adopted: 1/16/10 effective 8/1/10 for individuals who are issued a final amateurism certification by the NCAA Eligibility Center on or after 4/1/10)*

**14.2.4.3 Road Racing.** Participation in road racing is essentially the same as cross country or track and field competition and cannot be separated effectively from those sports for purposes of organized competition before initial collegiate enrollment. Therefore, an individual who does not cease participation by October 1 or March 1 (whichever occurs earlier) immediately after one calendar year has elapsed following their high school graduation date and participates in a road race(s) shall use one season of intercollegiate competition in cross country and track and field for each consecutive 12-month period after October 1 or March 1 and before initial full-time collegiate enrollment. The individual shall also fulfill an academic year in residence at any member institution before being eligible to represent the certifying institution in cross country or track and field competition. *(Adopted: 7/23/13, Revised: 7/18/23)*

**14.2.4.4 Track and Field and Cross Country.** Cross country, indoor track and field, and outdoor track and field shall be considered separate sports. *(Revised: 1/10/90)*

**14.2.4.5 Triathlon and Cross Country, Track and Field and Swimming.** Triathlon includes elements of competition similar to cross country, track and field and swimming competition and cannot be separated effectively from those sports for purposes of organized competition. Therefore, triathlon and cross country are considered the same sport, triathlon and track and field are considered the same sport, and triathlon and swimming are considered the same sport for purposes of the organized competition legislation. *(Adopted: 1/18/14 effective 8/1/14)*

**14.2.4.6 Volleyball and Beach Volleyball.** Volleyball and beach volleyball are considered the same sport for purposes of Bylaw 14.2.4.2. *(Adopted: 10/16/12, Revised: 5/1/15)*

**14.2.4.7 Intercollegiate Competition.** A student-athlete is considered to have engaged in a season of intercollegiate competition when they compete in an athletics event involving any one of the conditions characterizing intercollegiate competition per Bylaw 14.02.10.

**14.2.4.8 Foreign-Tour Competition.** A student-athlete who did not compete during the institution's season just completed and who represents the institution in a certified foreign tour after that intercollegiate season and before the start of the next academic year shall not be charged with a season of eligibility (see Bylaw 17.32.1.5). *(Revised: 1/12/99)*

**14.2.5 Hardship Waiver.** A student-athlete may be granted an additional year of competition by the conference or the Committee on Student-Athlete Reinstatement for reasons of "hardship." Hardship is defined as an incapacity resulting from an injury or illness that has occurred under all of the following conditions: *(Revised: 1/14/02 effective 8/1/02)*

(a) The incapacitating injury or illness occurs in one of the four seasons of intercollegiate competition at any two-year or four-year collegiate institution; *(Revised: 1/10/92 effective 8/1/92)*

(b) The injury or illness occurs prior to the first competition of the second half of the playing season that concludes with the NCAA championship in that sport (see Bylaw 14.2.5.2.3) and results in an incapacity to compete for the remainder of that playing season; and *(Revised: 1/14/97 effective 8/1/97, 1/14/02 effective 8/1/02, 1/13/03 effective 8/1/03 for any injury or illness occurring on or after 8/1/03, 1/21/17 effective 8/1/17 for any incapacitating injury or illness, or other extenuating circumstance occurring on or after 8/1/17)*

(c) The injury or illness occurs when the student-athlete has not participated in more than three contests or dates of competition (whichever is applicable to that sport), or 30 percent of the maximum permissible number of contests or dates of competition set forth in Bylaw 17 in their sport (see Bylaw 14.2.5.2.5.1.1 for information regarding percent calculation in track and field and Bylaw 14.2.5.2.5.1.2 for information regarding percent calculation in basketball). Competition (excluding alumni games, fundraising activities, celebrity sports activities, scrimmages and exhibition contests per Bylaw 17 in the applicable sport) against outside participants during the playing season that concludes with the NCAA championship, or, if so designated, during the official NCAA championship playing season in that sport (e.g., spring baseball, fall soccer), shall be countable under this limitation. In basketball, contests played as part of a region challenge shall be countable under this limitation. *(Revised: 1/10/92, 1/14/97 effective 8/1/97, 1/14/02 effective 8/1/02, 4/29/04, 1/10/05 for any competition occurring on or after 8/1/04, 1/17/09 effective 8/1/09, 1/16/13, 1/21/17 effective 8/1/17 for any incapacitating injury or illness, or other extenuating circumstance occurring on or after 8/1/17, 4/16/19 Immediate, for student-athletes who initially enroll during the 2019-20 academic year, and thereafter., 1/27/20 effective 8/1/20 for any incapacitating injury or illness, or other extenuating circumstance occurring on or after 08/01/20, 8/26/21)*

**14.2.5.1 Administration of Hardship Waiver.** The hardship waiver shall be administered by the member conferences of the Association or, in the case an independent member institution, by the Committee on Student-Athlete Reinstatement. An institution may appeal a decision by its conference to the Committee on Student-Athlete Reinstatement. *(Revised: 1/13/03 for any hardship waiver denied on or after 2/1/00, 10/22/19 Immediate for any student-athletes that initially enroll at a collegiate institution during the 2020-21 academic year and thereafter.)*

**14.2.5.2 Criteria for Administration of Hardship Waiver.** The following criteria are to be employed in the administration of the hardship waiver: *(Revised: 12/5/06)*

**14.2.5.2.1 Nature of Injury/Illness.** It is not necessary for the incapacitating injury or illness to be the direct result of the student's participation in the institution's organized practice or game competition. The student-athlete may qualify for the hardship waiver as a result of any incapacitating injury or illness occurring after the individual becomes a student-athlete by reporting on call for regular squad practice or after attending the first day of classes as a full-time student at a member institution.

**14.2.5.2.2 Medical Documentation.** Contemporaneous medical documentation from a physician or medical doctor that establishes the student-athlete's inability to compete for the remainder of the playing season as a result of an injury or illness shall be submitted with any hardship-waiver request. Chiropractic records do not constitute medical documentation for purposes of administering a hardship-waiver request. For circumstances involving psychological or mental illnesses, the required contemporaneous or other appropriate medical documentation may be provided by an individual who is qualified and licensed to diagnose and treat the particular illness (e.g., psychologist). *(Adopted: 1/12/99 effective 8/1/99, Revised: 4/28/05, 10/20/09)*

**14.2.5.2.3 First-Half-of-Season Calculation.** The first half of the season is measured by the maximum permissible number of contests or dates of competition set forth in Bylaw 17 in the sport. Any computation of the first half of the season that results in a fractional portion of a contest or date of competition shall be rounded to the next whole number. The first full contest or date of competition immediately following the rounded value is the first contest or date of competition in the second half of the season (e.g., 50 percent of an 11-game football schedule -- 5.5 games --

shall be considered six games and any injury or illness must have occurred prior to the start of the seventh contest). *(Adopted: 1/21/17 effective 8/1/17 for any incapacitating injury or illness, or other extenuating circumstance occurring on or after 8/1/17, Revised: 4/18/22 effective 8/1/22 for any incapacitating injury or illness, or other extenuating circumstance occurring on or after 8/1/22, 6/15/22)*

**14.2.5.2.3.1 Contests or Dates of Competition Based on Championship Selection.** In sports in which the playing season is divided into two segments, but championship selection is based on competition throughout the season (e.g., golf and tennis), the first half of the season shall be measured by the Bylaw 17 maximum for the entire season (e.g., nonchampionship and championship segments). In sports in which the playing season may be divided into two segments but the championship selection is based on competition during only one segment of the season (e.g., spring baseball, fall soccer), the first half of the season shall be measured by the maximum number of contests or dates of competition set forth in Bylaw 17 for the championship segment. *(Adopted: 1/21/17 effective 8/1/17 for any incapacitating injury or illness, or other extenuating circumstance occurring on or after 8/1/17)*

**14.2.5.2.3.2 First-Half-of-Season Calculation -- Track and Field.** For an institution that sponsors both indoor and outdoor track and field, the first half of the season calculation for indoor and outdoor track and field shall be based on the institution's number of completed varsity dates of competition in the respective season. For example, if the institution completes six dates of competition in indoor track, the injury or illness must have occurred prior to the beginning of the fourth date of competition. For an institution that sponsors only indoor track and field or outdoor track and field, but not both, and a student-athlete who only competes in indoor track and field or outdoor track and field, but not both, the first half of the season shall be measured by the maximum number of dates of competition set forth in Bylaw 17. *(Adopted: 1/21/17 effective 8/1/17 for any incapacitating injury or illness, or other extenuating circumstance occurring on or after 8/1/17)*

**14.2.5.2.3.3 First Half-of-Season Calculation - Basketball.** If an institution participates in a region challenge event, the first half of the season shall be measured by the maximum number of contests set forth in Bylaw 17 plus the number of contests played in the region challenge event. For example, if an institution participates in two contests as part of a region challenge event, the injury or illness must have occurred prior to the start of the 15th contest (e.g., 26 contests plus two region challenge contests). *(Adopted: 1/27/20 effective 8/1/20 August 1, 2020, for any incapacitating injury or illness, or other extenuating circumstance occurring on or after August 1, 2020., Revised: 8/26/21)*

**14.2.5.2.4 Reinjury in Second Half of Season.** A student-athlete who suffers an injury in the first half of the season that concludes with the NCAA championship, attempts to return to competition during the second half of that season and then is unable to participate further as a result of aggravating the original injury does not qualify for the hardship waiver. *(Adopted: 1/21/17 effective 8/1/17 for any incapacitating injury or illness, or other extenuating circumstance occurring on or after 8/1/17)*

**14.2.5.2.5 Percent Calculation.** The following requirements apply in determining the percent calculation under this waiver provision: (Note: The percent calculation requirements set forth in Bylaws 14.2.5-(c) and 14.2.5.2.3 apply only to the waiver provisions of this section and do not apply to the maximum- and minimum-contests requirements in Bylaws 7 and 17.) *(Revised: 7/21/09)*

**14.2.5.2.5.1 Denominator in Percent Computation.** The denominator in the percent calculation shall be based on the maximum number of contests or dates of competition set forth in Bylaw 17 for the applicable sport. *(Revised: 1/14/97 effective 8/1/97, 1/12/99, 1/14/02 effective 8/1/02, 2/10/05 for any competition occurring on or after 8/1/04, 1/17/09 effective 8/1/09, 1/21/17 effective 8/1/17 for any incapacitating injury or illness, or other extenuating circumstance occurring on or after 8/1/17)*

**14.2.5.2.5.1.1 Denominator in Percent Computation -- Track and Field.** For an institution that sponsors both indoor and outdoor track and field, the denominator in the percent calculation for indoor and outdoor track and field shall be based on the institution's number of completed varsity dates of competition in the respective season. For example, if the institution completes six dates of competition in indoor track, the denominator in the percent calculation for a hardship waiver in indoor track and field would be six. For an institution that sponsors only indoor track and field or outdoor track and field, but not both, and a student-athlete who only competes in indoor track and field or outdoor track and field, but not both, the institution's number of completed varsity dates of competition or the maximum number of dates of competition set forth in Bylaw 17 may be used in the denominator. *(Adopted: 1/16/13, Revised: 4/30/15)*

**14.2.5.2.5.1.2 Denominator in Percent Calculation - Basketball.** If an institution participates in a region challenge event, the denominator shall include the number of contests played in the region challenge event. For example, if an institution participates in two contests as part of a region challenge event, the

denominator in the percent calculation would be 28 (e.g., 26 contests plus two region challenge contests). *(Adopted: 1/27/20 effective 8/1/20 for any incapacitating injury or illness, or other extenuating circumstance occurring on or after 8/1/20, Revised: 8/26/21)*

**14.2.5.2.5.2 Fraction in Percent Computation.** Any computation of the percent limitation that results in a fractional portion of a contest or date of competition shall be rounded to the next whole number (e.g., 30 percent of a 26-game basketball schedule -- 7.8 games -- shall be considered eight games). *(Revised: 1/14/97 effective 8/1/97, 10/3/18)*

**14.2.5.2.6 Transfer Student-Athletes.** The hardship-waiver criteria for a transfer student-athlete who suffers an injury or illness while attending an NCAA Division I or Division III institution may be based on the method that would be most beneficial to the student-athlete (the rule applicable to the member division in which the injury or illness occurred or the Division II rule). The application of a particular division's legislation must include all the applicable elements of that division's legislation, as opposed to selected elements of the legislation of each division. *(Adopted: 7/21/09, Revised: 7/20/10)*

**14.2.5.2.7 Foreign-Tour Competition.** A student-athlete who qualifies for a hardship for the previous academic year would not use a season of competition if the student-athlete represents the institution on a certified foreign tour during the summer-vacation period at the conclusion of that academic year. *(Adopted: 1/10/92, Revised: 1/14/02)*

**14.2.6 Season-of-Competition Waiver -- Competition While Ineligible.** In conjunction with a request for restoration of eligibility and any conditions imposed thereon per Bylaw 14.13, a student-athlete may be granted an additional season of competition by the Committee on Student-Athlete Reinstatement when they participated in a limited amount of competition under either of the following circumstances: *(Adopted: 1/16/93, Revised: 1/11/00 effective 8/1/00, 1/13/03 effective 8/1/03, 1/8/16)*

(a) As a result of a good-faith, erroneous formal declaration of eligibility by the institution's appropriate certifying authority; or

(b) As a result of a student-athlete's good-faith, erroneous reliance upon a coaching staff member's decision to place the student-athlete into competition prior to the coaching staff member receiving a formal declaration of eligibility for the student-athlete from the institution's appropriate certifying authority. *(Revised: 10/21/14)*

**14.2.6.1 Applicable Conditions.** The competition must have occurred under all of the following conditions: *(Adopted: 1/8/16)*

(a) The competition occurred while the student-athlete was representing an NCAA member institution;

(b) The student-athlete did not participate in more than two events or 10 percent (whichever number is greater) of the institution's scheduled or completed events in their sport. All competition (including a scrimmage) against outside participants shall be countable under this limitation in calculating both the number of events in which the student-athlete participated and the number of completed events during that season (both segments) in the sport;

(c) The student-athlete was involved innocently and inadvertently in the erroneous declaration of eligibility, which permitted the student-athlete to compete while ineligible; and

(d) The student-athlete, in the case of a coaching staff member's erroneous decision, had reason to believe they were eligible to participate, and the student-athlete did not contribute to the coaching staff member's erroneous decision to allow the student-athlete to participate.

**14.2.6.2 Administrative Criteria.** The following criteria shall be employed in the administration of the season-of-competition waiver: *(Adopted: 1/16/93)*

**14.2.6.2.1 Ten Percent Calculation.** The following requirements are to be met in determining the percent calculation under this waiver provision: (Note: The percent calculation requirements set forth in Bylaws 14.2.6.1-(b) and 14.2.6.2.1 apply only to the waiver provisions of this section and do not apply to the maximum- and minimum-contest requirements in Bylaws 7 and 17.) *(Adopted: 1/16/93, Revised: 5/8/09 effective 8/1/09)*

**14.2.6.2.1.1 Denominator in Percent Computation.** The denominator in the institution's percent calculation shall be based on the institution's number of scheduled or completed varsity contests or dates of competition [see Bylaw 14.2.6.1-(b)] as computed for playing and practice season purposes in Bylaw 17 for the applicable sport. Exempted events in Bylaw 17 are included in the percent calculation, except for discretionary exemptions in the applicable sport. *(Adopted: 5/8/09 effective 8/1/09)*

**14.2.6.2.1.2 Fraction in Percent Calculation.** Any computation of the percent limitation that results in a fractional portion of a contest or date of competition shall be rounded to the next whole number (e.g., 10 percent of a 26-game basketball schedule -- 2.6 games -- shall be considered three games). *(Adopted: 5/8/09 effective 8/1/09)*

**14.2.6.2.1.3 Conference Championships.** A conference championship shall be counted as one contest or date of competition in determining the institution's scheduled or completed contests or dates of competition in the sport, regardless of the number of dates or games involved in the championship. However, for purposes of this regulation, the calculation of scheduled contests or dates of competition in a particular season does not include postseason competition conducted after the completion of the institution's regular-season schedule and conference tournament. *(Adopted: 5/8/09 effective 8/1/09)*

**14.2.6.2.1.4 NCAA Regional Cross Country Meet.** The NCAA regional cross country meet may be counted as one date of competition in determining the institution's scheduled or completed dates of competition, provided no qualifying standards exist for participation in the meet. *(Adopted: 5/8/09 effective 8/1/09)*

**14.2.7 Season-of-Competition Waiver -- Competition While Eligible.** A student-athlete may be granted an additional season of competition by the Committee on Student-Athlete Reinstatement when, due to extenuating circumstances (per Bylaw 14.2.7.1.3), the student-athlete, while eligible, did not compete in more than three contests or dates of competition (whichever is applicable to that sport) or 30 percent (whichever number is greater) of the maximum permissible number of contests or dates of competition set forth in Bylaw 17. The competition must occur prior to the first competition of the second half of the playing season that concludes with the NCAA championship in that sport. All competition (including a scrimmage) against outside participants shall be countable under this limitation in calculating the number of contests or dates of competition in which the student-athlete participated. *(Adopted: 1/13/03 effective 8/1/03, Revised: 1/10/05 for any competition occurring on or after 8/1/04, 10/21/08, 1/21/17 effective 8/1/17 for any incapacitating injury or illness, or other extenuating circumstance occurring on or after 8/1/17)*

**14.2.7.1 Administrative Criteria.** The following criteria shall be employed in the administration of this season-of-competition waiver: *(Adopted: 1/13/03 effective 8/1/03)*

**14.2.7.1.1 Thirty Percent Calculation.** The requirements specified in Bylaw 14.2.6.2.1 shall apply to the 30 percent calculation specified in this waiver. *(Adopted: 1/13/03 effective 8/1/03, Revised: 5/8/09 effective 8/1/09, 1/21/17 effective 8/1/17 for any incapacitating injury or illness, or other extenuating circumstance occurring on or after 8/1/17)*

**14.2.7.1.2 First-Half-of-Season Requirement.** The first-half-of-season requirements specified in Bylaw 14.2.5.2.3 shall apply to the first-half-of season requirement specified in this waiver. *(Adopted: 1/21/17 effective 8/1/17 for any incapacitating injury or illness, or other extenuating circumstance occurring on or after 8/1/17)*

**14.2.7.1.3 Extenuating Circumstances.** Extenuating circumstances include, but are not limited to, the following: *(Adopted: 1/13/03 effective 8/1/03)*

(a) The student-athlete is unable to compete as a result of a life-threatening injury or illness suffered by a member of the student-athlete's immediate family, which clearly is supported by contemporaneous medical documentation; *(Revised: 1/10/05 for any competition occurring on or after 8/1/03)*

(b) The student-athlete is unable to compete as a result of extreme financial difficulties as a result of a specific event (e.g., layoff, death in family) experienced by the student-athlete or an individual on whom the student-athlete is legally dependent. These circumstances must be clearly supported by objective documentation (e.g., decree of bankruptcy, proof of termination) and must be beyond the control of the student-athlete or the individual on whom the student-athlete is legally dependent; *(Revised: 1/10/05 for any competition occurring on or after 8/1/03)*

(c) The student-athlete's institution dropped the sport (in which the student has practiced or competed) from its intercollegiate program; and

(d) The student-athlete participated in nonregular-season competition (e.g., alumni contest, exhibition contests, scrimmages, nonchampionship segment contests) due to a coach's documented misunderstanding of the legislation. The competition must have occurred while the student-athlete was representing an NCAA institution. *(Adopted: 1/14/08, Revised: 7/22/08 effective 8/1/08, 10/21/08)*

**14.2.7.1.4 Review Authority.** In cases where a student-athlete does not meet the extenuating circumstances listed in Bylaw 14.2.7.1.3, the Committee on Student-Athlete Reinstatement shall have authority to review and grant waivers based on additional documented extenuating circumstances. *(Adopted: 1/13/03 effective 8/1/03)*

# 14.3 Freshman Academic Requirements.

## 14.3.1 Eligibility for Financial Aid, Practice and Competition -- Qualifiers and Partial Qualifiers . *(Revised: 1/15/21 effective 8/1/21 August 1, 2021, for student-athletes enrolling in a Division II institution on or after August 1, 2021.)*

**14.3.1.1 Qualifier.** A qualifier is defined as one who is a high school graduate and who has a minimum cumulative core-course grade-point average of 2.200 (based on a maximum 4.000) in a minimum of 16 academic courses. The 16 core courses shall include the following: *(Revised: 1/10/92 effective 8/1/95, 1/8/01 effective 8/1/05 for student-athletes first entering a*

*collegiate institution on or after 8/1/05, 1/13/03 effective 8/1/05 for those student-athletes first entering a collegiate institution full time on or after 8/1/05, 1/4/08 effective 8/1/13 for those student-athletes first entering a collegiate institution on or after 8/1/13, 1/18/14 effective 8/1/18 for student-athletes initially enrolling in a collegiate institution on or after 8/1/18, 1/14/23 effective 8/1/23 August 1, 2023, for student-athletes initially enrolling full-time at a collegiate institution on or after August 1, 2023.)*

| | |
|---|---|
| English | 3 years |
| Mathematics | 2 years |
| Natural or physical science (including at least one laboratory course if offered by the high school) | 2 years |
| Additional courses in English, mathematics or natural or physical science3 years | 3 years |
| Social science | 2 years |
| Additional academic courses [in any of the above areas or foreign language, philosophy or nondoctrinal religion (e.g., comparative religion) courses] | 4 years |

The record of the above courses and course grades must be certified by the NCAA Eligibility Center using an official high school transcript forwarded directly from the high school or on a high school transcript forwarded by an institution's admissions office; and *(Revised: 2/9/95, 4/27/06, 4/23/07)*

**14.3.1.1.1 Exception -- Early Academic Certification.** A prospective student-athlete shall be certified as a qualifier, provided they have achieved a core-course grade-point average of 2.500 (based on a maximum of 4.000) in a minimum of 14 core courses on completion of six semesters (or the equivalent). The 14 core courses shall include three core courses in English, three in mathematics (at the level of Algebra I or higher), two in natural or physical science (including at least one laboratory course if offered by the high school) and six additional core courses in any NCAA core area. The record of the course and course grades must be certified by the NCAA Eligibility Center using either an official high school transcript forwarded directly from the high school or a high school transcript forwarded by an institution's admissions office. *(Adopted: 1/14/08 for those students first entering a collegiate institution full time on or after 8/1/08, Revised: 1/14/23 effective 8/1/23 August 1, 2023, for student-athletes initially enrolling full-time at a collegiate institution on or after August 1, 2023.)*

**14.3.1.1.1.1 Submission of Final Transcript(s).** An institution must submit a final high school transcript(s) (official or unofficial) to the NCAA Eligibility Center by November 15 following a student-athlete's initial full-time enrollment for any student-athlete who is certified as a qualifier pursuant to the early academic certification exception. **[D]** *(Adopted: 1/14/09 effective 8/1/09, Revised: 6/22/11)*

**14.3.1.1.2 Eligibility for Financial Aid, Practice and Competition -- Qualifier.** A student-athlete who enrolls in a Division II institution as an entering freshman with no previous full-time college attendance shall meet the academic requirements for a qualifier, as certified by the NCAA Eligibility Center, and approved by the Board of Governors, and any applicable institutional and conference regulations, to be eligible for financial aid, practice and competition during the first academic year in residence. *(Adopted: 1/18/14 effective 8/1/18 for student-athletes initially enrolling in a collegiate institution on or after 8/1/18, Revised: 1/26/15)*

**14.3.1.2 Partial Qualifier.** A partial qualifier is defined as a student who does not meet the requirements for a qualifier (see Bylaw 14.3.1.1). *(Adopted: 1/18/14 effective 8/1/18 for student-athletes initially enrolling in a collegiate institution on or after 8/1/18, Revised: 1/15/21 effective 8/1/21 for student-athletes enrolling in a Division II institution on or after 08/1/21.)*

**14.3.1.2.1 Eligibility for Financial Aid, Practice and Competition -- Partial Qualifier.** A student-athlete who enrolls in a Division II institution as an entering freshman with no previous full-time college attendance and who is a partial qualifier may receive institutional financial aid (see Bylaw 15.2.1) based on institutional and conference regulations and may practice only on campus or at the institution's regular practice facility but may not compete during the first academic year in residence. *(Adopted: 1/18/14 effective 8/1/18 for student-athletes initially enrolling in a collegiate institution on or after 8/1/18)*

**14.3.1.2.2 Outside Competition -- Partial Qualifier.** A partial qualifier may participate in the institution's intramural program (provided the intramural team is not coached by a member of the institution's athletics department staff); however, during the first year in residence, such an individual is not permitted to practice or compete on an institutional club team or on an outside sports team. *(Adopted: 1/18/14 effective 8/1/18 for student-athletes initially enrolling in a collegiate institution on or after 8/1/18)*

**14.3.1.2.3 Seasons of Competition -- Partial Qualifier.** A partial qualifier shall not engage in more than four seasons of competition. *(Adopted: 1/18/14 effective 8/1/18 for student-athletes initially enrolling in a collegiate institution on or after 8/1/18)*

**14.3.1.2.4 Residence Requirement -- Partial Qualifier.** A partial qualifier must fulfill an academic year of residence to be eligible to compete and to practice away from the institution (see Bylaw 14.02.14 regarding the requirements that must be met to fulfill an academic year in residence). *(Adopted: 1/18/14 effective 8/1/18 for student-athletes initially enrolling in a collegiate institution on or after 8/1/18)*

**14.3.1.3 Core-Curriculum Requirements. [#]** For purposes of meeting the core-curriculum requirement to establish eligibility at a member institution, a "core course" must meet all of the following criteria: *(Revised: 1/11/00 effective 8/1/00 for those student-athletes first entering a collegiate institution on or after 8/1/00, 8/1/05 for student-athletes first entering a collegiate institution on or after 8/1/05, 1/14/12)*

(a) A course must be a recognized academic course and qualify for high school graduation credit in one or a combination of the following areas: English, mathematics, natural/physical science, social science, foreign language or nondoctrinal religion/philosophy;

(b) A course must be considered college-preparatory by the high school. College-preparatory is defined for these purposes as any course that prepares a student academically to enter a four-year collegiate institution on graduation from high school;

(c) A mathematics course must be at the level of Algebra I or higher-level mathematics course;

(d) A course must be taught by a qualified instructor as defined by the appropriate academic authority (e.g., high school, school district or state agency with authority over such matters); and

(e) A course must be taught at or above the high school's regular academic level (i.e., remedial, special education or compensatory courses shall not be considered core courses). However, the prohibition against the use of remedial or compensatory courses is not applicable to courses designed for students with education-impacting disabilities (see Bylaw 14.3.1.3.5). *(Revised: 10/21/08)*

**14.3.1.3.1 Core-Curriculum Time Limitation.** A student is permitted to use all core courses completed following the start of the ninth grade and prior to initial full-time enrollment at a collegiate institution as certified on the official transcript or by official correspondence. *(Revised: 1/14/02)*

**14.3.1.3.2 Nontraditional Courses. [#]** Courses taught via the Internet, distance-learning, independent-study, individualized-instruction, correspondence and courses taught by similar means, may be used to satisfy NCAA core-course requirements, if all of the following conditions are satisfied: *(Revised: 1/11/00 effective 8/1/00 for those student-athletes first entering a collegiate institution on or after 8/1/00, 1/14/12)*

(a) The course meets all requirements for a core course as defined in Bylaw 14.3.1.3;

(b) The instructor and the student have ongoing access to one another for purposes of teaching, evaluating and providing assistance to the student throughout the duration of the course; *(Revised: 1/15/11 effective 8/1/11 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/11)*

(c) The instructor and the student have regular interaction with one another for purposes of teaching, evaluating and providing assistance to the student throughout the duration of the course; *(Adopted: 1/15/11 effective 8/1/11 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/11)*

(d) The student's work (e.g., exams, papers, assignments) is available for evaluation and validation; *(Adopted: 1/15/11 effective 8/1/11 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/11)*

(e) Evaluation of the student's work is conducted by the appropriate academic authorities in accordance with the high school's established academic policies;

(f) The course includes a defined time period for completion; and *(Adopted: 1/15/11 effective 8/1/11 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/11)*

(g) The course is acceptable for any student and is placed on the high school transcript.

**14.3.1.3.3 College Courses. [#]** College courses may be used to satisfy core-curriculum requirements if accepted by the high school, provided the courses are accepted for any other student, meet all other requirements for core courses and are placed on the student's high school transcript. *(Revised: 1/14/12)*

**14.3.1.3.4 English as a Second Language Course.** It is permissible to use an advanced level English as a Second Language (ESL) course to satisfy a core-curriculum requirement, provided the course is qualitatively and quantitatively the same as the comparison course in the regular course offering and the course appears on the high school's list of

approved core courses. Further, an advanced-level ESL course must be exclusively for ESL students and all students in the course must be at the same level. *(Adopted: 4/13/99, Revised: 1/14/12, 1/13/16)*

**14.3.1.3.5 Courses for Students With Education-Impacting Disabilities.** High school courses for students with education-impacting disabilities may be used to fulfill the core-curriculum requirements, even if such courses appear to be taught at a level below the high school's regular academic instructional level (e.g., special education courses), if the high school principal submits a written statement to the NCAA Eligibility Center indicating that courses are substantially comparable, quantitatively and qualitatively, to similar core-course offerings in that academic discipline and the courses appear on the high school's list of approved core courses. Students with education-impacting disabilities still must complete the required core courses and achieve the minimum required grade-point average in the core curriculum. The fact that the title of a course includes a designation such as "remedial," "special education," "special needs," or other similar titles used for courses designed for students with education-impacting disabilities does not, in and of itself, disqualify a course from satisfying core-curriculum requirements. *(Revised: 1/14/97 effective 8/1/97, 4/15/98, 1/10/03, 1/12/04, 10/21/08, 5/5/09, 1/14/12)*

**14.3.1.3.6 Grade Value of Core Courses.** The following grade values are to be used in determining a student's grade-point average in the core courses: A = 4 quality points, B = 3 quality points, C = 2 quality points, D = 1 quality point. In determining the core-curriculum grade-point average, each grade earned in a course (including all numerical grades) must be converted to this 4.000 scale on an individual-course basis. Pluses or minuses within a grade level shall not receive greater or lesser quality points. A school's normal practice of weighting honors or advanced courses may be used to compute the quality points awarded in those courses and the cumulative grade-point average, provided a written statement verifying the grading policy accompanies the prospective student-athlete's official grade transcript. An honors or an advanced course shall receive not greater than 1.000 additional quality point (e.g., A = 5.000). In calculating the grade in a weighted honors or advanced course, if a high school does not assign quality points to its courses, quality points shall be added to each course before calculating the student's grade-point average and not added to a student's cumulative core-course grade-point average. The core-curriculum grade-point average may be calculated using the student's 16 best grades from courses that meet the distribution requirements of the core curriculum. Additional core courses (beyond the 16 required) may be used to meet the core-curriculum grade-point average, provided the distribution requirements are met. *(Revised: 1/10/92 effective 8/1/95, 1/14/97, 4/15/98, 1/13/03 effective 8/1/05 for those student-athletes first entering a collegiate institution full time on or after 8/1/05, 1/14/08 effective 8/1/13 for those student-athletes first entering a collegiate institution on or after 8/1/13, 7/23/13)*

**14.3.1.3.6.1 Grade-Point Average Computation.** In determining a student-athlete's eligibility, it is not permissible to round the student's high school grade-point average, regardless of the number of digits to which the computation is carried (e.g., a high school grade-point average of 1.9999 would not make a prospective student-athlete a partial qualifier). *(Adopted: 5/20/13)*

**14.3.1.3.6.2 Multiple Grade-Point Average Calculations.** If a high school uses more than one method to compute cumulative grade-point averages for all of its students, the high school may use the method most beneficial to a prospective student-athlete, provided that under its normal procedures the high school actually computes (without any special request by the student or a member institution) a cumulative grade-point average, using that same method for each student at the high school. *(Adopted: 5/20/13)*

**14.3.1.3.6.3 Multiple High School Attendance.** When a prospective student-athlete attends more than one high school, it is necessary for the high school from which the student graduated to provide the student's total high school grade-point average. Eligibility shall not be established solely on the basis of work accomplished at the high school from which the student graduated. *(Adopted: 5/20/13)*

**14.3.1.3.7 Pass-Fail Grades. [#]** Courses that are awarded pass-fail grades may be used to satisfy core-curriculum requirements. The NCAA Eligibility Center shall assign the course the lowest passing grade that the high school assigns for a pass-fail course. *(Revised: 1/14/97 effective 8/1/97, 1/13/98, 4/23/07, 1/14/12)*

**14.3.1.3.8 Repeat Courses. [#]** A repeated course may be used only once to satisfy core-curriculum requirements. The best grade in that course may be used to calculate the grade-point average in the core curriculum. *(Revised: 1/14/12)*

**14.3.1.3.9 Multiple High School Attendance. [#]** For a student-athlete who attends more than one high school, a Form 48-H (core-course form) and an official transcript from each high school the student-athlete attended must be used. However, the NCAA Eligibility Center may receive the official transcript from either the student-athlete's original high school or the high school from which the student-athlete graduated, or from an institution's admissions office. *(Adopted: 1/10/92, Revised: 1/14/12)*

**14.3.1.4 Early Admissions Program Waiver.** A waiver may be granted by the Academic Requirements Committee for a student who left high school after completion of the junior year or during the senior year to enter a member institution under an early admissions program (open to students solely on the basis of outstanding academic performance and promise), provided the following conditions are met: *(Revised: 1/14/97, 1/13/98 effective 8/1/97)*

(a) For the last four semesters completed in high school, the student maintained a cumulative, minimum grade-point average of 3.500 (based on a maximum of 4.000) and ranked in the top 20 percent of the student's class; and

(b) The student has met all the requirements of a qualifier except graduation from high school.

## 14.3.2 Determination of Freshman Eligibility.

**14.3.2.1 Participation Before Certification -- Recruited and Nonrecruited Student-Athlete.** If a recruited or nonrecruited student-athlete reports for athletics participation before the high school core-curriculum grade-point average and test score have been certified, the student-athlete may practice, but not compete, for a maximum of 45 days, provided the student-athlete is enrolled full time or has been accepted for enrollment as a regular full-time student. After this 45-day period, the student shall have been certified as a qualifier by the NCAA Eligibility Center to continue practicing or to compete, or as a partial qualifier to continue practicing. *(Revised: 1/13/03 effective 8/1/03, 4/23/07, 1/15/21 effective 8/1/21 for student-athletes enrolling in a Division II institution on or after 08/1/21)*

**14.3.2.1.1 Effect of Violation.** A violation of Bylaw 14.3.2.1 in which the student-athlete is subsequently certified shall be considered an institutional violation per Bylaw 7.01.10 but shall not affect the student-athlete's eligibility. *(Adopted: 4/21/20 Immediate, for any violations occurring on or after August 1, 2020., Revised: 1/15/21 effective 8/1/21 for student-athletes enrolling in a Division II institution on or after 8/1/21)*

**14.3.2.2 Equivalency Test/Diploma.** A prospective student-athlete who does not graduate from high school but completes a state high school equivalency test [e.g., General Educational Development (GED)] and obtains a state high school equivalency diploma may satisfy the graduation requirement, provided the equivalency test is completed on or after the high school graduation date of the prospective student-athlete's class [as determined by their first year of enrollment in high school (ninth grade) or the international equivalent as specified in the NCAA Guide to International Academic Standards for Athletics Eligibility]. *(Revised: 1/13/16)*

**14.3.2.3 Advanced Placement.** If the student-athlete is admitted with a minimum of 24-semester hours or a minimum of 36-quarter hours of advanced placement from a College Entrance Examination Board (CEEB) examination (or from a similar proficiency examination) and/or concurrent high school/college credit without previous enrollment at a collegiate institution, the student-athlete shall be immediately eligible. Credits earned from extension or summer-session courses may not be counted in satisfaction of this requirement. A "similar proficiency examination" must be an advanced or higher level, nationally administered proficiency exam with a uniform grading scale that is taken after high school graduation. *(Revised: 1/18/14 effective 8/1/14)*

**14.3.2.3.1 International Certification.** An institution shall use the NCAA Eligibility Center to determine whether a "similar proficiency examination" taken by an international student-athlete is an advanced or higher level, nationally administered proficiency exam with a uniform grading scale that is taken after high school graduation. In addition, the Eligibility Center shall certify the eligibility of an international student-athlete based on the number of advanced placement and concurrent high school/college credit hours accepted by the certifying institution. *(Adopted: 1/18/14 effective 8/1/14)*

**14.3.2.4 International Academic Standards.** A student from a foreign country shall satisfy the requirements outlined in the NCAA Guide to International Academic Standards for Athletics Eligibility and the test-score requirements set forth in Bylaw 14.3.1.1-(b) to be certified as a qualifier. *(Revised: 1/18/14 effective 8/1/18 for student-athletes initially enrolling in a collegiate institution on or after 8/1/18, 6/10/21)*

**14.3.3 Notification of Initial-Eligibility Standards.** The NCAA Eligibility Center shall provide information regarding the initial-eligibility standards contained in Bylaw 14.3 to a prospective student-athlete and their parents or legal guardians after they have registered with the Eligibility Center. *(Adopted: 1/14/08 effective 8/1/08, Revised: 1/16/10 effective 8/1/10 for all prospective student-athletes who register with the NCAA Eligibility Center on or after 8/1/10)*

**14.3.4 Initial-Eligibility Waivers.** The Academic Requirements Committee shall have the authority to waive all initial-eligibility requirements based on objective evidence that demonstrates circumstances that warrant the waiver of the normal application of this regulation. The committee shall establish the process for granting such waivers and shall report at least annually to the Management Council and to the membership, the actions taken, in summary, aggregate form. *(Adopted: 1/18/14 effective 8/1/18 for student-athletes initially enrolling in a collegiate institution on or after 8/1/18)*

# 14.4 Progress-Toward-Degree Requirements.

**14.4.1 Progress-Toward-Degree Requirements.** To be eligible to represent an institution in intercollegiate athletics competition, a student-athlete shall maintain progress toward a baccalaureate or equivalent degree at that institution. (See Bylaw 7.3.1.5.5 regarding the obligations of members to publish their progress-toward-degree requirements for student-athletes.) *(Revised: 5/12/09, 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

**14.4.1.1 Exchange Student.** The eligibility of an exchange student shall be based on satisfactory completion of at least: *(Revised: 1/17/09 effective 8/1/09, 7/20/10, 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

(a) Nine-semester or eight-quarter hours of academic credit during the preceding regular academic term in which the student has been enrolled full time at any collegiate institution (see Bylaw 14.4.3.2);

(b) Credit hours earned during the regular academic year as set forth in Bylaw 14.4.3.3;

(c) Credit hours earned for the annual credit-hour requirement set forth in Bylaw 14.4.3.4; and

(d) Cumulative minimum grade-point average as set forth in Bylaw 14.4.3.5.

**14.4.1.2 Temporary Student.** A student-athlete having the status of temporary, transient or exchange student shall not represent an institution in intercollegiate athletics competition, unless such status is specifically allowed and governed by provisions adopted by the membership.

**14.4.2 Eligibility for Financial Aid and Practice.** Eligibility for institutional financial aid and practice during each academic year after a student-athlete's initial year in residence or after the student-athlete has used one season of eligibility in a sport shall be based upon the rules of the institution and the conference(s), if any, of which the institution is a member. See Bylaw 14.1.7 for additional rules regarding eligibility for practice.

**14.4.3 Eligibility for Competition.**

**14.4.3.1 Good Academic Standing.** To be eligible to represent an institution in intercollegiate athletics competition, a student-athlete shall be in good academic standing, as determined by the academic authorities who determine the meaning and application of such phrases for all students at the institution, subject to controlling legislation of the conference(s) or similar association of which the institution is a member. A student-athlete shall maintain a grade-point average that places the individual in good academic standing, as established by the institution for all students who are at an equivalent stage of progress toward a degree. A student-athlete who is not in good academic standing is not eligible for competition even if the individual satisfies the progress-toward-degree requirements. The definition of good academic standing applied to student-athletes shall be a standard at least as demanding as the minimum standard applied to all students in order to participate in extracurricular activities at the institution. *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter, Revised: 7/18/17)*

**14.4.3.2 Term-By-Term Credit-Hour Requirement.** To be eligible to represent an institution in intercollegiate athletics competition, a student-athlete must earn nine-semester or eight-quarter hours of academic credit the preceding regular academic term in which the student-athlete has been enrolled full time at any collegiate institution. *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

**14.4.3.2.1 Application of Rule to Transfer Student.** For purposes of certifying eligibility for a transfer student from a two-year or four-year collegiate institution per Bylaw 14.4.3.2, the nine-semester or eight-quarter hours must be transferable degree credit. (See Bylaw 14.5.4.5.3.) *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

**14.4.3.2.2 Calculation of Credit Hours.** During the first two years of enrollment, the calculation of credit hours to meet this requirement (see Bylaw 14.4.3.2) shall be based on hours earned or accepted for degree credit toward any of the institution's degree programs. Beginning with the student-athlete's fifth semester or seventh quarter of collegiate enrollment, credits used to meet the term-by-term credit-hour requirement must be degree credit toward the student-athlete's designated degree program. *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

**14.4.3.2.2.1 Exception -- Final Academic Year of Degree Program.** A student-athlete who is in the final academic year (final two semesters or three quarters) of their designated degree program may use credit hours acceptable toward any of the institution's degree programs to satisfy the nine-semester or eight-quarter hour requirement per Bylaw 14.4.3.2, provided the institution certifies, through review by appropriate academic officials, that the student-athlete is carrying (for credit) the courses necessary to complete degree requirements at the end of the two semesters or three quarters. Thereafter, the student-athlete shall forfeit eligibility in all sports, unless the student-athlete completes all degree requirements during the final two semesters or three quarters and is

eligible to receive the baccalaureate diploma on the institution's next degree-granting date. *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

**14.4.3.2.2.1.1 Waivers.** The Committee on Student-Athlete Reinstatement shall establish appropriate criteria for waiver requests seeking relief of the forfeiture of eligibility penalty. *(Adopted: 4/21/20 effective 8/1/20)*

**14.4.3.3 Credit Hours Earned During the Regular Academic Year.** To be eligible to represent an institution in intercollegiate athletics competition, a student-athlete must complete 18-semester or 27-quarter hours since the beginning of the previous fall term or since the beginning of the certifying institution's preceding regular two semesters or three quarters. Credit hours earned in the period after the regular academic year at the institution (e.g., hours earned in summer school) shall not be used to satisfy the academic credit-hour requirements of this regulation. *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

**14.4.3.3.1 Regular Academic Year.** For purposes of Bylaw 14.4.3.3. the regular academic year consists of the time beginning with the opening of the institutions' fall term and concluding with the institution's spring commencement exercises. *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

**14.4.3.3.2 Application of Rule.** The following student-athletes are subject to the credit-hour requirement set forth in Bylaw 14.4.3.3: *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

(a) A midyear transfer student-athlete;

(b) A student-athlete who has been in residence at the institution for at least one academic year; or

(c) A student-athlete who has used one season of eligibility in any sport at the certifying institution.

**14.4.3.3.2.1 Application to a Midyear Enrollee.** A student-athlete entering the institution at the beginning of the second semester or the second or third quarter of an academic year (e.g., midyear transfer) is not subject to the credit hours required under Bylaw 14.4.3.3 for the fall term immediately following the student-athlete's initial full-time enrollment at the certifying institution. In subsequent years, the student-athlete's completion of the 18-semester or 27-quarter hour requirement shall be certified prior to the start of each academic year based on the student-athlete's record since the beginning of the previous fall term. *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

**14.4.3.3.3 Calculation of Credit Hours.** During the first two years of enrollment, the calculation of credit hours to meet this requirement (see Bylaw 14.4.3.3) shall be based on hours earned or accepted for degree credit toward any of the institution's degree programs. Beginning with the student-athlete's fifth semester or seventh quarter of collegiate enrollment, credits used to meet the credit-hour requirement must be degree credit toward the student-athlete's designated degree program. Credit hours earned in the period after the regular academic year at the institution (e.g., hours earned in summer school) shall not be used to satisfy the academic credit-hour requirements of this regulation. *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

**14.4.3.3.4 Part-Time Enrollment.** Credit hours earned during a term in which a student-athlete is enrolled less than full-time may be used to satisfy the 18-semester/27-quarter hour requirement only if such credits are combined with credits earned during a term that immediately precedes or immediately follows a term in which the student-athlete is enrolled as a full-time student. Credits earned during a part-time term may be completed at an institution other than the certifying institution. *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

**14.4.3.4 Annual Credit Hour Requirement.** To be eligible to represent an institution in intercollegiate athletics competition, a student-athlete must earn 24-semester or 36-quarter hours of academic credit during any year in which the student-athlete is enrolled full time in at least one academic term. A student-athlete may satisfy this requirement based on the student-athlete earning: *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

(a) 24-semester or 36-quarter hours since the beginning of the previous fall term;

(b) 24-semester or 36-quarter hours since the beginning of the certifying institution's preceding regular two semesters or three quarters; or

(c) 48-semester or 72-quarter hours during the first two years of collegiate enrollment (the certifying institution's first four semesters or six quarters following the student-athlete's initial full-time enrollment in a collegiate institution).

(Note: A student-athlete who does not enroll in a collegiate institution for a full academic year following their initial year of collegiate enrollment is considered to be enrolled in their second year of collegiate enrollment upon the next enrollment in a regular academic term at a collegiate institution.)

**14.4.3.4.1 Application of Rule.** The following student-athletes are subject to annual credit-hour requirements: *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

(a) A midyear transfer student-athlete;

(b) A student-athlete who has been in residence at the institution for at least one academic year; or

(c) A student-athlete who has used one season of eligibility in any sport at the certifying institution.

**14.4.3.4.1.1 Application to a Midyear Enrollee.** A student-athlete entering the institution at the beginning of the second semester or the second or third quarter of an academic year (e.g., midyear transfer) shall be subject to the credit hours required under Bylaw 14.4.3.4 for the fall term immediately following the student-athlete's initial full-time enrollment at the certifying institution; however, the annual credit hours may be adjusted to require completion of 12 units per term of actual attendance during the initial regular academic year of attendance. (See Bylaw 14.4.3.8.2.) *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

**14.4.3.4.2 Academic Year in Residence.** The definition of "year in residence" for purposes of determining whether a student-athlete is subject to the annual credit-hour requirement is based on full-time enrollment and attendance during any portion of a term in an academic year, except that when a student-athlete is granted a medical-absence waiver per Bylaw 14.4.3.9.1 during the first year of academic residence, that term is not counted in determining whether the student-athlete has been in residence at the certifying institution for one academic year. *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

**14.4.3.4.3 Calculation of Credit Hours.** During the student-athlete's first four semesters or six quarters of collegiate enrollment, the calculation of credit hours to meet this requirement (see Bylaw 14.4.3.4) shall be based on hours earned or accepted for degree credit toward any of the institution's degree programs. Beginning with the student-athlete's fifth semester or seventh quarter of collegiate enrollment, credits used to meet the annual credit-hour requirement must be degree credit toward the student-athlete's designated degree program. Credit hours earned in the period after the regular academic year at the institution (e.g., hours earned in summer school) may be used to satisfy the academic credit requirements of this regulation. *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

**14.4.3.4.4 Regaining Eligibility.** A student-athlete who does not meet the 24-semester or 36-quarter credit-hour requirement since the beginning of the previous fall term, may become eligible at the beginning of the next academic term by successfully completing 24-semester or 36-quarter hours during the previous two semesters or three quarters. *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

**14.4.3.5 Fulfillment of Minimum Grade-Point Average Requirements.** To be eligible to represent an institution in intercollegiate athletics competition, a student-athlete must achieve a minimum cumulative grade-point average of 2.000 prior to the beginning of each fall term. The eligibility of a student-athlete who does not satisfy the grade-point average requirement prior to the fall term may be recertified prior to the next regular academic term. *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

**14.4.3.5.1 Application of Rule.** The following student-athletes are subject to minimum grade-point average requirements: *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

(a) A midyear transfer student-athlete from a two-year or four-year collegiate institution who has completed an academic term in residence;

(b) A student-athlete who has been in residence at the certifying institution for at least one academic year; or

(c) A student-athlete who has used a season of eligibility in a sport at the certifying institution.

**14.4.3.5.1.1 Application to a Midyear Enrollee or Transfer Student.** The provisions of Bylaw 14.4.3.5 shall be applicable to the eligibility of a midyear enrollee or transfer student from a two-year or four-year collegiate institution in the fall term following their initial enrollment at the certifying institution. *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

**14.4.3.5.2 Academic Year in Residence.** The definition of "year in residence" for purposes of determining whether a student-athlete is subject to the annual grade-point average requirement is based on full-time enrollment and attendance during any portion of a term in an academic year, except that if a student-athlete is granted a medical-absence waiver per Bylaw 14.4.3.9.1 during the first year of academic residence, that term is not counted in

determining whether the student-athlete has been in residence at the certifying institution for one academic year. *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

**14.4.3.5.3 Calculation of Minimum Grade-Point Average.** A student-athlete must meet the minimum cumulative grade-point average at the certifying institution based on the method of calculation used by the institution for calculating cumulative grade-point averages for all students, and the calculation shall include only course work normally counted by the certifying institution in calculating the cumulative grade-point average for graduation (regardless of whether an institution requires multiple minimum grade-point averages for graduation). *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

**14.4.3.5.4 Applicable Credit Hours.** All credit hours (e.g., part time, transfer, advanced placement) that are accepted and appear on the student-athlete's transcript at the certifying institution shall be used in determining the minimum grade-point average requirements. *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

**14.4.3.5.5 Regaining Eligibility.** A student-athlete who does not meet the minimum cumulative grade-point average of 2.000 prior to the beginning of a fall term, may become eligible at the beginning of the next academic term by successfully earning a minimum cumulative grade-point average of 2.000. *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

**14.4.3.6 Designation of Degree Program.** A student-athlete shall designate a program of studies leading toward a specific baccalaureate degree at the certifying institution by the beginning of the third year of enrollment (fifth semester or seventh quarter) and thereafter shall make progress toward that specific degree. This provision shall be applicable to the eligibility not only of a continuing student, but also of a transfer student from a four-year or two-year collegiate institution who is entering their third year of collegiate enrollment, even if the student has not yet completed an academic year in residence or used a season of eligibility in a sport at the certifying institution. An institution shall not incur a violation if a student-athlete fails to designate a degree program prior to their third year of enrollment (fifth semester or seventh quarter), provided the student-athlete designates a degree prior to competing. Designation of a specific baccalaureate degree program may be accomplished by: **[D]** *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter, Revised: 1/18/17)*

(a) Formal enrollment by the student-athlete in a specific baccalaureate degree program; or

(b) Approval by an appropriate academic official (who must not be an academic adviser/counselor employed by the athletics department) of the program leading to the specific baccalaureate degree that the student-athlete is pursuing.

**14.4.3.6.1 Documentation of Degree Program Designation.** If the designation is in accordance with Bylaw 14.4.3.6-(a), the official enrollment records of the institution shall constitute the documentation of the program against which progress toward degree under this regulation shall be measured. If the designation is in accordance with Bylaw 14.4.3.6-(b), the record of the degree program designation, approved by the appropriate academic official, shall constitute that documentation. For purposes of certifying eligibility for competition, an appropriate academic official shall affirm in writing the number of credit hours applicable to the designated degree program that have been completed satisfactorily. The institution's records for all student-athlete degree program designations and progress-toward-degree evaluations shall be retained for inspection (on request) by an authorized representative of the NCAA. **[D]** *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

**14.4.3.7 Regulations for Administration of Progress Toward Degree.**

**14.4.3.7.1 Nontraditional Terms.** An institution that determines registration other than on a traditional semester- or quarter-hour basis shall submit a statement describing the progress-toward-degree requirements applicable to its student-athletes for approval by the Academic Requirements Committee. *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

**14.4.3.7.2 Credit Hours Earned Prior to Initial Full-Time Enrollment at the Certifying Institution.** Credit hours earned at another institution before initial enrollment at the certifying institution may not be used to satisfy progress-toward-degree requirements. In the first year of collegiate enrollment [or during the first two years of collegiate enrollment if using Bylaw 14.4.3.4-(c) to satisfy the annual credit hour requirement], this restriction does not apply to credit hours earned while a student was enrolled as a high school student (e.g., courses that qualify as high school and college credit). Such credit hours shall not be used to meet the required minimum number of credit hours earned during the regular academic year (see Bylaw 14.4.3.3). *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

**14.4.3.7.3 Advanced-Placement Tests/Credit by Examination.** Credit received through advanced-placement tests or by examination or International Baccalaureate Program examinations may be used by a student-athlete to meet

the minimum progress-toward-degree requirements, provided the subject for which the examination is an alternative is offered by the institution as acceptable degree credit. If such credit was earned while the student-athlete was enrolled in high school, it may be used to meet both initial-eligibility and progress-toward-degree requirements in the first year of collegiate enrollment [or in the first two years of collegiate enrollment if using Bylaw 14.4.3.4-(c) to satisfy the annual credit-hour requirement], provided the credit was earned prior to high school graduation. However, such credit, if earned prior to initial full-time enrollment at the certifying institution, may not be used to meet the required minimum number of hours earned during the regular academic year (see Bylaw 14.4.3.3). *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

**14.4.3.7.4 Remedial, Tutorial or Noncredit Courses.** Remedial, tutorial or noncredit courses may be used by a student-athlete to satisfy the progress-toward-degree requirements of Bylaws 14.4.3.2, 14.4.3.3 and 14.4.3.4 only if such courses meet all of the following conditions: *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

(a) The courses must be considered by the institution to be prerequisites for specific courses acceptable for any degree program;

(b) The courses must be given the same weight as others in the institution in determining the student-athlete's status for full-time enrollment;

(c) Noncredit courses may not exceed the maximum institutional limit for such courses in any baccalaureate degree program (or the student-athlete's specific baccalaureate degree program once a program has been designated); and

(d) Credit in such courses shall not exceed 12-semester or 18-quarter hours, and the courses must be taken during the student-athlete's first academic year of collegiate enrollment.

**14.4.3.7.5 Incomplete Grades.** A student-athlete who receives an incomplete grade in a course may use the course in question to satisfy the progress-toward-degree requirements of Bylaws 14.4.3.2, 14.4.3.3 and 14.4.3.4, subject to the following conditions: *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

(a) The incomplete grade must have been removed and recorded in accordance with the institution's regulations applicable to all students;

(b) Such a course may be counted only once after a grade has been achieved that is acceptable to the institution for determining progress-toward-degree; and

(c) In the case of no institutional policy, the course with the acceptable grade shall be counted either during the term in which the student initially enrolled in the course or during the term in which the incomplete grade was removed and acceptable credit was awarded.

**14.4.3.7.6 Repeated Courses.** Credit for courses that are repeated may be used by a student-athlete to satisfy the progress-toward-degree requirements of Bylaws 14.4.3.2, 14.4.3.3 and 14.4.3.4 only under the following conditions: *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

(a) A course repeated due to an unsatisfactory initial grade may be used only once and only after it has been satisfactorily completed;

(b) Credit for a course that may be taken several times (e.g., a physical education activities course) shall be limited by institutional regulations; and

(c) Credits earned in courses that may be taken several times may not exceed the maximum institutional limit for credits of that type for any baccalaureate degree program (or for the student-athlete's specific baccalaureate degree program once a program has been designated).

**14.4.3.7.7 Credit Hours Earned or Accepted for Degree Credit After Change of Degree Program.** A student-athlete who changes their designated degree program after their fifth semester or seventh quarter of collegiate enrollment may comply with the credit-hour requirements set forth in Bylaws 14.4.3.2, 14.4.3.3 and 14.4.3.4 if: *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

(a) The change in programs is documented appropriately by the institution's academic authorities;

(b) The credits earned before the change are acceptable toward a degree previously sought; and

(c) The credits earned from the time of the change are acceptable toward the new desired degree.

**14.4.3.7.8 Credit Hours Earned or Accepted Toward a Major.** A student-athlete who has designated a specific degree program with an identified major may not use a course to fulfill the credit-hour requirements set forth in Bylaws 14.4.3.2, 14.4.3.3 and 14.4.3.4 even if the course fulfills an elective component of the student-athlete's degree

program, if the student-athlete ultimately must repeat the course to fulfill the requirements of the student's major. *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

**14.4.3.7.9 Credit Hours Earned or Accepted Toward a Minor.** A student-athlete who has designated a specific degree program may use credits earned in a minor to fulfill the credit-hour requirements for meeting progress toward degree if the minor is a required element for all students to obtain the original baccalaureate degree. A student-athlete who has designated a voluntary or optional minor (i.e., a minor that is not a required element of the original baccalaureate degree program for all students) may use a maximum of six credit hours per academic term (regular academic year, summer) earned in the minor to fulfill the credit-hour requirements for meeting progress toward degree. *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter, Revised: 1/16/16 effective 8/1/16, 7/19/16 effective 8/1/16, 1/22/22)*

**14.4.3.7.10 Nontraditional Courses From Another Institution.** Nontraditional courses (e.g., distance-learning, correspondence, extension, Internet/virtual courses, independent study or any other course or credit that is not earned in a face-to-face classroom environment with regular interaction between the instructor and the student) completed at an institution other than the one in which a student-athlete is enrolled as a full-time student may be used in determining progress toward degree, provided the following conditions are met: *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

(a) The course is available to any student at the certifying institution;

(b) The student-athlete enrolls in the course in the same manner as is available to any student; and

(c) Enrollment in the course occurs within the offering institution's regular enrollment periods (preregistration or drop-add period) in accordance with the institution's academic calendar and applicable policies and procedures.

**14.4.3.7.11 Cooperative Educational, Work Experience and Study-Abroad Programs.** A student-athlete shall not be required to complete nine-semester or eight-quarter hours of academic credit the preceding regular academic term of full-time enrollment during any term or terms of enrollment in a cooperative educational or work experience program (e.g., co-op, internship, practicum, student-teaching) or an institutionally approved study-abroad program. *(Adopted: 1/10/05 following the 2005 fall term; thus, applicable to hours earned in the 2005 fall tern and thereafter, Revised: 1/11/12, 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

**14.4.3.7.11.1 Adjustment of Progress-Toward-Degree Requirements.** A student-athlete who participates in a cooperative educational, work experience or an institutionally approved study abroad program, may be adjusted to require completion of 12 hours per term of actual attendance in traditional coursework. *(Adopted: 7/18/17)*

**14.4.3.8 Exceptions to Progress-Toward-Degree Requirements.**

**14.4.3.8.1 Missed Term Exception.** One time during a student-athlete's entire period of collegiate enrollment, the provisions of Bylaws 14.4.3.3 and 14.4.3.4 may be adjusted to require completion of 12 hours per term of actual attendance, if the student-athlete misses a complete term or consecutive terms during an academic year, subject to the following conditions: *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

(a) The student-athlete did not attend class during a regular academic term while enrolled in a full-time program of studies; *(Adopted: 1/7/20)*

(b) The student-athlete engaged in no outside competition in the sport during the academic term or terms in which the student was not in attendance;

(c) The student-athlete was eligible for enrollment during the student's absence; and

(d) At the time of certification, the student-athlete has fulfilled the progress-toward-degree requirements (per Bylaws 14.4.3.2, 14.4.3.3 and 14.4.3.4) for the terms in which the student was in attendance. It is not permissible to use this one-time exception during the first academic year in residence at the certifying institution in order to maintain eligibility during the second year in residence. Hours earned while enrolled as a part-time student during the "missed term" may not be counted in meeting the progress-toward-degree requirement.

**14.4.3.8.2 Midyear Enrollment Exception.** For student-athletes entering the institution at the beginning of the second semester or the second or third quarter of an academic year (e.g., midyear transfer), the annual credit hours required per Bylaw 14.4.3.4 may be adjusted to require completion of 12 units per term of actual attendance during the initial regular academic year of attendance. *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

**14.4.3.8.3 Nonrecruited, Nonparticipant Exception.** A student-athlete may qualify for an exception to the application of the progress-toward-degree regulations for the initial season of eligibility, if the student has been in residence at the certifying institution for at least one academic year; was not recruited; has not received athletically related financial assistance; has never practiced or participated in intercollegiate athletics, except that a student may have participated in limited preseason tryouts; and is otherwise eligible under all institutional, conference and NCAA rules. The student-athlete's eligibility in future seasons would be governed by the progress-toward-degree requirements, which would be applied from the beginning of the first term the student began participation. *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

**14.4.3.8.4 Graduate Student Exception.** A student-athlete who is a graduate student or a student-athlete who graduates and returns for a second baccalaureate degree or who is taking coursework that would lead to the equivalent of another major or degree who is otherwise eligible for regular-season competition shall be exempt from the progress-toward-degree requirements. *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

**14.4.3.8.5 Two-Year Non-Participation or Minimal Participation Exception.** A student-athlete may qualify for an exception to the application of the progress-toward-degree regulations if, for a consecutive two-year period immediately before the date on which the student begins participation (countable athletically related activities), the student-athlete has not competed and has not participated in other countable athletically related activities (see Bylaw 17.02.1) in any sport beyond a 14-consecutive calendar-day period, or has not participated in organized noncollegiate amateur competition while enrolled as a full-time student in a collegiate institution; and is otherwise eligible under all institutional, conference and NCAA rules. The 14-consecutive calendar-day period begins with the date on which the student-athlete first engages in any countable athletically related activity. The two-year period does not include any period of time before the student-athlete's initial collegiate enrollment. The student-athlete's eligibility in future seasons would be governed by the progress-toward-degree requirements, which would be applied from the beginning of the first term the student-athlete began participation. *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

**14.4.3.9 Waivers of Progress-Toward-Degree Requirements.** The Academic Requirements Committee shall establish appropriate criteria for waivers of this legislation. Such waivers shall be administered by the conference members of the Association or, in the case of an independent institution, by the Academic Requirements Committee. Waivers of the progress-toward-degree requirements may be granted under the following conditions: *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

**14.4.3.9.1 Medical Absence Waiver.** The credit hours required under the progress-toward-degree regulations of Bylaws 14.4.3.2, 14.4.3.3 and 14.4.3.4 may be adjusted to require completion of 12 units per term of actual attendance during an academic year in which a student misses a term or is unable to complete a term as a full-time student as a result of an injury or illness. Such an exception may be granted only when circumstances clearly supported by appropriate medical documentation establish that a student-athlete is unable to attend a collegiate institution as a full-time student as a result of an incapacitating physical injury or illness involving the student-athlete or a member of the student-athlete's immediate family. Credits earned by the student-athlete during the term to which the waiver applies may not be used in determining progress toward degree. A Division II conference office has the authority to administer medical absence waivers for terms that occurred at an NCAA institution prior to a student-athlete's enrollment at a member institution within the conference. *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter, Revised: 7/28/15)*

**14.4.3.9.2 International Competition Waiver.** The credit hours required under the progress-toward-degree regulations of Bylaws 14.4.3.2, 14.4.3.3 and 14.4.3.4 may be adjusted to require completion of 12 hours per term of actual attendance during an academic year in which a student is not enrolled for a term or terms or is unable to complete a term as a result of participation in the Pan American, Parapan American, Olympic, Paralympic, World Championships, World Cup, World University Games (Universiade) or World University Championships (including final Olympic or Paralympic tryouts and the officially recognized training program that directly qualifies participants for those tryouts). This waiver provision may be applied to not more than two semesters or three quarters. *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter, Revised: 1/22/20 effective 8/1/20)*

**14.4.3.10 Olympic or Paralympic Games Waiver.** The Academic Requirements Committee may waive the progress-toward-degree requirements for any participant in the Olympic or Paralympic Games who, because of such participation, may lose eligibility for practice and competition in any sport. *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter, Revised: 1/22/20 effective 8/1/20)*

**14.4.3.11 Student-Athletes With Education-Impacting Disabilities Waiver.** The Academic Requirements Committee may waive the progress-toward-degree requirements for a student-athlete when objective evidence demonstrates that the institution has defined full-time enrollment for that student-athlete to be less than 12 hours to accommodate for the student's education-impacting disability. *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

**14.4.3.12 Additional Progress-Toward-Degree Waivers.** The Academic Requirements Committee shall have the authority to waive all other progress-toward-degree requirements based on objective evidence that demonstrates circumstances that warrant the waiver of the normal application of those regulations. The committee shall establish the process for granting such waivers and shall report at least annually to the Management Council and to the membership, the actions taken in summary, aggregate form. *(Adopted: 1/18/14 effective 8/1/16 for certifications of progress toward degree for fall 2016 and thereafter)*

## 14.5 Transfer Regulations.

**14.5.1 Residence Requirement -- General Principle.** A student who transfers (see Bylaw 14.5.2) to a member institution from any collegiate institution is required to complete one full academic year of residence (see Bylaw 14.02.14) at the certifying institution before being eligible to compete for or to receive travel expenses from the member institution (see Bylaw 16.8.1), unless the student satisfies the applicable transfer requirements or receives an exception or waiver as set forth in this bylaw. *(Revised: 1/10/91 effective 8/1/91, 4/30/10)*

**14.5.1.1 Disciplinary Suspension.** A student (including a student enrolling in a graduate program, professional school or second baccalaureate or equivalent degree program per Bylaw 14.1.8.1) who transfers to any NCAA institution from a collegiate institution while the student is disqualified or suspended from the previous institution for disciplinary reasons (as opposed to academic reasons) must complete one calendar year of residence at the certifying institution. *(Revised: 1/14/97 effective 8/1/97, 7/19/16)*

**14.5.1.2 Outside Competition -- Partial Qualifier.** A two-year college transfer student who is a partial qualifier and does not meet the applicable transfer requirements may participate in the institution's intramural program (provided the intramural team is not coached by a member of the institution's athletics department staff), but such an individual is not permitted to practice or compete on an institution's club team or an outside sports team during the first academic year in residence. A four-year college transfer student who is a partial qualifier and who has not completed an academic year in residence may participate in the institution's intramural program (provided the intramural team is not coached by a member of the institution's athletics department staff), but such an individual is not permitted to practice or compete on an institution's club team or an outside sports team during the first academic year in residence. *(Adopted: 1/14/97, Revised: 1/15/21 effective 8/1/21 August 1, 2021, for student-athletes enrolling in a Division II institution on or after August 1, 2021.)*

**14.5.1.3 NCAA Championship Eligibility.** A transfer student who is required to fulfill an academic year of residence shall not be eligible to participate in any NCAA championship that occurs during the vacation period immediately following the academic year of residence. *(Adopted: 1/8/07 effective 8/1/07)*

**14.5.1.4 Foreign Institution Transfers.** A transfer student from a foreign collegiate institution (college, university or two-year college) is subject to the one-year residence requirement set forth in Bylaw 14.5.5.1 (see Bylaw 14.5.5.3.2 regarding the exchange student exception). *(Revised: 7/20/10)*

**14.5.2 Conditions Affecting Transfer Status.** A transfer student is an individual who transfers from a collegiate institution after having met any one of the following conditions at that institution:

(a) The student attended a class or classes in any quarter or semester in which the student was enrolled in a minimum full-time program of studies, even if the enrollment was on a provisional basis and the student was later determined by the institution not to be admissible;

(b) The student is or was enrolled in an institution in a minimum full-time program of studies in a night school that is considered to have regular terms (semesters or quarters) the same as the institution's day school, and the student is or was considered by the institution to be a regularly matriculated student;

(c) The student attended a branch school that does not conduct an intercollegiate athletics program, but the student had been enrolled in another collegiate institution before attendance at the branch school;

(d) The student attended a branch school that conducted an intercollegiate athletics program and transfers to any institution, including the parent institution; *(Revised: 1/22/20 Immediate, for student-athletes transferring for the 2020-21 academic year and thereafter.)*

(e) The student attended a second campus of an institution that conducted an intercollegiate athletics program and transfers to any institution, including the parent institution. *(Adopted: 1/22/20 Immediate, for student-athletes transferring for the 2020-21 academic year and thereafter.)*

(f) The student reported for a regular squad practice [including countable athletically related activities (see Bylaw 17.02.1) that occur prior to certification per Bylaw 14.3.2.1], announced by the institution through any member of its athletics department staff, before the beginning of any quarter or semester, as certified by the athletics director. Participation only in picture-day activities would not constitute "regular" practice; *(Revised: 1/12/04)*

(g) The student participated in countable athletically related activities (see Bylaw 17.02.1) in a given sport even though the student was enrolled in less than a minimum full-time program of studies; or *(Revised: 1/12/04)*

(h) The student received athletically related institutional financial aid while attending a summer term, summer school or summer-orientation program (see Bylaw 15.2.1.1). *(Adopted: 1/10/90, Revised: 1/9/06 effective 8/1/06)*

**14.5.3 Conditions Not Constituting Transfer Status.** Unless otherwise covered by conditions set forth in Bylaw 14.5.2, a student-athlete is not considered a transfer under the following enrollment conditions: *(Revised: 1/22/20 Immediate, for student-athletes transferring for the 2020-21 academic year and thereafter)*

**14.5.3.1 Summer School, Extension Courses or Night School.** The student has been enrolled in or attended classes only in a summer school, extension course or night school, unless the night school is considered by the institution to be a regular term (semester or quarter) the same as its day school, the student is enrolled for a minimum full-time load in this regular night term, and the student is considered by the institution to be a regularly enrolled student.

**14.5.3.2 Branch School.** The student has been enrolled in or attended classes only in a branch school, provided the branch school does not conduct an intercollegiate athletics program. If the branch school conducts an intercollegiate athletics program, the student shall be considered a transfer if they enroll at the parent institution directly from the branch school. (For definition of "branch school," see Bylaw 14.02.2.) *(Revised: 1/22/20 Immediate, for student-athletes transferring for the 2020-21 academic year and thereafter.)*

**14.5.3.3 Academic Exchange Program.** The student participates in a regular academic exchange program between two four-year institutions that requires a participant to complete a specified period of time at each institution, and the program provides for the student-athlete to receive at least two baccalaureate or equivalent degrees at the conclusion of this joint academic program.

**14.5.3.4 Recognized Foreign Exchange/Study Abroad Program.** The student participates in a formal and established educational foreign exchange or study abroad program recognized by the certifying institution's academic authorities and returns to the certifying institution. *(Adopted: 1/16/16 effective 8/1/16)*

**14.5.4 Two-Year College Transfers.** A student who transfers to a member institution from a two-year college or from a branch school that conducts an intercollegiate athletics program must complete an academic year of residence (see Bylaw 14.02.14), unless the student meets the following eligibility requirements applicable to the division of which the certifying institution is a member. (See Bylaw 14.4 for progress-toward-degree requirements for transfer student-athletes.) *(Revised: 1/10/92, 4/4/07, 4/30/10, 1/18/14 effective 8/1/16 for student-athletes initially enrolling in a Division II institution on or after 8/1/16)*

**14.5.4.1 Eligibility for Competition, Practice and Athletics Aid -- Graduation From Two-Year College.** A transfer student from a two-year college who has graduated from the two-year college is eligible for competition, practice and athletics aid during the first academic year in residence, provided: *(Adopted: 1/18/14 effective 8/1/16 for student-athletes initially enrolling in a Division II institution on or after 8/1/16)*

(a) The student-athlete has completed at least two semesters or three quarters (excluding summer sessions) of enrollment as a full-time student at the two-year college; and *(Revised: 6/1/16)*

(b) At least 25 percent of the credit hours used to fulfill the student's academic degree requirements are earned at the two-year college that awards the degree per Bylaw 14.5.4.5.4 (see Bylaw 14.4 for progress-toward-degree requirements for transfer student-athletes).

**14.5.4.1.1 Application.** *(Adopted: 1/18/14 effective 8/1/16 for student-athletes initially enrolling in a Division II institution on or after 8/1/16, Revised: 11/27/19)*

(a) **Transfer Never Attended a Four-Year Institution as a Full-Time Student.** If a two-year college transfer has never attended a four-year institution as a full-time student, then the full-time semester(s)/quarter(s) and academic degree(s) from any two-year college(s) attended shall be considered. *(Adopted: 11/27/19)*

(b) **Transfer Previously Attended a Four-Year Institution as a Full-Time Student.** If a two-year college transfer has previously attended a four-year institution as a full-time student during their academic career, then

only the full-time semester(s)/quarter(s) and academic degree(s) earned at the two-year college(s) after the last full-time enrollment at a four-year college (e.g., '2-4-2-4 transfer') shall be considered for purposes of meeting the requirements of Bylaw 14.5.4.1. *(Adopted: 11/27/19)*

**14.5.4.1.2 Exception -- Previous Four-Year College Attendance -- Graduation After One Semester or Quarter.** A student who transfers from a four-year college to a two-year college and then to the certifying institution is eligible for competition, practice and athletics aid during their first year at the certifying institution, provided the student: *(Adopted: 1/18/14 effective 8/1/16 for student-athletes initially enrolling in a Division II institution on or after 8/1/16)*

(a) Attended the last two-year college as a full-time student for only one semester or one quarter; and

(b) Graduated from that two-year college.

**14.5.4.2 Eligibility for Competition, Practice and Athletics Aid -- Qualifier With No Four-Year College Attendance and Only One Term of Attendance at a Two-Year College.** A transfer student from a two-year college who was a qualifier (per Bylaw 14.3.1.1), has not previously attended a four-year collegiate institution and has only attended a two-year college for one academic term (semester or quarter), is eligible for competition, practice and athletics aid during the first academic year in residence at the certifying institution, provided: *(Adopted: 1/18/14 effective 8/1/16 for student-athletes initially enrolling in a Division II institution on or after 8/1/16)*

(a) The student-athlete has attended the two-year college as a full-time student for only one semester or one quarter (excluding summer sessions);

(b) The student-athlete has satisfactorily completed at least 12-semester or 12-quarter hours of transferable credit acceptable toward any baccalaureate degree program at the certifying institution for the full-time academic term of attendance at the two-year college; and

(c) The student-athlete has presented a minimum grade-point average of 2.200 earned in transferable degree credit (see Bylaw 14.5.4.5.3.2). *(Revised: 7/18/17)*

**14.5.4.2.1 Use of Physical Education Activity Courses.** Not more than two credit hours of physical education activity courses may be used to fulfill the transferable degree credit and grade-point average requirements. However, a student-athlete enrolling in a physical education degree program or a degree program in education at the certifying institution that requires physical education activity courses may use up to the minimum number of credits of physical education activity courses that are required for the specific degree program to fulfill the transferable degree credit and grade-point average requirements. Additional credit hours of physical education activity courses may not be used to fulfill elective requirements. *(Adopted: 1/18/14 effective 8/1/16 for student-athletes initially enrolling in a Division II institution on or after 8/1/16)*

**14.5.4.2.2 Practice and Receipt of Athletics Aid.** Qualifiers who do not meet the requirements set forth in Bylaws 14.5.4.2 or 14.5.4.3 may practice and receive athletics aid (but may not compete) at the certifying institution during their first academic year of residence. *(Adopted: 1/18/14 effective 8/1/16 for student-athletes initially enrolling in a Division II institution on or after 8/1/16)*

**14.5.4.3 Eligibility for Competition, Practice and Athletics Aid -- All Other Qualifiers and Partial Qualifiers.** A transfer student from a two-year college is eligible for competition, practice and athletics aid during the first academic year in residence at the certifying institution, provided: *(Adopted: 1/18/14 effective 8/1/16 for student-athletes initially enrolling in a Division II institution on or after 8/1/16, Revised: 1/15/21 effective 8/1/21 for student-athletes enrolling in a Division II institution on or after 8/1/21)*

(a) The student-athlete has completed at least two semesters or three quarters (excluding summer sessions) of enrollment as a full-time student at the two-year college; *(Revised: 6/1/16)*

(b) The student-athlete has satisfactorily completed an average of at least 12-semester or 12-quarter hours of transferable credit acceptable toward any baccalaureate degree program at the certifying institution for each full-time academic term of attendance at the two-year college;

(c) The student-athlete has satisfactorily completed the following transferable credit-hour requirements:

(1) Six semester or eight quarter hours of English;

(2) Three semester or four quarter hours of math; and

(3) Three semester or four quarter hours of natural or physical science; *(Revised: 7/19/16 effective 8/1/16 for student-athletes enrolling in a Division II institution on or after 8/1/16, 1/18/17)*

Remedial credit hours may not be used to satisfy these requirements. A transfer student may use transferable English, math and science credits earned while enrolled full time or part time at a previous two-year or four-year institution to satisfy these requirements. *(Revised: 1/18/17)*

(d) The student-athlete has presented a minimum grade-point average of 2.200 earned in transferable degree credit (see Bylaw 14.5.4.5.3.2). *(Revised: 7/18/17)*

**14.5.4.3.1 Use of Physical Education Activity Courses.** Not more than two credit hours of physical education activity courses may be used to fulfill the transferable degree credit and grade-point average requirements. However, a student-athlete enrolling in a physical education degree program or a degree program in education at the certifying institution that requires physical education activity courses may use up to the minimum number of credits of physical education activity courses that are required for the specific degree program to fulfill the transferable degree credit and grade-point average requirements. Additional credit hours of physical education activity courses may not be used to fulfill elective requirements. *(Adopted: 1/18/14 effective 8/1/16 for student-athletes initially enrolling in a Division II institution on or after 8/1/16)*

**14.5.4.3.2 Application.**

(a) **Transfer Never Attended a Four-Year Institution as a Full-Time Student.** If a two-year college transfer has never attended a four-year institution as a full-time student, then the full-time semester(s)/quarter(s) and the transferable degree credit(s) (including part-time hours) from any two-year college(s) attended shall be considered. *(Adopted: 1/18/14 effective 8/1/16 for student-athletes initially enrolling in a Division II institution on or after 8/1/16)*

(b) **Transfer Previously Attended a Four-Year Institution as a Full-Time Student.** If the two-year college transfer has previously attended a four-year institution as a full-time student during their academic career, then only the full-time semester(s)/quarter(s) and transferable degree credit(s) (including part-time hours) earned at the two-year college(s) attended after the last full-time enrollment at a four-year college shall be considered for purposes of meeting the requirements of Bylaw 14.5.4.3-(a), -(b) and -(d). *(Adopted: 1/18/14 effective 8/1/16 for student-athletes initially enrolling in a Division II institution on or after 8/1/16, Revised: 6/15/17)*

**14.5.4.3.3 Practice and Receipt of Athletics Aid -- Qualifiers and Partial Qualifiers.** A two-year college transfer who does not meet the requirements set forth in Bylaw 14.5.4.3 may practice and receive athletics aid (but may not compete) at the certifying institution during their first academic year in residence. *(Adopted: 1/18/14 effective 8/1/16 for student-athletes initially enrolling in a Division II institution on or after 8/1/16, Revised: 1/15/21 effective 8/1/21 for student-athletes enrolling in a Division II institution on or after 8/1/21.)*

**14.5.4.4 Subvarsity Competition.** A transfer from a two-year college who has not met the eligibility requirements set forth in Bylaws 14.5.4.1, 14.5.4.2 or 14.5.4.3 shall be eligible to compete only at the subvarsity level at the certifying institution. Such subvarsity competition shall count as a season of competition in the sport involved. A transfer student from a two-year college who was a partial qualifier and who has not met the eligibility requirements set forth in Bylaws 14.5.4.1 or 14.5.4.3 shall not be eligible to compete at the subvarsity level during the first year in residence at the certifying institution. *(Revised: 1/11/89, 1/9/96, 1/14/97, 1/15/21 effective 8/1/21 for student-athletes enrolling in a Division II institution on or after 8/1/21.)*

**14.5.4.5 Two-Year College Transfer Regulations.** The following regulations shall be applied in administering the eligibility requirements for two-year college transfers.

**14.5.4.5.1 Previous Enrollment at Two-Year Institution.** The two-year college transfer requirements set forth in Bylaw 14.5.4 apply to all two-year college transfers regardless of whether the student-athlete attended one or more four-year colleges prior to their full-time enrollment at the two-year institution. *(Adopted: 1/13/03 effective 8/1/03)*

**14.5.4.5.2 Credit Earned at Four-Year Institution.** If a student-athlete attends a two-year college and, before regular enrollment at the certifying institution, attains additional credits as a part-time student in a four-year collegiate institution, the hours accumulated at the four-year institution may be used by the certifying institution in determining the student-athlete's eligibility under the credit-hour requirement of the two-year college transfer provisions, provided: *(Revised: 1/8/07 effective 8/1/07)*

(a) These hours are accepted by the two-year college and are placed on the transcript or other official document by the two-year college from which the student-athlete transfers before the date of initial regular enrollment at the certifying institution. Any official document (other than the student's transcript) used by the two-year college for this purpose includes the official seal of the two-year college, is signed by the appropriate academic official of the two-year college and is forwarded directly from the two-year college to the appropriate admissions official of the certifying institution; or *(Revised: 1/8/07 effective 8/1/07)*

(b) Prior approval by the appropriate academic official of the two-year college was obtained by the student, granting permission to satisfactorily complete hours as a part-time student at a four-year collegiate institution before the date of initial regular enrollment at the certifying institution. Acceptance of approved hours must be in accordance with the transfer policies and procedures of both the two-year college and the certifying institution. *(Adopted: 1/8/07 effective 8/1/07)*

**14.5.4.5.3 Determination of Transferable Degree Credit.** For the purpose of determining transferable degree credit, the institution may count those courses accepted as degree credit in any of its colleges, schools or departments.

**14.5.4.5.3.1 Transferable Credit, Unacceptable Grade.** Credit hours for courses with grades not considered acceptable for transferable degree credit for all students at an institution shall not be counted in determining whether the transfer requirement for total number of hours is satisfied.

**14.5.4.5.3.2 Calculation of Grade-Point Average for Transferable Credit.** Grades earned in all courses that are normally transferable to an institution shall be considered in determining the qualitative grade-point average for meeting transfer requirements, regardless of the grade earned or whether such grade makes the course unacceptable for transferable degree credit. Only the last grade earned in a course that has been repeated shall be included in the grade-point-average calculation.

**14.5.4.5.4 Academic Degree.** In order to satisfy the two-year-college graduation requirement for eligibility immediately on transfer from a two-year college to a member institution, a student-athlete must receive an associate or equivalent degree in an academic, rather than a vocational or technical, curriculum. The Academic Requirements Committee shall have the authority to determine whether a two-year college degree is academic, rather than vocational or technical, in nature. *(Revised: 1/10/95)*

**14.5.4.5.5 Transfer to Four-Year College Prior to Completion of Requirements.** The requirements set forth in Bylaw 14.5.4 must be met before a student-athlete's transfer to the certifying institution. Thus, if a two-year college student transfers (as defined in Bylaw 14.5.2) to an institution before the completion of applicable transfer requirements, the student is subject to the one-year residence requirement at the certifying institution, even though the student transfers back to the two-year college and completes the necessary requirements.

**14.5.4.5.6 Transfer to Original Institution After Completion of Two-Year College Transfer Requirements.** A student-athlete with a previous progress-toward-degree deficiency who transfers to the four-year college from which they transferred to the two-year college may be immediately eligible upon returning to the certifying institution provided the student-athlete has met the two-year college transfer requirements prior to participation. *(Adopted: 11/27/19)*

**14.5.4.5.7 Competition in Year of Transfer.** A transfer student from a two-year institution, who has met the two-year transfer eligibility requirements (per Bylaw 14.5.4), is not eligible to compete during the segment that concludes with the NCAA championship at the certifying institution if the student-athlete has competed during that segment of the same academic year in that sport at the previous two-year institution. *(Revised: 1/11/94, 1/13/03 effective 8/1/03)*

**14.5.4.5.7.1 Exception - Competition During the Nonchampionship Segment.** A transfer student-athlete who competes during the nonchampionship segment where the contest(s) count toward championships selection criteria (e.g., golf, tennis) may be immediately eligible for competition during the segment that concludes with the NCAA championship at the certifying institution upon transfer during the same academic year. *(Adopted: 5/3/21)*

**14.5.4.5.7.2 Alternate Playing Season.** In the sports of baseball, golf and tennis, during the fall term, a student-athlete who participates in competition where the institution and/or conference declares the alternate playing season may not be immediately eligible for competition upon transfer to the certifying institution that does not declare the alternate playing season during the same academic year. *(Adopted: 5/3/21)*

**14.5.4.6 Exceptions or Waivers for Transfer From Two-Year Colleges.** A transfer student from a two-year college or from a branch school that conducts an intercollegiate athletics program is not subject to the residence requirement at the certifying institution, if any one of the following conditions is met. An individual who is a partial qualifier shall not be permitted to use the exceptions under this bylaw. *(Revised: 1/15/21 effective 8/1/21 for student-athletes enrolling in a Division II institution on or after 8/1/21.)*

**14.5.4.6.1 Discontinued/Nonsponsored Sport Exception.** The student changed institutions in order to continue participation in a sport because the student's original two-year college dropped the sport from its intercollegiate program (even though it may re-establish that sport on a club basis) or never sponsored the sport on the intercollegiate level while the student was in attendance at that institution, provided the student never attended any

other collegiate institution that offered intercollegiate competition in that sport and the student earned at least a minimum 2.200 grade-point average (see Bylaw 14.5.4.5.3.2) at the two-year college. *(Revised: 1/11/89, 1/10/90, 1/14/15 effective 8/1/16 for student-athletes initially enrolling in a Division II institution on or after 8/1/16)*

**14.5.4.6.1.1 Original Collegiate Institution.** In applying this provision for an exception to the residence requirement, the original collegiate institution shall be the two-year college in which the student was enrolled immediately before the transfer to the certifying institution, provided that, if the student is transferring from a two-year college that never sponsored the sport on the intercollegiate level, the student never shall have attended any other collegiate institution that offered intercollegiate competition in that sport.

**14.5.4.6.1.2 Application -- COVID-19 Season Cancellations.** If the student's original two-year college does not participate in competition during the 2020-21 academic year due to COVID-19, the student does not have access to this exception to be immediately eligible for competition upon transfer. *(Adopted: 1/7/21 Immediate, for student-athletes transferring on or after January 7, 2021, except for those student-athletes who signed a written commitment prior to that date.)*

**14.5.4.6.2 Nonrecruited Student Exception.** The student transfers to the certifying institution and the following conditions are met: *(Revised: 1/10/89, 1/23/19 effective 8/1/19 for student-athletes enrolling in an NCAA Division II institution on or after August 1, 2019.)*

(a) The student was not recruited per Bylaw 13.02.10.1 by the certifying institution;

(b) No athletically related financial assistance has been received by the student-athlete; and

(c) The student-athlete has not competed for any previous institution and has not participated in countable athletically related activities (see Bylaw 17.02.1) in intercollegiate athletics beyond a 14-consecutive-calendar-day period at any previous institution. The 14-consecutive-calendar-day period begins with the date on which the student-athlete first engages in any countable athletically related activity. *(Revised: 1/11/04, 7/23/07)*

**14.5.4.6.3 Two-Year Nonparticipation or Minimal Participation Exception.** The student transfers to the certifying institution from a two-year college and, for a consecutive two-year period immediately before the date on which the student begins participation (countable athletically related activities), the student has not competed and has not participated in other countable athletically related activities (see Bylaw 17.02.1) in the involved sport beyond a 14-consecutive-calendar-day period, or has not participated in organized noncollegiate amateur competition while enrolled as a full-time student in a collegiate institution. The 14-consecutive-calendar-day period begins with the date on which the student-athlete first engages in any countable athletically related activity. The two-year period does not include any period of time before the student's initial collegiate enrollment. *(Revised: 10/20/03, 1/10/05, 1/8/07 for any progress-toward-degree certification or transfer on or after 8/1/06)*

**14.5.4.6.4 Return to Original Institution Exception.** The student returns to the four-year college from which they transferred to the two-year college, provided the student did not have an unfulfilled residence requirement at the time of the transfer from the four-year college. The amount of time originally spent in residence at the first four-year college may be used by the student in completing the unfulfilled residence requirement at that institution. The student must satisfy all progress-toward-degree requirements the student triggered during their previous enrollment at the certifying institution (e.g., annual credit-hour requirement) before being eligible for competition. (See Bylaw 14.5.4.5.6). *(Adopted: 1/13/03 effective 8/1/03, Revised: 7/19/16, 11/27/19)*

**14.5.4.7 Waivers.** The Academic Requirements Committee shall have the authority to waive all two-year college transfer requirements based on objective evidence that demonstrates circumstances that warrant the waiver of the normal application of those regulations. *(Adopted: 6/1/14 effective 7/1/14)*

**14.5.5 Four-Year College Transfers.** See Bylaw 13.1.1.2 for prohibition against contacting student-athletes of another four-year collegiate institution without first obtaining authorization through the notification of transfer process. (See Bylaw 14.4 for progress-toward-degree requirements for transfer student-athletes.) *(Revised: 4/4/07, 1/27/20 effective 8/1/20 August 1, 2020, for any four-year college student-athlete transferring during the 2020-21 academic year, and thereafter.)*

**14.5.5.1 General Rule.** A transfer student from a four-year institution shall not be eligible for intercollegiate competition at a member institution until the student has fulfilled a residence requirement of one full academic year (two full semesters or three full quarters) at the certifying institution (see Bylaw 14.02.14). *(Revised: 1/10/91 effective 8/1/91, 4/30/10)*

**14.5.5.1.1 Attendance for One Academic Year.** A transfer student from a four-year institution who attended a four-year institution at least one academic year shall be eligible for financial aid and practice at a Division II institution under the rules of the institution and the conference of which the institution is a member, regardless of the student's qualification status (per Bylaw 14.3.1) at the time of initial enrollment.

**14.5.5.1.2 Attendance for Less Than One Academic Year.** A transfer student from a four-year institution who was a partial qualifier (as defined in Bylaw 14.02.13.2) and who attended the four-year institution less than one full academic year shall not be eligible for competition during the first academic year of attendance at the certifying institution. Participation in practice sessions and the receipt of financial aid during the first academic year of attendance at the certifying institution by such students is governed by the provisions of Bylaw 14.3.1.2 (partial qualifiers). *(Revised: 1/15/21 effective 8/1/21 for student-athletes enrolling in a Division II institution on or after 8/1/21.)*

**14.5.5.1.2.1 Attendance at Four-Year Institution for Less Than One Academic Year Following Transfer from a Two-Year Institution.** A student-athlete who initially enrolls at a two-year college, transfers to another four-year institution and attends the four-year institution for less than one full academic year before transferring to a Division II institution (e.g., '2-4-4 transfer') is not eligible to use a four-year college transfer exception unless the student-athlete would have been immediately eligible for competition under the Division II two-year college transfer regulations had the student-athlete transferred directly from the two-year college to the Division II institution. *(Adopted: 7/19/16)*

**14.5.5.2 Subvarsity Competition.** A transfer student from a four-year institution who was a qualifier shall be eligible to compete immediately at the subvarsity level only at the certifying institution before meeting the transfer eligibility requirements. Such subvarsity competition shall count as a season of competition in the sport involved. A transfer student from a four-year institution who was not a qualifier shall not be eligible to compete at the subvarsity level during the first academic year in residence at the certifying institution. *(Revised: 1/9/96, 1/14/97, 1/15/21 effective 8/1/21 for student-athletes enrolling in a Division II institution on or after 8/1/21.)*

**14.5.5.3 Exceptions for Transfers From Four-Year Colleges.** A transfer student (other than one under disciplinary suspension per Bylaw 14.5.1.1) from a four-year collegiate institution is not subject to the residence requirement for intercollegiate competition, provided the student does not have an unfulfilled residence requirement at the institution from which they are transferring (except for the return to the original institution without participation exception) and any of the following exceptions are satisfied. However, during the student-athlete's first academic year of full-time collegiate enrollment, such conditions may serve as a basis for an exception to the residence requirement for transfer students to a Division II institution who, at the time of initial collegiate enrollment, met the requirements for "qualifiers" (set forth in Bylaw 14.3.1.1) in Division II. See Bylaw 14.5.5.1.2.1 for additional information regarding the eligibility of a 2-4-4 transfer who attended the initial four-year institution for less than one academic year. *(Revised: 1/10/90, 1/10/91 effective 8/1/91, 1/10/05, 7/19/16)*

**14.5.5.3.1 Educational Exchange Exception.** The student returns to their original institution under any of the following conditions:

(a) After participation in a cooperative educational exchange program or work experience program (e.g., co-op, internship, practicum, student-teaching), provided the student is to receive a baccalaureate degree from the institution from which the student transferred to participate in the exchange program; *(Revised: 1/11/12)*

(b) After one semester or quarter of attendance at another institution for purposes of taking academic courses not available at the original institution, regardless of whether they are required in the degree program the student-athlete is pursuing at the first institution. In such an instance, the student also may take additional courses that were available at the first institution; or

(c) After one academic year of attendance at another collegiate institution, in accordance with the program recommended by the appropriate academic officer at the original institution, provided the student was in good academic standing at the time the student left the original institution.

**14.5.5.3.2 Exchange Student Exception.** The student is enrolled in the certifying institution for a specified period of time as an exchange student participating in a formal and established educational exchange program recognized by the institution's academic authorities. (See Bylaw 14.4.1.1.) *(Revised: 1/11/89, 1/10/92, 7/20/10)*

**14.5.5.3.3 Discontinued Academic Program Exception.** The certifying institution concludes that the student changed institutions in order to continue a major course of study because the original institution discontinued the academic program in the student's major. *(Revised: 1/11/00 effective 8/1/00)*

**14.5.5.3.4 Military Service, Religious Mission Exception.** The student returns from at least 12 months of active service in the armed forces of the United States, or from at least 12 months of active service on an official religious mission. *(Revised: 1/9/06, 4/20/10)*

**14.5.5.3.4.1 Collegiate Enrollment Concurrent With Military Service or Religious Mission.** The amount of time that an individual is enrolled as a regular student in a collegiate institution while concurrently on active military duty or engaged in active service on an official religious mission may not be counted as a part of the

12-month active-duty period that qualifies a student for an exception to the transfer residence requirement. *(Revised: 4/20/10, 6/16/10)*

**14.5.5.3.5 Discontinued/Nonsponsored Sport Exception.** In a particular sport when the student transfers at any time to the certifying institution and participates in the sport on the intercollegiate level after any of the following conditions has occurred:

(a) The student's original four-year collegiate institution dropped the sport [in which the student has participated in countable athletically related activities (see Bylaw 17.02.1) at that institution in intercollegiate competition] from its intercollegiate program. This exception becomes applicable at the time the student-athlete's institution indicates through public announcement that their sport will be discontinued; or *(Revised: 1/12/04, 1/10/05)*

(b) The student's original four-year collegiate institution never sponsored the sport on the intercollegiate level while the student was in attendance at the institution, provided the student had never transferred from any other collegiate institution that offered intercollegiate competition in that particular sport.

**14.5.5.3.5.1 Original Institution.** In applying this provision for an exception to the residence requirement, the original collegiate institution shall be the one in which the student was enrolled immediately before transfer to the certifying institution, it being understood that, if the student is transferring from an institution that never sponsored the sport on the intercollegiate level, the student never shall have attended any other collegiate institution that offered intercollegiate competition in that sport.

**14.5.5.3.5.2 Application -- COVID-19 Season Cancellations.** If the student's original four-year collegiate institution does not participate in competition during the 2020-21 academic year due to COVID-19, the student does not have access to this exception to be immediately eligible for competition upon transfer. *(Adopted: 1/7/21 Immediate, for student-athletes transferring on or after January 7, 2021, except for those student-athletes who signed a written commitment prior to that date.)*

**14.5.5.3.6 Two-Year Nonparticipation or Minimal Participation Exception.** The student transfers to the certifying institution from another four-year college and, for a consecutive two-year period immediately before the date on which the student begins participation (countable athletically related activities), the student has not competed and has not participated in other countable athletically related activities (see Bylaw 17.02.1) in the involved sport beyond a 14-consecutive-calendar-day period, or has not participated in organized noncollegiate amateur competition while enrolled as a full-time student in a collegiate institution. The 14-consecutive-calendar-day period begins with the date on which the student-athlete first engages in any countable athletically related activity. The two-year period does not include any period of time before the student's initial collegiate enrollment. *(Revised: 1/10/95, 1/12/04, 1/10/05, 1/8/07 for any progress-toward-degree certification or transfer on or after 8/1/06)*

**14.5.5.3.7 Return to Original Institution Without Participation or With Minimal Participation Exception.** The student enrolls at a second four-year collegiate institution, does not compete and does not participate in other countable athletically related activities (see Bylaw 17.02.1) in the involved sport at the second institution beyond a 14-consecutive-calendar-day period and returns to the original institution. The 14-consecutive-calendar-day period begins with the date on which the student-athlete first engages in any countable athletically related activity. A student may use this exception even if they have an unfulfilled residence requirement at the institution from which they are transferring. The student must satisfy all progress-toward-degree requirements the student triggered during their previous enrollment at the certifying institution (e.g., annual credit-hour requirement) before being eligible for competition. *(Revised: 1/12/04, 4/29/04, 4/11/06, 7/19/16)*

**14.5.5.3.8 Nonrecruited Student Exception.** The student transfers to the certifying institution, and the following conditions are met:

(a) The student-athlete was not recruited by the certifying institution (per Bylaw 13.02.10.1);

(b) No athletically related financial assistance has been received by the student-athlete; and

(c) The student-athlete has not competed for any previous institution and has not participated in countable athletically related activities (see Bylaw 17.02.1) in intercollegiate athletics beyond a 14-consecutive calendar-day period at any previous institution. The 14-consecutive-calendar-day period begins with the date on which the student-athlete first engages in any countable athletically related activity. *(Revised: 1/12/04, 1/8/07 for any transfer occurring on or after 8/1/06)*

**14.5.5.3.9 One-Time Transfer Exception.** The student transfers to the certifying institution from another four-year collegiate institution, and all of the following conditions are met (for graduate students, see Bylaw 14.1.8.1): *(Revised: 4/28/05 effective 8/1/05 for those student-athletes who transfer to a Division II institution for the 2005-06 academic year, 5/3/07)*

(a) The student has not transferred previously from one four-year institution, unless, in the previous transfer, the student-athlete received an exception per Bylaw 14.5.5.3.5 (discontinued/nonsponsored sport exception) or Bylaw 14.8.2.1-(d) (residence requirement). A student-athlete who, prior to the transfer to the certifying institution, attended two four-year institutions ("4-2-4-4" transfer), does not meet this condition regardless of whether the student was enrolled at a two-year institution between attendance at the two previous four-year institutions; *(Revised: 1/11/94, 1/11/97, 1/14/02 effective 8/1/02, 5/3/07, 10/21/08)*

(b) The student is in good academic standing and meets the progress-toward-degree requirements at the previous four-year institution at the time of transfer to the certifying institution, except that, for a student transferring from a Division I institution, they are not required to have fulfilled the necessary percentage-of-degree requirements at the previous institution. The transferring student must be one who would have been academically eligible had they remained at the institution from which the student transferred, and they also must be eligible at the certifying institution as a regularly enrolled, full-time, degree-seeking student who was admitted in accordance with the regular, published entrance requirements of the institution; *(Revised: 1/10/95, 1/9/96, 8/8/05, 5/3/07, 4/14/15)*

(c) The head coach of the certifying institution and the student shall certify that no athletics staff member or other representative of the institution's athletics interest communicated or made contact with the student-athlete, or any individual associated with the student (e.g., family member, scholastic or nonscholastic coach, advisor), directly or indirectly, without first obtaining authorization through the notification of transfer process (see Bylaw 13.1.1.2); *(Revised: 1/11/94, 1/8/07 effective 8/1/07, 5/3/07, 1/14/08 effective 8/1/08, 10/22/13, 1/17/15 effective 8/1/15, 1/22/22)*

(d) The student must provide written notification of transfer to the institution by June 15 (see Bylaw 14.5.5.3.9.1 for an exception for midyear and non-Division II transfers); and *(Adopted: 1/22/22 Immediate, for student-athletes transferring for the 2022-23 academic year, and thereafter., Revised: 4/18/23 effective 4/20/23 Immediate, for student-athletes transferring for the 2023-24 academic year, and thereafter.)*

(e) A student who has one season of competition remaining in their sport or two full-time semesters or three full-time quarters or fewer remaining in which to complete their eligibility and who has not earned a baccalaureate degree, shall have satisfactorily completed an average of 12-semester or 12-quarter hours of transferable degree credit acceptable toward any baccalaureate degree program at the certifying institution for each term of full-time attendance, at any collegiate institution, with a cumulative minimum grade-point average of 2.000 in the transferable degree credits. *(Adopted: 1/9/06 effective 8/1/06, Revised: 5/3/07, 4/28/09, 2/5/13)*

**14.5.5.3.9.1 Application of Notification Dates to Midyear and Non-Division II Transfers.** A midyear transfer student-athlete or student-athlete transferring from a non-Division II institution (e.g., Division I, Division III or NAIA) is not required to have provided notification of transfer to the institution by the notification deadline in the previous academic year. *(Adopted: 1/22/22 Immediate, for student-athletes transferring for the 2022-23 academic year, and thereafter., Revised: 4/18/23 Immediate, for student-athletes transferring for the 2023-24 academic year, and thereafter.)*

**14.5.5.3.9.2 Waivers.** The Academic Requirements Committee shall have the authority to waive academic components of the one-time transfer exception. Those components include good academic standing, progress-toward-degree requirements, and the 12-semester or 12-quarter hour requirement for a transfer student who has one season of competition remaining in their sport or two full-time semesters or three full-time quarters or fewer remaining to complete eligibility and who has not earned a baccalaureate degree. The Committee for Legislative Relief shall have the authority to waive all remaining components of the one-time transfer exception. *(Adopted: 6/3/15)*

**14.5.5.4 Competition in Year of Transfer.** A transfer student from a four-year institution, who has received a waiver of or exception to the transfer residence requirement (per Bylaw 14.1.8.1 or 14.5.5.3), is not eligible to compete at the certifying institution during the segment that concludes with the NCAA championship if the student-athlete has competed during that segment of the same academic year in that sport at the previous four-year institution. Therefore, if the institution from which a student-athlete transfers declares separate segments of its playing and practice season, a student-athlete may compete during the segment that does not conclude with the NCAA championship for such an institution and during the segment that does conclude with the NCAA championship for the certifying institution during the same academic year in the same sport, provided the student-athlete is otherwise eligible for competition. *(Adopted: 1/10/95 effective 8/1/95, Revised: 1/13/03 effective 8/1/03, 10/17/06, 1/25/10, 7/24/12)*

**14.5.5.4.1 Exception - Competition During the Nonchampionship Segment.** A transfer student-athlete who competes during the nonchampionship segment where the contest(s) count toward championships selection criteria

(e.g., golf, tennis) may be immediately eligible for competition during the segment that concludes with the NCAA championship at the certifying institution upon transfer during the same academic year. *(Adopted: 5/3/21)*

**14.5.5.4.2 Alternate Playing Season.** In the sports of baseball, golf and tennis, during the fall term, a student-athlete who participates in competition where the institution and/or conference declares the alternate playing season may not be immediately eligible for competition upon transfer to the certifying institution that does not declare the alternate playing season during the same academic year. *(Adopted: 5/3/21)*

## 14.7 Outside Competition, Effects on Eligibility. The eligibility of a student-athlete who engages in outside competition (see Bylaws 14.3.1.2.2 and 17.02.10) is affected as set forth in the following regulations. *(Revised: 3/17/06)*

**14.7.1 Outside Competition, Sports Other Than Basketball.** A student-athlete becomes ineligible for intercollegiate competition in their sport (other than basketball) if, after enrollment in college and during any year in which the student-athlete is a member of an intercollegiate squad or team, they compete or have competed as a member of any outside team in any noncollegiate, amateur competition (e.g., tournament play, exhibition games or other activity) during the institution's intercollegiate season in the sport (see Bylaw 14.7.5 for exceptions) until eligibility is restored by the Committee on Student-Athlete Reinstatement. *(Revised: 1/16/93, 1/11/94, 4/11/06)*

**14.7.1.1 Recognized Foreign Exchange/Study Abroad Program.** A student-athlete who participates in a formal and established educational foreign exchange or study abroad program recognized by the certifying institution's academic authorities shall not be subject to the outside competition legislation while participating in the program. *(Adopted: 1/16/16 effective 8/1/16)*

**14.7.1.2 Additional Restriction -- Men's and Women's Wrestling.** In men's and women's wrestling, a student-athlete may compete outside of the institution's intercollegiate season as a member of an outside team in any noncollegiate, amateur competition, except during the period between the beginning of the institution's academic year and November 1. The number of student-athletes from any one institution shall not exceed the applicable limits set forth in Bylaw 17.32.2. *(Adopted: 1/15/11 effective 8/1/11, Revised: 1/27/20 effective 8/1/20)*

**14.7.1.3 Volleyball and Beach Volleyball.** Volleyball and beach volleyball are considered the same sport for purposes of Bylaw 14.7. *(Adopted: 10/16/12, Revised: 5/1/15)*

**14.7.2 Outside Competition, Basketball.** A student-athlete who participates in any organized basketball competition except while representing the institution in intercollegiate competition in accordance with the permissible playing season specified in Bylaw 17.4 becomes ineligible for any further intercollegiate competition in basketball (see Bylaw 14.7.5 for exceptions).

**14.7.3 Additional Applications of Outside-Competition Regulations, Sports Other Than Basketball.**

**14.7.3.1 Eligibility Status.** A student-athlete is considered to be a member of the institution's team, and therefore bound by this regulation in that sport, if the student-athlete:

(a) Does not practice or compete but is receiving athletically related financial aid for the sport; or

(b) Is ineligible to compete but practiced with a squad or team in the sport; or

(c) Is eligible to compete but was not permitted to do so, other than taking part in practice sessions with the squad or team in the sport.

**14.7.3.1.1 Exception.** A student-athlete who fails to make the institution's team after participation only in limited preseason tryouts shall not be considered a member of the team for purposes of this regulation. *(Adopted: 1/16/93)*

**14.7.3.2 Competition Between Seasons.** If an institution conducts separate fall and spring practice or playing seasons in a sport, it is permissible for a student-athlete to participate in that sport on an outside team during the period between the two seasons without affecting their eligibility. *(Revised: 1/10/91 effective 8/1/91, 1/16/93)*

**14.7.3.3 Postseason Competition.** An institution's intercollegiate season includes any scheduled participation in the conference championship in the sport in question but excludes the period between the last regularly scheduled competition and the NCAA championship in that sport.

**14.7.3.4 Competition as Individual/Not Representing Institution.** It is permissible for a student-athlete to participate in outside competition as an individual during the academic year in the student-athlete's sport, provided: *(Revised: 1/16/16 effective 8/1/16, 7/22/21)*

(a) The student-athlete is academically and athletically eligible for intercollegiate competition; *(Revised: 7/22/21)*

(b) The student-athlete represents only themselves in the competition; and *(Revised: 7/22/21)*

(c) The student-athlete does not engage in such competition as a member of or receive expenses from an outside team; and *(Revised: 7/22/21)*

   (1) **Exception - Medical Services.** A student-athlete competing as an individual may receive medical services from their institution's medical personnel (e.g., athletic trainer, team physician) at a competition site. *(Adopted: 1/26/19)*

(d) The event is an "open" event. An "open" event is one in which the competition must be open to noncollegiate competitors and must be organized, publicized and operated as an event that is open to individuals other than collegiate competitors. *(Adopted: 7/22/21)*

**14.7.3.4.1 No Competition Between Beginning of Academic Year and November 1 -- Men's and Women's Wrestling.** In men's and women's wrestling, a student-athlete shall not participate in outside competition as an individual between the beginning of the institution's academic year and November 1. *(Adopted: 1/15/11 effective 8/1/11, Revised: 1/27/20 effective 8/1/20)*

**14.7.3.5 Exempt Teams.** In the individual sports (see Bylaw 17.02.16.2), such units as "pro-am" golf teams, doubles tennis teams, and relay teams in track and field are not considered to be outside teams for purposes of this legislation.

## 14.7.4 Additional Applications of Outside-Competition Regulations, Basketball.

**14.7.4.1 Organized Basketball Competition.** Outside basketball competition, including competition involving teams with fewer than five players, shall be considered "organized" if any one of the following conditions exists:

(a) Teams are regularly formed, or team rosters are predetermined;

(b) Competition is scheduled and publicized in advance;

(c) Official score is kept;

(d) Individual or team standings are maintained;

(e) Official timer or game officials are used;

(f) Team uniforms are used;

(g) Admission is charged;

(h) A team is privately or commercially sponsored; or

(i) Competition is either directly or indirectly sponsored, promoted or administered by an individual, an organization or any other agency.

**14.7.4.2 Individual Subject to Outside-Competition Regulations.** Once a student-athlete becomes a candidate for the institution's basketball team (i.e., has reported for the squad), or if the student was recruited by a member institution in part for basketball ability and enrolls in the institution, this prohibition against outside organized basketball competition remains applicable until the student-athlete's intercollegiate basketball eligibility has been exhausted. This includes time while the student is officially withdrawn from college, fulfilling a residence requirement following transfer to another college, awaiting transfer or enrolled in a nonmember collegiate institution.

**14.7.4.3 Nonrecruited, Nonparticipant.** Participation by a student-athlete in organized basketball competition while enrolled in a member institution and having participated in a sport other than basketball would not jeopardize the student's eligibility in basketball, if the individual had not been recruited in basketball and had not participated on or been a candidate for the institution's intercollegiate basketball team.

## 14.7.5 Exceptions to Outside-Competition Regulations. The following exceptions to the outside-competition regulations are permitted.

**14.7.5.1 In All Sports:**

(a) **High School Alumni Game.** A student-athlete may compete in one game a year involving players from the student-athlete's former high school and its alumni team. In sports other than basketball, this game must take place during an official vacation period of the institution's academic year.

(b) **Olympic or Paralympic Games.** A student-athlete may participate in the official Olympic or Paralympic Games, in final tryouts that directly qualify competitors for the Olympic or Paralympic Games and in officially recognized competition directly qualifying participants for final Olympic or Paralympic Games tryouts. *(Revised: 1/14/97 effective 8/1/97, 1/22/20 effective 8/1/20)*

(c) **Official Pan American or Parapan American Games Tryouts and Competition.** A student-athlete may participate in official Pan American or Parapan American Games tryouts and competition, including junior-level tryouts and competition. *(Adopted: 1/14/97 effective 8/1/97, Revised: 10/17/06, 1/22/20 effective 8/1/20)*

(d) **U.S. National Teams.** A student-athlete may participate in official tryouts and competition involving national teams sponsored by the appropriate national governing bodies of the U.S. Olympic and Paralympic Committee (or, for the student-athletes representing another nation, the equivalent organization of that nation or, for student-athletes competing in a non-Olympic or Paralympic sport, the equivalent organization of that sport). *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/22/20 effective 8/1/20)*

(e) **Official World Championships, World University Games (Universiade), World University Championships, World Youth Championships and World Cup Tryouts and Competition.** A student-athlete may participate in official World Championships, World University Games (Universiade), World University Championships, World Youth Championships and World Cup tryouts and competition, including junior-level tryouts and competition. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/14/02, 7/18/06, 10/17/06, 10/18/11)*

(f) **Multisport Events.** A student-athlete may participate in officially recognized state and national multisport events. *(Adopted: 1/14/97 effective 8/1/97)*

**14.7.5.2 Additional Exceptions for Basketball Only:**

(a) **Summer Competition.** There are no restrictions on the participation of student-athletes in outside basketball competition during the summer. *(Revised: 1/14/97)*

(b) **Puerto Rico Superior Basketball League.** A student-athlete who is a resident of Puerto Rico may participate in the Superior Basketball League of Puerto Rico. *(Revised: 10/20/03)*

(c) **United States vs. U.S. National Teams.** A student-athlete may participate in the United States against U.S. national teams. *(Adopted: 1/14/97 effective 8/1/97)*

**14.7.5.3 National-Team Criteria.** A national team shall meet the following criteria: *(Adopted: 1/14/97 effective 8/1/97, Revised: 12/5/06, 7/20/10)*

(a) It is designated by the U.S. Olympic and Paralympic Committee, national governing body or other organization recognized by the U.S. Olympic and Paralympic Committee (or, for student-athletes representing another nation, the equivalent organization of that nation, or, for student-athletes competing in a non-Olympic or Paralympic sport, the equivalent organization of that sport); *(Revised: 5/10/13, 1/22/20 effective 8/1/20)*

(b) Selection for such a team is made on a national qualification basis either through a defined selective process or actual tryouts, publicly announced; and

(c) The international competition in question requires that the entries officially represent their respective nations, although it is not necessary to require team scoring by nation.

**14.7.6 Collegiate All-Star Contests.** A student-athlete who competes as a member of a squad in any college all-star contest shall be denied further intercollegiate eligibility in that sport.

# 14.8 Additional Waivers for Eligibility Requirements. Conditions under which exceptions are permitted or waivers may be granted to specific eligibility requirements in this bylaw are noted in other sections of this bylaw. Other than these, there shall be no waiver by the Association of any of the provisions of this bylaw except as follows.

**14.8.1 Management Council Waivers.** The Management Council, by a two-thirds majority of its members present and voting, may waive specific provisions of this bylaw as follows.

**14.8.1.1 Academic and General Requirements.** The academic and general eligibility requirements may be waived under the following conditions or circumstances:

(a) For student-athletes in times of national emergency;

(b) For member institutions that have instituted a trimester or other accelerated academic program, provided any member institution applying for a waiver shall demonstrate a reasonable need for such waiver. Further, the Management Council shall grant no waiver that permits a student-athlete to compete in more than four seasons of intercollegiate competition. Under the waiver allowed, if a student in an accelerated academic program completes the requirements for a degree before completing eligibility, the student may participate in competition that begins within 90 days after completion of the requirements for the degree. The Management Council shall include a report of each such exception in its annual report to the Convention; and

(c) For institutions that have suffered extraordinary personnel losses from one or more of their intercollegiate athletics teams due to accident or illness of a disastrous nature.

**14.8.2 Committee for Legislative Relief Waivers.** The Committee for Legislative Relief may waive specific provisions of this bylaw as follows. *(Adopted: 7/24/12)*

**14.8.2.1 Residence Requirement.** The one-year residence requirement for student-athletes may be waived under the following conditions or circumstances: *(Revised: 7/24/12)*

(a) For a student-athlete who transfers to a member institution for reasons of health. Such request for a waiver shall be initiated by any member institution and shall be supported by contemporaneous medical documentation and medical recommendations of that institution's team physician and/or the student-athlete's personal physician; *(Revised: 1/10/05 effective 8/1/05)*

(b) For a student-athlete who transfers to a member institution after loss of eligibility due to a violation of the regulation prohibiting pay for participation in intercollegiate athletics (see Bylaw 12.1.4) or a violation of recruiting regulations (see Bylaw 13.01.5), or for a student-athlete who transfers to a Division I institution after loss of eligibility due to involvement in a violation of the freshman or transfer eligibility requirements for financial aid, practice and competition set forth in Bylaws 14.3.1, 14.5.4 and 14.5.5. The Management Council may waive these requirements only upon a determination of the innocence or inadvertent involvement of the student-athlete in the violation;

(c) On the recommendation of the Committee on Infractions, for a student-athlete who transfers to a member institution to continue the student-athlete's opportunity for full participation in a sport because the student-athlete's original institution was placed on probation by the NCAA with sanctions that would preclude the institution's team in that sport from participating in postseason competition during all of the remaining seasons of the student-athlete's eligibility (see Bylaw 13.1.1.2.3); *(Revised: 1/10/92)*

(d) For a student-athlete who transfers to a member institution to continue the student-athlete's opportunity for full participation in a sport because the student-athlete's original institution lost regional accreditation [or no longer meets the accreditation standard for an international institution (see Bylaw 7.1.4.1.2.1)] and forfeited immediately its membership in the Association per Bylaw 7.3.4.2. *(Adopted: 1/14/02 effective 8/1/02, Revised: 1/15/11 effective 8/1/11, 10/16/12, 5/15/17, 1/20/18)*

# 14.9 Post-Enrollment Academic Misconduct. *(Adopted: 1/21/17 effective 8/1/17)*

**14.9.1 Policies and Procedures.** An institution must: *(Adopted: 1/21/17 effective 8/1/17)*

(a) Have written institutional policies and procedures regarding academic misconduct applicable to the general student-body, including student-athletes. The policies and procedures must be approved through the institution's normal process for approving such policies and must be kept on file or be accessible on the institution's website.

(b) Investigate and adjudicate alleged academic misconduct in accordance with established policies regardless of whether the misconduct is reported to the NCAA or whether the student-athlete acted alone or in concert with others.

**14.9.1.1 Exception.** An institution may establish a policy that permits an expedited investigation and adjudication of academic misconduct by a student-athlete, provided other applicable policies and procedures are observed and the policy for expedited review is approved through the institution's normal process for approving such policies and is approved by the institution's president or chancellor (or their designee). Further, the policy that permits an expedited review must be kept on file or must be accessible on the institution's website. *(Adopted: 1/21/17 effective 8/1/17)*

**14.9.2 Post-Enrollment Academic Misconduct.** *(Adopted: 1/21/17 effective 8/1/17)*

**14.9.2.1 Student-Athlete.** A student-athlete shall not be involved in: *(Adopted: 1/21/17 effective 8/1/17)*

(a) Academic misconduct involving a current or former institutional staff member or representative of athletics interests;

(b) Academic misconduct, without the involvement of a current or former institutional staff member or representative of athletics interests, that results in:

    (1) An erroneous declaration of eligibility to participate in intercollegiate athletics and the student-athlete subsequently competes for the institution while ineligible;

    (2) An erroneous declaration of eligibility to receive financial aid and the student-athlete subsequently receives financial aid while ineligible; or

(c) Academic misconduct involving the alteration or falsification of a student-athlete's transcript or academic record.

**14.9.2.2 Institutional Staff Member or Representative of Athletics Interests.** A current or former institutional staff member or a representative of an institution's athletics interests shall not be involved (with or without knowledge of the student-athlete) in: *(Adopted: 1/21/17 effective 8/1/17)*

(a) Academic misconduct related to a student-athlete; or

(b) The alteration or falsification of a student-athlete's transcript or academic record.

**14.9.2.3 Impermissible Academic Assistance -- Institutional Staff Member or Representative of Athletics Interests.** A current or former institutional staff member or a representative of an institution's athletics interests shall not provide impermissible academic assistance to a student-athlete (see Bylaw 14.02.8). *(Adopted: 1/21/17 effective 8/1/17)*

**14.9.2.3.1 Application.** If an institution determines, pursuant to its policies and procedures, that academic misconduct has occurred, a violation of Bylaw 14.9.2.3 shall not be cited by the institution or through an enforcement investigation. If an institution determines, pursuant to its policies and procedures, that academic misconduct has not occurred, the conduct in question may still constitute a violation of Bylaw 14.9.2.3. *(Adopted: 1/21/17 effective 8/1/17)*

## 14.10 U.S. Service Academies, Special Eligibility Provisions.

**14.10.1 10-Semester/15-Quarter Rule.** The Committee on Student-Athlete Reinstatement may approve waivers to the 10-semester/15-quarter rule (see Bylaw 14.2) for student-athletes of the national service academies who have exhausted eligibility in one sport but wish to compete in another sport or sports in which they have eligibility remaining. *(Revised: 1/13/03 effective 8/1/03)*

**14.10.2 Transfer Status.** A student who has attended as a freshman (plebe) only in the official summer-enrollment program of one of the four national service academies is not considered a transfer in the application of the transfer regulations of Bylaw 14.5.

## 14.11 Certification of Eligibility.

**14.11.1 Institutional Responsibility for Eligibility Certification.** The president or chancellor is responsible for approving the procedures for certifying the eligibility of an institution's student-athletes under NCAA legislation. The president or chancellor may designate an individual on the institution's staff to administer proper certification of eligibility. Certification of eligibility must occur prior to allowing a student-athlete to represent the institution in intercollegiate competition (see Bylaw 14.01.1). A violation of this bylaw in which the institution fails to certify a student-athlete's eligibility prior to allowing them to represent the institution in intercollegiate competition shall be considered an institutional violation per Bylaw 7.01.10; however, such a violation shall not affect the student-athlete's eligibility, provided all the necessary information to certify the student-athlete's eligibility was available to the institution and the student-athlete otherwise would have been eligible for competition. *(Revised: 1/14/02, 10/3/05, 10/23/07)*

**14.11.2 Eligibility List Form.** The institution's athletics director shall compile on a form approved by the Management Council a list of the squad members in each sport on the first day of competition and shall indicate thereon the status of each member in the designated categories. A student-athlete's name must be on the official institutional form in order for the student to be eligible to represent the institution in intercollegiate competition. Violations of this bylaw do not affect a student-athlete's eligibility, if the violation occurred due to an institutional administrative error or oversight, and the student-athlete is added to the form once the omission is realized; however, the violation shall be considered an institutional violation per Bylaw 7.01.10. *(Revised: 1/14/97, 7/24/12 effective 8/1/13)*

**14.11.2.1 Eligibility List.** The following procedures shall be used for the eligibility list: *(Adopted: 7/24/12 effective 8/1/13)*

(a) The forms shall be kept on file in the office of the athletics director, and such file shall be available for examination on request by an authorized representative of another member institution, the NCAA, and, if the institution is a member of a conference, an authorized representative of the conference;

(b) Any student-athlete who is included on the eligibility list must have signed a drug-testing consent form per Bylaw 14.1.4; *(Revised: 4/16/19)*

(c) A supplementary form may be filed to add names of persons not initially on the eligibility list or to indicate a change of status;

(d) A student-athlete's name must be on the official institutional form to qualify to represent the institution in intercollegiate athletics; and

(e) The athletics director and head coach in the sport in which the student-athletes participate shall sign the eligibility list for that particular sport.

## 14.12 Ineligibility.

**14.12.1 Obligation of Member Institution to Withhold Student-Athlete From Competition.** If a student-athlete is ineligible under the provisions of the constitution, bylaws or other regulations of the Association, the institution shall be obligated to apply immediately the applicable rule and to withhold the student-athlete from all intercollegiate competition. The institution may appeal to the Committee on Student-Athlete Reinstatement for restoration of the student-athlete's eligibility as provided in Bylaw 14.13, if it concludes that the circumstances warrant restoration.

**14.12.1.1 Application of Ineligibility Ruling Pending Appeal.** Once an interpretation (per Bylaw 9.4.1.2) applicable to a member institution has been issued and results in the ineligibility of a student-athlete, it is necessary for the institution to apply the rule to the eligibility of the student-athlete, even if review of the interpretation (per Bylaw 9.4.1.2.1.1.1 or Bylaw 9.4.1.2.1.2) at the request of the institution is pending. Failure to withhold such a student-athlete from competition is a violation of the conditions and obligations of membership. *(Revised: 5/11/09)*

**14.12.1.2 Payment of Legal Fees During Appeal.** A member institution may provide actual and necessary expenses for a prospective student-athlete to attend proceedings conducted by the institution, its athletics conference or the NCAA that relate to the prospective student-athlete's eligibility to participate in intercollegiate athletics, provided the prospective student-athlete either has signed a National Letter of Intent with the institution or (if the institution is not a subscribing member of the National Letter of Intent program) the prospective student-athlete has been accepted for enrollment by the institution and has provided written confirmation of their intent to enroll at the institution. The cost of legal representation in such proceedings also may be provided by the institution (or a representative of its athletic interests).

**14.12.2 Ineligible Participation.**

**14.12.2.1 Loss of Eligibility.** A student-athlete shall be denied eligibility for intercollegiate competition in a sport, if they participate in intercollegiate competition in that sport while ineligible under this bylaw or other applicable NCAA legislation. The certifying institution may appeal to the Committee on Student-Athlete Reinstatement for restoration of the student-athlete's eligibility, if it concludes that the circumstances warrant restoration (see Bylaw 14.13).

**14.12.2.2 Restitution.** If a student-athlete who is ineligible under the terms of the bylaws or other legislation of the Association is permitted to participate in intercollegiate competition contrary to such NCAA legislation but in accordance with the terms of a court restraining order or injunction operative against the institution attended by such student-athlete or against the Association, or both, and said injunction is voluntarily vacated, stayed or reversed or it is finally determined by the courts that injunctive relief is not or was not justified, the Management Council may take any one or more of the following actions against such institution in the interest of restitution and fairness to competing institutions: *(Adopted: 10/18/22 effective 8/1/23)*

(a) Require that individual records and performances achieved during participation by such ineligible student-athlete shall be vacated or stricken; *(Adopted: 10/18/22 effective 8/1/23)*

(b) Require that team records and performances achieved during participation by such ineligible student-athlete shall be vacated or stricken; *(Adopted: 10/18/22 effective 8/1/23)*

(c) Require that team victories achieved during participation by such ineligible student-athlete shall be abrogated and the games or events forfeited to the opposing institutions; *(Adopted: 10/18/22 effective 8/1/23)*

(d) Require that individual awards earned during participation by such ineligible student-athlete shall be returned to the Association, the sponsor or the competing institution supplying same; *(Adopted: 10/18/22 effective 8/1/23)*

(e) Require that team awards earned during participation by such ineligible student-athlete shall be returned to the Association, the sponsor or the competing institution supplying same; *(Adopted: 10/18/22 effective 8/1/23)*

(f) Determine that the institution is ineligible for invitational and postseason meets and tournaments in the sports and in the seasons in which such ineligible student-athlete participated; *(Adopted: 10/18/22 effective 8/1/23)*

(g) Require that the institution shall remit to the NCAA the institution's share of television receipts (other than the portion shared with other conference members) for appearing on any live television series or program if such ineligible student-athlete participates in the contest(s) selected for such telecast, or if the Management Council concludes that the institution would not have been selected for such telecast but for the participation of such ineligible student-athlete during the season of the telecast; any such funds thus remitted shall be devoted to the NCAA postgraduate scholarship program; and *(Adopted: 10/18/22 effective 8/1/23)*

(h) Require that the institution that has been represented in an NCAA championship by such a student-athlete be assessed a financial penalty as determined by the appropriate divisional Committee on Infractions in that division. *(Adopted: 10/18/22 effective 8/1/23)*

# 14.13 Restoration of Eligibility.

**14.13.1 Basis for Appeal.** When a student-athlete is determined to be ineligible under any applicable provision of the constitution, bylaws or other regulations of the Association, the member institution, having applied the applicable rule and having withheld the student-athlete from all intercollegiate competition, may appeal to the Committee on Student-Athlete Reinstatement for restoration of the student's eligibility, provided the institution concludes that the circumstances warrant restoration of eligibility.

**14.13.2 Participation in Appeal Hearing.** Any appeal to restore a student-athlete's eligibility shall be submitted in the name of the institution by the president or chancellor (or an individual designated by the president or chancellor), faculty athletics representative, senior woman administrator or athletics director (for the men's or women's program). At least one of those individuals must participate in any hearing of the appeal that involves direct participation by the student-athlete or other individuals representing the institution or the student. *(Revised: 1/11/94, 10/3/05)*

**14.13.3 Student Responsibility, Relationship to Restoration of Eligibility.** A student-athlete is responsible for their involvement in a secondary or major violation of NCAA regulations (as defined in Bylaws 19.1.1 and 19.1.2), and the Committee on Student-Athlete Reinstatement may restore the eligibility of a student involved in any violation only when circumstances clearly warrant restoration. The eligibility of a student-athlete involved in a major violation shall not be restored other than through an exception authorized by the Committee on Student-Athlete Reinstatement in a unique case on the basis of specifically stated reasons.

**14.13.4 Protest of Eligibility Status.** If a student-athlete has been certified by the institution as eligible to compete in an NCAA championship and the student-athlete's eligibility is protested or a protest is filed, the student-athlete shall not be withheld nor shall the Committee on Student-Athlete Reinstatement rule on such a protest received during the period beginning 24 hours before the event and ending with the conclusion of the event. If there is a break in the continuity of the championship (e.g., between rounds of a basketball tournament) when no competition is being conducted, the student may be withheld from further competition in the championship, provided the protest is made or filed at least 24 hours before the next segment of the championship. *(Adopted: 7/18/23 effective 8/1/23)*

## FIGURE 14-1

**Relationships between Academic Requirements, Financial Aid and Eligibility (Bylaw 14.3) for High School Graduates First Entering on/after the 2023-24 Academic Year (Effective August 1, 2023)**

| Division II Initial-Eligibility Requirements | |
|---|---|
| **Early Academic Qualifier**<br>Athletics aid, practice, and competition. | **Pre-7th Semester:**<br>• 14 core-course units in the required subject areas; and<br>• At least a 2.500 core-course GPA. |
| **Qualifier**<br>Athletics aid, practice, and competition. | **Complete Academic Record:**<br>• 16 core-course units in the required subject areas;<br>• At least a 2.200 core-course GPA; and<br>• Proof of graduation. |
| **Partial Qualifier**<br>Athletics aid and practice. | Does not meet requirements to be a Qualifier. |

**FIGURE 14-2**
**Initial Eligibility**

How legislation (NCAA Bylaw 14.3) affects student-athletes during their initial year of collegiate attendance (applicable regulations regarding financial aid and awards and benefits are set forth in Bylaws 15 and 16).

| Are they eligible for... | Qualifier | Partial Qualifier |
|---|---|---|
| Academic/tutoring services | Yes | Yes |
| Administrative meetings on nonathletics matters (e.g., drug education, meetings about housing and meals) | Yes | Yes |
| Community engagement activities | Yes | Yes |
| Competition | Yes | No |
| Complimentary admissions | | |
| One for self; all regular-season home athletics contests | Yes | Yes |
| Four complimentary admissions; home or away contests in the student-athlete's sport | Yes | Yes (only at home contests) |
| Conditioning program (including workout apparel) | Yes | Yes |
| Drug-rehabilitation expenses | Yes | Yes |
| Financial aid | | |
| Regular term | Yes | Yes |
| Summer-orientation program (subject to the conditions of Bylaw 15.2.1.1) | Yes | Yes |
| Summer school prior to initial year (subject to the conditions of Bylaw 15.2.1.1) | Yes | Yes |
| Training table | Yes | Yes |
| Institutional awards Banquets— expenses/meals | Yes | Yes |
| Meals incidental to participation [per Bylaw 16.5.1-(c)] | Yes | Yes |
| Medical expenses | Yes | Yes |
| Occasional meals [per Bylaw 16.5.1-(f )] | Yes | Yes |

| Are they eligible for... | Qualifier | Partial Qualifier |
|---|---|---|
| Outside competition (basketball) | | |
| During the season | No (except intramurals) | No (except intramurals) |
| During remainder of the academic year (other than during the season) | No (except intramurals) | No (except intramurals) |
| Summer after initial academic year | Yes | Yes |
| Outside competition (sports other than basketball) | | |
| During the season | No (except intramurals and individual competition) | No (except intramurals) |
| During remainder of the academic year (other than during the season) | Yes | No (except intramurals) |
| Summer after initial academic year | Yes | Yes |
| Tryouts for NCAA-approved outside teams | Yes | Yes |
| Practice | Yes | Yes (on campus only) |
| Promotional materials, inclusion of photos in media guide, game programs, brochures, etc. | Yes | Yes |
| Seating with team at institutional contest (e.g., on the bench, in the dugout, on the sidelines) | Yes | Yes (home contests only); may not dress in uniform |
| Student host | Yes | Yes |
| Team entertainment | Yes | Yes (only on campus or in locale of the institution) |
| Team manager | Yes | No (except on campus or at institution's regular practice facility) |
| Team travel | Yes | No |
| Training-room facilities (in conjunction with weight-training program) | Yes | Yes |
| Weight training | Yes | Yes |

**FIGURE 14-3**

**Application of Progress-Toward-Degree Requirements**
**(per Bylaw 14.4)**

| Bylaw | Description | Application |
|---|---|---|
| 14.01.2<br>14.01.2.1<br>14.4.3.1 | Good academic standing | All student-athletes |
| 14.4.3.2 | Completion of nine-semester, eight-quarter hours in previous term of full-time enrollment | All student-athletes who have been enrolled full-time at any collegiate institution |
| 14.4.3.3 | Completion of 18-semester, 27-quarter hours earned during the regular academic year (does not include summer) | All student-athletes who have been in residence one academic year, utilized one season of competition or midyear transfers |
| 14.4.3.4 | Completion of 24-semester, 36-quarter hours earned each academic year (including summer) | All student-athletes who have been in residence one academic year, utilized one season of competition or midyear transfers |
| 14.4.3.5 | Minimum cumulative GPA of 2.0 earned by the beginning of each fall term | All student-athletes beginning second year of collegiate enrollment |
| 14.4.3.6 | Designation of degree program | All student-athletes beginning third year of enrollment (fifth semester/seventh quarter) and thereafter. |

## FIGURE 14-4
### Summary of Division II Progress-Toward-Degree Requirements

| Entering Second Year of Collegiate Enrollment | Entering Third Year of Collegiate Enrollment | Entering Fourth Year of Collegiate Enrollment | Entering Fifth Year of Collegiate Enrollment |
|---|---|---|---|
| Good academic standing | Good academic standing | Good academic standing | Good academic standing |
| Nine credits per term if enrolled full-time the previous term | Nine credits per term if enrolled full-time the previous term | Nine credits per term if enrolled full-time the previous term | Nine credits per term if enrolled full-time the previous term |
| 18/27 credits earned during regular academic year (not including summer) | 18/27 credits earned during regular academic year (not including summer) | 18/27 credits earned during regular academic year (not including summer) | 18/27 credits earned during regular academic year (not including summer) |
| 24 semester/36 quarter hours | 24 semester/36 quarter hours or 48/72 following second year of collegiate enrollment | 24 semester/36 quarter hours | 24 semester/36 quarter hours |
| 2.0 cumulative GPA | 2.0 cumulative GPA | 2.0 cumulative GPA | 2.0 cumulative GPA |
| | Designation of degree program | | |

[This is a summary only. Please refer to Bylaw 14.4 for more detailed information.]

# FIGURE 14-5
## Progress-Toward-Degree Flowchart



## FIGURE 14-6

### Permissible and Nonpermissible Activities for a Student Manager

| BYLAW | ACTIVITY | STUDENT (NONATHLETE)[1] |
|---|---|---|
| 14.1.7 | Competition | Nonpermissible; however, the individual may participate in limited on-court or on-field activities during competition (e.g., assist with warm-up activities) |
| 14.1.7 | Practice | Nonpermissible; however, the individual may participate in limited on-court or on-field activities during practice (e.g., assist with drills, throw batting practice) |
| 15.2.1 | Financial Aid<br>    Tuition and Fees<br>    Room and Board<br>    Books | Permissible |
| 16.1.1.2 | Awards and Benefits | Permissible |
| 16.8.1 | Team Travel<br>    Actual and Necessary Expenses<br>    (transportation, lodging, meals) | Permissible |
| 16.8.1 | Apparel | Permissible |
| 17.02.1 | Countable Athletically Related Activities (e.g., practice player) | Nonpermissible |
| 17.1.6.3 | Instruction of student-athletes (e.g., skill instruction, team activities) | Nonpermissible |
|  | Traditional Managerial Duties<br>    (e.g., equipment, laundry, hydration) | Permissible |

NOTE: Division II Bylaw 14.1.10 addresses the unique situation in which male students and male student-athletes practice with women's teams.

[1] A student-athlete, as defined in Bylaw 12.02.8, may also serve in a managerial capacity but must meet all applicable legislation for eligibility, including initial-eligibility requirements (academic and amateurism), progress-toward-degree requirements, full-time enrollment and Division II Bylaw 17 (playing and practice seasons) requirements.

**FIGURE 14-7**
**Two-Year College Transfer Requirements**
**(Bylaw 14.5.4)**

| Qualifier with no four-year attendance and ONLY one full-time semester/quarter at two-year institution | All other qualifiers and partial qualifiers | Graduation from two-year college |
|---|---|---|
| ONLY one full-time semester/quarter | Two full-time semesters/three full-time quarters | Two full-time semesters/three full-time quarters |
| 12 semester- or quarter-hours of transferable degree credit | • 12-semester or 12-quarter-hours of transferable degree credit per full-time term of attendance:<br>• Six-semester/eight-quarter hours of transferable English;<br>• Three-semester/four-quarter hours of transferable math; and<br>• Three-semester/four-quarter hours of transferable natural or physical science | • Graduate<br>• 25 percent of credit hours used to fulfill the student's academic degree requirements must be earned at the two-year college that awards the degree. |
| Transferable GPA of 2.200 | Transferable GPA of 2.200 | |
| Limit of two physical education activity credits for credit requirements and GPA* | Limit of two physical education activity credits for credit requirements and GPA* | |
| Nine-semester or eight-quarter hours of transferable degree credit in last full-time term (see Bylaw 14.4.3.2.1) | Nine-semester or eight-quarter hours of transferable degree credit in last full-time term (see Bylaw 14.4.3.2.1) | Nine-semester or eight-quarter hours of transferable degree credit in last full-time term (see Bylaw 14.4.3.2.1) |

*See Bylaws 14.5.4.2.1 and 14.5.4.3.1.

**FIGURE 14-8**
### Criteria for Medical Hardship Waivers and
### Season-of-Competition Waiver—Competition While Eligible

| Sport | First Half of Playing Season | Standard Denominator | 30 Percent of Bylaw 17 Maximum |
|---|---|---|---|
| Acrobatics and Tumbling | Before the start of the seventh date of competition. | 12 | 4 |
| Baseball | Before the start of the 26th contest | 50 | 15 |
| Basketball[1] | Before the start of the 14th contest | 26 | 8 |
| Beach Volleyball[2] | Before the start of the ninth date of competition | 16 | 5 |
| Women's Bowling | Before the start of the 17th date of competition | 32 | 10 |
| Cross Country | Before the start of the fifth date of competition | 7 | 3 |
| Women's Equestrian | Before the start of the ninth date of competition | 15 | 5 |
| Fencing | Before the start of the seventh date of competition | 11 | 4 |
| Field Hockey[3] | Before the start of the 10th contest | 18 | 6 |
| Football | Before the start of the seventh contest | 11 | 4 |
| Golf | Before the start of the 12th date of competition | 21 | 7 |
| Gymnastics | Before the start of the eighth date of competition | 13 | 4 |
| Women's Ice Hockey | Before the start of the 18th contest | 34 | 11 |
| Men's Ice Hockey | Before the start of the 17th contest | 32 | 10 |
| Lacrosse | Before the start of the tenth date of competition | 17 | 6 |
| Rifle | Before the start of the eighth date of competition | 13 | 4 |
| Women's Rowing | Before the start of the 11th date of competition | 20 | 6 |
| Women's Rugby | Before the start of the ninth date of competition | 16 | 5 |
| Skiing | Before the start of the 17th date of competition | Alpine - 32 Nordic - 32 | Alpine - 10 Nordic - 10 |
| Soccer[3] | Before the start of the 10th contest | 18 | 6 |
| Softball | Before the start of the 29th contest | 56 | 17 |
| Stunt | Before the start of the ninth date of competition | 16 | 5 |

| Sport | First Half of Playing Season | Standard Denominator | Thirty Percent of Bylaw 17 Maximum |
|---|---|---|---|
| Swimming and Diving | Before the start of the ninth date of competition | 16 | 5 |
| Tennis | Before the start of the 14th date of competition | 25 | 8 |
| Track and Field (Indoor/Outdoor)[4] | Based on institution's completed dates of competition | Completed dates of competition | Will vary |
| Track and Field (Indoor Only)[5] | Before the start of the 10th date of competition | Completed dates of competition OR 18 | Will vary OR 6 |
| Track and Field (Outdoor Only)[5] | Before the start of the 10th date of competition | Completed dates of competition OR 18 | Will vary OR 6 |
| Women's Triathlon[6] | Before the start of the fourth date of competition | 6 | 2 |
| Men's Volleyball[7] | Before the start of the 15th date of competition | 28 | 9 |
| Women's Volleyball[7] | Before the start of the 14th date of competition | 26 | 8 |
| Water Polo | Before the start of the 12th date of competition | 21 | 7 |
| Men's Wrestling[8] | Before the start of the ninth date of competition | 16 | 5 |
| Women's Wrestling[8] | Before the start of the ninth date of competition | 16 | 5 |

[1] - See Bylaws 14.2.5.2.3.3 (first half-of-season calculation - basketball) and 14.2.5.2.5.1.2 (denominator in percent calculation - basketball) for additional information regarding the calculations for basketball.

[2] - May compete in not more than four dates of competition during the nonchampionship segment.

[3] - May compete in not more than five dates of competition during another segment.

[4] - See Bylaw 14.2.5.2.3.2 (first-half-of-season calculation – track and field)

[5] - See Bylaw 14.2.5.2.5.1.1 (denominator in percent computation - track and field) for additional information regarding the denominator in the percent computation for track and field.

[6] - Two dates of competition during the nonchampionship segment.

[7] - May compete in not more than four dates of competition during another segment.

[8] - May include not more than two two-day meets or not more than two occasions in which dual meets are held on two consecutive days that shall each count as a single date of competition.

## FIGURE 14-9
### Academic Misconduct vs. Impermissible Academic Assistance



BYLAWS, ARTICLE 15

# Financial Aid

## 15.01 General Principles.

**15.01.1 Institutional Financial Aid Permitted.** A student-athlete may receive scholarships or educational grants-in-aid administered by (see Bylaw 15.02.1) an educational institution that do not conflict with the governing legislation of this Association, only when the student-athlete attends that institution, except when otherwise authorized by NCAA legislation. (See Bylaws 16.3, 16.4 and 16.12.)

**15.01.1.1 Exception to Attend Another Institution.** A student-athlete who receives a progress-toward-degree waiver of the full-time enrollment requirement (see Bylaw 14.1.7) to attend another institution (e.g., medical school, nursing program) may receive institutional financial aid. *(Adopted: 4/14/17)*

**15.01.2 Improper Financial Aid.** Any student-athlete who receives financial aid other than that permitted by the Association shall not be eligible for intercollegiate athletics.

**15.01.3 Financial Aid Not Administered by Institution.** Any student who receives financial aid other than that administered by the student-athlete's institution shall not be eligible for intercollegiate athletics competition, unless it is specifically approved under the Association's rules of amateurism (see Bylaw 12) or the aid is received from a permissible outside source, under the conditions listed in Bylaw 15.2.2. *(Revised: 1/14/12 effective 8/1/12, 4/14/15 effective 8/1/15)*

**15.01.4 Contributions by Donor.** An individual may contribute funds to finance a scholarship or grant-in-aid for a particular sport, but the decision as to how such funds are to be allocated in the sport shall rest exclusively with the institution. It is not permissible for a donor to contribute funds to finance a scholarship or grant-in-aid for a particular student-athlete.

**15.01.5 Sport-by-Sport Financial Aid Limitations.** A membership division may establish limitations on the number of financial aid awards a member institution may provide to countable student-athletes (counters) (see Bylaw 15.4.2). *(Revised: 4/14/15 effective 8/1/15)*

## 15.02 Definitions and Applications.

**15.02.1 Administered By.** Financial aid is administered by an institution, if the institution, through its regular committee or other agency for the awarding of financial aid to students generally, makes the final determination of the student-athlete who is to receive the award and of its value.

**15.02.2 Athletics Aid.** Athletics aid is financial aid awarded by the institution's athletics department or institutional financial aid that requires the recipient to participate in intercollegiate athletics. *(Adopted: 1/21/17 effective 8/1/18, Revised: 2/20/18 effective 8/1/18)*

**15.02.3 Cost of Attendance.** The "cost of attendance" is an amount calculated by an institutional financial aid office, using federal regulations, that includes the total cost of tuition and fees, room and board, books and supplies, transportation, and other expenses related to attendance at the institution. *(Adopted: 1/11/94)*

**15.02.3.1 Calculation of Cost of Attendance.** An institution must calculate the cost of attendance for student-athletes in accordance with the cost-of-attendance policies and procedures that are used for students in general. Accordingly, if an institution's policy allows for students' direct and indirect costs (e.g., tuition, fees, room and board, books, supplies, transportation, child care, cost related to a disability and miscellaneous personal expenses) to be adjusted on an individual basis from the institution's standard cost figure, it is permissible to make the same adjustment for student-athletes, provided the adjustment is documented and is available on an equitable basis to all students with similar circumstances who request an adjustment. *(Adopted: 1/11/94)*

**15.02.4 Counter.** A "counter" is an individual who is receiving institutional athletics aid. *(Revised: 4/14/15, 6/15/16, 1/21/17 effective 8/1/18)*

**15.02.5 Financial Aid.** "Financial aid" is funds provided to student-athletes from various sources to pay or assist in paying their cost of education at the institution. As used in NCAA legislation, "financial aid" includes all institutional financial aid and other permissible financial aid as set forth below (see Bylaws 16.3, 16.4 and 16.12).

**15.02.6 Full Grant-in-Aid.** A full grant-in-aid is financial aid that consists of tuition and fees, room and board, required course-related books and required course-related supplies.

**15.02.7 Period of Award.** The period of award begins when the student-athlete receives any benefits as part of the student-athlete's grant-in-aid on the first day of classes for a particular academic term, or the first day of practice, whichever is earlier,

until the conclusion of the period set forth in the financial aid agreement. An athletics grant-in-aid shall neither be awarded in excess of one academic year nor for a period less than one academic year. (See Bylaw 15.5.3.1.1 for exceptions.) *(Adopted: 10/20/03, Revised: 1/21/17 effective 8/1/18, 4/26/18)*

## 15.1 Eligibility for Athletics Aid. *(Revised: 1/21/17 effective 8/1/18)*

**15.1.1 Eligibility of Student-Athletes for Athletics Aid.** A student-athlete must meet applicable NCAA (see Bylaw 14), conference and institutional regulations to be eligible for athletics aid. A student-athlete may be awarded athletics aid during any term in which a student-athlete is in regular attendance (i.e., was enrolled initially in a minimum full-time program of studies as defined by the certifying institution during that term). If these regulations are met, the student-athlete may be granted athletics aid for a maximum of 10 semesters/15 quarters. Any institutional financial aid provided after 10 semesters/15 quarters is left to the discretion of the institution consistent with institutional policies for awarding financial aid in general. *(Revised: 1/21/17 effective 8/1/18, 1/3/20 effective 8/1/20, for any four-year college student-athlete transferring during the 2020-21 academic year, and thereafter.)*

**15.1.1.1 Exception -- Final Semester/Quarter.** A student-athlete may receive athletically related financial aid while enrolled in less than a minimum full-time program of studies, provided the student is enrolled in the final semester or quarter of their baccalaureate degree program and the institution certifies that the student is carrying (for credit) the courses necessary to complete the degree requirements. *(Revised: 4/14/15 effective 8/1/15)*

**15.1.1.2 Withdrawal From Institution.** A student-athlete who withdraws from the institution may not receive athletics aid during the remainder of the term. *(Revised: 1/21/17 effective 8/1/18)*

**15.1.1.3 Retroactive Athletics Aid.** Athletics aid awarded to an enrolled student-athlete after the first day of classes in any term may not exceed the remaining room and board charges and educational expenses for that term and may not be made retroactive to the beginning of that term. Payments credited to a student-athlete's account that are not refundable need not become the student's obligation. *(Revised: 1/21/17 effective 8/1/18)*

**15.1.1.4 Athletics Aid to Professional Athlete.** An institution may not award athletics aid to a student-athlete who is under contract to or currently receiving compensation from a professional sports organization in the sport in which the student-athlete will participate at the certifying institution. It is permissible to award athletics aid to a student-athlete provided the student-athlete is not a professional in the sport in which the student-athlete will participate at the certifying institution. However, a student-athlete who currently is receiving athletics aid and signs a contract in the same sport or receives compensation from an agent or a professional sports organization may continue to receive such aid for the remainder of the term of the award, provided the student-athlete has completed their four seasons of competition. *(Revised: 1/12/99, 1/8/01, 1/13/03, 4/14/15 effective 8/1/15, 1/21/17 effective 8/1/18)*

**15.1.1.4.1 Exception for Former Professional Athlete.** A former professional athlete may receive athletics aid, provided the following conditions are met: *(Revised: 1/21/17 effective 8/1/18)*

(a) The student-athlete no longer is involved in professional athletics;

(b) The student-athlete is not receiving any remuneration from a professional sports organization; and

(c) The student-athlete has no active contractual relationship with any professional athletics team, although the student-athlete may remain bound by an option clause (i.e., a clause in the contract that requires assignment to a particular team, if the student-athlete's professional athletics career is resumed).

**15.1.1.4.1.1 Later Professional Involvement.** If the student-athlete later becomes involved in professional athletics while still a student-athlete with eligibility remaining, the individual would be considered to have violated the principles of ethical conduct per Bylaw 10, thus rendering the individual ineligible for intercollegiate competition.

**15.1.2 Effect of Violation of Conference Rule.** A violation of Bylaw 15.1.1 that relates only to a conference rule shall be considered an institutional violation per Bylaw 7.01.10; however, such a violation shall not affect the student-athlete's eligibility. *(Adopted: 4/4/07, Revised: 4/14/15 effective 8/1/15)*

## 15.2 Permissible Sources of Financial Aid.

**15.2.1 Institutional Financial Aid.** The following sources of financial aid are considered to be institutional financial aid: *(Revised: 1/12/04 effective 8/1/04, 1/14/12 effective 8/1/12)*

(a) All funds administered by the institution, which include but are not limited to the following: *(Revised: 1/11/94 effective 8/1/94, 1/14/97 effective 8/1/97, 1/8/01 effective 8/1/01)*

(1) Scholarships;

(2) Grants;

(3) Athletics aid; *(Adopted: 4/14/15 effective 8/1/15)*

(4) Tuition waivers; and *(Revised: 1/8/01 effective 8/1/01, 1/21/17 effective 8/1/18)*

(5) Loans that are based upon a regular repayment schedule, available to all students and administered on the same basis for all students. *(Revised: 1/21/17 effective 8/1/18)*

(b) Aid from government or private sources for which the institution is responsible for selecting the recipient or determining the amount of aid, or providing matching or supplementary funds for a previously determined recipient.

**15.2.1.1 Summer and Voluntary Winter Term Athletics Aid.** Summer or winter term (e.g., optional J-term, miniterm, intersession, wintermester) athletics aid may be awarded only to attend the awarding institution's summer term(s), summer school, summer-orientation program or winter term, in accordance with institutional policy. *(Revised: 1/10/90, 1/8/01 effective 8/1/01, 7/28/15, 1/21/17 effective 8/1/18)*

**15.2.1.1.1 Before Initial Full-Time Enrollment at the Certifying Institution.** Summer athletics aid may be awarded to a student-athlete to attend an institution in the summer before the student's initial full-time enrollment at the certifying institution. A midyear enrollee may be awarded athletics aid to attend a voluntary winter term before the student's initial full-time enrollment at the certifying institution. *(Adopted: 4/2/09, Revised: 7/28/15, 1/21/17 effective 8/1/18)*

**15.2.1.1.2 Summer or Voluntary Winter Term Athletics Aid to Two-Year College Transfer Student.** Summer or voluntary winter term athletics aid may only be awarded to a two-year college transfer student who has fulfilled the two-year college transfer requirement at the time of enrollment at the awarding institution for the summer or voluntary winter term(s) (see Bylaw 14.5.4). *(Adopted: 4/17/07, Revised: 7/28/15, 1/21/17 effective 8/1/18)*

**15.2.2 Financial Aid From Outside Sources.**

**15.2.2.1 Relatives and Legal Guardians.** A student-athlete may receive financial aid from a relative or legal guardian. *(Revised: 7/17/18)*

**15.2.2.1.1 Prepaid College Tuition Plans.** Tuition funds from a state-sponsored or private prepaid college tuition plan, purchased by an immediate family member or legal guardian and paid to an institution on behalf of a student-athlete, are considered to be aid from a relative or legal guardian (see Bylaw 15.2.2.1). *(Revised: 1/12/04, 4/14/15 effective 8/1/15)*

**15.2.2.2 No Relationship to Athletics Ability.** A student-athlete may receive financial aid awarded solely on bases having no relationship to athletics ability.

**15.2.2.3 Financial Aid From an Established and Continuing Program.** A student-athlete may receive financial aid through an established and continuing program to aid students even if such aid is related to athletics ability, provided: *(Adopted: 1/14/12 effective 8/1/12, Revised: 4/14/15 effective 8/1/15)*

(a) The recipient's choice of institutions is not restricted by the donor of the aid; and

(b) There is no direct connection between the donor and the student-athlete's institution.

**15.2.2.4 Educational Expenses -- U.S. Olympic and Paralympic Committee or U.S. National Governing Body.** A student-athlete may receive educational expenses awarded by the U.S. Olympic and Paralympic Committee or a U.S. national governing body (or, for international student-athletes, expenses awarded by the equivalent organizations of a foreign country). The amount of the financial assistance shall be subject to the following limitations: *(Adopted: 1/10/95 effective 8/1/95, Revised: 1/13/98 effective 8/1/98, 1/14/02, 1/22/20 effective 8/1/20)*

(a) Disbursement of the aid shall be through the member institution for the recipient's educational expenses while attending that institution;

(b) The recipient's choice of institutions shall not be restricted by the U.S. Olympic and Paralympic Committee, a U.S. national governing body (or, for international student-athletes, expenses awarded by the equivalent organization of a foreign country); and *(Revised: 1/14/02, 1/22/20 effective 8/1/20)*

(c) The value of the award alone or in combination with athletics aid provided by the institution shall not exceed the value of a full grant-in-aid. *(Revised: 1/21/17 effective 8/1/18)*

**15.2.2.4.1 Operation Gold Grant.** Funds administered by the U.S. Olympic and Paralympic Committee pursuant to its Operation Gold Grant Program shall not be included when determining the permissible amount of a full grant-in-aid for a student-athlete. *(Adopted: 1/21/17 effective 8/1/18, Revised: 1/22/20 effective 8/1/20)*

**15.2.2.5 Educational Expenses -- Professional Team or League.** A former professional athlete may receive educational expenses from a professional team or league, provided the following conditions are met: *(Adopted: 1/13/03 effective 8/1/03)*

(a) The student-athlete no longer is involved in professional athletics;

(b) The student-athlete is not receiving any remuneration from a professional sports organization;

(c) The student-athlete does not have an active contractual relationship with any professional athletics team, although the student-athlete may remain bound by an option clause (i.e., a clause in the contract that requires assignment to a particular team, if the student-athlete's professional athletics career is resumed);

(d) Disbursement of the aid shall be through the member institution for the recipient's educational expenses while attending that institution; and

(e) The value of the award alone or in combination with athletics aid provided by the institution shall not exceed the value of a full grant-in-aid. *(Revised: 1/21/17 effective 8/1/18)*

**15.2.3 Employment.** Earnings from a student-athlete's on- or off-campus employment that occurs at any time is exempt and is not included when determining a student-athlete's full grant-in-aid or the institution's financial aid limitations, provided: *(Revised: 1/12/04 effective 8/1/04)*

(a) The compensation is only for work actually performed; *(Revised: 4/29/04 effective 8/1/04)*

(b) The compensation is at a rate commensurate with the going rate of that locality for similar services; and *(Revised: 4/29/04 effective 8/1/04)*

(c) In instances where the student-athlete does not have a contract or agreement (oral or written) for name, image and likeness activities, the employer shall not use the athletics reputation of a student-athlete employee to promote the sale of the employer's products or services. (See Bylaw 12.4.) *(Revised: 4/29/04 effective 8/1/04, 10/18/22)*

## 15.3 Maximum Limit on Financial Aid -- Individual. An institution shall not award financial aid to a student-athlete that exceeds the cost of attendance that normally is incurred by students enrolled in a comparable program at that institution. A student-athlete shall not be eligible to participate in intercollegiate athletics, if they receive athletics aid that exceeds the value of a full grant-in-aid as defined in Bylaw 15.02.6. A student-athlete may receive athletics aid and educational expenses awarded per Bylaws 15.2.2.4 and 15.2.2.5 up to the value of a full grant-in-aid, plus any other institutional financial aid up to the cost of attendance. (See Bylaws 16.3, 16.4 and 16.12.) *(Revised: 4/30/10, 1/14/12 effective 8/1/12, 4/14/15 effective 8/1/15, 1/21/17 effective 8/1/18)*

**15.3.1 Exception for Pell Grant.** A student-athlete who receives a Pell Grant may receive financial aid equivalent to the value of a full grant-in-aid plus the Pell Grant, subject to federal financial aid regulations. *(Adopted: 4/19/16, Revised: 5/15/17)*

**15.3.2 Elements of Athletics Aid.** *(Revised: 1/21/17 effective 8/1/18)*

**15.3.2.1 Tuition and Fees.** An institution may provide a student-athlete athletics aid that includes the actual cost of tuition and required institutional fees. *(Revised: 1/21/17 effective 8/1/18)*

**15.3.2.1.1 Permissible Fees.** A student-athlete may be awarded athletics aid that covers the payment of fees for a course in which the student-athlete is enrolled, if the course is part of the institution's regular curriculum (included in the institution's catalog of classes), and the institution pays these same fees for other students enrolled in the course who receive fees as a part of a grant-in-aid or scholarship. *(Revised: 1/21/17 effective 8/1/18)*

**15.3.2.1.2 Optional Fees.** An institution may not pay fees for services offered on an optional basis to the student body in general. *(Revised: 12/4/13)*

**15.3.2.1.3 Noninstitutional Fees and Expenses.** Fees paid by an institution are confined to required institutional fees and do not include noninstitutional fees or expenses (e.g., the cost of typing reports for student-athletes).

**15.3.2.2 Room and Board.** An institution may provide a student-athlete athletics aid that includes the cost of room based on the official allowance for room as listed in the institution's official publication (e.g., catalog) and a board allowance that consists of three meals per day, even if the institution's maximum permissible award allowance for all students represents a lesser cost figure. *(Revised: 1/11/00 effective 8/1/00, 1/21/17 effective 8/1/18)*

**15.3.2.2.1 Off-Campus Room and Board Stipend.** If a student-athlete lives and eats in noninstitutional facilities, the institution may pay the student-athlete an amount equal to the institution's official on-campus room allowance as listed in its catalog, the average of the room costs of all of its students living on campus or the cost of a room as calculated based on its policies and procedures for calculating the cost of attendance for all students. The institution also may pay the student-athlete an amount that is equivalent to an on-campus 7-day or 21-meal board plan or the cost of meals as calculated based on its policies and procedures for calculating the cost of attendance for all students. *(Revised: 1/10/92, 4/15/98, 1/11/00 effective 8/1/00, 7/24/07, 7/23/19)*

**15.3.2.2.1.1 Determination of Off-Campus Room Costs.** An institution with several official on-campus room rates listed in its catalog may use the average of the room cost for all students living on campus (based on a weighted average for all students who reside in on-campus facilities) or the cost of a room as calculated based on its policies and procedures for calculating the cost of attendance for all students. *(Revised: 1/12/99, 7/24/07)*

**15.3.2.2.1.2 Determination of Off-Campus Board Costs.** An institution with several on-campus board plans (e.g., 5-day, 7-day, 14-meal, 17-meal or 21-meal plans) may provide a student-athlete living in noninstitutional facilities with the equivalent of a 7-day or 21-meal plan at that institution or the cost of meals as calculated based on its policies and procedures for calculating the cost of attendance for all students. *(Adopted: 1/10/92, Revised: 1/12/99, 1/11/00 effective 8/1/00, 7/24/07)*

**15.3.2.2.1.3 Institution With No On-Campus Room and Board Facilities.** If an institution does not provide an official dollar amount for room and board in its catalog and does not have on-campus student room and board facilities, the figure provided to student-athletes for off-campus room and board shall be the amount determined by the institution's office of financial aid as being commensurate with the average cost a student at that institution normally would incur living and eating in off-campus facilities. *(Adopted: 1/12/99)*

**15.3.2.2.1.4 Married Student Housing.** Married student-athletes who live in noninstitutional housing are permitted to receive the same room and board allowance that is provided to married students with on-campus housing. If the institution does not provide on-campus room and board facilities for married students but has other on-campus dormitory facilities, it must use the provisions of Bylaw 15.3.2.2.1 in determining the amount of room-and-board expenses a married student-athlete who lives in noninstitutional facilities may receive. *(Adopted: 1/10/92, Revised: 4/14/15 effective 8/1/15)*

**15.3.2.2.1.5 Cost-Free Apartment.** It is permissible for the institution to arrange for a cost-free, off-campus apartment rather than to give a student-athlete an amount equal to the institution's official room allowance (as listed in its catalog) or the cost of a room as calculated based on its policies and procedures for calculating the cost of attendance for all students, provided the apartment is not rented by the institution at a reduced rate. However, if the actual rental rate is more than the institutional room allowance, the student-athlete shall pay the additional amount from the student-athlete's own resources. *(Revised: 7/24/07)*

**15.3.2.2.1.6 Meals and Snacks Incidental to Participation.** The cost of meals and snacks provided as benefits incidental to participation in intercollegiate athletics need not be deducted from a student-athlete's board allowance. Such meals and snacks also may be received by a student-athlete who is not receiving athletics aid as a benefit incidental to athletics participation [see Bylaw 16.5.1-(c)]. *(Revised: 1/17/15 effective 8/1/15, 1/21/17 effective 8/1/18)*

**15.3.2.2.2 Material Housing Benefit.** An institution may not provide a benefit connected with on-campus or off-campus student-athletes' housing (e.g., individual television sets or stereo equipment, specialized recreational facilities, room furnishings or appointments of extra quality or quantity) that is not available on the same basis in the housing provided to at least one-half of the other members of the student body who use on-campus housing facilities. Further, these material benefits shall be available for such students in approximately the same ratio as such benefits are available for student-athletes. Otherwise, dormitories with exclusive material housing benefits may not be used by student-athletes.

**15.3.2.2.3 Facility Designated by Institution.** It is permissible for the institution to require a grant-in-aid recipient to obtain room and board in a facility designated by the institution, provided the requirement is contained in the written statement outlining the amount, duration, conditions and terms of the financial aid agreement (see Bylaw 15.5.2.3). *(Revised: 4/14/15 effective 8/1/15)*

**15.3.2.2.4 Summer Dormitory Rentals.** An institution may rent dormitory space to a prospective or enrolled student-athlete during the summer months at the regular institutional rate, if it is the institution's policy to make such dormitory space available on the same basis to all prospective or enrolled students.

**15.3.2.2.5 Sunday Evening Meals.** If the regular eating facility used by a student-athlete who is receiving an award that covers the cost of meals is not available for a given meal (e.g., Sunday evening meal), the institution may provide actual expenses to cover the cost of the meal, provided the meal is similar to those served at the university's regular dining facilities and is not excessive in nature.

**15.3.2.3 Books and Supplies.** An institution may provide a student-athlete athletics aid that covers the actual cost of required course-related books and course-related supplies. **[R]** *(Revised: 1/8/01 effective 8/1/01, 1/21/17 effective 8/1/18)*

**15.3.2.3.1 Dollar Limit.** There is no dollar limit for required books and supplies a student-athlete may receive, provided books and supplies are required for courses in which the student-athlete is enrolled. The institution may

provide the student-athlete with cash to purchase books and supplies, as long as the amount of cash provided is equal to the actual cost of the books or supplies purchased. **[R]** *(Revised: 6/22/11)*

# 15.4 Maximum Institutional Grant-In-Aid Limitations by Sport.

**15.4.1 Counters.** A student-athlete who is receiving athletics aid shall be a counter and included in the maximum awards limitations set forth in this bylaw. *(Revised: 1/16/93 effective 8/1/93, 1/11/94, 4/14/15, 6/15/16, 1/21/17 effective 8/1/18)*

**15.4.1.1 Counter Who Becomes Injured or Ill.** A counter who becomes injured or ill to the point that the player apparently never again will be able to participate in intercollegiate athletics shall not be considered a counter beginning with the academic year after the incapacitating injury or illness.

**15.4.1.1.1 Incapacitating Injury or Illness.** If an incapacitating injury or illness occurs before a student-athlete's participation in countable athletically related activities and results in the student-athlete's inability to compete ever again, the student-athlete shall not be counted within the institution's maximum financial aid awards limitations for the current academic term, and shall not be counted in following academic terms. However, if the incapacitating injury or illness occurs on or after the student-athlete's participation in countable athletically related activities in the sport, the student-athlete shall be counted in the institution's maximum financial aid limitations for the current academic year but shall not be counted in following academic terms. *(Adopted: 1/10/91, Revised: 1/10/05)*

**15.4.1.1.2 Change in Circumstances.** If circumstances change and the student-athlete later practices or competes at the institution at which the incapacitating injury or illness occurred, the student-athlete again shall become a counter, and the institution shall be required to count that financial aid under the limitations of this bylaw in the sport in question during each academic year in which the financial aid was received. *(Revised: 1/13/03)*

**15.4.1.2 Athletics Aid Not Renewed, Successful Appeal.** If an institution does not renew athletics aid for a counter in a following year, and a hearing before the institution's regular financial aid authority results in a successful appeal for restoration of aid, the student-athlete shall continue to be a counter if the individual continues to receive athletics aid and participates in intercollegiate competition in their sport. *(Revised: 4/14/15, 1/21/17 effective 8/1/18, 4/16/19)*

**15.4.1.3 Eligibility Exhausted.** A student-athlete receiving athletics aid after having exhausted their eligibility in a sport is not a counter in that sport in future academic years after completion of eligibility in the sport. For this provision to be applicable, the student-athlete is otherwise eligible for the aid and is not permitted to take part in organized, institutional practice sessions in that sport, unless the individual has eligibility remaining under the 10-semester/15-quarter rule. (See Bylaw 15.1.1.) *(Revised: 1/10/91, 4/14/15 effective 8/1/15, 1/21/17 effective 8/1/18)*

**15.4.1.4 Athletics Aid After Student-Athlete Becomes Permanently Ineligible.** A student-athlete receiving athletics aid after becoming permanently ineligible due to a violation of NCAA regulations (e.g., amateurism legislation) may receive athletics aid during the next academic year without counting in the institution's financial aid limitations, provided the student-athlete is otherwise eligible for the aid and does not practice or compete in intercollegiate athletics at any time. If circumstances change and the student-athlete practices or competes after being certified permanently ineligible, the institution is required to count the athletics aid received by the student-athlete during each academic year in which the aid was received. *(Adopted: 1/11/94, Revised: 1/21/17 effective 8/1/18)*

**15.4.1.5 Summer-and Voluntary Winter Term Athletics Aid.** Athletics aid received during a summer or voluntary winter term is not countable in these limitations and does not make a student-athlete a counter. *(Revised: 7/28/15, 1/21/17 effective 8/1/18)*

**15.4.1.6 Offers Exceeding Maximum Allowable Awards.** An institution may offer more than the maximum number of permissible awards in a sport (per Bylaw 15.4.2) in anticipation that not all of the offers will be accepted, but the institution shall not exceed the awards limitation in the sport in question. *(Revised: 4/14/15 effective 8/1/15)*

**15.4.1.7 No Athletics Aid.** A student-athlete who does not receive athletics aid (as set forth in Bylaw 15.02.2) shall not be a counter. *(Revised: 4/14/15 effective 8/1/15, 1/21/17 effective 8/1/18)*

**15.4.2 Equivalency Sports.**

**15.4.2.1 Maximum Equivalency Limits. [♦]**

**15.4.2.1.1 Men's Sports. [♦]** There shall be a limit on the value (equivalency) of financial aid awards (per Bylaw 15.2.1) that an institution may provide in any academic year to counters in each men's sport, as follows: *(Revised: 1/10/92 effective 8/1/93, 8/1/00, 8/7/03, 1/8/07 effective 8/1/07, 4/14/15 effective 8/1/15)*

| | | | |
|---|---|---|---|
| Baseball | 9.0 | Rifle | 3.6 |
| Basketball | 10.0 | Skiing | 6.3 |
| Cross Country/Track and Field (see Bylaw 15.4.2.1.4 for institutions that sponsor cross country but not indoor or outdoor track and field) | 12.6 | Soccer | 9.0 |
| Fencing | 4.5 | Swimming and Diving | 8.1 |
| Football | 36.0 | Tennis | 4.5 |
| Golf | 3.6 | Volleyball | 4.5 |
| Gymnastics | 5.4 | Water Polo | 4.5 |
| Ice Hockey | 13.5 | Wrestling | 9.0 |
| Lacrosse | 10.8 | | |

**15.4.2.1.1.1 Overall Limit. [♦]** An institution shall not provide more than an equivalent of 60 total awards in all men's sports other than football and basketball in any academic year. *(Revised: 1/8/07 effective 8/1/07)*

**15.4.2.1.2 Women's Sports. [♦]** There shall be a limit on the value (equivalency) of financial aid awards (per Bylaw 15.2.1) that an institution may provide in any academic year to counters in each women's sport, as follows: *(Revised: 1/10/92 effective 8/1/93, 1/11/94 effective 9/1/94, 8/1/00, 8/7/03, 1/12/04 effective 8/1/04, 1/9/06 effective 8/1/06, 1/8/07 effective 8/1/07, 1/17/09 effective 8/1/09, 1/16/10 effective 8/1/10, 1/15/11 effective 8/1/11, 1/18/14 effective 8/1/14, 4/14/15 effective 8/1/15, 5/1/15, 1/27/20 effective 8/1/20, 1/14/23 effective 8/1/23)*

| | | | |
|---|---|---|---|
| Acrobatics and Tumbling | 9.0 | Rowing | 20.0 |
| Basketball | 10.0 | Rugby | 12.0 |
| Beach Volleyball | 5.0 | Skiing | 6.3 |
| Bowling | 5.0 | Soccer | 9.9 |
| Cross Country/Track and Field (see Bylaw 15.4.2.1.4 for institutions that sponsor cross country but not indoor or outdoor track and field) | 12.6 | Softball | 7.2 |
| Equestrian | 15.0 | Stunt | 9.0 |
| Fencing | 4.5 | Swimming and Diving | 8.1 |
| Field Hockey | 6.3 | Tennis | 6.0 |
| Golf | 5.4 | Triathlon | 5.0 |
| Gymnastics | 6.0 | Volleyball | 8.0 |
| Ice Hockey | 18.0 | Water Polo | 8.0 |
| Lacrosse | 9.9 | Wrestling | 10.0 |

**15.4.2.1.3 Exception. [♦]** In accordance with the provisions of Bylaw 7.8.2.2, an institution may exceed the maximum awards limitations in a sport in which only one NCAA championship is conducted. An institution that is reclassifying its athletics program to Division I or that is reclassifying a sport to Division I may exceed the Division II institutional grant-in-aid limitations up to the grant-in-aid limit permitted in Division I. *(Revised: 1/12/04, 1/8/07 effective 8/1/07)*

**15.4.2.1.4 Maximum Equivalency Limits -- Institutions That Sponsor Cross Country but Do Not Sponsor Track and Field. [♦]** There shall be a limit of five on the value (equivalency) of financial aid awards (per Bylaw 15.2.1) that an institution may provide in any academic year to counters in men's cross country, if the institution does not sponsor indoor or outdoor track and field for men. There shall be a limit of six on the value (equivalency) of financial aid awards (per Bylaw 15.2.1) that an institution may provide in any academic year to counters in women's cross country, if the institution does not sponsor indoor or outdoor track and field for women. *(Adopted: 1/13/98 effective 8/1/00, Revised: 1/8/07 effective 8/1/07, 4/14/15 effective 8/1/15)*

**15.4.2.2 Equivalency Computations.** Equivalencies shall be computed as follows: *(Revised: 4/14/15 effective 8/1/15, 1/21/17 effective 8/1/18)*

(a) For each counter, the institution shall count all athletics aid (per Bylaw 15.02.2) received during that academic year for room, board, tuition and fees, as well as books and required course-related supplies (which shall count for calculation purposes as $800 in the denominator and, if they are provided or their cost covered by the institution, as $800 in the numerator, regardless of the actual amount received). If a student-athlete is enrolled for less than a full academic year (e.g., one semester, one or two quarters) and receives any portion of a book allowance, the institution must use the amount in the numerator that is proportionate to the number of terms of enrollment ($400 for semester systems, $534 or $267 for quarter systems). *(Revised: 1/9/96 effective 8/1/96, 10/17/06, 10/18/11 effective 8/1/12, 10/16/12 effective 8/1/13, 4/14/15 effective 8/1/15, 1/21/17 effective 8/1/18)*

(b) A fraction shall be created, with the amount received by the student-athlete as the numerator and the full grant-in-aid value for that student-athlete as the denominator based upon the actual cost or average cost of a full grant for all students at that institution. In addition, an institution may use either the actual or average amount received by a student-athlete as the numerator and either the actual or average amount of the full grant-in-aid value as the denominator. *(Revised: 1/10/90, 1/9/06)*

(c) The sum of all fractional and maximum awards received by counters shall not exceed the total limit for the sport in question for the academic year as a whole.

**15.4.3 Multisport Participants.** A counter who participates in two or more sports shall be counted in one or more sports as specified on the individual's athletics aid agreement. *(Revised: 1/8/01 effective 8/1/01, 1/14/02, 1/21/17 effective 8/1/18)*

**15.4.3.1 Sport Not Specified on Athletics Aid Agreement.** An institution shall divide athletics aid equally among all sports in which the student-athlete participates in instances when the athletics aid agreement does not specify how such aid should be counted toward institutional limits. *(Adopted: 1/14/02, Revised: 1/21/17 effective 8/1/18)*

**15.4.3.2 Volleyball -- Additional Requirements.** In volleyball, a counter who participates (e.g., practices, competes) in volleyball and beach volleyball shall be counted toward institutional limits in volleyball. *(Adopted: 1/16/10 effective 8/1/10, Revised: 5/1/15)*

**15.4.3.3 Requirement to Qualify as Multisport Athlete.** To be considered a multisport athlete under this section, an individual must meet all of the following requirements: *(Adopted: 1/8/01 effective 8/1/01)*

(a) The individual shall report and participate fully in regularly organized practice with each squad;

(b) The individual shall participate where qualified in actual competition in each sport;

(c) The individual shall be a member of each squad for the entire playing and practice season; and

(d) If a recruited student-athlete, the individual shall have been earnestly recruited to participate in the sport in which athletics aid is counted (i.e., the institution recruiting the student-athlete shall have a reasonable basis to believe that the student-athlete is capable of participating in the institution's varsity intercollegiate program in that sport, including documentation of a record of previous participation in organized competition in the sport that supports the student-athlete's potential to participate in that sport in varsity intercollegiate competition). *(Revised: 1/21/17 effective 8/1/18)*

# 15.5 Terms and Conditions of Awarding Athletics Aid. *(Revised: 1/21/17 effective 8/1/18)*

**15.5.1 Financial Aid Form.** The institution's athletics director shall compile on a form approved by the Management Council a list including individual and team equivalency information for each sport. The forms shall be kept on file in the office of the athletics director, and such file shall be available for examination at the end of the academic year on request by an authorized representative of another member institution, the NCAA, and, if the institution is a member of a conference, an authorized representative of the conference. *(Adopted: 7/24/12 effective 8/1/13)*

**15.5.2 Terms of Athletics Aid Award.**

**15.5.2.1 Conformance to Institutional and Conference Regulations.** Athletics aid awarded by an institution to a student-athlete shall conform to the rules and regulations of the awarding institution and of that institution's conference(s), if any. A violation of this bylaw that relates only to a violation of a conference rule shall be considered an institutional violation per Bylaw 7.01.10; however, such a violation shall not affect the student-athlete's eligibility. *(Revised: 4/4/07, 1/21/17 effective 8/1/18)*

**15.5.2.2 Physical Condition of Student-Athlete.** Athletics aid awarded to a prospective student-athlete may not be conditioned on the recipient reporting in satisfactory physical condition. If a student-athlete has been accepted for admission and awarded athletics aid, the institution shall be committed for the term of the original award, even if the

student-athlete's physical condition prevents them from participating in intercollegiate athletics. *(Revised: 1/21/17 effective 8/1/18)*

**15.5.2.3 Written Statement Requirement.** The institutional agency making an athletics aid award for a regular academic term or academic year shall give the recipient a written statement of the amount, duration, conditions and terms of the award. The chair of the regular committee or other agency for the awarding of financial aid to students generally, or the chair's official designee, shall sign or electronically authorize (e.g., electronic signature) the written statement. The signature of the athletics director, attesting to the committee's award, does not satisfy this requirement. *(Revised: 1/10/05, 1/15/14, 1/21/17 effective 8/1/18)*

**15.5.2.4 Hearing Opportunity.** The institution's regular financial aid authority shall notify the student-athlete in writing, within 14 consecutive calendar days from the date the student-athlete has been notified of the decision to reduce or cancel athletics aid during the period of the award or the reduction or nonrenewal of athletics aid for the following academic year, of the opportunity for a hearing when athletics aid is reduced or canceled during the period of the award, or not renewed. The hearing shall be conducted by an institutional entity or committee outside of the athletics department (e.g., financial aid review committee, the office of student affairs, office of the dean of students or a committee composed of the faculty athletics representative, student-athletes and nonathletics faculty/staff members). The notification of the hearing opportunity shall include a copy of the institution's established policies and procedures for conducting the required hearing, including the deadline by which a student-athlete must request the hearing. The institution shall conduct the hearing within 30 consecutive calendar days of receiving a student-athlete's request for the hearing. *(Adopted: 1/12/04, Revised: 1/8/07 effective 8/1/07, 1/14/08 effective 8/1/08, 10/21/14, 1/21/17 effective 8/1/18)*

## 15.5.3 Period of Athletics Aid Award.

**15.5.3.1 One-Year Period.** Athletics aid shall neither be awarded in excess of one academic year nor for a period less than one academic year. The initial award of athletics aid in a given academic year shall be awarded in equal amounts for each term. *(Revised: 1/21/17 effective 8/1/18, 7/18/17 effective 8/1/18)*

**15.5.3.1.1 Exceptions.** An institution may award athletics aid to a student-athlete for a period of less than one academic year only under the following circumstances. *(Adopted: 1/21/17 effective 8/1/18)*

(a) **Midyear Enrollment.** A student-athlete whose first full-time attendance at the certifying institution during a particular academic year occurs at midyear (e.g., the beginning of the second semester or second or third quarter of an academic year) may receive a financial aid award for the remainder of that academic year. *(Adopted: 1/21/17 effective 8/1/18)*

(b) **Final Semester/Quarter.** A student-athlete may receive athletics aid for less than one academic year, provided the student is in the final semester or final two quarters of their degree program and the institution certifies that the student is carrying (for credit) the courses necessary to complete the degree requirements. *(Adopted: 1/21/17 effective 8/1/18)*

(c) **Graduated During Previous Academic Year and Will Exhaust Eligibility During the Following Fall Term.** A student-athlete who graduated during the previous academic year (including summer) and will exhaust their athletics eligibility during the following fall term may be awarded athletically related financial aid for less than one academic year. *(Adopted: 1/21/17 effective 8/1/18)*

(d) **One-Time Exception.** One time during a student-athlete's enrollment at the certifying institution they may be awarded athletics aid for less than a full academic year, provided the student-athlete has been enrolled full time at the certifying institution for at least one regular academic term. *(Adopted: 1/21/17 effective 8/1/18)*

(e) **Eligibility Exhausted/Medical Noncounter.** A student-athlete who has exhausted eligibility and is exempt from counting (per Bylaw 15.4.1.3) in the institution's financial aid limit, or a student-athlete who is exempt from counting (per Bylaw 15.4.1.1) due to an injury or illness may receive athletics aid for less than one academic year. If an institution awards aid under this provision, the institutional financial aid agreement shall include specific nonathletically related conditions (e.g., academic requirements) the student-athlete must satisfy in order for the aid to be renewed for the next academic term or terms. If the student-athlete satisfies the specified conditions, the institution shall award financial aid at the same amount for the next term or terms of the academic year. If the student-athlete does not satisfy the specified conditions, they must be provided a hearing opportunity per Bylaw 15.5.2.4. *(Adopted: 1/21/17 effective 8/1/18)*

**15.5.3.1.2 Financial Aid Authority Precedent.** A staff member may inform a prospective student-athlete that the athletics department will recommend to the financial aid authority that the prospective student-athlete's athletics aid be renewed each year for a period of four years and may indicate that the authority always has followed the athletics

department's recommendations in the past. However, the prospective student-athlete must be informed that the renewal will not be automatic. *(Revised: 1/21/17 effective 8/1/18)*

**15.5.3.1.3 Injury or Illness Policy.** It is not permissible for an institution to assure the prospective student-athlete that it automatically will continue an athletics aid award past the one-year period if the recipient sustains an injury that prevents them from competing in intercollegiate athletics, but an institutional representative may inform the prospective student-athlete of the regular institutional policy related to renewal or continuation of athletics aid past the one-year period for recipients who become ill or injured during their participation. *(Revised: 1/21/17 effective 8/1/18)*

**15.5.3.1.4 Effect of Violation.** A violation of this bylaw shall be considered an institutional violation per Bylaw 7.01.10; however, such a violation shall not affect the student-athlete's eligibility. *(Adopted: 10/21/08)*

**15.5.3.2 Summer and Voluntary Winter Term.** An institution may award athletics aid for a summer term or summer-orientation period or voluntary winter term, provided the conditions of Bylaw 15.2.1.1 have been met. *(Revised: 4/14/15 effective 8/1/15, 7/28/15, 1/21/17 effective 8/1/18)*

**15.5.3.2.1 Summer and Voluntary Winter Term As Additional Award.** It is necessary to make an additional award for a summer or voluntary winter term, inasmuch as a member institution is limited to the award of athletics aid for a period not in excess of one academic year; however, an institution is not required to provide the recipient with a written statement of the amount, duration, conditions or terms of the award. *(Revised: 1/15/14, 7/28/15, 1/21/17 effective 8/1/18)*

## 15.5.4 Reduction and Cancellation during Period of Award.

**15.5.4.1 Reduction or Cancellation Permitted.** Athletics aid may be reduced or canceled during the period of the award, if the recipient: *(Revised: 1/11/94, 1/10/95)*

(a) Renders themselves ineligible for intercollegiate competition;

(b) Fraudulently misrepresents any information on an application, letter of intent or financial aid agreement (see Bylaw 15.5.4.1.2); *(Revised: 4/14/15 effective 8/1/15)*

(c) Engages in serious misconduct warranting substantial disciplinary penalty (see Bylaw 15.5.4.1.3). *(Revised: 4/14/15 effective 8/1/15)*

(d) Voluntarily withdraws from a sport at any time for personal reasons; however, the recipient's athletics aid may not be awarded to another student-athlete in the term in which the aid was reduced or canceled. Further, if the athletics aid is canceled before a regular academic term (e.g., preseason practice period), the aid may not be provided to another student-athlete during the ensuing academic year; or *(Revised: 1/10/92, 1/11/94, 1/10/95, 1/9/96, 11/12/04, 1/21/17 effective 8/1/18, 8/21/20 Immediate (applies retroactively), for any athletics aid agreements signed for the 2020-21 academic year only., 4/12/21 effective 8/1/21)*

(e) Provides written notification of transfer (see Bylaw 13.1.1.2.1) to the institution; however, the student-athlete's athletics aid may not be reduced or canceled until the end of the academic year in which written notification of transfer is received. An institution may reduce or cancel an athletics aid agreement signed for the next academic year if a student-athlete provides written notification of transfer.
*(Adopted: 1/22/22 Immediate, for student-athletes transferring for the 2022-23 academic year, and thereafter.)*

**15.5.4.1.1 Nonathletically Related Conditions.** An athletics aid agreement may include nonathletically related conditions (e.g., compliance with academic policies or standards, compliance with team rule or policies) by which the aid may be reduced or cancelled during the period of the award. *(Adopted: 10/19/10, Revised: 1/21/17 effective 8/1/18)*

**15.5.4.1.2 Fraudulent Misrepresentation.** If a student-athlete is awarded athletics aid on the basis of declaring intention to participate in a particular sport by signing a letter of intent, application or tender, action on the part of the grantee not to participate (either by not reporting for practice or after making only token appearances as determined by the institution) would constitute fraudulent misrepresentation of information on the grantee's application, letter of intent or athletics aid agreement and would permit the institution to cancel or reduce the athletics aid. *(Revised: 1/11/94, 1/21/17 effective 8/1/18)*

**15.5.4.1.3 Misconduct.** An institution may cancel or reduce the athletics aid of a student-athlete who is found to have engaged in misconduct by the university's regular student disciplinary authority, even if the loss-of-aid requirement does not apply to the student body in general. *(Revised: 1/11/94, 1/21/17 effective 8/1/18)*

**15.5.4.2 Increase Permitted.** Athletics aid may be increased for any reason at any time. *(Adopted: 1/11/94, Revised: 1/12/04, 4/14/15 effective 8/1/15, 1/21/17 effective 8/1/18)*

**15.5.4.2.1 Initial Award of Athletics Aid.** A student-athlete who is receiving only nonathletics aid may receive an initial award of athletics aid at any point during the academic year. The initial award of athletics aid may not be retroactive to a previous academic year. *(Adopted: 10/17/06, Revised: 1/21/17 effective 8/1/18)*

**15.5.4.3 Reduction or Cancellation Not Permitted.** Athletics aid may not be decreased or canceled during the period of its award: *(Revised: 1/11/94, 1/21/17 effective 8/1/18, 7/18/17 effective 8/1/18)*

(a) On the basis of a student's athletics ability, performance or contribution to a team's success;

(b) Because of an injury, illness or physical or mental medical condition (except as permitted pursuant to Bylaw 15.5.4.1); *(Revised: 4/24/08, 4/14/15 effective 8/1/15, 8/31/20 Immediate (applies retroactively), for any athletics aid agreements signed for the 2020-21 academic year only., 4/12/21 effective 8/1/21)*

(c) If a student-athlete provides written notification of transfer (see Bylaw 13.1.1.2.1); however, an institution may reduce or cancel an athletics aid agreement signed for the next academic year if a student-athlete provides written notification of transfer (see Bylaw 15.5.4.1); or *(Adopted: 1/22/22 Immediate, for student-athletes transferring for the 2022-23 academic year, and thereafter.)*

(d) For any other athletics reason.

**15.5.4.3.1 Medical Documentation.** An institution may require a student-athlete to submit contemporaneous medical documentation to verify whether the student-athlete is suffering from an injury, illness or physical or mental medical condition. Such medical documentation shall be provided by an individual who is qualified and licensed to diagnose and treat such an injury, illness or physical or mental medical condition (e.g., physician, psychiatrist). *(Adopted: 10/21/08)*

**15.5.4.3.2 Athletically Related Condition Prohibition.** An institution may not set forth an athletically related condition (e.g., athletics aid contingent upon specified performance or playing a specific position) that would permit the institution to reduce or cancel the student-athlete's athletics aid during the period of the award, if the conditions are not satisfied. *(Adopted: 1/16/93, Revised: 1/11/94, 1/21/17 effective 8/1/18)*

**15.5.4.3.3 Decrease Not Permitted.** An institution may not decrease a prospective student-athlete's athletics aid or a student-athlete's athletics aid from the time the prospective student-athlete or student-athlete signs the financial aid award letter until the conclusion of the period set forth in the athletics aid agreement, except under the conditions set forth in Bylaw 15.5.4.1. *(Adopted: 1/11/94, Revised: 1/12/04, 4/14/15 effective 8/1/15, 1/21/17 effective 8/1/18)*

## 15.5.5 Renewals and Nonrenewals.

**15.5.5.1 Institutional Obligation.** The renewal of athletics aid shall be made on or before July 1 before the academic year in which it is to be effective. The institution shall promptly notify in writing each student-athlete who received an award the previous academic year and who has eligibility remaining in the sport in which financial aid was awarded the previous academic year (under Bylaw 14.2) whether the grant has been renewed or not renewed for the ensuing academic year. Notification of athletics aid renewals and nonrenewals must come from the institution's regular financial aid authority and not from the institution's athletics department. *(Revised: 1/10/95, 1/21/17 effective 8/1/18)*

**15.5.5.2 Reconsideration of Nonrenewal.** It is permissible for an institution that has notified a student-athlete that they will not be provided athletics aid for the next academic year to then award financial aid to that student-athlete. *(Revised: 1/21/17 effective 8/1/18)*

## 15.5.6 Changes in Participation. If a student-athlete changes sports during an academic year, the student-athlete's athletics aid shall be counted in the maximum limitations for the first sport for the remainder of the year. If the student-athlete continues to receive athletics aid, the award shall be counted the next academic year against the maximum limitations in the second sport. *(Revised: 1/21/17 effective 8/1/18)*

## 15.5.7 Waivers for Extraordinary Personnel Losses. The Management Council, by a two-thirds majority of its members present and voting, may approve waivers of the financial aid limitations set forth in this bylaw for institutions that have suffered extraordinary personnel losses due to accident or illness of a disastrous nature from one or more of their intercollegiate athletics teams.

## FIGURE 15-1
### Financial Aid Maximum Limits

| | Citation | Individual Full Grant | Institutional Sport Limitation |
|---|---|---|---|
| Aid based on athletics ability | 15.02.2 | Yes | Yes |
| Educational expenses | | | |
|   USOPC or NGB | 15.2.2.4 | Yes | No |
|   Professional Team or League | 15.2.2.5 | Yes | No |
| Employee dependent tuition benefits | 15.2.1-(a) | No | No |
| Employment | 15.2.3 | No | No |
| Government grants, institutionally administered | 15.2.1-b | No | No |
| Government grants, not institutionally administered | 15.2.2.2 | No | No |
| Institutional grant or scholarship | 15.2.1-(a) | No[1] | No[1] |
| Loan, repayment schedule | 15.2.1-(a)-(5) | No | No |
| Operation Gold Grant | 15.2.2.4.1 | No | No |
| Outside grant for educational purposes, unrelated to athletics ability | 15.2.2.2 | No | No |
| Outside grant, from an established and continuing program | 15.2.2.3 | Yes | No |
| Out-of-state tuition or grant waiver (unrelated to athletics ability) | 15.2.1-(a)-(4) | No | No |
| Relative or legal guardian contribution | 15.2.2.1 | No | No |
| Summer school financial aid[2] | 15.2.1.1 | No | No |
| Voluntary winter term financial aid[2] | 15.2.1.1 | No | No |

Key:
[1] Unless institutional aid requires recipient to be a student-athlete. (See Bylaw 15.02.2)
[2] Institution is limited to providing value of full grant-in-aid during summer or voluntary winter term; however, student-athlete may earn employment income during the summer or voluntary winter term. (Also see Bylaw 15.2.3.).

**FIGURE 15-2**
**How to Determine a Counter**



BYLAWS, ARTICLE 16

# Awards, Benefits and Expenses for Enrolled Student-Athletes

## 16.01 General Principles.

**16.01.1 Eligibility Effect of Violation.** A student-athlete shall not receive any extra benefit as defined in Bylaw 16.02.3. Receipt by a student-athlete of an award, benefit or expense allowance not authorized by NCAA legislation renders the student-athlete ineligible for athletics competition in the sport for which the improper award, benefit or expense was received. If the student-athlete receives an extra benefit not authorized by NCAA legislation, the individual is ineligible in all sports. *(Revised: 5/16/11)*

**16.01.1.1 Restitution for Receipt of Impermissible Benefits.** Unless otherwise noted, for violations of Bylaw 16 in which the value of the benefit is $200 or less, the eligibility of the student-athlete shall not be affected conditioned upon the student-athlete's repayment of the benefit to a charity of their choice. The student-athlete, however, shall remain ineligible from the time the institution has knowledge of receipt of the impermissible benefit until the student-athlete repays the benefit. Violations of the bylaw remain institutional violations per Bylaw 7.01.10, and documentation of the student-athlete's repayment shall be forwarded to the enforcement staff. For violations of Bylaw 16 in which there is no monetary value to the benefit, violations shall be considered institutional violations per Bylaw 7.01.10; however, such violations shall not affect the student-athlete's eligibility. *(Adopted: 10/23/01, Revised: 1/10/05, 1/9/06, 5/16/11, 7/18/17)*

## 16.02 Definitions and Applications.

**16.02.1 Award.** An award is an item given in recognition of athletics participation or performance. Such awards are subject to the limitations set forth in Bylaw 16.1.

**16.02.2 Excessive Expense.** An excessive expense is one not specifically authorized under regulations of the Association concerning awards, benefits and expenses.

**16.02.3 Extra Benefit.** An extra benefit is any special arrangement by an institutional employee or a representative of the institution's athletics interests to provide a student-athlete or the student-athlete's relative or friend a benefit not expressly authorized by NCAA legislation. Receipt of a benefit by student-athletes or their relatives or friends is not a violation of NCAA legislation, if it is demonstrated that the same benefit is generally available to the institution's students or their relatives or friends or to a particular segment of the student body (e.g., international students, minority students) determined on a basis unrelated to athletics ability. *(Revised: 1/10/91, 2/24/11)*

**16.02.4 Pay.** Pay is the receipt of funds, awards or benefits not permitted by governing legislation of the Association for participation in athletics. (See Bylaw 12.1.4.)

## 16.1 Awards.

### 16.1.1 Application of Awards Legislation.

**16.1.1.1 Before Enrollment.** Individuals may receive any award(s) prior to initial full-time collegiate enrollment. (See Bylaw 14.2.4.2 regarding effects on eligibility.) *(Revised: 1/12/04)*

**16.1.1.2 Awards Received for Participation While Representing the Institution.** The awards limitations of Bylaw 16.1 apply to awards received by a student-athlete for participation in competition while representing their institution. **[R]** *(Revised: 6/22/11, 1/20/18 effective 8/1/18)*

**16.1.1.3 Awards Received for Participation While Not Representing the Institution.** Awards received by a student-athlete for participation in competition while not representing the institution shall conform to the regulations of the recognized amateur organization that governs the competition. Such awards may include gift certificates, but not cash. [See Bylaw 12.1.3-(c) for prize money based on place finish in individual sports.] **[R]** *(Revised: 6/22/11, 1/20/18 effective 8/1/18)*

**16.1.1.4 After Completion of Athletics Eligibility.** Awards limitations apply to enrolled student-athletes who have exhausted their intercollegiate athletics eligibility. An institution shall be held responsible through the Association's enforcement procedures for the provision of improper awards to graduating seniors by the institution or its booster organizations. Awards to graduating seniors may not include cash, gift certificates, a cash-equivalent award (i.e., an item

that is negotiable for cash or trade or other services, benefits or merchandise) for athletics participation, or a country club or sports club membership.

**16.1.1.5 Olympic or Paralympic Games.** It is permissible for a student-athlete to receive a nonmonetary award associated with participation in the Olympic or Paralympic Games at any time regardless of when the Games are held or whether the student-athlete is enrolled as a regular student during the academic year. *(Adopted: 1/8/01, Revised: 1/22/20 effective 8/1/20)*

**16.1.2 Uniformity of Awards.** Awards presented by a member institution, conference or other approved agency must be uniform for all team members receiving the award. **[R]** *(Revised: 6/22/11)*

**16.1.3 Types of Awards, Awarding Agencies, Maximum Value and Numbers of Awards.** Athletics awards given to individual student-athletes shall be limited to those approved or administered by the member institution, its conference or an approved agency as specified in the following subsections and shall be limited in value and number as specified in this section. Each of the following subsections is independent of the others so that it is permissible for an individual student-athlete to receive the awards described in all subsections. **[R]** *(Revised: 6/22/11)*

**16.1.3.1 Participation Awards.** Awards for participation in intercollegiate athletics may be presented each year, limited in value and number as specified in Figure 16-1. Awards for participation in special events may be provided only to student-athletes eligible to participate in the competition. **[R]** *(Revised: 1/12/04 effective 8/1/04, 6/22/11)*

**16.1.3.1.1 Senior Scholar-Athlete Award.** An institution may provide a maximum of two senior scholar-athlete awards each year to graduating seniors. The award may consist of a tangible item valued at not more than $200 and a postgraduate scholarship not to exceed $10,000. The postgraduate scholarship shall be used for graduate studies at the recipient's choice of institution and shall be disbursed directly to that institution. Such a scholarship only may be awarded to a student-athlete who will complete the requirements for a baccalaureate degree within one term of the award and no funds will be distributed prior to the completion of the baccalaureate degree. A student-athlete who has received an institutional postgraduate scholarship as part of a senior scholar-athlete award shall no longer be eligible to participate in intercollegiate athletics, except that the student-athlete may complete the remainder of any season currently in progress at the time of the award (e.g., postseason competition in the spring sport which occurs after graduation). **[R]** *(Adopted: 1/10/05, Revised: 7/22/08, 6/22/11)*

**16.1.3.2 Awards for Winning Conference and National Championships.** Awards for winning an individual or team conference or national championship may be presented each year, limited in value and number as specified in Figure 16-2. Awards for winning a conference or national championship in a team sport may be provided only to student-athletes who were eligible to participate in the championship event. The total value of any single award received for a conference championship may not exceed $325, and the total value of any single award received for a national championship may not exceed $415. Each permissible awarding agency is subject to a separate $325 or $415 limit per award, respectively. Each permissible awarding agency may provide only a single award for each championship to each student-athlete. Separate awards may be presented to both the regular-season conference champion and the postseason conference champion (with a separate $325 limitation), but if the same institution wins both the regular-season and postseason conference championship, the combined value of both awards shall not exceed $325. **[R]** *(Revised: 1/12/04 effective 8/1/04, 6/22/11)*

**16.1.3.3 Special Achievement Awards.** Awards may be provided each year to individual student-athletes and teams to recognize special achievements, honors and distinctions, limited in value and number as specified in Figure 16-3. **[R]** *(Revised: 1/9/96 effective 8/1/96, 1/12/04 effective 8/1/04, 6/22/11)*

**16.1.3.4 Local Civic Organization.** A local civic organization (e.g., Rotary Club, Touchdown Club) may provide awards to an individual student-athlete or member institution's team(s). The following regulations shall apply to such an event: **[R]** *(Adopted: 1/10/92, Revised: 6/22/11, 4/16/19)*

(a) All awards must be approved by the institution and must be counted in the institution's limit for institutional awards; and

(b) The organization may not recognize or provide awards to prospective student-athletes at the banquet.

**16.1.3.5 Recognition by Professional Sports Organization.** A student-athlete may accept a complimentary admission to a professional sports contest during which the student-athlete and/or collegiate team is being recognized by the professional sports organization for extraordinary achievements. Further, it shall be permissible for the professional sports organization to promote this event to the general public. *(Adopted: 1/9/06)*

**16.1.4 Purchase Restrictions.**

**16.1.4.1 Assignment of Normal Retail Value.** Normal retail value shall be assigned as the value of an award when determining whether an award meets specified value limits, even when a member institution receives institutional awards

from an athletics representative or organization free of charge or at a special reduced rate. Normal retail value is the cost to the institution that is based solely on volume and is available to all purchasers of a similar volume and that does not involve an obligation to make additional purchases to enable the supplier to recover the costs for the original purchase. *(Adopted: 1/16/93)*

**16.1.4.2 Supplementary Purchase Arrangement.** An institution may not enter into a supplementary purchase arrangement with an awards supplier whereby the supplier agrees to sell an award (e.g., a watch or ring) at a price below the maximum amount specified by NCAA legislation with the understanding that the institution will make additional purchases of other unrelated items to enable the supplier to recover the costs for the original purchase. Such an arrangement would exceed the specific value limitations placed on permissible awards. **[R]** *(Revised: 6/22/11)*

**16.1.4.3 Combining Values.** An institution may not combine the value limits of awards given in a sport during the same season, or given to athletes who participate in more than one sport, to provide an award more expensive than permissible under separate application to some or all of its participating student-athletes. **[R]** *(Revised: 6/22/11)*

**16.1.4.4 Student Contribution to Purchase.** A student-athlete may contribute to the purchase of an award, but the value of an award may not exceed specified value limits. **[R]** *(Revised: 6/22/11, 5/8/20)*

## 16.1.5 Awards Banquets.

(a) **Institutional.** An institution may conduct awards banquets to commemorate the athletics and/or academic accomplishments of its student-athletes. *(Revised: 1/9/96 effective 8/1/96, 1/12/04)*

(b) **Booster Club Recognition Banquet.** One time per year, an institution's athletics booster club may finance an intercollegiate team's transportation expenses to a recognition banquet, provided all expenses are paid through the institution's athletics department and no tangible award is provided to members of the team. **[R]** *(Revised: 1/12/04, 6/22/11, 4/16/19)*

**16.1.6 Expenses to Receive Noninstitutional Awards.** A conference, an institution, the U.S. Olympic and Paralympic Committee (or the international equivalent), a national governing body or the awarding agency may provide actual and necessary expenses for a student-athlete to receive a noninstitutional award or recognition for athletics or academic accomplishments. The conference, institution and other permissible entities may also provide actual and necessary expenses for up to two of the student-athlete's relatives or legal guardians to attend the recognition event or awards presentation. *(Revised: 1/18/14 effective 8/1/14, 1/22/20 effective 8/1/20)*

# 16.2 Complimentary Admissions and Ticket Benefits.

## 16.2.1 Permissible Procedures.

**16.2.1.1 Institutional Contests in the Student-Athlete's Sport.** An institution may provide four complimentary admissions per home or away contest to a student-athlete in the sport in which the individual participates (either practices or competes), regardless of whether the student-athlete competes in the contest.

**16.2.1.1.1 Partial Qualifier.** An institution may provide a partial qualifier with four complimentary admissions per home contest in the sport in which the individual participates. *(Adopted: 3/19/97)*

**16.2.1.1.2 Exception -- NCAA Championships and Bowl Games.** An institution may provide each student-athlete who participates in or is a member of a team participating in an NCAA championship or bowl game with six complimentary admissions to all contests at the site at which the student (or team) participates. *(Adopted: 1/9/96 effective 8/1/96)*

**16.2.1.1.3 Tournaments.** Complimentary admissions may be provided to members of the institution's team for all contests in a tournament in which the team is participating, rather than only for the games in which the institution's team participates. However, the contests must be at the site at which the institution's team participates.

**16.2.1.2 General Regulations.** Complimentary admissions shall be distributed only to persons designated by the student-athlete who have identified themselves and signed a receipt therefore. A violation of this administrative procedure shall be considered an institutional violation per Bylaw 7.01.10; however, such a violation shall not affect the student-athlete's eligibility. The student-athlete's eligibility shall be affected by involvement in action contrary to the provisions of Bylaws 16.2.1.1 and 16.2.2 (e.g., receipt of more than the permissible four complimentary admissions or the sale or exchange of a complimentary admission for any item of value). *(Revised: 10/23/07)*

**16.2.1.2.1 Partial Qualifier.** A partial qualifier (per Bylaw 14.02.13.2) may receive a complimentary admission to all of the institution's regular-season home intercollegiate athletics contests during the first academic year of residence. *(Revised: 1/15/21 effective 8/1/21 August 1, 2021, for student-athletes enrolling in a Division II institution on or after August 1, 2021.)*

**16.2.1.3 Institution's Home Contests in Other Sports.** An institution may provide admission for each student-athlete to all of the institution's regular-season home intercollegiate athletics contests in sports other than that in which the student-athlete is a participant, via a printed student-athlete pass or gate list. Proof of identity shall be required upon admission. **[R]** *(Revised: 6/22/11)*

**16.2.1.3.1 Exception -- Recognition of Student-Athlete.** An institution may provide complimentary admissions (as determined by the institution) to individuals designated by a student-athlete who is being recognized during an institution's regular-season intercollegiate athletics contest in a sport other than that in which the student-athlete participates. **[R]** *(Adopted: 1/9/06, Revised: 6/22/11, 10/19/15)*

**16.2.2 Nonpermissible Procedures.**

**16.2.2.1 Sale of Complimentary Admissions.** A student-athlete may not receive payment from any source for their complimentary admissions and may not exchange or assign them for any item of value.

**16.2.2.2 Payment to Third Party.** Individuals designated by the student-athlete to receive complimentary admissions are not permitted to receive any type of payment for these admissions or to exchange or assign them for any item of value. Receipt of payment for complimentary admissions by such designated individuals is prohibited and considered an extra benefit. **[R]** *(Revised: 6/22/11)*

**16.2.2.3 Student-Athlete Ticket Purchases.** An institution may not provide a special arrangement to sell a student-athlete ticket(s) to an athletics event. Tickets shall be available for purchase by student-athletes according to the same purchasing procedures used for other students. **[R]** *(Revised: 6/22/11)*

**16.2.2.4 Sale Above Face Value.** A student-athlete may not purchase tickets for an athletics contest from the institution and then sell the tickets at a price greater than their face value. **[R]** *(Revised: 6/22/11)*

# 16.3 Academic, Career and Other Support Services. *(Revised: 4/16/19)*

**16.3.1 Permissible.** A member institution may finance academic, career and other support services that the institution, at its discretion, determines to be appropriate and necessary for the academic success of its student-athletes, including internship/job placement services available exclusively to student-athletes, provided the student-athlete is not placed in a position in which the student-athlete uses their athletics ability. *(Revised: 1/12/04 effective 8/1/04, 1/10/05, 4/16/19)*

**16.3.1.1 Coaching and/or Athletics Administration Career Educational Programs.** An institution or conference may provide actual and necessary expenses to a student-athlete to attend a coaching and/or athletics administration career educational program (e.g., Women's Basketball Coaches Association -- So You Want To Be A Coach, Black Women in Sports Foundation -- Next Step Program, U.S. Olympic and Paralympic Committee -- Minority/Women in Coaching Leadership). *(Adopted: 4/16/19, Revised: 1/22/20 effective 8/1/20)*

**16.3.1.2 Exception -- Use of Computers. [R]** A student-athlete shall use institutionally owned computers only on a check-out and retrieval basis. *(Adopted: 5/6/04 effective 8/1/04, Revised: 1/10/05, 7/23/13)*

# 16.4 Medical Expenses. An institution, conference or the NCAA may provide medical and related expenses and services to a student-athlete. *(Revised: 1/17/13)*

**16.4.1 Mental Health Services and Resources.** An institution shall make mental health services and resources available to its student-athletes. Such services and resources may be provided by the department of athletics and/or the institution's health services or counseling services department. Provision of services and resources should be consistent with the Interassociation Consensus: Mental Health Best Practices. In addition, an institution must distribute mental health educational materials and resources to student-athletes, including those transitioning out of their sport, coaches, athletics administrators and other athletics personnel throughout the year. Such educational materials and resources must include a guide to the mental health services and resources available at the institution and information regarding how to access them. *(Adopted: 7/23/19 effective 8/1/19)*

# 16.5 Housing and Meals.

**16.5.1 Permissible.** Identified housing and meal benefits incidental to a student's participation in intercollegiate athletics that may be financed by the institution are: **[R]** *(Revised: 6/22/11)*

(a) **Summer-Dormitory Rentals.** An institution may rent, at the regular institutional rate, dormitory space to a prospective or enrolled student-athlete during the summer months if it is the institution's policy to make dormitory space available on the same basis to all prospective or enrolled students (see Bylaw 15.3.2.2.4 for permissible housing benefits for student-athletes eligible to receive financial aid while attending summer school).

(b) **Preseason Practice Expenses.** The institution may provide the cost of room and board to student-athletes who report for preseason practice before the start of the academic year, it being understood that the student-athletes have been accepted

for admission to the institution at the time such benefits are received. The institution may provide an evening meal and lodging on the evening prior to the first scheduled practice or the designated equipment and squad picture day. *(Revised: 1/12/04 effective 8/1/04, 1/17/15 effective 8/1/15, 7/28/15)*

(c) **Meals and Snacks Incidental to Participation.** An institution may provide meals and snacks to student-athletes as a benefit incidental to participation in intercollegiate athletics. *(Revised: 1/8/01, 1/17/15 effective 8/1/15)*

    (1) **Cash for Missed Meal Due to Practice Activities.** An institution may provide to a student-athlete the cash equivalent of a meal missed due to practice activities only if they have previously paid for the meal (either individually or through the board element of a scholarship). An institution shall not provide student-athletes with a meal and cash for the same meal. *(Revised: 1/17/15 effective 8/1/15)*

    (2) **Meals or Snacks in Conjunction With Competition.** For both home and away-from-home competitions, all student-athletes are permitted to receive a pregame meal as a benefit incidental to participation and all student-athletes are permitted to receive a meal(s) or snack(s) [or cash in the amount equal to the cost of a meal(s) or snack(s)] at the institution's discretion from the time the student-athlete reports on call (at the direction of the student-athlete's coach or comparable authority) and becomes involved in competition-related activities to the end of competition and the release by the appropriate institutional authority, as a benefit incidental to participation. An institution shall not provide student-athletes with a meal or snack and cash for the same meal or snack. *(Revised: 1/17/15 effective 8/1/15)*

(d) **Vacation-Period Expenses.** The institution may provide the cost of room and board to student-athletes during official institutional vacation periods in the following circumstances: *(Revised: 1/14/97, 1/11/00 effective 8/1/00, 7/24/07)*

    (1) **Student-athletes who are required to remain on or return to the institution's campus for organized practice sessions or competition during the institution's official vacation period.** If the student-athlete lives at home during the vacation period, the cost of room and board may not be provided by the institution, other than to permit the student-athlete to participate in team meals incidental to practice sessions. If an institution does not provide a meal to its student-athletes, a cash allowance may be provided, not to exceed the amount provided by the institution to institutional staff members on away-from-campus trips. The institution may provide an evening meal and lodging on the evening prior to the first scheduled practice or the designated equipment and squad picture day. *(Revised: 10/21/08, 7/23/13, 7/28/15)*

        (i) **Winter Break Expenses.** It is permissible for an institution to provide a student-athlete an evening meal and lodging in the locale of the institution on the final day of the seven-day legislated winter break when the student-athlete must return to campus for organized practice or competition occurring on the first day following the legislated winter break. *(Adopted: 7/28/15)*

    (2) **Student-athletes who return to campus during the institution's official vacation period occurring during a regular academic term (e.g., not including vacation periods between terms) from competition.** Under such circumstances, room and board expenses may be provided beginning with the student-athlete's arrival on campus until the institution's regular dormitories and dining facilities reopen. If the student-athlete lives at home during the vacation period, the cost of room and board may not be provided by the institution.

    (3) **Student-athletes who return to campus during the institution's official vacation period between regular academic terms (e.g., summer-vacation period) from competition.** Under such circumstances, room and board expenses may be provided for not more than a 48-hour period, beginning with the student-athlete's return to campus. If the student-athlete lives at home during the vacation period, the cost of room and board may not be provided by the institution.

(e) **Nutritional Supplements.** An institution may provide permissible nutritional supplements to a student-athlete for the purpose of providing additional calories and electrolytes. Permissible nutritional supplements do not contain any NCAA banned substances and are identified according to the following classes: carbohydrate/electrolytes drinks, energy bars, carbohydrate boosters, vitamins and minerals and protein. *(Adopted: 1/12/04, Revised: 1/10/05 effective 8/1/05, 7/19/16)*

(f) **Occasional Meals.** *(Adopted: 1/17/15 effective 8/1/15)*

    (1) **Institutional Staff Member.** A student-athlete or the entire team in a sport may receive an occasional meal in the locale of the institution on infrequent and special occasions from an institutional staff member. An institutional staff member may provide reasonable local transportation to student-athletes to attend such meals.

    (2) **Representative of Athletics Interests.** A student-athlete or the entire team in a sport may receive an occasional family home meal from a representative of the institution's athletics interests provided the meal is in the individual's home, on campus or at a facility that is regularly used for home competition and may be catered. The representative of

the institution's athletics interests or an institutional staff member may provide reasonable local transportation to student-athletes to attend such meals.

(3) **Occasional Meals to Team Members Provided by Relatives or Legal Guardians.** Occasional meals to team members provided by the relatives or legal guardians of a student-athlete are permissible and may be provided at any location (e.g., tailgating).

**16.5.1.1 Effect of Violation -- Preseason Practice Expenses.** A violation of Bylaw 16.5.1-(b) due to a miscalculation of the permissible start date for preseason practice shall be considered an institutional violation per Bylaw 7.01.10; however, the student-athlete's eligibility shall not be affected. *(Adopted: 4/14/15)*

## 16.5.2 Nonpermissible.

**16.5.2.1 Housing Benefits.** The institution may not provide an on-campus or off-campus housing benefit (e.g., individual television sets or stereo equipment, a recreation room or a centralized television room, room furnishings or appointments of extra quality or quantity) for student-athletes that is not available on the same basis to the general student body. The material benefits in question are permissible only if provided in approximately the same ratio to at least one-half of all other students using on-campus housing facilities. Otherwise, dormitories with exclusive material housing benefits may not be used by student-athletes.

# 16.6 Expenses for Student-Athlete's Friends and Relatives.

**16.6.1 Permissible.** An institution may not provide any expenses to a student-athlete's relatives or friends, except as permitted in Bylaws 16.6.1 and 16.11.1. **[R]** *(Revised: 6/22/11)*

**16.6.1.1 Expenses for Relatives to Attend Postseason Football Game/NCAA Championship.** The institution may provide the cost of actual and necessary expenses (e.g., transportation, lodging, meals and expenses associated with team entertainment functions) for the relatives or legal guardians of an eligible student-athlete to accompany the student-athlete to a postseason football game or any round of the NCAA football championship in which the student-athlete is a participant, and in other sports, to any round of any NCAA championship in which the student-athlete is a participant. *(Revised: 1/9/06, 4/16/19)*

**16.6.1.2 Injury or Illness.** The institution may pay transportation, housing and meal expenses for relatives (or legal guardians) of a student-athlete and for any student-athletes at the institution to be present in situations in which a student-athlete suffers an injury or illness or, in the event of a student-athlete's death, to provide these expenses in conjunction with funeral arrangements. **[R]** *(Revised: 1/11/89, 1/9/06, 6/22/11, 4/14/15, 7/23/19)*

**16.6.1.2.1 Relative of Student-Athlete.** An institution may pay transportation, housing and meal expenses for a student-athlete and the student-athlete's teammates to be present in situations in which a relative or legal guardian of the student-athlete suffers an injury or illness or, in the event of a relative's or legal guardian's death, to provide the student-athlete and the student-athlete's teammates with expenses in conjunction with funeral arrangements. **[R]** *(Adopted: 1/10/95 effective 8/1/95, Revised: 1/12/04 for any transportation housing and/or meal expenses incurred on or after 8/1/03, 1/9/06, 6/22/11, 4/14/15)*

**16.6.1.2.2 Institutional Staff Member or Former Teammate.** An institution may pay transportation, housing and meal expenses for a student-athlete to attend the funeral of an institutional staff member or former teammate at the institution. **[R]** *(Adopted: 7/23/19)*

**16.6.1.3 Family Lodging.** An institution may reserve or secure lodging at any institutional athletics event (e.g., regular season, conference event, postseason) at a reduced or special rate for the relatives (or legal guardians) of a student-athlete who is a participant in the event. It is not permissible for an institution to pay for any portion of the cost of lodging, including any cost associated with reserving or securing lodging. **[R]** *(Revised: 1/9/06, 6/22/11)*

**16.6.1.4 Family Travel to Olympic or Paralympic Games.** A commercial company (other than a professional sports organization) or members of the local community may provide actual and necessary expenses for a student-athlete's relatives or legal guardians to attend the Olympic or Paralympic Games in which the student-athlete will participate. In addition, relatives or legal guardians of student-athletes may receive nonmonetary benefits provided to the family members of all Olympic or Paralympic team members in conjunction with participation in the Olympic or Paralympic Games. *(Adopted: 1/11/94, Revised: 1/8/01, 1/9/06, 6/22/11, 1/22/20 effective 8/1/20)*

**16.6.1.5 Complimentary Admissions to Institutional Awards Banquet.** A member institution may provide complimentary admissions to friends and relatives of a student-athlete to attend an institutional awards banquet where the student-athlete will be honored. **[R]** *(Adopted: 1/12/99 effective 8/1/99, Revised: 1/9/06, 6/22/11, 10/19/15)*

**16.6.1.6 Occasional Meals.** An institution may provide a meal on an occasional basis to relatives and/or legal guardians of a student-athlete. **[R]** *(Adopted: 1/12/99 effective 8/1/99, Revised: 1/12/04 effective 8/1/04, 8/5/04, 10/29/04, 1/9/06, 6/22/11, 10/19/15)*

## 16.7 Entertainment Incidental to Participation in Intercollegiate Athletics. An institution, conference or the NCAA may provide reasonable entertainment (but may not provide cash for such entertainment) to student-athletes as a benefit incidental to participation in intercollegiate athletics. **[R]** *(Revised: 1/17/15 effective 8/1/15)*

## 16.8 Expenses Provided by the Institution for Practice and Competition.

**16.8.1 Permissible.** An institution, conference or the NCAA may provide actual and necessary expenses to a student-athlete to represent the institution in practice and competition (including expenses for activities/travel that are incidental to practice or competition). In order to receive competition-related expenses, the student-athlete must be eligible for competition. **[D]** *(Revised: 1/17/15 effective 8/1/15)*

**16.8.1.1 Exception -- Practice Partner at the NCAA Division II Men's Wrestling Championship.** In wrestling, an institution may provide actual and necessary expenses to an eligible student-athlete not selected for the NCAA Division II Men's Wrestling Championship, to serve as a practice partner for a student-athlete who was selected for championship participation. *(Adopted: 1/30/17, Revised: 1/27/20 effective 8/1/20)*

**16.8.1.2 Other Competition.** During an academic year in which a student-athlete is eligible to represent an institution in athletics competition (or in the next summer), an institution may provide actual and necessary expenses related to participation in the following activities: **[R]** *(Revised: 1/10/92, 1/14/97, 6/22/11)*

(a) Established regional (e.g., North American Championships, European Championships) and national championship events (including junior national championships); *(Revised: 1/10/05 effective 8/1/05, 5/3/21)*

(b) One qualifying competition event per academic year for the Olympic, Paralympic, Pan American, Parapan American, World Championships, World Youth Championships, World Cup, World University Games (Universiade) and World University Championships or the junior-level equivalent competition (e.g., Youth Olympic Games, Junior World Championships, U19 World University Games); *(Revised: 1/9/96 effective 8/1/96, 1/10/05 effective 8/1/05, 4/11/06, 10/17/06, 7/24/07, 10/18/11, 1/22/20 effective 8/1/20, 5/3/21)*

(c) National team tryout competition events, including events from which participants are selected for another tier of tryout competition or events from which final selections are made for the national team that will participate in the Olympic Games, Paralympic Games, Pan American Games, Parapan American Games, World Championships, World Cup, World University Games (Universiade) and World University Championships or the junior-level equivalent competition; and *(Adopted: 7/24/07, Revised: 10/18/11, 4/15/14, 1/22/20 effective 8/1/20, 5/3/21)*

(d) One collegiate all-star contest, provided the student-athlete has exhausted eligibility in the sport. [See Bylaw 12.1.3-(b)] *(Adopted: 1/18/14 effective 8/1/14, Revised: 7/17/18)*

**16.8.1.2.1 Involvement of Coaching Staff.** Institutional coaching staff members may engage in coaching activities with a student-athlete during the particular event in which the student-athlete competes, regardless of whether the event occurs during or outside of the institution's declared playing season. (See Bylaw 17.1.1.) *(Adopted: 1/10/05 effective 8/1/05, Revised: 1/18/14 effective 8/1/14, 7/22/14 effective 8/1/14)*

**16.8.1.3 Incidental Expenses at NCAA Championships, National Governing Body Championships in Emerging Sports and Bowl Games.** An institution may provide $20 per day to each member of the squad to cover unitemized incidental expenses during travel and practice for NCAA championship events or national governing body championship events in emerging sports, during a period limited to the maximum number of days of per diem allowed for the involved championship, or, for postseason bowl contests, for a period not to exceed 10 days. The $20 per day may be provided only after the institution's team departs for or reports to the site of the championship or postseason bowl contest. **[R]** *(Revised: 1/16/93, 1/10/95, 1/14/97, 6/22/11, 10/22/13)*

**16.8.1.3.1 Excessive Per Diem Subsidies.** When a sponsoring agency provides a per diem in excess of a student-athlete's actual and necessary expenses, it is not permissible for the institution to provide the student-athlete with the cash difference between the amount allocated for per diem by the sponsoring agency and the actual cost of the individual's room and board expenses. **[R]** *(Adopted: 1/10/91, Revised: 6/22/11)*

**16.8.2 Nonpermissible.**

**16.8.2.1 Travel Expenses During the Winter Break.** An institution shall not provide travel expenses in conjunction with away-from-home competition during the winter break. The winter break shall be a seven-consecutive-calendar-day period from December 20 through December 26. When December 20 falls on a Friday, Saturday or Sunday, the winter

break shall be a seven-consecutive-calendar-day period that begins on the following Monday. When December 20 falls on a Monday, the winter break shall be a seven-consecutive-calendar-day period that begins on the following Tuesday. (See Figure 17-4.) **[D]** *(Adopted: 1/13/10 effective 8/1/10, Revised: 6/22/11, 1/14/12 effective 8/1/12, 10/23/20)*

**16.8.2.1.1 Exception -- Travel on the First Day of the Winter Break.** An institution may provide travel expenses on the first day of the winter break after an away-from-home competition, provided that it is the earliest practical opportunity to return to campus. *(Adopted: 8/5/10, Revised: 1/14/12 effective 8/1/12)*

## 16.9 Permissible Travel Expenses. An institution, conference, event host or the NCAA may provide actual and necessary expenses to a student-athlete to represent the institution in noncompetitive events [e.g., goodwill tours, media appearances, student-athlete advisory committee meetings]. **[R]** *(Revised: 1/17/15 effective 8/1/15, 4/19/16, 10/18/16)*

**16.9.1 Reasonable Local Transportation.** An institution may provide reasonable local transportation to student-athletes on an occasional basis. *(Adopted: 4/19/16)*

**16.9.2 Transportation Between Campus and Bus Station, Train Station or Airport.** An institution may provide a student-athlete with transportation between the campus and any bus station, train station or airport at any time for any reason. *(Adopted: 4/19/16)*

## 16.10 Provision of Expenses by Individuals or Organizations Other Than the Institution.

### 16.10.1 Permissible.

**16.10.1.1 Service or Religious Organization Encampments.** Nationally recognized service organizations and religious groups may underwrite the actual and necessary expenses of student-athletes attending such encampments. Neither the institution nor an athletically related organization may underwrite such expenses. **[R]** *(Revised: 4/19/10, 6/22/11)*

**16.10.1.2 Outside Sports Teams.** An amateur outside sports team or organization may provide actual and necessary expenses to team members only if the expenses are: **[R]** *(Revised: 6/22/11)*

(a) A reasonable amount for travel and meal expenses, and apparel and equipment (for individual and team use only from teams or organizations not affiliated with member institutions, including local sports clubs as set forth in Bylaw 13.11.2.4); *(Revised: 1/10/90)*

(b) For practice and game competition;

(c) Made on a regular basis; and

(d) Not an incentive and not based on performance.

**16.10.1.2.1 Practice in Conjunction With Competition.** Practice expenses may be accepted only when such practice is directly related to a competition and is conducted during a continuous time period before the competition. **[R]** *(Adopted: 1/10/92, Revised: 6/22/11)*

**16.10.1.3 Meeting Expenses.** A student-athlete may accept transportation and meal expenses in conjunction with participation in a meeting of a booster club or civic organization, provided no tangible award is provided to the student-athlete. **[R]** *(Revised: 6/22/11, 4/16/19)*

**16.10.1.4 Community Organization/Entity.** A community organization or entity may provide actual and necessary expenses to student-athletes for participation in community engagement activities (see Bylaw 13.02.1). *(Adopted: 1/8/07 effective 8/1/07)*

**16.10.1.5 Lodging Provided by Relative of Student-Athlete.** A relative of a student-athlete may provide lodging or actual and necessary expenses for lodging to student-athletes in conjunction with, or en route to or from, an away-from-home contest. *(Adopted: 10/18/16)*

## 16.11 Benefits, Gifts and Services.

### 16.11.1 Permissible.

**16.11.1.1 General Rule.** Receipt of a benefit (including otherwise prohibited extra benefits per Bylaw 16.11.2) by student-athletes, their relatives or friends is not a violation of NCAA rules if it is demonstrated that the same benefit is generally available to the institution's students and their relatives or friends.

**16.11.1.2 Deferred Pay-Back Loan.** A student-athlete may receive a loan on a deferred pay-back basis without jeopardizing their eligibility, provided: **[R]** *(Adopted: 1/11/94, Revised: 6/22/11)*

(a) The loan arrangements are not contrary to the extra-benefit rule; and

(b) The student-athlete's athletics reputation, skill or pay-back potential as a future professional athlete is not considered by the lending agency in its decision to provide the loan.

**16.11.1.3 Loan From Established Family Friend.** A student-athlete may receive a loan from an established family friend without such arrangement constituting an extra benefit, provided: **[R]** *(Adopted: 1/11/94, Revised: 6/22/11)*

(a) The loan is not offered to the student-athlete based in any degree on their athletics ability or reputation;

(b) The individual providing the loan is not considered a representative of the institution's athletics interests; and

(c) The relationship between the individual providing the loan and the student-athlete existed before the initiation of the student-athlete's recruitment by the member institution.

**16.11.1.4 Retention of Athletics Apparel and Equipment.** A student-athlete may retain athletics apparel items and used equipment at the end of the individual's collegiate participation. **[R]** *(Revised: 6/22/11, 4/16/19)*

**16.11.1.5 Summer Use of Athletics Equipment.** A student-athlete may retain and use institutional athletics equipment (per the institution's normal equipment policy) during a summer-vacation period.

**16.11.1.6 Research Studies.** A student-athlete may receive compensation for participation in institutional and noninstitutional (e.g., NCAA) research studies. Such compensation shall be consistent with the going rate for compensation offered in studies involving nonathlete populations. The study may not be sponsored or conducted by an institution's athletics department, and compensation may not be provided or determined by the athletics department. There shall be no indication that the student-athlete expressly or implicitly endorses any commercial product or service. **[R]** *(Adopted: 1/10/00, Revised: 10/21/08, 6/22/11)*

**16.11.1.7 Frequent Flyer Miles.** A student-athlete may retain frequent flyer points and/or miles earned while traveling to and from intercollegiate practice and/or competition. *(Adopted: 1/12/04 effective 8/1/04, Revised: 6/22/11)*

**16.11.1.8 Miscellaneous Benefits.** An institution may provide or arrange for the following benefits for a student-athlete: **[R]** *(Adopted: 1/9/06, Revised: 6/22/11, 1/17/15 effective 8/1/15)*

(a) The use of a return ticket at any time after conclusion of a foreign tour;

(b) Participation in receptions and festivities associated with championships, conference tournaments or all-star events hosted by and conducted on the institution's campus;

(c) Telephone calls; *(Revised: 4/16/19)*

(d) Reasonable tokens of support in the event of serious injury, serious illness, or death of a relative or legal guardian (See Bylaw 16.6.1.2 for transportation expenses); *(Revised: 7/23/19)*

(e) Fundraisers for student-athletes (or their family members) under the following conditions: *(Revised: 7/22/14)*

  (1) Extreme circumstances should be extraordinary in the result of events beyond the control of the student-athlete;

  (2) The proceeds must be designated for a specific purpose;

  (3) The proceeds may be given directly to the beneficiaries, with receipt kept on file by the institution, which must include the amount of expenses incurred and the total amount received; and

  (4) The excess proceeds must be given to a not-for-profit organization with the receipt kept on file by the institution.

(f) The payment of admission costs or a meal for any student-athlete being honored at a nonathletics ceremony; and

(g) Apparel to be used for events at which the student-athlete is representing the institution (e.g., community engagement activities, community service activities). *(Revised: 7/22/08)*

## 16.11.2 Nonpermissible.

**16.11.2.1 General Rule.** The student-athlete shall not receive any extra benefit. The term "extra benefit" refers to any special arrangement by an institutional employee or representative of the institution's athletics interests to provide the student-athlete or their relatives or friends with a benefit not expressly authorized by NCAA legislation. **[R]** *(Revised: 6/22/11)*

**16.11.2.2 Discounts and Credits.** A student-athlete may not receive a special discount, payment arrangement or credit on a purchase (e.g., airline ticket, clothing) or a service (e.g., laundry, dry cleaning) from an institutional employee or a representative of its athletics interests. **[R]** *(Revised: 6/22/11)*

**16.11.2.2.1 Free or Reduced-Cost Services.** A representative of the institution's athletics interests may not provide a student-athlete with professional services (for which a fee normally would be charged) without charge or at a reduced cost except as permitted elsewhere in this bylaw. Professional services provided at less than the normal rate or

at no expense to a student-athlete are considered an extra benefit, unless they are available on the same basis to the general student body. **[R]** *(Revised: 6/22/11)*

**16.11.2.2.2 Credit Cards.** It is not permissible to allow a student-athlete to use a credit card for personal reasons without charge or at a reduced cost. **[R]** *(Revised: 1/10/05 effective 8/1/05, 6/22/11)*

**16.11.2.2.3 Entertainment Services.** A student-athlete may not receive services (e.g., movie tickets, dinners, use of car) from commercial agencies (e.g., movie theaters, restaurants, car dealers) without charge or at reduced rates, or free or reduced-cost admission to professional athletics contests from professional sports organizations, unless such services also are available to the student body in general. **[R]** *(Revised: 6/22/11)*

**16.11.2.3 Other Prohibited Benefits.** An institutional employee or representative of the institution's athletics interests may not provide a student-athlete with extra benefits or services, including, but not limited to: **[R]** *(Revised: 6/22/11)*

(a) A loan of money;

(b) A guarantee of bond;

(c) An automobile or the use of an automobile;

(d) Transportation that is not generally available to the institution's students and their friends and relatives (see Bylaw 16.11.1.1); or *(Revised: 1/12/04 effective 8/1/04)*

(e) Signing or cosigning a note with an outside agency to arrange a loan.

**16.11.2.4 Camp Concession.** It is not permissible for a member institution or a member of its athletics department staff conducting a sports camp to permit a student-athlete (enrolled in the institution) to operate, at the student-athlete's own expense, a concession selling items related to or associated with the camp to campers or others in attendance (see Bylaw 13.12.2.3). **[R]** *(Revised: 6/22/11)*

**16.11.2.5 Athletics Equipment.** A student-athlete may not accept free of charge, or purchase at a discounted or reduced price, athletics equipment, supplies or clothing (e.g., tennis racquets, golf clubs, hockey sticks, balls, shirts) from a manufacturer or commercial enterprise, that is not offered to the general student body. Such items may be provided to the student-athlete's institution, to be used by the institution's team in accordance with accepted practices for issuance and retrieval of athletics equipment. **[R]** *(Revised: 1/9/06, 6/22/11)*

**16.11.2.5.1 Exception.** A student-athlete may purchase equipment necessary for practice and competition from a manufacturer at the institution's discounted or reduced rate and retain the equipment, provided: *(Adopted: 8/26/15)*

(a) Such equipment is not otherwise provided to student-athletes by the institution;

(b) The institution certifies the equipment is necessary for practice and competition and not for personal use; and

(c) The institution approves the transaction.

**16.11.2.6 Sponsor Families.** A member institution shall not permit individuals outside the institution to serve as "sponsors" or "families" for student-athletes who are enrolled in the institution, unless such a sponsorship program exists to provide the same benefits and support services to all students at the institution. **[R]** *(Revised: 6/22/11)*

**16.11.2.7 Civic-Group Gifts.** A member institution shall not permit a civic group to provide a student-athlete a trip to a postseason football game or to pay summer-camp expenses for a student-athlete. **[R]** *(Revised: 6/22/11)*

**16.11.2.8 Assistance in Payment of Bills.** A member institution is not permitted to administer a fund for a student-athlete (even if funds are provided by the student-athlete) in order to assist the student-athlete in making payments for various personal expenses (e.g., utility bills, rent, fees and entertainment expenses), unless the institution provides such a service to all students and formal accounting procedures are used. **[R]** *(Adopted: 1/10/92, Revised: 6/22/11)*

## 16.12 Expense Waivers.

**16.12.1 Incidental to Participation.** The Committee for Legislative Relief may approve a member institution's request to provide additional expenses, which may include reasonable local transportation incidental to a student-athlete's participation in intercollegiate athletics. *(Adopted: 1/10/90, Revised: 1/10/95, 12/5/06, 10/21/08)*

**16.12.1.1 Previously Approved Incidental Expenses.** Specific incidental expenses that previously have been approved may be processed by an institution or conference. Documentation of each approval shall be kept on file and made available for examination on request by an authorized representative of the NCAA. *(Adopted: 1/10/00, Revised: 10/21/08, 5/3/21)*

## FIGURE 16-1
### Participation Awards [R]

| Type of Award | Maximum Value of Award | Number of Times Award May Be Received | Permissible Awarding Agencies | Maximum Number of Permissible Awarding Agencies |
|---|---|---|---|---|
| Annual Participation — Underclassmen | $225 | Once per year per sport | Institution | 1 |
| Annual Participation — Senior | $425 | Once per year per sport | Institution | 1 |
| Senior Scholar-Athlete Award | $200 (tangible item) $10,000 (postgraduate scholarship) | Once per year to two graduating seniors | Institution | 1 |
| **Special Event Participation** | | | | |
| • Participation in postseason conference championship contest or tournament | $375* | Once per event | • Institution • Management of event (may include conference office) | 2 |
| • Participation in postseason NCAA championship contest or tournament | Institution — $375 NCAA — No limit | Once per event | • Institution • NCAA | 2 |
| • Participation in all-star game or postseason bowl | $400** | Once per event | • Institution • Management of event | 2 |
| • Participation in other established meets, tournaments and featured individual competition | $400** | Once per event | • Institution • Management of event | 2 |

*The combined value of all awards received for participation in this type of event from the institution and the management of the event may not exceed $375.
**Each permissible awarding agency is subject to a separate $400 limit per award.

## FIGURE 16-2
## Championship Awards [R]

| Type of Award | Maximum Value of Award | Number of Times Award May Be Received | Permissible Awarding Agencies | Maximum Number of Permissible Awarding Agencies |
|---|---|---|---|---|
| National Championship conducted by NCAA | $415* | Once per championship | •Institution**<br>•Conference** | 2 |
| National Championship not conducted by NCAA*** | $415* | Once per championship | •Institution**<br>•Conference** | 2 |
| Conference Championship — regular season | $325# | Once per championship | •Institution**<br>•Conference** | 2 |
| Conference Championship — postseason contest or tournament | $325# | Once per championship | •Institution**<br>•Conference** | 2 |

* Each permissible awarding agency is subject to a separate $415 limit per award.
** Award may be provided by another organization recognized by the institution or conference to act in its place.
*** Applies only to sports or classification divisions in which the NCAA does not conduct championships. Teams must be designated as a "national champion" by a national wire-service poll or the national coaches association in that sport.
# The combined value of both awards shall not exceed $325 if same institution wins conference regular-season and postseason championships.

## FIGURE 16-3
### Special Achievement Awards [R]

| Type of Award | Maximum Value of Award | Number of Times Award May Be Received | Permissible Awarding Agencies | Maximum Number of Permissible Awarding Agencies |
|---|---|---|---|---|
| Special attainments or contribution to team's season (e.g., scholar-athlete, most improved player, most minutes played, most valuable player) | $175 | Once per category of award per year | • Institution<br>• Conference | 2 |
| Most valuable player — special event* | $325** | Once per event | • Institution<br>• Conference<br>• Organization approved by institution or conference | Unlimited |
| Most valuable player — bowl game or all-star contest | $350 | Once per event | Sponsoring entity of all-star contest or postseason bowl | 1 |
| Established regional/national recognition awards (e.g., Wade Trophy, Heisman Trophy, Conference academic award) | $325 | Once per year per award | Management of award program | 1 |
| Trophy recognizing established national award | Unlimited | Once per year | Management of award program | 1 |
| Specialized performance in single contest or during limited time period (e.g., player of the game, player of the week) | $80 | Unlimited | • Institution<br>• Conference<br>• Outside organization (e.g., local business) | Unlimited |
| Hometown award | $80 | Unlimited | Group (other than institution's booster club) located in the student-athlete's home town | Unlimited, other than institution's booster club |
| Recognition of a student-athlete for community engagement achievements | $80 | Unlimited | • Institution<br>• Organization/Entity in the institution's community | Unlimited |
| Conference student-athlete of the year award | $350 | Once per year for one student-athlete in a men's sport and one student-athlete in a women's sport. | Conference | 1 |
| Conference scholar-athlete of the year award | $350 | Once per year for one student-athlete in a men's sport and one student-athlete in a women's sport. | Conference | 1 |
| Student-Athlete Advisory Committee Service Award | Unlimited | Unlimited | • Conference<br>• NCAA | 2 |

*The award recipient must be selected by a recognized organization approved by a member institution or conference.
**Each permissible awarding agency is subject to a separate $325 limit per award. Each awarding agency may provide only a single award for each event to each student-athlete.

BYLAWS, ARTICLE 17

# Playing and Practice Seasons

## 17.01 General Principles.

**17.01.1 Institutional Limitations.** A member institution shall limit its organized practice activities, the length of its playing seasons and the number of its regular-season contests and/or dates of competition in all sports, as well as the extent of its participation in noncollege-sponsored athletics activities, to minimize interference with the academic programs of its student-athletes (see Figure 17-1 and Figure 17-2).

**17.01.2 Health and Safety Oversight.** Preseason practice activities should receive the same institutional health and safety oversight as regular- and postseason activities, consistent with the NCAA health and safety principle of student-athlete well-being and the NCAA Sports Medicine Handbook guideline. In this regard, a member of the institution's sports medicine staff has the unchallengeable authority to cancel or modify the workout for health and safety reasons. *(Adopted: 1/12/04 effective 8/1/04)*

## 17.02 Definitions and Applications.

**17.02.1 Countable Athletically Related Activities.** Countable athletically related activities include any required activity with an athletics purpose, involving student-athletes and at the direction of, or supervised by, any member or members of an institution's coaching staff (including strength and conditioning coaches) and must be counted within the weekly and daily limitations under Bylaws 17.1.6.1, 17.1.6.2 and 17.1.6.3. Administrative activities (e.g., academic meetings, compliance meetings) shall not be considered as countable athletically related activities. [See Bylaw 17.1.6.3.5.1 for further information regarding the exception for summer workouts in fall championship sports (including golf and tennis, for those institutions that conduct the championship segment during the fall).] *(Adopted: 1/10/91 effective 8/1/91, Revised: 1/14/02 effective 8/1/02, 1/10/05, 1/18/14 effective 6/1/14, 1/17/15 effective 6/1/15)*

**17.02.1.1 Exception -- End-of-Season Meetings.** It is permissible to have end-of-season team and individual meetings at any time (e.g., conclusion of a regular academic term, conclusion of the playing season). An end-of-season meeting is not considered a countable athletically related activity provided the meeting does not include any athletically related activities (e.g., watching game film, physical activities). *(Adopted: 4/26/12)*

**17.02.2 Contest.** A contest is any game, match, exhibition, scrimmage or joint practice session with another institution's team, regardless of its formality, in which competition in a sport occurs between an intercollegiate athletics team or individual representing a member institution and any other outside team or individual not representing the intercollegiate athletics program of the same member institution. *(Revised: 1/10/91, 1/12/04)*

**17.02.3 Contest, Countable, Institutional.** A countable contest for a member institution, in those sports for which the limitations are based on the number of contests, is any contest by the member institution against an outside team in that sport, unless a specific exemption for a particular contest is set forth in this bylaw. Contests, including scrimmages, by separate squads of the same team against different outside teams shall each count as one contest.

**17.02.4 Contest, Countable, Individual Student-Athlete.** A countable contest for an individual student-athlete in a sport is any contest in which the student-athlete competes while representing the member institution (see Bylaw 17.02.8) individually or as a member of the varsity, subvarsity or freshman team of the institution in that sport, unless a specific exemption for a particular contest is set forth in this bylaw.

**17.02.5 Date of Competition.** A date of competition is a single date on which any game(s), match(es), meet(s), exhibition(s), scrimmage(s) or joint practice session(s) with another institution's team takes place, regardless of its formality, between an intercollegiate athletics team or individual representing a member institution and any other outside team or individual not representing the intercollegiate athletics program of the same member institution. *(Revised: 1/10/91, 1/12/04)*

**17.02.6 Date of Competition, Countable, Institutional.** A countable date of competition for a member institution, in those sports for which the limitations are based on the number of dates of competition, is a single date on which the institution's team engages in a sport engages in competition in that sport against an outside team, unless a specific exemption for a particular date of competition is set forth in this bylaw.

**17.02.6.1 Required Minimum Number of Student-Athletes.** For individual sports, a member institution shall be considered to have participated in competition that constitutes a date of competition, if the minimum number of student-athletes participating on one or more teams, at one or more sites, on behalf of the institution on that date equals or exceeds

the minimum number established for that sport, unless otherwise restricted in this bylaw for a particular sport (e.g., golf, tennis). (See Bylaw 7.3.1.7.1.3 for listings of minimum numbers of student-athletes per sport.)

**17.02.6.2 Application -- Discretionary Exemptions.** In sports that use dates of competition, an institution's team shall be permitted to compete in and exempt multiple contests against multiple opponents on the same day provided all contests played on a particular date of competition satisfy the requirements of the same discretionary exemption. *(Adopted: 10/22/13)*

**17.02.7 Date of Competition, Countable, Individual Student-Athlete.** A countable date of competition for an individual student-athlete is any date on which a student-athlete competes while representing the institution (see Bylaw 17.02.8) individually or as a member of the varsity, subvarsity or freshman team, unless a specific exemption for a particular date of competition is set forth in this bylaw.

**17.02.8 Intercollegiate Competition.** Intercollegiate competition occurs when a student-athlete in either a two-year or a four-year collegiate institution: *(Revised: 1/10/95, 1/9/06)*

(a) Represents the institution in any contest against outside competition, regardless of how the competition is classified (e.g., scrimmage, exhibition or joint practice session with another institution's team) or whether the student is enrolled in a minimum full-time program of studies; *(Revised: 1/10/91)*

(b) Competes in the uniform of the institution or, during the academic year, uses any apparel (excluding apparel no longer used by the institution) received from the institution that includes institutional identification (see Bylaw 16.11.1.5 for regulations governing the use of equipment during the summer); *(Revised: 1/16/93, 1/11/94, 4/11/06, 4/17/07)*

(c) Competes and receives expenses (e.g., transportation, meals, room or entry fees) from the institution for the competition (See Bylaw 14.7.3.4-(c)-(1) for an exception for medical services for a student-athlete competing unattached); or *(Revised: 7/24/07, 1/26/19)*

(d) Competes in outside competition as a member of a club team at a two-year or four-year collegiate institution, provided the institution sponsors the sport on the varsity level. *(Adopted: 7/24/07)*

**17.02.8.1 Exempted Events.** Participation in events listed in Bylaw 16.8.1.2 are exempted from the application of this legislation. *(Revised: 1/10/92)*

**17.02.9 Male Student-Athletes Practicing With Women's Teams.** A male student-athlete who engages in practice activities with a women's team is subject to all applicable playing and practice seasons regulations set forth in this section (e.g., daily and weekly hour limitations, required days off). *(Adopted: 1/14/08 effective 8/1/08)*

**17.02.10 Outside Competition.** Outside competition is athletics competition against any other outside athletics team (including an alumni team) that does not represent the intercollegiate athletics program of the same institution. *(Revised: 1/12/04)*

**17.02.11 Outside Team.** An outside team is any team that does not represent the intercollegiate athletics program of the member institution or a team that includes individuals other than eligible student-athletes of the member institution (e.g., members of the coaching staff, ineligible student-athletes, members of the faculty).

**17.02.12 Postponed or Canceled Contest Due to Inclement Weather.** A contest that is postponed or canceled due to inclement weather or a comparable factor only counts against an institution's or student-athlete's maximum limitations if the results are considered final under the applicable playing rules of the sport in question. *(Adopted: 10/18/16)*

**17.02.13 Practice Opportunities.** For women's rugby, women's triathlon and men's water polo, in determining the number of practice opportunities to establish the starting date for preseason practice, there shall be counted one for each day beginning with the opening of classes, one for each day classes are not in session in the week of the first scheduled intercollegiate contest and two for each other day in the preseason practice period, except that the institution shall not count any days during the preseason when all institutional dormitories are closed, the institution's team must leave campus, and practice is not conducted. *(Adopted: 1/10/91 effective 8/1/91, Revised: 1/10/92, 4/30/10, 1/18/14 effective 8/1/14)*

**17.02.13.1 Sunday.** Sundays are excluded from the counting. *(Adopted: 1/10/91 effective 8/1/91)*

**17.02.13.2 Week.** The "week" of the first scheduled intercollegiate contest is defined as the six days, excluding Sunday, before the date of competition (even if one or more of the days fall into different traditional calendar weeks). *(Adopted: 1/10/91 effective 8/1/91)*

**17.02.13.3 Opening Day of Classes.** The "opening day of classes" is defined as the first day of classes as listed in the member institution's official catalog. Required freshman orientation is not considered to be the opening day of classes for the academic year. *(Adopted: 1/10/91 effective 8/1/91)*

**17.02.14 Strength and Conditioning Personnel.** Strength and conditioning personnel may monitor voluntary individual workouts (e.g., summer workouts) for safety purposes without considering such supervision as a countable athletically related activity per Bylaw 17.02.1. Although an institution may designate more than one strength and conditioning coach, it is not permissible for an institution to designate a specific strength and conditioning coach for each of the institution's intercollegiate teams. If the strength and conditioning coach is also a coaching staff member for one of the institution's intercollegiate teams, such assistance may be provided only if that staff member performs such duties for more than one of the institution's intercollegiate teams. This exception shall apply during and outside the declared playing and practice season (see Bylaws 17.1.6.1 and 17.1.6.3). [See Bylaw 17.1.6.3.5.1 for further information regarding the exception for summer workouts in fall championship sports (including golf and tennis, for those institutions that conduct the championship segment during the fall).] *(Adopted: 1/14/02 effective 8/1/02, Revised: 4/15/08, 10/21/08, 5/13/11, 1/18/14 effective 6/1/14, 1/17/15 effective 6/1/15, 7/28/15)*

 **17.02.14.1 Strength and Conditioning Coach Certification.** Any individual designated as a strength and conditioning coach by the institution must be certified through a nationally recognized strength and conditioning program. If the institution does not designate a strength and conditioning coach, such certification is required of any individual who conducts strength and conditioning workouts (excluding individuals who conduct conditioning activities related to practice). *(Adopted: 1/16/16 effective 8/1/16)*

**17.02.15 Tryouts -- Enrolled Student.** A member institution may conduct a tryout of a full-time student currently enrolled at the institution only on its campus or at a site at which the institution normally conducts practice or competition during the regular academic year. (See Bylaw 13.11.2.1 for tryout regulations of a prospective student-athlete.) The following conditions shall apply to a tryout of an enrolled student: *(Adopted: 1/13/98 effective 8/1/98, Revised: 1/14/02, 5/13/11, 7/23/13, 4/15/14)*

(a) **One-Tryout Limitation.** Not more than one tryout per student per sport shall be permitted during any academic year;

(b) **Health and Safety Requirements -- Medical Examination and Sickle Cell Solubility Test (SST).** Prior to participation in a tryout, a student is required to undergo a medical examination or evaluation administered or supervised by a physician (e.g., family physician, team physician). The examination or evaluation shall include a sickle cell solubility test (SST), unless documented results of a prior test are provided to the institution. The examination or evaluation must be administered within six months prior to participation in the tryout. The medical examination or evaluation may be conducted by an institution's regular team physician or other designated physician as a part of the tryout; *(Revised: 7/24/07 effective 8/1/07, 1/14/12 effective 8/1/12, 1/22/22 effective 8/1/22)*

(c) **Length of Tryout.** The time of the tryout activities (other than the physical examination) shall be limited to 14 consecutive calendar days from the first date the student engages in countable athletically related activities;

(d) **Time Limits for Tryout.** During the 14-consecutive-calendar-day period of a tryout, an enrolled student shall not exceed the daily and weekly hour limitations as set forth in Bylaws 17.1.6.1 and 17.1.6.3;

(e) **Competition During Tryout.** Competition against the member institution's team (e.g., scrimmage) is permissible, provided such competition occurs during the academic year and is considered a countable athletically related activity per Bylaw 17.02.1; and *(Adopted: 1/14/02)*

(f) **Issuance of Equipment and Clothing.** The institution may provide equipment and clothing on an issuance-and-retrieval basis to a student during the period of the tryout.

**17.02.16 Varsity Intercollegiate Sport.** A varsity intercollegiate sport is a sport that has been accorded that status by the institution's president or chancellor or committee responsible for intercollegiate athletics policy and that satisfies the following conditions: *(Revised: 5/13/11)*

(a) It is a sport that is administered by the department of intercollegiate athletics;

(b) It is a sport for which the eligibility of the student-athletes is reviewed and certified by a staff member designated by the institution's president or chancellor or committee responsible for intercollegiate athletics policy; and *(Revised: 10/3/05)*

(c) It is a sport in which qualified participants receive the institution's official varsity awards.

 **17.02.16.1 Team Sports. [#]** The following are classified as team sports for purposes of this bylaw: *(Revised: 1/17/09 effective 8/1/09, 5/1/15, 1/27/20 effective 8/1/20, 1/14/23 effective 8/1/23)*

| | |
|---|---|
| Acrobatics and Tumbling | Rowing, Women's |
| Baseball | Rugby, Women's |
| Basketball | Soccer |
| Beach Volleyball | Softball |

| | |
|---|---|
| Field Hockey | Stunt |
| Football | Volleyball |
| Ice Hockey, Men's and Women's | Water Polo, Men's and Women's |
| Lacrosse | |

**17.02.16.2 Individual Sports. [#]** The following are classified as individual sports for purposes of this bylaw: *(Revised: 8/7/03, 1/17/09 effective 8/1/09, 1/15/11 effective 8/1/11, 1/18/14 effective 8/1/14, 1/27/20 effective 8/1/20)*

| | |
|---|---|
| Bowling, Women's | Skiing |
| Cross Country | Swimming and Diving |
| Equestrian, Women's | Tennis |
| Fencing | Track and Field, Indoor and Outdoor |
| Golf | Triathlon, Women's |
| Gymnastics | Wrestling, Men's and Women's |
| Rifle | |

**17.02.17 Voluntary Athletically Related Activities.** In order for any athletically related activity to be considered "voluntary," all of the following conditions must be met: *(Adopted: 1/12/04 effective 8/1/04, Revised: 5/13/11)*

(a) The student-athlete must not be required to report back to a coach or other athletics department staff member (e.g., strength coach, trainer, manager) any information related to the activity. In addition, no athletics department staff member who observes the activity (e.g., strength coach, trainer, manager) may report back to the student-athlete's coach any information related to the activity;

(b) The activity must be initiated and requested solely by the student-athlete. Neither the institution nor any athletics department staff member may require the student-athlete to participate in the activity at any time. However, it is permissible for an athletics department staff member to provide information to student-athletes related to available opportunities for participating in voluntary activities (e.g., times when the strength and conditioning coach will be on duty in the weight room or on the track). In addition, for students who have initiated a request to engage in voluntary activities, the institution or an athletics department staff member may assign specific times for student-athletes to use institutional facilities for such purposes and inform the student-athletes of the time in advance;

(c) The student-athlete's attendance and participation in the activity (or lack thereof) may not be recorded for the purposes of reporting such information to coaching staff members or other student-athletes; and

(d) The student-athlete may not be subjected to penalty if they elect not to participate in the activity. In addition, neither the institution nor any athletics department staff member may provide recognition or incentives (e.g., awards) to a student-athlete based on their attendance or performance in the activity.

**17.02.18 Winter Break.** The winter break shall be a seven-consecutive-calendar-day period from December 20 through December 26. When December 20 falls on a Friday, Saturday or Sunday, the winter break shall be a seven-consecutive-calendar-day period that begins on the following Monday. When December 20 falls on a Monday, the winter break shall be a seven-consecutive-calendar-day period that begins on the following Tuesday. During the winter break, a student-athlete may not be employed at institutional camps and clinics, may not participate in any countable athletically related activities and may not participate in any voluntary athletically related activities on campus unless the facility is open to the general student-body. (See Figure 17-4.) *(Adopted: 1/14/12 effective 8/1/12, Revised: 1/26/19)*

# 17.1 General Playing-Season Regulations.

**17.1.1 Playing Season.** The playing (i.e., practice and competition) season for a particular sport is the period of time between the date of an institution's first officially recognized practice session and the date of the institution's last practice session or date of competition, whichever occurs later. An institution is permitted to conduct officially recognized practice and competition each academic year only during the playing season as regulated for each sport in accordance with the provisions of this bylaw. The institution must conduct the same playing season for varsity and subvarsity teams in the same sport. *(Revised: 1/10/92)*

**17.1.1.1 Playing Season -- Athletically Related Activities.** The playing (i.e., practice and competition) season for a particular sport is the only time within which a member institution is permitted to conduct countable athletically related activities (see Bylaw 17.02.1) except as set forth in Bylaw 17.1.6.3. However, coaching staff members may engage in coaching activities with a student-athlete during the student-athlete's participation in events listed in Bylaw 16.8.1.2. *(Adopted: 1/10/91 effective 8/1/91, Revised: 1/10/05 effective 8/1/05)*

**17.1.2 Segments of Playing Season.** For all sports other than football, basketball and track and field, each member institution may divide the playing season into not more than two distinct segments. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 1/13/21 effective 8/1/21)*

**17.1.3 Declaration of Playing Season.** Each member institution shall determine the playing season for each of the sports referenced under Bylaw 17.02.16. Declaration of the institution's playing season in each such sport shall be on file in writing in the department of athletics before the beginning of the institution's playing season for that sport. Changes in the declaration for a particular sport are permissible and also shall be kept on file and shall be available for examination on request by an authorized representative of the NCAA. *(Revised: 1/11/89, 10/22/19)*

**17.1.4 Sports Subject to Segment Limitations.** Playing-season-segment limitations are applicable to all team sports that are listed in Bylaw 17.02.16.1 and all individual sports listed under Bylaw 17.02.16.2. In those sports for which the National Collegiate Championship is the only NCAA championships opportunity (i.e., men's and women's fencing, men's and women's gymnastics, men's and women's rifle, men's and women's skiing, men's volleyball, men's water polo, women's ice hockey, women's water polo, women's bowling, women's beach volleyball), an institution's playing season shall be limited to the same length as Division I institutions, and this limitation shall be implied in all following legislative references affecting the sport. *(Revised: 1/10/91 effective 8/1/91, 1/16/93 effective 8/1/93)*

**17.1.5 Mandatory Medical Examination. [#]** Prior to participation in any practice, competition or out-of-season conditioning activities (or, in Division I, permissible voluntary summer conditioning or individual workouts, or permissible required summer athletic activities in basketball and football), student-athletes who are beginning their initial season of eligibility and students who are trying out for a team shall be required to undergo a medical examination or evaluation administered or supervised by a physician (e.g., family physician, team physician). A nurse practitioner whose state medical licensure allows for health care practice independent of physician supervision may complete the medical examination without supervision by a physician. The examination or evaluation must be administered within six months prior to participation in any practice, competition or out-of-season conditioning activities. In following years, an updated history of the student-athlete's medical condition shall be administered by an institutional medical staff member (e.g., sports medicine staff, team physician) to determine if additional examinations (e.g., physical, cardiovascular, neurological) are required. The updated history must be administered within six months prior to the student-athlete's participation in any practice, competition or out-of-season conditioning activities for the applicable academic year. *(Adopted: 1/8/07 effective 8/1/07, Revised: 5/23/08, 10/19/15)*

    **17.1.5.1 Sickle Cell Solubility Test.** The examination or evaluation of student-athletes who are beginning their initial season of eligibility and students who are trying out for a team shall include a sickle cell solubility test (SST), unless documented results of a prior test are provided to the institution. *(Adopted: 1/14/12 effective 8/1/12, Revised: 1/22/22 effective 8/1/22)*

    **17.1.5.2 Mandatory Medical Examination Prior to Participation in Voluntary Athletically Related Activity.** Prospective and current student-athletes must satisfy the mandatory medical examination requirements in Bylaws 17.1.5 and 17.1.5.1 prior to participation in permissible voluntary summer conditioning workouts conducted on campus or by institutional strength and conditioning personnel, voluntary individual workouts sessions in individual sports or voluntary individual workouts pursuant to the sport-specific safety exceptions. A returning student-athlete will be considered to have satisfied the mandatory medical examination or updated medical history requirement for voluntary workouts occurring in the summer, provided the student-athlete has a medical examination or updated medical history on file from the prior academic year. *(Adopted: 1/15/15, Revised: 7/28/15, 10/19/15)*

**17.1.6 Time Limits for Athletically Related Activities.** In all sports, the following time limitations shall apply: *(Adopted: 1/10/91 effective 8/1/91)*

    **17.1.6.1 Daily and Weekly Hour Limitations -- Playing Season.** A student-athlete's participation in countable athletically related activities (see Bylaw 17.02.1) shall be limited to a maximum of four hours per day and 20 hours per week. *(Adopted: 1/10/91 effective 8/1/91)*

        **17.1.6.1.1 Golf Practice -- Round Exception.** A practice round of golf may exceed the four-hours-per-day limitation, but the weekly limit of 20 hours shall remain in effect. A practice round played on the day before the start of an intercollegiate golf tournament at the tournament site shall count as three hours, regardless of the actual duration of the round. *(Adopted: 1/10/91 effective 8/1/91, Revised: 1/16/93)*

    **17.1.6.2 Daily and Weekly Hour Limitations - Nonchampionship Segment.** During the nonchampionship segment, a student-athlete's participation in countable athletically related activities (see Bylaw 17.02.1) shall be limited to a maximum of four hours per day and 15 hours per week. *(Adopted: 1/21/17 effective 8/1/17)*

        **17.1.6.2.1 Exception - Golf and Tennis.** In golf and tennis, during the nonchampionship segment, a student-athlete's participation in countable athletically related activities (see Bylaw 17.02.1) shall be limited to a maximum of

four hours per day and 20 hours per week. A practice round of golf may exceed the four-hours-per-day limitation, but the weekly limit of 20 hours shall remain in effect. A practice round played on the day before the start of an intercollegiate golf tournament at the tournament site shall count as three hours, regardless of the actual duration of the round. *(Adopted: 1/21/17 effective 8/1/17, Revised: 8/22/17)*

**17.1.6.3 Weekly Hour Limitations -- Outside of Playing Season.**

**17.1.6.3.1 Sports Other Than Football.** In sports other than football, outside of the playing season during the academic year, only a student-athlete's participation in weight training, conditioning and/or team activities shall be permitted, as follows: *(Adopted: 1/10/91 effective 8/1/91, Revised: 1/10/95 effective 8/1/95, 1/14/97 effective 8/1/97, 1/14/02 effective 8/1/02, 1/14/08 effective 8/1/08, 4/15/08, 1/15/11 effective 8/1/11, 9/12/17)*

(a) In winter championship sports, a student-athlete's participation in weight training, conditioning and/or team activities shall be limited to a maximum of eight hours per week, of which not more than four hours per week may be spent on team activities, as follows: *(Adopted: 1/15/11 effective 8/1/11, Revised: 7/26/11, 9/12/17, 1/28/19 effective 8/1/19, 1/27/20 effective 8/1/20)*

(1) In basketball, from September 7 or the institution's fourth day of classes for the fall term, whichever is earlier, through 35 calendar days before the date of the institution's first regular-season contest. *(Revised: 1/14/23 effective 8/1/23)*

(2) In swimming and diving and track and field, from September 7 or the institution's fourth day of classes for the fall term, whichever is earlier, through the institution's declared start date of practice.

(3) In men's and women's wrestling, from September 7 or the institution's fourth day of classes for the fall term, whichever is earlier, through the day before October 10.

(b) In spring championship sports, from September 7 or the institution's fourth day of classes for the fall term, whichever is earlier, through the day before the institution's declared start date of the nonchampionship segment, a student-athlete's participation in weight training, conditioning and/or team activities shall be limited to a maximum of eight hours per week, of which not more than four hours per week may be spent on team activities; *(Adopted: 7/26/11, Revised: 9/12/17, 1/28/19 effective 8/1/19)*

(c) In fall championship sports, from the institution's fourth day of classes for the second term of the academic year (e.g., winter quarter, spring semester) through the day before the institution's declared start date of the nonchampionship segment, a student-athlete's participation in weight training, conditioning and/or team activities shall be limited to a maximum of eight hours per week, of which not more than four hours per week may be spent on team activities; *(Adopted: 1/15/11 effective 8/1/11, Revised: 1/17/15 effective 8/1/15, 9/12/17, 1/28/19 effective 8/1/19, 1/27/20 effective 8/1/20)*

(d) In National Collegiate Championships sports, from the beginning of the institution's academic year through the day before the institution's declared start date of practice, a student-athlete's participation in weight training, conditioning and/or team activities shall be limited to a maximum of eight hours per week, of which not more than four hours may be spent on team activities; and *(Revised: 9/12/17, 1/28/19 effective 8/1/19)*

(e) Following the institution's final contest or date of competition in the segment that concludes with the NCAA championship, a student-athlete is prohibited from engaging in countable athletically related activities for a 14-consecutive-calendar-day period. Between the end of the 14-consecutive-calendar-day break period or the end of the nonchampionship segment, and one week prior to the beginning of the institution's final examination period, a student-athlete's participation in weight training, conditioning and/or team activities shall be limited to a maximum of eight hours per week, of which not more than four hours per week may be spent on team activities. For the first permissible date of activities outside of the playing season, refer to the sport-specific legislation. *(Adopted: 1/15/11 effective 8/1/11, Revised: 1/19/13 effective 8/1/13, 1/17/15 effective 8/1/15, 9/12/17, 1/28/19 effective 8/1/19)*

For the first permissible date of activities outside of the playing season, refer to the sport-specific legislation.

**17.1.6.3.1.1 Exception -- Elite Athlete Training.** A student-athlete who has been designated by the U.S. Olympic and Paralympic Committee and the sport-affiliated national governing body (or the international equivalent) as an elite athlete may participate in an individual workout session conducted by a coaching staff member without such activity being considered countable athletically related activity, provided the workout is initiated by the student-athlete and they do not miss class. *(Adopted: 5/4/20)*

**17.1.6.3.2 Football.** In football, outside of the playing season during the academic year, only a student-athlete's participation in weight training, conditioning, individual skill instruction and review of game film shall be permitted, as follows: *(Adopted: 1/15/11 effective 8/1/11, Revised: 1/16/16, 7/19/16)*

(a) A student-athlete's participation in such activities shall be limited to a maximum of eight hours per week, of which not more than two hours per week may be spent on review of game film and individual skill instruction;

(b) During the institution's second term of the academic year (e.g., winter quarter, spring semester), a student-athlete's participation may not begin until the fourth day of classes; *(Adopted: 1/27/20 effective 8/1/20)*

(c) During individual skill instruction, the use of footballs and field equipment (e.g., shields, bags) is permissible; however, the use of protective equipment (e.g., helmets, shoulder pads) is not permissible; and *(Revised: 1/21/17 effective 8/1/17, 1/22/22)*

(d) Following the institution's final contest in the segment that concludes with the NCAA championship, a student-athlete is prohibited from engaging in countable athletically related activities for a 14-consecutive-calendar-day period.

See Bylaw 17.11.6 for the first permissible date of nonchampionship segment practice sessions. *(Adopted: 7/19/16)*

**17.1.6.3.3 Conditioning Activities.** Conditioning drills, as permitted in Bylaws 17.1.6.3.1 and 17.1.6.3.2, that simulate game activities are permissible, provided no offensive or defensive alignments are set up and no equipment related to the sport is used. In ice hockey, a student-athlete may be involved in on-ice conditioning activities and use protective equipment (e.g., pads, helmets, sticks), provided no puck, projectile or other similar object is used. In swimming and diving, a student-athlete may be involved with in-pool conditioning activities and swimming-specific equipment (e.g., starting blocks, kickboards, pull buoys) may be used. *(Adopted: 1/11/94, Revised: 1/9/06 effective 8/1/06, 1/15/11 effective 8/1/11, 1/14/15, 10/19/15)*

**17.1.6.3.4 Institutional Final Exam Period.** All countable athletically related activities outside the playing season are prohibited one week prior to the beginning of the institution's final examination period through the conclusion of the institution's final examinations. Participation in voluntary individual workouts monitored by strength and conditioning personnel for safety purposes per Bylaw 17.02.14 shall not count against the weekly hour limitation. *(Adopted: 1/15/11 effective 8/1/11)*

**17.1.6.3.5 Institutional Vacation Period.** A student-athlete may not participate in any countable athletically related activities outside the playing season during any institutional vacation period (e.g., summer, academic year). *(Adopted: 4/15/08)*

**17.1.6.3.5.1 Exception - Fall Championships Sports.** In fall championship sports (including golf and tennis, for those institutions that conduct the championship segment during the fall), beginning June 1 through the conclusion of an institution's summer vacation period, a student-athlete may participate in workouts designed and conducted by the institution's strength and conditioning personnel, provided such workouts are voluntary and conducted at the request of the student-athlete. Strength and conditioning personnel who conduct such workouts must perform strength and conditioning duties for more than one of the institution's intercollegiate teams during the academic year, must be certified through a national strength and conditioning program and must maintain current certification in first aid, cardiopulmonary resuscitation (CPR) and automatic external defibrillator (AED) use. *(Adopted: 1/18/14 effective 6/1/14, Revised: 1/17/15 effective 6/1/15)*

**17.1.6.3.5.2 Exception -- Individual Sports.** In individual sports, a student-athlete may participate in individual workout-sessions with a member of the coaching staff during any institutional vacation period and/or the summer, provided such workouts are voluntary and the request for such assistance is initiated by the student-athlete (See sport-specific Bylaw 17 legislation). *(Adopted: 5/26/20)*

**17.1.6.3.6 Exception -- Alternate Playing Season -- Golf and Tennis.** In golf and tennis, an institution that conducts its championship segment during the fall term must discontinue practice at the conclusion of its nonchampionship segment (designated 60- or 75-consecutive-calendar-day period). Such a team may resume practice the day following the conclusion of the institution's final examination period for the applicable academic term or 10 consecutive calendar days before the start of the championship, whichever is earlier, provided the institution has reasonable belief that it is under consideration for selection to participate in an NCAA, NCCAA or NAIA championship event. (See Bylaws 17.12.5.1 and 17.24.5.1.) *(Adopted: 1/17/09, Revised: 1/16/10 effective 8/1/10, 1/21/17 effective 8/1/17)*

**17.1.6.4 Computation and Recording of Hour Limitations.**

**17.1.6.4.1 Definition of Day.** A "day" shall be defined as a calendar day (i.e., 12:01 a.m. to midnight). *(Adopted: 1/10/91 effective 8/1/91)*

**17.1.6.4.2 Competition Day.** All competition (except exempted scrimmages and exhibitions) and any associated athletically related activities on the day of competition shall count as three hours regardless of the actual duration of these activities. *(Revised: 1/13/03, 5/3/16)*

**17.1.6.4.2.1 Exempted Scrimmages and Exhibitions.** Scrimmages and exhibitions exempted (per Bylaw 17 in the applicable sport) against outside competition shall count as the actual duration but may not exceed four hours per day. Activities associated with participation in exempted scrimmages and exhibitions (e.g., travel, warm-ups, breaks between contests) shall not count against the time limitations on such competition. *(Adopted: 1/13/03, Revised: 5/3/16)*

**17.1.6.4.2.2 Practice Prohibited After Competition.** Practice may not be conducted at any time (including vacation periods) after competition, except between contests, rounds or events during a multiday or multievent competition (e.g., double-headers in softball or baseball, rounds of golf in a multiday tournament). *(Adopted: 1/10/91 effective 8/1/91, Revised: 1/10/92)*

**17.1.6.4.3 Definition of Week.** A "week" shall be defined as any seven consecutive days to be determined at the institution's discretion. Once the institution determines the seven-day period that shall constitute its week, it shall not change that designation for the remainder of the segment. *(Adopted: 1/11/94)*

**17.1.6.4.4 Hour-Limitation Record.** Countable hours must be recorded on a daily basis for each student-athlete regardless of whether the student-athlete is participating in an individual or team sport. Any countable individual or group athletically related activity must count against the time limitation for each student-athlete who participates in the activity but does not count against time limitations for other team members who do not participate in the activity. *(Adopted: 1/10/91 effective 8/1/91)*

**17.1.6.4.5 Preseason Practice.** Daily and weekly hour limitations do not apply to countable athletically related activities occurring during preseason practice before the first day of classes or the first scheduled contest, whichever is earlier. (See Bylaws 17.7.2.2, 17.10.2.2, 17.11.3.3, 17.11.3.4, 17.12.5.1.1, 17.20.2.2, 17.24.5.1.1 and 17.27.2.2.2 for sport-specific limitations.) *(Adopted: 1/10/91 effective 8/1/91, Revised: 1/16/10 effective 8/1/10)*

**17.1.6.4.6 Vacation Periods and Between Terms.** Daily and weekly hour limitations do not apply to countable athletically related activities occurring during an institution's official vacation period, as listed in the institution's official calendar, and during the academic year between terms when classes are not in session. If such vacation periods occur during any part of a week in which classes are in session, the institution is subject to the daily and weekly hour limitations during the portion of the week when classes are in session and must provide the student-athletes with a day off (see Bylaw 17.1.6.5), which may be a vacation day. *(Adopted: 1/10/91 effective 8/1/91, Revised: 1/10/92)*

**17.1.6.4.7 Final-Examination Periods.** Daily and weekly hour limitations apply to countable athletically related activities during final-examination periods and to all official preparatory periods leading to final-examination periods. *(Adopted: 1/10/91 effective 8/1/91)*

**17.1.6.4.8 Multisport Participants.** Student-athletes participating in two or more sports are limited to a maximum of four hours per day and 20 hours per week. Playing-season and outside-of-playing-season restrictions do not apply separately for multisport participants. *(Adopted: 1/14/02 effective 8/1/02)*

**17.1.6.5 Required Day Off -- Playing Season.** During the playing season, all countable athletically related activities (per Bylaw 17.02.1) shall be prohibited during one calendar day per week, except during participation in one conference and postseason championship and any postseason bowl games or National Invitation Tournaments, and during participation in NCAA championships. *(Adopted: 1/10/91 effective 8/1/91, Revised: 1/11/94, 1/10/95, 1/9/96, 10/22/13)*

**17.1.6.5.1 Travel Day.** A travel day related to athletics participation may be considered as a day off, provided no countable athletically related activities (see Bylaw 17.02.1) occur during that day. *(Adopted: 1/10/91 effective 8/1/91)*

**17.1.6.5.2 Canceled Competition.** When an institution's competition is canceled before the start of competition or canceled before the competition being considered a completed event in accordance with the playing rules of that sport, an institution may use that day as its required day off, provided the institution does not engage in any further countable athletically related activities during that day. *(Adopted: 1/16/93)*

**17.1.6.5.3 Preseason Practice.** An institution is not required to provide student-athletes with one day off per week during preseason practice that occurs before the first day of classes or the first scheduled contest, whichever is earlier (See Bylaw 17.11.3.2 for football required days off during the preseason). *(Adopted: 1/10/92)*

**17.1.6.5.4 Vacation Period.** It is permissible to use a vacation day to satisfy the day-off-per-week requirement. *(Adopted: 1/10/92)*

**17.1.6.5.5 Non-NCAA Postseason Championship.** The one-day-off-per-week requirement is applicable to a non-NCAA postseason championship (e.g., national governing body championship), unless the event is open only to collegiate teams or collegiate competitors. *(Adopted: 1/9/96)*

**17.1.6.5.6 Multiple Conference Championships.** An institution that participates in multiple conference championships is not subject to the one-day-off-per-week requirement in the one conference championship that it exempts from its maximum contest limitations. *(Adopted: 1/9/96)*

**17.1.6.6 Required Days Off -- Nonchampionship Segment.** During the nonchampionship segment, all countable athletically related activities (per Bylaw 17.02.1) shall be prohibited during two calendar days per week. *(Adopted: 1/21/17 effective 8/1/17)*

**17.1.6.7 Required Days Off -- Outside the Playing Season.** Outside the playing season, during the academic year, all countable athletically related activities (per Bylaw 17.02.1) shall be prohibited during two calendar days per week. *(Adopted: 1/10/05 effective 8/1/05)*

**17.1.6.8 Required Day Off -- Civic Engagement.** All countable athletically related activities (per Bylaw 17.02.1) shall be prohibited on the Tuesday after the first Monday in November. *(Adopted: 1/22/22 effective 8/1/22)*

**17.1.6.9 Additional Restrictions.**

**17.1.6.9.1 No Class Time Missed for Practice Activities.** No class time shall be missed at any time (e.g., regular academic term, mini term, summer term) for practice activities except when a team is traveling to an away-from-home contest and the practice is in conjunction with the contest. *(Adopted: 1/10/91 effective 8/1/91, Revised: 10/18/11)*

**17.1.6.9.1.1 Exception -- Championship Practice.** Student-athletes from the team representing the host institution at a conference or NCAA championship, shall be permitted to miss class time to attend practice activities in conjunction with the event. *(Adopted: 7/20/10)*

**17.1.6.9.2 No Class Time Missed for Competition in Nonchampionship Segment -- Team Sports.** In team sports (per Bylaw 17.02.16.1), no class time shall be missed for competition, including activities associated with such competition (e.g., travel and other pregame or postgame activities), conducted during the nonchampionship segment. *(Adopted: 1/14/02 effective 8/1/02, Revised: 1/13/03)*

**17.1.6.9.2.1 Exception -- National Collegiate Championship.** There is no missed-class-time restriction for competition during the nonchampionship segment in those sports for which the National Collegiate Championship is the only NCAA championship opportunity. *(Revised: 1/12/04)*

**17.1.6.9.2.2 Exception -- Nonchampionship Segment Travel to/from Alaska, Hawaii, Puerto Rico or Canada.** Once every four years, student-athletes on a team sport may miss class time for competition in Alaska, Hawaii, Puerto Rico or Canada against active member institutions located in those areas. In addition, student-athletes on teams from institutions located in Alaska, Hawaii, Puerto Rico or Canada may miss class time for competition during the nonchampionship segment once every four years. *(Adopted: 1/21/17 effective 8/1/17)*

**17.1.6.9.3 Winter Break.**

**17.1.6.9.3.1 Voluntary Athletically Related Activities.** A student-athlete shall not participate in any voluntary athletically related activities on campus during the winter break (see Bylaw 17.02.18), unless the facility is open to the general student-body. *(Revised: 1/13/10 effective 8/1/10, Adopted: 1/16/10 effective 8/1/10 however, contracts signed before 8/6/09 for contests or dates of competition occurring between 12/20/10 and 12/26/10 may be honored, 1/14/12 effective 8/1/12)*

**17.1.6.9.3.2 Transportation During the Winter Break.** An institution shall not provide transportation in conjunction with away-from-home competition during the winter break. *(Adopted: 1/13/10 effective 8/1/10, Revised: 1/14/12 effective 8/1/12)*

**17.1.6.9.3.2.1 Exception -- Travel on the First Day of the Winter Break.** An institution may travel on the first day of the winter break after an away-from-home competition, provided that it is the earliest practical opportunity to return to campus. *(Adopted: 8/5/10, Revised: 1/14/12 effective 8/1/12)*

**17.1.7 General Regulations for Computing Playing Seasons Applicable to All Sports.** *(Revised: 1/10/91 effective 8/1/91, 10/16/12)*

(a) **NCAA, NCCAA or NAIA Championships Participation in Team Sports.** Neither practice for nor participation in any NCAA, NCCAA or NAIA championship event (including play-in contests conducted before NCAA championships) is considered part of the institution's declared playing season. A member institution that has reason to believe it is under consideration for selection to participate in an NCAA, NCCAA or NAIA championship event may continue to practice (but may not compete against outside competition) beyond its last regular-season contest, including the conference championship (if any), without counting such practice against the institution's declared playing-season limitation, until it is determined by the appropriate committee whether the institution will be selected to participate in the championship competition. A member institution may engage in regular-season competition between its conference championship and

NCAA championship selection, provided the institution has time remaining in its declared playing season and the institution has not participated in the maximum number of contests or dates of competition. An institution that is not selected to participate in the championship or an institution that is eliminated from the championship may not continue to practice or compete; *(Revised: 4/27/06, 7/20/10, 10/16/12)*

(b) **NCAA Championships Participation in Individual Sports.** Only appropriate squad members considered necessary for effective practice by the individual(s) preparing for the NCAA championships may continue to practice without counting such practice against the institution's declared playing-season limitation. An individual or a member institution's team in an individual sport may engage in regular-season competition between its conference championship and NCAA championship selection, provided the institution has time remaining in its declared playing season and the institution has not participated in the maximum number of contests or dates of competition. An individual who is not selected to participate in the championship or an individual who is eliminated from the championship, and the squad member(s) considered necessary for effective practice by the individual(s) preparing for the NCAA championships, may not continue to practice or compete (see Bylaw 17.1.6.3.6 for application to alternate playing seasons in golf and tennis); *(Revised: 1/17/09, 7/20/10, 10/16/12)*

   (1) **Exception -- PGA WORKS Collegiate Championship.** An individual golf student-athlete or a member institution's golf team may participate in the PGA WORKS Collegiate Championship after NCAA championship selection has occurred provided the student-athlete and/or the institution has not yet participated in the maximum number of contests or dates of competition permissible per Bylaw 17. *(Adopted: 1/15/14)*

(c) **Post-NCAA Championships Participation.** Following the conclusion of an NCAA (or NAIA) championship in a sport, an institution may resume practice and/or competition in the sport, provided it is continuing its permissible playing season in the sport and provided the activity occurs during the academic year. An institution in the joint-declaration program may participate in the championship for which the institution declared, even when the championship occurs outside the permissible NCAA playing season. Institutions in the joint-declaration program must abide by all other NCAA regulations for all sports, including the length of the playing season. *(Revised: 10/18/11)*

(d) **Conference Championships.** Conference championships must be included within the institution's playing season;

(e) **Non-NCAA Postseason Championships Participation.** Practice and/or competition in non-NCAA (or non-NAIA) postseason championships (e.g., an invitational tournament scheduled after a conference championship) must be counted against the institution's declared playing-season limitation; except that practice and competition for one postseason championship in each non-NCAA championship sport used for sports sponsorship purposes pursuant to Bylaw 7.3.1.7, practice and competition for one recognized national intercollegiate championship event in an emerging sport for women pursuant to Bylaw 7.02.2 and practice for and competition in the USA Gymnastics Collegiate National Championship are exempt from the institution's declared playing-season limitation; and *(Revised: 1/16/93, 1/11/94, 1/12/99, 1/10/05, 4/12/11)*

(f) **Foreign Tours.** Participation by a member institution on a certified foreign tour (see Bylaw 17.32) need not be included within the institution's declared playing-season limitation in the sport.

### 17.1.8 Contest and Segment Limitations.

   **17.1.8.1 Combining Segments.** In those sports that have different contest limitations in the segment concluding with the NCAA championship and the other segment, a member institution that conducts a single continuous segment in a sport (rather than dividing its playing season for that sport into two distinct segments as permitted in Bylaw 17.1.2) shall be limited to the number of contests or dates of competition permitted only for the segment that concludes with the NCAA championship.

### 17.1.9 Use of Tobacco Products. 
The use of tobacco products by a student-athlete is prohibited during practice and competition. A student-athlete who uses tobacco products during a practice or competition shall be disqualified for the remainder of that practice or competition. *(Adopted: 1/11/94 effective 8/1/94)*

## 17.2 Acrobatics and Tumbling. *(Adopted: 1/27/20 effective 8/1/20)*

Regulations for computing the acrobatics and tumbling playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1 and Figure 17-2.)

### 17.2.1 Length of Playing Season. 
The length of an institution's playing season in acrobatics and tumbling shall be limited to a 144-day season, which may consist of two segments (each consisting of consecutive days) and which may exclude only required off days per Bylaw 17.1.6.5 and official vacation, holiday and final-examination periods during which no practice or competition shall occur. *(Adopted: 1/27/20 effective 8/1/20)*

**17.2.2 Preseason Practice.** A member institution shall not commence practice sessions in acrobatics and tumbling prior to September 7 or the institution's fourth day of classes for the fall term (as set forth in its catalog, counting Monday through Friday only), whichever is earlier. *(Adopted: 1/27/20 effective 8/1/20)*

**17.2.3 First Date of Competition.** A member institution shall not engage in its first date of competition (meet or practice meet) with outside competition in acrobatics and tumbling prior to February 1. *(Adopted: 1/27/20 effective 8/1/20)*

**17.2.4 End of Regular Playing Season.** A member institution shall conclude all practice and competition (meets and practice meets) in acrobatics and tumbling by the conclusion of the National Collegiate Acrobatics and Tumbling Association National Championships (see Bylaw 17.1.7 for additional regulations regarding the end date of practice and competition). *(Adopted: 1/27/20 effective 8/1/20)*

**17.2.5 Number of Dates of Competition.** *(Adopted: 1/27/20 effective 8/1/20)*

**17.2.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition in acrobatics and tumbling to 12 dates of competition, which may include not more than two tri-meets, except for those dates of competition excluded under Bylaws 17.2.5.3, 17.2.5.4 and 17.2.5.5. *(Adopted: 1/27/20 effective 8/1/20)*

**17.2.5.1.1 In-Season Foreign Competition.** A member institution may play one or more of its countable dates of competition in acrobatics and tumbling in one or more foreign countries on one trip during the prescribed playing season. However, except for contests played in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years. *(Adopted: 1/27/20 effective 8/1/20)*

**17.2.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in not more than 12 dates of competition, which may include not more than two tri-meets. This limitation includes those dates of competition in which the student represents the institution in accordance with Bylaw 17.02.8, except for those dates of competition excluded under Bylaws 17.2.5.3, 17.2.5.4 and 17.2.5.5. *(Adopted: 1/27/20 effective 8/1/20)*

**17.2.5.3 Annual Exemptions.** The maximum number of dates of competition in acrobatics and tumbling shall exclude the following: *(Adopted: 1/27/20 effective 8/1/20)*

(a) **Conference Championship.** Competition in one conference championship in acrobatics and tumbling; *(Adopted: 1/27/20 effective 8/1/20)*

(b) **Season-Ending Championship.** Competition in one season-ending tournament (e.g., National Collegiate Acrobatics and Tumbling Association National Championship). A season-ending tournament involves competition after the end of the regular season between teams that are not identified until the close of the regular season; *(Adopted: 1/27/20 effective 8/1/20)*

(c) **Alumni Meet.** One date of competition with an alumni team of the institution; *(Adopted: 1/27/20 effective 8/1/20)*

(d) **Hawaii, Alaska, Puerto Rico, Canada.** Any dates of competition played in Hawaii, Alaska, Puerto Rico or Canada, respectively, either against or under the sponsorship of an active member institution located in Hawaii, Alaska, Puerto Rico or Canada, by a member institution located outside those locales; *(Adopted: 1/27/20 effective 8/1/20)*

(e) **Fundraising Activity.** Any activities in which student-athletes from more than one of the institution's athletics teams participate (or in individual sports per Bylaw 17.02.16.2, in which team members of that sport participate) with and against alumni and friends of the institution, the purpose of which is to raise funds to benefit the institution's athletics or other programs, provided the student-athletes do not miss class as a result of their participation; *(Adopted: 1/27/20 effective 8/1/20)*

(f) **Celebrity Sports Activity.** Competition involving a maximum of two student-athletes from a member institution's team who participate in local celebrity activities in acrobatics and tumbling conducted for the purpose of raising funds for charitable organizations, provided: *(Adopted: 1/27/20 effective 8/1/20)*

(1) The student-athletes do not miss class as a result of the participation; and *(Adopted: 1/27/20 effective 8/1/20)*

(2) The involvement of the student-athletes has the approval of the institution's athletics director; and *(Adopted: 1/27/20 effective 8/1/20)*

(g) **U.S. National Team.** One date of competition against a U.S. national team as selected by the appropriate national governing body in that sport. *(Adopted: 1/27/20 effective 8/1/20)*

**17.2.5.4 Discretionary Exemptions.** The following may be exempted from an institution's maximum number of dates of competition in acrobatics and tumbling each year. An institution may exempt not more than three from this list annually: *(Adopted: 1/27/20 effective 8/1/20)*

(a) **Foreign Team in United States.** A date of competition against a foreign team in the United States played in the facility in which the member institution regularly plays its home dates of competition; *(Adopted: 1/27/20 effective 8/1/20)*

(b) **Non-Division II Four-Year Collegiate Institution.** An exhibition date of competition against non-Division II four-year collegiate institution(s); or *(Adopted: 1/27/20 effective 8/1/20)*

(c) **Scrimmages.** A scrimmage with outside competition, provided the scrimmage is conducted without official scoring. *(Adopted: 1/27/20 effective 8/1/20)*

**17.2.5.4.1 Official Scoring.** For purposes of Bylaw 17.2.5.4-(c), official scoring has occurred when either institution participating in the scrimmage satisfies either of the following conditions: *(Adopted: 1/27/20 effective 8/1/20)*

(a) The signing of a scorebook by an official; or *(Adopted: 1/27/20 effective 8/1/20)*

(b) The score is used for individual or seasonal statistics. *(Adopted: 1/27/20 effective 8/1/20)*

**17.2.5.5 Once-in-Four Years Exemption -- Foreign Tours.** An institution may exempt the dates of competition played on a foreign tour, provided the tour occurs only once in a four-year period and is conducted in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 1/27/20 effective 8/1/20)*

**17.2.6 Out-of-Season Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the institution's declared playing season per Bylaw 17.2.1, except as permitted in Bylaw 17.1.6.3. *(Adopted: 1/27/20 effective 8/1/20)*

**17.2.6.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations approved by the Management Council. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Adopted: 1/27/20 effective 8/1/20)*

**17.2.6.1.1 Vacation Period and Summer-Workout Sessions.** A coach may participate in individual-workout sessions with student-athletes from the coach's team during any institutional vacation period and/or the summer, provided the request for such assistance is initiated by the student-athlete. *(Adopted: 1/27/20 effective 8/1/20)*

**17.2.7 Safety Exception.** A coach may be present during voluntary individual workouts in the institution's regular practice facility (without the workouts being considered as countable athletically related activities) when the student-athlete is engaged in acrobatics and tumbling. The coach may provide safety or skill instruction but cannot conduct the individual's workouts. *(Adopted: 1/27/20 effective 8/1/20)*

**17.2.8 Camps and Clinics.** There are no limits on the number of student-athletes in acrobatics and tumbling who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Adopted: 1/27/20 effective 8/1/20)*

**17.2.9 Other Restrictions.** *(Adopted: 1/27/20 effective 8/1/20)*

**17.2.9.1 Noncollegiate, Amateur Competition.** *(Adopted: 1/27/20 effective 8/1/20)*

**17.2.9.1.1 In Season.** A student-athlete shall be denied eligibility for intercollegiate acrobatics and tumbling competition for the remainder of the season if, after enrollment in college and during any year in which the student-athlete is a member of an intercollegiate acrobatics and tumbling squad or team, they compete or have competed as a member of any outside acrobatics and tumbling team in any noncollegiate, amateur competition (e.g., team invitational meets, exhibition meets or other activity) during the institution's intercollegiate acrobatics and tumbling season (see Bylaw 14.7.5 for exceptions and waivers). *(Adopted: 1/27/20 effective 8/1/20)*

**17.2.9.1.2 Out of Season.** There are no limits on the number of student-athletes from the same member institution with eligibility remaining in intercollegiate acrobatics and tumbling who may practice or compete out of season on an outside, amateur acrobatics and tumbling team. *(Adopted: 1/27/20 effective 8/1/20)*

**17.2.9.1.2.1 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) during the academic year (including vacation periods during the academic year) with an outside team that involves any student-athlete with eligibility remaining from the institution's acrobatics and tumbling team except as provided under Bylaws 14.7.5, 16.8.1.2.1 and 17.32. *(Adopted: 1/27/20 effective 8/1/20)*

**17.2.9.1.2.2 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and

national team development programs. Such programs may also include a coach and student-athlete from the same institution. *(Adopted: 1/27/20 effective 8/1/20)*

**17.2.9.2 Equipment Issue, Squad Pictures.** It shall be permissible to designate a single date for issuing acrobatics and tumbling equipment and for taking squad pictures after the beginning of the fall term or the day before the beginning of a segment as specified in Bylaw 17.2.2. *(Adopted: 1/27/20 effective 8/1/20)*

**17.2.9.2.1 Exception for Sundays.** If the day before the beginning of a segment is a Sunday, the member institution may designate the preceding Saturday for issuing equipment and taking squad pictures. *(Adopted: 1/27/20 effective 8/1/20)*

## 17.3 Baseball.

Regulations for computing the baseball playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1 and Figure 17-2.)

**17.3.1 Length of Playing Season -- Championship and Nonchampionship Segments.** The length of an institution's playing season for both segments in baseball shall be limited by the dates and regulations set forth in the remainder of this section. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 1/14/02 effective 8/1/02)*

**17.3.2 First Date of Practice -- Championship Segment.** A member institution shall not commence practice sessions in baseball in the championship segment before January 10 or the first day of classes, whichever is earlier. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/14/02 effective 8/1/02)*

**17.3.3 First Contest -- Championship Segment.** A member institution shall not engage in its first contest with outside competition in the championship segment before February 1. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/14/02 effective 8/1/02, 1/14/12 effective 8/1/12)*

**17.3.3.1 Exception -- February 1 on a Saturday, Sunday or Monday.** When February 1 falls on a Saturday, Sunday or Monday, a member institution shall not engage in its first contest with outside competition in the championship segment before the Friday preceding February 1. *(Adopted: 1/17/15)*

**17.3.3.2 Exceptions.** The following baseball contests (games or scrimmages) may be played at any time during the baseball playing and practice season. *(Adopted: 1/14/12 effective 8/1/12)*

(a) Alumni game [see Bylaw 17.3.7.3-(d)];

(b) Fundraising activity [see Bylaw 17.3.7.3-(f)];

(c) Celebrity sports activity [see Bylaw 17.3.7.3-(g)]; and

(d) Discretionary exemptions (see Bylaw 17.3.7.4).

**17.3.4 End Date of Practice and Competition -- Championship Segment.** A member institution shall conclude all practice and competition in baseball in the championship segment by the conclusion of the NCAA Division II Baseball Championship (see Bylaw 17.1.7 for additional regulations regarding the end date of practice and competition). *(Revised: 1/14/97 effective 8/1/97, 1/14/02 effective 8/1/02, 10/16/12)*

**17.3.5 First Date of Practice and Competition -- Nonchampionship Segment.** A member institution shall not commence practice sessions or engage in outside competition in the nonchampionship segment before September 7 or the institution's fourth day of classes (as set forth in its catalog, counting Monday through Friday only), whichever is earlier. *(Adopted: 1/14/02 effective 8/1/02, Revised: 1/15/11 effective 8/1/11, 4/12/11)*

**17.3.5.1 Exception -- Alternate Playing Season for Institutions Located in Puerto Rico.** An institution located in Puerto Rico that conducts its championship segment in the fall may use the following playing season dates: *(Revised: 7/22/08)*

|  | Fall (Championship) | Spring (Nonchampionship) |
|---|---|---|
| **Practice** | August 10 or the first day of classes, whichever is earlier | February 15 |
| **Competition** | The Thursday preceding September 1 | February 15 |
| **End Date for Practice and Competition** | December 31 | Seven days prior to final examination period |

**17.3.6 End Date of Practice and Competition -- Nonchampionship Segment.** A member institution shall conclude all practice and competition in the nonchampionship segment not later than November 15. *(Adopted: 1/14/02 effective 8/1/02)*

**17.3.7 Number of Contests.**

**17.3.7.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition in baseball during the institution's baseball playing season to 50 contests (games and scrimmages), except for those contests excluded under Bylaws 17.3.7.3, 17.3.7.4 and 14.7.5. *(Revised: 1/10/91 effective 8/1/91, 1/16/10 effective 8/1/10, 5/19/20 Immediate, for the 2020-21 academic year only., 4/12/21 effective 8/1/21)*

**17.3.7.1.1 In-Season Foreign Competition.** A member institution may play one or more of its countable contests in baseball in one or more foreign countries on one trip during the prescribed playing season. However, except for contests played in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years.

**17.3.7.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in 50 baseball contests. This limitation includes those contests in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Revised: 1/10/91 effective 8/1/91, 1/16/10 effective 8/1/10, 5/19/20 Immediate, for the 2020-21 academic year only, 4/12/21 effective 8/1/21)*

**17.3.7.3 Annual Exemptions.** The maximum number of contests in baseball shall exclude the following: *(Adopted: 4/14/08)*

(a) **Conference Championship.** Competition in one conference championship tournament or playoff;

(b) **Independents Championship.** Competition in one championship meet or tournament among independent member institutions that are not members of an intercollegiate athletics conference in all sports, or for a specific sport that is not part of a conference, conducted at the end of the championship segment and prior to the NCAA championship;

(c) **Season-Ending Tournament.** Competition in one season-ending tournament (e.g., NCAA championship, NAIA championship). A season-ending tournament involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(d) **Alumni Game.** One contest with an alumni team of the institution;

(e) **Hawaii, Alaska, Puerto Rico, Canada.** Any contests played in Hawaii, Alaska, Puerto Rico or Canada, respectively, either against or under the sponsorship of an active member institution located in Hawaii, Alaska, Puerto Rico or Canada, by a member institution located outside those locales; *(Revised: 7/20/10)*

(f) **Fundraising Activity.** Any activities in which student-athletes from more than one of the institution's athletics teams participate (or in individual sports per Bylaw 17.02.16.2, in which team members of that sport participate) with and against alumni and friends of the institution, the purpose of which is to raise funds to benefit the institution's athletics or other programs, provided the student-athletes do not miss class as a result of their participation,;

(g) **Celebrity Sports Activity.** Competition involving a maximum of two student-athletes from a member institution's team who participate in local celebrity activities in baseball conducted for the purpose of raising funds for charitable organizations, provided:

(1) The student-athletes do not miss class as a result of the participation; and

(2) The involvement of the student-athletes has the approval of the institution's athletics director; and

(h) **U.S. National Team.** One date of competition against a U.S. national team as selected by the appropriate national governing body in that sport.

**17.3.7.4 Discretionary Exemptions.** The following may be exempted from an institution's maximum number of contests in baseball each year. An institution may exempt not more than three from this list annually: *(Adopted: 4/14/08)*

(a) **Foreign Team in United States.** A contest (or both games of a doubleheader) against a foreign team in the United States played in the facility in which the member institution regularly plays its home contests;

(b) **Non-Division II Four-Year Collegiate Institution.** An exhibition contest against a non-Division II four-year collegiate institution; or *(Revised: 1/14/12 effective 8/1/12)*

(c) **Scrimmages.** A scrimmage with outside competition, provided the scrimmage is conducted without official scoring.

**17.3.7.4.1 Official Scoring.** For purposes of Bylaw 17.3.7.4-(c), official scoring has occurred when either institution participating in the scrimmage satisfies either of the following conditions: *(Adopted: 4/14/08, Revised: 4/15/14)*

(a) The signing of a scorebook by an official; or

(b) The score is used for individual or seasonal statistics.

**17.3.7.5 Once-in-Four-Year Exemption -- Foreign Tours.** An institution may exempt the contests played on a foreign tour, provided the tour occurs only once in a four-year period and is conducted in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 4/14/08)*

**17.3.8 Out-of-Season and Nonchampionship Segment Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the championship segment, except for the following: *(Revised: 1/10/91 effective 8/1/91, 1/14/02 effective 8/1/02)*

(a) **Weight Training, Conditioning and/or Team Activities.** Student-athletes shall not engage in weight training, conditioning and/or team activities before September 7 or the institution's fourth day of classes (as set forth in its catalog, counting Monday through Friday only), whichever is earlier, in accordance with Bylaw 17.1.6.3; and *(Revised: 1/15/11 effective 8/1/11, 4/12/11, 9/12/17)*

(b) **Nonchampionship Segment Activities.** During the segment in which the NCAA championship does not occur, student-athletes may participate in any practice or competition activity as permitted by other legislation provided such activity is restricted to a period of 45-consecutive calendar days, omitting vacation and examination days officially announced on the institution's calendar and days during which the institution is closed due to inclement weather, as long as no practice or competition occurs on such days. The 45-consecutive calendar days must be within the dates set forth in Bylaw 17.3.5 and Bylaw 17.3.6, and shall not commence prior to September 7 or the institution's fourth day of classes (as set forth in its catalog, counting Monday through Friday only), whichever is earlier. (See Bylaws 17.1.6.2 and 17.1.6.6 for daily and weekly hour limitations and required days off.) *(Adopted: 1/14/02, Revised: 1/13/03, 1/15/11 effective 8/1/11, 4/12/11, 1/21/17 effective 8/1/17)*

**17.3.8.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations approved by the Management Council. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Revised: 1/10/91 effective 8/1/91, 1/9/06 effective 8/1/06)*

**17.3.9 Camps and Clinics.** There are no limits on the number of student-athletes in baseball who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Revised: 1/10/92)*

**17.3.10 Other Restrictions.**

**17.3.10.1 Noncollegiate, Amateur Competition.**

**17.3.10.1.1 In Season.** A student-athlete shall be denied eligibility for intercollegiate baseball competition for the remainder of the season if, after enrollment in college and during any year in which the student-athlete is a member of an intercollegiate baseball squad or team, they compete or have competed as a member of any outside baseball team in any noncollegiate, amateur competition (e.g., tournament play, exhibition games or other activity) during the institution's intercollegiate baseball season (see Bylaw 14.7.5 for exceptions and waivers). *(Revised: 1/16/93)*

**17.3.10.1.2 Out of Season.** There are no limits on the number of student-athletes with eligibility remaining in intercollegiate baseball who may practice or compete out of season on an outside, amateur baseball team. *(Revised: 1/10/91 effective 8/1/91, 1/16/93)*

**17.3.10.1.2.1 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) at any time (i.e., during the academic year, vacation periods and summer) with an outside team that involves any student-athlete with remaining eligibility from that institution's baseball team except as provided under Bylaws 14.7.5, 16.8.1.2.1 and 17.32. *(Revised: 1/10/91 effective 8/1/91, 1/11/94, 1/10/05 effective 8/1/05)*

**17.3.10.1.2.2 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution. *(Revised: 1/22/20 effective 8/1/20)*

**17.3.10.2 Equipment Issue, Squad Pictures.** It shall be permissible to designate a single date for issuing baseball equipment and for taking squad pictures after the beginning of classes in the fall term or the day before the beginning of a segment as specified in Bylaw 17.3.5. *(Revised: 1/11/89)*

**17.3.10.2.1 Exception for Sundays.** If the day before the beginning of a segment is a Sunday, the member institution may designate the preceding Saturday for issuing equipment and taking squad pictures. *(Adopted: 1/11/89)*

## 17.4 Basketball.

Regulations for computing the basketball playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1 and Figure 17-2.)

**17.4.1 Length of Playing Season.** The length of an institution's playing season in basketball shall be limited to the period of time between the start of preseason practice (see Bylaw 17.4.2) and the end of the regular playing season (see Bylaw 17.4.5). (See Bylaw 17.4.3 for restrictions on the first contest date.)

**17.4.2 Preseason Practices.**

**17.4.2.1 On-Court Practice.** A member institution shall not commence on-court preseason basketball practice sessions before the date that is 35 days before the date of the institution's first regular-season contest. An institution shall not engage in more than 25 days of countable athletically related activities before its first regular-season contest. Any countable athletically related activities (e.g., conditioning, skill-related instruction) that occurs within the 35-day period shall count against the 25 days of countable athletically related activities. *(Revised: 1/10/90 effective 8/1/92, 1/11/94, 1/9/96 effective 8/1/96, 1/14/97 effective 8/1/97, 1/14/23 effective 8/1/23)*

**17.4.2.1.1 Weight Training, Conditioning and/or Team Activities.** A member institution shall not commence weight training, conditioning and/or team activities in accordance with Bylaw 17.1.6.3 before September 7 or the institution's fourth day of classes for the fall term (as set forth in its catalog, counting Monday through Friday only), whichever is earlier. *(Revised: 1/10/90 effective 8/1/92, 1/16/93, 1/11/94, 1/15/11 effective 8/1/11, 4/12/11, 9/12/17)*

**17.4.3 First Contest.** A member institution shall not play its first contest (game or scrimmage) with outside competition in basketball before the second Friday of November, except as provided under Bylaw 17.4.3.1. *(Revised: 1/4/96, 1/9/96, 1/13/03 effective 8/1/03, 1/16/10 effective 8/1/10)*

**17.4.3.1 Exceptions.** The following basketball contests (games or scrimmages) may be played at any time during the basketball playing and practice season: *(Revised: 1/14/12 effective 8/1/12)*

(a) Alumni game [see Bylaw 17.4.6.3-(d)]; *(Adopted: 1/14/12 effective 8/1/12)*

(b) Fundraising activity [see Bylaw 17.4.6.3-(e)]; *(Adopted: 1/14/12 effective 8/1/12)*

(c) Celebrity sports activity [see Bylaw 17.4.6.3-(f)]; and *(Adopted: 1/14/12 effective 8/1/12)*

(d) Discretionary exemptions (see Bylaw 17.4.6.4). *(Adopted: 1/14/12 effective 8/1/12)*

**17.4.3.2 Exceptions -- Preseason Events.** The following basketball games may be played on or after November 1: *(Adopted: 1/14/12 effective 8/1/12)*

(a) The Basketball Hall of Fame Tip-Off Classic;

(b) One game against a foreign team in Canada; and

(c) Games in the Division II Conference Commissioners Association's Tip-Off Classic. *(Revised: 7/28/15)*

(1) Games in the Division II Conference Commissioners Association's Tip-Off Classic may be played beginning on the Friday immediately preceding November 1 in calendar years when November 1 falls on a Saturday, Sunday or Monday. *(Revised: 7/28/15)*

**17.4.4 Limitations on Countable Athletically Related Activities and Transportation -- Winter Break.** (See Bylaw 17.02.18 for the definition of the winter break.) *(Revised: 1/14/12 effective 8/1/12)*

**17.4.4.1 Countable Athletically Related Activities.** A student-athlete shall not participate in any countable athletically related activities during the winter break (see Bylaw 17.02.1). *(Revised: 1/13/10 effective 8/1/10, Adopted: 1/16/10 effective 8/1/10 however, contracts signed before 8/6/09 for contests or dates of competition occurring between 12/20/10 and 12/26/10 may be honored, 7/20/10 effective 8/1/10, 1/14/12 effective 8/1/12)*

**17.4.4.2 Transportation.** An institution shall not provide transportation in conjunction with away-from-home competition during the winter break. *(Revised: 1/13/10 effective 8/1/10, Adopted: 1/16/10 effective 8/1/10 however, contracts signed before 8/6/09 for contests or dates of competition occurring between 12/20/10 and 12/26/10 may be honored, 7/20/10 effective 8/1/10, 1/14/12 effective 8/1/12)*

**17.4.4.2.1 Exception -- Travel on the First Day of the Winter Break.** An institution may travel on the first day of the winter break after an away-from-home competition, provided that is the earliest practical opportunity to return to campus. *(Revised: 1/13/10 effective 8/1/10, Adopted: 1/16/10 effective 8/1/10 however, contracts signed before 8/6/09 for contests or dates of competition occurring between 12/20/10 and 12/26/10 may be honored, 7/20/10 effective 8/1/10, 1/14/12 effective 8/1/12)*

**17.4.5 End of Playing Season.** A member institution's last contest (game or scrimmage or postseason tournament contest) with outside competition in basketball shall not be played after the NCAA Division II Men's Basketball Championship game (see Bylaw 17.1.7 for additional regulations regarding the end date of practice and competition). *(Revised: 1/10/05, 10/16/12)*

**17.4.5.1 Exception -- Institutions Located in Puerto Rico.** An institution located in Puerto Rico may extend its playing season beyond the Division II Men's Basketball Championship game, provided: *(Adopted: 7/22/08)*

(a) The institution delays its first date of on-court preseason practice and its first contest date the same number of days as its season extends beyond the Division II Men's Basketball Championship game; and

(b) The institution declares to the NCAA championships staff by mid-September each year whether it will participate (if selected) in the NCAA championship or in any other postseason competition in basketball.

**17.4.6 Number of Contests.**

**17.4.6.1 Maximum Limitations -- Institutional.** A member institution shall limit its total regular-season playing schedule with outside competition in basketball in any one year to 26 contests (games or scrimmages), except for those contests excluded under Bylaws 17.4.6.3, 17.4.6.4, 17.4.6.5 and 17.4.6.6. *(Revised: 1/10/90, 1/10/91 effective 8/1/92, 1/16/10 effective 8/1/10, 5/19/20 Immediate, for the 2020-21 academic year only., 4/12/21 effective 8/1/21)*

**17.4.6.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate each academic year in not more than 26 basketball contests. This limitation includes those contests in which the student-athlete represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. Further, an individual student-athlete may participate each year in only one postseason basketball tournament as a member of the institution's varsity, junior varsity or freshman team. *(Revised: 1/10/90, 1/10/91 effective 8/1/92, 1/16/10 effective 8/1/10, 5/19/20 Immediate, for the 2020-21 academic year only, 4/12/21 effective 8/1/21)*

**17.4.6.3 Annual Exemptions.** The following basketball contests each year may be exempted from an institution's maximum number of contests: *(Adopted: 4/14/08)*

(a) **Conference Championship.** Competition in one conference championship tournament or playoff;

(b) **Independents Championship.** Competition in one championship meet or tournament among independent member institutions that are not members of an intercollegiate athletics conference in all sports, or for a specific sport that is not part of a conference, conducted at the end of the championship segment and prior to the NCAA championship;

(c) **Season-Ending Tournament.** Competition in one season-ending tournament (e.g., NCAA championship, NAIA championship). A season-ending tournament involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(d) **Alumni Game.** One contest with an alumni team of the institution;

(e) **Fundraising Activity.** Any activities in which student-athletes from more than one of the institution's athletics teams participate (or in individual sports per Bylaw 17.02.16.2, in which team members of that sport participate) with and against alumni and friends of the institution, the purpose of which is to raise funds to benefit the institution's athletics or other programs, provided the student-athletes do not miss class as a result of their participation;

(f) **Celebrity Sports Activity.** Competition involving a maximum of two student-athletes from a member institution's team who participate in local celebrity activities in basketball conducted for the purpose of raising funds for charitable organizations, provided:

(1) The student-athletes do not miss class as a result of the participation; and

(2) The involvement of the student-athletes has the approval of the institution's athletics director;

(g) **Tip-Off Classic.** Games in the Division II Conference Commissioners Association's Tip-Off Classic; *(Revised: 7/28/15, 5/19/20 Immediate, for the 2020-21 academic year, 4/12/21 effective 8/1/21)*

(h) **National Invitation Tournament (NIT) Season Tipoff.** Games in the NIT Season Tipoff; *(Revised: 7/22/14)*

(i) **U.S. National Team.** One date of competition against a U.S. national team as selected by the appropriate national governing body in that sport; and

(j) **Conference Challenge Event.** A maximum of two contests played as a part of a conference challenge event in which: *(Adopted: 1/18/14 effective 8/1/14, Revised: 5/19/20 Immediate, for the 2020-21 academic year only, 4/12/21 effective 8/1/21)*

(1) Two or more conferences from the same region (or institutions from two or more conferences in the same region) organize contests at one or more site(s) under the following conditions: *(Revised: 7/19/16)*

(i) Contests played against an out-of-region opponent from a contiguous state may not be exempted;

(ii) Contests played between teams from the same conference may not be exempted; and *(Adopted: 7/19/16)*

(iii) Participation of an out-of-region institution in an event makes the event no longer a conference challenge event and an institution may not exempt any contests played as a part of that event under the conference challenge exemption. *(Adopted: 7/19/16)*

(2) Contests must be played during the weekend (Friday, Saturday or Sunday) of the first permissible contest date. *(Revised: 4/25/14 effective 8/1/14)*

**17.4.6.4 Discretionary Exemptions.** The following may be exempted from an institution's maximum number of contests in basketball each year. An institution may exempt not more than three from this list annually: *(Adopted: 4/14/08)*

(a) **Foreign Team in United States.** A contest against a foreign team in the United States played in the facility in which the member institution regularly plays its home contests;

(b) **USA Club Team.** A contest against a "club" member of USA Basketball played in the facility in which the member institution regularly plays its home contests;

(c) **Non-Division II Four-Year Collegiate Institution.** An exhibition contest against a non-Division II four-year collegiate institution; or *(Revised: 1/14/12 effective 8/1/12)*

(d) **Scrimmages.** A scrimmage with outside competition, provided the scrimmage is conducted without official scoring.

**17.4.6.4.1 Official Scoring.** For purposes of Bylaw 17.4.6.4-(d), official scoring has occurred when either institution participating in the scrimmage satisfies either of the following conditions: *(Adopted: 4/14/08, Revised: 4/15/14)*

(a) The signing of a scorebook by an official; or

(b) The score is used for individual or seasonal statistics.

**17.4.6.5 Once-in-Four-Years Exemption -- Foreign Tours.** An institution may exempt the contests played on a foreign tour, provided the tour occurs only once in a four-year period and is conducted in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 4/14/08)*

**17.4.6.6 Once-in-Four-Years Exemption -- Contests in Hawaii, Alaska, Puerto Rico or Canada.** Once every four years, an institution may exempt from its maximum contest limits a maximum of four contests during a single trip to Hawaii, Alaska, Puerto Rico or Canada, either against or under the sponsorship of an active member institution located in Hawaii, Alaska, Puerto Rico or Canada, by a member institution located outside the area in question. *(Adopted: 4/14/08, Revised: 7/20/10)*

**17.4.7 Out-of-Season Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the institution's playing season, except as permitted in Bylaw 17.1.6.3.

**17.4.7.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations approved by the Management Council. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Adopted: 10/21/14)*

**17.4.8 Camps and Clinics.** There are no limits on the number of student-athletes in basketball who may be employed (e.g., as counselors) in camps or clinics. Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. (See Bylaw 13.12 for restrictions on such employment.) *(Revised: 1/10/92, 1/11/94)*

**17.4.9 Other Restrictions.**

**17.4.9.1 Noncollegiate, Amateur Competition.** A student-athlete shall be ruled ineligible for intercollegiate basketball competition if the student participates in any organized basketball competition except while representing the member institution or except as permitted in accordance with Bylaw 14.7.5.

**17.4.9.2 Maximum Number of Student-Athletes on Outside Team.** Following is the maximum number of student-athletes from the same member institution with eligibility remaining who may compete on an outside team:

(a) State or national multisport events - 2 (during the academic year).

(b) Foreign tour (outside team or all-star team) - 2.

(c) Olympic, Paralympic and national team development programs and competition - No limitations. *(Revised: 1/22/20 effective 8/1/20)*

(d) Summer basketball team - No limitations. *(Revised: 1/14/97)*

**17.4.9.3 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) at any time (i.e., during the academic year, vacation periods and summer) with an outside team that involves any student-athlete with remaining eligibility from that institution's basketball team, except as provided in Bylaws 14.7.5, 16.8.1.2.1 and 17.32. *(Adopted: 1/16/93, Revised: 1/10/05 effective 8/1/05)*

**17.4.9.4 Equipment Issue, Squad Pictures.** It shall be permissible to designate a single date for issuing basketball equipment and for taking squad pictures after the beginning of classes in the fall term or the day before the beginning of preseason practice as specified in Bylaw 17.4.2.1.

    **17.4.9.4.1 Exception for Sundays.** If the day before the beginning of preseason practice is a Sunday, the member institution may designate the preceding Saturday for issuing equipment and taking squad pictures. *(Adopted: 1/11/89)*

**17.4.9.5 Celebrity Sports Activity.** A limit of two players from a member institution's basketball team may participate in local celebrity sports activities, other than in basketball, conducted for the purpose of raising funds for charitable organizations, provided: *(Revised: 1/10/05)*

(a) The student-athletes do not miss classes as a result of the participation; and

(b) The involvement of the student-athletes has the approval of the institution's athletics director.

# 17.5 Beach Volleyball. *(Adopted: 1/16/10 effective 8/1/10, Revised: 5/1/15)*

Regulations for computing the beach volleyball playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1 and Figure 17-2.)

**17.5.1 Length of Playing Season -- Championship and Nonchampionship Segments.** The length of an institution's playing season for both segments in beach volleyball shall be limited by the dates and regulations set forth in the remainder of this section. *(Adopted: 1/16/10 effective 8/1/10, Revised: 5/1/15)*

**17.5.2 First Date of Practice -- Championship Segment.** A member institution shall not commence practice sessions in beach volleyball in the championship segment before January 10 or the first day of classes, whichever is earlier. *(Adopted: 1/16/10 effective 8/1/10, Revised: 5/1/15)*

**17.5.3 First Date of Competition -- Championship Segment.** A member institution shall not engage in its first date of competition with outside competition in the championship segment before February 1. *(Adopted: 1/16/10 effective 8/1/10)*

    **17.5.3.1 Exception -- February 1 on a Saturday, Sunday or Monday.** When February 1 falls on a Saturday, Sunday or Monday, a member institution shall not engage in its first date of competition with outside competition in the championship segment before the Friday preceding February 1. *(Adopted: 1/17/15)*

**17.5.4 End Date of Practice and Competition -- Championship Segment.** A member institution shall conclude all practice and competition (games and scrimmages) in beach volleyball in the championship segment by the last day of final examinations for the regular academic year (see Bylaw 17.1.7 for additional regulations regarding the end date of practice and competition). *(Adopted: 1/16/10 effective 8/1/10, Revised: 10/16/12, 5/1/15)*

**17.5.5 First Date of Practice and Competition -- Nonchampionship Segment.** A member institution shall not commence practice sessions or engage in outside competition in the nonchampionship segment before September 7 or the first day of classes, whichever occurs first. *(Adopted: 1/16/10 effective 8/1/10)*

**17.5.6 End Date of Practice and Competition -- Nonchampionship Segment.** A member institution shall conclude all practice and competition in the nonchampionship segment not later than November 15. *(Adopted: 1/16/10 effective 8/1/10)*

**17.5.7 Number of Contests.**

    **17.5.7.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition in beach volleyball during the institution's beach volleyball playing season to 16 dates of competition during the segment that ends with a National Collegiate Championship event, and four dates of competition during the nonchampionship segment, except for those dates of competition excluded under Bylaws 17.5.7.3 and 17.5.7.4 (see Bylaw 7.3.1.7.1.1 for minimum contests and participants requirements). *(Adopted: 1/16/10 effective 8/1/10, Revised: 5/1/15)*

        **17.5.7.1.1 Pairs Tournament -- Institutional -- Nonchampionship Segment.** During the nonchampionship segment, a pairs tournament shall count as a single institutional date of competition, regardless of the number of days during which tournament competition takes place. *(Adopted: 8/31/22)*

**17.5.7.1.2 Participation in Multiple Tournaments on the Same Day or Days -- Nonchampionship Segment.** During the nonchampionship segment, an institution that participates in multiple pairs tournaments on the same day or days may select any day on which all the tournaments are conducted as one institutional date of competition. *(Adopted: 8/31/22)*

**17.5.7.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate each academic year in 16 dates of competition in beach volleyball during the segment in which a National Collegiate Championship is conducted and four dates of competition during another segment. This limitation includes those contests in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Adopted: 1/16/10 effective 8/1/10, Revised: 5/1/15)*

**17.5.7.2.1 Pairs Tournament -- Student-Athlete -- Nonchampionship Segment.** During the nonchampionship segment, a pairs tournament shall count as a single date of competition for participating individuals, regardless of the number of days during which tournament competition takes place. *(Adopted: 8/31/22)*

**17.5.7.3 Annual Exemptions.** The maximum number of dates of competition shall exclude the following: *(Adopted: 1/16/10 effective 8/1/10)*

(a) **Conference Championship.** Competition in one conference championship tournament or playoff;

(b) **Season-Ending Championship Tournament.** Competition in one recognized national intercollegiate championship event in beach volleyball (e.g., National Collegiate Beach Volleyball Championship). A season-ending tournament involves competition after the end of the regular season between teams that are not identified until the close of the regular season; *(Revised: 5/1/15)*

(c) **Alumni Game.** One contest with an alumni team of the institution;

(d) **Foreign Team in United States.** A date of competition against a foreign team in the United States played in the facility in which the member institution regularly plays its home dates of competition;

(e) **Hawaii, Alaska, Puerto Rico, Canada.** Any contest played in Hawaii, Alaska, Puerto Rico or Canada, respectively, either against or under the sponsorship of an active member institution located in Hawaii, Alaska, Puerto Rico or Canada, by a member institution located outside those locales; *(Revised: 7/20/10)*

(f) **Fundraising Activity.** Any activities in which student-athletes from more than one of the institution's athletics teams participate (or in individual sports per Bylaw 17.02.16.2, in which team members of that sport participate) with and against alumni and friends of the institution, the purpose of which is to raise funds to benefit the institution's athletics or other programs, provided the student-athletes do not miss class as a result of their participation;

(g) **Celebrity Sports Activity.** Competition involving a maximum of two student-athletes from a member institution's team who participate in local celebrity activities in beach volleyball conducted for the purpose of raising funds for charitable organizations, provided: *(Revised: 5/1/15)*

(1) The student-athletes do not miss class as a result of the participation; and

(2) The involvement of the student-athletes has the approval of the institution's athletics director; and

(h) **U.S. National Team.** One date of competition against a U.S. national team as selected by the appropriate national governing body in that sport.

**17.5.7.4 Once-in-Four-Years Exemption -- Foreign Tours.** An institution may exempt the dates of competition played on a foreign tour, provided the tour occurs only once in a four-year period and is conducted in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 1/16/10 effective 8/1/10)*

**17.5.8 Out-of-Season and Nonchampionship Segment Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the championship segment, except for the following: *(Adopted: 1/16/10 effective 8/1/10)*

(a) **Conditioning, Weight Training and/or Team Activities.** Student-athletes may participate in conditioning, weight training and/or team activities in accordance with Bylaw 17.1.6.3; and *(Revised: 5/13/11, 9/12/17)*

(b) **Nonchampionship Segment Activities.** During the segment in which a National Collegiate Championship does not occur, student-athletes may participate in any practice or competition activity as permitted by other legislation provided such activity is restricted to a period of 45-consecutive calendar days, omitting vacation and examination days officially announced or on days that the institution is closed due to inclement weather, as long as no practice or competition occurs on such days. The 45-consecutive calendar days must be within the dates set forth in Bylaws 17.5.5 and 17.5.6. (See Bylaws 17.1.6.2 and 17.1.6.6 for daily and weekly hour limitations and required days off.) *(Revised: 5/13/11, 1/21/17 effective 8/1/17)*

**17.5.8.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations approved by the Management Council. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Adopted: 1/16/10 effective 8/1/10)*

**17.5.9 Camps and Clinics.** There are no limits on the number of student-athletes in beach volleyball who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Adopted: 1/16/10 effective 8/1/10, Revised: 5/1/15)*

**17.5.10 Other Restrictions.**

**17.5.10.1 Noncollegiate, Amateur Competition.**

**17.5.10.1.1 In Season.** A student-athlete shall be denied eligibility for intercollegiate beach volleyball competition for the remainder of the season if, after enrollment in college and during any year in which the student-athlete is a member of an intercollegiate beach volleyball squad or team, they compete or have competed as a member of any outside beach volleyball team in any noncollegiate, amateur competition (e.g., tournament play, exhibition games or other activity) during the institution's intercollegiate beach volleyball season (see Bylaw 14.7.5 for exceptions and waivers). *(Adopted: 1/16/10 effective 8/1/10, Revised: 5/1/15)*

**17.5.10.1.2 Out of Season.** There are no limits to the number of student-athletes with eligibility remaining in intercollegiate beach volleyball who may practice or compete out of season on an outside, amateur beach volleyball team. *(Adopted: 1/16/10 effective 8/1/10, Revised: 5/1/15)*

**17.5.10.1.2.1 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) at any time during the academic year, vacation periods and summer with an outside team that involves any student-athlete with eligibility remaining from the institution's beach volleyball team, except as provided in Bylaws 14.7.5, 16.8.1.2.1 and 17.32. *(Adopted: 1/16/10 effective 8/1/10, Revised: 5/1/15)*

**17.5.10.1.2.2 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution. *(Adopted: 1/16/10 effective 8/1/10, Revised: 1/22/20 effective 8/1/20)*

**17.5.10.2 Equipment Issue, Squad Pictures.** It shall be permissible to designate a single date for issuing beach volleyball equipment and for taking squad pictures after the beginning of classes in the fall term or the day before the beginning of a segment as specified in Bylaw 17.5.5. *(Adopted: 1/16/10 effective 8/1/10, Revised: 5/1/15)*

**17.5.10.2.1 Exception for Sundays.** If the day before the beginning of a segment is a Sunday, the member institution may designate the preceding Saturday for issuing equipment and taking squad pictures. *(Adopted: 1/16/10 effective 8/1/10)*

## 17.6 Bowling, Women's. *(Adopted: 1/9/96 effective 8/1/96)*

Regulations for computing the bowling playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1 and Figure 17-2.)

**17.6.1 Length of Playing Season.** The length of an institution's playing season in bowling shall be limited to a 144-day season, which may consist of two segments (each consisting of consecutive days) and exclude only required days off per Bylaw 17.1.6.5 and official vacation, holiday and final-examination periods during which no practice or competition shall occur. *(Revised: 1/14/97 effective 8/1/97)*

**17.6.2 Preseason Practice.** A member institution shall not commence practice sessions in bowling before October 1. *(Revised: 1/14/97 effective 8/1/97, 1/19/13 effective 8/1/13)*

**17.6.3 First Date of Competition.** A member institution shall not engage in its first date of competition (game or scrimmage) with outside competition in bowling before October 1. *(Revised: 1/14/97 effective 8/1/97, 1/19/13 effective 8/1/13)*

**17.6.4 End of Regular Season.** A member institution shall conclude all practice and competition (meets and practice meets) in each segment in bowling by the last date of final exams for the regular academic year at the institution (see Bylaw 17.1.7 for additional regulations regarding the end date of practice and competition). *(Revised: 1/14/97 effective 8/1/97, 1/12/04, 1/8/05, 10/16/12)*

**17.6.5 Number of Dates of Competition.**

**17.6.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition in bowling during the institution's bowling playing season to 32 dates of competition (games and scrimmages), except for those dates of competition excluded under Bylaw 17.6.5.3. *(Revised: 1/19/13 effective 8/1/13)*

**17.6.5.1.1 In-Season Foreign Competition.** A member institution may engage in one or more of its countable dates of competition in bowling in one or more foreign countries on one trip during the prescribed playing season. However, except for competition in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years.

**17.6.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in 32 dates of competition in bowling (this limitation includes those dates of competition in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution). *(Revised: 1/19/13 effective 8/1/13)*

**17.6.5.3 Annual Exemptions.** The maximum number of dates of competition in bowling shall exclude the following: *(Revised: 4/14/08)*

(a) **Conference Championships.** Competition in one conference meet in bowling;

(b) **NCAA Championship.** Competition in the National Collegiate Bowling Championship; *(Revised: 1/12/04, 1/8/05)*

(c) **Alumni Meet.** One date of competition each year with an alumni team of the institution;

(d) **Foreign Team in United States.** One date of competition each year with a foreign opponent in the United States;

(e) **Hawaii, Alaska, Puerto Rico, Canada.** Any days of competition in Hawaii, Alaska, Puerto Rico or Canada, respectively, either against or under the sponsorship of an active member institution located in Hawaii, Alaska, Puerto Rico or Canada by a member institution located outside those locales; *(Revised: 1/9/96 effective 8/1/96, 7/20/10)*

(f) **Fundraising Activity.** Any activities in which student-athletes from more than one of the institution's athletics teams participate with and against alumni and friends of the institution, the purpose of which is to raise funds for the benefit of the institution's athletics or other programs, provided the student-athletes do not miss classes as a result of their participation; and *(Revised: 1/10/05)*

(g) **Celebrity Sports Activity.** Competition involving a limit of two student-athletes from a member institution's team who participate in local celebrity activities in bowling conducted for the purpose of raising funds for charitable organizations, provided: *(Revised: 4/14/08)*

(1) The student-athletes do not miss classes as a result of the participation; and

(2) The involvement of the student-athletes has the approval of the institution's athletics director.

**17.6.5.4 Foreign Tours.** The dates of competition on a foreign tour, provided the tour occurs only once in a four-year period and is conducted by the member institution in accordance with the procedures set forth in Bylaw 17.32.

**17.6.6 Out-of-Season Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the institution's declared playing season in accordance with Bylaw 17.6.1, except as permitted in Bylaw 17.1.6.3.

**17.6.6.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations approved by the Management Council. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Revised: 1/9/06 effective 8/1/06)*

**17.6.6.1.1 Vacation Period and Summer-Workout Sessions.** A coach may participate in individual-workout sessions with student-athletes from the coach's team during any institutional vacation period and/or the summer, provided the request for such assistance is initiated by the student-athlete. *(Revised: 1/9/06 effective 8/1/06, 7/23/19)*

**17.6.7 Camps and Clinics.** There are no limits on the number of student-athletes in bowling who may be employed (e.g., as counselors) in camps or clinics (also see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics.

**17.6.8 Other Restrictions.**

**17.6.8.1 Noncollegiate, Amateur Competition.**

**17.6.8.1.1 In Season.** A student-athlete shall be denied eligibility for intercollegiate competition for the remainder of the season in bowling if, after enrollment in college and during any year in which the student-athlete is a member of an intercollegiate squad or team, they compete or have competed as a member of an outside team in any noncollegiate,

amateur competition (e.g., team invitational meet, exhibition meets or other activity) during the institution's intercollegiate season (see Bylaw 14.7.5 for exceptions and waivers).

**17.6.8.1.2 Out of Season.** There are no limits on the number of student-athletes from the same member institution with eligibility remaining who may practice or compete out of season on an outside, amateur team.

**17.6.8.1.2.1 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) during the academic year (including vacation periods during the academic year) with an outside team that involves any student-athlete with eligibility remaining from the institution's team, except as provided under Bylaws 14.7.5, 16.8.1.2.1 and 17.32. *(Revised: 1/10/05 effective 8/1/05)*

**17.6.8.1.2.2 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution. *(Revised: 1/22/20 effective 8/1/20)*

**17.6.8.2 Equipment Issue, Squad Pictures.** It shall be permissible to designate a single date for issuing bowling equipment and for taking squad pictures after the beginning of classes in the fall term or the day before the beginning of a segment as specified in Bylaw 17.6.2. *(Revised: 7/28/15)*

**17.6.8.2.1 Exception for Sundays.** If the day before the beginning of a segment is a Sunday, the member institution may designate the preceding Saturday for issuing equipment and taking squad pictures. *(Adopted: 7/28/15)*

# 17.7 Cross Country.

Regulations for computing the cross country playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1 and Figure 17-2.)

**17.7.1 Length of Playing Season -- Championship and Nonchampionship Segments.** The length of an institution's playing season for both segments in cross country shall be limited by the dates and regulations set forth in the remainder of this section. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 1/14/02 effective 8/1/02)*

**17.7.1.1 Track and Field Student-Athletes Participating in Cross Country.** Track and field student-athletes listed as participants for cross country must participate fully in cross country practices. If student-athletes are practicing in track and field events unrelated to cross country, such practices must be counted in the institution's established segment in track and field. *(Adopted: 1/10/92)*

**17.7.2 Preseason Practice.**

**17.7.2.1 First Date of Practice -- Championship Segment.** A member institution shall not commence practice sessions in cross country in the championship segment before 17 days before the first permissible date of competition or five days before the first day of classes, whichever is earlier. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 1/14/02 effective 8/1/02, 1/12/04 effective 8/1/04, 1/16/10 effective 8/1/10)*

**17.7.2.2 Preseason Activities Before the First Day of Classes or First Scheduled Date of Competition.** During the preseason practice period before the institution's first day of classes or the first scheduled date of competition, whichever is earlier, student-athletes shall not engage in more than six hours of countable athletically related activities per day, only five of which may be devoted to physical activities (e.g., practice, weight training, conditioning). In addition, any session with physical activities shall not exceed three hours in length. Student-athletes must be provided with at least three continuous hours of recovery time between any session occurring that day. During this time, student-athletes may not attend any meetings or engage in other athletically related activities (e.g., weightlifting); however, time spent receiving medical treatment and eating meals may be included as part of the recovery time. *(Adopted: 1/16/10 effective 8/1/10, Revised: 5/13/11, 6/22/11)*

**17.7.3 First Date of Competition -- Championship Segment.** A member institution shall not engage in its first date of competition with outside competition in the championship segment before the Thursday preceding September 6. *(Revised: 1/10/91 effective 8/1/91, 1/16/93 effective 8/1/93, 1/13/98, 1/14/02 effective 8/1/02, 1/13/03 effective 8/1/03, 1/9/06 effective 8/1/06, 1/16/10 effective 8/1/10 however, contracts signed before 8/6/09 for contests or dates of competition occurring between 8/26/10 and 9/1/10 may be honored)*

**17.7.3.1 Exceptions.** The following cross country dates of competition may be conducted any time during the playing and practice season. *(Adopted: 1/13/03, Revised: 4/15/03, 1/14/12 effective 8/1/12)*

(a) Alumni game [see Bylaw 17.7.7.3-(d)]; *(Adopted: 1/14/12 effective 8/1/12)*

(b) Fundraising activity [see Bylaw 17.7.7.3-(f)]; *(Adopted: 1/14/12 effective 8/1/12)*

(c) Celebrity sports activity [see Bylaw 17.7.7.3-(g)]; and *(Adopted: 1/14/12 effective 8/1/12)*

(d) Discretionary exemptions (see Bylaw 17.7.7.4). *(Adopted: 1/14/12 effective 8/1/12)*

**17.7.4 End Date of Practice and Competition -- Championship Segment.** A member institution shall conclude all practice and competition (meets and practice meets) in the championship segment by the conclusion of the NCAA Division II Cross Country Championships (see Bylaw 11.1.7 for additional regulations regarding the end date of practice and competition). *(Revised: 1/14/97 effective 8/1/97, 1/14/02 effective 8/1/02, 10/16/12)*

**17.7.5 First Date of Practice and Competition -- Nonchampionship Segment.** A member institution shall not commence practice sessions or engage in outside competition in the nonchampionship segment before February 15. *(Adopted: 1/14/02 effective 8/1/02)*

**17.7.6 End Date of Practice and Competition -- Nonchampionship Segment.** A member institution shall conclude all practice and competition in the nonchampionship segment not later than seven calendar days prior to the first date of the institution's final examinations. *(Adopted: 1/14/02 effective 8/1/02)*

**17.7.7 Number of Dates of Competition.**

**17.7.7.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition during the institution's cross country playing season to seven dates of competition (games and scrimmages), except for those dates of competition excluded under Bylaws 17.7.7.3 and 17.7.7.4 (see Bylaw 7.3.1.7.1.1 for minimum contests and participants requirements). *(Revised: 1/10/91 effective 8/1/91, 5/19/20 Immediate, for the 2020-21 academic year only., 4/12/21 effective 8/1/21)*

**17.7.7.1.1 Exception -- Cross Country Without Indoor or Outdoor Track and Field.** An institution that sponsors men's or women's cross country but does not sponsor indoor or outdoor track and field shall limit its total playing schedule with outside competition during the cross country playing season to seven dates of competition during the championship segment and five dates of competition during the nonchampionship segment. *(Adopted: 1/16/93, Revised: 1/11/94 effective 8/1/94)*

**17.7.7.1.2 In-Season Foreign Competition.** A member institution may engage in one or more of its countable dates of competition in cross country in one or more foreign countries on one trip during the prescribed playing season. However, except for competition in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years.

**17.7.7.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in seven cross country dates of competition. This limitation includes those dates of competition in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Revised: 1/10/91 effective 8/1/91, 5/19/20 Immediate, for the 2020-21 academic year only, 4/12/21 effective 8/1/21)*

**17.7.7.2.1 Exception -- Cross Country Without Indoor or Outdoor Track and Field.** An individual student-athlete who attends an institution that sponsors men's or women's cross country but does not sponsor indoor or outdoor track and field may participate during each academic year in seven dates of competition during the traditional segment in cross country and five dates of competition during the nontraditional segment. *(Adopted: 1/16/93, Revised: 1/11/94 effective 8/1/94)*

**17.7.7.3 Annual Exemptions.** The maximum number of dates of competition in cross country shall exclude the following: *(Adopted: 4/14/08)*

(a) **Conference Championship.** Competition in one conference championship tournament or playoff;

(b) **Independents Championship.** Competition in one championship meet or tournament among independent member institutions that are not members of an intercollegiate athletics conference in all sports, or for a specific sport that is not part of a conference, conducted at the end of the championship segment and prior to the NCAA championship;

(c) **Season-Ending Tournament.** Competition in one season-ending tournament (e.g., NCAA championship, NAIA championship). A season-ending tournament involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(d) **Alumni Game.** One date of competition with an alumni team of the institution;

(e) **Hawaii, Alaska, Puerto Rico, Canada.** Any dates of competition played in Hawaii, Alaska, Puerto Rico or Canada, respectively, either against or under the sponsorship of an active member institution located in Hawaii, Alaska, Puerto Rico or Canada, by a member institution located outside those locales; *(Revised: 7/20/10)*

(f) **Fundraising Activity.** Any activities in which student-athletes from more than one of the institution's athletics teams participate (or in individual sports per Bylaw 17.02.16.2, in which team members of that sport participate) with and against alumni and friends of the institution, the purpose of which is to raise funds to benefit the institution's athletics or other programs, provided the student-athletes do not miss class as a result of their participation;

(g) **Celebrity Sports Activity.** Competition involving a maximum of two student-athletes from a member institution's team who participate in local celebrity activities in cross country conducted for the purpose of raising funds for charitable organizations, provided:

    (1) The student-athletes do not miss class as a result of the participation; and

    (2) The involvement of the student-athletes has the approval of the institution's athletics director; and

(h) **U.S. National Team.** One date of competition against a U.S. national team as selected by the appropriate national governing body in that sport.

**17.7.7.4 Discretionary Exemptions.** The following may be exempted from an institution's maximum number of cross country dates of competition each year. An institution may exempt not more than three from this list annually: *(Adopted: 4/14/08)*

(a) **Foreign Team in United States.** A date of competition against a foreign team in the United States played in the facility in which the member institution regularly plays its home dates of competition;

(b) **Non-Division II Four-Year Collegiate Institution.** An exhibition date of competition against non-Division II four-year collegiate institution(s); or *(Revised: 1/14/12 effective 8/1/12, 10/22/13)*

(c) **Scrimmages.** A scrimmage with outside competition, provided the scrimmage is conducted without official scoring.

    **17.7.7.4.1 Official Scoring.** For purposes of Bylaw 17.7.7.4-(c), official scoring has occurred when either institution participating in the scrimmage satisfies either of the following conditions: *(Adopted: 4/14/08, Revised: 4/15/14)*

    (a) The signing of a scorebook by an official; or

    (b) The score is used for individual or seasonal statistics.

**17.7.8 Out-of-Season and Nonchampionship Segment Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the championship segment, except for the following: *(Revised: 1/10/91 effective 8/1/91, 1/14/02 effective 8/1/02)*

(a) **Conditioning, Weight Training and/or Team Activities.** Student-athletes may participate in conditioning, weight training and/or team activities in accordance with Bylaw 17.1.6.3; and *(Revised: 9/12/17)*

(b) **Nonchampionship Segment Activities.** During the segment in which the NCAA championship does not occur, student-athletes may participate in any practice or competition activity as permitted by other legislation provided such activity is restricted to a period of 45 consecutive calendar days, omitting vacation and examination days officially announced or on days the institution is closed due to inclement weather, as long as no practice or competition occurs on such days. The 45 consecutive calendar days must be within the dates set forth in Bylaws 17.7.5 and 17.7.6. It is not permissible for an institution that declares fall as its championship segment and operates the quarter system to engage in practice and competition from the time period of seven calendar days prior to the first date of the institution's final examination period for the winter quarter until the first day of classes of the spring quarter. The days during which practice and competition are prohibited may be exempted from the period of 45 consecutive calendar days. (See Bylaws 17.1.6.2 and 17.1.6.6 for daily and weekly hour limitations and required days off.) *(Adopted: 1/14/02, Revised: 1/13/03, 1/9/05, 1/21/17 effective 8/1/17)*

**17.7.8.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations approved by the Management Council. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Revised: 1/10/91 effective 8/1/91, 1/10/92, 1/9/06 effective 8/1/06)*

    **17.7.8.1.1 Vacation Period and Summer-Workout Sessions.** A coach may participate in individual-workout sessions with student-athletes from the coach's team during any institutional vacation period and/or the summer, provided the request for such assistance is initiated by the student-athlete. *(Adopted: 1/10/92, Revised: 1/11/94, 1/9/06 effective 8/1/06, 7/23/19)*

**17.7.9 Camps and Clinics.** There are no limits on the number of student-athletes in cross country who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Revised: 1/10/92)*

**17.7.10 Other Restrictions.**

**17.7.10.1 Noncollegiate, Amateur Competition.**

**17.7.10.1.1 In Season.** A student-athlete shall be denied eligibility for intercollegiate competition for the remainder of the season in cross country if, after enrollment in college and during any year in which the student-athlete is a member of an intercollegiate cross country squad or team, they compete or have competed as a member of any outside cross country team in any noncollegiate, amateur competition (e.g., team invitational meet, exhibition meets or other activity) during the institution's intercollegiate cross country season (see Bylaw 14.7.5 for exceptions and waivers). *(Revised: 1/16/93)*

**17.7.10.1.2 Out of Season.** There are no limits on the number of student-athletes from the same member institution with eligibility remaining in intercollegiate cross country who may practice or compete out of season on an outside, amateur cross country team. *(Revised: 1/10/91 effective 8/1/91, 1/16/93)*

**17.7.10.1.2.1 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) during the academic year (including vacation periods during the academic year) with an outside team that involves any student-athlete with eligibility remaining from the institution's cross country team except as provided under Bylaws 14.7.5, 16.8.1.2.1 and 17.32. *(Revised: 1/10/91 effective 8/1/91, 1/10/05 effective 8/1/05)*

**17.7.10.1.2.2 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution. *(Revised: 1/22/20 effective 8/1/20)*

**17.7.10.2 Equipment Issue, Squad Pictures.** It shall be permissible to designate a single date for issuing cross country equipment and for taking squad pictures after the beginning of classes in the fall term or the day before the beginning of a segment as specified in Bylaw 17.7.2.1. *(Revised: 7/28/15)*

**17.7.10.2.1 Exception for Sundays.** If the day before the beginning of a segment is a Sunday, the member institution may designate the preceding Saturday for issuing equipment and taking squad pictures. *(Adopted: 7/28/15)*

# 17.8 Equestrian, Women's.

Regulations for computing the equestrian playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1 and Figure 17-2.)

**17.8.1 Length of Playing Season.** The length of an institution's playing season in equestrian shall be limited to a 144-day season, which may consist of two segments (each consisting of consecutive days) and which may exclude only required days off per Bylaw 17.1.6.5 and official vacation, holiday and final-examination periods during which no practice or competition shall occur. *(Adopted: 1/12/04 effective 8/1/04)*

**17.8.2 Preseason Practice.** A member institution shall not commence practice sessions in equestrian prior to September 7 or the institution's first day of classes for the fall term, whichever is earlier. *(Adopted: 1/12/04 effective 8/1/04)*

**17.8.3 First Date of Competition.** A member institution shall not engage in its first date of competition (game or scrimmage) with outside competition in equestrian prior to September 7 or the institution's first day of classes for the fall term, whichever is earlier. *(Adopted: 1/12/04 effective 8/1/04)*

**17.8.4 End of Regular Playing Season.** A member institution shall conclude all practice and competition (games and scrimmages) in each segment in equestrian by the last date of final examinations for the regular academic year (see Bylaw 17.1.7 for additional regulations regarding the end date of practice and competition). *(Adopted: 1/12/04 effective 8/1/04, Revised: 10/16/12)*

**17.8.5 Number of Dates of Competition.**

**17.8.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition in equestrian during the institution's playing season to 15 dates of competition (games and scrimmages), except for those dates of competition excluded under Bylaw 17.8.5.3. *(Adopted: 1/12/04 effective 8/1/04)*

**17.8.5.1.1 In-Season Foreign Competition.** A member institution may engage in one or more of its countable dates of competition in equestrian in one or more foreign countries on one trip during the prescribed playing season. However, except for competition in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the

institution may not engage in such in-season foreign competition more than once every four years. *(Adopted: 1/12/04 effective 8/1/04)*

**17.8.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in 15 dates of competition (this limitation includes those dates of competition in which the student-athlete represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution). *(Adopted: 1/12/04 effective 8/1/04)*

**17.8.5.3 Annual Exemptions.** The maximum number of dates of competition in equestrian shall exclude the following: *(Adopted: 1/12/04 effective 8/1/04, Revised: 4/14/08)*

(a) **Conference Championship.** Competition in one conference championship meet in equestrian;

(b) **Season-Ending Championship Event.** Competition in one of the recognized national intercollegiate championship events in equestrian (e.g., Intercollegiate Horse Show Association, National Collegiate Equestrian Association National Championship); *(Revised: 1/5/17)*

(c) **Alumni Show/Event.** One date of competition in equestrian each year against an alumni team of the institution;

(d) **Foreign Team in United States.** One date of competition in equestrian each year with a foreign opponent in the United States;

(e) **Hawaii, Alaska, Puerto Rico, Canada.** Any dates of competition in equestrian in Hawaii, Alaska, Puerto Rico or Canada, respectively, either against or under the sponsorship of an active member institution located in Hawaii, Alaska, Puerto Rico or Canada, by a member located outside those locales; *(Revised: 7/20/10)*

(f) **Fundraising Activity.** Any equestrian activities in which student-athletes from more than one of the institution's athletics teams participate with and against alumni and friends of the institution, the purpose of which is to raise funds for the benefit of the institution's athletics or other programs, provided the student-athletes do not miss classes as a result of their participation; and

(g) **Celebrity Sports Activity.** Competition involving a limit of two student-athletes from a member institution's equestrian team who participate in local celebrity equestrian activities conducted for the purpose of raising funds for charitable organizations, provided: *(Revised: 4/14/08)*

  (1) The student-athletes do not miss classes as a result of the participation; and

  (2) The involvement of the student-athletes has the approval of the institution's athletics director.

**17.8.6 Out-of-Season Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the institution's declared playing season per Bylaw 17.8.1, except as permitted in Bylaw 17.1.6.3. *(Adopted: 1/12/04 effective 8/1/04)*

**17.8.6.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations approved by the Management Council. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Adopted: 1/12/04 effective 8/1/04, Revised: 1/9/06 effective 8/1/06)*

**17.8.6.1.1 Vacation Period and Summer-Workout Sessions.** A coach may participate in individual-workout sessions with student-athletes from the coach's team during any institutional vacation period and/or the summer, provided the request for such assistance is initiated by the student-athlete. *(Adopted: 7/23/19)*

**17.8.7 Safety Exception.** A coach may be present during voluntary individual workouts in the institution's regular practice facilities (without the workouts being considered as countable athletically related activities) when the student-athlete uses equestrian equipment. The coach may provide safety or skill instruction but may not conduct the individual's workouts. *(Adopted: 1/12/04 effective 8/1/04)*

**17.8.8 Camps and Clinics.** There are no limits on the number of student-athletes in equestrian who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Adopted: 1/12/04 effective 8/1/04)*

**17.8.9 Other Restrictions.**

**17.8.9.1 Noncollegiate Amateur Competition.**

**17.8.9.1.1 In Season.** A student-athlete shall be denied eligibility for intercollegiate equestrian competition for the remainder of the season if, after enrollment in college and during any year in which the student-athlete is a member of any outside equestrian team in any noncollegiate, amateur competition (e.g., tournament play, exhibition games or

other activity) during the institution's intercollegiate equestrian season (see Bylaw 14.7.5 for exceptions and waivers). *(Adopted: 1/12/04 effective 8/1/04)*

**17.8.9.1.2 Out of Season.** There are no limits on the number of student-athletes with eligibility remaining in intercollegiate equestrian who may practice or compete out of season on an outside, amateur equestrian team. *(Adopted: 1/12/04 effective 8/1/04)*

**17.8.9.1.2.1 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) during the academic year (including vacation periods during the academic year) with an outside team that involves any student-athlete with remaining eligibility from that institution's equestrian team, except as provided under Bylaws 14.7.5, 16.8.1.2.1 and 17.32. *(Adopted: 1/12/04 effective 8/1/04, Revised: 4/29/04, 1/10/05 effective 8/1/05)*

**17.8.9.1.2.2 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution. *(Adopted: 1/12/04 effective 8/1/04, Revised: 1/22/20 effective 8/1/20)*

**17.8.9.2 Equipment Issue, Squad Pictures.** It shall be permissible to designate a single date for issuing equestrian equipment and for taking squad pictures following the beginning of classes in the fall term or the day prior to the beginning of a segment as specified in Bylaw 17.8.2. *(Adopted: 1/12/04 effective 8/1/04)*

**17.8.9.2.1 Exception for Sundays.** If the day prior to the beginning of a segment is Sunday, the member institution may designate the preceding Saturday for issuing equipment and taking squad pictures. *(Adopted: 1/12/04 effective 8/1/04)*

# 17.9 Fencing.

Regulations for computing the fencing playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1 and Figure 17-2.)

**17.9.1 Length of Playing Season.** The length of an institution's playing season in fencing shall be limited to a 144-day season, which may consist of two segments (each consisting of consecutive days) and which may exclude only required days off per Bylaw 17.1.6.5 and official vacation, holiday and final-examination periods during which no practice or competition shall occur. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97)*

**17.9.2 Preseason Practice.** A member institution shall not commence practice sessions in fencing before September 7 or the institution's first day of classes for the fall term, whichever is earlier. *(Revised: 1/10/91 effective 8/1/91, 1/10/95 effective 8/1/95, 1/14/97 effective 8/1/97)*

**17.9.3 First Date of Competition.** A member institution shall not engage in its first date of competition (game or scrimmage) with outside competition in fencing before September 7 or the institution's first day of classes for the fall term, whichever is earlier. *(Revised: 1/10/91 effective 8/1/91, 1/10/95 effective 8/1/95, 1/14/97 effective 8/1/97)*

**17.9.4 End of Regular Playing Season.** A member institution shall conclude all practice and competition (matches or practice matches) in fencing by the last date of final examinations for the regular academic year at the institution (see Bylaw 17.1.7 for additional regulations regarding the end date of practice and competition). *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 10/16/12)*

**17.9.5 Number of Dates of Competition.**

**17.9.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition in fencing during the permissible fencing playing season to 11 dates of competition, except for those dates of competition excluded under Bylaws 17.9.5.3 and 17.9.5.4 (see Bylaw 7.3.1.7.1.1 for minimum contests and participants requirements). *(Revised: 1/10/91 effective 8/1/91, 1/12/04)*

**17.9.5.1.1 In-Season Foreign Competition.** A member institution may engage in one or more of its countable dates of competition in fencing in one or more foreign countries on one trip during the prescribed playing season. However, except for competition in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years.

**17.9.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in not more than 11 dates of competition in fencing. This limitation includes those dates of competition in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Revised: 1/10/91 effective 8/1/91)*

**17.9.5.3 Annual Exemptions.** The maximum number of dates of competition in fencing shall exclude the following: *(Revised: 1/12/04, 4/14/08)*

(a) **Season-Ending Tournament.**

    (1) **NCAA Championship.** Competition in the National Collegiate Men's and Women's Fencing Championships;

    (2) **Season-Ending Tournament.** Competition in one season-ending fencing tournament (e.g., conference championship, regional tournament) other than an NCAA fencing championship;

(b) **Alumni Meet.** One date of competition in fencing each year with an alumni team of the institution;

(c) **Foreign Team in United States.** One date of competition in fencing each year with a foreign opponent in the United States;

(d) **Hawaii, Alaska, Puerto Rico, Canada.** Any days of competition in fencing in Hawaii, Alaska, Puerto Rico or Canada, respectively, either against or under the sponsorship of an active member institution located in Hawaii, Alaska, Puerto Rico or Canada, by a member located outside those locales; *(Revised: 1/10/05, 7/20/10)*

(e) **Fundraising Activity.** Any fencing activities in which student-athletes from more than one of the institution's athletics teams participate with and against alumni and friends of the institution, the purpose of which is to raise funds for the benefit of the institution's athletics or other programs, provided the student-athletes do not miss classes as a result of their participation; *(Revised: 1/10/05)*

(f) **Celebrity Sports Activity.** Competition involving a maximum of two student-athletes from a member institution's fencing team who participate in local celebrity fencing activities conducted for the purposes of raising funds for charitable organizations, provided: *(Revised: 4/14/08)*

    (1) The student-athletes do not miss classes as a result of the participation; and

    (2) The involvement of the student-athletes has the approval of the institution's athletics director; and

(g) **U.S. National Team.** One date of competition against the U.S. national team as selected by the appropriate national governing body in fencing.

**17.9.5.4 Once-in-Four-Years Exemptions -- Foreign Tours.** An institution may exempt from its maximum contest limits all contests played on a foreign tour, provided the tour occurs only once in a four-year period and is conducted in accordance with the procedures set forth in Bylaw 17.32. *(Revised: 4/15/03, 4/14/08)*

**17.9.6 Out-of-Season Athletically Related Activities.** Student-athletes and members of the coaching staff at the student-athlete's institution shall not engage in countable athletically related activities (see Bylaw 17.02.1) outside the institution's declared playing season per Bylaw 17.9.1, except as permitted in Bylaw 17.1.6.3. *(Revised: 1/10/91 effective 8/1/91)*

**17.9.6.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations approved by the Management Council. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Revised: 1/10/91, 1/10/92, 1/9/06 effective 8/1/91, 8/1/06)*

**17.9.6.1.1 Vacation Period and Summer-Workout Sessions.** A coach may participate in individual-workout sessions with student-athletes from the coach's team during any institutional vacation period and/or the summer, provided the request for such assistance is initiated by the student-athlete. *(Adopted: 1/10/92, Revised: 1/11/94, 1/9/06 effective 8/1/06, 7/23/19)*

**17.9.7 Safety Exception.** A coach may be present during voluntary individual workouts in the institution's regular practice facility (without the workouts being considered as countable athletically related activities) when the student-athlete uses fencing equipment. The coach may provide safety or skill instruction but cannot conduct the individual's workouts. *(Adopted: 1/10/91 effective 8/1/91)*

**17.9.8 Camps and Clinics.** There are no limits on the number of student-athletes in fencing who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Revised: 1/10/92)*

**17.9.9 Other Restrictions.**

**17.9.9.1 Noncollegiate, Amateur Competition.**

**17.9.9.1.1 In Season.** A student-athlete shall be denied eligibility for intercollegiate competition for the remainder of the season in fencing if, after enrollment in college and during any year in which the student-athlete is a member of an intercollegiate fencing squad or team, they compete or have competed as a member of any outside fencing team in

any noncollegiate, amateur competition (e.g., team invitational meet, exhibition meets or other activity) during the institution's intercollegiate fencing season (see Bylaw 14.7.5 for exceptions and waivers). *(Revised: 1/16/93)*

**17.9.9.1.2 Out of Season.** There are no limits on the number of student-athletes from the same member institution with eligibility remaining in intercollegiate fencing who may practice or compete out of season on an outside, amateur fencing team. *(Revised: 1/10/91 effective 8/1/91)*

**17.9.9.1.2.1 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) during the academic year (including vacation periods during the academic year) with an outside team that involves any student-athlete with eligibility remaining in the institution's fencing team, except as provided under Bylaws 14.7.5, 16.8.1.2.1 and 17.32. *(Revised: 1/10/05 effective 8/1/05)*

**17.9.9.1.2.2 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution. *(Revised: 1/22/20 effective 8/1/20)*

**17.9.9.2 Equipment Issue, Squad Pictures.** It shall be permissible to designate a single date for issuing fencing equipment and for taking squad pictures after the beginning of classes in the fall term or the day before the beginning of a segment as specified in Bylaw 17.9.2. *(Revised: 7/28/15)*

**17.9.9.2.1 Exception for Sundays.** If the day before the beginning of a segment is a Sunday, the member institution may designate the preceding Saturday for issuing equipment and taking squad pictures. *(Adopted: 7/28/15)*

# 17.10 Field Hockey.

Regulations for computing the field hockey playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1 and Figure 17-2.)

**17.10.1 Length of Playing Season -- Championship and Nonchampionship Segments.** The length of an institution's playing season for both segments in field hockey shall be limited by the dates and regulations set forth in the remainder of this section. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 1/14/02 effective 8/1/02)*

**17.10.2 Preseason Practice.**

**17.10.2.1 First Date of Practice -- Championship Segment.** A member institution shall not commence practice sessions in field hockey in the championship segment before 17 days before the first permissible contest or five days before the institution's first day of classes, whichever is earlier. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 1/14/02 effective 8/1/02, 1/12/04 effective 8/1/04, 1/16/10 effective 8/1/10)*

**17.10.2.2 Preseason Activities Before the First Day of Classes or First Scheduled Contest.** During the preseason practice period before the institution's first day of classes or the first scheduled contest, whichever is earlier, student-athletes shall not engage in more than six hours of countable athletically related activities per day, only five of which may be devoted to physical activities (e.g., practice, weight training, conditioning). In addition, any session with physical activities shall not exceed three hours in length. Student-athletes must be provided with at least three continuous hours of recovery time between any session occurring that day. During this time, student-athletes may not attend any meetings or engage in other athletically related activities (e.g., weightlifting); however, time spent receiving medical treatment and eating meals may be included as part of the recovery time. *(Adopted: 1/16/10 effective 8/1/10, Revised: 5/13/11, 6/22/11)*

**17.10.3 First Contest -- Championship Segment.** A member institution shall not engage in its first contest with outside competition in the championship segment before the Thursday preceding September 6. *(Revised: 1/10/91 effective 8/1/91, 1/16/93 effective 8/1/93, 1/10/95 effective 8/1/95, 1/10/96 effective 8/1/96, 1/24/96 effective 8/1/96, 1/14/97 effective 8/1/97, 1/14/02 effective 8/1/02, 1/13/03 effective 8/1/03, 1/9/06 effective 8/1/06, 1/16/10 effective 8/1/10 however, contracts signed before 8/6/09 for contests or dates of competition occurring between 8/26/10 and 9/11/10 may be honored)*

**17.10.3.1 Exceptions.** The following field hockey contests and dates of competition (games or scrimmages) may be played at any time during the field hockey playing and practice season. *(Adopted: 1/13/03, Revised: 4/15/03, 1/14/12 effective 8/1/12)*

(a) Alumni game [see Bylaw 17.10.7.3-(d)]; *(Adopted: 1/14/12 effective 8/1/12)*

(b) Fundraising activity [see Bylaw 17.10.7.3-(f)]; *(Adopted: 1/14/12 effective 8/1/12)*

(c) Celebrity sports activity [see Bylaw 17.10.7.3-(g)]; and *(Adopted: 1/14/12 effective 8/1/12)*

(d) Discretionary exemptions (see Bylaw 17.10.7.4). *(Adopted: 1/14/12 effective 8/1/12)*

**17.10.4 End Date of Practice and Competition -- Championship Segment.** A member institution shall conclude all practice and competition (games and scrimmages) in the championship segment by the conclusion of the NCAA Division II Field Hockey Championship (see Bylaw 17.1.7 for additional regulations regarding the end date of practice and competition). *(Revised: 1/14/97 effective 8/1/97, 10/16/12)*

**17.10.5 First Date of Practice and Competition -- Nonchampionship Segment.** A member institution shall not commence practice sessions or engage in outside competition in the nonchampionship segment before February 15. *(Adopted: 1/14/02 effective 8/1/02)*

**17.10.6 End Date of Practice and Competition -- Nonchampionship Segment.** A member institution shall conclude all practice and competition in the nonchampionship segment not later than seven calendar days prior to the first date of the institution's final examinations. *(Adopted: 1/14/02 effective 8/1/02)*

**17.10.7 Number of Contests and Dates of Competition.**

**17.10.7.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition during the institution's field hockey playing season in any one year to 18 contests during the segment in which the NCAA championship is conducted and five dates of competition during another segment, except for those contests or dates of competition excluded under Bylaws 17.10.7.3, 17.10.7.4 and 17.10.7.5. *(Revised: 1/10/92 effective 8/1/92, 1/16/10 effective 8/1/11, 5/19/20 Immediate, for the 2020-21 academic year only., 4/12/21 effective 8/1/21)*

**17.10.7.1.1 In-Season Foreign Competition.** A member institution may play one or more of its countable field hockey contests or dates of competition in one or more foreign countries on one trip during the prescribed playing season. However, except for contests or dates of competition played in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years.

**17.10.7.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in not more than 18 field hockey contests during the segment in which the NCAA championship is conducted and five dates of competition in field hockey during another segment. This limitation includes those contests or dates of competition in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Revised: 1/10/92 effective 8/1/92, 1/16/10 effective 8/1/11, 5/19/20 Immediate, for the 2020-21 academic year only, 4/12/21 effective 8/1/21)*

**17.10.7.3 Annual Exemptions.** The maximum number of contests or dates of competition in field hockey shall exclude the following: *(Adopted: 4/14/08)*

(a) **Conference Championship.** Competition in one conference championship tournament or playoff;

(b) **Independents Championship.** Competition in one championship meet or tournament among independent member institutions that are not members of an intercollegiate athletics conference in all sports, or for a specific sport that is not part of a conference, conducted at the end of the championship segment and prior to the NCAA championship;

(c) **Season-Ending Tournament.** Competition in one season-ending tournament (e.g., NCAA championship, NAIA championship). A season-ending tournament involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(d) **Alumni Game.** One contest or date of competition with an alumni team of the institution;

(e) **Hawaii, Alaska, Puerto Rico, Canada.** Any contests or dates of competition played in Hawaii, Alaska, Puerto Rico or Canada, respectively, either against or under the sponsorship of an active member institution located in Hawaii, Alaska, Puerto Rico or Canada, by a member institution located outside those locales; *(Revised: 7/20/10)*

(f) **Fundraising Activity.** Any activities in which student-athletes from more than one of the institution's athletics teams participate (or in individual sports per Bylaw 17.02.16.2, in which team members of that sport participate) with and against alumni and friends of the institution, the purpose of which is to raise funds to benefit the institution's athletics or other programs, provided the student-athletes do not miss class as a result of their participation;

(g) **Celebrity Sports Activity.** Competition involving a maximum of two student-athletes from a member institution's team who participate in local celebrity activities in field hockey conducted for the purpose of raising funds for charitable organizations, provided:

(1) The student-athletes do not miss class as a result of the participation; and

(2) The involvement of the student-athletes has the approval of the institution's athletics director; and

(h) **U.S. National Team.** One contest or date of competition against a U.S. national team as selected by the appropriate national governing body in that sport.

**17.10.7.4 Discretionary Exemptions.** The following may be exempted from an institution's maximum number of contests or dates of competition in field hockey each year. An institution may exempt not more than three from this list annually: *(Adopted: 4/14/08)*

(a) **Foreign Team in United States.** A contest or date of competition against a foreign team in the United States played in the facility in which the member institution regularly plays its home contests;

(b) **Non-Division II Four-Year Collegiate Institution.** An exhibition contest or date of competition against non-Division II four-year collegiate institution(s); or *(Revised: 1/14/12 effective 8/1/12, 10/22/13)*

(c) **Scrimmages.** A scrimmage with outside competition, provided the scrimmage is conducted without official scoring.

**17.10.7.4.1 Official Scoring.** For purposes of Bylaw 17.10.7.4-(c), official scoring has occurred when either institution participating in the scrimmage satisfies either of the following conditions: *(Adopted: 4/14/08, Revised: 4/15/14)*

(a) The signing of a scorebook by an official; or

(b) The score is used for individual or seasonal statistics.

**17.10.7.5 Once-in-Four-Years Exemption -- Foreign Tours.** An institution may exempt the contests played on a foreign tour, provided the tour occurs only once in a four-year period and is conducted in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 4/14/08)*

**17.10.8 Out-of-Season and Nonchampionship Segment Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the championship segment, except for the following: *(Revised: 1/10/91 effective 8/1/91, 1/14/02 effective 8/1/02)*

(a) **Conditioning, Weight Training and/or Team Activities.** Student-athletes may participate in conditioning, weight training and/or team activities in accordance with Bylaw 17.1.6.3; and *(Revised: 9/12/17)*

(b) **Nonchampionship Segment Activities.** During the nonchampionship segment in which the NCAA championship does not occur, student-athletes may participate in any practice or competition activity as permitted by other legislation provided such activity is restricted to a period of 45-consecutive calendar days, omitting vacation and examination days officially announced or on days that the institution is closed due to inclement weather, as long as no practice or competition occurs on such days. The 45-consecutive calendar days must be within the dates set forth in Bylaws 17.10.5 and 17.10.6. It is not permissible for an institution that declares fall as its championship segment and operates on the quarter system to engage in practice and competition from the time period of seven calendar days prior to the first date of the institution's final examination period for the winter quarter until the first day of classes of the spring quarter. The days during which practice and competition are prohibited may be exempted from the period of 45-consecutive calendar days. (See Bylaws 17.1.6.2 and 17.1.6.6 for daily and weekly hour limitations and required days off.) *(Adopted: 1/14/02, Revised: 1/13/03, 1/9/06, 1/21/17 effective 8/1/17)*

**17.10.8.1 Summer Practice.** Field hockey practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations approved by the Management Council. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Revised: 1/9/06 effective 8/1/06)*

**17.10.9 Camps and Clinics.** There are no limits on the number of student-athletes in field hockey who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Revised: 1/10/92)*

**17.10.10 Other Restrictions.**

**17.10.10.1 Noncollegiate, Amateur Competition.**

**17.10.10.1.1 In Season.** A student-athlete shall be denied eligibility for intercollegiate field hockey competition for the remainder of the season if, after enrollment in college and during any year in which the student-athlete is a member of an intercollegiate field hockey squad or team, they compete or have competed as a member of any outside field hockey team in any noncollegiate, amateur competition (e.g., tournament play, exhibition games or other activity) during the institution's intercollegiate field hockey season (see Bylaw 14.7.5 for exceptions and waivers). *(Revised: 1/16/93)*

**17.10.10.1.2 Out of Season.** There are no limits on the number of student-athletes with eligibility remaining in intercollegiate field hockey who may practice or compete out of season on an outside, amateur field hockey team. *(Revised: 1/10/91 effective 8/1/91, 1/16/93)*

**17.10.10.1.2.1 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) at any time (i.e., during the academic year, vacation periods and summer) with an outside team that involves any student-athlete with remaining eligibility from the institution's field hockey team, except as provided under Bylaws 14.7.5, 16.8.1.2.1 and 17.32. *(Revised: 1/10/05 effective 8/1/05)*

**17.10.10.1.2.2 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution. *(Revised: 1/22/20 effective 8/1/20)*

**17.10.10.2 Equipment Issue, Squad Pictures.** It shall be permissible to designate a single date for issuing field hockey equipment and for taking squad pictures after the beginning of classes in the fall term or the day before the beginning of the traditional or nontraditional segment as specified in Bylaw 17.10.2. *(Revised: 1/11/89)*

**17.10.10.2.1 Exception for Sundays.** If the day before the beginning of a segment is a Sunday, the member institution may designate the preceding Saturday for issuing equipment and taking squad pictures. *(Adopted: 1/11/89)*

# 17.11 Football.

Regulations for computing the football playing season are set forth in Bylaw 17.1, General Playing Season Regulations. (See Figure 17-1 and Figure 17-2.)

**17.11.1 Prohibited Athletic Activities.** In football, an institution shall not conduct prohibited athletic activities, as specified in policies and procedures established and maintained by the Football Committee and reviewed by the Committee on Competitive Safeguards and Medical Aspects of Sports, subject to approval by the Management Council. *(Adopted: 6/7/21, Revised: 9/24/21)*

**17.11.2 Length of Playing Season.** The length of an institution's playing season in football shall be limited to the period of time between the start of preseason practice (see Bylaw 17.11.3) and the end of the regular playing season (see Bylaw 17.11.5), except as provided in Bylaw 17.11.9 (out-of-season practice). (See Bylaw 17.11.4 for restrictions on first contest dates.)

**17.11.3 Preseason Practice.**

**17.11.3.1 First Practice Date -- Championship Segment.** A member institution shall not commence official preseason football practice sessions in the championship segment, for the varsity, junior varsity or freshman team, before 24 days before the first permissible contest or 10 days before the institution's first day of classes, whichever is earlier. *(Revised: 1/11/89, 1/14/02 effective 8/1/02, 1/13/03 effective 8/1/03, 1/16/10 effective 8/1/10, 1/20/18)*

**17.11.3.2 Required Day Off.** Following the seven-day acclimatization period, all physically related activity shall be prohibited one calendar day per week. *(Adopted: 4/10/18, Revised: 1/22/22)*

**17.11.3.3 Seven-Day Acclimatization Period.** Preseason practice shall begin with a seven-day acclimatization period for both first-time participants (e.g., freshmen and transfers) and continuing student-athletes. All student-athletes, including walk-ons who arrive to preseason practice after the first day of practice, are required to undergo a seven-day acclimatization period. The seven-day acclimatization period shall be conducted as follows: *(Adopted: 1/13/03 effective 8/1/03, Revised: 1/22/22)*

(a) Institutions may not conduct conditioning, speed, strength or agility tests prior to the start of the seven-day acclimatization period. *(Revised: 1/22/22)*

(b) Participants shall not engage in more than one on-field practice per day during the seven-day acclimatization period. On-field practices shall last no longer than three hours. *(Revised: 1/22/22)*

(1) **Exception** -- During the seven-day acclimatization period, an institution has the option of conducting one on-field practice per day, not to exceed three hours in length, or one on-field testing session (speed, conditioning, or agility tests) per day, not to exceed one hour in length and one on-field practice, not to exceed two hours in length. In addition, an institution may conduct one one-hour walk-through session per day of the acclimatization period, provided protective equipment (e.g., helmets, shoulder pads) is not worn, equipment related to football (e.g., blocking sleds) is not used and conditioning activities do not occur. However, footballs may be used. Student-athletes must be provided with at least three continuous hours of recovery time between any session occurring that day. During this time, student-athletes may not attend any meetings or engage in other athletically

related activities (e.g., weightlifting); however, time spent receiving medical treatment and eating meals may be included as part of the recovery time. *(Revised: 1/9/06, 7/23/19, 1/22/22)*

(c) During the first two days of practice or testing activity, helmets and spider pads shall be the only piece of protective equipment student-athletes may wear. During the next three days of practice or testing activity, helmets, spider pads and shoulder pads shall be the only pieces of protective equipment student-athletes may wear. On the sixth day of practice or testing activity, student-athletes may practice in full pads. *(Revised: 1/22/22)*

(d) An institution shall provide student-athletes with one day off during the seven-day acclimatization period. The required day off may occur as early as the second day or as late as the seventh day. *(Adopted: 1/22/22)*

**17.11.3.3.1 Weightlifting.** Weightlifting is not considered an on-field activity per Bylaw 17.11.3.3. *(Adopted: 1/12/04)*

**17.11.3.4 Preseason Activities After Acclimatization Period.** The remaining 17 on-field preseason practice sessions after the acclimatization period shall be conducted as follows: *(Adopted: 1/13/03 effective 8/1/03, Revised: 1/22/22)*

(a) General. *(Adopted: 1/22/22)*

(1) Multiple on-field practice sessions shall not be conducted on the same day; *(Adopted: 1/22/22)*

(2) Student-athletes shall not engage in more than three hours of on-field practice activities per day; *(Adopted: 1/22/22)*

(3) On-field walk-throughs are not considered an on-field activity under Bylaw 17.11.3.4, provided protective equipment (e.g., helmets, shoulder pads) is not worn, equipment related to football (e.g., blocking sleds) is not used and conditioning activities do not occur. An institution may use footballs during a walk through. The walk-through shall not last longer than one hour; and *(Adopted: 1/22/22)*

(4) Student-athletes must be provided with at least three continuous hours of recovery time between an on-field practice session and a walk-through. During this time, student-athletes may not engage in physical athletically related activities (e.g., weight lifting). Time spent in team meetings, film review, receiving medical treatment and eating meals may be included as part of the recovery time. *(Adopted: 1/22/22)*

(b) Protective Equipment Restrictions. *(Adopted: 1/22/22)*

(1) Up to eight on-field practice sessions may be conducted in full pads; *(Adopted: 1/22/22)*

(2) During at least five on-field practice sessions, protective equipment is restricted to not more than helmets and spider pads; *(Adopted: 1/22/22)*

(3) During the remaining on-field practice sessions, protective equipment is restricted to not more than helmets, spider pads and/or shoulder pads; and *(Adopted: 1/22/22)*

(4) On-field practice sessions may be conducted in less protective equipment than the maximum restrictions noted above. *(Adopted: 1/22/22)*

(c) Contact Restrictions. *(Adopted: 1/22/22)*

(1) Full contact (tackling to the ground) is only permitted during an on-field practice session in full pads; *(Adopted: 1/22/22)*

(2) An institution shall not conduct more than two consecutive days of full contact (tackling to the ground) practices; *(Adopted: 1/22/22)*

(3) An institution shall not conduct more than 60 minutes of contact (thud or full) on two consecutive days per week; *(Adopted: 1/22/22)*

(4) An institution shall not conduct more than a total of 75 minutes of full contact (tackling to the ground) within any one on-field practice session other than during the two permissible scrimmages; and *(Adopted: 1/22/22)*

(5) An institution shall not conduct more than two scrimmages during the preseason practice period. A scrimmage is a practice devoted primarily (greater than 50% of practice time) to 11-on-11, full contact (tackling to the ground) activities. A scrimmage counts as one of the eight permissible practices in full pads and may include more than 75 minutes of full contact (tackling to the ground). *(Adopted: 1/22/22)*

**17.11.3.4.1 Weightlifting.** Weightlifting is not considered an on-field activity per Bylaw 17.11.3.4. *(Adopted: 1/12/04)*

**17.11.4 First Contest -- Championship Segment.** A member institution shall not play its first contest with outside competition in the championship segment before the Thursday preceding September 6. *(Revised: 1/11/89, 1/9/96 effective*

*8/1/96, 1/14/97, 1/13/98, 1/14/02 effective 8/1/02, 1/13/03 effective 8/1/03, 1/9/06 effective 8/1/06, 1/16/10 effective 8/1/10 however, contracts signed before 8/6/09 for contests or dates of competition occurring between 8/26/10 and 9/1/10 may be honored)*

**17.11.5 End of Playing Season -- Championship Segment.** A member institution shall conclude all competition in the championship segment by the conclusion of the Division II Football Championship (see Bylaw 17.1.7 for additional regulations regarding the end date of practice and competition). *(Revised: 1/11/89, 1/14/02 effective 8/1/02, 10/16/12)*

**17.11.6 First Date of Practice -- Nonchampionship Segment.** A member institution shall not commence practice sessions in the nonchampionship segment before February 15. *(Adopted: 1/14/02 effective 8/1/02)*

**17.11.7 End Date of Practice -- Nonchampionship Segment.** A member institution shall conclude all practice in the nonchampionship segment not later than seven calendar days prior to the first date of final examinations. *(Adopted: 1/14/02 effective 8/1/02)*

**17.11.8 Number of Contests.**

**17.11.8.1 Maximum Limitations -- Institutional.** A member institution shall limit its total regular-season playing schedule with outside competition during the permissible football playing season in any one year to 11 contests (games and scrimmages), except as provided for member institutions located in Alaska and Hawaii under Bylaw 17.31.2 and except as provided for all members under Bylaws 17.11.8.3 and 17.11.8.4. *(Revised: 5/19/20 Immediate, for the 2020-21 academic year only., 4/12/21 effective 8/1/21)*

**17.11.8.1.1 In-Season Foreign Competition.** A member institution may play one or more of its countable contests in football in one or more foreign countries on one trip during the prescribed playing season. However, except for contests played in Canada, Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years.

**17.11.8.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in not more than 11 football contests. This limitation includes those contests in which the student-athlete represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Revised: 1/10/91 effective 8/1/92, 5/19/20 Immediate, for the 2020-21 academic year, 4/12/21 effective 8/1/21)*

**17.11.8.3 Annual Exemptions.** The maximum number of contests in football shall exclude the following: *(Adopted: 4/14/08)*

(a) **Conference Championship.** Competition in one conference championship tournament or playoff;

(b) **Independents Championship.** Competition in one championship meet or tournament among independent member institutions that are not members of an intercollegiate athletics conference in all sports, or for a specific sport that is not part of a conference, conducted at the end of the championship segment and prior to the NCAA championship;

(c) **Season-Ending Tournament.** Competition in one season-ending tournament (e.g., NCAA championship, NAIA championship). A season-ending tournament involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(d) **Alumni Game.** One contest with an alumni team of the institution;

(e) **Hawaii, Alaska, Puerto Rico, Canada.** Any contests played in Hawaii, Alaska, Puerto Rico or Canada, respectively, either against or under the sponsorship of an active member institution located in Hawaii, Alaska, Puerto Rico or Canada, by a member institution located outside those locales; *(Revised: 7/20/10)*

(f) **Fundraising Activity.** Any activities in which student-athletes from more than one of the institution's athletics teams participate (or in individual sports per Bylaw 17.02.16.2, in which team members of that sport participate) with and against alumni and friends of the institution, the purpose of which is to raise funds to benefit the institution's athletics or other programs, provided the student-athletes do not miss class as a result of their participation;

(g) **Celebrity Sports Activity.** Competition involving a maximum of two student-athletes from a member institution's team who participate in local celebrity activities in football conducted for the purpose of raising funds for charitable organizations, provided:

   (1) The student-athletes do not miss class as a result of the participation; and

   (2) The involvement of the student-athletes has the approval of the institution's athletics director;

(h) **Spring Game.** One contest at the conclusion of the spring practice period provided the contest is against a team comprised of bona fide alumni or students or both;

(i) **Spring Practice Scrimmage.** One scrimmage against a four-year collegiate institution during spring practice. *(Adopted: 1/14/23 effective 8/1/23)*

(j) **Postseason Bowl Game -- Between Representatives of Two Division II Conferences.** Participation in one postseason bowl game between representatives of two Division II conferences. The participating institutions shall be institutions not selected to participate in the Division II Football Championship;

(k) **Postseason Bowl Game -- Between a Representative of a Division II Conference and an Independent Institution.** Participation in one postseason bowl game between a representative of a Division II conference and an independent institution. For purposes of this legislation, an independent institution is one that is not a member of a conference in football. The participating institutions shall be institutions not selected to participate in the Division II Football Championship; and

(l) **Postseason Bowl Game -- Between a Representative of a Division II Conference or Independent Institution and a Canadian Institution.** Participation in one postseason bowl game between a representative of a Division II conference or an independent institution and a Canadian institution that is not a member of the NCAA. The participating NCAA institution shall be one not selected to participate in the Division II Football Championship. *(Adopted: 4/19/16)*

**17.11.8.4 Once-in-Four-Years Exemption -- Foreign Tours.** An institution may exempt the contests played on a foreign tour, provided the tour occurs only once in a four-year period and is conducted in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 4/14/08)*

**17.11.9 Out-of-Season Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the playing season, except for the following:

(a) **Conditioning Activities.** Student-athletes may participate in conditioning activities in accordance with Bylaw 17.1.6.3.2.

(b) **Spring Practice.** Fifteen postseason practice sessions (including intrasquad scrimmages) and the spring game are permissible. An institution is not required to count as one of its 15 designated days any day during which countable athletically related activities are limited solely to required conditioning activities and/or review of game film. Practice sessions must meet the following conditions: *(Revised: 1/10/05)*

    (1) All practice sessions must be conducted within a period of 36-consecutive calendar days, omitting vacation and examination days officially announced on the institution's calendar and days during which the institution is closed due to inclement weather. *(Revised: 1/26/19)*

    (2) Any such practice sessions held during vacation days may not be of longer duration than those normally held when academic classes are in session.

    (3) Only 12 of the 15 sessions may involve contact, and such contact shall not occur before the third practice session.

    (4) The noncontact practice sessions may involve headgear as the only piece of protective equipment.

    (5) Of the 12 permissible contact sessions, eight sessions may involve tackling, and not more than three of the eight tackling sessions may be devoted primarily (greater than 50 percent of practice time) to 11-on-11 scrimmages.

    (6) An institution shall not conduct more than two consecutive days of full contact (tackling to the ground) practices. *(Adopted: 10/18/22)*

    (7) An institution shall not conduct more than a total of 75 minutes of full contact (tackling to the ground) within any one on-field practice session other than the three tackling sessions devoted primarily to 11-on-11 scrimmages. *(Adopted: 10/18/22)*

    (8) Tackling shall be prohibited in four of the 12 contact sessions. An institution has the discretion to determine the practice activities (other than tackling) that may occur during the four contact nontackling sessions as well as the protective equipment to be worn by the student-athletes.

    (9) If an institution conducts a "spring game" per Bylaw 17.11.8.3-(h), the game shall be counted as one of the three sessions that can be devoted primarily to 11-on-11 scrimmages.

    (10) An institution may participate in a scrimmage against a four-year collegiate institution and the scrimmage shall count as one of the three sessions that may be devoted primarily to 11-on-11 scrimmages. The scrimmage against a four-year collegiate institution may not occur until on or after the 10th spring practice. [See Bylaw 14.2.4.1.3 for participation during the nonchampionship segment]. *(Adopted: 1/14/23 effective 8/1/23)*

    (11) A student-athlete's participation in countable athletically related activities, including conditioning activities and review of game film (see Bylaw 17.02.1), during the spring practice period shall be limited to a maximum of four hours

per day and 20 hours per week. *(Revised: 1/10/90, 1/10/91, 1/10/92, 1/16/93, 1/11/94, 1/11/95, 1/9/96, 1/13/98, 1/14/02 effective 8/1/02, 4/29/04)*

(12) All countable athletically related activities shall be prohibited during one calendar day per week.

**17.11.9.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations approved by the Management Council. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Adopted: 10/21/14)*

## 17.11.10 Other Restrictions.

**17.11.10.1 Noncollegiate, Amateur Competition.** A student-athlete shall be ineligible for intercollegiate competition in football for the duration of the football season if, after enrollment in college and during any year in which the student-athlete is a member of an intercollegiate football squad or team, the student-athlete competes or has competed as a member of any outside football team in any noncollegiate, amateur competition (e.g., tournament play, exhibition games or other activity). *(Adopted: 1/10/91 effective 8/1/91, Revised: 1/16/93)*

**17.11.10.1.1 Out-of-Season, Noncollegiate, Amateur Competition.** It is permissible for only one student-athlete from a member institution's football team to practice or compete as a member of an outside, amateur football team outside the playing season, provided no member of the athletics department from the institution in which such a student-athlete is enrolled is involved with the team in any way (e.g., coach, official, player), except as provided under Bylaw 16.8.1.2.1. *(Revised: 1/10/05 effective 8/1/05)*

**17.11.10.2 Equipment Issue, Squad Pictures.** It shall be permissible to designate a single date for issuing football equipment and for taking squad pictures after the beginning of classes in the fall term or the day before the opening of permissible practice as specified in Bylaw 17.11.3.1. *(Revised: 1/10/95)*

**17.11.10.2.1 Exception for Sundays.** If the day before the beginning of the opening of permissible practice is a Sunday, the member institution may designate the preceding Saturday for issuing equipment and taking squad pictures. *(Adopted: 1/11/89)*

# 17.12 Golf.

Regulations for computing the golf playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1 and Figure 17-2.)

**17.12.1 Length of Playing Season -- Championship and Nonchampionship Segments.** The length of an institution's playing season for both segments in golf shall be limited by the dates and regulations set forth in the remainder of this section. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 1/14/02 effective 8/1/02)*

**17.12.2 First Date of Practice -- Championship Segment.** A member institution shall not commence practice sessions in golf in the championship segment before January 10 or the first day of classes, whichever is earlier. *(Revised: 1/14/97 effective 8/1/97, 1/14/02 effective 8/1/02)*

**17.12.3 First Date of Competition -- Championship Segment.** A member institution shall not engage in its first date of competition with outside competition in the championship segment before February 1. *(Revised: 1/14/97 effective 8/1/97, 1/14/02 effective 8/1/02)*

**17.12.3.1 Exception -- February 1 on a Saturday, Sunday or Monday.** When February 1 falls on a Saturday, Sunday or Monday, a member institution shall not engage in its first date of competition with outside competition in the championship segment before the Friday preceding February 1. *(Adopted: 1/17/15)*

**17.12.3.2 Exceptions.** The following golf dates of competition may be played at any time during the golf playing and practice season: *(Adopted: 1/14/12 effective 8/1/12)*

(a) Alumni game [see Bylaw 17.12.7.3-(d)];

(b) Fundraising activity [see Bylaw 17.12.7.3-(f)];

(c) Celebrity sports activity [see Bylaw 17.12.7.3-(g)]; and

(d) Discretionary exemptions (see Bylaw 17.12.7.4).

**17.12.4 End Date of Practice and Competition -- Championship Segment.** A member institution shall conclude all practice and competition in golf in the championship segment by the conclusion of the NCAA Division II Golf Championships (see Bylaw 17.1.7 for additional regulations regarding the end date of practice and competition and for an

exception for the PGA WORKS Collegiate Championship). *(Revised: 1/14/97 effective 8/1/97, 1/14/02 effective 8/1/02, 10/16/12, 1/15/14)*

**17.12.5 First Date of Practice and Competition -- Nonchampionship Segment.** A member institution shall not commence practice sessions or engage in outside competition in the nonchampionship segment before September 7 or the institution's fourth day of classes (as set forth in its catalog, counting Monday through Friday only), whichever is earlier. *(Adopted: 1/14/02 effective 8/1/02, Revised: 1/15/11 effective 8/1/11, 4/12/11)*

    **17.12.5.1 Exception -- Alternate Playing Season.** An institution that is a member of a conference that conducts its only conference championship or plays the majority of its conference matches during the fall, or an institution that declares fall as its institution's championship segment may use the playing season dates for sports that conduct a fall championship. Further, an institution that uses this exception and discontinues its championship segment activities by November 1 (instead of November 15) may add 15 calendar days to the period of 60-consecutive calendar days available during the nonchampionship segment. The institution is eligible for the NCAA championship. *(Adopted: 1/14/02 effective 8/1/02, Revised: 1/13/03 effective 8/1/03, 1/12/04, 1/9/06 effective 8/1/06, 6/10/08, 1/16/10 effective 8/1/10, 8/22/17)*

| | **Fall (Championship)** | **Spring (Nonchampionship)** |
|---|---|---|
| **Practice** | 17 days before the first permissible date of competition or five days before the first day of classes, whichever is earlier. | February 15 |
| **Competition** | Thursday preceding September 6. | February 15 |
| **End Date for Practice and Competition** | November 15 | Seven days prior to final examination period. |

        **17.12.5.1.1 Alternate Playing Season -- Preseason Activities Before the First Day of Classes or First Scheduled Date of Competition.** During the preseason practice period before the first day of classes or the first scheduled date of competition, whichever is earlier, student-athletes shall not engage in more than six hours of countable athletically related activities per day, only five of which may be devoted to physical activities (e.g., practice, weight training, conditioning). In addition, any session with physical activities shall not exceed three hours in length. Student-athletes must be provided with at least three continuous hours of recovery time between any session occurring that day. During this time, student-athletes may not attend any meetings or engage in other athletically related activities (e.g., weightlifting); however, time spent receiving medical treatment and eating meals may be included as part of the recovery time. *(Adopted: 1/16/10 effective 8/1/10, Revised: 5/13/11, 6/22/11)*

           **17.12.5.1.1.1 Exception -- Golf Practice Round.** A golf practice round may exceed three hours in length, but student-athletes shall not exceed the daily limit of six hours of countable athletically related activities, only five of which may be devoted to physical activities. At the conclusion of a practice round, student-athletes shall be provided with at least three continuous hours of recovery time before engaging in an additional session on that day. *(Adopted: 1/14/12 effective 8/1/12)*

**17.12.6 End Date of Practice and Competition -- Nonchampionship Segment.** A member institution shall conclude all practice and competition in the nonchampionship segment not later than November 15. *(Adopted: 1/14/02 effective 8/1/02)*

**17.12.7 Number of Dates of Competition.**

    **17.12.7.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition during the permissible golf playing season to 21 dates of competition, except for those dates of competition excluded under Bylaws 17.12.7.3, 17.12.7.4 and 17.12.7.5 (see Bylaw 7.3.1.7.1.1 for minimum contests and participants requirements). *(Revised: 1/10/91 effective 8/1/91, 1/16/10 effective 8/1/10, 5/19/20 Immediate, for the 2020-21 academic year only., 4/12/21 effective 8/1/21)*

        **17.12.7.1.1 Tournament Limitations.** No tournament, including those involving "college-am" fundraisers, shall exceed three days. *(Adopted: 1/10/91 effective 8/1/91, Revised: 1/11/94 effective 8/1/94)*

        **17.12.7.1.2 Determination of Date of Competition.** A member institution shall be considered to have used a date of competition in golf, if one or more student-athletes participate on behalf of the institution on a particular date.

        **17.12.7.1.3 In-Season Foreign Competition.** A member institution may play one or more of its countable dates of competition in golf in one or more foreign countries on one trip during the prescribed playing season. However, except for competition in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years.

**17.12.7.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in 21 dates of competition in golf. This limitation includes those dates of competition in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Revised: 1/10/91 effective 8/1/91, 1/16/10 effective 8/1/10, 5/19/20 Immediate, for the 2020-21 academic year, 4/12/21 effective 8/1/21)*

**17.12.7.3 Annual Exemptions.** The maximum number of dates of competition in golf shall exclude the following: *(Adopted: 4/14/08, Revised: 5/11/09)*

(a) **Conference Championship.** Competition in one conference championship tournament or playoff;

(b) **Independents Championship.** Competition in one championship meet or tournament among independent member institutions that are not members of an intercollegiate athletics conference in all sports, or for a specific sport that is not part of a conference, conducted at the end of the championship segment and prior to the NCAA championship;

(c) **Season-Ending Tournament.** Competition in one season-ending tournament (e.g., NCAA championship, NAIA championship). A season-ending tournament involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(d) **Alumni Game.** One date of competition with an alumni team of the institution;

(e) **Hawaii, Alaska, Puerto Rico, Canada.** Any dates of competition played in Hawaii, Alaska, Puerto Rico or Canada, respectively, either against or under the sponsorship of an active member institution located in Hawaii, Alaska, Puerto Rico or Canada, by a member institution located outside those locales; *(Revised: 7/20/10)*

(f) **Fundraising Activity.** Any activities in which student-athletes from more than one of the institution's athletics teams participate (or in individual sports per Bylaw 17.02.16.2, in which team members of that sport participate) with and against alumni and friends of the institution, the purpose of which is to raise funds to benefit the institution's athletics or other programs, provided the student-athletes do not miss class as a result of their participation;

(g) **Celebrity Sports Activity.** Competition involving a maximum of two student-athletes from a member institution's team who participate in local celebrity activities in golf conducted for the purpose of raising funds for charitable organizations, provided:

(1) The student-athletes do not miss class as a result of the participation; and

(2) The involvement of the student-athletes has the approval of the institution's athletics director;

(h) **U.S. National Team.** One date of competition against a U.S. national team as selected by the appropriate national governing body in that sport;

(i) **College-Am Event.** A "college-am" golf tournament, provided the event is held in conjunction with intercollegiate competition and student-athletes do not receive awards or prizes for such participation;

(j) **College All-American Golf Classic.** Competition in the College All-American Golf Classic shall be exempt, provided not more than two student-athletes from the institution participate and the event is limited to two dates of competition; and *(Adopted: 10/21/08)*

(k) **Augusta National Women's Amateur.** Competition in the Augusta National Women's Amateur. *(Adopted: 4/21/20)*

**17.12.7.4 Discretionary Exemptions.** The following may be exempted from an institution's maximum number of dates of competition in golf each year. An institution may exempt not more than three from this list annually: *(Adopted: 4/14/08)*

(a) **Foreign Team in United States.** A date of competition against a foreign team in the United States played in the facility in which the member institution regularly plays its home dates of competition;

(b) **Non-Division II Four-Year Collegiate Institution.** An exhibition date of competition against non-Division II four-year collegiate institution(s); or *(Revised: 1/14/12 effective 8/1/12, 10/22/13)*

(c) **Scrimmages.** A scrimmage with outside competition, provided the scrimmage is conducted without official scoring.

**17.12.7.4.1 Official Scoring.** For purposes of Bylaw 17.12.7.4-(c), official scoring has occurred when either institution participating in the scrimmage satisfies either of the following conditions: *(Adopted: 4/14/08, Revised: 4/15/14)*

(a) The signing of a scorebook by an official; or

(b) The score is used for individual or seasonal statistics.

**17.12.7.5 Once-in-Four-Years Exemptions -- Foreign Tours.** An institution may exempt a foreign tour from its maximum number of dates of competition, provided the tour occurs only once in a four-year period and is conducted in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 4/14/08)*

**17.12.8 Out-of-Season and Nonchampionship Segment Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the championship segment, except for the following:

(a) **Weight Training, Conditioning and/or Team Activities.** Student-athletes shall not engage in weight training, conditioning and/or team activities before September 7 or the institution's fourth day of classes (as set forth in its catalog, counting Monday through Friday only), whichever is earlier, in accordance with Bylaw 17.1.6.3; and *(Adopted: 1/14/02, Revised: 1/15/11 effective 8/1/11, 4/12/11, 9/12/17)*

(b) **Nonchampionship Segment Activities.** During the segment in which the NCAA championship does not occur, student-athletes may participate in any practice or competition activity as permitted by other legislation provided such activity is restricted to a period of 60-consecutive calendar days, omitting vacation and examination days officially announced or on days that the institution is closed due to inclement weather, as long as no practice or competition occurs on such days. The 60-consecutive calendar days must be within the dates set forth in Bylaws 17.12.5 and 17.12.6, and shall not commence prior to September 7 or the institution's fourth day of classes (as set forth in its catalog, counting Monday through Friday only), whichever is earlier. It is not permissible for an institution that declares fall as its championship segment and operates on the quarter system to engage in practice and competition from the time period of seven calendar days prior to the first date of the institution's final examination period for the winter quarter until the first day of classes of the spring quarter. The days during which practice and competition are prohibited may be exempted from the period of 60-consecutive calendar days. (See Bylaws 17.1.6.2 and 17.1.6.6 for daily and weekly hour limitations and required days off.) *(Adopted: 1/14/02, Revised: 1/13/03, 1/9/06 effective 8/1/06, 1/16/10 effective 8/1/10, 1/15/11 effective 8/1/11, 4/12/11, 7/28/15, 1/21/17 effective 8/1/17)*

(1) **Exception.** A member institution that declares fall as its institution's championship segment and discontinues championship segment activities by November 1 (instead of November 15) may add 15 calendar days to the period of 60 consecutive calendar days available during the nonchampionship segment (see Bylaw 17.12.5.1). *(Adopted: 1/13/01 effective 8/1/03, Revised: 1/16/10 effective 8/1/10)*

**17.12.8.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations approved by the Management Council. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Revised: 1/10/91 effective 8/1/91, 1/10/92, 1/9/06 effective 8/1/06)*

**17.12.8.1.1 Vacation Period and Summer-Workout Sessions.** A coach may participate in individual-workout sessions with student-athletes from the coach's team during any institutional vacation period and/or the summer, provided the request for such assistance is initiated by the student-athlete. *(Adopted: 1/10/92, Revised: 1/11/94, 1/9/06 effective 8/1/06, 7/23/19)*

**17.12.9 Camps and Clinics.** There are no limits on the number of student-athletes in golf who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Revised: 1/10/92)*

**17.12.10 Other Restrictions.**

**17.12.10.1 Noncollegiate, Amateur Competition.**

**17.12.10.1.1 In Season.** A student-athlete shall be denied eligibility for intercollegiate golf competition for the remainder of the season if, after enrollment in college and during any year in which the student-athlete is a member of an intercollegiate golf squad or team, they compete or have competed as a member of any outside golf team in any noncollegiate, amateur competition (e.g., tournament play, exhibition meets or other activity) during the institution's intercollegiate golf season (see Bylaw 14.7.5 for exceptions and waivers). *(Revised: 1/10/91 effective 8/1/91, 1/16/93 effective 8/1/93)*

**17.12.10.1.2 Out of Season.** There are no limits on the number of student-athletes with eligibility remaining in intercollegiate golf who may practice or compete out of season on an outside, amateur golf team. *(Revised: 1/10/91 effective 8/1/91, 1/16/93)*

**17.12.10.1.2.1 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) during the academic year (including vacation periods during the academic year) with an outside team that involves any student-athlete

with eligibility remaining from the institution's golf team, except as provided under Bylaws 14.7.5, 16.8.1.2.1 and 17.32. *(Revised: 1/10/91 effective 8/1/91, 1/10/05 effective 8/1/05)*

**17.12.10.1.2.2 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution. *(Revised: 1/22/20 effective 8/1/20)*

**17.12.10.2 Equipment Issue, Squad Pictures.** It shall be permissible to designate a single date for issuing golf equipment and for taking squad pictures after the beginning of classes in the fall term or the day before the beginning of a segment as specified in Bylaw 17.12.5. *(Revised: 1/16/93 effective 8/1/93, 7/28/15)*

**17.12.10.2.1 Exception for Sundays.** If the day before the beginning of a segment is a Sunday, the member institution may designate the preceding Saturday for issuing equipment and taking squad pictures. *(Adopted: 7/28/15)*

# 17.13 Gymnastics.

Regulations for computing the gymnastics playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1 and Figure 17-2.)

**17.13.1 Length of Playing Season.** The length of an institution's playing season in gymnastics shall be limited to a 144-day season, which may consist of two segments (each consisting of consecutive days) and which may exclude only required days off per Bylaw 17.1.6.5 and official vacation, holiday and final-examination periods during which no practice or competition shall occur. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97)*

**17.13.2 Preseason Practice.** A member institution shall not commence practice sessions in gymnastics before September 7 or the institution's first day of classes for the fall term, whichever is earlier. *(Revised: 1/10/91 effective 8/1/91, 1/10/95 effective 8/1/95, 1/14/97 effective 8/1/97)*

**17.13.3 First Date of Competition.** A member institution shall not engage in its first date of competition (meet or practice meet) with outside competition in gymnastics before September 7 or the institution's first day of classes for the fall term, whichever is earlier. *(Revised: 1/10/91 effective 8/1/91, 1/10/95 effective 8/1/95, 1/14/97 effective 8/1/97)*

**17.13.4 End of Regular Playing Season.** A member institution shall conclude all practice and competition (meets and practice meets) in gymnastics by the conclusion of the USA Gymnastics or National College Gymnastics Association (NCGA) Collegiate Championships, whichever is later (see Bylaw 17.1.7 for additional regulations regarding the end date of practice and competition). *(Revised: 1/10/91 effective 8/1/91, 1/14/97, 1/8/01, 10/16/12)*

**17.13.5 Number of Dates of Competition.**

**17.13.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition during the permissible gymnastics playing season to 13 dates of competition, except for the dates of competition excluded under Bylaws 17.13.5.3 and 17.13.5.4 (see Bylaw 7.3.1.7.1.1 for minimum contests and participants requirements). *(Revised: 1/10/91 effective 8/1/91, 1/16/93, 4/15/03)*

**17.13.5.1.1 In-Season Foreign Competition.** A member institution may engage in one or more of its countable gymnastics dates of competition in one or more foreign countries on one trip during the prescribed playing season. However, except for competition in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years.

**17.13.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in not more than 13 dates of competition in gymnastics. This limitation includes those dates of competition in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Revised: 1/10/91 effective 8/1/91, 1/16/93)*

**17.13.5.3 Annual Exemptions.** The maximum number of dates of competition in gymnastics shall exclude the following: *(Revised: 1/12/04, 4/29/04, 4/14/08)*

(a) **Season-Ending Tournaments.**

   (1) **Season-Ending Tournaments.** Competition in one season-ending gymnastics tournament [i.e., NCAA championship, the USA Gymnastics Championship, the National College Gymnastics Association (NCGA) College Gymnastics Championship or the Women's National Invitational Tournament] after the end of the regular season between teams that are not identified until the close of the regular season; and

   (2) **Conference Championship.** Competition in one conference championship meet in gymnastics;

(b) **Alumni Meet.** One date of competition in gymnastics each year against an alumni team of the institution;

(c) **Foreign Team in United States.** One date of competition in gymnastics each year with a foreign opponent in the United States;

(d) **Hawaii, Alaska, Puerto Rico, Canada.** Any days of competition in gymnastics in Hawaii, Alaska, Puerto Rico or Canada, respectively, either against or under the sponsorship of an active member institution located in Hawaii, Alaska, Puerto Rico or Canada, by a member located outside the area in question; *(Revised: 1/10/05, 7/20/10)*

(e) **Fundraising Activity.** Any gymnastic activities in which student-athletes from more than one of the institution's athletics teams participate with and against alumni and friends of the institution, the purpose of which is to raise funds for the benefit of the institution's athletics or other programs, provided the student-athletes do not miss classes as a result of their participation; *(Revised: 1/10/05)*

(f) **Celebrity Sports Activity.** Competition involving a limit of two student-athletes from a member institution's gymnastics team who participate in local celebrity activities conducted for the purpose of raising funds for charitable organizations, provided: *(Adopted: 4/14/08)*

  (1) The student-athletes do not miss classes as a result of the participation; and

  (2) The involvement of the student-athletes has the approval of the institution's athletics director; and

(g) **U.S. National Team.** One date of competition played against any team as selected and designated by the appropriate national governing body for gymnastics as a U.S. national team (e.g., Under-21 U.S. national team). *(Adopted: 1/9/96 effective 8/1/96)*

**17.13.5.4 Once-in-Four-Year Exemptions -- Foreign Tours.** An institution may exempt from its maximum contest limits all contests played on a foreign tour, provided the tour occurs only once in a four-year period and is conducted in accordance with the procedures set forth in Bylaw 17.32. *(Revised: 4/15/03, 4/14/08)*

**17.13.6 Out-of-Season Athletically Related Activities.** Student-athletes and members of the coaching staff at the student-athlete's institution shall not engage in countable athletically related activities (see Bylaw 17.02.1) outside the institution's declared playing season per Bylaw 17.13.1, except as permitted in Bylaw 17.1.6.3. *(Revised: 1/10/91 effective 8/1/91)*

**17.13.6.1 Summer Practice.** Gymnastics practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations approved by the Management Council. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Revised: 1/9/06 effective 8/1/06)*

**17.13.6.1.1 Vacation Period and Summer-Workout Sessions.** A coach may participate in individual-workout sessions with student-athletes from the coach's team during any institutional vacation period and/or the summer, provided the request for such assistance is initiated by the student-athlete. *(Adopted: 1/10/92, Revised: 1/11/94, 1/9/06 effective 8/1/06, 7/23/19)*

**17.13.7 Safety Exception.** A coach may be present during voluntary individual workouts in the institution's regular practice facility (without the workouts being considered as countable athletically related activities) when the student-athlete uses gymnastics equipment. The coach may provide safety instruction and skill instruction, but cannot conduct the individual's workouts. *(Adopted: 1/10/91 effective 8/1/91)*

**17.13.8 Camps and Clinics.** There are no limits on the number of student-athletes in gymnastics who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Revised: 1/10/92)*

**17.13.9 Other Restrictions.**

**17.13.9.1 Noncollegiate, Amateur Competition.**

**17.13.9.1.1 In Season.** A student-athlete shall be denied eligibility for intercollegiate competition for the remainder of the season in gymnastics if, after enrollment in college and during any year in which the student-athlete is a member of an intercollegiate gymnastics squad or team, they compete or have competed as a member of any outside gymnastics team in any noncollegiate, amateur competition (e.g., team invitational meet, exhibition meets or other activity) during the institution's intercollegiate gymnastics season (see Bylaw 14.7.5 for exceptions and waivers). *(Revised: 1/16/93)*

**17.13.9.1.2 Out of Season.** There are no limits on the number of student-athletes from the same member institution with eligibility remaining in intercollegiate gymnastics who may practice or compete out of season on an outside amateur gymnastics team. *(Revised: 1/10/91 effective 8/1/91)*

**17.13.9.1.2.1 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) during the academic

year (including vacation periods during the academic year) with an outside team that involves any student-athlete with eligibility remaining from the institution's gymnastics team except as provided under Bylaws 14.7.5, 16.8.1.2.1 and 17.32. *(Revised: 1/10/05 effective 8/1/05)*

**17.13.9.1.2.2 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution. *(Revised: 1/22/20 effective 8/1/20)*

**17.13.9.2 Equipment Issue, Squad Pictures.** It shall be permissible to designate a single date for issuing gymnastics equipment and for taking squad pictures after the beginning of classes in the fall term or the day before the beginning of a segment as specified in Bylaw 17.13.2. *(Revised: 7/28/15)*

**17.13.9.2.1 Exception for Sundays.** If the day before the beginning of a segment is a Sunday, the member institution may designate the preceding Saturday for issuing equipment and taking squad pictures. *(Adopted: 7/28/15)*

## 17.14 Ice Hockey. *(Revised: 1/9/96 effective 8/1/96, 4/15/03)*

Regulations for computing the ice hockey playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. Institutions that conduct women's ice hockey shall comply with the same playing and practice season legislation that currently exists for men's ice hockey except as noted in Bylaw 17.14.5. (See Figure 17-1 and Figure 17-2.)

**17.14.1 Length of Playing Season.** The length of an institution's playing season in ice hockey shall be limited to a 132-day season, which may consist of two segments (each consisting of consecutive days) and which may exclude only required days off per Bylaw 17.1.6.5 and official vacation, holiday and final examination periods during which no practice or competition shall occur. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97)*

**17.14.2 Preseason Practice.** A member institution shall not commence practice sessions in ice hockey before September 7 or the institution's first day of classes for the fall term, whichever is earlier. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97)*

**17.14.3 First Contest.** A member institution shall not play its first contest (game or scrimmage) with outside competition in ice hockey before September 7 or the institution's first day of classes for the fall term, whichever is earlier. *(Revised: 1/10/95 effective 8/1/95)*

**17.14.3.1 Exceptions -- Men's Ice Hockey.** The following ice hockey contests (games or scrimmages) may be played at any time during the men's ice hockey playing and practice season: *(Adopted: 1/14/12 effective 8/1/12)*

(a) Alumni game [see Bylaw 17.14.5.3-(d)];

(b) Fundraising activity [see Bylaw 17.14.5.3-(f)];

(c) Celebrity sports activity [see Bylaw 17.14.5.3-(g)]; and

(d) Discretionary exemptions (see Bylaw 17.14.5.3.1).

**17.14.4 End of Regular Playing Season.** A member institution shall conclude all practice and competition (games and scrimmages) in each segment in ice hockey by the last day of final examinations for the regular academic year at the institution (see Bylaw 17.1.7 for additional regulations regarding the end date of practice and competition). *(Revised: 1/14/97 effective 8/1/97, 10/16/12)*

**17.14.5 Number of Contests.**

**17.14.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition during the institution's ice hockey playing season in women's ice hockey to 34 contests, except for those contests excluded under Bylaws 17.14.5.4 and 17.14.5.5 and in men's ice hockey to 32 contests (games or scrimmages), except for those contests excluded under Bylaws 17.14.5.3, 17.14.5.3.1 and 17.14.5.5. *(Revised: 1/9/96 effective 8/1/96, 4/15/03)*

**17.14.5.1.1 In-Season Foreign Competition.** A member institution may play one or more of its countable contests in ice hockey in one or more foreign countries on one trip during the prescribed playing season. However, except for contests played in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years.

**17.14.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in 34 contests in women's ice hockey and in 32 contests in men's ice hockey. This limitation includes those contests in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution.

**17.14.5.3 Annual Exemptions -- Men's Ice Hockey.** The maximum number of men's ice hockey contests shall exclude the following: *(Adopted: 4/14/08)*

(a) **Conference Championship.** Competition in one conference championship tournament or playoff;

(b) **Independents Championship.** Competition in one championship meet or tournament among independent member institutions that are not members of an intercollegiate athletics conference in all sports, or for a specific sport that is not part of a conference, conducted at the end of the championship segment and prior to the NCAA championship;

(c) **Season-Ending Tournament.** Competition in one season-ending tournament (e.g., NCAA championship, NAIA championship). A season-ending tournament involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(d) **Alumni Game.** One contest with an alumni team of the institution;

(e) **Hawaii, Alaska, Puerto Rico, Canada.** Any contests played in Hawaii, Alaska, Puerto Rico or Canada, respectively, either against or under the sponsorship of an active member institution located in Hawaii, Alaska, Puerto Rico or Canada by a member institution located outside those locales; *(Revised: 7/20/10)*

(f) **Fundraising Activity.** Any activities in which student-athletes from more than one of the institution's athletics teams participate (or in individual sports per Bylaw 17.02.16.2, in which team members of that sport participate) with and against alumni and friends of the institution, the purpose of which is to raise funds to benefit the institution's athletics or other programs, provided the student-athletes do not miss class as a result of their participation;

(g) **Celebrity Sports Activity.** Competition involving a maximum of two student-athletes from a member institution's team who participate in local celebrity activities conducted in men's ice hockey for the purpose of raising funds for charitable organizations, provided:

  (1) The student-athletes do not miss class as a result of the participation; and

  (2) The involvement of the student-athletes has the approval of the institution's athletics director; and

(h) **U.S. National Team.** One date of competition against a U.S. national team as selected by the appropriate national governing body in that sport.

  **17.14.5.3.1 Discretionary Exemptions.** The following may be exempted from an institution's maximum number of men's ice hockey contests each year. An institution may exempt not more than three from this list annually: *(Adopted: 4/14/08)*

  (a) **Foreign Team in United States.** A contest against a foreign team in the United States played in the facility in which the member institution regularly plays its home contests;

  (b) **Non-Division II Four-Year Collegiate Institution.** An exhibition contest against a non-Division II four-year collegiate institution; or *(Revised: 4/12/11, 1/14/12 effective 8/1/12)*

  (c) **Scrimmages.** A scrimmage with outside competition, provided the scrimmage is conducted without official scoring.

    **17.14.5.3.1.1 Official Scoring.** For purposes of Bylaw 17.14.5.3.1-(c), official scoring has occurred when either institution participating in the scrimmage satisfies either of the following conditions: *(Adopted: 4/14/08, Revised: 4/15/14)*

    (a) The signing of a scorebook by an official; or

    (b) The score is used for individual or seasonal statistics.

**17.14.5.4 Annual Exemptions -- Women's Ice Hockey.** The maximum number of women's ice hockey contests/dates of competition shall exclude the following: *(Revised: 1/12/04, 4/29/04, 4/14/08)*

(a) **Conference Championships.** Competition in one conference championship tournament in ice hockey (or the tournament used to determine the conference's automatic entry in an NCAA ice hockey championship);

(b) **Conference Playoff.** Competition involving member institutions that tie for a conference championship. Such teams may participate in a single-elimination playoff to determine the conference's automatic entry in the NCAA ice hockey championship without the game(s) being counted as a postseason tournament;

(c) **Season-Ending Tournaments.** Competition in one season-ending ice hockey tournament (e.g., NCAA championship, American Women's Hockey Alliance national championship, NAIA championship). A season-ending tournament involves competition after the end of the regular season between teams that are not identified until the close of that regular season;

(1) **Championships.** Competition in one season-ending ice hockey tournament (e.g., NCAA championship, NAIA championship). A season-ending tournament involves competition after the end of the regular season between teams that are not identified until the close of that regular season;

(2) **NCAA Championship.** Competition in the NCAA championship. *(Revised: 2/17/05)*

(d) **Alumni Game.** One ice hockey contest each year with an alumni team of the institution;

(e) **Foreign Team in United States or USA Hockey National Team Development Program.** One ice hockey contest each year with a foreign opponent in the United States or alternatively, one ice hockey contest against a team involved in the USA Hockey National Team Development Program; *(Revised: 1/9/06)*

(f) **U.S. Women's National Team.** One date of competition played against any team as selected and designated by the appropriate national governing body for women's ice hockey as a U.S. national team (e.g., "Under-21" U.S. national team).

(g) **Hawaii, Alaska, Puerto Rico, Canada.** Any dates of competition in ice hockey in Hawaii, Alaska, Puerto Rico or Canada, respectively, either against or under the sponsorship of an active member institution located in Hawaii, Alaska, Puerto Rico or Canada, by a member institution located outside the area in question. *(Revised: 7/20/10)*

(h) **Fundraising Activity.** Any ice hockey activities in which student-athletes from more than one of the institution's athletics teams participate with and against alumni and friends of the institution, the purpose of which is to raise funds for the benefit of the institution's athletics or other programs, provided the student-athletes do not miss classes as a result of their participation; and *(Revised: 1/10/05)*

(i) **Celebrity Sports Activity.** Competition involving a maximum of two student-athletes from a member institution's women's ice hockey team who participate in local celebrity women's ice hockey activities conducted for the purpose of raising funds for charitable organizations, provided: *(Revised: 4/14/08)*

(1) The student-athletes do not miss classes as a result of the participation; and

(2) The involvement of the student-athletes has the approval of the institution's athletics director.

**17.14.5.5 Once-in-Four-Years Exemptions -- Foreign Tours -- Men's and Women's Ice Hockey.** An institution may exempt from its maximum contest limits all contests played on a foreign tour, provided the tour occurs only once in a four-year period and is conducted in accordance with the procedures set forth in Bylaw 17.32. *(Revised: 4/15/03, 4/14/08)*

**17.14.6 Out-of-Season Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the institution's declared playing season per Bylaw 17.14.1, except as permitted in Bylaw 17.1.6.3. *(Revised: 1/10/91 effective 8/1/91)*

**17.14.6.1 Summer Practice.** Ice hockey practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations approved by the Management Council. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Revised: 1/9/06 effective 8/1/06)*

**17.14.7 Camps and Clinics.** There are no limits on the number of student-athletes with eligibility remaining in ice hockey who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Revised: 1/10/92)*

**17.14.8 Other Restrictions.**

**17.14.8.1 Noncollegiate, Amateur Competition.**

**17.14.8.1.1 In Season.** A student-athlete shall be denied eligibility for intercollegiate ice hockey competition for the remainder of the season if, after enrollment in college and during any year in which the student-athlete is a member of an intercollegiate ice hockey squad or team, they compete or have competed as a member of any outside ice hockey team in any noncollegiate, amateur competition (e.g., tournament play, exhibition games or other activity) during the institution's intercollegiate ice hockey season (see Bylaw 14.7.5 for exceptions and waivers). *(Revised: 1/16/93)*

**17.14.8.1.2 Out of Season.** There are no limits on the number of student-athletes with eligibility remaining in intercollegiate ice hockey who may practice or compete out of season on an outside, amateur ice hockey team. *(Revised: 1/10/91 effective 8/1/91)*

**17.14.8.1.2.1 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) at any time (i.e., during the academic year, vacation periods and summer) with an outside team that involves any student-athlete with

eligibility remaining from the institution's ice hockey team, except as provided under Bylaws 14.7.5, 16.8.1.2.1 and 17.32. *(Revised: 1/10/05 effective 8/1/05)*

**17.14.8.1.2.2 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution. *(Revised: 1/22/20 effective 8/1/20)*

**17.14.8.2 Equipment Issue, Squad Pictures.** It shall be permissible to designate a single date for issuing ice hockey equipment and for taking squad pictures after the beginning of classes in the fall term or the day before the beginning of a segment as specified in Bylaw 17.14.2. *(Revised: 1/11/89)*

**17.14.8.2.1 Exception for Sundays.** If the day before the beginning of a segment is a Sunday, the member institution may designate the preceding Saturday for issuing equipment and taking squad pictures. *(Adopted: 1/11/89)*

# 17.15 Lacrosse.

Regulations for computing the lacrosse playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1 and Figure 17-2.)

**17.15.1 Length of Playing Season -- Championship and Nonchampionship Segments.** The length of an institution's playing season for both segments in lacrosse shall be limited by the dates and regulations set forth in the remainder of this section. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 1/14/02 effective 8/1/02)*

**17.15.2 First Date of Practice -- Championship Segment.** A member institution shall not commence practice sessions in lacrosse in the championship segment before January 10 or the first day of classes, whichever is earlier. *(Revised: 1/14/97 effective 8/1/97, 1/14/02 effective 8/1/02)*

**17.15.3 First Date of Competition -- Championship Segment.** A member institution shall not engage in its first date of competition with outside competition in the championship segment before February 1. *(Revised: 1/14/97 effective 8/1/97, 1/14/02 effective 8/1/02)*

**17.15.3.1 Exception -- February 1 on a Saturday, Sunday or Monday.** When February 1 falls on a Saturday, Sunday or Monday, a member institution shall not engage in its first date of competition with outside competition in the championship segment before the Friday preceding February 1. *(Adopted: 1/17/15)*

**17.15.3.2 Exceptions.** The following lacrosse dates of competition may be played at any time during the lacrosse playing and practice season: *(Adopted: 1/14/12 effective 8/1/12)*

(a) Alumni game [see Bylaw 17.15.7.3-(d)];

(b) Fundraising activity [see Bylaw 17.15.7.3-(f)];

(c) Celebrity sports activity [see Bylaw 17.15.7.3-(g)]; and

(d) Discretionary exemptions (see Bylaw 17.15.7.4).

**17.15.4 End Date of Practice and Competition -- Championship Segment.** A member institution shall conclude all practice and competition in lacrosse by the conclusion of the NCAA Division II Lacrosse Championship (see Bylaw 17.1.7 for additional regulations regarding the end date of practice and competition). *(Revised: 1/14/97 effective 8/1/97, 1/14/02 effective 8/1/02, 10/16/12)*

**17.15.5 First Date of Practice and Competition -- Nonchampionship Segment.** A member institution shall not commence practice sessions or engage in outside competition in the nonchampionship segment before September 7 or the institution's fourth day of classes (as set forth in its catalog, counting Monday through Friday only), whichever is earlier. *(Adopted: 1/14/02 effective 8/1/02, Revised: 1/15/11 effective 8/1/11, 4/12/11)*

**17.15.6 End Date of Practice and Competition -- Nonchampionship Segment.** A member institution shall conclude all practice and competition in the nonchampionship segment not later than November 15. *(Adopted: 1/14/02 effective 8/1/02)*

**17.15.7 Number and Dates of Competition.**

**17.15.7.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition during the institution's lacrosse playing season to 17 dates of competition in men's lacrosse during the academic year and 17 dates of competition during the segment in which the NCAA championship is conducted and five dates of competition during another segment in women's lacrosse, except for those dates of competition excluded under Bylaws 17.15.7.3, 17.15.7.4 and 17.15.7.5. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 1/11/00 effective 8/1/00, 4/29/04, 3/3/10, 2/19/18, 5/19/20 Immediate, for the 2020-21 academic year only., 4/12/21 effective 8/1/21)*

**17.15.7.1.1 In-Season Foreign Competition.** A member institution may engage in one or more of its countable dates of competition in lacrosse in one or more foreign countries on one trip during the prescribed playing season. However, except for dates of competition in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years.

**17.15.7.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in not more than 17 dates of competition in men's lacrosse, and 17 dates of competition during the segment in which the NCAA championship is conducted and five dates of competition during another segment in women's lacrosse. This limitation includes those contests in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 1/11/00 effective 8/1/00, 4/29/04, 5/19/20 Immediate, for the 2020-21 academic year only, 4/12/21 effective 8/1/21)*

**17.15.7.3 Annual Exemptions.** The maximum number of dates of competition in lacrosse shall exclude the following: *(Adopted: 4/14/08)*

(a) **Conference Championship.** Competition in one conference championship tournament or playoff;

(b) **Independents Championship.** Competition in one championship meet or tournament among independent member institutions that are not members of an intercollegiate athletics conference in all sports, or for a specific sport that is not part of a conference, conducted at the end of the championship segment and prior to the NCAA championship;

(c) **Season-Ending Tournament.** Competition in one season-ending tournament (e.g., NCAA championship, NAIA championship). A season-ending tournament involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(d) **Alumni Game.** One date of competition with an alumni team of the institution;

(e) **Hawaii, Alaska, Puerto Rico, Canada.** Any dates of competition played in Hawaii, Alaska, Puerto Rico or Canada, respectively, either against or under the sponsorship of an active member institution located in Hawaii, Alaska, Puerto Rico or Canada, by a member institution located outside those locales; *(Revised: 7/20/10)*

(f) **Fundraising Activity.** Any activities in which student-athletes from more than one of the institution's athletics teams participate (or in individual sports per Bylaw 17.02.16.2, in which team members of that sport participate) with and against alumni and friends of the institution, the purpose of which is to raise funds to benefit the institution's athletics or other programs, provided the student-athletes do not miss class as a result of their participation;

(g) **Celebrity Sports Activity.** Competition involving a maximum of two student-athletes from a member institution's team who participate in local celebrity activities in lacrosse conducted for the purpose of raising funds for charitable organizations, provided:

(1) The student-athletes do not miss class as a result of the participation; and

(2) The involvement of the student-athletes has the approval of the institution's athletics director; and

(h) **U.S. National Team.** One date of competition against a U.S. national team as selected by the appropriate national governing body in that sport.

**17.15.7.4 Discretionary Exemptions.** The following may be exempted from an institution's maximum number of dates of competition in lacrosse each year. An institution may exempt not more than three from this list annually: *(Adopted: 4/14/08)*

(a) **Foreign Team in United States.** A date of competition against a foreign team in the United States played in the facility in which the member institution regularly plays its home contests;

(b) **Non-Division II Four-Year Collegiate Institution.** An exhibition date of competition against non-Division II four-year collegiate institution(s); or *(Revised: 1/14/12 effective 8/1/12, 10/22/13)*

(c) **Scrimmages.** A scrimmage with outside competition, provided the scrimmage is conducted without official scoring.

**17.15.7.4.1 Official Scoring.** For purposes of Bylaw 17.15.7.4-(c), official scoring has occurred when either institution participating in the scrimmage satisfies either of the following conditions: *(Adopted: 4/14/08, Revised: 4/15/14)*

(a) The signing of a scorebook by an official; or

(b) The score is used for individual or seasonal statistics.

**17.15.7.5 Once-in-Four-Years Exemption -- Foreign Tours.** An institution may exempt the dates of competition played on a foreign tour, provided the tour occurs only once in a four-year period and is conducted in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 4/14/08)*

**17.15.8 Out-of-Season and Nonchampionship Segment Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the championship segment, except for the following: *(Revised: 1/10/91 effective 8/1/91, 1/14/02 effective 8/1/02)*

(a) **Weight Training, Conditioning and/or Team Activities.** Student-athletes shall not engage in weight training, conditioning and/or team activities before September 7 or the institution's fourth day of classes (as set forth in its catalog, counting Monday through Friday only), whichever is earlier, in accordance with Bylaw 17.1.6.3; and *(Revised: 1/15/11 effective 8/1/11, 4/12/11, 9/12/17)*

(b) **Nonchampionship Segment Activities.** During the segment in which the NCAA championship does not occur, student-athletes may participate in any practice or competition activity as permitted by other legislation provided such activity is restricted to a period of 45-consecutive calendar days, omitting vacation and examination days officially announced or on days that the institution is closed due to inclement weather, as long as no practice or competition occurs on such days. The 45-consecutive calendar days must be within the dates set forth in Bylaws 17.15.5 and 17.15.6, and shall not commence prior to September 7 or the institution's fourth day of classes (as set forth in its catalog, counting Monday through Friday only), whichever is earlier. (See Bylaws 17.1.6.2 and 17.1.6.6 for daily and weekly hour limitations and required days off.) *(Adopted: 1/1/04, Revised: 1/13/03, 1/15/11 effective 8/1/11, 4/12/11, 1/21/17 effective 8/1/17)*

**17.15.8.1 Summer Practice.** Lacrosse practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations approved by the Management Council. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Revised: 1/9/06 effective 8/1/06)*

**17.15.9 Camps and Clinics.** There are no limits on the number of student-athletes in lacrosse who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Revised: 1/10/92)*

**17.15.10 Other Restrictions.**

**17.15.10.1 Noncollegiate, Amateur Competition.**

**17.15.10.1.1 In Season.** A student-athlete shall be denied eligibility for intercollegiate lacrosse competition for the remainder of the season if, after enrollment in college and during any year in which the student-athlete is a member of an intercollegiate lacrosse squad or team, they compete or have competed as a member of any outside lacrosse team in any noncollegiate, amateur competition (e.g., tournament play, exhibition games or other activity) during the institution's intercollegiate lacrosse season (see Bylaw 14.7.5 for exceptions and waivers). *(Revised: 1/16/93)*

**17.15.10.1.2 Out of Season.** There are no limits on the number of student-athletes with eligibility remaining in intercollegiate lacrosse who may practice or compete out of season on an outside, amateur lacrosse team. *(Revised: 1/10/91 effective 8/1/91)*

**17.15.10.1.2.1 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) at any time (i.e., during the academic year, vacation periods and summer) with an outside team that involves any student-athlete with eligibility remaining from the institution's lacrosse team except as provided under Bylaws 14.7.5, 16.8.1.2.1 and 17.32. *(Revised: 1/10/05 effective 8/1/05)*

**17.15.10.1.2.2 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution. *(Revised: 1/22/20 effective 8/1/20)*

**17.15.10.2 Equipment Issue, Squad Pictures.** It shall be permissible to designate a single date for issuing lacrosse equipment and for taking squad pictures after the beginning of classes in the fall term or the day before the beginning of a segment as specified in Bylaw 17.15.2. *(Revised: 1/11/89)*

**17.15.10.2.1 Exception for Sundays.** If the day before the beginning of a segment is a Sunday, the member institution may designate the preceding Saturday for issuing equipment and taking squad pictures. *(Adopted: 1/11/89)*

# 17.16 Rifle.

Regulations for computing the rifle playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1 and Figure 17-2.)

**17.16.1 Length of Playing Season.** The length of an institution's playing season in rifle shall be limited to a 144-day season, which may consist of two segments (each consisting of consecutive days) and which may exclude only required days off per Bylaw 17.1.6.5 and official vacation, holiday and final-examination periods during which no practice or competition shall occur. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97)*

**17.16.2 Preseason Practice.** A member institution shall not commence practice sessions in rifle before September 7 or the institution's first day of classes for the fall term, whichever is earlier. *(Revised: 1/10/91 effective 8/1/91, 1/10/95 effective 8/1/95, 1/14/97 effective 8/1/97)*

**17.16.3 First Date of Competition.** A member institution shall not engage in its first date of competition (meet or practice meet) with outside competition in rifle before September 7 or the institution's first day of classes for the fall term, whichever is earlier. *(Revised: 1/10/91 effective 8/1/91, 1/10/95 effective 8/1/95, 1/14/97 effective 8/1/97)*

**17.16.4 End of Regular Playing Season.** A member institution shall conclude all practice and competition (meets and practice meets) in rifle by the last date of final examinations for the regular academic year at the institution (see Bylaw 17.1.7 for additional regulations regarding the end date of practice and competition). *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 10/16/12)*

**17.16.5 Number of Dates of Competition.**

**17.16.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition during the permissible rifle playing season to 13 dates of competition except for those dates of competition excluded under Bylaws 17.16.5.3 and 17.16.5.4 (see Bylaw 7.3.1.7.1.1 for minimum contests and participants requirements). *(Revised: 1/10/91 effective 8/1/91, 1/12/04)*

**17.16.5.1.1 In-Season Foreign Competition.** A member institution shall limit its total playing schedule with outside competition in rifle during the permissible rifle playing season to 13 dates of competition except for those dates of competition excluded under Bylaws 17.16.5.3 and 17.16.5.4 (see Bylaw 7.3.1.7.1.1 for minimum contests and participants requirements). *(Revised: 1/10/91 effective 8/1/91)*

**17.16.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in not more than 13 dates of competition in rifle. This limitation includes those dates of competition in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Revised: 1/10/91 effective 8/1/91)*

**17.16.5.3 Annual Exemptions.** The maximum number of dates of competition in rifle shall exclude the following: *(Revised: 1/12/04, 4/29/04, 4/14/08)*

(a) **Season-Ending Tournaments.**

(1) **NCAA Championship.** Competition in the National Collegiate Men's and Women's Rifle Championships; and

(2) **Conference Championship.** Competition in one conference championship competition in rifle;

(b) **Alumni Match.** One date of competition in rifle each year against an alumni team of the institution;

(c) **Foreign Team in United States.** One date of competition in rifle each year with a foreign opponent in the United States;

(d) **Hawaii, Alaska, Puerto Rico, Canada.** Any dates of competition in rifle in Hawaii, Alaska, Puerto Rico or Canada, respectively, either against or under the sponsorship of an active member institution located in Hawaii, Alaska, Puerto Rico or Canada, by a member institution located outside those locales; *(Revised: 1/10/05, 7/20/10)*

(e) **Fundraising Activity.** Any rifle activities in which student-athletes from more than one of the institution's athletics teams participate with and against alumni and friends of the institution, the purpose of which is to raise funds for the benefit of the institution's athletics or other programs, provided the student-athletes do not miss classes as a result of their participation; *(Revised: 1/10/05)*

(f) **Celebrity Sports Activity.** Competition involving a limit of two student-athletes from a member institution's rifle team who participate in local celebrity rifle activities conducted for the purpose of raising funds for charitable organizations, provided: *(Revised: 4/14/08)*

(1) The student-athletes do not miss classes as a result of the participation; and

(2) The involvement of the student-athletes has the approval of the institution's athletics director; and

(g) **U.S. National Team.** One date of competition played against any team as selected and designated by the appropriate national governing body for rifle as a U.S. national team (e.g., "Under-21" U.S. national team).

**17.16.5.4 Once-in-Four-Year Exemptions -- Foreign Tours.** An institution may exempt from its maximum contest limits all contests played on a foreign tour, provided the tour occurs only once in a four-year period and is conducted in accordance with the procedures set forth in Bylaw 17.32. *(Revised: 4/15/03, 4/14/08)*

**17.16.6 Out-of-Season Athletically Related Activities.** Student-athletes and members of the coaching staff at the student-athlete's institution shall not engage in countable athletically related activities (see Bylaw 17.02.1) outside the institution's declared playing season per Bylaw 17.16.1, except as permitted in Bylaw 17.1.6.3. *(Revised: 1/10/91 effective 8/1/91)*

**17.16.6.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations approved by the Management Council. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Revised: 1/10/91 effective 8/1/91, 1/10/92, 1/9/06 effective 8/1/06)*

**17.16.6.1.1 Vacation Period and Summer-Workout Sessions.** A coach may participate in individual-workout sessions with student-athletes from the coach's team during any institutional vacation period and/or the summer, provided the request for such assistance is initiated by the student-athlete. *(Adopted: 1/10/92, Revised: 1/11/94, 1/9/06 effective 8/1/06, 7/23/19)*

**17.16.7 Safety Exception.** A coach may be present during voluntary individual workouts in the institution's regular practice facility (without the workouts being considered as countable athletically related activities) when the student-athlete is shooting. The coach may provide safety or skill instruction but cannot conduct the individual's workouts. *(Adopted: 1/10/91 effective 8/1/91)*

**17.16.8 Camps and Clinics.** There are no limits on the number of student-athletes in rifle who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Revised: 1/10/92)*

**17.16.9 Other Restrictions.**

**17.16.9.1 Noncollegiate, Amateur Competition.**

**17.16.9.1.1 In Season.** A student-athlete shall be denied eligibility for intercollegiate competition for the remainder of the season in rifle if, after enrollment in college and during any year in which the student-athlete is a member of an intercollegiate rifle squad or team, they compete or have competed as a member of any outside rifle team in any noncollegiate, amateur competition (e.g., team invitational meet, exhibition meets or other activity) during the institution's intercollegiate rifle season (see Bylaw 14.7.5 for exceptions and waivers). *(Revised: 1/16/93)*

**17.16.9.1.2 Out of Season.** There are no limits on the number of student-athletes from the same member institution with eligibility remaining in intercollegiate rifle who may practice or compete out of season on an outside, amateur rifle team. *(Revised: 1/10/91 effective 8/1/91)*

**17.16.9.1.2.1 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) during the academic year (including vacation periods during the academic year) with an outside team that involves any student-athlete with eligibility remaining from the institution's rifle team, except as provided under Bylaws 14.7.5, 16.8.1.2.1 and 17.32. *(Revised: 1/10/91 effective 8/1/91, 1/10/05 effective 8/1/05)*

**17.16.9.1.2.2 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution. *(Revised: 1/22/20 effective 8/1/20)*

**17.16.9.2 Equipment Issue, Squad Pictures.** It shall be permissible to designate a single date for issuing rifle equipment and for taking squad pictures after the beginning of classes in the fall term or the day before the beginning of a segment as specified in Bylaw 17.16.2. *(Revised: 7/28/15)*

**17.16.9.2.1 Exception for Sundays.** If the day before the beginning of a segment is a Sunday, the member institution may designate the preceding Saturday for issuing equipment and taking squad pictures. *(Adopted: 7/28/15)*

# 17.17 Rowing, Women's. *(Revised: 1/9/06 effective 8/1/06)*

Regulations for computing the rowing playing season are set forth in Bylaw 17.1, General Playing-Season Regulations.(See Figure 17-1 and Figure 17-2.) The following regulations apply independently to open and lightweight rowing programs.

**17.17.1 Length of Playing Season -- Championship and Nonchampionship Segments.** The length of an institution's playing season for both segments in rowing shall be limited by the dates and regulations set forth in the remainder of this section. *(Adopted: 1/9/96 effective 8/1/96, Revised: 1/14/97 effective 8/1/97, 1/14/02 effective 8/1/02)*

**17.17.2 First Date of Practice -- Championship Segment.** A member institution shall not commence practice sessions in rowing in the championship segment before January 10 or the first day of classes, whichever is earlier. *(Revised: 1/14/97 effective 8/1/97, 1/14/02 effective 8/1/02)*

**17.17.3 First Date of Competition -- Championship Segment.** A member institution shall not engage in its first date of competition with outside competition in the championship segment before February 1. *(Adopted: 1/9/96 effective 8/1/96, Revised: 1/14/97 effective 8/1/97, 1/14/02 effective 8/1/02)*

**17.17.3.1 Exception -- February 1 on a Saturday, Sunday or Monday.** When February 1 falls on a Saturday, Sunday or Monday, a member institution shall not engage in its first date of competition with outside competition in the championship segment before the Friday preceding February 1. *(Adopted: 1/17/15)*

**17.17.3.2 Exceptions.** The following rowing dates of competition may be conducted at any time during the rowing playing and practice season: *(Adopted: 1/14/12 effective 8/1/12)*

(a) Alumni game [see Bylaw 17.17.7.3-(d)];

(b) Fundraising activity [see Bylaw 17.17.7.3-(f)];

(c) Celebrity sports activity [see Bylaw 17.17.7.3-(g)]; and

(d) Discretionary exemptions (see Bylaw 17.17.7.4).

**17.17.4 End Date of Practice and Competition -- Championship Segment.** A member institution shall conclude all practice and competition in rowing in the championship segment by the conclusion of the NCAA Division II Rowing Championship (see Bylaw 17.1.7 for additional regulations regarding the end date of practice and competition). *(Adopted: 1/9/96 effective 8/1/96, Revised: 1/14/97 effective 8/1/97, 1/14/02 effective 8/1/02, 10/16/12)*

**17.17.5 First Date of Practice and Competition -- Nonchampionship Segment.** A member institution shall not commence practice sessions or engage in outside competition in the nonchampionship segment before September 7 or the institution's fourth day of classes (as set forth in its catalog, counting Monday through Friday only), whichever is earlier. *(Adopted: 1/14/02 effective 8/1/02, Revised: 1/15/11 effective 8/1/11, 4/12/11)*

**17.17.6 End Date of Practice and Competition -- Nonchampionship Segment.** A member institution shall conclude all practice and competition in the nonchampionship segment not later than November 15. *(Adopted: 1/14/02 effective 8/1/02)*

**17.17.7 Number of Dates of Competition.**

**17.17.7.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition in rowing during the institution's playing season to 20 dates of competition (games and scrimmages), except for those dates of competition excluded under Bylaws 17.17.7.3, 17.17.7.4 and 17.17.7.5. *(Adopted: 1/9/96 effective 8/1/96, Revised: 5/19/20 Immediate, for the 2020-21 academic year only., 4/12/21 effective 8/1/21)*

**17.17.7.1.1 In-Season Foreign Competition.** A member institution may engage in one or more of its countable dates of competition in rowing in one or more foreign countries on one trip during the prescribed playing season. However, except for competition in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years. *(Adopted: 1/9/96 effective 8/1/96)*

**17.17.7.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in 20 dates of competition. This limitation includes those dates of competition in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Adopted: 1/9/96 effective 8/1/96, Revised: 5/19/20 Immediate, for the 2020-21 academic year, 4/12/21 effective 8/1/21)*

**17.17.7.3 Annual Exemptions.** The maximum number of dates of competition in rowing shall exclude the following: *(Adopted: 4/14/08)*

(a) **Conference Championship.** Competition in one conference championship tournament or playoff;

(b) **Independents Championship.** Competition in one championship meet or tournament among independent member institutions that are not members of an intercollegiate athletics conference in all sports, or for a specific sport

that is not part of a conference, conducted at the end of the championship segment and prior to the NCAA championship;

(c) **Season-Ending Tournament.** Competition in one season-ending tournament (e.g., NCAA championship, NAIA championship). A season-ending tournament involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(d) **Alumni Game.** One date of competition with an alumni team of the institution;

(e) **Hawaii, Alaska, Puerto Rico, Canada.** Any dates of competition played in Hawaii, Alaska, Puerto Rico or Canada, respectively, either against or under the sponsorship of an active member institution located in Hawaii, Alaska, Puerto Rico or Canada, by a member institution located outside those locales; *(Revised: 7/20/10)*

(f) **Fundraising Activity.** Any activities in which student-athletes from more than one of the institution's athletics teams participate (or in individual sports per Bylaw 17.02.16.2, in which team members of that sport participate) with and against alumni and friends of the institution, the purpose of which is to raise funds to benefit the institution's athletics or other programs, provided the student-athletes do not miss class as a result of their participation;

(g) **Celebrity Sports Activity.** Competition involving a maximum of two student-athletes from a member institution's team who participate in local celebrity activities in rowing conducted for the purpose of raising funds for charitable organizations, provided:

  (1) The student-athletes do not miss class as a result of the participation; and

  (2) The involvement of the student-athletes has the approval of the institution's athletics director;

(h) **U.S. National Team.** One date of competition against a U.S. national team as selected by the appropriate national governing body in that sport; and

(i) **U.S. Rowing Association Championships.** Competition in the U.S. Rowing Association championships.

**17.17.7.4 Discretionary Exemptions.** The following may be exempted from an institution's maximum number of dates of competition in rowing each year. An institution may exempt not more than three from this list annually: *(Adopted: 4/14/08)*

(a) **Foreign Team in United States.** A date of competition against a foreign team in the United States played in the facility in which the member institution regularly plays its home dates of competition;

(b) **Non-Division II Four-Year Collegiate Institution.** An exhibition date of competition against non-Division II four-year collegiate institution(s); or *(Revised: 1/14/12 effective 8/1/12, 10/22/13)*

(c) **Scrimmages.** A scrimmage with outside competition, provided the scrimmage is conducted without official scoring.

  **17.17.7.4.1 Official Scoring.** For purposes of Bylaw 17.17.7.4-(c), official scoring has occurred when either institution participating in the scrimmage satisfies either of the following conditions: *(Adopted: 4/14/08, Revised: 4/15/14)*

  (a) The signing of a scorebook by an official; or

  (b) The score is used for individual or seasonal statistics.

**17.17.7.5 Once-in-Four-Years Exemption -- Foreign Tours.** An institution may exempt the dates of competition played on a foreign tour, provided the tour occurs only once in a four-year period and is conducted in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 4/14/08)*

**17.17.8 Out-of-Season and Nonchampionship Segment Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the championship segment, except for the following: *(Adopted: 1/9/96 effective 8/1/96, Revised: 1/14/02 effective 8/1/02)*

(a) **Weight Training, Conditioning and/or Team Activities.** Student-athletes shall not engage in weight training, conditioning and/or team activities before September 7 or the institution's fourth day of classes (as set forth in its catalog, counting Monday through Friday only), whichever is earlier, in accordance with Bylaw 17.1.6.3; and *(Revised: 1/15/11 effective 8/1/11, 4/12/11, 9/12/17)*

(b) **Nonchampionship Segment Activities.** During the segment in which the NCAA championship does not occur, student-athletes may participate in any practice or competition activity as permitted by other legislation provided such activity is restricted to a period of 65-consecutive calendar days, omitting vacation and examination days officially announced or on days that the institution is closed due to inclement weather, as long as no practice or competition occurs on such days. The 65-consecutive calendar days must be within the dates set forth in Bylaws 17.17.5 and 17.17.6, and shall not commence prior to September 7 or the institution's fourth day of classes (as set forth in its catalog, counting Monday

through Friday only), whichever is earlier. (See Bylaws 17.1.6.2 and 17.1.6.6 for daily and weekly hour limitations and required days off.) *(Adopted: 1/14/02 effective 8/1/02, Revised: 1/13/03, 1/15/11 effective 8/1/11, 4/12/11, 4/29/16, 1/21/17 effective 8/1/17)*

**17.17.8.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations approved by the Management Council. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Adopted: 1/9/96 effective 8/1/96, Revised: 1/9/06 effective 8/1/06)*

**17.17.8.1.1 Summer-Workout Sessions.** A coach may participate in individual-workout sessions with student-athletes from the coach's team during the summer, provided the request for such assistance is initiated by the student-athlete. *(Adopted: 1/9/96 effective 8/1/96, Revised: 1/9/06 effective 8/1/06)*

**17.17.9 Safety Exception.** A coach may be present during voluntary individual workouts in the institution's regular practice facility (without the workouts being considered as countable athletically related activities) when the student-athlete uses rowing equipment. The coach may provide safety or skill instruction but cannot conduct the individual's workouts. *(Adopted: 1/9/96 effective 8/1/96)*

**17.17.10 Camps and Clinics.** There are no limits on the number of student-athletes in rowing who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Adopted: 1/9/96 effective 8/1/96)*

**17.17.11 Other Restrictions.**

**17.17.11.1 Noncollegiate, Amateur Competition.**

**17.17.11.1.1 In Season.** A student-athlete shall be denied eligibility for intercollegiate rowing competition for the remainder of the season if, after enrollment in college and during any year in which the student-athlete is a member of an intercollegiate rowing squad or team, they compete or have competed as a member of any outside rowing team in any noncollegiate, amateur competition (e.g., tournament play, exhibition games or other activity) during the institution's intercollegiate rowing season (see Bylaw 14.7.5 for exceptions and waivers). *(Adopted: 1/9/96 effective 8/1/96)*

**17.17.11.1.2 Out of Season.** There are no limits on the number of student-athletes with eligibility remaining in intercollegiate rowing who may practice or compete out of season on an outside, amateur rowing team. *(Adopted: 1/9/96 effective 8/1/96)*

**17.17.11.1.2.1 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) at any time (i.e., during the academic year, vacation periods and summer) with an outside team that involves any student-athlete with remaining eligibility from that institution's rowing team, except as provided under Bylaws 14.7.5, 16.8.1.2.1 and 17.32. *(Adopted: 1/9/96 effective 8/1/96, Revised: 1/10/05 effective 8/1/05)*

**17.17.11.1.2.2 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution. *(Revised: 1/22/20 effective 8/1/20)*

**17.17.11.2 Equipment Issue, Squad Pictures.** It shall be permissible to designate a single date for issuing rowing equipment and for taking squad pictures after the beginning of classes in the fall term or the day before the beginning of a segment as specified in Bylaw 17.17.2. *(Adopted: 1/9/96 effective 8/1/96)*

**17.17.11.2.1 Exception for Sundays.** If the day before the beginning of a segment is a Sunday, the member institution may designate the preceding Saturday for issuing equipment and taking squad pictures. *(Adopted: 1/9/96 effective 8/1/96)*

# 17.18 Rugby, Women's. *(Adopted: 1/10/05 effective 8/1/05)*

Regulations for computing the rugby playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1 and Figure 17-2.)

**17.18.1 Length of Playing Season.** The length of an institution's playing season in women's rugby shall be limited to a 132-day season, which may consist of two segments (each consisting of consecutive days) and which may exclude only required off days per Bylaw 17.1.6.5 and official vacation, holiday and final-examination periods during which no practice or competition shall occur. *(Adopted: 1/10/05 effective 8/1/05)*

**17.18.2 Preseason Practice.** A member institution shall not commence practice sessions in women's rugby prior to the date that permits a maximum of 21 opportunities (see Bylaw 17.02.13) prior to the first scheduled intercollegiate contest. *(Adopted: 1/10/05 effective 8/1/05)*

**17.18.3 First Date of Competition.** A member institution shall not engage in its first date of competition with outside competition in women's rugby prior to September 1 or the preceding Friday if September 1 falls on a Saturday, Sunday or Monday. *(Adopted: 1/10/05 effective 8/1/05, Revised: 1/13/16)*

**17.18.4 End of Regular Playing Season.** A member institution shall conclude all practice and competition (games and scrimmages) in women's rugby by the last date of final exams for the regular academic year at the institution (see Bylaw 17.1.7 for additional regulations regarding the end date of practice and competition). *(Adopted: 1/10/05 effective 8/1/05, Revised: 10/16/12)*

**17.18.5 Number of Dates of Competition.**

**17.18.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition in women's rugby during the institution's rugby playing season to 16 dates of competition (15-a-side and/or seven-a-side), except for those dates of competition excluded under Bylaws 17.18.5.3 and 17.18.5.4. *(Adopted: 1/10/05 effective 8/1/05, Revised: 1/13/16)*

**17.18.5.1.1 Scrimmage/Exhibition Game.** A member institution may play one rugby scrimmage or exhibition game (which shall not count toward the institution's won-lost record) prior to the first scheduled date of competition during a particular academic year, provided such scrimmage or exhibition game is conducted during the institution's declared playing season per Bylaw 17.18.1 and is counted against the maximum number of dates of competition. *(Adopted: 1/10/05 effective 8/1/05, Revised: 1/13/16)*

**17.18.5.1.2 In-Season Foreign Competition.** A member institution may play one or more of its countable dates of competition in women's rugby in one or more foreign countries on one trip during the prescribed playing season. However, except for dates of competition played in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years. *(Adopted: 1/10/05 effective 8/1/05, Revised: 1/13/16)*

**17.18.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in not more than 16 rugby dates of competition (15-a-side and/or seven-a-side). This limitation includes those dates of competition in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Adopted: 4/24/07, Revised: 1/13/16)*

**17.18.5.3 Annual Exemptions.** The maximum number of dates of competition in women's rugby shall exclude the following: *(Adopted: 1/10/05 effective 8/1/05, Revised: 4/14/08)*

(a) **Conference Championship.** Competition in one conference championship tournament in women's rugby;

(b) **National Governing Body Championship.** Competition in the rugby national governing body championship;

(c) **Alumni Contest.** One date of competition each year against an alumni team of the institution; *(Revised: 1/13/16)*

(d) **Foreign Team in United States.** One date of competition each year with a foreign opponent in the United States; *(Revised: 1/13/16)*

(e) **Hawaii, Alaska, Puerto Rico, Canada.** Any women's rugby dates of competition in Hawaii, Alaska, Puerto Rico or Canada, respectively, either against or under the sponsorship of an active member institution located in Hawaii, Alaska, Puerto Rico or Canada, by a member institution located outside the area in question; *(Revised: 7/21/10, 1/3/16)*

(f) **U.S. National Team.** One date of competition played against the U.S. national team as selected and designated by the appropriate national governing body for rugby (e.g., "Under-21" U.S. national team);

(g) **Fundraising Activity.** Any activities in which student-athletes from more than one of the institution's athletics teams participate with and against alumni and friends of the institution, the purpose of which is to raise funds for the benefit of the institution's athletics or other programs, provided the student-athletes do not miss class as a result of their participation; and

(h) **Celebrity Sports Activity.** Competition involving a limit of two student-athletes from a member institution's team who participate in local celebrity activities in women's rugby conducted for the purpose of raising funds for charitable organizations, provided: *(Revised: 4/14/08)*

(1) The student-athletes do not miss class as a result of the participation; and

(2) The involvement of the student-athletes has the approval of the institution's athletics director.

**17.18.5.4 Once-in-Four-Years Exemptions -- Foreign Tours.** An institution may exempt the contests played on a foreign tour, provided the tour occurs only once in a four-year period and is conducted by the member institution in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 1/10/05 effective 8/1/05)*

**17.18.6 Out-of-Season Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the institution's declared playing season per Bylaw 17.18.1, except as permitted by Bylaw 17.1.6.3. *(Adopted: 1/10/05 effective 8/1/05)*

**17.18.6.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaw (e.g., foreign tour) or through official interpretations approved by Management Council. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Adopted: 1/10/05 effective 8/1/05, Revised: 1/9/06 effective 8/1/06)*

**17.18.8 Other Restrictions.**

**17.18.8.1 Noncollegiate, Amateur Competition.**

**17.18.8.1.1 During Academic Year.** A student-athlete in women's rugby who participates during the academic year as a member of any outside rugby team in any noncollegiate, amateur competition (e.g., tournament play, exhibition games or other activity) except while representing the institution in intercollegiate rugby competition shall be ineligible for intercollegiate rugby competition for the remainder of the year and for the next academic year (see Bylaw 14.7.5 for exceptions and waiver). *(Adopted: 1/10/05 effective 8/1/05)*

**17.18.8.1.1.1 Vacation-Period Exception.** A student-athlete may compete outside of the institution's declared playing and practice season as a member of an outside team in any noncollegiate, amateur competition during any official vacation period published in the institution's catalog. The number of student-athletes from any one institution shall not exceed five. *(Adopted: 1/10/05 effective 8/1/05)*

**17.18.8.1.1.2 May 1 Exception.** A student-athlete in rugby may compete outside of an institution's declared playing and practice season as a member of an outside team in any noncollegiate amateur competition, provided: *(Adopted: 1/10/05 effective 8/1/05)*

(a) Such participation occurs not earlier than May 1;

(b) The number of student-athletes from any one institution does not exceed five;

(c) The competition is approved by the institution's athletics director; and

(d) No class time is missed for practice activities or for competition.

**17.18.8.1.2 Out of Season.** A member institution may permit not more than five student-athletes with eligibility remaining in intercollegiate women's rugby to practice or compete out of season on an outside, amateur rugby team (competition on an outside team permitted only during the summer, except as provided in Bylaws 17.18.8.1.1.1 and 17.18.8.1.1.2). *(Adopted: 1/10/05 effective 8/1/05)*

**17.18.8.1.2.1 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) at any time (i.e., during the academic year, vacation periods and summer) with an outside team that involves any student-athlete with eligibility remaining from the institution's rugby team, except as provided under Bylaws 14.7.5, 16.8.1.2.1 and 17.32. *(Adopted: 1/10/05 effective 8/1/05)*

**17.18.8.1.2.2 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution, provided: *(Adopted: 1/10/05 effective 8/1/05, Revised: 1/22/20 effective 8/1/20)*

(a) The national governing body conducts and administers the development program;

(b) The national governing body selects coaches involved in the development program; and

(c) The national governing body or the selected coaches select the involved participants.

**17.18.8.2 Equipment Issue, Squad Pictures.** It shall be permissible to designate a single date for issuing equipment and for taking squad pictures following the beginning of classes in the fall term or the day prior to the beginning of a segment as specified in Bylaw 17.18.2. *(Adopted: 1/10/05 effective 8/1/05)*

**17.18.8.2.1 Exception for Sundays.** If the day prior to the beginning of a segment is a Sunday, the member institution may designate the preceding Saturday for issuing equipment and taking squad pictures. *(Adopted: 1/10/05 effective 8/1/05)*

## 17.19 Skiing.

Regulations for computing the skiing playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1 and Figure 17-2.)

**17.19.1 Length of Playing Season.** The length of an institution's playing season in skiing shall be limited to a 144-day season, which may consist of two segments (each consisting of consecutive days) and which may exclude only required off days per Bylaw 17.1.6.5 and official vacation, holiday and final-examination periods during which no practice or competition shall occur. An institution that sponsors both Alpine and Nordic skiing may declare separate playing and practice seasons. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 1/9/06 effective 8/1/06)*

**17.19.2 Preseason Practice.** A member institution shall not commence practice sessions in skiing before September 7 or the institution's first day of classes for the fall term, whichever is earlier. *(Revised: 1/10/91 effective 8/1/91, 1/10/95 effective 8/1/95, 1/14/97 effective 8/1/97)*

**17.19.3 First Date of Competition.** A member institution shall not engage in its first date of competition (meets or practice meets) with outside competition in skiing before September 7 or the institution's first day of classes for the fall term, whichever is earlier. *(Revised: 1/10/91 effective 8/1/91, 1/10/95 effective 8/1/95, 1/14/97 effective 8/1/97)*

**17.19.4 End of Regular Playing Season.** A member institution shall conclude all practice and competition (meets and practice meets) in skiing by the last date of final examinations for the regular academic year at the institution (see Bylaw 17.1.7 for additional regulations regarding the end date of practice and competition). *(Revised: 1/10/91 effective 8/1/91, 1/14/97, 8/1/97, 10/16/12)*

**17.19.5 Number of Dates of Competition.**

**17.19.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition in skiing during the permissible skiing playing season to 32 dates of competition for Alpine events and 32 dates of competition for Nordic events, except for those dates of competition excluded under Bylaws 17.19.5.3 and 17.19.5.4 (see Bylaw 7.3.1.7.1.1 for minimum contests and participants requirements). *(Revised: 1/10/91 effective 8/1/91, 1/16/93, 1/12/04, 1/10/05, 10/17/17)*

**17.19.5.1.1 In-Season Foreign Competition.** A member institution may engage in one or more of its countable dates of competition in skiing in one or more foreign countries on one trip during the prescribed playing season. However, except for competition in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years.

**17.19.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in not more than 32 dates of competition in skiing. This limitation includes those dates of competition in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Revised: 1/10/91 effective 8/1/91, 1/16/93, 10/17/17)*

**17.19.5.3 Annual Exemptions.** The maximum number of dates of competition in skiing shall exclude the following: *(Revised: 1/12/04, 4/14/08)*

(a) **Season-Ending Tournaments.**

   (1) **NCAA Championship.** Competition in the National Collegiate Men's and Women's Skiing Championships; and

   (2) **Conference Championship.** Competition in one conference championship competition meet in skiing;

(b) **Alumni Match.** One date of competition in skiing each year against an alumni team of the institution;

(c) **Foreign Team in United States.** One date of competition in skiing each year with a foreign opponent in the United States;

(d) **Hawaii, Alaska, Puerto Rico, Canada.** Any days of competition in skiing in Hawaii, Alaska, Puerto Rico or Canada, respectively, either against or under the sponsorship of an active member institution located in Hawaii, Alaska, Puerto Rico or Canada, by a member institution located outside the area in question; *(Revised: 1/10/05, 7/20/10)*

(e) **Fundraising Activity.** Any skiing activities in which student-athletes from more than one of the institution's athletics teams participate with and against alumni and friends of the institution, the purpose of which is to raise funds for the benefit of the institution's athletics or other programs, provided the student-athletes do not miss classes as a result of their participation; *(Revised: 1/10/05)*

(f) **Celebrity Sports Activity.** Competition involving a limit of two student-athletes from a member institution's ski team who participate in local celebrity skiing activities conducted for the purpose of raising funds for charitable organizations, provided: *(Revised: 4/14/08)*

    (1) The student-athletes do not miss classes as a result of the participation; and

    (2) The involvement of the student-athletes has the approval of the institution's athletics director; and

(g) **U.S. National Team.** One date of competition played against any team as selected and designated by the appropriate national governing body for skiing as a U.S. national team (e.g., "Under-21" U.S. national team).

**17.19.5.4 Once-in-Four-Year Exemptions -- Foreign Tours.** An institution may exempt from its maximum contest limits all contests played on a foreign tour, provided the tour occurs only once in a four-year period and is conducted in accordance with the procedures set forth in Bylaw 17.32. *(Revised: 4/15/03, 4/14/08)*

**17.19.6 Out-of-Season Athletically Related Activities.** Student-athletes and members of the coaching staff at the student-athlete's institution shall not engage in countable athletically related activities (see Bylaw 17.02.1) outside the institution's declared playing season, except as permitted in Bylaw 17.1.6.3. *(Revised: 1/10/91 effective 8/1/91)*

**17.19.6.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations approved by the Management Council. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Revised: 1/10/91 effective 8/1/91, 1/10/92, 1/9/06 effective 8/1/06)*

**17.19.6.1.1 Vacation Period and Summer-Workout Sessions.** A coach may participate in individual-workout sessions with student-athletes from the coach's team during any institutional vacation period and/or the summer, provided the request for such assistance is initiated by the student-athlete. *(Adopted: 1/10/92, Revised: 1/11/94, 1/9/06 effective 8/1/06, 7/23/19)*

**17.19.7 Safety Exception.** A coach may be present during voluntary individual workouts in the institution's regular practice facility (without the workouts being considered as countable athletically related activities) when the student-athlete is engaged in skiing. The coach may provide safety or skill instruction but cannot conduct the individual's workouts. *(Adopted: 1/10/91 effective 8/1/91)*

**17.19.8 Camps and Clinics.** There are no limits on the number of student-athletes in skiing who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Revised: 1/10/92)*

**17.19.9 Other Restrictions.**

**17.19.9.1 Noncollegiate, Amateur Competition.**

**17.19.9.1.1 In Season.** A student-athlete shall be denied eligibility for intercollegiate competition for the remainder of the season in skiing if, after enrollment in college and during any year in which the student-athlete is a member of an intercollegiate skiing squad or team, they compete or have competed as a member of any outside skiing team in any noncollegiate, amateur competition (e.g., team invitational meet, exhibition meets or other activity) during the institution's intercollegiate skiing season (see Bylaw 14.7.5 for exceptions and waivers). *(Revised: 1/16/93)*

**17.19.9.1.2 Out of Season.** There are no limits on the number of student-athletes from the same member institution with eligibility remaining in intercollegiate skiing who may practice or compete out of season on an outside, amateur skiing team. *(Revised: 1/10/91 effective 8/1/91)*

**17.19.9.1.2.1 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) during the academic year (including vacation periods during the academic year) with an outside team that involves any student-athlete with eligibility remaining with the institution's skiing team, except as provided under Bylaws 14.7.5, 16.8.1.2.1 and 17.32. *(Revised: 1/10/05 effective 8/1/05)*

**17.19.9.1.2.2 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution. *(Revised: 1/22/20 effective 8/1/20)*

**17.19.9.2 Equipment Issue, Squad Pictures.** It shall be permissible to designate a single date for issuing skiing equipment and for taking squad pictures after the beginning of classes in the fall term or the day before the beginning of a segment as specified in Bylaw 17.19.2. *(Revised: 7/28/15)*

**17.19.9.2.1 Exception for Sundays.** If the day before the beginning of a segment is a Sunday, the member institution may designate the preceding Saturday for issuing equipment and taking squad pictures. *(Adopted: 7/28/15)*

# 17.20 Soccer.

Regulations for computing the soccer playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1 and Figure 17-2.)

**17.20.1 Length of Playing Season -- Championship and Nonchampionship Segments.** The length of an institution's playing season for both segments in soccer shall be limited by the dates and regulations set forth in the remainder of this section. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 1/14/02 effective 8/1/02)*

## 17.20.2 Preseason Practice.

**17.20.2.1 First Date of Practice -- Championship Segment.** A member institution shall not commence practice sessions in soccer in the championship segment before 17 days before the first permissible contest or five days before the institution's first day of classes, whichever is earlier. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 1/14/02 effective 8/1/02, 1/12/04 effective 8/1/04, 1/16/10 effective 8/1/10 however, contracts signed before 8/6/09 for contests or dates of competition occurring between 8/26/10 and 9/1/10 may be honored, 1/22/10 effective 8/1/10)*

**17.20.2.2 Preseason Activities Before the First Day of Classes or First Scheduled Contest.** During the preseason practice period before the institution's first day of classes or the first scheduled contest, whichever is earlier, student-athletes shall not engage in more than six hours of countable athletically related activities per day, only five of which may be devoted to physical activities (e.g., practice, weight training, conditioning). In addition, any session with physical activities shall not exceed three hours in length. Student-athletes must be provided with at least three continuous hours of recovery time between any session occurring that day. During this time, student-athletes may not attend any meetings or engage in other athletically related activities (e.g., weightlifting); however, time spent receiving medical treatment and eating meals may be included as part of the recovery time. *(Adopted: 1/16/10 effective 8/1/10, Revised: 5/13/11)*

**17.20.3 First Contest -- Championship Segment.** A member institution shall not play its first contest with outside competition in the championship segment before the Thursday preceding September 6. *(Revised: 1/10/91 effective 8/1/91, 1/16/93 effective 8/1/93, 1/10/95 effective 8/1/95, 1/10/96 effective 8/1/96, 1/24/96 effective 8/1/96, 1/14/97 effective 8/1/97, 1/14/02 effective 8/1/02, 1/13/03 effective 8/1/03, 1/9/06 effective 8/1/06, 1/16/10 effective 8/1/10 however, contracts signed before 8/6/09 for contests or dates of competition occurring between 8/26/10 and 9/1/10 may be honored)*

**17.20.3.1 Exception -- Division II National Championships Fall Festival.** In years in which the Division II National Championships Festival occurs in the fall, a member institution shall not engage in its first contest in soccer before the Thursday preceding August 30. *(Adopted: 1/27/20 effective 8/1/20)*

**17.20.3.2 Exceptions.** The following soccer contests and dates of competition (games or scrimmages) may be played at any time during the soccer playing and practice season: *(Adopted: 1/13/03, Revised: 4/15/03, 1/14/12 effective 8/1/12)*

(a) Alumni game [see Bylaw 17.20.7.3-(d)]; *(Adopted: 1/14/12 effective 8/1/12)*

(b) Fundraising activity [see Bylaw 17.20.7.3-(f)]; *(Adopted: 1/14/12 effective 8/1/12)*

(c) Celebrity sports activity [see Bylaw 17.20.7.3-(g)]; and *(Adopted: 1/14/12 effective 8/1/12)*

(d) Discretionary exemptions (see Bylaw 17.20.7.4). *(Adopted: 1/14/12 effective 8/1/12)*

**17.20.4 End Date of Practice and Competition -- Championship Segment.** A member institution shall conclude all practice and competition (games and scrimmages) in the championship segment by the conclusion of the NCAA Division II Soccer Championship (see Bylaw 17.1.7 for additional regulations regarding the end date of practice and competition). *(Revised: 1/14/97 effective 8/1/97, 1/14/02 effective 8/1/02, 10/16/12)*

**17.20.5 First Date of Practice and Competition -- Nonchampionship Segment.** A member institution shall not commence practice sessions or engage in outside competition in the nonchampionship segment before February 15. *(Adopted: 1/14/02 effective 8/1/02)*

**17.20.6 End Date of Practice and Competition -- Nonchampionship Segment.** A member institution shall conclude all practice and competition in the nonchampionship segment not later than seven calendar days prior to the first date of the institution's final examinations. *(Adopted: 1/14/02 effective 8/1/02)*

## 17.20.7 Number of Contests and Dates of Competition.

**17.20.7.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition during the institution's soccer playing season in any one year to 18 contests during the segment in which the NCAA championship is conducted and five dates of competition during another segment, except for those

contests and/or dates of competition excluded under Bylaws 17.20.7.3, 17.20.7.4 and 17.20.7.5. *(Revised: 1/10/91 effective 8/1/91, 1/16/10 effective 8/1/10, 5/19/20 Immediate, for the 2020-21 academic year only., 4/12/21 effective 8/1/21)*

**17.20.7.1.1 In-Season Foreign Competition.** A member institution may play one or more of its countable contests in soccer in one or more foreign countries on one trip during the prescribed playing season. However, except for contests played in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years.

**17.20.7.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in not more than 18 soccer contests during the segment in which the NCAA championship is conducted and five dates of competition in soccer during another segment. This limitation includes those contests in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Revised: 1/10/91 effective 8/1/91, 1/16/10 effective 8/1/10, 5/19/20 Immediate, for the 2020-21 academic year only, 4/12/21 effective 8/1/21)*

**17.20.7.3 Annual Exemptions.** The maximum number of contests and dates of competition in soccer shall exclude the following: *(Adopted: 4/14/08)*

(a) **Conference Championship.** Competition in one conference championship tournament or playoff;

(b) **Independents Championship.** Competition in one championship tournament among independent member institutions that are not members of an intercollegiate athletics conference in all sports, or for a specific sport that is not part of a conference, conducted at the end of the championship segment and prior to the NCAA championship;

(c) **Season-Ending Tournament.** Competition in one season-ending tournament (e.g., NCAA championship, NAIA championship). A season-ending tournament involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(d) **Alumni Game.** One contest or date of competition with an alumni team of the institution;

(e) **Hawaii, Alaska, Puerto Rico, Canada.** Any contests or dates of competition played in Hawaii, Alaska, Puerto Rico or Canada, respectively, either against or under the sponsorship of an active member institution located in Hawaii, Alaska, Puerto Rico or Canada, by a member institution located outside those locales; *(Revised: 7/20/10)*

(f) **Fundraising Activity.** Any activities in which student-athletes from more than one of the institution's athletics teams participate (or in individual sports per Bylaw 17.02.16.2, in which team members of that sport participate) with and against alumni and friends of the institution, the purpose of which is to raise funds to benefit the institution's athletics or other programs, provided the student-athletes do not miss class as a result of their participation;

(g) **Celebrity Sports Activity.** Competition involving a maximum of two student-athletes from a member institution's team who participate in local celebrity activities in soccer conducted for the purpose of raising funds for charitable organizations, provided:

  (1) The student-athletes do not miss class as a result of the participation; and

  (2) The involvement of the student-athletes has the approval of the institution's athletics director; and

(h) **U.S. National Team.** One date of competition against a U.S. national team as selected by the appropriate national governing body in that sport.

**17.20.7.4 Discretionary Exemptions.** The following may be exempted from an institution's maximum number of contests or dates of competition in soccer each year. An institution may exempt not more than three from this list annually: *(Adopted: 4/14/08)*

(a) **Foreign Team in United States.** A contest or date of competition against a foreign team in the United States played in the facility in which the member institution regularly plays its home contests or dates of competition;

(b) **Non-Division II Four-Year Collegiate Institution.** An exhibition contest or date of competition against non-Division II four-year collegiate institution(s); or *(Revised: 1/14/12 effective 8/1/12, 10/22/13)*

(c) **Scrimmages.** A scrimmage with outside competition, provided the scrimmage is conducted without official scoring.

  **17.20.7.4.1 Official Scoring.** For purposes of Bylaw 17.20.7.4-(c), official scoring has occurred when either institution participating in the scrimmage satisfies either of the following conditions: *(Adopted: 4/14/08, Revised: 4/15/14)*

  (a) The signing of a scorebook by an official; or

  (b) The score is used for individual or seasonal statistics.

**17.20.7.5 Once-in-Four-Years Exemption -- Foreign Tours.** An institution may exempt the contests played on a foreign tour, provided the tour occurs only once in a four-year period and is conducted in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 4/14/08)*

**17.20.8 Out-of-Season and Nonchampionship Segment Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the championship segment, except for the following: *(Revised: 1/10/91 effective 8/1/91, 1/14/02 effective 8/1/02)*

(a) **Conditioning, Weight Training and/or Team Activities.** Student-athletes may participate in conditioning, weight training and/or team activities in accordance with Bylaw 17.1.6.3; and *(Revised: 9/12/17)*

(b) **Nonchampionship Segment Activities.** During the segment in which the NCAA championship does not occur, student-athletes may participate in any practice or competition activity as permitted by other legislation provided such activity is restricted to a period of 45-consecutive calendar days, omitting vacation and examination days officially announced or on days that the institution is closed due to inclement weather, as long as no practice or competition occurs on such days. The 45-consecutive calendar days must be within the dates set forth in Bylaws 17.20.5 and 17.20.6. It is not permissible for an institution that declares fall as its championship segment and operates on the quarter system to engage in practice and competition from the time period of seven calendar days prior to the first date of the institution's final examination period for the winter quarter until the first day of classes of the spring quarter. The days during which practice and competition are prohibited may be exempted from the period of 45-consecutive calendar days. (See Bylaws 17.1.6.2 and 17.1.6.6 for daily and weekly hour limitations and required days off.) *(Adopted: 1/14/02 effective 8/1/02, Revised: 1/13/03, 1/9/06, 1/21/17 effective 8/1/17)*

**17.20.8.1 Summer Practice.** Soccer practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations approved by the Management Council. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Revised: 1/9/06 effective 8/1/06)*

**17.20.9 Camps or Clinics.** There are no limits on the number of student-athletes in soccer who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Revised: 1/11/89, 1/10/92)*

**17.20.10 Other Restrictions.**

**17.20.10.1 Noncollegiate, Amateur Competition.**

**17.20.10.1.1 In Season.** A student-athlete shall be denied eligibility for intercollegiate soccer competition for the remainder of the season if, after enrollment in college and during any year in which the student-athlete is a member of an intercollegiate soccer squad or team, they compete or have competed as a member of any outside soccer team in any noncollegiate, amateur competition (e.g., tournament play, exhibition games or other activity) during the institution's intercollegiate soccer season (see Bylaw 14.7.5 for exceptions and waivers). *(Revised: 1/16/93)*

**17.20.10.1.2 Out of Season.** There are no limits on the number of student-athletes with eligibility remaining in intercollegiate soccer who may practice or compete out of season on an outside, amateur soccer team. *(Revised: 1/10/91 effective 8/1/91, 1/16/93)*

**17.20.10.1.2.1 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) at any time (i.e., during the academic year, vacation periods and summer) with an outside team that involves any student-athlete with eligibility remaining from the institution's soccer team, except as provided under Bylaws 14.7.5, 16.8.1.2.1 and 17.32. *(Revised: 1/10/05 effective 8/1/05)*

**17.20.10.1.2.2 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution. *(Revised: 1/22/20 effective 8/1/20)*

**17.20.10.2 Equipment Issue, Squad Pictures.** It shall be permissible to designate a single date for issuing equipment and for taking squad pictures after the beginning of classes in the fall term or the day before the beginning of a segment as specified in Bylaw 17.20.2. *(Revised: 1/11/89)*

**17.20.10.2.1 Exception for Sundays.** If the day before the beginning of a segment is a Sunday, the member institution may designate the preceding Saturday for issuing equipment and taking squad pictures. *(Adopted: 1/11/89)*

# 17.21 Softball.

Regulations for computing the softball playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1 and Figure 17-2.)

**17.21.1 Length of Playing Season -- Championship and Nonchampionship Segments.** The length of an institution's playing season for both segments in softball shall be limited by the dates and regulations set forth in the remainder of this section. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 1/14/02 effective 8/1/02)*

**17.21.2 First Date of Practice -- Championship Segment.** A member institution shall not commence practice sessions in softball in the championship segment before January 10 or the first day of classes, whichever is earlier. *(Revised: 1/14/97 effective 8/1/97, 1/14/02 effective 8/1/02)*

**17.21.3 First Contest -- Championship Segment.** A member institution shall not play its first contest with outside competition in the championship segment before February 1. *(Revised: 1/14/97 effective 8/1/97, 1/14/02 effective 8/1/02, 1/14/12 effective 8/1/12)*

**17.21.3.1 Exception -- February 1 on a Saturday, Sunday or Monday.** When February 1 falls on a Saturday, Sunday or Monday, a member institution shall not engage in its first contest with outside competition in the championship segment before the Friday preceding February 1. *(Adopted: 1/17/15)*

**17.21.3.2 Exceptions.** The following softball contests (games or scrimmages) may be played at any time during the softball playing and practice season: *(Adopted: 1/14/12 effective 8/1/12)*

(a) Alumni game [see Bylaw 17.21.7.3-(d)];

(b) Fundraising activity [see Bylaw 17.21.7.3-(f)];

(c) Celebrity sports activity [see Bylaw 17.21.7.3-(g)]; and

(d) Discretionary exemptions (see Bylaw 17.21.7.4).

**17.21.4 End Date of Practice and Competition -- Championship Segment.** A member institution shall conclude all practice and competition in softball in the championship segment by the conclusion of the NCAA Division II Softball Championship (see Bylaw 17.1.7 for additional regulations regarding the end date of practice and competition). *(Revised: 1/14/97 effective 8/1/97, 1/14/02 effective 8/1/02, 10/16/12)*

**17.21.5 First Date of Practice and Competition -- Nonchampionship Segment.** A member institution shall not commence practice sessions or engage in competition in the nonchampionship segment before September 7 or the institution's fourth day of classes (as set forth in its catalog, counting Monday through Friday only), whichever is earlier. *(Adopted: 1/14/02 effective 8/1/02, Revised: 1/15/11 effective 8/1/11, 4/12/11)*

**17.21.6 End Date of Practice and Competition -- Nonchampionship Segment.** A member institution shall conclude all practice and competition in the nonchampionship segment not later than November 15. *(Adopted: 1/14/02 effective 8/1/02)*

**17.21.7 Number of Contests.**

**17.21.7.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition in softball during the institution's softball playing season to 56 contests (games and scrimmages), except for those contests excluded under Bylaws 17.21.7.3, 17.21.7.4 and 17.21.7.5. *(Revised: 5/19/20 Immediate, for the 2020-21 academic year only., 4/12/21 effective 8/1/21)*

**17.21.7.1.1 In-Season Foreign Competition.** A member institution may play one or more of its countable contests in softball in one or more foreign countries on one trip during the prescribed playing season. However, except for contests played in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years.

**17.21.7.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in 56 softball contests. This limitation includes those contests in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Revised: 5/19/20 Immediate, for the 2020-21 academic year only, 4/12/21 effective 8/1/21)*

**17.21.7.3 Annual Exemptions.** The maximum number of contests in softball shall exclude the following: *(Adopted: 4/14/08)*

(a) **Conference Championship.** Competition in one conference championship tournament or playoff;

(b) **Independents Championship.** Competition in one championship meet or tournament among independent member institutions that are not members of an intercollegiate athletics conference in all sports, or for a specific sport

that is not part of a conference, conducted at the end of the championship segment and prior to the NCAA championship;

(c) **Season-Ending Tournament.** Competition in one season-ending tournament (e.g., NCAA championship, NAIA championship). A season-ending tournament involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(d) **Alumni Game.** One contest with an alumni team of the institution;

(e) **Hawaii, Alaska, Puerto Rico, Canada.** Any contests played in Hawaii, Alaska, Puerto Rico or Canada, respectively, either against or under the sponsorship of an active member institution located in Hawaii, Alaska, Puerto Rico or Canada, by a member institution located outside those locales; *(Revised: 7/20/10)*

(f) **Fundraising Activity.** Any activities in which student-athletes from more than one of the institution's athletics teams participate (or in individual sports per Bylaw 17.02.16.2, in which team members of that sport participate) with and against alumni and friends of the institution, the purpose of which is to raise funds to benefit the institution's athletics or other programs, provided the student-athletes do not miss class as a result of their participation;

(g) **Celebrity Sports Activity.** Competition involving a maximum of two student-athletes from a member institution's team who participate in local celebrity activities in softball conducted for the purpose of raising funds for charitable organizations, provided:

(1) The student-athletes do not miss class as a result of the participation; and

(2) The involvement of the student-athletes has the approval of the institution's athletics director; and

(h) **U.S. National Team.** One contest against a U.S. national team as selected by the appropriate national governing body in that sport. *(Adopted: 11/27/19)*

**17.21.7.4 Discretionary Exemptions.** The following may be exempted from an institution's maximum number of contests in softball each year. An institution may exempt not more than three from this list annually: *(Adopted: 4/14/08)*

(a) **Foreign Team in United States.** A contest (or both games of a doubleheader) against a foreign team in the United States played in the facility in which the member institution regularly plays its home contests;

(b) **Non-Division II Four-Year Collegiate Institution.** An exhibition contest against a non-Division II four-year collegiate institution; or *(Revised: 1/14/12 effective 8/1/12)*

(c) **Scrimmages.** A scrimmage with outside competition, provided the scrimmage is conducted without official scoring.

**17.21.7.4.1 Official Scoring.** For purposes of Bylaw 17.21.7.4-(c), official scoring has occurred when either institution participating in the scrimmage satisfies either of the following conditions: *(Adopted: 4/14/08, Revised: 4/15/14)*

(a) The signing of a scorebook by an official; or

(b) The score is used for individual or seasonal statistics.

**17.21.7.5 Once-in-Four-Years Exemption -- Foreign Tours.** An institution may exempt the contests played on a foreign tour, provided the tour occurs only once in a four-year period and is conducted in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 4/14/08)*

**17.21.8 Out-of-Season and Nonchampionship Segment Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the championship segment except for the following: *(Revised: 1/10/91 effective 8/1/91, 1/14/02 effective 8/1/02)*

(a) **Weight Training, Conditioning and/or Team Activities.** Student-athletes shall not engage in weight training, conditioning and/or team activities before September 7 or the institution's fourth day of classes (as set forth in its catalog, counting Monday through Friday only), whichever is earlier, in accordance with Bylaw 17.1.6.3; and *(Revised: 1/15/11 effective 8/1/11, 4/12/11, 9/12/17)*

(b) **Nonchampionship Segment Activities.** During the segment in which the NCAA championship does not occur, student-athletes may participate in any practice or competition activity as permitted by other legislation provided such activity is restricted to a period of 45-consecutive calendar days, omitting vacation and examination days officially announced or on days that the institution is closed due to inclement weather, as long as no practice or competition occurs on such days. The 45-consecutive calendar days must be within the dates set forth in Bylaws 17.21.5 and 17.21.6, and shall not commence prior to September 7 or the institution's fourth day of classes (as set forth in its catalog, counting Monday through Friday only), whichever is earlier. (See Bylaws 17.1.6.2 and 17.1.6.6 for daily and weekly hour limitations and

required days off.) *(Adopted: 1/14/02 effective 8/1/02, Revised: 1/13/03, 1/15/11 effective 8/1/11, 4/12/11, 1/21/17 effective 8/1/17)*

**17.21.8.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations approved by the Management Council. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Revised: 1/10/91 effective 8/1/91, 1/9/06 effective 8/1/06)*

**17.21.9 Camps and Clinics.** There are no limits on the number of student-athletes in softball who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Revised: 1/10/92)*

**17.21.10 Other Restrictions.**

**17.21.10.1 Noncollegiate, Amateur Competition.**

**17.21.10.1.1 In Season.** A student-athlete shall be denied eligibility for intercollegiate softball competition for the remainder of the season if, after enrollment in college and during any year in which the student-athlete is a member of an intercollegiate softball squad or team, they compete or have competed as a member of any outside softball team in any noncollegiate, amateur competition (e.g., tournament play, exhibition games or other activity) during the institution's intercollegiate softball season (see Bylaw 14.7.5 for exceptions and waivers). *(Revised: 1/16/93)*

**17.21.10.1.2 Out of Season.** There are no limits to the number of student-athletes with eligibility remaining in intercollegiate softball who may practice or compete out of season on an outside, amateur softball team. *(Revised: 1/10/91 effective 8/1/91, 1/16/93)*

**17.21.10.1.2.1 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) at any time (i.e., during the academic year, vacation periods and summer) with an outside team that involves any student-athlete with eligibility remaining from the institution's softball team, except as provided under Bylaws 14.7.5, 16.8.1.2.1 and 17.32. *(Revised: 1/10/05 effective 8/1/05)*

**17.21.10.1.2.2 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution. *(Revised: 1/22/20 effective 8/1/20)*

**17.21.10.2 Equipment Issue, Squad Pictures.** It shall be permissible to designate a single date for issuing softball equipment and for taking squad pictures after the beginning of classes in the fall term or the day before the beginning of a segment as specified in Bylaw 17.21.2. *(Revised: 1/11/89)*

**17.21.10.2.1 Exception for Sundays.** If the day before the beginning of a segment is a Sunday, the member institution may designate the preceding Saturday for issuing equipment and taking squad pictures. *(Adopted: 1/11/89)*

## 17.22 Stunt.

Regulations for computing the stunt playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1 and Figure 17-2.) *(Adopted: 1/14/23 effective 8/1/23)*

**17.22.1 Length of Playing Season -- Championship and Nonchampionship Segments.** The length of an institution's playing season in stunt shall be limited to a 144-day season, which may consist of two segments (each consisting of consecutive days) and which may exclude only required days per Bylaw 17.1.6.5 and official vacation, holiday and final-examination period during which no practice or competition shall occur. *(Adopted: 1/14/23 effective 8/1/23)*

**17.22.2 First Date of Practice -- Championship Segment.** A member institution shall not commence practice sessions in stunt in the championship segment before January 10 or the first day of classes, whichever is earlier. *(Adopted: 1/14/23 effective 8/1/23)*

**17.22.3 First Date of Competition -- Championship Segment.** A member institution shall not engage in its first date of competition with outside competition in the championship segment before February 1. *(Adopted: 1/14/23 effective 8/1/23)*

**17.22.3.1 Exception -- February 1 on a Saturday, Sunday or Monday.** When February 1 falls on a Saturday, Sunday or Monday, a member institution shall not engage in its first date of competition with outside competition in the championship segment before the Friday preceding February 1. *(Adopted: 1/14/23 effective 8/1/23)*

**17.22.4 End of Practice and Competition -- Championship Segment.** A member institution shall conclude all practice and competition in stunt in the championship segment by the conclusion of the National Collegiate Stunt Association National Championships (see Bylaw 17.1.7 for additional regulations regarding the end date of practice and competition). *(Adopted: 1/14/23 effective 8/1/23)*

**17.22.5 First Date of Practice and Competition -- Nonchampionship Segment.** A member institution shall not commence practice sessions or engage in outside competition in the nonchampionship segment before September 7 or the institution's fourth day of classes (as set forth in its catalog, counting Monday through Friday only), whichever is earlier. *(Adopted: 1/14/23 effective 8/1/23)*

**17.22.6 End Date of Practice and Competition -- Nonchampionship Segment.** A member institution shall conclude all practice and competition in stunt in the nonchampionship segment not later than November 15. *(Adopted: 1/14/23 effective 8/1/23)*

**17.22.7 Number and Dates of Competition.** *(Adopted: 1/14/23 effective 8/1/23)*

**17.22.7.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition in stunt during the institution's stunt playing season to 16 dates of competition, except for those dates of competition excluded under Bylaws 17.22.7.3, 17.22.7.4 and 17.22.7.5. *(Adopted: 1/14/23 effective 8/1/23)*

**17.22.7.1.1 In-Season Foreign Competition.** A member institution may play one or more of its countable dates of competition in stunt in one or more foreign countries on one trip during the prescribed playing season. However, except for dates of competition played in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years. *(Adopted: 1/14/23 effective 8/1/23)*

**17.22.7.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in not more than 16 dates of competition. This limitation includes those dates of competition in which the student represents the institution in accordance with Bylaw 17.02.8, except for those dates of competition excluded under Bylaws 17.22.7.3, 17.22.7.4 and 17.22.7.5. *(Adopted: 1/14/23 effective 8/1/23)*

**17.22.7.3 Annual Exemptions.** The maximum number of dates of competition in stunt shall exclude the following: *(Adopted: 1/14/23 effective 8/1/23)*

(a) **Conference Championship.** Competition in one conference championship tournament or playoff; *(Adopted: 1/14/23 effective 8/1/23)*

(b) **Season-Ending Championship.** Competition in one season-ending tournament (e.g., National Collegiate Stunt Association National Championship). A season-ending tournament involves competition after the end of the regular season between teams that are not identified until the close of the regular season; *(Adopted: 1/14/23 effective 8/1/23)*

(c) **Alumni Game.** One date of competition with an alumni team of the institution; *(Adopted: 1/14/23 effective 8/1/23)*

(d) **Hawaii, Alaska, Puerto Rico, Canada.** Any dates of competition played in Hawaii, Alaska, Puerto Rico or Canada, respectively, either against or under the sponsorship of an active member institution located in Hawaii, Alaska, Puerto Rico or Canada, by a member institution located outside those locales; *(Adopted: 1/14/23 effective 8/1/23)*

(e) **Fundraising Activity.** Any activities in which student-athletes from more than one of the institution's athletics teams participate (or in individual sports per Bylaw 17.02.16.2, in which team members of that sport participate) with and against alumni and friends of the institution, the purpose of which is to raise funds to benefit the institution's athletics or other programs, provided the student-athletes do not miss class as a result of their participation; *(Adopted: 1/14/23 effective 8/1/23)*

(f) **Celebrity Sports Activity.** Competition involving a maximum of two student-athletes from a member institution's team who participate in local celebrity activities in stunt conducted for the purpose of raising funds for charitable organizations, provided: *(Adopted: 1/14/23 effective 8/1/23)*

(1) The student-athletes do not miss class as a result of the participation; and *(Adopted: 1/14/23 effective 8/1/23)*

(2) The involvement of the student-athletes has the approval of the institution's athletics director; and *(Adopted: 1/14/23 effective 8/1/23)*

(g) **U.S. National Team.** One date of competition against a U.S. national team as selected by the appropriate national governing body in that sport. *(Adopted: 1/14/23 effective 8/1/23)*

**17.22.7.4 Discretionary Exemptions.** The following may be exempted from an institution's maximum number of dates of competition in stunt each year. An institution may exempt not more than three from this list annually: *(Adopted: 1/14/23 effective 8/1/23)*

(a) **Foreign Team in United States.** A date of competition against a foreign team in the United States played in the facility in which the member institution regularly plays its home contests; *(Adopted: 1/14/23 effective 8/1/23)*

(b) **Non-Division II Four-Year Collegiate Institution.** An exhibition date of competition against a non-Division II four-year collegiate institution; or *(Adopted: 1/14/23 effective 8/1/23)*

(c) **Scrimmages.** A scrimmage with outside competition, provided the scrimmage is conducted without official scoring. *(Adopted: 1/14/23 effective 8/1/23)*

**17.22.7.4.1 Official Scoring.** For purposes of Bylaw 17.22.7.4-(c), official scoring has occurred when either institution participating in the scrimmage satisfies either of the following conditions: *(Adopted: 1/14/23 effective 8/1/23)*

(a) The signing of a scorebook by an official; or *(Adopted: 1/14/23 effective 8/1/23)*

(b) The score is used for individual or seasonal statistics. *(Adopted: 1/14/23 effective 8/1/23)*

**17.22.7.5 Once-in-Four-Years Exemption -- Foreign Tours.** An institution may exempt the dates of competition played on a foreign tour, provided the tour occurs only once in a four-year period and is conducted in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 1/14/23 effective 8/1/23)*

**17.22.8 Out-of-Season and Nonchampionship Segment Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the championship segment except for the following: *(Adopted: 1/14/23 effective 8/1/23)*

(a) **Weight Training, Conditioning and/or Team Activities.** Student-athletes shall not engage in weight training, conditioning and/or team activities before September 7 or the institution's fourth day of classes (as set forth in its catalog, counting Monday through Friday only), whichever is earlier, in accordance with Bylaw 17.1.6.3; and *(Adopted: 1/14/23 effective 8/1/23)*

(b) **Nonchampionship Segment Activities.** During the segment in which the NCAA championship does not occur, student-athletes may participate in any practice or competition activity as permitted by other legislation provided such activity is restricted to a period of 45-consecutive calendar days, omitting vacation and examination days officially announced or on days that the institution is closed due to inclement weather, as long as no practice or competition occurs on such days. The 45-consecutive calendar days must be within the dates set forth in Bylaws 17.22.5 and 17.22.6 and shall not commence prior to September 7 or the institution's fourth day of classes (as set forth in its catalog, counting Monday through Friday only), whichever is earlier. (See Bylaws 17.1.6.2 and 17.1.6.6 for daily and weekly hour limitations and required days off.) *(Adopted: 1/14/23 effective 8/1/23)*

**17.22.8.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations approved by the Management Council. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Adopted: 1/14/23 effective 8/1/23)*

**17.22.8.1.1 Vacation Period and Summer-Workout Sessions.** A coach may participate in individual-workout sessions with student-athletes from the coach's team during any institutional vacation period and/or the summer, provided the request for such assistance is initiated by the student-athlete. *(Adopted: 1/14/23 effective 8/1/23)*

**17.22.9 Safety Exception.** A coach may be present during voluntary individual workouts in the institution's regular practice facility (without the workouts being considered as countable athletically related activities) when the student-athlete is engaged in stunt. The coach may provide safety or skill instruction but cannot conduct the individual's workouts. *(Adopted: 1/14/23 effective 8/1/23)*

**17.22.10 Camps and Clinics.** There are no limits on the number of student-athletes in stunt who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Adopted: 1/14/23 effective 8/1/23)*

**17.22.11 Other Restrictions.** *(Adopted: 1/14/23 effective 8/1/23)*

**17.22.11.1 Noncollegiate, Amateur Competition.** *(Adopted: 1/14/23 effective 8/1/23)*

**17.22.11.1.1 In Season.** A student-athlete shall be denied eligibility for intercollegiate stunt competition for the remainder of the season if, after enrollment in college and during any year in which the student-athlete is a member of an intercollegiate stunt squad or team, they compete or have competed as a member of any outside stunt team in any noncollegiate, amateur competition (e.g., tournament play, exhibition games or other activity) during the institution's intercollegiate stunt season (see Bylaw 14.7.5 for exceptions and waivers). *(Adopted: 1/14/23 effective 8/1/23)*

**17.22.11.1.2 Out of Season.** There are no limits to the number of student-athletes with eligibility remaining in intercollegiate stunt who may practice or compete out of season on an outside, amateur stunt team. *(Adopted: 1/14/23 effective 8/1/23)*

**17.22.11.1.2.1 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) at any time (i.e., during the academic year, vacation periods and summer) with an outside team that involves any student-athlete with eligibility remaining from the institution's stunt team, except as provided under Bylaws 14.7.5, 16.8.1.2.1 and 17.32. *(Adopted: 1/14/23 effective 8/1/23)*

**17.22.11.1.2.2 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution. *(Adopted: 1/14/23 effective 8/1/23)*

**17.22.11.2 Equipment Issue, Squad Pictures.** It shall be permissible to designate a single date for issuing stunt equipment and for taking squad pictures after the beginning of classes in the fall term or the day before the beginning of a segment as specified in Bylaw 17.22.2 *(Adopted: 1/14/23 effective 8/1/23)*

**17.22.11.2.1 Exception for Sundays.** If the day before the beginning of a segment is a Sunday, the member institution may designate the preceding Saturday for issuing equipment and taking squad pictures. *(Adopted: 1/14/23 effective 8/1/23)*

# 17.23 Swimming and Diving.

Regulations for computing the swimming and diving playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1 and Figure 17-2.)

**17.23.1 Length of Playing Season.** The length of an institution's playing season in swimming and diving shall be limited to a 144-day season which may consist of two segments (each consisting of consecutive days) and exclude only required off days per Bylaw 17.1.6.5 and official vacation, holiday and final-examination periods during which no practice or competition shall occur. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97)*

**17.23.1.1 Exception.** A student-athlete who is a diver may engage in diving practice sessions beyond the conclusion of the institution's 144-day playing and practice season, provided the student-athlete does not engage in more than a 144-day playing season. *(Adopted: 1/13/98 effective 8/1/98)*

**17.23.2 Weight Training, Conditioning, Team Activities and/or Preseason Practice.** A member institution shall not commence weight training, conditioning and/or team activities in accordance with Bylaw 17.1.6.3 and practice sessions in swimming and diving before September 7 or the institution's fourth day of classes for the fall term (as set forth in its catalog, counting Monday through Friday only), whichever is earlier. *(Revised: 1/14/97 effective 8/1/97, 1/15/11 effective 8/1/11, 4/12/11, 9/12/17)*

**17.23.3 First Date of Competition.** A member institution shall not engage in its first date of competition (game or scrimmage) with outside competition in swimming and diving before September 7 or the institution's fourth day of classes for the fall term (as set forth in its catalog, counting Monday through Friday only), whichever is earlier. *(Revised: 1/14/97 effective 8/1/97, 1/15/11 effective 8/1/11, 4/12/11)*

**17.23.3.1 Exceptions.** The following swimming and diving dates of competition may be conducted at any time during the swimming and diving playing and practice season: *(Adopted: 1/14/12 effective 8/1/12)*

(a) Alumni game [see Bylaw 17.23.6.3-(d)];

(b) Fundraising activity [see Bylaw 17.23.6.3-(f)];

(c) Celebrity sports activity [see Bylaw 17.23.6.3-(g)]; and

(d) Discretionary exemptions (see Bylaw 17.23.6.4).

**17.23.4 Limitations on Countable Athletically Related Activities and Transportation -- Winter Break.** (See Bylaw 17.02.18 for the definition of the winter break.) *(Revised: 1/14/12 effective 8/1/12)*

**17.23.4.1 Countable Athletically Related Activities.** A student-athlete shall not participate in any countable athletically related activities during the winter break (see Bylaw 17.02.1). *(Revised: 1/13/10 effective 8/1/10, Adopted: 1/16/10 effective 8/1/10 however, contracts signed before 8/6/09 for contests or dates of competition occurring between 12/20/10 and 12/26/10 may be honored, 7/20/10 effective 8/1/10, 1/14/12 effective 8/1/12)*

**17.23.4.2 Transportation.** An institution shall not provide transportation in conjunction with away-from-home competition during the winter break. *(Revised: 1/13/10 effective 8/1/10, Adopted: 1/16/10 effective 8/1/10 however, contracts signed before 8/6/09 for contests or dates of competition occurring between 12/20/10 and 12/26/10 may be honored, 7/20/10 effective 8/1/10, 1/14/12 effective 8/1/12)*

> **17.23.4.2.1 Exception -- Travel on the First Day of the Winter Break.** An institution may travel on the first day of the winter break after an away-from-home competition, provided that is the earliest practical opportunity to return to campus. *(Revised: 1/13/10 effective 8/1/10, Adopted: 1/16/10 effective 8/1/10 however, contracts signed before 8/6/09 for contests or dates of competition occurring between 12/20/10 and 12/26/10 may be honored, 7/20/10 effective 8/1/10, 1/14/12 effective 8/1/12)*

**17.23.5 End of Regular Season.** A member institution shall conclude all practice and competition (meets and practice meets) in each segment in swimming and diving by the last date of final examinations for the regular academic year at the institution (see Bylaw 17.1.7 for additional regulations regarding the end date of practice and competition). *(Revised: 1/14/97 effective 8/1/97, 10/16/12)*

**17.23.6 Number of Dates of Competition.**

**17.23.6.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition in swimming and diving during the institution's swimming and diving playing season to 16 dates of competition (games and scrimmages), except for those dates of competition excluded under Bylaws 17.23.6.3, 17.23.6.4 and 17.23.6.5 (see Bylaw 7.3.1.7.1.1 for minimum contests and participants requirements). *(Revised: 1/10/91 effective 8/1/91, 5/19/20 Immediate, for the 2020-21 academic year only., 4/12/21 effective 8/1/21)*

> **17.23.6.1.1 In-Season Foreign Competition.** A member institution may engage in one or more of its countable dates of competition in swimming and diving in one or more foreign countries on one trip during the prescribed playing season. However, except for competition in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years.

**17.23.6.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in 16 swimming and diving dates of competition. This limitation includes those dates of competition in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Revised: 1/10/91 effective 8/1/91, 5/19/20 Immediate, for the 2020-21 academic year, 4/12/21 effective 8/1/21)*

**17.23.6.3 Annual Exemptions.** The maximum number of dates of competition in swimming and diving shall exclude the following: *(Adopted: 4/14/08)*

(a) **Conference Championship.** Competition in one conference championship tournament or playoff;

(b) **Independents Championship.** Competition in one championship meet or tournament among independent member institutions that are not members of an intercollegiate athletics conference in all sports, or for a specific sport that is not part of a conference, conducted at the end of the championship segment and prior to the NCAA championship;

(c) **Season-Ending Tournament.** Competition in one season-ending tournament (e.g., NCAA championship, NAIA championship). A season-ending tournament involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(d) **Alumni Game.** One date of competition with an alumni team of the institution;

(e) **Hawaii, Alaska, Puerto Rico, Canada.** Any dates of competition played in Hawaii, Alaska, Puerto Rico or Canada, respectively, either against or under the sponsorship of an active member institution located in Hawaii, Alaska, Puerto Rico or Canada, by a member institution located outside those locales; *(Revised: 7/20/10)*

(f) **Fundraising Activity.** Any activities in which student-athletes from more than one of the institution's athletics teams participate (or in individual sports per Bylaw 17.02.16.2, in which team members of that sport participate) with and against alumni and friends of the institution, the purpose of which is to raise funds to benefit the institution's athletics or other programs, provided the student-athletes do not miss class as a result of their participation;

(g) **Celebrity Sports Activity.** Competition involving a maximum of two student-athletes from a member institution's team who participate in local celebrity activities in swimming and diving conducted for the purpose of raising funds for charitable organizations, provided:

> (1) The student-athletes do not miss class as a result of the participation; and

> (2) The involvement of the student-athletes has the approval of the institution's athletics director; and

(h) **U.S. National Team.** One date of competition against a U.S. national team as selected by the appropriate national governing body in that sport.

**17.23.6.4 Discretionary Exemptions.** The following may be exempted from an institution's maximum number of dates of competition in swimming and diving each year. An institution may exempt not more than three from this list annually: *(Adopted: 4/14/08)*

(a) **Foreign Team in United States.** A date of competition against a foreign team in the United States played in the facility in which the member institution regularly plays its home dates of competition;

(b) **Non-Division II Four-Year Collegiate Institution.** An exhibition date of competition against non-Division II four-year collegiate institution(s); or *(Revised: 4/12/11, 1/14/12 effective 8/1/12, 10/22/13)*

(c) **Scrimmages.** A scrimmage with outside competition, provided the scrimmage is conducted without official scoring.

**17.23.6.4.1 Official Scoring.** For purposes of Bylaw 17.23.6.4-(c), official scoring has occurred when either institution participating in the scrimmage satisfies either of the following conditions: *(Adopted: 4/14/08, Revised: 4/15/14)*

(a) The signing of a scorebook by an official; or

(b) The score is used for individual or seasonal statistics.

**17.23.6.5 Once-in-Four-Years Exemption -- Foreign Tours.** An institution may exempt the dates of competition played on a foreign tour, provided the tour occurs only once in a four-year period and is conducted in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 4/14/08)*

**17.23.7 Out-of-Season Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the institution's declared playing season per Bylaw 17.23.1, except as permitted in Bylaw 17.1.6.3. *(Revised: 1/10/91 effective 8/1/91)*

**17.23.7.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations approved by the Management Council. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Revised: 1/10/91 effective 8/1/91, 1/10/92, 1/9/06 effective 8/1/06)*

**17.23.7.1.1 Vacation Period and Summer-Workout Sessions.** A coach may participate in individual-workout sessions with student-athletes from the coach's team during any institutional vacation period and/or the summer, provided the request for such assistance is initiated by the student-athlete. *(Adopted: 1/10/92, Revised: 1/11/94, 1/9/06 effective 8/1/06, 7/23/19)*

**17.23.8 Safety Exception.** A coach may be present during voluntary individual workouts in the institution's regular practice facility (without the workouts being considered as countable athletically related activities) when the student-athlete is engaged in swimming and diving. The coach may provide safety instruction and skill instruction, but cannot conduct the individual's workouts. *(Adopted: 1/10/91 effective 8/1/91)*

**17.23.9 Camps and Clinics.** There are no limits on the number of student-athletes in swimming and diving who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Revised: 1/10/92)*

**17.23.10 Other Restrictions.**

**17.23.10.1 Noncollegiate, Amateur Competition.**

**17.23.10.1.1 In Season.** A student-athlete shall be denied eligibility for intercollegiate swimming and diving competition for the remainder of the season if, after enrollment in college and during any year in which the student-athlete is a member of an intercollegiate swimming and diving squad or team, they compete or have competed as a member of any outside swimming and diving team in any noncollegiate, amateur competition (e.g., team invitational meets, exhibition meets or other activity) during the institution's intercollegiate swimming and diving season (see Bylaw 14.7.5 for exceptions and waivers). *(Revised: 1/16/93)*

**17.23.10.1.2 Out of Season.** There are no limits on the number of student-athletes with eligibility remaining in intercollegiate swimming and diving who may practice or compete out of season on an outside, amateur swimming and diving team. *(Revised: 1/10/91 effective 8/1/91, 1/16/93)*

**17.23.10.1.2.1 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) during the academic year (including vacation periods during the academic year) with an outside team that involves any student-athlete

with eligibility remaining from the institution's swimming and diving team, except as provided under Bylaws 14.7.5, 16.8.1.2.1 and 17.32. *(Revised: 1/10/91 effective 8/1/91, 1/10/05 effective 8/1/05)*

**17.23.10.1.2.2 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution. *(Revised: 1/22/20 effective 8/1/20)*

**17.23.10.2 Equipment Issue, Squad Pictures.** It shall be permissible to designate a single date for issuing swimming and diving equipment and for taking squad pictures after the beginning of classes in the fall term or the day before the beginning of a segment as specified in Bylaw 17.23.2. *(Revised: 7/28/15)*

**17.23.10.2.1 Exception for Sundays.** If the day before the beginning of a segment is a Sunday, the member institution may designate the preceding Saturday for issuing equipment and taking squad pictures. *(Adopted: 7/28/15)*

# 17.24 Tennis.

Regulations for computing the tennis playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1 and Figure 17-2.)

**17.24.1 Length of Playing Season -- Championship and Nonchampionship Segments.** The length of an institution's playing season for both segments in tennis shall be limited by the dates and regulations set forth in the remainder of this section. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 1/14/02 effective 8/1/02)*

**17.24.2 First Date of Practice -- Championship Segment.** A member institution shall not commence practice sessions in tennis in the championship segment before January 10 or the first day of classes, whichever is earlier. *(Revised: 1/14/97 effective 8/1/97, 1/14/02 effective 8/1/02)*

**17.24.3 First Date of Competition -- Championship Segment.** A member institution shall not engage in its first date of competition with outside competition in the championship segment before February 1. *(Revised: 1/14/97 effective 8/1/97, 1/14/02 effective 8/1/02)*

**17.24.3.1 Exception -- February 1 on a Saturday, Sunday or Monday.** When February 1 falls on a Saturday, Sunday or Monday, a member institution shall not engage in its first date of competition with outside competition in the championship segment before the Friday preceding February 1. *(Adopted: 1/17/15)*

**17.24.3.2 Exceptions.** The following tennis dates of competition may be played at any time during the tennis playing and practice season: *(Adopted: 1/14/12 effective 8/1/12)*

(a) Alumni game [see Bylaw 17.24.7.3-(d)];

(b) Fundraising activity [see Bylaw 17.24.7.3-(f)];

(c) Celebrity sports activity [see Bylaw 17.24.7.3-(g)]; and

(d) Discretionary exemptions (see Bylaw 17.24.7.4).

**17.24.4 End Date of Practice and Competition -- Championship Segment.** A member institution shall conclude all practice and competition in tennis in the championship segment by the conclusion of the NCAA Division II Tennis Championship (see Bylaw 17.1.7 for additional regulations regarding the end date of practice and competition). *(Revised: 1/14/97 effective 8/1/97, 1/14/02 effective 8/1/02, 10/16/12)*

**17.24.5 First Date of Practice and Competition -- Nonchampionship Segment.** A member institution shall not commence practice sessions or engage in outside competition in the nonchampionship segment before September 7 or the institution's fourth day of classes (as set forth in its catalog, counting Monday through Friday only), whichever is earlier. *(Adopted: 1/14/02 effective 8/1/02, Revised: 1/15/11 effective 8/1/11, 4/12/11)*

**17.24.5.1 Exception -- Alternate Playing Season.** An institution that is a member of a conference that conducts its only conference championship or plays the majority of its conference matches during the fall, or an institution that declares fall as its institution's championship segment may use the playing season dates for sports that conduct a fall championship. Further, an institution that uses this exception and discontinues its championship segment activities by November 1 (instead of November 15) may add 15 calendar days to the period of 60-consecutive calendar days available during the nonchampionship segment. The institution is eligible for the NCAA championship. *(Adopted: 1/14/02 effective 8/1/02, Revised: 1/13/03 effective 8/1/03, 10/20/03, 1/9/06, 6/10/08, 1/6/10 effective 8/1/10, 1/21/17 effective 8/1/17)*

**Fall (Championship)**                    **Spring (Nonchampionship)**

| Practice | 17 days before the first permissible date of competition or five days before the first day of classes, whichever is earlier. | February 15 |
| Competition | Thursday preceding September 6. | February 15 |
| **End Date for Practice and Competition** | November 15 | Seven days prior to final examination period. |

**17.24.5.1.1 Alternate Playing Season -- Preseason Activities Before the First Day of Classes or First Scheduled Date of Competition.** During the preseason practice period before the first day of classes or the first scheduled date of competition, whichever is earlier, student-athletes shall not engage in more than six hours of countable athletically related activities per day, only five of which may be devoted to physical activities (e.g., practice, weight training, conditioning). In addition, any session with physical activities shall not exceed three hours in length. Student-athletes must be provided with at least three continuous hours of recovery time between any session occurring that day. During this time, student-athletes may not attend any meetings or engage in other athletically related activities (e.g., weightlifting); however, time spent receiving medical treatment and eating meals may be included as part of the recovery time. *(Adopted: 1/16/10 effective 8/1/10, Revised: 5/13/11)*

## 17.24.6 End Date of Practice and Competition -- Nonchampionship Segment.
A member institution shall conclude all practice and competition in the nonchampionship segment not later than November 15. *(Adopted: 1/14/02 effective 8/1/02)*

## 17.24.7 Number of Dates of Competition.

**17.24.7.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition during the permissible tennis playing season to 25 dates of competition (including not more than seven individual singles and/or doubles tournaments that are counted as single dates of competition), except for those dates of competition excluded under Bylaws 17.24.7.3, 17.24.7.4 and 17.24.7.5 (see Bylaw 7.3.1.7.1.1 for minimum contests and participants requirements). *(Revised: 1/10/91 effective 8/1/91, 5/19/20 Immediate, for the 2020-21 academic year only., 4/12/21 effective 8/1/21)*

**17.24.7.1.1 Dual Tennis Match.** A dual tennis match in which head-to-head competition occurs between two collegiate institutions or between an intercollegiate team and an outside team shall count as one date of competition.

**17.24.7.1.2 Individual Singles or Doubles Tournament Limitations -- Institutional.** An individual singles or doubles tournament that does not include any team scoring or the recognition of a team champion shall count as a single date of competition (not to exceed the maximum number of tournaments noted in Bylaw 17.24.7.1) for those institutions that have more than four student-athletes competing therein, regardless of the number of days during which tournament competition takes place. *(Revised: 7/18/17)*

**17.24.7.1.3 In-Season Foreign Competition.** A member institution may engage in one or more of its countable dates of competition in tennis in one or more foreign countries on one trip during the prescribed playing season. However, except for competition in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years.

**17.24.7.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in 25 dates of competition (including not more than seven individual singles and/or doubles tournaments that are counted as a single date of competition). This limitation includes those contests in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Revised: 1/10/91 effective 8/1/91, 5/19/20 Immediate, for the 2020-21 academic year, 4/12/21 effective 8/1/21)*

**17.24.7.2.1 Individual Singles or Doubles Tournament Limitations -- Student-Athlete.** An individual singles or doubles tournament that does not include any team scoring or the recognition of a team champion shall count as a single date of competition (in not more than seven tournaments) for the participating individuals, regardless of the number of days during which tournament competition takes place. *(Revised: 1/10/91 effective 8/1/91)*

**17.24.7.3 Annual Exemptions.** The maximum number of dates of competition in tennis shall exclude the following: *(Adopted: 4/14/08)*

(a) **Conference Championship.** Competition in one conference championship tournament or playoff;

(b) **Independents Championship.** Competition in one championship meet or tournament among independent member institutions that are not members of an intercollegiate athletics conference in all sports, or for a specific sport

that is not part of a conference, conducted at the end of the championship segment and prior to the NCAA championship;

(c) **Season-Ending Tournament.** Competition in one season-ending tournament (e.g., NCAA championship, NAIA championship). A season-ending tournament involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(d) **Alumni Game.** One date of competition with an alumni team of the institution;

(e) **Hawaii, Alaska, Puerto Rico, Canada.** Any dates of competition played in Hawaii, Alaska, Puerto Rico or Canada, respectively, either against or under the sponsorship of an active member institution located in Hawaii, Alaska, Puerto Rico or Canada, by a member institution located outside those locales; *(Revised: 7/20/10)*

(f) **Fundraising Activity.** Any activities in which student-athletes from more than one of the institution's athletics teams participate (or in individual sports per Bylaw 17.02.16.2, in which team members of that sport participate) with and against alumni and friends of the institution, the purpose of which is to raise funds to benefit the institution's athletics or other programs, provided the student-athletes do not miss class as a result of their participation;

(g) **Celebrity Sports Activity.** Competition involving a maximum of two student-athletes from a member institution's team who participate in local celebrity activities in tennis conducted for the purpose of raising funds for charitable organizations, provided:

(1) The student-athletes do not miss class as a result of the participation; and

(2) The involvement of the student-athletes has the approval of the institution's athletics director; and

(h) **U.S. National Team.** One date of competition against a U.S. national team as selected by the appropriate national governing body in that sport.

**17.24.7.4 Discretionary Exemptions.** The following may be exempted from an institution's maximum number of dates of competition in tennis each year. An institution may exempt not more than three from this list annually: *(Adopted: 4/14/08)*

(a) **Foreign Team in United States.** A date of competition against a foreign team in the United States played in the facility in which the member institution regularly plays its home dates of competition;

(b) **Non-Division II Four-Year Collegiate Institution.** An exhibition date of competition against non-Division II four-year collegiate institution(s); or *(Revised: 1/14/12 effective 8/1/12, 10/22/13)*

(c) **Scrimmages.** A scrimmage with outside competition, provided the scrimmage is conducted without official scoring.

**17.24.7.4.1 Official Scoring.** For purposes of Bylaw 17.24.7.4-(c), official scoring has occurred when either institution participating in the scrimmage satisfies either of the following conditions: *(Adopted: 4/14/08, Revised: 4/15/14)*

(a) The signing of a scorebook by an official; or

(b) The score is used for individual or seasonal statistics.

**17.24.7.5 Once-in-Four-Years Exemption -- Foreign Tours.** An institution may exempt the dates of competition played on a foreign tour, provided the tour occurs only once in a four-year period and is conducted in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 4/14/08)*

**17.24.8 Out-of-Season and Nonchampionship Segment Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the championship segment, except for the following: *(Revised: 1/10/91 effective 8/1/91, 1/14/02 effective 8/1/02)*

(a) **Weight Training, Conditioning and/or Team Activities.** Student-athletes shall not engage in weight training, conditioning and/or team activities before September 7 or the institution's fourth day of classes (as set forth in its catalog, counting Monday through Friday only), whichever is earlier, in accordance with Bylaw 17.1.6.3; and *(Revised: 1/15/11 effective 8/1/11, 4/12/11, 9/12/17)*

(b) **Nonchampionship Segment Activities.** During the segment in which the NCAA championship does not occur, student-athletes may participate in any practice or competition activity as permitted by other legislation provided such activity is restricted to a period of 60-consecutive calendar days, omitting vacation and examination days officially announced or on days that the institution is closed due to inclement weather, as long as no practice or competition occurs on such days. The 60-consecutive calendar days must be within the dates set forth in Bylaws 17.24.5 and 17.24.6, and shall not commence prior to September 7 or the institution's fourth day of classes (as set forth in its catalog, counting Monday through Friday only), whichever is earlier. It is not permissible for an institution that declares fall as its championship segment and operates on the quarter system to engage in practice and competition from the time period of seven calendar

days prior to the first date of the institution's final examination period for the winter quarter until the first day of classes of the spring quarter. The days during which practice and competition are prohibited may be exempted from the period of 60-consecutive calendar days. (See Bylaws 17.1.6.2 and 17.1.6.6 for daily and weekly hour limitations and required days off.) *(Adopted: 1/14/02 effective 8/1/02, Revised: 1/13/03, 1/9/06, 4/12/11, 1/21/17 effective 8/1/17)*

(1) **Exception -- Alternate Playing Season.** A member institution that declares fall as its institution's championship segment per Bylaw 7.3.1.8.2 and discontinues its championship segment activities by November 1 (instead of November 15) may add 15 calendar days to the period of 60 consecutive calendar days available during the nonchampionship segment (see Bylaw 17.24.5.1). *(Adopted: 1/13/03 effective 8/1/03, Revised: 1/10/05, 1/21/17 effective 8/1/17)*

(2) **Exception -- Intercollegiate Tennis Association (ITA).** A student-athlete's practice for or participation in the Intercollegiate Tennis Association (ITA) Cup and ITA National Fall Championships are not included in the institution's declared nonchampionship segment, provided the student-athlete has qualified for the championship(s). *(Adopted: 1/10/05, Revised: 4/17/12)*

**17.24.8.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations approved by the Management Council. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Revised: 1/10/91 effective 8/1/91, 1/10/92, 1/9/06 effective 8/1/06)*

**17.24.8.1.1 Vacation Period and Summer-Workout Sessions.** A coach may participate in individual-workout sessions with student-athletes from the coach's team during any institutional vacation period and/or the summer, provided the request for such assistance is initiated by the student-athlete. *(Adopted: 1/10/92, Revised: 1/11/94, 1/9/06 effective 8/1/06, 7/23/19)*

**17.24.9 Camps and Clinics.** There are no limits on the number of student-athletes in tennis who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Revised: 1/10/92)*

**17.24.10 Other Restrictions.**

**17.24.10.1 Noncollegiate, Amateur Competition.**

**17.24.10.1.1 In Season.** A student-athlete shall be denied eligibility for intercollegiate tennis competition for the remainder of the season if, after enrollment in college and during any year in which the student-athlete is a member of an intercollegiate tennis squad or team, they compete or have competed as a member of any outside tennis team in any noncollegiate, amateur competition (e.g., tournament play, exhibition games or other activity) during the institution's intercollegiate tennis season (see Bylaw 14.7.5 for exceptions and waivers). *(Revised: 1/16/93)*

**17.24.10.1.2 Out of Season.** There are no limits on the number of student-athletes with eligibility remaining in intercollegiate tennis who may practice or compete out of season on an outside, amateur tennis team. *(Revised: 1/10/91 effective 8/1/91, 1/16/93)*

**17.24.10.1.2.1 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) during the academic year (including vacation periods during the academic year) with an outside team that involves any student-athlete with eligibility remaining from the institution's tennis team, except as provided under Bylaws 14.7.5, 16.8.1.2.1 and 17.32. *(Revised: 1/10/91 effective 8/1/91, 1/10/05 effective 8/1/05)*

**17.24.10.1.2.2 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution. *(Revised: 1/22/20 effective 8/1/20)*

**17.24.10.2 Equipment Issue, Squad Pictures.** It shall be permissible to designate a single date for issuing tennis equipment and for taking squad pictures after the beginning of classes in the fall term or the day before the beginning of a segment as specified in Bylaw 17.24.5. *(Revised: 7/28/15)*

**17.24.10.2.1 Exception for Sundays.** If the day before the beginning of a segment is a Sunday, the member institution may designate the preceding Saturday for issuing equipment and taking squad pictures. *(Adopted: 7/28/15)*

# 17.25 Track and Field, Indoor/Outdoor.

Regulations for computing the indoor/outdoor track and field playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1 and Figure 17-2.)

**17.25.1 Length of Playing Season.** The length of an institution's playing season in indoor and outdoor track and field shall be limited to the following:

(a) An institution that sponsors only indoor or outdoor track and field (but not both) or does not participate in the minimum number of contests with at least the minimum number of participants required to count both indoor and outdoor track and field in meeting division membership requirements is limited to a 144-day season for indoor and outdoor track and field combined, which may consist of multiple segments (each consisting of at least one week) and which may exclude only required off days per Bylaw 17.1.6.5 and official vacation, holiday and final-examination periods during which no practice or competition occurs. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 1/13/21 effective 8/1/21)*

(b) An institution that sponsors both indoor and outdoor track and field is limited to a 156-day season for indoor and outdoor track and field combined, which may consist of multiple segments (each consisting of at least one week) and which may exclude only required days off per Bylaw 17.1.6.5 and official vacation, holiday and final-examination periods during which no practice or competition occurs. *(Revised: 1/14/97 effective 8/1/97, 1/14/02, 1/13/21 effective 8/1/21)*

**17.25.1.1 Cross Country/Track and Field Participants.** Track and field student-athletes listed as participants for cross country must participate fully in cross country practices. If student-athletes are practicing in track and field events unrelated to cross country, such practice must be counted in the institution's established segment in track and field. *(Adopted: 1/10/92)*

**17.25.2 Weight Training, Conditioning, Team Activities and/or Practice.** A member institution shall not commence weight training, conditioning and/or team activities in accordance with Bylaw 17.1.6.3 or practice sessions in indoor and outdoor track and field before September 7 or the institution's fourth day of classes for the fall term (as set forth in its catalog, counting Monday through Friday only), whichever is earlier. *(Revised: 1/14/97 effective 8/1/97, 1/15/11 effective 8/1/11, 4/12/11, 9/12/17)*

**17.25.3 First Date of Competition.** A member institution shall not engage in its first date of competition (meet or practice meet) with outside competition in indoor and outdoor track and field before September 7 or the institution's fourth day of classes for the fall term (as set forth in its catalog, counting Monday through Friday only), whichever is earlier. *(Revised: 1/14/97 effective 8/1/97, 1/15/11 effective 8/1/11, 4/12/11)*

**17.25.3.1 Exceptions.** The following track and field dates of competition may be played at any time during the track and field playing and practice season: *(Adopted: 1/14/12 effective 8/1/12)*

(a) Alumni game [see Bylaw 17.25.6.3-(d)];

(b) Fundraising activity [see Bylaw 17.25.6.3-(f)];

(c) Celebrity sports activity [see Bylaw 17.25.6.3-(g)]; and

(d) Discretionary exemptions (see Bylaw 17.25.6.4).

**17.25.4 Limitations on Countable Athletically Related Activities and Transportation -- Winter Break.** (See Bylaw 17.02.18 for the definition of the winter break.) *(Revised: 1/14/12 effective 8/1/12)*

**17.25.4.1 Countable Athletically Related Activities.** An indoor track and field student-athlete shall not participate in any countable athletically related activities during the winter break (see Bylaw 17.02.1). *(Revised: 1/13/10 effective 8/1/10, Adopted: 1/16/10 effective 8/1/10 however, contracts signed before 8/6/09 for contests or dates of competition occurring between 12/20/10 and 12/26/10 may be honored, 7/20/10 effective 8/1/10, 1/14/12 effective 8/1/12)*

**17.25.4.2 Transportation.** An institution shall not provide transportation in conjunction with away-from-home competition during the winter break. *(Revised: 1/13/10 effective 8/1/10, Adopted: 1/16/10 effective 8/1/10 however, contracts signed before 8/6/09 for contests or dates of competition occurring between 12/20/10 and 12/26/10 may be honored, 7/20/10 effective 8/1/10, 1/14/12 effective 8/1/12)*

**17.25.4.2.1 Exception -- Travel on the First Day of the Winter Break.** An institution may travel on the first day of the winter break after an away-from-home competition, provided that is the earliest practical opportunity to return to campus. *(Revised: 1/13/10 effective 8/1/10, Adopted: 1/16/10 effective 8/1/10 however, contracts signed before 8/6/09 for contests or dates of competition occurring between 12/20/10 and 12/26/10 may be honored, 7/20/10 effective 8/1/10, 1/14/12 effective 8/1/12)*

**17.25.5 End of Regular Season.** A member institution shall conclude all practice and competition (meets and practice meets) in each segment in indoor and outdoor track and field by the conclusion of the NCAA track and field championships in the institution's division (see Bylaw 17.1.7 for additional regulations regarding the end date of practice and competition). *(Revised: 1/14/97 effective 8/1/97, 10/16/12)*

**17.25.6 Number of Dates of Competition.**

**17.25.6.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition in indoor/outdoor track and field during the permissible indoor/outdoor track and field playing season to 18 dates of competition. These limitations do not include those dates of competition excluded under Bylaws 17.25.6.3, 17.25.6.4 and 17.25.6.5. *(Revised: 1/10/91 effective 8/1/91, 5/16/11, 5/19/20 Immediate, for the 2020-21 academic year only., 4/12/21 effective 8/1/21)*

**17.25.6.1.1 Two-Day Meets.** An institution may count a maximum of six two-day meets each as a single date of competition. The institution may select either day of a two-day meet as the day on which to count the single date of competition. Participation at a separate event on either day shall be counted, as follows: *(Adopted: 5/16/11)*

(a) If the institution participates in a separate event on the selected day, it is not required to count an additional date of competition.

(b) If the institution participates in a separate event on the day not selected, the institution is required to count an additional date of competition only if the total number of student-athletes participating in the separate event equals or exceeds the minimum participants requirement in Bylaw 7.3.1.7.1.1.

**17.25.6.1.1.1 Competition That Exceeds Two Days.** An institution that participates in a meet that exceeds two days in duration may count the first two days of competition as one of the six two-day meets that each count as a single date of competition but must count any additional days as separate dates of competition. The institution may select either of the first two days of such a meet as the day on which to count the single date of competition. Participation at a separate event on either day shall be counted as follows: *(Adopted: 1/15/11 effective 8/1/11, Revised: 5/16/11)*

(a) If the institution participates in a separate event on the selected day, it is not required to count an additional date of competition. *(Adopted: 5/16/11)*

(b) If the institution participates in a separate event on the day not selected, the institution is required to count an additional date of competition only if the total number of student-athletes participating in the separate event equals or exceeds the minimum participants requirement in Bylaw 7.3.1.7.1.1. *(Adopted: 5/16/11)*

**17.25.6.1.2 In-Season Foreign Competition.** A member institution may engage in one or more of its countable dates of competition in indoor and outdoor track and field in one or more foreign countries on one trip during the prescribed playing season. However, except for competition in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years.

**17.25.6.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in not more than 18 dates of competition in indoor/outdoor track and field, which may include not more than six two-day meets that shall each count as a single date. This limitation includes those contests in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Revised: 1/10/91 effective 8/1/91, 1/15/11 effective 8/1/11, 5/19/20 Immediate, for the 2020-21 academic year only, 4/12/21 effective 8/1/21)*

**17.25.6.3 Annual Exemptions.** The maximum number of dates of competition in track and field shall exclude the following: *(Adopted: 4/14/08)*

(a) **Conference Championship.** Competition in one conference championship meet in indoor track and field and one such meet in outdoor track and field;

(b) **Independents Championship.** Competition in one championship meet or tournament among independent member institutions that are not members of an intercollegiate athletics conference in all sports, or for a specific sport that is not part of a conference, conducted at the end of the championship segment and prior to the NCAA championship;

(c) **Season-Ending Tournament.**

(1) **NCAA Championships.** Competition in the NCAA Division II Indoor and Outdoor Track and Field Championships;

(2) **NAIA Championships.** Competition in the National Association of Intercollegiate Athletics (NAIA) indoor and outdoor track and field championships;

(d) **Alumni Game.** One date of competition with an alumni team of the institution;

(e) **Hawaii, Alaska, Puerto Rico, Canada.** Any dates of competition played in Hawaii, Alaska, Puerto Rico or Canada, respectively, either against or under the sponsorship of an active member institution located in Hawaii, Alaska, Puerto Rico or Canada, by a member institution located outside those locales; *(Revised: 7/20/10)*

(f) **Fundraising Activity.** Any activities in which student-athletes from more than one of the institution's athletics teams participate (or in individual sports per Bylaw 17.02.16.2, in which team members of that sport participate) with and against alumni and friends of the institution, the purpose of which is to raise funds to benefit the institution's athletics or other programs, provided the student-athletes do not miss class as a result of their participation;

(g) **Celebrity Sports Activity.** Competition involving a maximum of two student-athletes from a member institution's team who participate in local celebrity activities in track and field conducted for the purpose of raising funds for charitable organizations, provided:

(1) The student-athletes do not miss class as a result of the participation; and

(2) The involvement of the student-athletes has the approval of the institution's athletics director; and

(h) **U.S. National Team.** One date of competition against a U.S. national team as selected by the appropriate national governing body in that sport.

**17.25.6.4 Discretionary Exemptions.** The following may be exempted from an institution's maximum number of dates of competition in track and field each year. An institution may exempt not more than three from this list annually: *(Adopted: 4/14/08)*

(a) **Foreign Team in United States.** A date of competition against a foreign team in the United States played in the facility in which the member institution regularly plays its home dates of competition;

(b) **Non-Division II Four-Year Collegiate Institution.** An exhibition date of competition against non-Division II four-year collegiate institution(s); or *(Revised: 4/12/11, 1/14/12 effective 8/1/12, 10/22/13)*

(c) **Scrimmages.** A scrimmage with outside competition, provided the scrimmage is conducted without official scoring.

**17.25.6.4.1 Official Scoring.** For purposes of Bylaw 17.25.6.4-(c), official scoring has occurred when either institution participating in the scrimmage satisfies either of the following conditions: *(Adopted: 4/14/08, Revised: 4/15/14)*

(a) The signing of a scorebook by an official; or

(b) The score is used for individual or seasonal statistics.

**17.25.6.5 Once-in-Four-Years Exemption -- Foreign Tours.** An institution may exempt the dates of competition played on a foreign tour, provided the tour occurs only once in a four-year period and is conducted in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 4/14/08)*

**17.25.7 Out-of-Season Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the institution's declared playing season per Bylaw 17.25.1, except as permitted in Bylaw 17.1.6.3. *(Revised: 1/10/91 effective 8/1/91)*

**17.25.7.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations approved by the Management Council. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Revised: 1/10/91 effective 8/1/91, 1/10/92, 1/9/06 effective 8/1/06)*

**17.25.7.1.1 Vacation Period and Summer-Workout Sessions.** A coach may participate in individual-workout sessions with student-athletes from the coach's team during any institutional vacation period and/or the summer, provided the request for such assistance is initiated by the student-athlete. *(Adopted: 1/10/92, Revised: 1/11/94, 1/9/06 effective 8/1/06, 7/23/19)*

**17.25.8 Safety Exception.** A coach may be present during voluntary individual workouts in the institution's regular practice facility (without the workouts being considered as countable athletically related activities) when the student-athlete is engaged in field events. The coach may provide safety or skill instruction but cannot conduct the individual's workouts. *(Adopted: 1/10/91 effective 8/1/91)*

**17.25.9 Camps and Clinics.** There are no limits on the number of student-athletes in indoor or outdoor track and field who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Revised: 1/10/92)*

**17.25.10 Other Restrictions.**

**17.25.10.1 Noncollegiate, Amateur Competition.**

**17.25.10.1.1 In Season.** A student-athlete shall be denied eligibility for intercollegiate indoor/outdoor track and field competition for the remainder of the season if, after enrollment in college and during any year in which the

student-athlete is a member of an intercollegiate indoor/outdoor track and field squad or team, they compete or have competed as a member of any outside indoor/outdoor track and field team in any noncollegiate, amateur competition (e.g., team invitational meet, exhibition meets or other activity) during the institution's intercollegiate indoor/outdoor track and field season (see Bylaw 14.7.5 for exceptions and waivers). *(Revised: 1/16/93)*

**17.25.10.1.2 Out of Season.** There are no limits on the number of student-athletes with eligibility remaining in intercollegiate indoor/outdoor track and field who may practice or compete out of season on an outside, amateur indoor/outdoor track and field team. *(Revised: 1/10/91 effective 8/1/91, 1/16/93)*

**17.25.10.1.2.1 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) during the academic year (including vacation periods during the academic year) with an outside team that involves any student-athlete with eligibility remaining from the institution's indoor/outdoor track and field team, except as provided under Bylaws 14.7.5, 16.8.1.2.1 and 17.32. *(Revised: 1/10/91 effective 8/1/91, 1/10/05 effective 8/1/05)*

**17.25.10.1.2.2 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution. *(Revised: 1/22/20 effective 8/1/20)*

**17.25.10.2 Equipment Issue, Squad Pictures.** It shall be permissible to designate a single date for issuing track and field equipment and for taking squad pictures after the beginning of classes in the fall term or the day before the beginning of a segment as specified in Bylaw 17.25.2. *(Revised: 7/28/15)*

**17.25.10.2.1 Exception for Sundays.** If the day before the beginning of a segment is a Sunday, the member institution may designate the preceding Saturday for issuing equipment and taking squad pictures. *(Adopted: 7/28/15)*

# 17.26 Triathlon, Women's. *(Adopted: 1/18/14 effective 8/1/14)*

Regulations for computing the triathlon playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1 and Figure 17-2.)

**17.26.1 Length of Playing Season.** The length of an institution's playing season in triathlon shall be limited to a 144-day season, which may consist of two segments (each consisting of consecutive days) and which may exclude only required off days per Bylaw 17.1.6.5 and official vacation, holiday and final-examination periods during which no practice or competition shall occur. *(Adopted: 1/18/14 effective 8/1/14)*

**17.26.2 Preseason Practice.** A member institution shall not commence practice sessions in triathlon prior to the date that permits a maximum of 21 opportunities (see Bylaw 17.02.13) prior to the first scheduled intercollegiate contest. *(Adopted: 1/18/14 effective 8/1/14)*

**17.26.3 First Date of Competition.** A member institution shall not engage in its first date of competition (game or scrimmage) with outside competition in triathlon prior to September 1 or the preceding Friday if September 1 falls on a Saturday, Sunday or Monday (see Figure 17-2). *(Adopted: 1/18/14 effective 8/1/14)*

**17.26.4 End of Regular Playing Season.** A member institution shall conclude all practice and competition (games and scrimmages) in triathlon by the last date of final examinations for the regular academic year at the institution. *(Adopted: 1/18/14 effective 8/1/14)*

**17.26.5 Number of Dates of Competition.**

**17.26.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition in triathlon during the institution's triathlon playing season to six dates of competition except for those dates of competition excluded under Bylaws 17.26.5.3 and 17.26.5.4. *(Adopted: 1/18/14 effective 8/1/14)*

**17.26.5.1.1 In-Season Foreign Competition.** A member institution may play one or more of its countable dates of competition in triathlon in one or more foreign countries on one trip during the prescribed playing season. However, except for contests played in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years. *(Adopted: 1/18/14 effective 8/1/14)*

**17.26.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate each academic year in not more than six dates of competition in triathlon, including not more than two during the segment in which the NCAA championship is not conducted. This limitation includes those dates of competition in which the student-athlete represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Adopted: 1/18/14 effective 8/1/14)*

**17.26.5.3 Annual Exemptions.** The maximum number of dates of competition in triathlon shall exclude the following: *(Adopted: 1/18/14 effective 8/1/14)*

(a) **Conference Championship.** Competition in one conference championship or playoff in triathlon;

(b) **Season-Ending Championship.** Competition in one of the recognized national intercollegiate championship events in women's triathlon. A season-ending tournament involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(c) **Alumni Contest.** One date of competition each year against an alumni team of the institution;

(d) **Foreign Team in the United States.** One date of competition each year with a foreign opponent in the United States conducted on the course on which the member institution regularly conducts its home dates of competition;

(e) **Fundraising Activity.** Any triathlon activities in which student-athletes from more than one of the institution's athletics teams participate with and against alumni and friends of the institution, the purpose of which is to raise funds for the benefit of the institution's athletics or other programs, provided the student-athletes do not miss classes as a result of their participatio;

(f) **Celebrity Sports Activity.** Competition involving a limit of two student-athletes from a member institution's triathlon team who participate in local celebrity triathlon activities conducted for the purpose of raising funds for charitable organizations, provided:

(1) The student-athletes do not miss class as a result of the participation; and

(2) The involvement of the student-athletes has the approval of the institution's athletics director.

(g) **U.S. National Team.** One date of competition against any team as selected and designated by the appropriate national governing body for triathlon as a U.S. national team; and

(h) **Hawaii, Alaska or Puerto Rico.** Any dates of competition conducted in Hawaii, Alaska or Puerto Rico, respectively, either against or under the sponsorship of an active member institution located in Hawaii, Alaska or Puerto Rico, by a member located outside these locales.

**17.26.5.4 Once-in-Four-Years Exemption -- Foreign Tour.** An institution may not exempt more than one foreign tour from its maximum number of dates of competition in triathlon during any academic year and may not repeat participation in a foreign tour within a four-year period. The tour shall be conducted by the member institution in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 1/18/14 effective 8/1/14)*

**17.26.6 Out-of-Season Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the institution's declared playing season per Bylaw 17.26.1 except as permitted in Bylaw 17.1.6.3. *(Adopted: 1/18/14 effective 8/1/14)*

**17.26.6.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations approved by the Management Council. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Adopted: 1/18/14 effective 8/1/14)*

**17.26.6.1.1 Vacation Period and Summer-Workout Sessions.** A coach may participate in individual-workout sessions with student-athletes from the coach's team during any institutional vacation period and/or the summer, provided the request for such assistance is initiated by the student-athlete. *(Adopted: 12/11/17, Revised: 7/23/19)*

**17.26.7 Safety Exception.** A coach may be present during voluntary individual workouts in the institution's regular practice facility (without the workouts being considered as countable athletically related activities) when the student-athlete is engaged in swimming or cycling. The coach may provide safety or skill instruction but may not conduct the individual's workouts. *(Adopted: 1/18/14 effective 8/1/14)*

**17.26.8 Camps and Clinics.** There are no limits on the number of student-athletes in triathlon who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Adopted: 1/18/14 effective 8/1/14)*

**17.26.9 Other Restrictions.**

**17.26.9.1 Noncollegiate, Amateur Competition.**

**17.26.9.1.1 During Academic Year.** A student-athlete shall be denied eligibility for triathlon competition for the remainder of the season if, after enrollment in college and during any year in which the student-athlete is a member of an intercollegiate triathlon squad or team, they compete or have competed as a member of any outside triathlon team

in any noncollegiate, amateur competition during the institution's intercollegiate triathlon season. *(Adopted: 1/18/14 effective 8/1/14)*

**17.26.9.1.2 Out of Season.** There are no limits on the number of student-athletes from the same member institution with eligibility remaining in intercollegiate triathlon who may practice or compete out of season on an outside, amateur triathlon team. *(Adopted: 1/18/14 effective 8/1/14)*

**17.26.9.1.2.1 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) during the academic year (including vacation periods during the academic year) with any student-athlete with eligibility remaining from the institution's triathlon team except as provided under Bylaws 14.7.5, 16.8.1.2.1 and 17.32. *(Adopted: 1/18/14 effective 8/1/14)*

**17.26.9.1.2.2 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution, provided: *(Adopted: 1/18/14 effective 8/1/14, Revised: 1/22/20 effective 8/1/20)*

(a) The national governing body conducts and administers the developmental program;

(b) The national governing body selects coaches involved in the developmental program; and

(c) A committee or other authority of the national governing body, which is not limited to coaches affiliated with one particular institution, selects the involved participants.

**17.26.9.2 Equipment Issue, Squad Pictures.** It shall be permissible to designate a single date for issuing triathlon equipment and for taking squad pictures after the beginning of classes in the fall term or the day before the beginning of a segment as specified in Bylaw 17.26.2. *(Adopted: 1/18/14 effective 8/1/14, Revised: 7/28/15)*

**17.26.9.2.1 Exception for Sundays.** If the day before the beginning of a segment is a Sunday, the member institution may designate the preceding Saturday for issuing equipment and taking squad pictures. *(Adopted: 7/28/15)*

# 17.27 Volleyball, Men's and Women's.

Regulations for computing the volleyball playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1 and Figure 17-2.)

**17.27.1 Volleyball -- Men.**

**17.27.1.1 Length of Playing Season -- Men.** The length of an institution's playing season in volleyball shall be limited to a 132-day season, which may consist of two segments (each consisting of consecutive days) and which may exclude only required off days per Bylaw 17.1.6.5 and official vacation, holiday and final-examination periods during which no practice or competition shall occur. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97)*

**17.27.1.2 Preseason Practice -- Men.** A member institution shall not commence practice sessions in men's volleyball before September 7 or the institution's first day of classes for the fall term, whichever is earlier. *(Revised: 1/14/97 effective 8/1/97)*

**17.27.1.3 First Date of Competition -- Men.** A member institution shall not engage in its first date of competition (game or scrimmage) with outside competition in men's volleyball before September 7 or the institution's first day of classes for the fall term, whichever is earlier. *(Revised: 1/14/97 effective 8/1/97)*

**17.27.1.4 End of Regular Playing Season -- Men.** A member institution shall conclude all practice and competition (games and scrimmages) in volleyball by the conclusion of the National Collegiate Men's Volleyball Championship (see Bylaw 17.1.7 for additional regulations regarding the end date of practice and competition). *(Revised: 10/16/12)*

**17.27.1.5 Number of Dates of Competition -- Men.**

**17.27.1.5.1 Maximum Limitations -- Institutional -- Men.** A member institution shall limit its total playing schedule with outside competition during the institution's men's volleyball playing season to not more than 28 dates of competition during the segment in which the NCAA championship is conducted and not more than four dates of competition during another segment, except for those dates of competition excluded under Bylaws 17.27.1.5.3 and 17.27.1.5.4. *(Revised: 1/10/91 effective 8/1/91, 1/12/04)*

**17.27.1.5.1.1 In-Season Foreign Competition -- Men.** A member institution may play one or more of its countable dates of competition in men's volleyball in one or more foreign countries on one trip during the prescribed playing season. However, except for those contests played in Canada and Mexico or on a certified

foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years.

**17.27.1.5.1.2 Exception -- Institutions Located in Puerto Rico.** An institution located in Puerto Rico that conducts its championship segment in the fall, shall limit its total playing schedule with outside competition to not more than 28 dates of competition during the fall and not more than four dates of competition during another segment. *(Adopted: 7/22/08)*

**17.27.1.5.2 Maximum Limitations -- Student-Athlete -- Men.** An individual student-athlete may participate each academic year in not more than 28 dates of competition in men's volleyball during the segment in which the NCAA championship is conducted and not more than four dates of competition during another segment. This limitation includes those dates of competition in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Revised: 1/10/91 effective 8/1/91)*

**17.27.1.5.2.1 Exception -- Institutions Located in Puerto Rico.** A student-athlete who attends an institution located in Puerto Rico that conducts its championship segment in the fall, may participate each academic year in not more than 28 dates of competition during the fall and not more than four dates of competition during another segment. *(Adopted: 7/22/08)*

**17.27.1.5.3 Annual Exemptions -- Men.** The maximum number of dates of competition in men's volleyball shall exclude the following: *(Revised: 1/12/04)*

(a) **Conference Championship.** Competition in one conference championship tournament in volleyball (or the tournament used to determine the conference's automatic entry in an NCAA Volleyball Championship);

(b) **Conference Playoff.** Competition involving member institutions that tie for a conference volleyball championship. Such teams may participate in a single-elimination playoff to determine the conference's automatic entry in an NCAA Volleyball Championship without the date(s) of competition being counted as a postseason tournament;

(c) **Season-Ending Tournament.** Competition in one season-ending volleyball tournament (i.e., NCAA championship, NAIA championship). A season-ending tournament involves competition after the end of the regular season between teams that are not identified until the close of that regular season;

(d) **Alumni Game.** One date of competition in volleyball each year against an alumni team of the institution;

(e) **Foreign Team in United States.** One date of competition in volleyball each year with a foreign opponent in the United States;

(f) **Hawaii, Alaska, Puerto Rico, Canada.** Any dates of competition in volleyball in Hawaii, Alaska, Puerto Rico or Canada, respectively, either against or under the sponsorship of an active member institution located in Hawaii, Alaska, Puerto Rico or Canada, by a member institution located outside the area in question; *(Revised: 1/10/05, 7/20/10)*

(g) **Fundraising Activity.** Any volleyball activities in which student-athletes from more than one of the institution's athletics teams participate with and against alumni and friends of the institution, the purpose of which is to raise funds for the benefit of the institution's athletics or other programs, provided the student-athletes do not miss classes as a result of their participation; *(Revised: 1/10/05)*

(h) **Celebrity Sports Activity.** Competition involving a limit of two student-athletes from a member institution's team who participate in local celebrity volleyball activities conducted for the purpose of raising funds for charitable organizations, provided: *(Adopted: 4/14/08)*

(1) The student-athletes do not miss classes as a result of the participation; and

(2) The involvement of the student-athletes has the approval of the institution's athletics director; and

(i) **U.S. National Team.** One date of competition against any team as selected and designated by the appropriate national governing body for volleyball as a U.S. national team (e.g., "Under-21 U.S. national team").

**17.27.1.5.4 Once-in-Four-Years Exemptions -- Foreign Tours -- Men.** An institution may exempt from its maximum contest limits all contests played on a foreign tour, provided the tour occurs only once in a four-year period and is conducted in accordance with the procedures set forth in Bylaw 17.32. *(Revised: 4/15/03, 4/14/08)*

**17.27.1.6 Out-of-Season Athletically Related Activities -- Men.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the institution's declared playing season per Bylaw 17.27.1.1, except as permitted in Bylaws 17.1.6.3 and 17.1.6.3.1. *(Revised: 1/10/91 effective 8/1/91)*

**17.27.1.6.1 Summer Practice -- Men.** Volleyball practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations approved by the Management Council. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Revised: 1/9/06 effective 8/1/06)*

**17.27.1.7 Camps and Clinics -- Men.** There are no limits on the number of student-athletes in volleyball who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Revised: 1/10/92)*

**17.27.1.8 Other Restrictions -- Men.**

**17.27.1.8.1 Noncollegiate, Amateur Competition -- Men.**

**17.27.1.8.1.1 In Season -- Men.** A student-athlete shall be denied eligibility for intercollegiate volleyball competition for the remainder of the season if, after enrollment in college and during any year in which the student-athlete is a member of an intercollegiate volleyball squad or team, they compete or have competed as a member of any outside volleyball team in any noncollegiate, amateur competition (e.g., tournament play, exhibition games or other activity) during the institution's intercollegiate volleyball season (see Bylaw 14.7.5 for exceptions and waivers). *(Revised: 1/16/93)*

**17.27.1.8.1.2 Out of Season -- Men.** There are no limits on the number of student-athletes with eligibility remaining in intercollegiate volleyball who may practice or compete out of season on an outside, amateur volleyball team. *(Revised: 1/10/91 effective 8/1/91, 1/16/93)*

**17.27.1.8.1.2.1 Involvement of Coaching Staff -- Men.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) at any time (i.e., during the academic year, vacation periods and summer) with an outside team that involves any student-athlete with eligibility remaining from the institution's volleyball team, except as provided under Bylaws 14.7.5, 16.8.1.2.1 and 17.32. *(Revised: 1/10/05 effective 8/1/05)*

**17.27.1.8.1.2.2 Olympic, Paralympic and National Team Development Program -- Men.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution. *(Revised: 1/22/20 effective 8/1/20)*

**17.27.1.9 Equipment Issue, Squad Pictures -- Men.** It shall be permissible to designate a single date for issuing volleyball equipment and for taking squad pictures after the beginning of classes in the fall term or the day before the beginning of a segment as specified in Bylaw 17.27.1.3. *(Revised: 1/11/89)*

**17.27.1.9.1 Exception for Sundays -- Men.** If the day before the beginning of a segment is a Sunday, the member institution may designate the preceding Saturday for issuing equipment and taking squad pictures. *(Adopted: 1/11/89)*

**17.27.2 Volleyball -- Women's.**

**17.27.2.1 Length of Playing Season -- Championship and Nonchampionship Segments -- Women.** The length of an institution's playing season for both segments in women's volleyball shall be limited by the dates and regulations set forth in the remainder of this section. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 1/14/02 effective 8/1/02)*

**17.27.2.2 Preseason Practice.**

**17.27.2.2.1 First Date of Practice -- Championship Segment -- Women.** A member institution shall not commence practice sessions in women's volleyball in the championship segment before 17 days before the first permissible date of competition or five days before the institution's first day of classes, whichever is earlier. *(Revised: 1/10/91 effective 8/1/91, 1/10/95, 1/14/97 effective 8/1/97, 1/14/02 effective 8/1/02, 1/12/04 effective 8/1/04, 1/16/10 effective 8/1/10)*

**17.27.2.2.2 Preseason Activities Before the First Day of Classes or First Scheduled Date of Competition.** During the preseason practice period before the first day of classes or the first scheduled date of competition, whichever is earlier, student-athletes shall not engage in more than six hours of countable athletically related activities per day, only five of which may be devoted to physical activities (e.g., practice, weight training, conditioning). In addition, any session with physical activities shall not exceed three hours in length. Student-athletes must be provided with at least three continuous hours of recovery time between any session occurring that day. During this time, student-athletes may not attend any meetings or engage in other athletically related activities (e.g.,

weightlifting); however, time spent receiving medical treatment and eating meals may be included as part of the recovery time. *(Adopted: 1/16/10 effective 8/1/10, Revised: 5/13/11)*

**17.27.2.2.2.1 Exception for Exempted Scrimmages and Exhibitions.** During the preseason practice period before the first day of classes or first scheduled date of competition, whichever is earlier, on a day in which an institution utilizes an exempted scrimmage or exhibition date of competition, a physical activity session may exceed three hours and a three-hour break between sessions is not required. *(Adopted: 4/14/17)*

**17.27.2.3 First Date of Competition -- Championship Segment -- Women.** A member institution shall not engage in its first date of competition with outside competition in the championship segment before the Thursday preceding September 6. *(Revised: 1/16/93 effective 8/1/93, 1/10/95, 1/14/97 effective 8/1/97, 1/14/02 effective 8/1/02, 1/13/03 effective 8/1/03, 1/9/06 effective 8/1/06, 1/16/10 effective 8/1/10 however, contracts signed before 8/6/09 for contests or dates of competition occurring between 8/26/10 and 9/1/10 may be honored)*

**17.27.2.3.1 Exception -- Division II National Championships Fall Festival.** In years in which the Division II National Championships Festival occurs in the fall, a member institution shall not engage in its first date of competition in women's volleyball before the Thursday preceding August 30. *(Adopted: 1/20/18)*

**17.27.2.3.2 Exceptions.** The following volleyball dates of competition may be conducted any time during the volleyball playing and practice season. *(Adopted: 1/13/03, Revised: 4/15/03, 1/14/12 effective 8/1/12)*

(a) Alumni game [see Bylaw 17.27.2.7.3-(d)]; *(Adopted: 1/14/12 effective 8/1/12)*

(b) Fundraising activity [see Bylaw 17.27.2.7.3-(f)]; *(Adopted: 1/14/12 effective 8/1/12)*

(c) Celebrity sports activity [see Bylaw 17.27.2.7.3-(g)]; and *(Adopted: 1/14/12 effective 8/1/12)*

(d) Discretionary exemptions (see Bylaw 17.27.2.7.4). *(Adopted: 1/14/12 effective 8/1/12)*

**17.27.2.4 End Date of Practice and Competition -- Championship Segment -- Women.** A member institution shall conclude all practice and competition (games and scrimmages) in the championship segment by the conclusion of the NCAA Division II Women's Volleyball Championship (see Bylaw 17.1.7 for additional regulations regarding the end date of practice and competition). *(Adopted: 1/14/02 effective 8/1/02, Revised: 10/16/12)*

**17.27.2.5 First Date of Practice and Competition -- Nonchampionship Segment -- Women.** A member institution shall not commence practice sessions or engage in outside competition in the nonchampionship segment before February 15. *(Adopted: 1/14/02 effective 8/1/02)*

**17.27.2.6 End Date of Practice and Competition -- Nonchampionship Segment -- Women.** A member institution shall conclude all practice and competition in the nonchampionship segment not later than seven calendar days prior to the first date of the institution's final examinations. *(Adopted: 1/14/02 effective 8/1/02)*

**17.27.2.7 Number of Dates of Competition -- Women.**

**17.27.2.7.1 Maximum Limitations -- Institutional -- Women.** A member institution shall limit its total playing schedule with outside competition during the institution's women's volleyball playing season to 26 dates of competition during the segment in which the NCAA championship is conducted and four during another segment, except for those dates of competition excluded under Bylaws 17.27.2.7.3, 17.27.2.7.4 and 17.27.2.7.5. *(Revised: 1/10/91 effective 8/1/91, 1/16/10 effective 8/1/10, 5/19/20 Immediate, for the 2020-21 academic year only., 4/12/21 effective 8/1/21)*

**17.27.2.7.1.1 In-Season Foreign Competition -- Women.** A member institution may play one or more of its countable dates of competition in women's volleyball in one or more foreign countries on one trip during the prescribed playing season. However, except for contests played in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years.

**17.27.2.7.2 Maximum Limitations -- Student-Athlete -- Women.** An individual student-athlete may participate each academic year in 26 dates of competition in women's volleyball during the segment in which the NCAA championship is conducted and four during another segment. This limitation includes those dates of competition in which the student-athlete represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Revised: 1/10/91 effective 8/1/91, 1/16/10 effective 8/1/10, 5/19/20 Immediate, for the 2020-21 academic year only, 4/12/21 effective 8/1/21)*

**17.27.2.7.3 Annual Exemptions -- Women.** The maximum number of dates of competition in women's volleyball shall exclude the following: *(Adopted: 4/14/08)*

(a) **Conference Championship.** Competition in one conference championship tournament or playoff;

(b) **Independents Championship.** Competition in one championship meet or tournament among independent member institutions that are not members of an intercollegiate athletics conference in all sports, or for a specific sport that is not part of a conference, conducted at the end of the championship segment and prior to the NCAA championship;

(c) **Season-Ending Tournament.** Competition in one season-ending tournament (e.g., NCAA championship, NAIA championship). A season-ending tournament involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(d) **Alumni Game.** One date of competition with an alumni team of the institution;

(e) **Hawaii, Alaska, Puerto Rico, Canada.** Any dates of competition played in Hawaii, Alaska, Puerto Rico or Canada, respectively, either against or under the sponsorship of an active member institution located in Hawaii, Alaska, Puerto Rico or Canada, by a member institution located outside those locales; *(Revised: 7/20/10)*

(f) **Fundraising Activity.** Any activities in which student-athletes from more than one of the institution's athletics teams participate (or in individual sports per Bylaw 17.02.16.2, in which team members of that sport participate) with and against alumni and friends of the institution, the purpose of which is to raise funds to benefit the institution's athletics or other programs, provided the student-athletes do not miss class as a result of their participation;

(g) **Celebrity Sports Activity.** Competition involving a maximum of two student-athletes from a member institution's team who participate in local celebrity activities in women's volleyball conducted for the purpose of raising funds for charitable organizations, provided:

    (1) The student-athletes do not miss class as a result of the participation; and

    (2) The involvement of the student-athletes has the approval of the institution's athletics director; and

(h) **U.S. National Team.** One date of competition against a U.S. national team as selected by the appropriate national governing body in that sport.

**17.27.2.7.4 Discretionary Exemptions -- Women.** The following may be exempted from an institution's maximum number of dates of competition in women's volleyball each year. An institution may exempt not more than three from this list annually: *(Adopted: 4/14/08)*

(a) **Foreign Team in United States.** A date of competition against a foreign team in the United States played in the facility in which the member institution regularly plays its home dates of competition;

(b) **Non-Division II Four-Year Collegiate Institution.** An exhibition date of competition against non-Division II four-year collegiate institution(s); or *(Revised: 1/14/12 effective 8/1/12, 10/22/13)*

(c) **Scrimmages.** A scrimmage with outside competition, provided the scrimmage is conducted without official scoring.

    **17.27.2.7.4.1 Official Scoring.** For purposes of Bylaw 17.27.2.7.4-(c), official scoring has occurred when either institution participating in the scrimmage satisfies either of the following conditions: *(Adopted: 4/14/08, Revised: 4/15/14)*

    (a) The signing of a scorebook by an official; or

    (b) The score is used for individual or seasonal statistics.

**17.27.2.7.5 Once-in-Four-Years Exemption -- Foreign Tours -- Women.** An institution may exempt the dates of competition played on a foreign tour, provided the tour occurs only once in a four-year period and is conducted in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 4/14/08)*

**17.27.2.8 Out-of-Season and Nonchampionship Segment Athletically Related Activities -- Women.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the championship segment, except for the following: *(Revised: 1/10/91 effective 8/1/91, 1/14/02 effective 8/1/02)*

(a) **Conditioning, Weight Training and/or Team Activities.** Student-athletes may participate in conditioning, weight training and/or team activities in accordance with Bylaw 17.1.6.3; and *(Adopted: 1/14/02, Revised: 9/12/17)*

(b) **Nonchampionship Segment Activities.** During the segment in which the NCAA championship does not occur, student-athletes may participate in any practice or competition activity as permitted by other legislation provided such activity is restricted to a period of 45-consecutive calendar days, omitting vacation and examination days officially announced or on days that the institution is closed due to inclement weather, as long as no practice or competition occurs on such days. The 45-consecutive calendar days must be within the dates set forth in Bylaws 17.27.2.5 and 17.27.2.6. It is not permissible for an institution that declares fall as its championship segment and operates on the

quarter system to engage in practice and competition from the time period of seven calendar days prior to the first date of the institution's final examination period for the winter quarter until the first day of classes of the spring quarter. The days during which practice and competition are prohibited may be exempted from the period of 45-consecutive calendar days. (See Bylaws 17.1.6.2 and 17.1.6.6 for daily and weekly hour limitations and required days off.) *(Adopted: 1/14/02, Revised: 1/13/03, 1/9/06, 1/21/17 effective 8/1/17)*

**17.27.2.8.1 Summer Practice -- Women.** Volleyball practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations approved by the Management Council. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Revised: 5/3/06)*

**17.27.2.9 Camps and Clinics -- Women.** There are no limits on the number of student-athletes in volleyball who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Revised: 1/10/92)*

**17.27.2.10 Other Restrictions -- Women.**

**17.27.2.10.1 Noncollegiate, Amateur Competition -- Women.**

**17.27.2.10.1.1 In Season -- Women.** A student-athlete shall be denied eligibility for intercollegiate volleyball competition for the remainder of the season if, after enrollment in college and during any year in which the student-athlete is a member of an intercollegiate volleyball squad or team, they compete or have competed as a member of any outside volleyball team in any noncollegiate, amateur competition (e.g., tournament play, exhibition games or other activity) during the institution's intercollegiate volleyball season (see Bylaw 14.7.5 for exceptions and waivers). *(Revised: 1/16/93)*

**17.27.2.10.1.2 Out of Season -- Women.** There are no limits on the number of student-athletes with eligibility remaining in intercollegiate volleyball who may practice or compete out of season on an outside, amateur volleyball team. *(Revised: 1/10/91 effective 8/1/91, 1/16/93)*

**17.27.2.10.1.2.1 Involvement of Coaching Staff -- Women.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) at any time (i.e., during the academic year, vacation periods and summer) with an outside team that involves any student-athlete with eligibility remaining from the institution's volleyball team, except as provided under Bylaws 14.7.5, 16.8.1.2.1 and 17.32. *(Revised: 1/10/05 effective 8/1/05)*

**17.27.2.10.1.2.2 Olympic, Paralympic and National Team Development Program -- Women.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution. *(Revised: 1/22/20 effective 8/1/20)*

**17.27.2.10.2 Equipment Issue, Squad Pictures -- Women.** It shall be permissible to designate a single date for issuing volleyball equipment and for taking squad pictures after the beginning of classes in the fall term or the day before the beginning of a segment as specified in Bylaw 17.27.2.1. *(Revised: 1/11/89)*

**17.27.2.10.2.1 Exception for Sundays -- Women.** If the day before the beginning of a segment is a Sunday, the member institution may designate the preceding Saturday for issuing equipment and taking squad pictures. *(Adopted: 1/11/89)*

## 17.28 Water Polo. *(Revised: 1/9/96 effective 8/1/96)*

Regulations for computing the men's and women's water polo playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1 and Figure 17-2.)

**17.28.1 Length of Playing Season.** The length of an institution's playing season in water polo shall be limited to a 132-day season, which may consist of two segments (each consisting of consecutive days) and which may exclude only required days off per Bylaw 17.1.6.5 and official vacation, holiday and final-examination periods during which no practice or competition shall occur. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97)*

**17.28.2 Preseason Practice.**

(a) **Men.** A member institution shall not commence practice sessions in men's water polo before the date that permits a maximum of 21 permissible practice opportunities (see Bylaw 17.02.13) before the first scheduled intercollegiate contest. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97)*

(b) **Women.** A member institution shall not commence practice sessions in women's water polo before September 7 or the institution's first day of classes for the fall term, whichever is earlier. *(Adopted: 1/12/99)*

### 17.28.3 First Date of Competition.

(a) **Men.** A member institution shall not engage in its first date of competition (game or scrimmage) with outside competition in men's water polo before the first Saturday in September. *(Revised: 1/10/91 effective 8/1/91, 1/16/93 effective 8/1/93, 1/14/97 effective 8/1/97)*

(b) **Women.** A member institution shall not engage in its first date of competition (game or scrimmage) with outside competition in women's water polo before September 7 or the institution's first day of classes for the fall term, whichever is earlier. *(Adopted: 1/12/99)*

### 17.28.4 End of Regular Playing Season.

(a) **Men.** A member institution shall conclude all practice and competition (games and scrimmages) in men's water polo by the last date of final exams for the regular academic year at the institution (see Bylaw 17.1.7 for additional regulations regarding the end date of practice and competition). *(Revised: 1/14/97 effective 8/1/97, 10/16/12)*

(b) **Women.** A member institution shall conclude all practice and competition (games and scrimmages) in women's water polo by the conclusion of the National Collegiate Women's Water Polo Championship or the National Women's Collegiate Water Polo Championship (see Bylaw 17.1.7 for additional regulations regarding the end date of practice and competition). *(Adopted: 1/12/99, Revised: 10/16/12)*

### 17.28.5 Number of Dates of Competition.

**17.28.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition during the institution's water polo playing season to 21 dates of competition during the segment in which the National Collegiate Championship is conducted and four dates of competition during the nonchampionship segment, except for those dates of competition excluded under Bylaws 17.28.5.3 and 17.28.5.4. *(Revised: 1/10/91 effective 8/1/91, 1/12/04, 8/31/22)*

**17.28.5.1.1 In-Season Foreign Competition.** A member institution may play one or more of its countable dates of competition in water polo in one or more foreign countries on one trip during the prescribed playing season. However, except for contests played in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years.

**17.28.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in not more than 21 dates of competition in water polo during the segment in which the National Collegiate Championship is conducted and four dates of competition during the nonchampionship segment. This limitation includes those contests in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Revised: 1/10/91 effective 8/1/91, 8/31/22)*

**17.28.5.3 Annual Exemptions.** The maximum number of dates of competition in water polo shall exclude the following: *(Revised: 1/12/04, 4/29/04, 4/14/08)*

(a) **Conference Championship -- Men and Women.** Competition in one conference championship tournament in water polo (or the tournament used to determine the conference's automatic entry in the National Collegiate Men's Water Polo Championship or the tournament used to determine entry in the Women's Collegiate National Water Polo Championship or the National Collegiate Women's Water Polo Championship);

(b) **Conference Playoff -- Men and Women.** Competition involving member institutions that tie for a conference water polo championship. Such teams may participate in a single-elimination playoff to determine the conference's automatic entry in the National Collegiate Men's Water Polo Championship without the game(s) being counted as a postseason tournament;

(c) **NCAA Championship -- Men.** Competition in the National Collegiate Men's Water Polo Championship;

(d) **NCAA Championship -- Women.** Competition in the National Collegiate Women's Water Polo Championship;

(e) **Alumni Game -- Men and Women.** One date of competition in water polo each year against an alumni team of the institution;

(f) **Foreign Team in United States -- Men and Women.** One date of competition in water polo each year with a foreign opponent in the United States;

(g) **Hawaii, Alaska, Puerto Rico, Canada -- Men and Women.** For men's and women's water polo, any dates of competition in Hawaii, Alaska, Puerto Rico or Canada, respectively, against an active member institution located outside the area in question; *(Revised: 7/20/10)*

(h) **Fundraising Activity -- Men and Women.** Any water polo activities in which student-athletes from more than one of the institution's athletics teams participate with and against alumni and friends of the institution, the purpose of which is to raise funds for the benefit of the institution's athletics or other programs, provided the student-athletes do not miss classes as a result of their participation; *(Revised: 1/10/05)*

(i) **Celebrity Sports Activity -- Men and Women.** Competition involving a limit of two student-athletes from a member institution's water polo team who participate in local celebrity water polo activities conducted for the purpose of raising funds for charitable organizations, provided: *(Adopted: 4/14/08)*

   (1) The student-athletes do not miss classes as a result of the participation; and

   (2) The involvement of the student-athletes has the approval of the institution's athletics director; and

(j) **U.S. National Team -- Men and Women.** One date of competition against any team as selected and designated by the appropriate national governing body for water polo as a U.S. national team (e.g.,"Under-21 U.S. national team").

**17.28.5.4 Once-in-Four-Years Exemptions -- Men and Women -- Foreign Tours.** An institution may exempt the contests played on a foreign tour, provided the tour is conducted by the member institution in accordance with the procedures set forth in Bylaw 17.32. *(Revised: 4/15/03)*

**17.28.6 Out-of-Season Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the institution's declared playing season per Bylaw 17.28.1, except as permitted in Bylaw 17.1.6.3. *(Revised: 1/10/91 effective 8/1/91)*

**17.28.6.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations approved by the Management Council. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Revised: 1/10/91 effective 8/1/91, 1/9/06 effective 8/1/06)*

**17.28.7 Camps and Clinics.** There are no limits on the number of student-athletes in water polo who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Revised: 1/10/92)*

**17.28.8 Safety Exception.** A coach may be present during voluntary individual workouts in the institution's regular practice facility (without the workouts being considered as countable athletically related activities) when the student-athlete is engaged in water polo. The coach may provide safety or skill instruction but cannot conduct the individual's workouts. *(Adopted: 1/10/91 effective 8/1/91)*

**17.28.9 Other Restrictions.**

**17.28.9.1 Noncollegiate, Amateur Competition.**

**17.28.9.1.1 In Season.** A student-athlete shall be denied eligibility for intercollegiate competition for the remainder of the season in water polo if, after enrollment in college and during any year in which the student-athlete is a member of an intercollegiate water polo squad or team, they compete or have competed as a member of any outside water polo team in any noncollegiate, amateur competition (e.g., team invitational meet, exhibition meets or other activity) during the institution's intercollegiate water polo season (see Bylaw 14.7.5 for exceptions and waivers). *(Revised: 1/16/93)*

**17.28.9.1.2 Out of Season.** There are no limitations on the number of student-athletes from the same member institution with eligibility remaining who may practice or compete out of season on an outside, amateur water polo team. *(Revised: 1/10/91 effective 8/1/91, 1/16/93, 1/10/95 effective 8/1/95, 5/10/13)*

**17.28.9.1.2.1 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) during the academic year (including vacation periods during the academic year) with an outside team that involves any student-athlete with eligibility remaining from the institution's water polo team, except as provided under Bylaws 14.7.5, 16.8.1.2.1 and 17.32. *(Revised: 1/14/97 effective 8/1/97, 1/10/05 effective 8/1/05)*

**17.28.9.1.2.2 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution. *(Revised: 1/22/20 effective 8/1/20)*

**17.28.9.2 Equipment Issue, Squad Pictures.** It shall be permissible to designate a single date for issuing water polo equipment and for taking squad pictures after the beginning of classes in the fall term or the day before the beginning of a segment as specified in Bylaw 17.28.2. *(Revised: 1/11/89)*

**17.28.9.2.1 Exception for Sundays.** If the day before the beginning of a segment is a Sunday, the member institution may designate the preceding Saturday for issuing equipment and taking squad pictures. *(Adopted: 1/11/89)*

# 17.29 Wrestling, Men's. *(Revised: 1/27/20 effective 8/1/20)*

Regulations for computing the men's wrestling playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1 and Figure 17-2.) *(Revised: 1/27/20 effective 8/1/20)*

**17.29.1 Length of Playing Season.** The length of an institution's playing season in men's wrestling shall be limited to a 144-day season, which may consist of two segments (each consisting of consecutive days) and exclude only required off days per Bylaw 17.1.6.5 and official vacation, holiday and final-examination periods during which no practice or competition shall occur. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 1/27/20 effective 8/1/20)*

**17.29.2 Weight Training, Conditioning, Team Activities and/or Practice.** A member institution shall not commence weight training, conditioning and/or team activities in accordance with Bylaw 17.1.6.3 before September 7 or the institution's fourth day of classes for the fall term (as set forth in its catalog, counting Monday through Friday only), whichever is earlier. A member institution shall not commence practice sessions in men's wrestling before October 10. *(Revised: 1/14/97 effective 8/1/97, 1/15/11 effective 8/1/11, 4/12/11, 9/12/17, 1/27/20 effective 8/1/20)*

**17.29.3 First Date of Competition.** A member institution shall not engage in its first date of competition (game or scrimmage) with outside competition in men's wrestling before November 1. *(Revised: 1/15/11 effective 8/1/11, 1/27/20 effective 8/1/20)*

**17.29.3.1 Exceptions.** The following men's wrestling dates of competition may be conducted at any time during the men's wrestling playing and practice season: *(Adopted: 1/14/12 effective 8/1/12, Revised: 1/27/20 effective 8/1/20)*

(a) Alumni game [see Bylaw 17.26.3-(d)];

(b) Fundraising activity [see Bylaw 17.29.6.3-(f)];

(c) Celebrity sports activity [see Bylaw 17.29.6.3-(g)]; and

(d) Discretionary exemptions (see Bylaw 17.29.6.4).

**17.29.4 Limitations on Countable Athletically Related Activities and Transportation -- Winter Break.** (See Bylaw 17.02.18 for the definition of the winter break.) *(Revised: 1/14/12 effective 8/1/12)*

**17.29.4.1 Countable Athletically Related Activities.** A student-athlete shall not participate in any countable athletically related activities during the winter break (see Bylaw 17.02.1). *(Revised: 1/13/10 effective 8/1/10, Adopted: 1/16/10 effective 8/1/10 however, contracts signed before 8/6/09 for contests or dates of competition occurring between 12/20/10 and 12/26/10 may be honored, 7/20/10 effective 8/1/10, 1/14/12 effective 8/1/12)*

**17.29.4.2 Transportation.** An institution shall not provide transportation in conjunction with away-from-home competition during the winter break. *(Revised: 1/13/10 effective 8/1/10, Adopted: 1/16/10 effective 8/1/10 however, contracts signed before 8/6/09 for contests or dates of competition occurring between 12/20/10 and 12/26/10 may be honored, 7/20/10 effective 8/1/10, 1/14/12 effective 8/1/12)*

**17.29.4.2.1 Exception -- Travel on the First Day of the Winter Break.** An institution may travel on the first day of the winter break after an away-from-home competition, provided that is the earliest practical opportunity to return to campus. *(Revised: 1/13/10 effective 8/1/10, Adopted: 1/16/10 effective 8/1/10 however, contracts signed before 8/6/09 for contests or dates of competition occurring between 12/20/10 and 12/26/10 may be honored, 7/20/10 effective 8/1/10, 1/14/12 effective 8/1/12)*

**17.29.5 End of Regular Playing Season.** A member institution shall conclude all practice and competition (meets and practice meets) in men's wrestling by the last date of final examinations for the regular academic year at the institution (see Bylaw 17.1.7 for additional regulations regarding the end date of practice and competition). *(Revised: 1/14/97 effective 8/1/97, 10/16/12, 1/27/20 effective 8/1/20)*

**17.29.6 Number of Dates of Competition.**

**17.29.6.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition during the permissible men's wrestling playing season to 16 dates of competition, which may include not more than two two-day meets or not more than two occasions in which dual meets are held on two consecutive days that shall each count as a single date of competition, except for those dates of competition excluded under Bylaws 17.29.6.3, 17.29.6.4 and 17.29.6.5 (see Bylaw 7.3.1.7.1.1 for minimum contests and participants requirements). *(Revised: 1/10/91 effective 8/1/91, 1/10/95 effective 8/1/95, 1/14/97 effective 8/1/97, 1/11/08 effective 8/1/08, 1/27/20 effective 8/1/20, 5/19/20 Immediate, for the 2020-21 academic year only., 4/12/21 effective 8/1/21)*

**17.29.6.1.1 In-Season Foreign Competition.** A member institution may engage in one or more of its countable dates of competition in men's wrestling in one or more foreign countries on one trip during the prescribed playing season. However, except for competition in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years. *(Revised: 1/27/20 effective 8/1/20)*

**17.29.6.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in not more than 16 dates of competition in men's wrestling, which may include not more than two two-day meets or not more than two occasions in which dual meets are held on two consecutive days that shall each count as a single date of competition. This limitation includes those dates of competition in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Revised: 1/10/91 effective 8/1/91, 1/10/95 effective 8/1/95, 1/14/97 effective 8/1/97, 1/11/08 effective 8/1/08, 1/27/20 effective 8/1/20, 5/19/20 Immediate, for the 2020-21 academic year only., 4/12/21 effective 8/1/21)*

**17.29.6.3 Annual Exemptions.** The maximum number of dates of competition in men's wrestling shall exclude the following: *(Adopted: 4/14/08, Revised: 1/27/20 effective 8/1/20)*

(a) **Conference Championship.** Competition in one conference championship tournament or playoff;

(b) **Independents Championship.** Competition in one championship meet or tournament among independent member institutions that are not members of an intercollegiate athletics conference in all sports, or for a specific sport that is not part of a conference, conducted at the end of the championship segment and prior to the NCAA championship;

(c) **Season-Ending Tournament.** Competition in one season-ending tournament (e.g., NCAA championship, NAIA championship). A season-ending tournament involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(d) **Alumni Game.** One date of competition with an alumni team of the institution;

(e) **Hawaii, Alaska, Puerto Rico, Canada.** Any dates of competition played in Hawaii, Alaska, Puerto Rico or Canada, respectively, either against or under the sponsorship of an active member institution located in Hawaii, Alaska, Puerto Rico or Canada, by a member institution located outside those locales; *(Revised: 7/20/10)*

(f) **Fundraising Activity.** Any activities in which student-athletes from more than one of the institution's athletics teams participate (or in individual sports per Bylaw 17.02.16.2, in which team members of that sport participate) with and against alumni and friends of the institution, the purpose of which is to raise funds to benefit the institution's athletics or other programs, provided the student-athletes do not miss class as a result of their participation;

(g) **Celebrity Sports Activity.** Competition involving a maximum of two student-athletes from a member institution's team who participate in local celebrity activities in men's wrestling conducted for the purpose of raising funds for charitable organizations, provided: *(Revised: 1/27/20 effective 8/1/20)*

   (1) The student-athletes do not miss class as a result of the participation; and

   (2) The involvement of the student-athletes has the approval of the institution's athletics director;

(h) **U.S. National Team.** One date of competition against a U.S. national team as selected by the appropriate national governing body in that sport; and

(i) **National Wrestling Coaches Association National Duals.** Competition in the National Wrestling Coaches Association National Duals. *(Adopted: 1/15/11 effective 8/1/11)*

**17.29.6.4 Discretionary Exemptions.** The following may be exempted from an institution's maximum number of dates of competition in men's wrestling each year. An institution may exempt not more than three from this list annually: *(Adopted: 4/14/08, Revised: 1/27/20 effective 8/1/20)*

(a) **Foreign Team in United States.** A date of competition against a foreign team in the United States played in the facility in which the member institution regularly plays its home dates of competition;

(b) **Non-Division II Four-Year Collegiate Institution.** An exhibition date of competition against non-Division II four-year collegiate institution(s); or *(Revised: 4/12/11, 1/14/12 effective 8/1/12, 10/22/13)*

(c) **Scrimmages.** A scrimmage with outside competition, provided the scrimmage is conducted without official scoring.

   **17.29.6.4.1 Official Scoring.** For purposes of Bylaw 17.29.6.4-(c), official scoring has occurred when either institution participating in the scrimmage satisfies either of the following conditions: *(Adopted: 4/14/08, Revised: 4/15/14)*

      (a) The signing of a scorebook by an official; or

(b) The score is used for individual or seasonal statistics.

**17.29.6.5 Once-in-Four-Years Exemption -- Foreign Tours.** An institution may exempt the dates of competition played on a foreign tour, provided the tour occurs only once in a four-year period and is conducted in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 4/14/08)*

**17.29.7 Out-of-Season Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the institution's declared playing season per Bylaw 17.29.1, except as permitted in Bylaw 17.1.6.3. *(Revised: 1/10/91 effective 8/1/91)*

**17.29.7.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations approved by the Management Council. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Revised: 1/10/91 effective 8/1/91, 1/10/92, 1/9/06 effective 8/1/06)*

**17.29.7.1.1 Vacation Period and Summer-Workout Sessions.** A coach may participate in individual-workout sessions with student-athletes from the coach's team during any institutional vacation period and/or the summer, provided the request for such assistance is initiated by the student-athlete. *(Adopted: 1/10/92, Revised: 1/11/94, 1/9/06 effective 8/1/06, 7/23/19)*

**17.29.8 Safety Exception.** A coach may be present during voluntary individual workouts in the institution's regular practice facility (without the workouts being considered as countable athletically related activities) when the student-athlete is engaged in wrestling. The coach may provide safety or skill instruction but cannot conduct the individual's workouts. *(Adopted: 1/10/91 effective 8/1/91)*

**17.29.9 Camps and Clinics.** There are no limits on the number of student-athletes in men's wrestling who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Revised: 1/10/92, 1/27/20 effective 8/1/20)*

**17.29.10 Other Restrictions.**

**17.29.10.1 Noncollegiate, Amateur Competition.**

**17.29.10.1.1 In Season.** A student-athlete shall be denied eligibility for intercollegiate men's wrestling competition for the remainder of the season if, after enrollment in college and during any year in which the student-athlete is a member of an intercollegiate men's wrestling squad or team, they compete or have competed as a member of any outside men's wrestling team in any noncollegiate, amateur competition (e.g., team invitational meets, exhibition meets or other activity) during the institution's intercollegiate men's wrestling season (see Bylaw 14.7.5 for exceptions and waivers). *(Revised: 1/16/93, 1/27/20 effective 8/1/20)*

**17.29.10.1.2 Out of Season.** A student-athlete is not permitted to practice or compete on an outside, amateur men's wrestling team or as an individual between the beginning of the institution's academic year and November 1. At other times, there are no limits on the number of student-athletes from the same member institution with eligibility remaining in intercollegiate men's wrestling who may practice or compete out of season on an outside, amateur men's wrestling team. *(Revised: 1/10/91 effective 8/1/91, 1/16/93, 1/15/11 effective 8/1/11, 1/27/20 effective 8/1/20)*

**17.29.10.1.2.1 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) during the academic year (including vacation periods during the academic year) with an outside team that involves any student-athlete with eligibility remaining from the institution's men's wrestling team, except as provided under Bylaws 14.7.5, 16.8.1.2.1 and 17.32. *(Revised: 1/10/91 effective 8/1/91, 1/10/05 effective 8/1/05, 1/27/20 effective 8/1/20)*

**17.29.10.1.2.2 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution. *(Revised: 1/22/20 effective 8/1/20)*

**17.29.10.2 Equipment Issue, Squad Pictures.** It shall be permissible to designate a single date for issuing men's wrestling equipment and for taking squad pictures after the beginning of classes in the fall term or the day before the beginning of a segment as specified in Bylaw 17.29.2. *(Revised: 7/28/15, 1/27/20 effective 8/1/20)*

**17.29.10.2.1 Exception for Sundays.** If the day before the beginning of a segment is a Sunday, the member institution may designate the preceding Saturday for issuing equipment and taking squad pictures. *(Adopted: 7/28/15)*

# 17.30 Wrestling, Women's. *(Adopted: 1/27/20 effective 8/1/20)*

Regulations for computing the women's wrestling playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1 and Figure 17-2)

**17.30.1 Length of Playing Season.** The length of an institution's playing season in women's wrestling shall be limited to a 144-day season, which may consist of two segments (each consisting of consecutive days) and exclude only required off days per Bylaw 17.1.6.5 and official vacation, holiday and final-examination periods during which no practice or competition shall occur. *(Adopted: 1/27/20 effective 8/1/20)*

**17.30.2 Weight Training, Conditioning, Team Activities and/or Practice.** A member institution shall not commence weight training, conditioning and/or team activities in accordance with Bylaw 17.1.6.3 before September 7 or the institution's fourth day of classes for the spring term (as set forth in its catalog, counting Monday through Friday only), whichever is earlier. A member institution shall not commence practice sessions in women's wrestling before October 10. *(Adopted: 1/27/20 effective 8/1/20)*

**17.30.3 First Date of Competition.** A member institution shall not engage in its first date of competition (game or scrimmage) with outside competition in women's wrestling before November 1. *(Adopted: 1/27/20 effective 8/1/20)*

**17.30.3.1 Exceptions.** The following women's wrestling dates of competition may be conducted at any time during the women's wrestling playing and practice season: *(Adopted: 1/27/20 effective 8/1/20)*

(a) Alumni game [see Bylaw 17.30.6.3-(d)]; *(Adopted: 1/27/20 effective 8/1/20)*

(b) Fundraising activity [see Bylaw 17.30.6.3-(f)]; *(Adopted: 1/27/20 effective 8/1/20)*

(c) Celebrity sports activity [see Bylaw 17.30.6.3-(g)]; and *(Adopted: 1/27/20 effective 8/1/20)*

(d) Discretionary exemptions (see Bylaw 17.30.6.4). *(Adopted: 1/27/20 effective 8/1/20)*

**17.30.4 Limitations on Countable Athletically Related Activities and Transportation -- Winter Break.** (See Bylaw 17.02.18 for the definition of the winter break.) *(Adopted: 1/27/20 effective 8/1/20)*

**17.30.4.1 Countable Athletically Related Activities.** A student-athlete shall not participate in any countable athletically related activities during the winter break (see Bylaw 17.02.1). *(Adopted: 1/27/20 effective 8/1/20)*

**17.30.4.2 Transportation.** An institution shall not provide transportation in conjunction with away-from-home competition during the winter break. *(Adopted: 1/27/20 effective 8/1/20)*

**17.30.4.2.1 Exception -- Travel on the First Day of the Winter Break.** An institution may travel on the first day of the winter break after an away-from-home competition, provided that is the earliest practical opportunity to return to campus. *(Adopted: 1/27/20 effective 8/1/20)*

**17.30.5 End of Regular Playing Season.** A member institution shall conclude all practice and competition (meets and practice meets) in women's wrestling by the last date of final examinations for the regular academic year at the institution (see Bylaw 17.1.7 for additional regulations regarding the end date of practice and competition). *(Adopted: 1/27/20 effective 8/1/20)*

**17.30.6 Number of Dates of Competition.** *(Adopted: 1/27/20 effective 8/1/20)*

**17.30.6.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition during the permissible women's wrestling season to 16 dates of competition, which may not include more than two two-day meets or no more than two occasions in which dual meets held on two consecutive days that shall count each as a single date of competition, except for those dates of competition excluded under Bylaws 17.30.6.3, 17.30.6.4 and 17.30.6.5 (see Bylaw 7.3.1.7.1.1 for minimum contests and participants requirements). *(Adopted: 1/27/20 effective 8/1/20)*

**17.30.6.1.1 In-Season Foreign Competition.** A member institution may engage in one or more of its countable dates of competition in women's wrestling in one or more foreign countries on one trip during the prescribed playing season. However, except for competition in Canada or Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years. *(Adopted: 1/27/20 effective 8/1/20)*

**17.30.6.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in not more than 16 dates of competition in women's wrestling, which may include not more than two two-day meets or not more than two occasions in which dual meets are held on two consecutive days that shall each count as a single date of competition. This limitation includes those dates of competition in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Adopted: 1/27/20 effective 8/1/20)*

**17.30.6.3 Annual Exemptions.** The maximum number of dates of competition in women's wrestling shall exclude the following: *(Adopted: 1/27/20 effective 8/1/20)*

(a) **Conference Championship.** Competition in one conference championship tournament or playoff; *(Adopted: 1/27/20 effective 8/1/20)*

(b) **Independents Championship.** Competition in one championship meet or tournament among independent member institutions that are not members of an intercollegiate athletics conference in all sports, or for a specific sport that is not part of a conference, conducted at the end of the championship segment and prior to the NCAA championship; *(Adopted: 1/27/20 effective 8/1/20)*

(c) **Season-Ending Tournament.** Competition in one season-ending tournament (e.g., NCAA championship, NAIA championship). A season-ending tournament involves competition after the end of the regular season between teams that are not identified until the close of the regular season; *(Adopted: 1/27/20 effective 8/1/20)*

(d) **Alumni Game.** One date of competition with an alumni team of the institution; *(Adopted: 1/27/20 effective 8/1/20)*

(e) **Hawaii, Alaska, Puerto Rico, Canada.** Any dates of competition played in Hawaii, Alaska, Puerto Rico or Canada, respectively, either against or under the sponsorship of an active member institution located in Hawaii, Alaska, Puerto Rico or Canada, by a member institution located outside those locales; *(Adopted: 1/27/20 effective 8/1/20)*

(f) **Fundraising Activity.** Any activities in which student-athletes from more than one of the institution's athletics teams participate (or in individual sports per Bylaw 17.02.16.2, in which team members of that sport participate) with and against alumni and friends of the institution, the purpose of which is to raise funds to benefit the institution's athletics or other programs, provided the student-athletes do not miss class as a result of their participation; *(Adopted: 1/27/20 effective 8/1/20)*

(g) **Celebrity Sports Activity.** Competition involving a maximum of two student-athletes from a member institution's team who participate in local celebrity activities in women's wrestling conducted for the purpose of raising funds for charitable organizations, provided: *(Adopted: 1/27/20 effective 8/1/20)*

(1) The student-athletes do not miss class as a result of the participation; and *(Adopted: 1/27/20 effective 8/1/20)*

(2) The involvement of the student-athletes has the approval of the institution's athletics director. *(Adopted: 1/27/20 effective 8/1/20)*

(h) **U.S. National Team.** One date of competition against a U.S. national team as selected by the appropriate national governing body in that sport; and *(Adopted: 1/27/20 effective 8/1/20)*

(i) **National Wrestling Coaches Association National Duals.** Competition in the National Wrestling Coaches Association National Duals. *(Adopted: 1/27/20 effective 8/1/20)*

**17.30.6.4 Discretionary Exemptions.** The following may be exempted from an institution's maximum number of dates of competition in women's wrestling each year. An institution may not exempt more than three from this list annually: *(Adopted: 1/27/20 effective 8/1/20)*

(a) **Foreign Team in United States.** A date of competition against a foreign team in the United States played in the facility in which the member institution regularly plays its home dates of competition; *(Adopted: 1/27/20 effective 8/1/20)*

(b) **Non-Division II Four-Year Collegiate Institution.** An exhibition date of competition against non-Division II four-year collegiate institution(s); or *(Adopted: 1/27/20 effective 8/1/20)*

(c) **Scrimmages.** A scrimmage with outside competition, provided the scrimmage is conducted without official scoring. *(Adopted: 1/27/20 effective 8/1/20)*

**17.30.6.4.1 Official Scoring.** For purposes of Bylaw 17.30.6.4-(c), official scoring has occurred when either institution participating in the scrimmage satisfies either of the following conditions: *(Adopted: 1/27/20 effective 8/1/20)*

(a) The signing of a scorebook by an official; or *(Adopted: 1/27/20 effective 8/1/20)*

(b) The score is used for individual or season statistics. *(Adopted: 1/27/20 effective 8/1/20)*

**17.30.6.5 Once-in-Four-Years Exemption—Foreign Tours.** An institution may exempt the dates of competition played on a foreign tour, provided the tour occurs only once in a four-year period and is conducted in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 1/27/20 effective 8/1/20)*

**17.30.7 Out-of-Season Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the institution's declared playing season per Bylaw 17.30.1, except as permitted in Bylaw 17.1.6.3. *(Adopted: 1/27/20 effective 8/1/20)*

**17.30.7.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official

interpretations approved by the Management Council. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Adopted: 1/27/20 effective 8/1/20)*

**17.30.7.1.1 Vacation Period and Summer-Workout Sessions.** A coach may participate in individual-workout sessions with student-athletes from the coach's team during any institutional vacation period and/or the summer, provided the request for such assistance is initiated by the student-athlete. *(Adopted: 1/27/20 effective 8/1/20)*

**17.30.8 Safety Exception.** A coach may be present during voluntary individual workouts in the institution's regular practice facility (without the workouts being considered as countable athletically related activities) when the student-athlete is engaged in wrestling. The coach may provide safety or skill instruction but cannot conduct the individual's workouts. *(Adopted: 1/27/20 effective 8/1/20)*

**17.30.9 Camps and Clinics.** There are no limits on the number of student-athletes in women's wrestling who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Adopted: 1/27/20 effective 8/1/20)*

**17.30.10 Other Restrictions.** *(Adopted: 1/27/20 effective 8/1/20)*

**17.30.10.1 Noncollegiate, Amateur Competition.** *(Adopted: 1/27/20 effective 8/1/20)*

**17.30.10.1.1 In Season.** A student-athlete shall be denied eligibility for intercollegiate women's wrestling competition for the remainder of the season if, after enrollment in college and during any year in which the student-athlete is a member of an intercollegiate women's wrestling squad or team, they compete or have competed as a member of any outside wrestling team in any noncollegiate, amateur competition (e.g., team invitational meets, exhibition meets or other activity) during the institution's intercollegiate women's wrestling season (see Bylaw 14.7.5 for exceptions and waivers). *(Adopted: 1/27/20 effective 8/1/20)*

**17.30.10.1.2 Out of Season.** A student-athlete is not permitted to practice or compete on an outside, amateur women's wrestling team or as an individual between the beginning of the institution's academic year and November 1. At other times, there are no limits on the number of student-athletes from the same member institution with eligibility remaining in intercollegiate women's wrestling who may practice or compete out of season on an outside, amateur women's wrestling team. *(Adopted: 1/27/20 effective 8/1/20)*

**17.30.10.1.2.1 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) during the academic year (including vacation periods during the academic year) with an outside team that involves any student-athlete with eligibility remaining from the institution's women's wrestling team, except as provided under Bylaw 14.7.5, 16.8.1.2.1 and 17.32. *(Adopted: 1/27/20 effective 8/1/20)*

**17.30.10.1.2.2 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution. *(Adopted: 1/27/20 effective 8/1/20)*

**17.30.10.2 Equipment Issue, Squad Pictures.** It shall be permissible to designate a single date for issuing women's wrestling equipment and for taking squad pictures after the beginning of classes in the fall term or the day before the beginning of a segment as specified in Bylaw 17.30.2. *(Adopted: 1/27/20 effective 8/1/20)*

**17.30.10.2.1 Exception for Sundays.** If the day before the beginning of a segment is a Sunday, the member institution may designate the preceding Saturday for issuing equipment and taking squad pictures. *(Adopted: 1/27/20 effective 8/1/20)*

## 17.31 Exceptions for Member Institutions Located in Alaska, Hawaii and Puerto Rico.

**17.31.1 Practice and Playing Seasons.** Member institutions located in Alaska, Hawaii and Puerto Rico shall not be required to observe the starting dates for the practice and playing seasons set forth in this bylaw, provided the amount of practice and number of contests engaged in by such institutions in each sport do not exceed the amount of practice and number of contests in each sport permitted other members of the Association.

**17.31.2 Alaska/Hawaii, Additional Football Contest.** Member institutions located in Alaska and Hawaii shall be permitted to exceed, by one, the maximum number of football contests permitted under Bylaw 17.11.8.1 but otherwise shall conform to the same maximum number of contests and dates of competition permitted other members of the Association.

## 17.32 Foreign Tours.

**17.32.1 Institutionally Certified Tours.** A member institution may participate in competition in any sport on foreign tours. *(Revised: 1/11/89, 1/14/97 effective 8/1/97, 7/20/10, 10/22/19)*

**17.32.1.1 Contest Exclusions.** Any contest(s) or date(s) of competition played on a certified foreign tour shall be excluded from the limitations set forth in this bylaw.

**17.32.1.2 Tour to U.S. Territory or Commonwealth.** A tour to a U.S. commonwealth (e.g., Puerto Rico) or a U.S. territory (e.g., Virgin Islands) is not considered a foreign tour.

**17.32.1.3 Timing of Tour.** The tour shall be scheduled during the summer-vacation period between the institution's spring and fall terms or during any other vacation period published in the institution's official catalog. All travel to and from the foreign country must take place during such a vacation period. However, if the team crosses the international date line during the tour, the change of date will be disregarded and the equivalent time as measured in the United States will be used to determine the institution's vacation period. *(Revised: 10/18/89, 7/20/10)*

**17.32.1.4 Time Lapse Between Tours.** An institution shall not engage in a foreign tour in each sport more than once every four years. Participation during the summer is counted in the previous academic year. *(Revised: 1/11/89, 7/20/10, 1/17/15, 7/28/15)*

**17.32.1.4.1 Additional Basketball Restriction.** In basketball, an institution may not engage in an institutionally approved foreign tour in any academic year (or the summer immediately thereafter) in which the institution uses in that year the exception set forth in Bylaw 17.4.6.6. *(Revised: 7/20/10, 5/15/17)*

**17.32.1.5 Eligibility of Student-Athletes.** The eligibility of student-athletes on the tour shall be governed by the following (see Bylaw 14.2.4.8): *(Revised: 7/20/10)*

(a) If the tour takes place between academic terms (e.g., winter vacation period, summer), the institution shall have established by the beginning of the tour that a student-athlete participating on the foreign tour is academically and athletically eligible for competition for the term immediately following the tour. A student-athlete who exhausted their eligibility in a term immediately preceding the foreign tour may participate provided the student-athlete would have been otherwise eligible for competition (see Bylaw 14.4) or has graduated. *(Revised: 1/12/99, 1/17/15)*

(b) If the tour takes place after the academic year has started, the student-athlete shall be regularly enrolled in the institution and eligible for intercollegiate competition.

**17.32.1.5.1 Incoming-Student Participation.** It is permissible for an eligible incoming student-athlete to represent the institution on a foreign tour in the summer prior to initial full-time enrollment provided the prospective student-athlete has signed a National Letter of Intent or written offer of admission and/or financial aid or the institution has received their financial deposit in response to its offer of admission. An incoming student-athlete in their first year of collegiate enrollment must have received a final academic and amateurism certification from the NCAA Eligibility Center. An incoming transfer student-athlete must have received an amateurism certification and be otherwise eligible per Bylaw 17.32.1.5. *(Revised: 5/17/04, 7/20/10, 1/17/15, 4/14/15)*

**17.32.1.6 Practice Limitations.** Not more than 10 days of practice are permitted before departure. The 10 days of practice must occur within a 14-consecutive calendar day period immediately prior to departure, excluding final examination days and the seven-day winter break. Practice is prohibited outside the playing season one week prior to the beginning of the institution's final examination period for the applicable regular academic term through the conclusion of the final examination period. *(Revised: 10/21/08, 7/20/10, 7/28/15)*

**17.32.1.6.1 Day Off Not Required.** An institution is not required to take one day off per week during the 10-day practice period set forth in Bylaw 17.32.1.6 or during its participation in a tour. *(Adopted: 10/21/08, Revised: 7/20/10)*

**17.32.1.7 Maximum Number of Contests/Competition Dates.** A team shall be limited to a maximum of three football games, 10 basketball games or 10 contests or dates of competition in any other sport during and as part of the tour. *(Revised: 1/10/91, 7/20/10)*

**17.32.1.8 Opponents.** The team shall not compete during the tour against other member institutions or American teams (colleges or other U.S. teams) other than teams composed of U.S. armed forces personnel stationed at U.S. military bases in foreign countries. *(Revised: 4/12/10, 7/20/10)*

**17.32.1.8.1 Exception -- Women's Rowing.** It is permissible for rowing teams representing NCAA member institutions to compete against each other as part of the Henley Royal Regatta. *(Adopted: 1/10/00, Revised: 7/20/10)*

**17.32.1.9 Per Diem.** An institution may provide a student-athlete $30 cash per day to cover unitemized incidental expenses incurred in connection with a foreign tour in their particular sport. This expense allowance may be provided for each day of the tour, to a maximum of 21 days. *(Revised: 1/12/04, 7/20/10, 7/23/19)*

**17.32.1.10 Passports and Visas.** An institution may purchase passports and visas for its student-athletes that are required for travel in connection with a foreign tour, and student-athletes may retain ownership of such passports and visas. The institution also may provide student-athletes with reasonable local transportation to obtain such passports and visas. *(Revised: 1/12/04, 10/21/08, 7/20/10)*

**17.32.2 Sanctioned Outside-Team Tours.** An outside team that includes student-athletes from more than one member institution may participate in international competition in any sport on a foreign tour. However, any such outside team that includes more than the following number of student-athletes from the same member institution must be certified by the institution in accordance with procedures set forth in Bylaw 17.32. *(Revised: 1/14/97 effective 8/1/97, 1/19/10)*

| | | | | | |
|---|---|---|---|---|---|
| Baseball | 4 | Gymnastics | 2 | Softball | 4 |
| Basketball | 2 | Ice Hockey | 4 | Swimming and Diving | 5 |
| Cross Country | 2 | Lacrosse | 5 | Tennis | 2 |
| Fencing | 4 | Rifle | 2 | Track and Field | 7 |
| Field Hockey | 5 | Skiing | 4 | Volleyball | 2 |
| Football | 5 | Soccer | 5 | Water Polo | 4 |
| Golf | 2 | Women's Rowing | 4 | Wrestling | 5 |

**17.32.2.1 Institutional Foreign-Tour Limitations.** A member institution shall be charged with its foreign-tour opportunity in a sport and its once-in-four-years limitation.

## 17.33 Playing Rules.
Member institutions shall conduct all of their intercollegiate competition in accordance with the playing rules of the Association in all sports for which the NCAA develops playing rules. It is not mandatory that those rules be used in institutional scrimmages or other forms of practice with outside competition.

# FIGURE 17-1
## Maximum Number of Contests and Dates of Competition for Each Sport

| Sport | Contests | Dates of Competition |
|---|---|---|
| Acrobatics and Tumbling | | 12 |
| Baseball | 50 | |
| Basketball | 26 | |
| Beach Volleyball<br>Championship Segment<br>Other Segment | | 16<br>4 |
| Bowling, Women's | | 32 |
| Cross Country* | | 7 |
| Equestrian | | 15 |
| Fencing | | 11 |
| Field Hockey<br>Championship Segment<br>Nonchampionship Segment | 18 | 5 |
| Football | 11 | |
| Golf | | 21 |
| Gymnastics | | 13 |
| Ice Hockey, Men's | 32 | |
| Ice Hockey, Women's | 34 | |
| Lacrosse, Men's | | 17 |
| Lacrosse, Women's<br>Championship Segment<br>Other Segment | | 17<br>5 |
| Rifle | | 13 |
| Rowing, Women's | | 20 |
| Rugby, Women's | | 16 |
| Skiing | | 32 (Alpine)<br>32 (Nordic) |
| Soccer<br>Championship Segment<br>Other Segment | 18 | 5 |
| Softball | 56 | |
| Stunt | | 16 |
| Swimming and Diving | | 16 |
| Tennis<br>Overall**<br>Individual Singles and/or Doubles Tournaments | | 25<br>7 |
| Track and Field (combined Indoor and Outdoor)*** | | 18 |
| Triathlon, Women's | | 6 |
| Volleyball, Men's<br>Championship Segment<br>Other Segment | | 28<br>4 |
| Volleyball, Women's<br>Championship Segment<br>Other Segment | | 26<br>4 |
| Water Polo, Men's and Women's | | 21 |
| Wrestling, Men's | | 16 |
| Wrestling, Women's | | 16 |

\* See Bylaw 17.7.7.1.1 for institutions that sponsor men's or women's cross country but do not sponsor indoor or outdoor track and field.

\*\* See Bylaw 17.24.7.1 (25 dates of competition, including not more than seven individual singles and/or doubles tournaments).

\*\*\* See Bylaw 17.25.1 for institutions that sponsor indoor and outdoor track and field and participate in at least the minimum number of contests with at least the minimum number of participants.

**FIGURE 17-2**

**Playing and Practice Seasons**

| Sport | First Practice Date | First Contest Date or Date of Competition | End of Regular Playing Season |
|---|---|---|---|
| Acrobatics and Tumbling | September 7 of the fourth day of classes, whichever is earlier | February 1 | Conclusion of the National Collegiate Acrobatics and Tumbling Association National Championship |
| (Nonchampionship segment) | September 7 or the fourth day of classes, whichever is earlier | September 7 or the fourth day of classes, whichever is earlier | November 15 |
| Basketball | Preseason conditioning: September 7 or the fourth day of classes, whichever is earlier On-Court: October 15 | The second Friday in November (Exceptions – see Bylaws 17.4.3.1 and 17.4.3.2) | NCAA Division II Men's Basketball Championship game |
| Bowling, Women's | October 1 | October 1 | Last day of exams for regular academic year |
| Equestrian | September 7 or the first day of classes, whichever is earlier | September 7 or the first day of classes, whichever is earlier | Last day of exams for regular academic year |
| Football | 24 days prior to the first permissible contest or 10 days prior to the first day of classes, whichever is earlier | Thursday preceding September 6 | Conclusion of the NCAA Division II Football Championship |
| (Non-championship segment) | February 15 | N/A | Not later than 7 days prior to the final examination period |
| Ice Hockey, Men's and Women's | September 7 or the first day of classes, whichever is earlier | September 7 or the first day of classes, whichever is earlier | Last day of exams for regular academic year |
| Rugby, Women's | 21 opportunities prior to the first scheduled contest | September 1 or the preceding Friday if September 1 falls on a Saturday, Sunday or Monday | Last day of exams for regular academic year |
| Stunt | January 10 or the first day of classes, whichever is earlier | February 1 | Conclusion of the National Collegiate Stunt Association National Championships |
| (Nonchampionship segment) | September 7 or the institution's fourth day of classes, whichever is earlier | September 7 or the institution's fourth day of classes, whichever is earlier | November 15 |
| Triathlon, Women's | 21 opportunities prior to the first scheduled contest | September 1 or the preceding Friday if September 1 falls on a Saturday, Sunday or Monday | Last day of exams for regular academic year |
| Volleyball, Men's | September 7 or the first day of classes, whichever is earlier | September 7 or the first day of classes, whichever is earlier | Conclusion of National Collegiate Men's Volleyball Championship |

| Sport | First Practice Date | First Contest Date or Date of Competition | End of Regular Playing Season |
|---|---|---|---|
| Water Polo, Men's | 21 opportunities prior to the first scheduled contest | The first Saturday in September | Last day of exams for regular academic year |
| Water Polo, Women's | September 7 or first day of classes, whichever is earlier | September 7 or first day of classes, whichever is earlier | Conclusion of National Collegiate Women's Water Polo Championship or National Women's Collegiate Water Polo Championship |
| Wrestling | Preseason conditioning: September 7 or fourth day of classes, whichever is earlier Practice: October 10 | November 1 | Last day of exams for regular academic year |
| Other Individual Sports Swimming and Diving Track and Field | September 7 or the fourth day of classes, whichever is earlier | September 7 or the fourth day of classes, whichever is earlier | In swimming and diving, last day of exams for regular academic year In track and field, conclusion of NCAA Division II Championship |
| Other National Collegiate Individual Sports Fencing Gymnastics Rifle Skiing | September 7 or the first day of classes, whichever is earlier | September 7 or the first day of classes, whichever is earlier | In fencing, rifle and skiing, last day of exams for regular academic year In gymnastics, conclusion of USA Gymnastics or National College Gymnastics Association Collegiate Championships, whichever is later |
| Fall Sports (Championship segment) Cross Country Field Hockey Soccer Volleyball, Women's | 17 days prior to the first permissible date of Competition or five days prior to the first day of classes, whichever is earlier | Thursday preceding September 6 | Conclusion of NCAA Division II Championship |
| (Nonchampionship segment) | February 15 | February 15 | Not later than seven days prior to the final examination period |
| Spring Sports (Championship segment) Baseball Beach Volleyball Golf* Lacrosse Rowing Softball, Women's Tennis* | January 10 or the first day of classes, whichever is earlier | February 1 Friday if February 1 falls on a Saturday, Sunday or Monday | Conclusion of NCAA Division II Championship In beach volleyball, last day of final exams for regular academic year |

*An institution that is a member of a conference that conducts its only conference championship or plays the majority of its conference matches during the fall may use the exception in Bylaws 17.12.5.1 (Golf) and 17.24.5.1 (Tennis).

**Figure 17-3\***

**Countable and Noncountable Athletically Related Activities**

\*This chart is not an exhaustive list of activities that are countable or noncountable athletically related activities. Institutions should refer to the definition of countable athletically related activities in Bylaw 17.02.1.

| Type of Activity | Bylaw(s) | Countable | Noncountable |
|---|---|---|---|
| Competition | 17.02.2 | X | |
| Individual workouts (as required or supervised by a member of the coaching staff)[1] | 17.02.1 | X | |
| Observation of student-athletes in nonorganized sport-specific activities (e.g., pick-up games)[2] | 17.02.1 | X | |
| Participation in camps or clinics[3] | 13.12.2.2.2 17.02.1 | X | |
| Participation of student-athletes in permissible tryouts involving prospective student-athletes or full-time students[4] | 13.11.2.1 17.02.1 17.02.14 | X | |
| Practice[5], including but not limited to: • Activities using equipment related to the sport • Activities conducted as part of a physical education class[6] • Chalk talk • Discussions or review of game films, online video, CD, DVD, etc. related to the sport • Field, floor or on-court activity • Lecture on or discussion of strategy related to the sport • Setting up offensive or defensive alignment | 17.02.1 | X<br>X<br>X<br>X<br>X<br>X<br>X | |
| Required weight-training and conditioning activities held at the direction of or supervised by an institutional staff member | 17.02.1 | X | |
| Skill instruction | 17.1.6.3.1 17.1.6.3.2 | X | |
| Use of institutional athletics facilities when such activities are supervised by or held at the direction of any member of the institution's coaching staff[7] | 17.02.1 | X | |
| Visiting the competition site (in cross country, golf and skiing) | 17.02.1 | X | |
| Voluntary skill instruction at the request of the student-athlete (in all sports other than football) | 17.02.1 17.02.17 | X | |
| Any athletically related activity organized or monitored by other student-athletes, provided the activities are not done at the direction of a coach or are considered as a requisite for participation in that sport[8] | 17.02.1 | | X |
| Athletics department academic study hall or tutoring sessions | 17.02.1 | | X |

| Type of Activity | Bylaw(s) | Countable | Noncountable |
|---|---|---|---|
| Attendance at an awards or celebratory banquet | 17.02.1 | | X |
| Involvement of an institution's strength and conditioning staff with student-athletes in voluntary strength and conditioning programs for safety purposes | 17.02.14 | | X |
| Medical examinations or treatments (e.g., physical rehabilitation, treatment by athletic training personnel) | 17.02.1 | | X |
| Meetings with coaches or athletics department staff members on nonathletics matters (e.g., compliance, drug education, academic support services, housing and meals information) | 17.02.1 | | X |
| Observation of an officiating clinic related to playing rules that is conducted by video conference and does not require student-athlete to miss any class time to observe the clinic | 17.02.1 | | X |
| Observation of student-athletes in organized competition (e.g., summer basketball league)[9] | 17.02.1 | | X |
| Participation in fundraising activities, community service or community engagement | 17.02.1 | | X |
| Participation in a physical education class (including during a summer session) conducted by a member of the athletics department staff[10] | 17.02.1 | | X |
| Providing safety instruction and skill instruction during voluntary individual workouts [acrobatics and tumbling, equestrian, fencing, gymnastics, rifle, rowing, skiing, stunt, swimming and diving, track and field (field events only), triathlon (swimming and cycling only), water polo and wrestling] | 17.2.7<br>17.8.7<br>17.9.7<br>17.13.7<br>17.16.7<br>17.17.9<br>17.19.7, 17.22.9<br>17.23.8<br>17.25.8<br>17.26.7<br>17.28.8<br>17.29.8<br>17.30.8 | | X |
| Required preparation of playing field | 17.02.1 | | X |
| Student-athlete requested individual summer workout sessions with a member of the coaching staff (in acrobatics and tumbling, bowling, cross country, fencing, golf, gymnastics, rifle, rowing, stunt, swimming and diving, tennis, track and field, triathlon and wrestling) (outside of playing season) | 17.2.6.1.1<br>17.6.6.1.1<br>17.7.8.1.1<br>17.9.6.1.1<br>17.12.8.1.1<br>17.13.6.1.1<br>17.16.6.1.1<br>17.17.8.1.1, 17.22.8.1.1<br>17.23.7.1.1<br>17.24.8.1.1<br>17.25.7.1.1<br>17.29.7.1.1<br>17.30.7.1.1 | | X |
| Team entertainment activities (e.g., leadership training and/or team building activities) that include physical components incidental to the activity.[11] | 17.02.1<br>17.1.6.1<br>17.1.6.3 | | X |

| Type of Activity | Bylaw(s) | Countable | Noncountable |
|---|---|---|---|
| Training-table or competition-related meals | 17.02.1 | | X |
| Travel to and from practice and competition | 17.02.1 | | X |

[1] A coach may create a general individual workout program for a student-athlete (as opposed to a specific workout for specific days) but cannot conduct the individual's workout. However, in fall sports, beginning June 1 through the conclusion of the institution's summer vacation period, a student-athlete may participate in workouts designed and conducted by the institution's strength and conditioning personnel provided certain requirements are satisfied (see Bylaw 17.1.6.3.5.1).

[2] This is applicable during an institution's declared playing season, provided the coach does not direct or supervise the organized activity. Outside of an institution's declared playing season, an institution's coaching staff member in a team sport, other than football, may observe enrolled student-athletes in nonorganized sport-specific activities, provided the observation occurs during the permissible time period and permissible hour limitations for team activities.

[3] Required participation as a demonstrator in an institutional or privately owned camp or clinic is a countable athletically related activity. Participation as a counselor or demonstrator in an institutional or a privately owned camp or clinic would not be considered a countable athletically related activity, provided the participation in the camp or clinic is voluntary.

[4] If participation occurs outside the institution's declared playing season, it shall be counted as part of countable required conditioning activities.

[5] Practice is defined as any meeting, activity or instruction involving sports-related information and having an athletics purpose, held for one or more student-athletes at the direction of, or supervised by, any member of an institution's coaching staff. Practice is considered to have occurred, if one or more coaches or one or more student-athletes engage in any of the aforementioned activities. Any activity in which the student-athlete's attendance is recorded or absence is punished shall be considered countable.

[6] For example, any class composed of or including primarily members of an intercollegiate team on a required attendance basis or where the class uses equipment for the sport.

[7] Strength and conditioning personnel may monitor voluntary individual workouts (e.g., summer workouts) for safety purposes without considering such supervision as a countable athletically related activity. If the strength and conditioning coach is also a coaching staff member for one of the institution's intercollegiate teams, such assistance may be provided only if that staff member performs such duties for more than one of the institution's intercollegiate teams.

[8] For the circumstances that would cause these activities to become countable athletically related activities, see April 20, 2011, official interpretation.

[9] A coach's observation of a student-athlete in organized competition (e.g., summer basketball league) is not considered a countable athletically related activity, provided the coach does not direct or supervise the organized activity.

[10] For example, a student-athlete's participation in a regular physical education class, with or without credit, that is listed in the institution's catalog and is open to all students.

[11] Such physical activities are not countable athletically related activities as long as they are separate and distinguishable from normal practice or strength and conditioning activities, occur only on an infrequent basis and neither tactical nor technical instruction related to the student-athletes sport is provided.

**FIGURE 17-4**
Future Winter Break Periods

| Calendar Year | Winter Break Period | When Benefits May Be Provided to Student-Athletes Following Winter Break |
|---|---|---|
| 2023 | December 20-26 (Wednesday-Tuesday) | 12:01 a.m. on December 27 |
| 2024 | December 23-29 (Monday-Sunday) | 12:01 a.m. on December 30 |
| 2025 | December 22-28 (Monday-Sunday) | 12:01 a.m. on December 29 |
| 2026 | December 21-27 (Monday-Sunday) | 12:01 a.m. on December 28 |
| 2027 | December 20-26 (Monday-Sunday) | 12:01 a.m. on December 27 |
| 2028 | December 20-26 (Wednesday-Tuesday) | 12:01 a.m. on December 27 |
| 2029 | December 20-26 (Thursday-Wednesday) | 12:01 a.m. on December 27 |
| 2030 | December 23-29 (Monday-Sunday) | 12:01 a.m. on December 30 |
| 2031 | December 22-28 (Monday-Sunday) | 12:01 a.m. on December 29 |
| 2032 | December 20-26 (Monday-Sunday) | 12:01 a.m. on December 27 |
| 2033 | December 20-26 (Tuesday-Monday) | 12:01 a.m. on December 27 |
| 2034 | December 20-26 (Wednesday-Tuesday) | 12:01 a.m. on December 27 |

BYLAW, ARTICLE 18

# Championships Administration

## 18.01 General Principles.

**18.01.1 Purpose of NCAA Championships.** NCAA championships are intended to provide national-level competition among the best eligible student-athletes and teams of member institutions, with consideration also for approved regional structures for certain championships.

**18.01.2 Criteria for Establishment or Continuation of Championships.** The establishment or continuation of a National Collegiate Championship or a Division II Championship in a given sport shall be determined on the basis of the requirements in the following bylaws, with sponsorship of a sport based on the Association's records as of September 30 each year (see Bylaws 18.4.1 and 18.5.2). *(Revised: 7/18/23 effective 8/1/23)*

## 18.02 Definitions and Applications.

**18.02.1 Automatic Qualification.** Automatic qualification is the automatic entry into a championship field by a team or individual student-athletes representing a member conference recommended by the appropriate sports committee and approved by the Championships Committee (see Bylaw 18.4.3.3).

**18.02.2 Championships.**

**18.02.2.1 National Collegiate Championship.** A National Collegiate Championship for a particular sport is postseason competition conducted by the Association for eligible student-athletes and teams of active member institutions to determine the NCAA champion in that sport for all divisions that do not have a separate division championship in that sport. A National Collegiate Championship is established or continued in accordance with the criteria set forth in Bylaw 18.5.3.1. *(Revised: 7/18/23 effective 8/1/23)*

**18.02.2.2 Division Championship.** A division championship for a particular sport is postseason competition conducted by the Association for eligible student-athletes or teams of active member institutions to determine the division champion in that sport. A division championship is established or continued in accordance with the criteria set forth in Bylaw 8.4.1. *(Revised: 7/18/23 effective 8/1/23)*

**18.02.3 Mixed Team.** A mixed team is a varsity intercollegiate sports team on which at least one individual of each gender competes. *(Revised: 1/11/94, 7/18/23 effective 8/1/23)*

**18.02.4 Misconduct.** Misconduct in an NCAA championship is any act of dishonesty, unsportsmanlike conduct, unprofessional behavior or breach of law, occurring from the time the championship field is announced through the end of the championship that discredits the event or intercollegiate athletics. *(Revised: 8/15/89, 8/13/92, 10/30/08)*

**18.02.5 Nullification.** Nullification is a penalty imposed on an institution by the Championships Committee for permitting an ineligible student-athlete to compete in intercollegiate competition. *(Adopted: 1/9/06 effective 8/1/06)*

## 18.1 Regulations and Authority for Conduct of Championships.
All NCAA championships shall be conducted in accordance with this bylaw and the policies and procedures established by the Championships Committee, the Management Council, the Presidents Council and/or the Board of Governors, which shall establish and revise the policies and procedures governing the administration of NCAA championships, including selection processes, formats and distribution of revenues to participating institutions. NCAA championships shall be under the control, direction and supervision of the appropriate sports committees, subject to the requirements, standards and conditions prescribed in Bylaw 31. *(Revised: 1/10/91, 10/17/07, 1/26/15)*

**18.1.1 Institutional Eligibility.** To be eligible to enter a team or an individual in NCAA championship competition the institution shall be an active member in good standing in the appropriate division, or have its sport so classified, and be eligible under the rules of the member conference of which it is a member. *(Revised: 7/18/23 effective 8/1/23)*

## 18.2 Eligibility for Championships.

**18.2.1 Student-Athlete Eligibility.** To be eligible for NCAA championships, a student-athlete shall meet all applicable individual-eligibility requirements set forth in NCAA legislation. The general and academic eligibility requirements are set forth in detail in Bylaw 14. An institution that holds membership in a member conference may not enter teams or individuals in an NCAA championship unless they are eligible for such competition under the rules of that conference. *(Revised: 7/18/23 effective 8/1/23)*

**18.2.1.1 Notification of Ineligibility.** An institution shall advise the NCAA championships staff if a student-athlete who has participated in regular-season competition becomes ineligible before the date on which the governing sports committee selects championship participants, as indicated in the appropriate championships handbook. *(Revised: 5/1/92, 1/9/06 effective 8/1/06)*

**18.2.1.2 Ineligibility for Use of Banned Drugs.** A student-athlete who, as a result of a drug test administered by the NCAA, tests positive for use of a substance in a banned drug class, shall be declared ineligible for further participation in postseason and regular-season competition in accordance with the ineligibility provisions in this bylaw. *(Revised: 1/10/90 effective 8/1/90, 4/29/04, 6/3/05, 4/24/14, 3/30/16, 1/14/18 effective 8/1/14 for any NCAA drug test administered on or after 8/1/14, 7/18/23 effective 8/1/23)*

**18.2.1.2.1 Banned Drugs.** The following is the list of banned-drug classes, which aligns with the World Anti-Doping Agency (WADA) list of prohibited classes, with the exception of the glucocorticoid class. The Committee on Competitive Safeguards and Medical Aspects of Sports (or a designated subcommittee) has the authority to identify banned drugs within each class. The institution and student-athletes shall be held accountable for all drugs within the banned-drug classes regardless of whether they have specifically identified. *(Revised: 1/10/05, 2/10/06, 5/28/15, 3/30/16, 10/16/18 effective 8/1/19)*

(a) Stimulants;

(b) Anabolic agents;

(c) Alcohol and beta blockers (banned for rifle only); *(Revised: 4/28/09)*

(d) Diuretics and other masking agents; *(Revised: 6/14/07)*

(e) Cannabinoids (marijuana and THC); *(Revised: 1/5/07, 1/9/17, 10/16/18 effective 8/1/19)*

(f) Peptide hormones and analogues; *(Revised: 1/5/07)*

(g) Hormone and metabolic modulators; *(Adopted: 1/5/07 effective 8/1/07, Revised: 10/16/18 effective 8/1/19)*

(h) Beta-2 agonists; and *(Adopted: 4/28/09, Revised: 10/16/18 effective 8/1/19)*

(i) Narcotics. *(Adopted: 10/16/18 effective 8/1/19)*

**18.2.1.2.1.1 Drugs and Procedures Subject to Restrictions.** The use of the following drugs and/or procedures is subject to certain restrictions and may or may not be permissible, depending on limitations expressed in these guidelines and/or quantities of these substances used: *(Revised: 8/15/89)*

(a) **Blood Doping.** The practice of blood doping (the intravenous injection of whole blood, packed red blood cells or blood substitutes) is prohibited, and any evidence confirming use will be cause for action consistent with that taken for a positive drug test. *(Revised: 8/15/89, 5/4/92, 8/6/14, 3/30/16)*

(b) **Gene Doping.** The practice of gene doping (the non-therapeutic use of cells, genes, genetic elements or of the modulation of gene expression, having the capacity to improve athletic performance) is prohibited, and any evidence confirming use will be cause for action consistent with that taken for a positive drug test. *(Adopted: 3/30/16)*

(c) **Local Anesthetics.** The Board of Governors will permit the limited use of local anesthetics under the following conditions: *(Revised: 1/26/15)*

(1) That procaine, xylocaine, carbocaine or any other local anesthetic may be used, but not cocaine; *(Revised: 12/9/91, 5/6/93)*

(2) That only local or topical injections can be used (i.e., intravenous injections are not permitted); and

(3) That use is medically justified only when permitting the athlete to continue the competition without potential risk to their health.

(d) **Manipulation of Urine Samples.** The Board of Governors bans the use of substances and methods (e.g., diuretics, probenecid, bromantan or related compounds, epitestosterone) that alter the integrity and/or validity of urine samples provided during NCAA drug testing. *(Revised: 8/15/89, 6/17/92, 7/23/97, 1/26/15, 4/16/19)*

(e) **Beta-2 Agonists.** The use of beta-2 agonists is permitted by inhalation only. *(Adopted: 8/13/93)*

(f) **Additional Analysis.** Drug screening for select nonbanned substances may be conducted for nonpunitive purposes. *(Revised: 8/15/89)*

**18.2.1.2.2 Penalty -- Banned Drug Classes Other Than Cannabinoids and Narcotics.** A student-athlete who, as a result of a drug test administered by the NCAA, tests positive for use of a substance in a banned drug class

other than cannabinoids and narcotics (in accordance with the testing methods authorized by the Board of Governors), shall be subject to the following: *(Revised: 1/10/90 effective 8/1/90, 1/16/93, 1/9/96 effective 8/1/96, 1/14/97 effective 8/1/97, 1/8/01, 1/12/04, 10/29/04, 1/11/08, 1/18/14 effective 8/1/14 for any NCAA drug test administered on or after 8/1/14, 7/22/14, 1/14/15 applicable on a retroactive basis to any student-athlete with remaining eligibility, 1/26/15, 10/19/15 effective 8/1/16 for all drug tests administered on or after 8/1/16, 3/30/16, 1/9/17, 10/16/18 effective 8/1/19, 4/16/19 Immediate; may be applied retroactively to a student-athlete with eligibility remaining.)*

(a) The student-athlete shall be ineligible for competition in all sports until they have been withheld from the equivalent of one season (the maximum number of championship segment regular-season contests or dates of competition in the applicable sport per Bylaw 17) of regular-season competition. The student-athlete must be otherwise eligible for competition to fulfill this penalty except a transfer student-athlete may fulfill a transfer residence requirement and a drug-testing penalty concurrently if they meet all other eligibility requirements;

(b) A student-athlete who tests positive during a year in which they did not use a season of competition, shall be charged with the loss of one season of competition in all sports. A student-athlete who tests positive during a year in which they used a season of competition, shall be charged with the loss of one additional season of competition in all sports (in addition to the season used) unless they use a season of competition in the next academic year; and

(c) The student-athlete shall be ineligible for intercollegiate competition for 365 consecutive days after the collection of the student-athlete's positive drug-test specimen and until they test negative pursuant to the NCAA Drug-Testing Program's policies and procedures.

**18.2.1.2.2.1 Second Positive Test.** If a student-athlete who previously tested positive for the use of a substance in a banned drug class other than cannabinoids and narcotics tests positive a second time for the use of a substance in a banned drug class other than cannabinoids and narcotics, they shall lose all remaining regular-season and postseason eligibility in all sports. If a student-athlete who previously tested positive for the use of a substance in a banned drug class other than cannabinoids and narcotics tests positive for the use of a substance in the banned drug class cannabinoids, they shall engage, along with the institution, in an education and management plan for substance misuse as developed and facilitated by the institution (e.g., engagement with campus counseling services, participation in identified programs to address the substance misuse, enrollment in evidence-based educational sessions). If a student-athlete who previously tested positive for the use of a substance in a banned drug class other than cannabinoids and narcotics tests positive for the use of a substance in the banned drug class narcotics, they shall be ineligible for competition for 50 percent of a season in all sports (the first 50 percent of regular-season contests or dates of competition in the season following the positive test). The student-athlete shall remain ineligible until the prescribed penalty is fulfilled and they test negative pursuant to the policies and procedures of the NCAA Drug-Testing Program. *(Adopted: 3/30/16, Revised: 1/9/17, 10/16/18 effective 8/1/19, 4/16/19 Immediate; may be applied retroactively to a student-athlete with eligibility remaining., 6/3/22 effective 8/1/22 August 1, 2022, for penalties served August 1, 2022, or later.)*

**18.2.1.2.3 Penalty -- Narcotics.** A student-athlete who, as a result of a drug test administered by the NCAA, tests positive for use of a substance in the banned drug class narcotics (in accordance with the testing methods authorized by the Board of Governors) shall be ineligible for competition during 50 percent of a season of competition in all sports (i.e., 50 percent of all contests or dates of competition in the season following the positive test). The student-athlete shall remain ineligible until the prescribed penalty is fulfilled and they test negative pursuant to the policies and procedures of the NCAA Drug-Testing Program. *(Adopted: 1/18/14 effective 8/1/14 for any NCAA drug test administered on or after 8/1/14, Revised: 1/26/15, 10/19/15 effective 8/1/16 for all drug tests administered on or after 8/1/16, 3/30/16, 1/9/17, 7/18/17 effective 8/1/17, 10/16/18 effective 8/1/19, 4/16/19 Immediate; may be applied retroactively to a student-athlete with eligibility remaining., 6/3/22 effective 8/1/22 August 1, 2022, for penalties served August 1, 2022, or later.)*

**18.2.1.2.3.1 Second Positive Test.** If a student-athlete who previously tested positive for the use of a substance in the banned drug class narcotics tests positive a second time for the use of a substance in the banned drug class narcotics or if a student-athlete who previously tested positive for the use of a substance in the banned drug class narcotics tests positive for use of a substance in a banned drug classes other than cannabinoids or narcotics or tests positive for use of a substance in the banned drug class cannabinoids, they shall be subject to the penalties set forth in Bylaws 18.2.1.2.2 or 18.2.1.2.4. *(Adopted: 3/30/16, Revised: 1/9/17, 10/16/18 effective 8/1/19, 4/16/19 Immediate; may be applied retroactively to a student-athlete with eligibility remaining., 6/3/22 effective 8/1/22 for penalties served August 1, 2022, or later., 7/18/23 effective 8/1/23)*

**18.2.1.2.4 Penalty -- Cannabinoids.** A student-athlete who, as a result of a drug test administered by the NCAA, tests positive for use of a substance in the banned drug class cannabinoids (in accordance with the testing methods authorized by the Board of Governors) shall engage, along with the institution, in an education and management plan

for substance misuse as developed or facilitated by the institution (e.g., engagement with campus counseling services, participation in identified programs to address the substance misuse, enrollment in evidence-based educational sessions). If a student-athlete who previously tested positive for the use of a substance in the banned drug class cannabinoids tests positive for use of a substance other than cannabinoids (substance in a banned drug classes other than cannabinoids or narcotics, substance in the banned drug class narcotics), they shall be subject to the penalties set forth in Bylaws 18.2.1.2.2 or 18.2.1.2.3. *(Adopted: 6/3/22 effective 8/1/22 August 1, 2022, for penalties served August 1, 2022, or later., Revised: 7/18/23 effective 8/1/23)*

**18.2.1.2.4.1 Second Positive Test.** If a student-athlete who previously tested positive for the use of a substance in the banned drug class cannabinoids tests positive a second time for the use of a substance in the banned drug class cannabinoids, the institution must attest that the student-athlete was compliant with the education and management plan required following the student-athlete's first positive test, as specified by the NCAA Committee on Competitive Safeguards and Medical Aspects of Sports' policies and procedures, and has agreed to continue to engage in an education and management plan for substance misuse as developed or facilitated by their institution and designed to mitigate any identified at-risk behavior (e.g., engagement with campus counseling services, participation in identified programs to address substance misuse, enrollment in evidence-based educational sessions). If a student-athlete who previously tested positive for the use of a substance in the banned drug class cannabinoids tests positive for use of a substance other than cannabinoids (substance in a banned drug classes other than cannabinoids or narcotics, substance in the banned drug class narcotics), they shall be subject to the penalties set forth in Bylaws 18.2.1.2.2 or 18.2.1.2.3. *(Adopted: 6/3/22 effective 8/1/22 August 1, 2022, for penalties served August 1, 2022, or later.)*

**18.2.1.2.4.1.1 Failure to Attest.** If an institution cannot or does not attest, the student-athlete shall be considered ineligible for competition during 25-percent of a season in all sports (25-percent of the NCAA Bylaw 17 maximum regular-season contests or dates of competition). *(Adopted: 6/3/22 effective 8/1/22 August 1, 2022, for penalties served August 1, 2022, or later.)*

**18.2.1.2.4.2 Third Positive Test and Beyond.** If a student-athlete who previously tested positive for the use of a substance in the banned drug class cannabinoids tests positive a third time or more for the use of a substance in the banned drug class cannabinoids, the institution must attest that the student-athlete was compliant with the education and management plan required following the student-athlete's first positive test, as specified by the NCAA Committee on Competitive Safeguards and Medical Aspects of Sports' policies and procedures, and has agreed to continue to engage in an education and management plan for substance misuse as developed or facilitated by their institution and designed to mitigate any identified at-risk behavior (e.g., engagement with campus counseling services, participation in identified programs to address substance misuse, enrollment in evidence-based educational sessions). If a student-athlete who previously tested positive for the use of a substance in the banned drug class cannabinoids tests positive for use of a substance other than cannabinoids (substance in a banned drug classes other than cannabinoids or narcotics, substance in the banned drug class narcotics), they shall be subject to the penalties set forth in Bylaws 18.2.1.2.2 or 18.2.1.2.3. *(Adopted: 6/3/22 effective 8/1/22 August 1, 2022, for penalties served August 1, 2022, or later., Revised: 7/18/23 effective 8/1/23)*

**18.2.1.2.4.2.1 Failure to Attest.** If the institution cannot or does not attest, the student-athlete shall be considered ineligible for competition during 50-percent of a season in all sports (50-percent of the NCAA Bylaw 17 maximum regular-season contests or dates of competition). *(Adopted: 6/3/22 effective 8/1/22 August 1, 2022, for penalties served August 1, 2022, or later.)*

**18.2.1.2.5 Breach of NCAA Drug-Testing Program Protocol.** A student-athlete who is in breach of the NCAA drug-testing program protocol (e.g., no show) shall be considered to have tested positive for the use of any drug other than a cannabinoid or narcotic. *(Revised: 1/10/05 effective 8/1/05, 7/23/12 effective 8/1/12 for any NCAA drug test administered on or after 8/1/12, 1/9/17, 10/16/18 effective 8/1/19)*

**18.2.1.2.5.1 Tampering With a Drug-Test Sample.** A student-athlete who is involved in a case of clearly observed tampering with an NCAA drug test sample (e.g., urine substitution and related methods), as documented per NCAA drug-testing protocol by a drug-testing crew member, shall be subject to the following: *(Adopted: 7/23/12 effective 8/1/12 for any NCAA drug test administered on or after 8/1/12, Revised: 1/26/15, 10/19/15 effective 8/1/16 for all drug tests administered on or after 8/1/16, 3/30/16, 4/16/19 Immediate; may be applied retroactively to a student-athlete with eligibility remaining.)*

(a) The student-athlete shall be ineligible for competition in all sports until they have been withheld from the equivalent of two seasons (the maximum number of championship segment regular-season contests or dates of competition in the applicable sport per Bylaw 17) of regular-season competition. The student-athlete must be

otherwise eligible for competition to fulfill this penalty except a transfer student-athlete may fulfill a transfer residence requirement and a drug-testing penalty concurrently if they meet all other eligibility requirements; *(Adopted: 4/16/19 Immediate; may be applied retroactively to a student-athlete with eligibility remaining.)*

(b) A student-athlete who is involved in tampering during a year in which they did not use a season of competition, shall be charged with the loss of two seasons of competition in all sports. A student-athlete who is involved in tampering during a year in which they used a season of competition, shall be charged with the loss of two additional seasons of competition in all sports (in addition to the season used) unless they use a season of competition in one of the next two academic years. If the student-athlete uses a season of competition in one of the next two academic years, they will only be charged one additional season of competition in all sports (in addition to the seasons used); and *(Adopted: 4/16/19 Immediate; may be applied retroactively to a student-athlete with eligibility remaining.)*

(c) The student-athlete shall be ineligible for intercollegiate competition for 730 consecutive days after the student-athlete was involved in tampering and until they test negative pursuant to the policies and procedures of the NCAA Drug-Testing Program. *(Adopted: 4/16/19 Immediate; may be applied retroactively to a student-athlete with eligibility remaining.)*

**18.2.1.2.6 Transfers.** If the student-athlete transfers to another NCAA institution while ineligible, the institution from which the student-athlete transferred must notify the student-athlete's new institution that the student-athlete is ineligible. If the student-athlete transfers to a non-NCAA institution while ineligible and competes in intercollegiate competition during the prescribed period of ineligibility at a non-NCAA institution: *(Revised: 5/28/15, 10/19/15 effective 8/1/16 for all drug tests administered on or after 8/1/16, 3/30/16, 4/16/19 Immediate; may be applied retroactively to a student-athlete with eligibility remaining.)*

(a) The student-athlete remains ineligible for all NCAA regular-season and postseason competition until the student-athlete does not compete in collegiate competition for the entirety of the prescribed penalty (the total number of prescribed contests or dates of competition) while enrolled and otherwise eligible for competition at an NCAA institution; *(Adopted: 4/16/19 Immediate; may be applied retroactively to a student-athlete with eligibility remaining.)*

(b) The student-athlete shall be ineligible for intercollegiate competition for the applicable consecutive-day period (365 or 730) after their final non-NCAA competition; and *(Adopted: 4/16/19 Immediate; may be applied retroactively to a student-athlete with eligibility remaining.)*

(c) The student-athlete remains ineligible until they test negative pursuant to the policies and procedures of the NCAA Drug-Testing Program. *(Adopted: 4/16/19 Immediate; may be applied retroactively to a student-athlete with eligibility remaining.)*

**18.2.1.2.7 Appeals.** An institution may appeal the penalty to the Committee on Competitive Safeguards and Medical Aspects of Sports (or a designated subcommittee), as specified by the committee's policies and procedures. The committee determination shall be final, binding and conclusive and shall not be subject to further review by an other authority. *(Adopted: 1/10/05 effective 8/1/05 for drug tests conducted on or after 8/1/05, Revised: 10/19/15 effective 8/1/16 for all drug tests administered on or after 8/1/16, 3/30/16, 4/26/21)*

**18.2.1.2.8 Non-NCAA Athletics Organization's Positive Drug Test.** The Board of Governors shall authorize methods for drug testing any student-athlete who has disclosed in the student-athlete statement (see Bylaw 14.1.3.1) that they have a positive drug test administered by a non-NCAA athletics organization that has adopted the World Anti-Doping Agency (WADA) code. A student-athlete under a drug-testing suspension from a national or international sports governing body that has adopted the WADA code shall not participate in NCAA intercollegiate competition for the duration of the suspension. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/10/05 effective 8/1/05, 1/26/15, 5/15/17)*

**18.2.1.2.9 Medical Exceptions.** Exceptions to the prohibition on use of any substance in a banned-drug class may be provided to a student-athlete, as specified in the policies and procedures of the Committee on Competitive Safeguards and Medical Aspects of Sports. *(Revised: 1/10/00, 4/11/06, 1/5/07 effective 8/1/07, 4/28/09, 1/26/15, 3/30/16, 10/16/18 effective 8/1/19, 4/12/22)*

**18.2.1.2.10 Methods for Drug Testing.** The methods and any future modifications authorized by the Board of Governors for drug testing of student-athletes shall be posted to the NCAA website. Copies of the modifications shall be available to member institutions. *(Revised: 1/26/15)*

**18.2.1.2.11 Events Identified for Drug Tests.** The Board of Governors shall determine the regular-season and postseason competition for which drug tests shall be made and the procedures to be followed in disclosing its determinations. *(Revised: 1/26/15)*

**18.2.1.2.12 Individual Eligibility -- Team Sanctions.** Executive regulations pertaining to team-eligibility sanctions for positive tests resulting from the NCAA drug-testing program shall apply only in the following situation: If a student-athlete is declared ineligible before an NCAA team championship or a certified postseason football game and the institution knowingly allows them to participate, all team-ineligibility sanctions shall apply (i.e., the team shall be required to forfeit its awards and any revenue distribution it may have earned, and the team's and student-athlete's performances shall be deleted from NCAA records). In the case of certified postseason football contests, the team's and student-athlete's performances shall be deleted from NCAA records. *(Revised: 1/10/90)*

**18.2.2 Institutional Eligibility.** To be eligible to enter teams or individual student-athletes in NCAA championships, an institution shall be an active member in good standing and list the sport on the NCAA sports sponsorship report by the established deadline for the applicable year (see Bylaw 18.2.2.1). An institution that holds membership in a member conference may not enter teams or individuals in an NCAA championship unless they are eligible for such competition under the rules of that conference, as well as any additional requirements specified in the applicable pre-championship manual. *(Revised: 1/9/06 effective 8/1/06, 7/18/23 effective 8/1/23)*

**18.2.2.1 Deadline.** The institutional eligibility requirements for entry into NCAA championships must be met by the following dates: *(Revised: 7/18/23 effective 8/1/23)*

(a) September 15 for fall championships;

(b) December 1 for winter championships; and

(c) March 1 for spring championships.

**18.2.2.2 Deadline Waivers.** Institutions that fail to meet a deadline for institutional eligibility in NCAA championships may appeal to the Championships Committee for a waiver. This waiver is available only in those instances when the institution officially sponsors the sport and fails to list the sport on the NCAA sports sponsorship report prior to the appropriate deadline. If the Championships Committee grants the appeal, then the institution's eligibility may be restored for NCAA championships. *(Revised: 1/8/01, 7/18/17)*

# 18.3 Current Championships.
The Association currently administers 90 national championships. There are 11 National Collegiate Championships. Additionally, there are 26 Division I championships, 25 Division II championships and 28 Division III championships. (See Bylaw 9.3.10.1 for the voting requirements for the establishment of a new championship.) The current championships are as follows: *(Revised: 1/10/90, 1/10/92, 1/9/96, 1/14/02, 1/17/15 effective 8/1/15, 7/18/23 effective 8/1/23)*

**18.3.1 National Collegiate Championships (11). [#]** *(Revised: 1/10/00, 1/13/03 effective 8/1/03, 1/17/15 effective 8/1/15)*

| Men (3) | Men and Women (3) | Women (5) |
|---|---|---|
| Gymnastics | Fencing | Beach Volleyball |
| Volleyball (Divisions I and II) | Rifle | Bowling |
| Water Polo | Skiing | Gymnastics |
| | | Ice Hockey (Divisions I and II) |
| | | Water Polo |

**18.3.2 NCAA Division II Championships (25).** *(Revised: 1/12/99 effective 8/1/99, 1/7/00 effective 8/1/00, Adopted: 1/14/02 effective 8/1/02)*

| Men (12) | Women (13) |
|---|---|
| Baseball | Basketball |
| Basketball | Cross Country |
| Cross Country | Field Hockey |
| Football | Golf |
| Golf | Lacrosse |
| Lacrosse | Rowing |
| Soccer | Soccer |
| Swimming and Diving | Softball |
| Tennis | Swimming and Diving |
| Indoor Track and Field | Tennis |

Outdoor Track and Field                    Indoor Track and Field
Wrestling                                   Outdoor Track and Field
                                            Volleyball

## 18.4 Administration of Division II Championships. *(Revised: 7/18/23 effective 8/1/23)*

### 18.4.1 Minimum Sponsorship for Division II Championships. *(Revised: 7/18/23 effective 8/1/23)*

**18.4.1.1 Men's Sports.** A Division II championship may be established in a men's sport if at least 50 institutions sponsor the sport. *(Adopted: 1/11/94 effective 8/1/94, Revised: 10/21/08, 7/18/23 effective 8/1/23)*

**18.4.1.2 Women's Sports.** A Division II championship may be established in a women's sport if at least 40 institutions sponsor the sport. *(Adopted: 1/11/94 effective 8/1/94, Revised: 1/13/98 effective 8/1/98, 1/13/03, 10/21/08, 7/18/23 effective 8/1/23)*

**18.4.1.3 Failure to Meet Minimum Sponsorship Requirements.** A Division II championship shall be discontinued automatically at the conclusion of the academic year in which it falls below the applicable minimum sponsorship number set forth in Bylaws 18.4.1.1 or 18.4.1.2. *(Revised: 1/11/94 effective 8/1/94, 7/18/23 effective 8/1/23)*

**18.4.1.3.1 Exception -- Olympic Sports.** A Division II championship in any Olympic sport shall be exempt from the minimum-sponsorship requirements of Bylaws 18.4.1.1. and 18.4.1.2. The membership may adopt specific legislation to discontinue the championship in an Olympic sport. *(Adopted: 1/14/97 effective 8/1/97, Revised: 12/5/06, 7/18/23 effective 8/1/23)*

**18.4.1.3.2 Exception -- Men's and Women's Lacrosse.** A Division II championship in the sports of men's and women's lacrosse shall be exempt from the minimum-sponsorship requirements of Bylaws 18.4.1.1 and 18.4.1.2. *(Adopted: 1/12/99 effective 8/1/00, Revised: 7/18/23 effective 8/1/23)*

### 18.4.2 Championship Site Selection. *(Adopted: 7/18/23 effective 8/1/23)*

**18.4.2.1 Criteria for Regional Site Determination.** The top-seeded team, as determined by the governing sports committee, shall be provided the opportunity to host the regional competition, provided the specific criteria that have been developed by the governing sports committee have been met as well as any general site-selection criteria outlined in Championships Committee policy. *(Revised: 1/12/99 effective beginning with the 1999 championships, 7/18/23 effective 8/1/23)*

**18.4.2.2 Host Institution's Responsibility.** The host institution shall administer the finances of an NCAA championship in accordance with championship policy and consistent with the institution's championship budget, as submitted to and approved by the governing sports committee and the Championships Committee. *(Revised: 7/18/23 effective 8/1/23)*

### 18.4.3 Criteria for Selection of Participants.

**18.4.3.1 Team Championships Pairings.** Sports committees shall pair teams strictly within their regions. *(Adopted: 1/12/99 effective beginning with the 1999 championships)*

**18.4.3.2 Criteria for Selection in Team Sports.** To be considered for championship selection, a team must satisfy all scheduling requirements as outlined by championships policy in that sport (e.g., minimum number of Division II or in-region contests). The following criteria shall be employed by a governing sports committee in selecting participants for NCAA championships competition: *(Revised: 1/18/14 effective 8/1/15)*

(a) Availability of student-athletes for NCAA championships; *(Revised: 1/9/06 effective 8/1/06)*

(b) Nullification; *(Revised: 1/9/06 effective 8/1/06)*

(c) **Required Selection Criteria.** Following confirmation of the availability of student-athletes for NCAA championships and the application of any nullification, the following required selection criteria shall be applied in no particular order: *(Adopted: 1/18/14 effective 8/1/15)*

(1) In-region winning percentage; *(Revised: 1/7/15)*

(2) Division II winning percentage; *(Revised: 1/7/15)*

(3) Division II strength of schedule (opponents' average winning percentage and opponents' opponents' average winning percentage); *(Revised: 1/7/15)*

(4) Division II head-to-head competition; and

(5) Results versus Division II common opponents.

(d) **Sport-Specific Selection Criteria.** A governing sport committee may select not more than three additional sport-specific selection criteria from a list approved by the Division II Championships Committee. *(Adopted: 1/18/14 effective 8/1/15)*

**18.4.3.3 Automatic Qualification.** Each governing sports committee may recommend annually to the Championships Committee those multisport voting conferences that should receive one automatic qualification position for their teams into NCAA championships conducted in team sports, timed individual sports and other individual sports as identified in Bylaw 17.02.16. The decision of the Championships Committee shall be final. *(Revised: 1/14/97 effective 8/1/97, 10/27/11, 6/4/12, 1/16/16 effective 8/1/17, 7/18/23 effective 8/1/23)*

**18.4.3.3.1 Requirements -- Division Championship.** To be eligible for automatic qualification in any Division II championship, a member conference must meet the following general requirements: *(Revised: 1/9/06, 12/5/06)*

(a) Been a multisport voting member conference of the Association for five consecutive academic years (see Bylaw 7.3.5.1.3.); and *(Adopted: 6/4/12, Revised: 1/29/20, 6/10/20, 7/18/23 effective 8/1/23)*

(b) Have at least six active members that sponsor the sport at the varsity intercollegiate level in which automatic qualification is sought and that are eligible for the NCAA championship, and have had at least six active members that are eligible for the NCAA championship participate in the process that determines the automatic qualifier. Institutions that are affiliate members of a conference in a particular sport may be used to satisfy the sponsorship requirement for automatic qualification in that sport. *(Adopted: 6/4/12, Revised: 1/16/16 effective 8/1/17, 1/17/18, 7/17/18, 1/29/20)*

**18.4.3.3.2 Impact of Nullification on Automatic Qualification for Use of Ineligible Player(s).** The Championships Committee may impose a penalty on an institution's team for permitting ineligible student-athlete(s) to compete in intercollegiate competition (see Bylaws 18.02.5 and 18.4.3 regarding nullification penalties for permitting an ineligible student-athlete to compete in intercollegiate competition). An institution that receives a nullification penalty may be denied the right to participate in the appropriate NCAA championship. *(Adopted: 7/18/23 effective 8/1/23)*

**18.4.3.3.3 Limitation on Automatic-Qualifying Positions.** A member conference that satisfies the general requirements for automatic qualification is eligible for one automatic qualification per applicable sport (see Bylaw 18.4.3.3.1). *(Adopted: 7/26/11, Revised: 1/14/12 effective 8/1/12, 1/16/16 effective 8/1/17, 7/18/23 effective 8/1/23)*

**18.4.3.4 Earned Access -- Football.** The Division II Football Committee shall award earned access to the NCAA Division II Football Championship to Division II football-playing conferences for which at least one member institution finishes no more than two spots lower than the super region bracket size in the final NCAA Division II football regional ranking. To be awarded earned access, the conference shall have a minimum of six active football-playing members. The earned access shall go to the conference's highest-ranked team in the final regional Top 10 poll. *(Adopted: 1/12/04, Revised: 10/26/09, 1/11/12, 10/16/18)*

**18.4.3.4.1 Requirements.** To be eligible for earned access to the football championship, a member conference must meet the following general requirements: *(Adopted: 10/30/13, Revised: 10/18/16 effective 8/1/17, 7/19/22, 7/18/23 effective 8/1/23)*

(a) Been a multisport voting member conference of the Association for five consecutive academic years; and *(Revised: 7/19/22 effective 7/20/22)*

(b) Have at least six active members that sponsor football at the varsity intercollegiate level in which earned access is sought and that are eligible for the NCAA championship, and have had at least six active members that are eligible for the NCAA championship participate in the process that determines possible earned access. Institutions that are affiliate members of a Division II football-playing conference may be used to satisfy the sponsorship requirement for earned access in football. *(Revised: 10/18/16 effective 8/1/17)*

**18.4.3.4.2 Impact of Nullification on Earned Access for Use of Ineligible Player(s).** The Championships Committee may impose a penalty on an institution's team for permitting ineligible student-athlete(s) to compete in intercollegiate competition (see Bylaws 18.02.5 and 18.4.3 regarding nullification penalties for permitting an ineligible student-athlete to complete in intercollegiate competition). An institution that receives a nullification penalty may be denied the right to participate in the NCAA championship. *(Adopted: 7/18/23 effective 8/1/23)*

**18.4.3.5 Selection of Balance of Championship Field.** Once the official representative of each qualifying conference is determined, the governing sports committee responsible for selection of the balance of the championship field shall consider objectively and without prejudice the competitive records of all other eligible student-athletes and teams (including representatives of the other members of the conferences receiving automatic qualification). To the best of its ability, the

committee shall select the most highly qualified individuals and teams to complete the championship field in accordance with the regional structure, if any, approved for the particular championship. *(Revised: 7/18/23 effective 8/1/23)*

## 18.5 National Collegiate Championships. *(Adopted: 7/18/23 effective 8/1/23)*

**18.5.1 National Collegiate Championship.** A National Collegiate Championship for which any active member in good standing is eligible (per Bylaw 7.3.2) may be established by action of all three divisions acting through each division's governance structure, subject to the requirements, standards and conditions regarding the required number of members sponsoring the sport as prescribed in this bylaw. *(Revised: 1/14/97 effective 8/1/97)*

**18.5.2 Minimum Sponsorship for National Collegiate Championships.** *(Adopted: 7/18/23 effective 8/1/23)*

**18.5.2.1 Men's Sports.** A National Collegiate Championship may be established in a men's sport if at least 50 institutions sponsor the sport. *(Adopted: 7/18/23 effective 8/1/23)*

**18.5.2.2 Women's Sports.** A National Collegiate Championship may be established in a women's sport if at least 40 institutions sponsor the sport. *(Adopted: 7/18/23 effective 8/1/23)*

**18.5.2.3 Failure to Meet Minimum Sponsorship Requirements.** A championship shall be discontinued automatically at the conclusion of the academic year in which it falls below the applicable minimum sponsorship number set forth in Bylaws 18.5.2.1 or 18.5.2.2. *(Adopted: 7/18/23 effective 8/1/23)*

**18.5.2.3.1 Exception -- Olympic Sports.** A National Collegiate Championship in any Olympic sport shall be exempt from the minimum-sponsorship requirements of Bylaws 18.5.2.1 and 18.5.2.2. The membership may adopt specific legislation to discontinue the championship in an Olympic sport. *(Adopted: 7/18/23 effective 8/1/23)*

**18.5.2.3.2 Exception -- Men's and Women's Lacrosse.** A National Collegiate Championship in the sports of men's and women's lacrosse shall be exempt from the minimum-sponsorship requirements of Bylaws 18.5.2.1 and 18.5.2.2. *(Adopted: 7/18/23 effective 8/1/23)*

**18.5.2.4 National Collegiate and Division II Championship in Same Sport.** If a National Collegiate Championship and a Division II championship exist in the same sport, Division II sponsorship of the sport shall not count toward the minimum sponsorship number for the National Collegiate Championship. *(Adopted: 1/11/94 effective 8/1/94, Revised: 7/18/23 effective 8/1/23)*

**18.5.3 Automatic Qualification.** *(Revised: 7/18/23 effective 8/1/23)*

**18.5.3.1 National Collegiate Championship. [#]** To be eligible for automatic qualification into any National Collegiate Championship, a conference shall: *(Adopted: 1/9/06)*

(a) Have at least six active members that sponsor the applicable sport in any division; and

(b) Meet all applicable requirements for conference automatic qualification into any National Collegiate Championship as set forth in Bylaw 18.5.3.1.1. *(Revised: 7/18/23 effective 8/1/23)*

**18.5.3.1.1 Requirements -- National Collegiate Championship. [#]** To be eligible for automatic qualification in a National Collegiate Championship, a member conference must meet the following general requirements: *(Adopted: 1/9/06)*

(a) Have at least six active members that sponsor the applicable sport in any division (Note: A provisional member in the process of becoming an NCAA member may not be used to meet the requisite number);

(b) The six active members must have conducted conference competition together for the preceding two years in the applicable sport;

(c) There shall be no waivers of the two-year waiting period; and

(d) Any new member added to a conference that is eligible for an automatic bid shall be immediately eligible to represent the conference as the automatic qualifier.

**18.5.3.1.2 Limitation on Automatic-Qualifying Positions.** A member conference that satisfies the general requirements for automatic qualification is eligible for one automatic qualification per applicable sport (see Bylaw 18.5.3.1.1). *(Adopted: 7/26/11, Revised: 1/14/12 effective 8/1/12, 1/16/16 effective 8/1/17, 7/19/23 effective 8/1/23)*

**18.5.4 Institution Trademarks.** Participation in a National Collegiate Championship constitutes acquiescence by the member institution that the Association may use the institution's name, mascot and other identifying marks in championship-related activities, including television, promotion, licensing and merchandising programs incident to the championship. Revenues derived from such activities, less expenses, will be remitted to the member institution. *(Revised: 11/3/93)*

## 18.6 Playing Rules for Championships. In sports in which the Association maintains rules committees, the rules adopted by said committees shall govern the conduct of all NCAA-sponsored events in those sports. *(Revised: 7/18/23 effective 8/1/23)*

**18.6.1 Non-NCAA Rules, Men's Sports.** In those men's sports in which the Association does not publish rules, the NCAA championships shall be conducted according to the following, except where those rules are superseded by modifications recommended by the appropriate governing sports committee and approved by the Playing Rules Oversight Panel (see Bylaw 18.6): *(Revised: 1/23/19)*

(a) Fencing -- U.S. Fencing Association Rules;

(b) Golf -- U.S. Golf Association Rules;

(c) Gymnastics -- International Gymnastics Federation Rules;

(d) Rifle -- USA Shooting Rules; *(Adopted: 5/2/11)*

(e) Skiing -- International Ski Federation and U.S. Ski and Snowboard Association Competition Guides; *(Adopted: 5/2/19)*

(f) Tennis -- U.S. Tennis Association Rules; and

(g) Volleyball -- U.S. Volleyball Association Rules.

**18.6.2 Non-NCAA Rules, Women's Sports.** In those women's sports in which the Association does not publish rules, the NCAA championships shall be conducted according to the following, except where those rules are superseded by modifications recommended by the appropriate governing sports committee and approved by the Playing Rules Oversight Panel (see Bylaw 18.6): *(Revised: 1/23/19)*

(a) Fencing -- U.S. Fencing Association Rules;

(b) Field Hockey -- International Field Hockey Rules;

(c) Golf -- U.S. Golf Association Rules;

(d) Gymnastics -- USA Gymnastics Junior Olympic and Paralympic Women's Code of Points (Level 10 Rules); *(Revised: 9/11/15, 1/22/20 effective 8/1/20)*

(e) Rifle -- USA Shooting Rules; *(Adopted: 5/2/11)*

(f) Rowing -- U.S. Rowing Rules; and *(Adopted: 1/14/97)*

(g) Skiing -- International Ski Federation and U.S. Ski and Snowboard Association Competition Guides; and *(Adopted: 5/2/19)*

(h) Tennis -- U.S. Tennis Association Rules.

## BYLAW, ARTICLE 19
# Infractions Program.

### 19.01 General Principles. *(Adopted: 10/18/22 effective 8/1/23)*

**19.01.1 Mission of NCAA Infractions Program.** It is the mission of the NCAA infractions program to uphold the integrity and fair play among the NCAA membership, and to prescribe appropriate and fair penalties if violations occur. One of the fundamental principles of the infractions program is to ensure that those institutions and student-athletes abiding by the NCAA bylaws are not disadvantaged by their commitment to compliance. The program is committed to the fairness of procedures and the timely resolution of infractions cases. Member institutions are responsible to self-report violations. The ability to investigate allegations and penalize infractions is critical to the common interests of the Association's membership and the preservation of its enduring values. *(Adopted: 10/18/22 effective 8/1/23)*

**19.01.2 Accountability.** The infractions program shall hold institutions, coaches, administrators and student-athletes who violate the NCAA bylaws accountable for their conduct, both at the individual and institutional levels. *(Adopted: 10/18/22 effective 8/1/23)*

**19.01.3 Member Responsibility to Report Noncompliance.** Each institution has an affirmative obligation to report all instances of noncompliance to the Association in a timely manner. *(Adopted: 10/18/22 effective 8/1/23)*

### 19.02 Definitions and Applications. *(Adopted: 10/18/22 effective 8/1/23)*

**19.02.1 Involved Individual.** Involved individuals are former or current student-athletes and former or current institutional staff members who have received notice of significant involvement in alleged violations. *(Adopted: 10/18/22 effective 8/1/23)*

**19.02.2 New Information.** New information is information that could not reasonably be ascertained before the Committee on Infractions hearing. *(Adopted: 10/18/22 effective 8/1/23)*

**19.02.3 Show-Cause Order.** A show-cause order is one that requires a member institution to demonstrate to the satisfaction of the Committee on Infractions (or the Infractions Appeals Committee per Bylaw 19.5) why it should not be subject to a penalty (or additional penalty) for not taking appropriate disciplinary or corrective action with regard to an institutional staff member or representative of the institution's athletics interests found by the committee as having been involved in a violation of the NCAA bylaws. *(Adopted: 10/18/22 effective 8/1/23)*

### 19.1 Violation Structure. *(Adopted: 10/18/22 effective 8/1/23)*

**19.1.1 Violation, Secondary.** A secondary violation is a violation that is isolated or inadvertent in nature; provides or is intended to provide only a minimal recruiting, competitive or other advantage; and does not include any significant impermissible benefit (including, but not limited to, an extra benefit, recruiting inducement, preferential treatment, financial aid). Multiple secondary violations by a member institution may be collectively considered as a major violation. *(Adopted: 10/18/22 effective 8/1/23)*

**19.1.2 Violation, Major.** All violations other than secondary violations are major violations, specifically including those that provide an extensive recruiting or competitive advantage. *(Adopted: 10/18/22 effective 8/1/23)*

### 19.2 Responsibility to Cooperate and Expectations. *(Adopted: 10/18/22 effective 8/1/23)*

**19.2.1 Responsibility to Cooperate.** Current and former institutional staff members, and prospective and enrolled student-athletes of member institutions have an affirmative obligation to cooperate fully with and assist the NCAA enforcement staff, the Committee on Infractions and the Infractions Appeals Committee to further the objectives of the Association and its infractions program. Full cooperation includes, but is not limited to: *(Adopted: 10/18/22 effective 8/1/23)*

(a) Affirmatively reporting instances of noncompliance to the Association in a timely manner and assisting in developing full information to determine whether a possible violation has occurred and the details thereof; *(Adopted: 10/18/22 effective 8/1/23)*

(b) Timely participation in interviews and providing complete and truthful responses; *(Adopted: 10/18/22 effective 8/1/23)*

(c) Making a full and complete disclosure of relevant information, including timely production of materials or information requested, and in the format requested; *(Adopted: 10/18/22 effective 8/1/23)*

(d) Disclosing and providing access to all electronic devices used in any way for business purposes; *(Adopted: 10/18/22 effective 8/1/23)*

(e) Providing access to all social media, messaging and other applications that are or may be relevant to the investigation; *(Adopted: 10/18/22 effective 8/1/23)*

(f) Preserving the integrity of an investigation and abiding by all applicable confidentiality rules and instructions; and *(Adopted: 10/18/22 effective 8/1/23)*

(g) Instructing legal counsel and/or other representatives to also cooperate fully. *(Adopted: 10/18/22 effective 8/1/23)*

**19.2.1.1 Protection for Cooperation.** An institution shall not retaliate against a current or former institutional staff member or prospective or enrolled student-athlete who voluntarily reports information about potential violations to their conference, member institution and/or the Association. *(Adopted: 10/18/22 effective 8/1/23)*

**19.2.2 Failure to Cooperate.** In the event that a representative of an institution fails to satisfy the responsibility to cooperate, a notice of allegations may be issued alleging a violation of the cooperative principles of the NCAA bylaws. Institutional representatives and the involved individual may be requested to appear before the Committee on Infractions at the time the allegation is considered. *(Adopted: 10/18/22 effective 8/1/23)*

**19.2.2.1 Failure or Refusal to Produce Materials.** If an institution or individual fails or refuses to produce materials requested by the enforcement staff during an investigation, the Committee on Infractions may infer that the requested materials would support an alleged violation for which the party may be subject to penalty pursuant to Bylaw 19.12. *(Adopted: 10/18/22 effective 8/1/23)*

**19.2.2.2 Failure or Refusal to Participate in Interview.** If an individual fails or refuses to participate in an interview requested by the enforcement staff, and the individual is later deemed to be an involved individual, the Committee on Infractions may view the failure or refusal as an admission that an alleged violation, for which the individual may be subject to penalty pursuant to Bylaw 19.12. *(Adopted: 10/18/22 effective 8/1/23)*

**19.2.3 Member Responsibility for Compliance.** Each institution has an affirmative obligation to monitor and control its athletics programs, its representatives and its student-athletes to ensure compliance with the bylaws of the Association. *(Adopted: 10/18/22 effective 8/1/23)*

**19.2.4 Member Responsibility to Report Noncompliance.** Each institution has an affirmative obligation to report all instances of noncompliance to the Association in a timely manner. *(Adopted: 10/18/22 effective 8/1/23)*

**19.3 Public Disclosure.** Except as provided in this article, the Committee on Infractions, Infractions Appeals Committee and enforcement staff shall not make public disclosures about a pending case until the case has been announced in accordance with prescribed procedures. An institution and any individual subject to the NCAA bylaws involved in a case, including any representative or counsel, shall not make public disclosures about the case until a final decision has been announced in accordance with prescribed procedures. *(Adopted: 10/18/22 effective 8/1/23)*

**19.3.1 Public Announcements.** The enforcement staff shall not publicly confirm or deny the existence of an infractions case before complete resolution of the case pursuant to this article. However, if information concerning a case is made public, the institution, enforcement staff and the involved individual may confirm, correct or deny the information made public. *(Adopted: 10/18/22 effective 8/1/23)*

**19.4 Committee on Infractions.** *(Adopted: 10/18/22 effective 8/1/23)*

**19.4.1 Composition of Committee.** The Division II Management Council shall appoint a Committee on Infractions, which shall be responsible for administration of the NCAA infractions program. The committee shall consist of seven members, including one member of the Division II Management Council, and one individual from the general public who is not associated with a collegiate institution, conference, professional or similar sports organization, or who represents coaches or athletes in any capacity. One of the members shall serve as chair and one member shall serve as vice chair. Four members present and voting shall constitute a quorum for conducting committee business. *(Adopted: 10/18/22 effective 8/1/23)*

**19.4.2 Temporary Substitutes.** If it appears that one or more members of the committee will be unable to participate in the hearing of a case, the chair may request the Management Council to designate a former member or members of the committee to rejoin the committee for purposes of the consideration and disposition of that case. *(Adopted: 10/18/22 effective 8/1/23)*

**19.4.3 Conflict of Interest.** No member of a committee shall participate in a case if the member is directly connected with an institution under investigation or if the member has a personal, professional or institutional affiliation that may create the appearance of partiality. It is the responsibility of the committee member to determine if a conflict exists. Objections to the participation of a committee member in a particular case should be raised as soon as recognized but will not be considered unless raised at least one week in advance of the committee's review of the case. Objections will be decided by the committee chair. *(Adopted: 10/18/22 effective 8/1/23)*

**19.4.4 Term of Office.** A member shall serve a three-year term, which shall commence on the first day of September following the member's election and shall be eligible for immediate re-election. A member shall not serve more than nine years on the committee. *(Adopted: 10/18/22 effective 8/1/23)*

**19.4.5 Authority and Duties of Committee.** Disciplinary or corrective actions other than suspension or termination of membership may be effected by members of the Committee on Infractions present and voting at any duly called meeting, provided the call of such a meeting shall have contained notice of the situation presenting the disciplinary problem. Actions of the committee in cases involving major violations, however, shall be subject to review by the Infractions Appeals Committee. The Committee on Infractions shall: *(Adopted: 10/18/22 effective 8/1/23)*

(a) Find facts related to alleged bylaw violations; *(Adopted: 10/18/22 effective 8/1/23)*

(b) Conclude whether the facts constitute one or more violations of the NCAA bylaws; *(Adopted: 10/18/22 effective 8/1/23)*

(c) Upon concluding that one or more violations occurred, prescribe an appropriate penalty consistent with the provisions of this article; *(Adopted: 10/18/22 effective 8/1/23)*

(d) Coordinate with the office of the Committees on Infractions as necessary for logistic, administrative or other support related to implementation of the committee's decisions; *(Adopted: 10/18/22 effective 8/1/23)*

(e) Consider complaints alleging the failure of any member to maintain the academic or athletics standards required for membership or the failure of any member to meet the conditions and obligations of membership in the Association; *(Adopted: 10/18/22 effective 8/1/23)*

(f) Formulate and revise internal operating procedures and revise investigative guidelines. Committee amendments to the procedures and guidelines shall be effective immediately and subject to review and approval by the Management Council; *(Adopted: 10/18/22 effective 8/1/23)*

(g) Review negotiated resolutions (See Bylaw 19.10); *(Adopted: 10/18/22 effective 8/1/23)*

(h) Set the dates and times for all hearings before the committee and notify all relevant parties of the hearing date and site; and *(Adopted: 10/18/22 effective 8/1/23)*

(i) Carry out any other duties directly related to the administration of the Association's infractions program. *(Adopted: 10/18/22 effective 8/1/23)*

**19.4.6 Duties of Committee Chair.** The duties of the committee chair (or a designee) shall be as follows: *(Adopted: 10/18/22 effective 8/1/23)*

(a) Consider and decide scheduling requests and extensions of time regarding hearing-related deadlines; *(Adopted: 10/18/22 effective 8/1/23)*

(b) In the interim between meetings of the committee, the chair shall be empowered to act on behalf of the committee, subject to committee approval at its next meeting. If at any time, at a meeting or between meetings, the chair is unavailable to act as such, the vice chair is empowered to exercise the functions of the chair; *(Adopted: 10/18/22 effective 8/1/23)*

(c) For each hearing, the committee chair or chair's designee shall serve as the committee's appeals advocate for any appeal of a decision of the committee. If scheduling or availability issues prevent the appeals advocate from serving, the chair may designate another committee member to serve as a substitute; *(Adopted: 10/18/22 effective 8/1/23)*

(d) At the request of the enforcement staff, determine whether to grant limited immunity to a current or former institutional employee with responsibilities related to athletics based on information that the employee reports when such an employee otherwise would be subject to disciplinary action as described in Bylaws 19.12.1-(i) and Bylaw 19.12.2.2 based on the information that individual reports. Such immunity shall not apply to the employee's involvement in violations of NCAA legislation not reported or to future involvement in violations of NCAA legislation by the employee or to action taken by an institution; *(Adopted: 10/18/22 effective 8/1/23)*

(e) At the request of the enforcement staff, determine whether to grant limited immunity to a student-athlete or prospective student-athlete when such an individual otherwise might be declared ineligible for intercollegiate competition based on information reported to the enforcement staff by the student-athlete or a prospective student-athlete or a third party associated with the student-athlete or prospective student-athlete. Such immunity shall not apply to the individual's involvement in violations of NCAA legislation not reported or to future involvement in violations of NCAA legislation by the individual or to any action taken by an institution; *(Adopted: 10/18/22 effective 8/1/23)*

(f) Resolve or appoint another committee member to resolve procedural or other matters which may arise prior to the infractions hearing; *(Adopted: 10/18/22 effective 8/1/23)*

(g) In major cases, consider and decide requests by an institution or involved individual for an accelerated hearing; and *(Adopted: 10/18/22 effective 8/1/23)*

(h) Coordinate with the office of the Committees on Infractions as necessary for logistic, administrative or other support. *(Adopted: 10/18/22 effective 8/1/23)*

## 19.5 Infractions Appeals Committee. *(Adopted: 10/18/22 effective 8/1/23)*

**19.5.1 Composition of Committee.** The Infractions Appeals Committee shall consist of five members, including one member of the Division II Management Council, one individual from the general public who is not associated with a collegiate institution, conference, professional or similar sports organization, or who represents coaches or athletes in any capacity, and three additional individuals selected "at-large" from the membership. *(Adopted: 10/18/22 effective 8/1/23)*

**19.5.2 Conflict of Interest.** No member of the Infractions Appeals Committee shall participate in a case if the member is directly connected with an institution under investigation or has a personal, professional or institutional affiliation that may create the appearance of partiality. It is the responsibility of the committee member to determine if a conflict exists. Objections to the participation of a committee member in a particular case should be raised as soon as recognized, but will not be considered unless raised at least one week in advance of the committee's review of the case. *(Adopted: 10/18/22 effective 8/1/23)*

**19.5.3 Term of Office.** A member shall serve a three-year term. A member may be reappointed but shall not serve more than nine years on the committee. For the individual serving as the representative from the Management Council, service shall coincide with their service on the Council. *(Adopted: 10/18/22 effective 8/1/23)*

**19.5.4 Authority and Duties of Committee.** The Division II Infractions Appeals Committee shall hear and act on an institution's or involved individual's appeal of the conclusions and/or penalties of major violations by the Division II Committee on Infractions. The committee may formulate and revise internal operating procedures that relate directly to the infractions appeals process, subject to review and approval by Management Council. The Infractions Appeals Committee shall report to the Management Council. *(Adopted: 10/18/22 effective 8/1/23)*

## 19.6 Enforcement Staff Review and Investigation of Alleged Violations. *(Adopted: 10/18/22 effective 8/1/23)*

**19.6.1 Enforcement Staff to Receive Information and Conduct Investigations.** It is the responsibility of the enforcement staff to conduct investigations relative to an institution's failure to comply with NCAA legislation or to meet the conditions and obligations of membership. Information that an institution failed to meet these obligations shall be provided to the enforcement staff and, if received by the Committee on Infractions or NCAA president, will be channeled to the enforcement staff. *(Adopted: 10/18/22 effective 8/1/23)*

    **19.6.1.1 Conflict of Interest.** Any enforcement staff member who has or had a personal relationship or institutional affiliation that reasonably would result in the appearance of prejudice should refrain from participating in any manner in the processing of the involved institution's or individual's infractions case. *(Adopted: 10/18/22 effective 8/1/23)*

    **19.6.1.2 Initial Determination.** The enforcement staff shall identify information developed by it or as self-reported by the institution as alleged major or secondary violations (as defined in Bylaw 19.1). The enforcement staff shall have the discretion to submit information to the Committee on Infractions, or a designated member of the committee, for an initial determination of how that information should be processed. *(Adopted: 10/18/22 effective 8/1/23)*

**19.6.2 Notice of Inquiry to Institution.** Before the enforcement staff conducts an inquiry with current institutional staff and/or enrolled student-athletes, the enforcement staff shall notify the institution's president or chancellor (or their designee) of the inquiry, either orally or in writing. This notice shall toll the statute of limitations pursuant to Bylaw 19.7.1.1. The institution shall be informed of its obligation to cooperate pursuant to and of the confidential nature of the inquiry pursuant to Bylaw 19.2.1. The institution shall be notified that if the inquiry develops significant information of a possible major violation, a notice of allegations will be produced in accordance with the provisions of Bylaw 19.8. In the alternative, the institution will be notified that the matter has been concluded. *(Adopted: 10/18/22 effective 8/1/23)*

**19.6.3 Interviews.** *(Adopted: 10/18/22 effective 8/1/23)*

    **19.6.3.1 Interviews with Member Institution.** The director of athletics or other appropriate official of an institution shall be contacted by the enforcement staff in order to schedule interviews with enrolled student-athletes, coaching staff members or other institutional staff members with athletically related responsibilities or oversight who are believed to have knowledge of possible violations at the institution. *(Adopted: 10/18/22 effective 8/1/23)*

    **19.6.3.2 Presence of Institutional Representative During Interview.** If interviewing an enrolled student-athlete or current athletics department staff member , an institutional representative (as designated by the institution) will be permitted to be present during the interview, provided the subject matter to be discussed in the interview relates directly to the individual's institution or could affect the individual's eligibility or employment at the institution. If the enforcement staff wishes to discuss information with a student-athlete or staff member that is related solely to institutions other than the one in which the student-athlete is enrolled or staff member is employed and would not reasonably affect the student-

athlete's eligibility or the staff member's employment at the institution, the institution may designate a representative to be present during the interview, provided the representative is someone who would not compromise the integrity of the investigation and whose participation would not prejudice the subject, institution or any involved individual. *(Adopted: 10/18/22 effective 8/1/23)*

### 19.6.3.3 Interview Notices. *(Adopted: 10/18/22 effective 8/1/23)*

#### 19.6.3.3.1 Representation by Legal Counsel. When an enforcement staff member conducts an interview, the individual being questioned may be represented by personal legal counsel. *(Adopted: 10/18/22 effective 8/1/23)*

#### 19.6.3.3.2 Disclosure of Purpose of Interview. The enforcement staff shall advise an interviewee that the purpose of the interview is to determine whether the individual has knowledge of or has been involved directly in any violations of NCAA bylaws. *(Adopted: 10/18/22 effective 8/1/23)*

#### 19.6.3.3.3 Responsibility to Provide Truthful Information. The enforcement staff shall advise a prospective or enrolled student-athlete or a current or former institution staff member that refusing to furnish information may result in an allegation that the interviewee violated NCAA ethical conduct legislation. *(Adopted: 10/18/22 effective 8/1/23)*

### 19.6.3.4 Use of Transcriptionist During an Interview. For interviews involving the enforcement staff, institutional representatives or individuals may use a transcriptionist during an interview subject to the following conditions. The institution or individual shall: *(Adopted: 10/18/22 effective 8/1/23)*

(a) Pay the transcriptionist's fee; *(Adopted: 10/18/22 effective 8/1/23)*

(b) Provide a copy of the transcript to the enforcement staff at no charge; and *(Adopted: 10/18/22 effective 8/1/23)*

(c) Submit a written notice of agreement with the required conditions to the enforcement staff prior to the interview. *(Adopted: 10/18/22 effective 8/1/23)*

### 19.6.3.5 Statement of Confidentiality. Individuals and institutional representatives shall be required to agree not to release recording(s) or interview transcripts to a third party. A statement of confidentiality shall be signed or recorded prior to an interview. Failure to enter into such an agreement would preclude the individual and institutional representative from recording or transcribing the interview. *(Adopted: 10/18/22 effective 8/1/23)*

## 19.6.4 Access to Information. For all cases to be considered by the Committee on Infractions, the enforcement staff shall make available to the institution and participating involved individuals recorded interviews, interview summaries and/or interview transcripts, and other factual information pertinent to the case. The institution and involved individuals may review such information through a secure website or at the NCAA national office. *(Adopted: 10/18/22 effective 8/1/23)*

## 19.6.5 Termination of Investigation. The enforcement staff shall terminate the investigation related to any notice of inquiry in which information is developed that does not appear to be of sufficient substance or reliability to warrant a notice of allegations. *(Adopted: 10/18/22 effective 8/1/23)*

# 19.7 Standards of Review and Resolution Methods (Major Cases). *(Adopted: 10/18/22 effective 8/1/23)*

## 19.7.1 Enforcement Allegation Standard. The enforcement staff shall make formal allegations if it determines there is credible and sufficient information (direct or circumstantial) that reasonably demonstrates a violation of one or more NCAA bylaws occurred. *(Adopted: 10/18/22 effective 8/1/23)*

### 19.7.1.1 Statute of Limitations. The enforcement staff shall limit allegations to possible violations occurring not earlier than four years before the date the notice of inquiry is provided to the institution or the date the institution notifies (or, if earlier, should have notified) the enforcement staff of its inquiries into the matter. However, the following shall not be subject to the four-year limitation: *(Adopted: 10/18/22 effective 8/1/23)*

(a) Allegations involving violations affecting the eligibility of a current student-athlete; *(Adopted: 10/18/22 effective 8/1/23)*

(b) Allegations in a case in which information is developed to indicate a pattern of willful violations on the part of the institution or individual involved, which began before but continued into the four-year period; and *(Adopted: 10/18/22 effective 8/1/23)*

(c) Allegations that indicate a blatant disregard for the Association's fundamental recruiting, extra-benefit, academic or ethical-conduct regulations or that involve an effort to conceal the occurrence of the violation. In such cases, the enforcement staff shall have a one-year period after the date information concerning the matter becomes available to the NCAA to investigate and submit to the institution a notice of allegations concerning the matter. *(Adopted: 10/18/22 effective 8/1/23)*

**19.7.2 Committee on Infractions Decision Standard.** The Committee on Infractions shall base its decision on information presented to it that it determines to be credible, persuasive and of a kind on which reasonably prudent persons rely in the conduct of serious affairs. The information upon which the committee bases its decision may be information that directly or circumstantially supports the alleged violation. *(Adopted: 10/18/22 effective 8/1/23)*

**19.7.3 Importation.** *(Adopted: 10/18/22 effective 8/1/23)*

**19.7.3.1 Importation of Facts.** The Committee on Infractions may consider and accept as true facts established through proceedings outside the NCAA infractions process if those facts are in the record, not under appeal and are established by: *(Adopted: 10/18/22 effective 8/1/23)*

(a) A decision or judgement of a court, agency, accrediting body or other administrative tribunal of competent jurisdiction; or *(Adopted: 10/18/22 effective 8/1/23)*

(b) A Commission or similar review of comparable independence authorized by a member institution or university system board of trustees (regardless of whether the facts are accepted by the institution or university system board of trustees). *(Adopted: 10/18/22 effective 8/1/23)*

**19.7.3.2 Importation of Evidence and Positions.** Evidence submitted to any court, agency, accrediting body or other administrative tribunal of competent jurisdiction, regardless of whether the matter is finally resolved and regardless of who offered the evidence, may be considered when alleging and/or concluding whether a violation occurred. Positions taken by a party in such a matter may be considered in the infractions process when determining whether to allege or conclude that the same party violated NCAA bylaws. *(Adopted: 10/18/22 effective 8/1/23)*

**19.7.4 Inference for Failing to Produce Materials or Participate in the Infractions Process.** *(Adopted: 10/18/22 effective 8/1/23)*

**19.7.4.1 Materials Not Produced.** The Committee on Infractions may infer that materials requested during an investigation by the enforcement staff but not produced by an institution or individual would support an alleged violation for which the party may be subject to penalty pursuant to Bylaw 19.12. *(Adopted: 10/18/22 effective 8/1/23)*

**19.7.4.2 Failure or Refusal to Participate in Interview.** The Committee on Infractions may view the failure or refusal to participate in an interview requested by the enforcement staff as an admission that an alleged violation, for which the individual may be subject to penalty pursuant to Bylaw 19.12, occurred. *(Adopted: 10/18/22 effective 8/1/23)*

**19.7.5 Information from Confidential Sources.** In presenting information for consideration by the Committee on Infractions, the enforcement staff shall present only information that can be attributed to individuals who are willing to be identified. Information obtained from individuals not wishing to be identified shall not be relied on by the Committee on Infractions in making conclusions of violations. Such confidential sources shall not be identified to the Committee on Infractions, the institution or an involved individual. *(Adopted: 10/18/22 effective 8/1/23)*

**19.7.6 Methods of Resolution (Major Cases).** Cases involving allegations of major violations will be presented to and resolved by the Committee on Infractions. The Committee on Infractions shall resolve major allegations through a hearing pursuant to Bylaw 19.8, summary disposition pursuant to Bylaw 19.9 and/or negotiated resolution pursuant to Bylaw 19.10. *(Adopted: 10/18/22 effective 8/1/23)*

## 19.8 Hearing. *(Adopted: 10/18/22 effective 8/1/23)*

**19.8.1 Notice of Allegations.** The enforcement staff shall issue a cover letter and notice of allegations to the president or chancellor of the institution involved (with copies to the faculty athletics representative and the director of athletics and to the executive officer of the conference of which the institution is a member) and/ or any involved individuals participating in the hearing. The notice of allegations shall: *(Adopted: 10/18/22 effective 8/1/23)*

(a) Inform the president or chancellor of the matter under inquiry and request the cooperation of the institution in obtaining all the pertinent facts. *(Adopted: 10/18/22 effective 8/1/23)*

(b) Request the president or chancellor to respond to the allegations and to provide all relevant information which the institution has or may reasonably obtain, including information uncovered related to new violations. The responsibility to provide information continues until the case has been concluded. *(Adopted: 10/18/22 effective 8/1/23)*

(c) Request the president or chancellor and other institutional staff to appear before the Committee on Infractions at a time and place determined by the committee. *(Adopted: 10/18/22 effective 8/1/23)*

(d) Inform the president or chancellor that if the institution fails to appear after having been requested to do so, it may not appeal the Committee on Infractions' findings of fact and conclusions of violations, or the prescribed penalty. *(Adopted: 10/18/22 effective 8/1/23)*

(e) Direct the institution to provide any involved individual the opportunity to submit in writing any information the individual desires that is relevant to the allegation in question. *(Adopted: 10/18/22 effective 8/1/23)*

(f) Inform the president or chancellor that the enforcement staff's primary investigator in the case will be available to discuss the development of its response and assist in locating various individuals who have, or may have, important information regarding the allegations. *(Adopted: 10/18/22 effective 8/1/23)*

(g) A copy of the notification shall also be forwarded to the president or chancellor of the current institution of the involved individual. *(Adopted: 10/18/22 effective 8/1/23)*

**19.8.2 Submission Deadlines.** *(Adopted: 10/18/22 effective 8/1/23)*

**19.8.2.1 Responses by Institution or Involved Individuals.** Any response to the notice of allegations shall be submitted electronically to the Committee on Infractions, the institution, all involved individuals and the enforcement staff not later than 90 days from the date of the notice of allegations, unless the committee grants an extension. The enforcement staff may establish a deadline for the submission of responses to any reasonable time within the 90-day period, provided the institution and all involved individuals consent to the expedited deadline. An institution or involved individual may not submit additional documentary information (in addition to its initial response) without prior authorization from the Committee on Infractions (see Bylaw 19.8.3 for additional instructions regarding information submitted to the Committee on Infractions). Failure to submit a response may be viewed by the Committee on Infractions as an admission that the alleged violations occurred. *(Adopted: 10/18/22 effective 8/1/23)*

**19.8.2.2 Prehearing Conference.** Within 60 days after the institution and involved individuals, if any, submits a written response to a notice of allegations, the enforcement staff shall consult with the participating parties in order to clarify the issues to be discussed in the case during the hearing, make suggestions regarding additional investigation or interviews that should be conducted by the institution to supplement its response and identify allegations that the staff intends to withdraw. The enforcement staff shall conduct independent prehearing conferences with the institution and/or any involved individuals, unless mutually agreed by all parties to do otherwise. The Committee on Infractions may approve additional time for representatives of the involved individuals, institution and the enforcement staff to conduct such prehearing conferences. *(Adopted: 10/18/22 effective 8/1/23)*

**19.8.2.3 Enforcement Staff Case Summary.** The enforcement staff shall prepare a summary of the case that indicates the status of each allegation and identifies the individuals on whom and the information on which the staff will rely in presenting the case. Within 60 days after the institution and involved individuals, if any, submit written responses to the notice of allegations, the enforcement staff shall submit a case summary to the Committee on Infractions and the institution. Involved individuals will be provided those portions of the summary in which they are identified as at risk. *(Adopted: 10/18/22 effective 8/1/23)*

**19.8.2.4 Submission of Written Material.** Unless specifically approved by the Committee on Infractions for good cause shown, all written material to be considered by the Committee on Infractions hearing must be received by the committee, the enforcement staff, the institution and any involved individuals attending the hearing not later than 30 days prior to the date of the hearing. Information may be submitted at the hearing, but subject to the limitations set forth in Bylaw 19.8.3. *(Adopted: 10/18/22 effective 8/1/23)*

**19.8.2.5 Accelerated Hearing Docket.** In major cases, the institution or involved individual may petition the committee chair for an accelerated schedule for written submissions and an earlier hearing date. The petition shall be submitted not later than 14 calendar days after the date of the notice of allegations. The enforcement staff may respond to the petition within five business days. The committee chair may grant or deny such a petition and set a reasonable schedule. *(Adopted: 10/18/22 effective 8/1/23)*

**19.8.3 Information Presented at Hearings.** *(Adopted: 10/18/22 effective 8/1/23)*

**19.8.3.1 Obligation to Present All Relevant Information.** At a hearing, the parties or their legal counsel have the obligation to present, to the extent reasonably possible, material, relevant information necessary for the committee to reach an informed decision, including information that corroborates or refutes an allegation. Subject to procedures of the Committee on Infractions, the parties or their legal counsel may deliver opening and closing statements, present factual information, make arguments, explain the alleged violations and answer questions from committee members. Any oral or documentary information may be received, but the committee may exclude information that it determines to be irrelevant, immaterial or unduly repetitious. *(Adopted: 10/18/22 effective 8/1/23)*

**19.8.3.2 Information Relevant to Possible Penalties.** Institutional, conference and enforcement staff representatives and any involved individuals are encouraged to present all relevant information concerning mitigating or other factors that should be considered in arriving at appropriate penalties. *(Adopted: 10/18/22 effective 8/1/23)*

**19.8.3.3 Scope of Inquiry.** When an institution and/or involved individual appears before the Committee on Infractions to discuss a response to the notice of allegations, the hearing shall be directed toward the allegations set forth in the notice of allegations but shall not preclude the committee from concluding that any violation occurred resulting from information developed or discussed during the hearing. *(Adopted: 10/18/22 effective 8/1/23)*

**19.8.4 Appearance of Individuals at Hearings.** Except as otherwise provided herein or as ordered by the chair, hearing attendees shall be limited to institutional representatives, involved individuals, NCAA staff representatives, committee members, representatives from the office of the Committees on Infractions, the audio recorder, transcriptionist and other technical/support staff as permitted by chair. An individual who appears before the committee may appear with personal legal counsel or representative. The chair may exclude an individual and the individual's counsel from those portions of the hearing concerning matters in which the individual is not involved. *(Adopted: 10/18/22 effective 8/1/23)*

**19.8.4.1 Representatives of Institution.** Except as otherwise ordered by the chair, at the time an institution appears before the Committee on Infractions, its representatives should include the institution's president or chancellor, the head coach of the sport(s) in question, the institution's director of athletic and/or any individual with direct responsibility and oversight of the athletics department, senior compliance administrator, legal counsel (if any), enrolled student-athletes whose eligibility could be affected by information presented at the hearing and any other representatives whose attendance has been requested by the committee. Additional individuals may be included among the institution's party only if specifically approved. *(Adopted: 10/18/22 effective 8/1/23)*

**19.8.4.1.1 Prohibited Attendance by Conflicted Committee Members.** A member of the Committee on Infractions or the Infractions Appeals Committee who is prohibited under the provisions of Bylaws 19.4.3 or 19.5.2 from participating in any NCAA proceedings may not attend a Committee on Infractions hearing involving the committee member's institution unless specifically requested by the committee to be present as a witness. *(Adopted: 10/18/22 effective 8/1/23)*

**19.8.4.2 Representatives of Member Conference.** The executive officer or other representative of a conference's executive office may attend an institutional hearing involving a conference member. *(Adopted: 10/18/22 effective 8/1/23)*

**19.8.4.3 Request for Specific Individuals.** Institutional representatives or enrolled student-athletes who are specifically requested to appear before the Committee on Infractions at a hearing are normally expected to appear and may be accompanied by personal legal counsel or representative. The Committee on Infractions also may request that former institutional staff members appear at a hearing. Such individuals also are normally expected to appear and may be accompanied by personal legal counsel or representative. In cases that involve a small number of contested issues or cases in which the contested issues are relatively uncomplicated, the institution and/or the involved individual may make a written request to appear before the committee by videoconference or other mode of distance communication as the Committee on Infractions may deem appropriate. The decision regarding the use of videoconferencing (or another mode of communication) rests with the Committee on Infractions. Failure to appear before the committee may result in a violation of this bylaw and a show-cause action by the Committee on Infractions. *(Adopted: 10/18/22 effective 8/1/23)*

**19.8.5 Recordings of Proceedings.** The proceedings of hearings shall be recorded by a transcriptionist (unless otherwise agreed) and shall be recorded by the Committee on Infractions. No additional verbatim recording of these proceedings will be permitted by the Committee on Infractions. The Committee on Infractions shall maintain custody of the recordings and any transcriptions. In the event of an appeal, a transcript of the hearing proceedings shall be reproduced and submitted to the Infractions Appeals Committee and made available for review at the NCAA national office or through the secure website. [Note: Involved individuals will receive only those portions of the hearing transcriptions in which they were in attendance at the hearing.] *(Adopted: 10/18/22 effective 8/1/23)*

**19.8.6 Posthearing Committee Deliberations.** After all presentations have been made and the hearing has been concluded, the Committee on Infractions shall excuse all others from the hearing, and deliberate in private. *(Adopted: 10/18/22 effective 8/1/23)*

**19.8.6.1 Request for New Information.** In arriving at its decision, the Committee on Infractions may request additional information from any source, including the institution, the enforcement staff, or an involved individual. In the event that new information is requested from the institution, the enforcement staff, or an involved individual to assist the Committee on Infractions, all parties shall be afforded an opportunity to respond at the time such information is provided to the committee. *(Adopted: 10/18/22 effective 8/1/23)*

**19.8.6.2 Request for Interpretation.** The Committee on Infractions may request that the NCAA academic and membership affairs staff provide an interpretation of applicable legislation based on facts submitted by the committee. If an interpretation is requested, the institution, involved individuals and the NCAA enforcement staff will be notified in writing

of the interpretation request and the response. The institution may appeal the interpretation in accordance with Bylaw 9.4.1.2. *(Adopted: 10/18/22 effective 8/1/23)*

## 19.9 Summary Disposition. *(Adopted: 10/18/22 effective 8/1/23)*

**19.9.1 Summary Disposition Election.** In major infractions cases, institutions, involved individuals and the enforcement staff may elect to process the case through the summary disposition procedures specified below. The enforcement staff, involved individuals, if participating, and the institution must agree to use the summary disposition process. The institution, involved individuals or the enforcement staff may require, as a condition of agreement, that the parties jointly submit the proposed findings to the chair of the Committee on Infractions or their designee for a preliminary assessment of the appropriateness of the use of the summary disposition process. *(Adopted: 10/18/22 effective 8/1/23)*

**19.9.2 Written Report.** The institution, involved individuals and the NCAA enforcement staff shall submit a written report setting forth: *(Adopted: 10/18/22 effective 8/1/23)*

(a) The proposed findings of fact; *(Adopted: 10/18/22 effective 8/1/23)*

(b) A summary of information on which the proposed findings are based; *(Adopted: 10/18/22 effective 8/1/23)*

(c) A stipulation that the proposed findings are substantially correct and complete; *(Adopted: 10/18/22 effective 8/1/23)*

(d) The proposed findings that are violations of NCAA legislation; and *(Adopted: 10/18/22 effective 8/1/23)*

(e) A statement of unresolved issues that are not considered substantial enough to affect the outcome of the case. *(Adopted: 10/18/22 effective 8/1/23)*

**19.9.3 Proposed Penalties.** The institution and involved individuals shall submit proposed penalties within the guidelines set forth in the penalty structure for major violations specified in Bylaw 19.12.2. The institution and involved individuals also may submit a statement regarding mitigating factors. *(Adopted: 10/18/22 effective 8/1/23)*

**19.9.4 Committee on Infractions Review.** *(Adopted: 10/18/22 effective 8/1/23)*

**19.9.4.1 Review of Investigation.** The Committee on Infractions shall determine that a thorough investigation of possible violations of NCAA legislation has been conducted. The investigation may be conducted by the enforcement staff and/or the institution, but the enforcement staff must agree that a complete and thorough investigation has been conducted and that the institution fully cooperated in the process. *(Adopted: 10/18/22 effective 8/1/23)*

**19.9.4.2 Additional Information or Clarification.** The Committee on Infractions may contact jointly the institution, enforcement staff and involved individuals for additional information or clarification prior to accepting or rejecting the proposed findings. *(Adopted: 10/18/22 effective 8/1/23)*

**19.9.4.3 Acceptance of Proposed Findings and Penalties.** If the proposed findings of fact and proposed penalties are accepted, the Committee on Infractions shall prepare a report of its decision, forward it to the institution and involved individuals, and publicly announce the resolution of the case under the provisions of Bylaw 19.11. The Committee on Infractions has the authority to make editorial or nonsubstantive changes in the proposed findings as long as these changes do not affect the substance of the findings. *(Adopted: 10/18/22 effective 8/1/23)*

**19.9.4.4 Proposed Findings Not Accepted.** If the Committee on Infractions does not accept the proposed findings, the hearing process set forth in Bylaw 19.8 shall be followed. *(Adopted: 10/18/22 effective 8/1/23)*

**19.9.4.5 Proposed Penalties Not Accepted.** If the Committee on Infractions accepts the proposed findings but proposes penalties in addition to those set forth in the summary disposition report, the institution and/or involved individuals may challenge the proposed penalties. The institution and/or involved individuals may appear before the committee in person, by videoconference or other mode of distance communication, as the committee deems appropriate, to discuss the proposed additional penalties. The committee shall only consider information relevant to the prescription of penalties during the expedited hearing. At the conclusion of the expedited hearing or written review, the committee shall prepare an infractions decision and provide notification of the committee's actions consistent with Bylaw 19.11. The institution and/or any involved individuals may appeal the additional penalties to the Infractions Appeals Committee in accordance with Bylaw 19.12. *(Adopted: 10/18/22 effective 8/1/23)*

## 19.10 Negotiated Resolution. *(Adopted: 10/18/22 effective 8/1/23)*

**19.10.1 Scope.** At any time from the beginning of the enforcement staff investigation until Committee on Infractions' review of a summary disposition report pursuant to Bylaw 19.9 or an infractions hearing held pursuant to Bylaw 19.8, the enforcement staff may negotiate a resolution with an institution or involved individual about alleged violations and proposed penalties. The negotiated resolution is subject to approval by the Committee on Infractions and must resolve all known violations for which

the party or parties included in the negotiated resolution may be subject to penalty pursuant to Bylaw 19.12. *(Adopted: 10/18/22 effective 8/1/23)*

**19.10.2 Involvement of Parties in a Negotiated Resolution.** *(Adopted: 10/18/22 effective 8/1/23)*

**19.10.2.1 All Participating Parties Agree on Resolution.** If all parties participating in the case agree on a resolution of the case, they shall submit the written agreement of negotiated resolution to the chair for Committee on Infractions review and approval. The enforcement staff shall include the violations by and penalties related to any party not participating in the case in the written agreement. The Committee on Infractions shall review the negotiated resolution if the parties submit the written agreement prior to issuance of the summary disposition report or notice of allegations. *(Adopted: 10/18/22 effective 8/1/23)*

**19.10.2.2 Not All Participating Parties Agree on Resolution.** If some, but not all, parties participating in the case agree on resolution of the case, the enforcement staff shall include the written agreement of negotiated resolution in the summary disposition report or notice of allegations submitted in connection with parties who are not included in the negotiated resolution, or amended summary disposition report or notice of allegations if the agreement is reached after issuance of the summary disposition report or notice of allegations. *(Adopted: 10/18/22 effective 8/1/23)*

**19.10.3 Written Agreement.** Any negotiated resolution shall contain the following: *(Adopted: 10/18/22 effective 8/1/23)*

(a) A brief description of the case, including the involvement of the parties included in the negotiated resolution; *(Adopted: 10/18/22 effective 8/1/23)*

(b) The agreed-upon violation(s); *(Adopted: 10/18/22 effective 8/1/23)*

(c) Other violations the enforcement staff considered and agreed or opted not to allege; *(Adopted: 10/18/22 effective 8/1/23)*

(d) The agreed-upon type of agreed-upon violation(s) (major or secondary); *(Adopted: 10/18/22 effective 8/1/23)*

(e) The agreed-upon penalties; *(Adopted: 10/18/22 effective 8/1/23)*

(f) The nature of any participation or cooperation provided by a party pursuant to the negotiated resolution, and consequences for a party's failure or refusal to strictly adhere to the agreed-upon participation and cooperation conditions; *(Adopted: 10/18/22 effective 8/1/23)*

(g) Waiver of appellate opportunities; and *(Adopted: 10/18/22 effective 8/1/23)*

(h) Other material terms of the agreement. *(Adopted: 10/18/22 effective 8/1/23)*

**19.10.4 Scope of Review.** The Committee on Infractions shall only reject a negotiated resolution if it is not in the best interests of the Association or the agreed-upon penalties are manifestly unreasonable pursuant to Bylaw 19.12. *(Adopted: 10/18/22 effective 8/1/23)*

**19.10.5 Preliminary Assessment of Penalties.** Prior to submission of a written agreement of negotiated resolution, parties included in the negotiated resolution may request the Committee on Infractions to preliminarily assess whether the agreed-upon penalties are manifestly unreasonable pursuant to Bylaw 19.12. The preliminary assessment is not binding. *(Adopted: 10/18/22 effective 8/1/23)*

**19.10.5.1 Approval in Conjunction with Preliminary Assessment.** If all parties participating in the case request a preliminary assessment of penalties in accordance with Bylaw 19.10.5 and the parties submit all required elements of an agreement of negotiated resolution set forth in Bylaw 19.10.3, the Committee on Infractions may approve the negotiated resolution in conjunction with its preliminary assessment unless the parties instruct otherwise in their request for preliminary assessment. *(Adopted: 10/18/22 effective 8/1/23)*

**19.10.6 Negotiated Resolution Approved.** If the Committee on Infractions approves the negotiated resolution, the committee shall forward the approval to the enforcement staff and the other parties, and publicly announce the resolution of the case. The approval shall be final and have no precedential value. *(Adopted: 10/18/22 effective 8/1/23)*

**19.10.6.1 Approval When Not All Participating Parties Agree on Resolution.** If some, but not all parties participating in the case agree on resolution of the case, the Committee on Infractions shall not approve the negotiated resolution until the committee resolves the remainder of the case. *(Adopted: 10/18/22 effective 8/1/23)*

**19.10.7 Negotiated Resolution Not Approved.** If the Committee on Infractions does not approve the negotiated resolution, the committee may return the negotiated resolution to the parties included in the negotiated resolution for additional information or clarification or to respond to issues identified by the committee that preclude approval of the negotiated resolution, and request that the parties submit an amended written agreement of negotiated resolution in response. In the alternative, the committee may reject the negotiated resolution and issue instructions for processing of the case pursuant to Bylaw 19.8 or Bylaw 19.9. *(Adopted: 10/18/22 effective 8/1/23)*

## 19.11 Committee on Infractions Decisions. *(Adopted: 10/18/22 effective 8/1/23)*

**19.11.1 Infractions Decision.** After resolution of all allegations pursuant to Bylaws 19.8, 19.9 and/or 19.10, the Committee on Infractions shall prepare and approve the final written infractions decision, which shall contain a statement of the findings of fact, conclusions of violations, penalties, corrective actions, requirements and (for institutions) any other conditions and obligations of membership. The decision shall be sent to the chancellor or president of the involved institution (or a designee), any involved individuals and the vice president of enforcement. *(Adopted: 10/18/22 effective 8/1/23)*

**19.11.2 Public Infractions Decision.** Once the infractions decision has been provided to the institution and involved individuals, the public infractions decision, with names of individuals deleted, shall be released. The Committee on Infractions shall forward a copy of the infractions decision, with names of individuals deleted, to the Infractions Appeals Committee at the time of the public announcement. *(Adopted: 10/18/22 effective 8/1/23)*

**19.11.3 Public Announcement.** Once the public infractions decision has been released, the chair or a member of the Committee on Infractions may make a public announcement related to the infractions case. The institution and/or any involved individuals shall not comment publicly concerning the case prior to the time the NCAA's public announcement is released. *(Adopted: 10/18/22 effective 8/1/23)*

**19.11.4 Reconsideration by the Committee on Infractions.** Once the decision has been publicly announced by the Committee on Infractions, and the appeal opportunity has been exhausted, there shall be no reconsideration of the decision except as follows. *(Adopted: 10/18/22 effective 8/1/23)*

**19.11.4.1 New Information or Prejudicial Error.** When a penalty has been prescribed and publicly announced and the appeal opportunity has been exhausted, there shall be no review of the penalty except on a showing of new information (per Bylaw 19.02.2) that is directly related to the findings or conclusions in the case or that there was a prejudicial error in the procedure that was followed in the processing of the case by the committee. Any new information must be submitted no later than one year following the issuance of the committee decision to the parties, or for a party that appeals a decision, the issuance of the Infractions Appeals Committee decision to the appealing party. *(Adopted: 10/18/22 effective 8/1/23)*

**19.11.4.1.1 Review Process.** Any institution that initiates such a review shall be required to submit a brief of its appeal to the committee. The committee shall review the brief and decide by majority vote whether it shall grant a hearing of the appeal. *(Adopted: 10/18/22 effective 8/1/23)*

**19.11.4.1.2 No Calculation of New Penalty.** If a hearing of the appeal is granted, the committee may reduce or eliminate any penalty but may not prescribe any new penalty. The committee's decision with respect to the penalty shall be final and conclusive for all purposes. *(Adopted: 10/18/22 effective 8/1/23)*

**19.11.4.2 Penalty Modified or Set Aside Outside the Association.** The institution shall be notified that should any portion of the penalty in the case be set aside for any reason other than by appropriate action of the Association, the penalty shall be reconsidered by the NCAA. In such cases, any extension or adjustment of a penalty shall be proposed by the Committee on Infractions after notice to the institution and hearing. Any such action by the committee shall be subject to appeal. *(Adopted: 10/18/22 effective 8/1/23)*

**19.11.5 Finality of Decisions.** Any decision by the Committee on Infractions that is not appealed or reconsidered pursuant to Bylaw 19.11.4 shall be final, binding and conclusive, and shall not be subject to further review by any governance body. *(Adopted: 10/18/22 effective 8/1/23)*

## 19.12 Penalties. *(Adopted: 10/18/22 effective 8/1/23)*

**19.12.1 Calculation of Penalty.** If the Committee on Infractions concludes that a violation occurred, it shall prescribe an appropriate penalty; or it may recommend to the Management Council suspension or termination of membership in an appropriate case. Failure to fully implement the adopted and/or prescribed penalty may subject the institution, and/or involved individual under a show-cause order, to further disciplinary action by the Committee on Infractions. *(Adopted: 10/18/22 effective 8/1/23)*

**19.12.2 Penalties, Disciplinary Measures and Corrective Actions.** Penalties, disciplinary measures and corrective actions shall be specific and limited if the violation(s) are of relative insignificance and isolated or inadvertent. Penalties, disciplinary measures and corrective actions shall be broad and severe if the violation(s) are numerous, significant or intentional, or reflect a general disregard for the division's bylaws, institutional responsibilities as an active member of the Association or an institutional staff member's obligation to be in compliance with the legislation. Penalties, disciplinary measures and corrective actions for a major violation(s) shall be significantly more severe than those for a secondary violation(s). A previous violation(s) shall be a contributing factor in determining the number, type, scope and degree of penalties, disciplinary measures and corrective actions that may be prescribed. Self-disclosure may be considered in prescribing penalties, and, if an institution

uncovers a violation before its being reported to the NCAA and/or its conference, such disclosure shall be considered as a mitigating factor in prescribing the penalty. *(Adopted: 10/18/22 effective 8/1/23)*

**19.12.3 Penalties, Disciplinary Measures and Corrective Actions for Secondary Violations.** Pursuant to the authority provided by the Committee on Infractions, the vice president of enforcement and the enforcement staff are responsible for administering secondary violations and prescribing penalties. Determination of applicable penalties includes the authority to accept an institutional- or conference-imposed penalty as satisfactory or, if appropriate, prescribe a penalty. Penalties, disciplinary measures and corrective actions for secondary violations may include but are not limited to any and all of the following: *(Adopted: 10/18/22 effective 8/1/23)*

(a) Termination of the recruitment of a prospective student-athlete by the institution or, if the prospective student-athlete enrolls (or has enrolled) in the institution, permanent ineligibility to represent the institution in intercollegiate competition (unless eligibility is restored by the Committee on Student-Athlete Reinstatement on appeal); *(Adopted: 10/18/22 effective 8/1/23)*

(b) Forfeit/vacate contests in which an ineligible student-athlete participated. Per Bylaw 18.1 and Administrative Bylaw 18.4.3, the Championships Committee shall nullify each contest in which a student-athlete competes while ineligible regardless of whether forfeiture is required; *(Adopted: 10/18/22 effective 8/1/23)*

(c) Prohibition of the head coach or other staff members in the involved sport from participating in any recruiting activities for up to one year; *(Adopted: 10/18/22 effective 8/1/23)*

(d) An institutional fine for each violation, with the monetary penalty up to $5,000, except when an ineligible student-athlete participates in an NCAA championship or other postseason competition in which case the $5,000 limit shall not apply; *(Adopted: 10/18/22 effective 8/1/23)*

(e) A limited reduction in the number of financial aid awards that may be awarded during a specified period in the sport involved to the maximum extent of 20 percent of the maximum number of awards normally permissible in that sport; *(Adopted: 10/18/22 effective 8/1/23)*

(f) Institutional recertification that its current athletics policies and practices conform to all requirements of NCAA regulations; *(Adopted: 10/18/22 effective 8/1/23)*

(g) Suspension of the head coach or other staff members for one or more competitions; *(Adopted: 10/18/22 effective 8/1/23)*

(h) Public reprimand (to be invoked only in situations where the Committee on Infractions or the vice president of enforcement, on approval by the committee, determines that a penalty, in addition to any institutional- or conference-determined penalty, is warranted); *(Adopted: 10/18/22 effective 8/1/23)*

(i) Requirement that a member institution that has been found in violation, or that has an athletics department staff member who has been found in violation of the provisions of NCAA legislation while representing another institution, show cause why a penalty or an additional penalty should not be prescribed if it does not take appropriate disciplinary or corrective action against the athletics department personnel involved, any other institutional employee, if the circumstances warrant, or representatives of the institution's athletics interests; and *(Adopted: 10/18/22 effective 8/1/23)*

(j) Other penalties, disciplinary measures and corrective actions, as appropriate. *(Adopted: 10/18/22 effective 8/1/23)*

**19.12.4 Penalties, Disciplinary Measures and Corrective Actions for Major Violations.** The Committee on Infractions has the authority to determine the penalties, disciplinary measures and corrective actions that are prescribed for an institution for major violations. The Infractions Appeals Committee shall hear and act on an institution's appeal per Bylaw 19.5. The committee(s) may consider institutional- or conference-imposed penalties and, where appropriate, include those in the penalties. Institutional- or conference-imposed penalties shall not displace or substitute for the committee's judgment regarding penalties. Penalties, disciplinary measures and corrective actions for major violations shall include those penalties, disciplinary measures and corrective actions prescribed for secondary violations (see Bylaw 19.12.3), and may include any and all of the following: *(Adopted: 10/18/22 effective 8/1/23)*

(a) Public reprimand and censure; *(Adopted: 10/18/22 effective 8/1/23)*

(b) Probation for up to five years. Conditions of probation shall be determined on a case-by-case basis. A failure to satisfy the conditions of probation may result in additional conclusions of violation(s), including the failure to cooperate, lack of institutional control and/or violations of conditions for membership, and shall result in a reconsideration of the initial penalties prescribed, including an extension of the probationary period and prescription of additional penalties. Conditions of probation shall include, but are not limited to, the following: *(Adopted: 10/18/22 effective 8/1/23)*

(1) Information regarding the violation(s) committed, the term of probation and penalties must be noted on the home page of the institution's athletics website, in the media guide for the involved sport(s) and in recruiting materials provided to prospective student-athletes in the involved sport(s). Such information must be displayed and provided to

prospective student-athletes for the full term of probation. Information to prospective student-athletes must be provided before a prospective student-athlete signs a National Letter of Intent and no later than when the NCAA Eligibility Center provides a prospective student-athlete with the institution's academic data (see Bylaw 13.3.1.2); *(Adopted: 10/18/22 effective 8/1/23)*

(2) Annual written reports shall be submitted to the Office of the Committees on Infractions for review. These reports shall detail compliance with probationary conditions; and *(Adopted: 10/18/22 effective 8/1/23)*

(3) At the conclusion of probation, the institution's president or chancellor shall affirm in writing that current athletics policies and procedures conform to all requirements of NCAA legislation and that all conditions of probation have been satisfied. *(Adopted: 10/18/22 effective 8/1/23)*

(c) A reduction in the number of financial aid awards (as defined in Bylaw 15.2.1) that may be awarded during a specified period; *(Adopted: 10/18/22 effective 8/1/23)*

(d) Ineligibility for postseason competition in the involved sport(s), particularly in situations when: *(Adopted: 10/18/22 effective 8/1/23)*

(1) Individual(s) involved in the violation(s) remain active in the sport program; *(Adopted: 10/18/22 effective 8/1/23)*

(2) A significant competitive advantage resulted from the violation(s); *(Adopted: 10/18/22 effective 8/1/23)*

(3) The violation(s) indicate a lack of institutional control or failure to monitor the involved sport(s) or athletics program; *(Adopted: 10/18/22 effective 8/1/23)*

(4) The violation(s) include academic misconduct; or *(Adopted: 10/18/22 effective 8/1/23)*

(5) The institution is a repeat violator (see Bylaw 19.12.4.3); *(Adopted: 10/18/22 effective 8/1/23)*

(e) A recommendation to the Committee for Legislative Relief that it waive the one-year residence requirement and permit full athletics participation in a sport for a student-athlete who transfers to another member institution when the Committee on Infractions renders the student-athlete's previous institution or team in that sport ineligible for postseason competition during all of the remaining seasons of the student-athlete's eligibility [see Bylaw 14.8.2.1-(c)]; *(Adopted: 10/18/22 effective 8/1/23)*

(f) Ineligibility for participation in or hosting outside, invitational and/or NCAA championship competition in the involved sport(s); *(Adopted: 10/18/22 effective 8/1/23)*

(g) Vacation of records when a student-athlete(s) has competed while ineligible, particularly when a case involved academic misconduct, serious intentional violations, a large number of violations, direct or knowing involvement of a coach or high-ranking administrator, competition while academically ineligible, ineligible competition when there is a finding or failure to monitor or lack of institutional control or when vacation or a similar penalty would be prescribed if the underlying violation(s) were secondary. The penalties may include one or more of the following, as applicable: *(Adopted: 10/18/22 effective 8/1/23)*

(1) Vacation of individual records and performances in individual sports, including reconfiguration of the institution's team point totals after vacation of individual records and performances; *(Adopted: 10/18/22 effective 8/1/23)*

(2) Vacation of relay, doubles and similar team records in individual sports when one or more team members compete while ineligible, including reconfiguration of the institution's team point totals after vacation of relay, doubles or similar results; *(Adopted: 10/18/22 effective 8/1/23)*

(3) Vacation of team records and performances in individual or team sports; *(Adopted: 10/18/22 effective 8/1/23)*

(4) Vacation of records of head coaches; and *(Adopted: 10/18/22 effective 8/1/23)*

(5) Return of individual or team awards to the Association. *(Adopted: 10/18/22 effective 8/1/23)*

(h) A financial penalty; *(Adopted: 10/18/22 effective 8/1/23)*

(i) Ineligibility for selection involving discretionary Division II network and/or broadband television broadcasts during the regular season for the involved sport(s); *(Adopted: 10/18/22 effective 8/1/23)*

(j) A reduction in the number of expense-paid recruiting visits in the involved sport(s); *(Adopted: 10/18/22 effective 8/1/23)*

(k) A restriction on activities and benefits provided during unofficial visits; *(Adopted: 10/18/22 effective 8/1/23)*

(l) Limiting or prohibiting the recruiting activities of some or all coaching staff members in the involved sport(s); *(Adopted: 10/18/22 effective 8/1/23)*

(m) An outside audit or review of the institution's athletics policies and procedures (including, but not limited to, compliance policies and procedures); *(Adopted: 10/18/22 effective 8/1/23)*

(n) A requirement that the institution must provide a copy of the infractions decision to the institution's regional accrediting agency when the violation(s) involves academic misconduct or reflects questionable academic conduct or procedures; *(Adopted: 10/18/22 effective 8/1/23)*

(o) Ineligibility of institutional staff members to serve on the Division II Presidents Council, Management Council or other standing or special committees, councils or task forces of the Association, including as representatives of their institution or conference; *(Adopted: 10/18/22 effective 8/1/23)*

(p) Requirement that the institution take disciplinary action against an institutional staff member(s) who knowingly committed or condoned a major violation, including suspension of the head coach or the staff member(s) for one or more competition(s), and other disciplinary action(s) approved by the Committee on Infractions; *(Adopted: 10/18/22 effective 8/1/23)*

(q) Issuance of a show cause order per Bylaw 19.12.4.2 against an institutional staff member if that staff member has committed unethical conduct (see Bylaw 10.1) or other serious violations; *(Adopted: 10/18/22 effective 8/1/23)*

(r) Exclusion of the individual or entity, including disassociation of a representative of an institution's athletics interests, from involvement in an institution's athletics program on a permanent basis or for a specified period of time. An institution may be required to take any action(s) within its authority to eliminate involvement, including: *(Adopted: 10/18/22 effective 8/1/23)*

(1) Refraining from accepting financial or other assistance for its athletics program or in the recruiting of prospective student-athletes or for supporting enrolled student-athletes; and *(Adopted: 10/18/22 effective 8/1/23)*

(2) Prohibition of providing to the individual or entity an athletics benefit(s) or privilege(s) not generally available to the public at large or on a basis different from that provided to the public at large; and *(Adopted: 10/18/22 effective 8/1/23)*

(s) Other penalties, corrective actions and disciplinary measures, as appropriate. *(Adopted: 10/18/22 effective 8/1/23)*

**19.12.4.1 Show-Cause Order.** If a determination is made by the committee that an institution has not taken appropriate disciplinary or corrective actions regarding an individual found in violation of the NCAA bylaws, the committee may issue an order that the institution take additional disciplinary or corrective action, including but not limited to restriction of some or all athletically related duties unless the institution appears before the committee to show cause why the additional penalties should not be applied. Decisions regarding disciplinary or corrective actions involving personnel shall be made by the institution, but the determination of whether the action satisfies the institution's obligation of NCAA membership shall rest solely with the Committee on Infractions. *(Adopted: 10/18/22 effective 8/1/23)*

**19.12.4.2 Show-Cause Penalties.** If the committee prescribes additional penalties for an institution for major violations pursuant to Bylaw 19.12.4-(p), the institution shall be provided the opportunity to appear before the committee. Further, for show-cause penalties prescribed by the Committee on Infractions, the institution shall be provided the opportunity to appeal any additional penalty prescribed by the committee. *(Adopted: 10/18/22 effective 8/1/23)*

**19.12.4.3 Repeat Violator Penalties.** Previous violations of NCAA legislation are a contributing factor in determining the degree of penalties. Repeat violator status demonstrates a significant failure of an institution to comply with NCAA legislation. A repeat violator is subject to substantial enhancement of the penalties set forth in Bylaw 19.12.4 that would be prescribed for similar violations in a case not involving a repeat violator. In addition, a repeat violator may be subject to any or all of the following penalties: *(Adopted: 10/18/22 effective 8/1/23)*

(a) The prohibition of all outside competition in the sport(s) involved in the latest major violation for one or two sport seasons and the prohibition of all coaching staff members in that sport(s) from involvement directly or indirectly in any coaching activities at the institution during that period; *(Adopted: 10/18/22 effective 8/1/23)*

(b) The elimination of all recruiting activities in the sport(s) involved in the latest major violation(s) in question for up to a two-year period; *(Adopted: 10/18/22 effective 8/1/23)*

(c) The requirement that all institutional staff members serving on the Division II Presidents Council, Management Council or other standing or special cabinets, committees or task forces of the Association resign those positions, it being understood that all institutional representatives shall be ineligible to serve on any NCAA committee for a period of up to four years; and *(Adopted: 10/18/22 effective 8/1/23)*

(d) The requirement that the institution relinquish its voting privileges in the Association for a period of up to four years. *(Adopted: 10/18/22 effective 8/1/23)*

**19.12.4.3.1 Time Period.** An institution shall be considered a "repeat" violator, if the Committee on Infractions concludes that a major violation has occurred within five years of the starting date of a major penalty. For this provision to apply, at least one major violation must have occurred within five years after the starting date of the

penalties in the previous case. It shall not be necessary that the Committee on Infractions' hearing be conducted or its report issued within the five-year period. *(Adopted: 10/18/22 effective 8/1/23)*

**19.12.4.4 Probationary Periods.** *(Adopted: 10/18/22 effective 8/1/23)*

**19.12.4.4.1 Conditions of Probation.** The committee (or the Infractions Appeals Committee per Bylaw 19.5) may identify possible conditions that an institution must satisfy during a probationary period. Such conditions shall be designed on a case-by-case basis to focus on the institution's administrative weaknesses detected in the case and shall include, but not be limited to, written reports from the institution pertaining to areas of concern to the committee (or the Infractions Appeals Committee per Bylaw 19.5), implementation of educational or deterrent programs, and audits for specific programs or teams. If the institution fails to satisfy such conditions, the committee (or the Infractions Appeals Committee per Bylaw 19.5) may reconsider the penalties in the case and may extend the probationary period and/or prescribe additional penalties. *(Adopted: 10/18/22 effective 8/1/23)*

**19.12.4.4.2 Review Prior to Restoration of Membership Rights and Privileges.** In the event the committee prescribes a penalty involving a probationary period, at the end of the probationary period, the institution's president or chancellor shall affirm in writing to the NCAA Office of the Committees on Infractions that the institution's athletics policies and practices are in full compliance with NCAA rules. The NCAA Office of the Committees on Infractions shall review the written affirmation and will coordinate with the committee to restore the institution to full rights and privileges of membership in the Association. *(Adopted: 10/18/22 effective 8/1/23)*

**19.12.4.5 Obligation of Institution to Take Appropriate Action.** If a violation has been found that affects the eligibility of one or more student-athletes, the institution and its conference, if any, shall be notified of the violation and the name(s) of the student-athlete(s) involved. If the institution fails to take appropriate action by declaring the student-athlete(s) ineligible, the institution shall be required to show cause to the Committee on Infractions why additional penalties should not be prescribed for a failure to abide by the conditions and obligations of membership if it permits the student-athlete(s) to compete in intercollegiate athletics. *(Adopted: 10/18/22 effective 8/1/23)*

# 19.13 Appeal of Committee on Infractions Decisions. *(Adopted: 10/18/22 effective 8/1/23)*

**19.13.1 Basis for Granting an Appeal.** *(Adopted: 10/18/22 effective 8/1/23)*

**19.13.1.1 Penalties.** A penalty prescribed by the Committee on Infractions shall not be set aside on appeal except on a showing by the appealing party that the penalty is excessive such that it constitutes an abuse of discretion. *(Adopted: 10/18/22 effective 8/1/23)*

**19.13.1.2 Findings and Conclusions.** Factual findings and conclusions of violations made by the Committee on Infractions shall not be set aside on appeal, except on a showing by the appealing party that: *(Adopted: 10/18/22 effective 8/1/23)*

(a) A factual finding is clearly contrary to the information presented to the Committee on Infractions; *(Adopted: 10/18/22 effective 8/1/23)*

(b) The facts found by the Committee on Infractions do not constitute a violation of the Association's rules; or *(Adopted: 10/18/22 effective 8/1/23)*

(c) There was a procedural error and but for the error, the Committee on Infractions would not have made the conclusion of a violation. *(Adopted: 10/18/22 effective 8/1/23)*

**19.13.2 Appeal by Institution or Involved Individual.** A member institution may appeal the Committee on Infractions' findings, conclusions, penalties, corrective actions, requirements and/or other conditions and obligations of membership prescribed for the institution for violations of the NCAA bylaws. An involved individual participating in the proceedings of the Committee on Infractions and who the committee concluded committed a violation may appeal the committee's findings, conclusions and/or prescribed penalties regarding that individual for violations in which the individual is named. The notice of intent to appeal must be presented in writing to the Infractions Appeals Committee not later than 15 calendar days from the date the Committee on Infractions releases the public infractions decision. *(Adopted: 10/18/22 effective 8/1/23)*

**19.13.2.1 Contents of Notice to Appeal.** The notice of intent to appeal shall include the following, unless otherwise ordered by the Infractions Appeals Committee: *(Adopted: 10/18/22 effective 8/1/23)*

(a) The date on which the Committee on Infractions decision was released to the public; *(Adopted: 10/18/22 effective 8/1/23)*

(b) A statement indicating whether the appealing party desires to submit its appeal in writing only or requests an in-person oral argument. An appealing party may not request an in-person oral argument unless that party made an appearance before the Committee on Infractions; and *(Adopted: 10/18/22 effective 8/1/23)*

(c) If the appealing party is an involved individual, a statement indicating whether the individual is employed at an NCAA institution. If the involved individual's employment status changes during the course of the appeal, the statement shall be amended promptly to reflect the change and the identity of the new employer. *(Adopted: 10/18/22 effective 8/1/23)*

**19.13.2.2 Stay of Penalties.** If a notice of intent to appeal is filed within the deadline, unless ordered otherwise by the Infractions Appeals Committee, any penalties prescribed by the Committee on Infractions that have been appealed shall be stayed during the pendency of the appeal. *(Adopted: 10/18/22 effective 8/1/23)*

**19.13.3 Deadline for Submission of Appeal Documents.** A deadline for the submission of a document shall be met if the document is submitted electronically to the Infractions Appeals Committees Office by 5 p.m. Eastern time on the due date. At the earliest opportunity after a document is submitted electronically, the submitting party shall provide a hard copy of the document directly to all members of the committee. *(Adopted: 10/18/22 effective 8/1/23)*

**19.13.3.1 Initial Submission by Institution or Involved Individual.** Within 30 days after receipt of the Infractions Appeals Committee's acknowledgement of the receipt of a timely notice of intent to appeal, an appealing institution or individual shall provide its initial submission in support of its appeal to the Infractions Appeals Committee. *(Adopted: 10/18/22 effective 8/1/23)*

**19.13.3.2 Response by Committee Appeals Advocate.** Within 30 days after acknowledgement of receipt of an initial submission by an institution or involved individual in support of its appeal, the committee appeals advocate shall submit a response to the Infractions Appeals Committee. The response shall include the issues raised in the appeal and the responses to the issues raised by the appealing parties. *(Adopted: 10/18/22 effective 8/1/23)*

**19.13.3.3 Rebuttal by Institution or Involved Individual.** Within 14 days after receipt of the committee appeals advocate's response, an institution or involved individual may submit a rebuttal to the Infractions Appeals Committee. The rebuttal may only address issues contained in the initial submission or the committee appeals advocate's response. *(Adopted: 10/18/22 effective 8/1/23)*

**19.13.3.4 Enforcement Staff Statement.** Within 10 days after the deadline for submission of all rebuttals, the enforcement staff may provide a written statement to the Infractions Appeals Committee regarding perceived new information, errors, misstatements and omissions relating to the initial submission(s), the committee appeals advocate's response and/or rebuttal documents. *(Adopted: 10/18/22 effective 8/1/23)*

**19.13.4 Information Considered on Appeal.** The Infractions Appeals Committee shall consider only the information contained in the record of proceedings before the Committee on Infractions, the record on appeal and arguments presented during the appeal oral argument, if any, unless otherwise ordered by the Infractions Appeals Committee. If an institution or involved individual seeks to introduce new information during the appeal process, the Infractions Appeals Committee shall determine whether it meets the threshold definition of new information per Bylaw 19.02.2 and, if so, may stay the appeal and remand the matter to the Committee on Infractions to conduct further proceedings as may be necessary to address whether the information affects the Committee on Infractions' decision and to amend the decision, if necessary. *(Adopted: 10/18/22 effective 8/1/23)*

**19.13.5 Appeal Arguments.** If one or more of the appealing parties request an appeal oral argument, an appeal oral argument may be conducted as set forth below, subject to procedures promulgated by the Infractions Appeals Committee or as otherwise directed by the committee. *(Adopted: 10/18/22 effective 8/1/23)*

(a) Only those individuals identified in Bylaw 19.8.4 may attend the appeal oral argument; *(Adopted: 10/18/22 effective 8/1/23)*

(b) The parties may be represented by legal counsel and shall be permitted a reasonable time to make an oral presentation to supplement the initial submission; *(Adopted: 10/18/22 effective 8/1/23)*

(c) The Infractions Appeals Committee may question representatives of appealing parties (institution or involved individual), the Committee on Infractions or enforcement staff, as well as any other persons appearing before it, in order to determine the issues related to the appeal; *(Adopted: 10/18/22 effective 8/1/23)*

(d) Representatives from the enforcement staff may participate during the appeal oral argument but such participation shall be limited to the opportunity to provide information regarding perceived new information, errors, misstatements and omissions; *(Adopted: 10/18/22 effective 8/1/23)*

(e) If an institution or involved individual appeared before the Committee on Infractions but waived the right to appeal, the institution or involved individual may elect to be present in person and/or by counsel as a silent observer during the appeal oral argument; and *(Adopted: 10/18/22 effective 8/1/23)*

(f) If the institution or involved individual elects to appeal in writing only, the committee appeals advocate's written response specific to that written appeal shall be considered without any in-person appearance. *(Adopted: 10/18/22 effective 8/1/23)*

**19.13.6 Decision of the Infractions Appeals Committee.** After considering the appeal and deliberating privately, the Infractions Appeals Committee shall prepare a written decision and provide a copy to any appealing party (including the president or chancellor of an institution currently employing an involved individual), the chair of the Committee on Infractions, the committee appeals advocate and the vice president of enforcement, unless otherwise ordered by the committee. Once the decision has been provided to the parties, the committee shall release a public appeal decision. The public appeal decision will not include names of individuals. *(Adopted: 10/18/22 effective 8/1/23)*

**19.13.7 Final Decision not Subject to Further Review.** Any decision of the Infractions Appeals Committee shall be final, binding and conclusive, and shall not be subject to further review by any governance body. *(Adopted: 10/18/22 effective 8/1/23)*

## 19.14 Notice of Allegations, Opportunity to Respond and Penalties (Secondary Cases). *(Adopted: 10/18/22 effective 8/1/23)*

**19.14.1 General Process for Alleged Violations.** A secondary case is a case presenting secondary violations that do not collectively constitute a major violation. An institution or involved individual subject to a show-cause order in a secondary case may be represented by legal counsel or representative and shall be provided the following: *(Adopted: 10/18/22 effective 8/1/23)*

(a) Notice of any specific allegations and the facts upon which such allegations are based; and *(Adopted: 10/18/22 effective 8/1/23)*

(b) An opportunity to provide a written response to the vice president of enforcement (or a designee) to answer such allegations by the production of factual information and to appeal to the Committee on Infractions. *(Adopted: 10/18/22 effective 8/1/23)*

**19.14.2 Determination by Enforcement Staff.** After reviewing relevant information and consulting with the institution or involved individual, the enforcement staff shall conclude whether one or more secondary violations occurred. If the enforcement staff concludes that the alleged violation(s) should not be processed as a secondary case, it may process the case as a major case, as appropriate, or determine that no further action is required. *(Adopted: 10/18/22 effective 8/1/23)*

**19.14.3 Authority to Prescribe Penalties.** As authorized by the Committee on Infractions, upon a conclusion that one or more secondary violations occurred, the vice president of enforcement (or a designee) may determine whether a penalty is warranted and, if so, prescribe and announce an appropriate penalty pursuant to Bylaw 19.12.3. Failure to fully implement the penalty may be considered a violation and/or may subject the institution to further disciplinary action by the NCAA. Failure to fully implement self-imposed actions may also subject the institution to further disciplinary action by the NCAA. *(Adopted: 10/18/22 effective 8/1/23)*

**19.14.4 Appeal to Committee on Infractions.** A member institution or involved individual subject to a show-cause order shall have the right to appeal to the Committee on Infractions penalties prescribed by the vice president of enforcement or their designee in reference to secondary violations. To appeal, the member institution must submit a notice of appeal through the online reporting system for secondary violations within 15 days after receipt of the enforcement staff's decision. An institution that self-reports a violation may appeal a penalty prescribed by the enforcement staff, but not the violation. An involved individual subject to a show cause order must submit a written notice of appeal to the vice president of enforcement or their designee within 15 days after receipt of the enforcement staff's decision. An institution or involved individual subject to a show-cause order may request the opportunity to appear in person or by video or telephone conference. If no such request is made, or if the request is denied, the Committee on Infractions will review the institution's appeal on the basis of the written record. The committee shall not deny an involved individual's request to appear in person if a show-cause order was prescribed. *(Adopted: 10/18/22 effective 8/1/23)*

**19.14.4.1 Stay of Penalties.** If a notice of appeal is filed within the deadline, unless ordered otherwise by the Committee on Infractions, any penalties prescribed by the enforcement staff that have been appealed shall be stayed during the pendency of the appeal. *(Adopted: 10/18/22 effective 8/1/23)*

# FIGURE 19-1
## Processing of a Typical NCAA Infractions Appeals Case

Institution (or involved individual) indicates it will appeal certain findings or penalties to NCAA Infractions Appeals Committee by submitting written notice of appeal to Infractions Appeals Committee not later than 15 calendar days from the date of the public release of the Committee on Infractions' report.

$\downarrow$

Infractions Appeals Committee acknowledges receipt of timely appeal. Institution (or involved individual) is provided a 30-day period to submit response in support of appeal.

$\downarrow$

After receiving institution's (and/or involved individual's) response, the Committee on Infractions is provided a 30-day period to submit response to the institution's (or involved individual's) written appeal.

$\downarrow$

Institution (and/or involved individual) is provided 14 days to provide a rebuttal to Committee on Infractions' response. Enforcement staff may provide written information not later than 10 days from the rebuttal deadline.

$\downarrow$

Infractions Appeals Committee reviews the institution's (and/or involved individual's) appeal and the Committee on Infractions' response. This review is completed either through a hearing or on the written record. Hearings include representatives on behalf of the institution, involved individual(s), Committee on Infractions and enforcement staff.

$\downarrow$

Infractions Appeals Committee decision is announced.

(END)

BYLAW, ARTICLE 21

# Committees

## 21.02 Definitions and Applications.

**21.02.1 Association-Wide Committees. [#]** Association-wide committees deal with issues that affect all members of the Association and perform duties necessary to the ongoing operation of the Association. Association-wide committees are comprised of members from each of the Association's divisions. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/20/22 effective 8/1/22)*

**21.02.2 Common Committees. [#]** Common committees deal with issues that apply to more than one division of the Association. Common committees perform duties necessary to the on-going operation of the applicable divisions and are comprised of members from the applicable divisions. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/20/22 effective 8/1/22)*

**21.02.3 Federated Committees. [*]** Federated committees deal with issues that apply to a specific membership division. Federated committees perform duties necessary to the on-going operation of that division and are comprised only of members from that division. *(Adopted: 1/14/97 effective 8/1/97)*

**21.02.4 Districts. [#]** For purposes of committee composition, the geographical districts are as follows: *(Adopted: 1/10/05)*

  (a) District 1 -- Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, Vermont;

  (b) District 2 -- Delaware, New Jersey, New York, Pennsylvania, Puerto Rico, West Virginia;

  (c) District 3 -- Alabama, District of Columbia, Florida, Georgia, Kentucky, Louisiana, Maryland, Mississippi, North Carolina, South Carolina, Tennessee, Virginia;

  (d) District 4 -- Illinois, Indiana, Michigan, Minnesota, Ohio, Wisconsin;

  (e) District 5 -- Iowa, Kansas, Missouri, Nebraska, North Dakota, Oklahoma, South Dakota;

  (f) District 6 -- Arkansas, New Mexico, Texas;

  (g) District 7 -- Arizona, Colorado, Idaho, Montana, Utah, Wyoming; and

  (h) District 8 -- Alaska, British Columbia, California, Hawaii, Nevada, Oregon, Washington.

**21.02.5 Conflict of Interest.** A committee member shall not participate in the committee's discussion or vote on any action that might bring direct or indirect financial benefit to the member or any organization in which the member is financially interested (other than the member's institution or the conference of which it is a member). A violation of this rule by a member of a committee shall not invalidate the action taken by the committee if, following disclosure of the conflict of interest, the committee authorizes, ratifies or approves the action by a vote sufficient for the purpose, without counting the vote of the committee member with the conflict of interest, and the Management Council approves such action. All committee members shall agree to this policy prior to committee service and shall abide by the policy at all times. The current conflict of interest policy is located on the NCAA website (ncaa.org) or may be obtained from the NCAA national office. *(Adopted: 1/26/09)*

## 21.1 Playing Rules Oversight Panel. [#]

**21.1.1 Composition. [#]** The panel shall consist of 12 members, including six members from Division I and three representatives each from Divisions II and III. A single conference may not have more than one representative on the panel. *(Adopted: 1/10/05)*

**21.1.2 Method of Selection. [#]** Three of the six Division I representatives shall be appointed by the Division I Council and one of those three must have experience working with playing rules. The remaining three shall be appointed by the Division I Collegiate Commissioners Association (CCA). Two of those three shall have experience working with playing rules. One of the three Divisions II and III representatives shall be appointed by the divisions' Championships Committees (these appointees must be current members of the divisions' Championship Committees). The remaining two representatives in Divisions II and III will be appointed at large and one of the two per each division shall have experience working with playing rules. *(Adopted: 1/10/05, Revised: 1/20/15)*

**21.1.2.1 Definition of "Working With Playing Rules." [#]** The following experience will be considered to be the equivalent of "working with playing rules:" officiating experience, previous service on a rules committee, previous service on a committee with responsibility for playing rules administration or coaching. *(Adopted: 1/10/05)*

**21.1.3 Term of Office. [#]** At-large and Division I members of the panel will serve four-year terms. Championships Committee appointments will serve for the duration of their cabinet's or committee's term. *(Adopted: 1/10/05, Revised: 1/20/15)*

**21.1.4 Duties. [#]** The panel shall: *(Adopted: 1/10/05, Revised: 4/19/23)*

(a) Oversee all NCAA playing rules committees. This includes approval of playing rules recommendations and oversight of other issues pertaining to playing rules;

(b) Recommend the establishment and dissolution of playing rules committees;

(c) Monitor playing rules maintained outside of the NCAA;

(d) Be responsible for all research and communication pertaining to the administration of playing rules, including the advancement of budgetary recommendations from the playing rules committee and to ensure consistency among different sports, when appropriate (e.g., policies controlling fighting or abusive language);

(e) Review all playing rules changes pertaining to finances, safety and image of the game; and *(Revised: 1/5/07)*

(f) Oversee the selection process for secretary-rules editors, approve the selections of secretary-rules editors and review waiver requests for secretary-rules editor term limits. *(Adopted: 1/5/07)*

**21.1.5 Meetings. [#]** The Playing Rules Oversight Panel shall meet three times annually (e.g., March, June, August) after the playing rules committees meetings for each season are complete. *(Adopted: 1/10/05)*

**21.1.6 Special Operating Rules. [#]**

**21.1.6.1 Review Process. [#]** A recommendation from any rules committee shall be considered valid unless the Playing Rules Oversight Panel determines that the recommendation harms the image of the games, creates an unsafe environment for student-athletes or places an unreasonable financial burden on the membership. *(Adopted: 1/10/05)*

**21.1.6.1.1 Rules Committee Involvement. [#]** The Playing Rules Oversight Panel may request that playing rules committee chairs and/or secretary-rules editors present their case to the Playing Rules Oversight Panel when proposed changes are controversial or unusually complicated. *(Adopted: 1/10/05)*

# 21.2 Association-Wide Committees -- General Committees. [#]

## 21.2.1 Selection, Term of Office and Operation. [#]

**21.2.1.1 Method of Selection. [#]** Each division's governance structure shall appoint members to serve on the general Association-wide committees of the Association, consistent with that division's committee-appointment procedures (see Bylaw 21.8). The membership of each committee shall include representatives from each of the Association's membership divisions, including each subdivision of Division I. *(Revised: 1/10/90, 1/16/93, 1/14/97 effective 8/1/97, 1/13/03, 6/16/08)*

**21.2.1.2 Term of Office. [#]** Unless otherwise specified, a member of the committees listed in this bylaw shall be appointed for one four-year term. A former member may be appointed to an additional term after three years have elapsed. An individual who has served two terms on a committee may not serve further on that committee. A member's term of service shall commence on the first day of September following the member's election or appointment. *(Adopted: 6/16/08)*

**21.2.1.3 Operation. [#]** The Board of Governors also shall ratify policies regarding length, location and expenses of Association-wide committee meetings. *(Revised: 1/10/90, 1/16/93, 1/14/97 effective 8/1/97, 1/13/03, 6/16/08, 1/26/15)*

## 21.2.2 Committee on Competitive Safeguards and Medical Aspects of Sports. [#] *(Revised: 3/7/17)*

**21.2.2.1 Composition. [#]** The Committee on Competitive Safeguards and Medical Aspects of Sports shall consist of 25 members, including seven positions allocated for those who identify as male, seven allocated for those who identify as female and 11 unallocated. The membership of the committee shall be constituted as follows: *(Revised: 7/28/15, 10/17/17, 7/19/22, 3/14/23)*

(a) Two athletics directors or senior woman administrators, one who identifies as male and one who identifies as female; *(Revised: 3/14/23)*

(b) One member who is an active coach;

(c) One strength and conditioning specialist certified by an accredited strength and conditioning certification body; *(Revised: 7/28/15)*

(d) Five members from the field of medicine, of whom at least two shall be those who identify as female. One shall be a primary-care physician who is board certified in family practice, internal medicine or emergency medicine, and shall have a current Certificate of Added Qualifications in Sports Medicine. One shall be a board-certified orthopedic surgeon. One shall be a physician with expertise in endocrinology. One shall be a physician with expertise in drug-testing. One member shall be a physician who is a member of the general public; *(Revised: 1/10/91, 1/10/05, 7/28/15, 7/19/22)*

(e) Two athletic trainers, one who identifies as male and one who identifies as female. One must be responsible for the total athletic training program at a member institution; *(Revised: 1/10/95, 3/7/17)*

(f) One member representing the field of law who is a lawyer practicing in sports law or a related field, or a faculty member in sports law or a related field; *(Revised: 7/28/15)*

(g) One member of the NCAA Football Rules Committee;

(h) One member representing secondary school interests. This individual shall be the National Federation of State High School Association staff liaison to the Sports Medicine Advisory Board and shall be eligible for reappointment without restriction;

(i) One member active in sport-science research; *(Revised: 1/10/90, 7/28/15)*

(j) One member with expertise in the area of drug education; *(Revised: 1/10/00)*

(k) One student-athlete from each division (who shall have one vote each) shall serve as a member of the committee. Each student-athlete may serve on the committee up to one year after completion of their intercollegiate athletics eligibility; *(Revised: 1/14/02, 10/22/13, 7/18/17 effective 8/1/17)*

(l) Two licensed mental health practitioners, one who identifies as male and one who identifies as female; *(Revised: 7/28/15, 7/19/22)*

(m) One registered dietitian who specializes in sports nutrition. *(Adopted: 7/28/15)*

(n) One representative from the Division I Council; *(Adopted: 10/17/17)*

(o) One representative from the Division II Management Council; and *(Adopted: 7/28/15)*

(p) One representative from the Division III Management Council. *(Adopted: 7/28/15)*

**21.2.2.1.1 Division II Student-Athlete Representation.** The Division II student-athlete member of the Committee on Competitive Safeguards and Medical Aspects of Sports shall also be a member of the Division II Student-Athlete Advisory Committee. *(Adopted: 1/14/02)*

**21.2.2.2 Duties. [#]** The committee, subject to the direction of the Board of Governors, and in conjunction with the NCAA Sport Science Institute, shall: *(Revised: 1/13/03, 7/22/14, 1/26/15)*

(a) Promote and sponsor research to address relevant health and safety issues;

(b) Promote education to enhance the health and safety of student-athletes;

(c) Operate a national injury surveillance program to monitor injury trends and enhance safety in intercollegiate athletics;

(d) Deter the use of NCAA banned substances in order to promote fair competition and safety;

(e) Facilitate outreach activities to enhance student-athlete health and safety; and

(f) Provide a health and safety perspective on relevant legislation and policy.

**21.2.2.3 Term of Office, Chair. [#]** The chair may remain on the committee for up to one additional year if the individual becomes the committee chair with only one year or less remaining on their four-year term. *(Adopted: 4/11/06 effective 10/22/07)*

## 21.2.3 Honors Committee. [#]

**21.2.3.1 Composition.** The Honors Committee shall consist of nine members, including one current or one former chancellor or president from a member institution, one member from each division and subdivision of Division I and three nationally distinguished citizens, one of which must be a former NCAA honors recipient. Division II and Division III will be represented each by a member of the Management Council. Two positions shall be allocated for those who identify as male, two allocated for those who identify as female and five unallocated. *(Revised: 1/13/98, 10/23/07, 3/14/23)*

**21.2.3.2 Term of Office. [#]** A member's term of service shall commence on the day following adjournment of the NCAA Convention following the member's appointment. *(Adopted: 4/15/08)*

**21.2.3.3 Duties. [#]** The committee shall receive nominations for the Theodore Roosevelt Award, the Silver Anniversary Awards, the Today's Top 10 Awards, the Award of Valor and the Inspiration Award and shall select the recipients of those awards. *(Revised: 8/6/12)*

## 21.2.4 Minority Opportunities and Interests Committee. [#]

**21.2.4.1 Composition.** The Minority Opportunities and Interests Committee shall consist of 18 members, including a current chancellor or president from each division. There shall be six members from Division I, six members from Division II and six members from Division III. One student-athlete from each division (who shall have one vote each) shall serve as a member of the committee. Each student-athlete may serve on the committee up to one year after completion of their

intercollegiate athletics eligibility. Committee membership shall include a minimum of eight ethnic minorities, including at least four who identify as male and four who identify as female. *(Adopted: 1/10/91, Revised: 10/18/11, 10/22/13, 7/18/17 effective 8/1/17, 3/14/23)*

**21.2.4.1.1 Student-Athlete Representation.** The Division II student-athlete member of the Minority Opportunities and Interests Committee shall also be a member of the Division II Student-Athlete Advisory Committee. *(Adopted: 1/14/02)*

**21.2.4.2 Duties. [#]** The committee shall: *(Adopted: 1/10/91)*

(a) Review issues related to the interests and advocacy of student-athletes, coaches and administrators who are ethnic minorities, LGBTQ or who have disabilities; and *(Revised: 10/19/15)*

(b) Review and advocate for NCAA programs and policies that affect and include, but are not limited to, ethnic minorities, individuals with disabilities and the LGBTQ community. *(Revised: 10/19/15)*

## 21.2.5 Olympic Sports Liaison Committee. [#]

**21.2.5.1 Composition. [#]** The Olympic Sports Liaison Committee shall consist of 14 members, including at least one from each division. One student-athlete from each division (who shall have one vote each) shall serve as a member of the committee. Each student-athlete may serve on the committee up to one year after completion of their intercollegiate athletics eligibility. *(Adopted: 1/10/91, Revised: 1/14/02, 10/22/13, 7/18/17 effective 8/1/17)*

**21.2.5.1.1 Student-Athlete Representation.** The Division II student-athlete member of the Olympic Sports Liaison Committee shall also be a member of the Division II Student-Athlete Advisory Committee. *(Adopted: 1/14/02)*

**21.2.5.2 Duties. [#]** The committee shall: *(Adopted: 1/10/91)*

(a) Act as a liaison between the Association, the U.S. Olympic and Paralympic Committee and national governing bodies; and *(Revised: 1/22/20 effective 8/1/20)*

(b) Study and make recommendations concerning the Association's appropriate role in the involvement of student-athletes in international athletics.

## 21.2.6 Postgraduate Scholarship Committee. [#]

**21.2.6.1 Composition.** The Postgraduate Scholarship Committee shall consist of seven members, including two positions allocated for those who identify as male, two allocated for those who identify as female and three unallocated, one of which shall be a former recipient of an NCAA postgraduate scholarship. *(Revised: 3/14/23)*

**21.2.6.2 Duties. [#]** The committee shall be responsible for planning and administering the Association's postgraduate scholarship program for student-athletes who have distinguished themselves academically and athletically.

## 21.2.7 Walter Byers Scholarship Committee. [#]

**21.2.7.1 Composition. [#]** The Walter Byers Scholarship Committee shall consist of seven members, including one position allocated for those who identify as male, one allocated for those who identify as female, one allocated for a former student-athlete and four unallocated. *(Adopted: 1/10/90, Revised: 4/16/13, 10/16/18, 3/14/23)*

**21.2.7.2 Duties. [#]** The committee shall be responsible for planning and administering the Association's Walter Byers Scholarship program for student-athletes who have distinguished themselves academically and athletically. *(Adopted: 1/10/90)*

## 21.2.8 Committee on Women's Athletics. [#]

**21.2.8.1 Composition. [#]** The Committee on Women's Athletics shall consist of 18 members, including a current chancellor or president from each division. There shall be six members from Division I, six members from Division II and six members from Division III. Six positions shall be allocated for those who identify as male, six allocated for those who identify as female and six unallocated. One student-athlete from each division (who shall have one vote each) shall serve as a member of the committee. Each student-athlete may serve on the committee up to one year after completion of their intercollegiate athletics eligibility. *(Revised: 1/11/89, 1/14/02, 1/12/04, 10/21/08, 10/18/11, 10/22/13, 7/18/17 effective 8/1/17, 3/14/23)*

**21.2.8.2 Duties. [#]** The committee shall:

(a) Study and make policy recommendations concerning opportunities for women in athletics at the institutional, conference and national levels; *(Revised: 1/12/04)*

(b) Study and make policy recommendations concerning other issues directly affecting women's athletics; and *(Revised: 1/12/04)*

(c) Appoint and oversee the Woman of the Year selection committee and the process. *(Revised: 1/12/04)*

## 21.3 Association-Wide Committees -- Rules Committees Without Championships Administration Responsibilities. [#]

### 21.3.1 Selection, Composition, Duties, Term of Office and Operation. [#]

**21.3.1.1 Method of Selection. [#]** Each division's governance structure shall appoint members to serve on the rules committees without championships administration responsibilities. The Playing Rules Oversight Panel shall oversee the selection process for secretary-rules editors and approve selections for those positions. The secretary-rules editor may be reappointed but is limited to a term not to exceed eight years in length and shall be a nonvoting member of the committee. The membership of each committee shall include representatives from each of the Association's membership divisions. *(Revised: 1/11/89, 1/10/91, 1/16/93, 1/14/97 effective 8/1/97, 1/14/02, 1/13/03, 1/5/07)*

**21.3.1.1.1 Waiver -- Secretary-Rules Editor Term Limit. [#]** Due to extenuating circumstances, the Playing Rules Oversight Panel may waive the secretary-rules editor's eight-year term limit; however, the term shall not be extended by more than four additional years. *(Adopted: 1/13/03, Revised: 1/5/07)*

**21.3.1.2 Composition Requirements. [#]** At least 25 percent of the positions on each rules committee shall be filled by athletics directors, associate or assistant athletics directors, senior woman athletics administrators, individuals who are employed full-time as administrators by member conferences, or individuals who are employed both part-time as administrators by member conferences and full-time by member institutions. Further, at least 50 percent of the total positions on each rules committee shall be filled by coaching staff members. In order for a district to be represented, at least five of its active members shall sponsor the sport involved on an intercollegiate basis. *(Revised: 1/10/90)*

**21.3.1.3 Duties. [#]** Subject to the final authority of the Playing Rules Oversight Panel, each rules committee shall establish and maintain rules of play in its sport consistent with the sound traditions of the sport and of such character as to ensure good sportsmanship and safe participation by the competitors. Playing rules committees shall have the authority to permit rules experimentation in the nontraditional/nonchampionship season without the Playing Rules Oversight Panel approval. Experimentation in the regular season shall be subject to the Playing Rules Oversight Panel review. *(Revised: 1/10/92 effective 8/1/92, 1/14/97 effective 8/1/97, 1/10/05, 11/15/05, 4/18/23)*

**21.3.1.4 Term of Office. [#]** Unless otherwise specified, a member of the committees listed in this bylaw shall be appointed for one four-year term. A former member may be appointed to an additional term after three years have elapsed. An individual who has served two terms on a committee may not serve further on that committee. A member's term of service shall commence on the first day of September following the member's election or appointment. *(Adopted: 6/16/08)*

**21.3.1.5 Cooperation With Other Organizations. [#]** A rules committee may cooperate with other national organizations in the development of common playing rules. *(Revised: 1/14/97 effective 8/1/97)*

**21.3.1.6 Operation. [#]** The Board of Governors shall ratify policies regarding the length, location and expenses of Association-wide committee meetings. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/26/15)*

### 21.3.2 Baseball Rules Committee. [#] The Baseball Rules Committee shall consist of nine members and shall be constituted as follows: *(Revised: 1/11/89)*

(a) Four members shall be from Division I, two members shall be from Division II, two members shall be from Division III and an additional member shall be secretary-rules editor; and

(b) One member shall be elected chair.

### 21.3.3 Basketball Rules Committee, Men's. [#] The Men's Basketball Rules Committee shall consist of 13 members and shall be constituted as follows: *(Revised: 1/10/91)*

(a) There shall be at least two representatives from each of the following four geographical regions: Districts 1 and 2; District 3; Districts 4 and 5; and Districts 6, 7 and 8;

(b) Six members shall be from Division I, three members shall be from Division II, three members shall be from Division III and an additional member shall be secretary-rules editor; and

(c) One member shall be elected chair. *(Revised: 1/10/91)*

### 21.3.4 Basketball Rules Committee, Women's. [#] The Women's Basketball Rules Committee shall consist of 13 members and shall be constituted as follows: *(Revised: 1/11/89)*

(a) There shall be at least two representatives from each of the following four geographical regions: Districts 1 and 2; District 3; Districts 4 and 5; and Districts 6, 7 and 8;

(b) Six members shall be from Division I, three members shall be from Division II, three members shall be from Division III and an additional member shall be secretary-rules editor; and *(Revised: 1/11/89)*

(c) One member shall be elected chair.

**21.3.5 Football Rules Committee. [#]** The Football Rules Committee shall consist of 13 members and shall be constituted as follows: *(Revised: 1/16/93)*

(a) There shall be at least two representatives from each of the following four geographical regions: Districts 1 and 2; District 3; Districts 4 and 5; and Districts 6, 7 and 8;

(b) Six members shall be from Division I, three members shall be from Division II, three members shall be from Division III and an additional member shall be secretary-rules editor; and *(Revised: 1/16/93)*

(c) One member shall be elected chair. *(Revised: 1/16/93)*

**21.3.6 Ice Hockey Rules Committee, Men's and Women's. [#]** The Men's and Women's Ice Hockey Rules Committee shall consist of 13 members and shall be constituted as follows: *(Revised: 1/11/89, 1/14/97 effective 8/1/97)*

(a) Six members shall be from Division I, one member shall be from a Division II institution that sponsors Division I, II or III men's or women's ice hockey, four members shall be from Division III, one member shall be from Division II or III and an additional member shall be secretary-rules editor; *(Revised: 1/14/97 effective 8/1/97, 1/14/02, 10/19/15)*

(b) Within Divisions I and III, one-half of the members shall represent men's ice hockey interests and one-half of the members shall represent women's ice hockey interests; and

(c) One member shall be elected chair.

**21.3.7 Lacrosse Rules Committee, Men's. [#]** The Men's Lacrosse Rules Committee shall consist of nine members and shall be constituted as follows: *(Adopted: 1/13/03)*

(a) Four members shall be from Division I, one member shall be from Division II and three members shall be from Division III. One additional member shall serve as a nonvoting secretary-rules editor; and

(b) One member shall be elected chair.

**21.3.8 Lacrosse Rules Committee, Women's. [#]** The Women's Lacrosse Rules Committee shall consist of nine members and shall be constituted as follows: *(Adopted: 1/10/04 effective 8/1/05)*

(a) Four members shall be from Division I, one member shall be from Division II and three members shall be from Division III. One additional member shall serve as a nonvoting secretary-rules editor; and

(b) One member shall be elected chair.

**21.3.9 Soccer Rules Committee, Men's and Women's. [#]** The Men's and Women's Soccer Rules Committee shall consist of nine members and shall be constituted as follows: *(Adopted: 1/11/89)*

(a) Four members shall be from Division I, two members shall be from Division II, two members shall be from Division III and an additional member shall be secretary-rules editor;

(b) Within each division, one-half of the members shall represent men's soccer interests, and one-half of the members shall represent women's soccer interests; and

(c) One member shall be elected chair.

**21.3.10 Softball Rules Committee, Women's. [#]** The Women's Softball Rules Committee shall consist of nine members and shall be constituted as follows: *(Adopted: 1/9/96)*

(a) Four members shall be from Division I, two members shall be from Division II, two members shall be from Division III and an additional member shall be secretary-rules editor; and

(b) One member shall be elected chair.

**21.3.11 Swimming and Diving Rules Committee, Men's and Women's. [#]** The Men's and Women's Swimming and Diving Rules Committee shall consist of nine members and shall be constituted as follows: *(Adopted: 10/18/11 effective 8/1/12)*

(a) Four members shall be from Division I, two members shall be from Division II, two members shall be from Division III and an additional member shall be a secretary-rules editor; and

(b) One member shall be elected chair.

**21.3.12 Track and Field Rules Committee, Men's and Women's. [#]** The Men's and Women's Track and Field Rules Committee shall consist of nine members and shall be constituted as follows: *(Adopted: 10/18/11 effective 8/1/12)*

(a) Four members shall be from Division I, two members shall be from Division II, two members shall be from Division III and an additional member shall be a secretary-rules editor; and

**21.3.13 Volleyball Rules Committee, Women's. [#]** The Women's Volleyball Rules Committee shall consist of nine members and shall be constituted as follows: *(Adopted: 1/8/01)*

(a) Four members shall be from Division I, two members shall be from Division II, two members shall be from Division III and one additional member shall serve as nonvoting secretary-rules editor; and

(b) One member shall be elected chair.

**21.3.14 Wrestling Rules Committee, Men's. [#]** The Men's Wrestling Rules Committee shall consist of nine members and shall be constituted as follows: *(Adopted: 10/18/11 effective 8/1/12, Revised: 1/27/20 effective 8/1/20)*

(a) Four members shall be from Division I, two members shall be from Division II, two members shall be from Division III and an additional member shall be a secretary-rules editor; and

(b) One member shall be elected chair.

# 21.4 Common Committees -- Committees With Playing Rules and Championships Administration Responsibilities. [#]

## 21.4.1 Selection, Composition, Duties, Term of Office and Operation. [#]

**21.4.1.1 Method of Selection. [#]** Each division's governance structure shall appoint members to serve on the committees with playing rules and championships administration responsibilities. The Playing Rules Oversight Panel shall oversee the selection process of secretary-rules editors and approve the selections for those positions. The secretary-rules editor may be reappointed but is limited to a term not to exceed eight years in length and shall be a nonvoting member of the committee. The membership of each committee shall include representatives from each of the Association's membership divisions. *(Revised: 1/11/89, 1/14/97 effective 8/1/97, 1/14/02, 1/13/03, 1/5/07)*

**21.4.1.1.1 Waiver -- Secretary-Rules Editor Term Limit. [#]** Due to extenuating circumstances, the Playing Rules Oversight Panel may waive the secretary-rules editor's eight-year term limit; however, the term shall not be extended by more than four additional years. *(Adopted: 1/13/03, Revised: 1/5/07)*

**21.4.1.2 Composition Requirements. [#]** For committees that administer Division I, Division II, Division III and National Collegiate Championships in individual sports, at least 25 percent of the positions on each committee shall be filled by athletics administrators (i.e., athletics directors, associate or assistant athletics directors, senior woman athletics administrators, individuals who are employed full-time as administrators by member conferences, or individuals who are employed both part-time as administrators by member conferences and full-time by member institutions). Further, at least 50 percent of the total positions on each rules committee shall be filled by coaching staff members. For committees that administer Division I, Division II, Division III and National Collegiate Championships in team sports, at least 50 percent of the positions on each committee shall be filled by athletics administrators. Further, at least 50 percent of the total positions on each rules committee shall be filled by coaching staff members. In order for a district to be represented on a committee for which district representation is specified, at least five of its active members shall sponsor the sport on an intercollegiate basis. *(Revised: 1/10/90, 1/10/95)*

**21.4.1.2.1 Exception -- Men's and Women's Skiing Committee. [#]** The Men's and Women's Skiing Committee shall be exempt from the composition requirements set forth in Bylaw 21.4.1.2. *(Adopted: 1/13/03)*

**21.4.1.3 Special Operating Rules. [#]** Each committee shall act as one body to formulate playing rules and determine general policies for the administration of the NCAA championships under its jurisdiction. Division subcommittees, composed of committee members from the respective divisions, shall be responsible for administering the respective division championships.

**21.4.1.4 Advisory Committees. [#]** The governing sports committee may appoint individuals not already serving on a sports committee to an advisory committee.

**21.4.1.5 Duties. [#]**

**21.4.1.5.1 Rules of Play. [#]** Subject to the final authority of the Playing Rules Oversight Panel, each rules committee shall establish and maintain rules of play in its sport consistent with the sound traditions of the sport and of such character as to ensure good sportsmanship and safe participation by the competitors. Playing rules committees shall have the authority to permit rules experimentation in the nontraditional/nonchampionship season without the Playing Rules Oversight Panel approval. Experimentation in the regular season shall be subject to Playing Rules Oversight Panel review. *(Revised: 1/10/92 effective 8/1/92, 1/14/97 effective 8/1/97, 1/10/05, 11/15/05, 4/18/23 effective 4/20/23)*

**21.4.1.5.2 National Records. [#]** In sports for which national records are maintained, each committee shall be responsible for approval of such national records.

**21.4.1.5.3 Cooperation With Other Organizations. [#]** A rules committee may cooperate with other national organizations in the development of common playing rules. *(Revised: 1/14/97 effective 8/1/97)*

**21.4.1.5.4 Operation. [#]** The Board of Governors shall ratify policies regarding the length, location and expenses of common committee meetings. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/26/15)*

**21.4.1.6 Term of Office. [#]** Unless otherwise specified, a member of the committees listed in this bylaw shall be appointed for one four-year term. A former member may be appointed to an additional term after three years have elapsed. An individual who has served two terms on a committee may not serve further on that committee. A member's term of service shall commence on the first day of September following the member's election or appointment. *(Adopted: 6/16/08)*

**21.4.2 Beach Volleyball Committee, Women's. [#]** The Women's Beach Volleyball Committee shall consist of six members. *(Adopted: 1/17/15, Revised: 5/1/15)*

**21.4.3 Bowling Committee, Women's. [#]** The Women's Bowling Committee shall consist of seven members, including the secretary-rules editor, who shall be a nonvoting member. *(Adopted: 1/13/03 effective 8/1/03, Revised: 1/12/11)*

**21.4.4 Rifle Committee, Men's and Women's. [#]** The Men's and Women's Rifle Committee shall consist of seven members, including the secretary-rules editor.

**21.4.5 Skiing Committee, Men's and Women's. [#]** The Men's and Women's Skiing Committee shall consist of seven members and shall be constituted as follows: *(Revised: 1/11/89)*

(a) Two members shall represent men's skiing interests, two members shall represent women's skiing interests and three unallocated; *(Revised: 1/11/89, 1/13/03)*

(b) One member shall be selected from the West skiing region, one member shall be selected from the Central skiing region, two members shall be selected from the East skiing region, two members shall be selected at large and one member shall be secretary-rules editor; and *(Revised: 1/11/89, 4/19/16)*

(c) Two members shall be coaches who represent downhill alpine skiing and two members shall be coaches who represent nordic skiing. The secretary-rules editor may be counted towards satisfying this requirement. *(Adopted: 1/14/02)*

**21.4.6 Water Polo Committee, Men's. [#]** The Men's Water Polo Committee shall consist of six members and shall be constituted as follows: *(Revised: 1/5/07)*

(a) Two members shall be from the East region;

(b) Two members shall be from the West region;

(c) One member shall be selected at-large; and

(d) An additional member shall be secretary-rules editor. *(Revised: 1/13/98, 4/20/99)*

**21.4.7 Water Polo Committee, Women's. [#]** The Women's Water Polo Committee shall consist of six members, including the secretary-rules editor. There shall be three members from Division I, one member from Division II, one member from Division III and one member selected at-large. *(Adopted: 1/10/00 effective 8/1/00, Revised: 8/1/00)*

# 21.5 Common Committees -- Committees With Only Championships Administration Responsibilities. [#]

### 21.5.1 Selection, Composition, Duties, Term of Office and Operation. [#]

**21.5.1.1 Method of Selection. [#]** Each applicable division's governance structure shall nominate and select the members and chair of each committee. *(Revised: 1/14/97 effective 8/1/97, 1/13/03)*

**21.5.1.2 Duties. [#]** Each committee shall be responsible for developing policies and procedures governing the administration and conduct of the NCAA championships under its jurisdiction, subject to the approval of the applicable division's governance structure and the requirements, standards and conditions prescribed by Bylaw 31. Policies and procedures governing the administration of National Collegiate Championships applicable to more than one division also shall be subject to the ratification of the Board of Governors. (See Bylaw 31 for committee duties related to the administration of championships.) *(Revised: 1/14/97 effective 8/1/97, 1/26/15)*

**21.5.1.3 Term of Office. [#]** Unless otherwise specified, a member of the committees listed in this bylaw shall be appointed for one four-year term. A former member may be appointed to an additional term after three years have elapsed. An individual who has served two terms on a committee may not serve further on that committee. A member's term of service shall commence on the first day of September following the member's election or appointment. *(Adopted: 6/16/08)*

**21.5.1.4 Special Operating Rules. [#]** Each committee shall act as one body to determine general policies for the administration of championships. *(Revised: 1/14/97 effective 8/1/97)*

**21.5.1.5 Selection Criteria. [#]** Each committee shall have the authority to establish championships selection criteria, including requirements to use regular-season playing rules that conform with rules used in NCAA championships under its jurisdiction in those sports for which the Association does not maintain playing rules.

**21.5.1.6 Regional Advisory Committees. [#]** Regional advisory committees may be appointed by each championships committee. *(Revised: 1/14/97 effective 8/1/97)*

**21.5.1.7 Operation. [#]** The Board of Governors shall ratify policies regarding the length, location and expenses of common committee meetings. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/26/15)*

**21.5.2 Ice Hockey Committee, Women's.** The Women's Ice Hockey Committee shall consist of five members. There shall be one member from each conference that is eligible for and applies for automatic qualification into the NCAA National Collegiate Women's Ice Hockey Championship. *(Adopted: 1/11/00 effective 8/1/00, Revised: 8/1/00, 1/14/02, 1/13/03, 7/18/17, 1/19/22, 1/20/22 effective 9/1/22)*

# 21.6 Common Committees -- Committees With Governance Administration Responsibilities. [#]

**21.6.1 Selection. [#]** Each applicable division's governance structure shall appoint members to serve on the common committees with governance administration responsibilities. The membership of each committee shall include representatives from each of the Association's applicable membership divisions, including each subdivision of Division I. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/13/03)*

**21.6.2 Operation. [#]** The Board of Governors shall ratify policies regarding the length, location and expenses of common committee meetings. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/26/15)*

**21.6.3 International Student Records Committee. [#]**

**21.6.3.1 Composition. [#]** The committee shall consist of six members, including two Division I representatives, two Division II representatives and two representatives who may be from either Division I or Division II. *(Adopted: 1/11/00, Revised: 1/8/01, 7/21/09, 1/13/10)*

**21.6.3.2 Duties. [#]** The committee shall assist in reviewing initial-eligibility standards for international students. The Division I Committee on Academics and the Division II Academic Requirements Committee shall annually review and approve the policies and procedures of the International Student Records Committee. *(Adopted: 1/11/00, Revised: 10/19/15)*

**21.6.3.3 Terms. [#]** Committee members shall be appointed for one three-year term. Members may be appointed to an additional term(s) on the committee after three years have elapsed. An individual who has served three consecutive terms on the committee may not serve further on that committee. *(Adopted: 1/11/00)*

**21.6.4 High School Review Committee. [#]**

**21.6.4.1 Composition. [#]** The committee shall consist of nine members and shall be constituted as follows: *(Adopted: 7/24/07)*

(a) One admissions officer of a Division I or Division II institution;

(b) One staff member of a Division I or Division II institution or conference office;

(c) One staff member of a Division I institution or conference; *(Revised: 1/20/15, 4/20/15)*

(d) One representative from the Division II Academic Requirements Committee;

(e) Four representatives from the secondary-school community; and

(f) One member selected at large from either the secondary-school community or a Division I or Division II institution or conference office.

**21.6.4.2 Duties. [#]** The committee shall have the authority to establish policies and procedures related to the academic review of high schools and to determine the validity of a high school (e.g., core courses, curriculum, grades) for the purpose of meeting initial-eligibility requirements. A review may result in a determination that a high school shall not be used for the purpose of meeting initial-eligibility requirements. The policies and procedures for the review and determination of the validity of a high school shall be approved by the Division I Committee on Academics and the Division II Academic Requirements Committee. (See Bylaw 14.1.2.3.) *(Adopted: 7/24/07, Revised: 1/20/15)*

**21.6.4.3 Terms. [#]** Committee members shall be appointed to one four-year term. A member's term of service shall commence on the first day of July following the member's appointment. A member may be appointed to one additional

term. An individual who has served two terms may not be reappointed. The term of service of the member serving on the Division II Academic Requirements Committee shall run concurrently with their service on that committee. *(Adopted: 7/24/07, Revised: 1/20/15, 4/20/15)*

**21.6.4.4 Appeals. [#]** The committee determination shall be final, binding and conclusive and shall not be subject to further review by any other authority. *(Adopted: 7/24/07)*

### 21.6.5 Student Records Review Committee. [#]

**21.6.5.1 Composition. [#]** The committee shall consist of nine members and shall be constituted as follows: *(Adopted: 7/24/07)*

(a) One admissions officer of a Division I or Division II institution;

(b) One staff member of a Division I or Division II institution or conference office;

(c) One staff member of a Division I institution or conference; *(Revised: 1/20/15, 4/20/15)*

(d) One representative from the Division II Academic Requirements Committee;

(e) Four representatives from the secondary-school community; and

(f) One member selected at large from either the secondary-school community or a Division I or Division II institution or conference office.

**21.6.5.2 Duties. [#]** The committee shall have the authority to establish policies and procedures related to the review of a prospective student-athlete's academic credentials and to determine the validity of a prospective student-athlete's academic credentials for the purpose of meeting initial-eligibility requirements. A review may result in a determination that a prospective student-athlete's academic credentials shall not be used for the purpose of meeting initial-eligibility requirements. The policies and procedures for review of academic credentials and the determination of the validity of such credentials shall be approved by the Division I Committee on Academics and the Division II Academic Requirements Committee. (See Bylaw 14.1.2.4.) *(Adopted: 7/24/07, Revised: 1/20/15)*

**21.6.5.3 Terms. [#]** Committee members shall be appointed to one four-year term. A member's term of service shall commence on the first day of January following the member's appointment. A member may be appointed to one additional term. An individual who has served two terms may not be reappointed. The term of service of the member serving on the Division II Academic Requirements Committee shall run concurrently with their service on that committee. *(Adopted: 7/24/07, Revised: 1/20/15, 4/20/15)*

**21.6.5.4 Appeals. [#]** The committee determination shall be final, binding and conclusive and shall not be subject to further review by any other authority. *(Adopted: 7/24/07)*

## 21.8 Division II Committees.

### 21.8.1 Eligibility for Membership.

**21.8.1.1 On the Staff.** Individuals serving on Division II committees or as Division II representatives on Association-wide or common committees shall be salaried on a regular basis by a Division II active member institution or conference and perform a regular staff function representing at least 50 percent of the normal workload for a staff member at that institution or conference, unless otherwise specified. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/8/07)*

**21.8.1.1.1 Modification in Employment Status.** If a committee member's employment status is altered to the extent that the individual no longer meets this requirement, the individual shall be replaced on the committee at the Division II Management Council and Presidents Council meetings immediately after the change in status. *(Adopted: 1/14/97 effective 8/1/97)*

**21.8.1.1.2 Individuals on Sabbatical or Temporary Leave.** An individual on sabbatical or other temporary leave for a period not exceeding 12 consecutive months may be considered to be "on the staff" and eligible for committee membership. An individual on terminal leave or on leave in excess of 12 consecutive months shall not be eligible to serve on a committee. *(Adopted: 1/14/97 effective 8/1/97)*

**21.8.1.1.3 Reclassification from Division II to Division I or III.** If a committee member's institution has forwarded to the national office written notice of its intention to change its membership classification to Division I or III, that individual shall not be eligible to serve on any Division II committee. *(Adopted: 1/11/00 effective 8/1/00 for those institutions that begin the reclassification period 9/1/00)*

**21.8.1.1.4 Exception -- Playing Rules Committees.** Institutional staff members from Division II or III institutions that sponsor a Division I sport may serve on that sport's playing rules committee as a Division I

representative, provided at least 25 percent of the institutions that sponsor the sport are Division II or III institutions. *(Adopted: 1/5/07)*

**21.8.1.1.5 Waiver of Replacement Requirement.** The Management Council, subject to ratification by the Presidents Council, shall have the authority to waive this provision or to approve a later replacement date if it deems that application of Bylaw 21.8.1.1.1 would be detrimental to the work of the committee involved. *(Adopted: 10/23/07)*

## 21.8.2 Term of Office.

**21.8.2.1 Four-Year Term.** Unless otherwise specified, the Division II members of committees shall be appointed or elected for one four-year term with no immediate re-election. Unless otherwise specified, a member's term of service shall commence on the first day of September after the member's election or appointment. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/13/16 for any individual appointed or elected to a Division II committee on or after 1/1/15)*

**21.8.2.2 Appointment or Election.** Unless otherwise specified, the Division II members of committees will be appointed or elected by the Division II Management Council, subject to ratification by the Division II Presidents Council. Unless otherwise specified, a former committee member may be appointed or elected to an additional term on that committee after three years have elapsed. Unless otherwise specified, an individual who has served two terms on a committee may not serve further on that committee. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/13/16 for any individual appointed or elected to a Division II committee on or after 1/1/15)*

**21.8.2.2.1 Appointment or Election of Chairs.** Unless otherwise specified, chairs of Division II specific committees shall be elected by the committees themselves for a term not to exceed two years. A chair is not eligible for immediate re-election to the position of chair. *(Adopted: 1/14/97 effective 8/1/97)*

**21.8.2.3 Appointment to Fill Vacancies.** Whenever a vacancy occurs among the members of a Division II committee or among the Division II members of Association-wide or common committees, the Division II Management Council, subject to ratification by the Division II Presidents Council, may fill the vacancy by a majority vote of its members present and voting. Members appointed to fill vacancies shall be appointed for one four-year term. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/13/16 for any individual appointed or elected to a Division II committee on or after 1/1/15)*

**21.8.2.4 Adjustments to Achieve Staggered Terms.** The Division II Nominating Committee shall have the authority to amend the terms of service of committee members as necessary to stagger the expiration of terms to provide for continuity of service or to adjust the membership of a committee to ensure that vacancies occur in proper sequence. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/13/16 for any individual appointed or elected to a Division II committee on or after 1/1/15)*

**21.8.2.5 Division II Management Council Representation.** All Division II committees with fewer than seven members that report directly to the Management Council shall include at least one Management Council member, and Division II committees with more than six members that report directly to the Management Council shall include at least two Management Council members. In addition, at least one of the Division II representatives on committees functioning in an Association-wide capacity shall be a member of the Management Council. Management Council members shall serve as the liaisons for each committee to the Management Council. Unless otherwise specified, Management Council members shall serve as voting members of such committees. A Management Council member's term of service shall commence in January after adjournment of the annual Convention and shall be concurrent with their term of service on the Management Council. A Management Council member must terminate service on such a committee at the expiration of their term on the Management Council. *(Adopted: 1/14/97 effective 8/1/97)*

## 21.8.3 Removal From Committee.
The chair of each committee is authorized to recommend to the Division II Management Council that a member be replaced if such member is not discharging the member's duties properly. In addition, a member who is absent from two consecutive meetings without reasons approved by the Management Council shall be removed from the committee. The Management Council shall have authority to appoint a replacement for the unexpired portion of the term. *(Adopted: 1/14/97 effective 8/1/97)*

## 21.8.4 Meeting Length and Sites.
The Management Council, subject to ratification by the Presidents Council, is responsible for developing policies governing the length, sites and expenses related to Division II committee meetings (see Bylaw 31.2.2). Such policies shall be available online on the NCAA website. *(Adopted: 1/14/97 effective 8/1/97)*

## 21.8.5 Division II General Committees.
To conduct Division II business in an efficient and orderly fashion, the following Division II committees shall be established and shall report directly to the Division II Management Council. *(Adopted: 1/14/97 effective 8/1/97)*

### 21.8.5.1 Academic Requirements Committee.

**21.8.5.1.1 Composition.** The Division II Academic Requirements Committee shall consist of 11 members, including two members of the Division II Management Council, one chancellor or president from an active member institution not represented on the Division II Presidents Council, one member of the Division II Student-Athlete Advisory Committee, and at least one member representing the American Association of Collegiate Registrars and Admissions Officers.
*(Adopted: 1/14/97 effective 8/1/97, Revised: 1/10/05, 1/23/19)*

**21.8.5.1.2 Duties.** The committee shall: *(Adopted: 1/14/97 effective 8/1/97)*

(a) Review and consider those portions of the Association's constitution and bylaws that affect Division II and relate to principles of sound academic requirements;

(b) Study, create policies and, when appropriate, make legislative recommendations to the Division II Management Council regarding initial-eligibility, progress-toward-degree and transfer requirements; *(Revised: 1/10/05)*

(c) Determine interpretations of Division II academic legislation; *(Adopted: 7/18/17)*

(d) Incorporate academic interpretations in to the NCAA Manual; *(Adopted: 7/18/17)*

(e) Review and establish procedures for considering waivers of initial-eligibility and progress-toward-degree requirements; *(Revised: 1/10/05)*

(f) Monitor procedures for gathering data on membership persistence and graduation rates and report the findings from the study of such rates; *(Revised: 1/10/05)*

(g) Serve on the NCAA Division II Degree Completion Award Committee; *(Revised: 1/10/05)*

(h) Interact with Divisions I and III to monitor appropriate application of academic issues; and *(Revised: 1/10/05)*

(i) Study and, when appropriate, make recommendations to the Division II Management Council concerning relationships between the Association and its members, the secondary-school community and two-year colleges. *(Revised: 1/10/05)*

**21.8.5.1.3 Decision Final.** The committee's determination on waivers shall be final, binding and conclusive and shall not be subject to further review by the Division II Management Council or any other authority. *(Adopted: 7/17/18)*

**21.8.5.2 Championships Committee.**

**21.8.5.2.1 Composition.** The Division II Championships Committee shall consist of 12 members, including one member of the Division II Student-Athlete Advisory Committee and two members of the Division II Management Council. The vice chair of the Management Council shall serve as an ex officio, nonvoting member. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/10/05, 8/26/09)*

**21.8.5.2.2 Duties.** The committee shall: *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/12/99, 5/1/08, 5/10/12)*

(a) Make budgetary recommendations to the Division II Management Council for the conduct of Division II championships;

(b) Supervise qualification and/or selection procedures for Division II championships;

(c) Review and act on recommendations from Division II sports committees regarding the administration of those championships;

(d) Process other issues related to the administration of the events;

(e) Act for the Division II Presidents Council and Management Council as the final authority regarding championships matters in Division II that are subject to appeal;

(f) Select and approve sport and rules committee representatives; *(Revised: 7/18/23)*

(g) Serve as ex officio, nonvoting members of Division II sports committees; and *(Adopted: 8/26/09)*

(h) Receive informational updates from the Playing Rules Oversight Panel on issues relating to Division II. *(Adopted: 7/26/11)*

**21.8.5.2.2.1 Recommendations From Division II Sports Committees.** All Division II sports committees report directly to the Division II Championships Committee. All sports committee recommendations shall be processed through the Championships Committee, then to the Management Council and are subject to ratification by the Division II Presidents Council. *(Adopted: 1/14/97 effective 8/1/97)*

**21.8.5.3 Committee on Infractions and Infractions Appeals Committee.**

**21.8.5.3.1 Committee on Infractions.** The Committee on Infractions shall be appointed and its duties assigned as provided in Bylaw 19. *(Adopted: 7/22/14)*

**21.8.5.3.2 Infractions Appeals Committee.** The Division II Infractions Appeals Committee shall be appointed and its duties assigned as provided in Bylaw 19. *(Adopted: 1/14/97 effective 8/1/97, Revised: 10/20/09, 7/22/14)*

### 21.8.5.4 Committee for Legislative Relief (Formerly Known as Administrative Review Subcommittee).

**21.8.5.4.1 Composition.** The Division II Committee for Legislative Relief shall consist of five members, including one member of the Division II Management Council. *(Adopted: 4/15/08)*

**21.8.5.4.2 Duties.** The committee shall review waiver requests for relief from the application of NCAA legislation to a particular situation in which no other committee, subcommittee or conference has the authority to act. The committee shall establish policies and procedures for reviewing such requests. (See Bylaw 9.4.1.7.) *(Adopted: 4/15/08)*

**21.8.5.4.3 Decision Final.** Any decision made by the committee is final. *(Adopted: 4/15/08)*

### 21.8.5.5 Committee on Student-Athlete Reinstatement.

**21.8.5.5.1 Composition.** The Division II Committee on Student-Athlete Reinstatement shall consist of six members, including one member of the Division II Management Council, and one member of the Division II Student-Athlete Advisory Committee. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/9/06)*

**21.8.5.5.1.1 Term of Office.** Members of the Committee on Student-Athlete Reinstatement shall be elected for one three-year term. An individual may be immediately re-elected to a second three-year term. *(Adopted: 1/8/01)*

**21.8.5.5.2 Duties.** The committee shall have the authority under Bylaw 14.13 to determine all matters pertaining to the policies and procedures for the reinstatement of eligibility of a Division II student-athlete who is ineligible for intercollegiate competition as a result of an NCAA rules violation, and for waivers of legislation that the Division II Management Council or membership has authorized the committee to grant. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/13/98)*

**21.8.5.5.2.1 Procedures.** The procedures for processing such appeals or requests shall be established by the Division II Committee on Student-Athlete Reinstatement and approved by the Division II Management Council. The committee may reinstate eligibility immediately, may reinstate eligibility at a future time or may determine that eligibility should not be reinstated. The committee also may impose conditions for reinstatement of eligibility. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/13/98)*

**21.8.5.5.2.2 Authority of Student-Athlete Reinstatement Staff.** Subject to review by the Division II Committee on Student-Athlete Reinstatement, the student-athlete reinstatement staff is authorized to apply the Division II eligibility rules. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/13/98)*

**21.8.5.5.2.3 Appeals.** After the student-athlete reinstatement staff has acted on an eligibility matter, the involved Division II institution may appeal the decision to the Division II Committee on Student-Athlete Reinstatement. The committee's determination shall be final, binding and conclusive and shall not be subject to further review by the Division II Management Council or any other authority. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/13/98)*

### 21.8.5.6 Legislation Committee.

**21.8.5.6.1 Composition.** The Division II Legislation Committee shall consist of 12 members, including two members of the Division II Management Council and one member of the Division II Student-Athlete Advisory Committee. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/10/05)*

**21.8.5.6.2 Duties.** The committee shall: *(Adopted: 1/14/97 effective 8/1/97)*

(a) Determine interpretations of all Division II-specific legislation, except academic legislation (see Bylaw 21.8.5.1.2); *(Revised: 7/18/17)*

(b) Incorporate new legislation and interpretations in the NCAA Manual;

(c) Review deregulation issues in consultation with other Division II committees;

(d) Review and consider legislative issues of those portions of the Association's constitution and bylaws that relate to the principles governing financial aid and amateurism, professional sports relations, recruiting, personnel limitations, and playing and practice seasons;

(e) Review and consider issues regarding rules education and compliance resources; and *(Adopted: 1/9/06, Revised: 10/17/06)*

(f) Review and determine the facts related to the certification of a prospective student-athlete's amateur status on request of an institution. An institution may make such a request if it disagrees with the determination of facts rendered by the NCAA Eligibility Center. *(Adopted: 8/25/10)*

**21.8.5.7 Membership Committee.**

**21.8.5.7.1 Composition.** The Division II Membership Committee shall consist of 12 members, including two members of the Division II Management Council and one chancellor or president from an active member institution not represented on the Division II Presidents Council. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/14/02, 7/22/08, 8/30/17)*

**21.8.5.7.2 Duties.** The committee shall: *(Adopted: 1/14/97 effective 8/1/97)*

(a) Review and consider issues pertaining to the Division II membership requirements and membership compliance pursuant to Bylaw 7; *(Revised: 1/10/05)*

(b) Handle Convention tasks related to Division II business, which include examining the credentials of Division II delegates, determining (subject to appeal of the Division II membership) the authority of any Division II delegate to vote or otherwise represent a member institution at an annual or special Convention and counting the votes at an annual or special Convention; *(Revised: 1/10/05)*

(c) Have the authority to review and examine a member institution's completed Institutional Self-Study Guide report and supporting documentation (see Bylaw 7.3.1.5.23.1.); *(Adopted: 1/15/11 effective 8/1/11 for an institution that completes the minimum financial aid and minimum sports-sponsorship reporting for the 2010-11 academic year by 8/15/11 and thereafter)*

(d) Have the authority to conduct an audit of the information contained in a member institution's minimum financial aid report and minimum sport-sponsorship report (see Bylaw 7.3.1.9.1.); *(Adopted: 1/15/11 effective 8/1/11 for an institution that completes the minimum financial aid and minimum sports-sponsorship reporting for the 2010-11 academic year by 8/15/11 and thereafter, Revised: 10/18/22 effective 8/1/22)*

(e) Have the authority to conduct an audit of an institution's fulfillment of membership requirements if the institution is placed on probation for failure to fulfill more than one membership requirement during a 10-year period (See Bylaw 7.3.1.9.2.); and *(Adopted: 1/17/09 effective 8/1/09, Revised: 1/15/11 effective 8/1/11 for an institution that completes the minimum financial aid and minimum sports-sponsorship reporting for the 2010-11 academic year by 8/15/11 and thereafter, 10/18/22 effective 8/1/22)*

(f) Review issues regarding membership requirements (e.g., sports sponsorship, financial aid) that are discovered during the enforcement process and impose, when necessary, penalties for noncompliance. *(Adopted: 7/20/10)*

**21.8.5.8 Nominating Committee.**

**21.8.5.8.1 Composition.** The Division II Nominating Committee shall consist of 11 members, including two members of the Division II Management Council. *(Adopted: 1/14/97 effective 8/1/97)*

**21.8.5.8.2 Duties.**

(a) Giving due weight to gender and ethnic diversity, as well as diversity by position and conference affiliation, the committee shall present to the Division II Management Council nominations for vacancies on all Division II-specific committees, and for the Division II positions on committees functioning in an Association-wide or multidivisional capacity. *(Adopted: 1/14/97 effective 8/1/97)*

(b) Giving due weight to gender and ethnic diversity, regional representation and conference affiliation, the committee shall present to the Division II Championships Committee nominations for vacancies on all Division II men's and women's sports committees. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/10/05)*

**21.8.5.9 Student-Athlete Advisory Committee.**

**21.8.5.9.1 Composition.** The Division II Student-Athlete Advisory Committee shall consist of one representative from each of the Division II multisport voting conferences, one representative of Division II independent institutions, provided there are at least 10 Division II independent institutions, two at-large positions to enhance efforts to achieve diversity of representation and two members of the Division II Management Council. A student-athlete representative initially must be a full-time undergraduate student at a Division II institution, as defined by the regulations of the institution, and must be a student-athlete or a former student-athlete in a Division II sport. Each conference representative must be initially enrolled as an undergraduate student at a Division II institution in the applicable conference. The two Management Council members shall serve as ex officio, nonvoting members of the committee. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/12/99, 1/7/00, 1/9/01, 1/14/02, 1/12/04, 7/17/18 effective 8/1/22)*

**21.8.5.9.1.1 Position Allocated for Independent Institutions.** If the total number of independent institutions falls below 10, the position allocated for independent institutions shall become an at-large position as soon as the position becomes vacant. *(Adopted: 1/9/01, Revised: 1/14/02, 7/17/18 effective 8/1/22)*

**21.8.5.9.2 Vacancies.** When a vacancy on the committee occurs, the applicable conference shall nominate at least four student-athletes from different active member institutions in the conference. A conference may nominate one male and one female from the same active member institution in the conference. Nominations for the independent position and at-large positions will be solicited by the Division II Nominating Committee. Giving due weight to gender and ethnic diversity, as well as diversity by sports participation, student-athlete representatives shall be selected by the Student-Athlete Advisory Committee from the slate of nominees, subject to ratification by the Division II Management Council and Presidents Council. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/14/02, 4/17/12)*

**21.8.5.9.2.1 Vacancies Prior to Completion of Term.** If a conference representative vacates their position prior to the completion of a term, and if the at-large member of the committee is a member of the same conference, the conference vacancy shall be filled by the at-large representative from the same conference and a new at-large representative shall be elected. *(Adopted: 1/12/04 effective 8/1/04)*

**21.8.5.9.3 Term of Office.** At the time of initial appointment to the Student-Athlete Advisory Committee, the student-athlete must have at minimum two years of eligibility remaining. A student-athlete representative shall not serve more than one three-year term on the committee. If the student-athlete resigns from the committee prior to the expiration of the three-year term, their replacement shall be appointed to one three-year term on the committee. Student-athletes may serve on the committee and/or an Association-wide committee up to one year after completion of their intercollegiate athletics eligibility, provided the student-athlete remains active with their conference's student-athlete advisory committee. A student-athlete's term of office shall commence in January after the adjournment of the annual Convention. A Management Council representative's term of office shall be concurrent with their term of service on the Management Council. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/12/04 for all Student-Athlete Advisory Committee representatives beginning their term of office after the end of the 2004 NCAA Convention, 10/22/13)*

**21.8.5.9.4 Management Council Service.** The committee shall elect two members to serve on the Management Council. *(Adopted: 1/17/15)*

**21.8.5.9.5 Presidents Council Service.** The committee shall elect two members (one representing male sports and one representing female sports) to serve on the Presidents Council. *(Adopted: 7/19/22 effective 8/1/22)*

**21.8.5.9.6 Duties.** The committee shall: *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/12/04)*

(a) Identify issues and initiatives affecting Division II student-athletes; *(Adopted: 1/12/04, Revised: 10/21/14)*

(b) Educate conference and campus Student-Athlete Advisory Committees; *(Adopted: 1/12/04)*

(c) Review and respond to issues raised by other committees; *(Adopted: 1/12/04)*

(d) Be involved in the Division II legislative process through participation in the annual Convention; *(Adopted: 1/12/04, Revised: 10/21/14)*

(e) Distribute and collect conference grids; *(Adopted: 1/12/04)*

(f) Participate in an annual summit with the Division II Management Council; *(Adopted: 1/12/04)*

(g) Represent Division II student-athletes on divisional and Association-wide committees; and *(Adopted: 1/12/04)*

(h) Participate in four in-person meetings per year. *(Adopted: 1/12/04, Revised: 10/21/14)*

**21.8.6 Sports Committees With Only Division II Championships Administration Responsibilities.** To conduct Division II championships in an efficient and orderly fashion, Division II sports committees shall be established and will report directly to the Division II Championships Committee (see Bylaw 21.8.6.2). *(Adopted: 1/14/97 effective 8/1/97)*

**21.8.6.1 Selection, Composition and Duties.**

**21.8.6.1.1 Method of Selection.** The members of each Division II sports committee and the Division II representatives on Association-wide and common rules committees shall be nominated by the Division II Nominating Committee and shall be selected by the Division II Championships Committee, subject to ratification by the Division II Management Council. *(Adopted: 1/14/97 effective 8/1/97)*

**21.8.6.1.1.1 Appointment to Fill Vacancies.** Whenever a vacancy occurs among the members of a Division II sports committee, the Division II Championships Committee, subject to ratification by the Division II Management Council, may fill the vacancy by a majority vote of its members present and voting. Members appointed to fill vacancies shall be appointed for one four-year term. *(Adopted: 1/13/98, Revised: 6/12/17)*

**21.8.6.1.1.2 Change in Employment Status.** If a member of a sports committee accepts employment that results in them moving to a region other than the one they were originally appointed to represent, that committee member shall not automatically represent the new region. *(Adopted: 1/14/02)*

**21.8.6.1.2 Composition Requirements.** For sports committees in both team and individual sports that administer Division II championships and for Division II representatives on Association-wide and common rules committees, at least 50 percent of the positions on each committee shall be filled by athletics administrators (e.g., athletics directors, associate or assistant athletics directors, senior woman administrators, faculty athletics representatives, individuals who are employed full time as administrators by member conferences, or individuals who are employed both part time as administrators by member conferences and full time by member institutions). An institutional staff member who performs both coaching and administrative functions may be counted as either an athletics administrator or a coach. Additionally, the sports committees shall be represented by individuals from specific regions. Members of the Division II Championships Committee shall serve as ex officio, nonvoting members of Division II sports committees. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/10/05, 8/26/09)*

**21.8.6.1.3 Duties.** Each Division II sports committee shall be responsible for developing policies, procedures and selection criteria governing the administration and conduct of the NCAA Division II championships under its jurisdiction and shall be responsible for administering such championships (subject to the approval of the Division II Championships Committee and the Division II Management Council, subject to ratification by the Division II Presidents Council) and the requirements, standards and conditions prescribed by Bylaw 31. (See Bylaw 31 for committee duties related to the administration of championships.) *(Adopted: 1/14/97 effective 8/1/97)*

**21.8.6.1.4 Selection Criteria.** Each Division II sports committee shall have the authority to establish championships selection criteria (subject to the approval of the Division II Championships Committee and the Division II Management Council, subject to ratification by the Division II Presidents Council), including requirements to use regular-season playing rules that conform with rules used in NCAA championships under its jurisdiction in those sports for which the Association does not maintain playing rules. *(Adopted: 1/14/97 effective 8/1/97)*

**21.8.6.1.5 Regional Advisory Committees.** Regional advisory committees may be appointed by each sports committee as prescribed by the Division II Championships Committee, as ratified by the Division II Management Council. *(Adopted: 1/14/97 effective 8/1/97)*

**21.8.6.2 Committee Membership.** Membership on sports committees in team and individual sports that administer Division II championships shall be limited in number as specified in Figure 21-1. *(Adopted: 1/10/05)*

**21.8.6.3 Appeals Subcommittee.** The Appeals Subcommittee shall hear and decide appeals of Division II sports committees' decisions. *(Adopted: 1/9/06 for sports committee decisions occurring on or after 8/1/04)*

**21.8.6.3.1 Composition Requirements.** The Appeals Subcommittee shall consist of five members, including two members of the Division II Championships Committee, two members of the Division II Management Council and the chair of the Championships Committee. The chair of the Appeals Subcommittee shall be the same individual who serves as the chair of the Championships Committee and shall vote only in the cases of a tie. *(Adopted: 1/9/06 for sports committees' decisions occurring on or after 8/1/04)*

**21.8.6.3.2 Duties.** The Appeals Subcommittee shall review and consider appeals of Division II sports committees' decisions, including nullifications. The subcommittee shall not have the authority to hear appeals of selection decisions. (See Bylaw 31.3.2.) *(Adopted: 1/9/06 for sports committees' decisions occurring on or after 8/1/04, Revised: 1/5/07, 5/22/17)*

# FIGURE 21-1
## Division II Sports Committee Membership

| Committee | Number of Members |
|---|---|
| Baseball Committee | 8 |
| Basketball Committee, Men's | 8 |
| Basketball Committee, Women's | 8 |
| Cross Country Committee, Men's and Women's | 8, four members shall represent men's cross country interests and four members shall represent women's cross country interests with three positions allocated for those who identify as male, three positions allocated for those who identify as female, and two positions unallocated. There shall be one representative elected from each of the Division II cross country regions. |
| Field Hockey Committee | 4 |
| Football Committee | 8, consisting of two representatives from each of the four Division II football regions and each member shall represent a different member conference or independent institution. |
| Golf Committee, Men's | 4 |
| Golf Committee, Women's | 4 |
| Lacrosse Committee, Men's | 4, Each of the Division II lacrosse regions shall be represented. |
| Lacrosse Committee, Women's | 4, consisting of equal representation from each region. |
| Rowing Committee, Women's | 3 |
| Soccer Committee, Men's | 8 |
| Soccer Committee, Women's | 8 |
| Softball Committee, Women's | 8 |
| Swimming and Diving Committee, Men's and Women's | 5, two members shall represent men's swimming and diving interests and two members shall represent women's swimming and diving interests with one position allocated for someone who identifies as male, and one position allocated for someone who identifies as female with one additional member representing diving interests. |
| Tennis Committee, Men's and Women's | 8, consisting of three positions allocated for those who identify as male, three positions allocated for those who identify as female, and two unallocated positions. |
| Track and Field, Men's and Women's | 8, four members shall represent men's track and field interests and four members shall represent women's track and field interests with three positions allocated for those who identify as male, three positions allocated for those who identify as female, and two positions unallocated. There shall be one representative elected from each of the Division II track and field regions*. |
| Volleyball Committee, Women's | 8 |
| Wrestling Committee | 4 |

*The Men's and Women's Track and Field Committee shall be responsible for the Division II indoor track and field, and outdoor track and field championships. (See Bylaw 31 for committee duties related to the administration of championships.)

BYLAW, ARTICLE 31

# Executive Regulations

## 31.1 Rights to NCAA Properties and Marketing Restrictions.

**31.1.1 Names and Marks.** The NCAA owns or controls all rights and interests in its name, logo, seal, trademarks and service marks, whether registered or unregistered, including "National Collegiate Athletic Association," "NCAA," "National Collegiate Championships," "March Madness," "The Final Four," "Women's Final Four," "College World Series," "Women's College World Series" and "Stagg Bowl." The NCAA will prosecute infringement of identical or confusingly similar marks. The NCAA shall maintain control over the nature and quality of the goods and services rendered under the marks; therefore, no use of the marks by others will be permitted in advertising, in association with commercial services or related to the sale of merchandise without the specific approval of the NCAA. *(Revised: 1/29/90, 6/14/16)*

**31.1.2 Concessions.** The following conditions or restrictions apply to all concession items sold at any event sponsored or administered by the Association:

(a) Any merchandise or material bearing any name, logo, trademarks or service marks of the Association that is to be sold or distributed at an event sponsored or administered by the Association must have the prior approval of the president before being sold or distributed. No such merchandise or material shall be sold or distributed by anyone except as designated by the NCAA. The host institution may sell merchandise that features an institutional mark or logo at NCAA competition only if it has guaranteed a sellout of the NCAA merchandise at the site of the competition and has agreed to provide the NCAA championship 25 percent of gross sales (after sales taxes) of all non-NCAA championship merchandise. The quantity of NCAA merchandise sent to the site shall have the prior approval of the NCAA president and shall not be less than a comparable shipment to a comparable site of the previous year's championship. *(Revised: 12/4/89)*

(b) The NCAA owns the rights to all concession items other than food or drink sold at such events. Any merchandise or material to be sold at such events must have prior approval of the NCAA president, and any unapproved material shall be barred from the premises. If the championship facility has prior contractual commitments with outside vendors, the NCAA will endeavor to work with such vendors to advance the policies of the Association in the sale of concession items as herein stated.

(c) The NCAA may authorize others, including the host institution or the coaches organization for the sport involved in the particular event, to sell and distribute concession items.

(d) Income payable to the NCAA from the sale of concession items other than food and drink at such events shall be included in the gross receipts of the championship.

**31.1.3 Programs.** The Association reserves the right to publish and sell any program sold or distributed for an NCAA championship. It may award such rights for any championship to another party or agency, provided it retains the right to review and approve the content of all programs to be sold or distributed, and provided it shall receive a guaranteed amount or predetermined percentage of program receipts. All financial arrangements for official programs produced by the host institution or sponsoring agency shall be reflected in the proposed budget, and receipts and expenses shall be entered in the financial report of the championship. If the program is produced and sold under contract between the NCAA and an outside agency, income from program advertising or sales shall not be included in the host institution's or sponsoring agency's financial report or percentage of net receipts.

**31.1.4 Championships Properties.** The Association owns all rights to each and all of its championships as listed in Bylaw 18.3. These rights include, in addition to the rights with respect to participation and admission, rights to television (live and delayed), radio broadcasting, filming and commercial photography. In addition, the NCAA reserves the right to sell items developed through the NCAA marketing program at the site of a championship.

**31.1.4.1 Awarding Media Rights.** Television, radio and film rights shall be awarded in such a manner as to advance most fully the following interests:

(a) Gate attendance;

(b) Promotion of interest in the sport;

(c) Promotion of intercollegiate athletics as a part of collegiate education; and

(d) Promotion of the Association and its purposes and fundamental policy.

**31.1.4.1.1 Procedures.** Specific policy decisions under the foregoing are determined by the governing sports committee for the particular championship, subject to the approval of the Championships Committee. Negotiations

with respect to the awarding of any such rights shall be conducted by the NCAA president, who shall have authority to determine the specific terms and conditions and to execute contracts for the award of such rights on behalf of the Association. Inquiries concerning all such rights should be directed to the president at the national office. In accordance with the policies stated herein, the NCAA president shall negotiate with any party interested in such rights when they are available.

**31.1.4.2 Marketing, Licensing, Promotional and Public Affairs Initiatives.** The NCAA president shall be responsible for the oversight and administration of all marketing, licensing, promotions and public affairs initiatives. The NCAA president shall have the authority to appoint ad hoc advisory groups to provide assistance in developing policies to review any initiative and to provide assistance in addressing emerging issues. In addition, negotiations with respect to awarding merchandising, marketing and licensing rights (including corporate partner rights) shall be conducted by the NCAA president, who shall have the authority to determine the specific terms and conditions and to execute and enforce contracts for the award of such rights on behalf of the Association. The NCAA Board of Governors, at its discretion, may request a detailed accounting of any marketing, licensing, promotional and public affairs initiative that resulted in the awarding of a contract on behalf of the Association. Each division's presidential administrative group and management council may request a report related to any matter handled by the NCAA president under the authority of this legislation. *(Adopted: 1/8/01, Revised: 1/26/15)*

**31.1.4.3 Photographs, Films and Videotapes.** The Association reserves all rights to the use of still photographs, films and videotapes of its championships. All rights to photograph, film and videotape NCAA championships may be assigned to media representatives for news purposes but otherwise are to be controlled exclusively by NCAA Productions, a unit of the NCAA. NCAA Productions shall film or videotape certain NCAA championships, as recommended by the governing sports committees and approved by the Championships Committee. Its cost in filming or videotaping an NCAA championship and producing prints or videodubs for the NCAA library of films shall be entered as an item of game expenses for that championship. The filming or videotaping of NCAA championships by parties other than NCAA Productions (i.e., participating institutions or commercial film production companies) for any purpose other than news purposes may be permitted only with the advance written consent of the NCAA president.

**31.1.4.4 Use of Action Footage on Television News Programs.** The games committee of a particular NCAA championship for which exclusive rights have not been awarded may permit single television stations or television and/or cable networks to broadcast action footage of the championship (on a live or delayed basis) on their regular television news programs (see Bylaw 31.1.4.4.1). Unless otherwise approved by the NCAA, these broadcasts shall not exceed three minutes of action footage of the championship, unless broadcast rights have been secured from the Association by payment of a rights fee. The NCAA president shall be authorized to interpret and apply these provisions as necessary.

**31.1.4.4.1 News Program.** A "news program" shall be a regularly scheduled program devoted exclusively to general news and/or sports news. Sports entertainment programs do not qualify under this provision.

**31.1.4.5 Live Microphone on Coach.** The placement of microphones on a team coach or in team huddles and bench areas for television, radio or motion-picture purposes is prohibited in all NCAA championships.

**31.1.4.6 Promotional Announcements for Professional Sports Contests.** During the telecast of any NCAA championship, there shall be not more than two promotional announcements for telecasts of professional sports contests. Each such announcement shall not exceed 15 seconds in length. It may be of a billboard nature only and shall not include any action footage of any professional sports contest. If less than the complete championship segment is televised, only one such professional announcement shall be permitted. These restrictions shall not apply to postseason bowl games. *(Revised: 8/15/89, 10/22/13)*

# 31.2 General Financial Management.

**31.2.1 General Operating Budget.** The Board of Governors shall adopt a budget for the ensuing fiscal year before the end of any current fiscal year. The budget, as approved, shall list all anticipated revenues and expenses for the coming fiscal year, including transfers to or withdrawals from reserve funds. *(Revised: 1/26/15)*

**31.2.2 Committee and Delegate Finances.**

**31.2.2.1 Allowable Expenses, Committee Members.** Any member of an NCAA committee who is entitled under the following regulations to reimbursement of expenses for attendance at a committee meeting shall not receive such payment if the member fails to remain in actual attendance at the meeting for its entire duration as announced in advance. However, in any special case where a committee member for valid reasons is granted permission by the chair for late arrival or early departure, the member shall receive reimbursement in full.

**31.2.2.1.1 Transportation Allowances.** A committee member may be reimbursed for the following transportation expenses: *(Revised: 1/13/98 effective 2/1/98)*

(a) **Commercial Airline.** The member must travel using the lowest available coach airfare as detailed in the applicable travel policy; and *(Revised: 8/12/91, 1/13/98 effective 2/1/98, 1/12/99, 4/17/18)*

(b) **Automobile.** The member may claim mileage for the round trip at the NCAA approved rate, based upon the most direct route between the two points. *(Revised: 1/13/98 effective 2/1/98, 1/9/06, 8/20/08)*

**31.2.2.1.1.1 Travel to Competition Site.** A committee member or designated representative who travels to the site of preliminary competition in an NCAA championship via either ground or coach-class air may claim mileage at the NCAA approved rate, based on the most direct route between the two points. *(Revised: 1/13/98, 1/9/06, 8/20/08)*

**31.2.2.1.2 Per Diem Allowance.** A per diem allowance of $75 may be claimed for each day or part thereof away from home, except that not more than one day's travel each way may be claimed. The Association shall pay single-room and tax charges for committee members attending scheduled committee meetings or on Association business. Incidental charges shall be the responsibility of the committee member. *(Revised: 8/3/95, 1/13/98)*

**31.2.2.1.3 Actual Expenses.** The Management Council or Board of Governors may authorize reimbursement of actual expenses, if circumstances warrant. *(Revised: 1/26/15)*

**31.2.2.1.4 Meeting Frequency.** Payment of expenses for attendance at meetings of an NCAA standing committee shall be limited to three meetings per year unless otherwise authorized by the Management Council, Presidents Council or Board of Governors. *(Revised: 1/10/00, 10/30/08, 1/26/15)*

**31.2.2.1.5 Meeting Site.** All committee meetings are required to be held in the Indianapolis metropolitan area following the applicable policies, unless an exception is granted by the NCAA travel staff or NCAA president. *(Revised: 4/17/18)*

**31.2.2.1.6 Special Committees.** The expense allowance for any special committees or for individuals engaged in official Association business shall be determined by the Management Council or Board of Governors for Association-wide committees. *(Revised: 1/26/15)*

**31.2.2.1.7 Sports Committees.** Meetings of sports committees shall be held in the Indianapolis metropolitan area following the applicable policies, unless an exception is granted by the NCAA travel staff or NCAA president. *(Revised: 1/26/15, 4/17/18)*

**31.2.2.1.8 Expense Allowance for Conventions.** An expense allowance shall not be granted for committee meetings held in connection with a Convention of the Association, except that standing committees that regularly meet before or after an Association Convention shall be entitled to one day's per diem for each day or part thereof on Association business, subject to the approval of the Management Council or Board of Governors for Association-wide committees. *(Revised: 1/26/15)*

**31.2.2.1.9 Approval of Payments.** All expense payments shall be submitted through the appropriate expense system and approved and processed by the NCAA travel staff according to the applicable policies. *(Revised: 1/26/15, 4/17/18)*

**31.2.2.1.10 Waivers.** The NCAA travel staff may grant waivers of the committee-expense regulations in particular cases as are deemed advisable to prevent hardship on a committee or an individual committee member. *(Revised: 1/26/15, 4/17/18)*

**31.2.2.2 Allowable Delegate Expenses.**

**31.2.2.2.1 Meetings of Other Organizations.** Delegates of the Association attending meetings of other organizations (e.g., various sports federations) shall be entitled to the same expense allowances as those outlined in Bylaw 31.2.2.

**31.2.2.2.2 Games Committees for International Competition.** NCAA delegates to games committees appointed to supervise international competition may not receive expenses to more than one meeting during each academic year.

**31.2.2.2.3 Governing Boards of Other Organizations.** NCAA delegates to the governing boards of other organizations may claim an expense allowance for each regular or special meeting of the particular board.

**31.2.2.3 Prohibition Against Funding Olympics and Paralympics.** Income from the Association's championships shall not be allocated to the Olympic and Paralympic fund. *(Revised: 1/22/20 effective 8/1/20)*

## 31.2.3 Defense and Indemnification.

**31.2.3.1 Conditions for Defense and Indemnification.** The Association shall defend and indemnify any present or former employee, committee member, or agent of the Association who is or was a party to or is threatened to be made a

party to, or who is to be subpoenaed to be deposed or to give evidence in any civil, criminal, administrative, or investigative action or proceeding, including those brought by the Association, provided all of the following conditions are met: *(Adopted: 1/14/02)*

(a) The individual requesting defense and indemnification is being named as a party or subpoenaed to be deposed or to give evidence by reason of the fact that the individual is or was a member, committee member, or agent of the Association or is or was serving at the request of the Association as a director, officer, employee, or agent of another association, corporation, partnership, joint venture, trust, or other enterprise;

(b) The individual is determined to have been acting within the scope of the individual's duties to the Association;

(c) The individual is determined to have been acting in good faith and in a manner the individual reasonably believed to be in or not opposed to the best interests of the Association in the performance of the individual's duties to the Association. In respect to any alleged criminal action or proceeding, the individual also must be determined to have had no reasonable cause to believe the alleged conduct was unlawful;

(d) The individual promptly and timely notifies the Association's general counsel of the actual or threatened service of process, subpoena, notice of deposition, or other legal process before incurring attorney fees or other expenses;

(e) The individual accepts counsel provided or approved by the Association and agrees to accede to the legal strategies approved by the Association's general counsel, including any settlement determinations. In the event that the individual wishes to hire other counsel or not accede to the Association's legal strategies, the Association shall not be obligated to defend or indemnify the individual, except when it is determined that a conflict of interest exists with the Association such that retaining separate counsel is warranted; and

(f) The individual agrees to repay any expenses, including attorney fees, incurred in bringing or defending a civil or criminal action or proceeding paid by the Association in advance of the final disposition of such action or proceeding, if it is ultimately determined that the individual is not entitled to be indemnified by the Association as authorized in this bylaw.

**31.2.3.1.1 Determination Regarding Conditions for Defense and Indemnification.** The determination as to whether indemnification is appropriate because the conditions of Bylaw 31.2.3.1 have been satisfied shall be made: *(Adopted: 1/14/02)*

(a) By the Board of Governors Executive Committee by a majority vote of a quorum consisting of members who are not parties to such action or proceeding. The vote may be taken by electronic mail, telephone, facsimile or in person; or *(Revised: 3/11/09, 1/26/15)*

(b) If such a quorum is not obtainable, or, even if obtainable, if a quorum of disinterested Board of Governors members so directs, by independent legal counsel in a written opinion; or *(Revised: 1/26/15)*

(c) By the NCAA president if so delegated by the Board of Governors. *(Revised: 1/26/15)*

**31.2.3.1.2 Definition of Committee.** For purposes of Bylaw 31.2.3, "committee" shall include all Association committees, boards, cabinets, councils, subcommittees and panels. *(Adopted: 1/14/02)*

**31.2.3.1.3 Termination of Action or Proceeding.** The termination of any action or proceeding by judgment, order, settlement, conviction, or upon a plea of nolo contendere or its equivalent, shall not, of itself, create a presumption in regard to these determinations. However, if an individual is adjudged to be liable for negligence or misconduct in the performance of the individual's duty to the Association, there shall be no indemnification unless and only to the extent that the court in which such action or suit was brought shall determine that, despite the adjudication of liability but in view of all circumstances of the case, such individual is fairly and reasonably entitled to indemnity for such expenses as the court shall deem proper. *(Adopted: 1/14/02)*

**31.2.3.2 Insurance.** The Association may purchase and maintain insurance on behalf of any individual who is or was an employee, committee member, or agent of the Association, or is or was serving at the request of the Association as a director, officer, employee, or agent of another association, corporation, partnership, joint venture, trust, or other enterprise against any liability asserted against the individual and incurred by the individual in any such capacity or arising out of the individual's status as such, whether or not the Association would have the power to indemnify the individual against such liability under the provisions of Bylaw 31.2.3. *(Adopted: 1/14/02)*

**31.2.3.3 Definition of Indemnification.** For purposes of this bylaw, indemnification shall consist of payment against expenses (including attorneys' fees), judgments, fines and amounts paid in settlement actually and reasonably incurred by the individual in connection with such action or proceeding. *(Adopted: 1/14/02)*

**31.2.4 Insurance.**

**31.2.4.1 Primary Liability.** Host institutions and sponsoring agencies of NCAA championships shall have in place the insurance required and detailed in the bid specifications. At a minimum, every host and sponsoring agency shall have primary comprehensive general liability insurance coverage with combined single limits of at least $1 million per occurrence. *(Revised: 12/2/90, 4/17/18)*

**31.2.4.2 Excess Liability.** The Association maintains excess liability insurance coverage for the conduct of NCAA championships. The coverage includes bodily injury and property damage resulting from accidents.

**31.2.4.3 Injury, Death and Dismemberment.** Basic athletics-injury, catastrophic-injury and accidental death and dismemberment insurance for participants in NCAA championships shall be provided by the Association.

## 31.3 Personnel.

**31.3.1 Employment.** In accordance with Constitution Article 2-A-3-(d), the NCAA president is authorized to employ such persons as may be necessary to conduct efficiently the business of the Association. The number of administrative personnel that may be employed shall be determined at the beginning of each fiscal year and may not be increased without the approval of the Board of Governors. The NCAA president may employ as many nonadministrative personnel as may be necessary. *(Revised: 1/26/15)*

**31.3.1.1 Affirmative Action.** In the selection of personnel for appointment, the policies and procedures of the Association's affirmative-action program, as approved by the Board of Governors, shall be followed. *(Revised: 1/26/15)*

**31.3.2 Staff Operations.** The national office staff operations shall be reviewed by the Board of Governors. Among the items to be reviewed by the subcommittee are: *(Revised: 1/26/15)*

(a) Employee compensation;

(b) Employee benefits; and

(c) Allegations of improper conduct by any member of the national office staff as reported to the NCAA president.

**31.3.2.1 Employee Compensation and Benefits.** The Board of Governors shall review staff compensation and benefits at least once each year and shall recommend changes to the Board of Governors. *(Revised: 1/26/15)*

**31.3.2.2 Pension Trust Plan.** The policies for the retirement benefits of the staff are set forth in the NCAA Pension Trust Plan, which was adopted and may be revised by the Board of Governors. *(Revised: 1/26/15)*

## 31.4 National Statistics Program. A national statistics program shall be maintained for active member institutions in baseball, men's and women's basketball, field hockey, football, men's and women's ice hockey, men's and women's lacrosse, men's and women's soccer, softball, and men's and women's volleyball. The national statistics program policies and procedures shall be published on the NCAA website. *(Revised: 4/14/06, 1/15/09, 7/18/23 effective 8/1/23)*