# Exhibit 3



# DIVISION III
## 2023-24 MANUAL

# Table of Contents

**CONSTITUTION**

**Article 1 Principles.**

| | | |
|---|---|---|
| **A** | The Primacy of the Academic Experience. | 2 |
| **B** | The Collegiate Student-Athlete Model. | 2 |
| **C** | Integrity and Sportsmanship. | 2 |
| **D** | Student-Athlete Well-Being. | 2 |
| **E** | Institutional Control. | 2 |
| **F** | Diversity, Equity and Inclusion. | 2 |
| **G** | Gender Equity. | 2 |
| **H** | Recruiting Standards. | 2 |

**Article 2 Organization.**

| | | |
|---|---|---|
| **A** | The Association. | 3 |
| **B** | The Divisions. | 5 |
| **C** | The Conferences. | 5 |
| **D** | Member Colleges and Universities. | 6 |
| **E** | Student-Athletes. | 7 |

**Article 3 Finance.**

| | | |
|---|---|---|
| **A** | | 8 |

**Article 4 Rules, Compliance and Accountability.**

| | | |
|---|---|---|
| **A** | | 9 |

**Article 5 Amendments to the Constitution.**

| | | |
|---|---|---|
| **A** | | 10 |

**Article 6 Institutional Control.**

| | | |
|---|---|---|
| **A** | | 11 |

**OPERATING BYLAWS**

**Article 9 Legislative Authority and Process.**

| | | |
|---|---|---|
| **9.01** | General Principles. | 12 |
| **9.02** | Definitions and Applications. | 12 |
| **9.1** | Conventions and Meetings. | 12 |
| **9.2** | Elements of Legislation. | 14 |
| **9.3** | Amendment Process. | 15 |
| **9.4** | Other Legislative and Amendment Procedures. | 19 |

**Article 10 Ethical Conduct.**

| | | |
|---|---|---|
| **10.01** | General Principles. | 24 |
| **10.02** | Definitions and Applications. | 24 |
| **10.1** | Unethical Conduct. | 24 |
| **10.2** | Knowledge of Use of Banned Drugs. | 24 |
| **10.3** | Sports Wagering Activities. | 24 |
| **10.4** | Disciplinary Action. | 25 |

**Article 11 Conduct and Employment of Athletics Personnel.**

| | | |
|---|---|---|
| **11.01** | General Principles. | 26 |
| **11.1** | Conduct of Athletics Personnel. | 26 |

**11.2**    Contractual Agreements.    27

**11.3**    Compensation and Remuneration.    27

**11.4**    Employment of High School, Preparatory School or Two-Year College Coaches.    27

**11.6**    Limitations on Scouting of Opponents.    27

**11.8**    Division III Rules Test -- Annual Requirement.    27

**Article 12 Amateurism.**

**12.01**    General Principles.    28

**12.02**    Definitions and Applications.    28

**12.1**    Amateur Status.    29

**12.2**    Involvement With Professional Teams.    36

**12.3**    Use of Agents.    37

**12.4**    Employment.    38

**12.5**    Promotional Activities.    38

**12.6**    Financial Donations From Outside Organizations.    43

**Article 13 Recruiting.**

**13.01**    General Principles.    45

**13.02**    Definitions and Applications.    45

**13.1**    Contacts and Evaluations.    48

**13.2**    Offers and Inducements.    50

**13.4**    Recruiting Materials.    51

**13.5**    Transportation.    51

**13.6**    Official Visit.    52

**13.7**    Unofficial Visit.    55

**13.8**    Entertainment, Reimbursement and Employment of High School/College-Preparatory School/Two-Year College Coaches.    56

**13.9**    Letter-of-Intent Programs.    57

**13.10**    Publicity.    57

**13.11**    Events Involving Prospective Student-Athletes.    58

**13.12**    High School All-Star Games.    59

**13.13**    Use of Recruiting Funds.    60

**13.14**    Precollege Expenses.    60

**13.15**    U.S. Service Academy Exceptions and Waivers.    61

**Article 14 Eligibility: Academic and General Requirements.**

**14.01**    General Principles.    64

**14.02**    Definitions and Applications.    65

**14.1**    General Eligibility Requirements.    66

**14.2**    Seasons of Participation: 10-Semester/15-Quarter Rule.    71

**14.4**    Satisfactory-Progress Requirements.    78

**14.5**    Transfer Regulations.    79

**14.7**    Outside Competition, Effects on Eligibility.    81

**14.8**    U.S. Service Academies, Special Eligibility Provisions.    83

**14.9**    Post-Enrollment Academic Misconduct and Impermissible Academic Assistance.    83

**14.10**    Ineligibility.    84

**14.12**    Restoration of Eligibility.    85

**14.13**    Additional Waivers for Eligibility Requirements.    85

**Article 15 Financial Aid.**

| | | |
|---|---|---|
| **15.01** | General Principles. | 90 |
| **15.02** | Definitions and Applications. | 90 |
| **15.1** | Elements of Financial Aid. | 91 |
| **15.2** | Terms and Conditions of Awarding Institutional Financial Aid. | 92 |
| **15.3** | Implementation of the Financial Aid Program. | 92 |

**Article 16 Awards, Benefits and Expenses for Enrolled Student-Athletes.**

| | | |
|---|---|---|
| **16.01** | General Principles. | 94 |
| **16.02** | Definitions and Applications. | 94 |
| **16.1** | Awards. | 94 |
| **16.2** | Complimentary Admissions and Ticket Benefits. | 97 |
| **16.3** | Academic and Other Support Services. | 97 |
| **16.4** | Medical Expenses. | 98 |
| **16.5** | Housing and food. | 98 |
| **16.6** | Expenses for Student-Athlete's Friends and Relatives. | 99 |
| **16.7** | Team Entertainment. | 100 |
| **16.8** | Expenses Provided by the Institution for Practice and Competition. | 100 |
| **16.9** | Other Travel Expenses Provided by the Institution. | 102 |
| **16.10** | Provision of Expenses by Individuals or Organizations Other than the Institution. | 102 |
| **16.11** | Benefits, Gifts and Services. | 103 |
| **16.12** | Expense Waivers. | 105 |

**Article 17 Playing and Practice Seasons.**

| | | |
|---|---|---|
| **17.01** | General Principles. | 109 |
| **17.02** | Definitions and Applications. | 109 |
| **17.1** | General Playing-Season Regulations. | 114 |
| **17.2** | Acrobatics and Tumbling. | 120 |
| **17.3** | Baseball. | 120 |
| **17.4** | Basketball. | 121 |
| **17.5** | Beach Volleyball, Women's. | 122 |
| **17.6** | Bowling, Women's. | 122 |
| **17.7** | Cross Country. | 123 |
| **17.9** | Fencing. | 123 |
| **17.10** | Field Hockey. | 124 |
| **17.11** | Football. | 125 |
| **17.12** | Golf. | 127 |
| **17.13** | Gymnastics. | 128 |
| **17.14** | Ice Hockey. | 128 |
| **17.15** | Lacrosse. | 129 |
| **17.16** | Rifle. | 129 |
| **17.17** | Rowing, Women's. | 130 |
| **17.18** | Rugby, Women's. | 130 |
| **17.19** | Skiing. | 131 |
| **17.20** | Soccer. | 132 |
| **17.21** | Softball. | 132 |
| **17.22** | Swimming and Diving. | 133 |

**17.22**  Stunt. ......133

**17.23**  Tennis. ......134

**17.24**  Track and Field, Indoor/Outdoor. ......135

**17.25**  Triathlon, Women's. ......136

**17.26**  Volleyball. ......136

**17.27**  Water Polo. ......137

**17.28**  Wrestling, Women's ......138

**17.29**  Wrestling, Men's. ......138

**17.30**  Exceptions for Member Institutions Located in Alaska, Hawaii and Puerto Rico. ......139

**17.31**  Foreign Tours. ......139

**17.32**  Playing Rules. ......140

**Article 18 Championships.**

**18.01**  General Principles. ......150

**18.02**  Definitions and Applications. ......150

**18.1**  Regulations and Authority for Conduct of Championships. ......150

**18.2**  Criteria for Establishment or Continuation of Championships. ......150

**18.3**  Current Championships. ......152

**18.4**  Eligibility for Championships. ......152

**18.5**  Automatic Qualification by Conference. ......154

**18.6**  Playing Rules for Championships. ......155

**Article 19 Infractions Program.**

**19.01**  General Principles. ......156

**19.02**  Definitions and Applications. ......156

**19.1**  Committee on Infractions. ......156

**19.2**  Appeals Committee. ......157

**19.3**  Establishment and Revision of Enforcement Policies and Procedures. ......158

**19.4**  Notice of Charges and Opportunity to Appear. ......158

**19.5**  Penalties. ......158

**19.6**  Rights of Member to Appeal. ......162

**19.7**  Restitution. ......163

**Article 20 Division Membership.**

**20.01**  General Principles. ......164

**20.02**  Definitions and Applications. ......164

**20.1**  Determination of Divisions. ......166

**20.2**  Establishment of and Compliance With Division Criteria. ......166

**20.3**  Eligibility for Membership. ......167

**20.4**  Multidivision Classification. ......168

**20.6**  Change of Division Membership. ......169

**20.7**  Division Legislation. ......171

**20.8**  Active Membership. ......171

**20.9**  Member Conference. ......176

**20.10**  Provisional Membership. ......178

**20.11**  Division III Membership Requirements. ......181

**20.12**  Eligibility for National Collegiate and Division Championships. ......188

**20.13**  Dues and Divisional Assessment of Members. ......188

**20.14**  Institutional Governance. ............................................................................................ 188

**20.15**  Institutional Control. ................................................................................................ 190

**Article 21 Committees.**

**21.02**  Definitions and Applications. .................................................................................... 192

**21.1**  Playing Rules Oversight Panel. .................................................................................. 193

**21.2**  Association-Wide Committees -- General Committees. ............................................. 193

**21.3**  Association-Wide Committees -- Rules Committees Without Championships Administration Responsibilities. ............................................................................................................. 196

**21.4**  Common Committees -- Committees With Playing Rules and Championships Administration Responsibilities. ............................................................................................................. 198

**21.5**  Common Committees -- Committees With Only Championships Administration Responsibilities. ... 199

**21.6**  Common Committees -- Committees With Governance Administration Responsibilities. ........ 200

**21.9**  Division III Committees. ............................................................................................. 200

**21.10**  Presidents Council. .................................................................................................... 206

**21.11**  Management Council. .................................................................................................. 209

**21.12**  Geographical Areas. .................................................................................................... 211

**21.13**  Administrative Committee. ........................................................................................ 211

# ADMINISTRATIVE BYLAWS

**Article 31 Executive Regulations.**

**31.01**  General Principles. ...................................................................................................... 215

**31.02**  Definitions and Applications. .................................................................................... 215

**31.1**  Administration of NCAA Championships. ................................................................ 215

**31.2**  Eligibility for Championships. .................................................................................... 219

**31.3**  Selection of Teams and Individuals for Championships Participation. ...................... 224

**31.4**  Financial Administration of Championships. .............................................................. 229

**31.6**  Rights to NCAA Properties and Marketing Restrictions. ......................................... 231

**31.7**  General Financial Management. .................................................................................. 232

**31.8**  Personnel. .................................................................................................................... 235

**31.9**  National Statistics Program. ....................................................................................... 235

**Article 32 Enforcement Policies and Procedures.**

**32.1**  Committee on Infractions -- Special Operating Rules. .............................................. 237

**32.2**  Preliminary Review of Information. ........................................................................... 237

**32.3**  Investigative Procedures. ............................................................................................ 238

**32.4**  Processing Information for Secondary Violations. ..................................................... 240

**32.5**  Notice of Inquiry. ....................................................................................................... 241

**32.6**  Notice of Allegations. ................................................................................................. 241

**32.7**  Summary Disposition and Expedited Hearing. ......................................................... 243

**32.8**  Committee on Infractions Hearings. ......................................................................... 243

**32.9**  Notification of Committee Action. ............................................................................ 246

**32.10**  Appeal Procedure. ...................................................................................................... 246

**32.11**  Appeal Oral Argument. .............................................................................................. 247

# Table of Figures

**Article 9 Legislative Authority and Process.**

**9-1**   Division III Legislative Process — 23

**Article 13 Recruiting.**

**13-1**   Division III Official Visit and Unofficial Visit Chart — 63

**Article 14 Eligibility: Academic and General Requirements.**

**14-1**   Hardship Waiver Calculations -- Standard Denominators Based on Bylaw 17 Maximums Sport Standard Denominator — 87

**Article 16 Awards, Benefits and Expenses for Enrolled Student-Athletes.**

**16-1**   Participation Awards — 106

**16-2**   Championship Awards — 107

**16-3**   Special Achievement Awards — 108

**Article 17 Playing and Practice Seasons.**

**17-1**   Playing and Practice Season Chart — 141

**Article 20 Division Membership.**

**20-1**   General Requirements for Membership — 191

**Article 21 Committees.**

**21-1**   Organizational Structure — 212

**21-2**   Committee Membership — 213

**Article 31 Executive Regulations.**

**31-1**   Summary of the Elements in the Administration of Finances for NCAA Championships — 236

**Article 32 Enforcement Policies and Procedures.**

**32-1**   Processing of a Typical NCAA Infractions Appeals Case — 249

# User's Guide

## I.    MANUAL FORMAT

---

**GENERAL PRINCIPLES**

General principles that are considered of particular importance in helping the user understand the rationale for the detailed regulations that follow are presented at the beginning of appropriate articles.

---

**DEFINITIONS AND APPLICATIONS**

Following the general principles in most articles is a section in which definitions and applications are provided for a number of the more important words or terms used in that article.

---

**DECIMAL NUMBERING WITH TOPIC HEADINGS**

The decimal numbering system provides efficiency and flexibility. Section headings, to at least the fourth subsection level, and for further subsections where appropriate, assist the user in identifying the section content, thus facilitating ready access to pertinent regulations. This system also facilitates a "hanging indention" presentation, which helps the reader relate the subsections to the basic section.

---

BYLAWS, ARTICLE 10

## Ethical Conduct.

**10.01 General Principles.**

**10.01.1 Honesty and Sportsmanship.** Individuals employed by (or associated with) a member institution to administer, conduct or coach intercollegiate athletics and all participating student-athletes shall act with honesty and sportsmanship at all times so that intercollegiate athletics as a whole, their institutions and they, as individuals, shall represent the honor and dignity of fair play and the generally recognized high standards associated with wholesome competitive sports.

**10.02 Definitions and Applications.**

**10.02.1 Sports Wagering. [#]** Sports wagering includes placing, accepting or soliciting a wager (on a staff member's or student-athlete's own behalf or on the behalf of others) of any type with any individual or organization on any intercollegiate, amateur or professional team or contest. Examples of sports wagering include, but are not limited to, the use of a bookmaker or parlay card; Internet sports wagering; auctions in which bids are placed on teams, individuals or contests; and pools or fantasy leagues in which an entry fee is required and there is an opportunity to win a prize. *(Adopted: 1/8/07 effective 8/1/07)*

**10.02.2 Wager. [#]** A wager is any agreement in which an individual or entity agrees to give up an item of value (e.g., cash, shirt, dinner) in exchange for the possibility of gaining another item of value. *(Adopted: 1/8/07 effective 8/1/07)*

**10.1 Unethical Conduct.** Unethical conduct by a prospective or enrolled student-athlete or a current or former institutional staff member, which includes any individual who performs work for the institution or the athletics department even if they do not receive compensation for such work, may include, but is not limited to, the following: *(Revised: 1/10/90, 1/9/96, 7/20/10, 6/28/21)*

(a) Refusal to furnish information relevant to an investigation of a possible violation of an NCAA regulation when requested to do so by the NCAA or the individual's institution;

(b) Knowing involvement in offering or providing a prospective or an enrolled student-athlete an improper inducement or extra benefit or improper financial aid; *(Revised: 1/9/96)*

(c) Knowingly furnishing or knowingly influencing others to furnish the NCAA or the individual's institution false or misleading information concerning an individual's involvement in or knowledge of matters relevant to a possible violation of an NCAA regulation; *(Revised: 1/15/10)*

(d) Receipt of benefits by an institutional staff member for facilitating or arranging a meeting between a student-athlete and an agent, financial advisor or a representative of an agent or advisor (e.g., "runner"); *(Adopted: 1/9/96)*

(e) Knowing involvement in providing a banned substance or impermissible supplement to student-athletes, or knowingly providing medications to student-athletes contrary to medical licensure, commonly accepted standards of care in sports medicine practice, or state or federal law. This provision shall not apply to banned substances for which the student-athlete has received a medical exception per Bylaw 31.2.3.2; however, the substance must be provided in accordance with medical licensure, commonly accepted standards of care and state or federal law; *(Adopted: 1/9/06, Revised: 5/23/08, 5/30/08)*

(f) Engaging in any athletics competition under an assumed name or with intent to otherwise deceive; or *(Revised: 7/20/10)*

(g) Failure to provide complete and accurate information to the NCAA, the NCAA Eligibility Center or the institution's athletics department regarding an individual's amateur status. *(Revised: 7/20/10)*

**10.2 Knowledge of Use of Banned Drugs.** A member institution's athletics department staff members or others employed by the intercollegiate athletics program who have knowledge of a student-athlete's use at any time of a substance on the list of banned drugs, as set forth in Bylaw 31.2.3.1, shall follow institutional procedures dealing with drug abuse or shall be subject to disciplinary or corrective action as set forth in Bylaw 19.5.2.

**10.3 Sports Wagering Activities. [#]** The following individuals shall not knowingly participate in sports wagering activities or provide information to individuals involved in or associated with any type of sports wagering activities concerning intercollegiate, amateur or professional athletics competitions: *(Adopted: 1/8/07 effective 8/1/07)*

(a) Staff members of an institution's athletics department;

(b) Nonathletics department staff members who have responsibilities within or over the athletics department (e.g., chancellor or president, faculty athletics representative, individual to whom athletics reports);

(c) Staff members of a conference office; and

---

**VOTING REQUIREMENTS**

Symbols for voting requirements appear after each regulation. See page x for a complete explanation of all symbols.

---

## II. ORGANIZATION OF ARTICLES IN THREE DISTINCT CATEGORIES

All regulations governing the administration of intercollegiate athletics appear in the bylaws. The constitution contains only principles for the conduct of intercollegiate athletics and other basic information.

**Constitution**

Articles 1 through 6 are the constitution, which consists of information relevant to the purposes of the Association, its structure, its membership and legislative process information and the more important principles for the conduct of intercollegiate athletics.

**Preamble**

| | |
|---|---|
| **Article 1** | Principles |
| **Article 2** | Organization |
| **Article 3** | Finance |
| **Article 4** | Rules, Compliance and Accountability |
| **Article 5** | Amendments to the Constitution |
| **Article 6** | Institutional Control |

**Operating Bylaws**

Articles 9 through 21 are the operating bylaws, which consist of legislation adopted by the membership to promote the principles enunciated in the constitution and to achieve the Association's purposes.

| | |
|---|---|
| **Article 9** | Legislative Authority and Process |
| **Article 10** | Ethical Conduct |
| **Article 11** | Conduct and Employment of Athletics Personnel |
| **Article 12** | Amateurism |
| **Article 13** | Recruiting |
| **Article 14** | Eligibility: Academic and General Requirements |
| **Article 15** | Financial Aid |
| **Article 16** | Awards, Benefits and Expenses for Enrolled Student-Athletes |
| **Article 17** | Playing and Practice Seasons |
| **Article 18** | Championships **Article 19** Infractions Program **Article 21**        Committees |

**Administrative Bylaws**

Articles 31 and 32 are administrative bylaws, which set forth policies and procedures for the implementation of (a) the NCAA championships and the business of the Association and (b) the Association's enforcement program. These administrative bylaws may be adopted or modified by the Division III Presidents Council or Management Council (on recommendation of the Committee on Infractions, enforcement policies and procedures and executive regulations) for the efficient administration of the activities that they govern. These same bylaws also may be amended by a majority vote of the membership at NCAA Conventions.

| | |
|---|---|
| **Article 31** | Executive Regulations |
| **Article 32** | Enforcement Policies and Procedures |

### III.  VOTING REQUIREMENTS FOR MANUAL

The Manual attempts to present all regulations on a given subject in logical order. As a result, different paragraphs in the same sections may carry different voting requirements. The following terms designate voting requirements currently in effect for sections in the Manual:

- **Constitution —** Legislation that is derived from the Constitution Articles 1 through 6. All such constitutional provisions in the legislation require a two-thirds majority vote of the total membership (present and voting) for adoption or amendment.

- **Common provision —** Legislation that is derived from the common bylaws (9, 10, 12 and 13) in the 1988-89 Manual. All such legislation is identified by a pound sign **[#]** and requires a majority vote of each of the three divisions, voting separately, for adoption or amendment.

- **Division dominant —** A division dominant provision is one that applies to all members of a division and is of sufficient importance to the division that it requires a two-thirds majority vote of all delegates present and voting at a division's annual or special Convention. Division dominant provisions are identified by a diamond symbol **[◆]**.

Note: The authorization for adoption and amendment of each of the administrative bylaws (31 and 32) is set forth in a note at the beginning of each of those bylaws, as provided in Articles 9.2.2.1, 9.2.2.2 and 9.2.2.3

### Symbols  Designating  Voting  Requirements

| Provision | Symbol |
|---|---|
| **Common** | # |
| **Division dominant** | ◆ |

## IV. DE MINIMIS AND RESTITUTION VIOLATIONS

- **De Minimis —** Violations of articles designated by a capital letter D in brackets and bold font **[D]** at the end of the legislative language shall be considered institutional violations and shall be submitted to the enforcement staff. However, the involved prospective student- athlete's or student-athlete's eligibility shall not be affected.

- **Restitution —** For violations of articles designated by a capital letter R in brackets and bold font **[R]** at the end of the legislative language, if the value of the benefit provided to the individual (prospective or enrolled student-athlete) is $200 or less, the eligibility of the individual shall not be affected conditioned upon the individual repaying the value of the benefit to a charity of their choice. The individual, however, shall remain ineligible from the time the institution has knowledge of the receipt of the impermissible benefit until the individual repays the benefit. Violations of such provisions remain institutional violations shall be submitted to the enforcement staff. Documentation of the individual's repayment shall be kept on file by the institution.

## V. DIAGRAMS AND TABLES

Diagrams and tables are included as supplements to the text to help present the content of certain regulations in a clear and concise manner. They are presented as "Figures" and are listed on page viii. All diagrams and tables related to a given article of the constitution or a particular bylaw have been placed at the back of the article or bylaw.

## VI. LEGISLATION THAT IS SHADED

Legislation that was adopted at the NCAA Convention is set off by a gray background and contains the date of adoption or revision. Incorporations of interpretations, noncontroversial amendments and modifications of wording approved by the Council are set off by a gray background and include an adoption or revision date.

## VII. NOTATION OF LEGISLATION WITH DELAYED EFFECTIVE DATE

Legislation with a delayed effective date (e.g., legislation that did not have an immediate effective date) is enclosed in a box and set off by a gray background. The effective date will be reflected at the end of the bylaw. The legislation currently applicable appears before the delayed legislation. Because this Manual is effective August 1 the only legislation that will be shown in this manner is that which is to be effective on any date after August 1.

CONSTITUTION,
# Preamble

The National Collegiate Athletic Association is a voluntary, self-governing organization of four-year colleges, universities and conferences committed to the well-being and development of student-athletes, to sound academic standards and the academic success of student-athletes, and to diversity, equity and inclusion. Member institutions and conferences believe that intercollegiate athletics programs provide student-athletes with the opportunity to participate in sports and compete as a vital, co-curricular part of their educational experience. The member schools and conferences likewise are committed to integrity and sportsmanship in their athletics programs and to institutional control of and responsibility for those programs. The basic purpose of the Association is to support and promote healthy and safe intercollegiate athletics, including national championships, as an integral part of the education program and the student-athlete as an integral part of the student body. *(Adopted: 1/20/22 effective 8/1/22)*

CONSTITUTION, ARTICLE 1

# Principles.

**A The Primacy of the Academic Experience.** Intercollegiate student-athletes are matriculated, degree-seeking students in good standing with their institutions who choose voluntarily to participate in NCAA sports. It is the responsibility of each member institution to establish and maintain an environment in which a student-athlete's activities are conducted with the appropriate primary emphasis on the student-athlete's academic experience. Intercollegiate athletics programs shall be maintained as a vital component of each institution's broader educational program. The admission, academic standing and academic progress of student-athletes shall be consistent with the policies and standards adopted by the institution. *(Adopted: 1/20/22 effective 8/1/22)*

**B The Collegiate Student-Athlete Model.** Student-athletes may not be compensated by a member institution for participating in a sport but may receive educational and other benefits in accordance with guidelines established by their NCAA division. *(Adopted: 1/20/22 effective 8/1/22)*

**C Integrity and Sportsmanship.** It is the responsibility of each member to conduct its athletics program in a manner that promotes the ideals of higher education, human development and the integrity of intercollegiate athletics. All individuals associated with intercollegiate athletics programs and events should adhere to such fundamental values as respect, fairness, civility, honesty, responsibility, academic integrity, ethical conduct and the rules of their conferences. *(Adopted: 1/20/22 effective 8/1/22)*

**D Student-Athlete Well-Being.** Intercollegiate athletics programs shall be conducted by the Association, divisions, conferences and member institutions in a manner designed to protect, support and enhance the physical and mental health and safety of student-athletes. Each member institution shall facilitate an environment that reinforces physical and mental health within athletics by ensuring access to appropriate resources and open engagement with respect to physical and mental health. Each institution is responsible for ensuring that coaches and administrators exhibit fairness, openness and honesty in their relationship with student-athletes. Student-athletes shall not be discriminated against or disparaged because of their physical or mental health. *(Adopted: 1/20/22 effective 8/1/22)*

**E Institutional Control.** It is the responsibility of each member institution to monitor and control its athletics program and to provide education and training to ensure compliance with the rules established by the Association, its division and conference. It is the responsibility of each member institution to report all rules violations to its NCAA division and conference in a timely manner and to cooperate fully with enforcement efforts. Responsibility for maintaining institutional control ultimately rests with the institution's campus president or chancellor. *(Adopted: 1/20/22 effective 8/1/22)*

**F Diversity, Equity and Inclusion.** The Association is committed to diversity, equity and inclusion. The Association, divisions, conferences and member institutions shall create diverse and inclusive environments and shall provide education and training with respect to the creation of such environments and an atmosphere of respect for and sensitivity to the dignity of every person. The Association, divisions, conferences and member institutions shall commit to promoting diversity and inclusion in athletics activities and events, hiring practices, professional and coaching relationships, leadership and advancement opportunities. *(Adopted: 1/20/22 effective 8/1/22)*

**G Gender Equity.** The Association is committed to gender equity. Activities of the Association, its divisions, conferences and member institutions shall be conducted in a manner free of gender bias. Divisions, conferences and member institutions shall commit to preventing gender bias in athletics activities and events, hiring practices, professional and coaching relationships, leadership and advancement opportunities. *(Adopted: 1/20/22 effective 8/1/22)*

**H Recruiting Standards.** Divisional bylaws shall be designed to promote informed decisions and balance the interests of prospective and current (or transfer) student-athletes, their educational institutions and intercollegiate athletics as a whole. *(Adopted: 1/20/22 effective 8/1/22)*

CONSTITUTION, ARTICLE 2

# Organization.

## A The Association. *(Adopted: 1/20/22 effective 8/1/22)*

**1** The membership of the NCAA encompasses public and private institutions and conferences of widely varying mission, size, resources and opportunities. Accordingly, Association-wide governance must reflect these differences through the delegation of authorities and responsibilities to the divisions, conferences and individual member institutions except where necessary to promote and maintain the Association's core principles. *(Adopted: 1/20/22 effective 8/1/22)*

**2** The Association shall: *(Adopted: 1/20/22 effective 8/1/22)*

**a** Conduct all NCAA championships. Each member in good standing in its division shall be eligible to compete in NCAA championships assuming it meets applicable Association, division and conference requirements. The Association shall oversee broadcasting, communications and media rights for all NCAA-conducted national championships. *(Adopted: 1/20/22 effective 8/1/22)*

**b** When requested by a Board of Governors recognized committee, the Committee on Competitive Safeguards and Medical Aspects of Sports or a division, develop and promulgate guidance, rules and policies based on consensus of the medical, scientific, sports medicine and sport governing communities, as appropriate, for student-athlete physical and mental health, safety and performance. The Association shall make available such guidance, rules and policies to all members. *(Adopted: 1/20/22 effective 8/1/22)*

**c** Promote gender equity, diversity and inclusion in all aspects of intercollegiate athletics. *(Adopted: 1/20/22 effective 8/1/22)*

**d** Establish the rules for sports competitions and participation, with flexibility at the divisional, subdivisional or federated level as deemed necessary. *(Adopted: 1/20/22 effective 8/1/22)*

**e** Manage the Association's intellectual property and maintain historical and statistical records of the Association. *(Adopted: 1/20/22 effective 8/1/22)*

**f** Serve as liaison to the United States Olympic and Paralympic Committee. *(Adopted: 1/20/22 effective 8/1/22)*

**g** Provide regulatory services as requested by each division. *(Adopted: 1/20/22 effective 8/1/22)*

**h** Defer to appropriate authorities in areas where neither the Association nor the divisions have enforcement/infractions authority. *(Adopted: 1/20/22 effective 8/1/22)*

**3** The Board of Governors: *(Adopted: 1/20/22 effective 8/1/22)*

**a** Composition of the Board of Governors shall include, with due attention to diversity and gender equity, the following voting members: *(Adopted: 1/20/22 effective 8/1/22)*

**(i)** Four members from Division I, to include at least one member institution president or chancellor and one conference commissioner. *(Adopted: 1/20/22 effective 8/1/22)*

**(ii)** One member from the Division II Executive Board. *(Adopted: 1/20/22 effective 8/1/22, Revised: 1/31/24 effective 2/1/24)*

**(iii)** One member from the Division III Presidents Council. *(Adopted: 1/20/22 effective 8/1/22)*

**(iv)** Two independent members who are not currently employed or compensated by any member institution. *(Adopted: 1/20/22 effective 8/1/22)*

**(v)** One graduated NCAA student-athlete, who shall have graduated not more than four years prior to appointment. *(Adopted: 1/20/22 effective 8/1/22)*

**(vi)** Ex officio nonvoting members of the Board of Governors shall include the NCAA president, the chairs of the Division I Council and Division II and Division III Management Councils, the president of one Historically Black College and University (HBCU), and one former NCAA student-athlete from each of the two divisions not represented by the student-athlete voting member of the Board of Governors, who shall have graduated not more than four years prior to appointment. *(Adopted: 1/20/22 effective 8/1/22)*

**b** Selection of members of the Board of Governors. *(Adopted: 1/20/22 effective 8/1/22)*

**(i)** Division I members of the Board of Governors shall be appointed by the Division I Board of Directors; Divisions II and III members of the Board of Governors shall be appointed by the Division II Executive Board and Division III Presidents Council, respectively. *(Adopted: 1/20/22 effective 8/1/22, Revised: 1/31/24 effective 2/1/24)*

**(ii)** Independent members of the Board of Governors shall be selected by the Division I, II and III members of the Board of Governors. *(Adopted: 1/20/22 effective 8/1/22)*

**(iii)** Each divisional Student-Athlete Advisory Committee shall nominate one graduated student-athlete member for the Board of Governors. One of those nominees shall be selected by the other eight members of the Board of Governors to be a voting member representing all three divisions. The other two nominees shall be ex officio members of the Board of Governors. [See Article 2-A-3-a-(vi) above.] The selection process for the student-athlete voting member and ex officio members of the Board of Governors must ensure that both men's and women's sports are represented. *(Adopted: 1/20/22 effective 8/1/22)*

**(iv)** The HBCU ex officio member of the Board of Governors shall be selected by the Division I, II and III members of the Board of Governors. *(Adopted: 1/20/22 effective 8/1/22)*

**c** Each member of the Board of Governors shall have a two-year term, renewable for an additional two years. *(Adopted: 1/20/22 effective 8/1/22)*

**d** Duties and responsibilities: *(Adopted: 1/20/22 effective 8/1/22)*

**(i)** Provide final approval and oversight of the Association's budget, internal and external audits, enterprise risk management, strategic planning, allocation of assets and establish policies related to fiduciary responsibility; *(Adopted: 1/20/22 effective 8/1/22)*

**(ii)** Employ the Association's president, who shall be administratively responsible to the Board of Governors. Annually, in consultation with the governing bodies of the three divisions, evaluate the president. Approve employment terms of the president, including but not limited to compensation, benefits, discipline and termination. *(Adopted: 1/20/22 effective 8/1/22)*

**(iii)** Approve Association contracts involving media rights and revenue producing agreements, consulting as appropriate with divisional governing bodies. *(Adopted: 1/20/22 effective 8/1/22)*

**(iv)** In consultation with the leadership of the divisional governing bodies, adopt and implement legal strategy, Association risk mitigation, and government relations and policy matters that affect the Association as a whole. *(Adopted: 1/20/22 effective 8/1/22)*

**(v)** Provide Board of Governors meeting agendas in advance to the chairs of the Division I Board of Directors, Division II Executive Board and Division III Presidents Council to solicit comment and advice and report fully to the same individuals Board of Governors actions. For matters pertaining primarily to one division, the Board of Governors will consult with and solicit comment from that division's Board of Directors, Executive Board or Presidents Council with due attention to its views. *(Adopted: 1/20/22 effective 8/1/22, Revised: 1/31/24 effective 2/1/24)*

**(vi)** May create an executive committee and other committees or bodies to fulfill the duties and responsibilities of the Board of Governors. *(Adopted: 1/20/22 effective 8/1/22)*

**(vii)** Formulate policies and procedures consistent with this constitution. *(Adopted: 1/20/22 effective 8/1/22)*

**(viii)** Convene at least one combined meeting per year of the divisional presidential governing bodies. *(Adopted: 1/20/22 effective 8/1/22)*

**(ix)** Convene at least one same-site meeting per year of the Division I Council and the Division II and Division III Management Councils. *(Adopted: 1/20/22 effective 8/1/22)*

**(x)** Sponsor proposed amendments to the constitution to the entire membership for a vote. *(Adopted: 1/20/22 effective 8/1/22)*

**(xi)** Monitor adherence by the divisions to the principles in Article I. Call for a vote of the entire membership on the action of any division that it determines to be contrary to the basic purposes and general principles set forth in the Association's constitution. This action may be overridden by the Association's entire membership by a two-thirds majority vote of those institutions voting. *(Adopted: 1/20/22 effective 8/1/22)*

**(xii)** Call for an annual or special convention of the Association. *(Adopted: 1/20/22 effective 8/1/22)*

**e** Duties and responsibilities of the NCAA president: *(Adopted: 1/20/22 effective 8/1/22)*

**(i)** Administer the national office to implement directions of the Board of Governors and divisional leadership bodies. *(Adopted: 1/20/22 effective 8/1/22)*

**(ii)** Enter into, administer and enforce all Association contracts, including Board of Governors approved contracts concerning media rights and revenue producing agreements and initiatives of the Board of Governors and divisional leadership bodies. *(Adopted: 1/20/22 effective 8/1/22)*

**(iii)** Recommend to the Board of Governors measures in response to an action or statement by an institution or its representatives that materially violates a constitutional principle and undermines the interests of the Association. *(Adopted: 1/20/22 effective 8/1/22)*

**(iv)** Undertake other actions necessary to accomplish the purposes of the Association as determined by the Board of Governors and divisional leadership bodies. *(Adopted: 1/20/22 effective 8/1/22)*

**(v)** Serve as an ex officio member of the Board of Governors with authority to vote in instances when the vote of the Board of Governors results in a tie. *(Adopted: 1/20/22 effective 8/1/22)*

## B The Divisions. *(Adopted: 1/20/22 effective 8/1/22)*

**1** Each division shall have independent authority to organize itself, consistent with the principles of the Association. Each division is authorized to structure itself as it deems necessary, including creation of subdivisions or creation of a new division and determination of membership eligibility for these new organizations, including the role of new divisions or subdivisions must be self-funded by the originating division. *(Adopted: 1/20/22 effective 8/1/22)*

**2** Each division shall set standards for academic eligibility. *(Adopted: 1/20/22 effective 8/1/22)*

**3** Each division shall determine its own governing structure and membership. *(Adopted: 1/20/22 effective 8/1/22)*

**4** Each division shall establish guidelines regarding student-athlete benefits, including commercialization of name, image or likeness and to prevent exploitation of student-athletes or abuses by individuals or organizations not subject to the authority of the student-athletes. *(Adopted: 1/20/22 effective 8/1/22)*

**5** Each division shall establish policies and procedures for enforcement of Association and division rules and regulations, and the Association will provide requested support for divisional implementation. *(Adopted: 1/20/22 effective 8/1/22)*

**6** Each division shall determine the sports in which it conducts a national championship and the access criteria for participation. *(Adopted: 1/20/22 effective 8/1/22)*

**7** Two or more divisions may establish a national collegiate championship in a sport in which they do not have separate divisional championships. *(Adopted: 1/20/22 effective 8/1/22)*

**8** Each division shall determine whether to allow an institution to classify a sport in a division other than the division in which it holds membership, and the division shall determine the process for reclassification, and the privileges, conditions and obligations of multidivisional classification. *(Adopted: 1/20/22 effective 8/1/22)*

**9** Each division shall determine the policies under which conferences are formed and operated. *(Adopted: 1/20/22 effective 8/1/22)*

**10** Each division shall oversee the operations of its member conferences and their adherence to the principles and provisions in this constitution. *(Adopted: 1/20/22 effective 8/1/22)*

**11** Each division shall ensure its member institutions implement the provisions of Section D below. *(Adopted: 1/20/22 effective 8/1/22)*

**12** Authorities not explicitly enumerated in this constitution for Association-wide governance are reserved to the divisions or, at their discretion, to subdivisions, conferences or individual institutions. *(Adopted: 1/20/22 effective 8/1/22)*

## C The Conferences. *(Adopted: 1/20/22 effective 8/1/22)*

**1** A member conference is a group of colleges and/or universities, created and operated in a manner governed by the policies of its division, that conducts competition among its members, determines a conference champion in one or more sports in which the NCAA conducts a championship and meets the conference membership requirements established by its division. *(Adopted: 1/20/22 effective 8/1/22)*

**a** Multisport Conferences: Multisport conferences are the primary conference members and serve a critical role in Association and divisional governance as they represent the positions of their member colleges and universities. *(Adopted: 1/20/22 effective 8/1/22)*

**b** Multisport conferences must meet all specified divisional membership criteria, including number of member institutions, sports sponsorship minimums and regular-season competition requirements. *(Adopted: 1/20/22 effective 8/1/22)*

**c** Multisport conferences may be allocated voting representation on NCAA committees, working groups, task forces and other organizational bodies with oversight over Association or division- wide policy, as determined by the divisions. *(Adopted: 1/20/22 effective 8/1/22)*

**2** Single Sport Conferences: *(Adopted: 1/20/22 effective 8/1/22)*

**a** A single-sport conference conducts competition and determines a conference champion among its members in one sport. *(Adopted: 1/20/22 effective 8/1/22)*

**b** Single-sport conferences must meet all specified divisional membership criteria for single-sport conferences. *(Adopted: 1/20/22 effective 8/1/22)*

**c** The governance and legislative role for a single-sport conference is limited to issues impacting the single sport and subject to the structure and requirements of its division. *(Adopted: 1/20/22 effective 8/1/22)*

**3** Each division shall have the authority to determine the membership requirements for multisport and single-sport conference members and the role and representation of multisport conference members in the divisional governance structure. *(Adopted: 1/20/22 effective 8/1/22)*

**4** All conferences: *(Adopted: 1/20/22 effective 8/1/22)*

**a** Must adhere to the principles and provisions in this constitution and those established by their division, including in the conduct of athletics events. *(Adopted: 1/20/22 effective 8/1/22)*

**b** Must provide to student-athletes any conference policies for its licensing, marketing, sponsorship, advertising, and other commercial agreements that may involve use of a student-athlete's name, image or likeness. *(Adopted: 1/20/22 effective 8/1/22)*

**c** Shall comply completely and promptly with the rules and regulations governing the division's enforcement process and shall cooperate fully in that process as a condition of membership in the Association. *(Adopted: 1/20/22 effective 8/1/22)*

**5** Each conference shall support its member institutions in implementing the provisions of Section D below, subject to guidance from its division. *(Adopted: 1/20/22 effective 8/1/22)*

## D Member Colleges and Universities. *(Adopted: 1/20/22 effective 8/1/22)*

**1** All members of the NCAA must: *(Adopted: 1/20/22 effective 8/1/22)*

**a** Ensure participating student-athletes are in good standing with the member institution, the conference, division and national Association. *(Adopted: 1/20/22 effective 8/1/22)*

**b** Annually submit documentation demonstrating compliance with the division's academic program and publish progress-toward-degree requirements for student-athletes. *(Adopted: 1/20/22 effective 8/1/22)*

**c** Submit annually to the division and the NCAA financial data as determined by the division detailing operating revenues, expenses and capital relating to the intercollegiate athletics program. *(Adopted: 1/20/22 effective 8/1/22)*

**d** Establish an administrative structure that provides independent medical care for student-athletes, affirms the autonomous authority of primary athletics health care providers and implements NCAA guidance, rules and policies based on consensus of the medical, scientific, sports medicine, and sport governing communities. The physicians and health care staff at each member institution have the ultimate decision-making authority over the health and welfare of student-athletes. Consistent with the member institutions' primary obligation with respect to student-athlete health and safety, member institutions will make NCAA guidance, rules and policies available to student-athletes. Member institutions shall be responsible for the oversight and administration of coach, administrator and staff education on relevant student-athlete physical and mental health topics, prevailing consensus for engaging student-athletes about physical and mental health, how to most effectively support student-athlete physical and mental health, and appropriate resources on campus or in the local community. Member institutions are responsible for regulating practice schedules, taking into consideration the health of student-athletes and their academic success. *(Adopted: 1/20/22 effective 8/1/22)*

**e** Maintain written policies for its licensing, marketing, sponsorship, advertising and other commercial agreements that may involve the use of a student-athlete's name, image or likeness. Each institution shall provide such policies to student-athletes and make those policies publicly available. *(Adopted: 1/20/22 effective 8/1/22)*

**f** In furtherance of institutional commitments to integrity and sportsmanship, to student-athletes, and to support diversity, equity, and inclusion, appoint individuals who have the following designations: faculty athletics representative; senior woman administrator; athletics healthcare administrator; athletics diversity and inclusion designee; and senior compliance administrator. Each institution will have the flexibility to assign duties associated with each position that best serves the needs of the institution and student-athletes. *(Adopted: 1/20/22 effective 8/1/22)*

**g** Establish a student-athlete advisory committee. Its duties may be established by the institution, but student-athletes must constitute a majority of the membership of the committee. *(Adopted: 1/20/22 effective 8/1/22)*

**h** Comply completely and promptly with the rules and regulations governing the divisional enforcement process and shall cooperate fully in that process as a condition of membership in the Association. *(Adopted: 1/20/22 effective 8/1/22)*

**2** An institution's membership in the NCAA may be suspended, terminated or otherwise disciplined (including loss of or reduction in rights to participate in governance processes or financial penalties) for removal of the member's accreditation, failure to pay dues or failure to satisfy academic performance progress, or failure to abide by the principles stated in this Constitution or those established by an institution's division. *(Adopted: 1/20/22 effective 8/1/22)*

## E Student-Athletes. *(Adopted: 1/20/22 effective 8/1/22)*

**1** Student-athletes shall have voting representation on the Board of Governors, Division I Board of Directors, Division II Executive Board and Division III Presidents Council. *(Adopted: 1/20/22 effective 8/1/22, Revised: 1/31/24 effective 2/1/24)*

**2** The president or chancellor of each member institution shall appoint and support the faculty athletics representative as the principal point of contact to whom student-athletes can report any action, activity or behavior by anyone associated with the athletics program inconsistent with this constitution's principle of student-athlete health and well-being. In this role, the faculty athletics representative is a reporting contact for student-athletes independent of the institution's athletics department, but not a legal advocate for student-athletes. The faculty athletics representative, in this capacity, shall report directly to the member institution's president or chancellor. *(Adopted: 1/20/22 effective 8/1/22)*

CONSTITUTION, ARTICLE 3

# Finance.

**A** Resources will be allocated to the three divisions to provide standard membership services, including championships. Division II will receive 4.37% and Division III will receive 3.18% of all operating revenue sources, as agreed on January 9, 1996. *(Adopted: 1/20/22 effective 8/1/22)*

**B** All Division II and Division III member schools and conferences shall receive services from the national office. Each division may choose to support additional service needs through their divisional budget. An annual review will be conducted to validate the additional Association service expenses that Divisions II and III pay for directly out of their allocations. *(Adopted: 1/20/22 effective 8/1/22)*

**C** All members shall pay Association-wide membership dues set by the Board of Governors on an annual basis that contribute to the NCAA budget. *(Adopted: 1/20/22 effective 8/1/22)*

**D** Each division shall have oversight and final approval of its own budget and expenditures and the division's revenue distribution to its members. *(Adopted: 1/20/22 effective 8/1/22)*

**E** Divisions may levy assessments on their members, which can be allocated to the divisional budget. Any divisional levy or increase in divisional membership dues by a division may be kept and allocated by the division acting independently of the Association or other divisions. *(Adopted: 1/20/22 effective 8/1/22)*

CONSTITUTION, ARTICLE 4

# Rules, Compliance and Accountability.

**A** Each member institution, consistent with the principle of institutional control, shall hold itself accountable to support and comply with the rules and principles approved by the membership. Further, each school shall ensure that its staff, student-athletes, and other individuals and groups representing the institution's athletics interests comply with applicable rules (institutional, conference, divisional and Association-wide) in the conduct of the institution's intercollegiate athletics programs. *(Adopted: 1/20/22 effective 8/1/22)*

**B** Each division shall determine the methods of investigation and adjudication to hold accountable its members whose representatives engage in behaviors that violate the rules and principles approved by the membership. *(Adopted: 1/20/22 effective 8/1/22)*

**1** Those accountability measures shall identify the people who engage in investigation and adjudication and define their operating authority. *(Adopted: 1/20/22 effective 8/1/22)*

**2** The measures shall be designed to prioritize integrity and fair play, provide fair investigative and adjudicatory procedures and prescribe appropriate penalties in a timely manner. *(Adopted: 1/20/22 effective 8/1/22)*

**3** Member institutions shall cooperate fully in all accountability measures established by the applicable division and shall take all necessary measures to ensure the cooperation of their staff, student- athletes and institutional representatives. *(Adopted: 1/20/22 effective 8/1/22)*

**4** Divisional and, as appropriate, conference regulations must ensure to the greatest extent possible that penalties imposed for infractions do not punish programs or student-athletes not involved nor implicated in the infraction(s). *(Adopted: 1/20/22 effective 8/1/22)*

**5** Investigation of alleged infractions and, if appropriate, sanctions or penalties, by a division or conference should be consistent and timely. Decisions with respect to minor infractions should be prompt and proportionate. *(Adopted: 1/20/22 effective 8/1/22)*

**6** Each division shall annually report to the Board of Governors all major infractions as defined by each division during the preceding year, the status of investigations and penalties imposed. *(Adopted: 1/20/22 effective 8/1/22)*

CONSTITUTION, ARTICLE 5

# Amendments to the Constitution.

**A** Provisions of the NCAA Constitution may be amended only at a special or annual Convention. The membership shall receive reasonable notice of proposed amendments. An amendment may be sponsored only by the Board of Governors or by a two-thirds vote of a divisional leadership body. A sponsored amendment shall require a two-thirds majority vote of all delegates present and voting. The chair of each divisional Student-Athlete Advisory Committee shall be eligible to vote. *(Adopted: 1/20/22 effective 8/1/22)*

**B** Sponsored amendments shall include a statement of intent and rationale. Amendments to amendments may be sponsored as set forth above but may not expand the scope of the original amendment. Amendments to amendments shall require a two-thirds majority vote of all delegates present and voting. *(Adopted: 1/20/22 effective 8/1/22)*

**C** Approved amendments shall become effective on the first day of August following adoption, unless another effective date is approved by a two-thirds majority vote of all delegates present and voting. *(Adopted: 1/20/22 effective 8/1/22)*

**D** Before the end of a special or annual Convention, any member who voted on the prevailing side may move for reconsideration. *(Adopted: 1/20/22 effective 8/1/22)*

CONSTITUTION, ARTICLE 6

# Institutional Control.

**A** The control and responsibility for the conduct of intercollegiate athletics shall be exercised by the institution itself and the division and conference of which it is a member. A member institution's president or chancellor has ultimate responsibility and final authority for the conduct of the intercollegiate athletics program and the actions of any board in control of that program. *(Adopted: 1/20/22 effective 8/1/22)*

**B** If an institution has a nongoverning athletics board or council or an athletics advisory board, administration, faculty members and student-athletes shall constitute at least a majority of the board. *(Adopted: 1/20/22 effective 8/1/22)*

**C** It is the responsibility of the Association and each division, conference and member institution to comply with federal and state laws and local ordinances, including with respect to gender equity, diversity and inclusion. *(Adopted: 1/20/22 effective 8/1/22)*

**D** Consistent with the principle of institutional control, no provision in this Constitution should be construed to restrict or limit colleges and universities, public or private, from adopting or maintaining missions and policies consistent with their legal rights or obligations as institutions of high learning. *(Adopted: 1/20/22 effective 8/1/22)*

BYLAW, ARTICLE 9
# Legislative Authority and Process.

## 9.01 General Principles. *(Adopted: 4/15/22 effective 8/1/22)*

**9.01.1 Basis of Legislation.** All legislation of the Association shall be adopted by the membership in Convention assembled, or by the divisional governance entities. *(Adopted: 4/15/22 effective 8/1/22)*

## 9.02 Definitions and Applications. *(Adopted: 4/15/22 effective 8/1/22)*

**9.02.1 Legislative Provisions.** *(Adopted: 4/15/22 effective 8/1/22)*

**9.02.1.1 Division Dominant.** A division dominant provision is a regulation that applies to all members of the division and is of sufficient importance to the division that it requires a two-thirds majority vote of all delegates present and voting at the division's annual or special Convention. Division dominant provisions are identified by the diamond symbol (♦). *(Adopted: 4/15/22 effective 8/1/22)*

**9.02.1.2 Common.** A common provision is a regulation that applies to more than one of the divisions of the Association. A common provision shall be adopted by each of the applicable divisions, acting separately pursuant to the divisional legislative process described in Bylaw 9.3 and must be approved by all applicable divisions to be effective. Common provisions are identified by the pound sign (#). *(Adopted: 4/15/22 effective 8/1/22)*

**9.02.1.3 Federated.** A federated provision is a regulation adopted by a majority vote of the delegates present and voting of the division (or subdivision if applicable), acting pursuant to the legislative process described in Bylaw 9.3. Such a provision applies only to the division(s) or subdivision(s) that adopts it. *(Adopted: 4/15/22 effective 8/1/22)*

## 9.1 Conventions and Meetings. *(Adopted: 4/15/22 effective 8/1/22)*

**9.1.1 Operating Procedures.** *(Adopted: 4/15/22 effective 8/1/22)*

**9.1.1.1 Authority.** The following procedures and policies set forth in Bylaw 9 only apply to Division III specific legislative business (as opposed to Association-wide business). *(Adopted: 4/15/22 effective 8/1/22)*

**9.1.1.2 Institutional and Conference Delegates.** *(Adopted: 4/15/22 effective 8/1/22)*

**9.1.1.2.1 With Voting Privileges.** Each active member and each member conference with voting privileges, shall be entitled to one vote. Institutions and conferences designating both an individual who identifies as male and an individual who identifies as female as voting or alternate delegates on the Convention appointment form shall be allowed to appoint four official institutional delegates, with no gender requirement for the remaining delegates. In all other circumstances, institutions shall be limited to not more than three official delegates. For this reason, each delegate must indicate their identity. Any of the aforementioned official delegates have privileges of the floor and right to active participation in the business proceedings of Convention. *(Adopted: 4/15/22 effective 8/1/22, Revised: 9/2/22)*

**9.1.1.2.1 Order and Grouping of Legislation.** In the consideration of groupings of related amendments or amendments-to-amendments, the Convention shall consider first the amendment that contemplates the greatest modification of the present circumstance, followed by the other amendments in the order of decreasing modification. Once an amendment in such a grouping is adopted, those that follow ordinarily will become moot. *(Adopted: 4/15/22 effective 8/1/22)*

**9.1.1.2.1 Single-Gender Athletics Program.** An active member or member conference with no men's athletics program shall not be permitted to vote on issues affecting only men's athletics, and an active member or member conference with no women's athletics program shall not be permitted to vote on issues affecting only women's athletics. *(Adopted: 4/15/22 effective 8/1/22)*

**9.1.1.2.2 Without Voting Privileges.** Each member conference without voting privileges shall be entitled to one accredited delegate without voting privilege. *(Adopted: 4/15/22 effective 8/1/22)*

**9.1.1.2.2 Voting Methods.** The methods of voting at an NCAA Convention shall be by voice, paddle, roll call and/or secret ballot, in accordance with the following procedures: *(Adopted: 4/15/22 effective 8/1/22)*

   (a) **Voice Vote.** The presiding officer shall determine whether to use voice voting. In the taking of a voice vote, if the presiding officer is in doubt, or on request for a division of the assembly by any member eligible to vote on the particular issue, the presiding officer shall retake the vote by a show of paddles. *(Adopted: 4/15/22 effective 8/1/22)*

(b) **Paddle Vote.** The presiding officer shall determine whether to use paddle voting, which may be accomplished through electronic collection. In the taking of a vote by show of paddles, if the presiding officer is in doubt, or on the request of any member eligible to vote on the particular issue, the presiding officer shall order the vote to be counted. *(Adopted: 4/15/22 effective 8/1/22)*

(c) **Secret Ballot.** Voting by secret ballot shall be conducted only when so ordered by a majority of the eligible delegates present and voting after the making of an undebatable motion to vote in that manner. *(Adopted: 4/15/22 effective 8/1/22)*

(d) **Roll Call.** Voting by roll call on issues other than those so designated by the Divisions III Presidents Council shall be conducted only when so ordered by a majority of the eligible delegates present and voting, after the making of an undebatable motion to vote in that manner. If both a roll-call vote and a secret ballot are moved on a particular issue, the vote shall be taken first on whether to vote by roll call. Any interim or following vote to amend, postpone, reconsider, refer or table a proposal that has been designated by the presidential administrative groups for a roll-call vote during the Convention also must be conducted by roll-call vote. *(Adopted: 4/15/22 effective 8/1/22)*

**9.1.1.2.2.1 Division III Convention Proposals.** The method of voting on Division III legislative amendments or resolutions (that are not part of the consent package) at an NCAA Convention shall be by roll call, unless determined otherwise by the Presidents Council. *(Adopted: 1/19/23 effective 8/1/23)*

**9.1.1.3 Student-Athlete Advisory Committee.** The Division III Student-Athlete Advisory Committee shall have one vote. *(Adopted: 1/17/23 effective 8/1/23)*

**9.1.1.4 Provisional Delegates.** Each provisional member shall be entitled to one accredited delegate without voting privileges. *(Adopted: 4/15/22 effective 8/1/22)*

**9.1.1.5 Certification and Voting of Delegates.** The certification and voting of delegates shall be conducted as follows: *(Adopted: 4/15/22 effective 8/1/22)*

(a) Delegates shall be certified to the NCAA national office as entitled to represent the member in question by the proper executive officers of their institutions or organizations; *(Adopted: 4/15/22 effective 8/1/22)*

(b) An active member or member conference represented by more than one delegate shall designate (on the proper form signed by the chancellor or president) the delegate entitled to cast its vote. Once the member has designated its primary voting and alternate voting delegates, transferring the voting rights between or among them is a matter of institutional judgment, inasmuch as the voter and alternate(s) have been approved as voters; *(Adopted: 4/15/22 effective 8/1/22)*

(c) The same delegate may represent both an active member and a member conference; *(Adopted: 4/15/22 effective 8/1/22)*

(d) A delegate shall not represent any active member or member conference unless the delegate actually is identified with such member, and an institution's student may not serve as its voting or alternate voting delegate; *(Adopted: 4/15/22 effective 8/1/22)*

(e) Whenever the Association votes on any question by roll call, either written or via voice, on demand of any delegate, the names of delegates as they vote shall be checked by the Membership Committee in order to verify the authority of the voter; and *(Adopted: 4/15/22 effective 8/1/22)*

(f) Voting by proxy shall not be allowed. *(Adopted: 4/15/22 effective 8/1/22)*

**9.1.1.6 Delegate Participation in Conventions and Meetings.** *(Adopted: 4/15/22 effective 8/1/22)*

**9.1.1.6.1 Active Delegate.** Privileges of the floor and the right to active participation in the business proceedings of any annual or special Convention of the Association are accorded to the following: *(Adopted: 4/15/22 effective 8/1/22)*

(a) Any of the accredited delegates authorized in Bylaw 9.1.1.5 to represent an active member or member conference with voting privileges; *(Adopted: 4/15/22 effective 8/1/22)*

(b) The single accredited delegate authorized in Bylaw 9.1.1.2.2 to represent a member conference without voting privileges or in Bylaw 9.1.1.4 to represent a provisional member; *(Adopted: 4/15/22 effective 8/1/22)*

(c) Any member of the Board of Governors, Presidents Council, Management Council and the chair (or a committee member designated to speak for the chair) of an NCAA committee listed in Bylaw 21; and *(Adopted: 4/15/22 effective 8/1/22)*

(d) Any member of the Division III Student-Athlete Advisory Committee. *(Adopted: 4/15/22 effective 8/1/22)*

**9.1.1.7 Quorum.** Forty active members and member conferences shall constitute a quorum for the transaction of the division's business. *(Adopted: 4/15/22 effective 8/1/22)*

**9.1.1.8 Parliamentary Rules.** The rules contained in the current edition of Robert's Rules of Order, Newly Revised, shall be the parliamentary authority for the conduct of all meetings. Additionally, they shall be the deciding reference used in case of parliamentary challenge in all instances to which they apply and in which they are not superseded by the constitution, the bylaws or any special rule of order adopted by the division. *(Adopted: 4/15/22 effective 8/1/22)*

**9.1.1.9 Consideration of Legislation.** Legislation shall be acted on only at the Convention business sessions in accordance with the constitution and bylaws. *(Adopted: 4/15/22 effective 8/1/22)*

## 9.2 Elements of Legislation. *(Adopted: 4/15/22 effective 8/1/22)*

**9.2.1 Operating Bylaws.** The Division may adopt legislation to be included in the operating bylaws, which provide rules and regulations not inconsistent with the provisions of the constitution and which shall include, but not be limited to, the following particulars: *(Adopted: 4/15/22 effective 8/1/22)*

(a) The administration of intercollegiate athletics by members of the Association; *(Adopted: 4/15/22 effective 8/1/22)*

(b) The establishment and control of NCAA championships (games, matches, meets and tournaments) and other athletics events sponsored or sanctioned by the Association; *(Adopted: 4/15/22 effective 8/1/22)*

(c) The procedures for administering and enforcing the provisions of the constitution and bylaws; and *(Adopted: 4/15/22 effective 8/1/22)*

(d) The adoption of rules of play and competition in the various sports and the delegation of authority in connection with such subjects to individuals, officers or committees.
*(Adopted: 4/15/22 effective 8/1/22)*

**9.2.2 Administrative Bylaws.** The administrative bylaws of the division (i.e., administrative regulations, executive regulations, enforcement policies and procedures) provide rules and regulations for the implementation of policy adopted by the membership as set forth in the constitution and operating bylaws. They are distinct from the operating bylaws in that, to provide greater flexibility and efficiency in the conduct of the affairs of the Association, they may be adopted or amended by the Presidents Council and the Management Council. *(Adopted: 4/15/22 effective 8/1/22)*

**9.2.2.1 Administrative Regulations.** The division is empowered to adopt or revise administrative regulations consistent with the provisions of the constitution and bylaws, subject to amendment by the membership, for the implementation of policy established by legislation governing the general activities of the division. The administrative bylaws may be adopted or amended by the Presidents Council or Management Council or at any annual or special Convention by a majority vote of the delegates in Division III present and voting in accordance with the relevant sections of Bylaw 9.3.3 *(Adopted: 4/15/22 effective 8/1/22)*

**9.2.2.2 Executive Regulations.** The division is empowered to adopt or revise executive regulations consistent with the provisions of the constitution and bylaws, subject to amendment by the Division III membership. Executive regulations relate to the administration of the division's championships, the expenditure of the division's funds, the distribution of the income of the division and the general administration of the affairs of the division. The executive regulations may be adopted or amended by the Presidents Council or Management Council or at any annual or special Convention by a majority vote of the delegates in Divisions III present and voting in accordance with the relevant sections of Bylaw 9.3.3. *(Adopted: 4/15/22 effective 8/1/22)*

**9.2.2.3 Enforcement Policies and Procedures.** The Committee on Infractions is empowered to adopt, formulate and revise enforcement policies and procedures for the conduct of the Association's infractions program (see Bylaw 32) and its internal operating procedures, and review and approve the enforcement staff's internal operating procedures, subject to approval by the Management Council. These enforcement policies and procedures shall be developed by the Committee on Infractions, shall not be inconsistent with the provisions of the constitution and bylaws and shall be subject to amendment by the membership. The Infractions Appeals Committee may adopt or revise enforcement policies and procedures that relate directly to the infractions appeals process, subject to review and approval by the Management Council. Such policies and procedures shall not be inconsistent with the provisions of the constitution and bylaws and shall be subject to amendment by the membership. *(Adopted: 4/15/22 effective 8/1/22)*

**9.2.3 Resolutions.** Legislation of a temporary character effective only for a specified time period may be enacted through resolutions not inconsistent with the constitution, bylaws (including administrative bylaws) and special rules of order. *(Adopted: 4/15/22 effective 8/1/22)*

**9.2.4 Interpretations of Constitution and Bylaws.** The Presidents Council, Management Council and the Interpretations and Legislation Committee are empowered to make interpretations of the constitution and bylaws (See Bylaw 9.4.1). *(Adopted: 4/15/22 effective 8/1/22)*

**9.2.5 Special Rules of Order.** The division may adopt special rules of order not inconsistent with the constitution and bylaws. These special rules, with Robert's Rules of Order, Newly Revised, the constitution and the bylaws shall be the parliamentary authority for the conduct of all meetings of the division and, together, shall be the deciding reference used in case of parliamentary challenge in all instances to which they apply. *(Adopted: 4/15/22 effective 8/1/22)*

**9.2.6 Statements of Division Philosophy.** The membership through appropriate deliberative processes, may prepare a statement of division philosophy relating to the development and operation of an intercollegiate athletics program in the division. Such a statement is not binding on member institutions but shall serve as a guide for the preparation of legislation by the division and for planning and implementation of programs by institutions and conferences. *(Adopted: 4/15/22 effective 8/1/22)*

# 9.3 Amendment Process. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.1 Authorizing Legislation.** *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.1.1 Amendment.** Division dominant and federated provisions may be amended at any annual or special convention. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.1.1.1 Noncontroversial Amendment.** The Management Council or Presidents Council, in the interim between annual Conventions, by a three-fourths majority of its members present and voting, may adopt noncontroversial legislative amendments clearly necessary to promote the normal and orderly administration of the division's legislation. The Management Council or Presidents Council shall then sponsor legislation at the next annual Convention to confirm the adoption of such amendments. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.1.1.2 Emergency Legislation.** The Presidents Council by at least three-fourths majority of its members present and voting may adopt emergency legislation that shall be effective immediately in the following situations: *(Adopted: 4/15/22 effective 8/1/22)*

(a) When the NCAA must respond to or comply with a court, alternative dispute resolution (ADR) or government order; *(Adopted: 4/15/22 effective 8/1/22)*

(b) When the Presidents Council deems it appropriate to limit or avoid NCAA liability as a result of litigation, ADR or governmental proceedings; or *(Adopted: 4/15/22 effective 8/1/22)*

(c) When significant values or harm are at stake and the use of the regular legislative cycle is likely to cause undue hardship to the Association or the Division III membership because of the delay in its effective date. *(Adopted: 4/15/22 effective 8/1/22)*

Emergency legislation must be ratified by the Division III membership at the next regularly scheduled NCAA Convention. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.1.2 Amendment-to-Amendment -- Division Dominant Provisions.** A proposed amendment to a division dominant provision may be amended at any annual or special Convention. From July 15 through September 15, sponsors of proposed amendments may refine and change the proposed amendments in any manner that is germane to the original. After September 15, proposed amendments may be amended only if the amendment to the proposed amendment does not increase the modification of the provision to be amended. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.1.3 Amendment-to-Amendment -- Federated Provisions.** A proposed amendment to a federated provision of the bylaws may be amended at any annual or special Convention. From July 15 through September 15, sponsors of proposed amendments may refine and change the proposed amendments in any manner that is germane to the original amendment. After September 15, proposed amendments may be amended only if the amendment to the proposed amendment does not increase the modification of the provision to be amended. [See Bylaw 9.3.4.2.2.2 for when a proposed amendment may increase the modification.] *(Adopted: 4/15/22 effective 8/1/22, Revised: 1/16/24 effective 7/1/24)*

**9.3.2 Sponsorship -- Amendments to Division Dominant Provisions.** *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.2.1 Amendment.** An amendment to a division dominant provision may be sponsored by the Presidents Council. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.2.2 Amendment-to-Amendment.** An amendment-to-amendment to a division dominant provision may be sponsored by the Presidents Council. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.2.3 Editorial Changes.** The presiding officer may permit changes in the wording of a proposed amendment of a purely editorial nature or to correct typographical errors. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.3 Sponsorship -- Amendments to Division III Legislation.** *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.3.1 Amendment.** An amendment to a provision of the bylaws may be sponsored by: *(Adopted: 4/15/22 effective 8/1/22)*

(a) The Management Council or Presidents Council; *(Adopted: 4/15/22 effective 8/1/22)*

(b) Twenty or more active member institutions with voting privileges, on written verification of sponsorship signed by each sponsoring member's chancellor or president or the chancellor's or president's designated representative; or *(Adopted: 4/15/22 effective 8/1/22)*

(c) Two or more member conferences with voting privileges when submitted by the chief elected or executive officer of the conferences on behalf of each conference's active member institutions and signed by the chairs of the conference's official presidential administrative groups or at least two chancellors or presidents of the conference's member institutions if the conference has no presidential administrative group. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.3.1.1 Amendment, Federated Provision.** When legislation is applicable only to a particular division, only members of that division may submit amendments to that legislation. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.3.1.2 Primary Contact Person.** All amendments proposed by member institutions shall designate a primary contact person. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.3.2 Amendment-to-Amendment.** An amendment to an amendment of a provision of the bylaws may be sponsored by: *(Adopted: 4/15/22 effective 8/1/22)*

(a) The Management Council or Presidents Council; *(Adopted: 4/15/22 effective 8/1/22)*

(b) Twenty or more active member institutions with voting privileges, when submitted in writing by each institution's chancellor or president or the chancellor's or president's designated representative; or *(Adopted: 4/15/22 effective 8/1/22)*

(c) Two or more member conferences with voting privileges, when submitted in writing by the chief elected or executive officer of the conferences on behalf of each conference's active member institutions and signed by the chairs of the conference's official presidential administrative groups or at least two chancellors or presidents of the conference's member institutions if the conference has no presidential administrative group. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.3.2.1 Primary Contact Person.** All amendments-to-amendments proposed by member institutions shall designate a primary contact person. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.3.3 Editorial Changes.** The presiding officer may permit changes in the wording of proposed amendments of a purely editorial nature or to correct typographical errors. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.4 Submission Deadline.** *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.4.1 Division Dominant Provisions.** *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.4.1.1 Amendments.** Amendments to division dominant provisions shall be sponsored by the Presidents Council in accordance with the following deadlines: *(Adopted: 4/15/22 effective 8/1/22)*

(a) Annual Convention -- September 1. *(Adopted: 4/15/22 effective 8/1/22)*

(b) Special Convention -- Ninety days before a special Convention. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.4.1.1.1 Exception.** The Presidents Council, by a two-thirds majority of its members present and voting, may establish a later date for the submission of amendments for an annual Convention when a special Convention is held after September 1. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.4.1.2 Amendments-to-Amendments.** The Presidents Council must submit amendments to its original amendments in writing and such amendments must be submitted not later than 5 p.m. Eastern time September 15, unless the amendment-to-amendment does not increase the modification specified in the original. Any amendment-to-amendment submitted after September 15 shall not increase the modification of the original and must be submitted in writing not later than 5 p.m. Eastern time November 1 before an annual Convention or 60 days before a special Convention. The Presidents Council may propose amendments-to-amendments at the time of the Convention without meeting these procedural requirements, provided the amendment-to-amendment has been approved by two-thirds of the Presidents Council and copies are distributed before or during the appropriate business session. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.4.2 Legislation.** *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.4.2.1 Amendment.** Deadline dates for receipt at the national office of proposed amendments are as follows: *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.4.2.1.1 Amendment Proposed by Membership.** *(Adopted: 4/15/22 effective 8/1/22)*

(a) Annual Convention -- 5 p.m. Eastern time July 15 (at least one of the sponsors of a conference-sponsored amendment or at least 10 of the 20 individual institution sponsors must meet the July 15 deadline and the required chancellor or president approval for these amendments must be received by 5 p.m. Eastern time August 1). The additional conference or 10 individual institutions must meet the deadline of 5 p.m. Eastern time September 1 or the amendment will be automatically withdrawn. *(Adopted: 4/15/22 effective 8/1/22)*

(b) Special Convention -- Ninety days before a special Convention. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.4.2.1.1.1 Exception.** The Presidents Council, by a two-thirds majority of its members present and voting, may establish a later date for the submission of amendments for an annual Convention when a special Convention is held after July 15. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.4.2.1.2 Amendments Sponsored by Management Council or Presidents Council.** *(Adopted: 4/15/22 effective 8/1/22)*

(a) Annual Convention -- September 1. *(Adopted: 4/15/22 effective 8/1/22)*

(b) Special Convention -- Ninety days before a special Convention. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.4.2.1.2.1 Exception.** The Presidents Council, by a two-thirds majority of its members present and voting, may establish a later date for the submission of amendments for an annual Convention when a special Convention is held after September 1. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.4.2.2 Amendment-to-Amendment.** Any amendment-to-amendment submitted by those other than the original sponsors shall not increase the modification of the original and must be submitted in writing and received at the Association's national office not later than 5 p.m. Eastern time November 1 before an annual Convention or 60 days before a special Convention. *(Adopted: 4/15/22 effective 8/1/22, Revised: 1/16/24 effective 7/1/24)*

**9.3.4.2.2.1 Exception -- Management Council or Presidents Council.** The Management Council or Presidents Council may propose amendments-to-amendments at the time of the Convention without meeting these procedural requirements provided that in each instance the proposed amendment to an amendment has been approved by two-thirds of the respective council and copies are distributed before or during the business session. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.4.2.2.2 Exception -- Membership-sponsored amendments.** The original sponsors of a membership proposal (must include all of the sponsors) may submit an amendment-to-amendment that increases the modification specified in the original, provided it is still germane to the intent of the original amendment. *(Adopted: 1/16/24 effective 7/1/24)*

**9.3.4.2.3 Cost Considerations.** The sponsors of each proposed amendment or amendment-to-amendment must include a written financial impact statement regarding the potential financial impact (e.g., additional costs, cost savings) of the proposed legislation as it applies to the NCAA, conferences, institutions, student-athletes and prospective student-athletes. *(Adopted: 4/15/22 effective 8/1/22)*

## 9.3.5 Notification to Membership. *(Adopted: 4/15/22 effective 8/1/22)*

### 9.3.5.1 Amendments to Division Dominant Provisions. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.5.1.1 Initial Publication.** Amendments to division dominant provisions sponsored by the Presidents Council shall be published for the information of the membership as follows: *(Adopted: 4/15/22 effective 8/1/22)*

(a) Not later than September 23 for an annual Convention. *(Adopted: 4/15/22 effective 8/1/22)*

(b) Not later than 75 days before a special Convention. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.5.1.2 Official Notice.** A copy of the proposed amendments shall be published not later than November 15 before an annual Convention or 45 days before a special Convention. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.5.1.3 Delayed Date.** If the Presidents Council establishes a date later than July 15 or September 1 for the submission of amendments to division dominant provisions for an annual Convention, it, by a two-thirds majority of its members present and voting, may establish a later date for publishing copies of the proposed amendments for information of the membership. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.5.1.4 Amendments-to-Amendments.** Copies of all amendments-to-amendments to division dominant provisions submitted by the Presidents Council in accordance with the September 15 deadline shall be published by September 23. Copies of all other amendments-to-amendments submitted by the November 1 deadline shall be published in the Official Notice of the Convention. *(Adopted: 4/15/22 effective 8/1/22)*

### 9.3.5.2 Amendments to Legislation. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.5.2.1 Initial Publication.** Proposed amendments shall be published for the information of the division as follows: *(Adopted: 4/15/22 effective 8/1/22)*

(a) Not later than August 15 -- Those proposed by the membership, including the primary contact person's name, title and member institution or member conference, as well as the sponsors' statements of intent and rationale and any amendments designated for inclusion by the Management Council or Presidents Council; and *(Adopted: 4/15/22 effective 8/1/22)*

(b) Not later than September 23 -- Those submitted by the Management Council or Presidents Council and those modified by the sponsors; or *(Adopted: 4/15/22 effective 8/1/22)*

(c) Not later than 75 days before a special Convention -- All proposed amendments. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.5.2.2 Official Notice.** A copy of the proposed amendments shall be published not later than November 15 before an annual Convention or 45 days before a special Convention. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.5.2.3 Delayed Date.** If the Presidents Council establishes a date later than July 15 or September 1 for the submission of amendments for an annual Convention, it, by a two-thirds majority of its members present and voting, may establish a later date for publishing copies of the proposed amendments for information of the membership. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.5.2.4 Amendments-to-Amendments.** Copies of all amendments to proposed amendments submitted by the amendment's original sponsors in accordance with the September 15 deadline shall be published by September 23. Copies of all other amendments-to-amendments submitted by the November 1 deadline shall be published in the Official Notice of the Convention. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.6 Committee Review -- Legislation.** All amendments submitted by the membership shall be evaluated by an appropriate committee before they can be included on the agenda for Convention. Such evaluation may involve a position of support or opposition and/or a suggestion of an alternative amendment by the committee. The committee shall complete its evaluation not later than October 7. The committee position, if any, shall not prevent the membership from voting on the amendment at the next Convention provided all appropriate submission deadlines have been met. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.6.1 Committee Designation.** The Management Council shall assign each amendment to the appropriate committee(s) for evaluation and shall designate a subcommittee of itself or a special committee when no appropriate committee exists. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.6.2 Publication of Committee Position.** The position of the appropriate committee shall be printed with the relevant amendment in the Official Notice of the Convention. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.7 Adoption of Amendment, Voting Requirements.** *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.7.1 Division Dominant Provision.** Adoption of an amendment to a division dominant provision shall require a two-thirds majority vote of all Division III delegates present and voting at the annual or special Convention. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.7.1.1 Change of Voting Requirement of Division Dominant Provision.** In order to change a division dominant provision to a federated provision, a two-thirds majority vote of all delegates present and voting at the division's annual or special Convention is required. In order to change a division dominant provision to a common provision, the change must be adopted through the procedure and with the voting requirement applicable to such provisions. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.7.2 Common Provision.** Adoption of an amendment to a common provision shall be adopted by each of the applicable divisions, acting separately pursuant to the divisional legislative process and must be approved by all applicable divisions to be effective. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.7.2.1 Change of Voting Requirement of Common Provision.** In order to change a common provision to a federated provision, each of the applicable divisions shall adopt the change acting separately pursuant to the divisional legislative process. The change must be approved by all applicable divisions to be effective. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.7.3 Federated Provision.** Adoption of an amendment to a federated provision shall require a majority vote of the division's delegates present and voting, at an annual or special Convention or at a division legislative meeting of the Association. Such legislation shall apply only to the division(s) adopting it. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.7.3.1 Change of Voting Requirement of Federated Provision.** In order to change a federated provision to any other type of provision, the change must be adopted through the procedure and with the voting requirement applicable to the particular type of provision. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.8 Adoption of Amendment-to-Amendment, Voting Requirements.** *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.8.1 Division Dominant Provision.** A proposed amendment to an amendment of a division dominant provision shall be approved by a majority vote of the delegates of the division present and voting. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.8.2 Federated Provision.** A proposed amendment to an amendment of a federated provision shall be approved by a majority vote of the delegates of the division present and voting. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.9 Special Voting Requirements.** The following topics are subject to special voting requirements. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.9.1 Division Championship.** A division championship per Bylaw 18.02.1.2 may be established by a majority vote of all members of the division present and voting at an annual Convention, subject to all requirements, standards and conditions prescribed in Bylaw 18.2. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.10 Intent and Rationale.** *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.10.1 Amendments to Division Dominant Provisions.** All amendments to division dominant provisions shall include a statement of intent and a separate statement of rationale. The statement of rationale shall not exceed 200 words in length. All amendments-to-amendments shall include a statement of intent and a cost estimate. An amendment-to-amendment also may include a statement of rationale that shall not exceed 50 words in length. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.10.2 Amendments to Federated Provisions.** All amendments to federated provisions shall include a statement of intent and a separate statement of rationale. The statement of rationale shall not exceed 200 words in length. All amendments-to-amendments shall include a statement of intent and a cost estimate. An amendment-to-amendment also may include a statement of rationale that shall not exceed 50 words in length. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.11 Effective Date.** *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.11.1 Division Dominant Provisions.** All amendments to division dominant provisions shall become effective not earlier than the first day of August after adoption by the Convention. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.11.1.1 Alternative to August 1 Effective Date.** If a voting delegate wishes to propose an immediate effective date, or to propose any other effective date before the first day of August, a two-thirds majority of all delegates present and eligible to vote on the amendment is required to approve the immediate or alternative effective date. Those amendments specified as being effective immediately shall become effective on adjournment of the Convention. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.11.2 Federated Provisions.** All amendments to federated provisions shall become effective not earlier than the first day of August after adoption by the Convention. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.11.2.1 Alternative to August 1 Effective Date.** If a voting delegate wishes to propose an immediate effective date, or to propose any other effective date before the first day of August, the rationale statement shall contain reasons why the amendment has an alternative effective date. Those amendments specified as being effective immediately shall become effective on adjournment of the Convention. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.12 Reconsideration.** *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.12.1 Vote on Division Dominant Provisions.** An affirmative or negative vote on a division dominant provision is final and may not be reconsidered once that vote has been confirmed by the presiding officer. *(Adopted: 4/15/22 effective 8/1/22)*

**9.3.12.2 Vote on Federated Provisions.** An affirmative or negative vote on a federated provision is final and may not be reconsidered once that vote has been confirmed by the presiding officer. *(Adopted: 4/15/22 effective 8/1/22)*

## 9.4 Other Legislative and Amendment Procedures. *(Adopted: 4/15/22 effective 8/1/22)*

**9.4.1 Interpretations of Constitution and Bylaws.** *(Adopted: 4/15/22 effective 8/1/22)*

**9.4.1.1 Authorization.** The Presidents Council and Management Council in the interim between Conventions, and the Interpretations and Legislation Committee, in the interim between meetings of the Presidents Council and Management Council, are empowered to make interpretations of the constitution and bylaws. *(Adopted: 4/15/22 effective 8/1/22)*

**9.4.1.1.1 Modification of Wording.** In addition to its general authority to make binding interpretations of NCAA legislation, the Management Council, by a two-thirds majority of its members present and voting, may interpret legislation consistent with the intent of the membership in adopting the legislation if sufficient documentation and testimony are available to clearly establish that the wording of the legislation is inconsistent with that intent. The

Management Council shall sponsor legislation at the next annual Convention to confirm any such interpretations. *(Adopted: 4/15/22 effective 8/1/22)*

**9.4.1.2 Interpretation Process.** *(Adopted: 4/15/22 effective 8/1/22)*

**9.4.1.2.1 Staff Interpretation (Determination).** The academic and membership affairs staff shall respond to a request from a member institution for an interpretation of NCAA rules. *(Adopted: 4/15/22 effective 8/1/22)*

**9.4.1.2.1.1 Appeal of Staff Interpretation.** A member institution may appeal a staff interpretation to the Interpretations and Legislation Committee. Such a request must be submitted in writing by the institution's conference or by one of the five individuals who are authorized to request such interpretations on behalf of the institution [i.e., chancellor or president, faculty athletics representative, athletics director, senior woman administrator, compliance coordinator, or designated substitute(s) for the chancellor or president and/or athletics director, as specified in writing to the national office]. *(Adopted: 4/15/22 effective 8/1/22)*

**9.4.1.2.1.2 Review of Staff Interpretations.** The Interpretations and Legislation Committee shall review all staff interpretations. *(Adopted: 4/15/22 effective 8/1/22)*

**9.4.1.2.1.3 Publication and Notification.** A staff interpretation shall be binding on the requesting institution on notification of the response to its interpretation request unless the interpretation is modified or reversed on appeal or reviewed by the Interpretations and Legislation Committee. A staff interpretation that has been reviewed and approved by the Interpretations and Legislation Committee shall be binding on all institutions on publication to the membership (e.g., announced on the NCAA website or Legislative Services Database for the Internet). *(Adopted: 4/15/22 effective 8/1/22)*

**9.4.1.2.2 Review of Interpretations and Legislation Committee Decision.** The Management Council shall review all interpretations issued by the Interpretations and Legislation Committee and may approve, reverse, or modify such interpretations. A member institution may appeal a decision of the Interpretations and Legislation Committee to the Management Council meeting immediately after the decision of the committee. The appeal must be submitted in writing by the institution's chancellor or president, faculty athletics representative or director of athletics. The Management Council shall establish the procedures for such an appeal. *(Adopted: 4/15/22 effective 8/1/22)*

**9.4.1.2.3 Publication or Notification.** Interpretations issued by the Interpretations and Legislation Committee shall be binding on notification to affected institutions and on all member institutions after publication and circulation to the membership. *(Adopted: 4/15/22 effective 8/1/22)*

**9.4.1.2.4 Revision.** Interpretations approved by the Management Council may not be revised by the Interpretations and Legislation Committee. The Interpretations and Legislation Committee may only recommend to the Management Council revisions of such interpretations. *(Adopted: 4/15/22 effective 8/1/22)*

**9.4.1.3 Application.** An interpretation of the constitution or bylaws shall be applicable to the membership division(s) to which the provision applies. *(Adopted: 4/15/22 effective 8/1/22)*

**9.4.1.4 Request for Convention Review.** Any member of the Association to which an interpretation applies may request a review of the interpretation at the next annual Convention by making such a request in writing to the Association's Convention office before 1 p.m. on the day before the business sessions of the Convention. *(Adopted: 4/15/22 effective 8/1/22)*

**9.4.1.4.1 Affirmation of Interpretation.** An interpretation of the constitution or bylaws submitted for review requires the same vote for affirmation that would be required for an amendment of the provisions to which the interpretation applies (e.g., majority vote of the delegates present and voting in the appropriate division for an interpretation of a federated provision). An interpretation that fails to receive the required vote for affirmation shall not be binding on the membership. *(Adopted: 4/15/22 effective 8/1/22)*

**9.4.1.5 Amendment by Membership.** A proposed amendment to an existing interpretation must be submitted in accordance with the requirements of Bylaw 9.3. *(Adopted: 4/15/22 effective 8/1/22)*

**9.4.1.6 Convention-Approved Interpretations.** All interpretations approved by the Convention shall be incorporated into the constitution or bylaws. *(Adopted: 4/15/22 effective 8/1/22)*

**9.4.1.7 Review Authority of Management Council.** An institution may appeal to the Management Council a decision of a committee (excluding actions of the Committee on Student-Athlete Reinstatement, related to the restoration of a student-athlete's eligibility and the Committee on Infractions) or the NCAA staff regarding the application of legislation to a particular situation. In reaching its decision, the Management Council shall review the complete record in order to determine whether there is sufficient basis to grant relief from the application of the legislation. The Management

Council shall establish the process for such a review; shall monitor the actions taken under this authorization; and shall report annually to the membership the actions taken, in summary, aggregate form. *(Adopted: 4/15/22 effective 8/1/22)*

**9.4.1.7.1 Previously Approved Legislative Relief Wavers.** Specific legislative relief waiver requests that have been previously approved on a routine basis by the Management Council, or a committee designated by the Management Council, may be processed by an institution or conference. Documentation of each approval shall be kept on file at the institution or the conference office. *(Adopted: 4/15/22 effective 8/1/22)*

**9.4.2 Resolutions.** *(Adopted: 4/15/22 effective 8/1/22)*

**9.4.2.1 Authorization.** Legislation pertaining to the division may be enacted through resolutions not inconsistent with the constitution, bylaws (including administrative bylaws) and special rules of order. *(Adopted: 4/15/22 effective 8/1/22)*

**9.4.2.2 Scope and Application.** Legislation enacted through resolutions shall be of a temporary nature, effective only for a limited time as specified in the resolution itself. *(Adopted: 4/15/22 effective 8/1/22)*

**9.4.2.3 Division Dominant Provisions.** *(Adopted: 4/15/22 effective 8/1/22)*

**9.4.2.3.1 Sponsorship.** A resolution related to a division dominant provision may be sponsored by the Presidents Council. *(Adopted: 4/15/22 effective 8/1/22)*

**9.4.2.3.2 Submission Deadline.** A proposed resolution related to a division dominant provision must be submitted before November 1. The Presidents Council may sponsor resolutions at the time of the Convention without meeting this deadline provided the proposed resolution has been approved by a two-thirds majority vote of that Council and copies are distributed during the division business sessions. *(Adopted: 4/15/22 effective 8/1/22)*

**9.4.2.3.3 Voting Requirements.** *(Adopted: 4/15/22 effective 8/1/22)*

**9.4.2.3.3.1 Adoption -- Annual/Special Convention.** Adoption of a resolution shall require a majority vote of the delegates of the division present and voting at an annual or special Convention. *(Adopted: 4/15/22 effective 8/1/22)*

**9.4.2.3.3.2 Mail Ballot.** If a majority of the delegates of the division present and voting so direct, a resolution shall be referred to the entire membership of that division for a mail vote conducted under conditions approved by the Presidents Council. A two-thirds majority of members of the division voting in any such mail vote shall be required for the enactment of the legislation proposed in the resolution. *(Adopted: 4/15/22 effective 8/1/22)*

**9.4.2.4 Federated Provisions.** *(Adopted: 4/15/22 effective 8/1/22)*

**9.4.2.4.1 Sponsorship.** A resolution related to a federated provision may be sponsored by: *(Adopted: 4/15/22 effective 8/1/22)*

(a) The Management Council or Presidents Council; *(Adopted: 4/15/22 effective 8/1/22)*

(b) Twenty or more active member institutions with voting privileges, on written verification of sponsorship signed by each sponsoring member's chancellor or president or the chancellor's or president's designated representative; or *(Adopted: 4/15/22 effective 8/1/22)*

(c) Two or more member conferences with voting privileges when submitted by the chief elected or executive officer of the conference on behalf of each conference's active member institutions and signed by the chairs of the conference's official presidential administrative groups or at least two chancellors or presidents of the conference's member institutions if the conference has no presidential administrative group. *(Adopted: 4/15/22 effective 8/1/22)*

**9.4.2.4.2 Submission Deadline.** A proposed resolution related to a federated provision must be submitted in writing to the national office before November 1. *(Adopted: 4/15/22 effective 8/1/22)*

**9.4.2.4.2.1 Exception.** The Presidents Council or Management Council may sponsor resolutions at the time of the Convention without meeting this deadline, provided the proposed resolution has been approved by a two-thirds vote of the Presidents Council or Management Council and copies are distributed before or during the business sessions. *(Adopted: 4/15/22 effective 8/1/22)*

**9.4.2.4.3 Cost Considerations.** The sponsors of each proposed resolution shall include a written financial impact statement regarding the potential financial impact (e.g., additional costs, cost savings) of the proposed resolution as it applies to the NCAA, conferences, institutions, student-athletes or prospective student-athletes. *(Adopted: 4/15/22 effective 8/1/22)*

**9.4.2.4.4 Voting Requirements.** *(Adopted: 4/15/22 effective 8/1/22)*

**9.4.2.4.4.1 Adoption -- Annual/Special Convention.** Adoption of a resolution shall require a majority vote of the delegates of the division present and voting at an annual or special Convention. *(Adopted: 4/15/22 effective 8/1/22)*

**9.4.2.4.4.2 Mail Ballot.** If a majority of the delegates of the division present and voting so direct, a resolution shall be referred to the members of the division for a mail vote conducted by the officers under conditions approved by the Presidents Council. A two-thirds majority of members of the division voting in any such mail vote shall be required for the enactment of the legislation proposed in the resolution. *(Adopted: 4/15/22 effective 8/1/22)*

## 9.4.3 Special Rules of Order. *(Adopted: 4/15/22 effective 8/1/22)*

**9.4.3.1 Division Business Sessions.** The division may adopt special rules of order not inconsistent with the constitution and bylaws by a two-thirds majority of the delegates of the division present and voting at any annual or special Convention. *(Adopted: 4/15/22 effective 8/1/22)*

**9.4.3.2 Amendment Process.** Proposed special rules of order and amendments to existing special rules of order shall be subject to the same procedural requirements for previous notice and amendments. *(Adopted: 4/15/22 effective 8/1/22)*

## 9.4.4 Statements of Division Philosophy. *(Adopted: 4/15/22 effective 8/1/22)*

**9.4.4.1 Authorization.** Each division or subdivision, through appropriate deliberative processes, may prepare a statement of division philosophy relating to the development and operation of an intercollegiate athletics program in the division or subdivision. *(Adopted: 4/15/22 effective 8/1/22)*

**9.4.4.2 Scope and Application.** Such a statement is not binding on member institutions but shall serve as a guide for the preparation of legislation by the division or subdivision and for planning and implementation of programs by institutions and conferences. *(Adopted: 4/15/22 effective 8/1/22)*

**9.4.4.3 Adoption Process.** A statement of division philosophy may be adopted at any annual or special Convention by a majority vote of the delegates of the division present and voting. If a statement of division philosophy is adopted, it shall be published in the NCAA Manual. *(Adopted: 4/15/22 effective 8/1/22)*

## FIGURE 9-1
### NCAA Division III Legislative Process



1 Per NCAA Bylaw 9.3.3.1-(b) and -(c), legislative recommendations from the membership may be sponsored by
20 or more active member institutions with voting privileges or two or more voting member conferences. Per Bylaw
9.3.4.2.1.1, at least one of the sponsors of a conference-sponsored amendment or at least 10 of the 20 individual
institution sponsors must meet the deadline of 5 p.m. Eastern time July 15.

2 Per Bylaw 9.3.4.2.1.1, the second co-sponsor of a conference-sponsored amendment or the additional 10 individual
institutions must meet the deadline of 5 p.m. Eastern time September 1 or the amendment will be automatically withdrawn.

3 Per Bylaw 9.3.3.2 an amendment to an amendment may be sponsored by the Management Council, Presidents
Council, 20 or more active member institutions with voting privileges or two or more voting member conferences.

BYLAWS, ARTICLE 10

# Ethical Conduct.

## 10.01 General Principles.

**10.01.1 Honesty and Sportsmanship.** Individuals employed by (or associated with) a member institution to administer, conduct or coach intercollegiate athletics and all participating student-athletes shall act with honesty and sportsmanship at all times so that intercollegiate athletics as a whole, their institutions and they, as individuals, shall represent the honor and dignity of fair play and the generally recognized high standards associated with wholesome competitive sports.

## 10.02 Definitions and Applications.

**10.02.1 Sports Wagering. [#]** Sports wagering includes placing, accepting or soliciting a wager (on a staff member's or student-athlete's own behalf or on the behalf of others) of any type with any individual or organization on any intercollegiate, amateur or professional team or contest. Examples of sports wagering include, but are not limited to, the use of a bookmaker or parlay card; Internet sports wagering; auctions in which bids are placed on teams, individuals or contests; and pools or fantasy leagues in which an entry fee is required and there is an opportunity to win a prize. *(Adopted: 1/8/07 effective 8/1/07)*

**10.02.2 Wager. [#]** A wager is any agreement in which an individual or entity agrees to give up an item of value (e.g., cash, shirt, dinner) in exchange for the possibility of gaining another item of value. *(Adopted: 1/8/07 effective 8/1/07)*

## 10.1 Unethical Conduct.
Unethical conduct by a prospective or enrolled student-athlete or a current or former institutional staff member, which includes any individual who performs work for the institution or the athletics department even if they do not receive compensation for such work, may include, but is not limited to, the following: *(Revised: 1/10/90, 1/9/96, 7/20/10, 4/20/21)*

   (a) Refusal to furnish information relevant to an investigation of a possible violation of an NCAA regulation when requested to do so by the NCAA or the individual's institution;

   (b) Knowing involvement in offering or providing a prospective or an enrolled student-athlete an improper inducement or extra benefit or improper financial aid; *(Revised: 1/9/96)*

   (c) Knowingly furnishing or knowingly influencing others to furnish the NCAA or the individual's institution false or misleading information concerning an individual's involvement in or knowledge of matters relevant to a possible violation of an NCAA regulation; *(Revised: 1/13/10)*

   (d) Receipt of benefits by an institutional staff member for facilitating or arranging a meeting between a student-athlete and an agent, financial advisor or a representative of an agent or advisor (e.g., "runner"); *(Adopted: 1/9/96)*

   (e) Knowing involvement in providing a banned substance or impermissible supplement to student-athletes, or knowingly providing medications to student-athletes contrary to medical licensure, commonly accepted standards of care in sports medicine practice or state or federal law. This provision shall not apply to banned substances for which the student-athlete has received a medical exception per Bylaw 31.2.3.2; however, the substance must be provided in accordance with medical licensure, commonly accepted standards of care and state or federal law; *(Adopted: 1/9/06, Revised: 5/23/08, 5/30/08)*

   (f) Engaging in any athletics competition under an assumed name or with intent to otherwise deceive; or *(Revised: 7/20/10)*

   (g) Failure to provide complete and accurate information to the NCAA, the NCAA Eligibility Center or the institution's athletics department regarding an individual's amateur status. *(Revised: 7/20/10)*

## 10.2 Knowledge of Use of Banned Drugs.
A member institution's athletics department staff members or others employed by the intercollegiate athletics program who have knowledge of a student-athlete's use at any time of a substance on the list of banned drugs, as set forth in Bylaw 31.2.3.1 shall follow institutional procedures dealing with drug abuse or shall be subject to disciplinary or corrective action as set forth in Bylaw 19.5.2.

## 10.3 Sports Wagering Activities. [#]
The following individuals shall not knowingly participate in sports wagering activities or provide information to individuals involved in or associated with any type of sports wagering activities concerning intercollegiate, amateur or professional athletics competition: *(Adopted: 1/8/07 effective 8/1/07)*

   (a) Staff members of an institution's athletics department;

   (b) Nonathletics department staff members who have responsibilities within or over the athletics department (e.g., chancellor or president, faculty athletics representative, individual to whom athletics reports);

   (c) Staff members of a conference office; and

(d) Student-athletes.

**10.3.1 Scope of Application. [#]** The prohibition against sports wagering applies to any institutional practice or any competition (intercollegiate, amateur or professional) in a sport in which the Association conducts championship competition, in bowl subdivision football and in emerging sports for women. *(Adopted: 1/8/07 effective 8/1/07)*

> **10.3.1.1 Exception. [#]** The provisions of Bylaw 10.3 are not applicable to traditional wagers between institutions (e.g., traditional rivalry) or in conjunction with particular contests (e.g., bowl games). Items wagered must be representative of the involved institutions or the states in which they are located. *(Adopted: 1/8/07 effective 8/1/07)*

**10.3.2 Suspension by a Non-NCAA National or International Sports Governing Body. [#]** A student-athlete under a sports wagering related suspension from a non-NCAA national or international sports governing body shall not participate in intercollegiate competition for the duration of the suspension. *(Adopted: 1/22/20)*

## 10.4 Disciplinary Action. [#]

Prospective student-athletes and enrolled student-athletes found in violation of the provisions of this regulation shall be ineligible for further intercollegiate competition, subject to appeal to the Committee on Student-Athlete Reinstatement for restoration of eligibility. Institutional staff members found in violation of the provisions of this regulation shall be subject to disciplinary or corrective action as set forth in Bylaw 19.5.2 of the NCAA enforcement procedures, whether such violations occurred at the certifying institution or during the individual's previous employment at another member institution. *(Revised: 1/10/90, 1/11/00, 1/8/01 effective 8/1/01, 1/8/07 effective 8/1/07)*

BYLAWS, ARTICLE 11

# Conduct and Employment of Athletics Personnel.

## 11.01 General Principles.

**11.01.1 Institutional Control.** An institution determines who is to be employed and the amount of salary the employee receives in accordance with institutional policy. *(Adopted: 1/8/01 effective 8/1/01)*

## 11.1 Conduct of Athletics Personnel.

**11.1.1 Standards of Honesty and Sportsmanship.** Individuals employed by or associated with a member institution to administer, conduct or coach intercollegiate athletics shall act with honesty and sportsmanship at all times so that intercollegiate athletics as a whole, their institution and they, as individuals, represent the honor and dignity of fair play and the generally recognized high standards associated with wholesome competitive sports. (See Bylaw 10 for more specific ethical-conduct standards.) *(Adopted: 4/11/06)*

**11.1.2 Responsibility for Violations of NCAA Regulations.** Institutional staff members found in violation of NCAA regulations shall be subject to disciplinary or corrective action as set forth in the provisions of the NCAA enforcement procedures, whether such violations occurred at the certifying institution or during the individual's previous employment at another member institution. *(Adopted: 4/11/06)*

    **11.1.2.1 Responsibility of Head Coach.** It shall be the responsibility of an institution's head coach to promote an atmosphere for compliance within the program supervised by the coach and to monitor the activities regarding compliance of all assistant coaches and other administrators involved with the program who report directly or indirectly to the coach. *(Adopted: 4/11/06)*

**11.1.3 Use of Association Name or Affiliation.** Staff members of member institutions and others serving on the Association's committees or acting as consultants shall not use, directly or by implication, the Association's name or their affiliation with the Association in the endorsement of products or services.

**11.1.4 Representing Individuals in Marketing Athletics Ability/Reputation.** Staff members of the athletics department of a member institution shall not represent, directly or indirectly, any individual in the marketing of athletics ability or reputation to an agent, a professional sports team or a professional sports organization, including receiving compensation for arranging commercial endorsements or personal appearances for former student-athletes, except as specified in Bylaw 11.1.4.1, and shall not receive compensation or gratuities of any kind, directly or indirectly, for such services. *(Revised: 1/10/92, 1/11/94)*

    **11.1.4.1 Exception -- Head Coach.** An institution's head coach in a sport may contact agents, professional sports teams or professional sports organizations on behalf of a student-athlete, provided no compensation is received for such services. The head coach shall consult with and report their activities to the president or chancellor [or an individual or group (e.g., athletics advisory board) designated by the president or chancellor]. The head coach may: *(Adopted: 1/11/94, Revised: 10/3/05, 4/20/21)*

    (a) Communicate directly (e.g., in-person, by mail, email or telephone) with representatives of a professional athletics team to assist in securing a tryout with that team for a student-athlete;

    (b) Assist the student-athlete in the selection of an agent by participating with the student-athlete in interviews of agents, by reviewing written information player agents send to the student-athlete and by having direct communication with those individuals who can comment about the abilities of an agent (e.g., other agents, a professional league's players' association); and

    (c) Visit with player agents or representatives of professional athletics teams to assist the student-athlete in determining their market value (e.g., potential salary, draft status). *(Revised: 4/20/21)*

**11.1.5 Use of Tobacco Products.** The use of tobacco products is prohibited by all game personnel (e.g., coaches, trainers, managers and game officials) in all sports during practice and competition. Uniform penalties (as determined by the applicable rules-making committees and sports committees with rules-making responsibilities) shall be established for such use. *(Adopted: 1/11/94 effective 8/1/94, Revised: 1/10/95, 1/14/97 effective 8/1/97)*

**11.1.6 Sports-Safety Training.** Each head coach, and other coach who is employed full time at the institution and each certified strength and conditioning coach that conducts voluntary strength and conditioning activities outside the playing season

in accordance with Bylaw 17.02.1.1.1.4) shall maintain current certification in first aid, cardiopulmonary resuscitation (CPR) and automatic external defibrillator (AED) use. *(Adopted: 1/17/09 effective 8/1/09, Revised: 1/14/12 effective 8/1/12, 1/18/14 effective 8/1/14)*

## 11.2 Contractual Agreements.

**11.2.1 Stipulation That NCAA Enforcement Provisions Apply.** Contractual agreements or appointments between a coach and an institution shall include the stipulation that a coach who is found in violation of NCAA regulations shall be subject to disciplinary or corrective action as set forth in the provisions of the NCAA enforcement procedures, including suspension without pay or termination of employment for significant or repetitive violations.

## 11.3 Compensation and Remuneration. See Bylaw 11.01 for additional regulations regarding coaches' compensation and remuneration.

**11.3.1 Control of Employment and Salaries.** The institution, as opposed to any outside source, shall remain in control of determining who is to be its employee and the amount of salary the employee is to receive within the restrictions specified by NCAA legislation.

**11.3.2 Private Lessons.** An institution's coach may teach private lessons to a prospective student-athlete, provided the following criteria are satisfied: *(Adopted: 1/9/06 effective 8/1/06, Revised: 5/4/09, 1/16/10)*

(a) The coach makes lessons available to the general public;

(b) Fees charged to the prospective student-athlete are at a rate commensurate with fees charged to all individuals;

(c) Prior written approval is provided annually by the institution's athletics director and the institution's athletics department keeps on file documentation of the fee charged for the private lessons; and

(d) Fees charged to the prospective student-athlete are not paid by individuals or entities other than the prospective student-athlete or prospective student-athlete's parents or guardian(s).

**11.3.3 Employment and Endorsement of a Recruiting or Scouting Service.** An athletics department staff member may not directly promote or endorse a recruiting or scouting service or be employed (either on a salaried or volunteer basis) in any capacity by a recruiting or scouting service (see Bylaw 13.11.3.2). *(Adopted: 5/18/17)*

## 11.4 Employment of High School, Preparatory School or Two-Year College Coaches.

**11.4.1 Graduate Teaching Assistant/High School, Preparatory School or Two-Year College Coach.** A member institution may provide legitimate compensation to a high school, preparatory school or two-year college coach who is also a graduate teaching assistant enrolled in a postgraduate program conducted by the institution. *(Revised: 5/27/08)*

**11.4.2 High School, Preparatory or Two-Year College Coach.** An institution may employ a high school, preparatory school or two-year college coach (or a high school, preparatory school or two-year college may employ an institution's coach) provided that in their coaching role at the institution the individual: *(Revised: 5/27/08, 4/20/21)*

(a) Performs actual, on-the-field coaching duties;

(b) Is involved in recruiting only to the same extent as other institutional on-the-field coaches; and

(c) Is under contract or other binding agreement for a period of not less than one academic year; however, the member institution is permitted to confine its compensation to such a coach to a shorter period of time, such as a sport season.

**11.4.3 Employment in Same or Different Sport.** A high school, preparatory school or two-year college coach who remains associated with the high school, preparatory school or a two-year college in the same or different sport may be employed by an institution. *(Adopted: 1/8/01 effective 8/1/01)*

## 11.6 Limitations on Scouting of Opponents. Member institutions shall not scout any opponents other than those participating in regular-season or postseason contests. *(Adopted: 1/10/92, Revised: 1/9/06 effective 8/1/06, 1/18/14 effective 8/1/14)*

## 11.8 Division III Rules Test -- Annual Requirement. Institutions shall administer the NCAA Division III Rules Test to all head coaches and athletics administrators with compliance responsibilities on an annual basis. Failure to administer the NCAA Division III Rules Test on an annual basis shall be considered an institutional violation per Bylaw 20.15.2. *(Adopted: 1/8/07 effective 8/1/07, Revised: 7/22/08)*

BYLAWS, ARTICLE 12

# Amateurism.

## 12.01 General Principles.

**12.01.1 Eligibility for Intercollegiate Athletics.** Only an amateur student-athlete is eligible for intercollegiate athletics participation in a particular sport.

**12.01.2 Clear Line of Demarcation.** Member institutions' athletics programs are designed to be an integral part of the educational program. The student-athlete is considered an integral part of the student body, thus maintaining a clear line of demarcation between college athletics and professional sports.

**12.01.3 "Individual" versus "Student-Athlete."** NCAA amateur status may be lost as a result of activities before enrollment in college. If NCAA rules specify that an "individual" may or may not participate in certain activities, this term refers to a person before and after enrollment in a member institution. If NCAA rules specify a "student-athlete," the legislation applies only to that person's activities after enrollment.

## 12.02 Definitions and Applications.

**12.02.1 Agent.** An agent is any individual who, directly or indirectly: *(Adopted: 7/24/12)*

(a) Represents or attempts to represent an individual for the purpose of marketing their athletics ability or reputation for financial gain; or *(Revised: 9/1/20)*

(b) Seeks to obtain any type of financial gain or benefit from securing a prospective student-athlete's enrollment at an educational institution or from a student-athlete's potential earnings as a professional athlete.

    **12.02.1.1 Application.** An agent may include, but is not limited to, a certified contract advisor, financial advisor, marketing representative, brand manager or anyone who is employed or associated with such persons. *(Adopted: 7/24/12)*

**12.02.2 Individual.** An individual, for purposes of this bylaw, is any person of any age without reference to enrollment in an educational institution or status as a student-athlete.

**12.02.3 Pay.** Pay is the receipt of funds, awards or benefits not permitted by the governing legislation of the Association for participation in athletics.

**12.02.4 Professional Athlete.** A professional athlete is one who receives any kind of payment, directly or indirectly, for athletics participation, except as permitted by the governing legislation of the Association.

**12.02.5 Professional Athletics Team.** A professional team is any organized team that:

(a) Provides any of its players more than actual and necessary expenses for participation on the team, except as otherwise permitted by NCAA legislation. Actual and necessary expenses are limited to the following, provided the value of these items is commensurate with the fair market value in the locality of the player(s) and is not excessive in nature: *(Revised: 1/13/03 effective 8/1/03)*

    (1) Meals directly tied to competition and practice held in preparation for such competition;

    (2) Lodging directly tied to competition and practice held in preparation for such competition;

    (3) Apparel, equipment and supplies tied to competition or practice;

    (4) Coaching and instruction;

    (5) Health/medical insurance;

    (6) Transportation (i.e., expenses to and from practice and competition, cost of transportation from home to training/practice site at the beginning of the season and from training/practice site to home at the end of the season);

    (7) Medical treatment and physical therapy;

    (8) Facility usage;

    (9) Entry fees; and

    (10) Other reasonable expenses; or *(Revised: 1/12/04, 1/9/06)*

(b) Declares itself to be professional.

**12.02.6 Student-Athlete.** An individual becomes a student-athlete when they participate in an intercollegiate squad practice or contest that is under the jurisdiction of the athletics department. *(Revised: 1/14/02 effective 8/1/02, 1/9/06, 9/1/20)*

**12.02.7 Volleyball and Beach Volleyball.** Volleyball and beach volleyball are considered the same sport for the purposes of Bylaw 12. *(Adopted: 1/17/15 effective 8/1/15, Revised: 8/19/15)*

# 12.1 Amateur Status.
An individual's (prospective student-athlete or enrolled student-athlete) amateur status shall be determined using the following (see Bylaw 14 regarding the eligibility restoration process). *(Revised: 2/4/10)*

**12.1.1 International Students.** An international student's amateur status, including participation in organized competition prior to initial collegiate enrollment (Bylaw 14.2.4.4), shall be determined using the following provisions: *(Adopted: 1/22/22 effective 8/1/23 For student-athletes enrolling on or after 08\01\2023)*

**12.1.1.1 International Student Defined.** An international student is any student who attended a secondary or post-secondary school outside the United States, participated in athletics outside the United States or whose permanent residence is outside the United States. *(Adopted: 1/22/22 effective 8/1/23 For student-athletes enrolling on or after 08\01\2023)*

**12.1.1.2 Amateurism Certification Process.** An institution shall use an eligibility center approved by the Board of Governors to determine the validity of the information on which the amateur status of an international student-athlete is based. *(Adopted: 1/22/22 effective 8/1/23 For student-athletes enrolling on or after 08\01\2023)*

**12.1.1.2.1 Scope.** The certification of amateur status by the NCAA Eligibility Center is limited to activities that occur prior to the prospective student-athlete's request for final amateurism certification or the prospective student-athlete's initial full-time enrollment at an NCAA Division I, II or III institution, whichever occurs earlier. *(Adopted: 1/22/22 effective 8/1/23 For student-athletes enrolling on or after 08\01\2023)*

**12.1.1.3 Institutional Responsibilities.** *(Adopted: 1/22/22 effective 8/1/23 For student-athletes enrolling on or after 08\01\2023)*

**12.1.1.3.1 Amateur Status After Certification.** An institution is responsible for certifying the amateur status of a prospective student-athlete (including two-year and four-year college transfers initially enrolling at a NCAA Division III institution) from the time the prospective student-athlete requests a final certification be issued by the NCAA Eligibility Center or from the time they initially enroll as a full-time student at a Division I, II or III institution, whichever occurs earlier (Note: For a transfer from a Division I or II institution, the institution must apply the Division III amateurism certification).
*(Adopted: 1/22/22 effective 8/1/23 For student-athletes enrolling on or after 08\01\2023)*

**12.1.1.3.2 Sharing Information and Reporting Discrepancies.** An institution is responsible for notifying the NCAA Eligibility Center when it receives additional information, or otherwise has cause to believe, that a previously certified prospective student-athlete's amateur status has been jeopardized. Further, an institution is responsible for promptly reporting all discrepancies in information related to a student-athlete's amateurism certification to the NCAA Eligibility Center. *(Adopted: 1/22/22 effective 8/1/23 For student-athletes enrolling on or after 08\01\2023)*

**12.1.1.4 Eligibility for Practice and Competition.** Prior to engaging in practice or competition, a student-athlete shall receive a final certification of amateur status based on NCAA Division III legislation. *(Adopted: 1/22/22 effective 8/1/23 For student-athletes enrolling on or after 08\01\2023)*

**12.1.1.4.1 Temporary Certification.** If a prospective student-athlete reports for athletics participation before the student's amateur status has been certified, the student may practice, but not compete, for a maximum period of 45 days. After this period, the student's amateur status must be certified in order to continue to practice or to compete. *(Adopted: 1/22/22 effective 8/1/23 For student-athletes enrolling on or after 08\01\2023)*

**12.1.1.4.1.1 Effect of Violation.** A violation of Bylaw 12.1.1.4.1 in which the student-athlete is subsequently certified without conditions shall be considered an institutional violation per Bylaw 20.15.2 but shall not affect the student-athlete's eligibility. *(Adopted: 1/22/22 effective 8/1/23 For student-athletes enrolling on or after 08\01\2023)*

**12.1.2 Preferential Treatment, Benefits or Services.** It is impermissible to receive preferential treatment, benefits or services because of the individual's athletics reputation or skill, or pay-back potential as a professional athlete, unless such treatment, benefits or services are specifically permitted under NCAA legislation. **[R]** *(Revised: 1/11/94, 10/22/07, 2/4/10)*

**12.1.2.1 Exceptions.**

**12.1.2.1.1 Designation of Fundraising Money -- Before Initial, Full-Time Enrollment.** An outside amateur team or organization may designate specific funds to an individual through their participation in fundraising activities, provided all of the following conditions are satisfied: *(Adopted: 7/26/11 effective 8/1/11, Revised: 9/1/20)*

(a) Designated funds do not exceed the individual's actual and necessary expenses (e.g., transportation, uniforms) for athletics participation [see Bylaw 12.1.4.1-(f) and 12.1.6.1-(a)]; and

(b) Any funds that exceed an individual's actual and necessary expenses must be applied to the general team or organizational fund.

**12.1.2.1.2 Designation of Earned Fundraising Money -- Student-Athletes.** An institution may designate specific funds earned by a student-athlete through institutional fundraising activities provided all of the following conditions are satisfied: *(Adopted: 1/15/11 effective 8/1/11)*

(a) Designated funds do not exceed the student-athlete's actual and necessary expenses (e.g., transportation, uniforms);

(b) Any funds that exceed a student-athlete's actual and necessary expenses (e.g., transportation, uniforms) must be applied to the general team or institutional fund and cannot be designated for any specific student-athlete;

(c) All designated funds must be deposited with the institution to administer; and

(d) Any unearned funds must be deposited into the general team or institutional fund and cannot be designated for any student-athlete.

**12.1.2.1.2.1 Application of Earned and Unearned.** For the purpose of this bylaw, funds are considered unearned when a student-athlete participates in a fundraising event involving an athletically related activity (e.g., swim-a-thon) or in direct appeal (e.g., letter writing) requests. Earned funds are any funds not considered unearned. *(Adopted: 1/15/11 effective 8/1/11)*

## 12.1.3 Amateur Status if Professional in Another Sport.
A professional athlete in one sport may represent a member institution in a different sport. Additionally, the amateurism legislation detailed in this section is sport-specific. *(Revised: 2/4/10)*

**12.1.3.1 Use of Overall Athletics Skill -- Effect on Eligibility.** Participation for pay in competition that involves the use of overall athletics skill (e.g., "superstars" competition) constitutes a violation of the Association's amateur-status regulations; therefore, an individual participating for pay in such competition is ineligible for intercollegiate competition in all sports (see Bylaw 12.5.1.1.4 for exception related to promotional contests). *(Revised: 2/4/10)*

**12.1.3.2 Road Racing.** Road racing is essentially the same as cross country or track and field competition and cannot be separated effectively from those sports for purposes of Bylaw 12. Therefore, an individual who violates the amateurism legislation below as a result of impermissible benefits from participation in such a race is ineligible for intercollegiate cross country or track and field competition. *(Revised: 1/14/02 effective 8/1/02, 2/4/10)*

**12.1.3.3 Triathlon and Cross Country, Track and Field and Swimming.** Triathlon includes elements of competition similar to cross country, track and field and swimming competition and cannot be separated effectively from those sports for purposes of Bylaw 12. Therefore, triathlon and cross country are considered the same sport, triathlon and track and field are considered the same sport, and triathlon and swimming are considered the same sport for purposes of Bylaw 12. *(Adopted: 1/18/14 effective 8/1/14)*

## 12.1.4 Amateurism Status -- Before Initial, Full-Time Collegiate Enrollment.
Before initial, full-time collegiate enrollment, an individual's amateur status shall be determined using the following: *(Revised: 2/4/10)*

**12.1.4.1 Permissible Activities -- Before Initial, Full-Time Collegiate Enrollment.** Before initial, full-time collegiate enrollment, an individual may engage in the following without jeopardizing their amateur status: *(Revised: 2/4/10, 9/1/20)*

(a) **Prize Money Based on Place Finish.** May accept prize money based on the individual's or their team's place finish or performance, or payment given on an incentive basis (e.g., bonus) from a team, from the sponsor of an open athletics event, the U.S. Olympic and Paralympic Committee or the appropriate national governing body. If payment is based on a team's performance then the combination of such payments and expenses shall not exceed their actual and necessary expenses; *(Revised: 1/14/02 effective 8/1/02, 1/13/03, 2/4/10, 1/19/13 effective 8/1/13, 1/22/20 effective 8/1/20, 9/1/20)*

(b) **Actual and Necessary Expenses from a Professional Team.** May accept actual and necessary expenses associated with the individual's practice and competition on a professional team (as defined in Bylaw 12.02.5);

(c) **Contract for Professional Athletics.** May sign a contract or commitment of any kind to play professional athletics, regardless of its legal enforceability or any consideration received; *(Revised: 1/14/02 effective 8/1/02, 2/4/10)*

(d) **Competition on Professional Team.** May compete on a professional team (as defined in Bylaw 12.02.5); *(Revised: 1/14/02 effective 8/1/02, 1/10/05, 2/4/10)*

(e) **Living Expenses from Established Relationship.** May receive normal and reasonable living expenses from an individual with whom they have an established relationship (e.g., high school coach, nonscholastic athletics team coach, family of a teammate), even if the relationship developed as a result of athletics participation, provided the individual is not an agent, the individual is not an athletics representative of a particular institution involved in

recruiting the prospective student-athlete and such living expenses are consistent with the types of expenses provided by the individual as a part of normal living arrangements (e.g., housing, meals, occasional spending money, use of the family car); *(Adopted: 1/13/03, Revised: 2/4/10, 9/1/20)*

(f) **Actual and Necessary Expenses from Outside Amateur Team or Organization.** May receive actual and necessary travel, housing and food and apparel and equipment expenses from an outside amateur sports team or organization (for individual and team use only from teams or organizations not affiliated with member institutions, including local sports clubs as set forth in Bylaw 13.11.3.4) for competition and practice held in preparation for such competition. Practice must be conducted in a continuous time period before the competition except for practice sessions conducted by a national team, which occasionally may be interrupted for specific periods of time before the competition; *(Revised: 1/10/90, 1/10/92, 2/4/10, 12/1/23)*

(g) **Expenses from Nonprofessional Sponsor of Event.** May receive actual and necessary expenses to participate in athletics competition from the nonprofessional organization that is sponsoring the competition; *(Adopted: 9/16/11)*

(h) **Actual and Necessary Expenses for Parents or Legal Guardians.** May receive actual and necessary expenses for parents or legal guardians of the individual participating in the athletics competition from a nonprofessional organization sponsoring the competition, provided such expenses are made available to the parents or legal guardians of all participants in the competition. Actual and necessary expenses may include expenses for travel, housing and food or any entertainment expenses; *(Adopted: 1/16/93, Revised: 1/11/97, 2/4/10, 12/1/23)*

(i) **Prize for Institutional Promotion.** May receive a prize for participation (involving the use of athletics ability) in a member institution's promotional activity that is consistent with the provisions of Bylaw 12.5.1.1.4 or official interpretations approved by the Management Council;

(j) **NCAA Eligibility Center Fee.** May receive the necessary fee from a high school booster club (as opposed to specific individuals) for prospective student-athletes at that high school to be certified by the NCAA Eligibility Center, provided no particular prospective student-athlete(s) is singled out because of their athletics ability or reputation; *(Adopted: 1/11/94, Revised: 2/4/10, 9/1/20)*

(k) **Expenses for Age 15 and Younger Camp or Academy Sponsored by a Professional Sports Organization.** May receive actual and necessary expenses from a charitable foundation that is funded by a professional sports organization to attend an academy, camp or clinic, provided: *(Adopted: 1/10/95, Revised: 1/14/02, 2/4/10)*

(1) No NCAA institution or conference owns or operates the academy, camp or clinic;

(2) No camp participant is older than the age of 15;

(3) The professional sports organization provides to the participants nothing more than actual and necessary expenses to attend the camp or clinic and equipment/apparel necessary for participation;

(4) Athletics ability or achievements may not be the sole criterion for selecting participants; and

(5) Academy participants must be provided with academic services (e.g., tutoring).

(l) **Equipment and Apparel Items.** May receive free equipment and apparel items for personal use from apparel or equipment manufacturers or distributors under the following circumstances: *(Adopted: 1/11/97, Revised: 2/4/10)*

(1) The apparel or equipment items are related to the prospective student-athlete's sport and are received directly from an apparel or equipment manufacturer or distributor;

(2) The prospective student-athlete does not enter into an arrangement (e.g., open account) with an apparel or equipment manufacturer or distributor that permits the prospective student-athlete to select apparel and equipment items from a commercial establishment of the manufacturer or distributor; and

(3) A member institution's coach is not involved in any manner in identifying or assisting an apparel or equipment manufacturer or distributor in determining whether a prospective student-athlete is to receive any apparel or equipment items.

(m) **Life Skills Mentoring Programs.** May receive actual and necessary expenses to attend any mentoring program focused on life skills, the value of education and the proper role of athletics in the educational process (e.g., NCAA's First Team Mentoring Program's annual educational conference and training seminar); *(Revised: 1/9/06, 4/11/06, 2/4/10)*

(n) **Benefits for Elite-Level Participation.** May receive any of the benefits described under Bylaw 12.1.7 related to elite-level participation;

(o) **Permissible Insurance Against Disabling Injury or Illness.** An individual may borrow against their future earnings potential from an established, accredited commercial lending institution exclusively for the purpose of purchasing insurance (with no cash surrender value) against a disabling injury or illness that would prevent the individual from pursuing a chosen career, provided a third party (including a member institution's athletics department staff members, its professional sports counseling panel or representatives of its athletics interests) is not involved in arrangements for securing the loan. A student-athlete shall report all such transactions and shall file copies of any loan documents associated with disability insurance with the member institution, regardless of the source of the collateral for the loan. The student-athlete also shall file copies of the insurance policy with the member institution, regardless of whether a loan is secured to purchase the insurance policy; *(Revised: 1/16/93, 1/14/97 effective 8/1/97, 2/4/10, 9/1/20)*

(p) **Camp Employment.** May receive compensation for working at an institutional or noninstitutional sports camp and/or clinic provided all compensation received by the prospective student-athlete is for work actually performed and at a rate commensurate with the going rate in that locality for similar services; *(Adopted: 4/12/12)*

(q) **Fee-for-Lessons.** May receive compensation for teaching or coaching sport skills or techniques in their sport on a fee-for-lesson basis, provided all compensation received by the prospective student-athlete is for work actually performed and at a rate commensurate with the going rate in that locality for similar services; and *(Adopted: 4/12/12, Revised: 9/1/20)*

(r) **Educational Expenses.** May accept educational expenses (e.g., tuition, fees, housing, food and books) from any individual or entity other than an agent, professional sports team/organization or a representative of an institution's athletics interests, provided such expenses are disbursed directly through the recipient's educational institution (e.g., high school, preparatory school). *(Adopted: 1/26/19 effective 8/1/19, Revised: 12/1/23)*

**12.1.4.2 Nonpermissible Activities -- Before Initial, Full-Time Collegiate Enrollment.** Before initial, full-time collegiate enrollment, an individual loses amateur status and thus shall not be eligible for participation in a particular sport if the individual engages in any of the following activities: *(Revised: 2/4/10, 10/16/12)*

(a) **Use of Athletics Skill for Pay.** Uses their athletics skill (directly or indirectly) for pay in any form in that sport, unless it meets one of the permissible amateurism activities identified under Bylaw 12.1.4.1; *(Revised: 1/14/02 effective 8/1/02, 1/13/03, 2/4/10, 9/1/20)*

(b) **Accepts a Promise of Pay.** Accepts a promise of pay (see Bylaw 12.1.8) based on athletics participation even if such pay is to be received after completion of intercollegiate athletics participation;

(c) **Expenses Above Actual and Necessary from a Professional Team.** Receives more than actual and necessary expenses from a professional team;

(d) **Agreement with an Agent.** Enters into an agreement with an agent (see Bylaw 12.3); *(Adopted: 1/14/02 effective 8/1/02, Revised: 2/4/10)*

(e) **Expenses or Awards not Permitted by Amateurism Rules Governing Events.** Receives reimbursement for expenses incurred or receives awards that are prohibited by the rules governing an amateur, noncollegiate event in which the individual participates;

(f) **Expenses Above Actual and Necessary from Outside Amateur Sports Team or Organization.** Receives more than actual and necessary expenses from an outside amateur sports team or organization. Actual and necessary expenses may cover the cost of travel, housing and food expenses and apparel and equipment (for individual and team use only from teams or organizations not affiliated with member institutions, including sports club teams as set forth in Bylaw 13.11.3.4) for competition and practice held in preparation for such competition; *(Revised: 1/10/90, 1/10/92, 2/4/10, 12/1/23)*

(g) **Expenses from Nonpermissible Entities.** Receives any expenses, including actual and necessary expenses or any other form of compensation, to participate in athletics competition (while not representing an educational institution) from a sponsor other than an individual on whom the athlete is naturally or legally dependent or the nonprofessional organization that is sponsoring the competition; and

(h) **Other Activities.** Receives any expenses, awards or benefits not listed as permissible in Bylaw 12.1.4.1.

**12.1.5 Amateurism Status -- Delayed Collegiate Enrollment.** An individual who does not enroll in a collegiate institution as a full-time student from the date of the next opportunity for collegiate enrollment after high school graduation (or the international equivalent as specified in the NCAA Guide to International Academic Standards for Athletics Eligibility) must adhere to all of the amateurism guidelines before full-time collegiate enrollment per Bylaw 12.1.4 and must also adhere to the legislation regarding participation in organized competition before initial full-time collegiate enrollment (see Bylaw 14.2.4.4). *(Revised: 2/4/10)*

**12.1.6 Amateurism Status -- After Initial Full-Time Collegiate Enrollment.** After initial full-time collegiate enrollment, an individual's amateur status shall be determined using the following: *(Revised: 2/4/10)*

> **12.1.6.1 Permissible Activities -- After Initial Full-Time Collegiate Enrollment.** After initial full-time collegiate enrollment, an individual may engage in the following activities without jeopardizing their amateur status: *(Revised: 2/4/10, 9/1/20)*
>
> (a) **Actual and Necessary Expenses from Outside Amateur Team or Organization.** May receive actual and necessary travel, housing and food and apparel and equipment expenses from an outside amateur sports team or organization (for individual and team use only from teams or organizations not affiliated with member institutions, including local club teams as set forth in Bylaw 13.11.3.4) for competition and practice held in preparation for such competition. Practice must be conducted in a continuous time period before the competition except for practice sessions conducted by a national team, which occasionally may be interrupted for specific periods of time before the competition. Expenses cannot be conditioned on the individual's or team's place finish or performance or given on an incentive basis [see Bylaw 12.1.6.2-(l)]; *(Revised: 1/10/90, 1/10/92, 1/14/02 effective 8/1/02, 2/4/10, 12/1/23)*
>
> (b) **Prize Money -- Individual Sports -- Outside the Playing Season During the Institution's Official Summer Vacation Period.** May accept prize money based on their place finish or performance in an open athletics event (an event that is not invitation only), provided the competition occurs outside the institution's declared playing season during the institution's official summer vacation period. Such prize money shall not exceed actual and necessary expenses and may be provided only by the sponsor of the open event. The calculation of actual and necessary expenses shall not include the expenses or fees of anyone other than the student-athlete (e.g., coach's fees or expenses, parent's expenses); *(Adopted: 1/15/11, Revised: 9/1/20)*
>
> (c) **Expenses from Nonprofessional Sponsor of Event.** May receive actual and necessary expenses to participate in athletics competition from the nonprofessional organization that is sponsoring the competition; *(Adopted: 9/16/11)*
>
> (d) **Actual and Necessary Expenses for Parents or Legal Guardians.** May receive actual and necessary expenses for parents or legal guardians of the individual participating in the athletics competition from a nonprofessional organization sponsoring the competition, provided such expenses are made available to the parents or legal guardians of all participants in the competition. Actual and necessary expenses may include expenses for travel, housing and food or any entertainment expenses. Expenses cannot be conditioned on the individual's or team's place finish or performance or given on an incentive basis [see Bylaw 12.1.6.2-(l)]; *(Adopted: 1/16/93, Revised: 1/11/97, 1/14/02 effective 8/1/02, 2/4/10, 12/1/23)*
>
> (e) **Prize for Institutional Promotion.** May receive a prize for participation (involving the use of athletics ability) in a member institution's promotional activity that is consistent with the provisions of Bylaw 12.5 or official interpretations approved by the Management Council; *(Revised: 4/14/06, 2/4/10)*
>
> (f) **Participation in Institutional, Charitable or Educational Promotions or Fundraising Activities Involving the Athletics Ability of Student-Athletes.** Institutional, charitable or educational promotions or fundraising activities that involve the use of athletics ability by student-athletes to obtain funds (e.g., swim-a-thons) are permitted only if the provisions of Bylaw 12.5.1.1 and Bylaw 17 are satisfied; *(Revised: 4/14/06, 2/4/10, 1/15/11 effective 8/1/11)*
>
> (g) **Benefits for Elite-Level Participation.** May receive any of the benefits described under Bylaw 12.1.7 related to elite-level participation;
>
> (h) **Permissible Insurance against Disabling Injury or Illness.** An individual may borrow against their future earnings potential from an established, accredited commercial lending institution exclusively for the purpose of purchasing insurance (with no cash surrender value) against a disabling injury or illness that would prevent the individual from pursuing a chosen career, provided a third party (including a member institution's athletics department staff members, its professional sports counseling panel or representatives of its athletics interests) is not involved in arrangements for securing the loan. A student-athlete shall report all such transactions and shall file copies of any loan documents associated with disability insurance with the member institution, regardless of the source of the collateral for the loan. The student-athlete also shall file copies of the insurance policy with the member institution, regardless of whether a loan is secured to purchase the insurance policy; *(Revised: 1/16/93, 1/14/97 effective 8/1/97, 2/4/10, 9/1/20)*
>
> (i) **Camp Employment.** May receive compensation for working at an institutional or noninstitutional sports camp and/ or clinic in accordance with Bylaw 13.11.4.2; and *(Adopted: 4/12/12)*
>
> (j) **Fee-for-Lessons.** May receive compensation for teaching or coaching sport skills or techniques in their sport on a fee-for-lesson basis, provided all compensation received by the student-athlete is for work actually performed and at a rate commensurate with the going rate in that locality for similar services. *(Adopted: 4/12/12, Revised: 9/1/20)*

**12.1.6.2 Nonpermissible Activities -- After Initial, Full-Time Collegiate Enrollment.** After initial, full-time collegiate enrollment, an individual loses amateur status and thus shall not be eligible for participation in a particular sport if the individual engages in any of the following activities: *(Revised: 2/4/10, 10/16/12)*

(a) **Use of Athletics Skill for Pay.** Uses their athletics skill (directly or indirectly) for pay (see Bylaw 12.1.8) in any form in that sport including actual and necessary expenses; *(Revised: 1/14/02 effective 8/1/02, 1/13/03, 2/4/10, 9/1/20)*

(b) **Accepts a Promise of Pay.** Accepts a promise of pay (see Bylaw 12.1.8) even if such pay is to be received after completion of intercollegiate athletics participation;

(c) **Signs a Contract.** Signs a contract or commitment of any kind to play professional athletics, regardless of its legal enforceability or any consideration received; *(Revised: 1/14/02 effective 8/1/02, 2/4/10)*

(d) **Receipt of Any Funds from a Professional Team.** Receives, directly or indirectly, a salary, reimbursement of expenses or any other form of financial assistance from a professional sports organization based on athletics skill or participation;

(e) **Competes on a Professional Team.** Competes on a professional team (as defined in Bylaw 12.02.5); *(Revised: 1/14/02 effective 8/1/02, 1/10/05, 2/4/10)*

(f) **Enters Into a Professional Draft More Than Once.** Enters into a professional draft more than one time (see Bylaw 12.2.4.2); *(Revised: 1/14/02 effective 8/1/02, 2/4/10)*

(g) **Agreement with an Agent.** Enters into an agreement with an agent (see Bylaw 12.3); *(Revised: 1/14/02 effective 8/1/02, 2/4/10)*

(h) **Receipt of Cash Award for Participation.** Receives cash, or the equivalent thereof (e.g., trust fund), as an award for participation in competition at any time, even if such an award is permitted under the rules governing an amateur, noncollegiate event in which the individual is participating. An award or a cash prize that an individual could not receive under NCAA legislation may not be forwarded in the individual's name to a different individual or agency; *(Revised: 1/14/02 effective 8/1/02, 2/4/10)*

(i) **Expenses or Awards Not Permitted by Amateurism Rules Governing Events.** Receives reimbursement for expenses incurred or receives awards that are prohibited by the rules governing an amateur, noncollegiate event in which the individual participates;

(j) **Expenses Above Actual and Necessary from Outside Amateur Sports Team or Organization.** Receives more than actual and necessary expenses from an outside amateur sports team or organization. Actual and necessary expenses may cover the cost of travel, housing and food expenses and apparel and equipment (for individual and team use only from teams or organizations not affiliated with member institutions, including sports club teams as set forth in Bylaw 13.11.3.4) for competition and practice held in preparation for such competition; *(Revised: 1/10/90, 1/10/92, 2/4/10, 12/1/23)*

(k) **Expenses from Nonpermissible Entities.** Receives any expenses, including actual and necessary expenses or any other form of compensation, to participate in athletics competition (while not representing an educational institution) from a sponsor other than an individual on whom the athlete is naturally or legally dependent or the nonprofessional organization that is sponsoring the competition;

(l) **Payment Based on Place Finish -- Team Sports.** Receives any payment, including actual and necessary expenses, conditioned on the individual's or team's place finish or performance or given on an incentive basis, or receipt of expenses in excess of the same reasonable amount for permissible expenses given to all individuals or team members involved in the competition; *(Revised: 1/14/02 effective 8/1/02, 2/4/10, 1/15/11)*

(m) **Payment Based on Place Finish -- Individual Sports -- During the Playing Season or During the Academic Year.** Receives any payment, including actual and necessary expenses, conditioned on the individual's or team's place finish or performance or given on an incentive basis, or receipt of expenses in excess of the same reasonable amount for permissible expenses given to all individuals or team members involved in the competition; *(Adopted: 1/15/11)*

(n) **Payment Based on Place Finish -- Individual Sports -- Outside the Playing Season During the Institution's Official Summer Vacation Period.** Receives any payment other than actual and necessary expenses from the sponsor of an open athletics event (an event that is not invitation only). The calculation of actual and necessary expenses shall not include the expenses or fees of anyone other than the student-athlete (e.g., coach's fees or expenses, parent's expenses); and *(Adopted: 1/15/11)*

(o) **Other Activities.** Receives any expenses, awards or benefits not listed as permissible in Bylaw 12.1.6.1.

**12.1.7 Elite-Level Participation.** An individual (prospective student-athlete or enrolled student-athlete) may receive the following benefits at any time without jeopardizing their amateur status: *(Revised: 2/4/10, 9/1/20)*

(a) **Educational Expenses -- U.S. Olympic and Paralympic Committee and National Governing Body.** Educational expenses awarded by the U.S. Olympic and Paralympic Committee, or a U.S. national governing body or, for international student-athletes, expenses awarded by the equivalent organization of a foreign country, in accordance with the applicable conditions set forth in Bylaw 15.1.2.3; *(Revised: 1/22/20 effective 8/1/20)*

(b) **Expenses from U.S. Olympic and Paralympic Committee, National Governing Body or Governmental Entity.** Actual and necessary expenses to cover developmental training, coaching, facility use, equipment, apparel, supplies, comprehensive health insurance, travel and housing and food without jeopardizing the individual's eligibility for intercollegiate athletics, provided such expenses are approved and provided directly by the U.S. Olympic and Paralympic Committee or the appropriate national governing body in the sport (or, for international student-athletes, the equivalent organization of that nation) or a governmental entity; *(Adopted: 1/13/98 effective 8/1/98, Revised: 2/4/10, 7/23/13, 1/22/20 effective 8/1/20, 12/1/23)*

(c) **Operation Gold Grant.** Funds that are administered by the U.S. Olympic and Paralympic Committee pursuant to its Operation Gold Program; *(Adopted: 1/14/02, Revised: 2/4/10, 1/22/20 effective 8/1/20)*

(d) **Incentive Program for International Athletes.** An international prospective student-athlete or international student-athlete may accept funds from their country's national Olympic governing body (equivalent to the U.S. Olympic and Paralympic Committee) based on place finish in one event per year that is designated as the highest level of international competition for the year by the governing body. *(Adopted: 4/15/14, Revised: 1/22/20 effective 8/1/20, 9/1/20)*

(e) **Commemorative Items for Elite Events.** Commemorative items incidental to participation in the Olympic Games, Paralympic Games, World University Games, World University Championships, Pan American Games, Parapan American Games, World Championships and World Cup events through the applicable national governing body (or, for foreign student-athletes, the equivalent organization of that nation). These benefits may include but are not limited to, apparel, leisure wear, foot wear and other items that are provided to all athletes participating in the applicable event; *(Adopted: 1/8/01, Revised: 2/4/10, 10/17/11, 1/22/20 effective 8/1/20)*

(f) **Expenses for U.S. Olympic and Paralympic Committee, National Governing Body or Governmental Entity Developmental Training Programs.** Actual and necessary expenses for developmental training programs conducted and supervised at any time of the year by the U.S. Olympic and Paralympic Committee or the appropriate national governing body (or, for international student-athletes, the equivalent organization of that nation), or governmental entity, even if the programs include no competition, provided the individual misses no class time and the program does not conflict with dates of institutional competition; *(Adopted: 1/10/91, Revised: 1/16/93, 1/11/94, 2/4/10, 7/23/13, 1/22/20 effective 8/1/20)*

(g) **Exception for Family Travel to Olympic and Paralympic Games.** A commercial company (other than a professional sports organization) or members of the local community may provide actual and necessary expenses for an individual's spouse, parents, legal guardians or other relatives to attend the Olympic and Paralympic Games in which the individual will participate; *(Adopted: 1/11/94, Revised: 2/4/10, 1/22/20 effective 8/1/20)*

(h) **Exception for U.S. Olympic and Paralympic Committee Elite Athlete Health Insurance Program.** Comprehensive benefits of the U.S. Olympic and Paralympic Committee Elite Athlete Health Insurance Program; and *(Adopted: 1/10/90, Revised: 2/4/10, 1/22/20 effective 8/1/20)*

(i) **Expenses for Participation in Olympic and Paralympic Exhibitions.** Actual and necessary expenses from the U.S. Olympic and Paralympic Committee, national governing body or the nonprofessional organizations sponsoring the event to participate in Olympic tours or exhibitions involving Olympic team members and/or members of the national team, provided that if the individual is a student-athlete, they miss no class time, and the exhibition does not conflict with dates of institutional competition. *(Adopted: 1/13/98 effective 8/1/98, Revised: 2/4/10, 1/22/20 effective 8/1/20, 9/1/20)*

**12.1.8 Prohibited Forms of Pay.** "Pay" as used in the sections above includes, but is not limited to, the following: *(Revised: 2/4/10)*

**12.1.8.1 Salary, Gratuity or Compensation.** Any direct or indirect salary, gratuity or comparable compensation. *(Revised: 2/4/10)*

**12.1.8.2 Division or Split of Surplus.** Any division or split of surplus (bonuses, game receipts, etc.). *(Revised: 2/4/10)*

**12.1.8.3 Educational Expenses.** Except as provided for in Bylaws 12.1.4.1-(r) and 12.1.6-(a), educational expenses not permitted by the governing legislation of this Association (see Bylaw 15 regarding permissible financial aid to enrolled student-athletes) that includes those provided to an individual by an outside sports team or organization that are based in

any degree on the recipient's athletics ability (except as specified in Bylaw 15.1.2.2), even if the funds are given to the institution to administer to the recipient. *(Revised: 1/10/95, 2/4/10, 1/26/19 effective 8/1/19)*

**12.1.8.4 Expenses, Awards and Benefits.** Excessive or improper expenses, awards and benefits not otherwise permissible in Bylaw 12 (prospective student-athletes or enrolled student-athletes) or Bylaw 16 (enrolled student-athletes). *(Revised: 2/4/10)*

# 12.2 Involvement With Professional Teams.

### 12.2.1 Tryouts.

**12.2.1.1 Tryout With Professional Team.** Following initial full-time collegiate enrollment, an individual may try out with a professional athletics team in a sport or permit a professional athletics team to conduct medical examinations at any time outside the institution's playing and practice season. The individual may receive actual and necessary expenses related to the tryout as long as the tryout does not exceed 48 hours. *(Revised: 1/10/92, 1/9/06, 7/18/23)*

**12.2.1.2 Outside Competition Prohibited.** During a tryout, an individual may not take part in any outside competition (games or scrimmages) as a representative of a professional team.

**12.2.2 Practice Without Competition.** Following initial full-time collegiate enrollment, an individual may participate in practice sessions conducted by a professional team, provided such participation meets the requirements of NCAA legislation governing tryouts with professional athletics teams (see Bylaw 12.2.1) and the individual does not: *(Revised: 1/14/02 effective 8/1/02, 7/23/13)*

(a) Receive any compensation for participation in the practice sessions;

(b) Enter into any contract or agreement with a professional team or sports organization; or

(c) Take part in any outside competition (games or scrimmages) as a representative of a professional team.

### 12.2.3 Competition.

**12.2.3.1 Competition against Professionals.** An individual may participate singly or as a member of an amateur team against professional athletes or professional teams. *(Revised: 1/17/08)*

**12.2.3.2 Competition with Professionals.** An individual shall not be eligible for intercollegiate athletics in a sport if following initial full-time collegiate enrollment the individual competed on a professional team (per Bylaw 12.02.5) in that sport. However, an individual may compete on a tennis, golf, two-person beach volleyball or two-person synchronized diving team(s) with persons who are competing for cash or a comparable prize, provided the individual does not receive payment of any kind for such participation. *(Revised: 1/9/96 effective 8/1/96, 1/14/97, 1/14/02 effective 8/1/02, 1/10/05, 8/1/05, 8/19/15)*

**12.2.3.2.1 Professional Player as Team Member.** Following initial full-time collegiate enrollment, an individual may participate with a professional on a team, provided the professional is not being paid by a professional team or league to play as a member of that team (e.g., summer basketball leagues with teams composed of both professional and amateur athletes). *(Revised: 1/14/02 effective 8/1/02)*

**12.2.3.2.2 Olympic, Paralympic or National Teams.** It is permissible for an individual (prospective student-athlete or student-athletes) to participate on Olympic, Paralympic or national teams that are competing for prize money or are being compensated by the governing body to participate in a specific event, provided the student-athlete does not accept prize money or any other compensation (other than actual and necessary expenses). *(Adopted: 1/13/03, Revised: 1/22/20 effective 8/1/20)*

**12.2.3.2.3 Professional Coach or Referee.** Participation on a team that includes a professional coach or referee does not cause the team to be classified as a professional team.

**12.2.3.2.4 Major Junior Ice Hockey.** An individual who participates on a Major Junior ice hockey team shall be subject to the seasons of participation regulations set forth in Bylaw 14.2.4.4.3, regardless of when such participation occurs (including participation during high school enrollment). *(Revised: 1/13/03, 1/12/04 effective 8/1/04 for any athletics participation occurring on or after 8/1/04, 4/21/09, 7/7/11)*

**12.2.3.3 Competition in Professional All-Star Contest.** A student-athlete who agrees to participate in a professional (players to be paid) all-star game becomes ineligible to compete in any intercollegiate contest that occurs after that agreement. Thus, a senior entering into such an agreement immediately after the last regular-season intercollegiate contest would not be eligible to compete in a bowl game, an NCAA championship or any other certified postseason intercollegiate contest.

### 12.2.4 Draft and Inquiry.

**12.2.4.1 Inquiry.** An individual may inquire of a professional sports organization about eligibility for a professional-league player draft or request information about the individual's market value without affecting their amateur status. *(Revised: 9/1/20)*

**12.2.4.2 Draft List.** Following initial full-time collegiate enrollment, an individual loses amateur status in a particular sport when the individual asks to be placed on the draft list or supplemental draft list of a professional league in that sport, even though: *(Revised: 1/14/02 effective 8/1/02)*

(a) The individual asks that their name be withdrawn from the draft list before the actual draft; *(Revised: 9/1/20)*

(b) The individual's name remains on the list but they are not drafted; or *(Revised: 9/1/20)*

(c) The individual is drafted but does not sign an agreement with any professional athletics team.

**12.2.4.2.1 One-Time Draft Exception -- All Sports.** An enrolled student-athlete in any sport may enter a professional league's draft one time during their collegiate career without jeopardizing eligibility in that sport, provided the student-athlete is not drafted by any team in that league. *(Adopted: 1/11/94, Revised: 1/10/95, 1/14/97 effective 4/16/97, 1/12/04, 1/10/05, 1/9/06, 9/1/20)*

**12.2.4.2.2 Exception -- International Basketball Draft.** An enrolled student-athlete in basketball may enter an international basketball draft and may be drafted during their final year of eligibility without jeopardizing eligibility in that sport. *(Adopted: 1/9/06, Revised: 9/1/20)*

**12.2.4.3 Negotiations.** An individual may request information about professional market value without affecting their amateur status. Further, the individual, their legal guardians or the institution's professional sports counseling panel may enter into negotiations with a professional sports organization without the loss of the individual's amateur status. An individual who retains an agent shall lose amateur status. *(Adopted: 1/10/92, Revised: 9/1/20)*

**12.2.5 Contracts and Compensation.**

**12.2.5.1 General Rule.** Following initial full-time collegiate enrollment, an individual shall be ineligible for participation in an intercollegiate sport if they have entered into any kind of agreement to compete in professional athletics, either orally or in writing, regardless of the legal enforceability of that agreement. *(Revised: 1/10/92, 1/14/02 effective 8/1/02, 9/1/20)*

**12.2.5.1.1 Nonbinding Agreements.** Following initial full-time collegiate enrollment, an individual who signs a contract or commitment that does not become binding until the professional organization's representative or agent also signs the document is ineligible, even if the contract remains unsigned by the other parties until after the student-athlete's eligibility is exhausted. *(Revised: 1/14/02 effective 8/1/02)*

# 12.3 Use of Agents.

**12.3.1 General Rule.** An individual shall be ineligible for participation in an intercollegiate sport if they have ever agreed (orally or in writing) to be represented by an agent for the purpose of marketing their athletics ability or reputation in that sport. Further, an agency contract not specifically limited in writing to a sport or particular sports shall be deemed applicable to all sports, and the individual shall be ineligible to participate in any sport. *(Revised: 9/1/20)*

**12.3.1.1 Representation for Future Negotiations.** An individual shall be ineligible per Bylaw 12.3.1 if they enter into a verbal or written agreement with an agent for representation in future professional sports negotiations that are to take place after the individual has completed their eligibility in that sport. *(Revised: 9/1/20)*

**12.3.1.2 Benefits from Prospective Agents.** An individual shall be ineligible per Bylaw 12.3.1 if they (or their relatives or friends) accept transportation or other benefits from: *(Revised: 1/14/97, 9/1/20)*

(a) Any person who represents any individual in the marketing of their athletics ability. The receipt of such expenses constitutes compensation based on athletics skill and is an extra benefit not available to the student body in general; or *(Revised: 9/1/20)*

(b) An agent, even if the agent has indicated that they have no interest in representing the student-athlete in the marketing of their athletics ability or reputation and does not represent individuals in the student-athlete's sport. *(Adopted: 1/14/97, Revised: 9/1/20)*

**12.3.2 Legal Counsel.** Securing advice from a lawyer concerning a proposed professional sports contract shall not be considered contracting for representation by an agent under this rule, unless the lawyer also represents the student-athlete in negotiations for such a contract.

**12.3.2.1 Presence of a Lawyer at Negotiations.** A lawyer may not be present during discussions of a contract offer with a professional organization or have any direct contact (i.e., in person, by telephone or by mail) with a professional

sports organization on behalf of the student-athlete. A lawyer's presence during such discussions is considered representation by an agent.

**12.3.3 Professional Sports Counseling Panel.** It is permissible for an institution to have an authorized institutional professional sports counseling panel appointed and overseen by the institution's president or chancellor (or their designated representative from outside the athletics department). *(Revised: 1/12/04, 10/3/05, 9/1/20)*

# 12.4 Employment.

**12.4.1 Criteria Governing Compensation to Student-Athletes.** All compensation received by a student-athlete must be consistent with the limitations on financial aid set forth in Bylaw 15. Compensation may be paid to a student-athlete: **[R]** *(Revised: 4/16/19)*

(a) Only for work actually performed; and

(b) At a rate commensurate with the going rate in that locality for similar services.

**12.4.2 Specific Athletically Related Employment Activities.**

**12.4.2.1 Broken-Time Payments.** An individual may not receive "broken-time" payments except as authorized and administered by the U.S. Olympic and Paralympic Committee during the period immediately before and including actual Olympic competition. A permitted broken-time payment may cover financial loss as a result of absence from employment to prepare for or participate in the Olympic Games. Such compensation during any other period and payments administered independently of the U.S. Olympic and Paralympic Committee by other sports governing bodies (e.g., the U.S. Ski Association) are prohibited. *(Revised: 1/22/20 effective 8/1/20)*

**12.4.2.1.1 Exception When Individual Not Enrolled in Regular Term.** An individual may receive broken-time payments administered by the U.S. Olympic and Paralympic Committee or the national governing body in the sport during a period when the individual is not enrolled (full or part-time) in a regular term to cover financial loss as a result of absence from employment as a direct result of practicing and competing on a national team (defined in Bylaw 14.02.7), provided the amounts are consistent with the principles set forth in Bylaw 12.4.1 and do not exceed $300 per week, and the payment period covers not more than the period from the date the individual begins practice with the national team after selection to one week after the conclusion of the competition. *(Adopted: 1/10/90, Revised: 1/9/96 effective 8/1/96, 1/22/20 effective 8/1/20)*

**12.4.3 Camp/Clinic Employment, General Rule.** A student-athlete may be employed by their institution, by another institution or by a private organization to work in a camp or clinic as a counselor, unless otherwise restricted by NCAA legislation (see Bylaw 13.11 for regulations relating to camps and clinics). *(Revised: 9/1/20)*

**12.4.4 Fee-for-Lessons.** A student-athlete may receive compensation for teaching or coaching sport skills or techniques in their sport on a fee-for-lesson basis, provided all compensation received by the student-athlete is consistent with the criteria governing compensation to student-athletes (see Bylaw 12.4.1). *(Adopted: 7/31/12, Revised: 10/22/19, 9/1/20)*

# 12.5 Promotional Activities.

**12.5.1 Permissible.** Student-athletes may participate in promotional activities as provided in this bylaw. Any promotional activity not listed is specifically prohibited. *(Revised: 1/14/02)*

**12.5.1.1 Institutional, Charitable, Educational or Nonprofit Promotions.** A member institution or recognized entity thereof (e.g., fraternity, sorority or student government organization), a member conference or a noninstitutional charitable, educational or nonprofit agency may use a student-athlete's name, picture or appearance to support its charitable or educational activities or to support activities considered incidental to the student-athlete's participation in intercollegiate athletics, provided the following conditions are met: *(Revised: 1/11/89, 1/10/91, 1/10/92)*

(a) The student-athlete receives written approval to participate from the institution's president or chancellor (or designee), subject to the limitations on participants in such activities as set forth in Bylaw 17; *(Revised: 1/11/89, 1/9/06)*

(b) The specific activity or project in which the student-athlete participates does not involve cosponsorship, advertisement or promotion by a commercial agency, except as follows: *(Revised: 1/11/89, 1/10/91, 1/9/06)*

(1) Identification (e.g., graphics, voice over, on-screen text) of the commercial entity must explain the commercial entity's affiliation with the permissible entity (e.g., entity is the official sponsor of the institution/event); *(Adopted: 1/9/06)*

(2) The appearance or description of the commercial product(s)/service(s) and/or the commercial entity's logo(s) may be included but may not exceed 25 percent of the total promotional activity. Further, language or action included

in the promotion may not directly encourage the use or purchase of the commercial product or service (e.g., drink this product) with which the commercial entity is associated; and *(Adopted: 1/9/06)*

(3) The promotion shall not feature alcoholic beverages, tobacco products or performance-enhancing drugs. Further, the commercial entity shall not be any organization that promotes gambling. *(Adopted: 1/9/06)*

(c) The name or picture of a student-athlete with remaining eligibility may not appear on an institution's printed promotional item (e.g., poster, calendar) that includes a reproduction of a product with which a commercial entity is associated if the commercial entity's officially registered regular trademark or logo also appears on the item; *(Adopted: 1/12/99)*

(d) The student-athlete does not miss class; *(Revised: 1/11/89)*

(e) All money derived from the activity or project goes directly to the member institution, member conference or the charitable, educational or nonprofit agency. Further, an institution may designate money earned through participation in institutional fundraisers for a student-athlete in accordance with Bylaw 12.1.2.1.2; *(Revised: 1/11/89, 1/10/92, 1/15/11 effective 8/1/11)*

(f) The student-athlete may accept actual and necessary expenses from the member institution, member conference or the charitable, educational or nonprofit agency related to participation in such activity; *(Revised: 1/11/89, 1/10/92, 1/12/04)*

(g) The student-athlete's name, picture or appearance is not used to promote the commercial ventures of any nonprofit agency; *(Adopted: 1/10/92)*

(h) Any commercial items with names or pictures of student-athletes (other than items specified per Bylaws 12.5.1.8 and 12.5.1.9) may be sold only by the member institution, member conference or NCAA, through outlets controlled by the member institution, member conference or NCAA or outlets controlled by the charitable or educational organization (e.g., location of the charitable or educational organization, site of charitable event during the event); *(Adopted: 1/16/93, Revised: 1/9/96, 1/10/05, 1/20/18 effective 8/1/18)*

(i) The student-athlete signs a release statement authorizing the use of their name, image or appearance in a manner consistent with the requirements of this section; and *(Revised: 1/11/89, 1/10/92, 1/20/18 effective 8/1/18, 9/1/20)*

(j) The institution provides educational material(s) to a representative of the charitable, educational, nonprofit or government agency regarding restrictions on the use of a student-athlete's name, image or appearance. *(Adopted: 1/20/18 effective 8/1/18)*

**12.5.1.1.1 Promotions Involving Commercial Locations/Sponsors.** A member institution or a charitable, educational or nonprofit organization may use the appearance, name or picture of an enrolled student-athlete to promote generally its fundraising activities at the location of a commercial establishment, provided the commercial establishment is not a cosponsor of the event and the student-athlete does not promote the sale of a commercial product in conjunction with the fundraising activity. A commercial establishment would become a cosponsor if the commercial establishment either advertises the presence of the student-athlete at the commercial location or is involved directly or indirectly in promoting the activity. Student-athletes are permitted to distribute information about institutional fundraising activities, even if those activities involve a commercial location or sponsor, as information distribution does not constitute promotion of a commercial product or service. *(Adopted: 1/10/92, Revised: 5/18/17)*

**12.5.1.1.2 Promotions Involving NCAA Championships, Events, Activities or Programs.** The NCAA [or a third party acting on behalf of the NCAA (e.g., host institution, conference, local organizing committee)] may use the name or picture of an enrolled student-athlete to generally promote NCAA championships or other NCAA events, activities or programs. *(Adopted: 1/10/05)*

**12.5.1.1.3 Player/Trading Cards.** A member institution or recognized entity thereof (e.g., fraternity, sorority or student government organization), a member conference or a noninstitutional charitable, educational or nonprofit agency may distribute but may not sell player/trading cards that bear a student-athlete's name or picture. *(Adopted: 1/11/94 effective 8/1/94)*

**12.5.1.1.3.1 Exception -- Olympic, Paralympic or National Team.** A national governing body may sell player/trading cards that bear the name or picture of a student-athlete who is a member of the Olympic, Paralympic or national team in that sport, provided all of the funds generated through the sale of such cards are deposited directly with the applicable Olympic, Paralympic or national team. *(Adopted: 1/6/96, Revised: 1/22/20 effective 8/1/20)*

**12.5.1.1.4 Promotional Activities.** Receipt of a prize for winning an institutional or noninstitutional promotional activity (e.g., making a half-court basketball shot, being involved in a money scramble) by a prospective or enrolled student-athlete (or a member of their family) does not affect their eligibility, provided the prize is won through a

random drawing in which all members of the general public or the student body are eligible to participate. *(Adopted: 1/14/02, Revised: 3/24/05, 11/10/17, 9/1/20)*

**12.5.1.1.5 Use of a Student-Athlete's Name or Picture without Knowledge or Permission.** If a student-athlete's name or picture appears on commercial items (e.g., T-shirts, sweatshirts, serving trays, playing cards, posters) or is used to promote a commercial product sold by an individual or agency without the student-athlete's knowledge or permission, the student-athlete (or the institution acting on behalf of the student-athlete) is required to take steps to stop such an activity in order to retain their eligibility for intercollegiate athletics. Such steps are not required when a student-athlete's photograph is sold by an individual or agency (e.g., private photographer, news agency) for private use. *(Adopted: 1/14/02, Revised: 4/11/06, 9/1/20)*

**12.5.1.1.6 Prospective Student-Athlete's Participation in Institutional Fundraisers or Promotions.** Prospective student-athletes may not be involved in institutional fundraisers or promotional activities. (see Bylaw 13.02.7). *(Adopted: 4/11/06, Revised: 7/26/11, 1/11/12, 1/16/13, 5/23/19)*

> **12.5.1.1.6.1 Exception.** A prospective student-athlete who has graduated from high school and has forwarded the paid acceptance of the institution's written offer of admission and/or financial aid may be involved in institutional fundraisers. *(Adopted: 1/19/13, Revised: 1/18/14)*

**12.5.1.1.7 Effect of Violations.** The following violations of Bylaw 12.5.1.1 shall be considered institutional violations per Bylaw 20.15.2; however, the student-athlete's eligibility shall not be affected provided: *(Adopted: 1/14/97, Revised: 7/24/07, 10/22/07, 10/19/09)*

(a) An institution, without the student-athlete's knowledge or consent, uses or permits the use of the student-athlete's name or picture in a manner contrary to Bylaw 12.5.1.1;

(b) A student-athlete participates in an impermissible institutional promotional activity and receives not more than actual and necessary expenses; *(Revised: 10/17/17)*

(c) A violation in which the only condition of the legislation not satisfied is the failure to obtain written approval from the institution's president or chancellor (or designee), provided the approval would have been granted if requested; or

(d) A violation in which the only condition of the legislation not satisfied is the requirement that a student-athlete and an authorized representative of the charitable, educational or nonprofit agency sign a release statement, provided the release statement would have been signed if such a request had been made.

**12.5.1.2 U.S. Olympic and Paralympic Committee or National Governing Body Advertisement Before Collegiate Enrollment.** Before initial, full-time collegiate enrollment, an individual may receive payment for the display of athletics skill in a commercial advertisement, provided: *(Adopted: 1/11/94, Revised: 1/22/20 effective 8/1/20)*

(a) The individual receives prior approval to appear in the advertisement from the U.S. Olympic and Paralympic Committee or the applicable national governing body; *(Revised: 1/22/20 effective 8/1/20)*

(b) The U.S. Olympic and Paralympic Committee or national governing body approves of the content and the production of the advertisement; *(Revised: 1/22/20 effective 8/1/20)*

(c) The individual forwards the payment to the U.S. Olympic and Paralympic Committee or national governing body for the general use of the organization(s); and *(Revised: 1/22/20 effective 8/1/20)*

(d) The funds are not earmarked for the individual.

**12.5.1.3 Modeling and Other Nonathletically Related Promotional Activities.** It is permissible for an individual to accept remuneration for or permit the use of their name or picture to advertise or promote the sale or use of a commercial product or service without jeopardizing their eligibility to participate in intercollegiate athletics only if all of the following conditions apply: *(Revised: 1/14/97, 1/12/04, 9/1/20)*

(a) The individual became involved in such activities for reasons independent of athletics ability;

(b) No reference is made in these activities to the individual's involvement in intercollegiate athletics; and *(Revised: 1/12/04)*

(c) The individual's remuneration under such circumstances is at a rate commensurate with the individual's skills and experience as a model or performer and is not based in any way upon the individual's athletics ability or reputation.

**12.5.1.4 Commercial Advertisement.** It is permissible for a student-athlete's name or picture, or the group picture of an institution's athletics squad, to appear in an advertisement of a particular business, commercial product or service, provided:

(a) The primary purpose of the advertisement is to publicize the sponsor's congratulations to the student-athlete or team;

(b) The advertisement does not include a reproduction of the product with which the business is associated or any other item or description identifying the business or service other than its name or trademark;

(c) There is no indication in the makeup or wording of the advertisement that the squad members, individually or collectively, or the institution endorses the product or service of the advertiser;

(d) The student-athlete has not signed a consent or release granting permission to use the student-athlete's name or picture in a manner inconsistent with the requirements of this section;

(e) If the student-athlete has received a prize from a commercial sponsor in conjunction with participation in a member institution's promotional activities and the advertisement involves the announcement of receipt of the prize, the receipt of the prize is consistent with the provisions of Bylaw 12.5.1.1.4 and official interpretations approved by the Management Council;

(f) The individual does not accept any remuneration for or permit the use of their name or picture to advertise, recommend or promote directly the sale and use of a commercial product or service of any kind; and *(Adopted: 1/14/02, Revised: 9/1/20)*

(g) The individual does not receive any remuneration for endorsing a commercial product or service through the individual's use of such product or service. *(Revised: 1/14/02)*

**12.5.1.4.1 Schedule Cards.** An advertisement on an institution's wallet-size playing schedule that includes the name or picture of a student-athlete may include language other than the commercial product's name, trademark or logo, provided the commercial language does not appear on the same page as the picture of the student-athlete. **[D]** *(Adopted: 1/10/92, Revised: 10/22/07)*

**12.5.1.4.2 Commercial Advertisements Not Permitted.** If, before enrollment at a member institution, the student-athlete received remuneration for endorsing a commercial product or service through the student-athlete's use of such product or service and the student-athlete does not meet the requirements of Bylaws 12.5.1.3 or 12.5.1.4, the student-athlete must take appropriate steps once becoming a student-athlete at a member institution to retract permission for the use of their name or picture and must cease receipt of any remuneration for such an arrangement in order to retain their eligibility. *(Adopted: 1/14/02, Revised: 1/10/05, 9/1/20)*

**12.5.1.4.3 Use of a Student-Athlete's Name or Picture without Knowledge or Permission.** If a student-athlete's name or picture appears on commercial items (e.g., T-shirts, sweatshirts, serving trays, playing cards, posters) or is used to promote a commercial product sold by an individual or agency without the student-athlete's knowledge or permission, the student-athlete (or the institution acting on behalf of the student-athlete) is required to take steps to stop such an activity in order to retain their eligibility for intercollegiate athletics. Such steps are not required when a student-athlete's photograph is sold by an individual or agency (e.g., private photographer, news agency) for private use. *(Adopted: 1/14/02, Revised: 4/17/07, 9/1/20)*

**12.5.1.5 Distribution of Institutional Items through Commercial Outlets.** A member institution may distribute noncommercial items (i.e., items not for sale) at commercial establishments, provided the institution generally distributes such items to other commercial establishments in the community and the distribution of the items does not require the recipient to make a purchase at the commercial establishment. *(Adopted: 1/16/93)*

**12.5.1.6 Educational Products Related to Sport-Skill Instruction.** It is permissible for a student-athlete's name or picture to appear in books, articles and other publications, films, videos and other types of electronic reproduction related to sport-skill demonstration, analysis or instruction, provided: *(Revised: 1/31/18)*

(a) Such print and electronic media productions are for educational purposes;

(b) There is no indication that the student-athlete expressly or implicitly endorses a commercial product or service;

(c) The student-athlete receives only actual and necessary expenses related to such participation; *(Revised: 1/9/06)*

(d) The student-athlete does not miss class; and *(Revised: 1/9/06)*

(e) The student-athlete has signed a release statement ensuring that the student-athlete's name or image is used in a manner consistent with the requirements of this section and has filed a copy of the statement with the student-athlete's member institution.

**12.5.1.7 Camps and Clinics.** A member institution may use the name or picture of any student-athlete to publicize or promote its camps or clinics, including the use of the student-athlete's name or picture in camp brochures or other advertising. However, a privately-owned camp or clinic may only use the name or picture of any student-athlete employed as a counselor to publicize or promote the camp or clinic. *(Revised: 1/8/01 effective 8/1/01, 1/10/05, 12/5/14, 9/1/20)*

**12.5.1.8 Promotion by Third Party of Highlight Film, Video or Media Guide.** Any party other than the institution or a student-athlete (e.g., a distribution company) may sell and distribute an institutional highlight film or video or an institutional or conference media guide that contains the names and pictures of enrolled student-athletes only if: *(Revised: 1/16/93, 1/31/18)*

(a) The institution specifically designates the agency that is authorized to receive orders for the film, videotape or media guide; *(Revised: 1/16/93)*

(b) Sales and distribution activities have the written approval of the institution's athletics director;

(c) The distribution company or a retail store is precluded from using the name or picture of an enrolled student-athlete in any poster or other advertisement to promote the sale or distribution of the film or media guide; and *(Revised: 1/16/93)*

(d) There is no indication in the makeup or wording of the advertisement that the squad members, individually or collectively, or the institution endorses the product or services of the advertiser.

**12.5.1.9 Promotion by a Third Party of Photographs.** Any party hired by the member institution, the member conference or NCAA may sell and distribute a picture of a student-athlete only if: *(Adopted: 1/10/05)*

(a) The member institution, the member conference or the NCAA specifically designates the agency that is authorized to receive orders for the film/photograph;

(b) Sales and distribution activities have the written approval of the member institution's athletics director, the member conference's commissioner or the NCAA; and

(c) If the third party advertises the availability of the photograph, the third party is precluded from using the name or picture of an enrolled student-athlete in any poster or other advertisement to promote the sale or distribution of the film/photograph; and there shall be no indication in the make-up or wording of the advertisement that squad members, individually or collectively, or the institution, the conference or the NCAA endorses the product or services of the advertiser.

**12.5.1.10 Promotion of NCAA and Conference Championships.** The NCAA [or a third party acting on behalf of the NCAA (e.g., host institution, conference, local organizing committee)] may use the name or picture of a student-athlete to generally promote NCAA championships. A student-athlete's name or picture may appear in a poster that promotes a conference championship, provided the poster is produced by a member institution that hosts a portion of the championship or by the conference. *(Adopted: 1/11/89, Revised: 1/10/05)*

**12.5.1.11 Olympic, Paralympic, Pan American, Parapan American, World Championships, World Cup, World University Games and World University Championships.** A student-athlete's name or picture may be used to promote Olympic, Paralympic, Pan American, Parapan American, World Championships, World Cup, World University Games or World University Championships as specified in this section. *(Adopted: 1/10/92, Revised: 1/9/96 effective 8/1/96, 10/17/11, 1/22/20 effective 8/1/20)*

**12.5.1.11.1 Sale and Distribution of Promotional Items.** Promotional items (e.g., posters, postcards, film, videos) bearing the name or picture of a student-athlete and related to these events may be sold or distributed by the national or international sports governing body sponsoring these events or its designated third-party distributors. It is not permissible for such organizations to sell player/trading cards that bear a student-athlete's name or picture. Promotional items may include a corporate sponsor's trademark or logo but not a reproduction of the product with which the business is associated. The name or picture of the student-athlete may not be used by the distribution company or retail store on any advertisement to promote the sale or distribution of the commercial item. *(Adopted: 1/10/92, Revised: 1/16/93, 1/11/94 effective 8/1/94, 1/31/18)*

**12.5.1.11.1.1 Corporate Sponsors.** A corporate sponsor may sell a promotional item related to these events that uses the name or picture of a team but not an individual student-athlete. *(Adopted: 1/10/92)*

**12.5.2 Media Activities.** A student-athlete may participate in media activities (e.g., appearance on radio, television, in films or stage productions or participate in writing projects) and may receive legitimate and normal expenses when the student-athlete's appearance or participation is related in any way to athletics ability or prestige. The student-athlete may engage in such activities at any time and may receive compensation at a rate commensurate with the going rate in that locale for similar services. Further, the student-athlete's name may be used to advertise their participation in such activity, provided the student-athlete's status as a student-athlete is not used for promotional purposes. *(Adopted: 1/14/97, Revised: 1/8/01 effective 8/1/01, 9/1/20)*

**12.5.3 Use of Logos on Equipment, Uniforms and Apparel.** A student-athlete may use athletics equipment or wear athletics apparel that bears the trademark or logo of an athletics equipment or apparel manufacturer or distributor in athletics competition and pre- and postgame activities (e.g., celebrations on the court, pre- or postgame press conferences), provided the following criteria are met: **[D]** *(Revised: 1/11/94, 1/10/95, 1/9/96 effective 8/1/96)*

(a) Athletics equipment (e.g., shoes, helmets, baseball bats and gloves, batting or golf gloves, hockey and lacrosse sticks, goggles and skis) shall bear only the manufacturer's normal label or trademark, as it is used on all such items for sale to the general public; and *(Revised: 1/10/95)*

(b) The student-athlete's institution's official uniform (including numbered racing bibs and warm-ups) and all other items of apparel (e.g., socks, head bands, T-shirts, wrist bands, visors or hats, swim caps and towels) shall bear only a single manufacturer's or distributor's normal label or trademark (regardless of the visibility of the label or trademark), not to exceed 2 1/4 square inches in area (i.e., rectangle, square, parallelogram) including any additional material (e.g., patch) surrounding the normal trademark or logo. *(Revised: 1/11/94, 1/10/95)*

**12.5.3.1 Laundry Label.** If an institution's uniform or any item of apparel worn by a student-athlete in competition contains washing instructions on the outside of the apparel on a patch that also includes the manufacturer's or distributor's logo or trademark, the entire patch must be contained within a four-sided geometrical figure (i.e., rectangle, square, parallelogram) that does not exceed 2 1/4 square inches. **[D]** *(Adopted: 1/10/95)*

**12.5.3.2 Pre- or Postgame Activities.** The restriction on the size of a manufacturer's or distributor's logo is applicable to all apparel worn by student-athletes during the conduct of the institution's competition, which includes any pre- or postgame activities (e.g., postgame celebrations on the court, pre- or postgame press conferences) involving student-athletes. **[D]** *(Adopted: 1/10/95)*

**12.5.3.3 Outside Team Uniforms and Apparel.** The provisions of Bylaw 12.5.3-(b) do not apply to the official uniforms and apparel worn by outside teams.

**12.5.3.4 Title-Sponsor Recognition.** Racing bibs and similar competition identification materials (e.g., bowl-game patches) worn by participants may include the name of the corporate sponsor of the competition, provided the involved commercial company is the sole title sponsor of the competition. **[D]**

# 12.6 Financial Donations From Outside Organizations.

## 12.6.1 Professional Sports Organizations.

**12.6.1.1 To Noncollegiate Amateur Team.** A noncollegiate amateur team or playing league shall not be considered a professional team or league, even if it receives financial support from a national amateur sports administrative organization or its equivalent that in turn receives developmental funds from a professional team or professional sports organization.

**12.6.1.2 To Intercollegiate Event.** A professional sports organization may serve as a financial sponsor of an intercollegiate competition event, provided the organization is not publicly identified as such. A professional sports organization may serve as a financial sponsor of an activity or promotion that is ancillary to the competition event and may be publicly identified as such. **[D]** *(Adopted: 1/10/92, Revised: 1/10/05, 1/14/12)*

**12.6.1.3 Developmental Funds to NCAA.** A professional sports organization may provide funds for intercollegiate athletics developmental purposes in a particular sport (e.g., officiating expenses, research and educational projects, the conduct of summer leagues, purchase of equipment). However, such funds shall be provided in an unrestricted manner and administered through the Association's national office.

**12.6.1.4 To Institution, Permissible.** *(Revised: 1/12/04)*

(a) **Funds.** A member institution may receive funds from a professional sports organization, provided:

(1) The money is placed in the institution's general fund and used for purposes other than athletics;

(2) The money is placed in the institution's general scholarship fund and commingled with funds for the assistance of all students generally; or

(3) The money is received by the institution as a result of the professional sports organization's financial sponsorship of a specific intercollegiate competition event and is placed in the institution's budget for the specific event, including ancillary activities and promotions. *(Adopted: 1/14/12)*

(b) **Professional Sports Memorabilia.** An institution may receive sports memorabilia from a professional sports organization to be used in institutional (or departmental) fundraising activities.

**12.6.1.5 To Conference, Permissible.** A member conference may receive funds from a professional sports organization, provided the money is received by the conference as a result of the professional sports organization's financial sponsorship of a specific intercollegiate competition event and is placed in the conference's budget for the specific event, including ancillary activities and promotions. *(Adopted: 1/14/12)*

**12.6.1.6 Revenues Derived from Pro-Am Events.** The distribution of revenues from an event involving an intercollegiate athletics team and a professional sports team (e.g., a baseball game in which a member institution's team plays against a professional baseball team) or pro-am event (e.g., golf, tennis) that results in a member institution's receiving

a share of receipts from such a contest is permitted, provided the institution has a formal agreement with the professional sports team regarding the institution's guarantee or share of receipts, and the contractual terms are consistent with agreements made by the professional team or individuals for similar intercollegiate or nonprofessional competition.

**12.6.1.7 Promotion of Professional Athletics Contests.** A member institution may host and promote an athletics contest between two professional teams from recognized professional sports leagues as a fundraising activity for the institution. *(Revised: 1/9/96 effective 8/1/96)*

## 12.6.2 Organizations (Nonprofessional Sports Organizations).

**12.6.2.1 Individual Athletics Performance.** A member institution shall not accept funds donated from a nonprofessional sports organization based on the place finish of a student-athlete or the number of student-athletes representing the institution in an event. However, the organization may donate an equal amount of funds to every institution with an athlete or team participating in a particular event.

**12.6.2.2 Team Rankings.** A member institution may accept funds donated to its athletics program from a nonprofessional sports organization based on the team's national or regional ranking.

**12.6.2.3 Academic Performance.** A member institution may accept funds donated to its athletics program from a nonprofessional sports organization based on an individual's or a team's academic performance (e.g., the number of academic All-American award recipients).

BYLAWS, ARTICLE 13

# Recruiting.

## 13.01 General Principles.

**13.01.1 Scope and Application.** The regulations set forth in this bylaw apply to athletics-based recruiting and shall not limit an institution's admissions office from the recruitment of prospective students generally. *(Adopted: 5/28/08)*

**13.01.2 Entertainment.** A member institution may provide entertainment, at a scale comparable to that of normal student life and not excessive in nature. *(Revised: 3/24/05)*

**13.01.3 Institutional Responsibility in Recruitment.** A member of an institution's athletics staff or a representative of its athletics interests shall not recruit a prospective student-athlete except as permitted by this Association, the institution and the member conference, if any.

**13.01.4 Recruiting by Representatives of Athletics Interests.** Representatives of an institution's athletics interests (as defined in Bylaw 13.02.9) may make in-person, on- or off-campus recruiting contacts with a prospective student-athlete; however, such off-campus contacts may not occur until the conclusion of the prospective student-athlete's sophomore year in high school.

**13.01.5 U.S. Service Academy Exceptions.** Exceptions to recruiting regulations for the U.S. service academies are set forth in Bylaw 13.15.

**13.01.6 Eligibility Effects of Recruiting Violation.** The recruitment of a prospective student-athlete by a member institution or any representative of its athletics interests in violation of the Association's legislation, as acknowledged by the institution or established through the Association's enforcement procedures, shall result in the student-athlete's becoming ineligible to represent that institution in intercollegiate athletics. The Committee on Student-Athlete Reinstatement may restore the eligibility of a student involved in such a violation only when circumstances clearly warrant restoration. A student is responsible for their involvement in a violation of NCAA regulations during the student's recruitment and involvement in a major violation (see Bylaw 19.02.2.2) may cause the student to become permanently ineligible for intercollegiate athletics competition at that institution. *(Revised: 4/20/21)*

## 13.02 Definitions and Applications.

**13.02.1 Business Day.** A business day is any weekday that is not recognized as a national holiday, including any weekday that an institution is closed for other reasons (e.g., holiday break). *(Adopted: 1/12/11)*

**13.02.2 Competition Site.** The "competition site" is the facility in which athletics competition is actually conducted, including any dressing room or meeting facility used in conjunction with the competition.

**13.02.3 Contact.** A contact is any in-person face-to-face encounter between a prospective student-athlete or the prospective student-athlete's relatives, guardian(s) or individual of a comparable relationship and an institutional athletics department staff member or athletics representative during which any dialogue occurs in excess of an exchange of a greeting. Any such face-to-face encounter that is prearranged (e.g., position themselves in a location where contact is possible) or that takes place on the grounds of the prospective student-athlete's educational institution or at the site of organized competition or practice involving the prospective student-athlete or the prospective student-athlete's high school, preparatory school, two-year college or all-star team shall be considered a contact, regardless of the conversation that occurs. Any communication (e.g., in-person face-to-face or electronic communication) with a prospective student-athlete at the site of organized competition involving the prospective student-athlete by athletics personnel who are attending the competition or who are aware of the competition also shall be considered a contact. *(Adopted: 1/13/03, Revised: 1/12/04, 4/7/05, 1/9/06, 12/19/13, 4/20/21, 8/4/21)*

**13.02.4 Evaluation.** An evaluation is any off-campus activity designed to assess the academic qualifications or athletics ability of a prospective student-athlete, including any visit to a prospective student-athlete's educational institution (during which no contact occurs) or the observation of a prospective student-athlete participating in any practice or competition at any site. *(Adopted: 4/20/09)*

**13.02.5 Student-Athlete.** An individual becomes a student-athlete when they participate in an intercollegiate squad practice or contest that is under the jurisdiction of the athletics department. *(Revised: 1/9/06, 4/20/21)*

    **13.02.5.1 Permissible Recruitment Activities for Enrolled Student-Athletes.** Permissible recruitment activities for enrolled student-athletes are limited to the following: **[D]** *(Revised: 7/23/07)*

(a) **Electronic Communication.** It is permissible for an enrolled student-athlete to engage in electronic communication (see bylaw 13.02.10) with a prospective student-athlete for purposes other than recruitment. If the communication is for the purposes of recruitment, then the communication must be private and it may be made at the institution's expense. *(Adopted: 8/4/21)*

(b) **Virtual Recruiting Presentations.** It is permissible for an enrolled student-athlete to participate in a virtual recruiting presentation involving multiple prospective student-athletes organized by or involving a member of the institution's athletics department provided: *(Adopted: 9/8/21)*

  (1) The virtual presentation occurs during the regular academic year and the student-athlete is eligible to participate per Bylaw 14.1.7; *(Adopted: 9/8/21)*

  (2) The student-athlete does not miss class to participate in the virtual presentation; and *(Adopted: 9/8/21)*

  (3) The student-athlete's involvement is voluntary. *(Adopted: 9/8/21)*

(c) **Official visits.** An enrolled student-athlete may participate as a student host during a prospective student-athlete's official visit to the institution's campus. *(Revised: 6/11/14)*

(d) **Unofficial visits.** A prospective student-athlete on an unofficial visit may stay in an enrolled student-athlete's dormitory room, provided the housing is available to all visiting prospective students.

**13.02.6 Home.** In general, a prospective student-athlete's "home" is the prospective student-athlete's legal residence, or the community of the educational institution in which the prospective student-athlete is enrolled while residing there.

**13.02.7 Prospective Student-Athlete.** A prospective student-athlete is a student who has started classes for the ninth grade. In addition, a student who has not started classes for the ninth grade becomes a prospective student-athlete if the institution provides such an individual (or the individual's relatives or friends) any financial assistance or other benefits that the institution does not provide to prospective students generally. An individual remains a prospective student-athlete until one of the following occurs (whichever occurs earlier):

(a) The individual officially registers and enrolls in a minimum full-time program of studies and attends classes in any term of a four-year collegiate institution's regular academic year (excluding summer); or

(b) The individual participates in a regular squad practice or competition at a four-year collegiate institution. *(Revised: 1/11/89, 1/10/90)*

**13.02.8 Recruiting.** Recruiting is any solicitation of a prospective student-athlete or a prospective student-athlete's relatives [or guardian(s)] by an institutional staff member or by a representative of the institution's athletics interests for the purpose of securing the prospective student-athlete's enrollment and ultimate participation in the institution's intercollegiate athletics program. *(Revised: 8/3/06)*

  **13.02.8.1 Recruited Prospective Student-Athlete.** Actions by staff members or athletics representatives that cause a prospective student-athlete to become a recruited prospective student-athlete at that institution are: *(Revised: 1/10/90, 1/11/94 effective 8/1/94 for those students entering a collegiate institution on or after 8/1/94)*

  (a) Providing the prospective student-athlete with an official visit; *(Adopted: 1/11/94 effective 8/1/94 for those students entering a collegiate institution on or after 8/1/94)*

  (b) Having an arranged in-person, off-campus encounter with the prospective student-athlete or the prospective student-athlete's relatives, guardian(s) or individual of a comparable relationship; or *(Adopted: 1/11/94 effective 8/1/94 for those students entering a collegiate institution on or after 8/1/94, Revised: 1/9/06)*

  (c) Initiating or arranging a telephone contact with the prospective student-athlete, the prospective student-athlete's relatives, guardian(s) or individual of a comparable relationship on more than one occasion for the purpose of recruitment. *(Revised: 1/11/94 effective 8/1/94 for those students entering a collegiate institution on or after 8/1/94, 1/9/06)*

**13.02.9 Representative of Athletics Interests.** A "representative of the institution's athletics interests" is an individual who is known (or who should have been known) by a member of the institution's executive or athletics administration to:

(a) Have participated in or to be a member of an agency or organization promoting the institution's intercollegiate athletics program;

(b) Have made financial contributions to the athletics department or to an athletics booster organization of that institution;

(c) Be assisting or to have been requested (by the athletics department staff) to assist in the recruitment of prospective student-athletes;

(d) Be assisting or to have assisted in providing benefits to enrolled student-athletes or their families; or

(e) Have been involved otherwise in promoting the institution's athletics program.

**13.02.10 Electronic Communication.** All electronically transmitted human voice exchanges (including telephone calls, videoconferencing and videophones) and any electronically transmitted correspondence (e.g., electronic mail, Instant Messenger, private communication through social media platforms, text messages or facsimiles) may occur or be sent to a prospective student-athlete (or their parents or legal guardians) provided the communication is private between only the sender/caller and the recipient (e.g., no use of public chat rooms, message boards, public communication through social media platforms). *(Adopted: 8/4/21)*

**13.02.10.1 Timing of Electronic Communication.** There are no restrictions on the timing for electronic communication (e.g., telephone call, electronic mail, Instant Messenger, text messages or facsimiles) to prospective student-athletes. *(Adopted: 8/4/21)*

**13.02.10.2 Telephone Calls to Prospective Student-Athletes.** An institution may permit a student-athlete, a staff member or a representative of athletics interests to telephone a prospective student-athlete at the institution's expense at any time, provided the call is only for the purpose of recruitment and is with full knowledge of the athletics department (see Bylaw 13.02.5.1). *(Adopted: 8/4/21)*

**13.02.10.3 Exception -- Electronic Transmissions by or to Individuals Diagnosed as Deaf or Hard of Hearing.** Electronically transmitted correspondence in forms other than electronic mail, text messages and facsimiles may be sent to a prospective student-athlete if either the athletics department staff member sending the correspondence or the prospective student-athlete receiving the correspondence has been diagnosed as deaf or hard of hearing. *(Adopted: 1/14/08 effective 8/1/08, Revised: 1/14/12)*

**13.02.10.4 Exception -- Public Release of General Athletics Information Sent Through Electronic Transmission.** Electronically transmitted correspondence in forms other than electronic mail, text messages and facsimiles may be sent to a prospective student-athlete by an institution's athletics department, or a campus department acting on behalf of athletics, provided the following criteria are satisfied: *(Adopted: 7/21/09 effective 8/1/08, Revised: 1/14/12)*

(a) Any member of the general public may become a member of the group to which the electronic transmission is sent;

(b) A prospective student-athlete who chooses to receive electronic transmissions through the electronic service must retain the ability to decline receipt of the communications at any time or may unsubscribe from the electronic service at any time; and

(c) The content of any electronic transmission that is sent to a public group may include prospective student-athletes must be the same for all members of the group (e.g., news alerts, admissions and alumni information, scores) and of a general nature.

**13.02.10.5 Exception -- After Receipt of Financial Deposit.** On or after January 1 of a prospective student-athlete's senior year in high school, there shall be no limit on the forms of electronically transmitted correspondence that may be sent by an institution to a prospective student-athlete, provided the institution has received a financial deposit in response to the institution's offer of admission or for institutions that do not require a paid acceptance or financial deposit, the institution has received a commitment from the prospective student-athlete that is required of all incoming students. Content of any electronically transmitted correspondence sent within these parameters will not be considered publicizing recruitment of the prospective student-athlete as set forth in Bylaw 13.10. *(Adopted: 10/19/10, Revised: 1/17/23, 2/19/24)*

**13.02.10.6 Exception—Actions on Social Media Platforms.** An athletics department staff member may connect with (e.g., "friend," "follow," etc.) a prospective student-athlete on social media platforms. Further, an athletics department staff member may take actions (e.g., "like," "favorite," republish, etc.) on social media platforms that indicate approval of social media content generated by users of the platforms other than institutional staff members or representatives of an institution's athletics interests. *(Adopted: 1/26/19)*

**13.02.10.7 Exception - Virtual Recruiting Presentations with Multiple Prospective Student-Athletes.** An institution and institutional staff member(s) may conduct virtual recruiting presentations involving multiple prospective student-athletes. There shall be no restrictions on the timing of the virtual recruiting presentations or the age or grade level of the involved prospective student-athletes, provided the following criteria are satisfied: *(Adopted: 9/8/21)*

(a) Institutions do not publicize or promote an individual or group of prospective student-athlete(s) who are participating or have participated in the virtual recruiting presentation. However, an institution may publicize the logistical details (e.g., date, time) concerning the virtual recruiting presentation; and *(Adopted: 9/8/21)*

(b) Student-athlete participation must be in accordance with Bylaw 13.02.5.1-(b). *(Adopted: 9/8/21)*

**13.02.11 Recruiting or Scouting Service.** A recruiting or scouting service includes any individual, organization, entity or segment of an entity that is primarily involved in providing information about prospective student-athletes. A recruiting or scouting service may include: *(Adopted: 4/16/12)*

(a) Any service that provides information only to paid subscribers;

(b) Any service that is only available to a select group of individuals (e.g., coaches), regardless of whether there is a charge associated with the service; or

(c) Any service that provides information to the public free of charge.

Any individual, organization, entity or segment of an entity that provides information about prospective student-athletes incidental to its primary purpose and is generally available to the public (e.g., news media) is not considered a recruiting or scouting service.

**13.02.12 Visits by Prospective Student-Athletes.**

**13.02.12.1 Official Visit.** An official visit to a member institution by a prospective student-athlete is a visit financed in whole or in part by the member institution (see Bylaw 13.6).

**13.02.12.2 Unofficial Visit.** An unofficial visit to a member institution by a prospective student-athlete is a visit made at the prospective student-athlete's own expense (see Bylaw 13.7).

# 13.1 Contacts and Evaluations. Recruiting contacts with a prospective student-athlete (or the prospective student-athlete's relatives or guardians) by institutional staff members and/or representatives of the institution's athletics interests are subject to the provisions set forth in this bylaw. **[D]** *(Revised: 1/10/91 effective 7/1/91, 8/3/06, 1/19/12, 10/16/18)*

**13.1.1 Contactable Prospective Student-Athletes.**

**13.1.1.1 High School Prospective Student-Athletes.** In-person, off-campus recruiting contacts shall not be made with a prospective student-athlete or the prospective student-athlete's relatives or guardian(s) until the prospective student-athlete has completed their sophomore year in high school. U.S. service academy exceptions to this provision are set forth in Bylaw 13.15.1. *(Revised: 1/10/91 effective 7/1/91, 1/11/94 effective 3/15/94, 1/10/95, 1/14/97, 8/3/06, 1/19/12, 1/17/15 for prospective student-athletes who complete their sophomore year in high school during the 2014-15 academic year or later, 10/16/18, 4/20/21)*

**13.1.1.1.1 Contact by Coach Employed in Admissions Office.** It is permissible for a coach who is employed in the admissions office of the institution to be involved in off-campus admissions programs directed at prospective students in general, provided contact made with a prospective student-athlete before the completion of their sophomore year in high school is not for the purpose of athletics recruitment (e.g., athletics recruiting presentation). *(Adopted: 7/22/08, Revised: 1/17/15 for prospective student-athletes who complete their sophomore year in high school during the 2014-15 academic year or later, 10/16/18, 4/20/21)*

**13.1.1.2 Four-Year College Prospective Student-Athletes.** An athletics staff member or other representative of the institution's athletics interests shall not make contact in any manner (e.g., in-person contact, telephone calls, electronic communication, written correspondence) with the student-athlete of another NCAA four-year collegiate institution, directly or indirectly, without first obtaining written permission to do so, regardless of who makes the initial contact. If permission is not granted, the second institution shall not encourage the transfer. If permission is granted, all applicable NCAA recruiting rules apply. If an institution receives a written request from a student-athlete to permit another institution to contact the student-athlete about transferring, the institution shall grant or deny the request within seven business days (see Bylaw 13.02.1) of receipt of the request. If the institution fails to respond to the student-athlete's written request within seven business days, permission shall be granted by default and the institution shall provide written permission to the student-athlete. Written permission may be granted by: **[D]** *(Revised: 1/10/91, 1/16/93, 1/11/94, 1/12/04 effective 8/1/04, 1/9/06, 10/17/06, 1/12/11, 1/16/24)*

(a) The first institution's athletics director (or an athletics administrator designated by the athletics director); or *(Adopted: 1/14/02 effective 8/1/04)*

(b) The student-athlete, if the student-athlete attends a Division III institution (see Bylaw 13.1.1.2.1). *(Adopted: 1/14/02 effective 8/1/04)*

**13.1.1.2.1 Self-Release.** Using a form made available by the NCAA national office, a student-athlete who attends a Division III institution may issue, on their own behalf, permission for another Division III institution to contact the student-athlete about a potential transfer. The student-athlete shall forward this form to the director of athletics at the institution of interest. Contact between the student-athlete and institution may occur during the 30-day period beginning with the date the permission to contact form is signed by the student-athlete. An additional form must be issued for contact to occur or continue beyond the initial 30-day period. *(Adopted: 1/12/04 effective 8/1/04, Revised: 1/10/05, 10/16/18, 4/20/21)*

**13.1.1.2.1.1 Privacy and Disclosure Requirements.** During the initial 30-day period, the institution in receipt of the form shall not notify the student-athlete's current institution of the contact. At the completion of the initial 30-day period, if the student-athlete decides to transfer to the institution in receipt of the form, the institution in receipt of the form shall notify the student-athlete's current institution within a seven-day period of the form's expiration date that the self-release was issued. At the completion of the initial 30-day period, if the student-athlete decides not to pursue the transfer, the institution in receipt of the form shall not notify the student-athlete's current institution of the contact at any time. If the student-athlete is undecided at the end of the 30-day period, the initial contact must remain private unless and until the student-athlete issues a second permission to contact form. Upon receipt of the second permission to contact form, the institution in receipt of the form shall notify the student-athlete's current institution within seven days that a second release was issued. **[D]** *(Revised: 1/10/05, 10/16/18)*

**13.1.1.2.2 Hearing Opportunity.** If the institution decides to deny a student-athlete's request to permit any other institution to contact the student-athlete about transferring, the institution shall inform the student-athlete in writing that they, on request, shall be provided a hearing conducted by an institutional entity or committee outside of the athletics department (e.g., the office of student affairs; office of the dean of students; or a committee composed of the faculty athletics representative, student-athletes and nonathletics faculty/staff members). The student-athlete shall be informed of this hearing opportunity within seven business days of the request for permission to contact. Within 15 business days (see Bylaw 13.02.1) of receipt of the student-athlete's written request for a hearing, the institution shall conduct and provide written results of the hearing to the student-athlete. The student-athlete shall be provided the opportunity to actively participate (e.g., in-person, via telephone) in the hearing. If the institution fails to conduct the hearing or provide the written results to the student-athlete within 15 business days, permission to contact the student-athlete shall be granted by default and the institution shall provide written permission to the student-athlete. *(Adopted: 1/11/94, Revised: 10/17/06, 1/12/11, 10/16/18, 4/20/21)*

**13.1.1.2.3 Student-Athlete Withdrawn from Four-Year College.** A member institution may contact a student-athlete who has withdrawn officially from a four-year collegiate institution without obtaining permission from the first institution. **[D]** *(Revised: 1/9/06, 10/16/18)*

**13.1.1.2.4 Transfer from Institution on Probation.** It is not necessary for an institution to obtain permission in writing to recruit a student-athlete at an institution that has been placed on probation with sanctions that preclude it from competing in postseason competition during the remaining seasons of the student-athlete's eligibility. However, the student-athlete's institution must be notified of the recruitment and may establish reasonable restrictions related to the contact (e.g., no visits during class time), provided such restrictions do not preclude the opportunity for the student-athlete to discuss transfer possibilities with the other institution [see Bylaw 14.13.1.2-(c)]. **[D]** *(Adopted: 1/10/92, Revised: 1/19/12, 10/16/18)*

**13.1.1.2.5 Transfer While Ineligible Due to Positive Drug Test.** If a student-athlete who is declared ineligible due to a positive drug test administered by the NCAA transfers to another NCAA institution, the institution from which the student-athlete transferred must notify the new institution of the student-athlete's ineligibility (see Bylaw 18.4.1.5.4). **[D]** *(Adopted: 1/14/97 effective 8/1/97, Revised: 10/16/18)*

## 13.1.2 Permissible Recruiters.

**13.1.2.1 Talent Scout.** An institution may not pay any costs incurred by an athletics talent scout or a representative of its athletics interests in studying or recruiting prospective student-athletes. An institution may not provide any such person a fee or honorarium and thereby claim the person as a staff member entitled to expense money. **[D]** *(Revised: 12/5/14)*

**13.1.2.1.1 Employment Prohibition.** An institution may not employ an individual for the primary purpose of recruiting or evaluating prospective student-athletes and designate the individual as a coach if they do not reside in the institution's general locale. Such an individual would be considered an athletics talent scout rather than a regular institutional staff member. *(Revised: 12/5/14, 4/20/21)*

**13.1.2.1.2 Expense Prohibition.** An institution may not pay expenses (other than meals provided in the institution's home community) for representatives of its athletics interests to visit its campus for the purpose of becoming familiar with the institution's academic and athletics programs and campus facilities in order to represent the institution better when recruiting prospective student-athletes. The provision of such expenses would be considered payment of costs incurred by athletics talent scouts. **[D]** *(Revised: 12/5/14)*

## 13.1.3 Contact Restrictions at Specified Sites.

**13.1.3.1 Practice or Competition Site.** Recruiting contact may not be made with a prospective student-athlete before any athletics competition in which the prospective student-athlete is a participant on that day of competition until the

prospective student-athlete is released for that day by the appropriate institutional authority (e.g., prospective student-athlete's coach or comparable authority). Further, any electronic communications (See Bylaw 13.02.10) may not be made with a prospective student-athlete at the site of organized competition involving the prospective student-athlete by athletics personnel who are attending the competition or who are aware of the competition. **[D]** *(Revised: 1/11/89, 1/10/91, 1/11/94, 1/9/96 effective 7/1/96, 12/19/13, 1/17/15, 1/21/15, 1/16/16, 8/4/21)*

**13.1.3.1.1 Exception -- Official/Unofficial Visit -- Contact on Institution's Campus on Day of Competition Prior to Competition.** Athletics staff members are permitted to have on campus contact prior to competition with a prospective student-athlete, provided the prospective student-athlete is not scheduled to compete on that day on the institution's campus. **[D]** *(Adopted: 1/16/16, Revised: 10/16/18)*

**13.1.3.1.2 Contact with Prospective Student-Athlete's Relatives or Guardians at Practice or Competition Site.** Recruiting contact may be made with the relatives, guardian(s) or individual of a comparable relationship of a contactable prospective student-athlete (see Bylaw 13.1.1) at the site of the prospective student-athlete's practice or competition, including during the conduct of a competition. **[D]** *(Adopted: 7/21/09, Revised: 10/16/18)*

**13.1.4 Evaluations.** There are no restrictions on the number or timing of evaluations (see Bylaw 13.02.4). **[D]** *(Adopted: 4/20/09, Revised: 10/16/18)*

# 13.2 Offers and Inducements.

**13.2.1 General Regulation.** An institution's staff member or any representative of its athletics interests shall not be involved, directly or indirectly, in making arrangements for or giving or offering to give any financial aid or other benefits to the prospective student-athlete or the prospective student-athlete's relatives or friends, other than expressly permitted by NCAA regulations. Receipt of a benefit by prospective student-athletes or their relatives or friends is not a violation of NCAA legislation if it is demonstrated that the same benefit is generally available to the institution's prospective students or their relatives or friends or to a particular segment of the prospective student body determined on a basis unrelated to athletics ability. **[R]** *(Revised: 1/13/98, 1/10/05, 1/9/06, 10/15/08)*

**13.2.2 Specific Prohibitions.** Specifically prohibited financial aid, benefits and arrangements include, but are not limited to, the following:

(a) An employment arrangement for a prospective student-athlete's relatives;

(b) Gift of clothing or equipment;

(c) Co-signing of loans;

(d) Providing loans to a prospective student-athlete's relatives or friends;

(e) Cash or like items;

(f) Any tangible items, including merchandise;

(g) Free or reduced-cost services, rentals or purchases of any type;

(h) Free or reduced-cost housing;

(i) Use of an institution's athletics equipment (e.g., for a high school all-star game); or

(j) Sponsorship of or arrangement for an awards banquet for high school, preparatory school or two-year college athletes by an institution, representatives of its athletics interests or its alumni groups or booster clubs. **[R]** *(Revised: 12/5/14)*

**13.2.3 Awards to Prospective Student-Athletes.** A member institution may only provide a prospective student-athlete with awards presented at regularly scheduled high school, preparatory school and two-year college athletics contests or matches. The awards are limited in value to $50 and may bear the institution's name and logo. *(Adopted: 1/10/91, Revised: 4/7/05)*

**13.2.4 Employment of Prospective Student-Athletes.**

**13.2.4.1 Normal Employment Procedures.** An institution may employ prospective student-athletes in any department outside of intercollegiate athletics, provided the employment is arranged through normal institutional employment policies and procedures. *(Revised: 1/10/05)*

**13.2.4.2 Transportation to Summer Job.** An institution or its representatives shall not provide a prospective student-athlete free transportation to and from a summer job unless it is the employer's established policy to transport all employees to and from the job site.

**13.2.5 Life-Threatening Injury or Illness.** An institution may present a prospective student-athlete with a donation to a charity on behalf of the prospective student-athlete or provide other reasonable tokens of support (e.g., flowers) in the event of

the prospective student-athlete's relative's death or life-threatening injury or illness, provided the prospective student-athlete has signed a written offer of admission and/or financial aid with the institution. *(Adopted: 1/9/06)*

**13.2.6 Use of Athletics Training-Room Services.** A prospective student-athlete who has signed a written offer of admission and/or financial aid and is enrolled in the institution's summer term before the prospective student-athlete's initial full-time collegiate enrollment may receive athletics training-room services (e.g., taping, treatment, therapy). *(Adopted: 10/22/07)*

# 13.4 Recruiting Materials.

**13.4.1 General Regulations.** Institutions are permitted to provide to prospective student-athletes, prospective student-athlete's relatives [or guardian(s)] and to coaches of prospective student-athletes any official academic, admissions, athletics and student-services publications or electronic media published or produced by the institution. Institutions are also permitted to provide other information of a general nature that is available to all students or prospective students. *(Revised: 1/11/89, 7/24/07, 4/21/09, 4/29/09)*

    **13.4.1.1 Timing of Recruiting Materials.** There are no restrictions on the timing for providing recruiting materials to prospective student-athletes. *(Adopted: 4/20/09)*

    **13.4.1.2 Conference or NCAA Championships.** An institution or conference that is hosting any portion of a conference or NCAA championship may send printed materials promoting the championship event (e.g., ticket application or promotional brochures, flyers or posters) to high school or two-year college coaches or administrators, but not to specific prospective student-athletes, provided: *(Adopted: 1/13/10)*

(a) The printed material includes only information relevant to the championship events;

(b) The printed material is available to the general public, including all high schools in the local area; and

(c) The printed material contains no information related to the institution's athletics program.

**13.4.2 Advertisements and Promotions.**

    **13.4.2.1 Recruiting Advertisements.** A member institution is permitted to produce any athletically related recruiting advertisement or promotion, provided the advertisement or promotion is not placed or conducted at an athletics event featuring prospective student-athletes (or during broadcasts of such events). **[D]** *(Revised: 1/13/98, 1/9/06, 4/29/09, 1/31/18, 10/16/18)*

        **13.4.2.1.1 Exception -- Nonathletics Institutional Advertisements.** An institution (or a third party acting on behalf of the institution) may produce a nonathletics institutional advertisement or promotion at an athletics event featuring prospective student-athletes (or during broadcasts of such events), provided: **[D]** *(Revised: 1/15/11 effective 8/1/11, 10/16/18)*

(a) The funds generated by the advertisements or promotional material are not used for a high school or a two-year college's athletics program;

(b) The institution's athletics department is not involved in the advertisements or promotional material; and

(c) The advertisements or promotional material do not contain athletics information.

        **13.4.2.1.2 Exception -- College/High School Shared Home Facility.** A member institution may advertise and upgrade its home facility even if that facility is also the home facility for prospective student-athletes (e.g., high school football stadium). *(Revised: 1/9/06)*

    **13.4.2.2 Miscellaneous Promotions.** Member institutions and their representatives of athletics interests are prohibited from financing, arranging or using recruiting aids (e.g., newspaper advertisements, bumper stickers, message buttons) designed to publicize the institution's interest in a particular prospective student-athlete. **[D]** *(Revised: 1/13/98)*

# 13.5 Transportation.

**13.5.1 General Restrictions.** An institution may not provide transportation to a prospective student-athlete other than on the official paid visit or, on an unofficial visit, to view a practice or competition site and other institutional facilities when accompanied by an institutional staff member. However, an institution may not provide transportation to attend one of the institution's home contests (on or off campus) during the unofficial visit. **[R]** *(Revised: 1/11/89, 1/13/98, 1/9/06)*

**13.5.2 Transportation on Official Paid Visit.**

    **13.5.2.1 General Regulations.** A member institution may pay the prospective student-athlete's actual round-trip transportation costs for their official visit to its campus, provided a direct route between the prospective student-athlete's home and the institution's campus is used. *(Revised: 1/11/00 effective 8/1/00, 4/20/21)*

**13.5.2.2 Automobile Transportation.** When a prospective student-athlete travels by automobile on an official visit, the institution may pay round-trip expenses to the individual incurring the expense (except the prospective student-athlete's coach, see Bylaw 13.8.1.1) at the same mileage rate it allows its own personnel. Any automobile may be used by the prospective student-athlete, provided the automobile is not owned or operated or its use arranged by the institution or any representative of its athletics interests. **[R]** *(Revised: 1/11/94)*

**13.5.2.2.1 Use of Automobile.** The institution or representatives of its athletics interests shall not provide an automobile for use during the official visit by the prospective student-athlete or by a student host. **[R]**

**13.5.2.2.2 Coach Accompanying Prospective Student-Athlete.** Coaching staff members (except as permitted in Bylaw 13.5.2.4) shall not accompany a prospective student-athlete in the coach's sport to or from an official visit unless the prospective student-athlete travels only by automobile. All transportation must occur within the state in which the institution is located, or if outside the state, within 100 miles of the institution's main campus. On completion of the 48-hour period, the coach shall terminate contact with the prospective student-athlete and their parent(s), guardians, spouse or individual of a comparable relationship immediately (see Bylaw 13.6.2.1). *(Adopted: 1/10/95 effective 8/1/95, Revised: 1/14/97 effective 8/1/97, 1/9/06, 10/20/06, 4/20/21)*

**13.5.2.3 Air Transportation.** The airfare for commercial transportation for the official visit may not exceed coach (or comparable) class. Coaching staff members shall not accompany a prospective student-athlete to or from an official visit when air travel is used, except as permitted in Bylaw 13.5.2.4. **[R]** *(Revised: 1/10/95 effective 8/1/95)*

**13.5.2.4 From Airport.** During the official visit, any member of an institution's athletics department staff may provide ground transportation for a prospective student-athlete and the prospective student-athlete's parents, guardians, spouse or individual of a comparable relationship between the campus and any bus or train station or airport. **[R]** *(Revised: 1/9/06)*

**13.5.2.5 To/From Site of Competition.** A prospective student-athlete may be transported to campus for an official visit from the site of their athletics competition or the reverse arrangement, provided only actual transportation expenses are paid and the cost of the transportation does not exceed the cost of transportation between the prospective student-athlete's home or educational institution and the institution's campus. *(Revised: 4/20/21)*

**13.5.2.6 From Educational Institution.** An institution may pay actual transportation costs for the prospective student-athlete to return to their home after an official visit that originated at the prospective student-athlete's educational institution, provided the cost of the transportation to the legal residence does not exceed the cost of transportation to the educational institution. *(Revised: 4/20/21)*

**13.5.2.7 Visiting Two or More Institutions.** Two or more institutions to which a prospective student-athlete is making official visits on the same trip may provide travel expenses, provided there is no duplication of expenses, only actual and necessary expenses are provided, and the 48-hour visit limitation is observed at each institution. **[R]**

**13.5.2.8 Transportation of Prospective Student-Athlete's Relatives, Friends, Guardian(s), Spouse or Individual of a Comparable Relationship.** An institution shall not permit its athletics department staff members or representatives of its athletics interests to pay, provide or arrange for the payment of transportation costs incurred by relatives, friends, guardian(s), spouse or individual of a comparable relationship of a prospective student-athlete to visit the campus or elsewhere; however, an institution may: **[R]** *(Revised: 1/9/06)*

(a) Provide automobile-mileage reimbursement to a prospective student-athlete on an official visit, even if relatives or friends accompany the prospective student-athlete; and *(Revised: 1/11/94, 1/9/06)*

(b) Provide transportation between its campus and the airport for the relatives, guardian(s) or individual of a comparable relationship of a prospective student-athlete making an official visit. *(Revised: 1/9/06)*

**13.5.3 Transportation on Unofficial Visit.** During any unofficial recruiting visit, the institution may provide the prospective student-athlete with transportation to view practice and competition sites in the prospective student-athlete's sport and other institutional facilities. An institutional staff member must accompany the prospective student-athlete during such a trip. Payment of any other transportation expenses, including providing transportation to attend one of the institution's home contests (on or off campus) is not permissible. However, the institution may provide transportation for a prospective student-athlete to attend home athletics contests if that transportation is available to prospective students generally. **[R]** *(Revised: 1/11/89, 1/11/90, 1/11/00, 1/8/05, 5/4/05, 1/9/06)*

**13.5.4 Transportation to Enroll.** An institution or its representatives shall not furnish a prospective student-athlete, directly or indirectly, with transportation to the campus for enrollment. However, it is permissible for any member of the institution's staff to provide transportation from any bus or train station or airport to the campus on the occasion of the student-athlete's initial arrival at the institution to attend classes. **[R]** *(Revised: 1/11/12)*

# 13.6 Official Visit.

**13.6.1 Limitations on Official Visit.**

**13.6.1.1 One-Visit Limitation.** A member institution may finance only one visit to its campus for a prospective student-athlete. *(Revised: 1/9/06)*

**13.6.1.1.1 First Opportunity to Visit.** A prospective student-athlete may not be provided an official visit earlier than January 1 of the prospective student-athlete's junior year in high school. *(Revised: 1/17/15 effective 8/1/15)*

**13.6.1.2 Post-High School Visits.** The one-visit limitation applies separately to the period in which the prospective student-athlete is in high school and to the period beginning October 15 after the prospective student-athlete's completion of high school. **[D]** *(Revised: 1/10/05)*

**13.6.1.2.1 Transfer Student.** If a student-athlete attending a four-year institution desires to transfer and that institution provides the permission required (per Bylaw 13.1.1.2), it is permissible for a second institution to provide the student-athlete one official visit to that institution's campus.

**13.6.2 Length of Official Visit.** An official visit to an institution shall not exceed 48 hours. A prospective student-athlete may remain in the locale in which the institution is located after the permissible 48-hour period for reasons unrelated to the official visit, provided that at the completion of the 48-hour visit, the individual departs the institution's campus, and the institution does not pay any expenses thereafter, including the cost of return transportation to the prospective student-athlete's home. Additionally, if the prospective student-athlete does not return home before attending the institution, the one-way transportation to the campus would be considered a violation of Bylaw 13.5.4, which prohibits transportation to enroll. **[D]** *(Revised: 1/9/96 effective 8/1/96, 1/10/05)*

**13.6.2.1 48-Hour Period Defined.** The 48-hour period of the official visit begins at the time the prospective student-athlete arrives on the institution's campus, rather than with the initiation of the prospective student-athlete's transportation by a coach or the time of the prospective student-athlete's arrival at the airport or elsewhere in the community. The prospective student-athlete's transportation to and from the campus must be without delay for personal reasons or entertainment purposes. The institution may not pay any expenses for entertainment (other than the actual and reasonable cost of meals) in conjunction with the prospective student-athlete's transportation. At the completion of the 48-hour visit, the prospective student-athlete must depart the institution's campus immediately; otherwise, the institution may not pay any expenses incurred by the prospective student-athlete upon departure from the institution's campus, including the cost of the prospective student-athlete's transportation home.

**13.6.2.2 Exception to 48-Hour Period for Extenuating Circumstances.** An official visit may extend beyond 48 hours for reasons beyond the control of the prospective student-athlete and the institution (e.g., inclement weather conditions, natural disaster, flight delays or cancellations, airport security activity). In such instances, the institution shall submit a report to the conference office after the visit (or, in the case of independent institutions, to the NCAA national office), noting the details of the circumstances. *(Adopted: 10/19/09)*

**13.6.3 Transportation on Official Visit.** For regulations relating to transportation on the official visit, see Bylaw 13.5.2.

**13.6.4 Accommodations on Official Visit.** A prospective student-athlete on an official visit shall be provided lodging and take meals as regular students normally do. Local commercial facilities may be used but at a scale comparable to that of normal student life and only within a 30-mile radius of the institution's campus. (See Bylaw 13.6.5.6 for restrictions on meals provided to prospective student-athletes on official visits.) **[D]** *(Revised: 1/13/03)*

**13.6.5 Entertainment/Tickets on Official Visit.**

**13.6.5.1 General Restrictions.** An institution may provide entertainment, which may not be excessive, on the official visit only for a prospective student-athlete and the prospective student-athlete's parents, guardian(s), spouse or individual of a comparable relationship and only within a 30-mile radius of the institution's main campus. It is not permissible to entertain other relatives or friends (including dates) of a prospective student-athlete at any time at any site. **[R]** *(Revised: 1/13/98, 1/8/01, 1/9/06)*

**13.6.5.1.1 Meals and Lodging While in Transit.** It is permissible for an institution to pay a prospective student-athlete's actual costs for reasonable expenses (e.g., meals, lodging) incurred while traveling to and from campus on the official visit.

**13.6.5.2 Complimentary Admissions.** During the official visit, complimentary admissions to a home athletics event may be provided to a prospective student-athlete and the individuals accompanying the prospective student-athlete. Seating shall be provided in the general seating area of the facility used for conducting the event. **[R]** *(Revised: 1/10/90 effective 8/1/90, 1/11/94, 1/13/98, 1/12/04, 1/9/06, 8/3/06, 1/15/14, 3/27/14)*

**13.6.5.2.1 Conference Tournaments.** An institution may provide complimentary admissions to a prospective student-athlete for a postseason conference tournament only if the institution participates in the tournament, and it is held on the institution's campus. **[R]** *(Revised: 1/10/91 effective 8/1/91)*

**13.6.5.2.2 NCAA Championships or Other Postseason Contests.** The provision of complimentary or reduced-cost admissions to prospective student-athletes for an NCAA championship (all rounds) or other postseason contests (e.g., NAIA championship) constitutes excessive entertainment and is prohibited. **[R]** *(Revised: 1/10/92)*

**13.6.5.2.3 Purchase of Game Tickets in Same Locale.** An institution may reserve tickets, only for the use of immediate family members accompanying a prospective student-athlete during an official visit and for seat locations adjacent to the complimentary seats being provided to the prospective student-athlete. These tickets must be purchased at face value. **[R]** *(Adopted: 1/10/92)*

**13.6.5.3 Parking.** An institution may arrange special on-campus parking for prospective student-athletes during an official visit. *(Adopted: 1/10/92)*

**13.6.5.4 Cash to Prospective Student-Athlete.** The institution or representatives of its athletics interests shall not provide cash to a prospective student-athlete for entertainment purposes.

**13.6.5.5 Student Host.** The institution may provide the following to a student host entertaining a prospective student-athlete:

(a) A maximum of $40 for each day of the visit to cover all actual costs of entertaining the prospective student-athlete (and the prospective student-athlete's parents, guardian(s), spouse or individual of a comparable relationship) and the student host(s), excluding the cost of meals and admission to campus athletics events. These funds may not be used for the purchase of souvenirs such as T-shirts or other institutional mementos. It is permissible to provide the student host with an additional $20 per day for each additional prospective student-athlete the host entertains. Neither the student host(s) nor the prospective student-athlete may contribute funds toward the cost of the entertainment; *(Revised: 1/10/90 effective 8/1/90, 1/9/96 effective 8/1/96, 1/9/06, 10/22/13, 12/19/13)*

(b) A complimentary meal, provided the student host is accompanying the prospective student-athlete during the prospective student-athlete's official visit; and *(Adopted: 1/10/92)*

(c) A complimentary admission to a campus athletics event, provided the ticket is used to accompany a prospective student-athlete to that event during the prospective student-athlete's official visit.

**13.6.5.5.1 Multiple Hosts.** If several students host a prospective student-athlete, the $40-per-day entertainment money may be used to cover the actual and necessary expenses incurred by the prospective student-athlete and all hosts. Only one student host per prospective student-athlete may be provided a free meal if restaurant facilities are used. **[D]** *(Revised: 1/10/92, 1/16/93, 1/9/96 effective 8/1/96, 1/13/03, 10/22/13)*

**13.6.5.6 Meals on Official Visit.** The cost of actual meals, not to exceed three per day, on the official visit for a prospective student-athlete and the individuals accompanying the prospective student-athlete need not be included in the $40-per-day entertainment expense. A dessert or after-meal snack also may be excluded. **[R]** *(Adopted: 1/10/92, Revised: 1/11/94 effective 8/1/94, 1/10/95 effective 8/1/95, 1/9/06, 8/3/06, 10/22/13, 10/21/14)*

**13.6.5.6.1 Entertainment at Staff Member's Home.** A luncheon, dinner or brunch at the home of an institutional staff member (e.g., the athletics director, a coach, a faculty member or the institution's president) may be held for a prospective student-athlete on an official visit, provided the entertainment is on a scale comparable to that of normal student life, is not excessive in nature and occurs on only one occasion. **[R]** *(Revised: 1/9/96)*

**13.6.5.6.2 Meal Location.** Meals provided for a prospective student-athlete and the individuals accompanying the prospective student-athlete on an official visit must occur on campus. It is permissible for the meals to be purchased from off-campus vendors (e.g., restaurants, caterers) as long as the meal is on a scale comparable to normal student life. If all on-campus dining facilities are closed, the institution may provide meals off-campus. If an institution normally participates in home competition at a site that is not located on the institution's campus, the meal may occur at that site. **[D]** *(Adopted: 1/10/92, Revised: 1/11/94 effective 8/1/94, 1/10/95 effective 8/1/95, 1/14/97, 1/9/06, 10/26/15)*

**13.6.5.6.2.1 Awards Banquet.** An institution may provide a meal to a prospective student-athlete and the prospective student-athlete's parents, guardian(s), spouse or individual of a comparable relationship at an institutional awards banquet, provided the banquet occurs on the institution's campus. **[R]** *(Revised: 1/10/95, 1/9/06)*

**13.6.5.6.2.2 Meal Served at Other On-Campus Facility.** An institution may provide a meal, provided the meal is prepared at any on-campus location in an on-campus dining facility. **[R]** *(Revised: 1/10/95)*

**13.6.5.6.2.3 Pre- or Postgame Meal or Snack.** An institution that provides a pre- or postgame meal or snack to its student-athletes as a benefit incidental to participation may provide that meal or snack to a prospective student-athlete and the prospective student-athlete's parents, guardian(s), spouse or individual of a comparable relationship as one of the three permissible official visit meals. **[R]** *(Revised: 1/10/95, 8/3/06)*

**13.6.6 Lodging for Additional Persons.** Additional persons (e.g., prospective student-athlete's brother, sister, friend) may stay in the same room as the prospective student-athlete or parents, guardian(s), spouse or individual of a comparable relationship of the prospective student-athlete, but the institution shall not pay the costs resulting from the additional occupants. The additional occupants shall not be prospective student-athletes being recruited by the institution. The institution may provide separate lodging (e.g., hotel room) for the prospective student-athlete and the prospective student-athlete's parents or guardians. **[R]** *(Adopted: 1/10/92, Revised: 1/8/01, 12/19/05)*

**13.6.7 Institutional Admissions Departments -- Programming and Benefits Available to All Prospective Students Generally.** The limitations within this section do not apply to programming or benefits (e.g., entertainment, meals) provided by the institution's admissions department and available to prospective students generally. It is not permissible for the admissions department to provide benefits exclusively to groups of prospective student-athletes to avoid the application of the official visit legislation. All limitations within this section apply if the funding for any of the benefits described are provided through the athletics department. *(Adopted: 10/19/09)*

# 13.7 Unofficial Visit.

**13.7.1 Number Permitted.** A prospective student-athlete may visit a member institution's campus at their own expense an unlimited number of times. A prospective student-athlete may make unofficial visits before January of their junior year in high school. *(Revised: 4/20/21)*

**13.7.2 Entertainment/Tickets.**

**13.7.2.1 General Regulations.** During an unofficial visit, the institution may not pay any expenses or provide any entertainment, except complimentary admissions to the prospective student-athlete and the individuals accompanying the prospective student-athlete to a home athletics event at any facility in which the institution's intercollegiate team practices or competes. Such complimentary admissions are for the exclusive use of the prospective student-athlete and those persons accompanying the prospective student-athlete on the visit and must be issued on an individual-game basis. Seating shall be provided in the general seating area of the facility used for conducting the event. **[R]** *(Revised: 1/10/90 effective 8/1/90, 1/11/94, 1/12/04, 8/3/06, 7/26/11, 1/15/14, 3/27/14)*

**13.7.2.1.1 Meals.** An institution may provide a prospective student-athlete with a meal in the institution's on-campus dining facility during an unofficial visit. An institution may provide a meal in an off-campus dining facility when all on-campus dining facilities are closed, provided the institution can certify that it is the institution's normal policy to provide such a meal under similar circumstances to all prospective students (including nonathletes) visiting the campus. **[R]**

**13.7.2.1.2 Housing.** An institution may provide a prospective student-athlete with housing during an unofficial visit, provided such housing is generally available to all visiting prospective students. **[R]**

**13.7.2.1.2.1 Lodging in Dormitories.** A prospective student-athlete on an unofficial visit may stay in an enrolled student-athlete's dormitory room, provided the housing is available to all visiting prospective students. **[R]** *(Revised: 4/21/09)*

**13.7.2.1.3 Transportation during Unofficial Visit.** For regulations relating to transportation on an unofficial visit, see Bylaw 13.5.3.

**13.7.2.1.4 Reserving Game Tickets.** An institution may not reserve tickets (in addition to the permissible complimentary admissions) to be purchased by a prospective student-athlete (or individuals accompanying the prospective student-athlete) on an unofficial visit. Tickets may be purchased only in the same manner as prospective students generally. **[R]** *(Adopted: 1/10/92, Revised: 1/9/06)*

**13.7.2.1.5 Parking.** An institution may not arrange special parking for prospective student-athletes to use while attending a member institution's campus athletics event during an unofficial visit. **[R]** *(Adopted: 1/10/92)*

**13.7.2.1.6 Academic Interviews.** An athletics department staff member may arrange academic interviews for a prospective student-athlete on an unofficial visit.

**13.7.2.2 Home Games Outside the Community.** If an institution schedules any regular-season home games at a site located in a community other than its own, the host institution may provide a maximum of three complimentary admissions to only one such game for the exclusive use of a prospective student-athlete and those persons accompanying the

prospective student-athlete. Tournament and postseason games are excluded. The institution shall not arrange or permit any other entertainment or payment of expenses, including transportation. **[R]**

**13.7.2.3 Conference Tournaments.** An institution may provide complimentary admissions to a prospective student-athlete for a postseason conference tournament only if the institution participates in the tournament and it is held on the institution's campus. **[R]** *(Revised: 1/10/91 effective 8/1/91)*

**13.7.2.4 NCAA Championships or Other Postseason Contests.** The provision of complimentary or reduced-cost admissions to prospective student-athletes for an NCAA championship (all rounds) or other postseason contests (e.g., bowl game, NAIA or NIT championship) constitutes excessive entertainment and is prohibited. The prospective student-athlete may purchase tickets to such events only in the same manner as any other member of the general public. **[R]** *(Revised: 1/10/92)*

**13.7.2.5 Visit Unrelated to Recruitment.** The limitations on providing entertainment to a prospective student-athlete shall not extend to a visit to the institution's campus for a purpose having nothing whatsoever to do with the prospective student-athlete's athletics recruitment by the institution (e.g., band trip, fraternity weekend, athletics team's attendance at a sporting event with the high school coach). The institution's athletics department or representatives of its athletics interests may not be involved in any way with the arrangements for the visit, other than providing (in accordance with established policy) free admissions to an athletics event on a group basis, rather than personally to the prospective student-athlete. **[R]**

**13.7.2.6 Visit Related to National Student-Athlete Day or National Girls and Women in Sports Day.** The limitations on providing entertainment to a prospective student-athlete shall not extend to a visit to the institution's campus for activities related to National Student-Athlete Day or National Girls and Women in Sports Day. **[R]** *(Adopted: 1/14/97, Revised: 4/22/98)*

**13.7.3 Institutional Admissions Departments -- Programming or Benefits Available to All Prospective Students Generally.** The limitations within this section do not apply to programming or benefits (e.g., entertainment, meals) provided by the institution's admissions department and available to prospective students generally. It is not permissible for the admissions department to provide benefits exclusively to groups of prospective student-athletes to avoid the application of the official visit legislation. All limitations within this section apply if the funding for any of the benefits described are provided through the athletics department. *(Adopted: 10/19/09)*

# 13.8 Entertainment, Reimbursement and Employment of High School/College-Preparatory School/Two-Year College Coaches.

**13.8.1 Entertainment Restrictions.** Entertainment of a high school, college-preparatory school or two-year college coach or any other individual responsible for teaching or directing an activity in which a prospective student-athlete is involved shall be limited to providing a maximum of two complimentary admissions to a home athletics event at any facility in which the institution's intercollegiate team regularly practices or competes, not to exceed full-season passes or tickets. Such entertainment shall not include food and refreshments, housing expenses or the cost of transportation to and from the campus. *(Revised: 1/11/00 effective 8/1/00, 10/18/04, 1/8/05, 1/10/05, 1/9/06, 10/16/18, 12/1/23)*

**13.8.1.1 Transportation Reimbursement.** An institution shall not reimburse a high school, preparatory school or two-year college coach for transportation expenses of any kind. **[D]** *(Revised: 1/9/06, 10/16/18)*

**13.8.1.2 Purchase of Game Tickets.** Tickets in addition to the permissible complimentary admissions may be purchased only in the same manner as any other member of the general public. **[D]** *(Adopted: 1/10/92, Revised: 1/9/06, 10/16/18)*

**13.8.1.3 Noncoaching-Related Organization.** If a high school, preparatory school or two-year college coach is a member of a noncoaching-related organization (e.g., state high school principals association, college fraternity alumni organization, institution's alumni association), an institution may entertain the group, provided there is no direct involvement by the institution's athletics department. **[D]** *(Revised: 10/16/18)*

**13.8.2 Material Benefits.** Arrangements by an institution that involve a material benefit for a high school, preparatory school or two-year college coach, or for any other individual responsible for teaching or directing an activity in which a prospective student-athlete is involved (e.g., the provision of a gift such as a tangible item bearing the institution's insignia, the offer to pay a portion of the coach's or other individual's personal expenses or an arrangement to provide transportation for the coach or other individual) are prohibited. **[D]** *(Revised: 1/8/05, 12/19/05, 1/9/06, 10/16/18)*

**13.8.2.1 Alumni Exception.** An institution may provide a high school, preparatory school or two-year college coach who is an alumna or alumnus of that institution with a material benefit (e.g., meal, plaque, certificate) comparable to a benefit provided to non-coaches for recognition of a special achievement. **[D]** *(Adopted: 4/11/06, Revised: 10/16/18)*

**13.8.3 Employment Conditions.** (See Bylaw 11.4)

## 13.9 Letter-of-Intent Programs.

**13.9.1 Letter-of-Intent Prohibition.** An institution shall not use any form of a letter of intent or similar form of commitment in the recruitment of a prospective student-athlete. However, it shall be permissible for the institution to use in the recruitment of a prospective student-athlete its pre-enrollment forms executed by prospective students in general at that institution. **[D]** *(Revised: 1/10/05, 12/23/09)*

**13.9.1.1 Exception -- Nonbinding Athletics Celebratory Form.** An institution may use a standard, nonbinding athletics celebratory signing form after a prospective student-athlete has been accepted for enrollment to the institution. The standard form shall be made available by the NCAA national office. *(Adopted: 1/17/15 effective 4/15/15)*

**13.9.1.1.1 Staff Member Presence.** An institution may not permit a prospective student-athlete to sign the standard, nonbinding athletics celebratory signing form on the institution's campus, nor may institutional staff members be present when a prospective student-athlete signs the standard, nonbinding celebratory signing form. *(Adopted: 5/6/15, Revised: 10/20/15)*

## 13.10 Publicity.

**13.10.1 General Regulations.** An institution's staff member or any representative of its athletic interest shall not, directly or indirectly, publicize in any way the recruitment of a prospective student-athlete and is subject to the provisions set forth in this bylaw. *(Adopted: 8/4/21)*

**13.10.2 Presence of Media During Recruiting Contact.** A member institution shall not permit a media entity to be present during any recruiting contact made by an institution's coaching staff member. **[D]** *(Adopted: 1/9/96, Revised: 1/14/97)*

**13.10.3 Comments Before Acceptance.** An institution may comment publicly only to the extent of confirming its recruitment of the prospective student-athlete. **[D]** *(Revised: 1/14/97, 1/11/00 effective 8/1/00)*

**13.10.3.1 Evaluations for Media, Recruiting Services.** Athletics department staff members shall not evaluate or rate a prospective student-athlete for news media, scouting services or recruiting services before the prospective student-athlete's signed acceptance of the institution's written offer of admission as a student and/or written tender of financial assistance to be provided on the prospective student-athlete's enrollment. **[D]**

**13.10.3.2 Exception—Actions on Social Media Platforms.** An athletics department staff member may connect with (e.g.,"friend," "follow," etc.) a prospective student-athlete on social media platforms. Further, an athletics department staff member may take actions (e.g., "like," "favorite," republish, etc.) on social media platforms that indicate approval of social media content generated by users of the platforms other than institutional staff members or representatives of an institution's athletics interests. *(Adopted: 1/26/19)*

**13.10.4 Radio/TV Show.** A member institution shall not permit a prospective student-athlete or a high school, college-preparatory school or two-year college coach to appear, be interviewed or otherwise be involved (in person or via film, audio file or video) on: **[D]** *(Revised: 1/9/06, 1/31/18)*

(a) A radio or television program conducted by the institution's coach; or

(b) A program for which a member of the institution's athletics staff has been instrumental in arranging for the appearance of the prospective student-athlete or coach or related program material.

**13.10.4.1 Game Broadcast/Telecast.** A prospective student-athlete may not be interviewed during the broadcast or telecast of an institution's intercollegiate contest. A member institution may not permit a station telecasting a game to show a video of competition involving high school, preparatory school or two-year college players. **[D]** *(Revised: 1/31/18)*

**13.10.5 Prospective Student-Athlete's Visit.** A member institution shall not publicize (or arrange for publicity of) a prospective student-athlete's visit to the institution's campus. **[D]** *(Revised: 1/14/97, 7/20/10)*

**13.10.5.1 High School, Preparatory School or Two-Year College Contest in Conjunction with Collegiate Competition Advertising Activities.** A member institution hosting a high school, preparatory school or two-year college contest may not advertise the appearance of any specific prospective student-athletes nor may it use individual or team photographs of participating teams involving prospective student-athletes in any advertising activities, except as permitted in Bylaw 13.10.7. **[D]** *(Adopted: 7/20/10)*

**13.10.5.2 Exception.** A member institution's admissions office may publicize (or arrange for publicity of) a prospective student-athlete's visit to the institution's campus provided the same manner of publicity is done for prospective students generally. *(Adopted: 1/14/08)*

**13.10.6 Introduction of Prospective Student-Athlete.** An institution may not introduce a visiting prospective student-athlete at a function (e.g., the institution's sports award banquet or an intercollegiate athletics contest) that is attended by media representatives or open to the general public. **[D]** *(Revised: 1/14/97)*

**13.10.7 Photograph of Prospective Student-Athlete.** It is permissible for an institution to photograph a prospective student-athlete during a campus visit to be used in the institution's permissible publicity and promotional activities (e.g., press release, media guide), but the photograph may not be given to the prospective student-athlete. **[D]** *(Adopted: 1/16/93, Revised: 1/11/94, 1/13/03)*

**13.10.8 Announcement of Acceptance.** Publicity released by an institution concerning a prospective student-athlete's commitment to attend the institution shall occur only after the paid acceptance of the institution's written offer of admission and/or financial aid or, for institutions that do not require a paid acceptance or financial deposit, after the institution has received a commitment from the prospective student-athlete that is required of all incoming students. Such communications may be released to media outlets at the institution's discretion; however, an institution is prohibited from purchasing or receiving commercial advertising (e.g., print, media or billboard) to be used to identify a prospective student-athlete by name or picture. **[D]** *(Revised: 1/14/97, 1/11/00 effective 8/1/00, 1/9/06, 2/19/24)*

**13.10.8.1 Staff Member Presence.** Institutional staff members may be present when a prospective student-athlete signs an institution's pre-enrollment forms executed by prospective students in general at that institution, provided no media representatives are present. This does not preclude the presence of bona fide media representatives who are employed on a part-time basis by the institution. (See Bylaw 13.9.1.1.1 for staff member presence when a prospective student-athlete signs a nonbinding athletics celebratory signing form) **[D]** *(Revised: 1/9/06, 5/6/15, 10/20/15)*

# 13.11 Events Involving Prospective Student-Athletes. *(Revised: 1/21/17 effective 1/21/17)*

**13.11.1 Prospective Student-Athlete Defined for Purposes of this Section.** For purposes of this section, the phrase "prospective student-athlete" shall include any individual who has started classes for the ninth grade and is not enrolled in the member institution at the time of the activity described. For an incoming student, the limitations of this section do not apply to preseason participation if the student has been accepted by the institution for enrollment in a regular, full-time program of studies and is no longer enrolled in the previous educational institution. *(Revised: 1/11/89, 5/4/09, 1/16/10, 12/5/14, 1/21/17 effective 1/21/17)*

**13.11.2 Prohibited Physical Activities Involving Prospective Student-Athletes.**

**13.11.2.1 Traditional Tryout.** It is impermissible for an athletics department coaching staff member to observe or conduct physical workouts or other recreational activities designed to test the athletics abilities of a prospective student-athlete. **[D]** *(Revised: 9/15/08, 5/4/09, 1/16/10)*

**13.11.2.1.1 Permissible Observation of Recreational Activities.** A coaching staff member who observes a prospective student-athlete engaging in recreational activities is not considered to be conducting a tryout, provided: *(Adopted: 1/16/10)*

(a) The documented job responsibilities for the coaching staff member include monitoring of an institutional facility for purposes of safety and facility security and the observation occurs while the coaching staff member performs this monitoring responsibility; or *(Revised: 1/21/17)*

(b) The activity meets one of the criteria outlined in Bylaw 13.11.3. *(Revised: 1/21/17)*

The exception in Bylaw 13.11.2.1.1-(a) does not permit a coaching staff member to direct, supervise or provide instruction to prospective student-athletes but permits a coaching staff member to stop any activity that is dangerous to a prospective student-athlete or other students. *(Adopted: 1/21/17)*

**13.11.2.2 Competition Against Prospective Student-Athletes.** It is impermissible for an institution's varsity intercollegiate team to compete against a high school or preparatory school team. **[D]** *(Revised: 9/5/08, 5/4/09, 1/16/10)*

**13.11.3 Permissible Events Involving Prospective Student-Athletes.** *(Revised: 1/16/10, 1/21/17 effective 1/21/17)*

**13.11.3.1 Competition-Only Events.** An institution or an athletics department staff member may conduct an event involving prospective student-athletes in which prospective student-athletes are engaged solely in competition. *(Revised: 1/16/10, 1/21/17 effective 1/21/17)*

**13.11.3.2 Sports Camps and Clinics and Other Athletics Events.** An institution or an athletics department staff member may host, conduct or be employed by an event involving prospective student-athletes, provided: *(Revised: 1/16/10, 1/21/17)*

(a) The event is open to the general public (limited only by number, age, gender and grade level); *(Adopted: 1/21/17, Revised: 2/25/20)*

(b) The event does not offer free or reduced admission to any individual who has started classes for the ninth grade; *(Adopted: 1/21/17)*

(c) Any awards or mementos received by prospective student-athletes are included in the admissions fees charged for participation in the event; and *(Adopted: 1/21/17)*

(d) No athletics department staff member is employed (either on a salaried or volunteer basis) in any capacity by an event established, sponsored or conducted by a recruiting or scouting service. (Events established, sponsored or conducted by a recruiting or scouting service are permitted to occur on an institution's campus.) (See Bylaw 11.3.3.) *(Adopted: 1/21/17)*

**13.11.3.2.1 Institutional Camps/Clinics and Other Athletics Events.** Institutional camps and clinics may provide results of an evaluation only to the specific prospective student-athlete to which that evaluation pertains. *(Adopted: 1/21/17)*

**13.11.3.2.2 Service or Religious Organization Camps and Conferences.** Events conducted by service or religious organizations are exempt from NCAA restrictions on events involving prospective student-athletes. *(Adopted: 1/21/17)*

**13.11.3.2.3 Exception -- Hosting Events Involving Prospective Student-Athletes Without Institutional Involvement.** A member institution's facilities may be made available for a camp, clinic or other athletic event involving prospective student-athletes that does not meet the criteria outlined in Bylaw 13.11.3.2, provided institutional staff members are not involved in any manner with the event and the institution does not promote the event. *(Adopted: 7/23/18)*

**13.11.3.3 Private Lessons.** An institution's coach may teach private lessons to a prospective student-athlete, provided the criteria detailed in Bylaw 11.3.2 are satisfied. *(Adopted: 1/9/06 effective 8/1/06, Revised: 5/4/09, 1/16/10)*

**13.11.3.4 Sports Club Teams.** It is permissible for an institution's coach or administrator to be involved in any capacity (e.g., as a participant or administrator or in instructional or coaching activities) in an organized sports club or organization involving teams of prospective student-athletes; however, neither an institution's athletics department nor an institution's athletics booster group may sponsor a sports club that includes prospective student-athletes. It is permissible for a department of the institution that operates independent of the athletics department (e.g., physical education department, recreation department) to sponsor a sports club that includes prospective student-athletes, provided no athletics department staff member is involved with the club team. *(Adopted: 1/10/90, Revised: 1/16/93, 1/9/06, 5/4/09, 1/16/10)*

**13.11.3.5 High School All-Star Games.** See Bylaw 13.12. *(Adopted: 4/21/10, Revised: 1/21/17)*

**13.11.4 Employment at Competition Events, Sports Camps and Clinics and Other Events.** *(Adopted: 1/21/17)*

**13.11.4.1 Prospective Student-Athletes.** An institution may employ a prospective student-athlete at its event, provided all compensation received by the prospective student-athlete is for work actually performed and at a rate commensurate with the going rate in that locality for similar services. *(Adopted: 1/21/17)*

**13.11.4.2 Student-Athlete Employment.** Student-athletes may be employed by athletics events (institutional or non-institutional) involving prospective student-athletes, provided: *(Adopted: 1/21/17)*

(a) The student-athlete performs administrative duties in addition to any coaching or officiating duties; *(Adopted: 1/21/17)*

(b) A student-athlete who only lectures or demonstrates may not receive compensation for their appearance; and *(Adopted: 1/21/17, Revised: 4/20/21)*

(c) A student-athlete with remaining eligibility is not permitted to conduct their own event. *(Adopted: 1/21/17, Revised: 9/13/17, 4/20/21)*

# 13.12 High School All-Star Games.

**13.12.1 Coach and Athletics Department Staff Member Involvement.** Any coach or athletics department staff member directly involved in the recruiting of prospective student-athletes shall not participate (directly or indirectly) in the coaching, officiating or player selection for a high school all-star event. Such staff members may serve in an administrative or operational capacity (e.g., ticket administration, concessions, scoreboard operator) for a high school all-star event. **[D]** *(Revised: 1/13/03, 1/12/11)*

**13.12.1.1 Exception -- Previous Contractual Agreement.** If a coach has made a contractual commitment to coach in a high school all-star game before being employed by a member institution and then becomes a member of the institution's staff before the game is held, the coach may honor the contractual commitment. *(Revised: 1/8/01 effective 8/1/01)*

**13.12.2 Use of Institutional Facilities.** A member institution's facilities may be made available for a high school all-star game provided the provisions of Bylaw 13.12.1 are met. **[D]** *(Revised: 1/10/05, 4/21/10)*

**13.12.3 Use of Institutional Equipment.** It is not permissible for an institution to provide its athletics equipment to a prospective student-athlete (e.g., for use in a high school all-star game). **[D]** *(Revised: 1/10/05)*

## 13.13 Use of Recruiting Funds.

**13.13.1 Institutional Control.** All funds for the recruitment of prospective student-athletes shall be deposited with the member institution, which shall be exclusively and entirely responsible for the manner in which such funds are expended.

**13.13.2 Visiting a Prospective Student-Athlete.** A member institution's athletics department staff member or a representative of its athletics interests may visit a prospective student-athlete or the prospective student-athlete's relatives or guardian(s) at any location for recruiting purposes. However, on any such visit, the staff member or athletics representative may not expend any funds other than the amount necessary for their own personal expenses. *(Revised: 8/3/06, 4/20/21)*

**13.13.3 Recruiting Services.**

**13.13.3.1 Video Services.** Member institutions are permitted to use video services so long as only regularly scheduled (regular season) high school or two-year college contests are involved. The institution may not contract with the service in advance to have a particular contest recorded, and the service must be available to all institutions at the same cost. *(Revised: 1/10/05, 1/31/18)*

**13.13.4 Alumni Organizations.** Alumni organizations of an institution may sponsor luncheons, teas or dinners at which prospective students (athletes and nonathletes) of that immediate locale are guests. A member institution's area alumni organization may be considered a bona fide part of that institution, provided such an organization is accredited by the president or chancellor of the institution and meets these additional terms and conditions: **[D]** *(Revised: 10/3/05)*

(a) A staff member of the institution shall periodically inspect the financial records of the alumni organization and certify that the expenditures comply with the rules and regulations of the NCAA and the conference(s), if any, of which the institution is a member; and

(b) A club official shall be designated by the president or chancellor as the institution's official agent in the administration of the club's funds, and said club official shall file regular reports to the institution relating the manner in which the club funds have been spent in the recruitment of student-athletes. *(Revised: 10/3/05)*

**13.13.4.1 Subject to NCAA Rules.** When an alumni organization is certified by the president or chancellor as being a bona fide part of the institution, said organization becomes subject to all of the limitations placed upon the member institution by NCAA legislation. A violation of such legislation by any member of the alumni organization shall be a violation by the member institution. **[D]** *(Revised: 10/3/05, 12/5/14)*

## 13.14 Precollege Expenses.

**13.14.1 Prohibited Expenses.** An institution or a representative of its athletics interests shall not offer, provide or arrange financial assistance, directly or indirectly, to pay (in whole or in part) the costs of the prospective student-athlete's educational or other expenses for any period before their enrollment or so the prospective student-athlete may obtain a postgraduate education. *(Revised: 1/9/06, 4/20/21)*

**13.14.1.1 Extent of Prohibition.** The provisions of Bylaw 13.14.1 apply to all prospective student-athletes, including those who have signed an institutional offer of admission or written tender of financial assistance.

**13.14.1.2 Fundraising for High School Athletics Program.** An institution may not provide funding, directly or through paid advertisements, to benefit a high school athletics program. **[D]** *(Adopted: 1/10/92, Revised: 1/8/01)*

**13.14.1.2.1 Exception -- NCAA Championships.** An institution or conference that is hosting any portion of an NCAA championship may purchase paid advertisements in a high school athletics program to generally promote the NCAA championship, provided: *(Adopted: 1/15/14)*

(a) The advertisement includes only information relevant to the championship events;

(b) The advertisement is available to the general public, including all high schools in the local area; and

(c) The advertisement does not contain information related to the institution's athletics program or the conference's member institutions.

**13.14.1.2.2 Involvement by Local Representatives of Institution's Athletics Interests.** A representative of an institution's athletics interests may provide funding to benefit a high school athletics program located in the community in which the athletics representative resides, provided: *(Adopted: 1/10/92)*

(a) The representative acts independently of the institution;

(b) The funds are distributed through channels established by the high school or the organization conducting the fundraising activity; and

(c) The funds are not earmarked directly for a specific prospective student-athlete.

**13.14.1.2.3 Involvement by Athletics Department Staff.** An athletics department staff member may assist in fundraising for their former high school or if a family member is currently enrolled at the high school, for a high school program (e.g., athletics department, band, swim team), provided: *(Adopted: 2/3/23)*

(a) The athletics staff member acts independently of the institution (e.g., no donation of institutional items, no publicity of the athletics staff member's donation or presence at an event); *(Adopted: 2/3/23)*

(b) The funds are distributed through channels established by the high school or the organization conducting the fundraising activity; and *(Adopted: 2/3/23)*

(c) The funds are not earmarked for a specific prospective student-athlete. *(Adopted: 2/3/23)*

**13.14.1.3 College Use of High School Facility.** An institution may not contribute to a high school or its athletics booster club any funds realized from an athletics contest played or a practice held at a high school facility, except actual and necessary expenses for rental of the facility.

**13.14.1.4 High School Contest in Conjunction with College Competition.** An institution shall be permitted to host high school contests in all sports held in conjunction with intercollegiate contests. (See Bylaw 13.10.5.1) *(Revised: 1/10/90, 1/10/95, 2/26/10, 7/20/10)*

**13.14.1.5 Donation - Equipment and Monetary.** *(Revised: 10/20/20)*

**13.14.1.5.1 Athletics Equipment and Monetary Donations.** A member institution may provide used athletics equipment to high schools or bona fide youth organizations (e.g., the YMCA, YWCA, Boy Scout troops, Girl Scout troops, a summer recreation league) that may consist of prospective student-athletes, provided the issuance of equipment is in accordance with the institution's regular policy regarding discarding equipment. Further, a member institution may provide monetary donations to nonathletic bona fide youth organizations. (e.g., YMCA, YWCA, Boys and Girls Clubs) **[D]** *(Adopted: 1/10/92, Revised: 1/8/01, 1/9/06, 10/20/20)*

**13.14.1.5.1.1 Exception -- Women's Rowing.** An institution may loan rowing equipment to a high school's or junior club program's women's team on an issuance and retrieval basis and may permit high schools' and junior club programs' women's teams to use its rowing facilities for practice and/or competition. *(Adopted: 1/9/96 effective 8/1/96)*

**13.14.1.5.1.2 Donation of Used Athletics Equipment to Foundation.** An institution may donate used athletics equipment to a nonprofit foundation established to distribute such equipment to high schools, provided the request for such donations is initiated by the foundation and the institutions have no part in selecting the high schools that are to receive the equipment. *(Adopted: 1/11/94)*

**13.14.1.5.2 Nonathletics Equipment.** A member institution may provide nonathletics equipment (e.g., a computer) to a high school, provided there is no athletics department involvement and the equipment is not used to benefit only the high school's athletics program. *(Adopted: 1/10/91)*

**13.14.1.6 Ticket Sales.** It is not permissible for a member institution to compensate a high school, preparatory school or two-year college for selling tickets to the institution's athletics contests. Specifically, the member institution may not provide such forms of compensation as a guarantee, a percentage of the income realized from the sale of the tickets or any other form of commission for providing such services.

**13.14.2 Permissible Expenses.**

**13.14.2.1 Institution Providing Items to Athletics Youth Groups for Fundraising.** An institution may provide items to assist in the fundraising efforts of athletics youth groups composed of individuals who have not started classes for the ninth grade without causing such individuals to become prospective student-athletes per Bylaw 13.02.7. *(Adopted: 1/10/95, Revised: 1/9/06)*

**13.14.2.2 Advertisements and Upgrades for College/High School Shared Home Facility.** A member institution may advertise and upgrade its home facility even if that facility is also the home facility for prospective student-athletes (e.g., high school football stadium). *(Revised: 1/9/06)*

# 13.15 U.S. Service Academy Exceptions and Waivers.

**13.15.1 Contacts.**

**13.15.1.1 Freshmen at Summer Enrollment Programs.** Freshmen entering the official summer enrollment program of one of the five national service academies (i.e., U.S. Air Force, Coast Guard, Merchant Marine, Military and Naval Academies) shall be considered student-athletes of a senior collegiate institution and may not be contacted by other member institutions without permission from the athletics director of the service academy. *(Revised: 9/21/05)*

**13.15.2 Precollege Expenses/Preparatory School Assistance -- Waiver.** The Management Council, by a two-thirds majority of its members present and voting, may approve waivers of Bylaw 13.14, provided such waivers are limited to procedures involving preparation for entrance into one of the U.S. service academies. *(Revised: 4/13/10)*

**13.15.2.1 Air Force, Coast Guard, Merchant Marine, Military and Naval Academies Exception.** A nonprofit, outside organization representing the interests of an academy may collect contributions from alumni and other friends of the academy for the purpose of assisting candidates in obtaining a preparatory education, provided the following conditions are met: *(Revised: 9/21/05, 4/13/10)*

(a) The foundation's arrangements with the preparatory school(s) shall provide that the foundation's contributions shall be turned over to the preparatory school for the school's administration without interference or dictation from the foundation or the academy;

(b) The preparatory school shall have sole jurisdiction in determining the recipient of financial assistance and the terms and conditions of the award;

(c) The foundation may recommend candidates to the preparatory school; athletics staff members of the academy may not; and

(d) Such a foundation shall provide preparatory education assistance for prospective candidates who do not have specialized athletics abilities as well as those who do. The number of candidates with recognized ability assisted each year as the result of the foundation's program shall be in equal ratio to the number of student-athletes on the regular intercollegiate squads of the academy compared with the total enrollment of the academy.

# FIGURE 13-1

## Division III Official and Unofficial Visit Chart*

| | Official Visit | Unofficial Visit |
|---|---|---|
| **Number of Visits Permitted** | One per institution. (See Bylaw 13.6.1.1) | Unlimited. (See Bylaw 13.7.1) |
| **First Opportunity to Visit** | January 1 of the prospective student-athlete's junior year in high school. (See Bylaw 13.6.1.1.1) | Any time. (See Bylaw 13.7.1) |
| **Permissible Length of Visit** | Shall not exceed 48 hours. The 48 hour period begins at the time the prospective student-athlete arrives on campus. (See Bylaw 13.6.2) | No time limitations. (See Bylaw 13.7 generally) |
| **Meals** | Three on-campus meals per day for prospective student-athlete and individuals accompanying the prospective student-athlete. Dessert or after-meal snack also permitted. May provide meals while in transit to and from visit. (See Bylaw 13.6.5.6, 13.6.5.1.1 and 13.6.2.1) | One on-campus meal for prospective student-athlete only. (See Bylaw 13.7.2.1.1) |
| **Lodging** | On campus or at a local facility within a 30-mile radius of institution's campus and comparable to normal student life. May provide a separate room for parents/guardian and spouse or individual of comparable relationship. (See Bylaw 13.6.4 and 13.6.6)) | None, unless housing is generally available to all visiting prospective students. (See Bylaw 13.7.2.1.2) |
| **Entertainment** | $40 per day to cover prospective student-athlete, prospective student-athlete's parents/guardians and spouse or individual of comparable relationship and host. (See Bylaw 13.6.5.5) | None. (See Bylaw 13.7.2.1) |
| **Complimentary Admissions to Home Athletics Event** | Admissions for prospective student-athlete and individuals accompanying the prospective student-athlete. No special seating. (See Bylaw 13.6.5.2) | Admissions for prospective student-athlete and individuals accompanying the prospective student-athlete. No reserving additional game tickets. No arranging of special parking. No special seating. (See Bylaw 13.7.2.1) |
| **Transportation** | Round-trip (e.g., airfare, mileage) cost for prospective student-athlete only (may include relatives or friends traveling in the same automobile). (See Bylaw 13.5.2) | To view off-campus practice and competition sites in the prospective student-athlete's sport or other institutional facilities. Must be accompanied by institutional staff member. (See Bylaw 13.5.3) |

*This chart summarizes what accommodations an institution may provide to a prospective student-athlete on an official or unofficial visit and the legislative references. It is not intended to replace the Division III recruiting legislation in Bylaw 13.

BYLAWS, ARTICLE 14

# Eligibility: Academic and General Requirements.

## 14.01 General Principles.

**14.01.1 Institutional Responsibility.** An institution shall not permit a student-athlete to represent it in intercollegiate athletics competition unless the student-athlete meets all applicable eligibility requirements and the institution has certified the student-athlete's eligibility. Violations of this bylaw in which the institution fails to certify the student-athlete's eligibility before allowing the student-athlete to represent the institution in intercollegiate competition shall be considered an institutional violation per Bylaw 20.15.2; however, such violations shall not affect the student-athlete's eligibility, provided all the necessary information to certify the student-athlete's eligibility was available to the institution and the student-athlete would have been otherwise eligible for competition. *(Revised: 10/22/07)*

**14.01.2 Academic Status.** To be eligible to represent an institution in intercollegiate athletics competition, a student-athlete shall be enrolled in at least a minimum full-time program of studies, be in good academic standing and maintain satisfactory progress toward a baccalaureate or equivalent degree. A student-athlete enrolled in a two-year degree program shall be eligible only if that student-athlete was admitted to the institution under the same standards as four-year degree-seeking students and if the two-year degree program is not a terminal program. A waiver of the minimum full-time enrollment requirement may be granted for a student enrolled in the final term of the baccalaureate program (see Bylaw 14.1.7.1.7.1). Also, a student may represent the institution while enrolled as a graduate or professional student or while enrolled and seeking a second baccalaureate degree at the same institution (see Bylaw 14.1.8). *(Revised: 1/10/05)*

**14.01.2.1 Good Academic Standing.** To be eligible to represent an institution in intercollegiate athletics competition, a student-athlete shall be in good academic standing as determined by the academic authorities who determine the meaning of such phrases for all students of the institution, subject to controlling legislation of the conference(s) or similar association of which the institution is a member. *(Revised: 8/18/06)*

**14.01.2.2 Institutional Responsibility for Eligibility Certification.** The president or chancellor is responsible for approving the procedures for certifying the eligibility of an institution's student-athletes under NCAA legislation. The president or chancellor may designate an individual on the institution's staff to administer proper certification of eligibility. Certification of eligibility must occur before allowing a student-athlete to represent the institution in intercollegiate competition (see Bylaw 14.01.1). *(Revised: 10/3/05)*

**14.01.3 Compliance with Other NCAA and Conference Legislation.** To be eligible to represent an institution in intercollegiate athletics competition, a student-athlete shall be in compliance with all applicable provisions of the constitution and bylaws of the Association and all rules and regulations of the institution. A student-athlete's violation of a conference rule does not affect the student-athlete's eligibility; however, the violation shall be considered an institutional violation per Bylaw 20.15.2. Specific attention is called to legislation affecting eligibility in the following areas. *(Revised: 1/4/07)*

**14.01.3.1 Amateurism.** A student-athlete shall not be eligible for participation in an intercollegiate sport if the individual takes or has taken pay, or has accepted the promise of pay in any form, for participation in that sport, or if the individual has violated any of the other regulations related to amateurism set forth in Bylaw 12.

**14.01.3.2 Awards, Benefits and Expenses.** Receipt by a student-athlete of nonpermissible awards, extra benefits, or excessive or improper expenses not authorized by NCAA legislation violates the Association's amateurism principle and renders the student-athlete ineligible for athletics participation in the sport for which the improper award, benefit or expense was received (see Bylaw 16).

**14.01.3.3 Ethical Conduct.** A prospective or enrolled student-athlete who is found to have engaged in unethical conduct (see Bylaw 10.1) shall be ineligible for intercollegiate competition in all sports. Unethical conduct consists of, but is not limited to: *(Revised: 1/10/90)*

(a) Fraudulence in connection with entrance or placement examinations;

(b) Engaging in any athletics competition under an assumed name or with intent otherwise to deceive;

(c) Dishonesty in evading or violating NCAA regulations; or

(d) Knowingly furnishing the NCAA or the individual's institution false or misleading information concerning the student's involvement in or knowledge of matters relevant to a possible violation of NCAA regulations [see Bylaw 10.1-(d)]. *(Revised: 1/10/90)*

**14.01.3.4 Financial Aid.** A student-athlete who receives financial assistance other than that authorized by the Association shall not be eligible for intercollegiate athletics competition (see Bylaw 15).

**14.01.3.5 Recruitment.** Solicitation of a student-athlete's enrollment by the certifying institution or any representative of its athletics interests in violation of the Association's legislation shall render the student-athlete ineligible to represent that institution in intercollegiate athletics. A student-athlete is responsible during their recruitment for involvement in a violation of NCAA regulations, and the Committee on Student-Athlete Reinstatement may restore the eligibility of a student involved in such violation only when circumstances clearly warrant restoration. The eligibility of a student-athlete involved in a major violation shall not be restored other than through an exception authorized by the Committee on Student-Athlete Reinstatement in a unique case on the basis of specifically stated reasons (see Bylaw 13). *(Revised: 4/20/21)*

## 14.02 Definitions and Applications.

**14.02.1 Branch School.** A branch school is an educational institution that usually offers two years of college work, does not award degrees independently and is wholly controlled and operated by a four-year, degree-granting parent institution.

**14.02.2 Collegiate Institution.** A collegiate institution (for purposes of NCAA legislation) is an institution of higher education that:

(a) Is accredited at the college level by an agency or association recognized by the Secretary of the Department of Education and legally authorized to offer at least a one-year program of study creditable toward a degree; *(Revised: 1/10/90, 1/13/03)*

(b) Conducts an intercollegiate athletics program, even though the institution is not accredited at the college level and authorized to offer at least a one-year program of study creditable toward a degree; or *(Revised: 1/13/03)*

(c) Is located in a foreign country.

**14.02.3 Education-Impacting Disability.** An education-impacting disability is a current impairment that has a substantial educational impact on a student's academic performance. *(Adopted: 10/20/08)*

**14.02.4 Exception.** An exception is the granting of relief from the application of a specific regulation (e.g., the residence requirement for a transfer student to become eligible for competition). Formal approval by the Management Council or an NCAA committee is not required. The action granting the exception may be taken solely by the certifying institution, based on evidence that the conditions on which the exception is authorized have been met (see Bylaw 14.02.12 for definition of "waiver").

**14.02.5 Good Academic Standing and Satisfactory Progress.** The phrases "good academic standing" and "satisfactory progress" are to be interpreted at each member institution by the academic officials who determine the meaning and application of such phrases for all students, subject to the controlling regulations of the institution; the conference(s) (or similar associations), if any, of which the institution is a member; and applicable NCAA legislation (see Bylaw 14.4.).

**14.02.6 Intercollegiate Competition.** Intercollegiate competition is considered to have occurred when a student-athlete in either a two-year or a four-year collegiate institution does any of the following: *(Revised: 1/10/95, 4/29/04)*

(a) Competes while representing the institution in any contest against outside competition, regardless of how the competition is classified (e.g., scrimmage, exhibition or joint practice session with another institution's team) or whether the student is enrolled in a minimum full-time program of studies; *(Revised: 1/10/91, 4/29/04)*

(b) Competes in the uniform of the institution or, during the academic year, uses any apparel (excluding apparel no longer used by the institution) or equipment received from the institution that includes institutional identification (see Bylaw 16.11.1.9 for regulations governing the use of equipment during the summer); or *(Revised: 1/16/93, 1/11/94)*

(c) Competes and receives expenses (e.g., transportation, meals, housing or entry fees) from the institution for the competition. *(Revised: 12/1/23)*

**14.02.6.1 Exempted Events.** Participation in events listed in Bylaws 16.8.1.3-(a) and (b) are exempted from the application of this legislation. *(Revised: 1/10/92)*

**14.02.6.2 Club Team.** Participation on either a two-year or a four-year collegiate institution's club team is exempted from the application of this legislation, provided the institution does not sponsor the sport on the varsity intercollegiate level. *(Adopted: 1/12/04, Revised: 5/14/09)*

**14.02.7 National Team.** A national team is one selected, organized and sponsored by the appropriate national governing bodies of the U.S. Olympic and Paralympic Committee (or, for student-athletes representing another nation, the equivalent

organization of that nation, or for student-athletes competing in a non-Olympic or Paralympic sport, the equivalent organization of that sport). The selection for such a team shall be made on a national qualification basis, either through a defined selective process or by actual tryouts, publicly announced in advance. In addition, the international competition in question shall require that the entrants officially represent their respective nations, although it is not necessary to require team scoring by nation. *(Revised: 1/22/20 effective 8/1/20)*

**14.02.8 Outside Competition.** Outside competition is competition against any other athletics outside team (including an alumni team) or individual that does not represent the intercollegiate athletics program of the same institution.

**14.02.9 Participation in Intercollegiate Athletics.** Participation in intercollegiate athletics occurs when a student-athlete either practices in a sport (see Bylaw 17.02.1.1) or competes in a sport, as defined in Bylaw 14.02.6. Eligibility rules for competition may differ from those for practice.

**14.02.10 Residence.** Residence is enrollment in a full-time academic program (as defined by the institution) at a collegiate institution during a regular term of an academic year. A summer term may not be used to satisfy an academic term or year of residence. Any student-athlete admitted after the 12th class day may not use that semester or quarter for the purpose of satisfying an academic term or year of residence. *(Revised: 5/7/10)*

**14.02.10.1 Academic Year of Residence.** To satisfy an academic year of residence, a student shall: *(Adopted: 5/7/10)*

(a) Be enrolled in and complete a minimum full-time program of studies for two full semesters or three full quarters; or

(b) Be enrolled in a minimum full-time program of studies for two semesters or three quarters and pass a number of hours (including hours earned at the certifying institution during a summer term) that is at least equal to the sum total of the minimum load of each of the required terms. *(Revised: 5/22/13)*

**14.02.11 Transfer Student.** A transfer student-athlete is an individual who meets any one of the conditions set forth in Bylaw 14.5.2.

**14.02.12 Waiver.** A waiver is an action exempting an individual or institution from the application of a specific regulation. A waiver requires formal approval (e.g., by the Management Council, an NCAA committee or a conference, as specified in the legislation) based on evidence of compliance with the specified conditions or criteria under which the waiver is authorized (see Bylaw 14.02.4, for definition of "exception").

# 14.1 General Eligibility Requirements.

**14.1.1 Postseason and Regular-Season Competition.** To be eligible for regular-season competition and NCAA championships, the student-athlete shall meet all applicable NCAA and Division III eligibility requirements.

**14.1.1.1 Ineligibility for Use of Banned Drugs.** A student-athlete who is found to have used a substance on the list of banned drugs, as set forth in Bylaw 31.2.3.1, shall be declared ineligible for further participation in postseason and regular-season competition in accordance with the ineligibility provisions in Bylaw 18.4.1.5.1. *(Adopted: 1/10/90 effective 8/1/90)*

**14.1.2 Validity of Academic Credentials.** As a condition and obligation of membership, an institution is responsible for determining the validity of a student-athlete's academic record . *(Revised: 1/20/18 effective 8/1/18)*

**14.1.2.1 Academic Misconduct - Pre-Enrollment** A prospective student-athlete, student-athlete, current or former institutional staff member (see bylaw 14.10.1) or a representative of an institution's athletics interest shall not: *(Adopted: 1/20/18 effective 8/1/18)*

(a) Arrange for a false or inaccurate academic record (e.g., courses, grades, credits, transcripts and test scores) for a prospective student-athlete; or *(Adopted: 1/20/18 effective 8/1/18)*

(b) Provide false, inaccurate or incomplete information to the NCAA or institution regarding a prospective student-athlete's academic record. *(Adopted: 1/20/18 effective 8/1/18)*

**14.1.3 Student-Athlete Statement.**

**14.1.3.1 Content and Purpose.** Before participation in intercollegiate competition each academic year, a student-athlete shall sign a statement in a form prescribed by the Management Council in which the student-athlete submits information related to eligibility, recruitment, financial aid, amateur status, previous positive drug tests administered by any other athletics organization and involvement in organized gambling activities related to intercollegiate and professional athletics competition under the Association's governing legislation. Failure to complete and sign the statement shall result in the student-athlete's ineligibility for participation in all intercollegiate competition. Violations of this bylaw do not affect a student-athlete's eligibility if the violation occurred due to an institutional administrative error or oversight, and the student-athlete subsequently signs the form; however, the violation shall be considered an institutional violation per Bylaw 20.15.2. **[D]** *(Revised: 1/10/92 effective 8/1/92, 1/14/97, 2/19/97, 12/5/14)*

**14.1.3.2 Administration.** The following procedures shall be used in administering the statement: *(Revised: 8/4/89, 12/5/06, 4/13/10)*

(a) The statement shall be administered individually to each student-athlete by the athletics director or the athletics director's designee before the student's participation in intercollegiate competition each academic year;

(b) The athletics director and head coach in the sport in which the student-athlete participates shall sign each statement as required by the prescribed form;

(c) The athletics director and head coach in the sport shall sign the affirmation of eligibility form; and *(Revised: 4/11/06, 8/3/06)*

(d) The statement shall be kept on file by the athletics director and shall be available for examination on request by an authorized representative of the NCAA.

**14.1.3.3 Institutional Responsibility -- Notification of Positive Test.** The institution shall promptly notify in writing the NCAA chief medical officer for student-athlete affairs regarding a student-athlete's disclosure of a previous positive test for banned substances administered by any other athletics organization. *(Adopted: 1/14/97 effective 8/1/97)*

## 14.1.4 Drug-Testing Consent Form.

**14.1.4.1 Content and Purpose.** Each academic year, a student-athlete shall sign a form prescribed by the Management Council in which the student consents to be tested for the use of drugs prohibited by NCAA legislation. Failure to complete and sign the consent form before competition shall result in the student-athlete's ineligibility for participation (i.e., practice and competition) in all intercollegiate athletics. *(Adopted: 1/10/92 effective 8/1/92, Revised: 1/16/93, 1/10/95 effective 8/1/95, 1/14/97, 4/13/10)*

**14.1.4.2 Administration.** The following procedures shall be used in administering the form (see 20.8.4.6): *(Adopted: 1/10/92 effective 8/1/92, Revised: 4/13/10)*

(a) The consent form shall be administered individually to each student-athlete by the athletics director or the athletics director's designee each academic year;

(b) The athletics director or the athletics director's designee shall disseminate the list of banned drug classes to all student-athletes and educate them about products that might contain banned drugs. All student-athletes are to be notified that the list may change during the academic year, that updates may be found on the NCAA website (i.e., www.ncaa.org) and informed of the appropriate athletics department procedures for disseminating updates to the list; and

(c) The consent forms shall be kept on file by the athletics director and shall be available for examination on request by an authorized representative of the NCAA. **[D]** *(Revised: 12/5/14)*

**14.1.4.3 Effect of Violation.** A violation of Bylaw 14.1.4 or its subsections shall be considered an institutional violation per Bylaw 20.15.2; however, the student-athlete's eligibility shall not be affected provided the student-athlete signs the consent form. *(Adopted: 4/13/10)*

## 14.1.5 Student-Athlete Health Insurance Portability and Accountability Act (HIPAA) Authorization/ Buckley Amendment Consent Form -- Disclosure of Protected Health Information.

**14.1.5.1 Content and Purpose.** Each academic year, a student-athlete may voluntarily sign a statement in a form prescribed by Management Council in which the student-athlete authorizes/consents to the institution's physicians, athletic trainers and health care personnel to disclose the student-athlete's injury/illness and participation information associated with the student-athlete's training and participation in intercollegiate athletics to the NCAA and to its Injury Surveillance System (ISS), agents and employees for the purpose of conducting research into the reduction of athletics injuries. The authorization/consent by the student-athlete is voluntary and is not required for the student-athlete to be eligible to participate. **[D]** *(Revised: 7/22/03 effective 8/1/04)*

**14.1.5.2 Administration.** The following procedures shall be used in administering the form: **[D]** *(Adopted: 4/15/03 effective 8/1/04, Revised: 1/12/04 effective 8/1/04, 4/13/10)*

(a) The authorization/consent form shall be administered individually to each student-athlete by the athletics director or the athletics director's designee before the student-athlete's participation in intercollegiate athletics each academic year;

(b) Signing the authorization/consent shall be voluntary and is not required by the student-athlete's institution for medical treatment, payment for treatment, enrollment in a health plan or for any benefits (if applicable) and is not required for the student-athlete to be eligible to participate; and

(c) Any signed authorization/consent forms shall be kept on file by the athletics director.

## 14.1.6 Admission and Enrollment.

**14.1.6.1 Admission.** A student-athlete shall not represent an institution in intercollegiate athletics competition unless the student has been admitted as a regularly enrolled student to a program of studies leading to a baccalaureate or equivalent degree in accordance with the regular, published entrance or admissions policies of that institution. *(Revised: 5/2/06, 4/19/16)*

## 14.1.7 Full-Time Enrollment.

**14.1.7.1 Requirement for Practice or Competition.** To be eligible for practice or competition, a student-athlete shall be enrolled in at least a minimum full-time program of studies leading to a baccalaureate or equivalent degree as defined by the institution. For purposes of this bylaw and its subsections, to be eligible for competition, a student-athlete shall be enrolled in not less than 12-semester or quarter hours, regardless of the institution's definition of minimum full-time program of studies. For practice only, a violation of this bylaw shall be considered an institutional violation per Bylaw 20.15.2; however, it shall not affect the student-athlete's eligibility. **[D]** *(Revised: 1/10/92, 1/11/00, 1/10/05, 10/20/09, 12/5/14, 7/22/20 effective 8/1/20)*

**14.1.7.1.1 Drop/Add Course.** A student-athlete no longer shall be considered enrolled in a minimum full-time program of studies (after dropping a course that places the student below full-time status) when the dropped course becomes official in accordance with procedures determined by the institution for all students. A student-athlete who is adding a course to reach full-time status shall become eligible for practice and competition once the course has been approved by the appropriate department head (or designated representative) and submitted to the registrar. *(Adopted: 1/10/92, Revised: 10/18/04, 10/20/09)*

**14.1.7.1.2 Withdrawal or Dismissal.** A student-athlete who withdraws or is dismissed from an institution is considered to be a prospective student-athlete eligible for recruitment by other NCAA member institutions and may not continue to practice with the original institution's team. *(Adopted: 10/20/09)*

**14.1.7.1.3 Concurrent Courses at Two Institutions.** Courses taken concurrently at a second institution may be counted toward meeting the minimum full-time enrollment requirement, provided; *(Adopted: 10/20/09)*

(a) The certifying institution officially recognizes the student's combined hours as full-time enrollment; and

(b) Courses taken at the second institution will be included on the student's transcript at the institution from which the student is seeking the degree.

**14.1.7.1.4 Cooperative Educational Exchange Program.** A student-athlete may represent the certifying institution in intercollegiate athletics even though at the time of competition the student is enrolled in another institution in a cooperative educational exchange program, provided: *(Adopted: 10/20/09)*

(a) The certifying institution considers the student to be regularly enrolled in a minimum full-time program of studies; and

(b) All work is placed on the student's transcript and accepted toward their undergraduate degree at the certifying institution. *(Revised: 4/20/21)*

**14.1.7.1.5 Extension Courses.** A student-athlete may use a combination of hours taken in residence during a regular term and extension courses taken from the certifying institution during that term to meet the minimum full-time enrollment requirement, provided the institution considers enrollment in such extension courses as regular course enrollment for all students during the term time. *(Revised: 1/11/94 effective 8/1/94, 10/20/09)*

**14.1.7.1.6 Alternative Coursework.** Enrollment in nontraditional coursework (e.g., distance-learning, correspondence, extension, internet/virtual courses) may be counted to satisfy the full-time enrollment requirements for practice or competition in a manner that is consistent with established institutional policy used to determine the full-time enrollment status for all students. *(Adopted: 4/21/21)*

**14.1.7.1.7 Exceptions.**

**14.1.7.1.7.1 Final Semester/Quarter -- Practice or Competition.** A student-athlete may practice or compete while enrolled in less than a minimum full-time program of studies, provided the student is enrolled in the final semester or quarter of the baccalaureate or graduate program or a minor or undergraduate certificate program and the institution certifies that the student is carrying (for credit) the courses necessary to complete degree, minor or certificate requirements. To qualify for this exception, a minor or undergraduate certificate program must be officially designated (pursuant to institutional policy) by the student-athlete before the conclusion of the institution's first day of classes for the applicable term. For a student-athlete who competes while eligible pursuant to this exception, the student-athlete shall forfeit eligibility in all sports, unless the student completes all degree, minor or certificate requirements during that semester or quarter and is eligible to receive the

baccalaureate or graduate diploma on the institution's next degree-granting date. *(Adopted: 4/8/16, Revised: 7/22/20 effective 8/1/20)*

**14.1.7.1.7.1.1 Final Term Before Experiential Learning Requirement.** A student-athlete may practice or compete while enrolled in less than a minimum full-time program of studies in the final semester or quarter of the student's baccalaureate degree program before participating in an experiential learning requirement (e.g., student teaching, internship, clinical, capstone project) in the following term, provided the student-athlete is carrying (for credit) all courses necessary to complete degree requirements as determined by the faculty of the institution, other than the experiential learning requirement. For a student-athlete who competes while eligible pursuant to this exception, the student-athlete shall forfeit eligibility in all sports, unless the student completes all other degree requirements during that semester or quarter and participates in the experiential learning requirement no later than the next regular academic term. A student-athlete who uses this exception is not permitted to use the final semester/quarter exception the following semester or quarter (see bylaw 14.1.7.1.7.4, for eligibility when enrolled in an experiential learning requirement). *(Adopted: 1/26/19 effective 8/1/19)*

**14.1.7.1.7.2 Enrolled in Graduate Program -- Practice or Competition.** A student-athlete may practice or compete while enrolled in a full-time graduate program as defined by the institution for all graduate students, except as permitted in Bylaw 14.1.7.1.7.1 (see Bylaw 14.1.8). *(Adopted: 4/8/16)*

**14.1.7.1.7.3 First Five Days of Classes -- Practice.** A student-athlete may practice, but not compete, during the institution's first five days of classes, if the student-athlete is enrolled in less than a minimum full-time program of studies, provided the student-athlete is otherwise eligible under all institutional, conference and NCAA requirements. *(Adopted: 4/8/16)*

**14.1.7.1.7.4 Cooperative Educational Work Experience Program -- Practice or Competition.** A student may represent the certifying institution in intercollegiate athletics while they are enrolled in a cooperative educational program (e.g., co-op, internship, practicum, student-teaching) offered by the institution that is a part of the student's academic program, provided the student is considered to be enrolled in a full-time program of studies, regardless of the credit value of the program. *(Adopted: 4/8/16, Revised: 4/21/21)*

**14.1.7.1.7.5 Before Initial Enrollment -- Practice or Competition.** A student-athlete may practice or compete during the official vacation period immediately before initial enrollment, provided the student: *(Adopted: 10/20/09)*

(a) Has been accepted by the institution for enrollment in a regular, full-time program of studies at the time of the individual's initial participation;

(b) Is no longer enrolled in the previous educational institution; and

(c) Is eligible under all institutional and NCAA requirements.

**14.1.7.1.7.6 Eligibility Between Terms -- Practice or Competition.** To be eligible for competition or practice that takes place between terms, the student-athlete shall: *(Adopted: 10/20/09)*

(a) Have been registered for the required minimum full-time load (see Bylaw 14.1.7.1) at the conclusion of the term immediately before the date of competition, if the student is continuing enrollment; or

(b) Be accepted for enrollment as a regular full-time student for the regular term immediately after the date of competition if the student is either continuing enrollment or beginning enrollment (see Bylaw 14.1.7.1.7.5). *(Revised: 1/11/89)*

**14.1.7.1.7.7 Eligibility After Completion of Degree Requirements.** A student-athlete who was eligible during the term in which degree work was completed may continue to practice and compete (through the conclusion of the season) after the final day of that term, only if:

(a) A postseason event (e.g., NCAA championship, NAIA championship, NCCAA championship) in the student-athlete's sport begins within 60 days after the end of the term in which the student-athlete completes degree requirements;

(b) The student-athlete completed their degree requirements in fewer than four consecutive years from their initial collegiate enrollment and has been charged with a season of participation for that year prior to the completion of degree requirements; or *(Revised: 5/18/17, 4/21/21)*

(c) The student-athlete is continuing enrollment pursuant to Bylaw 14.1.8 (see Bylaw 14.1.7.1.7.6).

**14.1.7.1.8 Waivers of the Full-Time Enrollment Requirement for Practice or Competition.** Waivers may be granted for the following: *(Adopted: 10/20/09)*

**14.1.7.1.8.1 Nontraditional Academic Calendars or Nonrequired Cooperative Education Programs -- 12-Hour Requirement Only.** The Management Council, or a committee designated by the Management Council to act for it, may waive the 12-hour requirement for a student-athlete enrolled in an institution that determines enrollment hours on a basis other than traditional semester or quarter hours or that conducts a nonrequired cooperative educational work experience program if it is determined that at the time of competition the student-athlete is enrolled in a comparable minimum academic load. *(Revised: 4/11/06, 10/20/09, 7/26/11)*

**14.1.7.1.8.2 Student-Athlete with Education-Impacting Disabilities -- 12-Hour Requirement Only.** The Management Council, or a committee designated by the Management Council to act for it, may waive the 12-hour requirement for a student-athlete when objective evidence demonstrates that an institution defines full-time enrollment for that student-athlete to be fewer than 12 hours to accommodate for the student's education-impacting disability. *(Adopted: 1/10/95, Revised: 4/11/06, 10/20/08, 10/20/09)*

**14.1.7.1.8.3 Olympic, Paralympic, Pan American, Parapan American, World Championships, World Cup, World University Games, World University Championships or World Youth Championships -- Practice or Competition.** The Management Council, or a committee designated by the Management Council to act for it, may waive the minimum full-time enrollment requirement for any participant in the junior or elite levels of the Olympic, Paralympic, Pan American, Parapan American, World Championships, World Cup, World University Games, World University Championships or World Youth Championships who, because of such participation, may lose eligibility for practice and competition in any sport. *(Adopted: 1/10/95, Revised: 4/11/06, 10/20/08, 10/20/09, 10/17/11, 1/22/20 effective 8/1/20)*

**14.1.7.1.8.4 U.S. Olympic and Paralympic Committee or National Governing Body -- Practice Only.** A student with eligibility remaining who is not enrolled or who is enrolled in less than a minimum full-time program of studies, or a former student-athlete, may participate on a regular basis in organized practice sessions, provided the following conditions are met: *(Adopted: 1/9/96, Revised: 1/14/97 effective 8/1/97, 10/20/09, 1/22/20 effective 8/1/20)*

(a) The practice sessions take place at the institution(s) the individual previously attended as an undergraduate, or currently attends or previously attended as a graduate student, except that a former student-athlete who has graduated and has no eligibility remaining may participate in practice sessions at an institution other than the one they previously attended; *(Revised: 1/14/97 effective 8/1/97, 10/20/09, 7/26/11, 4/21/21)*

(b) For former student-athletes, the practice sessions involve an individual sport or rowing (for student-athletes with eligibility remaining, the practice session may include any sport);

(c) The U.S. Olympic and Paralympic Committee or national governing body in the sport has recommended the individual's participation; and *(Revised: 1/22/20 effective 8/1/20)*

(d) In the case of a student-athlete with NCAA eligibility remaining in the sport, such participation occurs only during the academic year immediately before the Olympic and Paralympic Games. *(Revised: 1/22/20 effective 8/1/20)*

    **14.1.7.1.8.4.1 Administration.** This waiver shall be approved by the conference members of the Association or, in the case of independent institutions, by the Management Council. A member institution shall submit a waiver request that includes documentation that demonstrates that the conditions of Bylaw 14.1.7.1.8.4 have been met for each individual who wishes to participate in the institution's practice sessions. *(Adopted: 1/9/96, Revised: 4/11/06, 10/20/09)*

**14.1.7.1.8.5 All Other Full-Time Enrollment Waivers -- Practice and Competition.** Unless specified otherwise, the Management Council or a committee designated by the Management Council to act for it, may waive the full-time enrollment requirement for practice and competition, including the 12-hour minimum enrollment requirement for competition. *(Adopted: 4/11/06)*

## 14.1.8 Graduate Student/Postbaccalaureate Participation.
A student who has graduated from an NCAA Division III institution may participate as a graduate or postbaccalaureate student at the Division III institution they most recently attended as an undergraduate or another Division III institution, provided: *(Revised: 1/10/90, 1/16/93 effective 8/1/93, 7/22/08, 10/20/09, 1/20/18, 4/20/21)*

(a) The student is enrolled and seeking a second baccalaureate or graduate degree;

(b) The student has eligibility remaining; and

(c) The student's participation occurs within the applicable 10-semester/15-quarter period set forth in Bylaw 14.2.

**14.1.8.1 International Student Exception.** The remaining eligibility of a student who has received a foreign postsecondary degree that is identified as a "baccalaureate" but is not equivalent to a U.S. baccalaureate and who is entering an undergraduate program must be reviewed on a case-by-case basis by the Management Council and the International Student Records Committee. *(Adopted: 1/16/93, Revised: 4/23/09)*

**14.1.9 Change in Eligibility Status.** If a student-athlete's academic eligibility changes at the end of a quarter or semester, the student-athlete shall become eligible or ineligible to compete on the date their eligibility officially is certified by the appropriate institutional authority. In a case in which the student becomes eligible at the end of the term, the earliest date on which the student can become eligible to compete is the day after the date of the last scheduled examination listed in the institution's official calendar for the term that is ending. In a case in which the student becomes ineligible, the ineligibility shall become effective not later than the first day of classes of the following semester or quarter. In any case, if the student-athlete is academically eligible to compete at the time of the student-athlete's or the institution's first participation in an NCAA championship, they shall remain eligible for the remainder of the championship. *(Revised: 4/20/21)*

**14.1.10 Male Practice Player Eligibility.** A male student who practices with a women's team is considered to be a student-athlete in that women's sport. The male student-athlete must be certified as eligible under all applicable NCAA eligibility requirements to participate (e.g., the individual must be enrolled in a minimum full-time program of studies, sign a student-athlete statement and drug-testing consent form and have eligibility remaining under the 10-semester rule). The male student-athlete is subject to all other NCAA legislated restrictions. See Bylaw 14.2.4.8 for use of a season of participation and Bylaw 16.8.1.4 for benefits that a male practice player may receive. *(Adopted: 10/17/06, Revised: 4/17/07, 7/24/07)*

**14.1.10.1 Limitations on the Involvement of Male Practice Players -- Team Sports.** The use of male practice players in a women's team sport is subject to the following limitations: *(Adopted: 1/14/08 effective 8/1/08)*

(a) Male practice players shall only be permitted to practice in the traditional segment in the women's sport;

(b) The involvement of male practice players is limited to one practice per week; and

(c) The number of male practice players who are involved during any particular practice shall not exceed half the number of student-athletes of a typical starting unit in that sport. Any computation of half of the starting unit that results in a fractional portion of a player shall be rounded up to the next whole number.

**14.1.11 Recognized Foreign Exchange/Study Abroad Program.** A student-athlete who participates in a formal and established educational foreign exchange or study abroad program recognized by the certifying institution's academic authorities shall not be considered a transfer student-athlete upon return to the certifying institution. A student-athlete who also participates (practices or competes) in athletics while participating in the recognized study abroad program does not use a season of participation nor is considered to have engaged in impermissible outside competition. All amateurism regulations still apply. *(Adopted: 1/19/13)*

# 14.2 Seasons of Participation: 10-Semester/15-Quarter Rule. A student-athlete shall not engage in more than four seasons of intercollegiate participation in any one sport (see Bylaw 14.2.4.1). *(Revised: 1/12/04 effective 8/1/04 for any athletics participation occurring on or after 8/1/04)*

**14.2.1 Collegiate Enrollment Concurrent with Service Assignment.** Any time in which a student-athlete is enrolled for a minimum full-time program of studies as a regular student in a collegiate institution while simultaneously on active duty in the U.S. military, on an official religious mission or with a recognized foreign aid service of the U.S. government shall count against the 10 semesters/15 quarters in which the four seasons of participation must be completed. *(Revised: 5/7/10)*

**14.2.2 Ten-Semester/15-Quarter Rule.** A student-athlete shall complete their seasons of participation during the first 10 semesters or 15 quarters in which the student is enrolled in a collegiate institution in at least a minimum full-time program of studies, as determined by the regulations of that institution. For an institution that conducts registration other than on a traditional semester or quarter basis, the Management Council shall determine an equivalent enrollment period. *(Revised: 1/12/04 effective 8/1/04 for any athletics participation occurring on or after 8/1/04, 4/20/21)*

**14.2.2.1 Use of Semester or Quarter.** A student-athlete is considered to have used a semester or quarter under this rule when the student attends any class while officially registered in a collegiate institution (domestic or foreign) in a regular term of an academic year for a minimum full-time program of studies, as determined by the institution, even if the student-athlete drops to part-time status at any time during the term, including their first day of attendance (see Bylaw 14.2.3). *(Revised: 1/9/06, 4/20/21)*

**14.2.2.2 Fraction of 10 Semesters/15 Quarters Remaining.** A student-athlete whose combination of semesters and quarters of previous enrollment leaves them with any fraction of the 10th semester or 15th quarter of eligibility at the beginning of their final semester or quarter may remain eligible for the entire semester or quarter. *(Adopted: 4/11/11, Revised: 4/20/21)*

**14.2.2.3 Pregnancy Exception.** A member institution may approve a two-semester or three-quarter extension of this 10-semester/15-quarter period of eligibility for a student-athlete for reasons of pregnancy. *(Revised: 4/20/21)*

**14.2.2.4 Ten-Semester/15-Quarter Rule Waiver.** The Committee on Student-Athlete Reinstatement, by a two-thirds majority of its members present and voting, may approve waivers to the 10-semester/15-quarter rule as it deems appropriate. *(Revised: 4/13/10)*

**14.2.2.4.1 Waiver Criteria.** A waiver of the 10-semester/15-quarter period of eligibility is designed to provide a student-athlete with the opportunity to engage in four seasons of intercollegiate participation within a 10-semester/15-quarter period. This waiver may be granted, based upon objective evidence, for reasons that are beyond the control of the student-athlete and the institution, which deprive the student-athlete of the opportunity to participate for more than one season in their sport within the 10-semester/15-quarter period. The Committee on Student-Athlete Reinstatement reserves the right to review requests that do not meet the more-than-one-season criteria detailed in this bylaw for extraordinary circumstances or extreme hardship. *(Revised: 4/17/91, 1/11/94, 8/10/94, 10/12/95, 1/12/04 effective 8/1/04 for any athletics participation occurring on or after 8/1/04, 4/13/10, 4/20/21)*

**14.2.2.4.1.1 Circumstances Beyond Control.** Circumstances considered to be beyond the control of the student-athlete or the institution and do not cause a participation opportunity to be used shall include, but are not limited to, the following: *(Adopted: 8/10/94, Revised: 10/12/95)*

(a) Situations clearly supported by contemporaneous medical documentation, which states that a student-athlete is unable to participate in intercollegiate competition as a result of incapacitating physical or mental circumstances;

(b) The student-athlete is unable to participate in intercollegiate athletics as a result of a life-threatening or incapacitating injury or illness suffered by a member of the student-athlete's immediate family, which clearly is supported by contemporaneous medical documentation; *(Revised: 1/9/06)*

(c) Reliance by the student-athlete on written, contemporaneous, clearly erroneous academic advice provided to the student-athlete from a specific academic authority from a collegiate institution regarding the academic status of the student-athlete or prospective student-athlete, which directly leads to that individual not being eligible to participate and, but for the clearly erroneous advice, the student-athlete would have established eligibility for intercollegiate competition; *(Revised: 10/9/96 effective 8/1/97)*

(d) Natural disaster (e.g., earthquakes, floods); and

(e) Extreme financial difficulties as a result of a specific event (e.g., layoff, death in the family) experienced by the student-athlete or by an individual on whom the student-athlete is legally dependent, which prohibit the student-athlete from participating in intercollegiate athletics. These circumstances must be clearly supported by objective documentation (e.g., decree of bankruptcy, proof of termination) and must be beyond the control of the student-athlete or the individual on whom the student-athlete is legally dependent. *(Adopted: 10/12/95, Revised: 10/28/97)*

**14.2.2.4.1.2 Circumstances Within Control.** Circumstances that are considered to be within the control of the student-athlete or the institution and cause a participation opportunity to be used include, but are not limited to, the following: *(Adopted: 8/10/94, Revised: 10/12/95)*

(a) A student-athlete's decision to attend an institution that does not sponsor their sport or decision not to participate at an institution that does sponsor their sport; *(Revised: 4/20/21)*

(b) An inability to participate due to failure to meet institutional/conference or NCAA academic requirements, disciplinary reasons or incarceration culminating in or resulting from a conviction; *(Revised: 10/12/95)*

(c) Reliance by a student-athlete on misinformation from a coaching staff member;

(d) Redshirt year;

(e) An inability to participate as a result of an academic year of residence (see Bylaw 14.02.10) or fulfilling a condition for restoration of eligibility; and

(f) A student-athlete's lack of understanding regarding the specific starting date of their 10-semester/15-quarter period of eligibility. *(Adopted: 10/9/96 effective 8/1/97, Revised: 4/20/21)*

**14.2.2.4.2 Practice While Waiver is Pending.** A student-athlete, who has exhausted their 10-semester/15-quarter period of eligibility, may practice, but not compete, provided the institution has filed a 10-semester/15-quarter extension waiver request with the NCAA national office. If the request is denied, the student-athlete must cease all

practice activities upon the institution's notification of the denial and may not continue to practice during the appellate process. *(Adopted: 7/21/09, Revised: 4/13/10, 4/20/21, 4/20/23)*

**14.2.2.4.3 Use of Additional Terms.** Any additional terms (semesters or quarters) provided as part of a 10-semester/15-quarter rules waiver must be used by the student-athlete in consecutive regular academic terms at the certifying institution. *(Adopted: 10/22/19)*

## 14.2.3 Additional Applications of the 10-Semester/15-Quarter Rule.

**14.2.3.1 Athletics Competition.** Even though a student is enrolled for less than a minimum full-time program of studies at a collegiate institution, a student shall use a semester or quarter under the 10-semester/15-quarter period of eligibility if the individual represents the institution in intercollegiate athletics. *(Revised: 4/7/05)*

**14.2.3.2 Nonrecognized College.** Enrollment in a postsecondary, noncollegiate institution (e.g., technical school, seminary or business college) in the United States that is not accredited at the college level by an agency or association recognized by the Secretary of the Department of Education and legally authorized to offer at least a one-year program of study creditable toward a degree, constitutes enrollment in the application of the 10-semester/15-quarter rule only if: *(Revised: 1/10/90, 1/13/03)*

(a) The student is enrolled in a minimum full-time program of studies at such an institution that conducts an intercollegiate athletics program; or

(b) The student, whether enrolled for a minimum full-time program of studies or not, represents the institution in intercollegiate athletics.

**14.2.3.3 Joint College/High School Program.** A student-athlete's eligibility under the 10-semester/15-quarter rule does not begin while a student is enrolled in a collegiate institution in a joint high school/college academic program for outstanding high school students, in which the courses count as both high school graduation credit and college credit, provided the student has not officially graduated from high school and does not participate in intercollegiate athletics while enrolled in the joint program. *(Revised: 1/14/02)*

**14.2.3.4 Vocational Program.** A student-athlete's eligibility under the 10-semester/15-quarter rule does not begin while the student is enrolled in a minimum full-time program of studies as a part of a special vocational program that combines enrollment in regular college courses and participation in vocational training courses, provided the student is not considered to be regularly matriculated by the institution, does not go through the customary registration and testing procedures required of all regular entering students and is not eligible for the institution's extracurricular activities, including athletics.

## 14.2.4 Criteria for Determining Season of Eligibility.

**14.2.4.1 Minimum Amount of Participation.** A season of intercollegiate participation shall be counted in the student-athlete's sport when a student-athlete participates (practices or competes) during or after the first contest in the traditional segment following the student-athlete's initial participation of that academic year at that institution or when the student-athlete engages in intercollegiate competition during the nontraditional segment in that sport. This provision is applicable to intercollegiate athletics participation (practice or competition) conducted by a Division III collegiate institution at the varsity, junior varsity or freshman team level. (See Bylaw 14.1.11, for student-athletes participating in a recognized foreign exchange/study abroad program). *(Revised: 1/11/94, 1/11/00 effective 8/1/00, 1/8/01, 1/12/04 effective 8/1/04 for any athletics participation occurring on or after 8/1/04, 9/21/05, 11/16/05, 1/8/07 effective 8/1/07 for participation occurring on or after 8/1/07, 10/15/08, 1/19/13)*

**14.2.4.1.1 Exceptions.** A season of participation shall not be counted:

(a) During the traditional segment when a student-athlete participates in a preseason scrimmage or preseason exhibition conducted before the first contest following the student-athlete's initial participation of that academic year at that institution; *(Adopted: 1/12/04 effective 8/1/04 for athletics participation occurring on or after 8/1/04, Revised: 1/10/05, 1/8/07 effective 8/1/07 for participation occurring on or after 8/1/07)*

(b) During the traditional segment when a student-athlete participates in an alumni contest conducted before the first regular-season contest following the student-athlete's initial participation of that academic year at that institution; and *(Revised: 12/20/12, Adopted: 1/16/13)*

(c) In baseball, field hockey, lacrosse, soccer, softball and volleyball, when a student-athlete participates (practices or competes) during the nontraditional segment. *(Adopted: 1/17/09 effective 8/1/09, Revised: 1/16/10 effective for participation occurring on or after 8/1/05)*

**14.2.4.1.2 Exception -- Pending Subcommittee for Legislative Relief Waiver.** A student-athlete who is eligible for practice may practice, but not compete, after the first contest or date of competition without using a season of participation while a Subcommittee for Legislative Relief waiver is pending. To be eligible for this exception, the

institution must have received official notification that the national office has received the institution's completed waiver application and all relevant supporting documentation. If the waiver request is denied, the student-athlete must cease practicing immediately on notification to the institution of the decision or the student-athlete shall be charged with the use of a season of participation. If the institution chooses to appeal a waiver denial, the student-athlete shall not resume practice until the institution receives official notification that any information required for appeal has been received. If the subcommittee denies the appeal, the student-athlete must cease practicing immediately upon notification to the institution of the decision or the student-athlete shall be charged with the use of a season of participation. *(Adopted: 8/28/08, Revised: 7/19/16)*

**14.2.4.1.3 Student Managers and Student Coaches.** A season of participation shall be counted when a student manager or student coach participates as a team member in practice or other physical activities during the time frame set forth in Bylaw 14.2.4.1. A student coach or student manager's role should be limited to performing traditional coaching or managerial duties. *(Adopted: 7/21/09)*

**14.2.4.1.4 Transfer from a Non-Division III Institution.** The season of participation standard does not apply to a transfer student-athlete's previous participation at a non-Division III institution. A transfer student-athlete is subject to the legislation that applied to the previous institution during the term(s) of participation. *(Adopted: 5/18/17)*

**14.2.4.2 Track and Field and Cross Country.** For the purposes of determining a season of intercollegiate participation, cross country, indoor track and field, and outdoor track and field shall be considered separate sports. *(Revised: 1/10/90, 1/12/04 effective 8/1/04 for any athletics participation occurring on or after 8/1/04)*

**14.2.4.2.1 Participation on Triathlon Team.** Participation in triathlon shall not use a season of participation in cross country, swimming or track and field. *(Adopted: 4/15/14)*

**14.2.4.3 Volleyball and Beach Volleyball.** For the purposes of determining a season of intercollegiate participation, volleyball and beach volleyball shall be considered separate sports. *(Adopted: 1/17/15 effective 8/1/15, Revised: 8/19/15)*

**14.2.4.4 Participation in Organized Competition Before Initial Collegiate Enrollment.** An individual who does not enroll in a collegiate institution as a full-time student in the regular academic year term that begins immediately after a one-year period (the next opportunity to enroll after the one calendar year period has elapsed) following their high school graduation date (or the international equivalent as specified in the NCAA Guide to International Academic Standards for Athletics Eligibility) shall use a season of intercollegiate participation for each consecutive 12-month period after the one-year time period and before the initial collegiate enrollment in which the individual participates in activities that meet the criteria set forth in Bylaw 14.2.4.4.2. *(Adopted: 1/14/02 effective 8/1/02, Revised: 1/12/04 effective 8/1/04 for any athletics participation occurring on or after 8/1/04, 1/15/14, 4/20/21)*

**14.2.4.4.1 Academic Year of Residence.** An individual who uses a season(s) of participation in a particular sport, per Bylaw 14.2.4.4.2, shall fulfill an academic year of residence (see Bylaw 14.02.10) before being eligible to represent the institution in intercollegiate competition in that sport. *(Adopted: 1/14/02 effective 8/1/02, Revised: 1/12/04)*

**14.2.4.4.2 Activities Constituting Use of Season.** An individual shall use a season of participation per Bylaw 14.2.4.4 if the individual engages in activities that meet any of the following criteria: *(Adopted: 1/14/02 effective 8/1/02, Revised: 1/12/04 effective 8/1/04 for any athletics participation occurring on or after 8/1/04)*

(a) Any team competition or training in which pay in any form is provided to any of the participants above actual and necessary expenses;

(b) Any individual competition or training in which the individual accepts pay in any form based on their place finish or any competition or training in which the individual accepts pay in any form above actual and necessary expenses; *(Revised: 4/20/21)*

(c) Any competition pursuant to the signing of a contract with a professional team for athletics participation or entering a professional draft; or *(Revised: 2/16/18 effective 2/9/18)*

(d) Any competition funded by a representative of an institution's athletics interests that is not open to all participants. *(Adopted: 1/14/02 effective 8/1/02)*

**14.2.4.4.2.1 Competition Exceptions.** A maximum one-time, one-year exception for participation in the following activities:

(a) **Preparatory School Exception.** Participation in organized competition while enrolled in a postgraduate college preparatory school shall be exempted; and

(b) **Athletics Activity Exception.**

(1) Official Pan American, Parapan American, World Championships, World Cup, World University Games (Universiade), World University Championships, Olympic and Paralympic training, tryouts and competition or the junior level equivalents (e.g., Youth Olympic Games, U20 World Cup, junior national teams); *(Revised: 10/17/11, 1/22/20 effective 8/1/20, 10/18/22)*

(2) Officially recognized training and competition directly qualifying participants for final Olympic and Paralympic tryouts or the junior level equivalents (e.g., Youth Olympic Games, U20 World Cup, junior national teams); or *(Revised: 1/22/20 effective 8/1/20, 10/18/22)*

(3) Official tryouts and competition involving national teams sponsored by the appropriate national governing bodies of the U.S. Olympic and Paralympic Committee (or for student-athletes representing another nation, the equivalent organization of that nation, or for student-athletes competing in a non-Olympic or Paralympic sport, the equivalent organization of that sport) or junior level equivalents (e.g., Youth Olympic, U20 World Cup, junior national teams). *(Adopted: 1/14/02 effective 8/1/02, Revised: 1/22/20 effective 8/1/20, 10/18/22)*

**14.2.4.4.2.2 Service Exceptions.** Participation in organized competition during time spent in the armed services, on official religious missions or with recognized foreign aid services of the U.S. government and the period between completion of the service commitment and the first opportunity to enroll as a full-time student in a regular academic term is exempt from the application of Bylaw 14.2.4.4. *(Adopted: 10/20/20)*

**14.2.4.4.3 Major Junior Ice Hockey.** An individual who participates on a Major Junior ice hockey team shall use a season of intercollegiate participation for each calendar year or sport season in which the individual participates, regardless of when such participation occurs (including participation during high school enrollment). The individual must also fulfill an academic year of residence (see Bylaw 14.02.10) before being eligible to represent the institution in intercollegiate competition in the sport of ice hockey. *(Adopted: 4/21/09, Revised: 7/15/11)*

**14.2.4.4.4 Volleyball and Beach Volleyball.** Volleyball and beach volleyball are considered the same sport for the purposes of Bylaw 14.2.4.4. *(Adopted: 1/17/15 effective 8/1/15, Revised: 8/19/15)*

**14.2.4.5 Intercollegiate Participation.** A student-athlete is considered to have engaged in a season of intercollegiate participation when they compete in an athletics event involving any one of the conditions characterizing intercollegiate participation (per Bylaws 14.02.6 and 14.2.4.1). *(Revised: 1/12/04 effective 8/1/04 for any athletics participation occurring on or after 8/1/04, 4/20/21)*

**14.2.4.6 International Competition/Summers.** Competition by a student-athlete representing an institution in international competition during the summer-vacation period shall not affect the student-athlete's seasons of participation, provided the competition has been certified by the institution per Bylaw 17.31.1 or sanctioned by the Management Council, by a two-thirds majority of its members present and voting, and the request for Management Council sanction has been made by the institution at least 30 days before the competition. *(Revised: 1/11/00 effective 8/1/00)*

**14.2.4.7 Foreign-Tour Competition.** A student-athlete who did not participate during the institution's season just completed and who represents the institution in a certified foreign tour after that intercollegiate season and before the start of the next academic year shall not be charged with a season of participation for the preceding season. *(Revised: 1/9/06)*

**14.2.4.8 Male Practice Player.** A male student who practices with a women's team in a sport that is also sponsored as a men's sport by the NCAA or is considered the same sport under amateurism regulations, is charged with a season of participation in the men's sport. If a male student practices with a women's team in a sport that has no equivalent men's sponsored sport, the male student is charged with a season of participation in the women's sport. *(Adopted: 4/11/06)*

**14.2.5 Hardship Waiver.** A student-athlete may be granted an additional year of participation (per Bylaw 14.2.4) by the conference or the Committee on Student-Athlete Reinstatement for reasons of "hardship." Hardship is defined as an incapacity resulting from a season-ending injury or illness that has occurred under all of the following conditions: *(Revised: 1/12/04 effective 8/1/04 for any athletics participation occurring on or after 8/1/04, 8/23/07)*

(a) The season-ending injury or illness occurs before the completion of the first half of the traditional playing season in that sport for the season being waived and results in incapacity to compete for the remainder of the traditional playing season. The first half of the traditional playing season is measured by the maximum contest or date of competition (whichever is applicable to that sport) limitation in each sport as set forth in Bylaw 17 plus one contest or date of competition (excluding exempted scrimmages, exhibitions and/or joint practices). For cross country and indoor and outdoor track and field, see Bylaw 14.2.5.2.5.1; and *(Revised: 1/10/05 for any competition occurring on or after 8/1/04, 1/9/06, 8/23/07, 1/16/10 effective for injuries or illnesses that occur before 8/1/10, 4/13/10, 7/24/19)*

(b) The season-ending injury or illness occurs when the student-athlete has not competed in more contests or dates of competition than a number equivalent to one-third of the standard denominator, where the standard denominator is

determined by the maximum number of contests or dates of competition plus one contest or date of competition (see Bylaw 14.2.5.2.5.1). For cross country and indoor and outdoor track and field, see Bylaw 14.2.5.2.5.1. Only competition (excluding exempted scrimmages, exhibition contests and/or joint practices) against outside participants during the traditional playing season, or, if so designated, during the official NCAA championship playing season in that sport (e.g., spring baseball, fall soccer), shall be countable under this limitation in calculating the number of contests or dates of competition in which the student-athlete has competed. [See Figure 14-1] *(Revised: 1/10/92, 1/14/97 effective 8/1/97, 1/10/05 for any competition occurring on or after 8/1/04, 4/7/05, 1/9/06, 8/23/07, 1/16/10 effective for injuries or illnesses that occur before 8/1/10, 4/13/10, 10/18/16, 7/24/19)*

**14.2.5.1 Administration of Hardship Waiver.** The hardship waiver shall be administered by the member conferences of the Association or, in the case of an independent member institution, by the Committee on Student-Athlete Reinstatement. An institution may appeal a decision by its conference to the Committee on Student-Athlete Reinstatement. *(Revised: 1/12/04)*

**14.2.5.2 Criteria for Administration of Hardship Waiver.** The following criteria are to be employed in the administration of the hardship waiver: *(Revised: 12/5/06)*

    **14.2.5.2.1 Nature of Injury/Illness.** It is not necessary for the incapacitating, season-ending injury or illness to be the direct result of the student's participation in the institution's organized practice or game competition. *(Revised: 8/23/07, 10/19/10)*

    **14.2.5.2.2 Medical Documentation.** Contemporaneous or other appropriate medical documentation from a physician (i.e., a medical doctor), who administered care at the time of the injury or illness, that establishes the student-athlete's inability to compete for the remainder of the traditional playing season as a result of that injury or illness shall be submitted with any hardship-waiver request. Chiropractic records do not constitute medical documentation for purposes of administering a hardship-waiver request. In cases involving a psychological or mental illness, such documentation may be provided by an individual who is qualified and licensed to diagnose and treat the particular illness (e.g., psychiatrist, psychologist). *(Adopted: 1/12/99, Revised: 1/9/04, 1/10/05, 8/23/07, 10/20/08, 10/20/09)*

    **14.2.5.2.3 First-Half-of-Season Calculation.** In determining if an injury or illness occurs in the first half of the traditional season, any computation that results in a fractional portion of a contest or date of competition shall be rounded up to the next whole number. The first contest or date of competition immediately following the rounded value is the first contest or date of competition in the second half of the season (e.g., 50 percent of a sport with a standard denominator of 11 contests -- 5.5 contests -- shall be considered 6 contests and an injury or illness must have occurred prior to the start of the seventh contest). [See Figure 14-1] *(Revised: 1/14/97 effective 8/1/97, 10/19/21 Immediate, [For any incapacitating injury or illness, or other extenuating circumstance occurring on or after August 1, 2021], 11/11/21, 4/15/22)*

    **14.2.5.2.4 Reinjury in Second Half of Season.** A student-athlete who suffers an injury in the first half of the traditional season, enters competition during the second half of the traditional season and then is unable to participate further as a result of aggravating the original injury does not qualify for the hardship waiver. *(Revised: 8/23/07)*

    **14.2.5.2.5 Percent Calculation.** The following requirements are to be met in determining the percent calculation under this waiver provision: (Note: The percent calculation requirements set forth in Bylaws 14.2.5 and 14.2.5.2.3 apply only to the waiver provisions of this section and do not apply to the maximum- and minimum-contests requirements in Bylaw 20.)

        **14.2.5.2.5.1 Denominator in Percent Computation.** The denominator in the institution's percent calculation shall be based on the maximum contest or date of competition (whichever is applicable to that sport) limitation in each sport (as set forth in Bylaw 17) plus one contest or date of competition. For the sport of cross country, the denominator in the institution's percent calculation shall be based on the maximum dates of competition (as set forth in Bylaw 17) plus two dates of competition. For indoor and outdoor track and field, the denominator in the institution's percent calculation shall be nine for each sport. [See Figure 14-1] *(Revised: 1/14/97 effective 8/1/97, 4/15/98, 1/10/05 for any competition occurring on or after 8/1/04, 1/16/10 effective for injuries or illnesses that occur before 8/1/10, 4/13/10)*

        **14.2.5.2.5.2 Fraction in Percent Computation.** Any computation of the percent limitation that results in a fractional portion of a contest or date of competition shall be rounded to the next whole number (e.g., 33 percent of the standard basketball denominator of 26 -- 8.6 games -- shall be considered nine games). *(Revised: 1/14/97 effective 8/1/97, 2/23/11)*

    **14.2.5.2.6 Foreign-Tour Competition.** A student-athlete who qualifies for a hardship for the previous academic year would not use a season of participation if the student-athlete represents the institution on a certified foreign tour

during the summer-vacation period at the conclusion of that academic year. *(Adopted: 1/10/92, Revised: 1/12/04 effective 8/1/04, 1/9/06)*

**14.2.5.2.7 Transfer Student-Athletes.** The hardship-waiver criteria for a transfer student-athlete who suffers an injury or illness while attending an NCAA Division I or Division II institution may be based on the rule that would be most favorable to the student-athlete (the rule applicable to the division in which the injury or illness occurred or the Division III rule). The application of a particular division's legislation must include all the applicable elements of that division's legislation, as opposed to selected elements of the legislation of each division. *(Adopted: 4/11/11)*

**14.2.5.3 Eligibility for Practice.** A student-athlete who meets the criteria for receipt of a hardship waiver may practice and/or participate in rehabilitative activities for the remainder of the season and still qualify for a hardship waiver. A student-athlete who competes in that sport during the remainder of the season shall use a season of participation, unless the competition meets an exception per Bylaw 14.2.4.1.1. *(Adopted: 8/23/07, Revised: 10/20/09, 3/4/16)*

**14.2.5.4 Practice While Waiver is Pending.** A student-athlete, who has exhausted their seasons of participation but suffered a hardship during one or more of those seasons, may practice, but not compete, provided the institution has filed a hardship waiver request with the conference office or, in the case of an independent member institution, the Committee on Student-Athlete Reinstatement. If the request is denied, the student-athlete must cease all practice activities upon the institution's notification of the denial and may not continue to practice during the appellate process. *(Adopted: 4/20/23)*

**14.2.6 Season-of-Participation Waiver -- Participation While Ineligible.** In conjunction with a request for restoration of eligibility and any conditions imposed thereon per Bylaw 14.12, a student-athlete may be granted an additional season of participation by the Committee on Student-Athlete Reinstatement when they engaged in a limited amount of participation as a result of a good-faith, erroneous formal declaration of eligibility by the institution's appropriate certifying authority or a student-athlete's good-faith, erroneous reliance on a coaching staff member's decision to put the student-athlete into participation before the coaching staff member receiving a formal declaration of the student-athlete's eligibility from the institution's appropriate certifying authority. The participation must have occurred under all of the following conditions: *(Adopted: 1/16/93, Revised: 1/12/99, 1/13/03, 1/12/04 effective 8/1/04 for any athletics participation occurring on or after 8/1/04, 4/20/21)*

(a) The participation occurred while the student-athlete was representing an NCAA member institution; *(Revised: 1/12/04 effective 8/1/04 for any athletics participation occurring on or after 8/1/04)*

(b) The participation occurred within 60 days of the date the student-athlete first reported for athletics participation; *(Revised: 1/12/04 effective 8/1/04 for any athletics participation occurring on or after 8/1/04)*

(c) The student-athlete did not participate in more than two events or 10 percent (whichever number is greater) of the institution's completed or scheduled (not exceeding the maximum limitations in each sport as set forth in Bylaw 17 as set before the first scheduled contest or date of competition) events in their sport. All competition (including a scrimmage) against outside participants shall be countable under this limitation in calculating both the number of events in which the student-athlete participated and the number of completed or scheduled events during that season (traditional and nontraditional) in the sport; *(Revised: 1/10/05 for any competition occurring on or after 8/1/04, 1/9/06, 4/20/21)*

(d) The student-athlete was involved innocently and inadvertently in the erroneous determination or declaration of eligibility, which permitted the student-athlete to participate while ineligible; and *(Revised: 1/12/99, 1/12/04 effective 8/1/04 for any athletics participation occurring on or after 8/1/04)*

(e) In the case of a coaching staff member's erroneous decision, the student-athlete had reason to believe they would be eligible to participate, and the student-athlete did not contribute to the coaching staff member's erroneous decision to allow the student-athlete to participate. *(Adopted: 1/12/99, Revised: 4/20/21)*

**14.2.6.1 Percent Calculation.** The requirements specified in Bylaw 14.2.5.2.5 shall apply to the 10-percent calculation specified in this waiver. *(Adopted: 1/16/93)*

**14.2.6.2 Practice While Waiver is Pending.** A student-athlete, who has exhausted their seasons of participation, may practice, but not compete, provided the institution has filed a season-of-participation waiver request. If such a request is denied, the student-athlete must cease all practice activities upon the institution's notification of the denial and may not continue to practice during the appellate process. *(Adopted: 4/20/23)*

**14.2.7 Season-of-Participation Waiver -- Participation While Eligible.** A student-athlete may be granted an additional season of participation by the Committee on Student-Athlete Reinstatement when, due to extenuating circumstances (per Bylaw 14.2.7.1.2), the student-athlete, while eligible, engaged in a limited amount of participation. The participation must have occurred under all of the following conditions: *(Adopted: 1/13/03 effective 8/1/03 for competition occurring on or after 8/1/03, Revised: 1/12/04 effective 8/1/04 for any athletics participation occurring on or after 8/1/04, 6/22/05)*

(a) The participation occurred within the first half of the traditional segment; and *(Revised: 1/12/04 effective 8/1/04 for any athletics participation occurring on or after 8/1/04)*

(b) The student-athlete did not compete in more contests or dates of competition than a number equivalent to one-third of the standard denominator, where the standard denominator is determined by the maximum number of contests or dates of competition plus one contest or date of competition. All competition (including a scrimmage) against outside participants shall be countable under this limitation in calculating the number of contests or dates of competition in which the student-athlete participated. *(Revised: 1/10/05 for competition occurring on or after 8/1/04, 1/9/06, 6/11/14, 10/18/16 effective 10/18/16)*

**14.2.7.1 Administrative Criteria.** The following criteria shall be employed in the administration of this season-of-participation waiver: *(Adopted: 1/13/03 effective 8/1/03 for competition occurring on or after 8/1/03, Revised: 1/12/04 effective 8/1/04 for any athletics participation occurring on or after 8/1/04)*

**14.2.7.1.1 Percent Calculation.** The requirements specified in Bylaw 14.2.5.2.5 shall apply to the percent calculation specified in this waiver. *(Adopted: 1/13/03 effective 8/1/03 for competition occurring on or after 8/1/03)*

**14.2.7.1.2 Extenuating Circumstances.** Extenuating circumstances include, but are not limited to, the following: *(Adopted: 1/13/03 effective 8/1/03 for competition occurring on or after 8/1/03)*

(a) The student-athlete is unable to compete as a result of a life-threatening injury or illness suffered by a member of the student-athlete's immediate family, which clearly is supported by contemporaneous medical documentation; *(Revised: 1/10/05)*

(b) The student-athlete is unable to compete as a result of extreme financial difficulties as a result of a specific event (e.g., layoff, death in family) experienced by the student-athlete or an individual on whom the student-athlete is legally dependent. These circumstances must be clearly supported by objective documentation (e.g., decree of bankruptcy, proof of termination) and must be beyond the control of the student-athlete or the individual on whom the student-athlete is legally dependent; and *(Revised: 1/10/05)*

(c) The student-athlete's institution dropped the sport (in which the student has practiced or competed) from its intercollegiate program.

**14.2.7.1.3 Review Authority.** In cases in which a student-athlete does not meet the extenuating circumstances listed in Bylaw 14.2.7.1.2, the Committee on Student-Athlete Reinstatement shall have authority to review and grant waivers based on additional documented extenuating circumstances. *(Adopted: 1/13/03 effective 8/1/03 for competition occurring on or after 8/1/03)*

**14.2.7.2 Practice While Waiver is Pending.** A student-athlete, who has exhausted their seasons of participation, may practice, but not compete, provided the institution has filed a season-of-participation waiver request. If such a request is denied, the student-athlete must cease all practice activities upon the institution's notification of the denial and may not continue to practice during the appellate process. *(Adopted: 4/20/23)*

# 14.4 Satisfactory-Progress Requirements.

**14.4.1 Satisfactory-Progress Requirements.** To be eligible to represent an institution in intercollegiate athletics competition, a student-athlete shall maintain satisfactory progress toward a baccalaureate or equivalent degree at that institution as determined by the regulations of that institution. As a general requirement, "satisfactory progress" is to be interpreted at each member institution by the academic authorities who determine the meaning of such phrases for all students, subject to controlling legislation of the conference(s) or similar association of which the institution is a member. (See Bylaw 20.8.4.11 regarding the obligations of members to publish their satisfactory-progress requirements for student-athletes and Bylaw 14.01.2 for the requirements for student-athletes enrolled in two-year degree programs.) *(Revised: 1/10/05, 8/18/06)*

**14.4.1.1 Exchange Student.** A foreign exchange student as defined in Bylaw 14.5.1.4.1 shall maintain satisfactory progress toward a baccalaureate or equivalent degree at the student's preceding educational institution.

**14.4.1.2 Temporary Student.** A student-athlete having the status of temporary, transient or exchange student shall not represent an institution in intercollegiate athletics competition unless such status is specifically allowed and governed by provisions adopted by the membership.

**14.4.1.3 Prior Approval -- Summer Courses at Other Institutions.** Prior approval by appropriate academic officials of the certifying institution is required if courses taken during another institution's summer term are to be used in determining the student's academic status (i.e., good academic standing and satisfactory progress). Under limited circumstances, the Management Council may grant waivers for student-athletes who did not request or receive prior approval.

**14.4.1.4 Correspondence, Extension, Credit-by-Examination and Online Courses.** Use of correspondence, extension, credit-by-examination and online courses for purposes of academic standing or satisfactory progress shall be determined by the regulations of the certifying institution, regardless of whether the courses are taken through the certifying institution or through another institution. *(Adopted: 1/14/08 effective 8/1/08)*

**14.4.1.5 Waiver -- Olympic and Paralympic Games.** The Management Council may waive this general satisfactory-progress requirement for any participant in the Olympic and Paralympic Games who, because of such participation, may lose eligibility for practice and competition in any sport. *(Revised: 1/22/20 effective 8/1/20)*

# 14.5 Transfer Regulations.

**14.5.1 Residence Requirement -- General Principle.** A student who transfers (see Bylaw 14.5.2) to a member institution from any collegiate institution is required to complete an academic year of residence (see Bylaw 14.02.10) at the certifying institution before being eligible to compete for or to receive travel expenses from the member institution (see Bylaw 16.8.1.2), unless the student satisfies the applicable transfer requirements or receives an exception or waiver as set forth in this section. *(Revised: 1/10/91 effective 8/1/91, 5/7/10)*

**14.5.1.1 Fulfillment of Residence Requirement in Night School.** When a student transfers to a member institution and is required to fulfill a residence requirement before being eligible to participate in competition, it is permissible for the transfer student to meet the requirement by attending an institution's night school, provided the following conditions are met:

(a) The night school has regular terms (semesters or quarters) that are the same as the institution's day school;

(b) The student is enrolled in a minimum full-time program of studies during each night term counted; and

(c) The student is considered by the institution to be a regularly matriculated student in each term.

**14.5.1.2 Disciplinary Suspension.** A student who transfers to any NCAA institution from a collegiate institution while the student is disqualified or suspended from the previous institution for disciplinary reasons (as opposed to academic reasons) must complete one calendar year of residence at the certifying institution. *(Revised: 1/14/97 effective 8/1/97)*

**14.5.1.2.1 Exception.** A student who transfers to the certifying institution and meets the requirements of the two-year nonparticipation exception set forth in Bylaws 14.5.4.2 or 14.5.5.1.3 is not required to complete one calendar year of residence. *(Adopted: 1/16/10 effective 8/1/10)*

**14.5.1.3 Championship Eligibility.** A transfer student who is required to fulfill an academic year of residence (see Bylaw 14.02.10) shall not be eligible to participate in any NCAA championship that occurs during the academic year of residence or during the vacation period immediately following the academic year of residence. *(Revised: 1/9/06 effective 8/1/06)*

**14.5.1.4 Foreign Institution Transfers.** A transfer student from a foreign collegiate institution (college, university or two-year college), except one entering as an exchange student (Bylaw 14.5.1.4.1), shall comply with the one-year residence requirement set forth in Bylaw 14.5.5.1.

**14.5.1.4.1 Foreign Exchange Student Exception.** A student who transfers to the certifying institution shall be immediately eligible if the student is enrolled in the certifying institution for a specified period of time as a foreign exchange student participating in a formal and established educational exchange program (e.g., sponsored by the U.S. Department of State, Rotary International, the Ford Foundation, the Institute of International Education) recognized by the institution's academic authorities. *(Revised: 7/22/08)*

**14.5.2 Conditions Affecting Transfer Status.** A transfer student is an individual who transfers from a collegiate institution after having met any one of the following conditions at that institution:

(a) The student was officially registered and enrolled in a minimum, full-time program of studies in any quarter or semester of an academic year, as certified by the registrar or admissions office and attended class; *(Revised: 1/9/06)*

(b) The student attended a class or classes in any quarter or semester in which the student was enrolled in a minimum full-time program of studies, even if the enrollment was on a provisional basis and the student was later determined by the institution not to be admissible;

(c) The student is or was enrolled in an institution in a minimum full-time program of studies in a night school that is considered to have regular terms (semesters or quarters) the same as the institution's day school, and the student is or was considered by the institution to be a regularly matriculated student;

(d) The student attended a branch school that does not conduct an intercollegiate athletics program, but the student had been enrolled in another collegiate institution before attendance at the branch school;

(e) The student attended a branch school that conducted an intercollegiate athletics program and transfers to an institution other than the parent institution;

(f) The student reported for a regular squad practice (including practice or conditioning activities that occurred before certification), announced by the institution through any member of its athletics department staff, before the beginning of any quarter or semester, as certified by the athletics director. Participation only in picture-day activities would not constitute "regular practice;" or

(g) The student participated in practice or competed in a given sport even though the student was enrolled in less than a minimum full-time program of studies.

**14.5.3 Conditions Not Constituting Transfer Status.** Unless otherwise covered by conditions set forth in Bylaw 14.5.2, a student-athlete is not considered a transfer under the following enrollment conditions:

**14.5.3.1 Summer School, Extension Courses or Night School.** The student has been enrolled in or attended classes only in a summer school, extension course or night school, unless the night school is considered by the institution to be a regular term (semester or quarter) the same as its day school, the student is enrolled for a minimum full-time load in this regular night term and the student is considered by the institution to be a regularly enrolled student.

**14.5.3.2 Second Campus of Institution.** The student is in residence at an institution's campus that is not in the same city as the institution's main campus, provided the campus at which the student is in residence does not conduct an intercollegiate athletics program, classes on the campus are taught by the same instructors who teach classes on the main campus, the credits received by all class enrollees are considered as regular credits by the institution's main campus and the degrees awarded to all students come from the institution's main campus.

**14.5.3.3 Academic Exchange Program.** The student participates in a regular academic exchange program between two four-year institutions that requires a participant to complete a specified period of time at each institution, and the program provides for the student-athlete to receive at least two baccalaureate or equivalent degrees at the conclusion of this joint academic program.

**14.5.4 Two-Year College Transfers.** A student who transfers to a member institution from a two-year college or from a branch school that conducts an intercollegiate athletics program must complete an academic year of residence (see Bylaw 14.02.10) unless the student qualifies for a transfer exception as set forth in Bylaw 14.5.4.1. *(Revised: 1/10/92, 4/14/06, 5/7/10)*

**14.5.4.1 Exceptions.** A student who transfers to the certifying institution shall be immediately eligible if: *(Revised: 1/10/91 effective 8/1/91, 1/13/98 effective 8/1/98, 1/12/99 effective 8/1/99, 10/22/03, 1/10/05 effective 8/1/05, 1/9/06, 4/14/06)*

(a) The student has never practiced nor competed in intercollegiate athletics; *(Revised: 1/9/06, 1/14/15)*

(b) The student transfers from a two-year college or from a branch school that conducts an intercollegiate athletics program without having been enrolled full time at a four-year collegiate institution and would have been academically and athletically eligible had they remained at that institution. A student-athlete who has exhausted their athletics eligibility at the two-year college may use this transfer exception if the student-athlete was otherwise academically or athletically eligible for competition at the two-year college; or *(Revised: 4/20/21)*

(c) The student transfers from a four-year institution to a two-year college, and then to the certifying institution and; *(Revised: 11/16/05, 12/19/07, 1/12/11, 11/3/16, 1/22/20)*

(1) The student would have been athletically and academically eligible, at the time of transfer from the previous four-year institution (see Bylaw 14.5.2) had they remained at the previous four-year institution; or *(Adopted: 1/22/20, Revised: 4/20/21)*

(2) The student-athlete successfully completed at least 24-semester or 36-quarter hours of transferable-degree credit at the two-year college and spent at least two full-time semesters or three full-time quarters of attendance at the two-year college. *(Adopted: 1/22/20)*

**14.5.4.1.1 Multiple Two-Year Colleges.** It is permissible for a 4-2-4 transfer student-athlete who attended multiple two-year colleges to use credits earned at the two-year colleges to satisfy the credit-hour requirements set forth in Bylaw 14.5.4.1. The student-athlete may combine terms of full-time attendance at any of the two-year colleges to satisfy the minimum two-semester or three-quarter attendance requirement. *(Adopted: 5/5/00, Revised: 1/10/05)*

**14.5.4.1.2 Term(s) in Residence.** A 4-2-4 transfer student-athlete becomes eligible after a term(s) in residence (see Bylaw 14.02.10) at the certifying institution provided: *(Adopted: 1/22/20)*

(a) The student-athlete has been enrolled full-time for at least two-semesters or three quarters between the two-year college and the certifying institution; and *(Adopted: 1/22/20)*

(b) The student-athlete has earned a total of 24-semester or 36-quarter hours while enrolled at the two-year college and certifying institution. Hours from the two-year college must be transferable-degree credits. *(Adopted: 1/22/20)*

**14.5.4.2 Two-Year Nonparticipation Exception.** The student transfers to the certifying institution from a two-year college or from a branch school that conducts an intercollegiate athletics program and for a consecutive two-year period immediately before the date on which the student begins participation (practice and/or competition), the student has neither practiced nor competed in the involved sport in intercollegiate competition and has neither practiced nor competed in organized noncollegiate amateur competition while enrolled as a full-time student in a collegiate institution. This two-year period does not include any period of time before the student's initial collegiate enrollment. *(Adopted: 1/11/00, Revised: 3/23/01)*

**14.5.5 Four-Year College Transfers.** See Bylaw 13.1.1.2 for prohibition against contacting student-athletes of another four-year collegiate institution without permission.

**14.5.5.1 General Rule.** A transfer student from a four-year institution shall not be eligible for intercollegiate competition until the student has fulfilled an academic year of residence (see Bylaw 14.02.10) at the certifying institution unless the student qualifies for one of the transfer exceptions set forth in Bylaws 14.5.5.1.1, 14.5.5.1.2 or 14.5.5.1.3. A transfer student (other than one under disciplinary suspension per Bylaw 14.5.1.2) may qualify for an exception to the academic year of residence requirement provided they do not have an unfulfilled residence requirement at the institution from which they are transferring. (See Bylaw 14.1.11, for student-athletes participating in a recognized foreign exchange/study abroad program). *(Revised: 1/10/91 effective 8/1/91, 5/7/10, 1/19/13, 4/20/21)*

**14.5.5.1.1 Exception.** A student who transfers to the certifying institution shall be immediately eligible if: *(Revised: 1/14/97 effective 8/1/97, 1/10/05 effective 8/1/05)*

(a) The student has never practiced nor competed in intercollegiate athletics; *(Revised: 1/9/06, 1/19/13 effective 8/1/13)*

(b) The student transfers from a four-year collegiate institution and would have been academically and athletically eligible, at the time of transfer to the certifying institution (see Bylaw 14.5.2), had they remained at the previous institution; or *(Revised: 1/12/11 effective 8/1/11, 4/20/21)*

(c) The student transfers from a four-year collegiate institution that did not sponsor the student-athlete's sport and, while at that institution, the student-athlete: *(Adopted: 1/12/11 effective 8/1/11)*

(1) Successfully completed at least 24-semester or 36-quarter hours of transferable-degree credit; and

(2) Completed at least two full-time semesters or three full-time quarters.

**14.5.5.1.2 Exchange Student Exception.** A student who transfers to the certifying institution shall be immediately eligible if the student is enrolled in the certifying institution for a specified period of time as an exchange student participating in a formal and established educational exchange program recognized by the institution's academic authorities. *(Revised: 1/11/89, 1/10/92, 7/22/08)*

**14.5.5.1.3 Two-Year Nonparticipation Exception.** The student transfers to the certifying institution from another four-year college and for a consecutive two-year period immediately before the date on which the student begins participation (practice and/or competition), the student has neither practiced nor competed in the involved sport in intercollegiate competition and has neither practiced nor competed in organized noncollegiate amateur competition while enrolled as a full-time student in a collegiate institution. This two-year period does not include any period of time before the student's initial collegiate enrollment. *(Revised: 1/10/95)*

# 14.7 Outside Competition, Effects on Eligibility. The eligibility of a student-athlete who engages in outside competition (see Bylaw 17.02.10) is affected as set forth in the following regulations.

**14.7.1 Outside Competition.** A student-athlete becomes ineligible for intercollegiate competition in that sport until eligibility is restored by the Committee on Student-Athlete Reinstatement if, after enrollment in college and during any year in which the student-athlete is a member of an intercollegiate squad or team, they compete or have competed as a member of any outside team in any noncollegiate, amateur competition (e.g., tournament play, exhibition games or other activity) during the institution's intercollegiate season in the sport (see Bylaw 14.7.3 for exceptions and waivers) unless restored to eligibility before that time by the Committee on Student-Athlete Reinstatement. (See Bylaw 14.1.11, for student-athletes participating in a recognized foreign exchange/study abroad program). *(Revised: 1/16/93, 1/11/94, 1/13/03 effective 8/1/03, 12/20/04, 1/10/05, 1/19/13, 4/20/21)*

**14.7.1.1 Defining Intercollegiate Season.** For the purposes of defining when outside competition is prohibited, the institution's intercollegiate season will be defined as follows: *(Adopted: 7/18/23 effective 8/1/23)*

(a) **Sports with Fall NCAA Championships.** The season is the traditional segment. For football, the season is the traditional season. *(Adopted: 7/18/23 effective 8/1/23)*

(b) **Sports with a Winter NCAA Championship.** The season is the period of time between the date of the institution's first scheduled contest to the institution's final contest. *(Adopted: 7/18/23 effective 8/1/23)*

(c) **Sports with Spring NCAA Championships, except for Golf, Rowing and Tennis.** The season is the traditional segment. *(Adopted: 7/18/23 effective 8/1/23)*

(d) **Period Sports (Golf, Rowing and Tennis).** The season is from the institution's start date to the end date for each period. *(Adopted: 7/18/23 effective 8/1/23)*

**14.7.1.1.1 Additional Restriction -- Men's and Women's Wrestling.** In men's and women's wrestling, a student-athlete may compete outside of the institution's intercollegiate season as a member of an outside team in any noncollegiate, amateur competition, except during the period between the beginning of the institution's academic year and November 1. The number of student-athletes from any one institution shall not exceed the applicable limits set forth in Bylaw 17.31.2. *(Adopted: 7/26/11 effective 8/1/11, Revised: 1/27/20 effective 8/1/20)*

**14.7.1.3 Volleyball and Beach Volleyball.** Volleyball and beach volleyball are considered the same sport for the purposes of Bylaw 14.7. *(Adopted: 1/17/15 effective 8/1/15, Revised: 8/19/15)*

## 14.7.2 Additional Applications of Outside-Competition Regulations.

**14.7.2.1 Definition of Team Member.** A student-athlete is considered to be a member of the institution's team in a sport in any specified year when the student meets any of the conditions set forth in Bylaw 14.7.2.2 and/or reports for practice or competition in that sport in that year. Thereafter, for purposes of this rule, the student-athlete is considered to be a member of that team for the remainder of the season.

**14.7.2.1.1 Exception.** A student-athlete who fails to make the institution's team after participation only in limited preseason tryouts shall not be considered a member of the team for purposes of this regulation. *(Adopted: 1/16/93)*

**14.7.2.2 Eligibility Status.** A student-athlete is considered to be a member of the institution's team and therefore bound by this regulation in that sport, if the student-athlete:

(a) Is ineligible to compete but practiced with a squad or team in the sport; or

(b) Is eligible to compete but was not permitted to do so, other than taking part in practice sessions with the squad or team in the sport.

**14.7.2.2.1 Exception.** A student-athlete who fails to make the institution's team after participation only in limited preseason tryouts shall not be considered a member of the team for purposes of this regulation. *(Adopted: 1/16/93)*

**14.7.2.3 Competition between Segments.** If an institution conducts separate fall and spring practice or playing segments in a sport, it is permissible for a student-athlete to participate in that sport on an outside team during the period between the two segments without affecting their eligibility. *(Revised: 1/10/91 effective 8/1/91, 1/16/93, 4/20/21)*

**14.7.2.4 Postseason Competition.** An institution's intercollegiate season includes any scheduled participation in the conference championship in the sport in question but excludes the period between the last regularly scheduled competition and the NCAA championship in that sport.

**14.7.2.5 Competition as Individual/Not Representing Institution.** It is permissible for a student-athlete to participate in outside competition as an individual during the academic year in the student-athlete's sport, as long as the student-athlete represents only themself in the competition and does not engage in such competition as a member of or receive expenses from an outside team. *(Revised: 4/20/21)*

**14.7.2.5.1 No Competition Between Beginning of Academic Year and November 1 -- Men's and Women's Wrestling.** In men's and women's wrestling, a student-athlete shall not participate in outside competition as an individual between the beginning of the institution's academic year and November 1. *(Adopted: 7/26/11 effective 8/1/11, Revised: 1/27/20 effective 8/1/20)*

**14.7.2.6 Exempt Sports.** In the individual sports (see Bylaw 17.02.13.2), such units as "pro-am" golf teams, doubles tennis teams and relay teams in track and field are not considered to be outside teams for purposes of this legislation.

## 14.7.3 Exceptions -- All Sports.

(a) **High School Alumni Game.** A student-athlete may compete in one game a year involving players from the student-athlete's former high school and its alumni team. In sports other than basketball, this game must take place during an official vacation period of the institution's academic year.

(b) **Olympic and Paralympic Games.** A student-athlete may participate in the official Olympic and Paralympic Games, in final tryouts that directly qualify competitors for the Olympic and Paralympic Games and in officially recognized

competition directly qualifying participants for final Olympic and Paralympic Games tryouts. *(Revised: 1/14/97 effective 8/1/97, 1/22/20 effective 8/1/20)*

(c)  **Official Pan American and Parapan American Games Tryouts and Competition.** A student-athlete may participate in official Pan American and Parapan American Games tryouts and competition, including junior-level tryouts and competition. *(Adopted: 1/14/97 effective 8/1/97, Revised: 4/11/06, 1/22/20 effective 8/1/20)*

(d)  **National Teams.** A student-athlete may participate in official tryouts and competition involving national teams sponsored by the appropriate national governing bodies of the U.S. Olympic and Paralympic Committee (or, for the student-athletes representing another nation, the equivalent organization of that nation or, for student-athletes competing in a non-Olympic or Paralympic sport, the equivalent organization of that sport). *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/22/20 effective 8/1/20)*

(e)  **Official World Championships, World University Games (Universiade), World University Championships, World Youth Championships and World Cup Tryouts and Competition.** A student-athlete may participate in official World Championships, World University Games (Universiade), World University Championships, World Youth Championships and World Cup tryouts and competition (including junior levels). *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/14/02, 4/11/06, 10/17/11)*

(f)  **Multisport Events.** A student-athlete may participate in officially recognized state and national multisport events. *(Adopted: 1/14/97 effective 8/1/97)*

(g)  **Triathlons.** A student-athlete, other than a triathlon student-athlete, may compete, as an individual or part of a team, in triathlons at any time during the calendar year subject to Bylaw 12 limitations. If a student-athlete competes on a triathlon team, they must compete in all three legs of the triathlon to satisfy this exception. *(Adopted: 1/15/11, Revised: 4/11/11, 5/15/14, 4/20/21)*

**14.7.3.1 National-Team Criteria.** A national team shall meet the following criteria: *(Adopted: 1/14/97 effective 8/1/97, Revised: 12/5/06, 4/13/10)*

(a)  It is designated by the U.S. Olympic and Paralympic Committee, national governing body or other organizations recognized by the U.S. Olympic and Paralympic Committee (or, for student-athletes representing another nation, the equivalent organization of that nation or for student-athletes competing in a non-Olympic or Paralympic sport, the equivalent organization in that sport); *(Revised: 4/17/13, 1/22/20 effective 8/1/20)*

(b)  Selection for such a team is made on a national qualification basis either through a defined selective process or actual tryouts, publicly announced; and

(c)  The international competition in question requires that the entries officially represent their respective nations, although it is not necessary to require team scoring by nation. *(Revised: 12/5/06)*

## 14.8 U.S. Service Academies, Special Eligibility Provisions.

**14.8.1 Ten-Semester/15-Quarter Rule.** The Committee on Student-Athlete Reinstatement may approve waivers to the 10-semester/15-quarter rule (see Bylaw 14.2) for student-athletes of the national service academies who have exhausted eligibility in one sport but wish to compete in another sport or sports in which they have eligibility remaining. *(Revised: 1/13/03)*

**14.8.2 Transfer Status.** A student who has attended as a freshman (plebe) only in the official summer-enrollment program of one of the national service academies is not considered a transfer in the application of the transfer regulations of Bylaw 14.5.

## 14.9 Post-Enrollment Academic Misconduct and Impermissible Academic Assistance. All institutional staff members and student-athletes are expected to act with honesty and integrity in all academic matters. *(Adopted: 1/20/18 effective 8/1/18)*

**14.9.1 Institutional Staff Member - Defined** For purposes of Bylaw 14.10, an institutional staff member is any individual, excluding a student employee, who performs work for the institution or the athletics department, regardless of whether they receive compensation for such work. *(Adopted: 1/20/18 effective 8/1/18, Revised: 4/20/21)*

**14.9.1.1 Student Employee.** For purposes of Bylaw 14.10, a student employee is an institutional staff member if: *(Adopted: 1/20/18 effective 8/1/18)*

(a)  The student has institutional responsibilities to provide academic services to student-athletes; or *(Adopted: 1/20/18 effective 8/1/18, Revised: 4/20/21)*

(b)  The student engages in academic misconduct or provides impermissible academic assistance at the direction of a nonstudent employee, an institutional staff member per Bylaw 14.9.1.1-(a) or a representative of the institution's athletics interests. *(Adopted: 1/20/18 effective 8/1/18, Revised: 4/20/21)*

**14.9.2 Academic Misconduct - Post Enrollment.** *(Adopted: 1/20/18 effective 8/1/18)*

(a) **Conduct Violating Institutional Policy.** A student-athlete, a current or former institutional staff member or a representative of an institution's athletics interest shall not engage in any conduct constituting a violation or breach (as determined by the institution) of an institutional policy regarding academic honesty or integrity (e.g., academic offense, academic honor code violation, plagiarism, academic fraud) under any of the following circumstances: *(Adopted: 1/20/18 effective 8/1/18)*

　　(1) The conduct involves a student-athlete and either a current or former institutional staff member or representative of an institution's athletics interests; *(Adopted: 1/20/18 effective 8/1/18)*

　　(2) The conduct results in an erroneous declaration of eligibility to participate in intercollegiate athletics and the student-athlete subsequently competes for the institution while ineligible; or *(Adopted: 1/20/18 effective 8/1/18)*

　　(3) The conduct involves the alteration or falsification of a student-athlete's transcript or academic record. *(Adopted: 1/20/18 effective 8/1/18)*

(b) **Other Conduct.** A current or former institutional staff member or a representative of an institution's athletics interest shall not alter or falsify a student-athlete's transcript or academic record regardless if the alteration or falsification constitutes a breach of an institutional policy regarding academic integrity (e.g., academic offense, academic honor code violation, plagiarism, academic fraud). *(Adopted: 1/20/18 effective 8/1/18)*

**14.9.3 Impermissible Academic Assistance.** A current or former institutional staff member or a representative of an institution's athletics interests shall not provide the following: *(Adopted: 1/20/18 effective 8/1/18)*

(a) Substantial assistance that is not generally available to an institution's students and is not otherwise expressly authorized in Bylaw 16.3, which results in the certification of a student-athlete's eligibility to participate in intercollegiate athletics; or *(Adopted: 1/20/18 effective 8/1/18)*

(b) An academic exception that results in a grade change, academic credit or fulfillment of a graduation requirement when such an exception is not generally available to the institution's students and the exception results in the certification of a student-athlete's eligibility to participate in intercollegiate athletics. *(Adopted: 1/20/18 effective 8/1/18)*

**14.9.3.1 Application.** If an institution determines, pursuant to its policies and procedures, that academic misconduct has occurred, a violation of Bylaw 14.10.3 shall not be cited by the institution or through an enforcement investigation. If an institution determines, pursuant to its policies and procedures, that academic misconduct has not occurred, the conduct in question may still constitute a violation of Bylaw 14.10.3 *(Adopted: 1/20/18 effective 8/1/18)*

**14.9.4 Policies and Procedures.** An institution shall: *(Adopted: 1/20/18 effective 8/1/18)*

(a) Have written institutional policies and procedures regarding academic misconduct applicable to the general student-body, including student-athletes. The policies and procedures must be approved through the institution's normal process for approving such policies and must be kept on file or be accessible on the institution's website; and *(Adopted: 1/20/18 effective 8/1/18)*

(b) Investigate and adjudicate alleged academic misconduct in accordance with established policies regardless of whether the misconduct is reported to the NCAA or whether the student-athlete acted alone or in concert with others. *(Adopted: 1/20/18 effective 8/1/18)*

**14.9.4.1 Exception.** An institution may establish a policy that permits an expedited investigation and adjudication of academic misconduct by a student-athlete, provided other applicable policies and procedures are observed and the policy for expedited review is approved through the institution's normal process for approving such policies and is approved by the institution's president or chancellor (or their designee). Further, the policy that permits an expedited review must be kept on file or must be accessible on the institution's website. *(Adopted: 1/20/18 effective 8/1/18, Revised: 4/20/21)*

# 14.10 Ineligibility.

**14.10.1 Obligation of Member Institution to Withhold Student-Athlete from Competition.** If a student-athlete is ineligible under the provisions of the constitution, bylaws or other regulations of the Association, the institution shall be obligated to apply immediately the applicable rule and to withhold the student-athlete from all intercollegiate competition. The institution may appeal to the Committee on Student-Athlete Reinstatement for restoration of the student-athlete's eligibility as provided in Bylaw 14.12 if it concludes that the circumstances warrant restoration.

**14.10.2 Ineligibility Resulting from Recruiting Violation.** An institution shall not enter a student-athlete (as an individual or as a member of a team) in any intercollegiate competition if it is acknowledged by the institution or established through the Association's enforcement procedures that the institution or representative(s) of its athletics interests violated the Association's legislation in the recruiting of the student-athlete. The institution may appeal to the Committee on Student-

Athlete Reinstatement for restoration of the student-athlete's eligibility as provided in Bylaw 14.12 if it concludes that circumstances warrant restoration.

**14.10.2.1 Payment of Legal Fees during Appeal.** A member institution may provide actual and necessary expenses for a prospective student-athlete to attend proceedings conducted by the institution, its athletics conference or the NCAA that relate to the prospective student-athlete's eligibility to participate in intercollegiate athletics, provided the prospective student-athlete has been accepted for enrollment by the institution and has provided written confirmation of their intent to enroll at the institution. The cost of legal representation in such proceedings also may be provided by the institution (or a representative of its athletics interests). *(Revised: 4/20/21)*

**14.10.3 Application of Ineligibility Ruling Pending Appeal.** Once an official interpretation (per Bylaw 9.4.1.2) applicable to a member institution has been issued and results in the ineligibility of a student-athlete, it is necessary for the institution to apply the rule to the eligibility of the student-athlete, even if review of the interpretation (per Bylaws 9.4.1.2 or 9.4.1.4) at the request of the institution is pending. Failure to withhold such a student-athlete from competition is a violation of the conditions and obligations of membership.

**14.10.4 Ineligible Participation.**

**14.10.4.1 Loss of Eligibility.** A student-athlete shall be denied eligibility for intercollegiate competition in a sport if they participate in intercollegiate competition in that sport while ineligible under this bylaw or other applicable NCAA legislation. The certifying institution may appeal to the Committee on Student-Athlete Reinstatement for restoration of the student-athlete's eligibility if it concludes that the circumstances warrant restoration (see Bylaw 14.12). *(Revised: 4/20/21)*

# 14.12 Restoration of Eligibility.

**14.12.1 Basis for Appeal.** When a student-athlete is determined to be ineligible under any applicable provision of the constitution, bylaws or other regulations of the Association, the member institution, having applied the applicable rule and having withheld the student-athlete from all intercollegiate competition, may appeal to the Committee on Student-Athlete Reinstatement for restoration of the student's eligibility, provided the institution concludes that the circumstances warrant restoration of eligibility.

**14.12.2 Participation in Appeal Hearing.** Any appeal to restore a student-athlete's eligibility shall be submitted in the name of the institution by the president or chancellor (or an individual designated by the president or chancellor), faculty athletics representative, senior woman administrator or athletics director (for the men's or women's program). At least one of those individuals must participate in any hearing of the appeal that involves direct participation by the student-athlete or other individuals representing the institution or the student. *(Revised: 1/11/94, 10/3/05)*

**14.12.3 Student Responsibility, Relationship to Restoration of Eligibility.** A student-athlete is responsible for their involvement in a secondary or major violation of NCAA regulations (as defined in Bylaws 19.02.2.1 and 19.02.2.2), and the Committee on Student-Athlete Reinstatement may restore the eligibility of a student involved in any violation only when circumstances clearly warrant restoration. The eligibility of a student-athlete involved in a major violation shall not be restored other than through an exception authorized by the Committee on Student-Athlete Reinstatement in a unique case on the basis of specifically stated reasons. *(Revised: 4/20/21)*

# 14.13 Additional Waivers for Eligibility Requirements. Conditions under which exceptions are permitted or waivers may be granted to specific eligibility requirements in this bylaw are noted in other sections of this bylaw. Other than these, there shall be no waiver by the Association of any of the provisions of this bylaw except as follows.

**14.13.1 Management Council Waivers.** The Management Council, by a two-thirds majority of its members present and voting, may waive specific provisions of this bylaw as follows.

**14.13.1.1 Academic and General Requirements.** The academic and general eligibility requirements may be waived under the following conditions or circumstances:

(a) For student-athletes in times of national emergency;

(b) For member institutions that have instituted a trimester or other accelerated academic program, provided any member institution applying for a waiver shall demonstrate a reasonable need for such waiver. Further, the Management Council shall grant no waiver that permits a student-athlete to engage in more than four seasons of intercollegiate participation. Under the waiver allowed, if a student in an accelerated academic program completes the requirements for a degree before completing eligibility, the student may participate in competition that begins within 90 days after completion of the requirements for the degree. The Management Council shall include a report of each such exception in its annual report to the Convention; and *(Revised: 1/12/04 effective 8/1/04 for any athletics participation occurring on or after 8/1/04)*

(c) For institutions that have suffered extraordinary personnel losses from one or more of their intercollegiate athletics teams due to accident or illness of a disastrous nature.

**14.13.1.2 Residence Requirement.** The one-year residence requirement for student-athletes may be waived under the following conditions or circumstances:

(a) For a student-athlete who transfers to a member institution for reasons of health. Such request for a waiver may be initiated by any member institution and shall be supported by contemporaneous medical documentation and medical recommendations of the institution's team physician and/or the student-athlete's personal physician; *(Revised: 1/9/06)*

(b) For a student-athlete who transfers to a member institution after loss of eligibility due to a violation of the regulation prohibiting pay for participation in intercollegiate athletics (see Bylaw 12.1) or a violation of recruiting regulations (see Bylaw 13.01.6). The Management Council may waive these requirements only upon a determination of the innocence or inadvertent involvement of the student-athlete in the violation; and

(c) On the recommendation of the Committee on Infractions, for a student-athlete who transfers to a member institution to continue the student-athlete's opportunity for full participation in a sport because the student-athlete's original institution was placed on probation by the NCAA with sanctions that would preclude the institution's team in that sport from participating in postseason competition during all of the remaining seasons of the student-athlete's eligibility (see Bylaw 13.1.1.2.4). *(Revised: 1/10/92)*

## FIGURE 14-1
### Hardship Waiver Calculations — Standard Denominators Based on Bylaw 17

| Sport | Standard Denominator* | First Half of Playing Season | One-third of Contests or Dates of Competition |
|---|---|---|---|
| Acrobatics and Tumbling | 13 | Before the start of the 8th date of competition. | 5 |
| Baseball | 41 | Before the start of the 22nd contest. | 14 |
| Men's Basketball | 26 | Before the start of the 14th contest. | 9 |
| Women's Basketball | 26 | Before the start of the 14th contest. | 9 |
| Beach Volleyball | 17 | Before the start of the 10th date of competition. | 6 |
| Women's Bowling | 33 | Before the start of the 18th date of competition. | 11 |
| Men's Cross Country | 11# | Before the start of the 7th date of competition. | 4 |
| Women's Cross Country | 11# | Before the start of the seventh date of competition. | 4 |
| Men's Fencing | 12 | Before the start of the 7th date of competition. | 4 |
| Women's Fencing | 12 | Before the start of the 7th date of competition. | 4 |
| Field Hockey | 21 | Before the start of the 12th contest. | 7 |
| Football | 11 | Before the start of the 7th contest. | 4 |
| Men's Golf | 21 | Before the start of the 12th date of competition. | 7 |
| Women's Golf | 21 | Before the start of the 12th date of competition. | 7 |

\* Maximum number of contests or dates of competition plus one pursuant to Bylaw 14.2.5-(a)-(b).
\# Maximum of nine dates of competition (Bylaw 17) plus two dates of competition pursuant to Bylaw 14.2.5.2.5.1.
\*\* See Bylaw 14.2.5.2.5.1.

# FIGURE 14-1
## Hardship Waiver Calculations — Standard Denominators Based on Bylaw 17

| Sport | Standard Denominator* | First Half of Playing Season | One-third of Contests or Dates of Competition |
|---|---|---|---|
| Men's Gymnastics | 14 | Before the start of the 8th date of competition. | 5 |
| Women's Gymnastics | 14 | Before the start of the 8th date of competition. | 5 |
| Men's Ice Hockey | 26 | Before the start of the 14th contest. | 9 |
| Women's Ice Hockey | 26 | Before the start of the 14th contest. | 9 |
| Men's Lacrosse | 18 | Before the start of the 10th date of competition. | 6 |
| Women's Lacrosse | 18 | Before the start of the 10th date of competition. | 6 |
| Men's Rifle | 14 | Before the start of the 8th date of competition. | 5 |
| Women's Rifle | 14 | Before the start of the 8th date of competition. | 5 |
| Women's Rowing | 21 | Before the start of the 12th date of competition | 7 |
| Women's Rugby | 16 | Before the start of the 9th date of competition. | 6 |
| Men's Skiing | 17 | Before the start of the 10th date of competition. | 6 |
| Women's Skiing | 17 | Before the start of the 10th date of competition. | 6 |
| Men's Soccer | 21 | Before the start of the 12th contest. | 7 |
| Women's Soccer | 21 | Before the start of the 12th contest. | 7 |
| Softball | 41 | Before the start of the 22nd contest. | 14 |

\* Maximum number of contests or dates of competition plus one pursuant to Bylaw 14.2.5-(a)-(b).
# Maximum of nine dates of competition (Bylaw 17) plus two dates of competition pursuant to Bylaw 14.2.5.2.5.1.
\*\* See Bylaw 14.2.5.2.5.1.

# FIGURE 14-1
## Hardship Waiver Calculations — Standard Denominators Based on Bylaw 17

| Sport | Standard Denominator* | First Half of Playing Season | One-third of Contests or Dates of Competition |
|---|---|---|---|
| Stunt | 14 | Before the start of the 8th date of competition. | **5** |
| Men's Swimming and Diving | 17 | Before the start of the 10th date of competition. | 6 |
| Women's Swimming and Diving | 17 | Before the start of the 10th date of competition. | 6 |
| Men's Tennis | 21 | Before the start of the 12th date of competition. | 7 |
| Women's Tennis | 21 | Before the start of the 12th date of competition. | 7 |
| Men's Track and Field (Indoor) | 9** | Before the start of the 6th date of competition. | 3 |
| Men's Track and Field (Outdoor) | 9** | Before the start of the 6th date of competition. | 3 |
| Women's Track and Field (Indoor) | 9** | Before the start of the 6th date of competition. | 3 |
| Women's Track and Field (Outdoor) | 9** | Before the start of the 6th date of competition. | 3 |
| Women's Triathlon | 7 | Before the start of the 5th date of competition. | 3 |
| Men's Volleyball | 23 | Before the start of the 13th date of competition. | 8 |
| Women's Volleyball | 23 | Before the start of the 13th date of competition. | 8 |
| Water Polo | 22 | Before the start of the 12th date of competition. | 8 |
| Men's Wrestling | 17 | Before the start of the 10th date of competition. | 6 |
| Women's Wrestling *(Adopted 1/25/20 effective 8/1/20)* | 17 | Before the start of the 10th date of competition. | 6 |

\* Maximum number of contests or dates of competition plus one pursuant to Bylaw 14.2.5-(a)-(b).
\# Maximum of nine dates of competition (Bylaw 17) plus two dates of competition pursuant to Bylaw 14.2.5.2.5.1.
\** See Bylaw 14.2.5.2.5.1.

BYLAWS, ARTICLE 15

# Financial Aid.

## 15.01 General Principles.

**15.01.1 Institutional Financial Aid.** A student-athlete may receive financial aid administered by (see Bylaw 15.02.1) a Division III member institution that does not conflict with the governing legislation of Division III. *(Revised: 4/30/09, 7/20/22)*

**15.01.2 Improper Financial Aid.** Any student-athlete who receives financial aid other than that permitted by Division III shall not be eligible for intercollegiate athletics. *(Revised: 7/20/22)*

**15.01.3 Criteria for Institutional Financial Aid.** A member institution shall not award financial aid to any student on the basis of athletics leadership, ability, participation or performance. *(Adopted: 1/8/01 effective 8/1/02, Revised: 8/22/06, 1/17/08, 7/20/22)*

**15.01.4 Consistent Financial Aid Package.** The composition of the financial aid package offered to a student-athlete shall be consistent with the established policy of the institution's financial aid office, regular institutional agency, office or committee for all students. *(Adopted: 7/20/22)*

**15.01.5 Eligibility of Student-Athletes for Institutional Financial Aid.** A student-athlete must meet institutional regulations applicable to the general student body to be eligible for institutional financial aid. *(Revised: 1/12/99 effective 8/1/99)*

**15.01.6 Contributions by Donor.** It is not permissible for a donor to contribute funds to provide financial aid for student-athletes. *(Revised: 1/12/99, 7/20/22)*

**15.01.7 Student-Athlete Financial Aid Endowments or Funds.** No part of an institution's financial aid budget shall be set aside either for particular sports or for athletics in general, nor may an institution establish athletically related quotas of financial aid recipients. *(Adopted: 1/8/01 effective 8/1/02, Revised: 1/12/04 effective 8/1/08, 4/26/06)*

**15.01.8 Athletics Fund.** A member may not establish any fund for student-athletes. *(Adopted: 1/8/01 effective 8/1/02, Revised: 7/20/22)*

## 15.02 Definitions and Applications.

**15.02.1 "Administered By."** Financial aid is administered by an institution if the institution, through its regular committee or other agency for the awarding of financial aid to students generally, makes the final determination of the student-athlete who is to receive the award and of its value.

**15.02.2 Financial Aid.** Financial aid is funds provided to student-athletes from various sources to pay or assist in paying their cost of education at the institution. As used in NCAA legislation, financial aid includes all institutional financial aid and other permissible financial aid as set forth below. *(Revised: 7/20/22)*

**15.02.2.1 Institutional Financial Aid.** The following sources of financial aid are considered to be institutional financial aid:

(a) All funds administered by the institution, which include, but are not limited to, the following: *(Revised: 1/11/94 effective 8/1/94, 1/14/97 effective 8/1/97)*

(1) Scholarships;

(2) Grants;

(3) Tuition waivers;

(4) Employee dependent tuition benefits;

(5) Loans;

(6) Employment earnings from federal and state work-study program assistance; and *(Revised: 1/12/99 effective 8/1/99)*

(b) Aid from government or private sources for which the institution is responsible for selecting the recipient or determining the amount of aid, or providing matching or supplementary funds for a previously determined recipient.

**15.02.2.2 Other Permissible Financial Aid.** The following sources of financial aid are also permitted:

(a) Financial aid received from anyone on whom the student-athlete is naturally or legally dependent;

(b) Financial aid awarded solely on basis having no relationship to athletics leadership, ability, participation or performance; *(Revised: 8/22/06, 4/30/09)*

(c) Financial aid awarded through an established and continuing outside program (e.g., National Merit Scholar) in which athletics participation is not a major criterion;

(d) Financial aid awarded through an established and continuing outside program (e.g., National Football Foundation) for the recognition of outstanding high school graduates, in which athletics participation may be a major criterion, as outlined in Bylaw 15.1.2.2; and

(e) Educational expenses awarded by the U.S. Olympic and Paralympic Committee or a U.S. national governing body (or for international student-athletes, expenses awarded by the equivalent organization of a foreign country). *(Adopted: 1/10/95 effective 8/1/95, Revised: 1/22/20 effective 8/1/20)*

**15.02.3 Cost of Attendance.** The cost of attendance is defined by federal regulations and may include tuition and fees, housing and food, required course-related books, transportation and other expenses incidental to attendance at the institution. *(Revised: 1/11/89 effective 8/1/89, 5/7/07, 7/20/22, 12/1/23)*

# 15.1 Elements of Financial Aid.

**15.1.1 Financial Assistance.** Financial assistance, whether estimated or actual, is all types of financial aid the student-athlete can receive that must be counted as defined in General Provisions for the Federal Perkins Loan Program, Federal Work-Study Program and Federal Supplemental Educational Opportunity Grant Program, 34 C.F.R. § 673.5(c). (https://www.ecfr.gov/). *(Revised: 1/11/89, 4/30/09, 7/24/19, 7/20/22)*

**15.1.2 Financial Aid from Outside Sources.**

**15.1.2.1 Report of Aid from Outside Sources.** All financial assistance received by the student-athlete from sources outside the institution shall be reported to the institution's financial aid office. *(Adopted: 1/8/01 effective 8/1/02, Revised: 4/30/09, 7/20/22)*

**15.1.2.2 Athletics Leadership, Ability, Participation or Performance.** A student-athlete may receive financial aid through an established and continuing program for the recognition of high school graduates, which may consider athletics leadership, ability, participation or performance, provided the following conditions are met: *(Revised: 1/10/05, 8/22/06, 4/15/14, 1/21/17 effective 8/1/17, 7/20/22)*

(a) The award shall be made on only one occasion but may be disbursed over multiple years; *(Revised: 8/22/06 4/30/09. 4/15/14)*

(b) The donor of the aid shall not limit the recipient's choice of institutions to a specific institution; and *(Revised: 1/21/17 effective 8/1/17)*

(c) There shall be no direct connection between the donor and the student-athlete's institution. *(Revised: 4/15/14)*

**15.1.2.2.1 Eligibility Effects of Improper Aid from Outside Organization.** It is not permissible for a student-athlete to receive financial aid, directly or indirectly, from a source outside the institution (e.g., a foreign government, a sports association, a high school booster club) for expenses related to attendance at a member institution, if the award of such financial aid is based in any degree upon the recipient's athletics leadership, ability, participation or performance, except as permitted in Bylaw 15.1.2.2. Receipt of financial aid from such a source renders the student-athlete ineligible for all intercollegiate athletics participation. *(Revised: 8/22/06, 4/30/09)*

**15.1.2.3 Educational Expenses -- U.S. Olympic and Paralympic Committee and National Governing Body.** A student-athlete may receive educational expenses awarded by the U.S. Olympic and Paralympic Committee or a U.S. national governing body (or for international student-athletes, expenses awarded by the equivalent organization of a foreign country). The amount of the financial assistance shall be subject to the following limitations: *(Adopted: 1/10/95 effective 8/1/95, Revised: 1/4/07, 1/22/20 effective 8/1/20)*

(a) Disbursement of the aid shall be through the member institution for the recipient's educational expenses while attending that institution; and

(b) The recipient's choice of institutions shall not be restricted by the U.S. Olympic and Paralympic Committee or national governing body (or, for international student-athletes, expenses awarded by the equivalent organization of a foreign country). *(Revised: 1/4/07, 1/22/20 effective 8/1/20)*

**15.1.3 Summer Financial Aid.** Summer financial aid may be awarded to student-athletes in accordance with institutional policies applicable to the general student body. *(Adopted: 1/11/00 effective 8/1/00)*

**15.1.3.1 Olympic or Paralympic Games Waivers.** Waivers of the restriction that financial aid may be used only to attend the awarding institution's summer term or summer school may be approved by the Management Council, by a two-thirds majority of its members present and voting, for member institutions that have summer terms or summer schools curtailed because of the use of their facilities for the Olympic and Paralympic Games. *(Revised: 1/22/20 effective 8/1/20)*

## 15.2 Terms and Conditions of Awarding Institutional Financial Aid.

**15.2.1 Eligibility of Student-Athletes for Financial Aid.** A student-athlete must meet institutional regulations applicable to the general student body to be eligible for institutional financial aid (see Bylaws 15.01.5 and 15.01.8). *(Revised: 1/12/99 effective 8/1/99)*

**15.2.1.1 Withdrawal from Institution.** A student-athlete who withdraws from the institution may not receive financial aid during the remainder of the term.

**15.2.2 Terms of Institutional Financial Aid Award.**

**15.2.2.1 Written Statement Requirement.** In all cases, the institutional financial aid award shall contain a written statement of the amount, duration, conditions and terms of the award. *(Revised: 1/12/99)*

## 15.3 Implementation of the Financial Aid Program. *(Revised: 7/20/22)*

**15.3.1 Consistent Financial Aid Package.** The composition of the financial aid package offered to a student-athlete shall be consistent with the established policy of the institution's financial aid office, regular institutional agency, office or committee for all students (see Bylaw 15.01.4) and shall meet all of the following criteria: *(Revised: 5/7/07, 7/20/22)*

(a) A member institution shall not consider athletics leadership, ability, participation or performance as a criterion in the formulation of the financial aid package; *(Revised: 8/22/06, 4/30/09)*

(b) The financial aid procedures used for a student-athlete shall be the same as the existing official financial aid policies of the institution; and

(c) The financial aid package for a particular student-athlete, group of student-athletes or team of student-athletes cannot be clearly distinguishable from the general pattern of all financial aid for all recipients at the institution. *(Revised: 7/22/14)*

**15.3.1.1 Financial Aid Reporting Process.** An institution shall submit an annual report that includes data regarding the financial aid packages awarded by the institution to freshmen and incoming transfer student-athletes and to other incoming students. The policies and procedures of the financial aid reporting process shall be established by the Financial Aid Committee and subject to approval by the Management Council. *(Adopted: 1/12/04 effective 8/1/05, Revised: 1/9/06, 4/14/08)*

**15.3.1.1.1 Late Submission.** An institution that submits its annual electronic report after the due date will be subject to a loss of eligibility for championships. The period of ineligibility shall last until the report is submitted. *(Revised: 1/9/06 effective 8/1/06, 8/3/06)*

**15.3.1.1.1.1 Appeal Opportunity.** An institution may appeal the application of this penalty to the Financial Aid Committee, subject to final approval by the Management Council. *(Revised: 1/9/06)*

**15.3.1.1.2 Failure to Submit the Annual Financial Aid Report.**

**15.3.1.1.2.1 Penalty Period.** A penalty period of not less than three academic years shall apply to an institution that fails to submit the annual financial aid report subject to the conditions set forth in this bylaw. The penalty period begins once a first failure (see Bylaw 15.3.1.1.2.1.1) occurs. *(Adopted: 10/19/10 effective 8/1/11)*

**15.3.1.1.2.1.1 First Failure.** An institution shall be placed on probation for the length of the penalty period beginning with the next academic year after the failed submission. During the first year of the penalty period, the institution shall be subject to the probationary year conditions in Bylaw 20.02.3.1.2.1. *(Adopted: 10/19/10 effective 8/1/11)*

**15.3.1.1.2.1.2 Second Failure.** An institution shall be placed in restricted membership in accordance with Bylaw 20.02.3.1.2.2 for one academic year beginning with the next academic year after a second failure is discovered during the penalty period. Failure to meet any of the following requirements shall be considered a second failure: *(Adopted: 10/19/10 effective 8/1/11)*

(a) Annual financial aid report;

(b) Sports-sponsorship requirement; or

(c) Conditions of probation (see Bylaw 20.02.3.1.2.1).

**15.3.1.1.2.1.3 Third Failure.** An institution shall forfeit immediately its membership in the Association after a third failure is discovered during the penalty period. Failure to meet any of the requirements in Bylaw 15.3.1.1.2.1.2 shall be considered a third failure. *(Adopted: 10/19/10 effective 8/1/11)*

**15.3.1.1.3 Waiver.** The Management Council, on the recommendation of the Membership Committee, may grant waivers of Bylaw 15.3.1.1.2 if it deems that extenuating circumstances warrant such action. *(Adopted: 1/9/06 effective 8/1/06)*

**15.3.2 Administration by Regular Institutional Agency.** All forms of financial assistance for student-athletes shall be handled through the regular institutional agency or committee that administers financial aid for all students.

**15.3.3 Written Offer of Aid.** Financial assistance may be offered in writing or through secure electronic medium, only by the institution's financial aid office or comparable campus office. *(Revised: 4/30/09, 7/20/22)*

**15.3.4 Athletics Staff Involvement.** Members of the athletics staff of a member institution shall not be permitted to arrange or modify the financial aid package (as assembled by the financial aid officer or financial aid committee) and are prohibited from serving as members of member institutions' financial aid committees and from being involved in any manner in the review of the institutional financial assistance to be awarded to a student-athlete.

**15.3.5 Matrix-Rating System.** In instances in which admissions officers use a matrix-rating system where, as part of the admissions process, any consideration of athletics leadership, ability, participation or performance is used in the matrix, such consideration must be excluded before review of the student-athlete's application for financial aid. *(Revised: 8/22/06, 5/7/07, 4/30/09)*

**15.3.6 Adjustments to Financial Aid Package.** Adjustments to the composition of the financial aid package for a prospective student-athlete may be made after the initial packaging for the student has been completed, provided such adjustments fit within the packaging guidelines for all of the institution's prospective students and there is no athletics department involvement in the process. *(Adopted: 1/10/92)*

**15.3.7 Membership Reclassification.** An institution petitioning to reclassify its membership to Division I or II in the next academic year may offer financial aid based on athletics to enrolled student-athletes and to prospective student-athletes who will enroll in the institution after the review of its request for reclassification of division membership, provided: *(Revised: 1/8/01 effective 8/1/02, 1/12/04, 7/20/22)*

(a) The financial aid based on athletics is not actually awarded until the institution has been accepted by the appropriate divisional body to begin the reclassification process; *(Revised: 1/12/04, 7/20/22)*

(b) The institution officially has applied for the reclassification at the time it offers the aid;

(c) Any offer of athletically related financial aid of the recipient states in writing that the awarding of such aid is contingent upon the institution's acceptance by the appropriate divisional body to begin the reclassification process; *(Revised: 7/20/22)*

(d) The institution agrees to notify each potential recipient promptly if its application is denied; and *(Revised: 1/12/04)*

(e) The institution notifies all of its opponents that it is providing athletics aid (see Bylaw 20.6.9.1 regarding Division III championships eligibility). *(Revised: 1/12/04)*

BYLAWS, ARTICLE 16
# Awards, Benefits and Expenses for Enrolled Student-Athletes.

## 16.01 General Principles.

**16.01.1 Exception for Benefits Available to Other Students.** The receipt of a benefit by a student-athlete or their relatives or friends that is not authorized by NCAA legislation is not a violation if it is demonstrated that the same benefit generally is available to the institution's students, their relatives or friends or to a particular segment of the student body determined on a basis unrelated to athletics ability. *(Revised: 1/10/91, 10/15/08, 4/20/21)*

**16.01.2 Pay for Unspecified Expenses.** A payment to a student-athlete for unspecified, unitemized, excessive or improper expenses is not permitted.

**16.01.3 Eligibility Ramifications -- Restitution for Receipt of Improper Benefits.** Unless otherwise noted, for violations of all Bylaw 16 provisions in which the value of the benefit is $200 or less, the eligibility of the student-athlete shall not be affected conditioned on the student-athlete repaying the value of the benefit to a charity of their choice. The student-athlete, however, shall remain ineligible from the time the institution has knowledge of the receipt of the impermissible benefit until the individual repays the benefit. Violations of these bylaws remain institutional violations per Bylaw 20.15.2 and shall be submitted to the enforcement staff. Documentation of the individual's repayment shall be kept on file by the institution. For violations of Bylaw 16 in which there is no monetary value to the benefit, violations shall be considered institutional violations per Bylaw 20.15.2; however, such violations shall not affect the student-athlete's eligibility. *(Adopted: 1/8/01, Revised: 10/18/04, 1/9/06, 4/14/17, 4/20/21, 11/6/23)*

**16.01.4 Eligibility Effect of Violation.** Receipt by a student-athlete of an award, benefit or expense allowance not authorized by NCAA legislation renders the student-athlete ineligible to compete while representing the institution in the sport for which the improper award, benefit or expense was received. If the student-athlete receives an extra benefit not authorized by NCAA legislation or an improper award or expense allowance in conjunction with competition that involves the use of overall athletics skill (e.g., "superstars" competition), the individual is ineligible in all sports.

## 16.02 Definitions and Applications.

**16.02.1 Award.** An award is an item given in recognition of athletics participation or performance. Such awards are subject to the limitations set forth in Bylaw 16.1.

**16.02.2 Excessive Expense.** An excessive expense is one not specifically authorized under regulations of the Association concerning awards, benefits and expenses.

**16.02.3 Extra Benefit.** An extra benefit is any special arrangement by an institutional employee or a representative of the institution's athletics interests to provide a student-athlete or the student-athlete's relative or friend a benefit not expressly authorized by NCAA legislation. Receipt of a benefit by student-athletes or their relatives or friends is not a violation of NCAA legislation if it is demonstrated that the same benefit is generally available to the institution's students or their relatives or friends or to a particular segment of the student body determined on a basis unrelated to athletics ability. *(Revised: 1/10/91, 10/15/08)*

**16.02.4 Pay.** Pay is the receipt of funds, awards or benefits not permitted by governing legislation of the Association for participation in athletics (see Bylaw 12.1 for explanation of forms of pay prohibited under the Association's amateur-status regulations).

## 16.1 Awards.

### 16.1.1 Application of Awards Legislation.

#### 16.1.1.1 Awards Received for Participation While Representing the Institution. The awards limitations of Bylaw 16.1 apply to awards received by a student-athlete for participation in competition while representing their institution. *(Revised: 7/22/14, 4/20/21)*

#### 16.1.1.2 Awards Received for Participation While Not Representing the Institution. Awards received by a student-athlete for participation in competition while not representing the institution shall conform to the regulations of the recognized amateur organization that governs the competition and may not include cash (or cash equivalents). Such awards may include gift certificates or gift cards that are not redeemable for cash and items that are not personalized, provided the awards are permitted by the rules of the amateur sports organization. **[R]** *(Revised: 7/21/09, 7/22/14)*

**16.1.1.2.1 Exception -- Individual Sports -- Prize Money Outside the Playing Season During the Institution's Official Summer Vacation Period.** In individual sports, a student-athlete may accept prize money that does not exceed their actual and necessary expenses, pursuant to Bylaw 12.1.6.1-(b). *(Adopted: 1/15/11, Revised: 4/20/21)*

**16.1.1.2.2 Olympic and Paralympic Games.** It is permissible for a student-athlete to receive a nonmonetary award associated with participation in the Olympic and Paralympic Games at any time regardless of when the games are held or whether the student-athlete is enrolled during the academic year. *(Adopted: 1/8/01, Revised: 1/22/20 effective 8/1/20)*

**16.1.1.3 After Completion of Athletics Eligibility.** Awards limitations apply to enrolled student-athletes who have exhausted their intercollegiate athletics eligibility. An institution shall be held responsible through the Association's enforcement procedures for the provision of improper awards to graduating seniors by the institution or its booster organizations.

**16.1.2 Uniformity of Awards.** Awards presented by a member institution, conference or other approved agency must be uniform for all team members receiving the award. A member institution, conference or other approved agency may provide different participation awards based on the year or class (e.g., freshman, sophomore, first-year participant, second-year participant) of a student-athlete, provided the awards are uniform for all recipients within a given year or class. **[R]** *(Revised: 10/17/11)*

**16.1.3 Nonpermissible Awards.** The following awards are prohibited unless received per Bylaw 16.1.1.2, except that receipt of a cash award is not permitted under any circumstance. **[R]** *(Revised: 3/23/15)*

**16.1.3.1 Cash or Equivalent.** An individual may not receive a cash award for athletics participation. An individual may not receive a cash-equivalent award (i.e., an item that is negotiable for cash or trade or other services, benefits or merchandise) for athletics participation. **[R]**

**16.1.3.2 Gift Certificates or Gift Cards Redeemable for Cash.** Gift certificates or gift cards that are redeemable for cash shall be prohibited. **[R]** *(Revised: 1/10/90, 1/9/96 effective 8/1/96, 7/21/09)*

**16.1.3.3 Country Club or Sports-Club Memberships.** An award of a country club or sports-club membership is strictly prohibited, even if the cost of the membership is below the maximum award value permitted by NCAA legislation. **[R]**

**16.1.3.4 Transfer of Nonpermissible Award.** Cash or any other award that an individual could not receive under NCAA legislation may not be forwarded in the individual's name to a different individual or agency (e.g., a collegiate institution). **[R]**

**16.1.4 Types of Awards, Awarding Agencies, Maximum Value and Numbers of Awards.** Athletics awards given to individual student-athletes shall be limited to those approved or administered by an institution, its conference or an approved agency as specified in the following subsections and shall be limited to normal retail value and number as specified in this section. Each of the following subsections is independent of the others so that it is permissible for an individual student-athlete to receive the awards described in all subsections. The value of an award may not exceed specified value limits, and a student-athlete may not contribute to its purchase in order to meet those limits. **[R]** *(Revised: 1/11/00 effective 8/1/00)*

**16.1.4.1 Participation Awards.** Awards for participation in intercollegiate athletics may be presented each year, limited in value and number as specified in Figure 16-1. Awards for participation in special events may be provided only to student-athletes eligible to participate in the competition. **[R]** *(Revised: 1/10/05)*

**16.1.4.2 Awards for Winning Conference and National Championships.** Awards for winning an individual or team conference or national championship may be presented each year, limited in value and number as specified in Figure 16-2. Awards for winning a conference or national championship in a team sport may be provided only to student-athletes who were eligible to participate in the championship event. The total value of any single award received for a conference or national championship may not exceed the value in Figure 16-2, and each permissible awarding agency is subject to a separate limit per award. Each permissible awarding agency may provide only a single award for each championship to each student-athlete. Separate awards may be presented to both the regular-season conference champion and the postseason conference champion (with a separate limitation), but if the same institution wins both the regular-season and postseason conference championship, the combined value of both awards shall not exceed the value in Figure 16-2. **[R]** *(Revised: 1/10/05)*

**16.1.4.3 Special Achievement Awards.** Awards may be provided each year to individual student-athletes and teams to recognize special achievements, honors and distinctions, limited in value and number as specified in Figure 16-3. **[R]** *(Revised: 1/9/96 effective 8/1/96, 1/10/05)*

**16.1.4.3.1 Conference Postgraduate Scholarship Award.** A student-athlete may receive a conference postgraduate scholarship award, provided the following conditions are met: *(Adopted: 1/19/13)*

(a) Academic performance and community involvement shall be considered in granting the award;

(b) Athletics leadership, ability, participation or performance and other considerations may be considered in granting the award;

(c) The student-athlete shall have exhausted eligibility in their sport and forfeits eligibility in all other sports upon acceptance of the award; *(Revised: 4/20/21)*

(d) The conference may provide the award to one individual in a male sport and one individual in a female sport recipient per year; *(Revised: 4/20/21)*

(e) Athletics department personnel from member institutions shall not comprise the selection committee unless all institutions within the conference are represented on the selection committee. The selection committee shall also include at least one member of the member conference staff;

(f) The award must be made directly to the institution of the recipient's postgraduate studies; *(Revised: 1/16/13)*

(g) The maximum value of the scholarship shall not exceed the value of the NCAA postgraduate scholarship; and

(h) The award may only be used for expenses associated with graduate degree courses that apply toward completion of a graduate degree program and may not be used to pursue a second baccalaureate or certification program. *(Revised: 12/19/13)*

**16.1.4.4 Local Civic Organization.** A local civic organization (e.g., Rotary Club, Touchdown Club) may provide awards to an individual student-athlete or member institution's team(s). The following regulations shall apply to such an event: *(Adopted: 1/10/92, Revised: 10/20/20)*

(a) All awards must be approved by the institution and must be counted in the institution's limit for institutional awards; and

(b) The organization may not recognize or provide awards to prospective student-athletes at the banquet.

## 16.1.5 Purchase Restrictions.

**16.1.5.1 Assignment of Normal Retail Value.** Normal retail value shall be assigned as the value of an award when determining whether an award meets specified value limits, even when a member institution receives institutional awards from an athletics representative or organization free of charge or at a special reduced rate. Normal retail value is the cost to the institution that is based solely on volume and is available to all purchasers of a similar volume and that does not involve an obligation to make additional purchases to enable the supplier to recover the costs for the original purchase. *(Adopted: 1/16/93)*

**16.1.5.2 Supplementary Purchase Arrangement.** An institution may not enter into a supplementary purchase arrangement with an awards supplier whereby the supplier agrees to sell an award (e.g., a watch or ring) at a price below the maximum amount specified by NCAA legislation with the understanding that the institution will make additional purchases of other unrelated items to enable the supplier to recover the costs for the original purchase. Such an arrangement would exceed the specific value limitations placed on permissible awards. **[R]**

**16.1.5.3 Combining Values.** An institution may not combine the value limits of awards given in a sport during the same season, or given to student-athletes who participate in more than one sport, to provide an award more expensive than permissible under separate application to some or all of its participating student-athletes. **[R]**

**16.1.5.4 Student-Athlete Contribution to Purchase.** The value of an award may not exceed specified value limits, and a student-athlete may not contribute to its purchase in order to meet those limits. **[R]**

**16.1.6 Institutional Awards Banquets.** An institution may conduct awards banquets to commemorate the athletics and/or academic accomplishments of its student-athletes. *(Revised: 1/9/96 effective 8/1/96)*

**16.1.6.1 Booster Club Recognition Banquet.** One time per year, an institution's athletics booster club may finance an intercollegiate team's transportation expenses to a recognition banquet, provided all expenses are paid through the institution's athletics department and no tangible award is provided to members of the team. *(Revised: 1/9/96 effective 8/1/96, 10/20/20)*

**16.1.7 Expenses to Receive Noninstitutional Awards.** A conference, an institution, the U.S. Olympic and Paralympic Committee, a national governing body (or the international equivalents) or the awarding agency may provide actual and necessary expenses for a student-athlete to receive a noninstitutional award or recognition for athletics or academic accomplishments. Actual and necessary expenses may be provided for the student-athlete's parents (or legal guardians), spouse or

other relatives or individuals of a comparable relationship to attend the recognition event or awards presentation. **[R]** *(Revised: 7/22/14, 1/22/20 effective 8/1/20)*

**16.1.7.1 All-Star Contest.** An institution may not provide expenses to a student-athlete to participate in an All-Star contest or similar competitive event. **[R]** *(Revised: 1/9/06, 1/12/11, 5/4/11, 7/22/14)*

## 16.2 Complimentary Admissions and Ticket Benefits.

### 16.2.1 Permissible Procedures.

**16.2.1.1 Institutional Contests in the Student-Athlete's Sport.** An institution may provide four complimentary admissions per home or away contest to a student-athlete in the sport in which the individual participates (either practices or competes), regardless of whether the student-athlete competes in the contest. Complimentary tickets shall be distributed only to persons designated by the student-athlete. Violations of this bylaw that are the result of institutional error shall be considered institutional violations per Bylaw 20.15.2; however, such violations shall not affect the student-athlete's eligibility. *(Revised: 1/11/00 effective 8/1/00, 10/22/07)*

**16.2.1.1.1 Exception -- NCAA Championships and Bowl Games.** An institution may provide each student-athlete who participates in or is a member of a team participating in an NCAA championship or bowl game with six complimentary admissions to all contests at the site at which the student-athlete (or team) participates. *(Adopted: 1/9/96 effective 8/1/96)*

**16.2.1.1.2 Tournaments.** Complimentary admissions may be provided to members of the institution's team for all contests in a tournament in which the team is participating, rather than only for the games in which the institution's team participates. However, the contests must be at the site at which the institution's team participates.

**16.2.1.2 Institution's Home Contests in Other Sports.** An institution may provide admission for each student-athlete to all of the institution's regular-season home intercollegiate athletics contests in sports other than that in which the student-athlete is a participant, via a printed student-athlete pass or gate list. Proof of identity shall be required upon admission. Violations of this bylaw that are the result of institutional error shall be considered institutional violations per Bylaw 20.15.2; however, such violations shall not affect the student-athlete's eligibility. *(Revised: 10/22/07)*

**16.2.1.2.1 Exception -- Recognition of Student-Athlete.** An institution may provide complimentary admissions (in a number determined appropriate by the institution) to a student-athlete who is being recognized during an institution's regular-season intercollegiate athletics contest in a sport other than that in which the student-athlete participates. **[D]** *(Revised: 1/9/06, 12/5/14, 1/14/15)*

### 16.2.2 Nonpermissible Procedures.

**16.2.2.1 Sale of Complimentary Admissions.** A student-athlete may not receive payment from any source for their complimentary admissions and may not exchange or assign them for any item of value. *(Revised: 4/20/21)*

**16.2.2.2 Payment to Third Party.** Individuals designated by the student-athlete to receive complimentary admissions are not permitted to receive any type of payment for these admissions or to exchange or assign them for any item of value. Receipt of payment for complimentary admissions by such designated individuals is prohibited and considered an extra benefit not available to the general student body, which would render the student-athlete ineligible for participation in intercollegiate athletics. **[R]**

**16.2.2.3 Student-Athlete Ticket Purchases.** An institution may not provide a special arrangement to sell a student-athlete ticket(s) to an athletics event. Tickets shall be available for purchase by student-athletes according to the same purchasing procedures used for other students. **[R]**

**16.2.2.4 Sale above Face Value.** A student-athlete may not purchase tickets for an athletics contest from the institution and then sell the tickets at a price greater than their face value. **[R]**

**16.2.2.5 Professional Sports Tickets.** An institution or any representative of its athletics interests may not purchase or otherwise obtain tickets to a professional sports contest and make these tickets available to student-athletes enrolled in an NCAA member institution. Such a gift of tickets would represent an unacceptable extra benefit (see Bylaw 16.7.1.1 for permissible provision of professional sports tickets as team entertainment related to an away-from-home contest and Bylaw 16.10.1.5 for permissible provision of professional sports tickets for recognition by a professional sports organization). **[R]** *(Revised: 1/10/05)*

## 16.3 Academic and Other Support Services.

### 16.3.1 Academic-Based Programming and Services. An institution may finance and provide academic-based programming and services for student-athletes, provided similar services are provided or are generally available to the

institution's students or to any particular segment of the student body determined on a basis unrelated to athletics ability. **[R]** *(Revised: 1/14/08, 10/15/08)*

**16.3.2 Support Services and Other Programming.** An institution may finance and provide support services and other programming for student-athletes, provided similar programming is provided or is generally available to the institution's students or to any particular segment of the student body determined on a basis unrelated to athletics ability. Examples of such programming and support services include, but are not limited to: **[R]** *(Adopted: 4/14/08, Revised: 10/15/08)*

(a) Leadership programming;

(b) Career counseling and career-related programming; or

(c) Programming and services designed to protect and enhance the physical and educational well-being of student-athletes (e.g., cultural diversity programming, time management programming) [see Article 1-D].

**16.3.2.1 Exception -- In-Season Athletically Related Activities.** Support services and other programming involving sports-related information and having an athletics purpose (e.g., team motivational speakers, leadership-related programming with an athletics nexus) (see Bylaw 17.02.1.1) may be offered exclusively for student-athletes, provided the activity occurs during the declared playing season. *(Adopted: 4/14/08)*

**16.3.3 Student-Athlete Advisory Committee Meetings.** An institution or conference may provide actual and necessary expenses for a student-athlete to attend conference, regional or national student-athlete advisory committee meetings. Institutional-based student-athlete advisory committee programming must be generally available to the institution's students or must be provided pursuant to Bylaws 16.3.1 or 16.3.2 in order for an institution to offer such programming to student-athletes or provide actual and necessary expenses. **[R]** *(Adopted: 4/14/08)*

**16.3.4 Life Skills Programming.** An institution may provide programming to student-athletes through life skills programs, provided the programming is generally available to the institution's students or is provided pursuant to Bylaws 16.3.1, 16.3.2 or 16.4. **[R]** *(Adopted: 4/14/08, Revised: 8/30/10)*

## 16.4 Medical Expenses.
An institution may finance medical-expense benefits incidental to a student-athlete's participation in intercollegiate athletics. *(Adopted: 1/11/00 effective 8/1/00, Revised: 1/13/03, 7/24/07, 1/27/20 effective 8/1/20)*

**16.4.1 Mental Health Resources** An institution shall make mental health resources available to its student-athletes. Such resources may be provided by the department of athletics and/or the institution's health services or counseling services department. Resources should be consistent with the Interassociation Consensus: Mental Health Best Practices. An institution must distribute mental health educational materials and the availability of those resources to student-athletes, coaches, athletics administrators and other athletics personnel on an annual basis. Such educational materials and resources must include a guide to the mental health services and resources available to students and how to access them. *(Adopted: 9/3/19 effective 8/1/19)*

## 16.5 Housing and food.
An institution may finance housing and food benefits incidental to a student-athlete's participation in intercollegiate athletics provided such housing and food benefits are available to students in general. **[R]** *(Adopted: 1/11/00 effective 8/1/00, Revised: 12/1/23)*

**16.5.1 Exceptions.**

(a) **Preseason Practice Expenses.** The institution may provide the cost of housing and food to student-athletes who report for preseason practice before the start of the academic year, it being understood that the student-athlete has been accepted for admission to the institution at the time such benefits are received. Further, an institution, at its discretion, may provide an additional meal (or cash in an amount equal to the cost of an additional meal) to student-athletes to meet their nutritional needs as a benefit incidental to participation during the preseason practice period before the start of the academic year. *(Revised: 1/9/06, 12/1/23)*

(b) **Vacation-Period Expenses.** The institution may provide the cost of housing and food including an additional meal (or cash in an amount equal to the cost of an additional meal) to student-athletes to meet nutritional needs during the institution's official vacation periods in the following circumstances: **[R]** *(Revised: 1/9/06, 12/1/23)*

(1) Student-athletes who are required to remain on the institution's campus for organized practice sessions or competition during the institution's official vacation period during the regular academic year. If the student-athlete lives at home during the vacation period, the cost of housing and food may not be provided by the institution, other than to permit the student-athlete to participate in team meals incidental to practice sessions. If an institution does not provide a meal to its student-athletes, a cash allowance may be provided, not to exceed the amount provided by the institution to institutional staff members on away-from-campus trips. *(Revised: 1/14/97, 1/11/00, 12/1/23)*

(2) Student-athletes who return to campus during the institution's official vacation period occurring during a regular academic term (e.g., not including vacation periods between terms) from competition as outlined in Bylaw 16.8.1.2.

Under such circumstances, housing and food expenses may be provided beginning with the student-athlete's arrival on campus until the institution's regular dormitories and dining facilities reopen. If the student-athlete lives at home during the vacation period, the cost of housing and food may not be provided by the institution. *(Adopted: 1/11/00, Revised: 12/1/23)*

(3) Student-athletes who return to campus during the institution's official vacation period between regular academic terms (e.g., summer vacation period) from competition as outlined in Bylaw 16.8.1.2. Under such circumstances, housing and food expenses may be provided for no more than a 48-hour period, beginning with the student-athlete's return to campus. If the student-athlete lives at home during the vacation period, the cost of housing and food may not be provided by the institution. *(Adopted: 1/11/00, Revised: 12/1/23)*

(c) **Meals in Conjunction with Home Competition.** The institution may provide meals to student-athletes at the institution's discretion on the day(s) of competition until they are released by institutional personnel. An institution shall not provide cash to student-athletes in lieu of meals during this time period. An institution, at its discretion, may provide a meal or cash, but not both, to student-athletes at the time of their release by institutional personnel. *(Adopted: 4/11/11)*

(d) **Meals Missed Due to Practice Activities.** An institution may provide a student-athlete with a meal when one is missed due to practice activities. The meal must be one that a student-athlete has previously paid for through food allowance and an institution must certify that institutional dining facilities are unavailable. *(Adopted: 10/16/18, Revised: 12/1/23)*

(e) **Snacks and Nutritional Supplements.** An institution may provide snacks and permissible nutritional supplements to student-athletes as a benefit incidental to participation and for the purpose of providing additional calories and electrolytes. Permissible nutritional supplements do not contain any NCAA banned substances and are identified according to the following classes: carbohydrate/electrolyte drinks, energy bars, carbohydrate boosters, protein supplements, omega-3 fatty acids and vitamins and minerals. *(Adopted: 1/27/20 effective 8/1/20)*

**16.5.1.1 Effect of Violation -- Preseason Practice Expenses.** A violation of Bylaw 16.5.1-(a) due to a miscalculation of the permissible start date for preseason practice shall be considered an institutional violation per Bylaw 20.15.2; however, the violation shall not affect the student-athlete's eligibility, except knowingly providing impermissible expenses shall affect the eligibility of the student-athlete. *(Adopted: 10/19/10)*

# 16.6 Expenses for Student-Athlete's Friends and Relatives.

### 16.6.1 Permissible.

**16.6.1.1 Injury or Illness.** The institution may pay transportation, housing and meal expenses for the relatives or individuals of a comparable relationship of a student-athlete and for any student-athlete at the institution to be present in situations in which a student-athlete suffers an injury or illness or, in the event of a student-athlete's death, to provide these expenses in conjunction with funeral arrangements. *(Revised: 1/11/89, 1/9/06, 1/14/15, 10/20/20)*

**16.6.1.1.1 Relative of Student-Athlete.** An institution may pay transportation, housing and meal expenses for a student-athlete and the student-athlete's teammates to be present in situations in which a relative or individual of a comparable relationship of the student-athlete suffers an injury or illness or, in the event of a relative's or individual of a comparable relationship's death, to provide the student-athlete and the student-athlete's teammates with expenses in conjunction with funeral arrangements. **[R]** *(Adopted: 1/10/95 effective 8/1/95, Revised: 1/10/05, 1/9/06, 1/14/15)*

**16.6.1.1.2 Institutional Staff Member or Former Teammate.** An institution may pay transportation, housing and meal expenses for a student-athlete to attend the funeral of an institutional staff member or former teammate at the institution. **[R]** *(Adopted: 10/20/20)*

**16.6.1.2 Relative or Individual of a Comparable Relationship to Established Regional, National or International Awards Banquet.** An institution or an outside organization (other than a professional sports organization) may provide actual and necessary expenses for the student-athlete and the student-athlete's relatives or individuals of a comparable relationship to attend a banquet where the student-athlete receives an established regional, national or international award (permitted by NCAA legislation) for their accomplishments as a student-athlete (see Bylaw 16.1.7). *(Revised: 1/9/06, 5/4/11, 4/20/21)*

**16.6.1.3 Relative or Individual of a Comparable Relationship Travel to Olympic or Paralympic Games.** A commercial company (other than a professional sports organization) or members of the local community may provide actual and necessary expenses for a student-athlete's relatives to attend the Olympic or Paralympic Games in which the student-athlete will participate. In addition, relatives or individuals of a comparable relationship of student-athletes may receive nonmonetary benefits provided to the relatives or individuals of a comparable relationship of all Olympic team members in conjunction with participation in the Olympic or Paralympic Games. *(Adopted: 1/11/94, Revised: 8/1/01, 1/9/06, 1/22/20 effective 8/1/20)*

**16.6.1.4 Complimentary Admissions to Institutional Awards Banquet.** An institution may provide complimentary admissions to all relatives or individuals of a comparable relationship of a student-athlete who wish to attend an institutional awards banquet at which the student-athlete will be honored. **[R]** *(Adopted: 1/8/01, Revised: 1/10/05, 1/9/06)*

**16.6.1.5 Relative Lodging at Postseason Events.** An institution may reserve or secure lodging at any postseason athletics event at a reduced or special rate for a relative of a student-athlete who is a participant in the postseason event. It is not permissible for an institution to pay for any portion of the cost of lodging, including any cost associated with reserving or securing lodging. **[R]** *(Revised: 1/9/06)*

**16.6.1.6 Meals.** An institution may provide meals to the relatives or individuals of a comparable relationship of a student-athlete. **[R]** *(Adopted: 1/10/05, Revised: 1/9/06, 1/14/15)*

**16.6.2 Nonpermissible.** An institution may not provide any other expenses (except as permitted by Bylaws 16.6.1, 16.11 and 16.12) to a student-athlete's friends or relatives. *(Adopted: 1/11/00 effective 8/1/00)*

# 16.7 Team Entertainment.

**16.7.1 Entertainment in Conjunction With Practice and Competition.** An institution, conference or the NCAA may provide reasonable entertainment (but may not provide cash for such entertainment) to student-athletes in conjunction with practice or competition. **[R]** *(Revised: 1/10/91 effective 8/1/91, 1/16/93, 1/11/94, 1/8/01, 1/12/04 effective 8/1/04, 10/19/06, 1/15/14)*

**16.7.1.1 Professional Sports Tickets.** Complimentary tickets to professional sports contests shall not be provided to student-athletes, unless the tickets are provided by the institution (or by a representative of athletics interests through the institution) for entertainment purposes to student-athletes involved in an away-from-home contest. (See Bylaw 16.10.1.5 for permissible provision of professional sports tickets for recognition by a professional sports organization). **[R]** *(Adopted: 2/13/15)*

**16.7.2 Practice Sites on Road Trips.** Any practice on an extended road trip shall take place either at the competition site, on a direct route between the institution's campus and the first competition site or on a direct route between two consecutive competition sites. It is not permissible for an institution to schedule practice sessions at other locations to provide entertainment opportunities for team members. **[D]** *(Revised: 1/11/12)*

# 16.8 Expenses Provided by the Institution for Practice and Competition.

**16.8.1 Permissible.** The permissible expenses for practice and competition that an institution may provide a student-athlete are defined in the following subsections (see Bylaw 16.10 for expenses that may be provided by individuals or organizations other than the institution).

**16.8.1.1 Practice.** Expenses may be paid for practice sessions only if they are associated with an away-from-home contest or conducted at a site located within the member institution's state or, if outside that state, not more than 100 miles from the institution's campus. **[D]** *(Revised: 1/14/02)*

**16.8.1.1.1 Practice Sites on Road Trips.** Any practice on an extended road trip shall take place either at the competition site, on a direct route between the institution's campus and the first competition site or on a direct route between two consecutive competition sites. **[D]** *(Revised: 1/11/12)*

**16.8.1.1.2 Skiing -- Weather Exception.** In men's and women's skiing, a member institution may transport a team to a practice site beyond the mileage limitations of Bylaw 16.8.1.1 if necessitated by weather conditions. **[D]** *(Adopted: 1/11/89)*

**16.8.1.1.3 Women's Rowing -- Weather Exception.** In women's rowing, a member institution may transport a team to a practice site beyond the mileage limitations of Bylaw 16.8.1.1 if necessitated by weather conditions. If practice activities are conducted during an institution's academic term, the practice activities shall occur only at a site located within the member institution's state or, if outside the state, not more than 200 miles from the institution's campus. All practice activities must be within the institution's declared playing and practice season in women's rowing. **[D]** *(Adopted: 1/9/96 effective 8/1/96, Revised: 1/11/00)*

**16.8.1.1.4 On- or Off-Campus Practice Sites.** An institution may transport student-athletes from a central on-campus site (e.g., the locker room) to an on- or off-campus practice site. *(Adopted: 1/10/92)*

**16.8.1.1.5 Exception -- Golf and Swimming and Diving.** An institution may provide actual and necessary travel expenses (e.g., transportation, lodging and meals) for golf and swimming and diving student-athletes at any location during an official vacation period, provided the student-athlete is eligible and no class is missed. *(Adopted: 1/27/20, Revised: 5/14/20)*

**16.8.1.2 Competition While Representing Institution.** An institution may provide actual and necessary travel expenses (e.g., transportation, lodging and meals) for a student-athlete to represent the institution in competition, provided the student-athlete is eligible for intercollegiate competition. **[D]** *(Revised: 1/10/92, 1/13/98, 1/8/01, 1/14/15)*

**16.8.1.2.1 Travel to Regular-Season Contests or Institutional Foreign Tour during Vacation Period.** If a student-athlete does not travel with the team an institution may provide the cost of round trip transportation from campus to the site of a regular-season contest or institutional foreign tour and back to campus. The student-athlete shall only pay the difference in cost associated with traveling from/to a site other than the institution's campus. *(Adopted: 7/19/16)*

**16.8.1.2.2 Travel to NCAA Championships and National Governing Body Championships in Emerging Sports During Vacation Period.** The institution may provide actual transportation costs for a student-athlete to travel from campus or the student-athlete's home to the site of an NCAA championship or national governing body championship in an emerging sport and back to campus or the student-athlete's home. **[R]** *(Revised: 1/14/97, 1/8/01, 7/21/15)*

**16.8.1.2.3 Incidental Expenses at NCAA Championships, National Governing Body Championships in Emerging Sports.** An institution may provide $20 per day to each member of the squad to cover unitemized incidental expenses during travel and practice for NCAA championship events or national governing body championship events in emerging sports, during a period limited to the maximum number of days of per diem allowed for the involved championship or for a period not to exceed 10 days. The $20 per day may be provided only after the institution's team departs for or reports to the site of the championship. **[R]** *(Revised: 1/16/93, 1/10/95, 1/14/97)*

**16.8.1.2.3.1 Excessive Per Diem Subsidies.** When a sponsoring agency provides a per diem in excess of a student-athlete's actual and necessary expenses, it is not permissible for the institution to provide the student-athlete with the cash difference between the amount allocated for per diem by the sponsoring agency and the actual cost of the individual's housing and food expenses. *(Adopted: 1/10/91, Revised: 12/5/14, 12/1/23)*

**16.8.1.2.4 Transportation for Competition Occurring between Terms.** It is permissible for any athletics department staff member to furnish transportation to eligible student-athletes to campus from the nearest bus or train station or major airport in conjunction with practice and/or team travel relating to competition that occurs between the end of a final examination period of the fall semester (or fall or winter quarter) and the beginning of the next regular term. *(Adopted: 1/10/90 effective 8/1/90)*

**16.8.1.2.5 Meal-Allowance Limitation.** All student-athletes on the same team must receive identical meal allowances on intercollegiate trips and during vacation periods when student-athletes are required to remain on the institution's campus for organized practice sessions or competition. Such allowances may not exceed the amount provided by the institution to institutional staff members on away-from-campus trips and may not be provided for a particular meal if the student-athlete receives that meal (or its equivalent) from another source. **[R]** *(Revised: 1/14/97 effective 8/1/97)*

**16.8.1.2.6 Meal Provided by Representative of Athletics Interests.** A representative of the institution's athletics interests may pay for or provide a meal to a student-athlete or team outside of the locale of the institution provided the meal is in conjunction with, or en route to or from, an away-from-home contest. **[R]** *(Adopted: 7/21/09)*

**16.8.1.3 Other Competition.** During an academic year in which a student-athlete is eligible to represent an institution in athletics competition (or in the next summer), an institution may provide actual and necessary expenses related to participation in the following activities: **[R]** *(Revised: 1/10/92, 1/14/97)*

(a) Established regional (e.g., North American Championships, European Championships) and national championship events (including junior national championships);

(b) Specific competition (e.g., Olympic Trials) from which participants may directly qualify for the Olympic, Paralympic, Pan American, Parapan American, World Championships, World Cup, World Youth Championships, World University Games (Universiade) and World University Championships or the junior-level equivalent competition (e.g., Youth Olympic Games, Junior World Championships, U19 World University Games); and *(Revised: 1/9/96 effective 8/1/96, 4/11/06, 7/22/08, 10/17/11, 1/22/20 effective 8/1/20)*

(c) National team tryout competition events, including events from which participants are selected for another tier of tryout competition or events from which final selections are made for the national team that will participate in the Olympic Games, Paralympic Games, Pan American Games, Parapan American Games, World Cup, World Youth Championships, World University Games (Universiade) and World University Championships or the junior-level equivalent competition. *(Adopted: 7/22/08, Revised: 10/17/11, 1/15/14, 1/22/20 effective 8/1/20)*

**16.8.1.3.1 Involvement of Coaching Staff.** An institutional coaching staff member may engage in coaching activities with a student-athlete during the particular event in which the student-athlete competes, regardless of whether the event occurs during or outside of the institution's declared playing season (see Bylaw 17.1.5.4). *(Adopted: 1/12/04 effective 8/1/04)*

**16.8.1.4 Benefits for Male Practice Players.** A male practice player may only receive benefits (e.g., practice apparel, insurance, medical expenses) available to student-athletes eligible for practice. **[R]** *(Revised: 7/24/07)*

**16.8.1.5 Sports Organization Membership Fee.** An institution may provide a student-athlete membership in a sports organization (e.g., U.S. Volleyball Association, U.S. Gymnastics Federation) if the membership is a component of an entry fee required for competition in which the student-athlete competes while representing the institution. Further, the student-athlete would be permitted to retain resultant membership benefits under such circumstances.

## 16.9 Other Travel Expenses Provided by the Institution.

### 16.9.1 Permissible.

**16.9.1.1 Local Media Appearances.** The institution may provide actual and necessary transportation expenses for local media appearances (e.g., radio, television, print media) within a 30-mile radius of the institution's campus if the student-athlete's appearance is related to athletics ability or prestige. **[R]**

**16.9.1.2 Medical Treatment.** The institution may pay transportation and related expenses for travel to the location of medical treatment as specified in Bylaw 16.4. **[R]**

**16.9.1.3 Media Days.** The institution may pay actual and necessary expenses for its student-athletes to attend conference-sponsored media days and regularly established local or regional media functions. **[R]**

**16.9.1.4 National Girls and Women in Sports Day.** An institution may pay actual and necessary expenses for a student-athlete to participate in activities and events associated with National Girls and Women in Sports Day, provided such activities and events are conducted either in the state in which the institution is located or in Washington, D.C., as part of a national celebration. **[R]** *(Adopted: 1/16/93, Revised: 12/5/06)*

**16.9.1.5 National Student-Athlete Day.** An institution may pay actual and necessary expenses for a student-athlete to participate in activities and events associated with National Student-Athlete Day, provided such activities and events are conducted either in the state in which the institution is located or in Washington, D.C., as part of a national celebration. **[R]** *(Adopted: 1/14/97 effective 8/1/97)*

**16.9.1.6 Local Transportation.** Staff members may provide reasonable local transportation to student-athletes on an occasional basis. **[R]** *(Adopted: 1/10/95)*

## 16.10 Provision of Expenses by Individuals or Organizations Other than the Institution.

### 16.10.1 Permissible.

**16.10.1.1 National Team Practice and Competition.** A student-athlete may receive actual and necessary expenses and reasonable benefits associated with national team practice and competition (e.g., health insurance, broken-time payments). **[R]** *(Revised: 1/14/15)*

**16.10.1.2 Service or Religious Organization Encampments.** Nationally recognized service organizations and religious groups may underwrite the actual and necessary expenses of student-athletes attending such encampments. Neither the institution nor an athletically related organization may underwrite such expenses. **[R]** *(Revised: 5/7/10)*

**16.10.1.3 Outside Sports Teams.** An amateur outside sports team or organization may provide actual and necessary expenses to team members only if the expenses are: **[R]**

(a) A reasonable amount for travel and meal expenses and apparel and equipment (for individual and team use only from teams or organizations not affiliated with member institutions, including local sports clubs as set forth in Bylaw 13.11.3.4); *(Revised: 1/10/09)*

(b) For practice and game competition;

(c) Made on a regular basis; and

(d) Not an incentive and not based on performance.

**16.10.1.3.1 Practice in Conjunction with Competition.** Practice expenses may be accepted only if such practice is directly related to a competition and is conducted during a continuous time period before the competition. **[R]** *(Adopted: 1/10/92)*

**16.10.1.4 Luncheon Meeting Expenses.** A student-athlete may accept transportation and meal expenses in conjunction with participation in a luncheon meeting of a booster club or civic organization, provided no tangible award is provided to the student-athlete. *(Revised: 10/20/20)*

**16.10.1.5 Recognition by Professional Sports Organization.** A student-athlete may accept complimentary admission to a professional sports contest during which the student-athlete and/or collegiate team is being recognized by the professional sports organization for extraordinary achievements. The institution may pay actual costs for reasonable entertainment that takes place during a team trip. Further, it shall be permissible for the professional sports organization to promote this event to the general public. **[R]** *(Adopted: 1/10/05)*

**16.10.1.6 Lodging Provided by Relative of Student-Athlete.** A relative of a student-athlete may pay for or provide lodging to eligible student-athletes in conjunction with, or en route to or from, an away-from-home contest. *(Adopted: 7/21/15)*

# 16.11 Benefits, Gifts and Services.

## 16.11.1 Permissible.

**16.11.1.1 Deferred Pay-Back Loan.** A student-athlete may receive a loan on a deferred pay-back basis without jeopardizing their eligibility, provided: **[R]** *(Adopted: 1/11/94, Revised: 4/20/21)*

(a) The loan arrangements are not contrary to the extra-benefit rule; and

(b) The student-athlete's athletics reputation, skill or pay-back potential as a future professional athlete is not considered by the lending agency in its decision to provide the loan.

**16.11.1.2 Loan from Established Family Friend.** A student-athlete may receive a loan from an established family friend without such arrangement constituting an extra benefit, provided: *(Adopted: 1/11/94)*

(a) The loan is not offered to the student-athlete based in any degree on their athletics ability or reputation; *(Revised: 4/20/21)*

(b) The individual providing the loan is not considered a representative of the institution's athletics interests; and

(c) The relationship between the individual providing the loan and the student-athlete existed before the initiation of the student-athlete's recruitment by the member institution.

**16.11.1.3 Disabling-Injury Insurance.** A student-athlete may borrow against their future earnings potential from an established, accredited commercial lending institution exclusively for the purpose of purchasing insurance (with no cash surrender value) against a disabling injury that would prevent the individual from pursuing their chosen career, provided a third party (including a member institution's athletics department staff members or representatives of its athletics interests) is not involved in arrangements for securing the loan. The student-athlete shall report any such transactions to the member institution and shall file copies of any loan documents associated with disability insurance and insurance policy with the member institution, regardless of the source of the collateral for the loan. The student-athlete also shall file copies of the insurance policy with the member institution, regardless of whether a loan is secured to purchase the insurance policy. **[R]** *(Revised: 1/14/97 effective 8/1/97, 4/20/21)*

**16.11.1.4 Promotional Activity Prize.** A student-athlete, selected through a random drawing open to the general public or the student body, may receive a prize as part of a promotional activity conducted by an institution or held on an institution's campus.

**16.11.1.4.1 Use of Athletics Ability.** Use of athletics ability (e.g., making a half-court basketball shot) to win such a prize in the promotional contest or activity does not affect a student-athlete's eligibility. *(Revised: 1/10/95, 1/9/96 effective 8/1/96)*

**16.11.1.5 Occasional Meals.** A student-athlete or the entire team in a sport may receive an occasional meal from an institutional staff member or representative of the institution's athletics interests under the following conditions: **[R]** *(Revised: 1/10/92)*

(a) The occasional meal may be provided at any location in the locale of the institution; *(Adopted: 1/10/92, Revised: 1/10/05, 1/9/06)*

(b) Meals must be restricted to infrequent and special occasions; and *(Adopted: 1/10/92)*

(c) Institutional staff members and representatives of the institution's athletics interests may provide transportation to student-athletes to attend such meals. *(Adopted: 1/10/92, Revised: 1/10/95, 1/9/06)*

**16.11.1.5.1 Meal Provided by Representative of Athletics Interests -- Outside Locale of Institution.** A representative of the institution's athletics interests may pay for or provide a meal to a student-athlete or team outside

of the locale of the institution as long as the meal is in conjunction with, or en route to or from, an away-from-home contest. **[R]** *(Adopted: 7/21/09)*

**16.11.1.6 Occasional Meals Provided by the Relative of a Student-Athlete.** A student-athlete or a team may receive an occasional meal provided by the relative of a student-athlete at any location. *(Adopted: 7/21/09)*

**16.11.1.7 Nonathletics Apparel Provided by the Institution.** An institution may provide a student-athlete with one shirt (e.g., polo or oxford style) bearing the institution's logo each academic year to be used for team travel or other events at which the student-athlete is representing the institution. The shirt may bear the manufacturer's or distributor's normal trademark or logo not to exceed 2 1/4 square inches in area, including any additional material surrounding the normal trademark or logo. Further, an institution may issue other nonathletics apparel to student-athletes for team travel or other events in which they represent the institution on an issuance and retrieval basis. **[R]** *(Revised: 1/9/06, 4/20/21)*

**16.11.1.8 Retention of Athletics Apparel and Equipment.** A student-athlete may retain athletics apparel items and used equipment at the end of the individual's collegiate participation. *(Revised: 10/20/20)*

**16.11.1.9 Summer Use of Athletics Equipment.** A student-athlete may retain and use institutional athletics equipment (per the institution's normal equipment policy) during a summer-vacation period.

**16.11.1.10 Research Studies Involving Only Student-Athletes.**

**16.11.1.10.1 NCAA Research Studies.** A student-athlete may receive compensation from the Association for participating in specified NCAA research studies. Such compensation shall be consistent with the going rate for compensation offered in studies involving nonathlete populations. **[R]** *(Adopted: 1/11/00, Revised: 4/20/09)*

**16.11.1.10.2 Institution-Based Research Studies.** A student-athlete may receive compensation from an institution for participating in a research study involving only student-athletes, provided: **[R]** *(Adopted: 4/20/09)*

(a) The study is initiated and conducted by a faculty member at an NCAA member institution; and

(b) The study and compensation arrangements are approved by the institutional review board of the faculty member's institution.

**16.11.1.11 Meals and Snacks Related to Institutional Service and Programming.** *(Adopted: 1/27/20 effective 8/1/20)*

**16.11.1.11.1 Meals Related to Institutional Committee Service.** A student-athlete who serves on an institutional committee may receive expenses to cover the cost of meals missed as a result of a committee meeting that occurs when regular institutional dining facilities are open. *(Adopted: 1/27/20 effective 8/1/20)*

**16.11.1.11.2 Meals and Snacks Related to Educational and Business Meetings and Programs.** An institution may provide meals and snacks for student-athlete educational and business meetings and programs, provided the meetings and programs are offered pursuant to Bylaw 16.3. *(Adopted: 6/22/20 effective 8/1/20)*

**16.11.1.12 Frequent Flier Points.** A student-athlete may retain frequent flier points and/or miles earned while traveling to and from intercollegiate practice and/or competition. *(Adopted: 1/12/04)*

**16.11.1.13 Fundraisers.** An institution may provide or arrange for fundraisers for student-athletes (or their relatives or individuals of a comparable relationship) under the following extreme circumstances: **[R]** *(Adopted: 1/10/05, Revised: 1/9/06)*

(a) Extreme circumstances should be extraordinary and the result of events beyond the student-athlete's control (e.g., life-threatening illness, natural disaster);

(b) The proceeds must be designated for a specific purpose (e.g., payment of medical bills, purchase of medical equipment, replacement of items lost in a fire, etc.);

(c) The proceeds may be given directly to the beneficiaries, with receipt kept on file by the institution, which shall include the amount of expenses incurred and the total amount received; and *(Revised: 10/22/13)*

(d) The excess proceeds must be given to a not-for-profit organization with a receipt kept on file by the institution.

**16.11.1.14 Miscellaneous Benefits.** An institution may provide or arrange for the following benefits for a student-athlete: **[R]** *(Revised: 1/9/06, 7/21/09)*

(a) The use of a return ticket at any time after conclusion of a foreign tour provided the student-athlete does not miss any class time;

(b) Participation in receptions and festivities associated with championships, conference tournaments or all-star events hosted by and conducted on the institution's campus;

(c) Telephone calls in emergency situations as approved by the director of athletics; and

(d) Reasonable tokens of support in the event of serious injury, serious illness or death of a relative. (See Bylaw 16.6.1.1.1 for transportation expenses.) *(Revised: 10/20/20)*

**16.11.1.15 Coaching and Athletics Administration Career Educational Program.** An institution or conference may provide a student-athlete actual and necessary expenses to attend coaching and athletics administration career educational programs (e.g., Women's Basketball Coaches Association -- So You Want to Be A Coach, Black Women in Sports Foundation -- Next Step Program, U.S. Olympic and Paralympic Committee -- Minority/Women in Coaching Leadership, Division III Coaching Symposiums). *(Adopted: 10/17/06, Revised: 1/22/20 effective 8/1/20)*

# 16.12 Expense Waivers.

**16.12.1 Incidental to Participation.** The Management Council, by a two-thirds majority of its members present and voting, or a committee designated by the Management Council, may approve a member institution's request to provide additional expenses, which may include reasonable local transportation incidental to a student-athlete's participation in intercollegiate athletics when the information presented persuades the Management Council that such a waiver is warranted, because it may be applied on the basis of defined, objective standards; does not create an unfair competitive advantage for the involved institution; would not compromise the intent of the governing legislation; and the request for the waiver is made in a timely manner. *(Adopted: 1/10/90, Revised: 1/10/95, 12/5/06)*

**16.12.1.1 Previously Approved Incidental Expenses.** Specific incidental expenses that have been previously approved on a routine basis by the Management Council, or a committee designated by the Management Council, may be processed by an institution or conference. Documentation of each approval shall be kept on file at the institution or the conference office. *(Adopted: 1/11/00)*

## FIGURE 16-1
## Participation Awards

| Type of Award | Maximum Value of Award | Number of Times Award May Be Received | Permissible Awarding Agencies | Maximum Number of Permissible Awarding Agencies |
|---|---|---|---|---|
| Annual Participation — Underclassmen | $225 | Once per year per sport | Institution | 1 |
| Annual Participation — Senior | $425 | Once per year per sport | Institution | 1 |
| **Special Event Participation** | | | | |
| • Participation in postseason conference championship contest or tournament | $375* | Once per event | • Institution<br>• Management of event (may include conference office) | 2 |
| • Participation in postseason NCAA championship contest or tournament | Institution — $375<br>NCAA — No limit | Once per event | • Institution<br>• NCAA | 2 |
| • Participation in all-star game | $400** | Once per event | • Institution<br>• Management of event | 2 |
| • Participation in other established meets, tournaments and featured individual competition | $400* | Once per event | • Institution<br>• Management of event | 2 |

\* The combined value of all awards received for participation in this type of event from the institution and the management of the event may not exceed the maximum value in this figure.
\*\* Each permissible awarding agency is subject to a separate limit per award.

# FIGURE 16-2
## Championship Awards

| Type of Award | Maximum Value of Award | Number of Times Award May Be Received | Permissible Awarding Agencies | Maximum Number of Permissible Awarding Agencies |
|---|---|---|---|---|
| National Championship conducted by NCAA | $415* | Once per championship | •Institution**<br>•Conference** | 2 |
| National Championship not conducted by NCAA*** | $415* | Once per championship | •Institution**<br>•Conference** | 2 |
| Conference Championship — regular season | $325#| Once per championship | •Institution**<br>•Conference** | 2 |
| Conference Championship — postseason contest or tournament | $325#| Once per championship | •Institution**<br>•Conference** | 2 |

* Each permissible awarding agency is subject to a separate limit per award.
** Award may be provided by another organization recognized by the institution or conference to act in its place.
*** Applies only to sports or classification division in which the NCAA does not conduct championships. Teams must be designated as a
   "national champion" by a national wire-service poll or the national coaches association in that sport.
# The combined value of both awards shall not exceed the maximum value in this figure if same institution wins conference regular-season and postseason championships.

**FIGURE 16-3**
**Special Achievement Awards**

| Type of Award | Maximum Value of Award | Number of Times Award May Be Received | Permissible Awarding Agencies | Maximum Number of Permissible Awarding Agencies |
|---|---|---|---|---|
| Special attainments or contribution to team's season (e.g., scholar-athlete, most improved player, most minutes played, most valuable player) | $175 | Once per category of award per year | • Institution<br>• Conference | 2 |
| Conference student-athlete of the year award | $350 | Once per year for one student-athlete in a male sport and one student-athlete in a female sport | • Conference | 1 |
| Conference scholar-athlete of the year award | $350 | Once per year for one student-athlete in a male sport and one student-athlete in a female sport | • Conference | 1 |
| Most valuable player — special event* | $325** | Once per event | • Institution<br>• Conference<br>• Organization approved by institution or conference | Unlimited |
| Most valuable player — bowl game or all-star contest | $350 | Once per event | • Sponsoring entity of all-star contest | 1 |
| Established regional/national recognition awards (e.g., Jostens Trophy, Gagliardi Trophy) | no limit | Once per year per award | • Management of award program | 1 |
| Specialized performance in single contest or during limited time-period (e.g., player of the game, player of the week) | $80 (certificate, medal, or plaque only) | Unlimited | • Conference<br>• Outside organization (e.g., local business) | Unlimited |
| Hometown award | $80 | Unlimited | • Group (other than institution's booster club) located in the student-athletes' hometown. | Unlimited |

\* The award recipient must be selected by a recognized organization approved by a member institution or conference.

\*\* Each permissible awarding agency is subject to separate limit per award. Each awarding agency may provide only a single award for each event to each student-athlete.

BYLAWS, ARTICLE 17

# Playing and Practice Seasons.

## 17.01 General Principles.

**17.01.1 Institutional Limitations.** A member institution shall limit its organized practice activities, the length of its playing seasons and the number of its regular-season contests and/or dates of competition in all sports, as well as the extent of its participation in noncollegiate-sponsored athletics activities, to minimize interference with the academic programs of its student-athletes (see Figure 17-1).

## 17.02 Definitions and Applications.

### 17.02.1 Athletically Related Activities.

#### 17.02.1.1 Athletically Related Activities. The following are considered athletically related activities: *(Adopted: 1/10/91 effective 8/1/92)*

(a) Practice, which is defined as any meeting, activity or instruction involving sports-related information and having an athletics purpose, held for one or more student-athletes at the direction of, or supervised by, any member or members of an institution's coaching staff. Practice is considered to have occurred if one or more coaches and one or more student-athletes engage in any of the following activities:

    (1) Field, floor or on-court activity;

    (2) Setting up offensive or defensive alignment;

    (3) Chalk talk;

    (4) Lecture on or discussion of strategy related to the sport;

    (5) Activities using equipment related to the sport;

    (6) Discussions or review of game films, motion pictures or video related to the sport; or *(Revised: 10/17/06)*

    (7) Any other athletically related activity. *(Revised: 10/18/04)*

(b) Competition;

(c) Required weight-training and conditioning activities held at the direction of or supervised by an institutional staff member;

(d) Participation in a physical-fitness class (including a summer class) conducted by a member of the athletics staff not listed in the institution's catalog and not open to all students. Such a class may not include practice activities conducted under the guise of physical education class work; *(Adopted: 1/10/95, Revised: 10/17/06)*

(e) Required participation in camps, clinics or workshops;

(f) Individual workouts required or supervised by a member of the coaching staff. An institutional staff member may design a voluntary (see Bylaw 17.02.14) individual-workout program for a student-athlete but cannot conduct the individual's workout outside the declared playing season; *(Adopted: 1/10/91 effective 8/1/91, Revised: 1/12/04, 1/17/09)*

(g) On-court or on-field activities called by any member(s) of a team that are considered requisite for participation in that sport (e.g., captain's practices); *(Revised: 1/23/19)*

(h) Visiting the competition site in cross country, golf and skiing; *(Adopted: 1/16/93)*

(i) Reservation or use of an institution's athletics facilities when such activities are supervised by or held at the direction of any member of an institution's coaching staff; *(Revised: 1/10/92, 1/16/93)*

(j) Involvement of an institution's strength and conditioning staff with enrolled student-athletes in required conditioning programs; and *(Revised: 1/10/92, 10/17/06)*

(k) Observation by an institution's coaching staff member of enrolled student-athletes in nonorganized sport-specific activities (e.g., "pick-up games") in the coaching staff member's sport, except as permitted in Bylaw 17.02.1.1.3 - (c). *(Adopted: 1/10/05, Revised: 10/17/06, 1/16/10, 7/20/10, 1/31/18)*

#### 17.02.1.1.1 Exceptions. The following activities shall not be considered athletically related activities: *(Revised: 10/17/06, 5/9/17)*

##### 17.02.1.1.1.1 Meetings as follows: *(Adopted: 5/9/17)*

(a) Administrative and academic activities that are nonathletics in nature (e.g., academic meetings and compliance meetings); *(Adopted: 5/9/17)*

(b) One team meeting conducted for an athletics purpose outside the declared playing and practice season (may be mandatory); and *(Adopted: 5/9/17)*

(c) One individual meeting per student-athlete conducted for an athletics purpose outside the declared playing and practice season (may be mandatory). *(Adopted: 5/9/17)*

### 17.02.1.1.1.2 Fundraising activities as follows: *(Adopted: 5/9/17)*

(a) Voluntary fundraising and community service activities not involving the use of athletics ability by student-athletes to obtain funds provided the activities receive approval from the institution's chancellor or president (or their designee) before the activity (see Bylaw 12.5.1.1 for restrictions on promotional activities). *(Adopted: 5/9/17, Revised: 4/20/21)*

(b) Voluntary out-of-season fundraising events involving the use of athletics ability by student-athletes (either to obtain funds or to participate in the activity), provided participation in the event is open to any and all entrants and student-athletes receive prior approval from the institution's chancellor or president (or their designee) before participating in the activity (see Bylaw 12.5.1.1 for restrictions on promotional activities). *(Adopted: 5/9/17, Revised: 4/20/21)*

### 17.02.1.1.1.3 Observation of the following: *(Adopted: 5/9/17)*

(a) An officiating clinic related to playing rules that is conducted by video conference and does not require student-athletes to miss any class time to observe the clinic. *(Adopted: 5/9/17)*

(b) Enrolled student-athletes in organized competition (e.g., summer league), provided institutional athletics personnel do not direct or supervise the organized activity and the opportunity to observe the activity is open to all. *(Adopted: 5/9/17, Revised: 7/23/18)*

(c) Observation of enrolled student-athletes in nonorganized sport-specific activities, provided: *(Adopted: 5/9/17)*

(1) The documented job responsibilities for the coaching staff member include monitoring of an institutional facility for purposes of safety and facility security; *(Adopted: 5/9/17)*

(2) The observation occurs while the coaching staff member performs this monitoring responsibility; and *(Adopted: 5/9/17)*

(3) The observation occurs while the facility is open to all students. This exception does not permit a coaching staff member to direct, supervise or provide instruction to student-athletes, but permits a coaching staff member to stop any activity that is dangerous to a student-athlete or other students. *(Adopted: 5/9/17)*

### 17.02.1.1.1.4 Strength and Conditioning Activities as follows: *(Adopted: 5/9/17)*

(a) Voluntary workouts conducted by a certified strength and conditioning coach provided: *(Adopted: 5/9/17)*

(1) The coach has received a strength and conditioning certification from a nationally recognized certification program (see Bylaw 11.1.6 for additional certifications); *(Adopted: 5/9/17)*

(2) The coach conducts voluntary workouts for all student-athletes if the coach is also a staff member for one of the institution's intercollegiate teams; and *(Adopted: 5/9/17)*

(3) The workout occurs during the institution's regular academic year. *(Adopted: 5/9/17)*

(b) Voluntary individual workouts monitored for safety purposes by a strength and conditioning coach (certified or noncertified). If the coach is also a staff member for one of the institution's intercollegiate teams the monitoring may occur only if the coach performs monitoring duties for all student-athletes using the facility at that time. *(Adopted: 5/9/17)*

### 17.02.1.1.1.4.1 Strength and Conditioning Facilities. *(Adopted: 5/9/17)*

(a) Student-athletes may use student-athlete-only facilities for voluntary workouts at any time. *(Adopted: 5/9/17)*

(b) A certified strength and conditioning coach may conduct voluntary workouts in a student-athlete only facility during the academic year. *(Adopted: 5/9/17)*

(c) A certified strength and conditioning coach may only reserve an athletic facility for voluntary workouts that they will conduct. *(Adopted: 5/9/17, Revised: 4/20/21)*

### 17.02.1.1.1.5 Leadership Programming Involving Athletics-Related Information. *(Adopted: 1/27/20 effective 8/1/20, Revised: 6/22/20 effective 8/2/20)*

(a) Student-athletes serving in a team leadership capacity may voluntarily participate in leadership programming involving athletics-related, general information outside of the declared playing season with any member of an institution's coaching staff. *(Adopted: 6/22/20 effective 8/2/20)*

(b) All programming must occur during the institution's regular academic year and must be completed not later than five weekdays before the first day of any of the institution's final regular examination period. *(Adopted: 6/22/20 effective 8/2/20)*

(c) All leadership programming involving athletics-related, general information is limited to one meeting per week, with each meeting lasting no more than 90 minutes and may not occur more than ten times outside of the declared playing season. *(Adopted: 6/22/20 effective 8/2/20)*

(d) The leadership-programming plan and materials must be in writing in the office of the institution's director of athletics and compliance officer (if separate individuals hold such positions). *(Adopted: 6/22/20 effective 8/2/20)*

**17.02.2 Contest.** A contest is any game, match, exhibition, scrimmage or joint practice session with another institution's or an outside team, regardless of its formality, in which competition in a sport occurs between an intercollegiate athletics team or individual representing a member institution and any other outside team or individual not representing the intercollegiate athletics program of the same member institution. *(Revised: 1/10/91, 1/13/03)*

**17.02.3 Contest, Countable, Institutional.** A countable contest for a member institution, in those sports for which the limitations are based on the number of contests, is any contest by the member institution against an outside team in that sport, unless a specific exemption for a particular contest is set forth in this bylaw. An institution shall define each contest as varsity or subvarsity (e.g., junior varsity) and may not change the classification of that contest once the contest has commenced. Contests, including scrimmages, exhibitions or joint practices, by separate squads of the same team against different outside teams shall each count as one contest. During the traditional segment, countable contest limitations apply separately to multiple teams (e.g., varsity, subvarsity and freshman) of the same sport. During the nontraditional segment, all teams (e.g., varsity, subvarsity and freshman) of the same sport shall be treated as one team for purpose of the countable contest limitations. *(Revised: 4/17/12 effective 8/1/12, 1/16/13, 10/10/14, 5/19/16)*

**17.02.4 Contest, Countable, Individual Student-Athlete.** A countable contest for a student-athlete in a sport is any contest in which the student-athlete competes while representing the member institution (see Bylaw 17.02.9) individually or as a member of the varsity, subvarsity or freshman team of the institution in that sport, unless a specific exemption for a particular contest is set forth in this bylaw.

**17.02.5 Date of Competition.** A date of competition is a single date on which any contest(s), with another institution or an outside team or individual, takes place (see Bylaw 17.02.2). *(Revised: 1/10/91, 1/13/03)*

**17.02.6 Date of Competition, Countable, Institutional.** A countable date of competition for a member institution, in those sports for which the limitations are based on the number of dates of competition, is a single date on which the institution's team engages in competition against an outside team, unless a specific exemption for a particular date of competition is set forth in this bylaw. An institution shall define each contest as varsity or subvarsity (e.g., junior varsity) and may not change the classification of that contest once the contest has commenced. Each date of competition shall be defined as varsity and/or subvarsity (e.g., junior varsity) depending upon the classification of the contests played on that date. During the traditional segment, countable date of competition limitations apply separately to multiple teams (e.g., varsity, subvarsity and freshman) of the same sport. During the nontraditional segment, all teams (e.g., varsity, subvarsity and freshman) of the same sport shall be treated as one team for purposes of the countable date of competition limitations. *(Revised: 1/16/13, 5/19/16)*

### 17.02.6.1 Required Minimum Number of Student-Athletes. For individual sports, a member institution shall be considered to have participated in a date of competition that constitutes a date of competition if the minimum number of student-athletes participating on one or more teams, at one or more sites, on behalf of the institution on that date equals or exceeds the minimum number established for that sport, unless otherwise restricted in this bylaw for a particular sport (e.g., golf, tennis) (see Bylaw 20.11.3.8 for listings of minimum numbers of student-athletes per sport).

**17.02.7 Date of Competition, Countable, Individual Student-Athlete.** A countable date of competition for a student-athlete is any day on which a student-athlete competes while representing the institution (see Bylaw 17.02.9) individually or as a member of the varsity, subvarsity or freshman team unless a specific exemption for a particular date of competition is set forth in this bylaw.

**17.02.8 Postponed/Canceled Contest Due to Inclement Weather.** A contest that is postponed or canceled due to inclement weather or a comparable factor only counts against an institution's or student-athlete's maximum limitations if the results are considered final under the applicable playing rules of the sport in question. *(Adopted: 9/18/15)*

**17.02.9 Intercollegiate Competition.** Intercollegiate competition is considered to have occurred when a student-athlete in either a two-year or a four-year collegiate institution does any of the following: *(Revised: 1/10/95)*

(a) Competes while representing the institution in any contest against outside competition, regardless of how the competition is classified (e.g., scrimmage, exhibition or joint practice session with another institution's team) or whether the student is enrolled in a minimum full-time program of studies; *(Revised: 1/10/91)*

(b) Competes in the uniform of the institution, or, during the academic year, uses any apparel (excluding apparel no longer used by the institution) or equipment received from the institution that includes institutional identification (see Bylaw 16.11.1.9 for regulations governing the use of equipment during the summer); or *(Revised: 1/16/93, 1/11/94)*

(c) Competes and receives expenses (e.g., transportation, meals, housing or entry fees) from the institution for the competition. *(Revised: 12/1/23)*

**17.02.9.1 Exempted Events.** Participation in events listed in Bylaw 16.8.1.3-(a) and (b) is exempted from the application of this legislation. *(Revised: 1/10/92)*

**17.02.10 Outside Competition.** Outside competition is athletics competition against any other outside team (including an alumni team) or individual that does not represent the intercollegiate athletics program of the same institution. *(Revised: 1/12/02, 1/13/03)*

**17.02.11 Outside Team.** An outside team is any team that does not represent the intercollegiate athletics program of the institution or a team that includes individuals other than eligible student-athletes of the institution (e.g., members of the coaching staff, ineligible student-athletes, members of the faculty).

**17.02.12 Fall Preseason Practice Formula -- Sports Other Than Football.** In cross country, field hockey, golf, rowing, rugby, soccer, tennis and women's volleyball, the first permissible date for preseason practice shall be determined by the application of 16 units in the preseason practice formula, as specified in this section. *(Adopted: 1/10/91 effective 8/1/92, Revised: 1/10/92, 1/12/04, 5/4/09, 7/20/10)*

**17.02.12.1 Unit -- Defined.** A "unit" is a numerical value assigned to a particular calendar day within the application of the preseason practice formula that is used to determine the first permissible practice date for fall sports other than football. The number of units assigned to a particular day does not determine or limit the number of practices that may be conducted on that day. *(Adopted: 5/4/09)*

**17.02.12.2 Determining the First Permissible Practice Date for Fall Sports Other Than Football -- Application of the 16 Units.** To determine the first permissible practice date, an institution shall count back a total of 16 units on a calendar starting no earlier than the day before the first permissible contest date (see Bylaw 17.02.12.2.1) as follows: *(Adopted: 5/4/09, Revised: 1/17/23 effective 8/1/23)*

(a) Never assign any units to Sundays on the calendar; it is permissible to practice on Sundays;

(b) Never assign any units to calendar days during the preseason when all institutional dormitories are closed, the institution's team must leave campus and practice is not conducted;

(c) The first six units: assign one unit to each of the six calendar days (not including Sunday) before the first permissible intercollegiate competition (see Bylaw 17.02.12.2.1); *(Revised: 1/17/23 effective 8/1/23)*

(d) The remaining 10 units:

(1) Assign one unit to each calendar day (not including Sundays) that occurs on or after the opening day of classes for the fall term (see Bylaw 17.02.12.2.2), and

(2) Assign two units to each calendar day before the opening day of classes for the fall term (not including Sundays) until the sum of units on the calendar reaches 16;

(e) The date on which the total count of units on the calendar reaches 16 is the first permissible date for preseason practice (see Bylaw 17.02.12.2.3).

**17.02.12.2.1 First Permissible Contest Date.** The assignment of units for counting using the preseason practice formula may begin no earlier than the day before the first permissible contest date. It is not permissible to determine the starting date for preseason practice by counting back from the first scheduled preseason exhibition, scrimmage or joint practice season. *(Adopted: 5/4/09, Revised: 1/17/23 effective 8/1/23)*

**17.02.12.2.2 Opening Day of Classes.** The opening of classes is defined as the first day of classes as listed in the member institution's official catalog. Required freshman orientation is not considered to be the opening day of classes for the academic year. *(Adopted: 1/10/91 effective 8/1/92, Revised: 5/4/09)*

**17.02.12.2.3 Remainder of One Counting Unit.** If the 16th and 17th unit is on the same day, it is permissible to begin practice on that day since it is the day in which the total count of units reaches 16. *(Adopted: 5/4/09)*

**17.02.12.2.4 Football Preseason Practice Formula.** Do not use the preseason practice formula detailed within this section for the sport of football. Instead, use the formula in Bylaw 17.11.3.1. *(Adopted: 5/4/09)*

**17.02.12.2.5 Men's Water Polo.** In the sport of men's water polo, the first permissible date for preseason practice shall be determined by the application of 21 units in the preseason practice formula. The 21 units shall be applied in the same manner as set forth in Bylaw 17.02.12.2-(a)-(e) with the exception that there are 15 remaining units after applying Bylaw 17.02.12.2-(c). The remaining 15 units shall be assigned in the manner described in Bylaw 17.02.12.2-(d) Nos. (1) and (2). *(Adopted: 5/4/09)*

**17.02.13 Varsity Intercollegiate Sport.** A varsity intercollegiate sport is a sport that has been accorded that status by the institution's president or chancellor or committee responsible for intercollegiate athletics policy and that satisfies the following conditions: *(Revised: 10/3/05)*

(a) It is a sport that is administered by the department of intercollegiate athletics;

(b) It is a sport for which the eligibility of the student-athletes is reviewed and certified by a staff member designated by the institution's president or chancellor or committee responsible for intercollegiate athletics policy; and *(Revised: 10/3/05)*

(c) It is a sport in which qualified participants receive the institution's official varsity awards.

**17.02.13.1 Team Sports. [#]** The following are classified as team sports for purposes of this bylaw: *(Revised: 1/17/09 effective 8/1/09, 1/17/15, 8/1/15, 8/19/15)*

| | |
|---|---|
| Acrobatics and Tumbling | Lacrosse |
| Beach Volleyball, Women's | Rugby, Women's |
| Baseball | Rowing, Women's |
| Basketball | Soccer |
| Field Hockey | Softball |
| Football | Volleyball |
| Ice Hockey | Water Polo |

*(Revised: 1/27/20 effective 8/1/20)*

---

**17.02.13.1 Team Sports.** The following are classified as team sports for purposes of this bylaw: *(Revised: 1/17/09 effective 8/1/09, 1/17/15, 8/1/15, 8/19/15)*

| | |
|---|---|
| Acrobatics and Tumbling | Rugby, Women's |
| Beach Volleyball, Women's | Rowing, Women's |
| Baseball | Soccer |
| Basketball | Softball |
| Field Hockey | Stunt |
| Football | Volleyball |
| Ice Hockey | Water Polo |
| Lacrosse | |

*(Revised: 1/27/20 effective 8/1/20, 1/16/24 effective 8/1/24)*

---

**17.02.13.2 Individual Sports. [#]** The following are classified as individual sports for purposes of this bylaw: *(Revised: 4/28/05, 1/17/09 effective 8/1/09, 10/19/10 effective 8/1/11, 1/18/14 effective 8/1/14)*

| | |
|---|---|
| Bowling, Women's | Skiing |
| Cross Country | Swimming and Diving |
| Fencing | Tennis |
| Golf | Track and Field, Indoor and Outdoor |

Gymnastics                Triathlon, Women's

Rifle                     Wrestling, Men's and Women's

*(Revised: 1/27/20 effective 8/1/20)*

**17.02.14 Voluntary Athletically Related Activities.** In order for any athletically related activity to be considered "voluntary," all of the following conditions must be met: *(Revised: 1/10/05)*

(a) The student-athlete must not be required to report back to any of their sport-specific coaches any information related to the activity. In addition, no athletics department staff member who observes, monitors or conducts the activity (e.g., strength coach, trainer, manager) may report back to the student-athlete's coach any information related to the activity; *(Revised: 1/15/11 effective 8/1/11, 4/20/21)*

(b) The activity must be initiated solely by the student-athlete. Neither the institution nor any athletics department staff member may require the student-athlete to participate in the activity at any time;

(c) The student-athlete's attendance and participation in the activity (or lack thereof) may not be recorded for the purposes of reporting such information to coaching staff members or other student-athletes; and

(d) The student-athlete may not be subjected to penalty if they elect not to participate in the activity. In addition, neither the institution nor any athletics department staff member may provide recognition or incentives (e.g., awards) to a student-athlete based on their attendance or performance in the activity. *(Revised: 4/20/21)*

# 17.1 General Playing-Season Regulations. Unless set forth differently in the applicable sports section in Bylaw 17, an institution shall conduct its playing season within the parameters stated in this section. *(Revised: 4/11/11 effective 8/1/11)*

**17.1.1 Playing Season.** An institution is permitted to conduct athletically related activities (see Bylaw 17.02.1.1) in each academic year only during the playing season as regulated for each sport in accordance with the provisions of this bylaw. The institution must conduct the same playing season for varsity and subvarsity teams in the same sport. *(Revised: 1/10/92, 4/11/11 effective 8/1/11, 1/17/23 effective 8/1/23)*

**17.1.1.1 Declaration of Playing Season.** Each member institution shall determine the playing season for each of the sports referenced under Bylaw 17.02.13. Declaration of the institution's playing season in each such sport shall be on file in writing in the department of athletics before the beginning of the institution's playing season for that sport. Changes in the declaration for a particular sport are permissible and also shall be filed in writing in the office of the institution's director of athletics. *(Revised: 4/11/11 effective 8/1/11)*

**17.1.1.2 Segments of Playing Season.** Segment limitations are applicable to all team and individual sports (listed under Bylaws 17.02.13.1 and 17.02.13.2), except for football, golf, rowing, tennis and sports with a winter NCAA championship . The segments shall be defined as follows: *(Revised: 4/11/11 effective 8/1/11, 7/24/19)*

(a) **Traditional Segment.** The portion of the playing season that concludes with the NCAA championship in the sport shall be known as the "traditional segment."

(b) **Nontraditional Segment.** The remaining portion of the playing season shall be known as the "nontraditional segment."

**17.1.1.3 Week.** A week shall be defined by the institution as any consecutive seven-day period, regardless of the day on which the seven-day period begins. (See Bylaw 17.1.4.1 for day off requirements.) An institution may not redefine its week except in the following circumstances: *(Adopted: 1/17/23 effective 8/1/23)*

(a) During a segment (or period in golf, rowing and tennis) of the playing season, following a period of at least seven consecutive days that includes a vacation, final-examination period or holiday period during which no athletically related activities occur; or *(Adopted: 1/17/23 effective 8/1/23)*

(b) Between the fall and spring period in golf, rowing and tennis and between segments of the playing season in other sports, provided the institution divides its practice and playing season into two distinct segments per Bylaw 17.1.1.2. *(Adopted: 1/17/23 effective 8/1/23)*

**17.1.1.4 Equipment Issue, Team Pictures.** *(Adopted: 1/17/23 effective 8/1/23)*

(a) It shall be permissible to designate a single date for issuing equipment and for taking team pictures after the beginning of classes in the fall term or the day before the beginning of preseason practice. *(Adopted: 1/17/23 effective 8/1/23)*

(b) Exception for Sundays. If the day before the beginning of preseason is a Sunday, the member institution may designate the preceding Saturday for issuing equipment and taking team pictures. *(Adopted: 1/17/23 effective 8/1/23)*

**17.1.1.5 Days.** Any athletically related activity by any member of the team shall constitute the use of a day. *(Adopted: 7/18/23 effective 8/1/23)*

**17.1.2 General Regulations for Computing Playing Seasons.** In determining the length of an institution's playing season, the following regulations shall apply: *(Revised: 4/11/11 effective 8/1/11)*

**17.1.2.1 Sports with a Fall NCAA Championship other than football.** Except for the sport of football (see Bylaw 17.11) and unless otherwise noted in the applicable sport section, the playing season shall be conducted according to the following: *(Adopted: 1/17/23 effective 8/1/23)*

(a) **Traditional Segment.** *(Adopted: 1/17/23 effective 8/1/23)*

(1) **First Permissible Practice.** A member institution shall not commence practice before the date that permits a maximum of 16 units in the preseason practice formula (see Bylaw 17.02.12) before the first permissible contest date. This provision is not applicable to men's water polo [see Bylaw 17.28.2-(a)]. *(Adopted: 1/17/23 effective 8/1/23)*

(2) **First Contest or Date of Competition.** September 1 or the preceding Friday if September 1 falls on a Saturday, Sunday or Monday (see Bylaw 17.1.4.5.1-(d) regarding alumni game). This provision is not applicable to men's water polo [see Bylaw 17.28.3-(a)]. Exempted scrimmages, exhibitions and joint practices [see Bylaw 17.1.4.5.1-(c)] are permitted prior to the first regular-season contest or date of competition. *(Adopted: 1/17/23 effective 8/1/23)*

(3) **End of Segment.** NCAA championships selections. For those sports without an NCAA championship, the season shall not extend beyond the selection date of the last Division III fall championship sport to conduct selections. *(Adopted: 1/17/23 effective 8/1/23)*

(i) Exception. An institution may participate in post-season activities as set forth Bylaw 17.1.3. *(Adopted: 1/17/23 effective 8/1/23)*

(b) **Nontraditional Segment.** An institution may conduct a maximum of 24 days of athletically related activities as follows: *(Adopted: 1/17/23 effective 8/1/23)*

(1) **First Permissible Practice and Competition.** First class date after January 1st. *(Adopted: 1/17/23 effective 8/1/23)*

(2) **End of Segment.** All practice and competition shall be completed not later than five weekdays before the first day of the institution's final examinations for the regular academic year. If an institution's academic year concludes with a nonregular academic term (e.g., May term), then all practice and competition shall be completed not later than the first day of final examinations for that nonregular academic term. *(Adopted: 1/17/23 effective 8/1/23)*

(3) **Days.** No more than four days of athletically related activity may occur in any one week. Any athletically related activity by any member of the team shall constitute the use of a day. No class shall be missed for participation in these days (including the competition date). *(Adopted: 1/17/23 effective 8/1/23)*

(4) **Competition:** One date of competition may occur and shall be counted as one of the 24 permissible days of athletically related activities. No more than eight hours of athletically related activity may occur on the date. (See Bylaw 17.1.4.4 for additional sport specific limitations). *(Adopted: 1/17/23 effective 8/1/23)*

**17.1.2.2 Sports with a Winter NCAA Championship.** Unless otherwise noted in the applicable sport section, the playing season shall be conducted according to the following: *(Adopted: 1/17/23 effective 8/1/23)*

(a) **The length of an institution's playing season shall be limited to a maximum 114 team days, occurring between the following.** *(Adopted: 1/17/23 effective 8/1/23)*

(1) **First Practice or Competition.** September 7 or the institution's first day of classes for the fall term, whichever is earlier. (This does not apply in the sports of basketball, women's bowling, ice hockey and men's and women's wrestling, in which the applicable start date provisions are set forth in the specific sports sections.) *(Adopted: 1/17/23 effective 8/1/23)*

(2) **End of Season.** All practice and competition shall be completed by NCAA championships selections. For those sports without an NCAA championship, the season shall not extend beyond the selection date of the last Division III winter championship sport to conduct selections. *(Adopted: 1/17/23 effective 8/1/23)*

(b) **Exceptions.** *(Adopted: 1/17/23 effective 8/1/23)*

(1) An institution may participate in post-season activities as set forth in Bylaw 17.1.3 that shall not count toward the 114 days. *(Adopted: 1/17/23 effective 8/1/23)*

(2) An institution may use up to eight of the 114 permissible days outside the playing season provided: *(Adopted: 1/17/23 effective 8/1/23)*

    (i) The days are not used before the first day of classes; *(Adopted: 1/17/23 effective 8/1/23)*

    (ii) The days are not used five weekdays before an exam period through the exam period; *(Adopted: 1/17/23 effective 8/1/23)*

    (iii) The days may not be used during the summer vacation period; and *(Adopted: 1/17/23 effective 8/1/23)*

    (iv) No more than three days are used per week. *(Adopted: 1/17/23 effective 8/1/23)*

**17.1.2.3 Sports with a Spring NCAA Championship, except for Golf, Rowing and Tennis.** Unless otherwise noted in the applicable sport section, the playing season shall be conducted according to the following: *(Adopted: 1/17/23 effective 8/1/23)*

(a) **Traditional Segment.** *(Adopted: 1/17/23 effective 8/1/23)*

    (1) **First Date of Practice or Competition.** Fifteen weeks before NCAA championship selection in that sport. An institution may use up to 12 of its 24 nontraditional days set forth in Bylaw 17.1.2.3(b)(3) in the two weeks immediately preceding the start of the season. *(Adopted: 1/17/23 effective 8/1/23)*

    (2) **End of Segment.** NCAA championships selections. For those sports without an NCAA championship, the season shall not extend beyond the selection date of the last Division III spring championship sport to conduct selections. *(Adopted: 1/17/23 effective 8/1/23)*

        (i) **Exception.** An institution may participate in post-season activities as set forth Bylaw 17.1.3. *(Adopted: 1/17/23 effective 8/1/23)*

(b) **Nontraditional Segment.** An institution may conduct a maximum of 24 days of athletically related activities as follows: *(Adopted: 1/17/23 effective 8/1/23)*

    (1) **First Practice and Competition.** September 7 or the institution's first day of classes, whichever is earlier. *(Adopted: 1/17/23 effective 8/1/23)*

    (2) **End of Segment.** All practice and competition shall be completed not later than five weekdays before the first day of the institution's final regular fall examination period. *(Adopted: 1/17/23 effective 8/1/23)*

    (3) **Days.** No more than four days of athletically related activity may occur in any one week. Any athletically related activity by any member of the team shall constitute the use of a day. No class shall be missed for participation in these days (including the competition date). *(Adopted: 1/17/23 effective 8/1/23)*

    (4) **Competition.** One date of competition may occur and shall be counted as one of the 24 permissible days of athletically related activities. No more than eight hours of athletically related activity may occur on the date. (See Bylaw 17.1.4.4 for additional sport specific limitations). *(Adopted: 1/17/23 effective 8/1/23)*

**17.1.2.4 Period Sports (Golf, Rowing and Tennis).** Unless otherwise noted in the applicable sport section, the playing season shall be limited to a maximum of 114 team days conducted within the following periods: *(Adopted: 1/17/23 effective 8/1/23)*

(a) **Fall Period.** *(Adopted: 1/17/23 effective 8/1/23)*

    (1) **First Permissible Practice.** The date that permits a maximum of 16 units in the preseason practice formula before the first permissible date of competition as specified in each sport. *(Adopted: 1/17/23 effective 8/1/23)*

    (2) **First Permissible Competition.** In golf and tennis, September 1 or the preceding Friday if September 1 falls on a Saturday, Sunday or Monday, or the institution's first day of classes, whichever is earlier. Exhibitions or scrimmages may be conducted during the preseason practice period. In rowing, September 7 or the institution's first day of classes for the fall term, whichever is earlier. *(Adopted: 1/17/23 effective 8/1/23)*

    (3) **End of Period.** All practice and competition shall be completed not later than five weekdays before the first day of the final regular fall examination period. *(Adopted: 1/17/23 effective 8/1/23)*

(b) **Spring Period.** *(Adopted: 1/17/23 effective 8/1/23)*

    (1) **First Practice or Competition.** January 15. *(Adopted: 1/17/23 effective 8/1/23)*

    (2) **End of Period.** All practice and competition shall be completed by the NCAA championship selections for the sport. *(Adopted: 1/17/23 effective 8/1/23)*

(i) **Exception.** An institution may participate in post-season activities as set forth Bylaw 17.1.3. *(Adopted: 1/17/23 effective 8/1/23)*

**17.1.3 Postseason Activities.** The following may occur after NCAA championship selections: *(Revised: 1/17/23 effective 8/1/23)*

(a) **NCAA Championships Participation.** . *(Revised: 1/17/23 effective 8/1/23)*

(1) **Team Sports and Individual Sports that Select Participants as Teams.** Selected teams may practice and participate in the championship event. *(Revised: 7/31/23 effective 8/1/23)*

(2) **Individuals Selected for NCAA Championships.** Individuals selected for NCAA championships may practice and participate in the championship. Squad members not selected for the championship but considered necessary for effective practice with the individual(s) preparing for the NCAA championships may continue to practice (but may not compete against outside competition). *(Revised: 7/31/23 effective 8/1/23)*

(b) **Non-NCAA Postseason Tournament.** Practice and/or competition in one non-NCAA (e.g., NAIA or NCCAA) postseason championships (e.g., an invitational tournament scheduled after a conference championship provided: *(Revised: 1/17/23 effective 8/1/23)*

(1) The tournament is no longer than three consecutive weeks; *(Revised: 1/17/23 effective 8/1/23)*

(2) The institution and/or individuals were not selected to the NCAA championship; and *(Revised: 1/17/23 effective 8/1/23)*

(3) The tournament does not conclude after the NCAA championship. *(Revised: 7/31/23 effective 8/1/23)*

(i) **Exception for Joint-Declaration Program.** An institution in the joint-declaration program may participate in the championship for which the institution declared, even when the championship occurs outside the permissible NCAA playing season (see Bylaw 31.2.1.2). *(Revised: 7/31/23 effective 8/1/23)*

**17.1.3.1 Exempted Practice Before NCAA Championships Selection.** In those sports in which the season is defined by days, the following practice shall not count against the days limitations: *(Adopted: 8/1/23)*

(a) **Practice while Under Consideration for Selection as a Team to an NCAA Championship.** A practice is exempt if: *(Adopted: 8/1/23)*

(1) The member institution's team has met selection criteria or has reason to believe it is under consideration for selection to the NCAA championship; *(Adopted: 8/1/23)*

(2) Practice occurs within three weeks of the start of the NCAA championship; and *(Adopted: 8/1/23)*

(3) The team does not compete during that period. *(Adopted: 8/1/23)*

(b) **Practice while Under Consideration for Selection as an Individual to an NCAA Championship.** A practice is exempt if: *(Adopted: 8/1/23)*

(1) The individual(s) practicing has met selection criteria or has reason to believe they are under consideration for selection to an NCAA Championship; *(Adopted: 8/1/23)*

(2) Only the individuals referenced in (1) and squad members considered necessary for effective practice are participating in practice; *(Adopted: 8/1/23)*

(3) Practice occurs within three weeks of the start of the NCAA championship; and *(Adopted: 8/1/23)*

(4) The permissible participants do not compete during that period. *(Adopted: 8/1/23)*

**17.1.4 Practice, Contest and Dates of Competition Limitations.**

**17.1.4.1 Required Day Off, All Sports.** During the playing season (see Bylaw 17.1.1), all athletically related activities shall be prohibited during one calendar day per defined week (see Bylaw 17.1.1.3), except during the following: *(Revised: 4/11/11 effective 8/1/11, 10/10/14)*

(a) Participation during NCAA championships;

(b) Participation between academic terms when classes are not in session or during the institution's preseason practice that occurs before the first day of classes; or

(c) Participation during a week that includes an institution's official vacation period, provided classes are not in session during any portion of that week. *(Revised: 10/10/14)*

**17.1.4.1.1 Exception -- Track and Field, Indoor/Outdoor and Swimming and Diving.** The required one calendar day off per defined week may apply individually to each student-athlete. An institution that uses this exception will not be charged more than six days per defined week. *(Adopted: 1/21/17, Revised: 7/18/23 effective 8/1/23)*

**17.1.4.1.2 Multisport Student-Athlete.** All athletically related activities shall be prohibited during one calendar day per week for every student-athlete, regardless of the number of sports in which a student-athlete participates. *(Revised: 4/11/11 effective 8/1/11)*

**17.1.4.2 Missed Class Time.** A student-athlete shall not miss class for the following: *(Revised: 4/11/11 effective 8/11/11)*

(a) Practice activities; and *(Revised: 1/17/23 effective 8/1/23)*

(b) Competition in the nontraditional segment.

**17.1.4.2.1 Exceptions.** A student-athlete may miss class for practice activities in the following circumstances: *(Revised: 4/11/11 effective 8/1/11)*

(a) When a team is traveling to an away-from-home contest and the practice is in conjunction with the contest; and

(b) Student-athletes representing the host institution shall be permitted to miss class time for practice activities scheduled in conjunction with an NCAA championship.

**17.1.4.3 In-Season Foreign Competition.** A member institution may play one or more of its countable contests or dates of competition in one or more foreign countries on one trip during the prescribed playing season once every four years. Contests or dates of competition played in Canada and Mexico or on a certified foreign tour (see Bylaw 17.31), are not subject to this limitation. *(Revised: 4/11/11 effective 8/1/11)*

**17.1.4.4 Nontraditional Segment Competition Limitations for Baseball, Field Hockey, Lacrosse, Soccer, Softball and Volleyball.** The nontraditional segment shall be subject to the following limitations: *(Revised: 4/11/11 effective 8/1/11, 1/17/23 effective 8/1/23)*

(a) A maximum of eight hours of athletically related activity may occur on the one date of competition for all participants. Further, competition activity on the one date must be included in the eight-hour maximum and is also limited to the following:

(1) **Baseball.** Two regulation baseball games or 18 regulation innings (i.e., three outs per inning, three strike outs per out). *(Revised: 1/17/23 effective 8/1/23)*

(2) **Field Hockey.** Two regulation field hockey contests or 140 minutes of competition activity.

(3) **Men's and Women's Lacrosse.** Two regulation lacrosse contests or 120 minutes of competition activity.

(4) **Men's and Women's Soccer.** Two regulation soccer contests or 180 minutes of competition activity.

(5) **Softball.** Three regulation softball games or 21 regulation innings (i.e., three outs per inning, three strikes per out). *(Revised: 1/17/23 effective 8/1/23)*

(6) **Men's and Women's Volleyball.** Three regulation matches or 15 regulation volleyball sets.

**17.1.4.5 Standard Contest or Date of Competition Exemptions.**

**17.1.4.5.1 Annual Exemptions.** The maximum number of contests or dates of competition during the traditional segment shall exclude the following (see Figure 17-1): *(Revised: 1/21/17 effective 8/1/17)*

(a) **Conference Championship.** Competition in one conference championship tournament (or the tournament used to determine the conference's automatic entry in the NCAA championship); *(Adopted: 1/21/17 effective 8/1/17)*

(b) **Season-Ending Tournament.** Competition in one season-ending tournament (e.g., NCAA championship, NAIA championship, NCCAA championship). A season-ending tournament is one that involves competition after the end of the regular season between teams that are not identified until the close of that regular season; *(Adopted: 1/21/17 effective 8/1/17, Revised: 1/19/23 effective 8/1/23)*

(c) **Exhibitions, Scrimmages or Joint Practices.** Competition in up to two exhibitions, scrimmages or joint practices against any opponent (see Bylaw 13.11.2.2 for competition against prospective student-athletes); *(Adopted: 1/21/17 effective 8/1/17, Revised: 1/19/23 effective 8/1/23)*

(d) **Alumni Contest.** An institution may exempt one contest or date of competition each year with an alumni team of the institution during any segment/period in all sports with the exception of football; and *(Adopted: 1/20/18 effective 8/1/18, Revised: 1/19/23 effective 8/1/23)*

(e) **National Team.** An institution may exempt one contest or date of competition each year against any team as selected and designated by the appropriate national governing body for that sport as a national team (see Bylaw 14.7.3.1, for national-team criteria). *(Adopted: 1/19/23 effective 8/1/23)*

**17.1.4.5.2 Once-in-Three-Years Exemption -- Foreign Tour.** The contests played on a foreign tour, provided the tour occurs only once in a three-year period and is conducted by the member institution in accordance with the procedures set forth in Bylaw 17.31. *(Revised: 4/11/11 effective 8/1/11)*

**17.1.4.5.3 Once-in-Four-Years Exemption -- Hawaii, Alaska, Puerto Rico.** A maximum of four contests or dates of competition on a regular-season trip or a tournament, either against or under the sponsorship of an active member institution located in Hawaii, Alaska or Puerto Rico, scheduled not more than once every four years by a member institution located outside of Hawaii, Alaska or Puerto Rico. This limitation shall not apply to a regular-season conference contest between two members of the same NCAA member conference. *(Revised: 4/11/11 effective 8/1/11)*

## 17.1.5 Out-of-Season Athletically Related Activities.
Student-athletes and members of the coaching staff shall not engage in athletically related activities outside the institution's declared playing season per Bylaw 17.02.1.1, except as otherwise noted in this bylaw. *(Revised: 4/11/11 effective 8/1/11)*

**17.1.5.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations approved by the Management Council. *(Revised: 4/11/11 effective 8/1/11)*

**17.1.5.2 Noncollegiate, Amateur Competition.** (See Bylaw 14.7 for restrictions on outside competition.) *(Revised: 4/11/11 effective 8/1/11)*

**17.1.5.2.1 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) at any time (i.e., during the academic year, vacation periods and summer) with an outside team that involves any student-athlete with eligibility remaining from the institution's team except as provided under Bylaws 14.7.3 and 17.31. *(Revised: 4/11/11 effective 8/1/11)*

**17.1.5.2.2 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution, provided the program is conducted and administered by the national governing body. The national governing body shall be responsible for selecting the coaches who will be involved in coaching activities for the program. The national governing body or the selected coaches shall select the participants of the program. *(Revised: 4/11/11 effective 8/1/11, 1/22/20 effective 8/1/20)*

**17.1.5.3 Sports Camps and Clinics and Other Athletics Events.** There are no limits on the number of student-athletes who may be employed (e.g., as counselors) in the same camp, clinic or other athletics events (see Bylaw 13.11). Currently enrolled student-athletes may not participate in their institution's sports camps, clinics or other institutional athletics events as campers and competitors. *(Revised: 4/11/11 effective 8/1/11, 5/31/17)*

**17.1.5.4 Other Competition.** Coaching staff members may engage in coaching activities with a student-athlete during the student-athlete's participation in events listed in Bylaw 16.8.1.3. *(Revised: 4/11/11 effective 8/1/11)*

## 17.1.6 Waivers and Conditions of Participation.

**17.1.6.1 Waivers for Extraordinary Personnel Losses.** The Management Council, by a two-thirds majority of its members present and voting, may approve waivers to the length of the playing season (see Bylaw 17.1.2) by modifying the start of preseason practice (see Bylaw 17.1.2) for an institution that has suffered extraordinary personnel losses to its team due to accident or illness of a disastrous nature. *(Adopted: 4/11/11 effective 8/1/11)*

**17.1.6.2 Playing-Season Waiver.** An institution with a nontraditional academic calendar may apply to the Management Council, or a committee designated by the Management Council to act for it, for a waiver of the general or sport-specific playing-season regulations; however, there shall be no waivers to extend an institution's playing season beyond the legislated maximum number of weeks. *(Adopted: 4/11/11 effective 8/1/11)*

**17.1.6.3 Use of Tobacco Products.** The use of tobacco products by a student-athlete is prohibited during practice and competition. A student-athlete who uses tobacco products during a practice or competition shall be disqualified for the remainder of that practice or competition (see Bylaw 11.1.5 for game personnel restrictions). *(Adopted: 4/11/11 effective 8/1/11)*

**17.1.6.4 Mandatory Medical Examination.** **[#]** Before participation in any practice, competition or out-of-season conditioning activities (or, in Division I, permissible voluntary summer conditioning or individual workouts, or permissible required summer athletic activities in basketball and football), student-athletes who are beginning their initial season of eligibility and students who are trying out for a team shall be required to undergo a medical examination or evaluation

administered or supervised by a physician (e.g., family physician, team physician). A nurse practitioner whose medical licensure allows for health care practice independent of physician supervision may complete the medical examination without supervision by a physician. The examination or evaluation must be administered within six months before participation in any practice, competition or out-of-season conditioning activities. In following years, an updated history of the student-athlete's medical condition shall be administered by an institutional medical staff member (e.g., sports medicine staff, team physician) to determine if additional examinations (e.g., physical, cardiovascular, neurological) are required. The updated history must be administered within six months before the student-athlete's participation in any practice, competition or out-of-season conditioning activities for the applicable academic year. *(Adopted: 4/11/11 effective 8/1/11, Revised: 10/20/15, 10/26/15)*

**17.1.6.4.1 Confirmation of Sickle Cell Trait Status.** An institution shall confirm the sickle cell trait status of student-athletes, before participation in intercollegiate athletics in one of the following manners: *(Adopted: 1/19/13 effective 8/1/13 for all incoming [first year and transfers] student-athletes; 8/1/14 for all student-athletes.)*

(a) Documentation. The student-athlete may provide documented results of a sickle cell solubility test administered prior to participation; or *(Revised: 1/22/22 effective 8/1/22)*

(b) Pending Documentation. A student-athlete who has taken a sickle cell solubility test but whose results are not yet confirmed, may participate provided the student-athlete engages in mandatory education as set forth in Bylaw 17.1.6.4.1.1 and receives appropriate precautions as set forth by the institution. *(Revised: 1/22/22 effective 8/1/22)*

**17.1.6.4.1.1 Mandatory Sickle Cell Trait Status Education.** Each student-athlete shall be provided education regarding sickle cell trait status. Student-athletes who have been tested, but do not have confirmed results documented, shall be provided additional education regarding the risks, impact and precautions associated with sickle cell trait. *(Adopted: 1/19/13 effective 8/1/13 for all incoming [first year and transfers] student-athletes; 8/1/14 for all student-athletes., Revised: 1/22/22 effective 8/1/22)*

## 17.2 Acrobatics and Tumbling. Regulations for computing the acrobatics and tumbling playing season are set forth in Bylaw 17.1. General Playing-Season Regulations. (See Figure 17-1) *(Adopted: 1/27/20 effective 8/1/20)*

**17.2.1 Length of Playing Season.** (See Bylaw 17.1.2.3 for spring NCAA Championship sports) *(Adopted: 1/27/20 effective 8/1/20)*

**17.2.2 Preseason Practice.** (See Bylaw 17.1.2.3) *(Adopted: 1/27/20 effective 8/1/20)*

**17.2.3 First Date of Competition.** (See Bylaw 17.1.2.3) *(Adopted: 1/27/20 effective 8/1/20)*

**17.2.4 End of Playing Season.** (See Bylaw 17.1.2.3) *(Adopted: 1/27/20 effective 8/1/20)*

**17.2.5 Number of Dates of Competition.** *(Adopted: 1/27/20 effective 8/1/20)*

**17.2.5.1 Maximum Limitations-Institutional.** A member institution shall limit its total playing schedule with outside competition in acrobatics and tumbling during the institution's acrobatics and tumbling traditional segment to 12 dates of competition, which may include not more than two tri-meets, except for those dates of competition excluded under Bylaw 17.2.5.3. Countable date of competition limitations apply separately to multiple teams (e.g., varsity, subvarsity and freshmen). For in-season foreign competition, see Bylaw 17.1.4.3. *(Adopted: 1/27/20 effective 8/1/20)*

**17.2.5.2 Maximum Limitations-Student-Athlete.** A student-athlete may participate each academic year in a maximum of 12 dates of competition during the institution's acrobatics and tumbling traditional segment, which may include not more than two tri-meets. This limitation includes those dates of competition in which the student-athlete represents the institution, including competition as a member of the varsity, junior varsity and freshmen team of the institution in accordance with Bylaws 17.02.7 and 17.02.9. *(Adopted: 1/27/20 effective 8/1/20)*

**17.2.5.3 Exemptions.** (See Standard Exemptions set forth in Bylaw 17.1.4.5.) *(Adopted: 1/27/20 effective 8/1/20)*

**17.2.6 Out-of-Season Athletically Related Activities.** (See Bylaw 17.1.5) *(Adopted: 1/27/20 effective 8/1/20)*

## 17.3 Baseball. Regulations for computing the baseball playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1)

**17.3.1 Length of Playing Season.** (See Bylaw 17.1.2.3 for spring NCAA championship sports.) *(Revised: 1/12/04 effective 8/1/04, 4/11/11 effective 8/1/11)*

**17.3.2 Preseason Practice.** (See Bylaw 17.1.2.3) *(Revised: 1/10/91 effective 8/1/91, 1/10/95 effective 8/1/95, 7/20/10, 4/11/11 effective 8/1/11)*

**17.3.3 First Contest and Date of Competition.** (See Bylaw 17.1.2.3) *(Revised: 1/10/91 effective 8/1/91, 1/10/95 effective 8/1/95, 7/20/10, 4/11/11 effective 8/1/11)*

**17.3.4 End of Playing Season.** (See Bylaw 17.1.2.3) *(Revised: 1/16/10 effective 8/1/10, 7/20/10, 4/11/11 effective 8/1/11)*

**17.3.5 Number of Contests and Dates of Competition.**

**17.3.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule against outside competition in baseball during the institution's baseball playing season to a maximum of 40 contests (games, scrimmages and exhibitions) during the traditional segment and one date of competition during the nontraditional segment, except for those contests excluded under Bylaw 17.3.5.3. During the traditional segment, countable contest limitations apply separately to multiple teams (e.g., varsity, subvarsity and freshman). During the nontraditional segment all teams (e.g., varsity, subvarsity and freshman) shall be treated as one team for purpose of the countable contest limitations. For in-season foreign competition, see Bylaw 17.1.4.3. *(Revised: 1/8/01 effective 8/1/01, 1/12/04 effective 8/1/04, 4/20/06, 4/11/11 effective 8/1/11, 4/17/12 effective 8/1/12, 1/16/13)*

**17.3.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in a maximum of 40 baseball contests (games, scrimmages and exhibitions) during the traditional segment and one date of competition during the nontraditional segment. This limitation includes those contests in which the student-athlete represents the institution, including competition as a member of the varsity, subvarsity or freshman team of the institution in accordance with Bylaws 17.02.4 and 17.02.9. *(Revised: 1/8/01 effective 8/1/01, 1/12/04 effective 8/1/04, 4/17/12 effective 8/1/12)*

**17.3.5.3 Exemptions.** (See Standard Exemptions set forth in Bylaw 17.1.4.5.) *(Revised: 4/11/11 effective 8/1/11)*

**17.3.6 Out-of-Season Athletically Related Activities.** (See Bylaw 17.1.5) *(Revised: 1/10/91 effective 8/1/91, 8/1/92, 4/11/11 effective 8/1/11)*

# 17.4 Basketball.

**17.4.1 Length of Playing Season.** (See Bylaw 17.1.2.2 for winter NCAA championship sports.) *(Revised: 1/12/04 effective 8/1/04, 4/11/11 effective 8/1/11)*

**17.4.2 Preseason Practice.**

**17.4.2.1 On-Court Practice.** A member institution shall not commence on-court preseason basketball practice sessions before October 15. *(Revised: 1/10/90 effective 8/1/92, 1/11/94, 1/9/96 effective 8/1/96, 1/14/97 effective 8/1/97, 1/8/01 effective 8/1/01)*

**17.4.2.1.1 Permissible Conditioning Activities.** Team conditioning or physical-fitness activities supervised by coaching staff members may be conducted on or off court but shall not begin before October 15. *(Revised: 1/10/90 effective 8/1/92, 1/16/93, 1/11/94)*

**17.4.2.1.2 Prohibited Activities.** Before the start of on-court preseason basketball practice per Bylaw 17.4.2.1, members of the institution's coaching staff may not be involved in athletically related activities with one or more team members at any location (see Bylaw 17.02.1.1). *(Revised: 1/10/90 effective 8/1/92, 1/11/94, 1/14/97 effective 8/1/97, 1/11/00 effective 8/1/00)*

**17.4.2.1.2.1 Exception.** Team promotional activities (e.g., autograph sessions, fan picture sessions, meeting with fans) per Bylaw 12.5.1 are permissible before the start of on-court preseason basketball practice per Bylaw 17.4.2.1, provided these promotional arrangements do not involve any of the practice activities prohibited under the provisions of Bylaw 17.4.2.1.2. *(Revised: 1/11/94, 1/14/97 effective 8/1/97)*

**17.4.2.1.2.2 Exception -- Officiating Clinic.** Before the start of on-court preseason basketball practice per Bylaw 17.4.2.1, student-athletes may observe an officiating clinic related to playing rules that is conducted by video conference, provided no student-athlete misses class time to observe the clinic. *(Adopted: 1/9/96, Revised: 1/14/97 effective 8/1/97)*

**17.4.3 First Contest.** A member institution shall not play its first contest (games, scrimmages and exhibitions) against outside competition in basketball before November 8, except as provided under Bylaw 17.4.3.1. When November 8 falls on a Saturday, Sunday or Monday, a member institution may play its first contest on the Friday immediately preceding November 8. *(Revised: 1/17/15 effective 8/1/15, 1/21/17 effective 8/1/17, 1/20/18 effective 8/1/18)*

**17.4.3.1 Exceptions.** An institution is permitted to conduct exempted exhibitions, scrimmages or joint practices [see Bylaw 17.1.4.5.1-(c)] prior to the first permissible date for regular season competition. *(Revised: 4/17/12 effective 8/1/12, 1/21/17 effective 8/1/17)*

**17.4.4 End of Playing Season.** All competition shall be completed by the conclusion of the NCAA Basketball Championship. *(Revised: 4/11/11 effective 8/1/11)*

**17.4.5 Number of Contests.**

**17.4.5.1 Maximum Limitations -- Institutional.** A institution shall limit its total playing schedule against outside competition in basketball in any one year to a maximum of 25 contests (games and scrimmages), except for those contests excluded under Bylaw 17.4.5.3. Countable contest limitations apply separately to multiple teams (e.g., varsity, subvarsity and freshman). For in-season foreign competition, see Bylaw 17.1.4.3. *(Revised: 1/10/90, 1/10/91 effective 8/1/92, 4/11/11 effective 8/1/11, 1/16/13)*

**17.4.5.2 Maximum Limitations -- Student-Athlete.** A student-athlete may participate each academic year in a maximum of 25 contests. This limitation includes those contests in which the student represents the institution, including competition as a member of the varsity, subvarsity or freshman team of the institution, in accordance with Bylaws 17.02.4 and 17.02.9. Further, a student may participate each year in only one postseason basketball tournament as a member of the institution's varsity, junior varsity or freshman team. *(Revised: 1/10/90, 1/10/91 effective 8/1/92)*

**17.4.5.3 Exemptions.** (See Standard Exemptions set forth in Bylaw 17.1.4.5.) *(Revised: 4/11/11 effective 8/1/11)*

**17.4.6 Out-of-Season Athletically Related Activities.** (See Bylaw 17.1.5)

**17.4.6.1 Exception -- Wheelchair Basketball Game.** It is permissible for members of an institution's basketball squad to compete in a wheelchair basketball game against an established wheelchair team after the close of the institution's regular basketball season, provided the squad members do not wear regular basketball uniforms, and there is no regular practice before the game. *(Revised: 4/11/11 effective 8/1/11)*

## 17.5 Beach Volleyball, Women's. Regulations for computing the beach volleyball playing season set forth in Bylaw 17.1 (see Figure 17-1). *(Adopted: 1/17/15 effective 8/1/15, Revised: 8/19/15)*

**17.5.1 Length of Playing Season.** (See Bylaw 17.1.2.3 for spring NCAA championship sports.) *(Adopted: 1/17/15 effective 8/1/15)*

**17.5.2 Preseason Practice.** (See Bylaw 17.1.2.3) *(Adopted: 1/17/15 effective 8/1/15)*

**17.5.3 First Date of Competition.** (See Bylaw 17.1.2.3) *(Adopted: 1/17/15 effective 8/1/15)*

**17.5.4 End of Regular Playing Season.** (See Bylaw 17.1.2.3) *(Adopted: 1/17/15 effective 8/1/15)*

**17.5.5 Number of Dates of Competition.**

**17.5.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition in beach volleyball during the institution's beach volleyball playing season to 16 dates of competition except for those dates of competition excluded under Bylaws 17.5.5.3. For in-season foreign competition, see Bylaw 17.1.4.3. *(Adopted: 1/17/15 effective 8/1/15, Revised: 8/19/15)*

**17.5.5.2 Maximum Limitations -- Student-Athlete.** A student-athlete may participate each academic year in a maximum of 16 dates of competition in beach volleyball. This limitation includes those dates of competition in which the student-athlete represents the institution, including competition as a member of the varsity, subvarsity or freshman team of the institution in accordance with Bylaws 17.02.4 and 17.02.9. *(Adopted: 1/17/15 effective 8/1/15, Revised: 8/19/15)*

**17.5.5.3 Annual Exemptions.** (See standard exemptions set forth in Bylaw 17.1.4.5.) *(Adopted: 1/17/15 effective 8/1/15)*

**17.5.6 Out-of-Season Athletically Related Activities.** (See Bylaw 17.1.5) *(Adopted: 1/17/15 effective 8/1/15)*

## 17.6 Bowling, Women's. Regulations for computing the bowling playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1) *(Adopted: 1/9/96 effective 8/1/96)*

**17.6.1 Length of Playing Season.** (See Bylaw 17.1.2.2 for winter NCAA championship sports.) *(Adopted: 1/9/96 effective 8/1/96, Revised: 1/12/04 effective 8/1/04, 4/11/11 effective 8/1/11)*

**17.6.2 Preseason Practice.** A member institution shall not commence practice sessions in bowling before October 1. *(Adopted: 1/9/96 effective 8/1/96, Revised: 4/11/11 effective 8/1/11, 1/14/12 effective 8/1/12)*

**17.6.3 First Date of Competition.** A member institution shall not engage in its first date of competition in bowling before October 1. *(Adopted: 1/9/96 effective 8/1/96, Revised: 4/11/11 effective 8/1/11, 1/14/12 effective 8/1/12)*

**17.6.4 End of Playing Season.** (See Bylaw 17.1.2.2) *(Adopted: 1/9/96 effective 8/1/96, Revised: 4/11/11 effective 8/1/11)*

**17.6.5 Number of Dates of Competition.**

**17.6.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule against outside competition in bowling during the institution's bowling playing season to 32 dates of competition (games, scrimmages and exhibitions) except for those dates of competition excluded under Bylaw 17.6.5.3 (see Bylaw 17.02.6.1 for required minimum number of student-athletes and Bylaw 20.11.3.8 for minimum contests and participants requirements). Countable date of competition limitations apply separately to multiple teams (e.g., varsity, subvarsity and freshman). For

in-season foreign competition, see Bylaw 17.1.4.3. *(Adopted: 1/9/96 effective 8/1/96, Revised: 4/11/11 effective 8/1/11, 1/14/12 effective 8/1/12, 4/17/12 effective 8/1/12, 1/16/13)*

**17.6.5.2 Maximum Limitations -- Student-Athlete.** A student-athlete may participate each academic year in 32 dates of competition in bowling. This limitation includes those dates of competition in which the student represents the institution, including competition as a member of the varsity, subvarsity or freshman team of the institution in accordance with Bylaws 17.02.4 and 17.02.9. *(Adopted: 1/9/96 effective 8/1/96, Revised: 1/14/12 effective 8/1/12)*

**17.6.5.3 Exemptions.** (See Standard Exemptions set forth in Bylaw 17.1.4.5.) *(Adopted: 1/9/96 effective 8/1/96, Revised: 4/11/11 effective 8/1/11)*

**17.6.6 Out-of-Season Athletically Related Activities.** (See Bylaw 17.1.5) *(Adopted: 1/9/96 effective 8/1/96, Revised: 4/11/11 effective 8/1/11)*

## 17.7 Cross Country. Regulations for computing the cross country playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1)

**17.7.1 Length of Playing Season.** (See Bylaw 17.1.2.1 for fall NCAA championship sports.) *(Revised: 1/12/04 effective 8/1/04, 4/11/11 effective 8/1/11)*

**17.7.1.1 Track and Field Student-Athletes Participating in Cross Country.** Track and field student-athletes listed as participants for cross country must participate fully in cross country practices. If student-athletes are practicing in track and field events unrelated to cross country, such practices must be counted in the institution's established segment in track and field. *(Adopted: 1/10/92)*

**17.7.2 Preseason Practice.** (See Bylaw 17.1.2.1) *(Revised: 4/11/11 effective 8/1/11)*

**17.7.3 First Date of Competition.** (See Bylaw 17.1.2.1) *(Revised: 4/11/11 effective 8/1/11, 4/17/12 effective 8/1/12, 1/21/17 effective 8/1/17)*

**17.7.4 End of Playing Season.** (See Bylaw 17.1.2.1) *(Revised: 4/11/11 effective 8/1/11)*

**17.7.5 Number of Dates of Competition.**

**17.7.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule against outside competition to a maximum of nine dates of competition (games, scrimmages and exhibitions), except for those dates of competition excluded under Bylaw 17.7.5.3 (see Bylaw 17.02.6.1 for required minimum number of student-athletes and Bylaw 20.11.3.8 for minimum contests and participants requirements). Countable date of competition limitations apply separately to multiple teams (e.g., varsity, subvarsity and freshman). For in-season foreign competition, see Bylaw 17.1.4.3. *(Revised: 4/11/11 effective 8/1/11, 4/17/12 effective 8/1/12, 1/16/13)*

**17.7.5.1.1 Exception -- Cross Country without Indoor or Outdoor Track and Field.** An institution that sponsors men's or women's cross country but does not sponsor indoor or outdoor track and field shall limit its total playing schedule with outside competition during the cross country playing season to nine dates of competition during the traditional segment and three dates of competition during the nontraditional segment. During the traditional segment, countable date of competition limitations apply separately to multiple teams (e.g., varsity, subvarsity and freshman). During the nontraditional segment all teams (e.g., varsity, subvarsity and freshman) shall be treated as one team for purposes of the countable date of competition limitations. *(Adopted: 1/16/93, Revised: 1/11/94 effective 8/1/94)*

**17.7.5.2 Maximum Limitations -- Student-Athlete.** A student-athlete may participate in each academic year in a maximum of nine cross country dates of competition. This limitation includes those dates of competition in which the student represents the institution, including competition as a member of the varsity, subvarsity or freshman team of the institution in accordance with Bylaws 17.02.4 and 17.02.9.

**17.7.5.2.1 Exception -- Cross Country without Indoor or Outdoor Track and Field.** An individual student-athlete who attends an institution that sponsors men's or women's cross country but does not sponsor indoor or outdoor track and field may participate during each academic year in nine dates of competition during the traditional segment in cross country and three dates of competition during the nontraditional segment. *(Adopted: 1/16/93, Revised: 1/11/94 effective 8/1/94)*

**17.7.5.3 Exemptions.** (See Standard Exemptions set forth in Bylaw 17.1.4.5.) *(Revised: 4/11/11 effective 8/1/11)*

**17.7.6 Out-of-Season Athletically Related Activities.** (See Bylaw 17.1.5) *(Revised: 1/10/91 effective 8/1/92, 4/11/11 effective 8/1/11)*

## 17.9 Fencing. Regulations for computing the fencing playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1)

**17.9.1 Length of Playing Season.** (See Bylaw 17.1.2.2 for winter NCAA championship sports.) *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 1/8/01 effective 8/1/01, 1/12/04 effective 8/1/04, 4/11/11 effective 8/1/11)*

**17.9.2 Preseason Practice.** (See Bylaw 17.1.2.2) *(Revised: 1/10/91 effective 8/1/91, 1/10/95 effective 8/1/95, 1/14/97 effective 8/1/97, 4/11/11 effective 8/1/11)*

**17.9.3 First Date of Competition.** (See Bylaw 17.1.2.2) *(Revised: 1/10/91 effective 8/1/91, 1/10/95 effective 8/1/95, 1/14/97 effective 8/1/97, 4/11/11 effective 8/1/11)*

**17.9.4 End of Playing Season.** (See Bylaw 17.1.2.2) *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 1/16/10 effective 8/1/10, 4/11/11 effective 8/1/11)*

**17.9.5 Number of Dates of Competition.**

**17.9.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule against outside competition in fencing during the permissible fencing playing season to a maximum of 11 dates of competition, except for those dates of competition excluded under Bylaw 17.9.5.3 (see Bylaw 17.02.6.1 for required number of student-athletes and Bylaw 20.11.3.8 for minimum contests and participants requirements). Countable date of competition limitations apply separately to multiple teams (e.g., varsity, subvarsity and freshman). For in-season foreign competition, see Bylaw 17.1.4.3. *(Revised: 1/10/91 effective 8/1/91, 4/11/11 effective 8/1/11, 1/16/13)*

**17.9.5.2 Maximum Limitations -- Student-Athlete.** A student-athlete may participate in each academic year in a maximum of 11 dates of competition in fencing. This limitation includes those dates of competition in which the student-athlete represents the institution, including competition as a member of the varsity, subvarsity or freshman team of the institution in accordance with Bylaws 17.02.4 and 17.02.9. *(Revised: 1/10/91 effective 8/1/91)*

**17.9.5.3 Exemptions.** (See Standard Exemptions set forth in Bylaw 17.1.4.5) *(Revised: 4/11/11 effective 8/1/11, 1/21/17 effective 8/1/17)*

**17.9.6 Out-of-Season Athletically Related Activities.** (See Bylaw 17.1.5) *(Revised: 1/10/91 effective 8/1/91, 4/11/11 effective 8/1/11)*

# 17.10 Field Hockey. Regulations for computing the field hockey playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1)

**17.10.1 Length of Playing Season.** (See Bylaw 17.1.2.1 for fall NCAA championship sports.) *(Revised: 1/12/04 effective 8/1/04, 4/11/11 effective 8/1/11)*

**17.10.2 Preseason Practice.** (See Bylaw 17.1.2.1) *(Revised: 4/11/11 effective 8/1/11)*

**17.10.3 First Contest or Date of Competition.** (See Bylaw 17.1.2.1). Additionally, an institution may play up to three field hockey scrimmages or exhibition games (which shall not count toward the institution's win-loss record) before the first regular scheduled contest, provided the scrimmages or exhibition games are conducted during the institution's declared playing season per Bylaw 17.10.1. *(Revised: 1/21/17 effective 8/1/17)*

**17.10.4 End of Playing Season.** (See Bylaw 17.1.2.1) *(Revised: 4/11/11 effective 8/1/11)*

**17.10.5 Number of Contests and Dates of Competition.**

**17.10.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule against outside competition during the institution's field hockey playing season in any one year to 20 contests during the traditional segment and one date of competition during the nontraditional segment, except for those contests or dates of competition excluded under Bylaw 17.10.5.3. During the traditional segment, countable contest limitations apply separately to multiple teams (e.g., varsity, subvarsity and freshman). During the nontraditional segment all teams (e.g., varsity, subvarsity and freshman) shall be treated as one team for purpose of the countable contest limitations. For in-season foreign competition, see Bylaw 17.1.4.3. *(Revised: 1/10/92 effective 8/1/92, 1/8/01 effective 8/1/01, 1/12/04 effective 8/1/04, 4/20/06, 4/11/11 effective 8/1/11, 1/16/13)*

**17.10.5.2 Maximum Limitations -- Student-Athlete.** A student-athlete may participate in a maximum of 20 field hockey contests during the traditional segment and one date of competition in field hockey during the nontraditional segment. This limitation includes those contests or dates of competition in which the student represents the institution, including competition as a member of the varsity, subvarsity or freshman team of the institution in accordance with Bylaws 17.02.4 and 17.02.9. *(Revised: 1/10/92 effective 8/1/92, 1/8/01 effective 8/1/01, 1/12/04 effective 8/1/04)*

**17.10.5.3 Exemptions.** (See Standard Exemptions set forth in Bylaw 17.1.4.5.) *(Revised: 4/11/11 effective 8/1/11)*

**17.10.6 Out-of-Season Athletically Related Activities.** (See Bylaw 17.1.5) *(Revised: 1/10/91 effective 8/1/92, 4/11/11 effective 8/1/11)*

## 17.11 Football.

**17.11.1 Definitions:** *(Adopted: 6/15/21, Revised: 9/27/21, 1/22/22)*

**17.11.1.1 Prohibited Athletic Activities.** In football, an institution shall not conduct prohibited athletic activities, as specified in the policies and procedures established and maintained by the Division III Football Committee and reviewed by the Committee on Competitive Safeguards and Medical Aspects of Sports. *(Adopted: 1/22/22)*

**17.11.1.2 Walk Through Session.** A practice activity dedicated to reviewing plays and formations. During a walk-through, it is permissible for student-athletes to simulate positioning and offensive and defensive alignments, provided no conditioning or contact activities occur. Further, it is not permissible for student-athletes to wear any protective equipment (e.g., helmet, shoulder pads) or use any equipment related to the sport, except footballs. *(Adopted: 1/22/22)*

**17.11.1.3 Full Contact.** Any contact that involves tackling to the ground. *(Adopted: 1/22/22)*

**17.11.1.4 Thud Contact.** Contact that occurs at a competitive speed but remains above the waist and players stay on their feet. *(Adopted: 1/22/22)*

**17.11.2 Length of Playing Season.** The length of the institution's playing season shall be limited to a maximum of 18 weeks. *(Revised: 1/12/04 effective 8/1/04, 4/11/11 effective 8/1/11, 7/21/23)*

## 17.11.3 Preseason Practice.

**17.11.3.1 First Practice Date.** A member institution shall not commence official preseason football practice sessions for the varsity, subvarsity or freshman team earlier than 23 days before its first scheduled contest or before the Friday after the institution's first contest if the first contest is scheduled for Thursday of the opening weekend. *(Revised: 1/10/89, 1/10/91 effective 8/1/92, 1/12/04, 1/9/06 effective 8/1/06, 1/17/15 effective 8/1/15, 1/26/19 effective 8/1/19)*

**17.11.3.2 Six-Day Acclimatization Period.** Preseason practice shall begin with a six-day acclimatization period for both first-time participants (e.g., freshmen and transfers) and continuing student-athletes. All student-athletes, including those who arrive to preseason practice after the first day of practice, are required to undergo a six-day acclimatization period. The six-day acclimatization period shall be conducted as follows: *(Adopted: 1/12/04, Revised: 1/22/22)*

(a) Institutions may not conduct conditioning, speed, strength or agility tests before the start of the six-day acclimatization period. *(Adopted: 1/12/04, Revised: 8/5/04, 1/22/22)*

(b) Institutions are permitted to conduct weight training activities during the six-day acclimatization period without counting those activities toward the maximum hour limitations for on-field practices; however, weight training activities may not be conducted during the required three hours of continuous recovery time between any sessions. *(Adopted: 1/14/15, Revised: 1/22/22)*

(c) During the first day of the six-day acclimatization period, an institution may conduct either: *(Adopted: 7/26/11, Revised: 1/22/22)*

(1) One on-field practice and one walk-through session (Bylaw 17.11.1.2), which shall be limited to a combined total of four hours per day with the practice session not to exceed three hours. Student-athletes must be provided with at least three hours of continuous recovery time between any sessions (e.g., on-field practice or walk-through). During the recovery time, student-athletes may not attend any meetings or engage in other athletically related activities (e.g., weight lifting); however, time spent receiving medical treatment and eating meals may be included as part of the recovery time; or *(Revised: 8/10/11, 1/19/13 effective 8/1/13, 1/14/15, 7/23/18, 1/22/22)*

(2) One on-field testing session (e.g., speed, conditioning or agility tests), not to exceed one hour in length, and one on-field practice, not to exceed two hours in length. The institution may also conduct a one-hour walk-through session per Bylaw 17.11.1.2. Student-athletes must be provided with at least three hours of continuous recovery time between any sessions (e.g., testing, on-field practice or walk-through). During the recovery time, student-athletes may not attend any meetings or engage in other athletically related activities (e.g., weight lifting); however, time spent receiving medical treatment and eating meals may be included as part of the recovery time. *(Revised: 8/10/11, 1/19/13 effective 8/1/13, 1/14/15, 7/23/18, 1/22/22)*

(d) During the remainder of the six-day period, participants shall not engage in more than one on-field practice and one walk-through session (Bylaw 17.11.1.2), which shall be limited to a combined total of four hours per day with the practice session not to exceed three hours. Student-athletes must be provided with at least three hours of continuous recovery time between any sessions (e.g., on-field practice session or walk-through). During the recovery time, student-athletes may not attend any meetings or engage in other athletically related activities (e.g., weight lifting); however, time spent receiving medical treatment and eating meals may be included as part of the recovery time. *(Adopted: 1/12/04, Revised: 1/16/10 effective 8/1/10, 7/26/11, 8/10/11, 1/19/13 effective 8/1/13, 1/14/15, 7/23/18, 1/22/22)*

(e) During the first two days of the acclimatization period, helmets shall be the only piece of protective equipment student-athletes may wear during the on-field practice session and conditioning session (as opposed to the walk-through session). During the third, fourth and fifth days of the acclimatization period, helmets and shoulder pads shall be the only pieces of protective equipment student-athletes may wear during the on-field practice session. During the final on-field practice session of the six-day period, student-athletes may practice in full pads. *(Adopted: 1/12/04, Revised: 7/26/11, 1/22/22)*

**17.11.3.3 Preseason Activities After Six-Day Acclimatization Period.** The remaining preseason practice period shall be conducted as follows: *(Adopted: 1/12/04, Revised: 1/22/22)*

(a) **General.** *(Adopted: 1/22/22)*

(1) Student-athletes shall not engage in more than one on-field practice and one walk-through session (Bylaw 17.11.1.2), which may be on-field and shall be limited to a combined total of four hours per day with the practice session not to exceed three hours. Otherwise multiple on-field practice sessions shall not be conducted on the same day. *(Adopted: 1/22/22)*

(2) Student-athletes must be provided with at least three continuous hours of recovery time between any session. (e.g., on-field practice session or walk-through). During the recovery time, student-athletes may not attend any meetings or engage in other athletically related activities (e.g., weightlifting); however, time spent receiving medical treatment and eating meals may be included as part of the recovery time. *(Adopted: 1/22/22)*

(3) All physical athletically related activity (e.g., on-field activity, weightlifting and conditioning) is prohibited during one calendar day per each defined week after the week including the acclimatization period (minimum of two days off prior to first contest) if classes are not in session during any portion of the defined week (See Bylaw 17.1.4.1 for day-off requirements when classes are in session). *(Adopted: 1/22/22)*

(b) **Protective Equipment Restrictions.** Up to eight on-field practice sessions may be conducted in full pads (this includes the one allowable opportunity during the acclimatization period); *(Adopted: 1/22/22)*

(c) **Contact Restrictions.** *(Adopted: 1/22/22)*

(1) Full contact, per Bylaw 17.11.1.3, is only permitted during an on-field practice session in full pads; *(Adopted: 1/22/22)*

(2) An institution shall not conduct more than two consecutive days of full contact (Bylaw 17.11.1.3) practices; *(Adopted: 1/22/22)*

(3) An institution shall not conduct more than a total of 75 minutes of contact (Full and Thud – see Bylaws 17.11.1.3 and 17.11.1.4) within any one on-field practice session. *(Adopted: 1/22/22)*

(4) If an institution conducts one or two exempted exhibitions, scrimmages or joint practices prior to the first contest per Bylaw 17.1.4.5.1-(c), those day(s) count towards the permissible 8 days of full equipment and as a full contact day but the 75-minute limitation does not apply. *(Adopted: 1/22/22)*

**17.11.4 Regular Season:** *(Revised: 1/11/89, 1/10/91 effective 8/1/92, 1/9/96 effective 8/1/96, 1/14/97, 1/17/15 effective 8/1/15, 1/22/22)*

**17.11.4.1 First Contest.** A member institution shall not play its first contest (game) against outside competition in football before the Thursday preceding the weekend that is 11 weeks before the first round of the Division III Football Championship, except as provided in Bylaw 17.11.4.1.1. *(Adopted: 1/22/22)*

**17.11.4.1.1 Exception.** A member institution may conduct exempted exhibitions, scrimmages or joint practices [see Bylaw 17.1.4.5.1-(c) before the first permissible contest date against an outside team. *(Revised: 10/13/06, 4/17/12 effective 8/1/12, 1/17/15 effective 8/1/15, 1/21/17 effective 8/1/17)*

**17.11.4.2 Equipment.** After the first contest there shall be no more than two practices per week in full pads. *(Adopted: 1/22/22)*

**17.11.4.2.1 Exception.** During the bye week an institution may conduct up to three practices in full pads. *(Adopted: 1/22/22)*

**17.11.5 End of Playing Season.** All practice and competition shall be completed by the conclusion of the Division III Football Championship. *(Revised: 1/11/89, 1/10/90, 1/10/91, 1/10/92, 1/16/93, 1/14/97 effective 8/1/97, 4/17/12 effective 8/1/12, 1/31/18)*

**17.11.6 Number of Contests.**

**17.11.6.1 Maximum Limitations -- Institutional.** A member institution shall limit its total regular-season playing schedule against outside competition in football during the permissible football playing season in any one year to a maximum of 10 contests (games, exhibitions and scrimmages), except as provided under Bylaw 17.11.6.3. Countable contest limitations apply separately to multiple teams (e.g., varsity, subvarsity and freshman). For in-season foreign competition, see Bylaw 17.1.4.3. *(Revised: 4/11/11 effective 8/1/11, 4/17/12 effective 8/1/12, 1/16/13)*

**17.11.6.2 Maximum Limitations -- Student-Athlete.** A student-athlete may participate in each academic year in a maximum of 10 contests. This limitation includes those contests in which the student-athlete represents the institution, including competition as a member of the varsity, subvarsity or freshman team of the institution in accordance with Bylaws 17.02.4 and 17.02.9. *(Revised: 1/10/91 effective 8/1/92)*

**17.11.6.3 Exemptions.** (See Standard Exemptions set forth in Bylaw 17.1.4.5). *(Revised: 1/21/17 effective 8/1/17)*

**17.11.7 Out-of-Season Athletically Related Activities.** (See Bylaw 17.1.5) *(Revised: 1/14/02 effective 8/1/02, 10/22/03, 1/12/04 effective 8/1/04, 8/5/04, 1/10/05, 4/11/11 effective 8/1/11)*

**17.11.7.1 Exception.** An institution is permitted to conduct conditioning and strength training sessions and limited skill instruction during a consecutive five-week period outside the playing season as follows: *(Adopted: 1/10/05, Revised: 1/9/06, 1/11/08, 1/19/13, 1/22/22)*

(a) During this five-week period, the institution may conduct athletically related activity on a maximum of 16 days with not more than four days of athletically related activity in any one week; *(Adopted: 1/22/22)*

(b) Any athletically related activity (per Bylaw 17.02.1.1) shall constitute the use of a day; *(Adopted: 1/22/22)*

(c) Helmets may be worn on all 16 days. After the fourth practice day, an institution may conduct four of its remaining twelve days in helmets and shoulder pads; *(Adopted: 1/22/22)*

(d) During helmet only days, skill instruction shall be limited to passing, catching and kicking-related drills. Such instruction may include offensive and defensive alignments but may not involve contact. The use of footballs and hand shields are permitted. The use of hand shields shall be limited to one-on-one and two-on-two skill instruction; *(Adopted: 1/22/22)*

(e) During the helmet and shoulder pads days, the use of equipment necessary for effective teaching of tackling and blocking is permitted. There shall be no full contact or 11 v. 11 contact drills, and the focus should be on teaching individuals appropriate blocking and tackling; *(Adopted: 1/22/22)*

(f) No missed class time is permitted for these sessions; and *(Adopted: 1/22/22)*

(g) The institution shall conclude all athletically related activities not later than five weekdays before the first date of its final examinations for the regular academic year. *(Adopted: 1/22/22, Revised: 1/19/23)*

## 17.12 Golf.
Regulations for computing the golf playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1)

**17.12.1 Length of Playing Season.** (See Bylaw 17.1.2.4) *(Revised: 1/10/91 effective 8/1/91, 1/16/93 effective 8/1/93, 1/12/04 effective 8/1/04, 7/20/10, 4/11/11 effective 8/1/11)*

**17.12.2 Preseason Practice.** (See Bylaw 17.1.2.4) *(Revised: 7/20/10, 4/11/11 effective 8/1/11)*

**17.12.3 First Date of Competition.** (See Bylaw 17.1.2.4) *(Revised: 7/20/10, 4/11/11 effective 8/1/11)*

**17.12.3.1 Exception.** A member institution may conduct exempted exhibitions, scrimmages or joint practices [see Bylaw 17.1.4.5.1 - (c)] before the first permissible contest date. *(Adopted: 9/13/17)*

**17.12.4 End of Playing Season.** (See Bylaw 17.1.2.4) *(Revised: 7/20/10, 4/11/11 effective 8/1/11)*

**17.12.5 Number of Dates of Competition.**

**17.12.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule against outside competition to a maximum of 20 dates of competition, except for those dates of competition excluded under Bylaw 17.12.5.3 (see Bylaw 17.02.6.1 for required minimum number of student-athletes and Bylaw 20.11.3.8 for minimum contests and participants requirements). Countable date of competition limitations apply separately to multiple teams (e.g., varsity, subvarsity and freshman). For in-season foreign competition, see Bylaw 17.1.4.3. *(Revised: 4/11/11 effective 8/1/11, 1/16/13)*

**17.12.5.1.1 Nonexempt Event Limitations.** During the regular season, nonexempt events shall not exceed three days. *(Adopted: 1/10/91 effective 8/1/92, Revised: 1/11/94 effective 8/1/94, 10/17/06)*

**17.12.5.1.2 Determination of Date of Competition.** A member institution shall be considered to have used a date of competition in golf if one or more student-athletes participate on behalf of the institution on a particular date.

**17.12.5.2 Maximum Limitations -- Student-Athlete.** A student-athlete may participate in each academic year in a maximum of 20 dates of competition. This limitation includes those dates of competition in which the student represents the institution, including competition as a member of the varsity, subvarsity or freshman team of the institution in accordance with Bylaws 17.02.4 and 17.02.9.

**17.12.5.3 Exemptions.** (See Standard Exemptions set forth in Bylaw 17.1.4.5.) *(Revised: 4/11/11 effective 8/1/11)*

**17.12.6 Out-of-Season Athletically Related Activities.** (See Bylaw 17.1.5) *(Revised: 1/10/91 effective 8/1/92, 4/11/11 effective 8/1/11)*

## 17.13 Gymnastics. Regulations for computing the gymnastics playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1)

**17.13.1 Length of Playing Season.** (See Bylaw 17.1.2.2 for winter NCAA championship sports.) *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 1/8/01 effective 8/1/01, 1/12/04 effective 8/1/04, 4/11/11 effective 8/1/11)*

**17.13.2 Preseason Practice.** (See Bylaw 17.1.2.2) *(Revised: 1/10/91 effective 8/1/91, 1/10/95 effective 8/1/95, 1/14/97 effective 8/1/97, 4/11/11 effective 8/1/11)*

**17.13.3 First Date of Competition.** (See Bylaw 17.1.2.2) *(Revised: 1/10/91 effective 8/1/91, 1/10/95 effective 8/1/95, 1/14/97 effective 8/1/97, 4/11/11 effective 8/1/11)*

**17.13.4 End of Playing Season.** (See Bylaw 17.1.2.2) *(Revised: 1/10/91 effective 8/1/91, 1/14/97, 4/11/11 effective 8/1/11)*

**17.13.5 Number of Dates of Competition.**

**17.13.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule against outside competition during the permissible gymnastics playing season to a maximum of 13 dates of competition except for the dates of competition excluded under Bylaw 17.13.5.3 (see Bylaw 17.02.6.1 for required minimum number of student-athletes and Bylaw 20.11.3.8 for minimum contests and participants requirements). Countable date of competition limitations apply separately to multiple teams (e.g., varsity, subvarsity and freshman). For in-season foreign competition, see Bylaw 17.1.4.3. *(Revised: 1/10/91 effective 8/1/91, 1/16/93, 4/11/11 effective 8/1/11, 1/16/13)*

**17.13.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in not more than 13 dates of competition in gymnastics. This limitation includes those dates of competition in which the student represents the institution in accordance with Bylaw 17.02.9, including competition as a member of the varsity, subvarsity or freshman team of the institution. *(Revised: 1/10/91 effective 8/1/91, 1/16/93)*

**17.13.5.3 Exemptions.** (See Standard Exemptions set forth in Bylaw 17.1.4.5, except for Bylaw 17.1.4.5.3.) *(Revised: 4/11/11 effective 8/1/11)*

**17.13.6 Out-of-Season Athletically Related Activities.** (See Bylaw 17.1.5) *(Revised: 1/10/91 effective 8/1/91, 4/11/11 effective 8/1/11)*

## 17.14 Ice Hockey. Regulations for computing the ice hockey playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. Institutions that conduct women's ice hockey shall comply with the same playing and practice season legislation that currently exists for men's ice hockey. (See Figure 17-1) *(Revised: 1/9/96 effective 8/1/96)*

**17.14.1 Length of Playing Season.** (See Bylaw 17.1.2.2 for winter NCAA championship sports.) *(Revised: 1/12/04 effective 8/1/04, 4/11/11 effective 8/1/11)*

**17.14.2 Preseason Practice** A member institution shall not commence on-ice practice sessions in ice hockey before the second Monday in October. *(Revised: 1/10/91 effective 8/1/91 and 8/1/92, 1/10/95 effective 8/1/95, 9/2/08, 1/17/09 effective 8/1/09, 1/18/14 effective 8/1/14, 1/16/16 effective 8/1/16, 1/20/18 effective 8/1/18)*

**17.14.2.1 Exception -- Off-Ice Training.** A member institution shall not commence off-ice practice sessions prior to the first Monday in October. *(Adopted: 1/16/16 effective 8/1/16, Revised: 7/21/23)*

**17.14.3 First Contest.** A member institution shall not play its first contest (game, exhibition or scrimmage) against outside competition in ice hockey before the third Friday following the first permissible practice date, except as provided under Bylaw 17.14.3.2. *(Revised: 1/10/95 effective 8/1/95, 1/17/09 effective 8/1/09, 4/17/12 effective 8/1/12, 1/19/13, 7/23/13 effective 8/1/13, 1/18/14 effective 8/1/14, 1/20/18 effective 8/1/18)*

**17.14.3.1 Five-Day Acclimatization Period.** Each student-athlete (both first-time participants and continuing student-athletes) shall participate in five on-ice practices, conducted on separate dates, prior to participation in any outside competition including a regular contest, scrimmage, exhibition game or joint practice. An on-ice practice conducted on the same date as a regular contest, preseason scrimmage, exhibition game or joint practice is not countable toward the five-day acclimatization period. *(Adopted: 1/18/14 effective 8/1/14)*

**17.14.3.2 Exception.** A member institution may conduct exempted exhibitions, scrimmages or joint practices [see Bylaw 17.1.4.5.1-(c) before the first permissible contest date provided the student-athletes participating have completed the five-day acclimatization period (see Bylaw 17.14.3.1). *(Adopted: 1/18/14 effective 8/1/14, Revised: 1/21/17 effective 8/1/17)*

**17.14.4 End of Playing Season.** A member institution shall conclude all competition (games, exhibitions and scrimmages) in ice hockey by the conclusion of the Division III Ice Hockey Championship game. *(Revised: 9/2/08, 4/17/12 effective 8/1/12)*

**17.14.5 Number of Contests.**

**17.14.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule against outside competition during the institution's ice hockey playing season to a maximum of 25 contests (games, exhibitions, scrimmages or joint practices), except for those contests excluded under Bylaw 17.14.5.3. Countable contest limitations apply separately to multiple teams (e.g., varsity, subvarsity and freshman). For in-season foreign competition, see Bylaw 17.1.4.3. *(Revised: 1/10/91 effective 8/1/92, 1/9/96 effective 8/1/96, 1/13/03 effective 8/1/03, 4/11/11 effective 8/1/11, 4/17/12 effective 8/1/12, 1/16/13, 10/10/14)*

**17.14.5.2 Maximum Limitations -- Student-Athlete.** A student-athlete may participate in each academic year in a maximum of 25 contests. This limitation includes those contests in which the student represents the institution, including competition as a member of the varsity, subvarsity or freshman team of the institution in accordance with Bylaws 17.02.4 and 17.02.9. *(Revised: 1/10/91 effective 8/1/92, 1/13/03 effective 8/1/03)*

**17.14.5.3 Exemptions.** (See Standard Exemptions set forth in Bylaw 17.1.4.5.) *(Revised: 4/11/11 effective 8/1/11)*

**17.14.6 Out-of-Season Athletically Related Activities.** (See Bylaw 17.1.5) *(Revised: 1/10/91 effective 8/1/92, 4/11/11 effective 8/1/11)*

# 17.15 Lacrosse. Regulations for computing the lacrosse playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1.)

**17.15.1 Length of Playing Season.** (See Bylaw 17.1.2.3 for spring NCAA championship sports.) *(Revised: 1/12/04 effective 8/1/04, 4/11/11 effective 8/1/11)*

**17.15.2 Preseason Practice.** (See Bylaw 17.1.2.3) *(Revised: 1/10/91 effective 8/1/91, 1/10/95 effective 8/1/95, 7/20/10, 4/11/11 effective 8/1/11)*

**17.15.3 First Date of Competition.** (See Bylaw 17.1.2.3) *(Revised: 1/10/91 effective 8/1/91, 1/10/95 effective 8/1/95, 7/20/10, 4/11/11 effective 8/1/11)*

**17.15.4 End of Playing Season.** (See Bylaw 17.1.2.3) *(Revised: 4/11/11 effective 8/1/11)*

**17.15.5 Number and Dates of Competition.**

**17.15.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule against outside competition during the institution's lacrosse playing season to 17 dates of competition during the traditional segment and one date of competition during the nontraditional segment, except for those contests excluded under Bylaw 17.15.5.3. During the traditional segment, countable contest limitations apply separately to multiple teams (e.g., varsity, subvarsity and freshman). During the nontraditional segment, all teams (e.g., varsity, subvarsity and freshman) shall be treated as one team for purpose of the countable contest limitations. For in-season foreign competition, see Bylaw 17.1.4.3. *(Revised: 1/10/91 effective 8/1/92, 1/14/97 effective 8/1/97, 1/14/02 effective 8/1/02, 1/12/04 effective 8/1/04, 1/9/06 effective 8/1/06, 4/20/06, 4/11/11 effective 8/1/11, 1/16/13)*

**17.15.5.2 Maximum Limitations -- Student-Athlete.** A student-athlete may participate in a maximum of 17 dates of competition during the traditional segment and one date of competition during the nontraditional segment. This limitation includes those contests in which the student represents the institution, including competition as a member of the varsity, subvarsity or freshman team of the institution in accordance with Bylaws 17.02.7 and 17.02.9. *(Revised: 1/10/91 effective 8/1/92, 1/14/97 effective 8/1/97, 1/14/02 effective 8/1/02, 1/12/04 effective 8/1/04, 1/9/06 effective 8/1/06)*

**17.15.5.3 Exemptions.** (See Standard Exemptions set forth in Bylaw 17.1.4.5.) *(Revised: 4/11/11 effective 8/1/11)*

**17.15.6 Out-of-Season Athletically Related Activities.** (See Bylaw 17.1.5) *(Revised: 1/10/91 effective 8/1/92, 4/11/11 effective 8/1/11)*

# 17.16 Rifle. Regulations for computing the rifle playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1)

**17.16.1 Length of Playing Season.** (See Bylaw 17.1.2.2 for winter NCAA championship sports.) *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 1/8/01 effective 8/1/01, 1/12/04 effective 8/1/04, 4/11/11 effective 8/1/11)*

**17.16.2 Preseason Practice.** (See Bylaw 17.1.2.2) *(Revised: 1/10/91 effective 8/1/91, 1/10/95 effective 8/1/95, 1/14/97 effective 8/1/97, 4/11/11 effective 8/1/11)*

**17.16.3 First Date of Competition.** (See Bylaw 17.1.2.2) *(Revised: 1/10/91 effective 8/1/91, 1/10/95 effective 8/1/95, 1/14/97 effective 8/1/97, 8/28/08 effective 8/1/09, 4/11/11 effective 8/1/11)*

**17.16.4 End of Playing Season.** (See Bylaw 17.1.2.2) *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 4/13/10 effective 8/1/10, 4/11/11 effective 8/1/11)*

**17.16.5 Number of Dates of Competition.**

**17.16.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule against outside competition during the permissible rifle playing season to a maximum of 13 dates of competition except for those dates of competition excluded under Bylaw 17.16.5.3 (see Bylaw 17.02.6.1 for required minimum number of student-athletes and Bylaw 20.11.3.8 for minimum contests and participants requirements). Countable date of competition limitations apply separately to multiple teams (e.g., varsity, subvarsity and freshman). For in-season foreign competition, see Bylaw 17.1.4.3. *(Revised: 1/10/91 effective 8/1/91, 4/11/11 effective 8/1/11, 1/16/13)*

**17.16.5.2 Maximum Limitations -- Student-Athlete.** A student-athlete may participate in each academic year in a maximum of 13 dates of competition in rifle. This limitation includes those dates of competition in which the student represents the institution in accordance with Bylaws 17.02.4 and 17.02.9, including competition as a member of the varsity, subvarsity or freshman team of the institution. *(Revised: 1/10/91 effective 8/1/91)*

**17.16.5.3 Exemptions.** (See Standard Exemptions set forth in Bylaw 17.1.4.5, except for Bylaw 17.1.4.5.3.) *(Revised: 4/11/11 effective 8/1/11)*

**17.16.6 Out-of-Season Athletically Related Activities.** (See Bylaw 17.1.5) *(Revised: 1/10/91 effective 8/1/91, 4/11/11 effective 8/1/11)*

# 17.17 Rowing, Women's. Regulations for computing the rowing playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1) *(Adopted: 1/9/96 effective 8/1/96)*

**17.17.1 Length of Playing Season.** (See Bylaw 17.1.2.4) *(Adopted: 1/9/96 effective 8/1/96, Revised: 1/14/97 effective 8/1/97, 1/8/01 effective 8/1/01, 1/12/04 effective 8/1/04, 7/20/10, 4/11/11 effective 8/1/11)*

**17.17.2 Preseason Practice.** (See Bylaw 17.1.2.4) *(Revised: 7/20/10, 4/11/11 effective 8/1/11)*

**17.17.3 First Date of Competition.** (See Bylaw 17.1.2.4) *(Revised: 7/20/10, 4/11/11 effective 8/1/11)*

**17.17.4 End of Playing Season.** (See Bylaw 17.1.2.4) *(Revised: 7/20/10, 4/11/11 effective 8/1/11)*

**17.17.5 Number of Dates of Competition.**

**17.17.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule against outside competition in rowing during the institution's playing season to a maximum of 20 dates of competition (games, exhibitions and scrimmages), except for those dates of competition excluded under Bylaw 17.17.5.3. Countable date of competition limitations apply separately to multiple teams (e.g., varsity, subvarsity and freshman). For in-season foreign competition, see Bylaw 17.1.4.3. *(Adopted: 1/9/96 effective 8/1/96, Revised: 4/11/11 effective 8/1/11, 4/17/12 effective 8/1/12, 1/16/13)*

**17.17.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in a maximum of 20 dates of competition. This limitation includes those dates of competition in which the student represents the institution, including competition as a member of the varsity, subvarsity or freshman team of the institution in accordance with Bylaws 17.02.4 and 17.02.9. *(Adopted: 1/9/96 effective 8/1/96)*

**17.17.5.3 Exemptions.** (See Standard Exemptions set forth in Bylaw 17.1.4.5, except for Bylaw 17.1.4.5.3.) *(Adopted: 1/9/96 effective 8/1/96, Revised: 4/11/11 effective 8/1/11)*

**17.17.6 Out-of-Season Athletically Related Activities.** (See Bylaw 17.1.5) *(Adopted: 1/9/96 effective 8/1/96, Revised: 4/11/11 effective 8/1/11)*

# 17.18 Rugby, Women's. Regulations for computing the rugby playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1) *(Adopted: 1/8/05)*

**17.18.1 Length of Playing Season.** (See Bylaw 17.1.2.1 for fall NCAA championship sports.) *(Adopted: 1/8/05, Revised: 4/11/11 effective 8/1/11)*

**17.18.2 Preseason Practice.** (See Bylaw 17.1.2.1) *(Adopted: 1/9/06, Revised: 4/11/11 effective 8/1/11)*

**17.18.3 First Contest.** (See Bylaw 17.1.2.1) *(Adopted: 1/9/06, Revised: 4/11/11 effective 8/1/11, 4/17/12 effective 8/1/12, 1/21/17 effective 8/1/17)*

**17.18.4 End of Playing Season.**

(a) **Traditional Segment.** [See Bylaw 17.1.2.1-(a)(3)].

(b) **Nontraditional Segment.** [See Bylaw 17.1.2.1-(b)(2)]. *(Revised: 1/16/10 effective 8/1/10, 7/20/10, 4/11/11 effective 8/1/11)*

**17.18.5 Number of Dates of Competition.**

    **17.18.5.1 Maximum Limitations - Institutional.** A member institution shall limit its total playing schedule with outside competition in rugby during the institution's rugby playing season to 15 dates of competition (15-a-side and/or seven-a-side), except for those dates of competition excluded under Bylaw 17.18.5.3. Countable date of competition limitations apply separately to multiple teams (e.g., varsity, subvarsity and freshman). For in-season foreign competition, see Bylaw 17.1.4.3. *(Adopted: 1/9/06, Revised: 4/11/11 effective 8/1/11, 4/17/12 effective 8/1/12, 1/16/13, 1/18/14)*

    **17.18.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in not more than 15 dates of competition (15-a-side and/or seven-a-side) in women's rugby. This limitation includes those dates of competition in which the student represents the institution in accordance with Bylaw 17.02.9, including competition as a member of the varsity, subvarsity or freshman team of the institution. *(Adopted: 1/9/06, Revised: 4/17/12 effective 8/1/12, 1/18/14 effective 8/1/14)*

    **17.18.5.3 Exemptions.** (See Standard Exemptions set forth in Bylaw 17.1.4.5) *(Adopted: 1/9/06, Revised: 4/11/11 effective 8/1/11, 1/21/17 effective 8/1/17)*

**17.18.6 Out-of-Season Athletically Related Activities.** (See Bylaw 17.1.5) *(Adopted: 1/8/05, Revised: 4/11/11 effective 8/1/11)*

## 17.19 Skiing. Regulations for computing the skiing playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1)

**17.19.1 Length of Playing Season.** A member institution that sponsors both Alpine and Nordic skiing may declare separate playing and practice seasons, limited to 114 days each. (See Bylaw 17.1.2.2 for winter NCAA championship sports.) *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 1/8/01 effective 8/1/01, 1/12/04 effective 8/1/04, 1/10/05 effective 8/1/05, 4/11/11 effective 8/1/11, 8/30/23)*

**17.19.2 Preseason Practice.** A member institution shall not commence practice sessions in skiing before October 15. *(Revised: 1/10/91 effective 8/1/91, 1/10/95 effective 8/1/95, 1/14/97 effective 8/1/97, 4/11/11 effective 8/1/11, 7/18/23 effective 8/1/23)*

**17.19.3 First Date of Competition.** A member institution shall not engage in its first date of competition in skiing before October 15. *(Revised: 1/10/91 effective 8/1/91, 1/10/95 effective 8/1/95, 1/14/97 effective 8/1/97, 4/11/11 effective 8/1/11, 7/18/23 effective 8/1/23)*

**17.19.4 End of Playing Season.** A member institution shall conclude all practice and competition in skiing by April 5 or the end of U.S. Alpine National Championships, whichever occurs later. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 4/13/10 effective 8/1/10, 4/11/11 effective 8/1/11, 7/18/23 effective 8/1/23)*

**17.19.5 Number of Dates of Competition.**

    **17.19.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule against outside competition during the permissible skiing playing season to a maximum of 16 dates of competition in Nordic skiing and 16 dates of competition in Alpine skiing, except for those dates of competition excluded under Bylaw 17.19.5.3 (see Bylaw 17.02.6.1 for required minimum number of student-athletes and Bylaw 20.11.3.8 for minimum contests and participants requirements). Countable date of competition limitations apply separately to multiple teams (e.g., varsity, subvarsity and freshman). For in-season foreign competition, see Bylaw 17.1.4.3. *(Revised: 1/10/91 effective 8/1/91, 1/16/93, 1/10/05 effective 8/1/05, 4/11/11 effective 8/1/11, 1/16/13)*

        **17.19.5.1.1 Skiing Meet.** A skiing meet of not more than two days' duration shall be considered a date of competition.

    **17.19.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in a maximum of 16 dates of competition in Nordic skiing and 16 dates of competition in Alpine skiing. These limitations include those dates of competition in each skiing discipline in which the student represents the institution,

including competition as a member of the varsity, subvarsity or freshman team of the institution in accordance with Bylaws 17.02.4 and 17.02.9. *(Revised: 1/10/91 effective 8/1/91, 1/16/93, 1/10/05 effective 8/1/05)*

**17.19.5.3 Exemptions.** (See Standard Exemptions set forth in Bylaws 17.1.4.5.) *(Revised: 4/11/11 effective 8/1/11, 1/21/17 effective 8/1/17)*

**17.19.6 Out-of-Season Athletically Related Activities.** (See Bylaw 17.1.5) *(Revised: 1/10/91 effective 8/1/91, 4/11/11 effective 8/1/11)*

**17.20 Soccer.** Regulations for computing the soccer playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1)

**17.20.1 Length of Playing Season.** (See Bylaw 17.1.2.1 for fall NCAA championship sports.) *(Revised: 1/12/04 effective 8/1/04, 4/11/11 effective 8/1/11)*

**17.20.2 Preseason Practice.** (See Bylaw 17.1.2.1) *(Revised: 7/20/10, 4/11/11 effective 8/1/11)*

**17.20.3 First Contest or Date of Competition.** (See Bylaw 17.1.2.1) Additionally, an institution may play up to three soccer scrimmages or exhibition games (which shall not count toward the institution's win-loss record) before the first scheduled contest, provided the scrimmages or exhibition games are conducted during the institution's declared playing season per Bylaw 17.20.1. *(Revised: 1/21/17 effective 8/1/17)*

**17.20.4 End of Playing Season.** (See Bylaw 17.1.2.1) *(Revised: 4/11/11 effective 8/1/11)*

**17.20.5 Number of Contests or Dates of Competition.**

**17.20.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule against outside competition during the institution's soccer playing season in any one year to a maximum of 20 contests during the traditional segment and one date of competition during the nontraditional segment, except for those contests excluded under Bylaw 17.20.5.3. During the traditional segment, countable contest limitations apply separately to multiple teams (e.g., varsity, subvarsity and freshman). During the nontraditional segment, all teams (e.g., varsity, subvarsity and freshman) shall be treated as one team for purpose of the countable contest limitations. For in-season foreign competition, see Bylaw 17.1.4.3. *(Revised: 1/10/91 effective 8/1/92, 1/8/01 effective 8/1/01, 1/12/04 effective 8/1/04, 4/20/06, 4/11/11 effective 8/1/11, 1/16/13)*

**17.20.5.2 Maximum Limitations -- Student-Athlete.** A student-athlete may participate in each academic year in a maximum of 20 soccer contests during the traditional segment and one date of competition during the nontraditional segment. This limitation includes those contests in which the student represents the institution, including competition as a member of the varsity, subvarsity or freshman team of the institution in accordance with Bylaws 17.02.4 and 17.02.9. *(Revised: 1/10/91 effective 8/1/92, 1/8/01 effective 8/1/01, 1/12/04 effective 8/1/04)*

**17.20.5.3 Exemptions.** (See Standard Exemptions set forth in Bylaw 17.1.4.5.) *(Adopted: 4/11/11 effective 8/1/11)*

**17.20.6 Out-of-Season Athletically Related Activities.** (See Bylaw 17.1.5) *(Revised: 1/10/91 effective 8/1/92, 4/11/11 effective 8/1/11)*

**17.21 Softball.** Regulations for computing the softball playing season are set forth in Bylaw 17.1 General Playing-Season Regulations (see Figure 17-1). *(Adopted: 4/11/11 effective 8/1/11)*

**17.21.1 Length of Playing Season.** (See Bylaw 17.1.2.3 for spring NCAA championship sports.) *(Revised: 4/11/11 effective 8/1/11)*

**17.21.2 Preseason Practice.** (See Bylaw 17.1.2.3) *(Revised: 1/10/91 effective 8/1/91, 1/10/95 effective 8/1/95, 7/20/10, 4/11/11 effective 8/1/11)*

**17.21.3 First Contest or Date of Competition.** (See Bylaw 17.1.2.3) *(Revised: 1/10/91 effective 8/1/91, 1/10/95 effective 8/1/95, 7/20/10, 4/11/11 effective 8/1/11)*

**17.21.4 End of Playing Season.** (See Bylaw 17.1.2.3) *(Revised: 4/11/11 effective 8/1/11)*

**17.21.5 Number and Dates of Competition.**

**17.21.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule against outside competition during the institution's softball playing season to a maximum of 40 contests (games, exhibitions and scrimmages) during the traditional segment and one date of competition during the nontraditional segment, except for those contests excluded under Bylaw 17.21.5.3. During the traditional segment, countable contest limitations apply separately to multiple teams (e.g., varsity, subvarsity and freshman). During the nontraditional segment, all teams (e.g., varsity, subvarsity and freshman) shall be treated as one team for purpose of the countable contest limitations. For in-season

foreign competition, see Bylaw 17.1.4.3. *(Revised: 1/8/01 effective 8/1/01, 1/12/04 effective 8/1/04, 4/20/06, 4/11/11 effective 8/1/11, 4/17/12 effective 8/1/12, 1/16/13)*

**17.21.5.2 Maximum Limitations -- Student-Athlete.** A student-athlete may participate in each academic year in a maximum of 40 softball contests (games, exhibitions or scrimmages) during the traditional segment and one date of competition during the nontraditional segment. This limitation includes those contests in which the student represents the institution, including competition as a member of the varsity, subvarsity or freshman team of the institution in accordance with Bylaws 17.02.4 and 17.02.9. *(Revised: 1/8/01 effective 8/1/01, 1/12/04 effective 8/1/04, 5/10/10, 4/17/12 effective 8/1/12)*

**17.21.5.3 Exemptions.** (See Standard Exemptions set forth in Bylaw 17.1.4.5.) *(Revised: 4/11/11 effective 8/1/11)*

**17.21.6 Out-of-Season Athletically Related Activities.** (See Bylaw 17.1.5) *(Revised: 1/10/91 effective 8/1/92, 4/11/11 effective 8/1/11)*

# 17.22 Swimming and Diving. Regulations for computing the swimming and diving playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1) *(Revised: 4/28/05)*

> **17.22 Stunt.** Regulations for computing the stunt playing season are set forth in Bylaw 17.1 General Playing-Season Regulations. (See Figure 17-1) *(Adopted: 1/16/24 effective 8/1/24)*

**17.22.1 Length of Playing Season.** (See Bylaw 17.1.2.2 for winter NCAA championship sports.) *(Revised: 1/12/04 effective 8/1/04, 4/28/05, 4/11/11 effective 8/1/11)*

> **17.22.1 Length of Playing Season.** (See Bylaw 17.1.2.3 for spring NCAA championship sports. *(Adopted: 1/16/24 effective 8/1/24)*

**17.22.2 Preseason Practice.** (See Bylaw 17.1.2.2) *(Revised: 1/10/91 effective 8/1/91 and 8/1/92, 1/10/95 effective 8/1/95, 4/28/05, 7/20/10, 4/11/11 effective 8/1/11)*

> **17.22.2 Preseason Practice.** (See Bylaw 17.1.2.3) *(Adopted: 1/16/24 effective 8/1/24)*

**17.22.3 First Date of Competition.** (See Bylaw 17.1.2.2) *(Revised: 1/10/91 effective 8/1/91 and 8/1/92, 1/11/94, 1/10/95 effective 8/1/95, 4/28/05, 7/20/10, 4/11/11 effective 8/1/11)*

> **17.22.3 First Date of Competition.** (See Bylaw 17.1.2.3) *(Adopted: 1/16/24 effective 8/1/24)*

**17.22.4 End of Playing Season.** (See Bylaw 17.1.2.2) *(Revised: 4/28/05, 4/11/11 effective 8/1/11)*

> **17.22.4 End of Playing Season.** (See Bylaw 17.1.2.3) *(Adopted: 1/16/24 effective 8/1/24)*

**17.22.5 Number of Dates of Competition.**

> **17.22.5 Number of Dates of Competition.** *(Adopted: 1/16/24 effective 8/1/24)*

**17.22.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule against outside competition to a maximum of 16 dates of competition, except for those dates of competition excluded under Bylaw 17.22.5.3 (see Bylaw 17.02.6.1 for required minimum number of student-athletes and Bylaw 20.11.3.8 for minimum contests and participants requirements). Countable date of competition limitations apply separately to multiple teams (e.g., varsity, subvarsity and freshman). For in-season foreign competition, see Bylaw 17.1.4.3. *(Revised: 4/28/05, 4/11/11 effective 8/1/11, 1/16/13)*

> **17.22.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition during the institution's stunt playing season to a maximum of 14 dates of competition, except for those dates of competition excluded under Bylaw 17.22.5.3. Countable date of competition limitations apply separately to multiple teams (e.g., varsity, subvarsity and freshmen). For in-season foreign competition, see Bylaw 17.1.4.3. *(Adopted: 1/16/24 effective 8/1/24)*

**17.22.5.2 Maximum Limitations -- Student-Athlete.** A student-athlete may participate in each academic year in a maximum of 16 dates of competition. This limitation includes those dates of competition in which the student represents

the institution, including competition as a member of the varsity, subvarsity or freshman team of the institution in accordance with Bylaws 17.02.4 and 17.02.9.

**17.22.5.2 Maximum Limitations-Student -- Athlete.** A student-athlete may participate each academic year in a maximum of 14 dates of competition during the institution's stunt playing season. This limitation includes those dates of competition in which the student-athlete represents the institution, including competition as a member of the varsity, junior varsity and freshmen team of the institution in accordance with Bylaws 17.02.7 and 17.02.9. *(Adopted: 1/16/24 effective 8/1/24)*

**17.22.5.3 Exemptions.** (See Standard Exemptions set forth in Bylaw 17.1.4.5.) *(Adopted: 1/9/96 effective 8/1/96, Revised: 2/24/03, 4/28/05, 4/11/11 effective 8/1/11)*

**17.22.5.3 Exemptions.** (See Standard Exemptions set forth in Bylaw 17.1.4.5) *(Adopted: 1/16/24 effective 8/1/24)*

**17.22.6 Out-of-Season Athletically Related Activities.** (See Bylaw 17.1.5) *(Revised: 1/10/91 effective 8/1/92, 4/11/11 effective 8/1/11)*

**17.22.6 Out-of-Season Athletically Related Activities.** (See Bylaw 17.1.5) *(Adopted: 1/16/24 effective 8/1/24)*

# 17.23 Tennis. Regulations for computing the tennis playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1)

**17.23.1 Length of Playing Season.** (See Bylaw 17.1.2.4) *(Revised: 1/12/04 effective 8/1/04, 7/20/10, 4/11/11 effective 8/1/11)*

**17.23.2 Preseason Practice.** (See Bylaw 17.1.2.4) *(Revised: 7/20/10, 4/11/11 effective 8/1/11)*

**17.23.3 First Date of Competition.** (See Bylaw 17.1.2.4) *(Revised: 7/20/10, 4/11/11 effective 8/1/11)*

**17.23.4 End of Playing Season.** (See Bylaw 17.1.2.4) *(Revised: 7/20/10, 4/11/11 effective 8/1/11)*

**17.23.5 Number of Contests and Dates of Competition.**

**17.23.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule against outside competition to a maximum of 20 dates of competition, including not more than four individual singles and/or doubles tournaments that are counted as single dates of competition, except for those dates of competition excluded under Bylaw 17.23.5.3 (see Bylaw 17.02.6.1 for required minimum number of student-athletes and Bylaw 20.11.3.8 for minimum contests and participants requirements). Countable date of competition limitations apply separately to multiple teams (e.g., varsity, subvarsity and freshman). For in-season foreign competition, see Bylaw 17.1.4.3. *(Revised: 4/11/11 effective 8/1/11, 1/16/13)*

**17.23.5.1.1 Dual Tennis Match.** A dual tennis match in which head-to-head competition occurs between two collegiate institutions or between an intercollegiate team and an outside team shall count as one date of competition.

**17.23.5.1.2 Individual Singles or Doubles Tournament Limitations -- Institutional.** An individual singles or doubles tournament that does not include any team scoring or the recognition of a team champion shall count as a single date of competition (not to exceed the maximum number of tournaments noted in Bylaw 17.23.5.1) for those institutions that have three or more students competing therein, regardless of the number of days during which tournament competition takes place.

**17.23.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in a maximum of 20 dates of competition, including not more than four individual singles and/or doubles tournaments that are counted as single dates of competition. This limitation includes those contests in which the student represents the institution, including competition as a member of the varsity, subvarsity or freshman team of the institution in accordance with Bylaws 17.02.4 and 17.02.9. *(Revised: 1/10/92 effective 8/1/92)*

**17.23.5.2.1 Individual Singles or Doubles Tournament Limitations -- Student-Athlete.** An individual singles or doubles tournament that does not include any team scoring or the recognition of a team champion shall count as a single date of competition (not more than four tournaments) for the participating individuals, regardless of the number of days during which tournament competition takes place.

**17.23.5.3 Exemptions.** (See Standard Exemptions set forth in Bylaw 17.1.4.5.) *(Revised: 4/11/11 effective 8/1/11)*

**17.23.6 Out-of-Season Athletically Related Activities.** (See Bylaw 17.1.5) *(Revised: 1/10/91 effective 8/1/92, 4/11/11 effective 8/1/11)*

**17.23.6.1 Exception -- Intercollegiate Tennis Association (ITA).** An institutional coaching staff member may engage in coaching activities with a student-athlete for practice and for participation in the Intercollegiate Tennis Association (ITA) even if the event falls outside the defined playing season, provided the student-athlete has qualified for the event. *(Adopted: 1/19/13 effective 8/1/13, Revised: 5/19/17)*

# 17.24 Track and Field, Indoor/Outdoor. Regulations for computing the indoor/outdoor track and field playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1)

**17.24.1 Length of Playing Season.** The length of an institution's playing season in indoor and outdoor track and field shall be limited to the following: *(Revised: 1/11/89 effective 8/1/89, 1/13/03 effective 8/1/03, 1/12/04 effective 8/1/04)*

(a) An institution that sponsors only indoor or outdoor track and field (but not both) shall be limited to a maximum playing season of 114 days. *(Revised: 1/17/23 effective 8/1/23)*

(b) An institution that sponsors both indoor and outdoor track and field shall be limited to a maximum playing season of 144 days. *(Revised: 1/17/23 effective 8/1/23)*

**17.24.1.1 Cross Country/Track and Field Participants.** Track and field student-athletes listed as participants for cross country must participate fully in cross country practices. If student-athletes are practicing in track and field events unrelated to cross country, such practice must be counted in the institution's established segment in track and field. *(Adopted: 1/10/92)*

**17.24.2 Preseason Practice.** (For indoor track and field, see Bylaw 17.1.2.2 for winter NCAA championship sports; for outdoor track and field, see Bylaw 17.1.2.3 for spring NCAA championship sports.) *(Revised: 4/11/11 effective 8/1/11)*

**17.24.3 First Contest or Date of Competition.** (For indoor track and field, see Bylaw 17.1.2.2; for outdoor track and field, see Bylaw 17.1.2.3.) *(Revised: 4/11/11 effective 8/1/11)*

**17.24.4 End of Playing Season.** (For indoor track and field, see Bylaw 17.1.2.2; for outdoor track and field, see Bylaw 17.1.2.3.) *(Revised: 4/11/11 effective 8/1/11)*

**17.24.5 Number of Dates of Competition.**

**17.24.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule against outside competition during the permissible indoor/outdoor track and field playing season to a maximum of 18 dates of competition. These limitations do not include those dates of competition excluded under Bylaw 17.24.5.3 (see Bylaw 17.02.6.1 for required minimum number of student-athletes and Bylaw 20.11.3.8 for minimum contests and participants requirements). Countable date of competition limitations apply separately to multiple teams (e.g., varsity, subvarsity and freshman). For in-season foreign competition, see Bylaw 17.1.4.3. *(Revised: 1/10/91 effective 8/1/92, 1/12/04 effective 8/1/04, 4/11/11 effective 8/1/11, 7/15/11, 1/16/13)*

**17.24.5.1.1 Two-Day Meets.** An institution may count a maximum of four two-day meets each as a single date of competition. The institution may select either day of a two-day meet as the day on which to count the single date of competition. Participation at a separate event on either day shall be counted, as follows: *(Adopted: 7/15/11 effective 8/1/11)*

(a) If the institution participates in a separate event on the selected day, it is not required to count an additional date of competition.

(b) If the institution participates in a separate event on the day not selected, the institution is required to count an additional date of competition only if the total number of student-athletes participating in the separate event equals or exceeds the minimum participants requirement in Bylaw 20.11.3.8.

**17.24.5.1.1.1 Competition that Exceeds Two Days.** An institution that participates in a meet that exceeds two days in duration may count the first two days of competition as one of the four two-day meets that each count as a single date of competition but must count any additional days as separate dates of competition. Such multi-day events shall count toward the four two-day events that may count as a single date of competition. The institution may select either of the first two days of such a meet as the day on which to count the single date of competition. Participation at a separate event on either day shall be counted as follows: *(Adopted: 7/15/11 effective 8/1/11)*

(a) If the institution participates in a separate event on the selected day, it is not required to count an additional date of competition.

(b) If the institution participates in a separate event on the day not selected, the institution is required to count an additional date of competition only if the total number of student-athletes participating in the separate event equals or exceeds the minimum participants requirement in Bylaw 20.11.3.8.

**17.24.5.2 Maximum Limitations -- Student-Athlete.** A student-athlete may participate in each academic year in not more than 18 dates of competition in indoor/outdoor track and field combined (which may include not more than four multi-day events that shall each count as a single date of competition). This limitation includes those contests in which the student represents the institution, including competition as a member of the varsity, subvarsity or freshman team of the institution in accordance with Bylaws 17.02.4 and 17.02.9. *(Revised: 1/10/91 effective 8/1/92, 1/12/04 effective 8/1/04)*

**17.24.5.3 Exemptions.** (See Standard Exemptions set forth in Bylaw 17.1.4.5.) *(Revised: 2/24/03, 4/11/11 effective 8/1/11)*

**17.24.6 Out-of-Season Athletically Related Activities.** (See Bylaw 17.1.5) *(Revised: 1/10/91 effective 8/1/92, 4/11/11 effective 8/1/11)*

# 17.25 Triathlon, Women's. 
Regulations for computing the triathlon playing season are set forth in Bylaw 17.1.) (See Figure 17-1.) *(Adopted: 1/18/14 effective 8/1/14)*

**17.25.1 Length of Playing Season.** (See Bylaw 17.1.2.1 for fall NCAA championship sports.) *(Adopted: 1/18/14 effective 8/1/14)*

**17.25.2 Preseason Practice.** (See Bylaw 17.1.2.1.) *(Adopted: 1/18/14 effective 8/1/14)*

**17.25.3 First Date of Competition.** (See Bylaw 17.1.2.1.) *(Adopted: 1/18/14 effective 8/1/14)*

**17.25.4 End of Regular Playing Season.** (See Bylaw 17.1.2.1.) *(Adopted: 1/18/14 effective 8/1/14)*

**17.25.5 Number of Dates of Competition.**

**17.25.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition in triathlon during the institution's triathlon playing season to six dates of competition except for those dates of competition excluded under Bylaw 17.25.5.3. Countable date of competition limitations apply separately to multiple teams (e.g., varsity, subvarsity and freshman). For in-season foreign competition, see Bylaw 17.1.4.3. *(Adopted: 1/18/14 effective 8/1/14, Revised: 6/19/14)*

**17.25.5.2 Maximum Limitations -- Student-Athlete.** A student-athlete may participate each academic year in a maximum of six dates of competition in triathlon. This limitation includes those dates of competition in which the student-athlete represents the institution, including competition as a member of the varsity, subvarsity or freshman team of the institution in accordance with Bylaws 17.02.4 and 17.02.9. *(Adopted: 1/18/14 effective 8/1/14)*

**17.25.5.3 Exemptions.** (See Standard Exemptions set forth in Bylaw 17.1.4.5.) *(Adopted: 1/18/14 effective 8/1/14)*

**17.25.6 Out-of-Season Athletically Related Activities.** (See Bylaw 17.1.5.) *(Adopted: 1/18/14 effective 8/1/14)*

# 17.26 Volleyball. 
Regulations for computing the volleyball playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1)

**17.26.1 Length of Playing Season.**

(a) **Men.** (See Bylaw 17.1.2.3 for spring NCAA championship sports.) *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 1/8/01 effective 8/1/01, 1/12/04 effective 8/1/04, 4/11/11 effective 8/1/11)*

(b) **Women.** (See Bylaw 17.1.2.1 for fall NCAA championship sports.) *(Revised: 1/12/04 effective 8/1/04, 4/11/11 effective 8/1/11)*

**17.26.2 Preseason Practice.**

(a) **Men.** (See Bylaw 17.1.2.3) *(Revised: 1/10/91 effective 8/1/92, 1/11/94, 1/14/08 effective 8/1/08, 5/4/09, 4/11/11 effective 8/1/11)*

(b) **Women.** (See Bylaw 17.1.2.1) *(Revised: 1/12/04, 4/11/11 effective 8/1/11)*

**17.26.3 First Date of Competition.**

(a) Men. (See Bylaw 17.1.2.3) *(Revised: 1/10/91 effective 8/1/92, 1/11/94, 1/15/97 effective 8/1/97, 4/11/11 effective 8/1/11)*

(b) Women. (See Bylaw 17.1.2.1) *(Revised: 1/11/94, 6/19/08, 4/11/11 effective 8/1/11, 4/17/12 effective 8/1/12, 1/17/15 effective 8/1/15, 9/14/17)*

**17.26.4 End of Playing Season.**

(a) **Men.** (See Bylaw 17.1.2.3) *(Revised: 4/11/11 effective 8/1/11)*

(b) **Women.** (See Bylaw 17.1.2.1) *(Revised: 4/11/11 effective 8/1/11)*

**17.26.5 Number of Dates of Competition.**

**17.26.5.1 Maximum Limitations -- Institutional -- Men and Women.** A member institution shall limit its total playing schedule against outside competition during the institution's volleyball playing season to a maximum of 22 dates of competition during the traditional segment and one during the nontraditional segment, except for those dates of competition excluded under Bylaw 17.26.5.3. During the traditional segment, countable date of competition limitations apply separately to multiple teams (e.g., varsity, subvarsity and freshman). During the nontraditional segment, all teams (e.g., varsity, subvarsity and freshman) shall be treated as one team for purposes of the countable date of competition limitations. For in-season foreign competition, see Bylaw 17.1.4.3. *(Adopted: 4/11/11 effective 8/1/11, Revised: 1/16/13)*

**17.26.5.2 Maximum Limitations -- Student-Athlete -- Men and Women.** A student-athlete may participate each academic year in a maximum of 22 dates of competition during the traditional segment and one during the nontraditional segment in volleyball. This limitation includes those dates of competition in which the student represents the institution, including competition as a member of the varsity, subvarsity or freshman team of the institution in accordance with Bylaws 17.02.4 and 17.02.9. *(Adopted: 4/11/11 effective 8/1/11)*

**17.26.5.3 Exemptions.** (See Standard Exemptions set forth in Bylaw 17.1.4.5.) *(Revised: 4/11/11 effective 8/1/11)*

**17.26.6 Out-of-Season Athletically Related Activities.** (See Bylaw 17.1.5) *(Revised: 4/11/11 effective 8/1/11)*

# 17.27 Water Polo. Regulations for computing the men's and women's water polo playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1) *(Revised: 1/9/96 effective 8/1/96)*

**17.27.1 Length of Playing Season.**

(a) **Men.** (See Bylaw 17.1.2.1 for fall NCAA championship sports.) *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 1/8/01 effective 8/1/01, 1/12/04 effective 8/1/04, 4/11/11 effective 8/1/11)*

(b) **Women.** (See Bylaw 17.1.2.3 for spring NCAA championship sports.) *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 1/8/01 effective 8/1/01, 1/12/04 effective 8/1/04, 4/11/11 effective 8/1/11)*

**17.27.2 Preseason Practice.**

(a) **Men.** A member institution shall not commence practice sessions in men's water polo before the date that permits a maximum of 21 permissible units in the preseason practice formula (see Bylaw 17.02.12.2.5) before the first scheduled intercollegiate competition. *(Revised: 1/10/91 effective 8/1/91, 11/14/97 effective 8/1/97, 1/12/99, 5/4/09, 4/11/11 effective 8/1/11)*

(b) **Women.** (See Bylaw 17.1.2.3) *(Revised: 4/11/11 effective 8/1/11)*

**17.27.3 First Date of Competition.**

(a) **Men.** A member institution shall not engage in its first date of competition (game, exhibition or scrimmage) against outside competition in men's water polo before the first Saturday in September. An institution may conduct exempted exhibitions, scrimmages or joint practice [see Bylaw 17.1.4.5.1-(c) before the first Saturday in September. *(Revised: 4/11/11 effective 8/1/11, 4/17/12 effective 8/1/12, 1/21/17 effective 8/1/17)*

(b) **Women.** (See Bylaw 17.1.2.3) *(Revised: 4/11/11 effective 8/1/11)*

**17.27.4 End of Playing Season.**

(a) **Men.** (See Bylaw 17.1.2.1) *(Revised: 4/11/11 effective 8/1/11)*

(b) **Women.** (See Bylaw 17.1.2.3) *(Revised: 4/11/11 effective 8/1/11)*

**17.27.5 Number of Dates of Competition.**

**17.27.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule against outside competition during the institution's water polo playing season to 21 dates of competition, except for those dates of competition excluded under Bylaw 17.27.5.3. Countable date of competition limitations apply separately to multiple teams (e.g., varsity, subvarsity and freshman). For in-season foreign competition, see Bylaw 17.1.4.3. *(Revised: 4/11/11 effective 8/1/11, 1/16/13)*

**17.27.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in not more than 21 dates of competition in water polo. This limitation includes those contests in which the student represents the institution in accordance with Bylaw 17.02.9, including competition as a member of the varsity, subvarsity or freshman team of the institution. *(Revised: 4/11/11 effective 8/1/11)*

**17.27.5.3 Exemptions.** (See Standard Exemptions set forth in Bylaw 17.1.4.5.) *(Revised: 4/11/11 effective 8/1/11)*

**17.27.6 Out-of-Season Athletically Related Activities.** (See Bylaw 17.1.5) *(Revised: 1/14/97 effective 8/1/97, 1/12/99, 4/13/10 effective 8/1/10, 4/11/11 effective 8/1/11)*

## 17.28 Wrestling, Women's Regulations for computing the women's wrestling playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1) *(Adopted: 1/27/20 effective 8/1/20)*

**17.28.1 Length of Playing Season.** (See Bylaw 17.1.2.2 for winter NCAA championship sports.) *(Adopted: 1/27/20 effective 8/1/20)*

**17.28.2 Preseason Practice.** A member institution shall not commence practice sessions in women's wrestling before October 10. *(Adopted: 1/27/20 effective 8/1/20)*

**17.28.3 First Date of Competition.** A member institution shall not engage in its first date of competition (match, exhibition or scrimmage) against outside competition in women's wrestling before November 1. *(Adopted: 1/27/20 effective 8/1/20)*

**17.28.4 End of Playing Season.** (See Bylaw 17.1.2.2) *(Adopted: 1/27/20 effective 8/1/20)*

**17.28.5 Number of Dates of Competition.** *(Adopted: 1/27/20 effective 8/1/20)*

**17.28.5.1 Maximum Limitations-Institutional.** A member institution shall limit its total playing schedule against outside competition during the permissible women's wrestling season to a maximum of 16 dates of competition, which may include not more than two two-day meets that shall each count as a single date of competition, except for those dates of competition excluded under Bylaw 17.28.5.3 (see Bylaw 17.02.6.1 for required minimum number of student-athletes and Bylaw 20.11.3.8 for minimum contests and participants requirements). Countable date of competition limitations apply separately to multiple teams (e.g., varsity, subvarsity and freshman). For in-season foreign competition, see Bylaw 17.1.4.3. *(Adopted: 1/27/20 effective 8/1/20)*

**17.28.5.2 Maximum Limitations-Student-Athlete.** An individual student-athlete may participate in each academic year in a maximum of 16 dates of competition in women's wrestling, which may include not more than two two-day meets that shall count as a single date of competition. This limitation includes those dates of competition in which the student represents the institution, including competition as a member of the varsity, subvarsity or freshmen team of the institution in accordance with Bylaws 17.02.7 and 17.02.9 *(Adopted: 1/27/20 effective 8/1/20)*

**17.28.5.3 Exemptions.** (See Standard Exemptions set forth in Bylaw 17.1.4.5.) *(Adopted: 1/27/20 effective 8/1/20)*

**17.28.6 Out-of-Season Athletically Related Activities.** (See Bylaw 17.1.5.) *(Adopted: 1/27/20 effective 8/1/20)*

## 17.29 Wrestling, Men's. Regulations for computing the men's wrestling playing season are set forth in Bylaw 17.1, General Playing-Season Regulations. (See Figure 17-1)

**17.29.1 Length of Playing Season.** (See Bylaw 17.1.2.2 for winter NCAA championship sports.) *(Revised: 1/12/04 effective 8/1/04, 4/11/11 effective 8/1/11)*

**17.29.2 Preseason Practice.** A member institution shall not commence practice sessions in men's wrestling before October 10. *(Revised: 1/10/91 effective 8/1/91 and 8/1/92, 1/10/95 effective 8/1/95, 7/20/10, 1/15/11 effective 8/1/11, 4/11/11 effective 8/1/11, 3/30/12)*

**17.29.3 First Date of Competition.** A member institution shall not engage in its first date of competition (match, exhibition or scrimmage) against outside competition in men's wrestling before November 1. *(Revised: 1/10/91 effective 8/1/91 and 8/1/92, 1/11/94, 1/10/95 effective 8/1/95, 7/20/10, 1/15/11 effective 8/1/11, 4/11/11 effective 8/1/11, 3/30/12, 4/17/12 effective 8/1/12)*

**17.29.4 End of Playing Season.** (See Bylaw 17.1.2.2) *(Revised: 4/11/11 effective 8/1/11)*

**17.29.5 Number of Dates of Competition.**

**17.29.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule against outside competition during the permissible men's wrestling playing season to a maximum of 16 dates of competition, which may include not more than two two-day meets that shall each count as a single date of competition, except for those dates of competition excluded under Bylaw 17.29.5.3 (see Bylaw 17.02.6.1 for required minimum number of student-athletes and Bylaw 20.11.3.8 for minimum contests and participants requirements). Countable date of competition limitations apply separately to multiple teams (e.g., varsity, subvarsity and freshman). For in-season foreign competition, see Bylaw 17.1.4.3. *(Revised: 4/11/11 effective 8/1/11, 1/16/13)*

**17.29.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in a maximum of 16 dates of competition in men's wrestling, which may include not more than two two-day meets that shall count as a single date of competition. This limitation includes those dates of competition in which the student represents the institution, including competition as a member of the varsity, subvarsity or freshman team of the institution in accordance with Bylaws 17.02.4 and 17.02.9.

**17.29.5.3 Exemptions.** (See Standard Exemptions set forth in Bylaw 17.1.4.5.) *(Revised: 4/11/11 effective 8/1/11)*

**17.29.6 Out-of-Season Athletically Related Activities.** (See Bylaw 17.1.5) *(Revised: 4/11/11 effective 8/1/11)*

# 17.30 Exceptions for Member Institutions Located in Alaska, Hawaii and Puerto Rico.

**17.30.1 Alaska/Hawaii, Additional Football Contest.** Member institutions located in Alaska and Hawaii shall be permitted to exceed, by one, the maximum number of football contests permitted under Bylaw 17.11.6.1 but otherwise shall conform to the same maximum number of contests and dates of competition permitted to other members of the Association.

# 17.31 Foreign Tours.

**17.31.1 Institutionally Certified Tours.** A member institution may participate in competition in any sport on foreign tours. The institution must certify in writing that the conditions set forth in this section are met and must maintain the certification on file in the athletics department. *(Revised: 1/11/89, 1/14/97 effective 8/1/97, 4/13/10)*

**17.31.1.1 Exclusion from Playing Season.** Participation by a member institution on a certified foreign tour need not be included within the institution's declared playing season in the sport. *(Adopted: 8/1/23)*

**17.31.1.2 Contest Exclusions.** Any contest(s) or date(s) of competition played on a certified foreign tour shall be excluded from the limitations set forth in this bylaw.

**17.31.1.3 Tour to U.S. Territory or Commonwealth.** A tour to a U.S. commonwealth (e.g., Puerto Rico) or a U.S. territory (e.g., Virgin Islands) is not considered a foreign tour.

**17.31.1.4 Timing of Tour.** The tour shall be scheduled during the summer-vacation period between the institution's spring and fall terms or during any other vacation period published in the institution's official catalog. All travel to and from the foreign country must take place during such a vacation period. However, if the team crosses the international date line during the tour, the change of date will be disregarded and the equivalent time as measured in the United States will be used to determine the institution's vacation period. *(Revised: 10/18/89)*

**17.31.1.5 Time Lapse Between Tours.** An institution shall not engage in a foreign tour in each sport more than once every three years. Participation during the summer is counted in the previous academic year. *(Revised: 1/11/89)*

**17.31.1.6 Eligibility of Student-Athletes.** The eligibility of student-athletes on the tour shall be governed by the following (see Bylaw 14.2.4.7):

(a) If the tour takes place during the summer, the student-athletes shall have been eligible for intercollegiate competition during the previous academic year or shall have been enrolled at the institution as a full-time student during the previous academic year and have established by the beginning of the tour that they are eligible for competition the academic year immediately after the tour; or *(Revised: 1/11/00 effective 8/1/00, 4/20/21)*

(b) If the tour takes place after the academic year has started, the student-athletes shall be regularly enrolled in the institution and eligible for intercollegiate competition.

**17.31.1.6.1 Incoming-Student Participation.** It is permissible for an eligible incoming student-athlete to represent the institution only on a foreign tour that begins after the permissible starting practice date in the sport involved or after the first day of classes of their first regular term at the institution. *(Revised: 4/20/21)*

**17.31.1.6.1.1 Practice Session Participation.** It is permissible for an eligible incoming student-athlete to participate in practice sessions conducted in preparation for a foreign tour only if the foreign-tour practice sessions begin after the permissible starting practice date in the involved sport or after the first day of classes of their first regular term at the institution. *(Adopted: 1/9/06, Revised: 4/20/21)*

**17.31.1.7 Practice Limitation.** Not more than 10 days of practice are permitted before departure. The 10 days of practice are not required to occur on consecutive days, provided extenuating circumstances exist (e.g., final exams, convocation, summer class schedules, summer employment, etc.) that affect the institution's ability to conduct 10 days of practice in the 10 days immediately before departure and all practice days are conducted during the 20 calendar days immediately before the foreign tour departure date. Only student-athletes who will accompany the team on the foreign tour are permitted to participate in the 10 practice days (see Bylaw 17.1.5.1). *(Revised: 10/18/04, 1/10/05, 1/9/06, 10/20/06)*

**17.31.1.8 Maximum Number of Contests/Competition Dates.** A team shall be limited to a maximum of three football games, 10 basketball games or 10 contests or dates of competition in any other sport during and as part of the tour. *(Revised: 1/10/91)*

**17.31.1.9 Opponents.** The team shall not compete during the tour against other American teams (colleges or other U.S. teams) other than teams composed of U.S. armed forces personnel stationed at U.S. military bases in foreign countries.

**17.31.1.9.1 Exception -- Women's Rowing.** It is permissible for rowing teams representing NCAA member institutions to compete against each other as part of the Henley Royal Regatta. *(Adopted: 1/11/00)*

**17.31.1.10 Expenses. (See Bylaw 16.8.1.2)**

**17.31.1.10.1 Per Diem.** An institution may provide a student-athlete $30 cash per day to cover unitemized incidental expenses incurred in connection with a foreign tour. This expense allowance may be provided for each day of the tour, to a maximum of 21 days. *(Adopted: 1/10/05, Revised: 7/24/19)*

**17.31.1.10.2 Post-Tour Stay.** An institution may not provide transportation expenses to return home for a student-athlete who remains in the foreign country after the foreign tour is completed. *(Adopted: 1/10/05)*

**17.31.1.10.3 Passports.** An institution may purchase passports for its student-athletes that are required for travel in connection with a foreign tour, and student-athletes may retain ownership of such passports. The institution also may provide student-athletes with reasonable local transportation to obtain such passports. *(Adopted: 1/10/05)*

**17.31.2 Sanctioned Outside-Team Tours.** An outside team that includes student-athletes from more than one member institution may participate in international competition in any sport on a foreign tour. However, any such outside team that includes more than the following number of student-athletes from the same member institution must be certified by the institution in accordance with procedures set forth in Bylaw 17.31. *(Revised: 1/14/97 effective 8/1/97, 1/9/06, 1/17/09)*

| Baseball | 4 | Gymnastics | 2 | Softball | 4 |
| Basketball | 2 | Ice Hockey | 4 | Swimming and Diving | 5 |
| Cross Country | 2 | Lacrosse | 5 | Tennis | 2 |
| Fencing | 4 | Rifle | 2 | Track and Field | 7 |
| Field Hockey | 5 | Women's Rowing | 4 | Volleyball | 2 |
| Football | 5 | Skiing | 4 | Water Polo | 4 |
| Golf | 2 | Soccer | 4 | Wrestling | 5 |

*(Adopted: 1/12/11)*

**17.31.2.1 Institutional Foreign-Tour Limitations.** A member institution shall be charged with its foreign-tour opportunity in a sport and its once-in-three-years limitation if the institution is represented by more than the number of student-athletes specified under Bylaw 17.31.2 on an outside team participating in a foreign tour in that sport. *(Revised: 1/9/06, 1/17/09)*

# 17.32 Playing Rules.
Member institutions shall conduct all of their intercollegiate competition in accordance with the playing rules of the Association in all sports for which the NCAA develops playing rules. It is not mandatory that those rules be used in institutional scrimmages, exhibitions or other forms of practice with outside competition. *(Revised: 4/17/12 effective 8/1/12)*

**FIGURE17-1—Playing and Practice Seasons Chart**

*See Bylaw 17 for standard legislative provisions that apply to all sports.*

LEGEND: **TS**—traditional segment, **NTS**—nontraditional segment, **DOC**—date(s) of competition, **CON**—contest(s),

**NGB**— National Governing Body

| Sport | Preseason Practice 17._.2 | First Date of Competition 17._.3 | End of Regular Season 17._.4 | Number of Dates of Competition/Contests 17._.5 | Contest Exemption Standard |
|---|---|---|---|---|---|
| **Acrobatic and Tumbling** | **TS -** 15 weeks prior to NCAA selections.<br><br>**NTS -** September 7 or first day of classes. | **TS –** 15 weeks prior to NCAA selections.<br><br>**NTS –** September 7 or first day of classes. | **TS –** Selection date of the last Division III spring championship sport to conduct selections.<br><br>**NTS -** Five weekdays before start of fall final exam period. * | 12 DOC, including not more than two tri-meets.<br><br>**NTS -** 1 DOC | Alumni Contest Conference Championship Foreign Tour (once in three years) Hawaii, Alaska, and Puerto Rico (once in four years) National Team Season-Ending Tournament Up to two exhibitions, scrimmages, or joint practices. |
| **Baseball** | **TS -** 15 weeks prior to NCAA selections.<br><br>**NTS -** September 7 or first day of classes. | **TS –** 15 weeks prior to NCAA selections.<br><br>**NTS -** September 7 or first day of classes. | **TS -** NCAA selections.<br><br>**NTS -** Five weekdays before start of fall final exam period. * | **TS—**40 CON[1] | Alumni Contest Conference Championship Foreign Tour (once in three years) Hawaii, Alaska, and Puerto Rico (once in four years) National Team Season-Ending Tournament Up to two exhibitions, scrimmages, or joint practices. |
| **Basketball** | October 15. | November 8, or the preceding Friday if November 8 falls on a Saturday, Sunday, or Monday. | NCAA selections. | 25 CON | Alumni Contest Conference Championship Foreign Tour (once in three years) Hawaii, Alaska, and Puerto Rico (once in four years) National Team Season-Ending Tournament Up to two exhibitions, scrimmages, or joint practices. |
| **Beach Volleyball** | **TS -** 15 weeks prior to NCAA selections.<br><br>**NTS -** September 7 or first day of classes. | **TS -** 15 weeks prior to NCAA selections.<br><br>**NTS -** September 7 or first day of classes. | **TS -** NCAA selections.<br><br>**NTS -** Five weekdays before start of fall final exam period. * | 16 DOC | Alumni Contest Conference Championship Foreign Tour (once in three years) Hawaii, Alaska, and Puerto Rico (once in four years) National Team Season-Ending Tournament Up to two exhibitions, scrimmages, or joint practices. |
| **Bowling, Women's** | October 1. | October 1. | NCAA selections. | 32 DOC | Alumni Contest Conference Championship Foreign Tour (once in three years) Hawaii, Alaska, and Puerto Rico (once in four years) National Team Season-Ending Tournament Up to two exhibitions, scrimmages, or joint practices. |

[1]See Bylaw 17.1.4.4 for limits on athletically related activities and competition-specific limits on one date of competition in a nontraditional segment

* Five-weekday limitation applies to any regular academic term

## FIGURE 17-1—Playing and Practice Seasons Chart

*See Bylaw 17 for standard legislative provisions that apply to all sports.*

LEGEND: **TS**—traditional segment, **NTS**—nontraditional segment, **DOC**—date(s) of competition, **CON**—contest(s), **NGB**— National Governing Body

| Sport | Preseason Practice 17._.2 | First Date of Competition 17._.3 | End of Regular Season 17._.4 | Number of Dates of Competition/Contests 17._.5 | Contest Exemption Standard |
|---|---|---|---|---|---|
| **Cross Country** | **TS –** Date that permits 16 units in the preseason practice formula before the first permissible contest date.<br><br>**NTS -** First class date after January 1. | **TS –** September 1 or the preceding Friday if September 1 falls on a Saturday, Sunday, or Monday, except exempted scrimmages, exhibitions and joint practices are permitted prior to first regular season CON or DOC.<br><br>**NTS -** First class date after January 1. | **TS -** NCAA selections.<br><br>**NTS -** Five weekdays before start of final exam period. * | 9 DOC<br><br>**NTS -** 3 DOC, if institution does not sponsor track and field. | Alumni Contest Conference Championship Foreign Tour (once in three years) Hawaii, Alaska, and Puerto Rico (once in four years) National Team Season-Ending Tournament Up to two exhibitions, scrimmages, or joint practices. |
| **Fencing** | September 7 or first day of classes for fall term. | September 7 or first day of classes for fall term. | NCAA selections. | 11 DOC | Alumni Contest Conference Championship Foreign Tour (once in three years) Hawaii, Alaska, and Puerto Rico (once in four years) National Team Season-Ending Tournament Up to two exhibitions, scrimmages, or joint practices. |
| **Field Hockey** | **TS -** Date that permits 16 units in the preseason practice formula before the first permissible contest date.<br><br>**NTS -** First class date after January 1. | **TS -** September 1 or the preceding Friday if September 1 falls on a Saturday, Sunday, or Monday. May play up to three scrimmages or exhibitions before the first regular scheduled contest.<br><br>**NTS -** First class date after January 1. | **TS -** NCAA selections.<br>**NTS -** Five weekdays before start of final exam period. * | **TS -** 20 CON[1] | Alumni Contest Conference Championship Foreign Tour (once in three years) Hawaii, Alaska, and Puerto Rico (once in four years) National Team Season-Ending Tournament Up to two exhibitions, scrimmages, or joint practices. |

[1] See Bylaw 17.1.4.4 for limits on athletically related activities and competition-specific limits on one date of competition in a nontraditional segment

* Five-weekday limitation applies to any regular academic term

## FIGURE 17-1—Playing and Practice Seasons Chart

*See Bylaw 17 for standard legislative provisions that apply to all sports.*

LEGEND: **TS**—traditional segment, **NTS**—nontraditional segment, **DOC**—date(s) of competition, **CON**—contest(s),

**NGB**— National Governing Body

| Sport | Preseason Practice 17._.2 | First Date of Competition 17._.3 | End of Regular Season 17._.4 | Number of Dates of Competition/Contests 17._.5 | Contest Exemption Standard |
|---|---|---|---|---|---|
| **Football** | 23-days before the first scheduled intercollegiate competition (per Bylaw 17.11.3.1). | The Thursday preceding the weekend that is 11 weeks before the first round of the Division III Football Championship | NCAA selections. | 10 CON | Conference Championship Foreign Tour (once in three years) Hawaii, Alaska, and Puerto Rico (once in four years) National Team Season-Ending Tournament Up to two exhibitions, scrimmages, or joint practices. |
| **Golf** | **Fall** - Date that permits 16 units in the preseason practice formula before the first permissible contest date.<br><br>**Spring** - January 15. | **Fall** - September 1 or the preceding Friday if September 1 falls on a Saturday, Sunday, or Monday, or the first day of classes, whichever is earlier.<br><br>**Spring** - January 15. | **Fall** - Five weekdays before the start of the fall final exam period.<br><br>**Spring** - NCAA selections. | 20 DOC | Alumni Contest Conference Championship Foreign Tour (once in three years) Hawaii, Alaska, and Puerto Rico (once in four years) National Team Season-Ending Tournament Up to two exhibitions, scrimmages, or joint practices. |
| **Gymnastics** | September 7 or first day of classes for fall term. | September 7 or first day of classes for fall term. | NCAA selections. | 13 DOC | Alumni Contest Conference Championship Foreign Tour (once in three years) Hawaii, Alaska, and Puerto Rico (once in four years) National Team Season-Ending Tournament Up to two exhibitions, scrimmages, or joint practices. |
| **Ice Hockey** | Off-ice training: the first Monday in October.<br><br>On-ice training: the second Monday in October. | The third Friday following the first permissible practice date. | NCAA selections. | 25 CON | Alumni Contest Conference Championship Foreign Tour (once in three years) Hawaii, Alaska, and Puerto Rico (once in four years) National Team Season-Ending Tournament Up to two exhibitions, scrimmages, or joint practices. |
| **Lacrosse** | **TS -** 15 weeks prior to NCAA selections.<br><br>**NTS -** September 7 or first day of classes. | **TS -** 15 weeks prior to NCAA selections.<br><br>**NTS -** September 7 or first day of classes. | **TS -** NCAA selections.<br><br>**NTS -** Five weekdays before start of fall final exam period. * | **TS -** 17 DOC[1] | Alumni Contest Conference Championship Foreign Tour (once in three years) Hawaii, Alaska, and Puerto Rico (once in four years) National Team Season-Ending Tournament Up to two exhibitions, scrimmages, or joint practices. |

[1]See Bylaw 17.1.4.4 for limits on athletically related activities and competition-specific limits on one date of competition in a nontraditional segment

\* Five-weekday limitation applies to any regular academic term

## FIGURE17-1—Playing and Practice Seasons Chart
*See Bylaw 17 for standard legislative provisions that apply to all sports.*
LEGEND: **TS**—traditional segment, **NTS**—nontraditional segment, **DOC**—date(s) of competition, **CON**—contest(s),
**NGB**— National Governing Body

| Sport | Preseason Practice 17._.2 | First Date of Competition 17._.3 | End of Regular Season 17._.4 | Number of Dates of Competition/Contests 17._.5 | Contest Exemption Standard |
|---|---|---|---|---|---|
| **Rifle** | September 7 or first day of classes for fall term. | September 7 or first day of classes for fall term. | NCAA selections. | 13 DOC | Alumni Contest Conference Championship Foreign Tour (once in three years) Hawaii, Alaska, and Puerto Rico (once in four years) National Team Season-Ending Tournament Up to two exhibitions, scrimmages, or joint practices. |
| **Rowing, Women's** | **Fall -** Date that permits 16 units in the preseason practice formula before the first permissible contest date.<br><br>**Spring -** January 15. | **Fall -** September 7 or first day of classes for fall term.<br><br>**Spring -** January 15. | **Fall -** Five weekdays before the start of the fall final exam period.*<br><br>**Spring -** NCAA selections. | 20 DOC | Alumni Contest Conference Championship Foreign Tour (once in three years) Hawaii, Alaska, and Puerto Rico (once in four years) National Team Season-Ending Tournament Up to two exhibitions, scrimmages, or joint practices. |
| **Rugby, Women's** | **TS -** Date that permits 16 units in the preseason practice formula before the first permissible contest date.<br><br>**NTS -** First class date after January 1. | **TS -** September 1 or the preceding Friday if September 1 falls on a Saturday, Sunday, or Monday, except exempted scrimmages, exhibitions and joint practices are permitted prior to first regular season CON or DOC.<br><br>**NTS -** First class date after January 1. | **TS -** Selection date of the last Division III fall championship sport to conduct selections.<br><br>**NTS -** Five weekdays before start of final exam period. * | 15 DOC | Alumni Contest Conference Championship Foreign Tour (once in three years) Hawaii, Alaska, and Puerto Rico (once in four years) National Team Season-Ending Tournament Up to two exhibitions, scrimmages, or joint practices. |
| **Skiing** | October 15. | October 15. | April 5 or the end of the U.S. Alpine National Championships | 16 DOC - Nordic skiing 16 DOC - Alpine skiing | Alumni Contest Conference Championship Foreign Tour (once in three years) Hawaii, Alaska, and Puerto Rico (once in four years) National Team Season-Ending Tournament Up to two exhibitions, scrimmages, or joint practices. |

[1]See Bylaw 17.1.4.4 for limits on athletically related activities and competition-specific limits on one date of competition in a nontraditional segment

* Five-weekday limitation applies to any regular academic term

**FIGURE17-1—Playing and Practice Seasons Chart**

*See Bylaw 17 for standard legislative provisions that apply to all sports.*

LEGEND: **TS**—traditional segment, **NTS**—nontraditional segment, **DOC**—date(s) of competition, **CON**—contest(s), **NGB**— National Governing Body

| Sport | Preseason Practice 17._.2 | First Date of Competition 17._.3 | End of Regular Season 17._.4 | Number of Dates of Competition/Contests 17._.5 | Contest Exemption Standard |
|---|---|---|---|---|---|
| **Soccer** | **TS** - Date that permits 16 units in the preseason practice formula before the first permissible contest date.<br><br>**NTS** -<br>First class date after January 1. | **TS** - September 1 or the preceding Friday if September 1 falls on a Saturday, Sunday, or Monday. May play up to three scrimmages or exhibition games prior to the first regular scheduled contest.<br><br>**NTS** - First class date after January 1. | **TS** - NCAA selections.<br><br>**NTS** - Five weekdays before start of final exam period. * | **TS** - 20 CON[1] | Alumni Contest Conference Championship Foreign Tour (once in three years) Hawaii, Alaska, and Puerto Rico (once in four years) National Team Season-Ending Tournament Up to two exhibitions, scrimmages, or joint practices. |
| **Softball** | **TS** - 15 weeks prior to NCAA selections.<br><br>**NTS** - September 7 or first day of classes. | **TS** - 15 weeks prior to NCAA selections.<br><br>**NTS** - September 7 or first day of classes. | **TS** - NCAA selections.<br><br>**NTS** - Five weekdays before start of fall final exam period. * | **TS** - 40 CON[1] | Alumni Contest Conference Championship Foreign Tour (once in three years) Hawaii, Alaska, and Puerto Rico (once in four years) National Team Season-Ending Tournament Up to two exhibitions, scrimmages, or joint practices. |
| **Stunt** | **TS** - 15 weeks prior to NCAA selections.<br><br>**NTS** - September 7 or first day of classes. | **TS –** 15 weeks prior to NCAA selections.<br><br>**NTS** - September 7 or first day of classes. | **TS** - Selection date of the last Division III spring championship sport to conduct selections.<br><br>**NTS** - Five weekdays before start of fall final exam period. * | 14 DOC | Alumni Contest Conference Championship Foreign Tour (once in three years) Hawaii, Alaska, and Puerto Rico (once in four years) National Team Season-Ending Tournament Up to two exhibitions, scrimmages, or joint practices. |
| **Swimming and Diving** | September 7 or first day of classes for fall term. | September 7 or first day of classes for fall term. | NCAA selections. | 16 DOC | Alumni Contest Conference Championship Foreign Tour (once in three years) Hawaii, Alaska, and Puerto Rico (once in four years) National Team Season-Ending Tournament Up to two exhibitions, scrimmages, or joint practices. |

[1]See Bylaw 17.1.4.4 for limits on athletically related activities and competition-specific limits on one date of competition in a nontraditional segment

\* Five-weekday limitation applies to any regular academic term

## FIGURE17-1—Playing and Practice Seasons Chart

*See Bylaw 17 for standard legislative provisions that apply to all sports.*

LEGEND: **TS**—traditional segment, **NTS**—nontraditional segment, **DOC**—date(s) of competition, **CON**—contest(s),
**NGB**— National Governing Body

| Sport | Preseason Practice 17._.2 | First Date of Competition 17._.3 | End of Regular Season 17._.4 | Number of Dates of Competition/Contests 17._.5 | Contest Exemption Standard |
|---|---|---|---|---|---|
| **Tennis** | **Fall** - Date that permits 16 units in the preseason practice formula before the first permissible contest date. **Spring** - January 15. | **Fall** - September 1 or the preceding Friday if September 1 falls on a Saturday, Sunday, or Monday, or the first day of classes, whichever is earlier. **Spring** - January 15. | **Fall** - Five weekdays before the start of the fall final exam period.* **Spring** - NCAA selections. | 20 DOC, including not more than four individual singles/ doubles tournaments that are counted as single dates of competition. | Alumni Contest Conference Championship Foreign Tour (once in three years) Hawaii, Alaska, and Puerto Rico (once in four years) National Team Season-Ending Tournament Up to two exhibitions, scrimmages, or joint practices. |
| **Track and Field** | **Indoor** - September 7 or first day of classes for fall term. **Outdoor** - 15 weeks prior to NCAA selections. | **Indoor** - September 7 or first day of classes for fall term. **Outdoor** - 15 weeks prior to NCAA selections. | **Indoor –** NCAA Selections. **Outdoor –** NCAA Selections. | 18 DOC, including not more than four two-day meets that are counted as single dates of competition. | Alumni Contest Conference Championship Foreign Tour (once in three years) Hawaii, Alaska, and Puerto Rico (once in four years) National Team Season-Ending Tournament Up to two exhibitions, scrimmages, or joint practices. |
| **Triathlon, Women's** | **TS -** Date that permits 16 units in the preseason practice formula before the first permissible contest date. **NTS -** First class date after January 1. | **TS -** September 1 of the preceding Friday if September 1 falls on a Saturday, Sunday, or Monday. **NTS -** First class date after January 1. | **TS -** Selection date of the last Division III fall championship sport to conduct selections. **NTS -** Five weekdays before start of final exam period.* | 6 DOC. | Alumni Contest Conference Championship Foreign Tour (once in three years) Hawaii, Alaska, and Puerto Rico (once in four years) National Team Season-Ending Tournament Up to two exhibitions, scrimmages, or joint practices. |
| **Volleyball** | **Women TS -** Date that permits 16 units in the preseason practice formula before the first permissible contest date. | **Women TS -** September 1 or preceding Friday if September 1 falls on a Saturday, Sunday, or Monday, except exempted scrimmages, | **TS -** NCAA selections. **NTS -** Five weekdays before start of final exam period.* | **TS -** 22 DOC[1] | Alumni Contest Conference Championship Foreign Tour (once in three years) Hawaii, Alaska, and Puerto Rico (once in four years) National Team Season-Ending Tournament Up to two exhibitions, scrimmages, or joint practices. |

[1] See Bylaw 17.1.4.4 for limits on athletically related activities and competition-specific limits on one date of competition in a nontraditional segment
* Five-weekday limitation applies to any regular academic term

**FIGURE17-1—Playing and Practice Seasons Chart**

*See Bylaw 17 for standard legislative provisions that apply to all sports.*

LEGEND: **TS**—traditional segment, **NTS**—nontraditional segment, **DOC**—date(s) of competition, **CON**—contest(s),
**NGB**— National Governing Body

| Sport | Preseason Practice 17._.2 | First Date of Competition 17._.3 | End of Regular Season 17._.4 | Number of Dates of Competition/Contests 17._.5 | Contest Exemption Standard |
|---|---|---|---|---|---|
| **Volleyball (continued)** | **Women NTS -** First class date after January 1.<br><br>**Men TS -** 15 weeks prior to NCAA selections.<br><br>**Men NTS -** September 7 or first day of classes. | exhibitions and joint practices are permitted prior to first regular season CON or DOC<br><br>**Women NTS -** First class date after January 1.<br><br>**Men TS-** 15 weeks prior to NCAA selections.<br><br>**Men NTS -** First class date after January 1. | | | |
| **Water Polo** | **Women TS -** 15 weeks prior to NCAA selections.<br><br>**Women NTS -** September 7 or first day of classes.<br><br>**Men TS** – Date that permits 21 practice opportunities before the first permissible contest date.<br><br>**Men NTS -** First class date after January 1. | **Women TS** — 15 weeks prior to NCAA selections.<br><br>**Women NTS -** September 7 or first day of classes.<br><br>**Men TS** – First Saturday in September.<br><br>**Men NTS** – First class date after January 1. | **Women—** NCAA selections.<br><br>**Men** - NCAA selections.<br><br>**NTS** - Five weekdays before start of final exam period.* | 21 DOC | Alumni Contest Conference Championship Foreign Tour (once in three years) Hawaii, Alaska, and Puerto Rico (once in four years) National Team Season-Ending Tournament Up to two exhibitions, scrimmages, or joint practices. |
| **Wrestling, Men's** | October 10. | November 1. | NCAA selections. | 16 DOC, including not more than two two-day meets that are counted as single dates of competition. | Alumni Contest Conference Championship Foreign Tour (once in three years) Hawaii, Alaska, and Puerto Rico (once in four years) National Team Season-Ending Tournament Up to two exhibitions, scrimmages, or joint practices. |
| **Wrestling, Women's** | October 10. | November 1. | NCAA selections. | 16 DOC, including not more than two two-day meets that are counted as single dates of competition. | Alumni Contest Conference Championship Foreign Tour (once in three years) Hawaii, Alaska, and Puerto Rico (once in four years) National Team Season-Ending Tournament Up to two exhibitions, scrimmages, or joint practices. |

[1]See Bylaw 17.1.4.4 for limits on athletically related activities and competition-specific limits on one date of competition in a
nontraditional segment

* Five-weekday limitation applies to any regular academic term

**FIGURE17-1—Playing and Practice Seasons Chart**
**NCAA Selections Dates**

### Fall Sport NCAA SELECTIONS

| *Sport* | *2023-24* | *2024-25* | *2025-26* |
|---|---|---|---|
| Cross Country | Nov. 12 | Nov. 17 | Nov. 16 |
| Field Hockey | Nov 5 | Nov. 10 | Nov. 9 |
| Soccer | Nov. 5 | Nov. 10 | Nov. 9 |
| Women's Volleyball | Nov. 12 | Nov. 17 | Nov. 16 |
| Men's Water Polo | Nov. 19 | Nov. 24 | Nov. 23 |
| Sports without an NCAA Championship | Nov. 12 | Nov. 17 | Nov. 16 |

### Winter Sport NCAA OR NATIONAL COLLEGIATE SELECTIONS

| *Sport* | *2023-24* | *2024-25* | *2025-26* |
|---|---|---|---|
| Basketball | Feb. 25 | March 2 | March 1 |
| Bowling | March 24 | March 23 | March 22 |
| Fencing | Feb. 19 | Feb. 24 | Feb. 23 |
| Men's Gymnastics | April 7 | April 6 | April 5 |
| Women's Gymnastics | March 25 | March 24 | March 23 |
| Ice Hockey | March 3 | March 9 | March 8 |
| Indoor Track and Field | March 3 | March 2 | March 8 |
| Rifle | Feb. 20 | Feb. 25 | Feb. 24 |
| Swimming and Diving | March 2 | March 1 | Feb. 28 |
| Wrestling | March 3 | March 2 | March 1 |
| Sports without an NCAA Championship | March 3 | March 9 | March 8 |

### Spring Sport NCAA SELECTIONS AND 15-WEEK START DATES

| *Sport* | *2023-24* | *15 Weeks* | *2024-25* | *15 Weeks* | *2025-26* | *15 Weeks* |
|---|---|---|---|---|---|---|
| Baseball | May 13 | Jan. 29 | May 12 | Jan. 27 | May 11 | Jan. 26 |
| Lacrosse | May 5 | Jan. 21 | May 4 | Jan. 19 | May 3 | Jan. 18 |
| Softball | May 13 | Jan. 29 | May 12 | Jan. 27 | May 11 | Jan. 26 |
| Outdoor Track and Field | May 19 | Feb. 4 | May 18 | Feb. 2 | May 17 | Feb. 1 |
| Beach Volleyball | April 27 | Jan. 13 | April 26 | Jan. 11 | April 25 | Jan. 10 |
| Men's Volleyball | April 14 | Dec. 31 | April 13 | Dec. 29 | April 12 | Dec. 28 |
| W. Water Polo | April 28 | Jan. 14 | April 27 | Jan. 12 | April 26 | Jan. 11 |
| Sports without an NCAA Championship | May 19 | Feb. 4 | May 18 | Feb. 4 | May 17 | Feb. 4 |

**FIGURE17-1—Playing and Practice Seasons Chart**
**NCAA Selections Dates**
**Period Sport NCAA SELECTIONS**

| *Sport* | *2023-24* | *2024-25* | *2025-26* |
|---|---|---|---|
| Men's Golf | May 6 | May 12 | May 4 |
| Women's Golf | May 13 | May 5 | May 11 |
| Rowing | May 13 | May 12 | May 11 |
| Tennis | May 6 | May 5 | May 4 |

NCAA/06.03.2024

BYLAWS, ARTICLE 18

# Championships.

## 18.01 General Principles.

**18.01.1 Purpose of NCAA Championships.** NCAA championships are intended to provide national-level competition among the best eligible student-athletes and teams of member institutions, with consideration also for approved regional structures for certain championships.

**18.01.2 Postseason Competition Not Sponsored by a Collegiate Entity.** Competition by member institutions in postseason contests that are not sponsored, promoted, managed and controlled by a collegiate entity shall conform to the requirements set forth in this article and all other applicable legislation of the Association, which may include penalties for violations of these requirements by sponsoring agencies.

## 18.02 Definitions and Applications.

### 18.02.1 Championships.

**18.02.1.1 National Collegiate Championship.** A National Collegiate Championship for a particular sport is postseason competition conducted by the Association for eligible student-athletes and teams of active member institutions to determine the NCAA champion in that sport for all divisions that do not have a separate division championship in that sport. A National Collegiate Championship is established or continued in accordance with the criteria set forth in Bylaws 18.2.3 and 18.2.4.

**18.02.1.2 Division Championship.** A division championship for a particular sport is postseason competition conducted by the Association for eligible student-athletes or teams of active member institutions to determine the division champion in that sport. A division championship is established or continued in accordance with the criteria set forth in Bylaws 18.2.3 and 18.2.4.

**18.02.2 Mixed Team.** A mixed team is a varsity intercollegiate sports team on which at least one individual of each gender competes (see Bylaw 18.2.8.3). *(Revised: 1/11/94)*

**18.02.3 Open Date.** An open date is a regular weekend playing date before the end of an institution's regular football schedule on which an institution is not playing a game, or a date approved by the Management Council, by a two-thirds majority of its members present and voting, to enable an institution to assist financially in meeting an unforeseen hardship situation resulting directly from the institution's intercollegiate athletics activities.

## 18.1 Regulations and Authority for Conduct of Championships. All NCAA championships shall be conducted in accordance with this bylaw and the policies and procedures established by the Championships Committee, the Management Council, the Presidents Council and/or the Board of Governors, which shall establish and revise the policies and procedures governing the administration of NCAA championships, including selection processes, formats and distribution of revenues to participating institutions. NCAA championships shall be under the control, direction and supervision of the appropriate sports committees, subject to the requirements, standards and conditions prescribed in Bylaw 31. *(Revised: 1/10/91, 8/22/07, 2/10/15)*

## 18.2 Criteria for Establishment or Continuation of Championships. The establishment or continuation of an NCAA championship in a given sport shall be determined on the basis of the requirements in the following bylaws, with sponsorship of a sport based on the Association's records as of September 30 each year.

**18.2.1 National Collegiate Championship.** A National Collegiate Championship for which any active member in good standing is eligible (per Bylaw 20.8) may be established by action of all three divisions acting through each division's governance structure, subject to the requirements, standards and conditions regarding the required number of members sponsoring the sport as prescribed in this bylaw. *(Revised: 1/14/97 effective 8/1/97)*

**18.2.2 Division Championship.** A division championship in a particular sport may be established by a majority vote of all members of that division present and voting at an annual Convention subject to the requirements, standards and conditions regarding the required number of members sponsoring the sport as prescribed in this bylaw. *(Revised: 1/9/96 effective 8/1/97)*

**18.2.3 Championships Existing during 1993-94.** A National Collegiate Championship or a division championship that existed during the 1993-94 academic year may be continued if at least 40 member institutions sponsor the sport. *(Adopted: 1/11/94 effective 8/1/94)*

**18.2.3.1 National Collegiate and Division Championship in Same Sport.** If a National Collegiate Championship and a division championship exist in the same sport, sponsorship of the sport in the division in which the division championship is conducted shall not count toward the minimum sponsorship number for the National Collegiate Championship. *(Adopted: 1/11/94 effective 8/1/94)*

## 18.2.4 Minimum Sponsorship for Championships.

**18.2.4.1 Men's Sports.** A National Collegiate Championship or a division championship may be established in a men's sport if at least 50 institutions sponsor the sport. *(Adopted: 1/11/94 effective 8/1/94, Revised: 10/20/08)*

**18.2.4.2 Women's Sports.** A National Collegiate Championship or a division championship may be established in a women's sport if at least 40 institutions sponsor the sport. *(Adopted: 1/11/94 effective 8/1/94, Revised: 1/13/98 effective 8/1/98, 1/12/99, 1/13/03, 10/20/08)*

**18.2.4.2.1 Exception -- Establishment of Division III Championship.** A Division III championship in an emerging women's team sport may be sponsored if at least 28 institutions sponsor the sport. *(Adopted: 1/8/01 effective 8/1/01, Revised: 11/11/19)*

**18.2.4.3 Sponsorship Criteria.**

**18.2.4.3.1 Minimum Period.** In men's sports, the applicable minimum sponsorship number must exist for two consecutive academic years in order for a championship to be established. Legislation to establish the championship may be proposed during the second year in which the minimum sponsorship number exists. In women's sports, the applicable minimum sponsorship number must exist for one academic year in order for a championship to be established. Legislation to establish the championship may be proposed during the year in which the minimum sponsorship number exists. Varsity sports sponsored before August 1, 1994, shall count toward the applicable minimum-year sponsorship requirement. *(Adopted: 1/11/94 effective 8/1/94, Revised: 1/11/00 effective 8/1/00)*

**18.2.4.3.2 National Collegiate and Division Championship in Same Sport.** If a National Collegiate Championship and a division championship exist in the same sport, sponsorship of the sport in the division in which the division championship is conducted shall not count toward the minimum sponsorship number for the National Collegiate Championship. *(Adopted: 1/11/94 effective 8/1/94)*

## 18.2.5 Establishment of Single Championship in Sport. If only one championship is established or continued in accordance with Bylaws 18.2.3 and 18.2.4, it shall be a National Collegiate Championship for which any active member institution in good standing can be eligible.

## 18.2.6 Establishment of Two Championships in Sport. If a National Collegiate Championship and one division championship exist in the same sport, only the members of the division sponsoring the division championship may participate in the division championship, and that division's membership may not participate in the National Collegiate Championship in that sport.

## 18.2.7 Establishment of Three Championships in Sport. If a National Collegiate Championship and two division championships exist in the same sport, the National Collegiate Championship automatically shall become a division championship for the remaining division that does not sponsor a division championship in that sport.

## 18.2.8 Determination of Sponsorship Requirements.

**18.2.8.1 Single-Gender Athletics Programs.** For purposes of meeting the required minimums set forth in Bylaws 18.2.3 and 18.2.4, member institutions sponsoring no varsity intercollegiate athletics programs for men shall not be included in making calculations concerning men's championships, and member institutions sponsoring no varsity intercollegiate athletics programs for women shall not be included in making calculations concerning women's championships.

**18.2.8.2 Separate Men's and Women's Teams, Same Sport.** For purposes of meeting the required minimums set forth in Bylaws 18.2.3 and 18.2.4 for a combined men's and women's championship, separate varsity intercollegiate men's and women's teams in the same sport at a member institution shall be counted separately.

**18.2.8.3 Mixed Team.** For purposes of meeting the required minimums set forth in Bylaws 18.2.3 and 18.2.4, a mixed team (as defined in Bylaw 18.02.2) shall be counted as one team. A mixed team shall count toward the minimum-sponsorship percentage for men's championships.

## 18.2.9 Subdivision Requirements. If a division subdivides for the administration of a sport, resulting in less than the applicable minimum number of the division's active members sponsoring the sport on a varsity intercollegiate basis in that subdivision, the subdivision shall meet the requirement within three years of the date the subdivision was created. It may establish and conduct a championship in the interim. *(Revised: 1/11/94 effective 8/1/94)*

**18.2.10 Failure to Meet Minimum Sponsorship Requirements.** A championship shall be discontinued automatically at the conclusion of the academic year in which it falls below the applicable minimum sponsorship number set forth in Bylaw 18.2.3 or 18.2.4. *(Revised: 1/11/94 effective 8/1/94)*

**18.2.10.1 Exception -- Olympic or Paralympic Sports.** A National Collegiate Championship or a division championship in any Olympic or Paralympic sport shall be exempt from the minimum-sponsorship-percentage requirements of Bylaws 18.2.3 and 18.2.4. The membership may adopt specific legislation to discontinue the championship in an Olympic or Paralympic sport. *(Adopted: 1/14/97 effective 8/1/97, Revised: 12/5/06, 1/22/20 effective 8/1/20)*

## 18.3 Current Championships.
The Association currently administers 90 national championships. Eleven are National Collegiate Championships. Additionally, there are 26 Division I championships, 25 Division II championships and 28 Division III championships (see Bylaw 31.02.2 for information about the classification and terminology of championships and see Bylaw 18.2.1 for the voting requirements for the establishment of a new championship). The current championships are as follows: *(Revised: 1/10/90, 1/10/92, 1/9/96, 1/13/03 effective 8/1/03, 1/17/15 effective 8/1/15)*

### 18.3.1 National Collegiate Championship (11). [#]

| Men (3) | Men and Women (3) | Women (5) |
|---|---|---|
| Gymnastics | Fencing | Beach Volleyball |
| Volleyball (Divisions I and II) | Rifle | Bowling |
| Water Polo | Skiing | Gymnastics |
| | | Ice Hockey (Divisions I and II) |
| | | Water Polo |

*(Revised: 1/12/99 effective 8/1/99, 1/11/00 effective 8/1/00, 1/13/03 effective 8/1/03, 1/17/15, 8/1/15, 8/19/15)*

### 18.3.2 Division III Championships.

| Men (14) | Women (14) |
|---|---|
| Baseball | Basketball |
| Basketball | Cross Country |
| Cross Country | Field Hockey |
| Football | Golf |
| Golf | Ice Hockey |
| Ice Hockey | Lacrosse |
| Lacrosse | Rowing |
| Soccer | Soccer |
| Swimming and Diving | Softball |
| Tennis | Swimming and Diving |
| Indoor Track and Field | Tennis |
| Outdoor Track and Field | Indoor Track and Field |
| Volleyball | Outdoor Track and Field |
| Wrestling | Volleyball |

*(Revised: 1/12/99 effective 8/1/99, 1/8/01, 1/15/11 effective 8/1/11)*

## 18.4 Eligibility for Championships.

**18.4.1 Student-Athlete Eligibility.** To be eligible for NCAA championships, a student-athlete shall meet all applicable individual-eligibility requirements set forth in NCAA legislation. The general and academic eligibility requirements are set forth in detail in Bylaw 14.

**18.4.1.1 Institution's Responsibility.** It is the responsibility of an institution to withhold from all intercollegiate competition a student-athlete who is ineligible under any NCAA legislation as set forth in Bylaw 14.10.1.

**18.4.1.2 Committee on Student-Athlete Reinstatement Authority.** The Committee on Student-Athlete Reinstatement shall have initial authority to determine all matters pertaining to the eligibility of student-athletes competing

in the various NCAA championships and to act upon all appeals concerning the eligibility of student-athletes submitted by member institutions (see Bylaw 14.12).

**18.4.1.3 Protest of Eligibility Status.** If a student-athlete has been certified by the institution as eligible to compete in an NCAA championship and the student-athlete's eligibility is protested, the Committee on Student-Athlete Reinstatement shall not rule on such a protest received during the period beginning 24 hours before the event and ending with the conclusion of the event (see Bylaw 31.2.2.2 regarding protests received during a break in the continuity of a championship).

**18.4.1.4 Amateur-Status Certification.** If requested by the Championships Committee, the student-athlete shall certify their amateur standing under the provisions of Bylaw 12 by signing an affidavit that is administered by the chair of the games committee and taken on a form prescribed by the Championships Committee. *(Revised: 4/20/21)*

**18.4.1.5 Ineligibility for Use of Banned Drugs.** A student-athlete who, as a result of a drug test administered by the NCAA, tests positive for use of a substance in a banned drug class, as set forth in Bylaw 31.2.3.1, shall be declared ineligible for further participation in postseason and regular-season competition in accordance with the ineligibility provisions in this bylaw. *(Revised: 1/10/90 effective 8/1/90, 1/18/14 effective 8/1/14 for any NCAA drug test administered on or after 8/1/14, 6/19/14, 9/26/16)*

**18.4.1.5.1 Penalty -- Banned Drug Classes Other Than Narcotics.** A student-athlete who, as a result of a drug test administered by the NCAA, tests positive for use of a substance in a banned drug class other than narcotics (in accordance with the testing methods authorized by the Board of Governors), shall be charged with the loss of one season of participation in all sports, in addition to the use of a season of participation, pursuant to Bylaw 14.2.4.1, during the same academic year. The student-athlete shall remain ineligible for all regular-season and postseason competition during the time period ending one calendar year (i.e., 365 days) after the collection of the student-athlete's positive drug-test specimen and until they test negative (in accordance with the testing methods authorized by the Board of Governors). *(Revised: 1/10/90 effective 8/1/90, 1/16/93, 1/9/96 effective 8/1/96, 1/14/97 effective 8/1/97, 1/8/01, 4/15/03, 1/12/04 effective 8/1/04 for any athletics participation occurring on or after 8/1/04, 10/18/04 effective 8/1/05, 6/3/05, 6/9/05, 7/24/07, 1/18/14 effective 8/1/14 for any NCAA drug test administered on or after 8/1/14, 10/21/14, 2/10/15, 1/16/16 effective 8/1/16 for all drug tests administered on or after 8/1/16, 9/26/16, 1/26/17, 10/16/18 effective 8/1/19, 4/20/21, 4/22/24 Immediate)*

**18.4.1.5.1.1 Second Positive Test.** If a student-athlete who previously tested positive for the use of a substance in a banned drug class other than narcotics tests positive a second time for use of a substance in a banned drug class other than narcotics, they shall lose all remaining regular-season and postseason eligibility in all sports. If a student-athlete who previously tested positive for the use of a substance in a banned drug class other than narcotics tests positive for the use of a substance in the banned drug class narcotics, they shall be ineligible for competition for 50 percent of a season in all sports (i.e., 50 percent of the Bylaw 17 maximum regular-season contests or dates of competition). The student-athlete shall remain ineligible from the time the institution is notified of the test result until the prescribed penalty is fulfilled and they test negative (in accordance with the testing methods authorized by the Board of Governors). *(Adopted: 1/10/05 effective 8/1/05 for drug tests conducted on or after 8/1/05, Revised: 6/9/05, 1/16/16 effective 8/1/16 for all drug tests administered on or after 8/1/16, 9/26/16, 1/26/17, 10/16/18 effective 8/1/19, 4/20/21, 6/7/22 effective 8/1/22 August 1, 2022; for penalties served August 1, 2022, or later., 4/22/24 Immediate)*

**18.4.1.5.2 Penalty -- Narcotics.** A student-athlete who, as a result of a drug test administered by the NCAA, tests positive for use of a substance in the banned drug class narcotics (in accordance with the testing methods authorized by the Board of Governors) shall be ineligible for competition during 50 percent of a season in all sports (i.e., 50 percent of the Bylaw 17 maximum regular-season contests or dates of competition). The student-athlete shall remain ineligible from the time the institution is notified of the test result until the prescribed penalty is fulfilled and they test negative (in accordance with the testing methods authorized by the Board of Governors). *(Adopted: 1/18/14 effective 8/1/14 for any NCAA drug test administered on or after 8/1/14, Revised: 2/10/15, 1/16/16 effective 8/1/16 for all drug tests administered on or after 8/1/16, 9/26/16, 1/26/17, 7/18/17 effective 8/1/17, 10/16/18 effective 8/1/19, 4/20/21, 6/7/22 effective 8/1/22 August 1, 2022; for penalties served August 1, 2022, or later.)*

**18.4.1.5.2.1 Second Positive Test.** If a student-athlete who previously tested positive for the use of a substance in the banned drug class narcotics tests positive a second time for the use of a substance in the banned drug class narcotics, they shall be charged with the loss of one additional season of participation in all sports, in addition to the use of a season of participation, pursuant to Bylaw 14.2.4.1, during the same academic year. The student-athlete shall remain ineligible for all regular-season and postseason competition during the time period ending one calendar year (i.e., 365 days) after the collection of their second positive drug-test specimen or until the period of ineligibility for any prior positive drug tests has expired, whichever occurs later. If a student-athlete

who previously tested positive for the use of a substance in the banned drug class narcotics tests positive for use of a substance in a banned drug class other than narcotics, they shall be ineligible for one season of participation in all sports, in addition to the use of a season of participation, pursuant to Bylaw 14.2.4.1, during the same academic year. The student-athlete shall remain ineligible for all regular-season and postseason competition during the time period ending one calendar year (i.e., 365 days) after the collection of the student-athlete's positive drug test specimen and until they test negative (in accordance with the testing methods authorized by the Board of Governors). *(Adopted: 9/26/16, Revised: 1/26/17, 10/16/18 effective 8/1/19, 4/20/21, 6/7/22 effective 8/1/22 August 1, 2022; for penalties served August 1, 2022, or later., 4/22/24 Immediate)*

**18.4.1.5.3 Breach of NCAA Drug-Testing Program Protocol.** A student-athlete who is in breach of the NCAA drug-testing program protocol (e.g., no show) shall be considered to have tested positive for the use of any drug other than a narcotic. *(Adopted: 1/10/05 effective 8/1/05, Revised: 1/14/12 effective 8/1/12, 9/26/16, 1/26/17, 10/16/18 effective 8/1/19, 4/22/24 Immediate)*

**18.4.1.5.3.1 Tampering With a Drug-Test Sample.** A student-athlete who is involved in a case of clearly observed tampering with an NCAA drug test sample (e.g., urine substitution and related methods), as documented per NCAA drug-testing protocol by a drug-testing crew member, shall be charged with the loss of two seasons of participation in all sports if the season of competition has not yet begun for that student-athlete or the equivalent of two full seasons of participation in all sports if the student-athlete is involved in tampering with a drug-test sample during their season of participation (the remainder of contests in the current season and contests in the following two seasons up to the period of time in the initial season in which the student-athlete was declared ineligible). The student-athlete shall remain ineligible for all regular-season and postseason competition during the time period ending two calendar years (i.e., 730 days) after the student-athlete was involved in the tampering with a drug test sample and until they test negative (in accordance with the testing methods authorized by the Board of Governors. *(Adopted: 1/14/12 effective 8/1/12, Revised: 7/12/12, 9/26/16, 4/16/19, 4/20/21)*

**18.4.1.5.4 Transfers.** If a student-athlete transfers to another NCAA institution while ineligible, the institution from which the student-athlete transferred must notify the student-athlete's new institution that the student-athlete is ineligible. If the student-athlete transfers to a non-NCAA institution while ineligible and competes in intercollegiate competition during the prescribed period of ineligibility, the student-athlete will be ineligible for all NCAA regular-season and postseason competition until the student-athlete does not compete in intercollegiate competition for the entirety of the prescribed penalty. Furthermore, the student-athlete must retest negative (in accordance with the testing methods authorized by the Board of Governors). *(Revised: 1/10/05 effective 8/1/05, 1/18/14 effective 8/1/14, 2/10/15, 1/16/16 effective 8/1/16 for all drug tests administered on or after 8/1/16, 9/26/16)*

**18.4.1.5.5 Appeals.** An institution may appeal a drug-test penalty to the Committee on Competitive Safeguards and Medical Aspects of Sports (or a designated subcommittee) as specified by the committee's policies and procedures. The committee determination shall be final, binding and conclusive and shall not be subject to further review by any other authority. *(Adopted: 9/26/16, Revised: 4/20/21, 7/21/21)*

**18.4.1.5.6 Banned Drugs and Drug-Testing Methods.** The Board of Governors shall adopt a list of banned drug classes and shall authorize methods for drug testing of student-athletes on a year-round basis. The list of banned drug classes and the procedure for informing member institutions about authorized methods for drug testing are set forth in Bylaw 31.2.3. *(Revised: 1/10/90 effective 8/1/90, 6/3/05, 2/10/15, 9/26/16)*

**18.4.1.5.7 Non-NCAA Athletics Organization's Positive Drug Test.** The Board of Governors shall authorize methods for drug testing any student-athlete who has disclosed in the student-athlete statement (see Bylaw 14.1.3.1) that they have a positive drug test administered by a non-NCAA athletics organization that has adopted the World Anti-Doping Agency (WADA) code. A student-athlete under drug-testing suspension from a national or international sports governing body that has adopted the WADA code shall not participate in NCAA intercollegiate competition for the duration of the suspension. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/10/05 effective 8/1/05, 2/10/15, 6/20/17, 4/20/21)*

**18.4.2 Institutional Eligibility.** To be eligible to enter a team or an individual in NCAA championship competition, an institution shall meet the requirements set forth in Bylaw 31.2.1. *(Revised: 4/13/10)*

# 18.5 Automatic Qualification by Conference.

**18.5.1 Division Championship.** To be eligible for automatic qualification into any Division III championship, a conference shall meet the requirements set forth in Bylaw 31.3.3. *(Revised: 1/7/06)*

**18.5.2 National Collegiate Championship. [#]** To be eligible for automatic qualification into any National Collegiate Championship, a conference shall: *(Adopted: 1/7/06)*

(a) Have at least six active members that sponsor the applicable sport in any division; and

(b) Meet all applicable requirements for conference automatic qualification into any National Collegiate Championship as set forth in Bylaw 31.3.3.2.

## 18.6 Playing Rules for Championships.
In sports in which the Association maintains rules committees, the rules adopted by said committees shall govern the conduct of all NCAA-sponsored events in those sports. In those sports in which the Association does not maintain rules committees, the rules to be used are specified in Bylaw 31.1.6.

BYLAWS, ARTICLE 19

# Infractions Program.

## 19.01 General Principles.

**19.01.1 Mission of NCAA infractions Program.** It shall be the mission of the NCAA infractions program to eliminate violations of NCAA rules and prescribe appropriate penalties should violations occur. The program is committed to fairness of procedures and the timely and equitable resolution of infractions cases. The achievement of these objectives is essential to the conduct of a viable and effective infractions program. Further, an important consideration in prescribing penalties is to provide fairness to uninvolved student-athletes, coaches, administrators, competitors and other institutions. *(Adopted: 1/11/94, Revised: 4/15/14, 5/18/15)*

**19.01.2 Exemplary Conduct.** Individuals employed by or associated with member institutions for the administration, the conduct or the coaching of intercollegiate athletics are, in the final analysis, teachers of young people. Their responsibility is an affirmative one, and they must do more than avoid improper conduct or questionable acts. Their own moral values must be so certain and positive that those younger and more pliable will be influenced by a fine example. Much more is expected of them than of the less critically placed citizen.

**19.01.3 Responsibility to Cooperate.** All representatives of member institutions shall cooperate fully with the NCAA enforcement staff, Committee on Infractions, Infractions Appeals Committee and Management Council to further the objectives of the Association and its infractions program. The enforcement policies and procedures are an essential part of the intercollegiate athletics program of each member institution and require full and complete disclosure by all institutional representatives of any relevant information requested by the NCAA enforcement staff, Committee on Infractions or Infractions Appeals Committee during the course of an inquiry. *(Revised: 4/15/14, 5/18/15)*

**19.01.4 Violations by Institutional Staff Members.** Institutional staff members found in violation of the bylaws shall be subject to disciplinary or corrective action as set forth in the provisions of the NCAA enforcement procedures, whether such violations occurred at the certifying institution or during the individual's previous employment at another member institution. *(Revised: 4/15/14)*

**19.01.5 Nature of Penalty Structure.** As a guiding principle, a penalty prescribed under NCAA enforcement policies and procedures should be broad and severe if the violation or violations reflect a general disregard for the governing rules; in those instances in which the violation or violations are isolated and of relative insignificance, then the NCAA penalty shall be specific and limited. Previous violations of NCAA legislation shall be a contributing factor in determining the degree of penalty. *(Revised: 4/15/14)*

## 19.02 Definitions and Applications.

**19.02.1 Show-Cause Order.** A show-cause order is one that requires a member institution to demonstrate to the satisfaction of the Committee on Infractions (or the Infractions Appeals Committee per Bylaw 19.2) why it should not be subject to a penalty (or additional penalty) for not taking appropriate disciplinary or corrective action with regard to an institutional staff member or representative of the institution's athletics interests identified by the committee as having been involved in a violation of the bylaws that has been found by the committee. *(Revised: 1/10/95, 1/12/04, 4/15/14, 6/2/17)*

**19.02.2 Types of Violations.**

**19.02.2.1 Violation, Secondary.** A secondary violation is a violation that is isolated or inadvertent in nature, provides or is intended to provide only a minimal recruiting or competitive or other advantage and does not include any significant impermissible benefits, including but not limited to, extra benefits, recruiting inducements, preferential treatment or financial aid. Multiple secondary violations by a member institution collectively may be considered as a major violation. *(Revised: 1/11/94, 7/20/10)*

**19.02.2.2 Violation, Major.** All violations other than secondary violations are major violations, specifically including those that provide an extensive recruiting or competitive advantage. *(Revised: 1/11/94)*

**19.02.3 New Information.** New information is information that could not reasonably be ascertained before the Committee on Infractions hearing. *(Adopted: 1/6/96, Revised: 6/1/16)*

## 19.1 Committee on Infractions. The Management Council shall appoint a Committee on Infractions, which shall be responsible for administration of the NCAA infractions program.

**19.1.1 Composition of Committee.** The Committee on Infractions shall be composed of five members, including one member from the Management Council and one member from the general public. One of the members shall serve as chair and one member shall serve as vice chair. *(Revised: 1/16/93, 1/14/97 effective 8/1/97, 1/14/02)*

**19.1.1.1 Quorum.** Three members present and voting shall constitute a quorum to conduct committee business, it being understood that the chair shall make a special effort to have full committee attendance when major infractions cases involving violations are to be considered. *(Revised: 1/14/97 effective 8/1/97)*

**19.1.2 Authority of Committee on Infractions.** Disciplinary or corrective actions other than suspension or termination of membership may be effected by members of the Committee on Infractions present and voting at any duly called meeting, provided the call of such a meeting shall have contained notice of the situation presenting the disciplinary problem. Actions of the committee in cases involving major violations, however, shall be subject to review by the Infractions Appeals Committee per Bylaw 19.2, on appeal. *(Revised: 1/16/93, 1/10/95, 1/14/97 effective 8/1/97, 1/12/04)*

**19.1.2.1 Authority of Vice President of Enforcement.** On review of information developed by the enforcement staff or self-reported by the member institution, the vice president of enforcement, or their designee, shall identify the case as involving alleged major or secondary violations, or multiple secondary violations that should be viewed as a major violation. Disciplinary or corrective actions in the case of secondary violations may be effected by the vice president of enforcement or their designee. Said actions shall be taken in accordance with the provisions of the enforcement policies and procedures and shall be subject to review by the Committee on Infractions. *(Revised: 1/14/97 effective 8/1/97, 1/12/04, 4/15/14, 5/18/15, 4/20/21)*

**19.1.2.2 Authority of Committee Chair.** In the interim between meetings of the committee, the chair shall be empowered to act on behalf of the committee, subject to committee approval at its next meeting. If at any time at a meeting or between meetings the chair is unavailable to act as such, the vice chair is empowered to exercise the functions of the chair. For each hearing, the committee chair or chair's designee shall serve as the committee's appeals advocate for any appeal of a decision of the committee. If scheduling or availability issues prevent the appeals advocate from serving, the chair may designate another committee member to serve as a substitute. *(Revised: 1/14/97 effective 8/1/97, 1/14/02)*

**19.1.2.3 Temporary Substitutes.** If it appears that one or more members of the committee will be unable to participate in the hearing of a case, the chair may request the Management Council to designate a former member or members of the committee to rejoin the committee for purposes of the consideration and disposition of that case. *(Adopted: 1/14/97 effective 8/1/97)*

**19.1.3 Duties of Committee.** The duties of the committee shall be as follows: *(Revised: 1/14/97 effective 8/1/97, 4/25/03)*

(a) Consider complaints that may be filed with the Association charging the failure of any member to maintain the academic or athletics standards required for membership or the failure of any member to meet the conditions and obligations of membership in the Association; *(Revised: 1/14/97 effective 8/1/97)*

(b) Adopt, formulate and revise, in accordance with the requirements of Bylaw 19.3, a statement of its established internal operating procedures and enforcement policies and procedures, including investigative guidelines (see Bylaw 32); *(Revised: 7/23/18)*

(c) Review and approve the enforcement staff's internal operating procedures, including amendments by the enforcement staff to the procedures; *(Adopted: 7/23/18)*

(d) Find facts related to alleged violations and/or conclude whether the facts constitute one or more violations of the bylaws; *(Revised: 1/14/97 effective 8/1/97)*

(e) Upon concluding that one or more violations occurred, prescribe an appropriate penalty or show-cause requirement on a member found to be involved in a major violation (or, on appeal, on a member found to be involved in a secondary violation), or recommend to the Management Council suspension or termination of membership; and

(f) Carry out any other duties directly related to the administration of the infractions program. *(Revised: 1/14/97 effective 8/1/97, 5/18/15)*

# 19.2 Appeals Committee.

**19.2.1 Authority of Infractions Appeals Committee.** The Infractions Appeals Committee shall hear and act on an institution's or involved individual's appeal of the findings and/or penalties of major violations by the Committee on Infractions. The committee may establish or amend enforcement policies and procedures set forth in Bylaw 32 that relate directly to the infractions appeals process, subject to review and approval by the Management Council. *(Adopted: 1/10/95, Revised: 1/14/97 effective 8/1/97, 1/17/08, 10/19/10)*

**19.2.1.1 Composition.** The Infractions Appeals Committee shall consist of five members. One member shall be a member of the Presidents Council and shall serve as chair. One member shall be a member of the Management Council. One member shall be from the general public who shall not be associated with a collegiate institution, conference, or professional or similar organization, or represent coaches or athletes in any capacity. Two positions shall be from the membership. *(Adopted: 4/15/14)*

**19.2.1.2 Term of Office.** A member shall serve a three-year term, which shall commence on the first day of September after the member's election. A member may be reappointed but shall not serve more than six years. The terms of the members who are serving as the representatives of the Presidents Council or Management Council shall coincide with their terms on those bodies. When possible, terms shall be staggered to ensure that vacancies occur in proper sequence. *(Adopted: 4/15/14)*

## 19.3 Establishment and Revision of Enforcement Policies and Procedures.

**19.3.1 Amendment by Committee and Approval by Management Council.** The Committee on Infractions may formulate and revise its internal operating procedures and the enforcement policies and procedures (See Bylaw 32) and review and approve the enforcement staff's internal operating procedures, including amendments by the enforcement staff to the procedures, in regard to issues other than those concerning institutional penalties, restitution and committee duties and structure. Amendments to the committee's and enforcement staff's internal operating procedures shall be immediately effective when approved by the committee but are subject to review and approval by the Management Council. A member institution shall be provided notice of alleged NCAA rules violations for which it is charged before any penalty is prescribed, as well as the opportunity to appear before the committee and the opportunity to appeal the committee's conclusions of major violations or penalties (see Bylaws 19.4 and 19.5). The committee's and enforcement staff internal operating procedures and enforcement policies and procedures governing the administration of the Association's infractions program, as set forth in Bylaw 32, are subject to review and approval by the Management Council. *(Revised: 4/15/14, 5/18/15, 7/23/18)*

**19.3.1.1 Notification to Membership.** To the extent that the committee's or the enforcement staff's internal operating procedures and the enforcement policies and procedures are revised, any member institution involved in the processing of an infractions case shall be notified immediately of the change and the general membership shall be advised through the NCAA website. *(Revised: 7/23/18)*

## 19.4 Notice of Charges and Opportunity to Appear.

**19.4.1 For Major Violations.** A member under investigation for major violations shall be given the following:

(a) Notice of any specific allegations against it and the facts upon which such allegations are based; and *(Revised: 5/18/15)*

(b) An opportunity to appear before the Committee on Infractions (or the Infractions Appeals Committee per Bylaw 19.2.1) to answer such allegations by the production of factual information (see Bylaw 19.6). *(Revised: 1/16/93, 1/10/95, 1/12/04, 5/18/15, 6/1/16)*

**19.4.2 For Secondary Violations.** A member under investigation for secondary violations shall be given the following:

(a) Notice of any specific allegations against it and the facts on which such allegations are based; and *(Revised: 5/18/15)*

(b) An opportunity to provide a written response to the vice president of enforcement or their designee (or to appear before the Committee on Infractions on appeal) to answer such allegations by the production of factual information (see Bylaw 19.6). *(Revised: 4/15/14, 5/18/15, 6/1/16, 6/2/17, 4/20/21)*

**19.4.3 New Findings.** When an institution and involved individual appears before the committee to discuss a response to the notice of allegations, the hearing shall be directed toward the general scope of the notice of allegations but shall not preclude the committee from concluding a violation(s) occurred resulting from information developed or discussed during the hearing. *(Revised: 4/25/03, 4/15/14)*

## 19.5 Penalties.

**19.5.1 Penalties for Secondary Violations.** The vice president of enforcement or their designee, on approval by the chair or another member of the Committee on Infractions designated by the chair, or the committee may determine that no penalty is warranted in a secondary case, that an institutional- or conference-determined penalty is satisfactory or, if appropriate, prescribe a penalty. The disciplinary measures may include but are not limited to: *(Revised: 1/11/94, 1/17/08, 4/15/14, 4/20/21)*

(a) Termination of the recruitment of a prospective student-athlete by the institution or, if the prospective student-athlete enrolls (or has enrolled) in the institution, permanent ineligibility to represent the institution in intercollegiate competition (unless eligibility is restored by the Committee on Student-Athlete Reinstatement on appeal);

(b) Forfeit/vacate contests in which an ineligible student-athlete participated. Per Bylaw 18.1 and Administrative Regulation 31.2.1, the Championships Committee shall nullify each contest for certain violations resulting in a student-athlete competing while ineligible, regardless of whether forfeiture is required; *(Revised: 6/3/05 effective 8/1/15)*

(c) Prohibition of the head coach or other staff members in the involved sport from participating in recruiting activities for up to one year; *(Revised: 1/11/94)*

(d) An institutional fine for each violation, with a monetary penalty of up to $5,000; *(Adopted: 1/17/15 effective 8/1/15)*

(e) Institutional recertification that its current athletics policies and practices conform to all requirements of NCAA legislation;

(f) Suspension of the head coach or other staff members for one or more competitions; *(Adopted: 1/11/94)*

(g) Public reprimand (to be invoked only in situations in which the Committee on Infractions or the vice president of enforcement or their designee, on approval by the committee, determines that a penalty, in addition to any institutional- or conference-determined penalty, is warranted); *(Adopted: 1/11/94, Revised: 4/15/14, 4/20/21)*

(h) Requirement that a member institution that has been found in violation, or that has an athletics department staff member who has been found in violation of the provisions of NCAA legislation while representing another institution, show cause why a penalty or an additional penalty should not be prescribed if it does not take appropriate disciplinary or corrective action against the athletics department staff member involved, any other institutional employee, if the circumstances warrant, or representatives of the institution's athletics interests; and *(Adopted: 1/11/94, Revised: 4/15/14)*

(i) Other penalties, disciplinary measures and corrective actions, as appropriate.

**19.5.2 Penalties, Disciplinary Measures and Corrective Actions for Major Violations.** The Committee on Infractions has the authority to determine the penalties, disciplinary measures and corrective actions that are prescribed for an institution for major violations. The Infractions Appeals Committee shall hear and act on an institution's appeal per Bylaw 19.2. The committee(s) may consider institutional- or conference-imposed penalties and, where appropriate, include those in the penalties. Institutional- or conference-imposed penalties shall not displace or substitute for the committee's judgment regarding penalties. Penalties, disciplinary measures and corrective actions for major violations shall include those penalties, disciplinary measures and corrective actions prescribed for secondary violations and may include any and all of the following: *(Adopted: 1/11/12, Revised: 4/15/14, 5/18/15)*

(a) Public reprimand and censure.

(b) Probation for up to five years. Conditions of probation shall be determined on a case-by-case basis. A failure to satisfy the conditions of probation may result in additional conclusions of violation(s), including the failure to cooperate, lack of institutional control and/or violations of conditions for membership, and shall result in a reconsideration of the initial penalties prescribed, including an extension of the probationary period and prescription of additional penalties. Conditions of probation shall include, but are not limited to, the following: *(Revised: 4/15/14)*

    (1) Annual written reports shall be submitted to the office of the Committee on Infractions for review. These reports shall detail compliance with probationary conditions; and *(Revised: 9/26/16)*

    (2) At the conclusion of probation, the institution's president or chancellor shall affirm in writing that current athletics policies and procedures conform to all requirements of NCAA legislation and that all conditions of probation have been satisfied. *(Revised: 9/26/16)*

(c) Information regarding the violations committed, the term of probation and penalties must be noted on the home page of the institution's athletics website, in the media guide for the involved sport(s) and in recruiting materials provided to prospective student-athletes in the involved sport(s). Such information must be displayed and provided to prospective student-athletes for the full term of probation. Information to prospective student-athletes must be provided as soon as practicable after the prospective student-athlete is recruited pursuant to Bylaw 13.02.8 and, in all instances, before the prospective student-athlete signs a financial aid agreement or initially enrolls at the institution, whichever is earlier.

(d) Ineligibility for postseason competition in the involved sport(s), particularly in situations in which:

    (1) The individual(s) involved in the violation(s) remain active in the sport program;

    (2) A significant competitive advantage resulted from the violation(s);

    (3) The violation(s) indicate a lack of institutional control or failure to monitor the involved sport(s) or athletics program;

    (4) The violation(s) include academic misconduct; or *(Revised: 5/18/15)*

    (5) The institution is a repeat violator.

(e) Pursuant to Bylaw 14.13.1.2-(c), a recommendation to the Management Council that it waive the one-year residence requirement and permit full athletics participation in a sport for a student-athlete who transfers to another member institution when the Committee on Infractions renders the student-athlete's previous institution's team in that sport

ineligible for postseason competition during all of the remaining seasons of the student-athlete's eligibility. No student-athlete will be allowed such a waiver unless the student-athlete would have been eligible for participation had they remained at the previous institution. *(Revised: 4/20/21)*

(f) Ineligibility for participation in or hosting outside, invitational and/or NCAA championship competition in the involved sport(s).

(g) Vacation of records in a case in which a student-athlete(s) has competed while ineligible, particularly in a case involving academic misconduct, serious intentional violations, a large number of violations, direct or knowing involvement of a coach or institutional administrator, competition while academically ineligible, competition while ineligible in conjunction with a finding of failure to monitor or lack of institutional control or a case in which vacation or a similar penalty would be prescribed if the underlying violation(s) were secondary. Records to be vacated may include one or more of the following, as applicable: *(Revised: 4/15/14)*

    (1) Individual records and performances in individual sports, including reconfiguration of the institution's team point totals after vacation of individual records and performances; *(Revised: 5/18/15)*

    (2) Relay, doubles and similar team records in individual sports when one or more team members compete while ineligible, including reconfiguration of the institution team point totals after vacation of relay, doubles or similar results;

    (3) Team and individual records and performances in individual or team sports;

    (4) Records of head coaches; and

    (5) In conjunction with any vacation, the return of individual or team awards to the Association may be required.

(h) A financial penalty.

(i) Ineligibility for selection involving network and/or broadband television broadcasts for the involved sport(s).

(j) A reduction in the number of expense-paid recruiting visits in the involved sport(s).

(k) A restriction on activities and benefits provided during unofficial visits.

(l) Limiting or prohibiting the recruiting activities of some or all coaching staff members in the involved sport(s).

(m) An outside audit or review of the institution's athletics policies and procedures (including, but not limited to, compliance policies and procedures).

(n) A requirement that the institution must provide a copy of the infractions decision to the institution's regional accrediting agency if the violation(s) involves academic misconduct or reflects questionable academic conduct or procedures. *(Revised: 4/15/14)*

(o) Ineligibility of institutional staff members to serve on the Presidents Council, Management Council, Board of Governors or other committees of the Association, including as representatives of their institution or conference. *(Revised: 4/15/14, 2/10/15)*

(p) Requirement that the institution take disciplinary action against an institutional staff member(s) who knowingly committed or condoned a major violation, including suspension of the head coach or the staff member(s) for one or more competition(s), and other disciplinary action(s) approved by the Committee on Infractions.

(q) Issuance of a show-cause order per Bylaw 19.5.2.2 against an institutional staff member if that staff member has committed unethical conduct (see Bylaw 10.1) or other serious violations.

(r) Pursuant to the provisions of Bylaw 19.5.2.6, exclusion of an individual or entity, including disassociation of a representative of an institution's athletics interests, from involvement in an institution's athletics program on a permanent basis or for a specified period of time.

(s) Other penalties, corrective actions and disciplinary measures, as appropriate.

**19.5.2.1 Opportunity to Appear.** In the event the committee considers additional penalties to be prescribed on an institution in accordance with Bylaw 19.5.2-(s) above, the involved institution shall be provided the opportunity to appear before the committee; further, the institution shall be provided the opportunity to appeal (per Bylaw 19.6.2) any additional penalty prescribed by the committee. *(Revised: 1/11/12, 4/15/14)*

**19.5.2.2 Show-Cause Order.** If a determination is made by the committee that an institution has not taken appropriate disciplinary or corrective actions regarding an individual found in violation of the bylaws, the committee may issue an order that the institution take additional disciplinary or corrective action, including but not limited to restriction of some or all athletically related duties unless the institution appears before the committee to show cause why the additional penalties should not be applied. Decisions regarding disciplinary or corrective actions involving personnel shall be made by the

institution, but the determination of whether the action satisfies the institution's obligation of NCAA membership shall rest solely with the Committee on Infractions. *(Adopted: 1/11/12, Revised: 4/15/14)*

**19.5.2.2.1 Obligation to Comply.** If an institutional staff member who is subject to a show-cause order is employed by an institution other than the institution at which the violation(s) occurred, that institution must comply with the penalties prescribed unless and until it can show cause to the satisfaction of the Committee on Infractions (or the Infractions Appeals Committee per Bylaw 19.2) why it need not comply. Failure to comply with the penalties may subject the institution to conclusions of violations, including a failure to cooperate and lack of institutional control, as well as other penalties, corrective actions and disciplinary measures, as appropriate. *(Adopted: 1/11/12, Revised: 4/15/14)*

**19.5.2.2.1.1 Hearing Opportunity.** If the individual is employed by another member institution, the institution may show cause why it need not comply with an order either by written submission or in an appearance before the Committee on Infractions. *(Adopted: 1/11/12)*

## 19.5.2.3 Repeat Violators.

**19.5.2.3.1 Time Period.** An institution shall be considered a "repeat" violator if the Committee on Infractions concludes that a major violation has occurred within five years of the starting date of a major penalty. For this provision to apply, at least one major violation must have occurred within five years after the starting date of the penalties in the previous case. It shall not be necessary that the Committee on Infractions' hearing be conducted or its report issued within the five-year period. *(Revised: 1/14/97 effective 8/1/97, 4/15/14)*

**19.5.2.3.2 Repeat-Violator Penalties.** In addition to the penalties identified for a major violation, the minimum penalty for a repeat violator, subject to exceptions authorized by the Committee on Infractions on the basis of specifically stated reasons, may include any or all of the following: *(Revised: 1/11/94)*

(a) The prohibition of some or all outside competition in the sport involved in the latest major violation for one or two sports seasons and the prohibition of all coaching staff members in that sport from involvement directly or indirectly in any coaching activities at the institution during that period;

(b) The elimination of all recruiting activities in the sport involved in the latest major violation in question for a two-year period;

(c) The requirement that all institutional staff members serving on the Presidents Council, Management Council, Board of Governors or other committees of the Association resign those positions, it being understood that all institutional representatives shall be ineligible to serve on any NCAA committee for a period of four years; and *(Revised: 2/10/15)*

(d) The requirement that the institution relinquish its voting privilege in the Association for a four-year period.

## 19.5.2.4 Probationary Periods.

**19.5.2.4.1 Conditions of Probation.** The committee (or the Infractions Appeals Committee per Bylaw 19.2) may identify possible conditions that an institution must satisfy during a probationary period. Such conditions shall be designed on a case-by-case basis to focus on the institution's administrative weaknesses detected in the case and shall include, but not be limited to, written reports from the institution pertaining to areas of concern to the committee (or the Infractions Appeals Committee per Bylaw 19.2), implementation of educational or deterrent programs and audits for specific programs or teams. If the institution fails to satisfy such conditions, the committee (or the Infractions Appeals Committee per Bylaw 19.2) may reconsider the penalties in the case and may extend the probationary period and/or prescribe additional penalties. *(Revised: 1/10/95, 4/25/03, 4/15/14, 3/3/17)*

**19.5.2.4.2 Review Before Restoration of Membership Rights and Privileges.** In the event the committee prescribes a penalty involving a probationary period, at the end of the probationary period, the institution's chancellor or president shall affirm in writing to the NCAA office of the Committees on Infractions that the institution's athletics policies and practices are in full compliance with NCAA legislation. The office of the Committees on Infractions shall review the written affirmation and will coordinate with the committee to restore the institution to full rights and privileges of membership in the Association. *(Revised: 1/10/95, 4/15/14, 9/26/16)*

## 19.5.2.5 Television Appearance Limitations. In some instances, an institution is rendered ineligible to appear on television programs. When an institution is banned from such television programs, the penalty shall specify that the institution may not enter into any contracts or agreements for such appearances until the institution's probationary status has been terminated and it has been restored to full rights and privileges of membership. *(Revised: 1/10/92)*

**19.5.2.5.1 Closed-Circuit Telecast Exception.** The Championships Committee is authorized to permit a closed-circuit telecast, limited to the campus of the opponent of the ineligible institution, it being understood that no rights fee is to be paid to the ineligible institution.

**19.5.2.6 Disassociation of Representatives of Athletics Interests.** The disassociation of relations with a representative of an institution's athletics interests may be prescribed on a permanent basis, for the duration of the applicable probationary period or for another specified period of time. When an institution is required to show cause why a representative of the institution's athletics interests should not be disassociated from its athletics program, such disassociation shall require that the institution:

(a) Refrain from accepting any assistance from the individual that would aid in the recruitment of prospective student-athletes or the support of enrolled student-athletes;

(b) Not accept financial assistance for the institution's athletics program from the individual;

(c) Ensure that no athletics benefit or privilege be provided to the individual that is not generally available to the public at large; and

(d) Take such other actions against the individual that the institution determines to be within its authority to eliminate the involvement of the individual in the institution's athletics program.

**19.5.2.7 Notification to Regional Accrediting Agency.** When an institution has been found to be in violation of NCAA legislation, and the report reflects academic violations or questionable academic procedures, the NCAA president shall be authorized to forward a copy of the infractions decisions to the appropriate regional accrediting agency. *(Revised: 5/18/15)*

**19.5.2.8 Review of Penalty.**

**19.5.2.8.1 New Information or Prejudicial Error.** When a penalty has been prescribed and publicly announced and the appeal opportunity has been exhausted, there shall be no review of the penalty except on a showing of new information (per Bylaw 19.02.3) that is directly related to the conclusions or findings in the case or that there was a prejudicial error in the procedure that was followed in the processing of the case by the committee. Such new information may be submitted no later than one year following the conclusion of the case. *(Revised: 1/9/96, 4/15/14, 10/16/18)*

**19.5.2.8.1.1 Review Process.** Any institution or involved individual that initiates such a review shall be required to submit a brief of its appeal to the committee. The committee shall review the brief and decide by majority vote whether it shall grant a hearing of the appeal.

**19.5.2.8.1.2 Institution or Conference Discipline as New Information.** Disciplinary measures imposed by the institution or its conference, after the NCAA's action, may not be considered "new information" for the purposes of this section. *(Revised: 6/1/16, 10/16/18)*

**19.5.2.8.1.3 No Calculation of New Penalty.** If a hearing of the appeal is granted, the committee may reduce or eliminate any penalty but may not prescribe any new penalty. The committee's decision with respect to the penalty shall be final and conclusive for all purposes.

**19.5.2.8.2 Reconsideration of Penalty.** The institution shall be notified that should any portion of the penalty in the case be set aside for any reason other than by appropriate action of the Association, the penalty shall be reconsidered by the NCAA. In such cases, any extension or adjustment of a penalty shall be proposed by the Committee on Infractions after notice to the institution and hearing. Any such action by the committee shall be subject to appeal.

# 19.6 Rights of Member to Appeal.

**19.6.1 Appeal of Secondary Violations.** A member institution or involved individual subject to a show-cause shall have the right to appeal to the Committee on Infractions penalties prescribed by the vice president of enforcement or their designee in reference to secondary violations. To appeal, the member institution must submit a notice of appeal through the online reporting system for secondary violations within 15 days after receipt of the enforcement staff's decision. An institution that self-reports a violation may appeal a penalty prescribed by the enforcement staff but not the violation. An involved individual subject to a show-cause order must submit a written notice of appeal to the vice president of enforcement or their designee with 15 days after receipt of the enforcement staff's decision. An institution or involved individual subject to a show-cause order may request the opportunity to appear in person or by video or telephone conference. If no such request is made, or if the request is denied, the Committee on Infractions will review the institution's appeal on the basis of the written record. The committee shall not deny an involved individual's request to appear in person if a show-cause order was prescribed. *(Revised: 1/14/97 effective 8/1/97, 4/15/14, 10/21/14, 5/18/15, 5/20/19, 4/20/21)*

**19.6.1.1 Stay of Penalties.** If a notice of appeal is filed within the deadline, unless ordered otherwise by the Committee on Infractions, any penalties prescribed by the enforcement staff that have been appealed shall be stayed during the pendency of the appeal. *(Adopted: 10/21/14)*

**19.6.2 Appeal of Major Violations.** A member shall have the right to give written notice of appeal of the committee's conclusion of major violations (subject to Bylaw 32.10.1), the penalty, or both to the Infractions Appeals Committee per Bylaw 19.2. *(Revised: 1/16/93, 1/10/95, 4/25/03, 4/15/14)*

**19.6.3 Appeal by an Institutional Staff Member.** If any current or former institutional staff member participates in a hearing before the Committee on Infractions and is involved in a conclusion of a violation against that individual, the individual shall be given the opportunity to appeal any of the conclusions in question (subject to the conditions of Bylaw 32.10.1) or the committee's decision to prescribe a show-cause order to the Infractions Appeals Committee. Under such circumstances, the individual and personal legal counsel may appear before the appeals committee at the time it considers the pertinent findings or conclusions. *(Revised: 1/16/93, 1/10/95, 1/6/96, 4/25/03, 4/15/14)*

**19.6.4 Student-Athlete Appeal.** If an institution concludes that continued application of the rule(s) would work an injustice on any student-athlete, an appeal shall be submitted to the Committee on Student-Athlete Reinstatement and promptly reviewed.

> **19.6.4.1 Obligation of Institution to Take Appropriate Action.** When the committee (or the Infractions Appeals Committee per Bylaw 19.2) concludes that there has been a violation of the bylaws affecting the eligibility of an individual student-athlete or student-athletes, the institution involved and its conference(s), if any, shall be notified of the violation and the name(s) of the student-athlete(s) involved, it being understood that if the institution fails to take appropriate action, the involved institution shall be cited to show cause under the Association's enforcement policies and procedures why it should not be disciplined for a failure to abide by the conditions and obligations of membership (declaration of ineligibility) if it permits the student-athlete to compete. *(Revised: 1/10/95, 4/25/03, 4/15/14, 5/18/15)*

## 19.7 Restitution.
If a student-athlete who is ineligible under the terms of the bylaws or other legislation of the Association is permitted to participate in intercollegiate competition contrary to such NCAA legislation but in accordance with the terms of a court restraining order or injunction operative against the institution attended by such student-athlete or against the Association, or both, and said injunction is voluntarily vacated, stayed or reversed or it is finally determined by the courts that injunctive relief is not or was not justified, the Management Council may take any one or more of the following actions against such institution in the interest of restitution and fairness to competing institutions:

(a) Require that individual records and performances achieved during participation by such ineligible student-athlete shall be vacated or stricken;

(b) Require that team records and performances achieved during participation by such ineligible student-athlete shall be vacated or stricken;

(c) Require that team victories achieved during participation by such ineligible student-athlete shall be abrogated and the games or events forfeited to the opposing institutions;

(d) Require that individual awards earned during participation by such ineligible student-athlete shall be returned to the Association, the sponsor or the competing institution supplying same;

(e) Require that team awards earned during participation by such ineligible student-athlete shall be returned to the Association, the sponsor or the competing institution supplying same;

(f) Determine that the institution is ineligible for one or more NCAA championships in the sports and in the seasons in which such ineligible student-athlete participated;

(g) Determine that the institution is ineligible for invitational and postseason meets and tournaments in the sports and in the seasons in which such ineligible student-athlete participated;

(h) Require that the institution shall remit to the NCAA the institution's share of television receipts (other than the portion shared with other conference members) for appearing on any live television series or program if such ineligible student-athlete participates in the contest(s) selected for such telecast, or if the Management Council concludes that the institution would not have been selected for such telecast but for the participation of such ineligible student-athlete during the season of the telecast, any such funds thus remitted shall be devoted to the NCAA postgraduate scholarship program; and

(i) Require that the institution that has been represented in an NCAA championship by such a student-athlete be assessed a financial penalty as determined by the Committee on Infractions. *(Revised: 1/8/01 effective 8/1/01)*

BYLAWS, ARTICLE 20
# Division Membership.

## 20.01 General Principles.

**20.01.1 Membership in the Association.** Eligibility for membership in the Association; conditions, obligations and classes of Association membership; and procedures governing the termination, suspension and reinstatement of such membership are governed by Article 2-D.

**20.01.2 Division Membership.** Each active and provisional member institution and member conference is designated as a member of Division I, II or III for certain legislative and competitive purposes. In football, Division I is divided into Football Bowl Subdivision and NCAA Football Championship Subdivision. Multidivision classification is permitted under specified circumstances (see Bylaw 20.4).

**20.01.2 Classes of Membership.** The NCAA offers three classes of membership: active, conference and provisional. Eligibility for and method of election to membership, obligations and conditions for continuing membership, voting rights and other membership privileges for each class are defined in this article. *(Adopted: 4/15/22 effective 8/1/22)*

**20.01.4 Obligation to Meet Division Criteria.** Division membership criteria constitute enforceable legislation. Each member institution shall comply with all applicable criteria of its division, and an institution that fails to do so shall be subject to the enforcement procedures, as well as to possible reclassification. *(Adopted: 4/15/22 effective 8/1/22)*

**20.01.5 Assignment to Geographical Areas.** Active and conference members are assigned to geographical areas for the purpose of representation on the Management Council, Presidents Council and various committees, as well as to facilitate the work of the Association. *(Adopted: 4/15/22 effective 8/1/22)*

**20.01.6 Termination or Suspension of Membership.** All rights and privileges of a member shall cease immediately upon termination or suspension of its membership. *(Adopted: 4/15/22 effective 8/1/22)*

## 20.02 Definitions and Applications.

**20.02.1 Multidivision Classification.** Multidivision classification is the procedure in which a member institution may petition to have a certain sport or sports classified in a division other than the division in which it holds membership (see Bylaw 20.4).

**20.02.2 Performance Criterion.** A performance criterion is a requirement for membership or classification in a division that must be met by the member institution before the date that the requirement becomes effective (i.e., during the academic year before the effective date). Performance criteria include, but are not limited to, minimum sports sponsorship requirements, minimum scheduling requirements and minimum game-attendance requirements.

**20.02.3 Membership Categories.** *(Adopted: 1/11/94 effective 9/2/94, Revised: 1/14/97 effective 8/1/97 for institutions petitioning for provisional membership on or after 8/1/97, 8/1/01, 1/27/20 effective 8/1/20, 4/15/22 effective 8/1/22)*

**20.02.3.1 Active Member.** An active member is a four-year college or university or a two-year upper-level collegiate institution accredited by the appropriate regional accrediting agency and duly elected to active membership under the provisions of this article. Active members have the right to compete in NCAA championships, to vote on legislation and other issues before the Association and to enjoy other privileges of membership designated in the constitution and bylaws of the Association. *(Adopted: 4/15/22 effective 8/1/22)*

**20.02.3.1.1 Athletics Consortium.** An athletics consortium consists of one member institution and neighboring member or nonmember institutions (but not more than one nonmember institution), recognized and approved by Membership Committee). The student-athletes of the combined institutions are permitted to compete on the NCAA member institution's athletics teams, provided they meet the eligibility requirements of the NCAA and the member institution. *(Adopted: 4/15/22 effective 8/1/22)*

**20.02.3.1.2 Membership Classification Status.** *(Adopted: 4/15/22 effective 8/1/22)*

**20.02.3.1.2.1 Probation.** Membership probation is a membership classification status assigned to an institution that indicates that an institution's membership is not in good standing. The status of membership probation serves as a warning that certain conditions and obligations of membership have not been satisfied and failure to correct such deficiencies shall result in the institution's reclassification to the category of restricted membership. During the probationary year, the institution shall be required to complete an athletics program assessment using a form approved by the Membership Committee and shall also be provided with the guiding

principles to establish a model Division III athletics program. An institutional staff member(s) may also be required to attend an NCAA Regional Rules Seminar. An institution does not lose membership benefits as a result of being placed on membership probation. *(Adopted: 4/15/22 effective 8/1/22)*

**20.02.3.1.2.2 Restricted.** Restricted membership is a membership classification status assigned to an institution that fails to comply with the minimum requirements of its division (e.g., sports sponsorship) and has failed during its period of membership probation to rectify such deficiencies as identified by the Division III Membership Committee or Committee on Infractions. An institution placed in restricted membership shall lose eligibility for a number of membership privileges, including, but not limited to, championships eligibility, voting privileges and Division III grant and initiative funding while in this status. The institution must comply with all requirements involved with the associated penalty period. Failure to comply shall result in immediate forfeiture of membership in the Association. If the institution is placed in restricted membership without having served a probationary year, the institution shall be required to complete an athletics program assessment using a form approved by the Membership Committee and shall also be provided with the guiding principles to establish a model Division III athletics program. *(Adopted: 4/15/22 effective 8/1/22)*

**20.02.3.2 Provisional Membership.** Provisional membership is a prerequisite for active membership and shall not be less than a three-year period. During the third year of provisional membership, an institution shall administer its athletics programs in accordance with the constitution, bylaws and other legislation of the Association. *(Adopted: 4/15/22 effective 8/1/22)*

**20.02.3.3 Member Conference.** A member conference is a group of at least seven colleges and/or universities that conducts competition among its members and determines a conference champion in one (single-sport conference) or more (multisport conference) sports (in which the NCAA conducts championships or for which it is responsible for providing playing rules for intercollegiate competition), duly elected to conference membership under the provisions of this article. A member conference is entitled to all of the privileges of active members except the right to compete in NCAA championships. *(Adopted: 4/15/22 effective 8/1/22)*

**20.02.3.3.1 Single-Sport Conference.** A single-sport conference is an NCAA Division III member conference that sponsors only one sport. A conference that sponsors one sport but sponsors both men's and women's competition in that sport, is not a single-sport conference. *(Adopted: 4/15/22 effective 8/1/22)*

**20.02.4 Competitive Body.** A competitive body is an athletics conference that conducts competition among its member institutions and determines a conference champion in one or more sports. *(Revised: 1/9/06, 1/8/07 effective 8/1/07 for any application of member penalties [probation or restricted membership status] based on the sports sponsorship audit shall be based on information reported for the 2006-07 year and beyond, 4/11/11, 9/26/16, 4/15/22 effective 8/1/22)*

**20.02.5 Legislative Body.** A legislative body is an athletics conference that develops and maintains rules and regulations governing the athletics programs and activities of its member institutions. *(Revised: 1/9/06, 1/8/07 effective 8/1/07, 7/20/10, 10/19/10 effective 8/1/11, 1/15/11 effective 8/1/11, 9/26/16, 4/15/22 effective 8/1/22)*

**20.02.6 Emerging Sports for Women.** The following shall be considered emerging sports for women: *(Adopted: 1/11/94 effective 9/1/94)*

(a) **Team Sports.** Acrobatics and tumbling and rugby; and *(Revised: 1/13/98, 1/13/03 effective 8/1/03, 1/17/09 effective 8/1/09, 1/20/20 effective 8/1/20)*

(b) **Individual Sports.** Triathlon and women's wrestling. *(Revised: 1/12/99, 1/13/03 effective 8/1/03, 1/17/09 effective 8/1/09, 10/19/10 effective 8/1/11, 1/18/14 effective 8/1/14, 1/27/20 effective 8/1/20)*

**20.02.6 Emerging Sports for Women.** The following shall be considered emerging sports for women: *(Adopted: 1/11/94 effective 9/1/94)*

(a) **Team Sports.** Acrobatics and tumbling, rugby and stunt; and *(Revised: 1/13/98, 1/13/03 effective 8/1/03, 1/17/09 effective 8/1/09, 1/20/20 effective 8/1/20, 1/16/24 effective 8/1/24)*

(b) **Individual Sports.** Triathlon and women's wrestling. *(Revised: 1/12/99, 1/13/03 effective 8/1/03, 1/17/09 effective 8/1/09, 10/19/10 effective 8/1/11, 1/18/14 effective 8/1/14, 1/27/20 effective 8/1/20)*

**20.02.6.1 Removal of Emerging Sports.** A sport shall no longer be considered an emerging sport once the sport has been established as a championship sport. Further, an emerging sport is limited to a 10-year time period to become a championship sport unless it can be demonstrated that steady growth has occurred during that time. *(Adopted: 1/13/98)*

**20.02.7 Mixed Team.** A mixed team is a varsity intercollegiate sports team on which at least one individual of each gender competes. *(Revised: 5/4/06)*

# 20.1 Determination of Divisions.

**20.1.1 Designation of Division by Active and Provisional Members.** Each active and provisional member institution shall be designated as a member of Division I, Division II or Division III for certain legislative and competitive purposes. *(Revised: 1/11/94 effective 9/2/94)*

**20.1.1.1 Men's and Women's Programs in Different Divisions.** An institution shall not classify its women's athletics program in a division other than the institution's membership division, unless its women's program was so classified before January 11, 1991; further, for those institutions so classified, the Board of Governors, by a two-thirds majority of its members present and voting, may permit the institution's women's athletics program to be classified in a division other than its membership division, provided it determines every three years that unusual circumstances warrant such action. *(Revised: 1/10/91, 2/10/15)*

**20.1.1.2 Multidivision Classification.** A member may request classification and eligibility in more than one division in accordance with provisions permitting multidivision classification, eligibility and voting (see Bylaw 20.4).

**20.1.2 Designation of Division by Member Conference.** Each member conference shall determine the membership division it desires for legislative and/or competitive purposes. When designating the division, at least 50 percent or a minimum of 25 of the conference's institutions must hold membership in that division. The Board of Governors shall determine the membership division of a member conference not meeting these criteria. *(Revised: 2/10/15)*

# 20.2 Establishment of and Compliance With Division Criteria.

**20.2.1 Adoption of Criteria.** The members of each division, by majority vote, may establish division criteria for membership and competition by sport.

**20.2.2 Effective Date and Compliance Period.** In establishing criteria, the members of the division shall specify the effective date and compliance period, if any. Each institution (either as a member of that division or as an institution that competes in a sport in that division under the provisions of multidivision classification per Bylaw 20.4) shall conform to the requirements of the criteria by that effective date or by the end of the compliance period, whichever is later. Amendments to membership criteria shall be effective the September 1 after adoption or a future September 1.

**20.2.2.1 Deadline for Meeting Performance Criterion.** An institution must comply with any specific performance criterion adopted by the membership of its division (e.g., that the institution sponsor a minimum number of sports, schedule and play a specific percentage or number of contests against opponents of a certain division, or demonstrate a specific level of paid attendance) by the end of the academic year before the effective date of the legislation.

**20.2.3 Continuation of Compliance.** To retain division membership or approved multidivision classification (per Bylaw 20.4), each member institution shall continue to meet division criteria when any grace period expires. If an institution fails to remain in compliance with its division's criteria, the institution's membership (or its sport per Bylaw 20.4) shall be reassigned to a division for which it qualifies. If the member (or its sport per Bylaw 20.4) does not qualify for any division, the institution shall be reclassified in accordance with Bylaw 20.2.5 and also shall be subject to the Association's enforcement procedures.

**20.2.4 Failure to Conform by Effective Date.** If an institution has not conformed to the adopted criteria of its division by the effective date or the end of the prescribed compliance period, the institution's membership (or its sport per Bylaw 20.4) shall be reassigned to a division for which it qualifies. If the member (or its sport per Bylaw 20.4) does not qualify for any division, the institution (or its sport per Bylaw 20.4) shall be reclassified in accordance with Bylaw 20.2.5.

## 20.2.5 Noncompliance and Waivers of Division Criteria.

**20.2.5.1 Penalty Period.** A penalty period shall apply to an institution that fails to meet any of the membership requirements (see Bylaws 20.8.4.15.1 and 20.8.4.17.2, and Bylaws 15.3.1.1.2 and 20.11.3.9). *(Adopted: 10/19/10 effective 8/1/11)*

**20.2.5.2 Noncompliance with Membership Requirements and the Enforcement Process -- Authority of the Membership Committee.** The Membership Committee shall review issues regarding membership requirements (e.g., sports sponsorship) that are discovered during the enforcement process and may impose penalties for noncompliance. *(Adopted: 7/26/11)*

**20.2.5.3 Waivers of Division Membership Criteria.** If an institution applying for multidivision classification or change of division membership, or an institution placed in the "restricted membership" category (per Bylaw 20.2.5.1), does not meet the criteria of its preferred division, or if an active member institution does not meet (or does not expect to meet within the applicable compliance period, if any) new criteria adopted by the membership of its division, it may request a waiver of the criteria of the preferred division according to the procedures specified below. The Membership Committee may approve or reject the waiver request. *(Revised: 1/11/94 effective 9/2/94, 1/12/99, 7/21/15)*

**20.2.5.3.1 Submission of Request.** The institution shall submit (by mail or wired transmission) its request for a waiver (signed by the institution's president or chancellor) to the Membership Committee, and it shall be received in the national office not later than September 15. Any request received after that date shall be postmarked not later than September 8. The request shall include pertinent information supporting the institution's request. Additionally, the institution shall distribute this information to the president or chancellor, faculty athletics representative, athletics director and senior woman administrator of athletics programs at each member institution in the preferred division, as well as the executive officer of each member conference of that division, postmarked not later than December 1. *(Revised: 10/3/05)*

   **20.2.5.3.1.1 Waiver.** The Membership Committee may waive the September 15 deadline set forth in Bylaw 20.2.5.3.1 due to circumstances beyond an institution's control. *(Adopted: 1/9/96, Revised: 7/21/15)*

**20.2.5.3.2 Effective Date of Waiver.** If the Membership Committee votes to admit the institution as a member of that division, such classification shall become effective: *(Revised: 1/12/99)*

   (a) In accordance with the requirements of Bylaw 20.8.3.3 if a new member of the Association is involved;

   (b) September 1 after the approval of the waiver by the Membership Committee if an active member institution is seeking multidivision classification or change of division membership; or *(Revised: 1/10/90, 1/12/99)*

   (c) Immediately if the institution receives a waiver of the "restricted membership" classification. *(Adopted: 1/11/89, Revised: 7/21/15)*

   **20.2.5.3.2.1 Maximum Three-Year Waiver Period.** If, after three years from the effective date of multidivisional classification or reclassification (September 1 after the approval of the waiver by the Membership Committee), the institution receiving such a waiver has not conformed to all adopted criteria of the division, the institution's membership (or its sport per Bylaw 20.4): *(Revised: 1/11/94 effective 9/2/94, 1/12/99, 7/21/15)*

   (a) Shall be assigned to a division for which it qualifies in accordance with Bylaw 20.4.1; or

   (b) Shall be placed in the "restricted membership" category for a minimum of one year in accordance with Bylaw 20.2.5.1 if the member (or its sport per Bylaw 20.4) does not qualify for any division.

   **20.2.5.3.2.2 Eligibility for Championships.** The institution receiving such a waiver shall be accorded all privileges of division membership during this waiver period; however, its eligibility for championships shall require compliance with the institutional eligibility requirements of Bylaws 20.4.4 or 20.6.9.

**20.2.5.3.3 Rejection of Waiver Request.** If the Membership Committee rejects the institution's request, the institution's membership (or its sport per Bylaw 20.4): *(Revised: 1/12/99, 7/21/15)*

   (a) Shall be reassigned to a division for which it qualifies; or

   (b) Shall be placed in the "restricted membership" category if it does not qualify for any division (see Bylaw 20.2.5.1).

## 20.3 Eligibility for Membership. *(Revised: 4/15/22 effective 8/1/22)*

**20.3.1 General.** Membership is available to colleges, universities and athletics conferences that have acceptable academic standards that are located in the U.S., its territories or possessions and further defined in the constitution. Such institutions or organizations must accept and observe the principles set forth in the constitution and bylaws of the Association. *(Adopted: 4/15/22 effective 8/1/22)*

**20.3.2 Athletics Consortiums.** The Membership Committee may approve an athletics consortium involving a member institution and neighboring member or nonmember institutions, but not more than one nonmember institution, to permit the student-athletes of the combined institutions to compete on the member institution's intercollegiate athletics teams, provided the student-athletes satisfy the eligibility requirements of the member institution and the NCAA. The Membership Committee shall develop and publish appropriate criteria to be applied to such consortiums. *(Adopted: 4/15/22 effective 8/1/22)*

   **20.3.2.1 General Policy.** In general, a consortium shall be approved on the basis of existing academic considerations with the understanding that there shall be no change in the basic recruitment, enrollment or financial aid policies of the involved institutions as a result of such approval. *(Adopted: 4/15/22 effective 8/1/22)*

   **20.3.2.2 Combining Entire Athletics Programs.** The institutions shall combine their entire athletics programs, and the consortium shall not be formed on a sport-by-sport basis. *(Adopted: 4/15/22 effective 8/1/22)*

   **20.3.2.3 Conference Approval.** An institution that belongs to an NCAA member conference first shall receive approval of its conference before instituting a consortium for its intercollegiate athletics program. If more than one institution holds such conference membership, all such conferences shall approve the consortium. *(Adopted: 4/15/22 effective 8/1/22)*

**20.3.2.4 Eligibility Requirements for Student-Athletes.** Participating student-athletes shall meet all eligibility requirements of the member institution(s), the athletics conference(s) involved and the NCAA. The member institution(s) shall certify the eligibility of all student-athletes under those rules. *(Adopted: 4/15/22 effective 8/1/22)*

**20.3.2.5 Financial Assistance to Student-Athletes.** Within a consortium: *(Adopted: 4/15/22 effective 8/1/22)*

(a) Each institution shall be responsible for the financial assistance awarded to its student-athletes. The financial arrangement between or among the institutions for the exchange of funds to cover the academic costs of student-athletes who take part in the exchange program shall apply to student-athletes in the same manner as it applies to those students not participating in the intercollegiate athletics program; *(Adopted: 4/15/22 effective 8/1/22)*

(b) One institution may not provide a scholarship or any other form of financial aid to a student-athlete enrolled in another institution or transmit a scholarship or gift aid to another institution to be used by one or more of its student-athletes; and *(Adopted: 4/15/22 effective 8/1/22)*

(c) Financial aid limitations as set forth in Bylaw 15 shall be applicable to the consortium as one entity and shall include all countable student-athletes, regardless of the institution in which they are enrolled. *(Adopted: 4/15/22 effective 8/1/22)*

**20.3.2.6 Length of Approval.** NCAA approval shall be for a four-academic-year period, at the end of which the institutions shall submit a report on the program setting forth its effect upon their academic and athletics operations. *(Adopted: 4/15/22 effective 8/1/22)*

**20.3.2.7 NCAA Division Membership.** The institutions may be members of different NCAA divisions but shall select one division for legislative and competitive purposes. *(Adopted: 4/15/22 effective 8/1/22)*

**20.3.2.8 NCAA Member Involvement.** At least one of the institutions shall be a member of the NCAA, and not more than one nonmember institution shall be included. *(Adopted: 4/15/22 effective 8/1/22)*

**20.3.2.9 NCAA Membership Application.** The institutions shall apply for NCAA membership as a consortium and shall be considered as one member of the Association, with their combined names included on the official NCAA membership records. *(Adopted: 4/15/22 effective 8/1/22)*

**20.3.2.10 Prior Academic Consortium Relationship.** The institutions shall have had a prior academic consortium relationship. *(Adopted: 4/15/22 effective 8/1/22)*

**20.3.2.11 Recruitment.** It is permissible for one institution to recruit prospective student-athletes with a view to their possible enrollment at another institution in the consortium, provided the individuals qualify for admission to that institution and the athletics interests of the member institution are not involved, directly or indirectly, in influencing the admission or award of financial assistance. *(Adopted: 4/15/22 effective 8/1/22)*

# 20.4 Multidivision Classification.

**20.4.1 Multidivision-Classification Options.** A member institution may have a sport classified in a division other than the one in which it is a member only in the following circumstances:

**20.4.1.1 Classification of a Sport in Division I.** A member institution may petition to be classified in Division I in any one men's sport, other than football or basketball, and in any one women's sport, other than basketball, and in any single sport in which the only NCAA championships opportunity is the National Collegiate Championship. *(Revised: 1/11/94 effective 8/1/94)*

**20.4.1.2 Women's Multidivision-Classification Limitation.** A member institution that has its women's program classified in a division other than its membership division (per Bylaw 20.1.1.1) shall not be eligible to petition for the multidivision-classification opportunities available to a women's program that is classified in the same division as the institution's men's program.

**20.4.1.3 National Collegiate Championship.** A member institution may petition to be classified in a division other than its membership division in a single sport in which the only NCAA championships opportunity is a National Collegiate Championship for which all divisions are eligible. *(Adopted: 1/10/91, Revised: 1/10/92)*

**20.4.2 Requesting Multidivision Classification.**

**20.4.2.1 Deadline for Submission of Approved Form.** When petitioning for multidivision classification, a member shall submit its request to the Membership Committee on a form approved by the Membership Committee. The form must be received in the national office (by mail or wired transmission) not later than May 15. Any form received after that date shall be postmarked not later than May 8. *(Revised: 1/9/06, 7/22/08)*

**20.4.2.2 Compliance with Criteria.** If the member has met all applicable division membership criteria of this article and has complied for the two years before June 1 with all other bylaw requirements as they pertain to the sport in question (other than the financial aid requirements set forth in Bylaw 15.3, except that athletically related financial aid may not be

awarded to incoming freshmen or transfer students), the member shall be eligible for participation in the division in that sport effective the September 1 that the institution selects as its effective date. *(Revised: 1/10/90)*

**20.4.2.3 Three-Year Requirement.** Once the institution has been approved for multidivision classification, it shall remain classified in the division (for that sport) for a minimum of three years.

## 20.4.3 Revoking Multidivision Classification.

**20.4.3.1 Deadline for Submission of Approved Form.** When revoking multidivision classification, a member shall submit its request to the Membership Committee on a form approved by the Membership Committee. The form must be received in the national office (by mail or wired transmission) not later than May 15. Any form received after that date shall be postmarked not later than May 8. *(Adopted: 1/13/03, Revised: 1/9/06)*

**20.4.3.2 Compliance with Criteria.** If the member has met all applicable division membership criteria of this article and complied for the two years before June 1 with all other bylaw requirements as they pertain to the sport in question, the member shall be eligible for participation in the division in that sport effective the September 1 that the institution selects as its effective date. *(Adopted: 1/13/03)*

**20.4.3.2.1 Athletically Related Financial Aid Exception.** During the two-year compliance with criteria period, a member institution that has revoked multidivision classification shall not award new athletically related financial aid to incoming students (e.g., freshmen, transfers). A member institution may continue to award athletically related financial aid to a student who previously received athletically related financial aid, provided the student no longer participates in intercollegiate athletics. *(Adopted: 7/20/10)*

**20.4.3.3 Three-Year Requirement.** Once the institution has been approved for Division III classification, it shall remain classified in the division (for that sport) for a minimum of three years. *(Adopted: 1/13/03)*

**20.4.4 Championships Eligibility.** To be eligible for the NCAA championship in the sport in the new division on the effective September 1, the institution shall comply with all championships eligibility requirements, as prescribed by Bylaw 31, and otherwise shall be eligible for participation in that championship.

**20.4.4.1 Classification of a Sport in Division I.** An institution that has forwarded to the national office a written petition to have a sport classified in Division I shall no longer be eligible to participate in future Division III championships in that sport. *(Revised: 1/9/06)*

## 20.4.5 Waivers.

**20.4.5.1 Three-Year and Petition Deadline Requirements.** The Board of Governors, by a two-thirds majority of its members present and voting, may grant waivers of the June 1 and September 1 deadline provisions of this section or of the three-year membership provisions of Bylaw 20.4.2.3 if it deems that unusual circumstances warrant such action. *(Revised: 2/10/15)*

**20.4.5.2 New Division or Subdivision.** When the institution's reclassification was the direct result of the creation of a new division or subdivision, the Board of Governors, by a two-thirds majority of its members present and voting, may grant waivers of the three-year requirement of Bylaw 20.4.2.3 if it deems that unusual circumstances warrant such action. *(Revised: 2/10/15)*

# 20.6 Change of Division Membership.

**20.6.1 Reclassification Options.** A member institution may request a change of division membership according to the provisions of this section. A Division III member may petition to change its membership to Division II, and a member of Division I or II may petition to change its membership to Division III. *(Revised: 1/12/99 effective 8/1/99, 4/26/05, 4/28/05)*

**20.6.1.1 Division III Grant and Initiative Funding.** An institution that has sent written notice to the national office regarding its intent to change its membership to Division I may no longer receive Division III grant and initiative funding. An institution reclassifying to Division II may not receive Division III grant and initiative funding once the institution commences the Division II reclassification process (i.e., start of the first provisional year). *(Revised: 1/9/06, 4/19/06, 10/22/07, 1/19/13 effective for those institutions beginning Division II provisional year one in 2013-14 academic year and thereafter.)*

## 20.6.2 Requesting Reclassification to Division III -- Election Procedures.

### 20.6.2.1 Application Process.

**20.6.2.1.1 Application for Reclassification.** When petitioning for change of division membership to Division III, a member shall submit a form approved by the Membership Committee available from the national office. The form shall be received in the national office not later than January 15. Any form received after that date shall be postmarked not later than January 8. The application may be approved by the Membership Committee, provided the

applicant institution satisfies all of the standards required for provisional applicants in Bylaw 20.10.2, except that an exploratory year is not required. *(Adopted: 4/13/10 effective 5/15/10 for institutions that submit an intent to reclassify on or after 5/15/10, Revised: 10/19/10 effective 9/1/11 for those institutions applying for the 2012-13 academic year and thereafter, noting that September 1 is the standard date for the NCAA to recognize changes in institutional or conference membership status. 7/21/15)*

**20.6.2.1.2 Fee -- Reclassifying Members.** Each reclassifying member shall pay a nonrefundable fee of an amount determined annually by the Membership Committee based on an analysis of the expenses associated with the membership process. At the time of application a portion of the fee, as determined by the Membership Committee, shall be due, and the remainder of the fee shall be due by September 1 of the first year of reclassifying membership. Reclassifying members in years one through three shall also pay NCAA dues. *(Adopted: 1/27/20 effective 8/1/20)*

**20.6.3 Election.** The Membership Committee shall elect the applicant to reclassifying membership effective the following September 1. The applicant shall be notified on completion of the election process. *(Adopted: 1/8/07 effective 8/1/07, Revised: 7/21/15)*

**20.6.4 Three-Year Provision.** Reclassifying membership shall not be less than a three-year period. At the end of the three-year period, a reclassifying member shall be eligible for active membership (see Bylaw 20.8.3). *(Adopted: 1/8/07 effective 8/1/07, Revised: 1/27/20 effective 8/1/20)*

**20.6.5 Compliance with Division III Rules.** Unless specified otherwise in Bylaw 20.6.5.1, a reclassifying member shall administer its athletics program in accordance with the constitution, bylaws and other legislation of the Association. *(Adopted: 1/8/07 effective 8/1/07)*

**20.6.5.1 Athletically Related Financial Aid Exception.** A reclassifying member shall not award athletically related financial aid to incoming students (e.g., freshmen, transfers) beginning with the first year of the reclassification process and thereafter. Following the completion of year two, a reclassifying member may no longer award athletically related financial aid to any student, unless the institution previously awarded athletically related financial aid to the student, and the student no longer participates in intercollegiate athletics. The reclassifying member must comply with all financial aid requirements set forth in Bylaw 15.3. During the second year of reclassification (and each following year), a reclassifying member must complete the Division III financial aid electronic reporting process (see Bylaw 15.3.1.1). *(Adopted: 1/8/07 effective 8/1/07, Revised: 1/14/09)*

**20.6.6 Standards.** The institution's athletics programs shall reflect the establishment and maintenance of high standards of personal honor, eligibility and fair play. *(Adopted: 1/8/07 effective 8/1/07)*

**20.6.7 Sports Sponsorship Requirement.** During each year of reclassifying membership, institutions shall meet all requirements for sports sponsorship as set forth in Bylaw 20.11.3. *(Adopted: 1/8/07 effective 8/1/07)*

**20.6.8 Conditions and Obligations of Reclassifying Membership.**

**20.6.8.1 Education Program.** Each reclassifying member must complete the provisional member education program administered by the Membership Committee before being granted active membership. *(Adopted: 1/8/07 effective 8/1/07)*

**20.6.8.2 Determination of Reclassifying Membership Standing.** A reclassifying member may be permitted to continue the three-year reclassifying member process with or without conditions as determined by the Membership Committee in instances of noncompliance with Division III and/or reclassifying membership regulations. *(Adopted: 1/8/07 effective 8/1/07, Revised: 1/27/20 effective 8/1/20)*

**20.6.8.3 Repeat of Reclassifying Membership.** The Membership Committee may require a reclassifying member to repeat any one of the three years of the reclassifying membership period. An institution may repeat only once during the three-year reclassifying membership period. *(Adopted: 1/8/07 effective 8/1/07, Revised: 7/21/15, 1/27/20 effective 8/1/20)*

**20.6.8.4 First Year of Active Division III Membership.** The Membership Committee shall have the authority to place an institution that has completed its reclassification process in restricted membership status for its first year of active Division III membership. The Membership Committee shall establish the parameters of restricted membership, which may include, but are not limited to, loss of any or all championships access, voting privileges and Division III grant and initiative funding. *(Adopted: 1/8/07 effective 8/1/07, Revised: 7/20/10, 7/21/15)*

**20.6.8.5 Three-Year Requirement.** Once the change of division membership has been approved, the institution shall remain classified in that division for a minimum of three years. *(Adopted: 1/8/07 effective 8/1/07)*

**20.6.9 Championships Eligibility.** To be eligible for NCAA championships in the new division on the effective September 1, the institution shall comply with all championships eligibility requirements, as prescribed by Bylaw 31, and otherwise shall be eligible for participation in those championships.

**20.6.9.1 Reclassification to Division II.** A member institution reclassifying to Division II per Bylaw 20.6.1, shall no longer be eligible to participate in any future Division III championship or receive Division III grant and initiative funding once the institution commences the Division II reclassification process (i.e., start of the first provisional year) (see Bylaw 15.3.7 for additional regulations regarding financial aid based on athletics). *(Adopted: 1/12/99 effective 8/1/99 for institutions first submitting official notice to reclassify after 6/1/98, Revised: 4/28/05, 1/5/07, 10/22/07, 1/19/13 effective for those institutions beginning Division II provisional year one in 2013-14 academic year and thereafter.)*

### 20.6.10 Waivers.

**20.6.10.1 Three-Year and Petition Deadline Requirements.** The Board of Governors, by a two-thirds majority of its members present and voting, may grant waivers of the June 1 and September 1 deadline provisions of this section or of the three-year membership provisions of Bylaw 20.6.8.5 if it deems that unusual circumstances warrant such action. *(Revised: 2/10/15)*

**20.6.10.2 New Division or Subdivision.** When the institution's reclassification was the direct result of the creation of a new division or subdivision, the Board of Governors, by a two-thirds majority of its members present and voting, may grant waivers of the four-year requirement of Bylaw 20.6.4 if it deems that unusual circumstances warrant such action. *(Revised: 2/10/15)*

## 20.7 Division Legislation.

**20.7.1 Applicable Legislation.** A member institution shall observe the applicable legislation and requirements of its membership division. However, if the institution is eligible to participate in a sport in another division (see Bylaw 20.4 for multidivision-classification privileges), it shall apply the rules of the other division that govern the sport in question.

**20.7.1.1 Athletically Related Financial Aid.** If an institution awards athletically related financial aid to a student-athlete in a Division I sport in a given academic year, that student-athlete may not participate in a Division III sport at the institution during that same academic year. *(Adopted: 1/9/04)*

## 20.8 Active Membership. *(Revised: 4/15/22 effective 8/1/22)*

**20.8.1 Eligibility Requirements.** *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.1.1 Types of Institutions.** Active membership is available to four-year colleges and universities and two-year upper-level collegiate institutions, accredited by the appropriate regional accrediting agency, pursuant to Board of Governors policy and duly elected to active membership. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.1.2 Compliance With Association Rules.** The institution shall administer its athletics programs in accordance with the constitution, bylaws and other legislation of the Association. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.1.3 Standards.** The institution's athletics programs shall reflect the establishment and maintenance of high standards of personal honor, eligibility and fair play. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.2 Privileges.** *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.2.1 Active Members.** Active members shall be entitled to all of the privileges of membership under the constitution and bylaws of the Association and all privileges incidental thereto. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.2.1.1 Exception -- For-Profit Institutions.** For-profit institutions shall be restricted, as follows: *(Adopted: 4/15/22 effective 8/1/22)*

(a) A for-profit institution shall not have voting privileges at the annual NCAA Convention nor any special convention. The institution shall be entitled to three accredited delegates without voting privileges. Any of the accredited delegates shall be entitled to privileges of the floor and the right to active participation in the business proceedings; *(Adopted: 4/15/22 effective 8/1/22)*

(b) Representatives of a for-profit institution shall not be permitted to serve as a voting institution representative on an NCAA committee; and *(Adopted: 4/15/22 effective 8/1/22)*

(c) A for-profit institution shall not receive NCAA grants or financial distributions directly from the NCAA. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.2.2 Use of Association's Registered Marks.** Active members may use the registered marks of the Association (i.e., the Association's name, logo or other insignia) only in accordance with guidelines established by the Board of Governors. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.3 Election Procedures.** *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.3.1 Application.** An institution desiring to become an active member of this Association shall complete a provisional membership period. After it has been determined that the institution has met the requirements of provisional membership, its request for active membership will be referred to the Membership Committee for election. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.3.2 Accreditation and Division Classification.** After it has been determined that the institution meets the Association's requirement of acceptable academic standards (i.e., the institution is accredited by one of the regional accrediting agencies), the application shall be considered with regard to requested membership division and sport classification in accordance with Bylaw 20. The application then shall be referred to the Membership Committee for consideration. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.3.3 Election.** The Membership Committee shall elect the applicant to membership effective the following September 1, the beginning of practice in any sport for that fall term or the first day of classes for that fall term, whichever occurs first. When the vote of the Membership Committee has been completed, the applicant shall be notified. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.3.4 Resignation and Re-Election to Membership.** If an institution resigns its membership and subsequently applies to re-establish its membership, the institution first shall complete a provisional membership period before such institution becomes eligible for re-election as an active member. *(Adopted: 4/15/22 effective 8/1/22)*

## 20.8.4 Conditions and Obligations of Membership. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.1 General.** The active members of this Association agree to administer their athletics programs in accordance with the constitution, bylaws and other legislation of the Association. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.2 Obligation to Meet Division Criteria.** Division membership criteria constitute enforceable legislation. Each member institution shall comply with all applicable criteria of its division, and an institution that fails to do so shall be subject to the enforcement procedures, as well as to possible reclassification. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.3 Certification of Eligibility/Declaration of Ineligibility.** The active member is responsible for certifying the eligibility of student-athletes under the terms of the constitution, bylaws or other legislation of the Association before permitting a student-athlete to represent the institution in intercollegiate competition. Procedures for eligibility certification shall be approved by the chancellor or president, who may designate an individual on the institution's staff to administer proper certification of eligibility. The institution shall be obligated immediately to apply all applicable rules and withhold ineligible student-athletes from all intercollegiate competition (see Bylaw 14.10 and see Bylaw 14.12 for procedures regarding restoration of eligibility). *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.4 Application of Rules to All Recognized Varsity Sports.** The constitution, bylaws and other legislation of this Association, unless otherwise specified therein, shall apply to all teams in sports recognized by the member institution as varsity intercollegiate sports and that involve all male teams, mixed teams of males and females, and all female teams. To be recognized as a varsity sport, the following conditions must be met: *(Adopted: 4/15/22 effective 8/1/22)*

(a) The sport shall be one in which the Association conducts championships, except as provided in Bylaw 20.11.3.4.1 (waiver) or an emerging sport for women; *(Adopted: 4/15/22 effective 8/1/22)*

(b) The sport officially shall have been accorded varsity status by the institution's chancellor or president or committee responsible for intercollegiate athletics; *(Adopted: 4/15/22 effective 8/1/22)*

(c) The sport is administered by the department of intercollegiate athletics; *(Adopted: 4/15/22 effective 8/1/22)*

(d) The eligibility of student-athletes participating in the sport shall be reviewed and certified by a staff member designated by the institution's chancellor or president or committee responsible for intercollegiate athletics policy; and *(Adopted: 4/15/22 effective 8/1/22)*

(e) Qualified participants in the sport shall receive the institution's official varsity awards. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.4.1 Intent to Sponsor a Varsity Sport.** Once an institution evidences an intent or commitment to sponsor a sport on a varsity level (e.g., official announcement that competition will be conducted on a varsity basis, employment of individuals to coach the varsity team), the institution must begin applying NCAA recruiting regulations to the applicable sport. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.5 Student-Athlete Statement.** The active member shall administer annually, on a form prescribed by the Management Council, a signed statement for each student-athlete that provides information prescribed in Bylaw 14.1.3. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.5.1 Administrative Requirements.** The statement shall be administered individually to each student-athlete by the athletics director or the athletics director's designee before the student-athlete's participation in intercollegiate competition each academic year. The athletics director and head coach in the sport shall sign the affirmation of eligibility form. The statement shall be kept on file in the office of the athletics director, and such file shall be available for examination upon request by an authorized representative of the NCAA. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.6 Drug-Testing Consent Form.** The active member shall administer annually, on a form prescribed by the Management Council, a signed drug-testing consent form for each student-athlete per Bylaw 14.1.4 (see Bylaw 12.02.6 for a definition of student-athlete). *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.6.1 Administrative Requirements.** The consent form shall be administered individually to each student-athlete before the student-athlete's participation in intercollegiate competition each academic year. Failure to complete and sign the consent form before such competition shall result in the student-athlete's ineligibility for practice and competition in all intercollegiate athletics. The consent form shall be kept on file in the office of the athletics director, and such file shall be available for examination on request by an authorized representative of the NCAA (see Bylaw 14.1.4.1). *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.7 Student-Athlete Health Insurance Portability and Accountability Act (HIPAA) Authorization/ Buckley Amendment Consent Form -- Disclosure of Protected Health Information.** The active member institution shall administer annually, on a form prescribed by the Management Council, a statement for each student-athlete to voluntarily sign that provides information prescribed in Bylaw 14.1.5. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.7.1 Administrative Requirements.** The statement shall be administered individually to each student-athlete by the athletics director or the athletics director's designee before the student-athlete's participation in intercollegiate athletics each academic year. The authorization/consent by the student-athlete is voluntary and is not required for the student-athlete to be eligible to participate. Any signed statement(s) shall be kept on file in the office of the athletics director. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.8 Certification of Insurance Coverage.** An active member institution must certify insurance coverage for medical expenses resulting from athletically related injuries sustained by a student-athlete participating in the covered event in an intercollegiate sport as recognized by the participating institution. **[D]** *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.8.1 Source of Insurance.** Such insurance coverage must be of equal or greater value than the deductible of the NCAA catastrophic injury insurance and may be provided through the following sources: **[D]** *(Adopted: 4/15/22 effective 8/1/22)*

(a) Parents' or guardians' insurance coverage; *(Adopted: 4/15/22 effective 8/1/22)*

(b) Participant's personal insurance coverage; or *(Adopted: 4/15/22 effective 8/1/22)*

(c) Institution's insurance program. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.8.2 Athletically Related Injuries.** For purposes of this bylaw, athletically related injuries are injuries that are a direct result of participation in a covered event. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.8.3 Covered Event.** A covered event includes the following: *(Adopted: 4/15/22 effective 8/1/22)*

(a) Any intercollegiate sports activity, including team travel, competition, practices and conditioning sessions during the playing season (see Bylaw 17.1.1); *(Adopted: 4/15/22 effective 8/1/22)*

(b) An NCAA-sanctioned competition in which the insured person (i.e., student-athlete) is an official competitor; or *(Adopted: 4/15/22 effective 8/1/22)*

(c) Practice or conditioning sessions that are authorized, organized or directly supervised by the athletics department personnel at the member institution other than during the playing season. Such sessions must occur on campus or at approved off-campus facilities as part of an intercollegiate athletics activity. For insured student-athletes who compete in individual sports, off-campus intercollegiate athletics activities must be authorized by athletics department personnel at the participating school and take place at approved locations. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.9 Standards.** Active members agree to establish and maintain high standards of personal honor, eligibility and fair play. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.10 Discipline of Members.** In accordance with directions of the Membership Committee or the annual Convention, active members shall refrain from athletics competition with designated institutions as required under the provisions of the Association's enforcement procedures (see Bylaw 19). *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.11 Publication of Satisfactory-Progress Requirements.** Active members are obligated to publish their satisfactory-progress requirements for student-athletes (see Bylaw 14.4.1). *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.12 Missed Class-Time Policies.** Active members are obligated to establish policies in all sports concerning student-athletes' missed class time due to participation in intercollegiate athletics and in athletics competition scheduled during final examination periods (see Bylaw 17.1.4.2). *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.13 Compliance-Related Certification.** A member institution shall not be eligible to enter a team or individual competitors in an NCAA championship and shall be subject to removal from and/or ineligibility of individuals to serve on an NCAA board, council or committee unless it certifies [see Bylaw 31.2.1-(d)] attesting that the conditions of Bylaw 31.2.1.7 have been satisfied. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.14 Reporting Secondary Violations.** An institution shall submit secondary violations to the NCAA enforcement staff as they are discovered using the online reporting system. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.15 Convention and Regional Rules Seminar Attendance.** Each year, an active member institution must be represented by an institutional staff member who is certified as a voting delegate and who votes for their institution at the NCAA Convention Division III business session. At least once every three years, an active member institution must be represented by at least one institutional staff member at the NCAA Regional Rules Seminar. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.15.1 Conference Rules Seminar.** An institution may satisfy the Regional Rules Seminar attendance requirement by attending a Division III Conference Rules Seminar that has been approved by the Membership Committee. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.15.2 Failure to Meet Any Portion of Convention or Regional Rules Seminar Attendance Requirement.** *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.15.2.1 Penalty Period.** A penalty period of not less than three academic years shall apply to an institution that fails to meet any portion of the Convention or Regional Rules Seminar attendance requirement subject to the conditions set forth in this bylaw. The penalty period begins once a first failure occurs. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.15.2.1.1 First Failure.** An institution shall be placed on membership probation for the length of the penalty period beginning with the next academic year after a first failure of this requirement is discovered. During the first year of the penalty period, the institution shall be subject to the probationary year conditions. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.15.2.1.2 Second Failure.** An institution shall be placed in restricted membership in accordance or one academic year beginning with the next academic year after a second failure is discovered during the penalty period. Failure to meet any of the following requirements shall be considered a second failure: *(Adopted: 4/15/22 effective 8/1/22)*

(a) Any portion of the NCAA Convention and Regional Rules Seminar attendance; *(Adopted: 4/15/22 effective 8/1/22)*

(b) Sports-sponsorship requirement; or *(Adopted: 4/15/22 effective 8/1/22)*

(c) Conditions of membership probation. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.15.2.1.3 Third Failure.** An institution shall forfeit immediately its membership in the Association after a third failure is discovered during the penalty period. Failure to meet any of the requirements in Bylaw 20.8.4.15.2.1.2 shall be considered a third failure. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.15.3 Waiver.** The Membership Committee may grant waivers of Bylaw 20.8.4.15 if it deems that unusual circumstances warrant such action. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.16 Concussion Management Plan.** An active member institution shall have a concussion management plan for its student-athletes. The plan shall adhere to the process and format (e.g., the concussion protocol checklist) prescribed by the Board of Governors or designee and include, but is not limited to, the following: **[D]** *(Adopted: 4/15/22 effective 8/1/22)*

(a) An annual process that ensures student-athletes are educated about the signs and symptoms of concussions. Student-athletes must acknowledge that they have received information about the signs and symptoms of concussions and that they have a responsibility to report concussion-related injuries and illnesses to a medical staff member; *(Adopted: 4/15/22 effective 8/1/22)*

(b) A process that ensures a student-athlete who exhibits signs, symptoms or behaviors consistent with a concussion shall be removed from athletics activities (e.g., competition, practice, conditioning sessions) and evaluated by a medical staff

member (e.g., sports medicine staff, team physician) with experience in the evaluation and management of concussions; *(Adopted: 4/15/22 effective 8/1/22)*

(c) A policy that precludes a student-athlete diagnosed with a concussion from returning to athletics activity (e.g., competition, practice, conditioning sessions) for at least the remainder of that calendar day; and *(Adopted: 4/15/22 effective 8/1/22)*

(d) A policy that requires medical clearance for a student-athlete diagnosed with a concussion to return to athletics activity (e.g., competition, practice, conditioning sessions) as determined by a physician (e.g., team physician) or the physician's designee. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.16.1 Annual Review and Retention Requirement.** The concussion management plan shall be annually reviewed by and be kept on file in the office of the athletics health care administrator. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.17 Concussion Reporting.** An active member institution shall report all instances of diagnosed sport-related concussions in student-athletes and their resolutions to the NCAA on an annual basis pursuant to policies and procedures maintained by the Committee on Competitive Safeguards and Medical Aspects of Sports. **[D]** *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.18 Catastrophic Sport Injury Report.** An active member institution shall submit data detailing student-athlete fatalities, near fatalities and catastrophic injuries (e.g., injuries and illnesses related to head, neck, spine, cardiac, pulmonary, heat, sickle cell trait, eyes) to the NCAA on an annual basis pursuant to applicable policies and procedures that govern the reporting of such data as determined by the Committee on Competitive Safeguards and Medical Aspects of Sports. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.19 Designation of Team Physician.** An active member institution shall designate a licensed physician to serve as team physician for its intercollegiate teams. The team physician shall be a medical doctor (MD) or osteopathic physician (DO) with a current license in good standing to practice medicine in the state of the active member institution. The team physician shall be authorized to oversee the medical services for injuries and illnesses incidental to a student-athlete's participation in intercollegiate athletics. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.20 Independent Medical Care.** An active member institution shall establish an administrative structure that provides independent medical care and affirms the unchallengeable autonomous authority of primary athletics health care providers (team physicians and athletic trainers) to determine medical management and return-to-play decisions related to student-athletes. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.21 Athletics Health Care Administrator.** An active member institution shall designate an athletics health care administrator to oversee the institution's athletics health care administration and delivery. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.22 Athletics Diversity and Inclusion Designee.** An active member institution shall designate an athletics diversity and inclusion designee to be the primary contact and conduit for diversity and inclusion-related information. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.23 Academic Success Rate.** Active members shall annually submit student-athlete graduation rate data, by the applicable deadline, for the Academic Success Rate (ASR) in a form prescribed by the Management Council. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.23.1 Failure to Submit Data.** An active member institution that fails to submit student-athlete graduation rate data for the ASR by the applicable deadline shall not be eligible to enter a team or individual competitors in an NCAA championship (See Bylaw 31.2.1.10) and may be subject to additional membership penalties. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.24 COVID-19 Liability Waiver.** An institution shall not require student-athletes to waive their legal rights regarding COVID-19 as a condition of athletics participation. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.4.25 COVID-19 Health Cost.** Prior to a student-athlete participating in any intercollegiate outside competition in the fall 2020 term, the institution shall: *(Adopted: 4/15/22 effective 8/1/22)*

(a) Review the institution's and student-athlete's existing health care cost coverage (e.g., health insurance) with the student-athlete; *(Adopted: 4/15/22 effective 8/1/22)*

(b) Inform the student-athlete of the risk classification of their sport(s) according to the NCAA Resocialization of Collegiate Sport: Developing Standards for Practice and Competition; and *(Adopted: 4/15/22 effective 8/1/22)*

(c) Provide information about how the school is complying with the NCAA Resocialization of Collegiate. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.5 Loss of Active Membership.** *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.5.1 Termination or Suspension.** The membership of any active member failing to maintain the academic or athletics standards required for such membership or failing to meet the conditions and obligations of membership may be suspended, terminated or otherwise disciplined by the Management Council, on the recommendation of the Membership Committee. Membership shall not be suspended or terminated unless: *(Adopted: 4/15/22 effective 8/1/22)*

(a) A notice of intention to suspend or terminate membership, stating the grounds on which such a motion will be based, is given in writing to the NCAA Board of Governors and to the chancellor or president of the member institution on or before the first day of November before the Convention; *(Adopted: 4/15/22 effective 8/1/22)*

(b) The Presidents Council approves the notification of intention to move for suspension or termination; and *(Adopted: 4/15/22 effective 8/1/22)*

(c) Such notice is included in the Official Notice of the annual Convention. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.5.1.1 Cessation of Rights and Privileges.** All rights and privileges of the member shall cease on any termination or suspension of active membership. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.5.2 Removal of Accreditation.** If an active member's accreditation is removed by its regional accrediting agency, it shall forfeit immediately its membership in the Association. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.5.3 Failure to Pay Dues.** If an active member fails to pay its annual dues for one year, its membership shall be automatically terminated. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.5.4 Reinstatement of Terminated Member.** Any active member whose membership has been terminated may have it reinstated by the Membership Committee. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.5.5 Reinstatement of Suspended Member.** Any active member whose membership has been suspended may be reinstated to good standing in accordance with the terms, if any, of the suspension action, or at any time after six months from the date of such suspension, by the Membership Committee. *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.6 Discipline of Active Members.** Disciplinary or corrective actions other than suspension or termination of membership may be affected during the period between annual Conventions for violation of NCAA rules (see Bylaws 19 and 32 for enforcement regulations, policies and procedures). *(Adopted: 4/15/22 effective 8/1/22)*

**20.8.6.1 Restoration of Good Standing.** Disciplined members shall resume good standing in accordance with the terms of the disciplinary action taken or may be restored to good standing at any time by a majority vote of the members of the Committee on Infractions present and voting. If fewer than eight members are present, any committee action requires a favorable vote of at least four committee members. Disciplined members also may be restored to good standing by the Membership Committee. *(Adopted: 4/15/22 effective 8/1/22)*

# 20.9 Member Conference. *(Adopted: 4/15/22 effective 8/1/22)*

**20.9.1 Eligibility.** *(Adopted: 4/15/22 effective 8/1/22)*

**20.9.1.1 Conference Competition Requirement.** Conference membership is available to duly elected athletics conferences of colleges and universities that conduct conference competition and determine a champion in one or more sports in which the Association conducts championships or for which it is responsible for providing playing rules for intercollegiate competition. *(Adopted: 4/15/22 effective 8/1/22)*

**20.9.1.2 Composition of Conference.** A conference shall be comprised of at least seven core institutions. Provisional or reclassifying member institutions in their third year of the membership process may be considered core institutions for purposes of comprising a conference, provided there are at least four active member institutions. A conference may include provisional members in addition to the seven core members. *(Adopted: 4/15/22 effective 8/1/22)*

**20.9.1.2.1 Core Institution.** A core institution is an active NCAA Division III member institution that is a member of an NCAA Division III conference and participates in that conference in more than one conference-sponsored sport. An institution may be a core institution in only one multisport conference. An institution that was considered a core institution in more than one multisport conference prior to September 1, 2011, may continue as a core institution in those conferences until it is no longer an active member of the particular conference. *(Adopted: 4/15/22 effective 8/1/22)*

**20.9.1.2.2 Single-Sport Conference.** Conference status may be granted to a single-sport conference provided it has six active NCAA member institutions. A single-sport conference may use provisional and reclassifying member institutions in year three of the membership process to satisfy the six-institution minimum, provided there are at least four active member institutions. *(Adopted: 4/15/22 effective 8/1/22)*

**20.9.1.2.2.1 National Collegiate Championship Sports.** For sports with a National Collegiate Championship, the single-sport conference minimum is controlled by the number of members needed for national collegiate automatic qualification (see Bylaw 18.5.2). (Note: Provisional member institutions may not be used to satisfy the requisite minimum institutions in Bylaw 18.5.2.) *(Adopted: 4/15/22 effective 8/1/22)*

**20.9.1.2.3 Institutions Competing in More Than One Conference.** An institution may participate in single-sport conferences or as an associate member in conferences in addition to the one in which it is considered core. *(Adopted: 4/15/22 effective 8/1/22)*

**20.9.1.2.4 Grace Period.** A conference shall continue to be considered a member conference for two academic years following the date it fails to satisfy the conference composition requirement. At the expiration of the grace period, if the conference does not meet the composition requirement to continue to qualify as a member conference, it shall enter into restricted status. A conference placed in restricted status shall lose eligibility for a number of membership privileges, including but not limited to voting and automatic qualification privileges and grant and initiative funding. Institutions that are members of a conference in restricted status shall continue to receive the benefits of active membership (e.g., voting rights at the NCAA Convention, grant initiative funding for independent member institutions). *(Adopted: 4/15/22 effective 8/1/22)*

## 20.9.2 Privileges. *(Adopted: 4/15/22 effective 8/1/22)*

**20.9.2.1 Privileges of Member Conferences.** Member conferences shall be entitled to all of the privileges of active members except the right to compete as such in NCAA Championships. *(Adopted: 4/15/22 effective 8/1/22)*

**20.9.2.2 Voting Rights.** Only those member conferences that have seven primary members as designated on the conference's membership form and meet the criteria listed below shall be permitted to vote on issues before the Association. *(Adopted: 4/15/22 effective 8/1/22)*

**20.9.2.2.1 Competitive and Legislative Body.** The member conference shall be both a competitive and a legislative body on the conference level. *(Adopted: 4/15/22 effective 8/1/22)*

**20.9.2.2.2 Minimum Size and Division Status.** *(Adopted: 4/15/22 effective 8/1/22)*

**20.9.2.2.2.1 Full Voting Privileges.** The member conference shall be composed of at least seven members in a single division in order to be eligible for full voting privileges, including voting on federated bylaws (those bylaws that may be amended by one or more divisions acting separately). *(Adopted: 4/15/22 effective 8/1/22)*

**20.9.2.2.2.2 Partial Voting Privileges.** Those member conferences with at least seven members but without a minimum of seven members in a single division shall be permitted to vote on all dominant or common provisions (those provisions that apply to all three divisions of the Association). On these common provisions, the conference shall vote in the division in which the majority of its membership is classified. In the event that its membership is divided evenly between two divisions, the Board of Governors shall determine its voting division. Such conferences shall not vote on federated provisions (those provisions that may be amended by one or more divisions acting separately). *(Adopted: 4/15/22 effective 8/1/22)*

**20.9.2.2.3 Five-Sport/Three-Season Requirement.** The member conference shall conduct conference competition in at least five sports for men, with at least one in each season, for the conference to vote on issues related solely to men's programs and five sports for women, with at least one in each season, for the conference to vote on issues related solely to women's programs. A season-ending tournament or round-robin regular season play in a sport shall satisfy the conference competition requirement for that sport. *(Adopted: 4/15/22 effective 8/1/22)*

**20.9.2.3 Use of Association's Registered Marks.** Member conferences may use the registered marks of the Association (i.e., the Association's name, logo or other insignia) only in accordance with guidelines established by the Board of Governors. *(Adopted: 4/15/22 effective 8/1/22)*

## 20.9.3 Election Procedures. *(Adopted: 4/15/22 effective 8/1/22)*

**20.9.3.1 Application.** An athletics conference desiring to become a member conference shall make application on a form available from the national office. A check in the appropriate amount for annual dues shall accompany the application. Should the applicant fail election, the dues paid shall be refunded. *(Adopted: 4/15/22 effective 8/1/22)*

**20.9.3.2 Election.** Athletics conferences may be elected as member conferences by the Membership Committee. *(Adopted: 4/15/22 effective 8/1/22)*

## 20.9.4 Conditions and Obligations of Membership. *(Adopted: 4/15/22 effective 8/1/22)*

**20.9.4.1 General.** The member conferences of this Association agree to administer their athletics programs in accordance with the constitution, bylaws and other legislation of the Association. *(Adopted: 4/15/22 effective 8/1/22)*

**20.9.4.2 Conference Competition.** Member conferences shall conduct conference competition and determine a champion in one or more sports in which the Association conducts championships or for which it is responsible for providing playing rules for intercollegiate competition. *(Adopted: 4/15/22 effective 8/1/22)*

**20.9.4.3 Composition of Conference.** The member conference shall maintain a membership of institutions that are active members of this Association, except that a conference with at least seven active members also may continue to qualify as a member conference if it contains one or more provisional members. *(Adopted: 4/15/22 effective 8/1/22)*

**20.9.4.4 Chancellor or President Involvement.** Institutional chancellors or presidents shall have the ultimate responsibility and final authority for the operation of the member conference and the actions of any institution that is a member of that conference. *(Adopted: 4/15/22 effective 8/1/22)*

**20.9.4.5 Conference Student-Athlete Advisory Committee.** Each multisport member conference shall establish a student-athlete advisory committee for its student-athletes. The composition and duties of the committee shall be determined by the conference. *(Adopted: 4/15/22 effective 8/1/22)*

**20.9.4.6 Athletics Diversity and Inclusion Designee.** An active member conference shall designate an athletics diversity and inclusion designee to be the primary contact and conduit for diversity and inclusion-related information. *(Adopted: 4/15/22 effective 8/1/22)*

## 20.9.5 Loss of Member-Conference Status. *(Adopted: 4/15/22 effective 8/1/22)*

**20.9.5.1 Termination or Suspension.** The membership of any member conference failing to maintain the academic or athletics standards required for membership or failing to meet the conditions and obligations of membership may be suspended or terminated or otherwise disciplined by the Management Council, on the recommendation of the Membership Committee. Membership shall not be suspended or terminated unless: *(Adopted: 4/15/22 effective 8/1/22)*

(a) Notice of intention to suspend or terminate membership, stating the grounds on which such motion will be based, is given in writing to the president of this Association and to the chancellor or president of the member conference on or before the first day of November before the Convention; *(Adopted: 4/15/22 effective 8/1/22)*

(b) The Presidents Council approves the notification of intention to move for suspension or termination; and *(Adopted: 4/15/22 effective 8/1/22)*

(c) Such notice is included in the Official Notice of the annual Convention. *(Adopted: 4/15/22 effective 8/1/22)*

**20.9.5.1.1 Cessation of Rights and Privileges.** All rights and privileges of the member shall cease on any termination or suspension of conference membership. *(Adopted: 4/15/22 effective 8/1/22)*

**20.9.5.2 Ineligible Conference Member Institution.** If any member of an athletics conference is found to be ineligible for active membership in this Association, such conference shall be ineligible for conference membership and its membership terminated, unless the conference has 40 or more members and at least 90% of said conference members are active members of the Association. *(Adopted: 4/15/22 effective 8/1/22)*

**20.9.5.3 Failure to Pay Dues.** If a member conference fails to pay its annual dues for one year, its membership shall be automatically terminated. *(Adopted: 4/15/22 effective 8/1/22)*

**20.9.5.4 Reinstatement of Terminated Members.** Any member conference whose membership has been terminated may have it reinstated by the Membership Committee. *(Adopted: 4/15/22 effective 8/1/22)*

**20.9.5.5 Reinstatement of Suspended Members.** Any member conference whose membership has been suspended may be reinstated to good standing in accordance with the terms, if any, of the suspension action, or at any time after six months from the date of such suspension, by the Membership Committee. *(Adopted: 4/15/22 effective 8/1/22)*

## 20.9.6 Discipline of Member Conferences. Disciplinary or corrective actions other than suspension or termination of membership may be affected during the period between annual Conventions for violation of NCAA rules (see Bylaws 19 and 32 for enforcement regulations, policies and procedures). *(Adopted: 4/15/22 effective 8/1/22)*

**20.9.6.1 Restoration of Good Standing.** Disciplined members shall resume good standing in accordance with the terms of disciplinary action taken or may be restored to good standing at any time by a vote of at least three members of the Committee on Infractions present and voting in accordance with Bylaw 19.5.2.8 or the Membership Committee. *(Adopted: 4/15/22 effective 8/1/22)*

# 20.10 Provisional Membership. *(Adopted: 4/15/22 effective 8/1/22)*

**20.10.1 Eligibility.** Provisional membership is available to four-year colleges and universities and two-year upper-level collegiate institutions, accredited by the appropriate regional accrediting agency and duly elected to provisional membership under the provisions of Bylaw 20.10. *(Adopted: 4/15/22 effective 8/1/22)*

**20.10.2 Application Process.** *(Adopted: 4/15/22 effective 8/1/22)*

**20.10.2.1 Exploratory Year.** An institution seeking Division III membership shall complete an exploratory year. To satisfy the registration requirement, the institution shall submit its registration on a form approved by the Membership Committee available from the national office. The form shall be received in the national office not later than January 15. Any form received after that date shall be postmarked not later than January 8. *(Adopted: 4/15/22 effective 8/1/22)*

**20.10.2.1.1 Standards for Exploratory Year.** The institution shall be required to complete an exploratory year for a period of one academic year beginning with the academic year that immediately follows registration. *(Adopted: 4/15/22 effective 8/1/22)*

**20.10.2.1.2 Timing of Application for Division III.** During the exploratory year, the institution may submit an application for Division III membership in accordance with Bylaw 20.10.2.2 for the academic year that immediately follows the exploratory year. An institution that does not submit an application for Division III membership during the exploratory year is not eligible to apply for Division III membership until it re-registers for a new exploratory year and completes the process according to the prescribed timeline. *(Adopted: 4/15/22 effective 8/1/22)*

**20.10.2.1.3 Fee -- Provisional Members.** Each provisional member shall pay a nonrefundable fee of an amount determined annually by the Membership Committee based on an analysis of the expenses and benefits associated with the membership process. At the time of registration for the exploratory year, a portion of the fee, as determined by the Membership Committee, shall be due, and the remainder of the fee shall be due by September 1 of the first year of provisional membership. Provisional members in years one through three shall also pay NCAA dues. *(Adopted: 4/15/22 effective 8/1/22)*

**20.10.2.1.4 Exploratory Year Waiver.** Not later than May 15th following the submission of the exploratory registration, an institution may apply for a waiver of the exploratory year. The Division III Membership Committee may grant waivers of the exploratory year based on a determination that the institution demonstrates a commitment to the Division III philosophy and evidence of the resources necessary to conduct a viable Division III athletics program. The waiver request shall include: *(Adopted: 4/15/22 effective 8/1/22)*

(a) An application for Division III provisional membership on the form approved by Membership Committee; *(Adopted: 4/15/22 effective 8/1/22)*

(b) A letter of recommendation from a sponsoring active NCAA Division III member endorsing the institution and attesting to the establishment of a mentoring relationship; *(Adopted: 4/15/22 effective 8/1/22)*

(c) Information demonstrating that the institution satisfied NCAA Division III minimum sport-sponsorship requirements during the previous three academic years; *(Adopted: 4/15/22 effective 8/1/22)*

(d) A statement indicating the director of athletics and the individual with compliance oversight (if different than the director of athletics) will attend an NCAA regional rules seminar in the year of submission of the waiver request; and *(Adopted: 4/15/22 effective 8/1/22)*

(e) Information demonstrating that the institution shall not award athletically related financial aid to any student that participates in athletics. The institution may honor previously awarded athletically related financial aid to students that choose not to participate in athletics. *(Adopted: 4/15/22 effective 8/1/22)*

**20.10.2.2 Application for Membership.** After it has been determined that the institution meets the Association's requirement of acceptable academic standards and during the exploratory year, the institution shall submit an application on a form approved by the Membership Committee available from the national office. The form shall be received in the national office not later than January 15. Any form received after that date shall be postmarked not later than January 8. The application may be approved by the Membership Committee. *(Adopted: 4/15/22 effective 8/1/22)*

**20.10.2.2.1 Standards for Application for Membership.** An institution must satisfy all of the following at the time of application: *(Adopted: 4/15/22 effective 8/1/22)*

(a) Participation in an exploratory year during the year of application to Division III; *(Adopted: 4/15/22 effective 8/1/22)*

(b) Receipt of a bona fide invitation for membership from an active Division III multisport conference. A conference affiliation shall be maintained during the Division III membership process; *(Adopted: 1/17/23 effective 8/1/23 For institutions whose provisional or reclassifying membership process will begin during or after the 2024-25 academic year.)*

(c) Satisfactory completion of a viability statement describing the institution's commitment to the Division III philosophy statement. The Membership Committee shall make available the viability statement form as part of the provisional member application; *(Adopted: 4/15/22 effective 8/1/22)*

(d) Sponsorship by an active Division III member, including the establishment of a good faith mentoring relationship and submission of a letter of recommendation signed by the sponsoring institution's chancellor or president, athletics director, senior woman administrator and faculty athletics representative; and *(Adopted: 4/15/22 effective 8/1/22)*

(e) Demonstration of a functioning compliance system. The Membership Committee shall make available the athletics assessment form as part of the provisional member application. *(Adopted: 4/15/22 effective 8/1/22)*

**20.10.2.3 Accreditation and Division Classification.** After it has been determined that the institution meets the Association's requirement of acceptable academic standards (i.e., the institution is accredited by one of the regional accrediting agencies), the application shall be considered by the Membership Committee with regard to requested membership division in accordance with Bylaw 20. *(Adopted: 4/15/22 effective 8/1/22)*

**20.10.2.4 Election.** The Membership Committee shall elect the applicant to provisional membership effective the following September 1. The applicant shall be notified on completion of the election process. *(Adopted: 4/15/22 effective 8/1/22)*

**20.10.3 Class Size and Assignment.** There shall be a maximum of four institutions admitted to the provisional or reclassifying membership program in any one year, and a maximum of 12 provisional or reclassifying institutions participating in the program in total. Institutions shall be assigned a start year based on the following criteria, in no particular order: *(Adopted: 4/15/22 effective 8/1/22)*

(a) Geographic location in an area that needs or can accept new members; *(Adopted: 4/15/22 effective 8/1/22)*

(b) Reclassifying versus provisional status; *(Adopted: 4/15/22 effective 8/1/22)*

(c) Existing or potential membership in an active Division III conference; *(Adopted: 4/15/22 effective 8/1/22)*

(d) Broad-based sports sponsorship profile; and *(Adopted: 4/15/22 effective 8/1/22)*

(e) Whether the institution has previously provided athletically related financial aid. *(Adopted: 4/15/22 effective 8/1/22)*

**20.10.3.1 Waiver.** The Membership Committee may grant waivers of Bylaw 20.10.3 if it deems that circumstances warrant such action. *(Adopted: 4/15/22 effective 8/1/22)*

**20.10.4 Three-Year Provision.** Provisional membership shall not be less than a three-year period. At the end of the three-year period, a provisional member shall be eligible to apply for active membership. *(Adopted: 4/15/22 effective 8/1/22)*

**20.10.4.1 Waivers.** *(Adopted: 4/15/22 effective 8/1/22)*

**20.10.4.1.1 Credit for Time Completed Previously as Provisional Member.** The Membership Committee may waive any portion of the first two years of the three-year provisional period the institution previously completed as a provisional or reclassifying member. *(Adopted: 4/15/22 effective 8/1/22)*

**20.10.4.1.2 Reclassification of Provisional Membership from Division II to Division III.** The Division III Membership Committee may waive one year of the three-year provisional membership period if an institution reclassifies its provisional membership from Division II to Division III. The waiver may be granted only if the institution meets Division III financial aid requirements and the minimum contest and participant requirements during its previous year of provisional membership. The institution shall serve a minimum of three total years of provisional membership before being considered for active membership. An institution that reclassifies its provisional membership from Division II to Division III shall comply with the provisional membership legislation in effect at the time of its reclassification. *(Adopted: 4/15/22 effective 8/1/22)*

**20.10.5 Compliance with Association Rules.** Unless specified otherwise in Bylaw 20.10, a provisional member shall administer its athletics program in accordance with the constitution, bylaws and other legislation of the Association. *(Adopted: 4/15/22 effective 8/1/22)*

**20.10.5.1 Athletically Related Financial Aid Exception.** A provisional member shall not award new athletically related financial aid to incoming students (e.g., freshmen, transfers) beginning with the first year of provisional membership and thereafter. Following the completion of year two, a provisional member may no longer award athletically related financial aid to any student, unless the institution previously awarded athletically related financial aid to the student, and the student no longer participates in intercollegiate athletics. During the second year of provisional membership (and each following year), a provisional member must complete the financial aid reporting process (see Bylaw 15.3.1.1). *(Adopted: 4/15/22 effective 8/1/22)*

**20.10.6 Standards.** The institution's athletics programs shall reflect the establishment and maintenance of high standards of personal honor, eligibility and fair play. *(Adopted: 4/15/22 effective 8/1/22)*

**20.10.7 Sports-Sponsorship Requirement.** During each year of provisional membership, institutions shall meet all requirements for sports sponsorship as set forth in Bylaw 20.11.3. *(Adopted: 4/15/22 effective 8/1/22)*

**20.10.8 Conditions and Obligations of Provisional Membership.** *(Adopted: 4/15/22 effective 8/1/22)*

**20.10.8.1 Education Program.** Each provisional member must complete the provisional member education program before being granted active membership. The Membership Committee shall administer this program, which is described on the NCAA website (i.e., www.ncaa.org) or may be obtained from the NCAA national office. *(Adopted: 4/15/22 effective 8/1/22)*

**20.10.8.2 Determination of Provisional Membership Standing.** A provisional member may be permitted to continue the three-year provisional member process with or without conditions as determined by the Membership Committee in instances of noncompliance with Division III and/or provisional membership regulations. *(Adopted: 4/15/22 effective 8/1/22)*

**20.10.8.3 Repeat of Provisional Membership.** The Membership Committee may require a provisional member to repeat any one of the three years of the provisional membership period. An institution may repeat only once during the three-year provisional membership period. *(Adopted: 4/15/22 effective 8/1/22)*

**20.10.8.4 First Year of Active Division III Membership.** The Membership Committee shall have the authority to place an institution that has completed its provisional process in restricted membership status for its first year of active Division III membership. The Membership Committee shall establish the parameters of restricted membership, which may include, but are not limited to, loss of any or all championships access, voting privileges and Division III grant and initiative funding. *(Adopted: 4/15/22 effective 8/1/22)*

**20.10.8.5 Reporting Secondary Violations.** The provisional member shall submit secondary violations to the NCAA enforcement staff as they are discovered using the online reporting system. *(Adopted: 4/15/22 effective 8/1/22)*

**20.10.9 Privileges and Voting Rights.** *(Adopted: 4/15/22 effective 8/1/22)*

**20.10.9.1 Publications and Convention Representation.** Provisional members shall receive all publications and mailings received by active members of the Association, shall be entitled to be represented by one nonvoting delegate at any Convention of the Association and shall have such other privileges as may be accorded by the bylaws of the Association. *(Adopted: 4/15/22 effective 8/1/22)*

**20.10.9.2 Use of Association's Registered Marks.** A provisional member may use the registered marks of the Association (i.e., the Association's name, logo or other insignia) only in accordance with guidelines established by the Board of Governors. *(Adopted: 4/15/22 effective 8/1/22)*

**20.10.10 Loss of Provisional Membership.** *(Adopted: 4/15/22 effective 8/1/22)*

**20.10.10.1 Termination.** The membership of any provisional member failing to maintain the academic or athletics standards required for such membership or failing to meet the conditions and obligations of membership may be terminated by the Membership Committee. A notice of intention to terminate membership, stating the grounds on which such a motion will be based, shall be given in writing to the chancellor or president of the member institution. *(Adopted: 4/15/22 effective 8/1/22)*

**20.10.10.2 Cessation of Rights and Previleges.** All rights and privileges of the provisional member shall cease on any termination of provisional membership. *(Adopted: 4/15/22 effective 8/1/22)*

**20.10.10.3 Discipline of Member Conferences.** During the provisional member's compliance period, disciplinary or corrective actions other than termination of membership may be affected on a member conference that contains provisional members that fail to fulfill conditions and obligations of provisional membership. *(Adopted: 4/15/22 effective 8/1/22)*

**20.10.10.4 Reinstatement of Terminated Member.** Any provisional member whose membership is terminated may reapply for membership after a period of one year by the Membership Committee. The Membership Committee may grant credit to such an institution for any portion of the first two years of the three-year provisional period the institution previously completed as a provisional member, provided the portion was completed within the last 10 years. *(Adopted: 4/15/22 effective 8/1/22)*

# 20.11 Division III Membership Requirements. *(Revised: 1/10/95, 1/9/06 effective 8/1/06)*

# DIVISION III PHILOSOPHY STATEMENT

Colleges and universities in Division III place highest priority on the overall quality of the educational experience and on the successful completion of all students' academic programs. They seek to establish and maintain an environment in which a student-athlete's athletics activities are conducted as an integral part of the student-athlete's educational experience and in which

coaches play a significant role as educators. They also seek to establish and maintain an environment that values cultural diversity and gender equity among their student-athletes and athletics staff.

To achieve this end, Division III institutions:

(a) Expect that institutional presidents and chancellors have the ultimate responsibility and final authority for the conduct of the intercollegiate athletics program at the institutional, conference and national governance levels; *(Adopted: 1/16/10 effective 8/1/10)*

(b) Place special importance on the impact of athletics on the participants rather than on the spectators and place greater emphasis on the internal constituency (e.g., students, alumni, institutional personnel) than on the general public and its entertainment needs;

(c) Shall not award financial aid to any student on the basis of athletics leadership, ability, participation or performance; *(Revised: 7/24/07)*

(d) Primarily focus on intercollegiate athletics as a four-year, undergraduate experience; *(Adopted: 1/14/12)*

(e) Encourage the development of sportsmanship and positive societal attitudes in all constituents, including student-athletes, coaches, administrative personnel and spectators;

(f) Encourage participation by maximizing the number and variety of sport offerings for their students through broad-based athletics programs; *(Revised: 1/14/12)*

(g) Assure that the actions of coaches and administrators exhibit fairness, openness and honesty in their relationships with student-athletes;

(h) Assure that athletics participants are not treated differently from other members of the student body;

(i) Assure that student-athletes are supported in their efforts to meaningfully participate in nonathletic pursuits to enhance their overall educational experience; *(Adopted: 1/14/12)*

(j) Assure that athletics programs support the institution's educational mission by financing, staffing and controlling the programs through the same general procedures as other departments of the institution. Further, the administration of an institution's athletics program (e.g., hiring, compensation, professional development, certification of coaches) should be integrated into the campus culture and educational mission; *(Revised: 1/9/06 effective 8/1/06)*

(k) Assure that athletics recruitment complies with established institutional policies and procedures applicable to the admission process; *(Adopted: 1/12/04 effective 8/1/04)*

(l) Exercise institutional and/or conference autonomy in the establishment of initial and continuing eligibility standards for student-athletes; *(Adopted: 1/14/12)*

(m) Assure that academic performance of student-athletes is, at a minimum, consistent with that of the general student body; *(Adopted: 1/9/06 effective 8/1/06)*

(n) Assure that admission policies for student-athletes comply with policies and procedures applicable to the general student body; *(Adopted: 1/9/06 effective 8/1/06)*

(o) Provide equitable athletics opportunities for student-athletes and give equal emphasis to men's and women's sports; *(Revised: 7/25/19)*

(p) Support ethnic and gender diversity for all constituents; *(Adopted: 1/12/99)*

(q) Give primary emphasis to regional in-season competition and conference championships; and

(r) Support student-athletes in their efforts to reach high levels of athletics performance, which may include opportunities for participation in national championships, by providing all teams with adequate facilities, competent coaching and appropriate competitive opportunities.

The purpose of the NCAA is to assist its members in developing the basis for consistent, equitable competition while minimizing infringement on the freedom of individual institutions to determine their own special objectives and programs. The above statement articulates principles that represent a commitment to Division III membership and shall serve as a guide for the preparation of legislation by the division and for planning and implementation of programs by institutions and conferences.

**20.11.1 Regular-Season Eligibility.** A member institution shall conduct its regular-season competition under eligibility rules at least as stringent as those provisions of Bylaw 14 applicable to members.

**20.11.1 Division III Philosophy Statement.**

The purpose of the National Collegiate Athletic Association (NCAA) is to assist its members in developing the basis for consistent, equitable competition while minimizing infringement on the freedom of individual members to determine their

own unique objectives and programs. The philosophy statement articulates principles that represent a commitment to Division III membership and shall serve as a guide for the preparation of legislation by the division and for planning and implementation of programs by institutions and conferences.

(a) Division III members affirm the purposes and fundamental policy of the NCAA, as set forth in Constitution Article 1 with emphasis on:

(1) Division III members shall establish and maintain an environment in which a student-athlete's activities are conducted with the appropriate primary emphasis on the student-athlete's academic experience.

(2) Division III intercollegiate athletics shall be conducted in a manner designed to protect, support and enhance the physical and mental health and safety of student-athletes.

(3) Division III members shall be committed to the creation of diverse and inclusive environments with respect for and sensitivity to the dignity of every person.

(4) Division III athletics shall be conducted in a manner free of gender bias.

(b) NCAA Constitution Article 2 establishes the independent authority of Division III to organize itself and determine its own governing structure and membership.

(1) Institutional presidents and chancellors have the ultimate responsibility and final authority for the conduct of Division III intercollegiate athletics at the national, conference and institutional levels.

(2) Institutional and conference members determine policy at the national level through the Division III governance and legislative processes.

(3) Key institution and conference constituents who play an integral role in the governance and operation of Division III at the national, conference and institutional levels include, but are not limited to athletics direct reports, athletics diversity and inclusion designees, athletics health care administrators, coaches, conference commissioners, directors of athletics, faculty athletics representatives, presidents and chancellors, senior compliance administrators, senior woman administrators, and student-athletes.

(c) Division III members abide by the following principles that help to define and distinguish the division and its policies and legislation.

(1) Student-Athlete Collegiate Experience.

(i) Primarily focus on intercollegiate athletics as a four-year undergrad experience.

(ii) Seek to establish and maintain an environment in which a student-athlete's athletics activities are conducted as an integral part of their educational experience.

(iii) Assure that student-athletes are supported in their efforts to meaningfully participate in nonathletic pursuits to enhance their overall educational experience.

(2) Student-Athlete Athletics Experience.

(i) Support student-athletes in their efforts to reach the highest levels of athletics performance, with a primary emphasis on conference and regional competition, while providing access to national championships.

(ii) Prioritize the experience of the participants, and the internal constituency (e.g., students, alumni, institutional personnel) rather than on the entertainment needs of spectators or the general public.

(iii) Develop and maintain an environment that promotes sportsmanship and a positive culture for student-athletes, coaches, and administrative personnel, recognizing the role intercollegiate athletics can play in human development. Ensure spectators contribute to a positive sporting experience in support of all participants.

(3) Member Responsibility and Oversight.

(i) Encourage participation and provide equitable opportunities with support for gender and ethnic/racial diversity. Give equal emphasis to men's and women's sports.

(ii) The administration of an institution's athletics program (e.g., hiring, compensation, professional development, certification of coaches) should be integrated into the campus culture and educational mission.

(iii) Assure all teams are provided with appropriate facilities, competent coaching and competitive opportunities.

(iv) Assure student-athletes are treated similarly to the student-body in areas that include, but are not limited to, admissions, enrollment, financial aid, academic and career support, academic performance, and degree completion.

(v) Assure that financial aid is not awarded to any student on the basis of athletics leadership, ability, participation or performance. *(Adopted: 1/16/24 effective 8/1/24)*

**20.11.2 Financial Aid Limitations.** A member institution shall not award financial aid to any student on the basis of athletics leadership, ability, participation or performance (see Bylaw 15.3). *(Revised: 6/13/06, 1/17/08)*

**20.11.3 Sports Sponsorship.** A member institution shall sponsor in Division III a minimum number of sports based on institutional enrollment. At least one sport involving an all-male team or a mixed team and at least one sport involving an all-female team shall be conducted in every sport season. All sports used to meet the minimum sports sponsorship requirements must meet the minimum contest and participant requirements per Bylaw 20.11.3.8. *(Revised: 1/14/97 effective 8/1/01, 1/9/06 effective 8/1/10, 5/4/06)*

**20.11.3.1 Institution with Enrollment of 1,000 Students or Fewer.** An institution with enrollment of 1,000 students or fewer shall sponsor five varsity intercollegiate sports, including at least three team sports, involving all-male teams or mixed teams of males and females; and five varsity intercollegiate sports, including at least three team sports, involving all-female teams. *(Adopted: 1/9/06 effective 8/1/10, Revised: 5/4/06)*

**20.11.3.2 Institution with Enrollment of More Than 1,000 Students.** An institution with enrollment of more than 1,000 students shall sponsor six varsity intercollegiate sports, including at least three team sports, involving all-male teams or mixed teams of males and females; and six varsity intercollegiate sports, including at least three team sports, involving all-female teams. *(Adopted: 1/9/06 effective 8/1/10, Revised: 5/4/06)*

**20.11.3.3 Calculation of Enrollment Figures.** Institutional enrollment for sports sponsorship requirements shall be based on a rolling four-year average using the full-time undergraduate enrollment figure submitted for the Integrated Postsecondary Education Data Systems (IPEDS). The institution shall sponsor the required number of sports per academic year after the IPEDS submission. *(Adopted: 1/9/06 effective 8/1/10, Revised: 5/4/06, 1/19/09)*

**20.11.3.4 Acceptable Sports.** The sports designated to meet the sports sponsorship criteria shall:

(a) Be among those in which the Association sponsors a championship except as provided in Bylaw 20.11.3.4.1 (waiver) or an emerging sport for women per Bylaw 20.02.6;

(b) Be recognized by the institution as varsity intercollegiate sports (see Bylaw 20.8.4.4); and

(c) Involve all-male teams, mixed teams of males and females or all-female teams.

**20.11.3.4.1 Waiver.** The Membership Committee may approve a request to designate one sport involving all-males or mixed team of males and females and one sport involving all-female teams other than those set forth in Bylaw 20.11.3.4-(a). *(Revised: 12/21/10, 7/21/15)*

**20.11.3.5 Single-Gender Institution Exception.** Institutions that sponsor and conduct athletics programs for only one gender need not meet the sports sponsorship requirements for the other gender. *(Revised: 5/4/06)*

**20.11.3.6 One Team Sport Each Season.** A member institution does not need to sponsor one team sport each season. *(Revised: 5/4/06)*

**20.11.3.7 Counting Multiseason Sports.** If an institution sponsors the same sport in two different seasons, it may count the sport only in the season in which the sport participates in the most contests. To be counted as a fall sport, the majority of an institution's contests or dates of competition would have to occur from September through December; to be counted as a winter sport, December through March; to be counted as a spring sport, February through May. *(Revised: 5/4/06)*

**20.11.3.8 Minimum Contests and Participants Requirements for Sports Sponsorship.** In each sport, the institution's team shall engage in at least a minimum number of intercollegiate contests (against the varsity programs of four-year, degree-granting collegiate institutions) each year. In the individual sports, the institution's team shall include a minimum number of participants in each contest that is counted toward meeting the minimum-contests requirement. The following minimums are applicable: *(Revised: 1/12/99 effective 8/1/99, 1/8/05, 1/10/05, 4/8/05 effective 8/1/05, 10/27/05, 1/9/06 effective 8/1/07, 1/17/09 effective 8/1/09, 1/18/14 effective 8/1/14, 1/17/15, 8/1/15, 8/19/15, 1/16/16)*

| Team Sports | Minimum Contests | Minimum Participants | Individual Sports | Minimum Contests | Minimum Participants |
|---|---|---|---|---|---|
| Acrobatics and Tumbling | 6 | 18 | Bowling | 8 | 5 |
| Beach Volleyball | 8 | | Cross Country | 5 | 5 |
| Baseball | 25 | | Fencing | 8 | 5 |
| Basketball | 18 | | Golf | 6 | 4 |
| Field Hockey | 12 | | Men's Gymnastics | 6 | 6 |

| Sport | | Sport | | |
|---|---|---|---|---|
| Football | 7 | Women's Gymnastics | 6 | 5 |
| Ice Hockey | 18 | Rifle | 6 | 4 |
| Lacrosse | 10 | Skiing | 5 | 5 |
| Women's Rowing | 8 | Swimming and Diving | 8 | 8 |
| Women's Rugby | 8 | Tennis | 10 | 6 |
| Soccer | 13 | Track and Field, Indoor | 5 | 10 |
| Softball | 24 | Track and Field, Outdoor | 6 | 12 |
| Volleyball | 17 | Women's Triathlon | 4 | 3 |
| Water Polo | 13 | Wrestling, Men's | 7 | 6 |
| | | Wrestling, Women's | 7 | 6 |

(Note: The minimum-contest requirements set forth in Bylaw 20.11.3.8 apply only to the provisions of this section and do not apply to minimum-contest requirements in Bylaw 14 and Bylaw 17.) *(Revised: 1/27/20 effective 8/1/20)*

**20.11.3.8.1 Completion of Contest.** To count as a contest, the institution's team actually shall participate in and complete the contest. Scheduled contests that are canceled or not completed (in accordance with the playing rules of the sport in question) may not be counted. For individual sports, an institution's team shall have the minimum number of participants in each contest but is only required to have the minimum number per the playing rules to complete the contest. *(Revised: 12/20/12, 1/16/13)*

**20.11.3.8.2 Regional Cross Country Qualifying Meets.** An institution may count participation in a Division III regional cross country meet in meeting the minimum-contest requirement, provided the institution meets the minimum-participant requirement per Bylaw 20.11.3.8, and no qualifying standards exist for participation in the meet. *(Adopted: 1/11/94)*

**20.11.3.8.3 Women's Rugby.** In women's rugby, 15-a-side and seven-a-side competition may count toward the required minimum number of contests. *(Adopted: 1/18/14 effective 8/1/14)*

**20.11.3.8.4 Counting Multicontest Events.** In the team sports, each game in a double-header, triple-header or tournament shall be counted as one contest.

**20.11.3.8.5 Counting Multiteam Events in Individual Sports.** In the individual sports, not more than two institution-versus-institution meetings shall be counted as contests in any multiteam competition (e.g., quadrangular track and field meet). If the institution achieves a single score in competition with the other competing institutions (e.g., a conference championship), it shall be counted as one contest. *(Revised: 1/11/89 effective 8/1/89)*

**20.11.3.8.5.1 Meets with No Team Scoring.** In the individual sports, a meet at which no team scoring is kept counts as a contest for the purpose of meeting the minimum-contest requirement, provided that at least the minimum number of participants per Bylaw 20.11.3.8 participates on the institution's team.

**20.11.3.8.6 Individual Sports -- One or More Sites.** In the individual sports, if the minimum number of student-athletes participating on one or more teams, at one or more sites, on behalf of the institution on the same day equals or exceeds the minimum number of participants per Bylaw 20.11.3.8, an institution may use the competition as a contest in meeting the minimum-contest requirements. *(Adopted: 1/16/93)*

**20.11.3.8.6.1 Exception -- Multiday Track and Field Meets.** In track and field, if the number of student-athletes participating in a multiday meet on behalf of the institution during the course of the entire meet equals or exceeds the minimum number of participants per Bylaw 20.11.3.8, and the meet is conducted on consecutive days, an institution may use the competition as a contest in meeting the minimum-contest requirement. *(Adopted: 7/21/09)*

**20.11.3.8.7 Contests in Two Seasons.** If an institution sponsors the same sport in two different seasons of the same academic year, it may count contests in both seasons, provided regular varsity competition is sponsored in both seasons and is so listed on the institution's official schedule in that sport.

**20.11.3.8.8 Contests Versus Club Teams.** A contest against a collegiate institution's club team may not be counted toward meeting the minimum-contest requirements. However, a member is not precluded from scheduling club teams.

**20.11.3.8.8.1 Exception -- Women's Rugby.** In women's rugby, an institution may count up to two contests per year against collegiate club teams toward meeting minimum-contest requirements. *(Adopted: 1/18/14 effective 8/1/14)*

**20.11.3.8.9 Indoor and Outdoor Track and Field.** An institution may receive credit for sponsoring both indoor and outdoor track and field, provided its team participates in a total of at least 11 indoor and outdoor meets during the year, including at least three indoor and three outdoor meets. *(Revised: 1/9/06 effective 8/1/07)*

**20.11.3.8.10 Acrobatics and Tumbling.** In acrobatics and tumbling, dual meets and tri-meets may count toward the minimum number of contests. Tri-meets are counted as two contests for each competing team. No more than two tri-meets may be counted toward the minimum number of contests by a member institution. *(Adopted: 1/27/20 effective 8/1/20)*

**20.11.3.8.11 Waivers.**

**20.11.3.8.11.1 Minimum Contests and Participants.** The Membership Committee may approve waivers of the minimum number of intercollegiate contests or the minimum number of participants in a contest in situations beyond the control of the institution (e.g., weather conditions or disaster preventing completion of a scheduled competition, or verified injury or illness at the site of competition preventing the participation of the required minimum number of individuals). *(Revised: 1/10/90, 7/21/15)*

**20.11.3.8.11.2 Minimum Contests.** The Membership Committee may approve a waiver of the minimum number of intercollegiate contests in a situation in which: *(Revised: 7/21/15)*

(a) The member institution can document that it had scheduled (for that academic year) the appropriate minimum number of contests under enforceable game contracts executed in writing;

(b) An opponent canceled a game that it had contracted to play that academic year; and

(c) Despite a good-faith effort, the institution was unable to rearrange its schedule to play the appropriate minimum number of contests.

**20.11.3.9 Failure to Meet Minimum Sports Sponsorship Criteria.**

**20.11.3.9.1 Penalty Period.** A penalty period of not less than five academic years shall apply to an institution that fails to meet the minimum sports sponsorship criteria subject to the conditions set forth in this bylaw. The penalty period begins once a first failure occurs (see Bylaw 20.11.3.9.1.1). *(Adopted: 10/19/10 effective 8/1/11, Revised: 9/26/16)*

**20.11.3.9.1.1 First Failure.** An institution shall be placed on membership probation for the length of the penalty period beginning with the next academic year after the failure to meet the minimum sports sponsorship criteria. During the first year of the penalty period, the institution shall be subject to the conditions of the probationary year in Bylaw 20.02.3.1.2.1. *(Adopted: 10/19/10 effective 8/1/11, Revised: 9/26/16)*

**20.11.3.9.1.2 Second Failure.** An institution shall be placed in restricted membership in accordance with Bylaw 20.02.3.1.2.2 for one academic year beginning with the next academic year after a second failure is discovered during the penalty period. Failure to meet any of the following requirements shall be considered a second failure: *(Adopted: 10/19/10 effective 8/1/11)*

(a) NCAA Convention and Regional Rules Seminar attendance;

(b) Annual Financial Aid Report;

(c) Sports sponsorship; or

(d) Conditions of membership probation (see Bylaw 20.02.3.1.2.1). *(Revised: 9/26/16)*

**20.11.3.9.1.3 Third Failure.** An institution shall forfeit immediately its membership in the Association after a third failure is discovered during the penalty period. Failure to meet any of the requirements in Bylaw 20.11.3.9.1.2 shall be considered a third failure. *(Adopted: 10/19/10 effective 8/1/11, Revised: 7/22/13)*

**20.11.3.10 Waivers of Sports Sponsorship.**

**20.11.3.10.1 Male-Female Enrollment Ratio Waiver.** The Membership Committee may grant waivers of the sports sponsorship requirements for men or women if the institution provides data to demonstrate that the male-female enrollment ratio prohibits the offering of the required number of sports for one or the other. The institution shall submit its request for a waiver to the Membership Committee, and it shall be received in the national office not later

than October 1. Any request received after that date shall be postmarked not later than September 23. The request shall include pertinent information supporting the institution's request and shall be signed by the institution's president or chancellor. *(Revised: 5/4/06, 7/21/15)*

**20.11.3.10.2 Single-Gender Institution Transitioning to Coeducational Institution.** The Membership Committee may waive for a three-year period the sports sponsorship requirements for an institution that is transitioning from single-gender to coeducational status. The waiver must be requested before an institution begins transitioning and must include a detailed action plan outlining the steps that will be taken to ensure compliance with sport sponsorship requirements at the end of the three-year period. If circumstances warrant, a second consecutive three-year waiver may be granted. No waivers shall be granted beyond this six-year period. *(Revised: 5/4/06, 1/18/14 effective 8/1/14, 7/21/15)*

**20.11.3.10.3 Three-Season Sport Waiver.** The Membership Committee may waive the requirement that an active member shall conduct at least one sport in every sport season if the institution is precluded from conducting a sport in a particular season by its academic calendar, climatic conditions or other circumstance beyond the control of the institution. *(Revised: 5/4/06, 7/21/15)*

**20.11.3.10.4 Additional Waivers.** The Membership Committee may waive all other sports sponsorship requirements based on objective evidence that demonstrates circumstances warranting a waiver of the normal application of those regulations. *(Adopted: 10/19/09, Revised: 7/21/15)*

**20.11.4 Letter-of-Intent Prohibition.** An institution, or one that competes in a sport in Division III, shall not use in the recruitment of a prospective student-athlete in a sport classified in Division III any form of a letter of intent or similar form of commitment. The institution may use for a prospective student-athlete those pre-enrollment forms executed by prospective students in general at that institution. (See Bylaw 13.9.1.1 for nonbinding athletics celebratory form exception). *(Revised: 7/22/15)*

**20.11.4.8 Minimum Contests and Participants Requirements for Sports Sponsorship.** In each sport, the institution's team shall engage in at least a minimum number of intercollegiate contests (against the varsity programs of four-year, degree-granting collegiate institutions) each year. In the individual sports, the institution's team shall include a minimum number of participants in each contest that is counted toward meeting the minimum-contests requirement. The following minimums are applicable: *(Revised: 1/12/99 effective 8/1/99, 1/8/05, 1/10/05, 4/8/05 effective 8/1/05, 10/27/05, 1/9/06 effective 8/1/07, 1/17/09 effective 8/1/09, 1/18/14 effective 8/1/14, 1/17/15, 8/1/15, 8/19/15, 1/16/16)*

| Team Sports | Minimum Contests | Minimum Participants | Individual Sports | Minimum Contests | Minimum Participants |
|---|---|---|---|---|---|
| Acrobatics and Tumbling | 6 | 18 | Bowling | 8 | 5 |
| Beach Volleyball | 8 | | Cross Country | 5 | 5 |
| Baseball | 25 | | Fencing | 8 | 5 |
| Basketball | 18 | | Golf | 6 | 4 |
| Field Hockey | 12 | | Men's Gymnastics | 6 | 6 |
| Football | 7 | | Women's Gymnastics | 6 | 5 |
| Ice Hockey | 18 | | Rifle | 6 | 4 |
| Lacrosse | 10 | | Skiing | 5 | 5 |
| Women's Rowing | 8 | | Swimming and Diving | 8 | 8 |
| Women's Rugby | 8 | | Tennis | 10 | 4 |
| Soccer | 13 | | Track and Field, Indoor | 5 | 10 |
| Softball | 24 | | Track and Field, Outdoor | 6 | 12 |
| Stunt | 6 | 16 | Women's Triathlon | 4 | 3 |

| | | | |
|---|---|---|---|
| Volleyball | 17 | Wrestling, Men's  7 | 6 |
| Water Polo | 13 | Wrestling, Women's  7 | 6 |

(Note: The minimum-contest requirements set forth in Bylaw 20.11.4.8 apply only to the provisions of this section and do not apply to minimum-contest requirements in Bylaw 14 and Bylaw 17.) *(Revised: 1/27/20 effective 8/1/20, 1/16/24 effective 8/1/24)*

## 20.12 Eligibility for National Collegiate and Division Championships. *(Adopted: 4/15/22 effective 8/1/22)*

**20.12.1 Eligibility for National Collegiate Championships. [#]** Separate championships in each division are not sponsored in the following sports:

Women's beach volleyball

Women's bowling

Men's and women's fencing

Men's gymnastics

Women's gymnastics

Women's ice hockey (Divisions I and II)

Men's and women's skiing

Men's volleyball (Divisions I and II)

Men's water polo

Women's water polo

An active member institution in good standing, regardless of division, is eligible for the National Collegiate Championships if a division championship in the respective sport is not offered in its division. Such an institution is required to meet only the institutional and individual eligibility requirements of its division that govern the sport in question. *(Adopted: 4/15/22 effective 8/1/22)*

**20.12.2 Options When No Division III Championship Is Conducted.** An active member institution that holds membership in Division III is eligible to compete in the Division II championships in those sports for which no championship is conducted in Division III. Such an institution is required to meet only the institutional and individual eligibility requirements of Division III that govern the sport in question. *(Adopted: 4/15/22 effective 8/1/22)*

**20.12.2.1 Exception for Maximum Number of Contests or Dates of Competition.** A Division III member institution that is eligible for a championship in another division because there is no championship in that sport in its membership division shall apply the maximum number of contests or dates of competition in the sport involved that applies to the division in which it declares its intention to compete. *(Adopted: 4/15/22 effective 8/1/22)*

## 20.13 Dues and Divisional Assessment of Members. *(Adopted: 4/15/22 effective 8/1/22, Revised: 11/14/23)*

**20.13.1 Determination of Dues.** The annual dues of the various classes of membership are governed by Article 3-C. *(Adopted: 4/15/22 effective 8/1/22, Revised: 11/14/23)*

**20.13.2 Current Annual Divisional Assessment.** Divisional Annual Assessments (i.e., an amount in excess of the annual Association-wide membership dues established by the division to be kept and allocated by the division, acting independently of the Association or other divisions) per Article 3-E shall be:

Active Members: $1,100.

Member Conferences: $550.

*See Bylaw 20.10 for provisional membership. *(Adopted: 4/15/22 effective 8/1/22, Revised: 11/14/23)*

**20.13.3 Payment Deadline.** Dues and assessments are payable September 1 of each year. A member shall not be permitted to vote at a Convention of the Association if its dues and the assessment are not paid for that year. To be eligible to compete in NCAA championships, dues and the assessment shall be paid in accordance with Bylaw 31.2.1. Membership is terminated if a member fails to pay dues and the assessment for one year. *(Adopted: 4/15/22 effective 8/1/22, Revised: 11/14/23)*

## 20.14 Institutional Governance. *(Adopted: 4/15/22 effective 8/1/22)*

**20.14.1 Chancellor or President.** A member institution's chancellor or president has ultimate responsibility and final authority for the conduct of the intercollegiate athletics program and the actions of any board in control of that program. *(Adopted: 4/15/22 effective 8/1/22)*

**20.14.2 Athletics Board.** A board in control of athletics or an athletics advisory board, which has responsibility for advising or establishing athletics policies and making policy decisions, is not required. However, if such a board exists, it must conform to the following provisions. *(Adopted: 4/15/22 effective 8/1/22)*

**20.14.2.1 Composition.** Administration and/or faculty staff members shall constitute at least a majority of the board in control of athletics or an athletics advisory board, irrespective of the chancellor or president's responsibility and authority or whether the athletics department is financed in whole or in part by student fees. If the board has a parliamentary requirement necessitating more than a simple majority in order to transact some or all of its business, then the administrative and faculty members shall be of sufficient number to constitute at least that majority. *(Adopted: 4/15/22 effective 8/1/22)*

**20.14.2.1.1 Administrator Defined.** An administrator (for purposes of this legislation) is an individual employed by the institution as a full-time administrative staff member who holds an academic appointment, and is directly responsible to the institution's chancellor or president or serves as a chief administrative official (e.g., admissions director, finance officer, department head, or athletics department head). Other nonacademic staff members and individuals who are members of an institution's board of trustees or similar governing body would not be considered to be administrators for purposes of this regulation. *(Adopted: 4/15/22 effective 8/1/22)*

**20.14.2.1.2 Board Subcommittee.** If a board subcommittee is appointed, it is not necessary for the subcommittee to have majority control by administration and/or faculty members, provided all actions of the subcommittee are approved by the entire board before becoming effective. However, if the subcommittee's actions are effective permanently or become effective immediately and remain in effect until reviewed by the entire board at a later date, the subcommittee's membership must satisfy the majority-control requirement. *(Adopted: 4/15/22 effective 8/1/22)*

**20.14.2.1.3 Attendance.** A parliamentary majority of administrators and faculty members of a board in control of athletics is not required to be present at any single meeting in order to conduct business. *(Adopted: 4/15/22 effective 8/1/22)*

**20.14.2.2 Chair or Voting Delegate.** Only an administrator or faculty member (as opposed to a student, alumnus or governing board member) may serve as chair of a member institution's board in control of intercollegiate athletics or represent the board as the institution's voting delegate at Conventions. Institutional representatives in these positions have responsibility for advising or establishing athletics policies and making policy decisions that require administrative and/or faculty control. *(Adopted: 4/15/22 effective 8/1/22)*

**20.14.3 Faculty Athletics Representative.** A member institution shall designate an individual to serve as faculty athletics representative. An individual so designated after January 12, 1989, shall be a member of the institution's faculty or an administrator who holds faculty rank and shall not hold an administrative or coaching position in the athletics department. Duties of the faculty athletics representative shall be determined by the member institution. *(Adopted: 4/15/22 effective 8/1/22)*

**20.14.4 Student-Athlete Advisory Committee.** Each institution shall establish a student-athlete advisory committee for its student-athletes. The composition and duties of the committee shall be determined by the institution. *(Adopted: 4/15/22 effective 8/1/22)*

**20.14.5 Budgetary Control.** *(Adopted: 4/15/22 effective 8/1/22)*

**20.14.5.1 Normal Budgeting Procedures.** The institution's annual budget for its intercollegiate athletics programs shall be controlled by the institution and subject to its normal budgeting procedures. *(Adopted: 4/15/22 effective 8/1/22)*

**20.14.5.2 Chancellor or President Approval.** The institution's chancellor or president or an institutional administrator designated by the chancellor or president from outside the athletics department shall approve the annual budget in the event that the institution's normal budgeting procedures do not require such action. *(Adopted: 4/15/22 effective 8/1/22)*

**20.14.5.3 Financial Audit.** All expenditures and revenue for or on behalf of a Division III member institution's intercollegiate athletics programs shall be subject to the institution's regular financial audit. In particular, additional revenue and expenditures associated with outside groups or individuals shall be included in this audit. *(Adopted: 4/15/22 effective 8/1/22)*

**20.14.6 Responsibility for Actions of Outside Entities.** *(Adopted: 4/15/22 effective 8/1/22)*

**20.14.6.1 Independent Agencies or Organizations.** An institution's "responsibility" for the conduct of its intercollegiate athletics program shall include responsibility for the acts of an independent agency or organization when a member of the institution's executive or athletics administration, or an athletics department staff member, has knowledge that such agency or organization is promoting the institution's intercollegiate athletics program. *(Adopted: 4/15/22 effective 8/1/22)*

**20.14.6.2 Representatives of Athletics Interests.** An institution's "responsibility" for the conduct of its intercollegiate athletics program shall include responsibility for the acts of individuals when a member of the institution's

executive or athletics administration has knowledge or should have knowledge that such an individual: *(Adopted: 4/15/22 effective 8/1/22)*

(a) Has participated in or is a member of an agency or organization as described in Bylaw 20.14.6.1; *(Adopted: 4/15/22 effective 8/1/22)*

(b) Has made financial contributions to the athletics department or to an athletics booster organization of that institution; *(Adopted: 4/15/22 effective 8/1/22)*

(c) Has been requested by the athletics department staff to assist in the recruitment of prospective student-athletes or is assisting in the recruitment of prospective student-athletes; *(Adopted: 4/15/22 effective 8/1/22)*

(d) Has assisted or is assisting in providing benefits to enrolled student-athletes; or *(Adopted: 4/15/22 effective 8/1/22)*

(e) Is otherwise involved in promoting the institution's athletics program. *(Adopted: 4/15/22 effective 8/1/22)*

**20.14.6.2.1 Agreement to Provide Benefit or Privilege.** Any agreement between an institution (or any organization that promotes, assists or augments in any way the athletics interests of the member institution, including those identified per Bylaw 20.14.6.1) and an individual who, for any consideration, is or may be entitled under the terms of the agreement to any benefit or privilege relating to the institution's athletics program, shall contain a specific clause providing that any such benefit or privilege may be withheld if the individual has engaged in conduct that is determined to be a violation of NCAA legislation. The clause shall provide for the withholding of the benefit or privilege from a party to the agreement and any other person who may be entitled to a benefit or privilege under the terms of the agreement. *(Adopted: 4/15/22 effective 8/1/22)*

**20.14.6.2.2 Retention of Identity as "Representative."** Any individual participating in the activities set forth in Bylaw 20.14.4.2 shall be considered a "representative of the institution's athletics interests," and once so identified as a representative, it is presumed the person retains that identity. *(Adopted: 4/15/22 effective 8/1/22)*

## 20.15 Institutional Control. *(Adopted: 7/20/22 effective 8/1/22)*

**20.15.1 Responsibility for Control.** It is the responsibility of each member institution to control its intercollegiate athletics program in compliance with the rules and regulations of the Association. The institution's chancellor or president is responsible for the administration of all aspects of the athletics program. *(Adopted: 7/20/22 effective 8/1/22)*

**20.15.2 Responsibility to Monitor and Report.** Each institution shall comply with all applicable rules and regulations of the Association, its division and conference in the conduct of its intercollegiate athletics programs. It shall monitor its programs to ensure compliance and to identify and report to its division and conference instances in which compliance has not been achieved. The institution shall cooperate fully with any enforcement efforts and shall take appropriate corrective actions as necessary. Members of an institution's staff, student-athletes and other individuals and groups representing the institution's athletics interests shall comply with the applicable Association rules, including rules requiring cooperation with enforcement efforts, and the member institution shall be responsible for such compliance. *(Adopted: 7/20/22 effective 8/1/22)*

**20.15.3 Institutional Control.** The control and responsibility for the conduct of intercollegiate athletics shall be exercised by the institution itself and by the conference(s), if any, of which it is a member. Administrative control or faculty control, or a combination of the two, shall constitute institutional control. *(Adopted: 7/20/22 effective 8/1/22)*

**FIGURE 20-1**

**Institutional Requirements for Sports Sponsorship**

| Sports Sponsorship: Number of Sports | For institutions with enrollment of 1,000 students or fewer. | For institutions with enrollment of more than 1,000 students. |
|---|---|---|
| All-Male or Mixed-Team Sports | 5* | 6* |
| All-Female Sports | 5* | 6* |
| Minimum Number of Team Sports | 3-All male/mixed<br>3-All female | 3-All male/mixed<br>3-All female |

*At least one sport involving an all-male team or mixed team and at least one sport
 involving an all-female team shall be sponsored in every sport season.

BYLAWS, ARTICLE 21

# Committees.

## 21.02 Definitions and Applications.

**21.02.1 Association-Wide Committees. [#]** Association-wide committees deal with issues that affect all members of the Association and perform duties necessary to the ongoing operation of the Association. Association-wide committees are comprised of members from each of the Association's divisions. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/20/22 effective 8/1/22)*

**21.02.2 Common Committees. [#]** Common committees deal with issues that apply to more than one division of the Association. Common committees perform duties necessary to the ongoing operation of the applicable divisions and are comprised of members from the applicable divisions. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/20/22 effective 8/1/22)*

**21.02.3 Federated Committees. [*]** Federated committees deal with issues that apply to a specific membership division. Federated committees perform duties necessary to the ongoing operation of that division and are comprised only of members from that division. *(Adopted: 1/14/97 effective 8/1/97)*

**21.02.4 Districts. [#]** For purposes of committee composition, the geographical districts are as follows: *(Revised: 8/5/04)*

(a) District 1 -- Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, Vermont;

(b) District 2 -- Delaware, New Jersey, New York, Pennsylvania, Puerto Rico, West Virginia;

(c) District 3 -- Alabama, District of Columbia, Florida, Georgia, Kentucky, Louisiana, Maryland, Mississippi, North Carolina, South Carolina, Tennessee, Virginia;

(d) District 4 -- Illinois, Indiana, Michigan, Minnesota, Ohio, Wisconsin;

(e) District 5 -- Iowa, Kansas, Missouri, Nebraska, North Dakota, Oklahoma, South Dakota;

(f) District 6 -- Arkansas, New Mexico, Texas;

(g) District 7 -- Arizona, Colorado, Idaho, Montana, Utah, Wyoming; and

(h) District 8 -- Alaska, British Columbia, California, Hawaii, Nevada, Oregon, Washington

**21.02.5 Conflict of Interest.** A committee member shall not participate in the committee's discussion or vote on any action that might bring direct or indirect financial benefit to the member or any organization in which the member is financially interested (other than the member's institution or the conference of which it is a member). A violation of this rule by a member of a committee shall not invalidate the action taken by the committee if, following disclosure of the conflict of interest, the committee authorizes, ratifies or approves the action by a vote sufficient for the purpose, without counting the vote of the committee member with the conflict of interest, and the Management Council approves such action. All committee members shall agree to this policy before committee service and shall abide by the policy at all times. The current conflict of interest policy is located on the NCAA website (www.ncaa.org) or may be obtained from the NCAA national office. *(Adopted: 4/15/09)*

**21.02.6 Faculty Athletics Representative.** A faculty athletics representative is a member of an institution's faculty or administrative staff who is designated by the institution's chancellor or president or other appropriate entity to represent the institution and its faculty in the institution's relationships with the NCAA and its conference(s), if any (see Bylaw 20.14.3). *(Adopted: 4/15/22 effective 8/1/22)*

**21.02.7 On the Staff.** On the staff, as it applies to individuals from member institutions or conferences who are eligible to serve on committees or as officers or representatives of the Association, is defined as those individuals who receive a regular salary from a member institution or organization for the performance of a regular staff function representing at least 50% of the normal workload for a staff member at that institution or conference. An individual on sabbatical or other temporary leave for a period not exceeding 12 consecutive months may be considered to be "on the staff" of an institution or organization. An individual on terminal leave or on leave in excess of 12 consecutive months shall not be considered to be "on the staff." *(Adopted: 4/15/22 effective 8/1/22)*

**21.02.8 Senior Woman Administrator.** *(Adopted: 4/15/22 effective 8/1/22)*

**21.02.8.1 Institutional Senior Woman Administrator.** An institutional senior woman administrator is the highest-ranking female involved in the management of an institution's intercollegiate athletics program. An institution with a director of athletics who identifies as female may designate a different person who identifies as female involved in the management of the member's program as a fifth representative to the NCAA governance structure. *(Adopted: 4/15/22 effective 8/1/22, Revised: 3/16/23)*

**21.02.9 Athletics Direct Report.** An athletics direct report is the institutional staff member designated by the institution's chancellor or president for responsibility and oversight of the intercollegiate athletics program. *(Adopted: 4/15/22 effective 8/1/22)*

# 21.1 Playing Rules Oversight Panel. [#]

**21.1.1 Composition. [#]** The panel shall consist of 12 members, including six members from Division I and three representatives each from Divisions II and III. A single conference may not have more than one representative on the panel. *(Adopted: 1/10/05)*

**21.1.2 Method of Selection. [#]** Three of the six Division I representatives shall be appointed by the Division I Championships/Sports Management Cabinet (these members must be current members of the Championships/Competition Cabinet) and one of those members must have experience working with playing rules. The remaining three shall be appointed by the Division I Collegiate Commissioners Association. Two of those three shall have experience working with playing rules. One of the three Division II and III representatives shall be appointed by the divisions' Championships Committees (these members must be current members of the divisions' Championship Committee). The remaining two representatives in Divisions II and III will be appointed at large and one of the two per each division shall have experience working with playing rules. *(Adopted: 1/10/05)*

> **21.1.2.1 Definition of "Working with Playing Rules." [#]** The following experience will be considered to be the equivalent of "working with playing rules:" officiating experience, previous service on a rules committee, previous service on a committee with responsibility for playing rules administration or coaching. *(Adopted: 1/10/05)*

**21.1.3 Term of Office. [#]** At-large members of the panel will serve four-year terms. Championships/Sports Management Cabinet and Championships Committee members will serve for the duration of their cabinet or committee term. *(Adopted: 1/10/05)*

**21.1.4 Duties. [#]** The panel shall: *(Adopted: 1/10/05)*

(a) Oversee all NCAA playing rules committees. This includes approval of playing rules recommendations and oversight of other issues pertaining to playing rules;

(b) Recommend the establishment and dissolution of the playing rules committees;

(c) Monitor playing rules maintained outside the NCAA;

(d) Be responsible for all research and communications pertaining to the administration of playing rules, including the advancement of budgetary recommendations from the playing rules committee and to ensure consistency among different sports, when appropriate (e.g., policies controlling fighting or abusive language);

(e) Review all playing rules changes pertaining to finances, safety and image of the game; and *(Revised: 1/4/07)*

(f) Oversee the selection process for secretary-rules editors, approve the selections of secretary-rules editors and review waiver requests for secretary-rules editor term limits. *(Adopted: 1/4/07)*

**21.1.5 Meetings. [#]** The Playing Rules Oversight Panel shall meet three times annually (e.g., March, June, August) after the playing rules committees meetings for each season are complete. *(Adopted: 1/10/05)*

**21.1.6 Special Operating Rules. [#]**

> **21.1.6.1 Review Process. [#]** A recommendation from any rules committee shall be considered valid unless the Playing Rules Oversight Panel determines that the recommendation harms the image of the sport, creates an unsafe environment for student-athletes or places an unreasonable financial burden on the membership. *(Adopted: 1/10/05)*

> > **21.1.6.1.1 Rules Committee Involvement. [#]** The Playing Rules Oversight Panel may request that the playing rules committee chairs and/or secretary-rules editors present their case to the Playing Rules Oversight Panel when proposed changes are controversial or unusually complicated. *(Adopted: 1/10/05)*

# 21.2 Association-Wide Committees -- General Committees. [#]

## 21.2.1 Selection, Term of Office and Operation. [#]

**21.2.1.1 Method of Selection. [#]** Each division's governance structure shall appoint members to serve on the general Association-wide committees of the Association, consistent with that division's committee-appointment procedures (see Bylaw 21.9). The membership of each committee shall include representatives from each of the Association's membership divisions, including each subdivision of Division I. *(Revised: 1/10/90, 1/16/93, 1/14/97 effective 8/1/97, 1/14/02, 6/25/08)*

**21.2.1.2 Term of Office. [#]** Unless otherwise specified, a member of the committees listed in this bylaw shall be appointed for one four-year term. A former member may be appointed to an additional term after three years have elapsed.

An individual who has served two terms on a committee may not serve further on that committee. A member's term of service shall commence on the first day of September following the member's election or appointment. *(Adopted: 6/25/08)*

**21.2.1.3 Operation. [#]** The Board of Governors also shall ratify policies regarding length, location and expenses of Association-wide committee meetings. *(Revised: 1/10/90, 1/16/93, 1/14/97 effective 8/1/97, 11/1/01, 5/13/08, 6/25/08, 2/10/15)*

**21.2.2 Committee on Competitive Safeguards and Medical Aspects of Sports. [#]** *(Revised: 4/27/17)*

**21.2.2.1 Composition. [#]** The Committee on Competitive Safeguards and Medical Aspects of Sports shall consist of 25 members, including seven positions allocated those who identify as male, seven allocated those who identify as female and 11 unallocated. The membership of the committee shall be constituted as follows: *(Revised: 1/11/00, 1/13/03, 10/17/17, 7/20/22, 3/16/23)*

(a) Two athletics directors or senior woman athletics administrators, one who identifies as a male and one who identifies as a female; *(Revised: 3/16/23)*

(b) One member who is an active coach;

(c) One strength and conditioning specialist certified by an accredited strength and conditioning certification body;

(d) Five members from the field of medicine, of whom at least two shall identify as female. One shall be a primary-care physician, who is board certified in family practice, internal medicine or emergency medicine, and shall have a current Certificate of Added Qualifications in Sports Medicine. One shall be a board certified orthopedic surgeon. One shall be a physician with expertise in endocrinology. One shall be a physician with expertise in drug-testing. One member shall be a physician who is a member of the general public; *(Revised: 1/10/91, 8/5/04, 7/21/15, 7/20/22, 3/16/23)*

(e) Two athletic trainers, one who identifies as a male and one who identifies as a female. One must be responsible for the total athletic training program at a member institution; *(Revised: 1/10/95, 4/27/17, 3/16/23)*

(f) One member who is a lawyer practicing in sports law or related field or a faculty member in sports law or related field; *(Revised: 7/21/15)*

(g) One member of the NCAA Football Rules Committee;

(h) One member representing secondary school interests. This individual shall be the National Federation of State High School Associations' staff liaison to the Sports Medicine Advisory Board and shall be eligible for reappointment without restriction; *(Revised: 1/8/01)*

(i) One member active in sport-science research; *(Revised: 1/10/90, 7/21/15)*

(j) One member with expertise in the area of drug education; *(Adopted: 1/11/00)*

(k) One student-athlete from each division (who shall have one combined vote) shall serve as a member of the committee. Each student-athlete may serve on the committee up to one year after completion of their intercollegiate athletics eligibility; *(Revised: 1/13/03, 7/22/14, 7/21/15, 7/18/17, 4/20/21)*

(l) Two licensed mental health practitioners, one who identifies as a male and one who identifies as a female; *(Revised: 7/21/15, 7/20/22, 3/16/23)*

(m) One registered dietitian who specializes in sports nutrition; *(Adopted: 7/21/15)*

(n) One representative from the Division I Council; *(Adopted: 10/17/17)*

(o) One representative from the Division II Management Council; and *(Adopted: 7/21/15)*

(p) One representative from the Division III Management Council. *(Adopted: 7/21/15)*

**21.2.2.2 Duties. [#]** The committee, subject to the direction of the Board of Governors, and in conjunction with the NCAA Sport Science Institute, shall: *(Revised: 1/13/03, 7/22/14, 2/10/15)*

(a) Promote and sponsor research to address relevant health and safety issues;

(b) Promote education to enhance the health and safety of student-athletes;

(c) Operate a national injury surveillance program to monitor injury trends and enhance safety in intercollegiate athletics;

(d) Deter the use of NCAA banned substances in order to promote fair competition and safety;

(e) Facilitate outreach activities to enhance student-athlete health and safety; and

(f) Provide a health and safety perspective on relevant legislation and policy.

**21.2.2.3 Term of Office, Chair. [#]** The chair may remain on the committee for up to one additional year if the individual becomes the committee chair with only one year or less remaining on their four-year term. *(Adopted: 10/22/07, Revised: 4/20/21)*

### 21.2.3 Honors Committee. [#]

**21.2.3.1 Composition.** The Honors Committee shall consist of nine members, including one current or former chancellor or president from a member institution, one member from each division and subdivision of Division I and three nationally distinguished citizens, one of whom must be a former NCAA honors recipient. Division II and Division III will be represented each by a member of the Management Council. Two positions shall be allocated for those who identify as male, two allocated for those who identify as female and five unallocated. *(Revised: 1/13/98, 10/22/07, 3/16/23)*

**21.2.3.2 Term of Office. [#]** A member's term of service shall commence on the day following adjournment of the NCAA Convention following the member's appointment. *(Adopted: 4/14/08)*

**21.2.3.3 Duties. [#]** The committee shall receive nominations for the Theodore Roosevelt Award, the Silver Anniversary Awards, the Today's Top 10 Awards, the Award of Valor and the Inspiration Award and shall select the recipients of those awards. *(Revised: 7/31/12)*

### 21.2.4 Minority Opportunities and Interests Committee. [#]

**21.2.4.1 Composition.** The Minority Opportunities and Interests Committee shall consist of 18 members, including one current chancellor or president from each division. There shall be six members from Division I, six members from Division II and six members from Division III. One student-athlete from each division (who shall have one vote each) shall serve as a member of the committee. Each student-athlete may serve on the committee up to one year after completion of their intercollegiate athletics eligibility. Committee membership shall include a minimum of eight ethnic minorities, including at least four who identify as male and four who identify as female. *(Adopted: 1/10/91, Revised: 1/13/03, 10/17/11, 7/22/14, 7/18/17, 4/20/21, 3/16/23)*

**21.2.4.2 Duties. [#]** The committee shall:

(a) Review issues related to the interests and advocacy of student-athletes, coaches and administrators who are ethnic minorities, LGBTQ or who have disabilities; and *(Revised: 10/20/15)*

(b) Review and advocate for NCAA programs and policies that affect and include, but are not limited to, ethnic minorities, individuals with disabilities and the LGBTQ community. *(Adopted: 1/10/91, Revised: 10/20/15)*

### 21.2.5 Postgraduate Scholarship Committee. [#]

**21.2.5.1 Composition. [#]** The Postgraduate Scholarship Committee shall consist of seven members, including two positions allocated for those who identify as male, two allocated for those who identify as female and three unallocated, one of which shall be a former recipient of an NCAA postgraduate scholarship. *(Revised: 3/16/23)*

**21.2.5.2 Duties. [#]** The committee shall be responsible for planning and administering the Association's postgraduate scholarship program for student-athletes who have distinguished themselves academically and athletically.

### 21.2.6 Walter Byers Scholarship Committee. [#]

**21.2.6.1 Composition. [#]** The Walter Byers Scholarship Committee shall consist of seven members, including one position allocated for those who identify as a male, one allocated for those who identify as a female, one allocated for a former student-athlete and four unallocated. *(Adopted: 1/10/90, Revised: 4/16/13, 10/16/18, 3/16/23)*

**21.2.6.2 Duties. [#]** The committee shall be responsible for planning and administering the Association's Walter Byers Scholarship program for student-athletes who have distinguished themselves academically and athletically. *(Adopted: 1/10/90)*

### 21.2.7 Women's Athletics, Committee on. [#]

**21.2.7.1 Composition. [#]** The Committee on Women's Athletics shall consist of 18 members, including one current chancellor or president from each division. There shall be six members from Division I, six members from Division II and six members from Division III. Six positions shall be allocated for those who identify as male, six allocated for those who identify as female and six unallocated. One student-athlete from each division (who shall have one vote each) shall serve as a member of the committee. Each student-athlete may serve on the committee up to one year after completion of their intercollegiate athletics eligibility. *(Revised: 1/11/89, 1/13/03, 7/21/08, 10/17/11, 7/22/14, 7/18/17, 4/20/21, 3/16/23)*

**21.2.7.2 Duties. [#]** The committee shall: *(Revised: 7/22/03)*

(a) Study and make policy recommendations concerning opportunities for women in athletics at the institutional, conference and national levels;

(b) Study and make policy recommendations concerning other issues directly affecting women's athletics; and

(c) Appoint and oversee the Woman of the Year Selection Committee and the process.

# 21.3 Association-Wide Committees -- Rules Committees Without Championships Administration Responsibilities. [#]

## 21.3.1 Selection, Composition, Duties, Term of Office and Operation. [#]

**21.3.1.1 Method of Selection. [#]** Each division's governance structure shall appoint members to serve on the rules committees without championships administration responsibilities. The Playing Rules Oversight Panel shall oversee the selection process for secretary-rules editors and approve selections for those positions. The secretary-rules editor may be reappointed but is limited to a term not to exceed eight years in length and shall be a nonvoting member of the committee. The membership of each committee shall include representatives from each of the Association's membership divisions. *(Revised: 1/11/89, 1/10/91, 1/16/93, 1/14/97 effective 8/1/97, 1/14/02, 2/9/06, 1/4/07)*

**21.3.1.1.1 Waiver -- Secretary-Rules Editor Term Limit. [#]** Due to extenuating circumstances, the Playing Rules Oversight Panel may waive the secretary-rules editor's eight-year term limit; however, the term shall not be extended by more than four additional years. *(Adopted: 1/13/03, Revised: 1/9/06, 1/4/07)*

**21.3.1.2 Composition Requirements. [#]** At least 25 percent of the positions on each rules committee shall be filled by athletics directors, associate or assistant athletics directors, senior woman athletics administrators, individuals who are employed full time as administrators by member conferences or individuals who are employed both part time as administrators by member conferences and full time by member institutions. Further, at least 50 percent of the total positions on each rules committee shall be filled by coaching staff members. In order for a district to be represented, at least five of its active members shall sponsor the sport involved on an intercollegiate basis. *(Revised: 1/10/90, 3/23/01, 1/14/02)*

**21.3.1.3 Duties.** Subject to the final authority of the Playing Rules Oversight Panel, each rules committee shall establish and maintain rules of play in its sport consistent with the sound traditions of the sport and of such character as to ensure good sportsmanship and safe participation by the competitors. Playing rules committees shall have the authority to permit rules experimentation in the nontraditional/nonchampionship season without the Playing Rules Oversight Panel approval. Experimentation in the regular season shall be subject to the Playing Rules Oversight Panel review. *(Revised: 1/10/92 effective 8/1/92, 1/14/97 effective 8/1/97, 1/10/05, 11/15/05, 4/20/23)*

**21.3.1.4 Term of Office. [#]** Unless otherwise specified, a member of the committees listed in this bylaw shall be appointed for one four-year term. A former member may be appointed to an additional term after three years have elapsed. An individual who has served two terms on a committee may not serve further on that committee. A member's term of service shall commence on the first day of September following the member's election or appointment. *(Adopted: 6/25/08)*

**21.3.1.5 Cooperation with Other Organizations. [#]** A rules committee may cooperate with other national organizations in the development of common playing rules. *(Revised: 1/14/97 effective 8/1/97)*

**21.3.1.6 Operation. [#]** The Board of Governors shall ratify policies regarding the length, location and expenses of Association-wide committee meetings. *(Adopted: 1/14/97 effective 8/1/97, Revised: 2/10/15)*

**21.3.2 Baseball Rules Committee. [#]** The Baseball Rules Committee shall consist of nine members and shall be constituted as follows: *(Revised: 1/11/89)*

(a) Four members shall be from Division I, two members shall be from Division II, two members shall be from Division III and an additional member shall be secretary-rules editor; and

(b) One member shall be elected chair.

**21.3.3 Basketball Rules Committee, Men's. [#]** The Men's Basketball Rules Committee shall consist of 13 members and shall be constituted as follows: *(Revised: 1/10/91)*

(a) There shall be at least two representatives from each of the following four geographical areas: Districts 1 and 2; District 3; Districts 4 and 5; and Districts 6, 7 and 8;

(b) Six members shall be from Division I, three members shall be from Division II, three members shall be from Division III and an additional member shall be secretary-rules editor; and

(c) One member shall be elected chair. *(Revised: 1/10/91)*

**21.3.4 Basketball Rules Committee, Women's. [#]** The Women's Basketball Rules Committee shall consist of 13 members and shall be constituted as follows: *(Revised: 1/11/89)*

(a) There shall be at least two representatives from each of the following four geographical areas: Districts 1 and 2; District 3; Districts 4 and 5; and Districts 6, 7 and 8;

(b) Six members shall be from Division I, three members shall be from Division II, three members shall be from Division III and an additional member shall be secretary-rules editor; and *(Revised: 1/11/89)*

(c) One member shall be elected chair.

**21.3.5 Football Rules Committee. [#]** The Football Rules Committee shall consist of 13 members and shall be constituted as follows: *(Revised: 1/16/93)*

(a) There shall be at least two representatives from each of the following four geographical areas: Districts 1 and 2; District 3; Districts 4 and 5; and Districts 6, 7 and 8;

(b) Six members shall be from Division I, three members shall be from Division II, three members shall be from Division III and an additional member shall be secretary-rules editor; and *(Revised: 1/16/93)*

(c) One member shall be elected chair. *(Revised: 1/16/93)*

**21.3.6 Ice Hockey Rules Committee, Men's and Women's. [#]** The Men's and Women's Ice Hockey Rules Committee shall consist of 13 members and shall be constituted as follows: *(Revised: 1/11/89, 1/14/97 effective 8/1/97, 1/14/02)*

(a) Six members shall be from Division I, one member shall be from a Division II institution that sponsors Division I, II or III men's or women's ice hockey, four members shall be from Division III, one member shall be from Division II or III and an additional member shall be secretary-rules editor; *(Revised: 1/14/97 effective 8/1/97, 1/14/02, 10/26/15)*

(b) Within Divisions I and III, one-half of the members shall represent men's ice hockey interests and one-half of the members shall represent women's ice hockey interests; and

(c) One member shall be elected chair.

**21.3.7 Lacrosse Rules Committee, Men's. [#]** The Men's Lacrosse Rules Committee shall consist of nine members and shall be constituted as follows: *(Adopted: 1/13/03)*

(a) Four members shall be from Division I, one member shall be from Division II and three members shall be from Division III. One additional member shall serve as a nonvoting secretary-rules editor; and

(b) One member shall be elected chair.

**21.3.8 Lacrosse Rules Committee, Women's. [#]** The Women's Lacrosse Rules Committee shall consist of nine members and shall be constituted as follows: *(Adopted: 4/28/05 effective 8/1/05)*

(a) Four members shall be from Division I, one member shall be from Division II and three members shall be from Division III. One additional member shall serve as a nonvoting secretary-rules editor; and

(b) One member shall be elected chair.

**21.3.9 Soccer Rules Committee, Men's and Women's. [#]** The Men's and Women's Soccer Rules Committee shall consist of nine members and shall be constituted as follows: *(Adopted: 1/11/89)*

(a) Four members shall be from Division I, two members shall be from Division II, two members shall be from Division III and an additional member shall be secretary-rules editor;

(b) Within each division, one-half of the members shall represent men's soccer interests, and one-half of the members shall represent women's soccer interests; and

(c) One member shall be elected chair.

**21.3.10 Softball Rules Committee, Women's. [#]** The Women's Softball Rules Committee shall consist of nine members and shall be constituted as follows: *(Adopted: 1/9/96)*

(a) Four members shall be from Division I, two members shall be from Division II, two members shall be from Division III and an additional member shall be secretary-rules editor; and

(b) One member shall be elected chair.

**21.3.11 Swimming and Diving Rules Committee, Men's and Women's. [#]** The Men's and Women's Swimming and Diving Rules Committee shall consist of nine members and shall be constituted as follows: *(Adopted: 1/14/12 effective 8/1/12)*

(a) Four members shall be from Division I, two members shall be from Division II, two members shall be from Division III and an additional member shall be a secretary-rules editor; and

(b) One member shall be elected chair.

**21.3.12 Track and Field Rules Committee, Men's and Women's. [#]** The Men's and Women's Track and Field Rules Committee shall consist of nine members and shall be constituted as follows: *(Adopted: 1/14/12 effective 8/1/12)*

(a) Four members shall be from Division I, two members shall be from Division II, two members shall be from Division III and an additional member shall be a secretary-rules editor; and

(b) One member shall be elected chair.

**21.3.13 Volleyball Rules Committee, Women's. [#]** The Women's Volleyball Rules Committee shall consist of nine members and shall be constituted as follows: *(Adopted: 1/14/02)*

(a) Four members shall be from Division I, two members shall be from Division II, two members shall be from Division III and one additional member shall serve as a nonvoting secretary-rules editor; and

(b) One member shall be elected chair. *(Adopted: 1/14/02)*

**21.3.14 Wrestling Rules Committee, Men's. [#]** The Men's Wrestling Rules Committee shall consist of nine members and shall be constituted as follows: *(Adopted: 1/14/12 effective 8/1/12)*

(a) Four members shall be from Division I, two members shall be from Division II, two members shall be from Division III and an additional member shall be a secretary-rules editor; and

(b) One member shall be elected chair.

# 21.4 Common Committees -- Committees With Playing Rules and Championships Administration Responsibilities. [#]

## 21.4.1 Selection, Composition, Duties, Term of Office and Operation. [#]

**21.4.1.1 Method of Selection. [#]** Each division's governance structure shall appoint members to serve on the committees with playing rules and championships administration responsibilities. The Playing Rules Oversight Panel shall oversee the selection process of secretary-rules editors and approve the selections for those positions. The secretary-rules editor may be reappointed but is limited to a term not to exceed eight years in length and shall be a nonvoting member of the committee. The membership of each committee shall include representatives from each of the Association's membership divisions. *(Revised: 1/11/89, 1/14/97 effective 8/1/97, 1/14/02, 1/9/06, 1/4/07)*

**21.4.1.1.1 Waiver -- Secretary-Rules Editor Term Limit. [#]** Due to extenuating circumstances, the Playing Rules Oversight Panel may waive the secretary-rules editor's eight-year term limit; however, the term shall not be extended by more than four additional years. *(Adopted: 1/13/03, Revised: 1/9/06, 1/4/07)*

**21.4.1.2 Composition Requirements. [#]** For committees that administer Division I, Division II, Division III and National Collegiate Championships in individual sports, at least 25 percent of the positions on each committee shall be filled by athletics administrators (i.e., athletics directors, associate or assistant athletics directors, senior woman athletics administrators, individuals who are employed full time as administrators by member conferences, or individuals who are employed both part time as administrators by member conferences and full time by member institutions). Further, at least 50 percent of the total positions on each rules committee shall be filled by coaching staff members. For committees that administer Division I, Division II, Division III and National Collegiate Championships in team sports, at least 50 percent of the positions on each committee shall be filled by athletics administrators. Further, at least 50 percent of the total positions on each rules committee shall be filled by coaching staff members. In order for a district to be represented on a committee for which district representation is specified, at least five of its active members shall sponsor the sport on an intercollegiate basis. *(Revised: 1/10/90, 1/10/95, 3/23/01, 1/14/02)*

**21.4.1.2.1 Exception -- Men's and Women's Skiing Committee. [#]** The Men's and Women's Skiing Committee shall be exempt from the composition requirements set forth in Bylaw 21.4.1.2. *(Adopted: 4/25/03)*

**21.4.1.3 Special Operating Rules. [#]** Each committee shall act as one body to formulate playing rules and determine general policies for the administration of the NCAA championships under its jurisdiction. Division subcommittees, composed of committee members from the respective divisions, shall be responsible for administering the respective division championships.

**21.4.1.4 Advisory Committees. [#]** The governing sports committee may appoint individuals not already serving on a sports committee to an advisory committee.

**21.4.1.5 Duties. [#]**

**21.4.1.5.1 Rules of Play.** Subject to the final authority of the Playing Rules Oversight Panel, each rules committee shall establish and maintain rules of play in its sport consistent with the sound traditions of the sport and of such character as to ensure good sportsmanship and safe participation by the competitors. Playing rules committees shall have the authority to permit rules experimentation in the nontraditional/nonchampionship season without the Playing

Rules Oversight Panel approval. Experimentation in the regular season shall be subject to the Playing Rules Oversight Panel review. *(Revised: 1/10/92 effective 8/1/92, 1/14/97 effective 8/1/97, 1/10/05, 11/15/05, 4/20/23)*

**21.4.1.5.2 National Records. [#]** In sports for which national records are maintained, each committee shall be responsible for approval of such national records.

**21.4.1.5.3 Cooperation with Other Organizations. [#]** A rules committee may cooperate with other national organizations in the development of common playing rules. *(Revised: 1/14/97 effective 8/1/97)*

**21.4.1.5.4 Operation. [#]** The Board of Governors shall ratify policies regarding the length, location and expenses of common committee meetings. *(Adopted: 1/14/97 effective 8/1/97, Revised: 2/10/15)*

**21.4.1.6 Term of Office. [#]** Unless otherwise specified, a member of the committees listed in this bylaw shall be appointed for one four-year term. A former member may be appointed to an additional term after three years have elapsed. An individual who has served two terms on a committee may not serve further on that committee. A member's term of service shall commence on the first day of September following the member's election or appointment. *(Adopted: 6/25/08)*

**21.4.2 Beach Volleyball, Women's. [#]** The Women's Beach Volleyball Committee shall consist of six members. *(Adopted: 1/17/15 effective 8/1/15, Revised: 8/19/15)*

**21.4.3 Bowling Committee, Women's. [#]** The Women's Bowling Committee shall consist of seven members, including the secretary-rules editor, who shall be a non-voting member. *(Adopted: 1/13/03 effective 8/1/03, Revised: 10/19/10)*

**21.4.4 Rifle Committee, Men's and Women's. [#]** The Men's and Women's Rifle Committee shall consist of seven members, including the secretary-rules editor.

**21.4.5 Skiing Committee, Men's and Women's. [#]** The Men's and Women's Skiing Committee shall consist of seven members and shall be constituted as follows: *(Revised: 1/11/89)*

(a) Two members shall represent men's skiing interests, two members shall represent women's skiing interests and three unallocated; *(Revised: 1/11/89, 4/25/03)*

(b) One member shall be selected from the West skiing region, one member shall be selected from the Central skiing region, two members shall be selected from the East skiing region, two members shall be selected at large and one member shall be secretary-rules editor; and *(Revised: 1/11/89, 4/19/16)*

(c) Two members shall be coaches who represent downhill alpine skiing and two members shall be coaches who represent nordic skiing. The secretary-rules editor may be counted toward satisfying this requirement. *(Adopted: 4/25/03)*

**21.4.6 Water Polo Committee, Men's. [#]** The Men's Water Polo Committee shall consist of six members and shall be constituted as follows: *(Revised: 10/28/97, 1/12/99 effective 8/1/99 the prescribed regional or district representation shall be achieved through normal attrition, 1/9/06, 1/4/07)*

(a) Two members shall be from the East region; *(Revised: 1/9/06, 1/4/07)*

(b) Two members shall be from the West region; *(Revised: 1/9/06, 1/4/07)*

(c) One member shall be selected at-large; and *(Revised: 1/9/06, 1/4/07)*

(d) An additional member shall be secretary-rules editor. *(Revised: 1/9/06, 1/4/07)*

**21.4.7 Water Polo Committee, Women's. [#]** The Women's Water Polo Committee shall consist of six members, including the secretary-rules editor. There shall be three members from Division I, one member from Division II, one member from Division III and one member selected at large. *(Adopted: 1/11/00 effective 8/1/00)*

# 21.5 Common Committees -- Committees With Only Championships Administration Responsibilities. [#]

### 21.5.1 Selection, Composition, Duties, Term of Office and Operation. [#]

**21.5.1.1 Method of Selection. [#]** Each applicable division's governance structure shall nominate and select the members and chair of each committee. *(Revised: 1/14/97 effective 8/1/97, 1/14/02)*

**21.5.1.2 Duties. [#]** Each committee shall be responsible for developing policies and procedures governing the administration and conduct of the NCAA championships under its jurisdiction, subject to the approval of the applicable division's governance structure and the requirements, standards and conditions prescribed by Bylaw 31. Policies and procedures governing the administration of National Collegiate Championships applicable to more than one division also shall be subject to the ratification of the Board of Governors (see Bylaw 31 for committee duties related to the administration of championships). *(Revised: 1/14/97 effective 8/1/97, 2/10/15)*

**21.5.1.3 Term of Office. [#]** Unless otherwise specified, a member of the committees listed in this bylaw shall be appointed for one four-year term. A former member may be appointed to an additional term after three years have elapsed. An individual who has served two terms on a committee may not serve further on that committee. A member's term of service shall commence on the first day of September following the member's election or appointment. *(Adopted: 6/25/08)*

**21.5.1.4 Special Operating Rules. [#]** Each committee shall act as one body to determine general policies for the administration of championships. *(Revised: 1/14/97 effective 8/1/97)*

**21.5.1.5 Selection Criteria. [#]** Each committee shall have the authority to establish championships selection criteria, including requirements to use regular-season playing rules that conform with rules used in NCAA championships under its jurisdiction in those sports for which the Association does not maintain playing rules.

**21.5.1.6 Regional Advisory Committees. [#]** Regional advisory committees may be appointed by each championships committee. *(Revised: 1/14/97 effective 8/1/97)*

**21.5.1.7 Operation. [#]** The Board of Governors shall ratify policies regarding the length, location and expenses of common committee meetings. *(Adopted: 1/14/97 effective 8/1/97, Revised: 2/10/15)*

## 21.6 Common Committees -- Committees With Governance Administration Responsibilities. [#]

**21.6.1 Selection. [#]** Each applicable division's governance structure shall appoint members to serve on the common committees with governance administration responsibilities. The membership of each committee shall include representatives from each of the Association's applicable membership divisions, including each subdivision of Division I. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/14/02)*

**21.6.2 Operation. [#]** The Board of Governors shall ratify policies regarding the length, location and expenses of common committee meetings. *(Adopted: 1/14/97 effective 8/1/97, Revised: 2/10/15)*

## 21.9 Division III Committees.

### 21.9.1 Eligibility for Membership.

**21.9.1.1 On the Staff.** Individuals serving on Division III committees or as Division III representatives on Association-wide or common committees shall be salaried on a regular basis by a Division III institution or conference and perform a regular staff function representing at least 50 percent of the normal workload for a staff member at that institution or conference, unless otherwise specified. *(Adopted: 1/14/97 effective 8/1/97)*

**21.9.1.1.1 Modification in Employment Status.** If a committee member's employment status is altered to the extent that the individual no longer meets this requirement, the individual shall be replaced on the committee at the Management Council and Presidents Council meetings immediately after the change in status. *(Adopted: 1/14/97 effective 8/1/97)*

**21.9.1.1.2 Individuals on Sabbatical or Temporary Leave.** An individual on sabbatical or other temporary leave for a period not exceeding 12 consecutive months may be considered to be "on the staff" and eligible for committee membership. An individual on terminal leave or on leave in excess of 12 consecutive months shall not be eligible to serve on a committee. *(Adopted: 1/14/97 effective 8/1/97)*

**21.9.1.1.3 Reclassification from Division III to Division II.** If a committee member's institution has forwarded to the national office written notice of its intention to change its membership classification to Division II, per Bylaw 20.6.1, that individual shall not be eligible to serve on any Division III committee. *(Adopted: 1/12/99 effective 8/1/99 for those institutions first submitting official notice to reclassify after 6/1/98)*

**21.9.1.1.4 Waiver of Replacement Requirement.** The Management Council shall have the authority to waive this provision or to approve a later replacement date if it deems that application of Bylaw 21.9.1.1.1 would be detrimental to the work of the committee involved. *(Adopted: 1/14/97 effective 8/1/97, Revised: 5/4/11)*

**21.9.1.2 One Member per Playing Conference.** The membership of a Division III "playing conference" (i.e., one that conducts a regular conference schedule or a postseason tournament to determine its champion in football or basketball) may not be represented on any committee by more than one individual. *(Adopted: 1/14/97 effective 8/1/97)*

**21.9.1.2.1 Waiver.** The Management Council shall have the authority to waive Bylaw 21.9.1.2 for a period of not more than one calendar year due to changes in conference membership and/or conference realignment. *(Adopted: 7/20/10)*

**21.9.1.3 Vacancies.** A representative of a playing conference or member institution whose term of service on a committee has expired shall not be replaced on that committee by another representative of the same conference or institution for a period of at least one year. *(Adopted: 1/14/97 effective 8/1/97)*

**21.9.1.3.1 Unexpired Portion of Term.** If an interim vacancy occurs and a committee member has equal to or more than one half of a term remaining, then that committee member may be replaced on that committee by another representative of the same conference or institution only for the remainder of that term. *(Adopted: 1/11/00 effective 8/1/00)*

**21.9.1.4 Sports Committees -- Selection and Composition.**

**21.9.1.4.1 Method of Selection.** The Division III members of each common committee per Bylaws 21.4 and 21.5, and each Division III sports committee per Bylaw 21.9.6 shall be nominated by the Nominating Committee. The Nominating Committee will forward a slate to the Championships Committee for appointment, subject to final approval by the Management Council. *(Adopted: 1/14/97, Revised: 2/5/97 effective 8/1/97, 1/13/98, 5/4/11)*

**21.9.1.4.2 Composition Requirements.** At least 50 percent of the positions on each team sports committee and at least 25 percent of the positions on each individual sports committee shall be filled by athletics administrators (e.g., athletics directors, associate or assistant athletics directors, senior woman administrators, sports information directors or athletics communications directors, individuals who are employed full time as administrators by member conferences, or individuals who are employed both part time as administrators by member conferences and full time by member institutions). *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/8/01, 10/22/13)*

**21.9.1.4.2.1 Waiver of Composition Requirements.** The Management Council shall have the authority to waive the composition requirements set forth in Bylaw 21.9.1.4.2, if it deems a waiver of such requirements is in the best interest of the sport committee. *(Adopted: 1/11/00 effective 8/1/00)*

**21.9.2 Term of Office.**

**21.9.2.1 Length of Term.** Division III presidents or chancellors serving on all Division III general committees (per Bylaw 21.9.5) are limited to a two-year term of service. Presidents or chancellors may be reappointed or re-elected to one additional term, resulting in four years of service. Unless otherwise specified, all other Division III members of committees shall be appointed or elected for one four-year term. Unless otherwise specified, the terms of service of general committee members (per Bylaw 21.9.5) shall commence in January following the adjournment of the annual NCAA Convention following the member's election or appointment. The terms of service of all other committee members shall commence on the first day of September following the member's election or appointment. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/10/05, 10/3/05)*

**21.9.2.2 Appointment or Election.** Unless otherwise specified, the Division III members of committees shall be appointed or elected by the Management Council. Unless otherwise specified, the former committee member may be appointed or elected to an additional term on that committee after three years have elapsed. Unless otherwise specified, an individual who has served more than two terms on a committee may not serve further on that committee. A member serving more than one-half of a four-year term is ineligible to seek immediate re-election. *(Adopted: 1/14/97 effective 8/1/97)*

**21.9.2.2.1 Appointment or Election of Chairs.** Unless otherwise specified, chairs of committees shall be elected by the committees themselves for a term not to exceed two years. A chair is not eligible for immediate re-election to the position of chair. The chair of each committee shall have the privilege of voting on any issue considered by the committee. *(Adopted: 1/14/97 effective 8/1/97)*

**21.9.2.3 Appointment to Fill Vacancies.** Whenever a vacancy occurs among the members of a committee or among the Division III members of Association-wide or common committees, the Management Council shall fill the vacancy for the remainder of the term by a majority vote of its members present and voting. *(Adopted: 1/14/97 effective 8/1/97)*

**21.9.2.3.1 Unexpired Portion of Term.** Members appointed to fill vacancies shall be appointed only for the unexpired portion of that term. Members who serve more than one-half of a term in such instances shall be considered to have served a full term. *(Adopted: 1/14/97 effective 8/1/97)*

**21.9.2.4 Adjustments to Achieve Staggered Terms.** Members may be appointed for less than full terms whenever it is necessary to adjust the membership of a committee to ensure that vacancies occur in proper sequence. Members who serve more than one-half of a term in such instances shall be considered to have served a full term. *(Adopted: 1/14/97 effective 8/1/97)*

**21.9.2.5 Management Council Representation.** All general committees (per Bylaw 21.9.5) shall include at least one Management Council member. In addition, at least one of the Division III representatives on general committees functioning in an Association-wide capacity shall be a member of the Management Council. Management Council

members will serve as a liaison for each committee to the Management Council. Unless otherwise specified, Management Council members will serve as voting members of such committees. Management Council members serving on Division III general committees shall be excluded from the total composition requirements of the respective committee. A Management Council member's term of service shall commence in January after adjournment of the annual Convention and shall be concurrent with their remaining term of service on the Management Council. A Management Council member must terminate service on such a committee at the expiration of the member's term on the Management Council. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/14/02, 4/20/21)*

**21.9.3 Removal from Committee.** The chair of each committee is authorized to recommend to the Management Council that a member be replaced if such member is not discharging the member's duties properly. In addition, a member who is absent from two consecutive meetings without reason approved by the Management Council shall be removed from the committee. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/12/99 effective 8/1/99)*

**21.9.4 Meeting Length and Sites.** The Management Council and Presidents Council, subject to ratification by the Board of Governors, are responsible for developing policies governing the length, sites and expenses related to committee meetings (see Bylaw 31.7.2). Such policies shall be published annually in the NCAA Committee Handbook. *(Adopted: 1/14/97 effective 8/1/97, Revised: 2/10/15)*

**21.9.5 General Committees.** To conduct Division III business in an efficient and orderly fashion, the following general committees shall be established and will report directly to the Management Council. *(Adopted: 1/14/97 effective 8/1/97)*

**21.9.5.1 Composition Requirements.** The Strategic Planning and Finance, Championship, Financial Aid, Interpretations and Legislation, Membership and Nominating Committees shall include the following: *(Adopted: 1/17/23 effective 8/1/23)*

(a) Minimum of two, but no more than three members from each Division III geographical area (see Bylaw 21.12 for geographical areas). For Area 4, one must be from a multi-sport conference or institution located in California, Colorado, Oregon, Texas or Washington; *(Adopted: 1/17/23 effective 8/1/23)*

(b) One Management Council representative (the council member does not fulfill the area requirement); *(Adopted: 1/17/23 effective 8/1/23)*

(c) One Student-Athlete Advisory Council member (the SAAC member does not fulfill the area requirement); *(Adopted: 1/17/23 effective 8/1/23)*

(d) Minimum of three members who identify as female; *(Adopted: 1/17/23 effective 8/1/23)*

(e) Minimum of three members who identify as male; *(Adopted: 1/17/23 effective 8/1/23)*

(f) Minimum of two members who identify as Black, Indigenous, People of Color (BIPOC); *(Adopted: 1/17/23 effective 8/1/23)*

(g) Minimum of one conference office staff; *(Adopted: 1/17/23 effective 8/1/23)*

(h) Minimum of one Faculty Athletics Representative; *(Adopted: 1/17/23 effective 8/1/23)*

(i) Minimum of one public institution/multi-sport conference representative; and *(Adopted: 1/17/23 effective 8/1/23)*

(j) No multi-sport conference shall be represented by more than one individual on each committee. *(Adopted: 1/17/23 effective 8/1/23)*

**21.9.5.2 Strategic Planning and Finance Committee.**

**21.9.5.2.1 Composition.** The Strategic Planning and Finance Committee shall consist of 12 members that meet the criteria listed in Bylaw 21.9.5.1 and include the vice chair of the Presidents Council; one additional member of the Presidents Council; the vice chair of the Management Council; one additional member of the Management Council; the chair of the Championships Committee; and at least two members with budget oversight. *(Adopted: 1/14/97 effective 8/1/97, Revised: 10/3/05, 4/17/07, 7/21/09, 2/9/12, 1/17/23 effective 8/1/23)*

**21.9.5.2.2 Term of Office.** "At-large" members shall serve a maximum of one four-year term. The terms of the other members shall coincide with their terms on those bodies. *(Adopted: 1/14/97 effective 8/1/97)*

**21.9.5.2.3 Chair.** The vice chair of the Presidents Council shall serve as chair. *(Adopted: 1/14/97 effective 8/1/97)*

**21.9.5.2.4 Duties.** The committee shall review and make recommendations regarding all budgetary and fiscal policy requests forwarded by the Management Council. The committee shall monitor and update the Division III Strategic Plan consistent with the Division III philosophy statement and the goals and objectives of the NCAA Strategic Plan. The committee also shall monitor the administration of the annual budget and report to the Management Council on a regular basis regarding that topic. *(Adopted: 1/14/97 effective 8/1/97, Revised: 4/17/07)*

### 21.9.5.3 Championships Committee.

**21.9.5.3.1 Composition.** The Championships Committee shall consist of 12 members that meet the criteria listed in Bylaw 21.9.5.1, the chair of the Management Council and one other Management Council member. Terms of the Management Council members shall coincide with their terms on that body. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/14/02, 1/10/05, 1/17/23 effective 8/1/23)*

**21.9.5.3.2 Duties.** The committee shall: *(Adopted: 1/14/97 effective 8/1/97)*

(a) Make budgetary recommendations to the Management Council for the conduct of championships;

(b) Supervise qualifications and/or selection procedures for those events;

(c) Review recommendations from sports committees regarding the administration of those championships;

(d) Process other issues related to the administration of the events;

(e) Act as the final authority regarding championships matters that are subject to appeal (i.e., excluding appeals of championships selection or assignment in championships competition);

(f) Appoint the members of the sports committees, subject to the final approval of the Management Council; and *(Revised: 5/4/11)*

(g) Receive informational updates from the Playing Rules Oversight Panel on issues relating to Division III. *(Revised: 7/24/12)*

### 21.9.5.4 Committee on Student-Athlete Reinstatement.

**21.9.5.4.1 Composition.** The committee shall be composed of six members, including one member from the Management Council and one student-athlete who shall be a member of the Student-Athlete Advisory Committee. The committee shall include at least two who identify as male, and at least two who identify as female, and at least one of the positions shall be allocated for a member of an ethnic minority. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/11/00 effective 8/1/00, 1/10/05)*

**21.9.5.4.2 Duties.** The committee shall have the authority under Bylaw 14.12 to determine all matters pertaining to the policies and procedures for the reinstatement of eligibility of a student-athlete who is ineligible for intercollegiate competition as a result of an NCAA rules violation, and for waivers of legislation that the Management Council or the membership has authorized the committee to grant. The procedures for processing such appeals or requests shall be established by the committee and approved by the Management Council. The committee may reinstate eligibility immediately, may reinstate eligibility at a future time or may determine that eligibility should not be reinstated. The committee also may impose conditions for reinstatement of eligibility. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/13/98, 1/11/00)*

**21.9.5.4.3 Quorum.** Three members present and voting shall constitute a quorum to conduct committee business, it being understood that the chair shall make a special effort to have full committee attendance. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/11/00)*

**21.9.5.4.4 Authority of Student-Athlete Reinstatement Staff.** Subject to review by the Committee on Student-Athlete Reinstatement, the student-athlete reinstatement staff is authorized to apply the reinstatement rules of the Association. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/13/98, 1/11/00)*

**21.9.5.4.5 Appeals.** After the student-athlete reinstatement staff has acted on a reinstatement matter, the involved institution may appeal the decision to the Committee on Student-Athlete Reinstatement. Its determination shall be final, binding and conclusive and shall not be subject to further review by the Management Council or any other authority. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/13/98, 1/11/00)*

### 21.9.5.5 Committee on Infractions. The Committee on Infractions shall be appointed and its duties assigned as provided in Bylaw 19. *(Adopted: 4/15/14)*

### 21.9.5.6 Infractions Appeals Committee. The Infractions Appeals Committee shall be appointed and its duties assigned as provided in Bylaw 19. *(Adopted: 4/15/14)*

### 21.9.5.7 Financial Aid Committee.

**21.9.5.7.1 Composition.** The Financial Aid Committee shall consist of 10 members that meet the criteria listed in Bylaw 21.9.5.1. At least three members shall be financial aid administrators, one of whom shall be from a public institution. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/12/04, 4/28/05, 1/9/06, 4/11/06, 1/17/23 effective 8/1/23)*

**21.9.5.7.2 Duties.** The committee shall be responsible for the review and consideration of the Division III bylaws that govern financial aid and report to the Management Council on a regular basis regarding that topic. The committee

shall be responsible for the administration of the financial aid reporting process, including the implementation of operating policies and procedures. *(Adopted: 1/14/97 effective 8/1/97, Revised: 4/28/05, 4/14/08)*

**21.9.5.8 Interpretations and Legislation Committee.**

**21.9.5.8.1 Composition.** The Interpretations and Legislation Committee shall consist of 10 members that meet the criteria listed in Bylaw 21.9.5.1. At least two members shall have compliance oversight. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/11/00, 1/17/23 effective 8/1/23)*

**21.9.5.8.2 Duties.** The committee shall determine interpretations of all Division III legislation. The committee shall review and refine legislative proposals, incorporate new legislation and interpretations, review deregulation issues and approve the publication of supplementary compilations of interpretations. The committee shall also review and determine the facts related to the certification of a prospective student-athlete's amateur status on request of an institution if the institution disagrees with the determination of facts rendered by the NCAA Eligibility Center. *(Adopted: 1/14/97 effective 8/1/97, Revised: 10/18/22)*

**21.9.5.8.3 Special Operating Rules.** The committee shall not have the authority to alter an existing Management Council interpretation. Its decision shall be binding unless overturned upon appeal to the Management Council or Presidents Council at its next regularly scheduled meeting or at the business session of the annual Convention. *(Adopted: 1/14/97 effective 8/1/97)*

**21.9.5.9 Membership Committee.**

**21.9.5.9.1 Composition.** The Membership Committee shall consist of 10 members that meet the criteria in Bylaw 21.9.5.1. *(Adopted: 1/14/97, Revised: 2/5/97 effective 8/1/97, 1/11/00 effective 8/1/00, 1/10/05, 1/9/06, 1/17/23 effective 8/1/23)*

**21.9.5.9.2 Duties.** The committee shall review issues related to Division III membership, including: *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/11/00 effective 8/1/00, 1/8/07 effective 8/1/07 for any application of member penalties [probation or restricted membership status] based on the sports sponsorship audit shall be based on information reported for the 2006-07 year and beyond, 7/24/07, 7/26/11)*

(a) Issues and educational efforts affecting provisional, reclassifying and continuing members;

(b) Monitoring and auditing of sports-sponsorship requirements;

(c) Coordinating educational programs for the membership regarding NCAA legislation; and

(d) Issues regarding membership requirements (e.g., sports sponsorship) that are discovered during the enforcement process. Additionally, the committee may impose penalties for the failure of any member to meet conditions and obligations of membership, including sports-sponsorship requirements and any issues discovered through the enforcement process.

**21.9.5.10 Nominating Committee.**

**21.9.5.10.1 Composition.** The Nominating Committee shall consist of 10 members that meet the criteria listed in Bylaw 21.9.5.1. *(Adopted: 1/14/97, Revised: 2/5/97 effective 8/1/97, 1/11/00 effective 8/1/00, 1/14/02, 8/5/04, 1/10/05, 10/3/05, 10/17/11, 1/17/23 effective 8/1/23)*

**21.9.5.10.2 Duties.** The committee shall coordinate nominations for the Division III Management Council, all standing committees that report to the Management Council, all Division III sports committees and all Division III positions on Association-wide and common committees. *(Adopted: 1/14/97 effective 8/1/97)*

**21.9.5.10.2 Duties.** The committee shall coordinate nominations for the Division III Presidents Council, the Division III Management Council, all standing committees that report to the Management Council, all Division III sports committees and all Division III positions on Association-wide and common committees. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/17/23 effective 8/1/24)*

**21.9.5.11 Student-Athlete Advisory Committee.**

**21.9.5.11.1 Composition.** The Student-Athlete Advisory Committee shall consist of:

(a) One student-athlete from each unit represented in the Division III Student-Athlete Advisory Committee partnership program. A unit shall consist of two partnered conferences. Independent institutions shall collectively be represented as one additional unit. If there is an odd number of Division III conferences, the unpaired conference and all independent institutions shall collectively be represented as one additional unit; and *(Revised: 7/24/12, 1/22/18 effective 8/1/18)*

(b) Fifty percent of the positions shall be allocated for those who identify as male and 50 percent allocated for those who identify as female with at least 25 percent of all positions allocated for ethnic minorities. Not more than one student-athlete from a playing conference may serve on the committee at any time. Two Management Council members shall serve as ex officio members of the committee. *(Adopted: 1/14/97, Revised: 2/5/97 effective 8/1/97, 1/13/03, 1/12/04, 1/9/06, 10/22/07, 1/14/09, 4/20/09, 7/24/12)*

**21.9.5.11.1.1 Partner Conference Student-Athlete Advisory Committee Liaison.** Each conference and group of independents without a member on the Student-Athlete Advisory Committee, shall have a student-athlete designated as a Partner Conference Student-Athlete Advisory Committee Liaison. Compositional requirements, roles and responsibilities and term limits for this liaison role shall be set forth in the Student-Athlete Advisory Committee policies and procedures. *(Adopted: 1/20/18 effective 8/1/18)*

**21.9.5.11.2 Term of Office.** A student-athlete member shall not serve more than three years on the committee and may not be reappointed for another term. Student-athletes may serve on the committee and/or on an Association-wide committee up to one year after completion of their intercollegiate athletics eligibility. A member shall commence service on the first day following the member's election. When a student-athlete member leaves the committee, the student-athlete shall be replaced by a student-athlete from their partner conference, who may serve up to three years on the committee. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/8/01, 1/13/03, 7/22/14, 4/20/21)*

**21.9.5.11.2.1 Exceptions -- Presidents Council and Management Council Members.** The term of a student-athlete serving on Presidents Council and Management Council (see Bylaws 21.9.5.11.3 and 21.9.5.11.4) may be extended through the adjournment of the annual NCAA Convention. *(Adopted: 1/13/03, Revised: 7/20/22 effective 8/1/22)*

**21.9.5.11.3 Presidents Council Service.** The committee shall submit nominations (at least one representing a male team and one representing a female team) to serve on the Presidents Council. The committee will submit its nominations, pursuant to the committee's policies, to the Presidents Council Nominations Subcommittee for final approval by the Presidents Council. To be eligible to serve on Presidents Council the committee member must have completed at least one year of service on the committee and be serving on a Division III or Association-wide committee. Current Management Council representatives are no not eligible. Committee members shall be eligible for a one-year term which may be renewed for one year. *(Adopted: 7/20/22 effective 8/1/22)*

> **21.9.5.11.3 Presidents Council Service.** The committee shall submit nominations (at least one representing a male team and one representing a female team) to serve on the Presidents Council. The committee will submit its nominations, pursuant to the committee's policies, for final approval by the Presidents Council. The nominations may not be used to fill a conference slot on the Presidents Council. To be eligible to serve on Presidents Council the committee member must have completed at least one year of service on the committee and be serving on a Division III or Association-wide committee. Current Management Council representatives are no not eligible. Committee members shall be eligible for a one-year term which may be renewed for one year. *(Adopted: 7/20/22 effective 8/1/22, Revised: 1/17/23 effective 8/1/24)*

**21.9.5.11.4 Management Council Service.** The committee annually shall elect two members (one male, one female) to serve on the Management Council. To be eligible for Management Council service, at least one committee member shall have completed at least one year of service on the committee. Committee members shall be eligible for not more than two years of service on the Management Council. Committee members appointed to serve on the Management Council shall not be from the same member institution as another current member of the Management Council. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/13/98, 1/13/03)*

> **21.9.5.11.4 Management Council Service.** The committee annually shall elect two members (one male, one female) to serve on the Management Council. The two members may not be used to fill conference slots on the Management Council. To be eligible for Management Council service, at least one committee member shall have completed at least one year of service on the committee. Committee members shall be eligible for not more than two years of service on the Management Council. Committee members appointed to serve on the Management Council shall not be from the same member institution as another current member of the Management Council. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/13/98, 1/13/03, 1/17/23 effective 8/1/24)*

**21.9.5.11.5 Duties.** The committee shall receive information on and explanations of NCAA activities and legislation and shall review and react to topics referred to it by other Association committees and by Presidents and Management Councils. *(Adopted: 1/14/97 effective 8/1/97, Revised: 7/20/22 effective 8/1/22)*

**21.9.6 Sports Committees With Only Championships Administration Responsibilities.** To conduct Division III championships in an efficient and orderly fashion, sports committees with only championships administration responsibilities shall be established and shall report directly to the Championships Committee (see Bylaw 21.9.5.3). *(Adopted: 1/14/97 effective 8/1/97)*

**21.9.6.1 Selection, Composition and Duties.**

**21.9.6.1.1 Duties.** Each committee shall be responsible for developing policies and procedures governing the administration and conduct of the championships under its jurisdiction, subject to the direction and approval of the Championships Committee and the requirements, standards and conditions prescribed by Bylaw 31 (see Bylaw 31 for committee duties related to the administration of championships). *(Adopted: 1/14/97 effective 8/1/97)*

**21.9.6.1.2 Special Operating Rules.** Each committee shall act as one body to determine general policies for the administration of championships. *(Adopted: 1/14/97 effective 8/1/97)*

**21.9.6.1.3 Selection Criteria.** Each committee shall have the authority to establish championships selection criteria, including requirements to use regular-season playing rules that conform with rules used in NCAA championships under its jurisdiction in those sports for which the Association does not maintain playing rules. *(Adopted: 1/14/97 effective 8/1/97)*

**21.9.6.1.4 Regional Advisory Committees.** Regional advisory committees may be appointed by each sports committee as prescribed by the Championships Committee. *(Adopted: 1/14/97 effective 8/1/97)*

**21.9.6.2 Committee Membership.** Membership on sports committees in team and individual sports with only championships administration responsibilities shall be limited in number as specified in Figure 21-1. *(Revised: 1/9/06)*

## 21.10 Presidents Council. *(Adopted: 4/15/22 effective 8/1/22)*

**21.10.1 Composition.** The Presidents Council shall include 20 members and shall be comprised of 18 Division III chancellors or presidents and two student-athletes from the Student-Athlete Advisory Committee (see Bylaw 21.9.5.11.3). *(Adopted: 4/15/22 effective 8/1/22)*

**21.10.1 Composition.** The Presidents Council shall include no less than 18 Division III chancellors or presidents but not more than half of the number of active multi-sport conferences (rounding up to the next whole number). The council shall also include two student-athletes from the Student-Athlete Advisory Committee (see Bylaw 21.9.5.11.3). *(Adopted: 4/15/22 effective 8/1/22, Revised: 1/17/23 effective 8/1/24)*

**21.10.1.1 Members - Chancellors or Presidents.** At least two members of the council shall be included from each Division III geographical area (see Bylaw 21.12 for geographical areas) and ten members shall serve "at large." In addition, appropriate consideration shall be given to appointing Division III chancellors or presidents from historically black colleges and universities. The members of the council shall include: *(Adopted: 7/20/22 effective 8/1/22)*

(a) At least three institutional chancellors or presidents from colleges or universities with full-time undergraduate enrollment of 2,400 or more; *(Adopted: 7/20/22 effective 8/1/22)*

(b) At least three institutional chancellors or presidents from colleges or universities with full-time undergraduate enrollment between 1,400 and 2,400; *(Adopted: 7/20/22 effective 8/1/22)*

(c) At least three institutional chancellors or presidents from colleges or universities with full-time undergraduate enrollment of 1,400 or less; *(Adopted: 7/20/22 effective 8/1/22)*

(d) At least three institutional chancellors or presidents from public colleges or universities; *(Adopted: 7/20/22 effective 8/1/22)*

(e) At least three institutional chancellors or presidents from private colleges or universities; *(Adopted: 7/20/22 effective 8/1/22)*

(f) At least four institutional chancellors or presidents who identify as female; *(Adopted: 7/20/22 effective 8/1/22, Revised: 3/16/23)*

(g) At least four institutional chancellors or presidents who identify as male; *(Adopted: 7/20/22 effective 8/1/22, Revised: 3/16/23)*

(h) At least two institutional chancellors or presidents who are members of an ethnic minority; and *(Adopted: 7/20/22 effective 8/1/22)*

(i) At least two institutional chancellors or presidents who are not ethnic minorities. *(Adopted: 7/20/22 effective 8/1/22)*

**21.10.1.1 Members - Chancellors or Presidents.** In addition, appropriate consideration shall be given to appointing Division III chancellors or presidents from historically black colleges and universities. The members of the council shall include: *(Adopted: 7/20/22 effective 8/1/22, Revised: 1/17/23 effective 8/1/24)*

(a) At least three institutional chancellors or presidents from colleges or universities with full-time undergraduate enrollment of 2,400 or more; *(Adopted: 7/20/22 effective 8/1/22)*

(b) At least three institutional chancellors or presidents from colleges or universities with full-time undergraduate enrollment between 1,400 and 2,400; *(Adopted: 7/20/22 effective 8/1/22)*

(c) At least three institutional chancellors or presidents from colleges or universities with full-time undergraduate enrollment of 1,400 or less; *(Adopted: 7/20/22 effective 8/1/22)*

(d) At least three institutional chancellors or presidents from public colleges or universities; *(Adopted: 7/20/22 effective 8/1/22)*

(e) At least three institutional chancellors or presidents from private colleges or universities; *(Adopted: 7/20/22 effective 8/1/22)*

(f) At least four institutional chancellors or presidents who identify as female; *(Adopted: 7/20/22 effective 8/1/22, Revised: 3/16/23)*

(g) At least four institutional chancellors or presidents who identify as male; *(Adopted: 7/20/22 effective 8/1/22, Revised: 3/16/23)*

(h) At least two institutional chancellors or presidents who are members of an ethnic minority; *(Adopted: 7/20/22 effective 8/1/22)*

(i) At least two institutional chancellors or presidents who are not ethnic minorities; and *(Adopted: 7/20/22 effective 8/1/22)*

(j) Between Presidents Council and Management Council, each active Division III multi-sport conference will have a slot for one non-student-athlete representative. That conference slot will rotate between the councils. *(Adopted: 1/17/23 effective 8/1/24)*

**21.10.2 Duties and Responsibilities.** The Presidents Council shall: *(Adopted: 4/15/22 effective 8/1/22)*

(a) Implement policies adopted by the Association's Board of Governors; *(Adopted: 4/15/22 effective 8/1/22)*

(b) Establish and direct the general policy of Division III; *(Adopted: 4/15/22 effective 8/1/22)*

(c) Establish a strategic plan for Division III; *(Adopted: 4/15/22 effective 8/1/22)*

(d) Adopt noncontroversial and intent-based amendments and administrative bylaws to govern Division III independent of the Management Council; *(Adopted: 4/15/22 effective 8/1/22)*

(e) Sponsor Division III legislation independent of the Management Council; *(Adopted: 4/15/22 effective 8/1/22)*

(f) Determine before the publishing of the notice of any Convention, the voting method for Division III proposals (see Bylaw 9.1.1.2.2.1); *(Adopted: 4/15/22 effective 8/1/22, Revised: 1/19/23 effective 8/1/23)*

(g) Delegate the resolution of management issues to the Management Council and ratify those actions (see Bylaw 21.11.3); *(Adopted: 4/15/22 effective 8/1/22)*

(h) Ratify, amend or rescind the actions of the Management Council (see Bylaw 21.11); *(Adopted: 4/15/22 effective 8/1/22)*

(i) Ensure that there is gender and ethnic diversity among its membership, the membership of the Management Council (see Bylaw 21.11.8) and the membership of each of the other bodies in the Division III administrative structure; *(Adopted: 4/15/22 effective 8/1/22)*

(j) Make budgetary recommendations to the Association's Board of Governors related to Division III matters, including championships, and approve the use of funds allocated to Division III; *(Adopted: 4/15/22 effective 8/1/22)*

(k) Approve regulations providing for the administration of Division III championships; and *(Adopted: 4/15/22 effective 8/1/22)*

(l) Advise the Board of Governors concerning the employment of the NCAA president and concerning the oversight of their employment. *(Adopted: 4/15/22 effective 8/1/22)*

**21.10.3 Election/Term of Office.** *(Adopted: 4/15/22 effective 8/1/22)*

**21.10.3.1 Members - Student-Athletes.** The selection and term of office for the two Student-Athlete Advisory Council members are set forth in Bylaw 21.9.5.11.3. *(Adopted: 7/20/22 effective 8/1/22)*

**21.10.3.2 Selection of Members - Chancellors or Presidents.** Members of the Presidents Council shall be selected by Division III chancellors or presidents. The council annually shall appoint a nominating committee, which shall present to the council (before the Convention) a slate of nominees to serve as members of the council. Additional candidates shall be placed on the appropriate slate of nominees if such candidates have the endorsement of at least 10 chancellors or presidents of Division III institutions. In all cases, an effort shall be made to develop a balanced slate that provides fair representation among the division's regions, conferences and institutions. At no time shall two individuals from the same institution serve on the Presidents Council and Management Council simultaneously. *(Adopted: 4/15/22 effective 8/1/22)*

**21.10.3.2 Selection of Members - Chancellors or Presidents.** Members of the Presidents Council shall be selected by Division III chancellors or presidents. The nominating committee shall present to the council (before the Convention) a slate of nominees to serve as members of the council. Additional candidates shall be placed on the appropriate slate of nominees if such candidates have the endorsement of at least 10 chancellors or presidents of Division III institutions. At no time shall two individuals from the same institution serve on the Presidents Council and Management Council simultaneously. *(Adopted: 4/15/22 effective 8/1/22, Revised: 1/17/23 effective 8/1/24)*

**21.10.3.2.1 Mail Vote.** Members of the Presidents Council shall be elected by mail vote of the chancellors or presidents of Division III institutions. Voting by proxy shall not be allowed. The election shall not be subject to the requirement in Robert's Rules of Order, Newly Revised, that all candidates in an election remain in contention until one receives a majority. *(Adopted: 4/15/22 effective 8/1/22)*

**21.10.3.2.1 Conference Slot.** If there are no nominees for a conference slot, the slot will go unfilled. If the council is smaller than 18 members, to get the council to at least 18 members, selection may be made from any membership nominees, including nominees from independent institutions, provided the nominees are from a conference not currently represented on the respective council. *(Adopted: 1/17/23 effective 8/1/24)*

**21.10.3.2.2 Vacancies.** The Presidents Council, by a majority vote, may fill a vacancy that occurs among the members for the unexpired term. Members appointed to fill vacancies shall be appointed only for the unexpired portion of that term. *(Adopted: 4/15/22 effective 8/1/22)*

**21.10.3.2.2 Election.** Members of the Presidents Council shall be elected by electronic mail vote of the chancellors or presidents of Division III institutions. Voting by proxy shall not be allowed. The election shall not be subject to the requirement in Robert's Rules of Order, Newly Revised, that all candidates in an election remain in contention until one receives a majority. *(Adopted: 4/15/22 effective 8/1/22, Revised: 1/17/23 effective 8/1/24)*

**21.10.3.2.3 Vacancies.** The Presidents Council, by a majority vote, may fill a vacancy that occurs for a conference slot for the unexpired term provided there remains at least two years for that term. Members appointed to fill vacancies shall be appointed only for the unexpired portion of that term. *(Adopted: 4/15/22 effective 8/1/22, Revised: 1/17/23 effective 8/1/24)*

**21.10.3.3 Term of Office - Members Chancellors or Presidents.** Members of the Presidents Council shall serve four-year terms. The council may waive the four-year term limit if an extension is necessary and appropriate to enhance the council's continuity and effectiveness or otherwise allow the council to continue to fulfill its representational requirements. Members shall not be eligible for another term on the council until two years have elapsed. An individual may not serve on the council for more than two terms. *(Adopted: 4/15/22 effective 8/1/22)*

**21.10.3.3 Term of Office - Members Chancellors or Presidents.** Members of the Presidents Council shall serve four-year terms. An individual may not serve on the council for more than two terms. *(Adopted: 4/15/22 effective 8/1/22, Revised: 1/17/23 effective 8/1/24)*

**21.10.3.4 Staggered Terms.** The terms of service of Presidents Council members shall expire on a staggered basis to provide for continuity. Members may be appointed for less than full terms in order to accomplish this purpose. *(Adopted: 4/15/22 effective 8/1/22)*

**21.10.3.5 Determination of Full Term.** Presidents Council members who serve more than one-half of a term shall be considered to have served a full term. *(Adopted: 4/15/22 effective 8/1/22)*

**21.10.3.5 Determination of Full Term.** The conference shall retain its slot for the entire four-year term (see Bylaw 21.10.3.2.3). If a Presidents Council member serves more than one half of a term, the conference slot will remain unfilled for the remainder of the unexpired term. *(Adopted: 4/15/22 effective 8/1/22, Revised: 1/17/23 effective 8/1/24)*

## 21.11 Management Council. *(Adopted: 4/15/22 effective 8/1/22)*

**21.11.1 Composition.** The Management Council shall include 21 members and shall be comprised of Division III chancellors or presidents, athletics direct reports (non-chancellors or presidents with oversight of intercollegiate athletics), faculty athletics representatives, directors of athletics, senior woman administrators, conference representatives and student-athletes. *(Adopted: 4/15/22 effective 8/1/22)*

**21.11.1 Composition.** The Management Council shall include no less than 18 members (who are not student-athletes) but no more than half of the number of active multi-sport conferences (rounding up to the next whole number) and shall be comprised of Division III chancellors or presidents, athletics direct reports (non-chancellors or presidents with oversight of intercollegiate athletics), faculty athletics representatives, directors of athletics, senior woman administrators and conference representatives. The council shall also include two student-athletes (see Bylaws 21.9.5.10.4 and 21.11.1.2). *(Adopted: 4/15/22 effective 8/1/22, Revised: 1/17/23 effective 8/1/24)*

**21.11.1.1 Members Who Are Not Student-Athletes.** At least two members who are not student-athletes shall be included from each Division III geographical region (see Bylaw 21.12.1.1). One of these members shall serve as chair and one shall serve as vice chair. These members also shall include: *(Adopted: 4/15/22 effective 8/1/22)*

(a) At least nine directors of athletics or senior woman administrators; *(Adopted: 4/15/22 effective 8/1/22)*

(b) At least two institutional chancellors or presidents; *(Adopted: 4/15/22 effective 8/1/22)*

(c) At least two athletics direct reports; *(Adopted: 4/15/22 effective 8/1/22)*

(d) At least two faculty athletics representatives; *(Adopted: 4/15/22 effective 8/1/22)*

(e) At least three members of an ethnic minority; *(Adopted: 4/15/22 effective 8/1/22)*

(f) At least eight who identify as male; and *(Adopted: 4/15/22 effective 8/1/22, Revised: 3/16/23)*

(g) At least eight who identify as female. *(Adopted: 4/15/22 effective 8/1/22, Revised: 3/16/23)*

**21.11.1.1 Members Who Are Not Student-Athletes.** These members shall include: *(Adopted: 4/15/22 effective 8/1/22, Revised: 1/17/23 effective 8/1/24)*

(a) At least nine directors of athletics or senior woman administrators; *(Adopted: 4/15/22 effective 8/1/22)*

(b) At least two institutional chancellors or presidents; *(Adopted: 4/15/22 effective 8/1/22)*

(c) At least two athletics direct reports; *(Adopted: 4/15/22 effective 8/1/22)*

(d) At least two faculty athletics representatives; *(Adopted: 4/15/22 effective 8/1/22)*

(e) At least three members of an ethnic minority; *(Adopted: 4/15/22 effective 8/1/22)*

(f) At least eight who identify as male; *(Adopted: 4/15/22 effective 8/1/22, Revised: 3/16/23)*

(g) At least eight who identify as female; and *(Adopted: 4/15/22 effective 8/1/22, Revised: 3/16/23)*

(h) Between Presidents Council and Management Council, each active Division III multi-sport conference will have a slot for one non-student-athlete representative. That conference slot will rotate between the councils. *(Adopted: 1/17/23 effective 8/1/24)*

**21.11.1.2 Student-Athletes.** Two members of the Management Council shall be members of the Student-Athlete Advisory Committee per Bylaw 21.9.5.11.4. *(Adopted: 4/15/22 effective 8/1/22)*

**21.11.2 Vacancies.** A representative of a playing conference or member institution whose term of service has expired shall not be replaced on the Management Council by a representative of the same conference or institution for a period of at least one year. At no time shall two individuals from the same institution serve on the Management Council and Presidents Council simultaneously. *(Adopted: 4/15/22 effective 8/1/22)*

**21.11.2 Vacancies.** At no time shall two individuals from the same institution serve on the Management Council and Presidents Council simultaneously. *(Adopted: 4/15/22 effective 8/1/22, Revised: 1/17/23 effective 8/1/24)*

**21.11.2.1 Exception -- Student-Athlete Advisory Committee.** The Management Council may waive the application of Bylaw 21.11.2 for Student-Athlete Advisory Committee members selected to serve on the Management Council. *(Adopted: 4/15/22 effective 8/1/22)*

**21.11.3 Duties and Responsibilities.** The Management Council shall: *(Adopted: 4/15/22 effective 8/1/22)*

(a) Implement policies adopted by the Association's Board of Governors and the Presidents Council; *(Adopted: 4/15/22 effective 8/1/22)*

(b) Resolve Division III issues; *(Adopted: 4/15/22 effective 8/1/22)*

(c) Make recommendations to the Presidents Council related to Division III matters as it deems appropriate, including budgetary recommendations and recommendations related to championships; *(Adopted: 4/15/22 effective 8/1/22)*

(d) Adopt noncontroversial and intent-based amendments and administrative bylaws to govern Division III; *(Adopted: 4/15/22 effective 8/1/22)*

(e) Sponsor legislative proposals in accordance with Bylaw 9.3.3; *(Adopted: 4/15/22 effective 8/1/22)*

(f) Make interpretations of the bylaws of Division III; *(Adopted: 4/15/22 effective 8/1/22)*

(g) Delegate the resolution of Division III issues to the Division III substructure and consider relevant reports and recommendations from the Division III substructure; *(Adopted: 4/15/22 effective 8/1/22)*

(h) Review appeals by member institutions of decisions made by a Division III committee or the NCAA staff regarding the application of NCAA legislation to a particular situation when no other committee, subcommittee or conference has the authority to act. The Management Council shall review the complete record in order to determine whether there is sufficient basis to grant relief from the application of the legislation; and *(Adopted: 4/15/22 effective 8/1/22)*

(i) Administer duties related to the business session of the annual Convention, including arrangements, programs, rules, voting and the examination and approval of the voting credentials of delegates. *(Adopted: 4/15/22 effective 8/1/22)*

**21.11.4 Election/Term of Office.** *(Adopted: 4/15/22 effective 8/1/22)*

**21.11.4.1 Selection.** Members of the Management Council shall be selected by the Division III membership. Annually, a slate of candidates shall be solicited from the Division III membership. The nominees will be identified by the Management Council (or a subcommittee of the Management Council), and then forwarded to the Presidents Council for approval before consideration by the full Division III membership. *(Adopted: 4/15/22 effective 8/1/22)*

**21.11.4.1.1 Election.** Members of the Management Council shall be elected by electronic mail vote by the athletics directors of Division III institutions and Division III conference commissioners who are eligible to vote at the NCAA convention. Voting by proxy shall not be allowed. The election shall not be subject to the requirement in Robert's Rules of Order, Newly Revised, that all candidates in an election remain in contention until one receives a majority. *(Adopted: 4/15/22 effective 8/1/22)*

> **21.11.4.1.1 Conference Slot.** If there are no nominees for a conference slot, the slot will go unfilled. If the council is smaller than 18 members, to get the council to at least 18 members, selection may be made from any membership nominees, including nominees from independent institutions, provided the nominees are from a conference not currently represented on the respective council.
>
> *(Adopted: 1/17/23 effective 8/1/24)*

**21.11.4.1.2 Vacancies.** When a vacancy occurs on the council, the council, by a majority vote, may fill the unexpired term. Members appointed to fill vacancies shall be appointed only for the unexpired portion of that term. *(Adopted: 4/15/22 effective 8/1/22)*

> **21.11.4.1.3 Vacancies.** When a vacancy occurs on the council, the council, by a majority vote, may fill the conference slot for the unexpired term provided there remains at least two years for that term. Members appointed to fill vacancies shall be appointed only for the unexpired portion of that term. *(Adopted: 4/15/22 effective 8/1/22, Revised: 1/17/23 effective 8/1/24)*

**21.11.4.2 Term of Office.** Members of the Management Council shall serve four-year terms. Members shall not be eligible for re-election to another term on the council until four years have elapsed. A member may not serve on the council more than two terms. *(Adopted: 4/15/22 effective 8/1/22)*

**21.11.4.2 Term of Office.** Members of the Management Council shall serve four-year terms. A member may not serve on the council more than two terms. *(Adopted: 4/15/22 effective 8/1/22, Revised: 1/17/23 effective 8/1/24)*

**21.11.4.3 Staggered Terms.** The terms of service of Management Council members shall expire on a staggered basis to provide for continuity. Members may be appointed for less than full terms in order to accomplish this purpose. *(Adopted: 4/15/22 effective 8/1/22)*

**21.11.4.4 Determination of Full Term.** Management Council members who serve more than one-half of a term shall be considered to have served a full term. *(Adopted: 4/15/22 effective 8/1/22)*

**21.11.4.4 Determination of Full Term.** The conference shall retain its slot for the entire four-year term (see Bylaw 21.11.4.1.3). If a Management Council member serves more than one half of a term, the conference slot will remain unfilled for the remainder of the unexpired term. *(Adopted: 4/15/22 effective 8/1/22, Revised: 1/17/23 effective 8/1/24)*

## 21.12 Geographical Areas. *(Adopted: 4/15/22 effective 8/1/22, Revised: 1/17/23 effective 8/1/23)*

**21.12.1 Geographical Areas.** For the purpose of representation on the Management Council and the President Council (see Bylaws 21.11) and Division III committees (see Bylaw 21.9.5.1), the Association shall be divided into geographical areas. *(Adopted: 4/15/22 effective 8/1/22, Revised: 1/17/23 effective 8/1/23)*

**21.12.1 Geographical Areas.** For the purpose of committee representation, the Association shall be divided into geographical areas. *(Adopted: 4/15/22 effective 8/1/22, Revised: 1/17/23 effective 8/1/23, 1/17/23 effective 8/1/24)*

**21.12.1.1 Division III.** The geographical areas are as follows: *(Adopted: 4/15/22 effective 8/1/22, Revised: 1/17/23 effective 8/1/23)*

(a) Area 1 -- Connecticut, Delaware, District of Columbia, Maine, Maryland, Massachusetts, New Hampshire, New Jersey, Rhode Island, Vermont; *(Adopted: 4/15/22 effective 8/1/22, Revised: 1/17/23 effective 8/1/23)*

(b) Area 2 -- New York, Pennsylvania; *(Adopted: 4/15/22 effective 8/1/22, Revised: 1/17/23 effective 8/1/23)*

(c) Area 3 -- Alabama, Arkansas, Florida, Georgia, Indiana, Kentucky, Louisiana, Michigan, Mississippi, North Carolina, Ohio, Puerto Rico, South Carolina, Tennessee, Virginia, West Virginia; and *(Adopted: 4/15/22 effective 8/1/22, Revised: 1/17/23 effective 8/1/23)*

(d) Area 4 -- Alaska, Arizona, California, Colorado, Hawaii, Idaho, Illinois, Iowa, Kansas, Minnesota, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Texas, Utah, Washington, Wisconsin, Wyoming. *(Adopted: 4/15/22 effective 8/1/22, Revised: 1/17/23 effective 8/1/23)*

## 21.13 Administrative Committee. *(Adopted: 4/15/22 effective 8/1/22)*

**21.13.1 Composition.** The Administrative Committee shall consist of five members, including the chair of the Presidents Council, the vice chair of the Presidents Council and the chair of the Management Council. If the chair of the Management Council is a chancellor or president, the committee also shall include two athletics administrators who are senior members of the Management Council. If the chair of the Management Council is not a chancellor or president, the committee also shall include a chancellor or president serving on the Management Council and a senior member of the Management Council. *(Adopted: 4/15/22 effective 8/1/22)*

**21.13.2 Duties.** The Administrative Committee shall be empowered in the interim between meetings of the Presidents Council and Management Council to transact items of business clearly necessary to promote the normal and orderly administration of Division III. *(Adopted: 4/15/22 effective 8/1/22)*

**21.13.3 Ratification.** All actions of the Administrative Committee shall be reported to and subject to ratification by the Management Council and Presidents Council at their next regularly scheduled meetings. *(Adopted: 4/15/22 effective 8/1/22)*



**Figure 21-1**
**Division III Organizational Structure**

( ) Represents the number of individuals who will serve on this committee.

* All Division III sports committees report to the Division III Championships Committee. The following are common committees with playing rules and championships administration responsibilities — Women's Bowling, Men's and Women's Rifle, Men's and Women's Skiing, Men's and Women's Swimming and Diving, Men's and Women's Track and Field, Men's and Women's Water Polo and Men's Wrestling.

** The size of the committee depends on the number of Division III conferences (see Bylaw 21.9.5.11).

§ The Division III Infractions Appeals Committee shall hear and act on an institution's appeal of the findings of major violations by the Division III Committee on Infractions.

∧ The Management and Presidents Councils shall include no less than 18 members (who are not student-athletes) but no more than half of the number of active multi-sport conferences (rounding up to the next whole number). The councils shall also include two student-athletes from the Student-Athlete Advisory Committee.

**FIGURE 21-2**
**Committee Membership**

| Committee | Number of Members |
|---|---|
| Baseball Committee *(Revised: 7/21/20 effective 9/1/21)* | 10, including one member from each area. |
| Basketball Committee, Men's *(Revised: 7/21/20 effective 9/1/21)* | 10, including one member from each area. |
| Basketball Committee, Women's *(Revised: 7/21/20 effective 9/1/21)* | 10, including one member from each area. |
| Field Hockey Committee | 6, including one member from each area. |
| Football Committee *(Revised: 7/21/20 effective 9/1/21)* | 6, including one member from each area. |
| Golf Committee, Men's *(Revised: 7/21/20 effective 9/1/21)* | 7, including one member from each area. |
| Golf Committee, Women's | 5, including one member from each area. |
| Ice Hockey Committee, Men's | 4, including two members from both the east and west areas (one administrator and one coach). |
| Ice Hockey Committee, Women's *(Revised: 1/17/18 effective 8/1/19)* | 5, including three members from the east area and two members from the west area/Independents (one coach from each area). |
| Lacrosse Committee, Men's *(Revised: 4/16/19 effective 8/1/19)* | 5, including one member from each area. |
| Lacrosse Committee, Women's *(Revised: 1/23/19 effective 8/1/19)* | 7, including one member from each area. |
| Rowing Committee, Women's *(Rev: 10/17/23)* | 4, including one member from each area. |
| Soccer Committee, Men's *(Revised: 7/21/20 effective 9/1/21)* | 10, including one member from each area. |
| Soccer Committee, Women's *(Revised: 7/21/20 effective 9/1/21)* | 10, including one member from each area. |
| Softball Committee, Women's *(Revised: 7/21/20 effective 9/1/21)* | 10, including one member from each area. |
| Swimming and Diving Committee, Men's and Women's *(Revised: 1/14/12 effective 8/1/12)* | 8, three members shall represent men's swimming and diving interests and four members shall represent women's swimming and diving interests with two positions allocated for a man and three allocated for a woman and two unallocated with one additional member representing diving interests. |

**FIGURE 21-2**
**Committee Membership**

| Committee | Number of Members |
|---|---|
| Tennis Committee, Men's *(Revised 10/20/20 effective 9/1/21)* | 8, including one member from each area. |
| Tennis Committee, Women's *(Revised 10/20/20 effective 9/1/21)* | 8, including one member from each area. |
| Track and Field and Cross-Country Committee, Men's and Women's *(Revised: 1/14/12 effective 8/1/12)* | 8, four members shall represent men's track and field interests and four members shall represent women's track and field interests with four positions allocated for men and four allocated for women. There shall be one representative elected from each of the Division III track and field areas.* |
| Volleyball Committee, Men's *(Revised 10/20/20 effective 9/1/21)* | 4, including one member from each area, plus an at-large member from any of the three areas. |
| Volleyball Committee, Women's *(Revised: 7/21/20 effective 9/1/21)* | 10, including one member from each area. |
| Wrestling Committee *(Revised: 1/14/12 effective 8/1/12)* | 6, including one member from each area. |

* The Men's and Women's Track and Field and Cross-Country Committee shall be responsible for the Division III cross country, indoor track and field and outdoor track and field championships.

ADMINISTRATIVE, ARTICLE 31

# Executive Regulations.

## 31.01 General Principles.

**31.01.1 Names of Championships.** All NCAA championships (see Bylaw 18.4) have formal designations that identify their appropriate category and sport classification (see Bylaw 31.02.2). The name of each championship is the property of the Association (see Bylaw 31.6).

**31.01.2 Postseason Championship Opportunities.** NCAA championships are intended to provide national-championship competition among the best eligible student-athletes and teams at the conclusion of the respective sport seasons, with consideration for regional structures that may be approved for certain championships.

**31.01.3 Size of Championships Fields.** The size of all NCAA championships fields shall be established by the Championships Committee to provide for efficient management of the events, adequate NCAA championship opportunities relative to the nationwide quality of competition and sound economic administration of the financial resources of the Association and its championships (see Bylaw 31.3.1 for the criteria to be considered in establishing the size of the championship field).

**31.01.4 Economy of Operation.** Every sports committee and games committee (see Bylaw 31.1.2) shall exercise all possible economy in the conduct of an NCAA championship.

## 31.02 Definitions and Applications.

**31.02.1 Automatic Qualification.** Automatic qualification is the automatic entry into a championship field by a team or individual student-athletes representing a member conference recommended by the appropriate sports committee and approved by the Championships Committee (see Bylaw 31.1.1).

    **31.02.1.1 Single-Sport Conference.** A single-sport conference is a conference that only sponsors one sport. A conference that sponsors one sport, but sponsors both men's and women's competition in that sport, is not a single-sport conference and does not qualify for a single-sport conference waiver for purposes of automatic qualification for either the men's or women's competition. *(Adopted: 1/12/11)*

**31.02.2 Championships Classification and Terminology.**

    **31.02.2.1 Team Championships.** Team championships are those conducted for the team sports (see Bylaws 17.02.13.1 or 31.3). The title of a team championship is always singular and is identified as a National Collegiate Championship or a division championship (e.g., National Collegiate Women's Water Polo Championship, Division I Men's Basketball Championship).

    **31.02.2.2 Individual-Team Championships.** Individual-team championships are those conducted for the individual sports (see Bylaws 17.02.13.2 or 31.3). The title of an individual team championship is always plural, reflecting the fact that both individual and team championships are determined (e.g., National Collegiate Men's Gymnastics Championships, Division I Women's Tennis Championships).

**31.02.3 Misconduct.** Misconduct in an NCAA championship is any act of dishonesty, unsportsmanlike conduct, unprofessional behavior or breach of law that discredits the event or intercollegiate athletics and occurs from the time the championship field is announced through the end of the championship (including travel en route to, from or in the locale of the competition or practice). *(Revised: 8/15/89, 8/13/92, 10/20/08, 10/16/18 effective 8/1/19)*

**31.02.4 Nullification.** Nullification is a penalty imposed on an institution by the Championships Committee for permitting an ineligible student-athlete to participate in intercollegiate competition. *(Adopted: 1/17/15 effective 8/1/15)*

## 31.1 Administration of NCAA Championships.

**31.1.1 Authority of Championships Committees and Sports Committees.** As specified in Bylaw 18.2, all NCAA championships shall be conducted in accordance with the general policies established by the Championships Committee, the Management Council, the Presidents Council and/or Board of Governors and shall be under the control, direction and supervision of the appropriate sports committees, subject to the standards and conditions set forth in these executive regulations. Additional policies of an administrative nature are set forth in the respective championships handbooks and are to be followed in the administration of NCAA championships. *(Revised: 8/22/07, 2/10/15)*

    **31.1.1.1 Waivers.** The Championships Committee shall possess final waiver authority on all championships issues. An appeal of a decision of a governing sports committee, or a subcommittee designated by it, concerning questions of

individual or institutional eligibility or the conduct of a championship will not be considered by the Championships Committee 48 hours immediately before the championship or at any time during the championship. During such period, the governing sports committee, or a subcommittee designated by it, shall be the final authority in acting upon appeals concerning the conduct of the championship, subject to the provisions of Bylaw 31.2 regarding institutional and individual eligibility questions.

**31.1.2 Games Committee.** The governing sports committee shall appoint a games committee to supervise actively the conduct of each championship session. The games committee conducting any NCAA championship shall limit participation to eligible student-athletes and may limit the number of entries or reject any application for entry in any event in order that the competition shall best promote the welfare and interest of the sport involved.

**31.1.3 Sites and Dates.** The governing sports committees recommend to the Championships Committee the sites and dates for all NCAA championships.

**31.1.3.1 Championships Committee Approval.** Championships Committee approval shall be obtained before final site commitments are made to the host institution or any other individual or organization associated with the management of an NCAA championship. However, in the sports of baseball, basketball, field hockey, football, ice hockey, lacrosse, soccer, softball and volleyball, the governing sports committees are authorized to select sites for preliminary rounds of competition without prior Championships Committee approval.

**31.1.3.2 Site Selection.** The governing sports committees shall evaluate prospective sites for NCAA championships in terms of the specific criteria approved by the Championships Committee. The division championships committees may assign specific priorities to these criteria for their respective championships. These shall be specified in the appropriate championships handbooks. A governing sports committee that desires to use additional criteria shall obtain Championships Committee approval before doing so.

**31.1.3.2.1 Criteria for Site Determination.** The following criteria are to be used in the evaluation of sites for all competition in NCAA championships:

(a) Quality and availability of the facility and other necessary accommodations;

(b) Geographical location (including such factors as rotation of sites, weather, accessibility and transportation costs);

(c) Seeding; and

(d) Attendance history and revenue potential, which shall be considered necessary to ensure fiscal responsibility.

**31.1.3.2.2 Nonpredetermined Site.** When a championship site is not predetermined, the governing sports committee may award the site to the higher-ranked team if the above criteria, and any priorities established by the respective division championships committee, are met.

**31.1.3.2.3 On-Campus Versus Off-Campus Sites.** No preference shall be given to on-campus versus off-campus sites. An institution that has been chosen to host a championship may conduct the competition on campus, or if appropriate on-campus facilities are not available, the host institution(s) may conduct competition in an off-campus venue in the immediate locale of the institution(s). In those instances in which it is advisable to conduct the competition at off-campus sites, the host institution(s) shall have complete control, supervision and management of the facility being used. *(Revised: 12/3/90, 1/8/05)*

**31.1.3.2.4 Reconsideration of Host Institution.** The Championships Committee may reconsider the designation of a host institution for an NCAA championship if that institution's team or individual student-athletes are not eligible to compete in the championship.

**31.1.3.2.5 Nonrevenue Championship Site Assignment.** For team championships that do not generate revenues, pairings shall be based primarily on the teams' geographical proximity to one another, regardless of their region, in order to avoid air travel in preliminary rounds whenever possible. Teams' seeding relative to one another may be taken into consideration when establishing pairings if such a pairing does not result in air travel that otherwise could be avoided. *(Revised: 8/4/94)*

**31.1.3.3 Concluding Dates.** NCAA championships competition shall be concluded not later than June 2 each year unless later dates are approved by the Championships Committee. (Note: The baseball championship has been granted waivers by the Championships Committee.)

**31.1.4 Day of Competition.** NCAA championships competition may be scheduled or conducted on any day, provided the governing sports committee has received the prior approval of the Championships Committee and the following regulations are applied. *(Revised: 1/12/99)*

**31.1.4.1 Institutional Policy.** If a participating institution has a written policy against competition on a particular day for religious reasons, it shall inform the NCAA national office before May 1 of the preceding academic year to be excused from competing on that day. The notification shall be valid for a period of two years. The championship schedule shall be adjusted to accommodate that institution. *(Revised: 1/12/99, 1/8/01, 4/25/03, 1/5/07 effective 8/1/07)*

**31.1.4.2 Individual Championships.** In individual championships, an athlete must compete according to the institution's policy regarding Sunday competition (i.e., if the institution has no policy against Sunday competition, the athlete shall compete on Sunday if required by the schedule).

**31.1.4.3 Rescheduling, Emergency or Competitive Development.** If an emergency develops that causes postponement of an NCAA championship, or if the competitive situation dictates a more expeditious completion of the meet or tournament, Sunday competition may be permitted, provided the competing institutions are agreeable and advance approval is obtained from the Championships Committee or the appropriate sports committee. *(Revised: 1/13/03)*

**31.1.4.4 Noon Start Time.** NCAA competition conducted on Sunday may not begin before noon, local time. The appropriate sports committee may waive the application of this legislation. *(Revised: 1/13/03)*

**31.1.4.5 Commencement Exercises.** The governing sports committee, in consultation with participating institutions, may reschedule, to the nearest possible date, team championships competition dates that are in direct conflict with commencement exercises or graduation dates for teams participating in Division III championships competition, provided the following conditions are met: *(Adopted: 1/8/01)*

(a) Participating institutions have given prior notice, declared on the certification of eligibility to participate form, of commencement dates during which student-athletes would not be eligible for championships participation; *(Adopted: 1/8/01)*

(b) The championship is not conducted at a predetermined finals site; and *(Adopted: 1/8/01)*

(c) The committee shall make a good-faith effort to accommodate participating institutions in non-predetermined preliminary round contests with multiple teams participating at the same site. *(Adopted: 1/8/01)*

**31.1.5 Size Policies and Limits.** *(Revised: 10/18/22)*

**31.1.5.1 Squad size.** The number of student-athletes allowed to compete in the championship contest. The squad size is defined by the playing rules or the governing sports committee and approved by the Championships Committee. *(Adopted: 10/18/22)*

**31.1.5.2 Bench size.** The number of individuals allowed in the bench area. Student-athletes that are otherwise eligible for competition but are not part of the squad size may remain in the bench area in uniform provided the total number of individuals do not exceed the bench size. An institution that is advised that it is in violation of this regulation and that does not promptly conform to it automatically shall forfeit the competition. There shall be no inordinate delay of the competition to allow the institution to conform to the rule. The bench size is defined by the governing sports committee and approved by the Championships Committee. *(Adopted: 10/18/22)*

**31.1.5.3 Travel party.** The number of personnel (student-athletes and staff) the NCAA reimburses for championship travel. The travel party is defined by the governing sports committee and approved by the Championships Committee. *(Adopted: 10/18/22)*

**31.1.6 Playing Rules.**

**31.1.6.1 Non-NCAA Rules, Men's Sports.** In those men's sports in which the Association does not publish rules, the NCAA championships shall be conducted according to the following, except when those rules are superseded by modifications recommended by the appropriate governing sports committee and approved by the Playing Rules Oversight Panel (see Bylaw 18.6): *(Revised: 7/24/19)*

(a) Fencing -- U.S. Fencing Association Rules;

(b) Golf -- U.S. Golf Association Rules;

(c) Gymnastics -- International Gymnastics Federation Rules;

(d) Rifle -- USA Shooting Rules; *(Adopted: 5/5/11)*

(e) Skiing -- International Ski Federation and U.S. Ski and Snowboard Association Competition Guides; *(Adopted: 5/3/19)*

(f) Tennis -- U.S. Tennis Association Rules; and *(Revised: 5/3/19)*

(g) Volleyball -- U.S. Volleyball Association Rules. *(Revised: 5/3/19)*

**31.1.6.2 Non-NCAA Rules, Women's Sports.** In those women's sports in which the Association does not publish rules, the NCAA championships shall be conducted according to the following, except when those rules are superseded by

modifications recommended by the appropriate governing sports committee and approved by the Playing Rules Oversight Panel (see Bylaw 18.6): *(Revised: 5/31/11, 7/24/19)*

  (a) Fencing -- U.S. Fencing Association Rules;

  (b) Field Hockey -- International Field Hockey Rules;

  (c) Golf -- U.S. Golf Association Rules;

  (d) Gymnastics -- USA Gymnastics Junior Olympic and Paralympic Women's Code of Points (Level 10 Rules); *(Revised: 10/26/15, 1/22/20 effective 8/1/20)*

  (e) Rifle -- USA Shooting Rules; *(Adopted: 5/5/11)*

  (f) Rowing -- U.S. Rowing Rules; *(Adopted: 1/14/97, Revised: 5/3/19)*

  (g) Skiing -- International Ski Federation and U.S. Ski and Snowboard Association Competition Guides; and *(Adopted: 5/3/19)*

  (h) Tennis -- U.S. Tennis Association Rules.

**31.1.7 Medical Disqualification.** The student-athlete's team physician shall examine each student-athlete injured during NCAA competition and make a recommendation to the athlete, the coach and the chair of the governing sports committee, or the chair's designated representative, as to the advisability of continued participation or disqualification of the athlete. In the absence of said team physician, the NCAA tournament physician, as recommended by the host institution and approved by the governing sports committee, shall examine the injured athlete and make a recommendation as noted above. The chair of the governing sports committee, or the chair's designated representative, shall be responsible for enforcement of the medical recommendation if it involves disqualification.

**31.1.8 Misconduct.** Each games committee shall hold a pre-tournament meeting with the coaches of participating institutions to review and explain the policies related to misconduct (as defined in Bylaw 31.02.3).

  **31.1.8.1 Hearing Opportunity.** An act of misconduct may be found upon an administrative hearing granted to the student-athlete or the institutional representative involved by the governing sports committee or the games committee authorized to act for it.

  **31.1.8.2 Misconduct Incidental to Competition.** If the act of misconduct occurs during the competition, under normal circumstances, the individual shall be allowed to complete the competition in which they are participating at the time of the incident. An administrative hearing shall be held at the conclusion of the day's competition, during a break in the continuity of the championship (e.g., between rounds of a basketball tournament) when no competition is being conducted or at the conclusion of the championship. However, if the act of misconduct is so flagrant that it obviously violates the principles of fair play and sportsmanship, the games committee may immediately withdraw the student-athlete or institutional representative from the competition and conduct the hearing after this action. Other acts of misconduct should be dealt with in a timely manner by the governing sports committee. *(Revised: 8/13/92, 1/10/05, 4/20/21)*

  **31.1.8.3 Penalty for Misconduct.** A governing sports committee (or the games committee authorized to act for it) may impose any one or a combination of the following penalties on an institution or any student-athlete or representative of an institution guilty of misconduct that occurs from the time the championship field is announced through the end of the championship (including travel en route to, from or in the locale of the competition or practice): *(Revised: 10/16/18 effective 8/1/19)*

  (a) Public or private reprimand of the individual;

  (b) Disqualification of the individual from further participation in the NCAA championship involved;

  (c) Banishment of the individual from participation in one or more future championships of the sport involved;

  (d) Cancellation of payment to the institution of the Association's travel guarantee for the individuals involved;

  (e) Withholding of all or a portion of the institution's share of revenue distribution;

  (f) Banishment of the institution from participation in one or more future championships in which its team in that sport otherwise would be eligible to participate;

  (g) Disqualification of an institution for a period of time from serving as host institution for one or more NCAA championships; *(Revised: 8/13/92)*

  (h) Cancellation of all or a portion of the honorarium for hosting an NCAA championship; and *(Revised: 8/13/92)*

  (i) Financial or other penalties different from (a) through (h) above, but only if they have prior approval of the Championships Committee. *(Revised: 8/13/92)*

**31.1.8.4 Ban from Subsequent Championship.** When a student-athlete or institutional representative is banned from participation in a future championship, such penalty shall be applied to the next tournament(s) in which the individual's team is involved and the individual otherwise is eligible to participate. In the case of an individual event, the penalty shall be applied to the next meet(s) or tournament(s) for which the individual qualifies and otherwise is eligible to participate.

**31.1.8.5 Review of Action.** Any action related to misconduct (as defined in Bylaw 31.02.3) may be reviewed by the governing sports committee on request of any institution participating in the championship. *(Revised: 10/16/18 effective 8/1/19)*

**31.1.9 Awards.** The Association has created standard participant and commemorative awards for individuals and teams that participate in NCAA championships. The number of such awards for each championship shall be determined by the governing sports committee, subject to the approval of the Championships Committee. These official NCAA awards shall be the only awards presented by the Association to teams and individuals for participation in NCAA championships competition and shall be the only awards presented at the site of an NCAA championship. "At the site" is intended to include the period from the time access to the site is available to spectators until all patrons have left the facility or area used for competition. *(Revised: 10/22/03, 3/4/05)*

**31.1.9.1 Additional Awards.** An institution may purchase standard participant or commemorative awards at the level in which the institution competed. The NCAA awards form shall be used to purchase additional awards. *(Revised: 3/4/05)*

**31.1.9.2 Other Permissible Awards.** The above provision places no restriction on the presentation of awards at banquets or meetings held in conjunction with the championship or at sites other than that of the championships competition itself.

**31.1.10 Admission and Tickets.** Admission shall be charged at all NCAA championships unless a governing sports committee determines that charging admission is not feasible because of facility configuration or the expense relative to the event's attendance history. Ticket prices shall be determined by the respective games committees with the approval of the governing sports committee.

**31.1.11 Availability of Alcoholic Beverages.** Alcoholic beverages shall not be sold or otherwise made available for public consumption at any championship event sponsored by or administered by the Association, nor shall any such beverages be brought to the site during the championship (i.e., during the period from the time access to the site is available to spectators until all patrons have left the facility or area used for competition).

**31.1.11.1 Exception.** Alcoholic beverages may be sold pursuant to Championships policy when a Division III championship is held in conjunction with the NCAA Division I championship in the same sport and conducted at the same venue as that championship. *(Adopted: 10/16/18)*

**31.1.12 Failure to Adhere to Policies and Procedures.**

**31.1.12.1 Financial Penalties.** A governing sports committee may assess a financial penalty against an institution for failure of any of its representatives to adhere to the policies and procedures governing championships administration, subject to review by and appeal to the Championships Committee. The institution may be assessed:

(a) One hundred dollars per team or $50 per individual, up to a $600 maximum penalty, for failure to adhere to published procedures for the submission of regular season results, availability questionnaires and/or entry forms; *(Revised: 10/17/11)*

(b) One hundred dollars, cancellation of all or a portion of the Association's travel guarantee or all or a portion of the institution's share of revenue distribution for failure to adhere to published managerial and administrative policies and procedures; *(Revised: 5/7/90)*

(c) Cancellation of all or a portion of the honorarium for hosting an NCAA championship for failure to submit the financial report within 60 days after the competition, as specified in Bylaw 31.4.1.1; or *(Revised: 5/7/90)*

(d) Financial or other penalties different from (a), (b) and (c) above, but only if they have prior approval of the Championships Committee. *(Revised: 5/7/90)*

**31.1.12.2 Late-Entry Fines.** Institutions shall not be charged entry fees for teams or student-athletes competing in NCAA championships, but governing sports committees may establish late-entry fines, subject to the approval of the Championships Committee.

# 31.2 Eligibility for Championships.

**31.2.1 Institutional Eligibility.** To be eligible to enter a team or an individual in NCAA championship competition, an institution shall recognize the sport involved as a varsity intercollegiate sport (see Bylaw 17.02.13) and shall: *(Revised: 4/13/10)*

(a) Be an active member in the appropriate division, or have its sport so classified, and be eligible under the rules of the member conference of which it is a member and is not otherwise ineligible to participate in championships per the Association's enforcement or membership process;

(b) Complete the following by:

    (1) September 15 for fall championships;

    (2) December 1 for winter championships; and

    (3) March 1 for spring championships:

        (i) Pay its membership dues for the current year;

        (ii) Designate (in accordance with Bylaw 20) its athletics program as Division I, Division II or Division III for competition and possible eligibility for championships in those intercollegiate sports recognized by the NCAA;

        (iii) Confirm its sponsorship of a varsity intercollegiate team in the sport by so reporting on the NCAA official information form; and

        (iv) Submit its race and demographic information to the NCAA through the official information form.

(c) Satisfy the Bylaw 20 minimum contests and participant requirements in the year of the championship for a team to be entered in an NCAA championship. An institution may enter individuals in a championship without satisfying the Bylaw 20 minimum contests and participant requirements but those individuals may not register a team score (see Bylaw 20.11.3.8); *(Revised: 7/24/12 effective 8/1/13)*

(d) The institution's director of athletics shall certify annually the institution's compliance with Bylaw 31.2.1.7; *(Revised: 8/16/18 effective 8/1/19, 5/11/23 effective 8/1/23)*

(e) Complete and submit a copy of the Integrated Postsecondary-Education Data System Graduation-Rate Survey (IPEDS GRS-1) to the NCAA national office on or before the applicable deadline established by federal regulations;

(f) Refrain from entering a student-athlete as an individual or as a member of a team in an NCAA championship if it is acknowledged by the institution or established through the Association's enforcement procedures that the institution or representative(s) of its athletics interests violated NCAA regulations in the recruiting of the student-athlete. The institution may appeal to the Committee on Student-Athlete Reinstatement for restoration of the student-athlete's eligibility (see Bylaw 14.12);

(g) Satisfy any additional requirements set forth in the applicable prechampionships handbooks; and

(h) Satisfy in-region opponent competition requirements (see Bylaw 31.3.2). *(Revised: 1/16/13 effective 8/1/13, 4/15/14 effective 8/1/14)*

**31.2.1.1 Commitment to Participate.** Eligible members in a sport who are not also members of the National Association of Intercollegiate Athletics or the National Christian College Athletic Association will participate (if selected) in the NCAA championship or in no postseason competition in that sport. *(Revised: 8/12/91, 1/12/99 effective 8/1/99, 4/13/10)*

**31.2.1.2 Joint-Declaration Program.** The NCAA, the National Association of Intercollegiate Athletics (NAIA) and the NCAA and the National Christian College Athletic Association (NCCAA), respectively, will administer joint-declaration programs in those men's and women's sports in which there is a date conflict between the national championships of the NCAA and either the NAIA or NCCAA. In such championships, each institution that holds membership in the NCAA and either the NAIA or the NCCAA must declare by August 15 each year whether it will participate (if selected) in the NAIA or NCCAA championship, in the NCAA championship or in no postseason competition in that sport. An institution that fails to submit the joint-declaration form by the established deadline shall be ineligible to compete in the NCAA's and either the NAIA's or NCCAA's championships in the particular sport(s) that year. An appeal process exists for such institutions. An institution in the joint-declaration program may participate in the championship for which the institution declared, even when the championship occurs outside the permissible NCAA playing season. Institutions in the joint-declaration program must abide by all other NCAA regulations for all sports, including the length of the playing season. *(Revised: 1/12/99 effective 8/1/99, 1/9/04, 1/10/05, 4/13/10)*

**31.2.1.3 National Collegiate Championships.** In team sports in which the NCAA offers only one national championship, all active member institutions are eligible to compete in accordance with the requirements of division membership (see Bylaw 20.8.1) and institutional eligibility (per Bylaw 31.2.1). *(Revised: 4/13/10)*

**31.2.1.4 Exclusion of Institution Reclassifying Entire Program to Division II or Single Sport to Division I.** In all sports, any institution that has forwarded to the national office written notice of its intention to change its membership classification to Division I no longer shall be eligible to participate in any future Division III championship (see Bylaw 20.4.4.1). A member institution reclassifying to Division II that has forwarded its official reclassification application to the

national office per Bylaw 20.6.1 shall no longer be eligible to participate in any future Division III championship, once the institution commences the Division II reclassification process (i.e., start of the first candidacy year). *(Adopted: 4/13/10, Revised: 1/18/14)*

**31.2.1.5 Eligibility of Participants.** An institution shall advise the NCAA championships staff if a student-athlete who has participated in regular-season competition becomes ineligible before the date on which the governing sports committee selects championship participants, as indicated in the appropriate prechampionships manual. *(Revised: 5/1/92)*

**31.2.1.5.1 Ineligible Participant Reported Prior to Selection.** For instances in which a student-athlete has participated while ineligible during regular-season competition, the Championships Committee may impose a nullification penalty on the institution. An institution that receives a nullification penalty may be denied the right to participate in the applicable NCAA championship.

**31.2.1.5.2 Failure to Report Ineligible Player Before Selection.** If an institution fails to report an ineligible player before being selected to participate in the championship, the governing sports committee may declare the institution ineligible to participate in the tournament for one or two years.

**31.2.1.5.3 Discovery of Ineligibility of Player Subsequent to Selection.** When an institution fails to report an ineligible player and the omission is not discovered until after the institution is selected to participate in the championship, necessitating the institution's withdrawal from the championship, that withdrawal shall be considered as one of the years of ineligibility, provided another member institution participates in the championship in place of the disqualified institution. If the discovery of the ineligible student-athlete(s) occurs so near the beginning of the championship that the governing sports committee does not have a reasonable period of time to replace the disqualified institution in the bracket, that fact shall be taken into consideration in determining the number of years the disqualified institution shall be ineligible to participate.

**31.2.1.5.4 Review of Violation of Terms of Availability Questionnaire.** When an institution is alleged to have violated the terms of an availability questionnaire (e.g., failing to report an ineligible student-athlete), it may be represented at the meeting of the governing sports committee when the committee determines whether a violation occurred and, if so, whether the institution shall be ineligible to participate in the tournament for one or more years. The institution may submit a written statement or make an in-person presentation, or both. After the governing sports committee has ruled on the matter, its decision shall be final unless the institution appeals the decision to the Championships Committee. The Championships Committee shall hear the appeal at one of its regularly scheduled meetings unless there are compelling reasons to conduct a special meeting for such purpose.

**31.2.1.6 Protest Regarding Eligibility of Team.** Any team that has been duly certified as eligible for an NCAA championship shall not be withheld from participation because of any protest made or filed during the progress of the competition or during a period 24 hours immediately before the championship. If there is a break in the continuity of the championship (e.g., between rounds of a basketball tournament) when no competition is being conducted, a team may be withheld from further competition in the championship, provided such protest is made or filed at least 24 hours before the next segment of the championship.

**31.2.1.7 Certification of Compliance -- Requirements.** The institution's director of athletics shall certify that the following conditions have been satisfied. (See Bylaw 20.8.4.13) *(Adopted: 4/13/10, Revised: 4/16/19 effective 8/1/19)*

**31.2.1.7.1 NCAA Rules Review.** The director of athletics or a designated representative, has reviewed with all athletics department staff members the rules and regulations of the NCAA as they apply to the administration and conduct of intercollegiate athletics. *(Adopted: 4/13/10, Revised: 4/16/19 effective 8/1/19)*

**31.2.1.7.2 Coaching Staff Disciplinary Actions.** At the time of such certification, and as a result of involvement in a violation of the Association's legislation as determined by the Committee on Infractions or the Management Council, no current member of the institution's coaching staff: *(Adopted: 4/13/10)*

(a) Shall have been temporarily or permanently suspended from coaching duties by another member institution within the last two years;

(b) Shall have been prohibited within the last two years, as a result of violations occurring while employed by another member institution, from participating in identified coaching-related activities, unless the prohibition has been equally applied by the certifying institution with respect to the individual's coaching-related activities on behalf of it; or

(c) Shall have been permitted within the last two years to perform any coaching-related activities for the certifying institution that were prohibited after determination by the Committee on Infractions of an "appropriate disciplinary action" for the individual in accordance with the show-cause provision of Bylaw 19.5.2 of the NCAA enforcement procedures.

**31.2.1.7.2.1 Period of Suspension or Prohibition.** The period of suspension or prohibition established by the Committee on Infractions or the Management Council must be in effect for the provisions set forth in Bylaw 31.2.1.7.2 to apply. *(Adopted: 4/13/10)*

**31.2.1.7.2.2 Due-Process Requirement.** The affected coaching staff member must be given through the appropriate institution notice of an opportunity to be heard at both the NCAA hearing resulting in the finding of involvement in the violation and the institutional hearing resulting in suspension or prohibition. *(Adopted: 4/13/10)*

**31.2.1.7.3 Certification of Policies, Procedures and Practices.** The policies, procedures and practices of the institution, its staff members and representatives of its athletics interests are in compliance at the present time with the Association's legislation insofar as the director of athletics can determine. *(Adopted: 4/13/10)*

**31.2.1.7.4 Maintenance of Compliance.** It is the intention of the institution to maintain such compliance. *(Adopted: 4/13/10)*

**31.2.1.8 Admissions and Graduation-Rate Disclosure.** An institution shall not be eligible to enter a team or individual competitors in an NCAA championship unless it has submitted federal graduation rate and enrollment data to the NCAA national office on or before the applicable deadline. *(Adopted: 4/13/10, Revised: 6/27/17)*

**31.2.1.9 Academic Success Rate.** An institution shall not be eligible to enter a team or individual competitors in an NCAA championship unless it has submitted, by the applicable deadline, student-athlete graduation rate data for the Academic Success Rate (ASR), in a form prescribed by the Management Council. *(Adopted: 1/26/19 effective 8/1/19 August 1, 2019 [First report is due June 1, 2020])*

**31.2.1.10 Deadline Waivers.** Institutions that fail to meet a deadline for institutional eligibility in NCAA championships may appeal to the Championships Committee for a waiver. If the Championships Committee grants the appeal, then the institution may be restored to eligibility for NCAA championships. The Championships Committee may grant future waivers upon payment of a penalty as established by the Championships Committee. *(Revised: 4/13/10)*

**31.2.2 Individual Eligibility.** All student-athletes, regardless of division, must meet the eligibility standards established for NCAA championships competition. The general and academic eligibility requirements are set forth in detail in Bylaw 14, in which there is also reference to other legislation regarding eligibility of the individual student-athlete. Other specific requirements for eligibility for NCAA championships (e.g., authority of the Championships Committee, amateur status certification and ineligibility for use of banned drugs) are set forth in Bylaws 18.4.1, 10.3 and 10.4. The Board of Governors may require the student-athletes to certify their eligibility for championship competition. *(Revised: 3/5/97, 2/10/15)*

**31.2.2.1 Eligibility Requirements.** A member institution shall not enter a student-athlete as an individual or as a member of a team in an NCAA championship unless the student-athlete satisfies the relevant eligibility requirements of Bylaw 14. *(Revised: 8/15/89)*

**31.2.2.2 Protest of Eligibility Status.** Any student-athlete duly certified by the institution for an NCAA championship shall not be withheld from participation because of any protest made or filed during the championship or during the 24 hours immediately before the championship. If there is a break in the continuity of the championship (e.g., between rounds of a basketball tournament) when no competition is being conducted, the student may be withheld from further competition in the championship, provided the protest is made or filed at least 24 hours before the next segment of the championship.

**31.2.2.3 Participation While Ineligible.** When a student-athlete competing as an individual or representing the institution in a team championship is declared ineligible after the competition, or a penalty has been prescribed or action taken as set forth in Bylaws 19.5.2 or 19.7 of the NCAA infractions program, the Committee on Infractions may require the following: *(Revised: 1/14/02, 4/15/14)*

(a) **Individual Competition.** The individual's performance may be stricken from the championship's records, the points the student-athlete has contributed to the team's total may be deleted, the team standings may be adjusted accordingly and any awards involved may be returned to the Association. For those championships in which individual results are recorded by time, points or stroke totals (i.e., cross country, golf, gymnastics, indoor track and field, outdoor track and field, rifle, swimming and diving and skiing), the placement of other competitors may be altered and awards presented accordingly. For those championships in which individual results are recorded by advancement through a bracket or head-to-head competition, the placement of other competitors shall not be altered. *(Revised: 8/15/89, 1/14/02, 4/28/05)*

(b) **Team Competition.** The record of the team's performance may be deleted, the team's place in the final standings may be vacated and the team's trophy and the ineligible student-athlete's award may be returned to the Association. *(Revised: 1/14/02)*

**31.2.2.4 Institutional Penalty for Ineligible Participation.** When an ineligible student-athlete participates in an NCAA championship and the student-athlete or the institution knew or had reason to know of the ineligibility, the Committee on Infractions may prescribe a financial penalty. *(Revised: 1/8/01 effective 8/1/01, 4/15/14)*

**31.2.3 Ineligibility for Use of Banned Drugs.** See Bylaw 18.4.1.5 for the details related to ineligibility for use of banned drugs. *(Revised: 1/16/93, 1/9/96 effective 8/1/96, 1/14/97 effective 8/1/97, 4/15/03, 1/12/04 effective 8/1/04 for any athletics participation occurring on or after 8/1/04, 10/18/04 effective 8/1/05, 6/3/05, 6/9/05, 1/18/14 effective 8/1/14, 9/26/16)*

**31.2.3.1 Banned Drugs.** The following is the list of banned-drug classes, which aligns with the World Anti-Doping Agency (WADA) list of prohibited classes, with the exception of cannabinoids and the glucocorticoid class. The Committee on Competitive Safeguards and Medical Aspects of Sports (or a designated subcommittee) has the authority to identify specific banned drugs and exceptions within each class. The institution and student-athletes shall be held accountable for all drugs within the banned-drug classes regardless of whether they have been specifically identified. *(Revised: 8/15/89, 7/10/90, 12/3/90, 5/4/92, 5/6/93, 7/23/97, 10/29/97, 1/8/01, 1/14/02, 1/6/06, 2/10/06 2/10/15. 5/28/15, 9/26/16, 10/16/18 effective 8/1/19, 4/22/24 Immediate)*

  (a) Stimulants;

  (b) Anabolic agents;

  (c) Alcohol and beta blockers (banned for rifle only); *(Revised: 4/15/09)*

  (d) Diuretics and other masking agents; *(Revised: 6/19/07)*

  (e) Peptide hormones and analogues; *(Revised: 1/5/07 effective 8/1/07)*

  (f) Hormone and metabolic modulators; *(Adopted: 1/5/07 effective 8/1/07, Revised: 10/16/18 effective 8/1/19)*

  (g) Beta-2 agonists; and *(Revised: 4/15/09, 10/16/18 effective 8/1/19)*

  (h) Narcotics. *(Adopted: 10/16/18 effective 8/1/19)*

**31.2.3.1.1 Drugs and Procedures Subject to Restrictions.** The use of the following drugs and/or procedures is subject to certain restrictions and may or may not be permissible, depending on limitations expressed in these guidelines and/or quantities of these substances used: *(Revised: 8/15/89, 5/4/92, 7/22/14, 2/10/15, 9/26/16)*

  (a) **Blood Doping.** The practice of blood doping (the intravenous injection of whole blood, packed red blood cells or blood substitutes) is prohibited, and any evidence confirming use will be cause for action consistent with that taken for a positive drug test. *(Revised: 9/26/16)*

  (b) **Gene Doping.** The practice of gene doping (the non-therapeutic use of cells, genes, genetic elements or the modulation of gene expression, having the capacity to improve athletic performance) is prohibited, and any evidence confirming use will be cause for action consistent with that taken for appositive drug test. *(Adopted: 9/26/16)*

  (c) **Local Anesthetics.** The Board of Governors will permit the limited use of local anesthetics under the following conditions:

    (1) That procaine, xylocaine, carbocaine or any other local anesthetic may be used, but not cocaine; *(Revised: 12/9/91, 5/6/93)*

    (2) That only local or topical injections can be used (i.e., intravenous injections are not permitted); and

    (3) That use is medically justified only when permitting the student-athlete to continue the competition without potential risk to their health. *(Revised: 8/15/89, 6/17/92, Adopted: 8/13/93, 7/23/97, 2/10/15, 4/20/21)*

  (d) **Manipulation of Urine Sample.** The Board of Governors bans the use of substances and methods (e.g., diuretics, probenecid, bromantan or related compounds, epitesterone) that alter the integrity and/or validity of urine samples provided during NCAA drug testing. *(Revised: 4/16/19)*

  (e) **Beta-2 Agonists.** The use of beta-2 agonists is permitted by inhalation only.

  (f) **Additional Analysis.** Drug screening for select nonbanned substances may be conducted for nonpunitive purposes.

**31.2.3.1.2 Positive Drug Test -- Non-NCAA Athletics Organization.** A student-athlete under a drug-testing suspension from a national or international sports governing body that has adopted the World Anti-Doping Agency (WADA) code shall not participate in NCAA intercollegiate competition for the duration of the suspension. *(Revised: 1/10/05 effective 8/1/05)*

**31.2.3.2 Medical Exceptions.** Exceptions to the prohibition on the use of any substance in a banned-drug class may be provided to a student-athlete, as specified in the policies and procedures of the Committee on Competitive Safeguards and

Medical Aspects of Sports. *(Revised: 1/11/00, 1/9/06, 4/11/06, 1/5/07 effective 8/1/07, 4/15/09, 2/10/15, 9/26/16, 10/16/18 effective 8/1/19, 4/13/22)*

**31.2.3.3 Methods for Drug Testing.** The methods and any future modifications authorized by the Board of Governors for drug testing of student-athletes shall be posted to the NCAA website. Copies of the modifications shall be available to member institutions. *(Revised: 6/3/05, 2/10/15, 9/26/16)*

**31.2.3.4 Events Identified for Drug Tests.** The Board of Governors shall determine the regular-season and postseason competition for which drug tests shall be made and the procedures to be used in disclosing its determinations. *(Revised: 2/10/15)*

**31.2.3.5 Individual Eligibility -- Team Sanctions.** Executive regulations pertaining to team-eligibility sanctions for positive tests resulting from the NCAA drug-testing program shall apply only in the following situation: If a student-athlete is declared ineligible before an NCAA team championship or a postseason football game and the institution knowingly allows them to participate, all team-ineligibility sanctions shall apply (i.e., the team shall be required to forfeit its awards and any revenue distribution it may have earned, and the team's and student-athlete's performances shall be deleted from NCAA records). In the case of postseason football contests, the team's and student-athlete's performances shall be deleted from NCAA records. *(Revised: 1/10/90, 9/26/16, 4/20/21)*

# 31.3 Selection of Teams and Individuals for Championships Participation. A list of the active institutions eligible for championships consideration shall be supplied by the NCAA president to the chair of each governing sports committee and to the athletics director of the host institution. This list should be observed carefully to ensure that no entries are accepted from or invitations extended to ineligible institutions. *(Revised: 4/13/10)*

**31.3.1 The Championships Fields.** The size of all NCAA championships fields shall be established by the Championships Committee to provide for efficient management of the events, adequate NCAA championship opportunities relative to the nationwide quality of competition and sound economic administration of the financial resources of the Association and its championships. *(Revised: 8/13/93, 1/14/97 effective 8/1/97)*

**31.3.1.1 Principles of Establishing Bracket Sizes.** In team sports, overall bracket sizes shall be established based on an approximate access ratio of 1:6.5. In golf and tennis, the team portion of the bracket shall be based on an approximate access ratio in the range of 1:7 to 1:7.5 with the specific access ratio to be recommended by the NCAA Division III Men's and Women's Golf Committees and NCAA Division III Men's and Women's Tennis Committees, respectively, subject to approval by the NCAA Division III Championships Committee. The individual participant access ratio shall be determined according to Championships Committee policy (see Bylaw 31.3.1.1.1 for maximum bracket sizes). The overall team bracket size shall be determined by dividing the total number of active Division III institutions sponsoring the sport by 6.5 or the number specified for golf and tennis, and then adjusted as necessary by the Championships Committee. Bracket composition shall be based on three pools (A, B and C) and shall be established using the following principles:-- -- *(Adopted: 1/13/03 effective 8/1/05, Revised: 1/10/05 effective 8/1/06, 1/9/06 effective 8/1/06, 1/13/10, 4/13/10)*

(a) **Pool A --** Conferences that meet the automatic-qualification requirements per Bylaw 31.3.3. No conference shall receive more than one automatic berth per sport;

(b) **Pool B --** Independent institutions plus institutions from conferences that do not meet the automatic-qualification requirements.

    (1) **Eligible institutions.** The number of eligible institutions in Pool A (total number of institutions in conferences with automatic qualification) subtracted from the total number of active Division III institutions sponsoring the sport.

    (2) **Available berths.** The number of institutions eligible in Pool B divided by the access ratio for Pool A (total number of institutions in conferences with automatic qualification divided by the number of Division III conferences with automatic qualification). *(Revised: 12/10/04)*

(c) **Pool C --** Institutions in conferences with automatic qualification that are not the conference champion plus remaining independents and members of nonqualifying conferences. The number of Pool C berths is determined by subtracting Pool A and Pool B from the total bracket size. There shall be a minimum of two berths in Pool C.

**31.3.1.1.1 Maximum Bracket Size.** In team sports other than football, there shall be a maximum bracket size of 64. In football, there shall be a maximum bracket size of 32. *(Adopted: 1/9/06 effective 8/1/06)*

**31.3.2 In-Region Opponent Competition Requirements.** To be eligible for selection to Division III team championships, a minimum percentage [as defined in Bylaw 31.3.2-(a)-(c)] of an institution's scheduled regular-season contests shall be against in-region opponents. End-of-season conference tournaments and postseason competitions are not included in

the in-region calculation, except for the sport of golf which shall include conference tournaments. The following are the minimum in-region requirements: *(Adopted: 4/15/14 effective 8/1/14, Revised: 4/14/15)*

(a) In team sports other than golf and tennis -- 70 percent.

(b) Golf -- 25-percent requirement. For multi-team tournaments, all opponents (as opposed to just the host institution) competing against an institution's team within a particular tournament or contest must be included as part of the 25 percent calculation.

(c) Tennis -- 50-percent requirement. For multi-team tournaments, only those teams within a tournament or contest in which the team directly competes against shall be included in the 50 percent calculation.

**31.3.2.1 Waiver.** Institutions that fail to satisfy the in-region opponent requirement may appeal to the Championships Committee for a waiver. The waiver shall be approved on a sport-by-sport basis for a period of one year, and the request shall be received not later than March 1 for fall sports, May 1 for winter sports and July 1 for spring sports. If the Championships Committee grants the appeal, the institution may be considered for selection to Division III team championships. *(Adopted: 4/15/14 effective 8/1/14, Revised: 10/18/23 Immediate, for waivers submitted on or after June 21, 2023.)*

**31.3.2.2 Countable In-Region Competition.** For selection purposes in team sports, golf and tennis that select at-large championship participants, competition is countable as in region when the institutions (active, provisional or reclassifying Division III) are located in the same established sport region or geographical area (see Bylaw 21.12.1.1), within a 500-mile radius of each other (based on the NCAA Championship Travel Expense System calculation) or are members of the same conference. *(Adopted: 4/15/14 effective 8/1/14, Revised: 12/6/16)*

**31.3.2.3 Exception.** For sports with a spring NCAA championship, an institution may exempt out-of-region contests conducted during one institutional vacation period (e.g., spring break). *(Adopted: 4/15/14 effective 8/1/14)*

**31.3.3 Automatic Qualification [Pool A].** The Championships Committee and the governing sports committees annually shall award automatic qualification to those conferences that meet the requirements set forth herein. *(Revised: 1/14/97 effective 8/1/97, 1/12/99 effective 8/1/99 for championships selection during the 1999-00 academic year and thereafter, 4/13/10)*

**31.3.3.1 Requirements -- Division Championship.** To be eligible for automatic qualification in a division championship, a member conference shall meet the following general requirements: *(Revised: 1/7/06, 4/13/10)*

(a) Conference competition must be conducted in the applicable sport, and the conference champion in that sport must be determined not later than 6 p.m. local time of the competition on the date on which participants are selected for the NCAA championship. *(Revised: 8/13/93, 1/13/03)*

(b) The conference shall have the responsibility of determining which team or individual shall represent the conference in NCAA competition. Any competition to determine such, shall not be considered NCAA championship competition. The method by which a conference determines its conference representative shall be declared at the time of the automatic-qualification declaration and shall be objectively outlined.

(c) The conference must maintain and actively enforce compliance with eligibility rules at least as stringent as those in Bylaw 14 applicable to its members. The use of an ineligible player by a team in a conference that has been granted automatic qualification may result in the involved team being denied the right to be the automatic entry in the NCAA championship. *(Revised: 1/12/99 effective 8/1/99)*

(d) Institutions that are members of more than one conference for a particular sport must declare on a three-year basis which conference they will participate in for automatic-qualification purposes and may participate in only that conference's process (e.g., constitute one of the six institutions necessary for the waiting period or to maintain the automatic qualification) to determine the automatic qualifier. To participate in the process to determine the automatic qualifier, the institution shall be eligible per Bylaw 31.2.1. *(Adopted: 12/5/94, Revised: 1/12/99 effective 8/1/99 for championship selection during the 1999-00 academic year and thereafter)*

(e) All eligible member institutions must agree to participate in the appropriate NCAA championship, unless institutional policy conflicts with the dates of the championship, and the institution advises the appropriate sports committee before the start of the season of its decision not to participate. *(Revised: 1/12/99 effective 8/1/99 for championship selection during the 1999-00 academic year and thereafter)*

(f) A conference that meets the automatic-qualification requirements and is eligible to be selected to a championship via Pool A and/or Pool C may not elect instead to be selected via Pool B. *(Adopted: 1/4/02)*

(g) The Championships Committee, upon recommendation of the governing sports committee, may revoke the conference's automatic qualification privilege for that year for failure to satisfy any of the requirements set forth in 31.3.3.1(a)-(f).

(h) Institutions must satisfy institutional eligibility requirements set forth in Bylaw 31.2.1 (including the in-region opponent competition requirement). *(Adopted: 1/16/13 effective 8/1/13, Revised: 4/15/14 effective 8/1/14)*

(i) Impact of Nullification on Automatic Qualification for Use of an Ineligible Student-Athlete. The Championships Committee may impose a penalty on an institution's team for permitting an ineligible student-athlete to participate in intercollegiate competition. An institution that receives a nullification penalty may be denied the right to participate in the applicable NCAA championship. *(Adopted: 1/17/15 effective 8/1/15)*

**31.3.3.1.1 Additional Requirements -- Multisport Conference.** A member conference that conducts competition in more than one sport shall also satisfy the following to be eligible for automatic qualification: (Adopted: 4/13/10)

(a) Complete a two-year waiting period, which requires for two consecutive academic years before being eligible for the automatic-qualification privilege, the following: (Adopted: 1/12/04, Revised: 10/20/06)

    (1) Been a member conference of the Association. No waivers of this provision shall be granted; (Revised: 12/6/92, 4/15/03)

    (2) Conducted competition in the sport in question; and (Revised: 1/12/04)

    (3) Maintained six consistent conference members that sponsored the sport on a varsity intercollegiate basis, provided: *(Revised: 1/22/22 effective 8/1/22)*

        (i) Each of the six conference members were active Division III institutions or institutions in year three of the NCAA Division III provisional or reclassifying membership process; *(Revised: 7/22/20 effective 8/1/20, 1/22/22 effective 8/1/22)*

        (ii) At least four of the six members were core institutions per Bylaw 31.3.3.1.4; and *(Revised: 1/22/22 effective 8/1/22)*

        (iii) All active Division III institutions within the six members were eligible for the NCAA Division III championship per Bylaw 31.2.1. *(Revised: 8/15/89, 1/12/99 effective 8/1/99 for championship selection during the 1999-00 academic year and thereafter, 1/12/04, 1/16/16 effective 9/1/16, 1/22/22 effective 8/1/22)*

(b) After completion of the two-year waiting period, either:

    (1) Maintains at least six active Division III institutions that sponsor the sport on a varsity intercollegiate basis and that are eligible for the NCAA Division III championship per Bylaw 31.2.1, four of which shall be core institutions per Bylaw 31.3.3.1.4; or *(Revised: 9/12/22)*

    (2) Is in the grace period per Bylaw 31.3.3.1.3.

**31.3.3.1.1.1 Exception.** A member conference that has been a member conference of the Association for two years but has not satisfied the conditions set forth in Bylaw 31.3.3.1.1(a)-(2) or (3) may be immediately eligible for automatic qualification if:

(a) At least six core per Bylaw 31.3.3.1.4 conference members sponsor the sport on a varsity intercollegiate basis; *(Revised: 1/22/22 effective 8/1/22)*

(b) Those six conference members have been core conference members for at least two academic years; and *(Revised: 1/22/22 effective 8/1/22)*

(c) Those six members are eligible for the NCAA Division III championship in the sport, per Bylaw 31.2.1. *(Revised: 1/22/22 effective 8/1/22)*

**31.3.3.1.2 Additional Requirements -- Single-Sport Conferences.** A single-sport member conference shall also satisfy one of the following to be eligible for automatic qualification: *(Adopted: 4/13/10)*

(a) The conference was in existence before February 1, 1998, and has maintained its membership since August 1, 2003;

(b) Receive a waiver from the Championships Committee awarding automatic qualification to a single-sport conference with at least six active members that have participated together for at least two consecutive years and, during that two-year time period, were either active Division III institutions or institutions in year three of the NCAA Division III provisional or reclassifying membership process. In addition, the single-sport conference must satisfy at least one of the following: *(Revised: 1/16/16 effective 9/1/16, 7/22/20 effective 8/1/20, 1/22/22 effective 8/1/22)*

    (1) The conference's members are geographically isolated in the sport;

(2) The conference's members do not belong to a multisport conference that has sponsored a championship in the sport within the previous 15 consecutive years;

(3) The conference was established before September 2007;

(4) The conference participates in a Division III championship established after September 2007 and within the first 10 years in which the championship is conducted; or

(5) The sport is sponsored by 100 or fewer Division III member institutions. The waiver is valid so long as the conditions that existed for the initial waiver continue to exist or the conference is in the grace period (per Bylaw 31.3.3.1.3).

**31.3.3.1.3 Grace Period.** A period for two consecutive academic years after the date the conference falls below the six required institutions but maintains at least four institutions (they must be core institutions for multisport conferences) in the particular sport. Continued automatic-qualification eligibility shall be as follows: *(Adopted: 1/9/06 effective 8/1/06, Revised: 4/19/06, 5/5/06, 4/13/10, 1/22/22 effective 8/1/22)*

(a) A conference shall remain eligible for automatic qualification in the particular sport if, by the expiration of the grace period, the conference has a minimum of six institutions (for multisport conferences, at least four shall be core institutions) that sponsor the sport on a varsity intercollegiate basis and that are eligible for the NCAA Division III championship. *(Revised: 1/22/22 effective 8/1/22)*

(b) A conference that fails to satisfy Bylaw 31.3.3.1.3-(a) by the expiration of the grace period shall no longer be eligible for automatic qualification in the particular sport until it again satisfies all requirements for automatic qualification, including the two-year waiting period set forth in Bylaws 31.3.3.1.1-(a) and 31.3.3.1.1.1-(b).

**31.3.3.1.4 Core Institution.** For purposes of Bylaw 31, a core institution is an active NCAA Division III member institution that is a member of an NCAA Division III conference and participates in that conference in more than one conference-sponsored sport. An institution may be a core institution in only one multisport conference. An institution that was considered a core institution in more than one multisport conference prior to September 1, 2011, may continue as a core institution in those conferences until it is no longer an active member of the particular conference. *(Adopted: 4/13/10, Revised: 1/14/12 effective 8/1/12 for the 2012-13 academic year)*

**31.3.3.1.5 Sponsoring the Sport.** For purposes of Bylaw 31, "Sponsoring the sport on a varsity intercollegiate basis" requires that the institution: *(Adopted: 4/13/10)*

(a) Recognizes the sport as a varsity sport per Bylaw 20.8.4.4; and

(b) Meets the membership requirements of the division, including the minimum contest requirements for that sport as set forth in Bylaw 20.11.3.8.

**31.3.3.2 Requirements -- National Collegiate Championship. [#]** To be eligible for automatic qualification in a National Collegiate Championship, a member conference must meet the following general requirements: *(Adopted: 1/7/06)*

(a) Have at least six active members that sponsor the applicable sport in any division (Note: A provisional member in the process of becoming an NCAA member may not be used to meet the requisite number);

(b) The six active members must have conducted conference competition together for the preceding two years in the applicable sport;

(c) There shall be no waivers of the two-year waiting period; and

(d) Any new member added to a conference that is eligible for an automatic bid shall be immediately eligible to represent the conference as the automatic qualifier.

**31.3.3.3 Sports Groupings for Automatic Qualification.** For purposes of evaluating criteria for automatic qualification, the various sports shall be grouped as follows:

(a) Team sports -- baseball, basketball, field hockey, football, ice hockey, lacrosse, rowing, soccer, softball, volleyball and water polo; *(Revised: 6/7/05)*

(b) Timed individual sports -- indoor track and field, outdoor track and field and swimming and diving; and *(Revised: 6/7/05)*

(c) Other individual sports -- bowling, cross country, fencing, golf, gymnastics, rifle, skiing, tennis and wrestling. In this category, a sports committee may grant exceptions to the six-team requirement, subject to the approval of the Championships Committee. *(Revised: 6/7/05)*

**31.3.4 Selection of Balance of Championship Field (Pools B and C).** Once the official representative(s) of each qualifying conference is determined, the governing sports committee responsible for selection of the balance of the championship field shall complete the championship field in accordance with the minimum requirements and selection criteria

approved for the particular championship as approved by the Championships Committee. There shall be no maximum or minimum number of berths from one region. *(Revised: 1/12/99 effective 8/1/99 for championship selection during the 1999-00 academic year and thereafter, 4/13/10)*

**31.3.4.1 Minimum Requirements for Selection of Participants.**

**31.3.4.1.1 Countable Competition.** For NCAA team championship selection purposes, competition is countable only when the teams played are varsity intercollegiate teams of four-year, degree-granting institutions that conduct a majority of their competition in that team sport against varsity intercollegiate teams (see Bylaw 20.8.4.4) of United States four-year, degree-granting institutions. Competition against service teams, professional teams, semiprofessional teams, amateur teams, two-year colleges and club teams shall be excluded.

**31.3.4.1.2 Institutional Eligibility.** Institutions must satisfy institutional eligibility requirements set forth in Bylaw 31.2.1 (including the in-region opponent competition requirement). *(Adopted: 4/15/14 effective 8/1/14)*

**31.3.4.1.3 Qualifying Standards.** Individuals and teams required to meet performance standards to qualify for NCAA championships competition shall achieve such standards in meets held during the same academic year as the particular championship.

**31.3.4.2 Selection Criteria.** The governing sports committee responsible for the selection of the balance of the championships field shall select teams in Pools B and C based on the criteria below. The criteria of two or more teams shall be compared to determine the higher-ranked team. An attempt shall be made to determine the ranking of two or more teams after consideration of the primary criteria (see Bylaw 31.3.4.2.1). If the evaluation of the primary criteria does not result in a decision, the secondary criteria will be used (see Bylaw 31.3.4.2.2). All the criteria listed will be evaluated (not listed in preferential order). *(Adopted: 1/12/04)*

**31.3.4.2.1 Primary Criteria -- Ranking and Selection (All Contests Leading up to NCAA Championships).**

(a) For sports other than women's rowing, won-lost percentage against Division III opponents; *(Adopted: 4/15/03, Revised: 7/24/12 effective 8/1/13, 1/20/23 effective 8/1/23)*

(b) Division III head-to-head competition; *(Revised: 7/24/12 effective 8/1/13)*

(c) Results versus common Division III opponents; *(Revised: 7/24/12 effective 8/1/13)*

(d) Results versus ranked Division III teams as established by the final ranking and the ranking preceding the final ranking. Conference postseason contests are included; *(Revised: 7/24/12 effective 8/1/13, 1/16/13 effective 8/1/13, 10/18/16 effective 8/1/17)*

(e) Division III strength of schedule (see Bylaw 31.3.4.2.3); and *(Adopted: 1/13/10, Revised: 7/24/12 effective 8/1/13)*

(f) Should a committee find that evaluation of a team's won-lost percentage during the last 25 percent of the season is applicable (i.e., end-of-season performance), it may adopt such criteria with approval from the Championships Committee. *(Adopted: 7/24/12 effective 8/1/13)*

**31.3.4.2.2 Secondary Criteria -- Ranking and Selection.**

(a) Non-Division III won-lost percentage; *(Revised: 7/24/12 effective 8/1/13)*

(b) Results versus common non-Division III opponents; *(Revised: 7/24/12 effective 8/1/13, 10/18/16 effective 8/1/17)*

(c) Division III nonconference strength of schedule. *(Adopted: 10/18/16 effective 8/1/17)*

**31.3.4.2.2.1 Performance in Previous Championship Season -- Football.** In football, if all primary criteria are equal among teams with undefeated records, performance in the previous championship season may be considered in the secondary criteria. *(Adopted: 10/17/11)*

**31.3.4.2.3 Definition of Strength of Schedule.**

**31.3.4.2.3.1 Baseball, Basketball, Field Hockey, Ice Hockey, Lacrosse, Soccer, Softball and Volleyball.** In baseball, basketball, field hockey, ice hockey, lacrosse, soccer, softball and volleyball, the strength of schedule shall be calculated by combining the opponents' average winning percentage (OWP) with the opponents' opponents' average winning percentage (OOWP) on the weighted scale of two-thirds weight for OWP and one-third weight for OOWP. Further, on a sport-by-sport basis, the Championships Committee may assign different weight to home contests and away contests for purposes of calculating the OWP and OOWP. *(Adopted: 1/13/10)*

**31.3.4.2.3.2 All Other Sports.** In all other sports not listed in Bylaw 31.3.4.2.3.1, the strength-of-schedule criteria shall be determined by the Championships Committee on a sport-by-sport basis. *(Adopted: 1/13/10)*

**31.3.4.3 Regional Alignments.** All members of a conference shall be placed in the same region for evaluation purposes, unless the Championships Committee has granted an exception. Members of those conferences granted an exception shall be placed in their natural geographical regions for evaluation purposes.

**31.3.5 Selection Decisions of Sports Committees.** The determination of sites, selection of teams or individuals, or their site assignment in championships competition made by a governing sports committee (or a designated subcommittee) may not be appealed. *(Adopted: 4/13/10)*

**31.3.5.1 Pairings and Site Selection.** The following criteria will be used for pairings and site selections: *(Adopted: 4/13/10)*

(a) Once selected, teams shall be grouped in clusters according to natural geographic proximity. Teams shall then be paired according to geographic proximity. A team may be moved to numerically balance the bracket if geographic proximity is maintained. Teams shall be paired and eligible according to geographic proximity (within 500 miles). An exception may be granted when there are not enough teams within the 500-mile radius to fill the region;

(b) Teams may be seeded on a regional basis using the regional-selection criteria. However, geographic proximity shall take precedent over seeding;

(c) Teams from the same conference shall not play one another in the first round as long as geographic proximity is maintained; and

(d) The highest-seeded team that meets all selection criteria shall be selected as the host institution, provided geographic proximity is maintained.

**31.3.6 Institution Trademarks.** Participation in a National Collegiate Championship constitutes acquiescence by the member institution that the Association may use the institution's name, mascot and other identifying marks in championship-related activities, including television, promotion, licensing and merchandising programs incident to the championship. Revenues derived from such activities, less expenses, will be remitted to the member institution. *(Revised: 11/3/93)*

# 31.4 Financial Administration of Championships.

**31.4.1 Host Institution's Responsibility.** The host institution shall administer the finances of an NCAA championship in accordance with this bylaw and consistent with the institution's championship budget, as submitted to and approved by the governing sports committee and the Championships Committee.

**31.4.1.1 Institution's Financial Report.** A financial report from each championship site shall be submitted to the NCAA president not later than 60 days after the conclusion of the competition and shall bear certification of the athletics director of the host institution. The report shall be submitted on a form approved and provided by the NCAA president.

**31.4.1.1.1 Exclusions.** A host institution or sponsoring agency shall not include, in its financial report or in its percentage of net receipts, television rights fees or income from the sale of championships merchandise. Also, income from program advertising or sales shall not be included in the host institution's or sponsoring agency's financial report or percentage of net receipts if the program is produced and sold under contract between the NCAA and an outside agency.

**31.4.2 Gross Receipts.** Gross receipts shall be all revenues derived from the championship, including:

(a) Sale of tickets. All tickets shall be accounted for at face value and shall become a part of gross receipts. Working passes may be provided to bona fide working personnel, including media representatives; and participation passes may be provided to student-athletes competing in the championship, as well as to their coaches, athletic trainers, managers and other members of the participating institution's official party as defined by the Association;

(b) Net revenue from marketing items sold at the site through or by an outside agency under contract with the NCAA;

(c) Program sales and advertising;

(d) Radio, television and movie rights; and

(e) Any other income derived from the operation of the championship.

**31.4.2.1 Exclusions.** Income from concessions and parking shall accrue to the host institution or sponsoring agency and is not included in gross receipts. Sales commissions received by a host institution for selling marketing items on behalf of an outside agency under contract with the NCAA shall accrue to the host institution.

**31.4.2.2 Waiver.** Any waiver of the policies for the gross receipts of championships shall be approved in advance by the Championships Committee.

**31.4.3 Game Expenses.** Game expenses are the actual costs directly related to the administration and conduct of the championship, including specifically the costs for tickets (printing, selling and collecting), sales taxes, ushers, game officials,

police, buildings and grounds expenses, printing of related materials, motion pictures of the competition (if authorized by the Championships Committee), reasonable entertainment, expenses of selection committees authorized by the governing sports committee and any other out-of-pocket expense directly related to the administration and conduct of the championship. *(Revised: 12/2/90)*

**31.4.3.1 Exclusions.** The following items shall not be included as game expenses:

(a) The cost of permanent equipment, local transportation of competing teams and on-campus facility rental charges; and

(b) A fee or honorarium for athletics department staff members of the host institution (e.g., athletics director, assistant athletics director, business manager, ticket manager, coach, sports information director or athletic trainer). (Note: Such a payment could be made from the host institution's share of net receipts.)

**31.4.3.2 Waiver.** Any waiver of the policies for game expenses shall be approved in advance by the Championships Committee.

**31.4.4 Institutional Allowance.** The host institution may share in the balance remaining after game expenses are deducted from the gross receipts. Television rights fees and income from championships programs and merchandise produced and sold under contract between the NCAA and an outside agency shall not be included in determining the host institution's allowance.

**31.4.4.1 Permissible Allowances.** The amount of institutional allowance varies with the sport, the level of championships competition, whether there is a common site for men's and women's championships and whether an institution's facilities are used. The permissible institutional allowances (from balance of gross receipts after deduction of game expenses) are as follows: *(Revised: 5/1/89, 5/1/96)*

|  | TEAM 1,2,3 | | INDIVIDUAL 1,2,3 | |
| --- | --- | --- | --- | --- |
|  | Preliminary | Final | Preliminary | Final |
| One day | $575 | $1,150 | $700 | $1,725 |
| Two days | $750 | $1,450 | $870 | $2,000 |
| Three or more days | $920 | $1,725 | $1,150 | $2,300 |

(1) For championships conducted at institutional facilities, hosts may deduct the permissible allowance above or a maximum of 15 percent of gross receipts after deduction of game expenses, whichever is greater.

(2) For championships conducted at off-campus facilities, hosts may deduct the permissible allowance or a maximum of 10 percent of gross receipts after deduction of game expenses, on the recommendation of the sport committee and approval of the Championships Committee.

(3) Amount is doubled for common-site men's and women's championships.

**31.4.4.2 Restrictions.** The following restrictions apply to allowances to host institutions:

(a) If an institution's department of intercollegiate athletics must pay a rental fee for the use of an on-campus facility, such fee shall be deducted from the institution's share of the net receipts or allowance; and

(b) No other sum from the receipts of an NCAA championship, or from any other source, shall be paid to the college or university sponsoring or acting as host of the NCAA championship except to cover actual and necessary expenses directly incurred in the conduct of the championship as noted in Bylaw 31.4.3.

**31.4.5 Administrative Expenses.** After the institution's allowance has been deducted, the athletics director of the host institution shall forward the remaining receipts to the NCAA president, who then deducts administrative expenses and costs incurred by governing sports committees and their representatives in matters of championships administration.

**31.4.6 Transportation and Per Diem Expenses.** Subject to the availability of funds, the Association may pay transportation and per diem expenses incurred by teams and individual competitors in NCAA championships competition. Transportation expenses and per diem allowances for the official traveling parties of competing institutions in Division III and national collegiate team championships and individual-team championships shall be determined and provided in accordance with policies and procedures established by the Championships Committee. On an annual basis, the Championships Committee shall determine and announce to the membership the percentage of transportation expense and the per diem allowance to be paid in each championship for the next academic year. *(Revised: 4/17/07)*

**31.4.7 Net Receipts.** After payment of game and administrative expenses for each championship, the NCAA president shall place the remaining money in the general operating fund of the Association to be used to cover other expenses of the Association and to be apportioned among member institutions, as directed by the Championships Committee. *(Revised: 8/14/90)*

**31.4.8 Distribution of Forfeited Receipts.** An institution may be obligated to return its share of the revenue distribution for permitting an ineligible student-athlete to participate in the championship (see Bylaw 31.2.2.4). If so, such funds shall be

distributed among other member institutions according to a formula prescribed by the Championships Committee. *(Revised: 8/14/90)*

**31.4.9 Publication of Championships Financial Summaries.** A financial summary of each championship is available from the championships group.

# 31.6 Rights to NCAA Properties and Marketing Restrictions.

**31.6.1 Names and Marks.** The NCAA owns or controls all rights and interests in its name, logo, seal, trademarks and service marks, whether registered or unregistered, including "National Collegiate Athletic Association," "NCAA," "National Collegiate Championships," "NCAAction," "College Sports USA," "The Final Four," "Women's Final Four," "College World Series," "Women's College World Series" and "Stagg Bowl." The NCAA will prosecute infringement of identical or confusingly similar marks. The NCAA shall maintain control over the nature and quality of the goods and services rendered under the marks; therefore, no use of the marks by others will be permitted in advertising in association with commercial services or related to the sale of merchandise without the specific approval of the NCAA. *(Revised: 1/29/90)*

**31.6.2 Concessions.** The following conditions or restrictions apply to all concession items sold at any event sponsored or administered by the Association:

(a) Any merchandise or material bearing any name, logo, trademarks or service marks of the Association that is to be sold or distributed at an event sponsored or administered by the Association must have the prior approval of the president before being sold or distributed. No such merchandise or material shall be sold or distributed by anyone except as designated by the NCAA. The host institution may sell merchandise that features an institutional mark or logo at NCAA competition only if it has guaranteed a sellout of the NCAA merchandise at the site of the competition and has agreed to provide the NCAA championship 25 percent of gross sales (after sales taxes) of all non-NCAA championship merchandise. The quantity of NCAA merchandise sent to the site shall have the prior approval of the NCAA president and shall not be less than a comparable shipment to a comparable site of the previous year's championship. *(Revised: 12/4/89)*

(b) The NCAA owns the rights to all concession items other than food or drink sold at such events. Any merchandise or material to be sold at such events must have prior approval of the NCAA president, and any unapproved material shall be barred from the premises. If the championship facility has prior contractual commitments with outside vendors, the NCAA will endeavor to work with such vendors to advance the policies of the Association in the sale of concession items as herein stated.

(c) The NCAA may authorize others, including the host institution or the coaches organization for the sport involved in the particular event, to sell and distribute concession items.

(d) Income payable to the NCAA from the sale of concession items other than food and drink at such events shall be included in the gross receipts of the championship.

(e) No alcoholic beverages shall be sold or dispensed for public consumption at any event sponsored by or administered by the Association.

**31.6.3 Programs.** The Association reserves the right to publish and sell any program sold or distributed for an NCAA championship. It may award such rights for any championship to another party or agency, provided it retains the right to review and approve the content of all programs to be sold or distributed and provided it shall receive a guaranteed amount or predetermined percentage of program receipts. All financial arrangements for official programs produced by the host institution or sponsoring agency shall be reflected in the proposed budget, and receipts and expenses shall be entered in the financial report of the championship. If the program is produced and sold under contract between the NCAA and an outside agency, income from program advertising or sales shall not be included in the host institution's or sponsoring agency's financial report or percentage of net receipts.

**31.6.4 Championships Properties.** The Association owns all rights to each and all of its championships as listed in Bylaw 18.4. These rights include, in addition to the rights with respect to participation and admission, rights to television (live and delayed), radio broadcasting, filming and commercial photography. In addition, the NCAA reserves the right to sell items developed through the NCAA marketing program at the site of a championship.

**31.6.4.1 Awarding Media Rights.** Television, radio and film rights shall be awarded in such a manner as to advance most fully the following interests:

(a) Gate attendance;

(b) Promotion of interest in the sport;

(c) Promotion of intercollegiate athletics as a part of collegiate education; and

(d) Promotion of the Association and its purposes and fundamental policy.

**31.6.4.1.1 Procedures.** Specific policy decisions under the foregoing are determined by the governing sports committee for the particular championship, subject to the approval of the Championships Committee. Negotiations with respect to the awarding of any such rights shall be conducted by the NCAA president, who shall have authority to determine the specific terms and conditions and to execute contracts for the award of such rights on behalf of the Association. Inquiries concerning all such rights should be directed to the president at the national office. In accordance with the policies stated herein, the NCAA president shall negotiate with any party interested in such rights when they are available.

**31.6.4.2 Marketing, Licensing, Promotional and Public Affairs Initiatives.** The NCAA president shall be responsible for the oversight and administration of all marketing, licensing, promotions and public affairs initiatives. The NCAA president shall have the authority to appoint ad hoc advisory groups to provide assistance in developing policies to review any initiative and to provide assistance in addressing emerging issues. In addition, negotiations with respect to awarding merchandising, marketing and licensing rights (including corporate partner rights) shall be conducted by the NCAA president, who shall have the authority to determine the specific terms and conditions and to execute and enforce contracts for the award of such rights on behalf of the Association. The NCAA Board of Governors, at its discretion, may request a detailed accounting of any marketing, licensing, promotional and public affairs initiative that resulted in the awarding of a contract on behalf of the Association. Each division's presidential administrative group and Management Council may request a report related to any matter handled by the NCAA president under the authority of this legislation. *(Adopted: 1/8/01, Revised: 2/10/15)*

**31.6.4.3 Photographs, Films and Videos.** The Association reserves all rights to the use of still photographs, films and videos of its championships. All rights to photograph, film and record NCAA championships may be assigned to media representatives for news purposes but otherwise are to be controlled exclusively by NCAA Productions, a unit of the NCAA. NCAA Productions shall film or record certain NCAA championships, as recommended by the governing sports committees and approved by the Championships Committee. Its cost in filming or recording an NCAA championship and producing prints or video dubs for the NCAA library of films shall be entered as an item of game expenses for that championship. The filming or recording of NCAA championships by parties other than NCAA Productions (i.e., participating institutions or commercial film production companies) for any purpose other than news purposes may be permitted only with the advance written consent of the NCAA president. *(Revised: 1/31/18)*

**31.6.4.4 Use of Action Footage on Television News Programs.** The games committee of a particular NCAA championship for which exclusive rights have not been awarded may permit single television stations or television and/or cable networks to broadcast action footage of the championship (on a live or delayed basis) on their regular television news programs (see Bylaw 31.6.4.4.1). Unless otherwise approved by the NCAA, these broadcasts shall not exceed three minutes of action footage of the championship unless broadcast rights have been secured from the Association by payment of a rights fee. The NCAA president shall be authorized to interpret and apply these provisions as necessary.

**31.6.4.4.1 News Program.** A "news program" shall be a regularly scheduled program devoted exclusively to general news and/or sports news. Sports entertainment programs do not qualify under this provision.

**31.6.4.5 Live Microphone on Coach.** The placement of microphones on a team coach or in team huddles and bench areas for television, radio or motion-picture purposes is prohibited in all NCAA championships.

**31.6.4.6 Promotional Announcements for Professional Sports Contests.** During the telecast of any NCAA championship, there shall be not more than two promotional announcements for telecasts of professional sports contests. Each such announcement shall not exceed 15 seconds in length. It may be of a billboard nature only and shall not include any action footage of any professional sports contest. If less than the complete championship segment is televised, only one such professional announcement shall be permitted. These restrictions shall not apply to certified postseason bowl games. *(Revised: 8/15/89)*

# 31.7 General Financial Management.

**31.7.1 General Operating Budget.** The Board of Governors shall adopt a budget for the ensuing fiscal year before the end of any current fiscal year. The budget, as approved, shall list all anticipated revenues and expenses for the coming fiscal year, including transfers to or withdrawals from reserve funds. *(Revised: 2/10/15)*

**31.7.2 Committee and Delegate Finances.**

**31.7.2.1 Allowable Expenses, Committee Members.** Any member of an NCAA committee who is entitled under the following regulations to reimbursement of expenses for attendance at a committee meeting shall not receive such payment if the member fails to remain in actual attendance at the meeting for its entire duration as announced in advance. However, in any special case in which a committee member for valid reasons is granted permission by the chair for late arrival or early departure, the member shall receive reimbursement in full.

**31.7.2.1.1 Transportation Allowances.** A committee member may be reimbursed for the following transportation expenses:

(a) Commercial Airline. The member must travel by coach (or "super saver"); and *(Revised: 8/12/91, 1/13/98 effective 2/1/98, 1/12/99)*

(b) Automobile. The member may claim mileage for the round trip at the NCAA approved rate, based on the most direct route between the two points. *(Revised: 1/13/98 effective 2/1/98, 12/20/04, 6/25/08)*

**31.7.2.1.1.1 Travel to Competition Site.** A committee member or designated representative who travels to the site of preliminary competition in an NCAA championship via either ground or coach-class air may claim mileage at the NCAA approved rate based on the most direct route between the two points. *(Revised: 1/13/98 effective 2/1/98, 6/25/08)*

**31.7.2.1.2 Per Diem Allowance.** A per diem allowance of $75 may be claimed for each day or part thereof away from home, except that not more than one day's travel each way may be claimed. The Association shall pay single-room and tax charges for committee members attending scheduled committee meetings or on Association business. Incidental charges shall be the responsibility of the committee member. *(Revised: 8/3/95, 1/13/98 effective 2/1/98)*

**31.7.2.1.3 Actual Expenses.** The Management Council or Board of Governors for Association-wide issues may authorize reimbursement of actual expenses, if circumstances warrant. *(Revised: 2/10/15)*

**31.7.2.1.4 Meeting Frequency.** Payment of expenses for attendance at meetings of an NCAA standing committee shall be limited to two meetings per year unless otherwise authorized by the Management Council or Board of Governors for Association-wide issues. *(Revised: 2/10/15)*

**31.7.2.1.5 Meeting Site.** Recommendations for sites of meetings of standing and special committees shall be submitted by the committee chair to the NCAA president and are subject to the following conditions:

(a) Committees that meet only once per year are required to meet in the Indianapolis metropolitan area in alternate years; *(Revised: 1/13/98, 1/12/99)*

(b) Committees that meet more than once per year are required to conduct at least 50 percent of the meetings in the Indianapolis metropolitan area (e.g., one of two; two of four); and *(Revised: 1/13/98, 1/12/99)*

(c) All meetings of NCAA committees shall be held within the 48 contiguous states.

**31.7.2.1.6 Special Committees.** The expense allowance for any special committees or for individuals engaged in official Association business shall be determined by the Management Council or Board of Governors for Association-wide issues. *(Revised: 2/10/15)*

**31.7.2.1.7 Sports Committees.** Meetings of sports committees shall be held at places and times other than those authorized for the championships of their respective sports and shall be limited to two days (plus travel time) for purposes of the NCAA per diem expense allowance, unless other arrangements have been approved by the Management Council or Board of Governors for Association-wide issues. *(Revised: 2/10/15)*

**31.7.2.1.8 Expense Allowance for Conventions.** An expense allowance shall not be granted for committee meetings held in connection with a Convention of the Association, except that standing committees that regularly meet before or after an Association Convention shall be entitled to one day's per diem for each day or part thereof on Association business, subject to the approval of the Management Council.

**31.7.2.1.9 Approval of Payments.** All expense payments shall be approved in writing by the committee chair or, in the case of the Management Council, Presidents Council and Board of Governors, by the secretary-treasurer or the NCAA president. *(Revised: 2/10/15)*

**31.7.2.1.10 Waivers.** The NCAA president, subject to the approval of the Management Council or Board of Governors for Association-wide issues, may grant such waivers of the committee-expense regulations in particular cases as are deemed advisable to prevent hardship on a committee or an individual committee member. *(Revised: 2/10/15)*

**31.7.2.2 Allowable Delegate Expenses.**

**31.7.2.2.1 Meetings of Other Organizations.** Delegates of the Association attending meetings of other organizations (e.g., various sports federations) shall be entitled to the same expense allowances as those outlined in Bylaw 31.7.2.

**31.7.2.2.2 Games Committees for International Competition.** NCAA delegates to games committees appointed to supervise international competition may not receive expenses to more than one meeting during each academic year.

**31.7.2.2.3 Governing Boards of Other Organizations.** NCAA delegates to the governing boards of other organizations may claim an expense allowance for each regular or special meeting of the particular board.

**31.7.2.3 Prohibition Against Funding Olympics and Paralympics.** Income from the Association's championships shall not be allocated to the Olympic and Paralympic fund. *(Revised: 1/22/20 effective 8/1/20)*

## 31.7.3 Defense and Indemnification.

**31.7.3.1 Conditions for Defense and Indemnification.** The Association shall defend and indemnify any present or former employee, committee member or agent of the Association who is or was a party to or is threatened to be made a party to, or who is to be subpoenaed to be deposed or to give evidence in any civil, criminal, administrative or investigative action or proceeding, including those brought by the Association, provided all of the following conditions are met: *(Adopted: 1/14/02)*

(a) The individual requesting defense and indemnification is being named as a party or subpoenaed to be deposed or to give evidence by reason of the fact that the individual is or was an employee, committee member or agent of the Association or is or was serving at the request of the Association as a director, officer, employee or agent of another association, corporation, partnership, joint venture, trust or other enterprise;

(b) The individual is determined to have been acting within the scope of the individual's duties to the Association;

(c) The individual is determined to have been acting in good faith and in a manner the individual reasonably believed to be in or not opposed to the best interests of the Association in the performance of the individual's duties to the Association. In respect to any alleged criminal action or proceeding, the individual also must be determined to have had no reasonable cause to believe the alleged conduct was unlawful; *(Adopted: 1/14/02)*

(d) The individual promptly and timely notifies the Association's general counsel of the actual or threatened service of process, subpoena, notice of deposition or other legal process before incurring attorney fees or other expenses; *(Adopted: 1/14/02)*

(e) The individual accepts counsel provided or approved by the Association and agrees to accede to the legal strategies approved by the Association's general counsel, including any settlement determinations. In the event that the individual wishes to hire other counsel or not accede to the Association's legal strategies, the Association shall not be obligated to defend or indemnify the individual, except when it is determined that a conflict of interest exists with the Association such that retaining separate counsel is warranted; and *(Adopted: 1/14/02)*

(f) The individual agrees to repay any expenses, including attorney fees, incurred in bringing or defending a civil or criminal action or proceeding paid by the Association in advance of the final disposition of such action or proceeding, if it is ultimately determined that the individual is not entitled to be indemnified by the Association as authorized in this bylaw. *(Adopted: 1/14/02)*

**31.7.3.1.1 Determination Regarding Conditions for Defense and Indemnification.** The determination as to whether indemnification is appropriate because the conditions of Bylaw 31.7.3.1 have been satisfied shall be made:

(a) By the NCAA Board of Governors Executive Committee by a majority vote of a quorum consisting of members who are not parties to such action or proceeding. The vote may be taken by electronic mail, telephone, facsimile or in person; *(Revised: 4/15/09, 2/10/15, 6/23/17)*

(b) If such a quorum is not obtainable, or, even if obtainable, if a quorum of disinterested Board of Governors members so directs, by independent legal counsel in a written opinion; or *(Revised: 2/10/15)*

(c) By the NCAA president if so delegated by the Board of Governors. *(Adopted: 1/14/02, Revised: 2/10/15)*

**31.7.3.1.2 Definition of Committee.** For purposes of Bylaw 31.7.3, committee shall include all Association committees, boards, cabinets, councils, subcommittees and panels. *(Adopted: 1/14/02)*

**31.7.3.1.3 Termination of Action or Proceeding.** The termination of any action or proceeding by judgment, order, settlement, conviction, or upon a plea of nolo contendere or its equivalent, shall not, of itself, create a presumption in regard to these determinations. However, if an individual is adjudged to be liable for negligence or misconduct in the performance of the individual's duty to the Association, there shall be no indemnification unless and only to the extent that the court in which such action or suit was brought shall determine that, despite the adjudication of liability but in view of all circumstances of the case, such individual is fairly and reasonably entitled to indemnity for such expenses as the court shall deem proper. *(Adopted: 1/14/02)*

**31.7.3.2 Insurance.** The Association may purchase and maintain insurance on behalf of any individual who is or was an employee, committee member or agent of the Association, or is or was serving at the request of the Association as a director, officer, employee or agent of another association, corporation, partnership, joint venture, trust or other enterprise against any liability asserted against the individual and incurred by the individual in any such capacity or arising out of the

individual's status as such, whether or not the Association would have the power to indemnify the individual against such liability under the provisions of Bylaw 31.7.3. *(Adopted: 1/14/02)*

**31.7.3.3 Definition of Indemnification.** For purposes of this bylaw, indemnification shall consist of payment against expenses (including attorney's fees), judgments, fines and amounts paid in settlement actually and reasonably incurred by the individual in connection with such action or proceeding. *(Adopted: 1/14/02)*

**31.7.4 Insurance.**

**31.7.4.1 Primary Liability.** Host institutions and sponsoring agencies of NCAA championships shall have in place primary comprehensive general public liability insurance coverage with combined single limits of at least $1 million per occurrence for bodily injury and property damage and shall provide the national office with the appropriate insurance certificates unless statutes of the state in which the host institution or sponsoring agency is located provide a lesser maximum recovery limit and documentation of that statute is on file at the NCAA national office. *(Revised: 12/2/90)*

**31.7.4.2 Injury, Death and Dismemberment.** Basic athletics-injury, catastrophic-injury and accidental death and dismemberment insurance for participants in NCAA championships shall be provided by the Association.

# 31.8 Personnel.

**31.8.1 Employment.** In accordance with Article 2, the NCAA president is authorized to employ such persons as may be necessary to conduct efficiently the business of the Association. The number of administrative personnel that may be employed shall be determined at the beginning of each fiscal year and may not be increased without the approval of the Board of Governors. The NCAA president may employ as many nonadministrative personnel as may be necessary. *(Revised: 2/10/15)*

**31.8.1.1 Affirmative Action.** In the selection of personnel for appointment, the policies and procedures of the Association's affirmative-action program, as approved by the Board of Governors, shall be followed. *(Revised: 2/10/15)*

**31.8.2 Staff Operations.** The national office staff operations shall be reviewed by the Budget Subcommittee appointed by the Board of Governors. Among the items to be reviewed by the subcommittee are: *(Revised: 2/10/15)*

 (a) Employee compensation;

 (b) Employee benefits; and

 (c) Allegations of improper conduct by any member of the national office staff as reported to the NCAA president.

**31.8.2.1 Employee Compensation and Benefits.** The Board of Governors shall review staff compensation and benefits at least once each year. *(Revised: 2/10/15)*

**31.8.2.2 Pension Trust Plan.** The policies for the retirement benefits of the staff are set forth in the NCAA Pension Trust Plan, which was adopted and may be revised by the Board of Governors. *(Revised: 2/10/15)*

# 31.9 National Statistics Program. A national statistics program shall be maintained for active member institutions in baseball, men's and women's basketball, field hockey, football, men's and women's ice hockey, men's and women's lacrosse, men's and women's soccer, softball and men's and women's volleyball. The Management Council shall oversee the statistics program and approve its policies and procedures. The national statistics program policies and procedures shall be published on the NCAA website. *(Revised: 4/14/06, 10/20/08, 5/10/11)*

## FIGURE 31-1

### Summary of the Elements in the Administration of Finances for NCAA Championships



**GROSS RECEIPTS Bylaw 31.4.2** — Income from tickets, net revenue from marketing items sold at the site through or by outside agency under contract with NCAA, program sales and advertising, TV rights, radio rights, movie rights and any other income from operation of championship. Excluded: Income from concessions, parking and sales commissions received by host institution for selling marketing items on behalf of outside agency under contract with NCAA.

Less

**GAME EXPENSES Bylaw 31.4.3** — Costs directly related to tickets (printing, selling and collecting), sales taxes, ushers, game officials, police, buildings and grounds, printing of related materials, reasonable entertainment, expenses of selection committee, motion pictures of competition (if authorized) and any other out-of-pocket expense directly related to the administration and conduct of the championship. Excluded: Cost of permanent equipment, local transportation for competing teams, on-campus facility rental and fees/honorariums for host institution staff.

Less

**ALLOWANCE TO HOST INSTITUTION Bylaw 31.4.4** — See Bylaw 31.4.4.1 for permissible allowances and Bylaw 31.4.4.2 for restrictions on these allowances.

Less

**ADMINISTRATIVE EXPENSES Bylaw 31.4.5** — Costs incurred by governing sports committee and their representatives in administration of championship.

**Transportation and Per Diem Expenses Bylaw 31.4.6** — See Bylaw 31.4.6 for details on allowances for individual-team and team sports.

Equals

**NET RECEIPTS** — **RETURN TO GENERAL OPERATING FUND Bylaw 31.4.7 (Net Receipts)**

ADMINISTRATIVE, ARTICLE 32

# Enforcement Policies and Procedures.

## 32.1 Committee on Infractions -- Special Operating Rules.

**32.1.1 Public Disclosure.** Except as provided in Bylaws 19 and 32, the Committee on Infractions, the Infractions Appeals Committee and the enforcement staff shall not make public disclosures about a pending case until the case has been announced in accordance with the prescribed procedures. An institution and any individual subject to the NCAA bylaws involved in a case, including any representative or council, shall not make public disclosures about the case until a final decision has been announced in accordance with prescribed procedures. *(Revised: 1/11/94, 1/12/04, 1/11/08, 4/11/11, 3/13/15)*

**32.1.2 Conflict of Interest.** A member of the Committee on Infractions or the Infractions Appeals Committee shall neither appear at the hearing or oral argument, nor participate on the committee, when the member is directly connected with an institution under investigation or has a personal, professional or institutional affiliation that reasonably would result in the appearance of prejudice. It is the responsibility of the committee member or members of the Infractions Appeals Committee to remove themselves if a conflict exists. Objections to the participation of a committee member or an Infractions Appeals Committee member should be raised as soon as recognized but will not be considered unless raised at least one week in advance of the affected hearing or oral argument. *(Revised: 1/16/93, 1/11/94, 1/12/04, 7/26/11, 4/20/21)*

**32.1.3 Cooperative Principle.** The cooperative principle imposes an affirmative obligation on each institution to assist the enforcement staff in developing full information to determine whether a possible violation of NCAA legislation has occurred and the details thereof. An important element of the cooperative principle requires that all individuals who are subject to NCAA rules protect the integrity of the investigation. A failure to do so may be a violation of the principles of ethical conduct. The enforcement staff will usually share information with the institution during an investigation; however, it is understood that the staff, to protect the integrity of the investigation, may not in all instances be able to share information with the institution. *(Adopted: 1/8/05)*

**32.1.4 Definition of Involved Individual.** Involved individuals are former or current student-athletes and former or current institutional staff members who have received notice of significant involvement in alleged violations. *(Adopted: 1/12/04, Revised: 4/17/07, 4/15/14)*

## 32.2 Preliminary Review of Information.

**32.2.1 Enforcement Staff to Receive Information and Conduct Investigations.** It is the responsibility of the enforcement staff to conduct investigations relative to a member institution's failure to comply with NCAA legislation or to meet the conditions and obligations of membership. Information that an institution failed to meet these obligations shall be provided to the enforcement staff and, if received by the Committee on Infractions or NCAA president, will be channeled to the enforcement staff. *(Revised: 1/12/04)*

**32.2.1.1 Staff Initiation of Investigation.** The enforcement staff may initiate an investigation on its own motion when it receives information that an institution is, has been or may have been in violation of NCAA legislation. *(Revised: 1/12/04, 4/11/06)*

**32.2.1.2 Self-Disclosure by an Institution.** Self-disclosure shall be considered in calculating penalties, and, if an institution uncovers a violation before being reported to the NCAA and/or its conference, such disclosure shall be considered as a mitigating factor in calculating the penalty. *(Revised: 10/12/94, 4/15/14)*

**32.2.2 Investigative Procedures.** The Committee on Infractions shall provide general guidance to the enforcement staff through approved and established investigative and administrative procedures. *(Revised: 6/2/17)*

**32.2.2.1 Initial Enforcement Staff Responsibilities.** The enforcement staff is responsible for evaluating information reported to the NCAA staff to determine whether the possible violation should be handled by correspondence with the involved institution or its conference, or whether the enforcement staff should conduct its own in-person inquiries.

**32.2.2.1.1 Basic Information Gathering.** The enforcement staff has a responsibility to gather basic information regarding possible violations and, in doing so, may contact individuals to solicit information. If information indicating a potential NCAA violation believed to be reliable is developed, the procedures provided in Bylaw 32.5 (Notice of Inquiry) are undertaken. *(Revised: 1/12/04)*

**32.2.2.1.2 Identification of Major/Secondary Violation.** The enforcement staff shall identify information developed by it or self-reported by the member institution as involving alleged major or secondary violations (as defined in Bylaw 19.02.2). The staff shall have the discretion to submit information to the Committee on Infractions,

or a designated member of the Committee on Infractions, for an initial determination of how that information should be processed. *(Adopted: 1/12/04, Revised: 4/11/06)*

**32.2.2.1.3 Matters Handled by Correspondence.** Matters that clearly are secondary in nature should be handled through the online reporting system. *(Revised: 1/12/04)*

# 32.3 Investigative Procedures.

**32.3.1 Conformance with Procedures.** Investigations by the enforcement staff shall be conducted in accordance with the operating policies, procedures and investigative guidelines established by the Committee on Infractions, Management Council and membership in accordance with Bylaw 19.

**32.3.1.1 Consultation with Committee.** If questions arise concerning investigative procedures during the course of an investigation, the chair (or the full committee, if necessary) may be consulted by the enforcement staff. *(Adopted: 1/12/04)*

**32.3.2 Timely Process.** The enforcement staff shall make reasonable efforts to process infractions matters in a timely manner. *(Adopted: 1/12/04)*

**32.3.3 Conflict of Interest.** Any enforcement staff member who has or had a personal relationship or institutional affiliation that reasonably would result in the appearance of prejudice should refrain from participating in any manner in the processing of the involved institution's or individual's infractions case. *(Adopted: 1/12/04)*

**32.3.4 Interviews with Member Institution.** The director of athletics or other appropriate official of an institution shall be contacted by the enforcement staff in order to schedule interviews with enrolled student-athletes, other institutional staff members with athletically related responsibilities or oversight or coaching staff members who are involved in possible violations. *(Revised: 1/12/04, 1/19/22)*

**32.3.4.1 Presence of Institutional Representative During Interview.** When interviewing an enrolled student-athlete or current athletics department staff member, an institutional representative(s) (as designated by the institution) will be permitted to be present during the interview, provided the subject matter to be discussed in the interview relates directly to the individual's institution or could affect the individual's eligibility or employment at the institution. If the investigator wishes to discuss information with a student-athlete or staff member that is related solely to institutions other than the one in which the student-athlete is enrolled or staff member is employed and would not reasonably affect the student's eligibility or the staff member's employment, the institutional representative shall not be present during that portion of the interview. In such a situation (after the institutional representative has departed), any information inadvertently reported by the student-athlete or the staff member that is related to their own institution shall not be used against the student-athlete, staff member or that institution. *(Revised: 1/12/04, 4/20/21, 1/19/22)*

**32.3.4.2 Conflict with Academic Schedule.** If possible, interviews should be conducted without disrupting the normally scheduled academic activities of the student-athlete. *(Revised: 1/12/04)*

**32.3.5 Proper Identification of NCAA Staff Member.** In no case shall an enforcement staff member misrepresent the staff member's identity or title.

**32.3.6 Representation by Legal Counsel.** When an enforcement staff member conducts an interview that may develop information detrimental to the interests of the individual being questioned, that individual may be represented by personal legal counsel. *(Revised: 4/15/14)*

**32.3.7 Notice Requirements.**

**32.3.7.1 Disclosure of Purpose of Interview.** When an enforcement staff representative requests information that could be detrimental to the interests of the student-athlete or institutional employee being interviewed, that individual shall be advised that the purpose of the interview is to determine whether the individual has knowledge of or has been involved directly or indirectly in any violation of NCAA legislation. *(Revised: 1/12/04, 4/11/06)*

**32.3.7.2 Responsibility to Cooperate.** At the beginning of an interview arranged or initiated by the enforcement staff, a prospective or enrolled student-athlete or current or former institutional staff member shall be advised that refusing to furnish information or providing false or misleading information to the NCAA, conference or institution may result in an allegation that the individual has violated NCAA ethical conduct legislation (see Bylaw 10.1). *(Adopted: 4/11/06, Revised: 5/12/17)*

**32.3.8 Limited Immunity.**

**32.3.8.1 Athletics Personnel.** At the request of the enforcement staff, the Committee on Infractions may grant limited immunity to a current or former institutional employee with responsibilities related to athletics based on information that the employee reports when such an employee otherwise would be subject to disciplinary action as described in Bylaws 19.5.1-(c) and 19.5.2. Such immunity shall not apply to the employee's involvement in violations of NCAA legislation not

reported or to future involvement in violations of NCAA legislation by the employee or to action taken by an institution. *(Revised: 10/12/94, 1/12/04, 4/11/11, 10/17/11, 6/1/16)*

**32.3.8.2 Student-Athlete or Prospective Student-Athlete.** At the request of the enforcement staff, the Committee on Infractions may grant limited immunity to a student-athlete or prospective student-athlete when such an individual otherwise might be declared ineligible for intercollegiate competition based on information reported to the enforcement staff by the student-athlete, a prospective student-athlete or a third party associated with the student-athlete or prospective student-athlete. Such immunity shall not apply to the individual's involvement in violations of NCAA legislation not reported or to future involvement in violations of NCAA legislation by the individual or to any action taken by an institution. *(Adopted: 4/11/11, Revised: 10/17/11)*

**32.3.9 Interview Record.** *(Revised: 8/2/91, 10/12/94)*

**32.3.9.1 Recordings.** It is preferable that an interview conducted by the enforcement staff be recorded through the use of a mechanical device. If an interviewee objects to being recorded, however, or the enforcement staff believes the use of a recording device would have an inhibiting effect on the interviewee, a summary of the information reported shall be prepared per Bylaw 32.3.9.2. *(Adopted: 1/8/01, Revised: 4/11/06, 7/24/07)*

**32.3.9.1.1 Access to Recordings and Transcripts.** Both the enforcement staff and the interviewee may record the interview or the interviewee may receive a copy of the recording and if prepared by the enforcement staff, the interview transcript, subject to the confidentiality provisions of Bylaws 32.3.9.1.4 and 32.3.9.2.1. Recorded interview summaries and any report prepared by the enforcement staff are confidential and shall only be provided to interviewees (and their institutions) except as set forth in Bylaws 32.3.9.2 and 32.6.4. *(Adopted: 1/8/01, Revised: 1/12/04, 4/11/06, 7/24/07, 7/21/08)*

**32.3.9.1.2 Institutional Recording of an Interview -- Access to Recordings and Transcripts.** Interviews conducted in accordance with Bylaw 32.3.4.1 or jointly with the enforcement staff at any location, may be recorded by the institution under inquiry. If the institution is unable or chooses not to record such an interview, the institution may receive a copy of the enforcement staff's recording of the interview and/or a copy of the interview transcript if prepared by the enforcement staff. Institutional recordings of NCAA interviews under any other circumstances must be approved by the Committee on Infractions. *(Adopted: 10/12/94, Revised: 7/24/07)*

**32.3.9.1.2.1 Access to Recordings and Transcripts by Conference.** For interviews conducted in accordance with Bylaw 32.3.4.1 or jointly by the institution and enforcement staff, and on consent of the institution, a conference may receive a copy of the interview recording and/or transcript, if prepared by the enforcement staff or institution. *(Adopted: 1/14/08)*

**32.3.9.1.3 Use of Court Reporters.** Institutional representatives or individuals being interviewed may use a court reporter to transcribe an interview subject to the following conditions. The institution or individual shall: *(Adopted: 1/6/96, Revised: 1/12/04)*

(a) Pay the court reporter's fees;

(b) Provide a copy of the transcript to the enforcement staff at no charge;

(c) Agree that the confidentiality standards of Bylaw 32.3.9.1.4 apply. An institutional representative or individual who chooses to use a court reporter shall submit a written notice of agreement with the required conditions to the enforcement staff before the interview; and *(Adopted: 1/6/96, Revised: 5/27/08)*

(d) If the enforcement staff chooses to use a court reporter, the NCAA will pay all costs of the reporter. A copy of the transcript prepared by the court reporter for the enforcement staff shall be made available to the institution and the involved individuals. *(Adopted: 4/15/14)*

**32.3.9.1.4 Statement of Confidentiality.** Individuals and institutional representatives shall be required to agree not to release the recording or interview transcripts to a third party. A statement of confidentiality shall be signed or recorded before an interview. Failure to enter into such an agreement would preclude the individual and institutional representative from receiving or transcribing the interview. *(Revised: 1/12/04, 4/11/06)*

**32.3.9.2 Non-Recorded Interviews.** When an interview is not recorded or if the recording device malfunctions, the enforcement staff shall prepare a written summary of the information and attempt to obtain a signed affirmation of its accuracy from the interviewee. The interviewee shall be permitted to make additions or corrections to the memorandum before affirming its accuracy. In order to obtain the interviewee's signature, the enforcement staff may provide a copy of the unsigned summary to the interviewee and their counsel. After the summary is signed, the interviewee and their counsel may receive a signed copy. Testimony as to the substance of an unrecorded interview for which a signed affirmation was not

obtained may nevertheless be considered by the Committee on Infractions to the extent the committee determines the testimony to be reliable. *(Adopted: 1/8/01, Revised: 1/12/04, 8/3/06, 7/21/08, 4/20/21)*

**32.3.9.2.1 Confidentiality of Non-Recorded Interview Documents.** Copies of non-recorded interview summaries and any report prepared by the enforcement staff are confidential and shall not be provided to individuals (or their institutions) who may be involved in reporting information during the process of an infractions case except as set forth in Bylaws 32.3.9.2, 32.3.10 and 32.6.4. *(Adopted: 1/8/01, Revised: 7/21/08)*

**32.3.9.3 Handwritten Notes.** It shall be permissible for all individuals involved in interviews conducted by the enforcement staff to take handwritten notes of the proceedings. *(Adopted: 1/12/04)*

**32.3.10 Enforcement Staff's Responsibility to Maintain Case Information.** *(Adopted: 1/8/01, Revised: 1/12/04, 4/11/06, 1/11/08 for all cases heard by the Committee on Infractions unless not feasible due to security format or technology issues)*

**32.3.10.1 Case File.** The enforcement staff is responsible for maintaining factual information involved with an infractions case, including copies of recorded interviews, interview summaries and/or interview transcripts and other factual information. Such materials shall be retained at the national office. *(Adopted: 1/11/08 for all cases heard by the Committee on Infractions unless not feasible due to security format or technology issues, Revised: 4/15/14, 6/1/16)*

**32.3.10.2 Access to Information.** The enforcement staff shall make available recorded interviews, interview summaries and/or interview transcripts and other factual information pertinent to an infractions case. The institution and involved individuals may review such information in the national office or through a secure website in accordance with the provisions of Bylaw 32.6.4. *(Adopted: 1/11/08 for all cases heard by the Committee on Infractions unless not feasible due to security format or technology issues, Revised: 4/15/14, 6/1/16)*

**32.3.11 Failure to Cooperate.** In the event that a representative of a member institution refuses to submit relevant information to the committee or the enforcement staff on request, a notice of allegations may be issued alleging a violation of the cooperative principles of the NCAA bylaws and enforcement policies and procedures. Institutional representatives and the involved individual may be requested to appear before the committee at the time the allegation is considered. *(Revised: 1/12/04, 4/15/14)*

**32.3.12 Meeting With President or Chancellor.** The enforcement staff may meet personally with the president or chancellor or a designated representative of the involved institution to discuss the allegations investigated and information developed by the NCAA in a case that has been terminated. *(Revised: 1/12/04, 10/3/05)*

## 32.4 Processing Information for Secondary Violations.

**32.4.1 Review of Institution or Conference Actions or Penalties In Secondary Cases.** If the Committee on Infractions or the enforcement staff, after review of institutional or conference action imposed in secondary cases, concludes that the corrective or punitive measures imposed by the institution or conference are sufficient, the committee or the enforcement staff, may accept the self-imposed measures and take no further action. Failure to fully implement the self-imposed measures may subject the institution to further disciplinary action by the NCAA. *(Revised: 10/12/94, 1/12/04, 4/15/14)*

**32.4.1.1 Insufficient Actions.** If the institutional or conference actions appear to be insufficient, the enforcement staff shall notify the institution of additional penalties in a secondary case. *(Revised: 10/12/94, 1/12/04)*

**32.4.2 Action Taken by Enforcement Staff (Not Institution or Conference).** If the enforcement staff, after reviewing the information that has been developed and after consulting with the member institution involved, determines that a secondary violation has occurred, the enforcement staff may conclude that no penalty is warranted or prescribe an appropriate penalty (see Bylaw 19.5.1). Failure to fully implement the self-imposed measures may subject the institution to further disciplinary action by the NCAA. *(Revised: 1/12/04, 4/15/14)*

**32.4.3 Appeal of Secondary Violations.** A member institution or involved individual may appeal to the Committee on Infractions penalties prescribed by the enforcement staff for a secondary violation by submitting a notice of appeal through the online reporting system for secondary violations within 15 days after receipt of the enforcement staff's decision. An institution that self-reports a violation may appeal a penalty prescribed by the enforcement staff but not the violation. An involved individual subject to a show-cause order must submit a written notice of appeal to the vice president of enforcement or their designee within 15 days after receipt of the enforcement staff's decision. An institution or an involved individual subject to a show-cause order may request the opportunity to appear in person or by video or telephone conference. If no such request is made, or if the request is denied, the committee will review the institution's appeal on the basis of the written record. The committee shall not deny an involved individual's request to appear in person if a show-cause order was prescribed. *(Adopted: 6/3/05, Revised: 4/15/14, 10/21/14, 6/29/20, 4/20/21)*

**32.4.3.1 Stay of Penalties.** If a notice of appeal is filed within the deadline, unless ordered otherwise by the Committee on Infractions, any penalties prescribed by the enforcement staff that have been appealed shall be stayed during the pendency of the appeal. *(Adopted: 10/21/14)*

## 32.5 Notice of Inquiry.

**32.5.1 Notice to Institution.** Before the enforcement staff conducts an inquiry with an enrolled student-athlete or current institutional staff member, the enforcement staff shall notify the institution's president or chancellor (or their designee) of the inquiry, either orally or in writing. This notice shall toll the statute of limitations pursuant to Bylaw 32.6.3. The institution shall be informed of its obligation to cooperate pursuant to Bylaw 32.1.3 and of the confidential nature of the inquiry pursuant to Bylaw 32.1.1. The institution shall be notified that if the inquiry develops significant information of a possible major violation, a notice of allegations will be produced in accordance with the provisions of Bylaw 32.6, or, in the alternative, the institution will be notified that the matter has been concluded. *(Revised: 1/12/04, 10/3/05, 4/17/07, 10/17/11, 6/1/16, 4/20/21, 1/19/22)*

**32.5.2 Termination of Investigation.** The enforcement staff shall terminate the investigation related to any notice of inquiry in which information is developed that does not appear to be of sufficient substance or reliability to warrant a notice of allegations. *(Revised: 1/12/04, 10/17/11)*

## 32.6 Notice of Allegations.

**32.6.1 Notice to President or Chancellor.** When the enforcement staff determines that there is sufficient information to warrant an allegation, it shall issue a cover letter and notice of allegations to the president or chancellor of the institution involved (with copies to the faculty athletics representative and the director of athletics and to the executive officer of the conference of which the institution is a member). *(Revised: 1/12/04, 10/3/05)*

> **32.6.1.1 Contents of the Notice of Allegations Cover Letter.** The cover letter accompanying each notice of allegations shall: *(Adopted: 1/12/04)*
>
> (a) Inform the president or chancellor of the matter under inquiry and request the cooperation of the institution in obtaining all the pertinent facts and provide specific information on how to investigate the allegation; *(Revised: 10/3/05)*
>
> (b) Request the president or chancellor respond to the allegations and provide all relevant information that the institution has or may reasonably obtain, including information uncovered related to new violations. The responsibility to provide information continues until the case has been concluded; *(Revised: 10/3/05)*
>
> (c) Request the president or chancellor and other institutional staff to appear before the committee at a time and place determined by the committee; *(Revised: 10/3/05)*
>
> (d) Inform the president or chancellor that if the institution fails to appear after having been requested to do so, it may not appeal the committee's findings of fact and/or conclusions of violations, or a prescribed penalty; *(Revised: 10/3/05, 4/15/14)*
>
> (e) Direct the institution to provide any involved individual the opportunity to submit in writing any information the individual desires that is relevant to the allegation in question; and *(Revised: 5/27/08)*
>
> (f) Inform the president or chancellor that the enforcement staff's primary investigator in the case will be available to discuss the development of its response and assist in locating various individuals who have, or may have, important information regarding the allegations. *(Revised: 10/3/05)*
>
>> **32.6.1.1.1 Enforcement Staff Basis for Allegation.** The enforcement staff shall allege a violation when it believes there is sufficient information to conclude that the Committee on Infractions could make a conclusion of a violation. *(Revised: 1/12/04, 4/15/14)*
>
> **32.6.1.2 Contents of Notice of Allegations.** The notice shall list the NCAA legislation alleged to have been violated, as well as the details of each allegation. *(Revised: 1/12/04)*

**32.6.2 Notice to Involved Individuals.** The enforcement staff shall notify involved individuals (as defined in Bylaw 32.1.4) of the allegations in a notice of allegations in which they are named. A copy of the notification shall also be forwarded to the president or chancellor of the current institution of the involved individual. All involved individuals shall submit responses to the Committee on Infractions, and the institution under inquiry shall provide a copy of pertinent portions of its response to each involved individual in the case. Involved individuals who have submitted a response must also share their response with the involved institutions or other involved individuals as necessary. Failure to submit a response may be viewed by the committee as admission that the alleged violations occurred. The enforcement staff shall notify those involved individuals named in the notice of allegations who may be subject to the show-cause requirements as outlined in Bylaw 19.5.2.2. *(Revised: 1/12/04, 10/3/05, 4/11/06, 7/24/07, 4/16/09, 4/15/14)*

**32.6.3 Statute of Limitations.** Allegations included in a notice of allegations shall be limited to possible violations occurring not earlier than four years before the date the notice of inquiry is provided to the institution or the date the institution notifies (or, if earlier, should have notified) the enforcement staff of its inquiries into the matter. However, the following shall not be subject to the four-year limitation: *(Revised: 10/12/94, 1/12/04, 10/17/11)*

(a) Allegations involving violations affecting the eligibility of a current student-athlete;

(b) Allegations in a case in which information is developed to indicate a pattern of willful violations on the part of the institution or individual involved, which began before but continued into the four-year period; and

(c) Allegations that indicate a blatant disregard for the Association's fundamental recruiting, extra-benefit, academic or ethical-conduct legislation or that involve an effort to conceal the occurrence of the violation. In such cases, the enforcement staff shall have a one-year period after the date information concerning the matter becomes available to the NCAA to investigate and submit to the institution a notice of allegations concerning the matter.

**32.6.4 Access to Information through Secure Website.** The institution and involved individuals shall have reasonable access to all pertinent factual information as described in Bylaw 32.3.10.2. Such information shall be made available within 30 days from the date the notice of allegations is provided by the enforcement staff to the institution and involved individuals. *(Adopted: 1/16/93, Revised: 10/12/94, 1/12/04, 1/11/08, 6/1/16 for all cases heard by the Committee on Infractions unless not feasible due to security format or technology issues)*

    **32.6.4.1 Additions to Secure Website.** Additions made to a secure website more than 30 days after the notice of allegations is provided to the institution and involved individuals shall be limited to exculpatory information and/or new information that could not be reasonably ascertained before the date the notice of allegations was provided. The enforcement staff shall notify the institution and involved individuals of the availability of the additional information. *(Adopted: 1/11/08 for all cases heard by the Committee on Infractions unless not feasible due to security format or technology issues, Revised: 4/15/14)*

**32.6.5 Deadline for Responses.** Any response to the notice of allegations shall be submitted electronically to the Committee on Infractions, the institution, all involved individuals and the enforcement staff, not later than 90 days from the date of the notice of allegations, unless the committee grants an extension. The enforcement staff may establish a deadline for the submission of responses to any reasonable time within the 90-day period, provided the institution and all involved individuals consent to the expedited deadline. An institution or involved individual may not submit additional documentary information (in addition to its initial response) without prior authorization from the committee (see Bylaw 32.6.8 for additional instructions regarding information submitted to the Committee on Infractions). *(Revised: 1/16/93, 1/12/04, 4/11/06, 1/11/08, 4/15/14, 6/1/16)*

**32.6.6 Prehearing Conference.** Within 60 days after the institution and involved individuals, if any, submit written responses to a notice of allegations in a case involving alleged major violations, the enforcement staff shall consult with institutional representatives and other involved individuals who will attend the hearing in order to clarify the issues to be discussed in the case during the hearing, make suggestions regarding additional investigation or interviews that should be conducted by the institution to supplement its response and identify allegations that the staff intends to withdraw. The enforcement staff shall conduct independent prehearings with the institution and/or any involved individuals, unless mutually agreed by all parties to do otherwise. *(Revised: 1/16/93, 10/12/94, 1/12/04, 11/9/17)*

    **32.6.6.1 Extension.** The committee may approve additional time for representatives of the involved individuals and institution and the enforcement staff to conduct such prehearing conferences. *(Adopted: 1/16/93)*

**32.6.7 Enforcement Staff Case Summary.** The enforcement staff shall prepare a summary of the case that indicates the status of each allegation and identifies the individuals on whom and the information on which the staff will rely in presenting the case. Within 60 days after the institution and involved individuals, if any, submit written responses to the notice of allegations, the enforcement staff shall submit a case summary to the members of the Committee on Infractions and to representatives of the institution. Involved individuals before the hearing will be provided those portions of the summary in which they are identified as at risk. *(Adopted: 10/12/94, Revised: 1/12/04, 11/9/17)*

**32.6.8 Deadline for Submission of Written Materials.** Unless specifically approved by the Committee on Infractions for good cause shown, all written materials to be considered by the committee at the infractions hearing must be received by the committee, enforcement staff and any involved individuals attending the hearing not later than 30 days before the date of the hearing. Information may be submitted at the hearing, but is subject to the limitations set forth in Bylaw 32.8.7.4. *(Adopted: 1/14/02, Revised: 1/12/04, 6/1/16, 10/18/16)*

**32.6.9 Prehearing Procedural Issues.** The chair of the Committee on Infractions (or their designee) has the authority to resolve procedural matters that arise before a hearing. *(Adopted: 1/11/08, Revised: 4/20/21)*

## 32.7 Summary Disposition and Expedited Hearing.

**32.7.1 Summary Disposition Election.** In major infractions cases, institutions, involved individuals and the enforcement staff may elect to process the case through the summary disposition procedures specified below. The enforcement staff, involved individuals, if participating, and the institution must agree to use the summary disposition process. The institution, involved individuals or the enforcement staff may require, as a condition of agreement, that the parties jointly submit the proposed findings to the chair of the Committee of Infractions or their designee for a preliminary assessment of the appropriateness of the use of the summary disposition process. *(Adopted: 1/16/93, Revised: 7/24/07, 7/23/12, 4/20/21)*

**32.7.1.1 Thorough Investigation.** The Committee on Infractions shall determine that a thorough investigation of possible violations of NCAA legislation has been conducted. The investigation may be conducted by the enforcement staff and/or the institution, but the enforcement staff must agree that a complete and thorough investigation has been conducted and that the institution fully cooperated in the process. *(Adopted: 1/16/93)*

**32.7.1.2 Written Report.** The institution, involved individuals and the enforcement staff shall submit a written report setting forth: *(Adopted: 1/16/93)*

(a) The proposed findings of fact;

(b) A summary of information on which the proposed findings are based;

(c) A stipulation that the proposed findings are substantially correct and complete; *(Revised: 4/15/14)*

(d) The proposed findings that are violations of NCAA legislation; and

(e) A statement of unresolved issues that are not considered substantial enough to affect the outcome of the case.

**32.7.1.3 Proposed Penalties.** The institution and involved individuals shall submit proposed penalties within the guidelines set forth in the penalty structure for major violations specified in Bylaw 19.5.2. The institution and involved individuals also may submit a statement regarding mitigating factors. *(Adopted: 1/16/93)*

**32.7.1.4 Committee on Infractions Review.** The Committee on Infractions shall consider the case at a subsequent meeting. *(Adopted: 1/16/93, Revised: 4/15/14)*

**32.7.1.4.1 Acceptance of Proposed Findings and Penalties.** If the proposed findings and proposed penalties are accepted, the committee shall prepare a report of its decision, forward it to the institution and involved individuals and publicly announce the resolution of the case under the provisions of Bylaw 32.9. *(Adopted: 1/16/93, Revised: 4/15/14)*

**32.7.1.4.2 Proposed Findings Not Accepted.** If the committee does not accept the proposed findings, the hearing process set forth in Bylaws 32.8 and 32.9 shall be followed. *(Adopted: 1/16/93, Revised: 7/24/07, 4/15/14)*

**32.7.1.4.3 Proposed Penalties Not Accepted.** If the committee accepts the proposed findings but proposes penalties in addition to those set forth in the summary disposition report, the institution and/or involved individuals may request an expedited hearing on penalties before the Committee on Infractions. The institution and/or involved individuals may appear before the committee in person, by videoconference or other mode of distance communication, as the committee deems appropriate, to discuss the proposed additional penalties. The institution and/or the involved individual also have the option to provide a written submission in lieu of a hearing. The committee shall only consider information relevant to the prescription of penalties during the expedited hearing or written review. At the conclusion of the expedited hearing or written review, the committee shall prepare an infractions decision and provide notification of the committee's actions consistent with Bylaw 32.9. The institution and/or any involved individuals may appeal the additional penalties to the Infractions Appeals Committee in accordance with Bylaws 32.10 and 32.11. *(Adopted: 1/16/93, Revised: 7/24/07, 7/21/08, 10/17/11, 10/20/15)*

**32.7.1.4.4 Additional Information or Clarification.** The committee may contact jointly the institution, enforcement staff and involved individuals for additional information or clarification before accepting or rejecting the proposed findings. *(Revised: 6/11/07)*

**32.7.1.4.5 Authority to Amend Findings.** The committee has the authority to make editorial or nonsubstantive changes in the proposed findings as long as these changes do not affect the substance of the findings.

## 32.8 Committee on Infractions Hearings.

**32.8.1 Committee Authority.** The Committee on Infractions shall hold a hearing to determine the existence of the alleged violation of NCAA legislation and to prescribe any appropriate penalties. *(Adopted: 1/12/04, Revised: 4/15/14)*

**32.8.2 Determination of Hearing Date.** The Committee on Infractions shall set the dates and times for all hearings before the committee. The committee shall notify all relevant parties of the hearing date and site. *(Adopted: 1/12/04)*

**32.8.3 Limitations on Presentation of Staff Factual Information.** In major cases requiring an institutional hearing before the committee or when processing a case through means of a summary disposition, specific information and factual information developed by the staff related to alleged violations of NCAA legislation shall not be presented to the committee before the institution's appearance, except as provided in these procedures. *(Adopted: 1/12/04, Revised: 6/1/16)*

**32.8.4 Obligation to Provide Full Information.** At any appearance before the Committee on Infractions, the involved member institution, involved individuals and the enforcement staff, to the extent reasonably possible, have the obligation to ensure that the committee has benefit of full information concerning each allegation, whether such information corroborates or refutes an allegation. *(Adopted: 1/12/04)*

**32.8.5 Notification of Hearing Procedures.** An institution and involved individuals shall be advised in writing before an appearance before the committee of the general procedures to be followed during the hearing. Such notification shall contain a specific reference to Bylaw 32.8 and shall indicate that, as a general rule, the discussion during the hearing will follow the numbering of the allegations in the notice of allegations. *(Adopted: 1/12/04)*

**32.8.6 Appearance of Individuals at Hearings.**

**32.8.6.1 Request for Specific Individuals.** Institutional officials, staff members or enrolled student-athletes who are specifically requested to appear before the committee at a hearing are normally expected to appear in person and may be accompanied by personal legal counsel. The committee also may request that former institutional staff members appear at a hearing. Such individuals also are normally expected to appear in person and may be accompanied by personal legal counsel. In cases that involve a small number of contested issues or cases in which the contested issues are relatively uncomplicated, the institution and/or the involved individual may make a written request to appear before the committee by videoconference or other mode of distance communication as the Committee on Infractions may deem appropriate. The decision regarding the use of videoconferencing (or another mode of communication) rests with the Committee on Infractions. Failure to appear before the committee may result in a violation of this bylaw and a show-cause action by the committee. *(Revised: 10/17/11)*

**32.8.6.2 Attendance at Hearings.** At the time the institution appears before the committee, its representatives should include the institution's president or chancellor, the head coach of the sport in question, the institution's director of athletics, legal counsel, enrolled student-athletes whose eligibility could be affected by information presented at the hearing and any other representatives whose attendance has been requested by the committee. Additional individuals may be included among the institution's party only if specifically approved to be present by the committee. An individual who appears before the committee may appear with personal legal counsel. *(Revised: 1/12/04, 10/3/05, 4/15/14)*

**32.8.6.3 Exclusion of Individuals from Hearings.**

**32.8.6.3.1 Exclusions Requested by the Institution.** At the request of the institution, the committee may exclude an individual from certain portions of the hearing when matters to be discussed are not those in which the individual is at risk. When an individual is excluded from the hearing room for a period of time, it shall be with the understanding that matters discussed in the hearing during that time will not relate to that individual. *(Revised: 1/12/04)*

**32.8.6.3.2 Limited Attendance of Student-Athletes.** Any student-athlete (and personal legal counsel) included among the institution's representatives may attend the hearing only during the discussion of the allegations in which the student-athlete is involved.

**32.8.6.4 Representation of Member Conference.** The executive officer or other representative of a conference's executive office may attend a hearing involving a conference member. *(Revised: 4/25/03)*

**32.8.6.5 Prohibited Attendee.** A member of the Committee on Infractions or the Infractions Appeals Committee who is prohibited under the provisions of Bylaw 32.1.2 from participating in any NCAA proceedings may not attend a Committee on Infractions hearing involving the committee member's institution unless specifically requested by the committee to be present as a witness.

**32.8.6.6 Designation of Presentation Coordinators.** The chair shall request each institution appearing before the committee to select one person to coordinate institutional responses during the hearing. In addition, one individual from the enforcement staff will be responsible for coordinating the presentation of the enforcement staff.

**32.8.7 Hearing Procedures.** The exact procedure to be followed in the conduct of the hearing will be determined by the Committee on Infractions.

**32.8.7.1 Opening and Closing Statements.** At the outset of the hearing, a representative of the institution shall make an opening statement, followed by an opening statement from any involved individual and by a representative of the enforcement staff. The contents of such a statement should not relate to the substance of the specific items contained in the

notice of allegations. Statements concerning the nature or theory of the case are encouraged. An institutional representative and involved individuals also may make a closing statement at the conclusion of the hearing, followed by a closing statement by a representative of the enforcement staff. *(Revised: 1/12/04)*

**32.8.7.2 Staff Presentation.** During the hearing, the enforcement staff first shall present the information that its investigation developed.

**32.8.7.3 Institutional or Involved Individuals Presentation.** The member institution and involved individual then will present their explanation of the alleged violations and any other arguments or information deemed appropriate in the committee's consideration of the case. *(Revised: 1/12/04)*

**32.8.7.4 Type of Information.** Any oral or documentary information may be received, but the committee may exclude information that it determines to be irrelevant, immaterial or unduly repetitious.

    **32.8.7.4.1 Information from Confidential Sources.** In presenting information for consideration by the committee during a hearing, the enforcement staff shall present only information that can be attributed to individuals who are willing to be identified. Information obtained from individuals not wishing to be identified shall not be relied on by the committee in making conclusions of violations. Such confidential sources shall not be identified to either the Committee on Infractions or the institution. *(Revised: 4/15/14, 6/11/16)*

    **32.8.7.4.2 Information Concerning Mitigating Factors.** Institutional, conference and enforcement staff representatives and any involved individuals are encouraged to present all relevant information concerning mitigating or other factors that should be considered in arriving at appropriate penalties. *(Revised: 1/12/04)*

**32.8.7.5 Scope of Inquiry.** If an institution appears before the committee to discuss its response to the notice of allegations, the hearing shall be directed toward the allegations set forth in the notice of allegations but shall not preclude the committee from concluding that a violation occurred resulting from information developed or discussed during the hearing. *(Revised: 1/12/04, 4/15/14)*

**32.8.7.6 Committee Questioning.** The committee, at the discretion of any of its members, shall question representatives of the member institution or the enforcement staff, as well as any involved individuals or other persons appearing before it, in order to determine the facts of the case. *(Revised: 5/27/08, 4/15/14)*

**32.8.7.7 Recording of Proceedings.** The proceedings of hearings shall be recorded by a court reporter (unless otherwise agreed) and shall be recorded by the committee. No additional verbatim recording of these proceedings will be permitted by the Committee on Infractions. The Committee on Infractions shall maintain custody of the recordings and any transcriptions. In the event of an appeal, a transcript of the hearing proceedings shall be reproduced and submitted to the Infractions Appeals Committee and made available for review at the NCAA national office or through the secure website. (Note: Involved individuals will receive only those portions of the hearing transcriptions in which they were in attendance at the hearing.) *(Revised: 1/16/93, 1/12/04, 4/11/06)*

**32.8.8 Posthearing Committee Deliberations.** After all presentations have been made and the hearing has been concluded, the committee shall excuse all others from the hearing and deliberate in private.

**32.8.8.1 Request for New Information.** In arriving at its decision, the committee may request additional information from any source, including the institution, the enforcement staff or an involved individual. In the event that new information is requested from the institution, the enforcement staff or an involved individual to assist the committee, all parties will be afforded an opportunity to respond at the time such information is provided to the committee. *(Revised: 7/24/07, 4/15/14)*

**32.8.8.2 Request for Interpretation.** The Committee on Infractions may request that the NCAA academic and membership affairs staff provide an interpretation of applicable legislation based on facts submitted by the committee. If an interpretation is requested, the institution, involved individuals and the enforcement staff will be notified in writing of the interpretation request and the response. The institution may appeal the interpretation in accordance with Bylaw 9.4.1.2. *(Adopted: 10/4/18)*

**32.8.8.3 Basis of Decision.** The committee shall base its decision on information presented to it that it determines to be credible, persuasive and of a kind on which reasonably prudent persons rely in the conduct of serious affairs.

**32.8.8.4 Calculation of Penalty.** If the committee concludes that there has been a violation, it shall prescribe an appropriate penalty (see Bylaw 19.5); or it may recommend to the Management Council suspension or termination of membership in an appropriate case. Failure to fully implement the adopted and/or prescribed penalty may subject the institution, and/or an involved individual under a show-cause order, to further disciplinary action by the Committee on Infractions. *(Revised: 1/12/04, 4/11/11, 4/15/14)*

**32.8.8.5 Voting Requirements.** The conclusion of a violation or the prescription of a penalty or recommended action shall be by majority vote of the members of the committee present and voting. If fewer than five members are present, any committee action requires a favorable vote of at least three committee members. *(Revised: 10/12/94, 7/21/08)*

# 32.9 Notification of Committee Action.

**32.9.1 Infractions Decision.** The Committee on Infractions, without prior public announcement, shall be obligated to submit promptly an infractions decision to the president or chancellor of the institution (with copies to those individuals receiving copies of the notice of allegations) and to all involved individuals, as defined in Bylaw 31.4. The following procedures shall apply to the infractions decision: *(Revised: 1/12/04, 10/3/05, 1/11/08, 4/15/14)*

(a) After a hearing, the Committee on Infractions shall prepare and approve the final infractions decision; *(Revised: 10/12/94, 4/15/14)*

(b) The infractions decision(s) of the Committee on Infractions and the Infractions Appeals Committee shall contain a consolidated statement of all findings, conclusions and penalties, corrective actions, requirements and other conditions and obligations of membership prescribed on an institution found in violation of NCAA legislation. The statement of such actions shall include, but not be limited to, the penalties prescribed on the institution, eligibility rules to be applied, applicable executive regulations, the adjustment of individual and team standings in NCAA championship events and the request for the return of any awards and net receipts received for participation in an NCAA championship; and *(Revised: 10/12/94, 1/12/04, 1/11/08, 4/15/14)*

(c) The committee's infractions decision shall be sent electronically to the president or chancellor of the involved institution and any involved individuals under the chair's signature or under the signature of a committee member selected to act for the chair. In addition, the committee will notify all involved individuals directly of the appeal opportunities outlined in Bylaws 32.10 and 32.11. *(Revised: 10/12/94, 10/3/05, 1/11/08, 4/15/14)*

**32.9.2 Release to Media.** Once the infractions decision has been received by the institution and involved individuals, the decision, with names of individuals deleted, shall be made available to the national wire services and other media outlets. *(Revised: 1/11/08, 4/15/14)*

**32.9.2.1 Public Comment Before Release.** The committee's public announcement related to an infractions case shall be made available to the national wire services and other media outlets. In this regard, the involved institution and/or any involved individual shall be advised of the text of the announcement before its release and shall be requested not to comment publicly concerning the case before the time the NCAA public announcement is released. *(Revised: 1/12/04)*

**32.9.2.2 Public Announcement and Comment at Release.** The chair or a member of the Committee on Infractions shall make the committee's public announcement related to major infractions when the committee determines that an announcement is warranted in addition to distribution of the infractions decision. *(Adopted: 1/16/93)*

**32.9.3 Infractions Decision to Infractions Appeals Committee.** The Committee on Infractions shall forward a copy of the infractions decision, with names of individuals deleted, to the Infractions Appeals Committee at the time of the public announcement. *(Adopted: 1/11/08, Revised: 4/15/14)*

# 32.10 Appeal Procedure.

**32.10.1 Notice of Intent to Appeal.** A notice of intent to appeal must be presented in writing to the Infractions Appeals Committee not later than 15 calendar days from the date of the public release of the Committee on Infractions' public infractions decision. The notice of intent to appeal shall contain a statement identifying the date of the public release of the committee's infractions decision and a statement indicating whether the appealing party desires to submit its appeal in writing only or requests an in-person appeal oral argument before the Infractions Appeals Committee. *(Revised: 1/16/93, 1/10/95, 4/26/95, 1/12/04, 1/11/08, 7/26/11, 4/15/14)*

**32.10.1.1 Appeal by Institution.** The institution may appeal the Committee on Infractions' findings of fact, conclusions, penalties, corrective actions, requirements and/or other conditions and obligations of membership prescribed for violations of NCAA legislation. An institution may not request an in-person appeal oral argument before the Infractions Appeals Committee unless the institution has made an in-person appearance before the Committee on Infractions. *(Adopted: 1/11/08, Revised: 7/26/11, 4/15/14)*

**32.10.1.2 Appeal by Involved Individual.** An involved individual may appeal the Committee on Infractions' findings of fact, conclusions and/or a show-cause order prescribed for violations in which they are named. An involved individual may not request an in-person oral argument before the Infractions Appeals Committee unless the involved individual has made an in-person appearance before the Committee on Infractions. The notice of the appeal must state whether the individual is employed at an NCAA institution (regardless of division). Further, if the individual's employment changes during the course of the appellate process (from the time of the submission of the notice of appeal through the release of the

final Infractions Appeals Committee report), the individual must notify the Infractions Appeals Committee of the change, including the identity of the new employer. *(Adopted: 1/11/08, Revised: 7/26/11, 10/17/11, 4/15/14, 4/20/21)*

**32.10.2 Committee on Infractions' Response to an Appeal.** The Committee on Infractions shall submit a response to the Infractions Appeals Committee on each case that has been appealed. This response shall include: *(Revised: 1/16/93, 10/12/94, 1/14/02, 4/25/03)*

(a) The issues raised in the appeal; and *(Adopted: 1/14/02, Revised: 10/20/20)*

(b) The committee's response to the issues raised. *(Adopted: 1/14/02, Revised: 10/20/20)*

**32.10.3 Enforcement Staff Information.** The enforcement staff may provide written information to the Infractions Appeals Committee regarding perceived new information, errors, misstatements and omissions relating to the written appeal, Committee on Infractions' response and/or rebuttal documents, as long as any such written information is received by the Infractions Appeals Committee not later than 10 calendar days from notification from the Infractions Appeals Committee of whether rebuttal materials have been submitted as established under the policies and procedures of the Infractions Appeals Committee. *(Adopted: 1/11/08, Revised: 4/15/09)*

**32.10.4 Basis for Granting an Appeal.**

**32.10.4.1 Penalties.** A penalty prescribed by the Committee on Infractions shall not be set aside on appeal except on a showing by the appeal party that the penalty is excessive such that it constitutes an abuse of discretion. *(Adopted: 1/8/08, Revised: 4/15/14)*

**32.10.4.2 Conclusions.** Conclusions of violations made by the Committee on Infractions shall not be set aside on appeal, except on a showing by the appealing party that: *(Adopted: 1/11/08, Revised: 4/15/14)*

(a) A conclusion is clearly contrary to the information presented to the committee; *(Revised: 4/15/14, 6/1/16)*

(b) The facts found by the Committee on Infractions do not constitute a violation of the Association's legislation; or

(c) There was a procedural error and but for the error, the Committee on Infractions would not have made the conclusion of a violation. *(Revised: 4/15/14)*

**32.10.5 New Information.** In making a determination pursuant to Bylaw 32.10.4, the Infractions Appeals Committee shall consider only the information contained in the record(s) of proceedings before the Committee on Infractions and the record on appeal. If an institution or individual seeks to introduce information during the appeals process that was not presented to the Committee on Infractions for its consideration, the Infractions Appeals Committee shall: *(Adopted: 1/6/96, Revised: 1/11/08)*

(a) Determine whether the information is "new information" per Bylaw 19.02.3. If the Infractions Appeals Committee determines that the information meets the definition of "new information" per Bylaw 19.02.3, the Infractions Appeals Committee, after input from a Committee on Infractions' designee, shall determine whether the "new information" could have materially affected any decision made by the Committee on Infractions, and if so, the case shall be referred back to the Committee on Infractions for its review. If the information does not meet the definition of "new information" per Bylaw 19.02.3 or if the "new information" would not have materially affected a decision made by the Committee on Infractions, the information shall not be included in the record on appeal and shall not be considered by the Infractions Appeals Committee; and *(Adopted: 1/11/08, Revised: 6/1/16)*

(b) Provide written notice to all parties regarding all decisions made pursuant to Bylaw 32.10.5-(a). *(Adopted: 1/11/08)*

**32.10.6 Determination of Appeal Procedures.** The specific procedures to be followed during the written appeals process will be determined by the Infractions Appeals Committee. *(Adopted: 1/11/08)*

# 32.11 Appeal Oral Argument.

**32.11.1 Appeal Oral Argument Procedures.** An institution or involved individual may appeal the Committee on Infractions' findings of fact, conclusions, penalties, corrective actions, requirements and other conditions and obligations of membership prescribed by the Committee on Infractions for violations of NCAA legislation. Should one or more of the parties request an appeal oral argument, it will be conducted according to the following procedures: *(Revised: 1/16/93, 1/10/95, 1/12/04, 1/11/08, 7/26/11, 4/15/14)*

(a) Consistent with the requirements of Bylaw 32.10.1, if the institution and/or involved individual elects to be represented in person before the Infractions Appeals Committee, the institution and/or involved individual shall be permitted a reasonable time to make its oral presentation to supplement the written appeal. The coordinator of appeals or another member of the Committee on Infractions then shall be permitted a reasonable time to make its oral presentation. The period of time for the presentation by the institution, involved individual and the Committee on Infractions shall be left to the discretion of the chair of the Infractions Appeals Committee; *(Revised: 1/10/95, 1/12/04, 1/11/08)*

(b) The enforcement staff may elect to be represented in person by a maximum of three persons and may participate during the appeal oral argument. Any participation by the enforcement staff shall be limited to the opportunity to provide information regarding perceived new information, errors, misstatements and omissions; *(Adopted: 1/11/08, Revised: 7/26/11, 4/15/14)*

(c) If an institution or involved individual appeared before the Committee on Infractions but waived the right to appeal, the institution or involved individual may elect to be present in person and/or by counsel, by a maximum of three persons, as a silent observer during the appeal oral argument before the Infractions Appeals Committee; *(Adopted: 1/11/08, Revised: 7/26/11, 4/15/14)*

(d) If the institution or involved individual elects to appeal in writing only, the Committee on Infractions' written response specific to that written appeal shall be considered without an in-person appearance by a Committee on Infractions representative; and *(Revised: 1/11/08)*

(e) Consistent with Bylaw 32.10.2, the Infractions Appeals Committee then shall act on the institution's and/or involved individual's appeal, by majority vote of the members of the Infractions Appeals Committee present and voting, and may affirm, reverse or vacate and remand the Committee on Infractions' conclusions of violations, and/or prescribed penalties, corrective actions, requirements and/or other conditions and obligations of membership prescribed for violations of NCAA legislation. *(Revised: 8/2/91, 1/10/95, 1/6/96, 1/12/04, 1/8/08, 4/15/14)*

**32.11.2 Consideration by Infractions Appeals Committee.** The Infractions Appeals Committee shall consider the statements and information presented and, at the discretion of any of its members, may question representatives of the institution, the Committee on Infractions or enforcement staff, as well as any other persons appearing before it, in order to determine the issues related to the appeal. Further, under the direction of the Infractions Appeals Committee, questions and information may be exchanged between and among those individuals present and participating in the appeal oral argument. *(Revised: 1/16/93, 1/10/95, 1/12/04, 1/11/08, 7/26/11, 4/15/14, 6/1/16)*

**32.11.3 Infractions Appeals Committee -- Determination of Appeal Oral Argument Procedures.** The procedure to be followed in the conduct of the appeal oral argument will be determined by the Infractions Appeals Committee but shall be consistent with the operating policies and procedures that apply to hearings conducted by the Committee on Infractions. *(Revised: 1/16/93, 1/10/95, 1/12/04, 1/11/08, 7/26/11, 4/15/14)*

**32.11.4 Decision Final.** Any decision in an infractions case by the Infractions Appeals Committee shall be considered final. *(Revised: 1/16/93, 1/10/95, 1/12/04)*

**32.11.5 No Further Review.** Findings of fact and conclusions of violations arrived at in the foregoing manner by the Committee on Infractions or by the Infractions Appeals Committee, on appeal, shall be final, binding and conclusive and shall not be subject to further review by the Management Council or any other authority. *(Revised: 1/16/93, 1/10/95, 1/12/04, 4/15/14)*

## FIGURE 32-1
### Processing of a Typical NCAA Infractions Appeals Case

Institution (or involved individual) indicates it will appeal certain findings or penalties to NCAA Infractions Appeals Committee by submitting written notice of appeal to Infractions Appeals Committee not later than 15 calendar days from the date of the public release of the Committee on Infractions' report.

↓

Infractions Appeals Committee acknowledges receipt of timely appeal. Institution (or involved individual) is provided a 30-day period to submit response in support of appeal.

↓

After receiving institution's (and/or involved individual's) response, the Committee on Infractions is provided a 30-day period to submit response to the institution's (or involved individual's) written appeal.

↓

Institution (and/or involved individual) is provided 14 days to provide a rebuttal to Committee on Infractions' response. Enforcement staff may provide written information not later than 10 days from the rebuttal deadline.

↓

Infractions Appeals Committee reviews the institution's (and/or involved individual's) appeal and the Committee on Infractions' response. This review is completed either through a hearing or on the written record. Hearings include representatives on behalf of the institution, involved individual(s), Committee on Infractions and enforcement staff representatives.

↓

Infractions Appeals Committee decision is announced.