## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF
## GEORGIA ATLANTA DIVISION

RILEY GAINES, *et al.*

  *Plaintiffs*,

v.

NATIONAL COLLEGIATE
ATHLETIC ASSOCIATION, *et al.*,

  *Defendants*.

Civil Action No.
1:24-cv-1109-MHC

## DEFENDANT GEORGIA TECH ATHLETICS ASSOCIATION'S (GTAA) MOTION TO DISMISS

For the reasons set forth in the attached brief in support, Defendant Georgia Tech Athletics Association (Defendant or GTAA) moves to dismiss Plaintiffs' Corrected Second Amended Complaint, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: November 15, 2024                Respectfully submitted,

**SCHNEIDER EDUCATION AND EMPLOYMENT LAW PLLC**

*/s/ Scott D. Schneider*
Scott D. Schneider*
4301 W. William Cannon Drive,
Suite B-150, PMB 105,
Austin, Texas 78749

**ROBBINS ALLOY BELINFANTE LITTLEFIELD, LLC**

| | |
|---|---|
| Josh Belinfante | 047399 |
| Vincent R. Russo | 242628 |
| Edward A. Bedard | 926148 |
| Javier Pico Prats | 664717 |
| Anna Edmondson | 289667 |

500 14th St. NW
Atlanta, GA 30318
T: (678) 701-9381
E: jbelinfante@robbinsfirm.com
   vrusso@robbinsfirm.com
   ebedard@robbinsfirm.com
   jpicoprats@robbinsfirm.com
   aedmondson@robbinsfirm.com

**ATTORNEYS FOR DEFENDANT GTAA**

## LOCAL RULE 7.1(D) CERTIFICATION

I certify that Defendant's Motion to Dismiss has been prepared with one of the font and point selections approved by the Court in Local Rule  5.1. Specifically, this document has been prepared using 14-pt Times New Roman font and type.

*/s/ Scott D. Schneider*