# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RILEY GAINES, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, *et al.*,<br><br>*Defendants*. | No. 1:24-cv-01109-MHC |

### [PROPOSED] ORDER ON MOTION OF NATIONAL WOMEN'S LAW CENTER FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE

Having read and considered the motion ("Motion") of the National Women's Law Center ("NWLC") for leave to file an amicus curiae brief in support of Defendants' motions to dismiss Plaintiffs' Second Amended Complaint ("Motion"), it is hereby **ORDERED** that NWLC's Motion is **GRANTED**. It is further **ORDERED** that NWLC's brief is deemed filed as of the date of the filing of its Motion.

**SO ORDERED** this _____ day of _____, 2024.

_____
Hon. Mark H. Cohen
United States District Judge