IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RILEY GAINES, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.,<br><br>  Defendants. | CIVIL ACTION NO.<br>1:24-cv-01109-TRJ |

### ORDER

This case is before the Court on the National Women's Law Center's ("NWLC") Motion for Leave to File Brief As Amicus Curiae. On November 15, 2024, the NWLC filed a motion for leave to file an amicus curiae brief in support of Defendants' pending motion to dismiss Plaintiffs' Second Amended Complaint. (Doc. 104). No parties filed a response in opposition to the NWLC's motion. Accordingly, upon review and consideration, the NWLC's Motion for Leave to File Brief As Amicus Curiae (Doc. 104) is **GRANTED**. The NWLC is **DIRECTED** to file its amicus curiae brief on the docket by **February 5, 2025.**

SO ORDERED, this 31st day of January, 2025.

_____
TIFFANY R. JOHNSON
United States District Judge