IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RILEY GAINES, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, *et al.*,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:24-cv-01109-TRJ |

### ORDER

On July 3, 2025, the State Defendants filed a Notice of Supplemental Authority which informed the Court that the "Riley Gaines Act of 2025" became effective law on July 1, 2025, and that the Act is relevant to Plaintiffs' claims in this case. (Doc. 125 at 2). In light of this notice and other developments since the filing of this litigation, Plaintiffs are **ORDERED** to file supplemental briefing by **July 21, 2025**, specifically addressing whether any claims are mooted or otherwise impacted by the following: 1) the NCAA's change in its policy regarding participation of transgender student-athletes effective February 6, 2025, 2) the July 1, 2025 Resolution Agreement between the Department of Education and the University of Pennsylvania regarding the restoration of certain UPenn Division I swimming records, and 3) the Riley Gaines Act of 2025 that was signed into law on April 28, 2025. All Defendants are **ORDERED** to file a response to Plaintiffs' supplemental briefing by **August 4, 2025**. No reply briefs shall be permitted.

Given the supplemental briefing schedule, the hearing on Defendants' motions

to dismiss previously noticed for July 22, 2025 at 10:00 AM is **CANCELED**. Upon review of the supplemental briefing and responses thereto, the Court will reschedule the hearing at a later date, if necessary.

SO ORDERED, this 7th day of July, 2025.

_____
TIFFANY R. JOHNSON
United States District Judge