IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RILEY GAINES, *et al.*  )  <br> ) <br> Plaintiffs,  ) <br> ) <br> v.  ) <br> ) <br> NATIONAL COLLEGIATE  ) <br> ATHLETIC ASSOCIATION, *et al.*  ) <br> ) <br> Defendants.  ) | Case No. 1:24-cv-01109-TRJ |

## ORDER GRANTING UNOPPOSED MOTION TO TERMINATE PSEUDONYM PLAINTIFF PROTECTIVE ORDER AS TO TRACK ATHLETE A ONLY

Plaintiffs having filed their Unopposed Motion to Terminate Pseudonym Plaintiff Protective Order as to Track Athlete A Only in the above-entitled cause, and the Court, having been duly advised in the premises, finds that the Motion should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the protections in the Pseudonym Plaintiff Protective Order [Doc. 84] are hereby TERMINATED as to Track Athlete A only. Nothing in this Order shall be construed to terminate or modify any protections for Swimmer A in the Pseudonym Plaintiff Protective Order.

The Court further ORDERS that the unredacted declarations filed at Doc. 60-2 and Doc. 72-2 of Track Athlete A shall be unsealed and that the unredacted declaration of Track Athlete A filed on July 28, 2025, shall be unsealed.

The Court further ORDERS that the party information for this case be updated on the public docket to indicate Caroline Hill is the name of Track Athlete A.

Dated: _____, 2025

                                                                                   Tiffany R. Johnson
                                                                                    Judge
                                                                                    Northern District of Georgia

**Distribution via ECF to all counsel of record.**