# EXHIBIT 1

NCAA.org



NCAA announces transgender student-athlete participation policy change
Media Center
Posted: 2/6/2025 3:11:00 PM

*Men's category open to all eligible student-athletes, women's category restricted to student-athletes assigned female at birth, schools directed to foster welcoming environments on all campuses.*

Today, the NCAA announced the Board of Governors voted to update the Association's participation policy for transgender student-athletes following the Trump administration's executive order. The new policy limits competition in women's sports to student-athletes assigned female at birth only. The policy permits student-athletes assigned male at birth to practice with women's teams and receive benefits such as medical care while practicing. This policy is effective immediately and applies to all student-athletes regardless of previous eligibility reviews under the NCAA's prior transgender participation policy.

"The NCAA is an organization made up of 1,100 colleges and universities in all 50 states that collectively enroll more than 530,000 student-athletes. We strongly believe that clear, consistent, and uniform eligibility standards would best serve today's student-athletes instead of a patchwork of conflicting state laws and court decisions. To that end, President Trump's order provides a clear, national standard," NCAA President Charlie Baker said.

The Board of Governors also directed staff to help all member schools foster respectful and inclusive collegiate athletic cultures. Following student-athlete leadership direction, the NCAA recently updated its Mental Health Best Practices. The NCAA requires all schools to make mental health services and resources available to all student-athletes consistent with the Mental Health Best Practices.

"The updated policy combined with these resources follows through on the NCAA's constitutional commitment to deliver intercollegiate athletics competition and to protect, support and enhance the mental and physical health of student-athletes," Baker said. "This national standard brings much needed clarity as we modernize college sports for today's student-athletes." Visit ncaa.org for more on the NCAA's mental health initiatives and resources to support respectful and inclusive collegiate athletic cultures.

Learn more about the NCAA's mental health initiatives and resources to support respectful and inclusive collegiate athletic cultures.

**More about the updated participation policy for transgender student-athletes:**

**NCAA men's sports:**

Regardless of sex assigned at birth or gender identity, a student-athlete may participate (practice and competition) in NCAA men's sports, assuming they meet all other NCAA eligibility requirements.

*Student-athletes taking a banned substance (e.g., testosterone) must complete the medical exception process.

**NCAA women's sports:**

A student-athlete assigned male at birth may not compete for an NCAA women's team.

A student-athlete assigned male at birth may practice on an NCAA women's team and receive all other benefits applicable to student-athletes. Division I leadership is planning to adopt roster limits in place of scholarship limits and new practice squad policies are still in development.

A student-athlete assigned female at birth who has begun hormone therapy (e.g., testosterone) may not compete on a women's team. If such competition occurs, the team will be subject to NCAA mixed-team legislation, and the team will no longer be eligible for NCAA women's championships.

A student-athlete assigned female at birth who has begun hormone therapy (e.g., testosterone) may continue practicing with a women's team and receive all other benefits applicable to student-athletes.

Individual schools have the autonomy to determine athletics participation on their campuses.

NCAA schools are subject to local, state and federal legislation and such policy supersedes the rules of the NCAA.

Sports with mixed men's and women's NCAA championships are exempt from this policy (e.g., rifle).

Copyright ©2025 NCAA.org