# EXHIBIT 3



# NCAA Drug-Testing Manual | 2025-26



## BANNED SUBSTANCE CLASSES:

Stimulants
Anabolic Agents
Beta Blockers
 (banned for rifle and golf)
Diuretics/Masking Agents
Narcotics
Peptide Hormones, Growth Factors, Related Substances and Mimetics
Hormone and Metabolic Modulators
Beta-2 Agonists

**Go to ncaa.org/drugtesting for examples\* under each class.**

*\*Any substance that is chemically/pharmacologically related to any of the classes above, even if it is not listed as an example, is also banned. Schools should review and discuss use of prescription/OTC medications.*

## NUTRITIONAL/DIETARY SUPPLEMENT AND MEDICATION WARNING:

- Nutritional/dietary supplements, including vitamins and minerals, are not well regulated and may cause a positive drug-test result.

- Student-athletes have tested positive and lost their eligibility using nutritional/dietary supplements.

- Many nutritional/dietary supplements are contaminated with banned drugs not listed on the label.

- Any product containing a nutritional/dietary supplement ingredient is taken at the student-athlete's own risk.

**QUESTIONS ABOUT MEDICINES AND SUPPLEMENTS?**
**816-474-7321 or axis.drugfreesport.com** *(access code: ncaa1, ncaa2 or ncaa3)*



# Contents

**Chapter I —** NCAA Banned Substances ............................................................................................... 2

**Chapter II —** Medical Exceptions Procedures ................................................................................... 3

**Chapter III —** Drug Education Guidelines ......................................................................................... 4

**Chapter IV —** NCAA Drug-Testing Procedures ................................................................................. 5

    1. Banned Substances ................................................................................................................... 6

    2. Drug-Testing Administration .................................................................................................. 6

    3. Causes for Loss of Eligibility .................................................................................................. 6

    4. Drug-Testing Selections ........................................................................................................... 7

    5. Drug-Testing Notifications ...................................................................................................... 8

    6. Specimen Collection Procedures ........................................................................................... 9

    7. Chain of Custody .....................................................................................................................10

    8. Laboratory Procedures, Notification of Results and Appeal Process ..........................11

    9. Restoration of Eligibility .......................................................................................................13

**Chapter V —** Institutional Drug Testing ............................................................................................14

**Article 10.2 —** Knowledge of Use of Banned Substances ............................................................14



© Copyright 2025 National Collegiate Athletic Association

This resource is designed for athletics department staff at NCAA member schools with student-athlete drug-testing responsibilities. The Drug-Testing Manual is reviewed annually by the Committee on Competitive Safeguards and Medical Aspects of Sports.

NCAA is a trademark of the National Collegiate Athletic Association.
All other licenses or trademarks are property of their respective holders.

CHAPTER I

# 2025-26 NCAA Banned Substances

Highlighted text throughout the document indicates further clarification or new information.

## The NCAA bans the following classes of substances:

a. Stimulants.
b. Anabolic agents.
c. Beta blockers (banned for rifle and golf).
d. Diuretics and other masking agents.
e. Narcotics.
f. Peptide hormones, growth factors, related substances and mimetics.
g. Hormone and metabolic modulators.
h. Beta-2 agonists.

*NOTE: This is not a complete or exhaustive list. Any substance that is chemically/pharmacologically related to these classes is also banned. The school and the student-athlete shall be held accountable for all drugs within the banned-substance class regardless of whether they have been specifically identified. Examples of substances under each class can be found at **ncaa.org/drugtesting**. There is no complete list of banned substances.*

## Substances and Methods Subject to Restrictions:

- Blood and gene doping.
- Local anesthetics (permitted under some conditions).
- Manipulation of urine samples.
- Tampering of urine samples.
- Beta-2 agonists (permitted only by inhalation with prescription).

## Nutritional/Dietary Supplements

When considering use of any nutritional/dietary supplement product, first review the product and its label with your athletics department staff.

- Nutritional/dietary supplements, including vitamins and minerals, are not well regulated and may cause a positive drug test.
- Student-athletes have tested positive and lost their eligibility using nutritional/dietary supplements.
- Many nutritional/dietary supplements are contaminated with banned drugs not listed on the label.
- All nutritional/dietary supplements are taken at the student-athlete's own risk.

Athletics department staff should consider providing guidance to student-athletes about nutritional/dietary supplement use and the importance of having supplement products checked by appropriate staff members before consuming. The NCAA subscribes only to Drug Free Sport AXIS™ for authoritative review of label ingredients in medications and nutritional/dietary supplements.

Contact Drug Free Sport AXIS at 816-474-7321 or
**axis.drugfreesport.com**
(access code: ncaa1, ncaa2 or ncaa3).



*Many nutritional/dietary supplements are contaminated with banned drugs not listed on the label.*

CHAPTER II

# Medical Exceptions Procedures

The NCAA recognizes that some banned substances are used for legitimate medical purposes. Accordingly, the NCAA allows exceptions to be made for those student-athletes with a documented medical history that demonstrates the banned substance is needed as part of an approved medical treatment or therapy plan.

