# EXHIBIT 4



# Identity Document Laws and Policies: Gender Markers on Birth Certificates

No updates required since June 16, 2025

**What's in this document (click to jump to that section):**

**Background**....2
**Equality Map & Additional Resources**....3
**Summary Tables**....4
Table 1: Summary Matching the Map....4
Table 2: Summary of Process vs. Medical Requirements....5
**State-by-State Sources & More Detail**....6

To receive regular updates, subscribe here: http://bit.ly/map-newsletter

To donate to support MAP's work tracking these policies, click here: https://mapresearch.org/donate

**Recommended citation:**
Movement Advancement Project. [Year of access]. "Equality Maps: Identity Document Laws." www.mapresearch.org/equality-maps/identity_documents. Accessed [Date of access].



## Background

Birth certificate laws govern the process by which a state changes (or refuses to change) a gender marker on a person's birth certificate. Many transgender people choose to revise the gender marker on their identity documents so that it matches the gender they live every day. Accurate and consistent gender markers on identity documents helps transgender people gain access to public spaces and resources, as well as dramatically reducing the risk they will face violence, discrimination, or harassment. For more information, see here.

**Process categories and scoring system:**

(1) State updates birth certificates using an administrative process with no medical documentation requirements

(0.75) State updates birth certificates using an administrative process and documentation of "appropriate treatment" (or similar language)

(0) State has unclear process regarding gender marker changes and/or unclear medical requirements that may be left to the discretion of individual judges

(-0.5) State updates birth certificates using an administrative process but requires proof of surgery

(-0.75) State updates birth certificates but requires both a court order and proof of surgery

(-1) State does not allow changing the gender marker on birth certificates at all

**Option categories and scoring system:**

(0.5) State allows individuals to mark M, F, or X on their birth certificate

(0) State only allows individuals to identify as male or female



## Equality Map & Additional Resources

- See our Equality Map: Birth Certificate Policies, which is updated and maintained in real time alongside this document.

- See our Equality Map: Driver's License Policies and Equality Map: Name Change Policies for related identity document policies.

- MAP's 2022 report *The ID Divide: How Barriers to ID Impact Different Communities and Affect Everyone*, detailing the ways that barriers to obtaining an accurate ID significantly impact people's ability to move through their daily lives and how these obstacles harm specific communities.
    - See the related Fact Sheet: Identity Documents & Transgender and Nonbinary Communities (updated March 2025; originally published 2022)

- For more information about each state's process and requirements, see also the Advocates for Transgender Equality (A4TE, formerly known as NCTE and TLDEF) ID Documents Center.

- See the CDC's National Center for Health Statistics "Where to Write for Vital Records" for links to the relevant agencies in all 50 states, D.C., and five U.S. territories.



## Summary Tables

Table 1: Summary Matching the Map

| Category | States | |
|---|---|---|
| **State updates birth certificates using an administrative process with no medical documentation requirements**<br>*(14 states)* | California<br>Idaho<br>Illinois<br>Maine<br>Massachusetts<br>Michigan<br>Nevada | New Jersey<br>New Mexico<br>New York<br>Oregon<br>Rhode Island<br>Vermont<br>Washington |
| **State updates birth certificates using an administrative process and documentation of "appropriate treatment" (or similar language)**<br>*(11 states, D.C., + 1 territory)* | Alaska<br>Colorado<br>Connecticut<br>Delaware<br>District of Columbia<br>Hawaii | Maryland<br>Minnesota<br>North Carolina<br>Pennsylvania<br>Puerto Rico<br>Virginia<br>West Virginia |
| **State has unclear process and/or unclear medical requirements left to the discretion of individual judges**<br>*(6 states + 3 territories)* | *Unclear process:*<br>American Samoa<br>South Carolina<br>South Dakota<br>U.S. Virgin Islands | *Court order but unclear medical requirements:*<br>Mississippi<br>New Hampshire<br>Northern Mariana Islands<br>Ohio<br>Utah |
| **State updates birth certificates using an administrative process but requires proof of surgery**<br>*(3 states)* | Arizona<br>Kentucky<br>Nebraska | |
| **State updates birth certificates but requires both a court order and proof of surgery**<br>*(8 states + 1 territory)* | Alabama<br>Arkansas<br>Georgia<br>Guam<br>Louisiana<br>Missouri<br>North Dakota<br>Wisconsin<br>Wyoming | |
| **States that do not allow for updating the gender marker on a birth certificate at all**<br>*(8 states)* | Florida<br>Indiana<br>Iowa – though not in effect until 7/1/25<br>Kansas<br>Montana<br>Oklahoma<br>Tennessee<br>Texas | |