## Exceptions may be granted for the following classes of banned substances:
- Stimulants
- Anabolic agents
- Beta blockers
- Diuretics
- Narcotics
- Peptide hormones, growth factors, related substances and mimetics
- Hormone and metabolic modulators
- Beta-2 agonists

## Procedures for Requesting a Medical Exception

Student-athletes are encouraged to explore and discuss the availability and appropriateness of alternative non-banned medications and therapies with their medical providers before an exception is requested by the school.

The NCAA will inform the director of athletics regarding the outcome of the exception request. In the event the exception connected to a positive test result is not granted, the school may appeal this action according to section 8.0 of the drug-testing protocol.

## Requesting a Medical Exception Pre-Approval (MEPA) for Anabolic Agents, Hormone and Metabolic Modulators, or Peptide Hormones, Growth Factors, Related Substances and Mimetics

Use of medications in banned drug classes requiring preapproval must be granted by the NCAA before the student-athlete is allowed to participate (e.g., practice or competition) while taking these medications. The school should submit the NCAA Medical Exception Documentation Reporting Form (located at ncaa.org/drugtesting) to the NCAA along with medical documentation from the prescribing physician supporting the diagnosis and treatment. The documentation should contain information as to the diagnosis (including appropriate verification of the diagnosis) and medical history. The NCAA requires that schools submit preapproval and continued use medical exceptions requests through the NCAA Requests/Self-Reports Online (RSRO) system.

Requests for exceptions will be reviewed by the medical panel of the NCAA Committee on Competitive Safeguards and Medical Aspects of Sports (CSMAS). If additional documentation is requested by the medical panel, the school must provide the additional document(s) within 90 calendar days of the request.

## Requesting a Medical Exception After a Positive Drug Test

The school may request an exception at the time of notification of the positive drug test (sample A) by submitting documentation to the NCAA-designated drug-testing agency. The school has two business days to notify the NCAA-designated drug-testing agency of their intent to pursue a medical exception or submit the required medical documentation.

If the school fails to provide all medical documentation (including a prescription that would have been active as of the test date) to the NCAA-designated drug-testing agency before sample B is reported as positive to the school, the school will be required to withhold the student-athlete from competition until such time as the documentation is received and reviewed, and a decision is rendered. If additional documentation is requested by the medical panel, the school must provide the additional document(s) within 90 calendar days of the request.

### CHAPTER III

# Drug Education Guidelines

The NCAA is committed to supporting membership efforts to prevent drug and alcohol abuse. NCAA Bylaws 12 (Division I) and 14 (Divisions II and III) require the director of athletics or their designee to disseminate an annual list of banned drug classes to all student-athletes, including student-athletes who transfer mid-year, and to educate them about products that might contain banned substances. Schools should consider providing the same kind of education to athletics administrators, coaches, compliance officers and sports medicine personnel. Campus colleagues working in alcohol- and other drug-prevention programs may provide additional support for athletics department efforts.

The NCAA provides resources that outline recommended approaches and evidence-based resources that may help athletics administrators address alcohol, cannabis, prescription drug misuse and more.

The following considerations provide a sample drug-education framework that can help member schools conduct adequate drug education for their student-athletes.

## Start of Academic Year:
- Discuss and review with student-athletes their use of prescribed and/or over-the-counter medications.
- Ensure that student-athletes sign drug-testing consent and other NCAA-required annual compliance forms.
- Provide student-athletes with a copy of the written drug-testing policies as outlined above.
- Verbally explain all relevant drug-testing policies with student-athletes and staff:
  - NCAA banned-substance classes and a reminder that all related compounds under each class are banned, regardless of whether they are listed as an example.
  - NCAA drug-testing policies and consequences for testing positive, including failure to show, manipulation or tampering with a urine sample.
  - Warnings related to the risks of using nutritional/dietary supplements.
  - NCAA tobacco use banned during practice and competition (Divisions II and III only).
  - Conference and institutional drug-testing program policies as applicable.
  - Alcohol, cannabis, tobacco and other recreational substance use policies and institutional sanctions for violations, as applicable.

**Suggested Guidelines for Student-Athlete Drug Education:**
- Develop and update written policies that address alcohol, cannabis, tobacco and other recreational substances inclusive of, among other topics (see **Education**):
  - Drug testing.
  - Usage disclosures (e.g., prescription medication).
  - Discipline.
  - Counseling or treatment options.
  - The fact that nutritional/dietary supplements are not well regulated, that use may result in a positive test and they are taken at the student-athlete's risk.
  - The importance of consulting with athletics department staff prior to taking any nutritional/dietary supplement.
- Review NCAA, conference and institutional drug-testing program policies and incorporate necessary updates into department materials.
- Include the NCAA list of banned-substance classes and NCAA written policies as part of the student-athlete handbook or related materials.
- Identify NCAA, conference and institutional rules regarding the use of alcohol, cannabis, tobacco and narcotics, performance-enhancing substances and nutritional/dietary supplements, and consequences for violating rules as part of student-athlete educational materials.
- Display posters and other NCAA, conference and institutional educational materials in high-traffic areas.
- Repeat the verbal messaging delivered at the start of the academic year at the start of each academic term and periodically during team meetings throughout the year to reinforce messaging and underscore accessibility of information for all student-athletes.
- Provide student-athletes with access to supplemental drug-education materials and opportunities including those resources provided at **ncaa.org/drugtesting**.