1905 15th Street #1097 • Boulder, CO 80306-1097 • Phone: 1-844-MAP-8800 • Fax: 303-578-4602 • www.lgbtmap.org



Table 2: Summary of Process vs. Medical Requirements

| Process | Medical documentation requirements | | | | |
|---|---|---|---|---|---|
| | Unclear or discretion of judge or official | Does not allow | Surgery | "Appropriate treatment" or similar language | No provider documentation |
| **Administrative** (form, affidavit, etc) | | | Arizona<br>Kentucky<br>Nebraska | Alaska<br>Colorado<br>Connecticut<br>Delaware<br>D.C.<br>Hawaii<br>Maryland<br>Minnesota<br>North Carolina<br>Pennsylvania<br>Puerto Rico<br>Virginia<br>West Virginia | California<br>Idaho<br>Illinois<br>Maine<br>Massachusetts<br>Michigan<br>Nevada<br>New Jersey<br>New Mexico<br>New York<br>Oregon<br>Rhode Island<br>Vermont<br>Washington |
| **Court order** | Mississippi<br>New Hampshire<br>Northern Mariana Islands<br>Ohio<br>Utah | | Alabama<br>Arkansas<br>Georgia<br>Guam<br>Louisiana<br>Missouri<br>North Dakota<br>Wisconsin<br>Wyoming | | |
| **Does not allow** | | Florida<br>Indiana<br>Iowa<br>Kansas<br>Montana<br>Oklahoma<br>Tennessee<br>Texas | | | |
| **Unclear** | American Samoa<br>South Carolina<br>South Dakota<br>U.S. Virgin Islands | | | | |

1905 15th Street #1097 • Boulder, CO 80306-1097 • Phone: 1-844-MAP-8800 • Fax: 303-578-4602 • www.lgbtmap.org



## State-by-State Sources & More Detail

**Alabama**

- (-0.75) State updates birth certificates but requires both a court order and proof of surgery
- (0) State only allows residents to identify as male or female
- See Alabama Code § 22-9A-19(d) (1992), Form ADPH-HS-33, and A4TE state page

**Alaska**

- (0.75) State updates birth certificates using an administrative process and documentation of "appropriate treatment" (or similar language)
- (0) State only allows residents to identify as male or female
- See Department of Vital Records Gender Change Policy and A4TE state page

**Arizona**

- (-0.5) State updates birth certificates using an administrative process but requires proof of surgery
- (0) State only allows residents to identify as male or female
- See Ariz. Rev. Stat. § 36-337 (A)(3) (2006), Form VS-41, and A4TE state page

**Arkansas**

- (-0.75) State updates birth certificates but requires both a court order and proof of surgery
- (0) State only allows residents to identify as male or female
- See Ark. Code Ann. §§ 20-18-307(d) (1995) and A4TE state page

**California**

- (1) State updates birth certificates using an administrative process with no medical documentation requirements
- (0.5) State allows individuals to mark M, F, or X on their birth certificate
- See Hlth. and Safety Code, §§ 103425-103445 (2014), Form VS 24B (English; Spanish), and A4TE state page

**Colorado**

- (0.75) State updates birth certificates using an administrative process and documentation of "appropriate treatment" (or similar language)
- (0.5) State allows individuals to mark M, F, or X on their birth certificate
- See HB 19-1039 (2019), 5 CCR 1006-1, Department of Public Health's Correct or Change a Birth Certificate page and Sex Designation Form, and A4TE state page. See also HB25-1312 (2025), making process changes not reflected in this map (re: the number of times a person may change their gender marker).