*NCAA legislation requires schools to educate student-athletes about banned substances and the products that may contain them.*

CHAPTER IV

# NCAA Drug-Testing Procedures

Since 1986, NCAA schools have affirmed their dedication to the ideal of fair and equitable intercollegiate competition at their championships and postseason football games through their support of the NCAA drug-testing program. To facilitate the protection of competing student-athletes — specifically, so that no one participant might have an artificially induced advantage or feel pressured to use substances or methods to gain an unfair competitive advantage — the NCAA drug-testing program was created. This program provides for year-round, championships and postseason football games drug testing.

All NCAA member schools are subject to NCAA drug testing. The NCAA drug-testing program involves urine collection and laboratory analyses for substances on a list of banned-substance classes. This list consists of substance classes generally purported to be performance enhancing and/or potentially harmful to the health and safety of the student-athlete. Notably:

- Student-athletes are held responsible for their use of all banned substances at all times.
- While the NCAA may test for any banned substance at any time, it will generally test for anabolic agents, hormone and metabolic modulators, diuretics and masking agents, peptide hormones, growth factors and related substances and mimetics during the year-round testing program. In championships and postseason football games, the NCAA also will include testing for beta-2 agonists, beta blockers (in rifle and golf), stimulants and narcotics.
- Other testing occasions, such as reinstatement tests, follow-up tests and breach of protocol, may include testing for all banned-substance classes.



*Student-athletes are held responsible for their use of all banned substances at all times.*

# NCAA DRUG-TESTING PROGRAM PROTOCOL 2025-26

## 1.0. Banned Substances

**1.1.** The NCAA bans substances by class. Related compounds are included in the class due to their pharmacological action and/or chemical structure. No substance in a banned-substance class may be used regardless of whether it is specifically listed as an example, unless specifically exempted.

**1.1.1.** The definition of positive for the following substances is based on the potential for creating a pharmacologic advantage: for caffeine, if the concentration in urine is 15 micrograms/ml or greater; for GW1516, if the concentration in urine is 0.1 ng/ml or greater; for testosterone, if the administration of testosterone or use of any other substance or manipulation has the result of increasing testosterone, or the ratio of testosterone to epitestosterone, or results in an adverse finding in confirmation testing.

**1.1.2.** Evidence of the presence of a banned substance and/or metabolite in a student-athlete's urine will be determined by an NCAA-designated WADA-accredited laboratory for the analysis of human doping control samples.

**1.2.** The current NCAA list of banned-substance classes is available in Chapter 1 of this resource and at ncaa.org/drugtesting. In addition, other substances may be screened to gather data for making decisions as to whether additional substances should be added to the list of banned-substance classes.

## 2.0. Drug-Testing Administration

**2.1.** The NCAA Board of Governors has final authority over the procedures and implementation of the NCAA drug-testing program.

**2.2.** CSMAS will recommend policies and procedures to the Board of Governors and will conduct drug-testing appeals.

**2.2.1.** The drug-test appeal panel may call upon CSMAS members, experts and/or stakeholders for consultation and input during an appeal.

**2.3.** The NCAA president or their designee will approve any contracts between the NCAA and an independent drug-testing agency. The current NCAA-designated drug-testing agency is Drug Free Sport International. The NCAA-designated drug-testing agency will support, coordinate and be responsible for the general administration of the drug-testing program, including the designation, training and certification of doping control officers (DCO), determination of drug-testing sites and contracting with NCAA-designated drug-testing laboratories.

**2.3.1.** DCOs may not participate in testing at a school at which they are employed.

**2.3.2.** Any drug-testing laboratory(ies) will be required to demonstrate, to the satisfaction of CSMAS, proficiency in detection and confirmation of NCAA banned substances.

**2.4.** The host school for an NCAA championship or the schools involved in a year-round testing event will designate an individual to serve as drug-testing site coordinator.

**2.4.1.** A drug-testing site coordinator at an NCAA championship may not concurrently serve in any other capacity during drug testing (e.g., director of medical coverage).

**2.5.** Specimen collection by organizations other than those authorized by the NCAA is not allowed at NCAA drug-testing events and postseason football games.

**2.5.1.** Any individual or school that requests drug testing outside of NCAA prescribed testing, (e.g., in order to certify world and national records) will be responsible for covering the costs and expenses related to such testing.

## 3.0. Causes for Loss of Eligibility

**3.1.** As required in NCAA legislation, each academic year, each member school shall administer the consent form to its student-athletes (including partial qualifiers and non-qualifiers) and each student-athlete shall sign a drug-testing consent form in which the student-athlete consents to be tested for substances banned by the NCAA. Failure to complete and sign the consent form as required shall result in the student-athlete's ineligibility for participation in practice and competition in all intercollegiate athletics. The drug-testing consent form remains in effect until a subsequent form is executed.