**Connecticut**
- (0.75)   State updates birth certificates using an administrative process and documentation of "appropriate treatment" (or similar language)
- (0.5)    State allows individuals to mark M, F, or X on their birth certificate
- See Conn. Gen. Stat. § 7-51, § 7-36 defining amendment to include matters pertaining to gender change, HB 7006 / Public Act 15-132 (2015), DPH website and instructions, and A4TE state page

**Delaware**
- (0.75)   State updates birth certificates using an administrative process and documentation of "appropriate treatment" (or similar language)
- (0)      State only allows individuals to identify as male or female
- See Del. Administrative Code Title 16 § 4205 (2017), DHSS List of Required Documents (including Requester's Affidavit and Physician Affidavit), and A4TE state page
- Formerly, (-0.75) state required a court order showing proof of surgical procedure.

**District of Columbia**
- (0.75)   State updates birth certificates using an administrative process and documentation of "appropriate treatment" (or similar language)
- (0.5)    State allows individuals to mark M, F, or X on their birth certificate
- See D.C. Law 20-37 (2013), Gender Designation Application (2021), and A4TE state page

**Florida**
- (-1)     State does not allow for amending the gender marker on the birth certificate at all
    - As reported in July 2024, the state is no longer processing gender marker changes on birth certificates. While the state has not publicly provided a new policy to this effect (as of Sept 2024), such changes continue to be denied. This map and factsheet will be updated as more information becomes available.
- (0)      State only allows individuals to identify as male or female
- See above, and A4TE state page
- Formerly, (0.75) state updated birth certificates using an administrative process and documentation of "appropriate treatment" (or similar language). See www.floridanamechange.org (as early as 2018).

**Georgia**
- (-0.75)  State updates birth certificates but requires both a court order and proof of surgery
- (0)      State only allows residents to identify as male or female
- See Ga. Code Ann. § 31-10-23(e) (as early as 2006) and A4TE state page



**Hawai`i**

- (0.75) State updates birth certificates using an administrative process and documentation of "appropriate treatment" (or similar language)
- (0) State only allows individuals to identify as male or female
- See Haw. Rev. Stat. Ann. § 338-17.7(a)(4)(B), Act 226 (2015), State Instructions for Sex Designation Change, and A4TE state page

**Idaho**

- (1) State updates birth certificates using an administrative process with no medical documentation requirements
- (0) State only allows individuals to identify as male or female
- See *F.V. v. Jeppesen* (August 2020), IDHW Instructions to Change the Indicator of Sex on an Idaho Birth Certificate, and A4TE state page
- Recent history:
  - *F.V. v. Barron* (2018) required Idaho's Department of Health and Welfare to develop and implement a policy for issuing accurate birth certificates. The new policy was (1) state issued new birth certificate and did not require surgery or court order (see Idaho Gender Change Packet (2018)).
  - However, HB509 (March 2020) changed the state's policy to (-1) not allow for amending the gender marker on the birth certificate at all.
  - Then, *F.V. v. Jeppesen* (August 2020) overturned HB509, reverting to the state's earlier policy of (1) issuing new birth certificates and not requiring surgery or a court order.

**Illinois**

- (1) State updates birth certificates using an administrative process with no medical documentation requirements (2017)
- (0.5) State allows individuals to mark M, F, or X on birth certificate (2020)
- See Illinois Vital Records Act (2017), Illinois Department of Public Health forms, and A4TE state page

**Indiana**

- (-1) State does not allow for amending the gender marker on the birth certificate at all
- (0) State only allows residents to identify as male or female
- See local reporting on agency guidance (March 2025), stemming from Executive Order 25-36 (March 2025), IN Dept of Health FAQ no longer referencing gender changes (see archived link below for contrast), and A4TE state page
- Formerly, (0) state had unclear process regarding gender marker changes.
    - In Dec 2014, an Indiana court ruled that the state's existing statute (16-37-2-10(b)) allowed for state courts to issue court orders to change the gender marker on a birth certificate. This was affirmed again by a later court ruling in 2017. However, appellate court rulings in May 2022 and Dec 2022 argued that existing statute does not apply to gender marker changes and therefore that state courts have no authority to issue court orders to change gender markers on birth certificates. In May 2023, the state Supreme Court declined to hear those cases, leaving the question unresolved. This meant that, while some judges continued to issue gender marker changes in the state (with a court order), others may have chosen not to, leading to potentially unclear or inconsistent experiences for transgender Hoosiers.
    - See Ind. Code Ann. § 16-37-2-10(b) and IN Department of Health FAQ (Dec 2024 archive showing "Gender change" listed under changes that require a court order)