**3.2.** Student-athletes who test positive for a banned substance, or who breach NCAA testing protocol requirements, are subject to loss of eligibility. These student-athletes may be subject to additional testing for all NCAA banned substances by the NCAA at any time. Drug-testing penalties are legislated under NCAA bylaws.



**3.3.** Breach of Protocol. A student-athlete will be considered to be in breach of protocol and treated as if they tested positive for a banned substance other than narcotics if the student-athlete:
- Fails to arrive at the collection station without legitimate justification as determined by the NCAA-designated drug-testing agency;
- Fails to provide a urine specimen according to collection procedures;
- Leaves the collection station without authorization from the DCO before providing a specimen according to protocol; or
- Attempts to alter the integrity of the collection process.
- A breach of protocol will be documented by the DCO.

**3.4.** Tampering. Where it is identified by the NCAA or its designated drug-testing agency that a student-athlete was involved in tampering (e.g., urine substitution or related methods) with an NCAA drug-test sample, and the incident is supported by student-athlete admission, clear observation or other highly irrefutable evidence, the student-athlete shall be charged with the loss of eligibility per NCAA legislation.

## 4.0. Drug-Testing Selections

**4.1.** The NCAA drug-testing plan will be reviewed by CSMAS at least once annually. The selection of championship events at which drug testing will occur shall be determined by the Board of Governors or the president/NCAA chief medical officer acting on behalf of the Board of Governors.

**4.2.** Upon a published or official report involving conviction for possession or distribution of banned substances by a student-athlete, coach or athletics staff, or those closely associated with the athletics program, or in the event multiple student-athletes from a single program have tested positive at an NCAA testing event, the NCAA may elect to test any student-athlete from that school for all banned substances.

*Failure to complete and sign the consent form as required shall result in the student-athlete's ineligibility for participation in practice and competition in all intercollegiate athletics.*

**4.3.** Student-athletes who have tested positive, have an atypical result or provided multiple dilute samples at a testing event may be tested at any time, including, but not limited to, a championship or postseason football game at which they appear and at which drug testing is being conducted, and at any year-round testing event.

    **4.3.1.** It is the responsibility of the school to notify the DCO that a student-athlete who is present on site must be tested to satisfy Section 4.3.

**4.4.** Student-athletes who are ineligible as a result of an NCAA positive drug test or a breach of protocol may be tested for all banned substances by the NCAA at any time during their period of ineligibility.

**4.5.** Selection of Student-Athletes for Year-Round Testing.
    **4.5.1.** Student-athletes competing in Divisions I and II sports are subject to year-round testing.
    **4.5.2.** In year-round testing events, the timing of testing and selection of tested individuals may be random or specific to sport, position, competitive ranking, athletics financial-aid status, playing time, directed testing or any other NCAA-approved selection method.
        **4.5.2.1.** For selections of student-athletes during on-campus year-round testing, the school is responsible for providing the official eligibility checklist or squad list, or complete roster if the first outside competition has not yet occurred.
        **4.5.2.2.** For year-round summer drug testing, student-athletes will be selected from the official eligibility checklist or squad list, or other approved list.
    **4.5.3.** Student-athletes who appear on one of the lists in 4.5.2.1. and/or 4.5.2.2. will not be selected for drug testing if the NCAA-designated drug-testing agency is notified prior to the testing date that they:
- Have been cut or dismissed from their team;
- Have exhausted eligibility in the sport;
- Have graduated;
- Have a medical waiver resulting from career-ending injury or illness;
- Have quit the team; or
- Have withdrawn from the school.

All other student-athletes with remaining NCAA eligibility (including partial qualifiers, nonqualifiers, those with season-ending injuries and student-athletes who have expressed interest in or have entered the Transfer Portal) are subject to testing.

    **4.5.4.** A student-athlete who is no longer on the team (voluntarily or involuntarily) before notification of their selection for NCAA drug testing, and was on the school's eligibility checklist or squad list without being identified as no longer on the team, may not participate in NCAA competition until completion of an NCAA drug test. This test will be administered by the NCAA-designated drug-testing agency in each case at the school's expense.

**4.6.** Selection of Student-Athletes at NCAA Championships and Postseason Football Games.
- **4.6.1.** All student-athletes are subject to NCAA testing at NCAA championships or in conjunction with postseason football games.
- **4.6.2.** Student-athletes may be tested before, during or after NCAA championship events and postseason football games.
- **4.6.3.** At NCAA team championships and postseason football games, the timing of testing and selection of tested individuals may be random or specific to position, competitive ranking, athletics financial-aid status, playing time or any other NCAA-approved selection method.
  - **4.6.3.1.** For team championship and postseason football game testing, student-athletes may be selected from the official travel party roster, official gate/credential list, championship participation sheets or other approved forms.
- **4.6.4.** At NCAA individual championship events, timing of testing and selection of tested individuals may be random or specific to competitive ranking, random selection, position of finish or ==any== other NCAA-approved selection method.
- **4.6.5.** Student-athletes in their final year of eligibility, and/or those who did not compete, who are listed in one of the criteria identified in 4.6.3 and 4.6.4, are subject to NCAA drug testing.