**Iowa**

- (-1) State does not allow* for amending the gender marker on the birth certificate at all
    - Note, the new law banning these changes does not go into effect until July 1, 2025. Until that time, people *should* be able to continue using the previous process, though state officials may preemptively comply.
- (0) State only allows residents to identify as male or female
- See SF418 (2025, effective July 1, 2025), Iowa Code Ann. § 144.23(3), and A4TE state page
- Formerly, (0.75) state updated birth certificates using an administrative process and documentation of "appropriate treatment" (or similar language). See Iowa Code Ann. § 144.23(3), Iowa DHHS Vital Records, Amendment form. Changed by SF418 (2025).



**Kansas**
- (-1)    State does not allow for amending the gender marker on the birth certificate at all
- (0)    State only allows residents to identify as male or female
- See below, and A4TE state page
- Recent history:
    - Formerly, (0.75) state updated birth certificates using an administrative process and documentation of "appropriate treatment" (or similar language), as required by a consent judgment in *Foster v. Andersen* (2019). See also Form VS624 (archive) on department website, including this FAQ (archive) on updating the gender on birth certificates.
    - In Aug 2023, a federal court vacated parts of the consent judgment, after the state enacted a new law defining sex throughout state law based on sex assigned at birth. That court decision left the legal availability of gender marker changes uncertain.
    - On Sept 15, 2023, the state Department of Health announced it would no longer issue any gender marker changes to birth certificates, due to the new state law.

**Kentucky**
- (-0.5)    State updates birth certificates using an administrative process but requires proof of surgery
- (0)    State only allows residents to identify as male or female
- See Ky. Rev. Stat. Ann. § 213.121(5) (as early as 1990), VS-15GR (dated 2015), and A4TE state page

**Louisiana**
- (-0.75)  State updates birth certificates but requires both a court order and proof of surgery
- (0)    State only allows residents to identify as male or female
- See La. Rev. Stat. Ann. § 40:62, LA Dept of Health and Application to Amend, LA Trans Advocates page, and A4TE state page

**Maine**
- (1)    State updates birth certificates using an administrative process with no medical documentation requirements
- (0.5)    State allows individuals to mark M, F, or X on birth certificate
- See Maine Department of Health and Human Services 10-146 CMR ch. 16 (2020), Maine DHHS Gender Marker Change on Birth Certificates FAQ, Maine DHHS Application, and A4TE state page. See also LD 2235 (2024), putting "X" options into statutory law.

**Maryland**
- (0.75)  State updates birth certificates using an administrative process and documentation of "appropriate treatment" (or similar language)
- (0)    State only allows residents to identify as male or female
- See Md. Code Ann, [Health - Gen.] § 4-214, Maryland DOH Change Sex Designation page and Application for Change in Sex Designation, and A4TE state page



**Massachusetts**

- (1) State updates birth certificates using an administrative process with no medical documentation requirements
- (0.5) State allows individuals to mark M, F, or X on birth certificate (2024)
- See Mass Gen. Laws Ann. ch. 46, § 13(e), amended by H4800/Act 140, §§ 77-79 (2024; effective July 1, 2024), Mass. Vital Records Amend a Birth Certificate for Sex page, Fact Sheet, and Application/Affidavit, and A4TE state page

**Michigan**

- (1) State updates birth certificates using an administrative process with no medical documentation requirements
- (0.5) State allows individuals to mark M, F, or X on birth certificate
- See below, HB5303 (2025), Sex Designation Form, and A4TE state page
- State formerly required proof of sex reassignment surgery in order to change gender marker (see Mich. Comp. Laws Ann. § 333.2831(c) (2006)). In February 2021, the Michigan Department of Health and Human Services (MDHHS) formally requested guidance from the state's Attorney General regarding the constitutionality of that requirement. In June 2021, the Attorney General issued *Opinion 7313*, finding that the requirement was unconstitutional. In July 2021, the state published a new process allowing for self-attestation with no requirement of medical documentation or a court order. See also Sex Designation Form, including "X" options. In January 2025, the state also enacted HB5303, codifying these policies into law.