## 5.0. Drug-Testing Notifications

**5.1.** Notification of Schools for Year-Round Testing.
- **5.1.1.** For on-campus year-round testing, the NCAA-designated drug-testing agency will send notifications to the director of athletics, compliance administrator and drug-testing site coordinator not earlier than two calendar days before the day of testing. For off-campus summer testing, schools will not receive advance notification. For no-advance notice testing, refer to the NCAA Year-Round Drug-Testing Site Coordinator Manual.

**5.2.** For year-round testing events and upon request, the director of athletics or their designee will be required to provide an accurate and current eligibility checklist or squad list to the NCAA-designated drug-testing agency.

**5.3.** Notification of Student-Athletes for Year-Round Testing.
- **5.3.1.** The school is responsible for notifying all student-athletes about testing selection and details for on-campus year-round testing events. The designated DCO will be responsible for notifications for off-campus summer testing.
  - **5.3.1.1.** For on-campus year-round testing, student-athletes will be notified in person or by direct telephone communication of the date, time to report and location of the testing event. Student-athletes must read and sign the NCAA Student-Athlete Notification Form.
  - **5.3.1.2.** Student-athletes shall be required to verify their identity by providing picture identification when entering the collection station.
- **5.3.2.** ==For on-campus year-round testing, a school representative will be present in the collection station and remain until the completion of testing. The school representative will be present to verify the identity of the tested student-athletes and act in the capacity of a spectator with respect to testing procedures.==

**5.4.** Notification of Host Schools/Local Organizing Committee (LOC) and NCAA Administrators for NCAA Team Championship Testing.
- **5.4.1.** The championship event manager, championship event drug-testing site coordinator and the NCAA championship administrator will be notified before the first day of testing.

**5.5.** Notification of Competing Schools for NCAA Team Championship Testing.
- **5.5.1.** A school representative will be notified no earlier than two hours before the start of scheduled competition that drug testing will take place.
- **5.5.2.** At NCAA team championship events, a separate collection site will be provided for each team. Immediately after any NCAA-established postgame cool-down period, student-athletes selected for drug testing will be notified by a DCO or their designee. Each student-athlete will be instructed to read and sign the Team Championship Student-Athlete Notification Form. The student-athlete will be instructed to report to the collection station within one hour of notification, unless otherwise directed by the DCO or their designee.
- **5.5.3.** A school representative must report to the collection station for purposes of assisting with the verification of the identities of selected student-athletes, and remain in the collection station until all selected student-athletes have completed testing.
- **5.5.4.** At any NCAA team championship event other than a final round, when competition begins at 10 p.m. or later local time, a school may defer testing for all selected student-athletes until the next morning; provided such decision must be made and communicated to the DCO immediately after the game. Deferred testing must begin for all selected student-athletes no later than noon local time.
  - **5.5.4.1.** The host school/LOC will identify collection sites that can be used for deferred tests as part of the coordination of broader championship hosting activities.





**5.6.** Notification of Student-Athletes for NCAA Team Championship Testing.
  **5.6.1.** The DCO or their designee will present to the school representative the list of selected student-athletes who will be tested.
  **5.6.2.** The school representative and the DCO or their designee will coordinate the location where notification of the student-athletes will occur (e.g., in locker room, on field of play, etc.).

**5.7.** Notification of Host Schools/LOC and NCAA Administrators for NCAA Individual Championships Testing.
  **5.7.1.** The championships event manager, championships event drug-testing site coordinator and the NCAA championships administrator will be notified before the first day of testing.

**5.8.** Notification of Competing Schools for NCAA Individual Championships Testing.
  **5.8.1.** Schools will not be notified in advance whether testing will or won't occur at individual championships.

**5.9.** Notification of Student-Athletes for NCAA Individual Championships Testing.
  **5.9.1.** At NCAA individual championships events, student-athletes will be notified of their selection for drug testing and will sign an Individual Championship Student-Athlete Notification Form. The student-athlete will be instructed to accompany a courier to the collection station within one hour of notification, unless otherwise directed by the DCO or their designee.
  **5.9.2.** The DCO or their designee will direct the selected student-athlete to test immediately, to defer testing until the completion of their final event of that session/day, or to defer testing until the completion of their final event of the championship.
  **5.9.3.** The courier and selected student-athlete will obtain a school representative's signature on the notification form if testing is deferred until completion of the student-athlete's final event of that session or day, or completion of their final event of the championship. A school representative must present the student-athlete to the collection station and certify identification of the student-athlete no later than one hour after completion of their final event of the session or day, or final event of their championship.

## 6.0. Specimen Collection Procedures

**6.1.** Only those persons authorized by the DCO will be allowed in the collection station. To maintain confidentiality, audio or video recording of any portion of the collection process is impermissible.

**6.2.** Any student-athlete with an academic obligation that conflicts with a scheduled testing time may postpone testing by notifying the DCO and requesting to reschedule. A school representative and/or student-athlete may also request to reschedule testing time, and the DCO may in their discretion agree to reschedule testing, for any reason previously approved by the NCAA-designated drug-testing agency, sickness, injury or a desire to avoid interruption of a previously scheduled competition event.