**Minnesota**

- (0.75) State updates birth certificates using an administrative process and documentation of "appropriate treatment" (or similar language)
- (0) State only allows residents to identify as male or female
- See Minn. Stat. Ann. § 144.218, Minn. Rules 4601.1100, Minn. DOH Change a Birth Record page ("Changing sex/gender indicators"), Supporting Documents for Amendments page ("For changing gender," either a physician's letter or a court order), and A4TE state page

**Mississippi**

- (0) State has unclear process regarding gender marker changes and/or unclear medical requirements that may be left to the discretion of individual judges
- (0) State only allows residents to identify as male or female
- See Miss. Admin. Code 15-5-85:3.21.2, and A4TE state page
- Note that the amended birth certificate will show the updated sex as a "marginal notation," meaning the birth certificate will show both gender markers.

**Missouri**

- (-0.75) State updates birth certificates but requires both a court order and proof of surgery
- (0) State only allows residents to identify as male or female
- See Mo. Ann. Stat. § 193.215(9) (2006), and A4TE state page



**Montana**

- (-1) State does not allow for amending the gender marker on the birth certificate at all
- (0) State only allows residents to identify as male or female
- See Rule 37.8.311 (Initially implemented May 2022; formally adopted September 2022; blocked June 2023; reinstituted February 2024), prohibiting any changes to the gender marker. See also A4TE state page.
- Recent history:
  - Formerly, state issued new birth certificate and did not require surgery or court order (see Rule 37.8.311 (2017 version) and archived Gender Designation Form).
  - In 2021, the state enacted SB280, adding requirements for proof of surgery and a court order before updating the birth certificate.
  - In July 2021, a lawsuit was filed against this discriminatory law.
  - In April 2022, a district court issued a preliminary injunction temporarily blocking enforcement of the law and ordering the state to its previous 2017 process while the court case continued.
  - In May 2022, despite the court order, the state health department issued an "emergency order" that prohibits any update to the gender marker on the birth certificate under any circumstance, even with proof of surgery and a court order.
  - On Sept 9, 2022, this emergency order was formally adopted as an administrative rule (Rule 37.8.311).
  - On Sept 15, 2022, the court again ordered the state to revert to its 2017 process and to stop violating the court's instructions. Hours later, the state responded by saying it would continue to enforce its new rule, but the following week the state said it would comply with the court order and accept applications for birth certificate updates. A Gender Designation Form is now available on the state website, but given the hostility of the state, it is unknown whether such applications will actually be processed or approved.
  - On Sept 26, 2022, the Montana health department asked the Montana Supreme Court to suspend the district court's order so the health department can resume its rule prohibiting any gender marker changes.
  - In January 2023, the Montana Supreme Court ruled the state health department should have been issuing updates according to the 2017 procedures during the injunction period. However, the ruling also stated that the new 2022 administrative rules (banning updates under any circumstance) would need to be addressed separately. LGBTQ advocates filed a motion to address that 2022 rule separately.
  - In June 2023, the district court order ruled SB280 unconstitutional, permanently blocked both SB280 and the 2022 administrative rule, and further found the state in contempt for disregarding the court's repeated orders to follow the 2017 process. This meant that gender marker changes were available under the 2017 rule process.
  - In February 2024, the state reinstituted the 2022 administrative rule—banning gender marker changes under any circumstances—citing a new state law passed in 2023 defining "sex" to enable discrimination against transgender people.