In all cases, the DCO will identify, document and communicate to the student-athlete and school the arrangements for the rescheduled test.

**6.3.** Upon entering the collection station, the identification of the student-athlete will be verified by the DCO or their designee and/or school representative as applicable.
  **6.3.1.** The DCO or their designee will instruct the student-athlete to select a sealed specimen collection container and attach a unique barcode to the collection container.
  **6.3.2.** The DCO or their designee will direct the student-athlete to rinse and dry their hands and to provide the specimen using the collection container.
  **6.3.3.** The DCO or their designee will fully observe the provision of the student-athlete specimen.

**6.3.4.** The student-athlete will be responsible for keeping the collection container closed and controlled.

**6.3.5.** The school may elect to make food and/or hydration beverages available to testing student-athletes in the collection station; provided they are caffeine-free, alcohol-free and free of all banned substances and delivered in individual sealed containers. All such food/beverages must only be opened and consumed while the student-athlete is in the collection station.

**6.4.** In the event a tested student-athlete provides an incomplete specimen, they must remain in the collection station and retain the closed collection container until a complete specimen can be provided unless otherwise directed by the DCO.

**6.4.1.** If a student-athlete must leave the collection station for a reason approved by the DCO, the partial specimen may be discarded at the discretion of the DCO.

**6.4.1.1.** Upon return to the collection station, the student-athlete will continue the collection procedure.

**6.4.1.2.** At individual championship events, if the student-athlete has produced a partial urine sample and must leave the collection station for a reason approved by the DCO, the DCO may temporarily defer the student-athlete's collection until they return. The student-athlete's partial sample will be securely packaged with tamper-evident seals and remain with the DCO in the collection station. Upon return, the student-athlete will verify the integrity of the sample prior to resuming their collection.

**6.5.** Once a specimen is provided, the DCO or their designee, who observed the provision of the specimen, will sign that the specimen was validated, and the DCO, or their designee, will check the specific gravity of the urine in the presence of the student-athlete.

**6.5.1.** If the specific gravity of the urine specimen is adequate, as determined by the DCO, the specimen will be processed and sent to the NCAA-designated drug-testing laboratory.

**6.5.1.1.** If the DCO determines the specific gravity of the urine specimen to be inadequate, it will not be sent to the lab unless otherwise directed by the NCAA-designated drug-testing agency. The student-athlete must remain in the collection station until an adequate specimen is provided, unless otherwise directed by the DCO.

**6.5.1.2.** Final determination of specimen adequacy is determined by the NCAA-designated drug-testing laboratory.

**6.5.1.2.1.** If the NCAA-designated drug-testing laboratory determines that a student-athlete's specimen is inadequate for analysis, the student-athlete may be required to provide another specimen.

**6.6.** Once a specimen has been provided that meets the on-site specific gravity criteria, the DCO or their designee will instruct the student-athlete to select a specimen collection kit and a uniquely numbered set of barcodes.

**6.7.** The DCO or their designee will record the specific gravity and the DCO or their designee will split the specimen into the "A" vial and the "B" vial in the presence of the student-athlete. The DCO or their designee will place the cap on each vial and then seal each vial with the barcode selected by the student-athlete under the observation of the student-athlete.

**6.8.** The DCO will secure all sealed vials for shipping.

**6.9.** Sealed vials shall only be identified via unique barcode numbers and will not contain student-athlete name, school or any other personally identifiable information.

**6.10.** The student-athlete, DCO or their designee, and any participating permitted witness will sign the custody and control form, certifying that the procedures were followed as described in the Drug-Testing Manual.

**6.10.1.** In the event that the tested student-athlete or a permitted witness alleges any deviation from the procedures, the DCO will document the alleged deviations and will instruct the student-athlete to provide another specimen.

**6.11.** After the collection has been completed, the DCO will forward the specimen(s) to the NCAA-designated drug-testing laboratory.

**6.12.** All specimens are considered to be the exclusive property of the NCAA.

## 7.0. Chain of Custody

**7.1.** The DCO will deliver the completed test specimen(s) to the carrier or directly to the NCAA-designated drug-testing laboratory.

**7.2.** A laboratory employee will record that the specimen(s) has been received.

**7.3.** The laboratory will record whether the numbered barcode seal on each vial arrived intact.

**7.3.1.** If a vial arrives at the laboratory with security seals not intact, the student-athlete may be required to provide another specimen.

**7.4.** The laboratory will document the various procedural steps of specimen analysis that occur at the laboratory.

**7.5.** In the event of any deviation from standard chain of custody or laboratory procedure, the tested student-athlete may be required to provide another specimen.

## 8.0. Laboratory Procedures, Notification of Results and Appeal Process

**8.1.** Laboratory Procedures. Each vial containing urine will be referenced as sample A and sample B. The laboratory will use a portion of sample A for its initial analysis.

**8.1.1.** Any analytical result showing a banned substance and/or metabolite(s) in sample A will be reviewed and verified by the laboratory director or certifying scientist.

**8.1.2.** The laboratory will communicate all analytical results to the NCAA-designated drug-testing agency using specimen barcode numbers.