**Nebraska**

- (-0.5) State updates birth certificates using an administrative process but requires proof of surgery
- (0) State only allows residents to identify as male or female
- See Neb. Rev. Stat. § 71-604.01 (1994) and A4TE state page

**Nevada**

- (1) State updates birth certificates using an administrative process with no medical documentation requirements
- (0.5) State allows individuals to mark M, F, or X on birth certificate
- See Nev. Admin. Code. Ch. 440, § 030, Application for Correction of a Record packet, Changing Your Gender in Nevada guide, and A4TE state page

**New Hampshire**

- (0) State has unclear process regarding gender marker changes and/or unclear medical requirements that may be left to the discretion of individual judges
- (0) State only allows residents to identify as male or female
- See NH RSA 5-C:87 and A4TE state page

**New Jersey**

- (1) State updates birth certificates using an administrative process with no medical documentation requirements
- (0.5) State allows individuals to mark M, F, or X on birth certificate
- See N.J. Stat. Ann. § 26:8-40.12 (2018), S 478 (2018), and A4TE state page
- Formerly, (-0.75) state required both a court order and proof of surgery from a licensed physician. See earlier version of N.J. Stat. Ann. § 26:8-40.12 (1984-2018).

**New Mexico**

- (1) State updates birth certificates using an administrative process with no medical documentation requirements
- (0.5) State allows individuals to mark M, F, or X on birth certificate
- See SB 20 (2019), NM Health's Gender Designation Change on a Birth Certificate page, Change Gender Designation on a Birth Certificate form, and A4TE state page
- Formerly required proof of "sex reassignment surgery."

**New York**

- (1) State updates birth certificates using an administrative process with no medical documentation requirements
- (0.5) State allows individuals to mark M, F, or X on birth certificate (2020)
- See NYCCRR Title 10 Section 35.2 (2014), DOH's Gender Designation Corrections information "including requests for non-binary gender designations," Form DOH-5305 (January 2023), and A4TE state page.



**North Carolina**
- (0.75)   State updates birth certificates using an administrative process and documentation of "appropriate treatment" (or similar language)
- (0)        State only allows residents to identify as male or female
- See Birth Certificate Modification Application (p6) with multiple routes to access updated birth certificate. See also A4TE state page.
- Formerly, N.C. Gen. Stat. §§ 130A-118(b)(4) (since at least 2005) required proof of "sex reassignment surgery." However, a 2022 case brought by Lambda Legal resulted in a consent judgement that the state must provide accurate birth certificates without requiring surgery.

**North Dakota**
- (-0.75) State updates birth certificates but requires both a court order and proof of surgery*
    - *Note: this law explicitly requires genital surgery: "The sex of the individual was changed with anatomically correct genitalia for the identified sex as certified by a medical provider." See 23-02.1-25.1(2)(c) (2023).
- (0)        State only allows residents to identify as male or female
- See HB1297 (2023) banning any sex/gender marker changes to birth certificates, and HB1139 (2023) requiring birth certificates to include a sex marker and banning the use of any marker other than male or female. See also A4TE state page.
- Previously, state allowed changes, but required proof of "sex reassignment surgery" (undefined) to change gender marker. See ND Cent. Code §23-02.1-25 (2005), ND Admin. Code §33-04-12-02 (2006),

**Ohio**
- (0)        State has unclear process regarding gender marker changes and/or unclear medical requirements that may be left to the discretion of individual judges
- (0)        State only allows residents to identify as male or female
- See Ohio Department of Health's website (2021, ACLU of Ohio's FAQ, Form 30.0 "Application for Correction of Birth Record" (Aug 2021) to initiate court order, and A4TE state page.
- Prior to 2016, state (0.5) updated gender markers with a court order, consistent with state's statutory process for other birth certificate changes. Beginning in 2016, state (-1) refused to change gender markers even under court order. This policy was ruled unconstitutional in *Ray v. McCloud* (Dec 2020), and the state announced in April 2021 that it would not challenge the ruling. The current policy (0.5) was announced in May 2021.