**8.2.** Notifications. Upon receipt of analytical results, the NCAA-designated drug-testing agency will use the barcode information to identify any individuals with positive findings.

**8.2.1.** For NCAA individual championships, the NCAA-designated drug-testing agency will communicate all positive test results to the director of athletics and/or their designee at the applicable member school within 45 days of specimen collection barring any unforeseen delays.

**8.2.2.** The NCAA-designated drug-testing agency will also notify the school that sample B will be tested and will describe the options for student-athlete representation during applicable sample B testing procedures.

**8.2.3.** The student-athlete's eligibility may be maintained until the NCAA-designated drug-testing agency notifies the school of the confirmed positive sample B results. The school shall, without delay, notify the student-athlete of the findings and secure the student-athlete's preference for representation during applicable sample B procedures. Permitted representatives include the student-athlete, an individual attending on the student-athlete's behalf and/or a lab surrogate.

**8.2.4.** The school shall notify the NCAA-designated drug-testing agency of the student-athlete's sample B procedural representation preference in accordance with the following timelines:

- Year-round testing outside of championships/postseason football games: within two business days of institutional receipt of positive test results.
- Reinstatement testing: within two business days of institutional receipt of positive test results.
- Championship/Postseason football games testing where team/student-athlete is not advancing: within two business days of institutional receipt of positive test results.
- Championship/Postseason football games testing where team/student-athlete is advancing: within 24 hours of institutional receipt of positive test results.

**8.2.5.** The NCAA-designated drug-testing agency will provide the school with sample B testing details and the school will provide them to the student-athlete and any identified representatives.

**8.2.6.** In the event the school does not inform the NCAA-designated drug-testing agency about the student-athlete's representation preference within the required time frame, the sample B procedures will be conducted in the presence of a lab surrogate.

**8.2.7.** The student-athlete, student-athlete's representative, the school's representative or the lab surrogate will attest by signature as to the identity of the barcode on sample B, that the security seal has not been broken, and that there is no evidence of tampering of the sample.

**8.2.8.** The NCAA-designated drug-testing agency representative will direct the laboratory on how to proceed with the analysis of sample B.

**8.2.9.** Sample B findings will be considered final such that no additional specimen analysis will be permitted. The laboratory will inform the NCAA-designated drug-testing agency of all sample B findings.

**8.2.9.1.** In the event of a positive sample B finding, the NCAA-designated drug-testing agency will contact the director of athletics and/or their designee at the school where the drug test was conducted. The school shall subsequently notify the student-athlete of the finding, declare the student-athlete ineligible, withhold the student-athlete from all intercollegiate competition and ensure the appropriate implementation of all other related NCAA eligibility procedures.

**8.2.10.** In the event that a school wishes to submit a medical exception (see **Medical Exceptions**) on behalf of the student-athlete who tested positive, and the school has properly submitted an exception request and all required documentation to the NCAA-designated drug-testing agency before it is notified of the sample B findings, the eligibility of the student-athlete may be maintained while the exception request is under review.



**8.2.10.1.** If the medical exception is not granted, the school may request a drug-test appeal. Within two business days of the school's receipt of the denied medical exception request, its director of athletics and/or their designee must, upon request by the student-athlete, notify the NCAA-designated drug-testing agency of the student-athlete's intent to appeal (see 8.3 for additional requirements associated with the appeal process).

**8.3.** Appeals. The school shall notify the student-athlete of the right to appeal a positive sample B finding. Within two business days of the school's receipt of the positive sample B findings, its director of athletics and/or their designee must, upon request by the student-athlete, notify the NCAA-designated drug-testing agency of the student-athlete's intent to appeal. Any student-athlete who has tested positive for the same banned substance on subsequent occasions may request an administrative review in lieu of an appeal where they believe the subsequent positive test can be attributed to declining values. The decision to conduct an administrative review in lieu of an appeal shall be at the discretion of the Drug-Testing Subcommittee chair.

**8.3.1.** If an appeal is requested, the student-athlete will remain ineligible pending the outcome of the appeal. Unless an extension is previously approved by the Drug-Testing Subcommittee chair, the school must submit all appeal documentation to the NCAA-designated drug-testing agency within 45 calendar days of its delivery of the notice of intent to appeal. Copies of the lab results will be provided to the director of athletics and/or their designee as part of the appeal process and prior to the date of appeal.

**8.3.2.** Appeals will be scheduled as soon as practicable, taking into consideration impending dates of competition and other relevant NCAA, school and student-athlete scheduling factors provided all required documentation as outlined in the Drug-Testing Appeals Process has been properly submitted. The appeal request will be reviewed and an outcome will be determined by CSMAS Drug-Test Appeal Subcommittee.

**8.3.3.** All appeals will start with a written review by at least three members from CSMAS Drug-Test Appeal Subcommittee. The members will review the school's submitted documentation (see Checklist) and consider legislation, committee guidelines, policies and procedures, case precedent, asserted mitigation and other relevant information to render a final decision or to elevate the review to an oral hearing.