**Oklahoma**

- (-1) State does not allow for amending the gender marker on the birth certificate at all
- (0) State only allows residents to identify as male or female
- See Executive Order 2021-24 (Nov 2021), SB1100 (2022), and A4TE state page
- Previously, Oklahoma had unclear, unknown, or unwritten policy regarding gender marker changes on birth certificates (0). In Oct 2021, the state's Department of Health formalized a process for these changes (requiring a court order (0.5)) including the option of a nonbinary gender marker, all as part of a settlement in a federal lawsuit. The state issued its first nonbinary marker in Oct 2021, but in Nov 2021, the state's Governor issued Executive Order 2021-24, not only preventing nonbinary options but also *any* changes of sex/gender markers on birth certificates (-1). SB1100 (2022) codified the EO's ban on nonbinary options into law.
- A lawsuit has been filed against this policy. See *Fowler v. Stitt* (filed March 2022). While a court initially dismissed the lawsuit (June 2023), Lambda Legal appealed the ruling to the Tenth Circuit, and this dismissal was reversed (June 2024). The case now awaits trial.

**Oregon**

- (1) State updates birth certificates using an administrative process with no medical documentation requirements
- (0.5) State allows individuals to mark M, F, or X on birth certificate
- See HB 2673 (2017), OAR 333-011-0265 (eff. Jan 1, 2018), OHA 2673 Application (must be notarized), and A4TE state page

**Pennsylvania**

- (0.75) State updates birth certificates using an administrative process and documentation of "appropriate treatment" (or similar language)
- (0) State only allows residents to identify as male or female
- See Pennsylvania Department of Health policy (2016), Birth Certificate Correction Forms (must be notarized), and A4TE state page (including a sample physician statement)

**Rhode Island**

- (1) State updates birth certificates using an administrative process with no medical documentation requirements
- (0.5) State allows individuals to mark M, F, or X on birth certificate (2019)
- See R.I. Gen. Laws § 23-3-21, DOH Changes to the Sex Field on a Rhode Island Birth Certificate page, R.I. Code R. 14 170 001 §§ 35-37 (2004), and A4TE state page

**South Carolina**

- (0) State has unclear process regarding gender marker changes and/or unclear medical requirements that may be left to the discretion of individual judges
- (0) State only allows residents to identify as male or female
- See A4TE state page for more information



**South Dakota**

- (0) State has unclear process regarding gender marker changes and/or unclear medical requirements that may be left to the discretion of individual judges
- (0) State only allows residents to identify as male or female
- See S.D. Admin. R. 44:09:05:02, or A4TE state page for more information

**Tennessee**

- (-1) State does not allow for amending the gender marker on the birth certificate at all
- (0) State only allows residents to identify as male or female
- See Tenn. Code Ann. § 68-3-203(d) (since at least 2010) and A4TE state page

**Texas**

- (-1) State does not allow for amending the gender marker on the birth certificate at all
- (0) State only allows residents to identify as male or female
- See reporting, confirmed by TX Health and Human Services, that as of Aug 2024, the state would no longer allow changes to the gender marker on birth certificates. See also A4TE state page.
- Formerly state required a court order. See archived captures of TX Health and Human Services website, Form VS-170, TX Health & Safety Code § 192.011, and NCTE for more information.

**Utah**

- (0) State has unclear process regarding gender marker changes and/or unclear medical requirements that may be left to the discretion of individual judges
- (0.5) State allows individuals to mark M, F, or X on birth certificate
- See SB93 (2023), requiring a court order, which can only be granted "if the court determines by clear and convincing evidence that" the individual has met a long list of criteria including that they have transitioned, and further mentions that the court "shall consider...evidence of medical history, care, or treatment related to sex transitioning." See also A4TE state page with additional guidance including sample forms.
- Formerly, state required a court order to change the birth certificate, but did not specify any medical or other requirements to do so. See Utah Code Ann. § 26-2-11 (2004). This was changed by SB93 (2023).

**Vermont**

- (1) State updates birth certificates using an administrative process with no medical documentation requirements
- (0.5) State allows individuals to mark M, F, or X on birth certificate
- See H 111/Act 46 (2017, effective July 1, 2019), H 628/Act 88 (2022, effective July 1, 2022), 18 V.S.A. § 5112, DOH Application to Correct or Amend a Vermont Birth Certificate, and A4TE state page
- Formerly, state required a court order. See 18 Vt. Stat. § 5112 (2011-2019).