**8.3.3.1.** The drug-test appeal panel members may call upon other CSMAS members, experts and/or stakeholders for consultation and input during any portion of the appeal process for purposes of evaluating the appeal request and related facts and information provided as part of the appeal documentation. Once a decision is rendered, NCAA staff will notify the school's director of athletics or their designee of the final outcome of the student-athlete's appeal and the school shall subsequently inform the student-athlete of the final outcome as soon as possible.

**8.3.3.2.** If an appeal is denied, the student-athlete remains ineligible.

**8.3.3.3.** If an appeal is granted, the student-athlete will be required to participate in a new NCAA-administered drug test, conducted at the school's expense, and must produce a negative test result prior to being permitted to return to eligibility for competition.

**8.3.3.4.** Should the drug-test appeal panel members elevate the review to an oral hearing it will be conducted by teleconference and arranged by the NCAA-designated drug-testing agency. Additional information about the NCAA drug-testing appeal procedures can be found at ncaa.org/drugtesting.



**8.3.4.** Appeal decisions shall be considered final. In the event that new material information relevant to the student-athlete's responsibility for testing positive becomes evident, the school may request that the drug-test appeal panel members reopen the appeal, in which case the chair of the appeal panel will determine, in their discretion through an administrative review, whether the new information is relevant material and could not have been reasonably ascertained prior to the time of the appeal hearing so as to warrant a justifiable need to reopen the appeal.

**8.3.4.1.** As part of the review of a request to reopen, or in the event the appeal is reopened, the chair or any member of the appeal panel may request additional information from the student-athlete, the school or any third-party consultant.

**8.3.4.2.** Administrative review requests involving matters other than the student-athlete's responsibility for testing positive (e.g., misadvisement, eligibility status related to transferring, application of penalty) shall not qualify for reconsideration by the Drug-Testing Subcommittee chair.

**8.3.5.** The NCAA may release the student-athlete's test results to the involved school's conference office upon the approval of the school.

## 9.0. Restoration of Eligibility

**9.1.** Student-athletes must participate in an NCAA-administered drug test and produce a negative test result for all banned drug classes in order to restore eligibility following a prior positive drug test.

**9.1.1.** Any drug testing associated with restoration of eligibility is at the school's expense.

**9.2.** An exit test, which includes testing for all NCAA banned substances, shall be initiated by the school by submitting a request to the NCAA-designated drug-testing agency not sooner than 6 weeks prior to the end of the applicable student-athlete eligibility suspension period. Exit tests will be scheduled by the NCAA-designated drug-testing agency within 2-4 weeks of its receipt of a request.

*A school receiving inquiries concerning a positive test that results in a student-athlete's ineligibility may elect to consider the following response:*

***"The student-athlete in question was found to be in violation of NCAA eligibility rules and has been declared ineligible."***

# CHAPTER V

# Institutional Drug Testing

The following are suggested guidelines for consideration by NCAA member schools contemplating an in-house drug-testing program:

1. Consider consulting with legal, risk management and other applicable campus departments at an early stage.
2. Consider developing, distributing and publicizing written policies that will govern testing procedures and that address relevant topics such as: (a) the purposes of the drug-testing program; (b) who will be tested and by what methods; (c) the substances to be tested for, how often and under what conditions (announced, unannounced or both); and (d) the actions to be taken in response to a positive test. Consider sharing a copy of the policy with all student-athletes entering the school's intercollegiate athletics program and confirming that they have an adequate opportunity to read and ask questions about the policy.
3. Because the scope of the NCAA Drug-Testing Consent Form is limited to NCAA-conducted drug testing activities, consider and consult with legal, risk management and other applicable campus departments about the extent to which other student-athlete consents may be required and how best to implement and incorporate those activities into other institutional practices.
4. Consider proactively exploring the various logistical, technical and economic questions that can arise in connection with campus drug testing including, among others:
   a. When and how will samples be collected, secured and transported?
   b. Which laboratory(ies) will be used and which certifications/accreditations will be required?
   c. How will samples be stored and for how long before analysis?
   d. Which analytical methods will be used in the laboratory?
   e. What is the cost?
   f. How will test results be reviewed and validated?
   g. How will medical exceptions and appeals be handled?
   h. Who will receive the results and how will the results be used?
5. Consider involving and soliciting input from stakeholders in various relevant academic departments and disciplines across campus (e.g., pharmacy, pharmacology, chemistry, medicine).

## ARTICLE 10.2 KNOWLEDGE OF USE OF BANNED SUBSTANCES

A member school's athletics department staff members or others employed by the intercollegiate athletics program who have knowledge of a student-athlete's use at any time of a substance within the banned-substances classes, as set forth in NCAA legislation, shall follow institutional procedures dealing with substance misuse or shall be subject to disciplinary or corrective action as set forth in Bylaw 19.

# REPORT ALL MEDICINES

## DON'T PLAY WITH YOUR ELIGIBILITY



Some medications are NCAA banned substances. Report all over-the-counter and prescription medicines — including ADHD medications — to your primary athletics health care provider (e.g., team physician, athletic trainer).

**Visit ncaa.org/drugtesting for more information.**



NCAA DRUG-TESTING MANUAL | 2025-26

Summer 2025.