**Virginia**
- (0.75) State updates birth certificates using an administrative process and documentation of "appropriate treatment" (or similar language)
- (0) State only allows residents to identify as male or female
- See SB 657 (2020), Form VS-42 (2020), and A4TE state page

**Washington**
- (1) State updates birth certificates using an administrative process with no medical documentation requirements
- (0.5) State allows individuals to mark M, F, or X on birth certificate
- See the Washington Department of Health's policy, DOH Form 422-143: Change of Gender Designation Request (must be notarized), and A4TE state page

**West Virginia**
- (0.75) State updates birth certificates using an administrative process and documentation of "appropriate treatment" (or similar language)
- (0) State only allows residents to identify as male or female
  - Note: the state explicitly bans the use of gender-neutral or nonbinary markers on birth certificates. See HB4233 (2024).
- See Sex Designation Form (May 2022), West Virginia Department of Health & Human Resources Correct or Amend a Certificate page, HB4233 (2024), and A4TE state page
- Recent history: State clearly allowed for gender updates with a court order (see W. Va. Code § 16-5-25, § 64-32-12) (MAP score of 0.5), but in June 2020 the State Supreme Court of Appeals ruled in *In re: G.M.* that courts do not have the authority to order state's Department of Health & Human Resources to change the gender marker on a birth certificate, in effect disallowing gender marker changes entirely (MAP score of -1). In August 2021, this ruling was appealed by the ACLU in *Hersom v. Crouch*; see also this coverage. In May 2022, the state Department of Health & Human Resources issued a new form allowing individuals to update their birth certificates (see above), and the court case is now on temporary pause ("in abeyance") while the parties discuss potential settlement.

**Wisconsin**
- (-0.75) State updates birth certificates but requires both a court order and proof of surgery
- (0) State only allows residents to identify as male or female
- See Wis. Stat. Ann. § 69.15(4) (since at least) and A4TE state page

**Wyoming**
- (-0.75) State updates birth certificates but requires both a court order and proof of surgery
- (0) State only allows residents to identify as male or female
- See WY Rules and Regulations HLTH VR Ch. 10 s 4(e)(iii) (2004) or A4TE's state page



**U.S. Territories**

**American Samoa**

- (0) Territory has unclear process regarding gender marker changes and/or unclear medical requirements that may be left to the discretion of individual judges
- (0) Territory only allows residents to identify as male or female
- "The High Court of American Samoa has held that the alteration of a birth certificate is granted only to correct information that was erroneous at the time of recordation, or to reflect a name change due to adoption." NCTE reports anecdotal cases of successfully updating gender markers on birth certificates, but there is no clear policy for doing so.

**Guam**

- (-0.75) Territory updates birth certificates but requires both a court order and proof of surgery
- (0) Territory only allows residents to identify as male or female
- "In order to update the gender marker on a birth certificate, the requestor must provide a sworn statement from the physician having performed the surgery, thus certifying the sex of the requestor has been changed by surgical procedure."

**Northern Mariana Islands**

- (0) Territory has unclear process regarding gender marker changes and/or unclear medical requirements that may be left to the discretion of individual judges
- (0) Territory only allows residents to identify as male or female
- "In order to change a legal name on a birth certificate, the applicant must provide a court order for legal name and gender marker change to the Vital Statistics Office Division of Public Health."

**Puerto Rico**

- (0.75) Territory updates birth certificates using an administrative process and documentation of "appropriate treatment" (or similar language)
- (0.5) State allows individuals to mark M, F, or X on birth certificate
  - Note the X option may not be immediately available, as the state's birth certificate registry system will need to update following the 2025 court ruling
- See *Arroyo v. Rosselló* (2018), Department of Health Circular Letter 3-18, news coverage of the 2025 ruling permitting X options (2025), or A4TE territory page for more information.

**U.S. Virgin Islands**

- (0) Territory has unclear process regarding gender marker changes and/or unclear medical requirements that may be left to the discretion of individual judges
- (0) Territory only allows residents to identify as male or female
- See A4TE territory page for more information