# EXHIBIT 6

# DIVISION I WOMEN'S SWIMMING & DIVING CHAMPIONSHIPS RECORDS BOOK

2024 Championship .................................................... 2
History .................................................................. 7
Championship Records .............................................. 9
Individual Champions ............................................... 11
Team Finishes .......................................................... 21
All-Time Team Results .............................................. 24



# 2024 CHAMPIONSHIP

## 2024 TEAM RESULTS

| | | |
|---|---|---|
| 1. | Virginia | 527.5 |
| 2 | Texas | 441 |
| 3 | Florida | 364 |
| 4 | Tennessee | 277 |
| 5. | Stanford | 250 |
| 6. | Louisville | 212 |
| 7. | Indiana | 206 |
| 8. | Southern California | 200 |
| 9. | NC State | 162 |
| | Ohio St. | 162 |
| 11. | California | 153 |
| 12. | Michigan | 147.5 |
| 13. | Georgia | 116 |
| 14. | Texas A&M | 104 |
| 15 | Wisconsin | 95 |
| 16. | Duke | 80 |
| 17. | North Carolina | 77 |
| 18. | Purdue | 57 |
| 19. | Auburn | 54 |
| 20. | Minnesota | 47 |
| 21. | LSU | 44 |
| 22. | UCLA | 36 |
| 23. | Alabama | 25 |
| 24. | Arizona St. | 23 |
| 25. | Utah | 22 |
| 26. | Virginia Tech | 18 |
| 27. | Northwestern | 17 |
| 28. | Southern Ill. | 16 |
| 29. | Penn | 15 |
| 30. | Nebraska | 11 |
| 31. | South Carolina | 9 |
| 32. | Kansas | 6 |
| | Miami (OH) | 6 |
| | Notre Dame | 6 |
| | Rutgers | 6 |
| 36. | Akron | 5 |
| | Arkansas | 5 |
| 38. | Cincinnati | 4 |
| | Florida St. | 4 |
| 40. | Houston | 3 |
| | Miami (FL) | 3 |
| | Washington St. | 3 |

# 2024 INDIVIDUAL RESULTS

## 50-Yard Freestyle

**Final**

| Place | Athlete | School | Finals Time |
|---|---|---|---|
| 1 | Walsh, Gretchen | Virginia | 20.37 |
| 2 | Berkoff, Katharine | NC State | 21.09 |
| 3 | Nocentini, Jasmine | Virginia | 21.10 |
| 4 | Regenauer, Christiana | Louisville | 21.48 |
| 5 | Dennis, Julia | Louisville | 21.60 |
| 6 | Albiero, Gabi | Louisville | 21.67 |
| 7* | Parker, Maxine | Virginia | 21.74 |
| 7* | Kendall, Brady | Michigan | 21.74 |

**Consolation**

| Place | Athlete | School | Finals Time |
|---|---|---|---|
| 9 | Cooper, Grace | Texas | 21.71 |
| 10 | Turak, Ashley | Indiana | 21.73 |
| 11 | Famous, Caroline | Southern California | 21.77 |
| 12 | Paegle, Kristina | Indiana | 21.86 |
| 13 | Ivan, Teresa | Ohio St. | 21.87 |
| 14 | Fulmer, Amy | Ohio St. | 21.88 |
| 15 | Tang, Amy | Stanford | 21.90 |
| 16 | Riley, Eloise | California | 22.03 |

## 100-Yard Freestyle

**Final**

| Place | Athlete | School | Finals Time |
|---|---|---|---|
| 1 | Walsh, Gretchen | Virginia | 44.83 |
| 2 | Berkoff, Katharine | NC State | 46.23 |
| 3 | Ivey, Isabel | Florida | 46.67 |
| 4 | Nocentini, Jasmine | Virginia | 47.00 |
| 5 | Fulmer, Amy | Ohio St. | 47.18 |
| 6 | Regenauer, Christiana | Louisville | 47.20 |
| 7 | Peplowski, Anna | Indiana | 47.31 |
| 8 | Albiero, Gabi | Louisville | 47.37 |

**Consolation**

| Place | Athlete | School | Finals Time |
|---|---|---|---|
| 9 | Balduccini, Stephanie | Michigan | 47.04 |
| 10 | Spink, Camille | Tennessee | 47.05 |
| 11 | Paegle, Kristina | Indiana | 47.57 |
| 12 | Tang, Amy | Stanford | 47.68 |
| 13 | Zenick, Katherine | Ohio St. | 47.81 |
| 14 | Johnson, Gigi | Stanford | 47.85 |
| 15 | Stepanek, Chloe | Texas A&M | 47.98 |
| 16 | Parker, Maxine | Virginia | 48.11 |

## 200-Yard Freestyle

**Final**

| Place | Athlete | School | Finals Time |
|---|---|---|---|
| 1 | Sims, Bella | Florida | 1:40.90 |
| 2 | Peplowski, Anna | Indiana | 1:40.97 |
| 3 | Abraham, Minna | Southern California | 1:41.96 |
| 4 | Canny, Aimee | Virginia | 1:42.33 |
| 5 | Stepanek, Chloe | Texas A&M | 1:42.92 |
| 6 | Wilson, Kayla | Stanford | 1:43.23 |
| 7 | Ivey, Isabel | Florida | 1:43.79 |
| -- | Spink, Camille | Tennessee | DQ |

**Consolation**

| Place | Athlete | School | Finals Time |
|---|---|---|---|
| 9 | Douthwright, Brooklyn | Tennessee | 1:42.75 |

| 10 | Gemmell, Erin | Texas | 1:43.05 |
| 11 | Balduccini, Stephanie | Michigan | 1:43.10 |
| 12 | Roghair, Aurora | Stanford | 1:43.21 |
| 13 | Spitz, Ayla | Northwestern | 1:43.46 |
| 14 | Hetrick, Paige | Louisville | 1:43.98 |
| 15 | Fulmer, Amy | Ohio St. | 1:44.06 |
| 16 | Crom, Katelyn | Michigan | 1:44.55 |

## 500-Yard Freestyle

**Final**

| Place | Athlete | School | Finals Time |
|---|---|---|---|
| 1 | Sims, Bella | Florida | 4:32.47 |
| 2 | Weyant, Emma | Florida | 4:33.70 |
| 3 | Peplowski, Anna | Indiana | 4:34.06 |
| 4 | Roghair, Aurora | Stanford | 4:34.26 |
| 5 | Gormsen, Cavan | Virginia | 4:35.37 |
| 6 | McCulloh, Abby | Georgia | 4:37.13 |
| 7 | Stege, Rachel | Georgia | 4:37.26 |
| 8 | Coetzee, Dune | Georgia | 4:40.08 |

**Consolation**

| Place | Athlete | School | Finals Time |
|---|---|---|---|
| 9 | Crom, Katelyn | Michigan | 4:36.27 |
| 10 | Miller, Hayden | Texas A&M | 4:36.60 |
| 11 | Tuggle, Claire | Southern California | 4:37.86 |
| 12 | Klinker, Rachel | California | 4:37.91 |
| 13 | Spitz, Ayla | Northwestern | 4:38.00 |
| 14 | Motekaitis, Mia | California | 4:38.63 |
| 15 | Carlson, Abby | Wisconsin | 4:38.82 |
| 16 | Looney, Lindsay | Arizona St. | 4:41.84 |

## 1,650-Yard Freestyle

**Final**

| Place | Athlete | School | Finals Time |
|---|---|---|---|
| 1 | McCulloh, Abby | Georgia | 15:37.74 |
| 2 | Roghair, Aurora | Stanford | 15:41.11 |
| 3 | Gan, Ching Hwee | Indiana | 15:46.90 |
| 4 | Kalandadze, Anna | Penn | 15:47.86 |
| 5 | Weyant, Emma | Florida | 15:49.51 |
| 6 | Sullivan, Erica | Texas | 15:54.82 |
| 7 | Denigan, Mariah | Indiana | 15:55.41 |
| 8 | Jorgenson, Gena | Nebraska | 15:55.71 |
| 9 | McKenna, Paige | Wisconsin | 15:56.16 |
| 10 | Miller, Hayden | Texas A&M | 15:56.53 |
| 11 | Breslin, Aly | Tennessee | 15:56.89 |
| 12 | Geringer, Maya | Ohio St. | 15:59.60 |
| 13 | Hastings, Emma | NC State | 16:59.69 |
| 14 | Waggoner, Maddie | Wisconsin | 16:00.85 |
| 15 | Lindorfer, Alivia | Wisconsin | 16:01.25 |
| 16 | Braun, Elle | Wisconsin | 16:02.47 |

## 100-Yard Backstroke

**Final**

| Place | Athlete | School | Finals Time |
|---|---|---|---|
| 1 | Berkoff, Katharine | NC State | 48.55 |
| 2 | Stadden, Isabelle | California | 50.47 |
| 3 | Noble, Kennedy | NC State | 50.54 |
| 4 | Bacon, Phoebe | Wisconsin | 50.55 |
| 5 | Fuller, Josephine | Tennessee | 50.56 |
| 6 | McKenna, Kacey | Indiana | 50.65 |
| 7 | Pulido, Celia | Southern Ill. | 50.73 |
| 8 | Grana, Miranda | Texas A&M | 51.65 |

## Consolation

| Place | Athlete | School | Finals Time |
|-------|---------|--------|-------------|
| 9 | Berglund, Berit | Texas | 50.70 |
| 10 | McCarty, Eboni | Georgia | 51.00 |
| 11 | Bray, Olivia | Texas | 51.15 |
| 12 | Tiltmann, Reilly | Virginia | 51.29 |
| 13 | Funderburke, Nyah | Ohio St. | 51.43 |
| 14 | Famous, Caroline | Southern California | 51.44 |
| 15 | Kern, Emma | Texas | 51.45 |
| 16 | Pattison, Greer | North Carolina | 51.69 |

## 200-Yard Backstroke

### Final

| Place | Athlete | School | Finals Time |
|-------|---------|--------|-------------|
| 1 | Bacon, Phoebe | Wisconsin | 1:48.23 |
| 2 | Noble, Kennedy | NC State | 1:48.43 |
| 3 | Sims, Bella | Florida | 1:48.47 |
| 4 | Stadden, Isabelle | California | 1:49.19 |
| 5 | Fuller, Josephine | Tennessee | 1:50.49 |
| 6 | Grana, Miranda | Texas A&M | 1:51.96 |
| 7 | Bentz, Caroline | Virginia Tech | 1:52.39 |
| 8 | Choate, Catie | Florida | 1:53.54 |

### Consolation

| Place | Athlete | School | Finals Time |
|-------|---------|--------|-------------|
| 9 | Spitz, Ayla | Northwestern | 1:51.72 |
| 10 | Tiltmann, Reilly | Virginia | 1:51.80 |
| 11 | Ramey, Jojo | Florida | 1:52.02 |
| 12 | Hetrick, Paige | Louisville | 1:52.10 |
| 13 | Pulido, Celia | Southern Ill. | 1:52.31 |
| 14 | Gorecka, Weronicka | Akron | 1:52.61 |
| 15 | Riordan, Amy | South Carolina | 1:53.32 |
| 16 | Pfaff, Ali | Duke | 1:53.57 |

## 100-Yard Butterfly

### Final

| Place | Athlete | School | Finals Time |
|-------|---------|--------|-------------|
| 1 | Walsh, Gretchen | Virginia | 47.42 |
| 2 | Sticklen, Emma | Texas | 49.70 |
| 3 | Bray, Olivia | Texas | 50.52 |
| 4 | Pash, Kelly | Texas | 50.55 |
| 5 | Lee, Meghan | Auburn | 50.72 |
| 6 | Peoples, Olivia | Florida | 50.93 |
| 7 | Johnson, Gigi | Stanford | 50.99 |
| 8 | Kragh, Mia | California | 51.27 |

### Consolation

| Place | Athlete | School | Finals Time |
|-------|---------|--------|-------------|
| 9 | Regenauer, Christiana | Louisville | 51.05 |
| 10 | Albiero, Gabi | Louisville | 51.10 |
| 11 | Vannote, Ellie | North Carolina | 51.23 |
| 12 | Nordmann, Lillie | Stanford | 51.38 |
| 13 | Zenick, Katherine | Ohio St. | 51.40 |
| 14 | Carvalho, Giulia | Miami (FL) | 51.50 |
| 15 | Arens, Abby | NC State | 51.55 |
| 16 | Daniel, Abby | Akron | 51.79 |

## 200-Yard Butterfly

### Final

| Place | Athlete | School | Finals Time |
|-------|---------|--------|-------------|
| 1 | Sticklen, Emma | Texas | 1:50.99 |
| 2 | Pash, Kelly | Texas | 1:51.57 |
| 3 | Klinker, Rachel | California | 1:51.62 |
| 4 | Howley, Tess | Virginia | 1:52.41 |
| 5 | Bray, Olivia | Texas | 1:52.45 |
| 6 | Harter, Abby | Virginia | 1:52.49 |
| 7 | Looney, Lindsay | Arizona St. | 1:52.80 |
| 8 | Nordmann, Lillie | Stanford | 1:52.83 |

### Consolation

| Place | Athlete | School | Finals Time |
|-------|---------|--------|-------------|
| 9 | Bell, Lucy | Stanford | 1:52.63 |
| 10 | Pelzek, Greta | South Carolina | 1:53.47 |
| 11 | Bellard, Hannah | Michigan | 1:53.68 |
| 12 | Stoll, Campbell | Texas | 1:53.84 |
| 13 | Hook, Charlotte | Stanford | 1:53.90 |
| 14 | Theall, Olivia | Texas A&M | 1:54.27 |
| 15 | Stotler, Sara | Tennessee | 1:54.42 |
| 16 | Lee, Meghan | Auburn | 1:55.07 |

## 100-Yard Breaststroke

### Final

| Place | Athlete | School | Finals Time |
|-------|---------|--------|-------------|
| 1 | Nocentini, Jasmine | Virginia | 56.09 |
| 2 | McSharry, Mona | Tennessee | 56.64 |
| 3 | Dobler, Kaitlyn | Southern California | 56.67 |
| 4 | Elendt, Anna | Texas | 57.01 |
| 5 | Jacoby, Lydia | Texas | 57.13 |
| 6 | Bach, Hannah | Ohio St. | 57.40 |
| 7 | Panitz, Josie | Ohio St. | 58.38 |
| 8 | Makarova, Stasya | Auburn | 58.94 |

### Consolation

| Place | Athlete | School | Finals Time |
|-------|---------|--------|-------------|
| 9 | Fast, Emelie | Tennessee | 58.08 |
| 10 | Wiseman, Avery | Alabama | 58.38 |
| 11 | Emma Weber | Virginia | 58.39 |
| 12 | Smith, Skyler | North Carolina | 58.67 |
| 13 | Crye, Joleigh | Cincinnati | 58.73 |
| 14 | Fangli, Henrietta | Houston | 58.98 |
| 15 | Huggins, Maddy | Florida St. | 59.29 |
| 16 | Ferraguti, Alessia | Arkansas | 59.89 |

## 200-Yard Breaststroke

### Final

| Place | Athlete | School | Finals Time |
|-------|---------|--------|-------------|
| 1 | Walsh, Alex | Virginia | 2:02.07 |
| 2 | McSharry, Mona | Tennessee | 2:04.07 |
| 3 | Nelson, Ella | Virginia | 2:04.80 |
| 4 | Gridley, Kaelyn | Duke | 2:04.94 |
| 5 | Elendt, Anna | Texas | 2:05.16 |
| 6 | Dobler, Kaitlyn | Southern California | 2:05.77 |
| 7 | Fast, Emelie | Tennessee | 2:06.79 |
| 8 | Keating, Anna | Virginia | 2:07.32 |

### Consolation

| Place | Athlete | School | Finals Time |
|-------|---------|--------|-------------|
| 9 | Jacoby, Lydia | Texas | 2:06.82 |
| 10 | Canny, Aimee | Virginia | 2:07.34 |
| 11 | Wiseman, Avery | Alabama | 2:07.37 |
| 12 | Hartman, Zoie | Georgia | 2:07.72 |

| | | | |
|---|---|---|---|
| 13 | Ferraguti, Alessia | Arkansas | 2:07.86 |
| 14 | Lundgren, Emily | Washington St. | 2:07.99 |
| 15 | Weber, Emma | Virginia | 2:08.13 |
| 16 | Pavicevic, Katja | North Carolina | 2:08.52 |

## 200-Yard Individual Medley

### Final

| Place | Athlete | School | Finals Time |
|---|---|---|---|
| 1 | Walsh, Alex | Virginia | 1:49.20 |
| 2 | Ivey, Isabel | Florida | 1:51.96 |
| 3 | Fuller, Josephine | Tennessee | 1:52.04 |
| 4 | Bell, Lucy | Stanford | 1:52.64 |
| 5 | Bacon, Phoebe | Wisconsin | 1:53.16 |
| 6 | Pash, Kelly | Texas | 1:53.64 |
| 7 | Nelson, Ella | Virginia | 1:53.65 |
| 8 | Dixon, Zoe | Florida | 1:54.27 |

### Consolation

| Place | Athlete | School | Finals Time |
|---|---|---|---|
| 9 | Noble, Kennedy | NC State | 1:53.72 |
| 10 | Bricker, Caroline | Stanford | 1:53.87 |
| 11 | Sticklen, Emma | Texas | 1:54.19 |
| 12 | Hartman, Zoie | Georgia | 1:54.50 |
| 13 | Foley, Sarah | Duke | 1:54.70 |
| 14 | Gomes Celidonio, Fernanda | Louisville | 1:55.11 |
| 15 | Polonsky, Lea | California | 1:55.27 |
| 16 | Daniel, Abby | Akron | 1:55.90 |

## 400-Yard Individual Medley

### Final

| Place | Athlete | School | Finals Time |
|---|---|---|---|
| 1 | Walsh, Alex | Virginia | 3:55.97 |
| 2 | Weyant, Emma | Florida | 3:59.00 |
| 3 | Bell, Lucy | Stanford | 4:01.23 |
| 4 | Bricker, Caroline | Stanford | 4:02.14 |
| 5 | Van Berkom, Megan | Minnesota | 4:02.51 |
| 6 | Nelson, Ella | Virginia | 4:04.33 |
| 7 | Dixon, Zoe | Florida | 4:04.93 |
| 8 | Maceachern, Paige | UCLA | 4:08.95 |

### Consolation

| Place | Athlete | School | Finals Time |
|---|---|---|---|
| 9 | Stoll, Campbell | Texas | 4:03.89 |
| 10 | Murphy, Rosie | UCLA | 4:05.01 |
| 11 | Maier, Nicole | Miami (OH) | 4:06.01 |
| 12 | Goerigk, Giulia | Texas A&M | 4:06.12 |
| 13 | Coe, Angie | Texas | 4:06.32 |
| 14 | Dunn, Callahan | Wisconsin | 4:07.26 |
| 15 | Ackerman, Kathryn | Michigan | 4:08.42 |
| 16 | Polonsky, Lea | California | 4:11.85 |

## One-Meter Diving

### Final

| Place | Athlete | School | Finals Score |
|---|---|---|---|
| 1 | Vazquez Montano, Aranza | North Carolina | 350.50 |
| 2 | Hernandez, Hailey | Texas | 326.20 |
| 3 | Agunbiade, Nike | Southern California | 319.50 |
| 4 | Oakley, Joslyn | Texas A&M | 311.60 |
| 5 | O'Neil, Bridget | Texas | 295.50 |
| 6 | Widerstrom, Elna | Minnesota | 293.65 |
| 7 | Monroy, Camyla | Florida | 281.10 |
| 8 | O'Meara, Margo | Duke | 266.80 |

### Consolation

| Place | Athlete | School | Finals Score |
|---|---|---|---|
| 9 | Nilsson Garip, Emilia | Utah | 314.90 |
| 10 | Kaye, Elizabeth | Virginia | 300.30 |
| 11 | Prasanto, Holly | Rutgers | 299.20 |
| 12 | Waxman, Holley | Utah | 290.75 |
| 13 | Lavenant, Montserrat | LSU | 283.95 |
| 14 | Lai, Shiyun | Kansas | 280.25 |
| 15 | Wenzel, Meghan | Georgia | 278.65 |
| 16 | Fowler, Anne | Indiana | 266.05 |

## Three-Meter Diving

### Final

| Place | Athlete | School | Finals Score |
|---|---|---|---|
| 1 | Vazquez Montano, Aranza | North Carolina | 364.75 |
| 2 | Fowler, Anne | Indiana | 342.45 |
| 3 | Hernandez, Hailey | Texas | 342.15 |
| 4 | McAfee, Sophia | Purdue | 329.40 |
| 5 | O'Neil, Bridget | Texas | 319.90 |
| 6 | Lavenant, Montserrat | LSU | 305.40 |
| 7 | Milligan, Kiarra | Michigan | 288.65 |
| 8 | Kaye, Elizabeth | Virginia | 267.30 |

### Consolation

| Place | Athlete | School | Finals Score |
|---|---|---|---|
| 9 | Oakley, Joslyn | Texas A&M | 317.30 |
| 10 | Hallaselka, Lauren | UCLA | 315.30 |
| 11 | Brady, Caroline | Notre Dame | 312.50 |
| 12 | Waxman, Holley | Utah | 301.15 |
| 13 | Wright, Daryn | Purdue | 286.75 |
| 14 | Lai, Shiyun | Kansas | 281.95 |
| 15 | Vear, Samantha | Florida St. | 265.25 |
| 16 | Trueb, Savana | UCLA | 247.80 |

## Platform Diving

### Final

| Place | Athlete | School | Finals Score |
|---|---|---|---|
| 1 | Del Angel, Viviana | Minnesota | 327.90 |
| 2 | Lavenant, Montserrat | LSU | 304.70 |
| 3 | Skilken, Jordan | Texas | 293.60 |
| 4 | Praasterink, Else | Louisville | 290.30 |
| 5 | Wright, Daryn | Purdue | 282.70 |
| 6 | Vieta, Maycey | Purdue | 280.50 |
| 7 | Boyle, Janie | Ohio St. | 267.20 |
| 8 | McAfee, Sophia | Purdue | 264.45 |

### Consolation

| Place | Athlete | School | Finals Score |
|---|---|---|---|
| 9 | Cheng, Eden | UCLA | 317.35 |
| 10 | Watson, Aliyah | Duke | 282.60 |
| 11 | Lucoe, Tanesha | Tennessee | 280.35 |
| 12 | McGing, Ciara | Ohio St. | 248.55 |
| 13 | Agunbiade, Nike | Southern California | 248.40 |
| 14 | Waxman, Holley | Utah | 248.20 |
| 15 | Buckley, Maggie | LSU | 244.85 |
| 16 | Trueb, Savana | UCLA | 190.95 |

## 200-Yard Freestyle Relay

### Final

| Place | School | Finals Time |
|---|---|---|
| 1 | Virginia | 1:24.05 |
| 2 | Louisville | 1:25.47 |
| 3 | Texas | 1:26.17 |
| 4 | Southern California | 1:26.47 |
| 5 | Michigan | 1:26.55 |
| 6 | Tennessee | 1:26.65 |
| 7 | NC State | 1:26.75 |
| 8 | Indiana | 1:26.84 |
| 9 | Ohio St. | 1:26.85 |
| 10 | Florida | 1:27.23 |
| 11 | Stanford | 1:27.43 |
| 12 | Alabama | 1:27.53 |
| 13 | Auburn | 1:27.62 |
| 14 | Georgia | 1:27.77 |
| 15 | Wisconsin | 1:27.87 |
| 16 | LSU | 1:27.97 |

## 400-Yard Freestyle Relay

### Final

| Place | School | Finals Time |
|---|---|---|
| 1 | Virginia | 3:05.89 |
| 2 | Florida | 3:08.60 |
| 3 | Louisville | 3:09.08 |
| 4 | Michigan | 3:09.47 |
| 5 | Tennessee | 3:09.70 |
| 6 | Southern California | 3:10.55 |
| 7 | Stanford | 3:10.57 |
| 8 | Indiana | 3:10.68 |
| 9 | Ohio St. | 3:11.06 |
| 10 | Texas | 3:11.51 |
| 11 | California | 3:11.66 |
| 12 | NC State | 3:11.77 |
| 13 | Georgia | 3:12.30 |
| 14 | LSU | 3:12.49 |
| 15 | Auburn | 3:12.52 |
| 16 | Wisconsin | 3:12.89 |

## 800-Yard Freestyle Relay

### Final

| Place | School | Finals Time |
|---|---|---|
| 1 | Florida | 6:48.59 |
| 2 | Tennessee | 6:50.82 |
| 3 | Stanford | 6:51.17 |
| 4 | Virginia | 6:51.41 |
| 5 | Indiana | 6:54.03 |
| 6 | Georgia | 6:54.67 |
| 7 | Texas | 6:54.68 |
| 8 | Michigan | 6:54.70 |
| 9 | California | 6:55.18 |
| 10 | Wisconsin | 6:55.71 |
| 11 | Southern California | 6:56.34 |
| 12 | Arizona St. | 6:57.06 |
| 13 | Louisville | 6:57.65 |
| 14 | Virginia Tech | 6:59.41 |
| 15 | Texas A&M | 7:00.02 |
| 16 | Ohio St. | 7:00.33 |

## 200-Yard Medley Relay

### Final

| Place | School | Finals Time |
|---|---|---|
| 1 | Virginia | 1:31.58 |
| 2 | Ohio St. | 1:33.09 |
| 3 | Florida | 1:34.30 |
| 4 | California | 1:34.55 |
| 5 | Tennessee | 1:34.64 |
| 6 | Texas | 1:34.74 |
| 7 | Southern California | 1:34.81 |
| 8 | Stanford | 1:35.10 |
| 9 | Duke | 1:35.16 |
| 10 | North Carolina | 1:35.19 |
| 11 | Louisville | 1:35.45 |
| 12 | Michigan | 1:35.62 |
| 13 | Indiana | 1:35.84 |
| 14 | Wisconsin | 1:35.85 |
| 15 | Auburn | 1:35.97 |
| 16 | Alabama | 1:36.18 |

## 400-Yard Medley Relay

### Final

| Place | School | Finals Time |
|---|---|---|
| 1 | Virginia | 3:21.01 |
| 2 | Texas | 3:24.92 |
| 3 | Tennessee | 3:25.39 |
| 4 | Florida | 3:25.64 |
| 5 | Southern California | 3:25.76 |
| 6 | NC State | 3:27.12 |
| 7 | Duke | 3:28.71 |
| 8 | California | 3:28.91 |
| 9 | Louisville | 3:29.11 |
| 10 | Texas A&M | 3:29.34 |
| 11 | Auburn | 3:29.45 |
| 12 | North Carolina | 3:29.48 |
| 13 | Ohio St. | 3:29.62 |
| 14 | Stanford | 3:29.63 |
| 15 | Indiana | 3:29.65 |
| 16 | Georgia | 3:29.98 |

# HISTORY

## RESULTS

| Year | Champion | Coach | Points | Runner-Up | Points | Host or Site | Attendance |
|------|----------|-------|--------|-----------|--------|--------------|------------|
| 1982 | Florida | Randy Reese | 505 | Stanford | 383 | Florida | 1,670 |
| 1983 | Stanford | George Haines | 418½ | Florida | 389½ | Nebraska | 1,714 |
| 1984 | Texas | Richard Quick | 392 | Stanford | 324 | Indianapolis | 2,418 |
| 1985 | Texas | Richard Quick | 643 | Florida | 400 | Alabama | 2,089 |
| 1986 | Texas | Richard Quick | 633 | Florida | 586 | Arkansas | 1,600 |
| 1987 | Texas | Richard Quick | 648½ | Stanford | 631½ | Indianapolis | 6,050 |
| 1988 | Texas | Richard Quick | 661 | Florida | 542½ | Texas | 4,327 |
| 1989 | Stanford | Richard Quick | 610½ | Texas | 547 | Indianapolis | 4,791 |
| 1990 | Texas | Mark Schubert | 632 | Stanford | 622½ | Texas | 4,279 |
| 1991 | Texas | Mark Schubert | 746 | Stanford | 653 | Indianapolis | 7,854 |
| 1992 | Stanford | Richard Quick | 735½ | Texas | 651 | Texas | 2,708 |
| 1993 | Stanford | Richard Quick | 649½ | Florida | 421 | Minnesota | 6,487 |
| 1994 | Stanford | Richard Quick | 512 | Texas | 421 | Indianapolis | 5,098 |
| 1995 | Stanford | Richard Quick | 497½ | Michigan | 478½ | Texas | 1,717 |
| 1996 | Stanford | Richard Quick | 478 | SMU | 397 | Michigan | 3,340 |
| 1997 | Southern California | Mark Schubert | 406 | Stanford | 395 | Indianapolis | 5,922 |
| 1998 | Stanford | Richard Quick | 422 | Arizona | 378 | Minnesota | 2,318 |
| 1999 | Georgia | Jack Bauerle | 504½ | Stanford | 441 | Georgia | 7,686 |
| 2000 | Georgia | Jack Bauerle | 490½ | Arizona | 472 | Indianapolis | 4,622 |
| 2001 | Georgia | Jack Bauerle | 389 | Stanford | 387½ | Long Island | 4,618 |
| 2002 | Auburn | David Marsh | 474 | Georgia | 386 | Texas | 6,767 |
| 2003 | Auburn | David Marsh | 536 | Georgia | 373 | Auburn | 3,520 |
| 2004 | Auburn | David Marsh | 569 | Georgia | 431 | Texas A&M | 4,002 |
| 2005 | Georgia | Jack Bauerle | 609½ | Auburn | 492 | Purdue | 6,266 |
| 2006 | Auburn | David Marsh/Dorsey Tierney-Walker | 518½ | Georgia | 515½ | Georgia | 6,282 |
| 2007 | Auburn | David Marsh/Dorsey Tierney-Walker | 535 | Arizona | 477 | Minnesota | 6,458 |
| 2008 | Arizona | Frank Busch | 484 | Auburn | 348 | Ohio St. | 7,185 |
| 2009 | California | Teri McKeever | 411½ | Georgia | 400½ | Texas A&M | 1,377 |
| 2010 | Florida | Gregg Troy | 382 | Stanford | 379½ | Purdue | 2,043 |
| 2011 | California | Teri McKeever | 424 | Georgia | 394½ | Texas | 7,207 |
| 2012 | California | Teri McKeever | 412½ | Georgia | 366 | Auburn | 2,954 |
| 2013 | Georgia | Jack Bauerle | 477 | California | 393 | Indianapolis | 9,155 |
| 2014 | Georgia | Jack Bauerle | 528 | Stanford | 402½ | Minneapolis | 8,366 |
| 2015 | California | Teri McKeever | 513 | Georgia | 452 | Greensboro, N.C. | 8,969 |
| 2016 | Georgia | Jack Bauerle | 414 | Stanford | 395 | Georgia Tech | 11,705 |
| 2017 | Stanford | Greg Meehan | 526½ | California | 366 | Indianapolis | 45,707^ |
| 2018 | Stanford | Greg Meehan | 593 | California | 373 | Ohio St. | 10,762 |
| 2019 | Stanford | Greg Meehan | 456.5 | California | 419 | Texas | 13,900 |
| 2020& | No Champion | | | | | | |
| 2021 | Virginia | Todd Desorbo | 491 | NC State | 354 | Greensboro, N.C. | |
| 2022 | Virginia | Todd Desorbo | 551.5 | Texas | 406 | Georgia Tech | |
| 2023 | Virginia | Todd Desorbo | 541.5 | Texas | 414.5 | Tennessee | |
| 2024 | Virginia | Todd Desorbo | 527.5 | Texas | 441 | Georgia | |

^Joint championship with Division I Men's Championship.
& Records do not include the 2020 championship due to the COVID-19 pandemic cancellations.

# TEAM CHAMPIONSHIPS

| | |
|---|---|
| Stanford | 11 |
| Texas | 7 |
| Georgia | 7 |
| Auburn | 5 |
| California | 4 |
| Virginia | 4 |
| Florida | 2 |
| Arizona | 1 |
| Southern California | 1 |

# INDIVIDUAL CHAMPIONSHIPS

*(Note: Totals include co-championships. Relay victories count one for each event.)*

| | |
|---|---|
| Stanford | 182 |
| Florida | 91 |
| Georgia | 79 |
| California | 75 |
| Texas | 75 |
| Arizona | 50 |
| Southern California | 46 |
| Virginia | 41 |
| Auburn | 32 |
| SMU | 29 |
| Indiana | 16 |
| North Carolina | 15 |
| Minnesota | 14 |
| Michigan | 13 |
| Texas A&M | 10 |
| NC State | 8 |
| Tennessee | 8 |
| Houston | 7 |
| Louisville | 7 |
| Wisconsin | 7 |
| Alabama | 5 |
| LSU | 5 |
| Miami (FL) | 5 |
| Nevada | 5 |

| | |
|---|---|
| Ohio St. | 5 |
| Clemson | 4 |
| Columbia | 4 |
| Hawaii | 4 |
| Arizona St. | 3 |
| BYU | 3 |
| Kansas | 3 |
| Arkansas | 2 |
| IUPUI | 2 |
| Kentucky | 2 |
| Michigan St. | 2 |
| Northwestern | 2 |
| UCLA | 2 |
| Villanova | 2 |
| Cincinnati | 1 |
| Colorado St. | 1 |
| Duke | 1 |
| Furman | 1 |
| Nebraska | 1 |
| Notre Dame | 1 |
| Oregon St. | 1 |
| Penn | 1 |
| Penn St. | 1 |
| Purdue | 1 |
| South Carolina | 1 |
| Southern Ill. | 1 |

# CHAMPIONSHIP RECORDS

## 50-Yard Freestyle
20.37—Gretchen Walsh, Virginia, March 21, 2024

## 100-Yard Freestyle
44.83—Gretchen Walsh, Virginia, March 23, 2024

## 200-Yard Freestyle
1:39.10—Missy Franklin, California, March 20, 2015

## 500-Yard Freestyle
4:24.06—Katie Ledecky, Stanford, March 16, 2017

## 1,650-Yard Freestyle
15:07.57—Katie Ledecky, Stanford, March 17, 2018

## 100-Yard Backstroke
48.26—Gretchen Walsh, Virginia, March 17, 2023 and March 22, 2024

## 200-Yard Backstroke
1:47.24—Beata Nelson, Wisconsin, March 23, 2019

## 100-Yard Breaststroke
55.73—Lilly King, Indiana, March 22, 2019

## 200-Yard Breaststroke
2:01.29—Kate Douglass, Virginia, March 18, 2023

## 100-Yard Butterfly
47.42—Gretchen Walsh, Virginia, March 22, 2024

## 200-Yard Butterfly
1:49.95—Emma Sticklen, Texas, March 18, 2023

## 200-Yard Individual Medley
1:48.37—Kate Douglass, Virginia, March 16, 2023

## 400-Yard Individual Medley
3:54.60—Ella Eastin, Sanford, March 16, 2018

## One-Meter Diving (1982-2000)
495.85—Megan Neyer, Florida, 1983

## One-Meter Diving (since 2001)
365.75—Mia Vallee, Miami (FL), March 17, 2022

## Three-Meter Diving (1982-2005)
657.30—Yulia Pakhalina, Houston, 2003

## Three-Meter Diving (since 2006)
437.75—Christina Loukas, Indiana, March 20, 2009

## Platform Diving (1991-92, 94-99)
664.75—Laura Wilkinson, Texas, 1999

## Platform Diving (1990, 93, 2000-05)
538.80—Jenny Keim, Miami (FL), 2000

## Platform Diving (Since 2006)
396.75—Haley Ishimatsu, Southern California, March 23, 2013

## 200-Yard Freestyle Relay
1:24.05—Virginia (Jasmine Nocentini, Gretchen Walsh, Alex Walsh, Maxine Parker), March 21, 2024

## 400-Yard Freestyle Relay
3:05.84—Virginia (Kate Douglass, Alex Walsh, Maxine Parker, Gretchen Walsh), March 18, 2023

## 800-Yard Freestyle Relay
6:45.91—Stanford (Simone Manuel, Lia Neal, Ella Eastin, Katie Ledecky), March 15, 2017

## 200-Yard Medley Relay
1:31.51—Virginia (Gretchen Walsh, Alex Walsh, Lexi Cuomo, Kate Douglass), March 15, 2023

## 400-Yard Medley Relay
3:21.01—Virginia (Gretchen Walsh, Jasmine Nocentini, Alex Walsh, Maxine Parker), March 22, 2024

# SHORT COURSE METERS RECORDS

## 50-Meter Freestyle
24.24—Kara Lynn Joyce, Georgia, March 18, 2004

## 100-Meter Freestyle
53.15—Kara Lynn Joyce, Georgia, March 20, 2004

## 200-Meter Freestyle
1:56.16—Margaret Hoelzer, Auburn, March 19, 2004

## 400-Meter Freestyle
4:01.58—Emily Mason, Arizona, March 18, 2004

## 1,500-Meter Freestyle
15:49.14—Kalyn Keller, Southern California, March 20, 2004

## 100-Meter Backstroke
57.51—Natalie Coughlin, California, March 19, 2004

## 200-Meter Backstroke
2:03.86—Kirsty Coventry, Auburn, March 20, 2004

## 100-Meter Breaststroke
1:04.79—Tara Kirk, Stanford, March 19, 2004

## 200-Meter Breaststroke
2:20.70—Tara Kirk, Stanford, March 20, 2004

## 100-Meter Butterfly
56.88—Natalie Coughlin, California, March 19, 2004

## 200-Meter Butterfly
2:06.02—Mary DeScenza, Georgia, March 20, 2004

## 200-Meter Individual Medley
2:08.11—Kaitlin Sandeno, Southern California, March 18, 2004

## 400-Meter Individual Medley
4:30.44—Kaitlin Sandeno, Southern California, March 19, 2004

## 200-Meter Freestyle Relay
1:37.27—Georgia (Kara Lynn Joyce, Neka Mabry, Paige Kearns, Andrea Georoff), March 18, 2004

## 400-Meter Freestyle Relay
3:35.14—Georgia (Kara Lynn Joyce, Neka Mabry, Andrea Georoff, Mary DeScenza), March 20, 2004

## 800-Meter Freestyle Relay
7:50.94—California (Natalie Coughlin, Erin Reilly, Ashley Chandler, Lauren Medina), March 19, 2004

## 200-Meter Medley Relay
1:49.02—Auburn (Jenni Anderson, Laura Swander, Margaret Hoelzer, Eileen Coparropa), March 19, 2004

## 400-Meter Medley Relay
3:56.48—Georgia (Neka Mabry, Sarah Poewe, Mary DeScenza, Kara Lynn Joyce), March 18, 2004

# DISCONTINUED EVENTS

*(Note: All short course.)*

## 50-Yard Backstroke
25.46—Sue Walsh, North Carolina, March 17, 1983 (preliminaries)

## 50-Yard Breaststroke
28.80—Angelika Knipping, Alabama, March 17, 1983

## 50-Yard Butterfly
24.26—Jill Sterkel, Texas, March 17, 1983

## 100-Yard Individual Medley
55.74—Tracy Caulkins, Florida, March 10, 1982

# MISCELLANEOUS

## Event Champions, Year
13—Florida, 1982-88; Stanford, 1993-2018
12—Stanford, 1992.
11—Virginia, 2022-23
10—Texas, 1985; Stanford, 2017.

## Individual Titles, Year
5—Tracy Caulkins, Florida, 1982 (100 fly, 200 fly, 100 IM, 200 IM, 400 IM), also swam on one winning relay team.
4—Tracy Caulkins, Florida, 1984 (100 breast, 200 fly, 200 IM, 400 IM), also swam on two winning relay teams.

## Individual Titles, Career
12—Tracy Caulkins, Florida (100 breast 1984, 100 fly 1982, 200 fly 1982-84, 100 IM 1982-83, 200 IM 1982-83-84, 400 IM 1982-83-84), also swam on four winning relay teams.
11—Natalie Coughlin, California (100 back 2001-02-03-04, 200 back 2001-02-03, 100 fly 2001-02-03-04), also swam on nine winning relay teams.
10—Martina Moravcova, SMU (100 free 1997-98-99, 200 free 1996-97-98-99, 200 IM 1997-98-99), also swam on four winning relay teams.
9—Jenny Thompson, Stanford (50 free 1992-93, 100 free 1992-93-94-95, 100 fly 1994-95, 200 IM 1995), also swam on 10 winning relay teams; Kara Lynn Joyce, Georgia (50 free 2004-05-06-07, 100 free 2004-05-06-07, 200 free 2006), also swam on nine winning relay teams.
8—Marybeth Linzmeier, Stanford (200 free 1982-84, 500 free 1982-83-84, 1,650 free 1982-83-84), also swam on three winning relay teams; Megan Neyer, Florida (one-meter diving 1982-83-84-86, three-meter diving 1982-83-84-86); Sue Walsh, North Carolina (50 back 1982-83, 100 back 1982-83-84, 200 back 1982-83-84); Kristine Quance, Southern California (200 breast 1994-96-97, 200 IM 1994-96, 400 IM 1994-96-97), also swam on one winning relay team.

## Multiple Championships, Event
4—Megan Neyer, Florida (one-meter diving 1982-83-84-86, three-meter diving 1982-83-84-86); Mary T. Meagher, California (200 fly 1983-85-86-87); Leigh Ann Fetter, Texas (50 free 1988-89-90-91); Nicole Haislett, Florida (200 free 1991-92-93-94); Jenny Thompson, Stanford (100 free 1992-93-94-95); Martina Moravcova, SMU (200 free 1996-97-98-99); Natalie Coughlin, California (100 back 2001-02-03-04, 100 fly 2001-02-03-04); Tara Kirk, Stanford (100 breast 2001-02-03-04); Mary DeScenza, Georgia (200 fly 2003-04-05-06); Kara Lynn Joyce, Georgia (50 free 2004-05-06-07, 100 free 2004-05-06-07); Rebecca Soni, Southern California (200 breast 2006-07-08-09); Lilly King, Indiana (100 breast 2016-17-18-19, 200 breast 2016-17-18-19); Ella Eastin, Stanford (400 IM 2016-17-18-19)..
3—Tracy Caulkins, Florida (200 IM 1982-83-84, 400 IM 1982-83-84); Marybeth Linzmeier, Stanford (500 free 1982-83-84, 1,650 free 1982-83-

84); Sue Walsh, North Carolina (100 back 1982-83-84, 200 back 1982-83-84); Tracey McFarlane, Texas (100 breast 1985-87-88); Betsy Mitchell, Texas (100 back 1986-87-88, 200 back 1986-87-88); Tami Bruce, Florida (1,650 free 1986-87-88); Leigh Ann Fetter, Texas (100 free 1989-90-91); Lea Loveless, Stanford (100 back 1992-93-94); Eileen Richitelli, Stanford (platform diving 1992-93-95); Mimosa McNerney, Florida (1,650 free 1993-95-96); Kristine Quance, Southern California (200 breast 1994-96-97, 400 IM 1994-96-97); Martina Moravcova, SMU (100 free 1997-98-99, 200 IM 1997-98-99); Lindsay Benko, Southern California (500 free 1996-97-99); Natalie Coughlin, California (200 back 2001-02-03); Maggie Bowen, Auburn (200 IM 2001-02-03, 400 IM 2001-02-03); Yulia Pakhalina, Houston (three-meter diving 2001-02-03); Tara Kirk, Stanford (200 breast 2002-03-04); Flavia Rigamonti, SMU (1,650 free 2002-03-05); Gemma Spofforth, Florida (100 back 2008-09-10; 200 back 2007-08-09); Elaine Breeden, Stanford (200 fly 2007-09-10); Julia Smit, Stanford (400 IM 2008-09-10); Allison Schmitt, Georgia (500 free 2009-10-11); Wendy Trott, Georgia (1,650 free 2009-10-11); Allison Schmitt, Georgia (200 free 2010-11-13); Breeja Larson, Texas A&M (100-yard breast 2012-13-14); Rachel Bootsma, California (100-yard back 2013-15-16); Simone Manuel, Stanford (50 free 2015-17-18, 100 free 2015-17-18); Sarah Bacon, Minnesota (One-meter diving 2018-19-21); Katharine Berkoff, NC State (100 back 2021-22-24); Gretchen Walsh, Virginia (100 free 2022-23-24); Alex Walsh, Virginia (200 IM 2021-22-24, 400 IM 2022-23-24)

# INDIVIDUAL CHAMPIONS

## 50-Yard Freestyle

| Year | Winner | School | Time |
|---|---|---|---|
| 1982 | Diane Johnson | Arizona | 23.16 |
| 1983 | Tammy Thomas | Kansas | 22.17 |
| 1984 | Krissie Bush | Stanford | 22.98 |
| 1985 | Conny Van Bentum | California | 23.18 |
| 1986 | Jenna Johnson | Stanford | 22.46 |
| 1987 | Jenna Johnson | Stanford | 22.57 |
| 1988 | Dara Torres | Florida | 22.38 |
| | Leigh Ann Fetter | Texas | 22.38 |
| 1989 | Leigh Ann Fetter | Texas | 22.05 |
| 1990 | Leigh Ann Fetter | Texas | 22.11 |
| 1991 | Leigh Ann Fetter | Texas | 22.13 |
| 1992 | Jenny Thompson | Stanford | 22.14 |
| 1993 | Jenny Thompson | Stanford | 22.16 |
| 1994 | Amy Van Dyken | Colorado St. | 21.77 |
| 1995 | Ashley Tappin | Arizona | 22.34 |
| 1996 | Nicole deMan | Tennessee | 22.59 |
| 1997 | Catherine Fox | Stanford | 22.01 |
| 1998 | Catherine Fox | Stanford | 22.21 |
| 1999 | Catherine Fox | Stanford | 22:13 |
| 2001 | Colleen Lanne | Texas | 21:99 |
| 2002 | Maritza Correia | Georgia | 21.69 |
| 2003 | Maritza Correia | Georgia | 21.83 |
| 2005 | Kara Lynn Joyce | Georgia | 21.97 |
| 2006 | Kara Lynn Joyce | Georgia | 21.63 |
| 2007 | Kara Lynn Joyce | Georgia | 21.71 |
| 2008 | Lara Jackson | Arizona | 21.69 |
| 2009 | Lara Jackson | Arizona | 21.40 |
| 2010 | Liv Jensen | California | 22.04 |
| 2011 | Arianna Vanderpool-Wallace | Auburn | 21.38 |
| 2012 | Liv Jensen | California | 21.48 |
| 2013 | Margo Geer | Arizona | 21.73 |
| 2014 | Olivia Smoliga | Georgia | 21.59 |
| 2015 | Simone Manuel | Stanford | 21.32 |
| 2016 | Olivia Smoliga | Georgia | 21.21 |
| 2017 | Simone Manuel | Stanford | 21.17 |
| 2018 | Simone Manuel | Stanford | 21.18 |
| 2019 | Abbey Weitzeil | California | 21.02 |
| 2020& | No Champion | | |
| 2021 | Kate Douglass | Virginia | 21.13 |
| 2022 | Kate Douglass | Virginia | 20.84 |
| 2023 | Maggie MacNeil | LSU | 20.79 |
| 2024 | Gretchen Walsh | Virginia | 20.37 |

## 100-Yard Freestyle

| Year | Winner | School | Time |
|---|---|---|---|
| 1982 | Amy Caulkins | Florida | 49.37 |
| 1983 | Tammy Thomas | Kansas | 48.40 |
| 1984 | Agneta Eriksson | Texas | 49.63 |
| 1985 | Mary Wayte | Florida | 49.70 |
| 1986 | Jenna Johnson | Stanford | 49.03 |
| 1987 | Jenna Johnson | Stanford | 48.82 |
| 1988 | Dara Torres | Florida | 48.26 |
| 1989 | Leigh Ann Fetter | Texas | 48.68 |
| 1990 | Leigh Ann Fetter | Texas | 48.48 |
| 1991 | Leigh Ann Fetter | Texas | 48.29 |
| 1992 | Jenny Thompson | Stanford | 47.61 |
| 1993 | Jenny Thompson | Stanford | 48.03 |
| 1994 | Jenny Thompson | Stanford | 47.74 |

| Year | Winner | School | Time |
|---|---|---|---|
| 1995 | Jenny Thompson | Stanford | 48.38 |
| 1996 | Claudia Franco | Stanford | 49.04 |
| 1997 | Martina Moravcova | SMU | 48.18 |
| 1998 | Martina Moravcova | SMU | 48.81 |
| 1999 | Martina Moravcova | SMU | 48:05 |
| 2001 | Colleen Lanne | Texas | 48:29 |
| 2002 | Maritza Correia | Georgia | 47.56 |
| 2003 | Maritza Correia | Georgia | 47.29 |
| 2005 | Kara Lynn Joyce | Georgia | 47.50 |
| 2006 | Kara Lynn Joyce | Georgia | 47.41 |
| 2007 | Kara Lynn Joyce | Georgia | 47.24 |
| 2008 | Lacey Nymeyer | Arizona | 47.50 |
| 2009 | Dana Vollmer | California | 47.17 |
| 2010 | Julia Wilkinson | Texas A&M | 47.61 |
| 2011 | Arianna Vanderpool-Wallace | Auburn | 47.07 |
| 2012 | Arianna Vanderpool-Wallace | Auburn | 46.88 |
| 2013 | Margo Geer | Arizona | 47.19 |
| 2014 | Margo Geer | Arizona | 47.10 |
| 2015 | Simone Manuel | Stanford | 46.09 |
| 2016 | Olivia Smoliga | Georgia | 46.70 |
| 2017 | Simone Manuel | Stanford | 45.56 |
| 2018 | Simone Manuel | Stanford | 45.65 |
| 2019 | Mallory Comerford | Louisville | 46.26 |
| 2020& | No Champion | | |
| 2021 | Maggie MacNeil | Michigan | 46.02 |
| 2022 | Gretchen Walsh | Virginia | 46.05 |
| 2023 | Gretchen Walsh | Virginia | 45.61 |
| 2024 | Gretchen Walsh | Virginia | 44.83 |

## 200-Yard Freestyle

| Year | Winner | School | Time |
|---|---|---|---|
| 1982 | Marybeth Linzmier | Stanford | 1:45.82 |
| 1983 | Susan Habernigg | Southern California | 1:46.35 |
| 1984 | Marybeth Linzmier | Stanford | 1:45.47 |
| 1985 | Susan Habernigg | Southern California | 1:45.73 |
| 1986 | Conny Van Bentum | California | 1:46.45 |
| 1987 | Mitzi Kremer | Clemson | 1:45.99 |
| 1988 | Tami Bruce | Florida | 1:45.40 |
| 1989 | Mitzi Kremer | Clemson | 1:44.78 |
| 1990 | Whitney Hedgepeth | Florida | 1:45.21 |
| 1991 | Nicole Haislett | Florida | 1:45.05 |
| 1992 | Nicole Haislett | Florida | 1:43.28 |
| 1993 | Nicole Haislett | Florida | 1:43.98 |
| 1994 | Nicole Haislett | Florida | 1:44.51 |
| 1995 | Ashley Tappin | Arizona | 1:45.23 |
| 1996 | Martina Moravcova | SMU | 1:44.64 |
| 1997 | Martina Moravcova | SMU | 1:43.08 |
| 1998 | Martina Moravcova | SMU | 1:45.11 |
| 1999 | Martina Moravcova | SMU | 1:43.84 |
| 2001 | Sarah Tolar | Arizona | 1:45.21 |
| 2002 | Sarah Tolar | Arizona | 1:44.66 |
| 2003 | Jessi Perruquet | North Carolina | 1:45.01 |
| 2005 | Margaret Hoelzer | Auburn | 1:44.60 |
| 2006 | Kara Lynn Joyce | Georgia | 1:43.96 |
| 2007 | Lacey Nymeyer | Arizona | 1:43.49 |
| 2008 | Caroline Burckle | Florida | 1:43.10 |
| 2009 | Dana Vollmer | California | 1:42.01 |
| 2010 | Allison Schmitt | Georgia | 1:42.84 |
| 2011 | Allison Schmitt | Georgia | 1:42.08 |

| Year | Winner | School | Time |
|---|---|---|---|
| 2012 | Megan Romano | Georgia | 1:41.21 |
| 2013 | Allison Schmitt | Georgia | 141.85 |
| 2014 | Missy Franklin | California | 1:40.31 |
| 2015 | Missy Franklin | California | 1:39.10 |
| 2016 | Brittany MacLean | Georgia | 1:42.42 |
| 2017 | Katie Ledecky | Stanford | 1:40.36 |
|  | Mallory Comerford | Louisville | 1:40.36 |
| 2018 | Mallory Comerford | Louisville | 1:39.80 |
| 2019 | Mallory Comerford | Louisville | 1:40.26 |
| 2020& | No Champion | | |
| 2021 | Paige Madden | Virginia | 1:42.35 |
| 2022 | Taylor Ruck | Stanford | 1:41.12 |
| 2023 | Taylor Ruck | Stanford | 1:42.36 |
| 2024 | Bella Sims | Florida | 1:40.90 |

## 500-Yard Freestyle

| Year | Winner | School | Time |
|---|---|---|---|
| 1982 | Marybeth Linzmeier | Stanford | 4:41.61 |
| 1983 | Marybeth Linzmeier | Stanford | 4:39.95 |
| 1984 | Marybeth Linzmeier | Stanford | 4:38.91 |
| 1985 | Tiffany Cohen | Texas | 4:37.90 |
| 1986 | Tami Bruce | Florida | 4:40.87 |
| 1987 | Mitzi Kremer | Clemson | 4:41.13 |
| 1988 | Tami Bruce | Florida | 4:38.22 |
| 1989 | Mitzi Kremer | Clemson | 4:39.18 |
| 1990 | Janet Evans | Stanford | 4:34.39 |
| 1991 | Janet Evans | Stanford | 4:38.71 |
| 1992 | Erika Hansen | Texas | 4:37.73 |
| 1993 | Lisa Jacob | Stanford | 4:45.79 |
| 1994 | Nicole Haislett | Florida | 4:43.36 |
| 1995 | Mimosa McNerney | Florida | 4:41.86 |
| 1996 | Lindsay Benko | Southern California | 4:42.46 |
| 1997 | Lindsay Benko | Southern California | 4:41.85 |
| 1998 | Cristina Teuscher | Columbia | 4:35.45 |
| 1999 | Lindsay Benko | Southern California | 4:40.22 |
| 2001 | Jessica Foschi | Stanford | 4:37.81 |
| 2002 | Flavia Rigamonti | SMU | 4:40.13 |
| 2003 | Flavia Rigamonti | SMU | 4:37.72 |
| 2005 | Emily Mason | Arizona | 4:37.11 |
| 2006 | Laura Conway | Georgia | 4:40.01 |
| 2007 | Adrienne Binder | Auburn | 4:36.96 |
| 2008 | Caroline Burckle | Florida | 4:33.60 |
| 2009 | Allison Schmitt | Georgia | 4:35.17 |
| 2010 | Allison Schmitt | Georgia | 4:34.13 |
| 2011 | Allison Schmitt | Georgia | 4:34.20 |
| 2012 | Haley Anderson | Southern California | 4:34.48 |
| 2013 | Haley Anderson | Southern California | 4:34.66 |
| 2014 | Brittany MacLean | Georgia | 4:32.53 |
| 2015 | Leah Smith | Virginia | 4:31.54 |
| 2016 | Leah Smith | Virginia | 4:31.33 |
| 2017 | Katie Ledecky | Stanford | 4:24.06 |
| 2018 | Katie Ledecky | Stanford | 4:26.57 |
| 2019 | Brooke Forde | Stanford | 4:31.34 |
| 2020& | No Champion | | |
| 2021 | Paige Madden | Virginia | 4:33.61 |
| 2022 | Lia Thomas | Penn | 4:33.61 |
| 2023 | Kensey McMahon | Alabama | 4:36.62 |
| 2024 | Bella Sims | Florida | 4:32.47 |

## 1,650-Yard Freestyle

| Year | Winner | School | Time |
|---|---|---|---|
| 1982 | Marybeth Linzmeier | Stanford | 16:02.34 |
| 1983 | Marybeth Linzmeier | Stanford | 16:03.76 |
| 1984 | Marybeth Linzmeier | Stanford | 16:02.38 |
| 1985 | Tiffany Cohen | Texas | 15:53.85 |
| 1986 | Betsy Mitchell | Florida | 15:56.81 |
| 1987 | Tami Bruce | Florida | 16:02.15 |
| 1988 | Tami Bruce | Florida | 15:50.86 |
| 1989 | Erika Hansen | Georgia | 16:00.04 |
| 1990 | Janet Evans | Stanford | 15:39.14 |
| 1991 | Janet Evans | Stanford | 15:45.98 |
| 1992 | Katy Arris | Texas | 16:03.78 |
| 1993 | Mimosa McNerney | Florida | 16:14.28 |
| 1994 | Tobie Smith | Texas | 16:07.26 |
| 1995 | Mimosa McNerney | Florida | 15:59.71 |
| 1996 | Mimosa McNerney | Florida | 16:06.23 |
| 1997 | Trina Jackson | Arizona | 15:59.82 |
| 1998 | Trina Jackson | Arizona | 15:49.25 |
| 1999 | Julie Varozza | Georgia | 15:59.66 |
| 2001 | Cara Lane | Virginia | 15:53.86 |
| 2002 | Flavia Rigamonti | SMU | 15:52.28 |
| 2003 | Flavia Rigamonti | SMU | 15:43.90 |
| 2005 | Flavia Rigamonti | SMU | 15:46.84 |
| 2006 | Hayley Peirsol | Auburn | 15:49.48 |
| 2007 | Hayley Peirsol | Auburn | 15:45.92 |
| 2008 | Emily Brunemann | Michigan | 15:53.69 |
| 2009 | Wendy Trott | Georgia | 15:45.49 |
| 2010 | Wendy Trott | Georgia | 15:48.87 |
| 2011 | Wendy Trott | Georgia | 15:40.32 |
| 2012 | Stephanie Peacock | North Carolina | 15:38.79 |
| 2013 | Haley Anderson | Southern California | 15:45.98 |
| 2014 | Brittany MacLean | Georgia | 15:27.84 |
| 2015 | Leah Smith | Virginia | 15:34.46 |
| 2016 | Leah Smith | Virginia | 15:32.72 |
| 2017 | Katie Ledecky | Stanford | 15:07.70 |
| 2018 | Katie Ledecky | Stanford | 15:07.57 |
| 2019 | Ally McHugh | Penn St. | 15:39.22 |
| 2020& | No Champion | | |
| 2021 | Paige Madden | Virginia | 15:41.86 |
| 2022 | Paige McKenna | Wisconsin | 15:40.84 |
| 2023 | Kensey McMahon | Alabama | 15:43.84 |
| 2024 | Abby McCulloh | Georgia | 15:37.74 |

## 100-Yard Backstroke

| Year | Winner | School | Time |
|---|---|---|---|
| 1982 | Sue Walsh | North Carolina | 54.81 |
| 1983 | Sue Walsh | North Carolina | 55.62 |
| 1984 | Sue Walsh | North Carolina | 55.32 |
| 1985 | Deborah Risen | Texas | 55.44 |
| 1986 | Betsy Mitchell | Texas | 55.00 |
| 1987 | Betsy Mitchell | Texas | 54.18 |
| 1988 | Betsy Mitchell | Texas | 54.11 |
| 1989 | Kristen Linehan | Florida | 54.98 |
| 1990 | Kristen Linehan | Florida | 54.10 |
| 1991 | Jodi Wilson | Texas | 54.98 |
| 1992 | Lea Loveless | Stanford | 52.82 |
| 1993 | Lea Loveless | Stanford | 52.98 |
| 1994 | Lea Loveless | Stanford | 53.51 |
| 1995 | Alecia Humphrey | Michigan | 54.10 |
| 1996 | Jessica Tong | Stanford | 54.40 |
| 1997 | Catherine Fox | Stanford | 53.23 |
| 1998 | Catherine Fox | Stanford | 52.71 |
| 1999 | Marylyn Chiang | California | 52.36 |
| 2001 | Natalie Coughlin | California | 51.23 |

| Year | Winner | School | Time |
|------|--------|--------|------|
| 2002 | Natalie Coughlin | California | 49.97 |
| 2003 | Natalie Coughlin | California | 50.92 |
| 2005 | Marshi Smith | Arizona | 52.82 |
| 2006 | Rachel Goh | Auburn | 52.35 |
| 2007 | Rachel Goh | Auburn | 51.97 |
| 2008 | Gemma Spofforth | Florida | 51.78 |
| 2009 | Gemma Spofforth | Florida | 50.55 |
| 2010 | Gemma Spofforth | Florida | 50.92 |
| 2011 | Cindy Tran | California | 51.30 |
| 2012 | Cindy Tran | California | 50.31 |
| 2013 | Rachel Bootsma | California | 50.13 |
| 2014 | Paige Miller | Texas A&M | 50.77 |
| 2015 | Rachel Bootsma | California | 50.03 |
| 2016 | Rachel Bootsma | California | 50.28 |
| 2017 | Kathleen Baker | California | 49.84 |
| 2018 | Ally Howe | Stanford | 49.70 |
| 2019 | Beata Nelson | Wisconsin | 49.18 |
| 2020& | No Champion | | |
| 2021 | Katharine Berkoff | NC State | 49.74 |
| 2022 | Katharine Berkoff | NC State | 48.74 |
| 2023 | Gretchen Walsh | Virginia | 48.26 |
| 2024 | Katharine Berkoff | NC State | 48.55 |

## 200-Yard Backstroke

| Year | Winner | School | Time |
|------|--------|--------|------|
| 1982 | Sue Walsh | North Carolina | 1:59.47 |
| 1983 | Sue Walsh | North Carolina | 1:59.05 |
| 1984 | Sue Walsh | North Carolina | 1:59.84 |
| 1985 | Tori Trees | Texas | 1:59.11 |
| 1986 | Betsy Mitchell | Texas | 1:57.26 |
| 1987 | Betsy Mitchell | Texas | 1:55.16 |
| 1988 | Betsy Mitchell | Texas | 1:57.21 |
| 1989 | Kristen Linehan | Florida | 1:57.89 |
| 1990 | Kristen Linehan | Florida | 1:57.02 |
| 1991 | Beth Barr | Texas | 1:57.81 |
| 1992 | Whitney Hedgepeth | Texas | 1:52.98 |
| 1993 | Lea Loveless | Stanford | 1:53.67 |
| 1994 | Whitney Hedgepeth | Texas | 1:53.05 |
| 1995 | Alecia Humphrey | Michigan | 1:54.68 |
| 1996 | Lindsay Benko | Southern California | 1:55.78 |
| 1997 | Lindsay Benko | Southern California | 1:54.42 |
| 1998 | Misty Hyman | Stanford | 1:53.12 |
| 1999 | Keegan Walkley | Georgia | 1:53.63 |
| 2001 | Natalie Coughlin | California | 1:51.02 |
| 2002 | Natalie Coughlin | California | 1:49.52 |
| 2003 | Natalie Coughlin | California | 1:50.86 |
| 2005 | Kirsty Coventry | Auburn | 1:50.54 |
| 2006 | Helen Silver | California | 1:53.01 |
| 2007 | Gemma Spofforth | Florida | 1:52.96 |
| 2008 | Gemma Spofforth | Florida | 1:50.70 |
| 2009 | Gemma Spofforth | Florida | 1:49.11 |
| 2010 | Kateryna Fesenko | Indiana | 1:49.92 |
| 2011 | Maggie Meyer | Wisconsin | 1:50.76 |
| 2012 | Elizabeth Beisel | Florida | 1:50.58 |
| 2013 | Elizabeth Pelton | California | 1:47.84 |
| 2014 | Brooklynn Snodgrass | Indiana | 1:50.52 |
| 2015 | Missy Franklin | California | 1:47.91 |
| 2016 | Danielle Galyer | Kentucky | 1:49.71 |
| 2017 | Kathleen Baker | California | 1:48.744 |
| 2018 | Kathleen Baker | California | 1:47.30 |
| 2019 | Beata Nelson | Wisconsin | 1:47.24 |
| 2020& | No Champion | | |

| Year | Winner | School | Time |
|------|--------|--------|------|
| 2021 | Pheobe Bacon | Wisconsin | 1:48.32 |
| 2022 | Regan Smith | Stanford | 1:47.76 |
| 2023 | Claire Curzan | Stanford | 1:47.64 |
| 2024 | Pheobe Bacon | Wisconsin | 1:48.23 |

## 100-Yard Breaststroke

| Year | Winner | School | Time |
|------|--------|--------|------|
| 1982 | Kathy Treible | Florida | 1:02.44 |
| 1983 | Jeanne Childs | Hawaii | 1:02.69 |
| 1984 | Tracy Caulkins | Florida | 1:01.37 |
| 1985 | Tracey McFarlane | Texas | 1:02.50 |
| 1986 | Cindy Ounpuu | Florida | 1:02.57 |
| 1987 | Tracey McFarlane | Texas | 1:00.68 |
| 1988 | Tracey McFarlane | Texas | 1:00.51 |
| 1989 | Stephanie Zunich | Florida | 1:02.10 |
| 1990 | Stephanie Zunich | Florida | 1:01.37 |
| 1991 | Lori Heisick | Stanford | 1:01.37 |
| 1992 | Susan Lipscomb | SMU | 1:01.28 |
| 1993 | Lara Hooiveld | Michigan | 1:00.47 |
| 1994 | Beata Kaszuba | Arizona St. | 1:00.46 |
| 1995 | Beata Kaszuba | Arizona St. | 59.71 |
| 1996 | Penny Heyns | Nebraska | 1:00.27 |
| 1997 | Gretchen Hegener | Minnesota | 1:00.32 |
| 1998 | Kristy Kowal | Georgia | 59.05 |
| 1999 | Kristy Kowal | Georgia | 59.25 |
| 2001 | Tara Kirk | Stanford | 59.18 |
| 2002 | Tara Kirk | Stanford | 59.03 |
| 2003 | Tara Kirk | Stanford | 58.62 |
| 2005 | Caroline Bruce | Stanford | 59.55 |
| 2006 | Jessica Hardy | California | 1:00.02 |
| 2007 | Jessica Hardy | California | 59.43 |
| 2008 | Rebecca Soni | Southern California | 59.19 |
| 2009 | Rebecca Soni | Southern California | 58.36 |
| 2010 | Ann Chandler | Arizona | 58.06 |
| 2011 | Jillian Tyler | Minnesota | 58.39 |
| 2012 | Breeja Larson | Texas A&M | 57.71 |
| 2013 | Breeja Larson | Texas A&M | 57.63 |
| 2014 | Breeja Larson | Texas A&M | 57.23 |
| 2015 | Sarah Haase | Stanford | 58.32 |
| 2016 | Lilly King | Indiana | 56.85 |
| 2017 | Lilly King | Indiana | 56.71 |
| 2018 | Lilly King | Indiana | 56.25 |
| 2019 | Lilly King | Indiana | 55.73 |
| 2020& | No Champion | | |
| 2021 | Sophie Hansson | NC State | 57.23 |
| 2022 | Kaitlyn Dobler | Southern California | 56.93 |
| 2023 | Lydia Jacoby | Texas | 57.03 |
| 2024 | Jasmine Nocentini | Virginia | 56.09 |

## 200-Yard Breaststroke

| Year | Winner | School | Time |
|------|--------|--------|------|
| 1982 | Kathy Treible | Florida | 2:14.20 |
| 1983 | Jeanne Childs | Hawaii | 2:13.35 |
| 1984 | Susie Rapp | Stanford | 2:12.84 |
| 1985 | Kim Rhodenbaugh | Texas | 2:14.92 |
| 1986 | Cindy Ounpuu | Florida | 2:13.25 |
| 1987 | Susie Rapp | Stanford | 2:11.93 |
| 1988 | Hiroko Nagasaki | California | 2:11.65 |
| 1989 | Ann Colloton | Michigan | 2:12.96 |
| 1990 | Jill Johnson | Stanford | 2:12.32 |
| 1991 | Dorsey Tierney | Texas | 2:11.54 |
| 1992 | Lisa Flood | Villanova | 2:11.78 |

| Year | Winner | School | Time |
|------|--------|--------|------|
| 1993 | Lara Hooiveld | Michigan | 2:12.71 |
| 1994 | Kristine Quance | Southern California | 2:10.69 |
| 1995 | Beata Kaszuba | Arizona St. | 2:09.71 |
| 1996 | Kristine Quance | Southern California | 2:09.57 |
| 1997 | Kristine Quance | Southern California | 2:09.62 |
| 1998 | Kristy Kowal | Georgia | 2:09.14 |
| 1999 | Kristy Kowal | Georgia | 2:07.66 |
| 2001 | Amanda Beard | Arizona | 2:09.09 |
| 2002 | Tara Kirk | Stanford | 2:07.36 |
| 2003 | Tara Kirk | Stanford | 2:08.79 |
| 2005 | Caroline Bruce | Stanford | 2:08.67 |
| 2006 | Rebecca Soni | Southern California | 2:09.37 |
| 2007 | Rebecca Soni | Southern California | 2:08.23 |
| 2008 | Rebecca Soni | Southern California | 2:06.32 |
| 2009 | Rebecca Soni | Southern California | 2:05.52 |
| 2010 | Alia Atkinson | Texas A&M | 2:07.38 |
| 2011 | Haley Spencer | Minnesota | 2:06.12 |
| 2012 | Caitlin Leverenz | California | 2:04.76 |
| 2013 | Laura Sogar | Texas | 2:05.41 |
| 2014 | Emma Reaney | Notre Dame | 2:04.06 |
| 2015 | Kierra Smith | Minnesota | 2:04.56 |
| 2016 | Lilly King | Indiana | 2:03.59 |
| 2017 | Lilly King | Indiana | 2:03.18 |
| 2018 | Lilly King | Indiana | 2:02.60 |
| 2019 | Lilly King | Indiana | 2:02.90 |
| 2020& | No Champion | | |
| 2021 | Sophie Hansson | NC State | 2:03.86 |
| 2022 | Kate Douglass | Virginia | 2:02.19 |
| 2023 | Kate Douglass | Virginia | 2:01.29 |
| 2024 | Alex Walsh | Virginia | 2:02.07 |

## 100-Yard Butterfly

| Year | Winner | School | Time |
|------|--------|--------|------|
| 1982 | Tracy Caulkins | Florida | 53.91 |
| 1983 | Jill Sterkel | Texas | 53.54 |
| 1984 | Joan Pennington | Texas | 53.70 |
| 1985 | Mary T. Meagher | California | 53.50 |
| 1986 | Jenna Johnson | Stanford | 52.69 |
| 1987 | Mary T. Meagher | California | 52.42 |
| 1988 | Dara Torres | Florida | 52.95 |
| 1989 | Jenna Johnson | Stanford | 53.24 |
| 1990 | Janel Jorgensen | Stanford | 53.02 |
| 1991 | Crissy Ahmann-Leighton | Arizona | 52.36 |
| 1992 | Crissy Ahmann-Leighton | Arizona | 51.75 |
| 1993 | Janel Jorgensen | Stanford | 53.19 |
| 1994 | Jenny Thompson | Stanford | 51.81 |
| 1995 | Jenny Thompson | Stanford | 52.77 |
| 1996 | Lisa Coole | Georgia | 54.21 |
| 1997 | Mimi Bowen | Auburn | 52.05 |
| 1998 | Misty Hyman | Stanford | 51.34 |
| 1999 | Misty Hyman | Stanford | 51.77 |
| 2001 | Natalie Coughlin | California | 51.18 |
| 2002 | Natalie Coughlin | California | 50.01 |
| 2003 | Natalie Coughlin | California | 50.62 |
| 2005 | Mary DeScenza | Georgia | 52.11 |
| 2006 | Mary DeScenza | Georgia | 51.56 |
| 2007 | Dana Vollmer | California | 50.69 |
| 2008 | Christine Magnuson | Tennessee | 50.70 |
| 2009 | Amanda Sims | California | 51.28 |
| 2010 | Elaine Breeden | Stanford | 51.43 |
| 2011 | Amanda Sims | California | 50.49 |
| 2012 | Sara Isakovic | California | 51.49 |
| 2013 | Olivia Scott | Auburn | 51.64 |
| 2014 | Felicia Lee | Stanford | 50.89 |
| 2015 | Kelsi Worrell | Louisville | 49.81 |
| 2016 | Kelsi Worrell | Louisville | 49.43 |
| 2017 | Farida Osman | California | 50.05 |
| 2018 | Louise Hansson | Southern California | 49.80 |
| 2019 | Louise Hansson | Southern California | 49.26 |
| 2020& | No Champion | | |
| 2021 | Maggie MacNeil | Michigan | 48.89 |
| 2022 | Kate Douglass | Virginia | 49.04 |
| 2023 | Kate Douglass | Virginia | 48.46 |
| 2024 | Gretchen Walsh | Virginia | 47.42 |

## 200-Yard Butterfly

| Year | Winner | School | Time |
|------|--------|--------|------|
| 1982 | Tracy Caulkins | Florida | 1:57.23 |
| 1983 | Mary T. Meagher | California | 1:56.71 |
| 1984 | Tracy Caulkins | Florida | 1:55.55 |
| 1985 | Mary T. Meagher | California | 1:55.13 |
| 1986 | Mary T. Meagher | California | 1:54.52 |
| 1987 | Mary T. Meagher | California | 1:55.54 |
| 1988 | Julie Gorman | Florida | 1:56.08 |
| 1989 | Julie Gorman | Florida | 1:56.94 |
| 1990 | Janel Jorgensen | Stanford | 1:55.75 |
| 1991 | Summer Sanders | Stanford | 1:54.17 |
| 1992 | Summer Sanders | Stanford | 1:53.42 |
| 1993 | Janel Jorgensen | Stanford | 1:57.43 |
| 1994 | Berit Puggaard | SMU | 1:57.99 |
| 1995 | Berit Puggaard | SMU | 1:57.86 |
| 1996 | Annette Salmeen | UCLA | 1:55.84 |
| 1997 | Lia Oberstar | SMU | 1:56.76 |
| 1998 | Misty Hyman | Stanford | 1:55.70 |
| 1999 | Limin Liu | Nevada | 1:53.36 |
| 2001 | Misty Hyman | Stanford | 1:53.63 |
| 2002 | Shelly Ripple | Stanford | 1:54.23 |
| 2003 | Mary DeScenza | Georgia | 1:53.51 |
| 2005 | Mary DeScenza | Georgia | 1:54.19 |
| 2006 | Mary DeScenza | Georgia | 1:53.78 |
| 2007 | Elaine Breeden | Stanford | 1:53.02 |
| 2008 | Saori Haruguchi | Oregon St. | 1:52.39 |
| 2009 | Elaine Breeden | Stanford | 1:50.98 |
| 2010 | Elaine Breeden | Stanford | 1:52.39 |
| 2011 | Katinka Hosszu | Southern California | 1:51.69 |
| 2012 | Katinka Hosszu | Southern California | 1:51.32 |
| 2013 | Cammile Adams | Texas A&M | 1:52.61 |
| 2014 | Cammile Adams | Texas A&M | 1:52.25 |
| 2015 | Kelsi Worrell | Louisville | 1:51.11 |
| 2016 | Kelsi Worrell | Louisville | 1:50.96 |
| 2017 | Ella Eastin | Stanford | 1:51.35 |
| 2018 | Ella Eastin | Stanford | 1:50.01 |
| 2019 | Louise Hansson | Southern California | 1:50.28 |
| 2020& | No Champion | | |
| 2021 | Olivia Carter | Michigan | 1:51.33 |
| 2022 | Alex Walsh | Virginia | 1:50.90 |
| 2023 | Emma Sticklen | Texas | 1:49.95 |
| 2024 | Emma Sticklen | Texas | 1:50.99 |

## 200-Yard Individual Medley

| Year | Winner | School | Time |
|------|--------|--------|------|
| 1982 | Tracy Caulkins | Florida | 2:00.77 |
| 1983 | Tracy Caulkins | Florida | 2:00.34 |
| 1984 | Tracy Caulkins | Florida | 1:57.06 |

| Year | Winner | School | Time |
|---|---|---|---|
| 1985 | Kim Rhodenbaugh | Texas | 2:01.93 |
| 1986 | Susie Rapp | Stanford | 2:01.80 |
| 1987 | Betsy Mitchell | Texas | 1:59.66 |
| 1988 | Julie Gorman | Florida | 1:59.34 |
| 1989 | Angel Myers | Furman | 1:59.49 |
| 1990 | Janel Jorgensen | Stanford | 1:58.17 |
| 1991 | Summer Sanders | Stanford | 1:57.02 |
| 1992 | Summer Sanders | Stanford | 1:55.54 |
| 1993 | Nicole Haislett | Florida | 1:57.15 |
| 1994 | Kristine Quance | Southern California | 1:58.89 |
| 1995 | Jenny Thompson | Stanford | 1:57.63 |
| 1996 | Kristine Quance | Southern California | 1:57.58 |
| 1997 | Martina Moravcova | SMU | 1:55.81 |
| 1998 | Martina Moravcova | SMU | 1:57.37 |
| 1999 | Martina Moravcova | SMU | 1:55.64 |
| 2001 | Maggie Bowen | Auburn | 1:55.49 |
| 2002 | Maggie Bowen | Auburn | 1:53.91 |
| 2003 | Maggie Bowen | Auburn | 1:55.33 |
| 2005 | Kirsty Coventry | Auburn | 1:54.37 |
| 2006 | Whitney Myers | Arizona | 1:54.88 |
| 2007 | Whitney Myers | Arizona | 1:54.89 |
| 2008 | Ava Ohlgren | Auburn | 1:53.94 |
| 2009 | Julia Smit | Stanford | 1:52.79 |
| 2010 | Julia Smit | Stanford | 1:53.56 |
| 2011 | Katinka Hosszu | Southern California | 1:53.39 |
| 2012 | Caitlin Leverenz | California | 1:51.77 |
| 2013 | Caitlin Leverenz | California | 1:53.39 |
| 2014 | Maya DiRado | Stanford | 1:52.50 |
| 2015 | Missy Franklin | California | 1:52.11 |
| 2016 | Ella Eastin | Stanford | 1:51.65 |
| 2017 | Kathleen Baker | California | 1:51.69 |
| 2018 | Ella Eastin | Stanford | 1:50.67 |
| 2019 | Beata Nelson | Wisconsin | 1:50.79 |
| 2020& | No Champion | | |
| 2021 | Alex Walsh | Virginia | 1:51.87 |
| 2022 | Alex Walsh | Virginia | 1:50.08 |
| 2023 | Kate Douglass | Virginia | 1:48.37 |
| 2024 | Alex Walsh | Virginia | 1:49.20 |

## 400-Yard Individual Medley

| Year | Winner | School | Time |
|---|---|---|---|
| 1982 | Tracy Caulkins | Florida | 4:12.64 |
| 1983 | Tracy Caulkins | Florida | 4:15.24 |
| 1984 | Tracy Caulkins | Florida | 4:08.37 |
| 1985 | Mary Wayte | Florida | 4:13.27 |
| 1986 | Patty Sabo | Texas | 4:16.58 |
| 1987 | Janelle Bosse | Ohio St. | 4:14.63 |
| 1988 | Julie Gorman | Florida | 4:14.00 |
| 1989 | Michelle Griglione | Stanford | 4:12.29 |
| 1990 | Janet Evans | Stanford | 4:07.59 |
| 1991 | Summer Sanders | Stanford | 4:05.19 |
| 1992 | Summer Sanders | Stanford | 4:02.28 |
| 1993 | Mindy Gehrs | Michigan | 4:11.39 |
| 1994 | Kristine Quance | Southern California | 4:08.71 |
| 1995 | Allison Wagner | Florida | 4:09.04 |
| 1996 | Kristine Quance | Southern California | 4:06.60 |
| 1997 | Kristine Quance | Southern California | 4:06.54 |
| 1998 | Cristina Teuscher | Columbia | 4:05.62 |
| 1999 | Madeleine Crippen | Villanova | 4:06.76 |
| 2001 | Maggie Bowen | Auburn | 4:07.26 |
| 2002 | Maggie Bowen | Auburn | 4:04.69 |
| 2003 | Maggie Bowen | Auburn | 4:06.15 |
| 2005 | Kirsty Coventry | Auburn | 4:04.48 |
| 2006 | Whitney Myers | Arizona | 4:06.32 |
| 2007 | Ava Ohlgren | Auburn | 4:04.08 |
| 2008 | Julia Smit | Stanford | 4:02.41 |
| 2009 | Julia Smit | Stanford | 4:00.56 |
| 2010 | Julia Smit | Stanford | 4:00.90 |
| 2011 | Katinka Hosszu | Southern California | 3:59.75 |
| 2012 | Katinka Hosszu | Southern California | 3:56.54 |
| 2013 | Elizabeth Beisel | Florida | 4:00.49 |
| 2014 | Maya DiRado | Stanford | 3:58.12 |
| 2015 | Sarah Henry | Texas A&M | 4:02.47 |
| 2016 | Ella Eastin | Stanford | 3:58.40 |
| 2017 | Ella Eastin | Stanford | 3:57.57 |
| 2018 | Ella Eastin | Stanford | 3:54.60 |
| 2019 | Ella Eastin | Stanford | 3:57.03 |
| 2020& | No Champion | | |
| 2021 | Brooke Forde | Stanford | 4:01.57 |
| 2022 | Alex Walsh | Virginia | 3:57.25 |
| 2023 | Alex Walsh | Virginia | 3:57.24 |
| 2024 | Alex Walsh | Virginia | 3:55.97 |

## One-Meter Diving

| Year | Winner | School | Score |
|---|---|---|---|
| 1982 | Megan Neyer | Florida | 481.95 |
| 1983 | Megan Neyer | Florida | 495.85 |
| 1984 | Megan Neyer | Florida | 450.40 |
| 1985 | Wendy Lucero | Southern Ill. | 468.65 |
| 1986 | Megan Neyer | Florida | 480.70 |
| 1987 | Karen LaFace | Ohio St. | 478.00 |
| 1988 | Mary Fischbach | Michigan | 486.80 |
| 1989 | Alison Maisch | LSU | 479.10 |
| 1990 | Julie Farrell | Michigan St. | 455.70 |
| 1991 | Krista Wilson | SMU | 465.20 |
| 1992 | Cheril Santini | SMU | 426.40 |
| 1993 | Marina Smith | Auburn | 433.60 |
| 1994 | Vanessa Thelin | BYU | 449.80 |
| 1995 | Cheril Santini | SMU | 454.00 |
| 1996 | Kimiko Hirai | Indiana | 443.35 |
| 1997 | Vera Ilyina | Texas | 455.90 |
| 1998 | Vera Ilyina | Texas | 495.70 |
| 1999 | Jenny Lingamfelter | SMU | 444.40 |
| 2000 | Jamie Watkins | LSU | 439.70 |
| 2001 | Yulia Pakhalina | Houston | 329.60 |
| 2002 | Blythe Hartley | Southern California | 350.85 |
| 2003 | Yulia Pakhalina | Houston | 339.70 |
| 2004 | Allison Brennan | South Carolina | 307.20 |
| 2005 | Qiong Jie Huang | Hawaii | 327.00 |
| 2006 | Blythe Hartley | Southern California | 353.50 |
| 2007 | Cassidy Krug | Stanford | 361.55 |
| 2008 | Emma Friesen | Hawaii | 336.20 |
| 2009 | Anastasia Pozdniakova | Houston | 351.15 |
| 2010 | Anastasia Pozdniakova | Houston | 356.20 |
| 2011 | Kelci Bryant | Minnesota | 349.65 |
| 2012 | Tory Ishimatsu | Southern California | 354.10 |
| 2013 | Samantha Pickens | Arizona | 348.45 |
| 2014 | Laura Ryan | Georgia | 338.60 |
| 2015 | Samantha Pickens | Arizona | 345.90 |
| 2016 | Sharae Zheng | Nevada | 344.95 |
| 2017 | Alison Gibson | Texas | 332.60 |
| 2018 | Sarah Bacon | Minnesota | 343.50 |
| 2019 | Sarah Bacon | Minnesota | 363.20 |
| 2020& | No Champion | | |

| Year | Winner | School | Score |
|------|--------|--------|-------|
| 2021 | Sarah Bacon | Minnesota | 357.20 |
| 2022 | Mia Vallee | Miami (FL) | 365.75 |
| 2023 | Aranza Vazquez Montano | North Carolina | 358.75 |
| 2024 | Aranza Vazquez Montano | North Carolina | 350.50 |

## THREE-METER DIVING

| Year | Winner | School | Score |
|------|--------|--------|-------|
| 1982 | Megan Neyer | Florida | 541.95 |
| 1983 | Megan Neyer | Florida | 497.40 |
| 1984 | Megan Neyer | Florida | 498.05 |
| 1985 | Robin Ford | Arkansas | 482.45 |
| 1986 | Megan Neyer | Florida | 532.35 |
| 1987 | Kim Fugett | Ohio St. | 550.70 |
| 1988 | Mary Fischbach | Michigan | 551.75 |
| 1989 | Kelly Jenkins | Texas | 534.55 |
| 1990 | Krista Wilson | SMU | 561.55 |
| 1991 | Julie Farrell-Ovenhouse | Michigan St. | 576.80 |
| 1992 | Eileen Richetelli | Stanford | 536.30 |
| 1993 | Eileen Richetelli | Stanford | 528.75 |
| 1994 | Robin Carter | Texas | 522.10 |
| 1995 | Tracy Bonner | Tennessee | 580.20 |
| 1996 | Michelle Rojohn | Kansas | 567.95 |
| 1997 | Vera Ilyina | Texas | 587.80 |
| 1998 | Vera Ilyina | Texas | 612.60 |
| 1999 | Jenny Keim | Miami (FL) | 576.90 |
| 2000 | Ashley Culpepper | LSU | 538.25 |
| 2001 | Yulia Pakhalina | Houston | 573.20 |
| 2002 | Yulia Pakhalina | Houston | 625.05 |
| 2003 | Yulia Pakhalina | Houston | 657.30 |
| 2004 | Lane Bassham | Alabama | 557.75 |
| 2005 | Blythe Hartley | Southern California | 586.15 |
| 2006 | Blythe Hartley | Southern California | 373.15 |
| 2007 | Cassidy Krug | Stanford | 420.90 |
| 2008 | Chelsea Davis | Ohio St. | 365.85 |
| 2009 | Christina Loukas | Indiana | 437.75 |
| 2010 | Kelci Bryant | Minnesota | 415.50 |
| 2011 | Abby Johnston | Duke | 409.35 |
| 2012 | Jaele Patrick | Texas A&M | 410.15 |
| 2013 | Casey Matthews | Purdue | 386.55 |
| 2014 | Laura Ryan | Georgia | 423.15 |
| 2015 | Yu Zhou | Minnesota | 410.25 |
| 2016 | Sharae Zheng | Nevada | 404.70 |
| 2017 | YU Zhou | Minnesota | 392.75 |
| 2018 | Brooke Shultz | Arkansas | 399.45 |
| 2019 | Maria Polyakova | UCLA | 396.00 |
| 2020& | No Champion | | |
| 2021 | Sarah Bacon | Minnesota | 408.60 |
| 2022 | Sarah Bacon | Minnesota | 409.25 |
| 2023 | Aranza Vazquez Montano | North Carolina | 385.80 |
| 2024 | Aranza Vazquez Montano | North Carolina | 364.75 |

## PLATFORM DIVING

| Year | Winner | School | Score |
|------|--------|--------|-------|
| 1990 | Courtney Nelson | BYU | 523.10 |
| 1991 | Courtney Nelson | BYU | 595.00 |
| 1992 | Eileen Richetelli | Stanford | 582.90 |
| 1993 | Eileen Richetelli | Stanford | 530.95 |
| 1994 | Susie Ryan | LSU | 584.65 |
| 1995 | Eileen Richetelli | Stanford | 630.10 |
| 1996 | Becky Ruehl | Cincinnati | 636.05 |
| 1997 | Laura Wilkinson | Texas | 606.10 |
| 1998 | Kathy Pesek | Tennessee | 659.65 |

| Year | Winner | School | Score |
|------|--------|--------|-------|
| 1999 | Laura Wilkinson | Texas | 664.75 |
| 2000 | Jenny Keim | Miami (FL) | 538.80 |
| 2001 | Erin Sones | Stanford | 463.05 |
| 2002 | Blythe Hartley | Southern California | 460.35 |
| 2003 | Natalia Diea | Ohio St. | 476.65 |
| 2004 | Nicole Pohorenec | Texas | 482.20 |
| 2005 | Cassandra Cardinell | Indiana | 501.45 |
| 2006 | Taryn Ignacio | Kentucky | 335.30 |
| 2007 | Jessica Livingston | Texas | 357.85 |
| 2008 | Brittany Viola | Miami (FL) | 362.60 |
| 2009 | Kristen Davies | NC State | 339.65 |
| 2010 | Chen Ni | IUPUI | 325.50 |
| 2011 | Brittany Viola | Miami (FL) | 354.25 |
| 2012 | Chen Ni | IUPUI | 343.05 |
| 2013 | Haley Ishimatsu | Southern California | 396.75 |
| 2014 | Haley Ishimatsu | Southern California | 365.15 |
| 2015 | Jessica Parratto | Indiana | 367.00 |
| 2016 | Gracia Leydon-Mahoney | Stanford | 346.15 |
| 2017 | Olivia Rosendahl | Northwestern | 335.30 |
| 2018 | Olivia Rosendahl | Northwestern | 346.15 |
| 2019 | Murphy Bromberg | Texas | 391.60 |
| 2020& | No Champion | | |
| 2021 | Tarrin Gilliland | Indiana | 338.40 |
| 2022 | Tarrin Gilliland | Indiana | 372.96 |
| 2023 | Delaney Schnell | Arizona | 323.95 |
| 2024 | Viviana Del Angel | Minnesota | 327.90 |

## 200-YARD FREESTYLE RELAY

| Year | School | Participants | Time |
|------|--------|--------------|------|
| 1982 | Stanford | Krissie Bush, Kelly Asplund, Claudia Schwarzer, Barb Major | 1:32.07 |
| 1983 | Stanford | Krissie Bush, Diana Zock, Kelly Asplund, Barb Major | 1:31.67 |
| 1984 | Texas | Kirsten Wengler, Jodi Eyles, Deborah Risen, Joan Pennington | 1:31.95 |
| 1985 | Texas | Ann Drolsom, Jodi Eyles, Deborah Risen, Kirsten Wengler | 1:32.06 |
| 1986 | Stanford | Jenna Johnson, Diana Zock, Aimee Berzinsm, Kathy Smith | 1:31.27 |
| 1987 | Texas | Jeanne Doolan, Courtney Madsen, Carrie Steinseifer, Ann Drolsom | 1:31.01 |
| 1988 | Texas | Leigh Ann Fetter, Courtney Madsen, Colleen Griffin, Carrie Steinseifer | 1:30.21 |
| 1989 | Texas | Leigh Ann Fetter, Julie Cooper, Jeanne Doolan, Courtney Madsen | 1:28.90 |
| 1990 | Texas | Julie Cooper, Dana Dutcher, Jeanne Doolan, Leigh Ann Fetter | 1:29.83 |
| 1991 | Texas | Leigh Ann Fetter, Julie Cooper, Dana Dutcher, Andrea Fisher | 1:30.01 |
| 1992 | Texas | Julie Cooper, Andrea Fisher, Barbara Bedford, Whitney Hedgepeth | 1:30.94 |
| 1993 | Stanford | Mary Edwards, Lea Loveless, Janel Jorgensen, Jenny Thompson | 1:30.30 |
| 1994 | Stanford | Jessica Tong, Mary Edwards, Kerry O'Hanlon, Jenny Thompson | 1:30.53 |
| 1995 | Georgia | Liesl Pimentel, Lisa Coole, Andrea Morrison, Heather Blackmon | 1:30.84 |
| 1996 | Arizona | Shannon Hosack, Liesl Kolbisen, Casey Legler, Ashley Tappin | 1:31.09 |
| 1997 | Arizona | Shannon Hosack, Liesl Kolbisen, Denali Knapp, Ashley Tappin | 1:29.56 |
| 1998 | Arizona | Shannon Hosack, Liesl Kolbisen, Denali Knapp, Lindsey Farella | 1:29.16 |
| 1999 | SMU | Martina Moravcova, Rania Elwani, Alison Wimer, Katina Maistrellis | 1:28.94 |

| Year | School | Participants | Time |
|---|---|---|---|
| 2001 | Texas | Colleen Lanne, Tanica Jamison, Kelley Robins, Erin Phenix | 1:28.89 |
| 2002 | Georgia | Stefanie Williams, Neka Mabry, Paige Kearns, Maritza Correia | 1:28.74 |
| 2003 | Georgia | Neka Mabry, Paige Kearns, Samantha Arsenault, Maritza Correia | 1:28.96 |
| 2005 | Georgia | Kara Lynn Joyce, Paige Kearns, Andrea Georoff, Amanda Weir | 1:28.10 |
| 2006 | Arizona | Courtney Cashion, Jenna Gresdal, Anna Turner, Lindsey Kelly | 1:27.98 |
| 2007 | Arizona | Lara Jackson, Lacey Nymeyer, Anna Turner, Lindsey Kelly | 1:27.23 |
| 2008 | Arizona | Lara Jackson, Lacey Nymeyer, Anna Turner, Taylor Baughman | 1:26.90 |
| 2009 | Arizona | Lara Jackson, Lindsey Kelly, Justine Schluntz, Taylor Baughman | 1:26.20 |
| 2010 | Florida | Shara Stafford, Gemma Spofforth, Stephanie Napier, Sarah Bateman | 1:27.79 |
| 2011 | California | Hannah Wilson, Colleen Fotsch, Erica Dagg, Liv Jensen | 1:27.36 |
| 2012 | Stanford | Samantha Woodward, Madeline Schaefer, Andrea Murez, Elizabeth Webb | 1:26.85 |
| 2013 | Tennessee | Caroline Simmons, Faith Johnson, Lindsay Gendron, Kelsey Floyd | 1:27.14 |
| 2014 | Stanford | Maddy Schaefer, Lia Neal, Felicia Lee, Katie Olsen | 1:26.23 |
| 2015 | California | Kaylin Bing, Missy Franklin, Rachel Bootsma, Farida Osman | 1:26.41 |
| 2016 | California | Farida Osman, Kristen Vredeveld, Valerie Hull, Amy Bilquist | 1:26.80 |
| 2017 | California | Abbey Weitzeil, Maddie Murphy, Amy Bilquist, Farida Osman | 1:25.59 |
| 2018 | Stanford | Janey Hu, Simone Manuel, Lauren Pitzer, Ally Howe | 1:25.43 |
| 2019 | California | Maddie Murphy, Katie McLaughlin, Amy Bilquist, Abbey Weitzeil | 1:24.55 |
| 2020& | No Champion | | |
| 2021 | California | Eloise Riley, Emily Gantriis, Elise Garcia, Isabel Ivey | 1:25.78 |
| 2022 | Virginia | Kate Douglass, Alex Walsh, Lexi Cuomo, Gretchen Walsh | 1:24.96 |
| 2023 | Virginia | Kate Douglass, Gretchen Walsh, Lexi Cuomo, Maxine Parker | 1:24.51 |
| 2024 | Virginia | Jasmine Nocentini, Gretchen Walsh, Alex Walsh, Maxine Parker | 1:24.05 |

# 400-Yard Freestyle Relay

| Year | School | Participants | Time |
|---|---|---|---|
| 1982 | Stanford | Marybeth Linzmeier, Isabel Reuss, Kelly Asplund, Barb Major | 3:20.98 |
| 1983 | Texas | Kirsten Wengler, Carol Klimpel, Rebecca Kast, Jill Sterkel | 3:21.34 |
| 1984 | Florida | Tracy Caulkins, Kathy Treible, Laureen Welting, Mary Wayte | 3:18.52 |
| 1985 | Florida | Jennie Sawyer, Holly Green, Joan Franz, Mary Wayte | 3:21.72 |
| 1986 | Florida | Dara Torres, Holly Green, Carmen Cowart, Mary Wayte | 3:19.07 |
| 1987 | Stanford | Jenna Johnson, Laurie McLean, Susie Rapp, Aimee Berzins | 3:17.69 |
| 1988 | Florida | Paige Zemina, Carmen Cowart, Debbie Daniels, Dara Torres | 3:16.89 |
| 1989 | Texas | Julie Cooper, Courtney Madsen, Jeanne Doolan, Leigh Ann Fetter | 3:15.48 |
| 1990 | Texas | Julie Cooper, Dana Dutcher, Katy Arris, Leigh Ann Fetter | 3:17.23 |
| 1991 | Texas | Julie Cooper, Andrea Fisher, Dana Dutcher, Leigh Ann Fetter | 3:17.05 |
| 1992 | Stanford | Mary Edwards, Summer Sanders, Janel Jorgensen, Jenny Thompson | 3:16.41 |
| 1993 | Florida | Laura Booth, Vicki Stemper, Melanie Morgan, Nicole Haislett | 3:14.97 |
| 1994 | Stanford | Michelle Jesperson, Mary Edwards, Jessica Tong, Jenny Thompson | 3:15.80 |
| 1995 | Stanford | Claudia Franco, Becky Bicknell, Jessica Tong, Jenny Thompson | 3:17.17 |
| 1996 | Stanford | Jessica Tong, Elin Austevoll, Lisa Jacob, Claudia Franco | 3:18.28 |
| 1997 | Stanford | Gabrielle Rose, Jessica Amey, Claudia Franco, Catherine Fox | 3:16.72 |
| 1998 | Arizona | Shannon Hosack, Liesl Kolbisen, Lindsey Farella, Denali Knapp | 3:15.77 |
| 1999 | Arizona | Lindsey Farella, Denali Knapp, Emily Mastin, Sarah Tolar | 3:16.49 |
| 2001 | Texas | Colleen Lanne, Tanica Jamison, Shona Kitson, Erin Phenix | 3:14.52 |
| 2002 | Georgia | Stefanie Williams, Neka Mabry, Paige Kerns, Maritza Correia | 3:13.71 |
| 2003 | Auburn | Becky Short, Eileen Coparropa, Kirsty Coventry, Maggie Bowen | 3:14.15 |
| 2005 | Georgia | Kara Lynn Joyce, Paige Kearns, Mary DeScenza, Amanda Weir | 3:13.56 |
| 2006 | Arizona | Courtney Cashion, Jenna Gresdal, Whitney Myers, Lacey Nymeyer | 3:12.77 |
| 2007 | California | Emily Silver, Erin Reilly, Jessica Hardy, Dana Vollmer | 3:12.13 |
| 2008 | Arizona | Lacey Nymeyer, Anna Turner, Lara Jackson, Taylor Baughman | 3:11.34 |
| 2009 | California | Hannah Wilson, Liv Jensen, Erica Dagg, Dana Vollmer | 3:09.88 |
| 2010 | Stanford | Kate Dwelley, Samantha Woodward, Elizabeth Webb, Julia Smit | 3:12.32 |
| 2011 | Georgia | Morgan Scroggy, Megan Romano, Melanie Margalis, Allison Schmitt | 3:11.03 |
| 2012 | Stanford | Samantha Woodward, Madeline Schaefer, Andrea Murez, Elizabeth Webb | 3:10.77 |
| 2013 | Georgia | Shannon Vreeland, Chantal Van Landeghem, Allison Schmitt, Megan Romano | 3:09.40 |
| 2014 | Stanford | Maddy Schaefer, Felicia Lee, Maya DiRado, Lia Neal | 3:10.83 |
| 2015 | Stanford | Lia Neal, Janet Hu, Lindsey Engel, Simone Manuel | 3:08.54 |
| 2016 | Southern California | Kasia Wilk, Kirsten Vose, Chelsea Chenault, Anika Apostalon | 3:09.69 |
| 2017 | Stanford | Simone Manuel, Katie Ledecky, Janet Hu, Lia Neal | 3:07.61 |
| 2018 | Stanford | Janey Hu, Ella Eastin, Katie Drabot, Simone Manuel | 3:07.94 |
| 2019 | California | Izzy Ivey, Katie McLaughlin, Amy Bilquist, Abbey Weitzeil | 3:06.96 |
| 2020& | No Champion | | |
| 2021 | Alabama | Morgan Scott, Kalia Antoniou, Flora Molnar, Cora Dupre | 3:09.78 |
| 2022 | Virginia | Kate Douglass, Alex Walsh, Reilly Tiltmann, Gretchen Walsh | 3:06.91 |
| 2023 | Virginia | Kate Douglass, Alex Walsh, Maxine Parker, Gretchen Walsh | 3:05.84 |
| 2024 | Virginia | Jasmine Nocentini, Alex Walsh, Gretchen Walsh, Maxine Parker | 3:05.89 |

## 800-Yard Freestyle Relay

| Year | School | Participants | Time |
|------|--------|-------------|------|
| 1982 | Stanford | Stephanie Elkins, Anne Tweedy, Sherri Hanna, Marybeth Linzmeier | 7:16.10 |
| 1983 | Stanford | Isabel Reuss, Diana Zock, Sherri Hanna, Marybeth Linzmeier | 7:16.50 |
| 1984 | Florida | Tracy Caulkins, Mary Wayte, Kathy Treible, Laureen Welting | 7:06.98 |
| 1985 | Florida | Jennie Sawyer, Joan Franz, Laureen Welting, Mary Wayte | 7:11.88 |
| 1986 | Florida | Carmen Cowart, Jennie Sawyer, Paige Zemina, Mary Wayte | 7:10.81 |
| 1987 | Texas | Stacy Cassiday, Annette Cowley, Carrie Steinseifer, Betsy Mitchell | 7:10.61 |
| 1988 | Florida | Paige Zemina, Carmen Cowart, Debbie Daniels, Tami Bruce | 7:06.56 |
| 1989 | Florida | Jane Kerr, Laura Walker, Carmen Cowart, Paige Zemina | 7:07.82 |
| 1990 | Stanford | Karen Kraemer, Janel Jorgensen, Jody Smith, Janet Evans | 7:07.58 |
| 1991 | Stanford | Janel Jorgensen, Karen Kraemer, Eva Mortensen, Janet Evans | 7:09.48 |
| 1992 | Stanford | Karen Kraemer, Lea Loveless, Janel Jorgensen, Jenny Thompson | 7:04.06 |
| 1993 | Stanford | Lisa Jacob, Jane Skillman, Janel Jorgensen, Jenny Thompson | 7:07.47 |
| 1994 | Southern California | Jennifer Stephen, Kristine Quance, Ulrika Reinholdt, Ayako Nakano | 7:11.89 |
| 1995 | SMU | Sandra Cam, Melissa Card, Berit Puggaard, Gitta Jensen | 7:14.31 |
| 1996 | Stanford | Michelle Jesperson, Lisa Jacob, Amy Oberhelman, Elin Austevoll | 7:11.28 |
| 1997 | SMU | Lia Oberstar, Katie McClelland, Katherine Inskeep, Martina Moravcova | 7:09.92 |
| 1998 | Arizona | Trina Jackson, Laurie Kline, Maureen Phillips, Lindsey Farella | 7:10.79 |
| 1999 | Stanford | Misty Hyman, Gabrielle Rose, Sylvia Bereknyei, Catherine Fox | 7:06.22 |
| 2001 | Georgia | Stefanie Williams, Kim Black, Julie Hardt, Maritza Correia | 7:06.48 |
| 2002 | Arizona | Emily Mason, Jenny Vanker, Jessica Hayes, Sarah Tolar | 7:05.10 |
| 2003 | Auburn | Margaret Hoelzer, Heather Kemp, Kirsty Coventry, Maggie Bown | 7:02.72 |
| 2005 | Georgia | Mary DeScenza, Kara Lynn Joyce, Elizabeth Hill, Amanda Weir | 7:01.03 |
| 2006 | Georgia | Mary DeScenza, Jessica Cole, Claire Maust, Kara Lynn Joyce | 7:03.75 |
| 2007 | California | Dana Vollmer, Emily Silver, Blake Hayter, Erin Reilly | 7:00.89 |
| 2008 | Arizona | Justine Schluntz, Lacey Nymeyer, Leone Vorster, Taylor Baughman | 6:58.69 |
| 2009 | California | Sara Isakovic, Hannah Wilson, Liv Jensen, Dana Vollmer | 6:52.69 |
| 2010 | Georgia | Morgan Scroggy, Megan Romano, Chelsea Nauta, Allison Schmitt | 6:55.61 |
| 2011 | Georgia | Morgan Scroggy, Megan Romano, Shannon Vreeland, Allison Schmitt | 6:55.40 |
| 2012 | Georgia | Shannon Vreeland, Jordan Mattern, Amber McDermott, Megan Romano | 6:55.96 |
| 2013 | Georgia | Shannon Vreeland, Megan Romano, Brittany MacLean, Allison Schmitt | 6:54.43 |
| 2014 | California | Rachael Acker, Caroline Piehl, Elizabeth Pelton, Missy Franklin | 6:54.94 |
| 2015 | California | Cierra Runge, Camille Cheng, Elizabeth Pelton, Missy Franklin | 6:50.99 |
| 2016 | Georgia | Hali Flickinger, Kylie Stewart, Meaghan Raab, Brittany MacLean | 6:51.80 |
| 2017 | Stanford | Simone Manuel, Lia Neal, Ella Eastin, Katie Ledecky | 6:45.91 |
| 2018 | Stanford | Katie Drabot, Ella Eastin, Brooke Forde, Katie Ledecky | 6:46.93 |
| 2019 | Stanford | Katie Drabot, Ella Eastin, Taylor Ruck, Brooke, Forde | 6:47.22 |
| 2020& | No Champion | | |
| 2021 | Virginia | Kyla Valls, Paige Madden, Ella Nelson, Alex Walsh | 6:52.56 |
| 2022 | Virginia | Torri Huske, Taylor Ruck, Regan Smith, Brooke Forde | 6:48.30 |
| 2023 | Virginia | Aimee Canny, Alex Walsh, Reilly Tiltmann, Ella Nelson | 6:49.82 |
| 2024 | Florida | Bella Sims, Isabel Ivey, Emma Weyant, Micayla Cronk | 6:48.59 |

## 200-Yard Medley Relay

| Year | School | Participants | Time |
|------|--------|-------------|------|
| 1982 | Florida | Theresa Andrews, Kathy Treible, Amy Caulkins, Andrea Cross | 1:42.10 |
| 1983 | Stanford | Kim Carlisle, Kathy Smith, Kelly Asplund, Krissie Bush | 1:43.03 |
| 1984 | Stanford | Libby Kinkead, Kathy Smith, Diana Zock, Krissie Bush | 1:42.81 |
| 1985 | Texas | Deborah Risen, Kim Rhodenbaugh, Jodi Eyles, Ann Drolsom | 1:42.21 |
| 1986 | Stanford | Jennifer Pokluda, Kathy Smith, Jenna Johnson, Diana Zock | 1:40.22 |
| 1987 | Texas | Betsy Mitchell, Tracey McFarlane, Jodi Eyles, Ann Drolsom | 1:39.88 |
| 1988 | Florida | Lorraine Perkins, Stephanie Zunich, Dara Torres, Carmen Cowart | 1:40.31 |
| 1989 | Florida | Lorraine Perkins, Stephanie Zunich, Dara Torres, Paige Zemina | 1:41.08 |
| 1990 | Florida | Kristen Linehan, Stephanie Zunich, Whitney Hedgepeth, Lorraine Perkins | 1:40.05 |
| 1991 | Texas | Beth Barr, Lydia Morrow, Barbara Bedford, Leigh Ann Fetter | 1:40.63 |
| 1992 | Stanford | Lea Loveless, Lori Heisick, Summer Sanders, Jenny Thompson | 1:38.68 |
| 1993 | Stanford | Lea Loveless, Lori Heisick, Becky Crowe, Jenny Thompson | 1:39.52 |
| 1994 | Auburn | Stephanie Bowers, Keri Reynolds, Kristie Krueger, Allison Bock | 1:40.12 |
| 1995 | Stanford | Jessica Tong, Kerry O'Hanlon, Jenny Thompson, Claudia Franco | 1:40.88 |
| 1996 | Stanford | Jessica Tong, Elin Austevoll, Suzanne Toledo, Claudia Franco | 1:40.90 |
| 1997 | Auburn | Anne Wenglarski, Anne Mieke McReynolds, Mimi Bowen, Katie Taylor | 1:39.57 |
| 1998 | Stanford | Catherine Fox, Elin Austevoll, Misty Hyman, Siobhan Cropper | 1:37.80 |
| 1999 | Stanford | Shelly Ripple, Whitney Leatherwood, Misty Hyman, Gabrielle Rose | 1:37.77 |
| 2001 | Stanford | Shelly Ripple, Tara Kirk, Misty Hyman, Siobhan Cropper | 1:38.43 |
| 2002 | Stanford | Amy Wagner, Tara Kirk, Shelly Ripple, Lacey Boutwell | 1:37.79 |
| 2003 | Auburn | Jenni Anderson, Laura Swander, Margaret Hoelzer, Becky Short | 1:36.69 |
| 2005 | Georgia | Samantha Arsenault, Sarah Poewe, Mary DeScenza, Kara Lynn Joyce | 1:37.81 |
| 2006 | Georgia | Tricia Harm, Sarah Poewe, Mary DeScenza, Kara Lynn Joyce | 1:37.24 |
| 2007 | Arizona | Hailey DeGolia, Annie Chandler, Lara Jackson, Lindsey Kelly | 1:36.09 |

| Year | School | Participants | Time |
|---|---|---|---|
| 2008 | Arizona | Hailey DeGolia, Annie Chandler, Lara Jackson, Anna Turner | 1:35.29 |
| 2009 | Georgia | Kristen Shickora, Kelly McNichols, Lisa Caprioglio, Anne-Marie Botek | 1:36.45 |
| 2010 | Arizona | Ana Agy, Ann Chandler, Erin Campbell, Justine Schluntz | 1:35.75 |
| 2011 | California | Cindy Tran, Caitlin Leverenz, Colleen Fotsch, Liv Jensen | 1:35.03 |
| 2012 | California | Cindy Tran, Caitlin Leverenz, Colleen Fotsch, Liv Jensen | 1:34.24 |
| 2013 | Tennessee | Lauren Solernou, Molly Hannis, Kelsey Floyd, Faith Johnson | 1:34.95 |
| 2014 | Stanford | Felicia Lee, Katie Olsen, Nicole Stafford, Maddy Schaefer | 1:34.95 |
| 2015 | California | Rachel Bootsma, Marina Garcia, Noemie Thomas, Farida Osman | 1:35.15 |
| 2016 | Stanford | Ally Howe, Sarah Haase, Janet Hu, Lia Neal | 1:34.81 |
| 2017 | California | Kathleen Baker, Abbey Weitzeil, Noemie Thomas, Farida Osman | 1:34.10 |
| 2018 | Stanford | Ally Howe, Kim Williams, Janet Hu, Simone Manuel | 1:33.11 |
| 2019 | Tennessee | Meghan Small, Nikol Popov, Madeline Banic, Erika Brown | 1:34.10 |
| 2020& | No Champion | | |
| 2021 | NC State | Katharine Berkoff, Sophie Hansson, Sirena Rowe, Kylee Alons | 1:33.18 |
| 2022 | Virginia | Gretchen Walsh, Alexis Wenger, Lexi Cuomo, Kate Douglass | 1:32.16 |
| 2023 | Virginia | Gretchen Walsh, Alex Walsh, Lexi Cuomo, Kate Douglass | 1:31.51 |
| 2024 | Virginia | Gretchen Walsh, Jasmine Nocentini, Carly Novelline, Maxine Parker | 1:31.58 |

## 400-Yard Medley Relay

| Year | School | Participants | Time |
|---|---|---|---|
| 1982 | Florida | Theresa Andrews, Kathy Treible, Tracy Caulkins, Michele Kurtzman | 3:40.99 |
| 1983 | Florida | Theresa Andrews, Kathy Treible, Tracy Caulkins, Michele Kurtzman | 3:43.00 |
| 1984 | Texas | Tori Trees, Joan Pennington, Jodi Eyles, Agneta Eriksson | 3:41.80 |
| 1985 | Texas | Deborah Risen, Tracey McFarlane, Jodi Eyles, Kirsten Wengler | 3:42.98 |
| 1986 | Texas | Deborah Risen, Tracey McFarlane, Jodi Eyles, Kirsten Wengler | 3:41.99 |
| 1987 | Stanford | Michelle Donahue, Susie Rapp, Jenna Johnson, Aimee Berzins | 3:38.17 |
| 1988 | Florida | Lorraine Perkins, Stephanie Zunich, Julie Gorman, Dara Torres | 3:38.49 |
| 1989 | Florida | Kristen Linehan, Stephanie Zunich, Julie Gorman, Dara Torres | 3:38.38 |
| 1990 | Stanford | Dede Trimble, Lori Heisick, Suzy Buckovich, Janel Jorgensen | 3:38.84 |
| 1991 | Stanford | Janel Jorgensen, Lori Heisick, Summer Sanders, Suzy Buckovich | 3:39.51 |
| 1992 | Stanford | Lea Loveless, Lori Heisick, Summer Sanders, Janel Jorgensen | 3:35.64 |
| 1993 | Stanford | Lea Loveless, Lori Heisick, Janel Jorgensen, Lisa Jacob | 3:37.27 |
| 1994 | Florida | Janie Wagstaff, Shannon Price, Ashley Tappin, Nicole Haislett | 3:37.76 |
| 1995 | Michigan | Alecia Humphrey, Rachel Gustin, Talor Bendel, Megan Gillam | 3:38.40 |
| 1996 | SMU | Lia Oberstar, Katie McClelland, Berit Puggaard, Martina Moravcova | 3:37.76 |
| 1997 | SMU | Lia Oberstar, Katie McClelland, Laura Reback, Martina Moravcova | 3:35.98 |

| Year | School | Participants | Time |
|---|---|---|---|
| 1998 | Stanford | Catherine Fox, Elin Austevoll, Misty Hyman, Siobhan Cropper | 3:33.61 |
| 1999 | Stanford | Shelly Ripple, Elin Austevoll, Misty Hyman, Catherine Fox | 3:33.75 |
| 2001 | Stanford | Shelly Ripple, Tara Kirk, Misty Hyman, Siobhan Cropper | 3:32.43 |
| 2002 | Stanford | Amy Wagner, Tara Kirk, Shelly Ripple, Lacey Boutwell | 3:31.74 |
| 2003 | Auburn | Kirsty Coventry, Maggie Bowen, Margaret Hoelzer, Becky Short | 3:31.45 |
| 2005 | Georgia | Samantha Arsenault, Sarah Poewe, Mary DeScenza, Amanda Weir | 3:33.89 |
| 2006 | Arizona | Jenna Gresdal, Erin Sieper, Whitney Myers, Lacey Nymeyer | 3:31.70 |
| 2007 | California | Lauren Rogers, Jessica Hardy, Dana Vollmer, Emily Silver | 3:30.18 |
| 2008 | Arizona | Hailey DeGolia, Annie Chandler, Ana Agy, Lacey Nymeyer | 3:29.06 |
| 2009 | Arizona | Ana Agy, Annie Chandler, Lara Jackson, Justine Schluntz | 3:28.31 |
| 2010 | Arizona | Ana Agy, Ann Chandler, Whitney Lopus, Justine Schluntz | 3:29.76 |
| 2011 | California | Cindy Tran, Caitlin Leverenz, Amanda Sims, Liv Jensen | 3:28.53 |
| 2012 | California | Cindy Tran, Caitlin Leverenz, Sara Isakovic, Katherine Raatz | 3:28.10 |
| 2013 | Tennessee | Lauren Solernou, Molly Hannis, Kelsey Floyd, Lindsay Gendron | 3:28.51 |
| 2014 | Stanford | Maya DiRado, Katie Olsen, Felicia Lee, Lia Neal | 3:27.51 |
| 2015 | Stanford | Ally Howe, Katie Olsen, Janet Hu, Simone Manuel | 3:26.41 |
| 2016 | Stanford | Ally Howe, Sarah Haase, Janet Hu, Lia Neal | 3:26.14 |
| 2017 | Stanford | Ally Howe, Kim Williams, Janet Hu, Lia Neal | 3:26.35 |
| 2018 | Stanford | Ally Howe, Kim Williams, Janet Hu, Simone Manuel | 3:25.09 |
| 2019 | California | Amy Bilquist, Ema Rajic, Katie McLaughlin, Abbey Weitzeil | 3:25.24 |
| 2020& | No Champion | | |
| 2021 | NC State | Katharine Berkoff, Sophie Hasson, Kylee Alons, Julia Poole | 3:24.59 |
| 2022 | Virginia | Gretchen Walsh, Alexis Wenger, Alex Walsh, Kate Douglass | 3:22.34 |
| 2023 | Virginia | Gretchen Walsh, Alex Walsh, Kate Douglass, Aimee Canny | 3:22.39 |
| 2024 | Virginia | Gretchen Walsh, Jasmine Nocentini, Alex Walsh, Maxine Parker | 3:21.01 |

*& Records do not include the 2020 championship due to the COVID-19 pandemic cancellations.*

## SHORT COURSE METERS

### 50-Meter Freestyle

| Year | Winner | School | Time |
|---|---|---|---|
| 2000 | Courtney Shealy | Georgia | 24.80 |
| 2004 | Kara Lynn Joyce | Georgia | 24.24 |

### 100-Meter Freestyle

| Year | Winner | School | Time |
|---|---|---|---|
| 2000 | Courtney Shealy | Georgia | 53.99 |
| 2004 | Kara Lynn Joyce | Georgia | 53.15 |

## 200-Meter Freestyle

| Year | Winner | School | Time |
|---|---|---|---|
| 2000 | Maritza Correia | Georgia | 1:57.33 |
| 2004 | Margaret Hoelzer | Auburn | 1:56.16 |

## 400-Meter Freestyle

| Year | Winner | School | Time |
|---|---|---|---|
| 2000 | Christina Teuscher | Columbia | 4:04.09 |
| 2004 | Emily Mason | Arizona | 4:01.58 |

## 1,500-Meter Freestyle

| Year | Winner | School | Time |
|---|---|---|---|
| 2000 | Cara Lane | Virginia | 16:03.59 |
| 2004 | Kalyn Keller | Southern California | 15:49.14 |

## 100-Meter Backstroke

| Year | Winner | School | Time |
|---|---|---|---|
| 2000 | Courtney Shealy | Georgia | 58.66 |
| 2004 | Natalie Coughlin | California | 57.51 |

## 200-Meter Backstroke

| Year | Winner | School | Time |
|---|---|---|---|
| 2000 | Beth Botsford | Arizona | 2:06.70 |
| 2004 | Kirsty Coventry | Auburn | 2:03.86 |

## 100-Meter Breaststroke

| Year | Winner | School | Time |
|---|---|---|---|
| 2000 | Kristy Kowal | Georgia | 1:05.74 |
| 2004 | Tara Kirk | Stanford | 1:04.79 |

## 200-Meter Breaststroke

| Year | Winner | School | Time |
|---|---|---|---|
| 2000 | Kristy Kowal | Georgia | 2:22.05 |
| 2004 | Tara Kirk | Stanford | 2:20.70 |

## 100-Meter Butterfly

| Year | Winner | School | Time |
|---|---|---|---|
| 2000 | Limin Liu | Nevada | 57:97 |
| 2004 | Natalie Coughlin | California | 56.88 |

## 200-Meter Butterfly

| Year | Winner | School | Time |
|---|---|---|---|
| 2000 | Limin Liu | Nevada | 2:06.04 |
| 2004 | Mary DeScenza | Georgia | 2:06.02 |

## 200-Meter Individual Medley

| Year | Winner | School | Time |
|---|---|---|---|
| 2000 | Kristy Kowal | Georgia | 2:10.69 |
| 2004 | Kaitlin Sandeno | Southern California | 2:08.11 |

## 400-Meter Individual Medley

| Year | Winner | School | Time |
|---|---|---|---|
| 2000 | Christina Teuscher | Columbia | 4:33.81 |
| 2004 | Kaitlin Sandeno | Southern California | 4:30.44 |

## 200-Meter Freestyle Relay

| Year | School | Participants | Time |
|---|---|---|---|
| 2000 | California | Anya Kolbisen, Haley Cope, Nicole Omphroy, Joscelin Yeo | 1:40.18 |
| 2004 | Georgia | Kara Lynn Joyce, Neka Mabry, Paige Kearns, Andrea Georoff | 1:37.27 |

## 400-Meter Freestyle Relay

| Year | School | Participants | Time |
|---|---|---|---|
| 2000 | Georgia | Courtney Shealy, Stefanie Williams, Jennifer Mihalik, Maritza Correia | 3:37.67 |
| 2004 | Georgia | Kara Lynn Joyce, Neka Mabry, Andrea Georoff, Mary DeScenza | 3:35.14 |

## 800-Meter Freestyle Relay

| Year | School | Participants | Time |
|---|---|---|---|
| 2000 | Arizona | Trina Jackson, Sarah Tolar, Jenny Vanker, Emily Mastin | 7:55.51 |
| 2004 | California | Natalie Coughlin, Erin Reilly, Ashley Chandler, Lauren Medina | 7:50.94 |

## 200-Meter Medley Relay

| Year | School | Participants | Time |
|---|---|---|---|
| 2000 | California | Haley Cope, Staciana Stitts, Waen Minpraphal, Joscelin Yeo | 1:49.23 |
| 2004 | Auburn | Jenni Anderson, Laura Swander, Margaret Hoelzer, Eileen Coparropa | 1:49.02 |

## 400-Meter Medley Relay

| Year | School | Participants | Time |
|---|---|---|---|
| 2000 | Georgia | Courtney Shealy, Kristy Kowal, Keegan Walkley, Maritza Correia | 3:57.46 |
| 2004 | Georgia | Neka Mabry, Sarah Poewe, Mary DeScenza, Kara Lynn Joyce | 3:56.48 |

## DISCONTINUED EVENTS

## 50-Yard Backstroke

| Year | Winner | School | Time |
|---|---|---|---|
| 1982 | Sue Walsh | North Carolina | 25.64 |
| 1983 | Sue Walsh | North Carolina | 25.85 |

## 50-Yard Breaststroke

| Year | Winner | School | Time |
|---|---|---|---|
| 1982 | Kathy Treible | Florida | 28.89 |
| 1983 | Angelika Knipping | Alabama | 28.80 |

## 50-Yard Butterfly

| Year | Winner | School | Time |
|---|---|---|---|
| 1982 | Barb Harris | North Carolina | 24.82 |
| 1983 | Jill Sterkel | Texas | 24.26 |

## 100-Yard Individual Medley

| Year | Winner | School | Time |
|---|---|---|---|
| 1982 | Tracy Caulkins | Florida | 55.74 |
| 1983 | Tracy Caulkins | Florida | 56.09 |

# TEAM FINISHES

| Team (Years in which Team Scored) | Years | 1st | 2nd | 3rd | 4th | 5th | Best Finish (Year[s]) |
|---|---|---|---|---|---|---|---|
| Air Force (2016-7) | 2 | 0 | 0 | 0 | 0 | 0 | 34th (2016) |
| Akron (2018-19-21-23-24) | 5 | 0 | 0 | 0 | 0 | 0 | 36th (2021-23-24) |
| Alabama (1982-83-84-85-86-87-88-89-90-91-93-94-95-96-97-98-2000-01-02-03-04-05-06-08-09-10-11-12-14-15-16-17-18-19-21-22-23-24) | 38 | 0 | 0 | 0 | 1 | 1 | 4th (2022) |
| American (1992) | 1 | 0 | 0 | 0 | 0 | 0 | 23rd (1992) |
| Arizona (1982-83-84-85-86-87-88-89-90-91-92-93-94-95-96-97-98-99-2000-01-02-03-04-05-06-07-08-09-10-11-12-13-14-15-16-17-18-19-21-22-23) | 41 | 1 | 3 | 4 | 3 | 7 | 1st (2008) |
| Arizona St. (1982-83-84-85-86-87-88-89-90-91-92-93-94-95-96-97-98-99-2000-01-02-03-04-05-06-07-08-10-11-12-13-14-15-16-17-18-19-22-23-24) | 40 | 0 | 0 | 0 | 0 | 0 | 6th (1988) |
| Arkansas (1983-85-86-88-89-90-91-92-93-95-96-2001-03-04-08-09-10-11-12-13-15-18-19-21-22-23-24) | 27 | 0 | 0 | 0 | 0 | 0 | 16th (1985) |
| Auburn (1982-83-84-85-86-87-88-90-91-92-93-94-95-96-97-98-99-2000-01-02-03-04-05-06-07-08-09-10-11-12-13-14-15-16-17-18-19-23-24) | 39 | 5 | 2 | 0 | 2 | 2 | 1st (2002-03-04-06-07) |
| Ball State (1997) | 1 | 0 | 0 | 0 | 0 | 0 | 32nd (1997) |
| Binghamton (2002) | 1 | 0 | 0 | 0 | 0 | 0 | 41th (2002) |
| Boise St. (2011-12-13) | 3 | 0 | 0 | 0 | 0 | 0 | 39th (2011) |
| Boston U. (1986-87-88) | 3 | 0 | 0 | 0 | 0 | 0 | 24th (1988) |
| Bowling Green (1991-93-94) | 3 | 0 | 0 | 0 | 0 | 0 | 36th (1994) |
| BYU (1985-86-88-89-90-91-92-93-94-97-99-2000-06-07-08-10) | 16 | 0 | 0 | 0 | 0 | 0 | 11th (1991) |
| Brown (1984-90-97-2000-03-04) | 6 | 0 | 0 | 0 | 0 | 0 | 14th (1984) |
| Buffalo (2010-13) | 2 | 0 | 0 | 0 | 0 | 0 | 37th (2013) |
| California (1983-84-85-86-87-88-89-90-91-92-93-94-95-96-97-98-99-2000-01-02-03-04-05-06-07-08-09-10-11-12-13-14-15-16-17-18-19-21-22-23-24) | 41 | 4 | 4 | 4 | 7 | 3 | 1st (2009-11-12-15) |
| UC Irvine (2006-07-08) | 3 | 0 | 0 | 0 | 0 | 0 | 32nd (2006) |
| UC Santa Barbara (1982-86-87-88-89-90-2008-09-14) | 9 | 0 | 0 | 0 | 0 | 0 | 17th (1989) |
| CSUN (1994) | 1 | 0 | 0 | 0 | 0 | 0 | 36th (1994) |
| Cincinnati (1982-85-86-87-88-89-90-92-96-97-98-99-2000-01-02-05-15-16-17-24) | 20 | 0 | 0 | 0 | 0 | 0 | 13th (1986) |
| Clarion (1986) | 1 | 0 | 0 | 0 | 0 | 0 | 36th (1986) |
| Clemson (1982-85-86-87-88-89-90-92-96-98-99-2000-01-02-04-05-06-08-09) | 19 | 0 | 0 | 0 | 0 | 2 | 5th (1987-88) |
| Colorado St. (1986-88-89-90-91-94-97) | 7 | 0 | 0 | 0 | 0 | 0 | 12th (1994) |
| Columbia (1998-2000-12-13) | 4 | 0 | 0 | 0 | 0 | 0 | 20th (1998) |
| Denver (2011-14-15-16-17-18) | 6 | 0 | 0 | 0 | 0 | 0 | 28th (2011-14-15) |
| Drexel (2008-09-17) | 3 | 0 | 0 | 0 | 0 | 0 | 38th (2009) |
| Duke (2008-09-10-11-14-17-18-19-21-22-23-24) | 12 | 0 | 0 | 0 | 0 | 0 | 16th (2024) |
| Eastern Mich. (1989-2008-13-16-18-19) | 6 | 0 | 0 | 0 | 0 | 0 | 23rd (2013) |
| FGCU (2014-15-16-17-21) | 5 | 0 | 0 | 0 | 0 | 0 | 26th (2015) |
| Florida (1982-83-84-85-86-87-88-89-90-91-92-93-94-95-96-97-98-99-2000-01-02-03-04-05-06-07-08-09-10-11-12-13-14-15-16-18-19-21-22-23-24) | 40 | 2 | 5 | 8 | 2 | 1 | 1st (1982-2010) |
| Fla. Atlantic (2002-06-07) | 3 | 0 | 0 | 0 | 0 | 0 | 25th (2006) |
| FIU (2014-17-19-22-23) | 5 | 0 | 0 | 0 | 0 | 0 | 32nd (2017) |
| Florida St. (1983-84-85-88-89-95-96-97-2000-01-02-03-04-05-06-07-08-10-12-13-14-15-17-18-19-23-24) | 27 | 0 | 0 | 0 | 0 | 0 | 16th (2006) |
| Fresno St. (1996-97-98-99-2013-14) | 6 | 0 | 0 | 0 | 0 | 0 | 29th (1998) |
| Furman (1987-89) | 2 | 0 | 0 | 0 | 0 | 0 | 17th (1989) |
| Gardner-Webb (2006-07) | 2 | 0 | 0 | 0 | 0 | 0 | 30th (2007) |
| George Mason (2002-09-10-11-12) | 5 | 0 | 0 | 0 | 0 | 0 | 21st (2010-12) |
| George Washington (1995) | 1 | 0 | 0 | 0 | 0 | 0 | 42nd (1995) |
| Georgia (1983-84-85-86-87-88-89-90-91-92-93-94-95-96-97-98-99-2000-01-02-03-04-05-06-07-08-09-10-11-12-13-14-15-16-17-18-19-21-22-23-24) | 41 | 7 | 8 | 1 | 1 | 4 | 1st (1999-2000-01-05-13-14-16) |
| Georgia Tech (2004-08-21-23) | 4 | 0 | 0 | 0 | 0 | 0 | 28th (2021) |
| Harvard (1987-88-91-92-95-2005-06-10-16-22) | 10 | 0 | 0 | 0 | 0 | 0 | 17th (1988) |
| Hawaii (1983-84-86-88-2001-04-05-06-07-08-09-11-15-16-18-19-23) | 17 | 0 | 0 | 0 | 0 | 0 | 13th (1983) |
| Houston (1982-83-84-85-86-88-89-90-91-92-93-94-95-98-99-2001-02-03-04-05-06-07-08-09-10-11-14-21-24) | 29 | 0 | 0 | 0 | 0 | 0 | 10th (1984) |
| Illinois (1988-90-92-95-2000-01-02-04-05) | 9 | 0 | 0 | 0 | 0 | 0 | 32nd (1988-2000) |
| Illinois St. (2014-15) | 2 | 0 | 0 | 0 | 0 | 0 | 36th (2015) |
| Indiana (1983-84-85-87-88-91-92-93-94-95-96-97-98-99-2000-01-02-03-04-05-06-07-08-09-10-11-12-13-14-15-16-18-19-22-23-24) | 36 | 0 | 0 | 0 | 0 | 0 | 7th (2016-23-24) |
| IUPUI (2009-10-12) | 3 | 0 | 0 | 0 | 0 | 0 | 26th (2012) |

| Team (Years in which Team Scored) | Years | 1st | 2nd | 3rd | 4th | 5th | Best Finish (Year[s]) |
|---|---|---|---|---|---|---|---|
| Iowa (1983-84-85-86-87-88-91-92-99-2000-01-02-03-05-06-11-12-15-16-17) | 20 | 0 | 0 | 0 | 0 | 0 | 20th (2003) |
| Iowa St. (1983-89) | 2 | 0 | 0 | 0 | 0 | 0 | 29th (1983) |
| Kansas (1982-83-84-85-86-88-89-90-91-92-93-94-95-96-98-2009-10-14-15-16-19-24) | 22 | 0 | 0 | 0 | 0 | 0 | 7th (1983) |
| Kentucky (1990-91-93-94-95-96-97-98-99-2000-01-02-05-06-07-08-09-10-11-14-15-16-17-18-19-21-22-23) | 27 | 0 | 0 | 0 | 0 | 0 | 12th (2007-22) |
| Liberty (2012-14) | 2 | 0 | 0 | 0 | 0 | 0 | 43rd (2014) |
| Long Beach St. (1982-86-87) | 3 | 0 | 0 | 0 | 0 | 0 | 22nd (1982) |
| LSU (1982-86-87-88-89-90-91-92-93-94-95-96-97-98-99-2000-01-02-03-04-06-07-08-09-10-11-12-13-14-15-16-17-18-19-21-22-23-24) | 38 | 0 | 0 | 0 | 0 | 0 | 10th (1986) |
| Louisville (2008-09-10-11-12-13-14-15-16-17-18-19-21-22-23-24) | 16 | 0 | 0 | 0 | 2 | 1 | 4th (2019-23) |
| Maryland (1985-86-87-89-90-91-92-99-2001-03-04-05-06-09-10-11-12) | 17 | 0 | 0 | 0 | 0 | 0 | 22nd (2003-05-11) |
| Massachusetts (2013-14-17) | 3 | 0 | 0 | 0 | 0 | 0 | 27th (2014) |
| Miami (FL) (1982-85-86-87-88-89-90-91-92-94-96-97-98-99-2000-01-02-03-05-06-07-08-09-11-12-13-14-15-16-17-18-21-22-23-24) | 35 | 0 | 0 | 0 | 0 | 0 | 8th (1986) |
| Miami (OH) (1996-2010-15-16-17-18-19-23-24) | 9 | 0 | 0 | 0 | 0 | 0 | 24th (2016) |
| Michigan (1983-84-85-86-87-88-89-90-91-92-93-94-95-96-97-98-99-2000-01-02-03-04-05-06-07-08-09-10-11-12-13-14-15-16-17-18-19-21-22-23-24) | 41 | 0 | 1 | 2 | 1 | 1 | 2nd (1995) |
| Michigan St. (1982-83-86-87-89-90-91-97-2000-01-02) | 11 | 0 | 0 | 0 | 0 | 0 | 19th (1989) |
| Milwaukee (2013-14) | 2 | 0 | 0 | 0 | 0 | 0 | 26th (2014) |
| Minnesota (1985-86-87-88-89-90-91-92-93-94-95-96-97-98-99-2000-01-02-03-04-06-07-08-09-10-11-12-13-14-15-16-17-19-21-22-23-24) | 37 | 0 | 0 | 0 | 0 | 0 | 9th (2011) |
| Missouri (1982-2008-09-10-11-12-13-14-15-16-17-18-19-21-22) | 15 | 0 | 0 | 0 | 0 | 0 | 11th (2016) |
| Navy (1994-95-2019-21) | 4 | 0 | 0 | 0 | 0 | 0 | 34th (1995) |
| NC State (1982-83-84-85-93-94-2008-09-12-13-14-15-16-17-18-19-21-22-23-24) | 19 | 0 | 1 | 0 | 0 | 2 | 2nd (2021) |
| Nebraska (1982-85-86-87-88-89-90-91-92-93-94-95-96-97-98-99-2000-01-06-16-17-18-19-21-24) | 25 | 0 | 0 | 0 | 0 | 0 | 8th (1997) |
| Nevada (1996-97-98-99-2000-09-14-15-16-17-18-23) | 12 | 0 | 0 | 0 | 0 | 0 | 13th (2000) |
| New Hampshire (1996) | 1 | 0 | 0 | 0 | 0 | 0 | 27th (1996) |
| New Mexico (1988-2005-12) | 3 | 0 | 0 | 0 | 0 | 0 | 35th (1988) |
| North Carolina (1982-83-84-85-86-87-88-89-90-91-92-93-94-95-96-97-98-99-2000-01-02-03-04-06-07-08-09-10-11-12-13-14-15-16-17-18-19-21-22-23-24) | 41 | 0 | 0 | 1 | 0 | 1 | 3rd (1982) |
| Northeastern (1991-97-2003-04) | 4 | 0 | 0 | 0 | 0 | 0 | 33rd (1997) |
| Northern Ariz. (1994) | 1 | 0 | 0 | 0 | 0 | 0 | 29th (1994) |
| Northwestern (1982-85-88-89-90-91-92-93-94-95-96-97-98-99-2000-01-02-05-06-07-08-12-16-17-18-19-21-22-23-24) | 30 | 0 | 0 | 0 | 0 | 0 | 6th (2000) |
| Notre Dame (1990-91-92-93-96-97-98-99-2000-01-02-03-04-05-06-07-09-10-12-13-14-15-17-18-19-21-22-24) | 28 | 0 | 0 | 0 | 0 | 0 | 16th (2013-14) |
| Oakland (2000-04-21) | 3 | 0 | 0 | 0 | 0 | 0 | 37th (2021) |
| Ohio (1990-91-95-2000) | 4 | 0 | 0 | 0 | 0 | 0 | 16th (1991) |
| Ohio St. (1983-84-85-86-87-88-89-90-91-92-93-94-95-96-97-98-2001-03-05-04-06-08-09-10-11-12-13-14-15-16-17-18-19-21-22-23-24) | 37 | 0 | 0 | 0 | 0 | 0 | 6th (2023) |
| Old Dominion (1982-84) | 2 | 0 | 0 | 0 | 0 | 0 | 23rd (1982) |
| Oregon St. (1994-95-2001-02-03-04-06-07-08-09-14-15) | 12 | 0 | 0 | 0 | 0 | 0 | 20th (2004) |
| Pacific (1995-2001-02-03-04) | 5 | 0 | 0 | 0 | 0 | 0 | 15th (2002) |
| Penn (2022-23-24) | 3 | 0 | 0 | 0 | 0 | 0 | 20th (2022) |
| Penn St. (1983-84-85-86-87-88-89-90-91-92-93-94-95-96-99-2001-02-03-04-05-06-07-08-09-10-11-12-13-14-15-16-17-18-19) | 34 | 0 | 0 | 0 | 0 | 0 | 13th (2005) |
| Pittsburgh (1983-84-85-86-87-94-95-96-97-2000-03-15-16-17) | 14 | 0 | 0 | 0 | 0 | 0 | 18th (1983) |
| Princeton (1987-91-92-93-94-95-98-99-2000-01-02-07-08-09-10-12-13-14) | 17 | 0 | 0 | 0 | 0 | 0 | 18th (2009-10) |
| Purdue (1987-89-90-91-92-93-94-97-98-2001-02-03-04-05-06-07-08-09-10-11-12-13-14-15-16-17-18-19-21-22-23-24) | 32 | 0 | 0 | 0 | 0 | 0 | 16th (2010) |
| Rice (1995-97-98-2001-02-03-08) | 7 | 0 | 0 | 0 | 0 | 0 | 25th (2002) |
| Richmond (2004-05-06-07-12) | 5 | 0 | 0 | 0 | 0 | 0 | 28th (2005) |
| Rutgers (2001-02-03-04-05-06-07-08-14-16-17-18-22-24) | 14 | 0 | 0 | 0 | 0 | 0 | 18th (2006) |
| St. Bonaventure (1993) | 1 | 0 | 0 | 0 | 0 | 0 | 38th (1993) |
| San Diego (2003) | 1 | 0 | 0 | 0 | 0 | 0 | 38th (2003) |
| San Diego St. (1982-2010-12-13-14-15-17-19-21-22) | 10 | 0 | 0 | 0 | 0 | 0 | 23rd (1982) |
| San Jose St. (1984-85-86) | 3 | 0 | 0 | 0 | 0 | 0 | 23rd (1984) |
| SMU (1983-85-86-87-88-89-90-91-92-93-94-95-96-97-98-99-2000-01-02-03-04-05-06-07-08-09-10-11-12-13-14-15-16) | 33 | 0 | 1 | 2 | 6 | 0 | 2nd (1996) |
| South Carolina (1982-83-84-85-86-87-88-89-90-91-93-94-95-97-98-99-2000-02-03-04-05-06-07-08-10-11-12-16-17-18-19-22-23-24) | 34 | 0 | 0 | 0 | 0 | 0 | 10th (1988) |

| Team (Years in which Team Scored) | Years | 1st | 2nd | 3rd | 4th | 5th | Best Finish (Year[s]) |
|---|---|---|---|---|---|---|---|
| Southern California (1982-83-84-85-86-87-88-89-90-91-92-93-94-95-96-97-98-99-2000-01-02-03-04-05-06-07-08-09-10-11-12-13-14-15-16-17-18-19-21-22-23-24) | 42 | 1 | 0 | 3 | 4 | 3 | 1st (1997) |
| Southern Ill. (1983-84-85-86-87-88-91-92-2014-24) | 10 | 0 | 0 | 0 | 0 | 2 | 5th (1985-86) |
| Stanford (1982-83-84-85-86-87-88-89-90-91-92-93-94-95-96-97-98-99-2000-01-02-03-04-05-06-07-08-09-10-11-12-13-14-15-16-17-18-19-21-22-23-24) | 41 | 11 | 11 | 9 | 4 | 4 | 1st (1983-89-92-93-94-95-96-98-2017-18-19) |
| Syracuse (2007) | 1 | 0 | 0 | 0 | 0 | 0 | 36th (2007) |
| Tennessee (1982-83-84-85-86-87-88-89-90-91-92-93-94-95-96-97-98-99-2000-01-02-03-04-05-06-07-08-09-10-11-12-13-14-15-16-17-18-19-21-22-23-24) | 42 | 0 | 0 | 1 | 2 | 0 | 3rd (2013) |
| Texas (1983-84-85-86-87-88-89-90-91-92-93-94-95-96-97-98-99-2000-01-02-03-04-05-06-07-08-09-10-11-12-13-14-15-16-17-18-19-21-22-23-24) | 41 | 7 | 6 | 5 | 0 | 3 | 1st (1984-85-86-87-88-90-91) |
| Texas A&M (1984-85-87-88-89-90-91-93-94-95-96-97-98-99-2000-01-02-04-05-06-07-08-09-10-11-12-13-14-15-16-17-18-19-21-22-23-24) | 37 | 0 | 0 | 2 | 5 | 0 | 3rd (2017-18) |
| TCU (1993) | 1 | 0 | 0 | 0 | 0 | 0 | 36th (1993) |
| Toledo (1995-2008-11-12) | 4 | 0 | 0 | 0 | 0 | 0 | 37th (2012) |
| Towson (2009-10-11-13-14) | 5 | 0 | 0 | 0 | 0 | 0 | 21st (2011) |
| UCLA (1982-83-84-85-86-87-88-89-90-91-92-93-94-95-96-97-98-99-2000-01-02-03-04-05-06-07-08-09-10-11-12-13-14-15-16-17-18-19-22-23-24) | 41 | 0 | 0 | 0 | 0 | 2 | 5th (1990-91) |
| UConn (2004-12-19) | 3 | 0 | 0 | 0 | 0 | 0 | 36th (2004) |
| UMBC (2015-16-17) | 3 | 0 | 0 | 0 | 0 | 0 | 29th (2016) |
| UNLV (1985-86-87-88-95-2000-01-09-12-14) | 10 | 0 | 0 | 0 | 0 | 0 | 24th (1986) |
| Utah (1999-2007-09-14-23-24) | 6 | 0 | 0 | 0 | 0 | 0 | 25th (2024) |
| Vanderbilt (1987-89) | 2 | 0 | 0 | 0 | 0 | 0 | 35th (1989) |
| Villanova (1991-92-93-94-95-99-2001-02-03-04-13) | 11 | 0 | 0 | 0 | 0 | 0 | 18th (1993) |
| Virginia (1982-83-85-86-87-88-89-90-91-92-93-94-95-97-98-99-2000-01-02-03-04-05-06-07-08-09-10-11-12-13-14-15-16-17-18-19-21-22-23-24) | 40 | 4 | 0 | 0 | 0 | 2 | 1st (2021-22-23-24) |
| Virginia Tech (1989-2005-06-07-08-09-10-12-13-14-15-16-17-18-19-21-22-23-24) | 19 | 0 | 0 | 0 | 0 | 0 | 18th (2012) |
| Washington (1982-85-86-96-99-2000-03-07-08-09) | 10 | 0 | 0 | 0 | 0 | 0 | 12th (2008) |
| Washington St. (1999-2000-03-06-07-24) | 6 | 0 | 0 | 0 | 0 | 0 | 30th (1999) |
| West Virginia (1984-85-86-89-90-91-92-2010-12-13-18) | 11 | 0 | 0 | 0 | 0 | 0 | 26th (2012) |
| Western Ky. (2002-10-11) | 3 | 0 | 0 | 0 | 0 | 0 | 27th (2011) |
| Wisconsin (1984-85-94-95-96-97-98-99-2000-01-02-03-04-05-06-07-08-09-10-11-12-13-14-15-16-17-18-19-21-22-23-24) | 32 | 0 | 0 | 0 | 0 | 0 | 9th (2006) |
| Wyoming (1992-2011-12-16-18-21-22) | 7 | 0 | 0 | 0 | 0 | 0 | 34th (2022) |
| Yale (1983-84-88-91-92-2010-12-13-22) | 9 | 0 | 0 | 0 | 0 | 0 | 28th (2010) |

# ALL-TIME TEAM RESULTS

## 1982

1. Florida, 505
2. Stanford, 383
3. North Carolina, 285
4. Auburn, 253
5. Southern California, 199
6. Arizona, 179
7. Arizona St., 166
8. NC State, 123
9. Alabama, 115
10. Tennessee, 100
11. Miami (FL), 60
12. Houston, 59
13. Virginia, 57
14. Kansas, 40
15. Cincinnati, 36
16. South Carolina, 30
17. UCLA, 20
18. Clemson, 18
19. Missouri, 14
20. (tie) Michigan St. and Nebraska, 9
22. Long Beach St., 7
23. (tie) LSU, Northwestern, Old Dominion,
23. (tie)San Diego St. and Washington, 2
28. UC Santa Barbara, 1.

## 1983

1. Stanford, 418½
2. Florida, 389½
3. Texas, 314
4. Southern California, 223
5. Alabama, 185
6. North Carolina, 180
7. Kansas, 148
8. Auburn, 131
9. Southern Ill., 123
10. Ohio St., 89
11. Houston, 80
12. California, 58
13. Hawaii, 47
14. Michigan, 39
15. NC State, 36
16. Arizona St., 34
17. Arizona, 33
18. Pittsburgh, 24
19. Tennessee, 22
20. Virginia, 20
21. Indiana, 17
22. (tie) Arkansas and Georgia, 16
24. Florida St., 11
25. (tie) Michigan St. and UCLA, 9
27. (tie) Penn St. and SMU, 6
29. (tie) Iowa St. and South Carolina, 3
31. (tie) Iowa and Yale, 1.

## 1984

1. Texas, 392
2. Stanford, 324
3. Florida, 313
4. Southern California, 232
5. North Carolina, 208

6. Auburn, 111
7. (tie) Alabama and Southern Ill., 107
9. Michigan, 58
10. Houston, 49½
11. Tennessee, 48
12. California, 45
13. UCLA, 39
14. Brown, 31
15. (tie) Arizona St. and South Carolina, 28
17. Georgia, 26
18. Indiana, 23
19. Virginia, 22
20. (tie) Kansas and Penn St., 18
22. Florida St., 17
23. (tie) Ohio St. and San Jose St., 16
25. Texas A&M, 12
26. Pittsburgh, 10½
27. NC State, 9
28. Iowa, 6
29. Wisconsin, 4
30. (tie) Arizona and Hawaii, 2
32. (tie) Old Dominion, West Virginia and Yale, 1.

## 1985

1. Texas, 643
2. Florida, 400
3. Stanford, 340
4. California, 283
5. Southern Ill., 231
6. Southern California, 229
7. Alabama, 170½
8. UCLA, 146
9. Nebraska, 123
10. SMU, 114
11. Texas A&M, 96
12. North Carolina, 93
13. Georgia, 89
14. (tie) Kansas and South Carolina, 79
16. Arkansas, 76
17. Houston, 68
18. Ohio St., 65
19. Clemson, 61
20. Cincinnati, 59
21. Arizona St., 53
22. Washington, 45
23. Miami (FL), 31
24. (tie) Auburn and Penn St., 26
26. Iowa, 25
27. Virginia, 24½
28. Michigan, 21
29. Minnesota, 20
30. Pittsburgh, 18
31. Arizona, 17
32. BYU, 16
33. Tennessee, 11
34. San Jose St., 10
35. (tie) Maryland, NC State and West Virginia, 9
38. Northwestern, 4
39. (tie) Indiana and UNLV, 3

41. (tie) Florida St. and Wisconsin, 2.

## 1986

1. Texas, 633
2. Florida, 586
3. Stanford, 538
4. California, 238
5. Southern Ill., 167
6. UCLA, 166
7. Clemson, 123
8. Miami (FL), 121
9. Georgia, 116
10. (tie) Alabama and LSU, 82
12. Ohio St., 79
13. Cincinnati, 77
14. Virginia, 75
15. South Carolina, 72
16. North Carolina, 65
17. Houston, 62
18. Arizona St., 52
19. Arizona, 50
20. Southern California, 48
21. Minnesota, 46
22. Kansas, 42
23. Michigan St., 39
24. UNLV, 34
25. (tie) Arkansas, Auburn and BYU, 30
28. SMU, 28
29. Washington, 27
30. Nebraska, 20
31. Michigan, 17
32. San Jose St., 16
33. Boston U., 12
34. (tie) Colorado St. and Pittsburgh, 11
36. (tie) Clarion and Maryland, 6
38. West Virginia, 5
39. (tie) UC Santa Barbara, Iowa and Tennessee, 4
42. (tie) Hawaii, Long Beach St. and Penn St., 2.

## 1987

1. Texas, 648½
2. Stanford, 631½
3. Florida, 315
4. California, 294
5. Clemson, 243
6. Georgia, 182
7. Arizona St., 152
8. Southern California, 146
9. North Carolina, 138
10. Michigan, 109½
11. LSU, 101½
12. Ohio St., 101
13. South Carolina, 97
14. Tennessee, 85
15. UCLA, 74½
16. Alabama, 66
17. Miami (FL), 60
18. Southern Ill., 52
19. Nebraska, 47

20. Furman, 35
21. Minnesota, 33
22. Arizona, 30
23. SMU, 28
24. Virginia, 27
25. Cincinnati, 24
26. UNLV, 18½
27. Pittsburgh, 18
28. Harvard, 16
29. Purdue, 14
30. (tie) Auburn and Boston U., 10
32. (tie) UC Santa Barbara, Indiana, Iowa and Penn St., 6
36. Maryland, 4
37. (tie) Michigan St., Princeton and Vanderbilt, 3
40. Texas A&M, 2
41. Long Beach St., 1.

## 1988

1. Texas, 661
2. Florida, 542½
3. Stanford, 419
4. California, 241
5. Clemson, 218½
6. Arizona St., 205
7. Virginia, 173½
8. Michigan, 167
9. UCLA, 153
10. South Carolina, 123½
11. Tennessee, 108
12. Ohio St., 99
13. Arizona, 88
14. Georgia, 84
15. Cincinnati, 67
16. Northwestern, 44
17. (tie) Arkansas and Harvard, 42
19. North Carolina, 38
20. Miami (FL), 35
21. SMU, 34
22. LSU, 31
23. Colorado St., 30
24. Boston U., 20
25. Southern California, 18
26. Florida St., 17
27. (tie) UNLV and Southern Ill., 15
29. Penn St., 14
30. (tie) Hawaii and Texas A&M, 13
32. (tie) BYU, UC Santa Barbara and Illinois, 12
35. (tie) Auburn and New Mexico, 11
37. Houston, 10
38. Alabama, 9
39. Nebraska, 6
40. Yale, 5
41. (tie) Indiana and Iowa, 4
43. (tie) Kansas and Minnesota, 3.

## 1989

1. Stanford, 610½
2. Texas, 547
3. Florida, 536
4. Tennessee, 260½
5. California, 234
6. (tie) Michigan and UCLA, 172

8. Arizona St., 145
9. Clemson, 142
10. Georgia, 126
11. Alabama, 95
12. South Carolina, 94
13. Miami (FL), 81½
14. SMU, 67
15. (tie) Arizona and Northwestern, 64
17. (tie) UC Santa Barbara and Furman, 50
19. Michigan St., 48
20. Minnesota, 47
21. LSU, 46
23. Arkansas, 38
23. (tie) Ohio St. and Virginia, 36
25. Southern California, 32
26. Kansas, 27
27. Florida St., 24
28. Houston, 18
29. Nebraska, 16
30. Purdue, 13½
31. Colorado St., 12
32. (tie) Penn St. and Virginia Tech, 8
34. BYU, 7
35. Vanderbilt, 6
36. (tie) Cincinnati, Eastern Mich., North Carolina and Texas A&M, 4
40. Maryland, 2
41. (tie) Iowa St. and West Virginia, 1.

## 1990

1. Texas, 632
2. Stanford, 622½
3. Florida, 477
4. California, 263
5. UCLA, 224
6. Southern California, 182½
7. Michigan, 163
8. SMU, 122
9. Arizona St., 118
10. Northwestern, 100
11. Virginia, 99
12. Alabama, 92
13. Georgia, 85
14. Arizona, 76
15. North Carolina, 74
16. BYU, 66½
17. Ohio St., 55
18. Tennessee, 50
19. Brown, 48
20. LSU, 37
21. (tie) Miami (FL), Michigan St. and South Carolina, 36
24. Clemson, 33
25. Arkansas, 30
26. Minnesota, 29½
27. (tie) Auburn and Houston, 29
29. (tie) Colorado St. and Texas A&M, 27
31. Purdue, 17
32. Penn St., 14
33. Cincinnati, 11
34. Illinois, 10
35. Kentucky, 9
36. UC Santa Barbara, 8

37. (tie) Kansas and Maryland, 7
39. (tie) Nebraska and Notre Dame, 6
41. Ohio, 4
42. West Virginia, 2.

## 1991

1. Texas, 746
2. Stanford, 653
3. Florida, 353
4. California, 275
5. UCLA, 192
6. SMU, 190
7. Arizona, 163
8. Georgia, 137
9. Southern California, 135
10. Miami (FL), 127
11. BYU, 99
12. Ohio St., 90
13. Arizona St., 89
14. LSU, 63
15. Michigan, 55
16. Ohio, 53
17. Tennessee, 52½
18. (tie) Minnesota and Northwestern, 45
20. North Carolina, 44
21. Alabama, 41½
22. Houston, 40½
23. South Carolina, 37
24. Michigan St., 36
25. Virginia, 22
26. Kentucky, 19
27. Arkansas, 18
28. Nebraska, 17
29. Villanova, 15
30. (tie) Indiana, Notre Dame and Princeton, 11
33. (tie) Penn St. and Texas A&M, 10
35. Auburn, 9
36. (tie) Purdue and Yale, 6
38. (tie) Kansas and Maryland, 5
40. Colorado St., 4
41. West Virginia, 3½
42. (tie) Iowa and Northeastern, 3
44. (tie) Bowling Green and Harvard, 2
46. Southern Ill., 1.

## 1992

1. Stanford, 735½
2. Texas, 651
3. Florida, 294½
4. SMU, 285
5. Arizona, 272
6. UCLA, 206½
7. Michigan, 188
8. Auburn, 154
9. Georgia, 130
10. Minnesota, 117½
11. California, 107½
12. Arizona St., 73
13. Miami (FL), 63
14. North Carolina, 57
15. Kansas, 55
16. Southern California, 54
17. Ohio St., 53

18. (tie) Northwestern and Tennessee, 50
20. Clemson, 39
21. Indiana, 37
22. Purdue, 31
23. American, 30
24. Villanova, 29
25. LSU, 24
26. Penn St., 23½
27. Maryland, 21
28. Harvard, 19
29. BYU, 15
30. Cincinnati, 14
31. Nebraska, 13
32. (tie) Virginia and West Virginia, 12
Iowa, 11
35. Yale, 10
36. Southern Ill., 9
37. Notre Dame, 7
38. Houston, 6
39. Arkansas, 5
40. (tie) Illinois and Princeton, 3
42. Wyoming, 1.

## 1993

1. Stanford, 649½
2. Florida, 421
3. Texas, 407
4. SMU, 273
5. Michigan, 251
6. Arizona, 250
7. UCLA, 240
8. Auburn, 174
9. Arizona St., 132
10. Alabama, 130
11. Northwestern, 126
12. Georgia, 94
13. (tie) LSU and Southern California, 90
15. California, 81
16. North Carolina, 78
17. Ohio St., 69
18. Villanova, 68½
19. Tennessee, 65
20. Nebraska, 46
21. Minnesota, 39
22. Penn St., 31
23. South Carolina, 29
24. BYU, 28
25. Indiana, 27
26. Virginia, 26
27. (tie) Kansas and Purdue, 18
29. NC State, 16
30. (tie) Notre Dame and Utah*, 13
32. Arkansas, 10
33. (tie) Kentucky and Princeton, 5
35. Texas A&M, 4
36. (tie) Bowling Green and TCU, 3
38. (tie) Houston and St. Bonaventure, 2.
*Utah's participation vacated.

## 1994

1. Stanford, 512
2. Texas, 421
3. Florida, 387½
4. SMU, 272
5. Auburn, 242

6. Southern California, 240
7. UCLA, 191
8. Michigan, 173
9. Alabama, 153
10. Arizona, 151
11. Northwestern, 147
12. Colorado St., 136½
13. Arizona St., 111
14. Tennessee, 96
15. Georgia, 85
16. Nebraska, 78
17. Ohio St., 66
18. LSU, 56
19. Kentucky, 45
20. Texas A&M, 42
21. California, 40½
22. Minnesota, 34
23. Indiana, 30
24. (tie) BYU and Houston, 27
26. (tie) North Carolina and Purdue, 26
28. South Carolina, 25
29. Northern Ariz., 22
30. (tie) Penn St. and Wisconsin, 20
32. Pittsburgh, 19
33. (tie) Villanova and Virginia, 17
35. Princeton, 15
36. (tie) Cal St. Northridge and Kansas, 12
38. (tie) NC State and Oregon St., 11
40. Miami (FL), 6
41. Navy, 3
42. Miami (OH), 2½
43. Bowling Green, 1.

## 1995

1. Stanford, 497½
2. Michigan, 478½
3. Texas, 355
4. SMU, 306½
5. Arizona, 250
6. Georgia, 247
7. Southern California, 208
8. Florida, 191
9. Nebraska, 170
10. UCLA, 148
11. Northwestern, 118
12. Tennessee, 112
13. Auburn, 92
14. Arizona St., 75
15. Alabama, 70
16. Ohio St., 68
17. LSU, 56
18. Texas A&M, 55
19. (tie) Kentucky and Minnesota, 53
21. Villanova, 52
22. South Carolina, 47
23. North Carolina, 41
24. Houston, 29
25. Kansas, 28½
26. Wisconsin, 26
27. Pacific, 23
28. California, 22
29. Pittsburgh, 16
30. Penn St., 14

31. Rice, 13
32. UNLV, 12
33. (tie) Arkansas and Virginia, 11
35. (tie) Oregon St. and Princeton, 7
37. Ohio, 6
38. (tie) Florida St. and Harvard, 5
40. (tie) Illinois and Toledo, 4
42. (tie) George Washington and Indiana, 2.

## 1996

1. Stanford, 478
2. SMU, 397
3. Michigan, 363½
4. Southern California, 356
5. Georgia, 268
6. Arizona, 256
7. Florida, 220
8. Texas, 189
9. Tennessee, 186
10. Nebraska, 167
11. UCLA, 162
12. Auburn, 130½
13. Alabama, 112½
14. Kentucky, 97½
15. Minnesota, 66
16. Cincinnati, 65
17. California, 64
18. North Carolina, 57
19. Northwestern, 52
20. LSU, 42
21. Wisconsin, 35
22. Kansas, 32
23. Arizona St., 26
24. Miami (FL), 23
25. Indiana, 22
26. Pittsburgh, 21
27. New Hampshire, 17
28. (tie) Ohio St. and Texas A&M, 16
30. Fresno St., 12
31. Notre Dame, 11
32. Miami (OH), 6
33. Clemson, 5
34. (tie) Florida St. and Navy, 4
36. (tie) Arkansas, Nevada, Penn St. and Washington, 2.

## 1997

1. Southern California, 406
2. Stanford, 395
3. SMU, 353½
4. Arizona, 351½
5. Georgia, 312
6. Michigan, 264½
7. Auburn, 240
8. Nebraska, 174½
9. California, 148
10. Texas, 146½
11. Tennessee, 130
12. Northwestern, 123
13. Minnesota, 117½
14. UCLA, 104
15. Miami (FL), 85½
16. North Carolina, 80½

17. LSU, 76
18. Ohio St., 67
19. Nevada, 66½
20. Florida, 64
21. Wisconsin, 45
22. Alabama, 37½
23. Cincinnati, 34
24. Kentucky, 20
25. Notre Dame, 19
26. Texas A&M, 16
27. Pittsburgh, 15
28. (tie) Arizona St. and Virginia, 14
30. Florida St., 13
31. Rice, 12
32. Ball St., 11
33. Northeastern, 8
34. (tie) Brown and South Carolina, 7
36. (tie) Indiana and Purdue, 5
38. Colorado St., 4
39. BYU, 3
40. (tie) Fresno St. and Michigan St., 2.

## 1998

1. Stanford, 422
2. Arizona, 378
3. Georgia, 368
4. SMU, 339
5. Southern California, 277
6. Auburn, 269½
7. Michigan, 249½
8. California, 237
9. Texas, 211
10. Northwestern, 149
11. Nebraska, 128
12. North Carolina, 126
13. UCLA, 121
14. Wisconsin, 117
15. Florida, 101
16. Minnesota, 65
17. Nevada, 62
18. Virginia, 51
19. Tennessee, 49
20. Columbia, 40
21. Kentucky, 36
22. South Carolina, 30
23. Notre Dame, 29
24. LSU, 20
25. Cincinnati, 17
26. (tie) Indiana, Miami (FL) and Ohio St., 15
29. (tie) Arizona St. and Fresno St., 11
31. (tie) Purdue and Texas A&M, 7
33. (tie) Alabama and Rice, 6
35. (tie) Clemson and Princeton, 3
37. (tie) Houston and Kansas, 2.

## 1999

1. Georgia, 504½
2. Stanford, 441
3. SMU, 370½
4. Arizona, 332
5. California, 315
6. Southern California, 245
7. Michigan, 163
8. Florida, 147
9. Northwestern, 145
10. Virginia, 140
11. Auburn, 138
12. Nebraska, 133
13. Texas, 126
14. Nevada, 88
15. Wisconsin, 85
16. UCLA, 83
17. Miami (FL), 77½
18. Tennessee, 72
19. Villanova, 50
20. North Carolina, 47
21. Kentucky, 46
22. Indiana, 40
23. Arizona St., 37½
24. (tie) Minnesota and South Carolina, 34
26. LSU, 23
27. Cincinnati, 18
28. Notre Dame, 16
29. Utah, 11
30. Washington St., 8
31. Texas A&M, 6
32. Princeton, 5
33. (tie) Houston, Maryland and Penn St., 4
36. (tie) Clemson, Iowa, Pittsburgh and
    Washington, 3
40. BYU, 2
41. Fresno St., 1.

## 2000

1. Georgia, 490½
2. Arizona, 472
3. Stanford, 397
4. California, 311½
5. Auburn, 207
6. Northwestern, 186½
7. Southern California, 185
8. UCLA, 163
9. (tie) Texas and Virginia, 155
11. Wisconsin, 133
12. SMU, 131
13. Nevada, 104
14. Michigan, 102½
15. North Carolina, 86½
16. LSU, 84
17. Miami (FL), 79
18. Notre Dame, 74½
19. Florida, 58
20. Nebraska, 53
21. (tie) Arizona St. and Indiana, 45
23. Minnesota, 43
24. Columbia, 40

25. Texas A&M, 24
26. Brown, 20
27. Alabama, 18
28. Tennessee, 17
29. BYU, 16
30. Michigan St., 15
31. UNLV, 14
32. (tie) Illinois and Kentucky, 13
34. Washington St., 11
35. (tie) Cincinnati and Florida St., 10
37. Iowa, 9
38. (tie) Pittsburgh and South Carolina, 7
40. Ohio, 5
41. Princeton, 4
42. Clemson, 3
43. (tie) Oakland and Washington, 1.

## 2001

1. Georgia, 389
2. Stanford, 387½
3. Texas, 350½
4. Auburn, 324
5. Arizona, 304
6. Southern California, 255
7. California, 248
8. Florida, 214
9. North Carolina, 175
10. SMU, 155½
11. Penn St., 100
12. Virginia, 92
13. Indiana, 90
14. Miami (FL), 88½
15. UCLA, 83
16. Alabama, 69
17. LSU, 67
18. Michigan, 64
19. Wisconsin, 62
20. Tennessee, 58
21. Arizona St., 48
22. Houston, 40
23. Nebraska, 38
24. Hawaii, 32
25. Princeton, 27
26. Texas A&M, 26
27. Villanova, 25
28. Pacific, 23
29. Rice, 22
30. Ohio St., 20
31. Maryland, 19
32. (tie) Cincinnati, Florida St. and Michigan
    St., 17
35. (tie) Illinois and Northwestern, 16
37. Notre Dame, 15
38. Arkansas, 9
39. Kentucky, 6
40. (tie) Iowa and Purdue, 5
42. UNLV, 4
43. Clemson, 3
44. Rutgers, 2
45. (tie) Minnesota and Oregon St., 1.

## 2002

1. Auburn, 474
2. Georgia, 386
3. Stanford, 301
4. Southern California, 300½
5. Arizona, 291
6. Texas, 267½
7. Florida, 249
8. California, 245
9. SMU, 178
10. (tie) Arizona St. and Indiana, 136
12. Virginia, 125
13. North Carolina, 110
14. Wisconsin, 84
15. (tie) Miami (FL) and Pacific, 76
17. UCLA, 64
18. Alabama, 56
19. Notre Dame, 52
20. LSU, 48
21. Penn St., 46
22. Houston, 37
23. Tennessee, 25
24. Florida St., 24
25. Rice, 23
26. Texas A&M, 21
27. Michigan, 20½
28. Cincinnati, 17
29. (tie) George Mason and Rutgers, 15
31. Oregon St., 14
32. Minnesota, 13
33. (tie) Purdue and Villanova, 11
35. (tie) Iowa and South Carolina, 9
37. Fla. Atlantic, 7
38. Western Ky., 6½
39. Michigan St., 6
40. Illinois, 5
41. (tie) Binghamton, Clemson and Kentucky, 4
44. Northwestern, 3
45. Princeton, 1.

## 2003

1. Auburn, 536
2. Georgia, 373
3. Southern California, 284
4. SMU, 281
5. Florida, 277
6. Stanford, 275½
7. Texas, 220
8. California, 215
9. Arizona, 209
10. Arizona St., 135
11. UCLA, 128
12. Wisconsin, 123
13. Virginia, 118
14. Michigan, 79
15. Alabama, 71
16. Indiana, 66
17. North Carolina, 64½
18. Tennessee, 60
19. Washington, 44
20. (tie) Houston and Iowa, 41
22. (tie) Maryland and Penn St., 40
24. South Carolina, 36

25. (tie) Minnesota and Oregon St., 29
27. Pacific, 24
28. Purdue, 23
29. Miami (FL), 22
30. Ohio St., 20
31. Arkansas, 18
32. LSU, 17
33. (tie) Notre Dame and Rice, 12
35. Villanova, 10
36. Florida St., 9
37. Rutgers, 7
38. (tie) Pittsburgh and San Diego, 6
40. Brown, 3
41. (tie) Northeastern and Washington St., 1.

## 2004

1. Auburn, 569
2. Georgia, 431
3. Arizona, 369
4. Florida, 253
5. Stanford, 237
6. California, 235½
7. UCLA, 195
8. Texas, 169
9. Southern California, 160
10. Wisconsin, 135
11. South Carolina, 120½
12. Indiana, 119
13. Michigan, 114½
14. Arizona St., 107
15. Penn St., 101
16. Texas A&M, 100½
17. Florida St., 84
18. SMU, 72
19. Virginia, 53
20. Oregon St., 45
21. Alabama, 43
22. Houston, 36
23. North Carolina, 31
24. LSU, 29½
25. Notre Dame, 28
26. Hawaii, 24½
27. Arkansas, 24
28. Tennessee, 23
29. (tie) Maryland, Pacific and Rutgers, 14
32. Richmond, 13
33. Georgia Tech, 7
34. (tie) Minnesota and Villanova, 6
36. (tie) UConn, Ohio St. and Purdue, 5
39. (tie) Clemson, Illinois and Oakland, 2
42. (tie) Brown and Northeastern, 1.

## 2005

1. Georgia, 609½
2. Auburn, 492
3. Arizona, 440
4. Florida, 355
5. Stanford, 313
6. Texas, 218
7. SMU, 170
8. California, 149
9. Indiana, 112
10. Southern California, 108

11. Wisconsin, 107
12. Arizona St., 90
13. Penn St., 87
14. (tie) Michigan and Texas A&M, 84
16. Hawaii, 68
17. Purdue, 59
18. (tie) Kentucky and UCLA, 52
20. Houston, 47
21. Alabama, 44
22. Maryland, 40
23. Iowa, 36
24. (tie) Notre Dame and Tennessee, 32
26. Virginia, 21
27. Miami (FL), 19
28. Richmond, 15½
29. Rutgers, 13
30. Virginia Tech, 12
31. Florida St., 11
32. Ohio St., 10
33. Cincinnati, 9
34. (tie) Clemson and South Carolina, 6
36. (tie) Harvard and Northwestern, 4
38. New Mexico, 2
39. Illinois, 1.

## 2006

1. Auburn, 518½
2. Georgia, 515½
3. Arizona, 415
4. California, 291
5. Stanford, 209
6. Southern California, 193
7. SMU, 161½
8. Texas, 151
9. Wisconsin, 146
10. Florida, 135
11. Texas A&M, 118
12. Tennessee, 104
13. Kentucky, 98½
14. Indiana, 91
15. Hawaii, 90
16. Florida St., 84
17. Michigan, 67½
18. Rutgers, 61
19. Penn St., 55
20. UCLA, 53
21. Minnesota, 48
22. Purdue, 45
23. (tie) Houston and Virginia, 34
25. Fla. Atlantic, 30
26. South Carolina, 27
27. Iowa, 22
28. Clemson, 18
29. Arizona St., 17
30. Miami (FL), 16
31. Oregon St., 14½
32. (tie) Alabama, UC Irvine, LSU and Ohio St., 12
36. (tie) Nebraska, Richmond and Virginia Tech, 9
39. Maryland, 7
40. Washington St., 6
41. (tie) Gardner-Webb, North Carolina, Northwestern and Notre Dame, 4
45. (tie) BYU and Harvard, 3.

## 2007

1. Auburn, 535
2. Arizona, 477
3. California, 372½
4. Stanford, 333
5. Georgia, 290
6. Texas, 220
7. Florida, 203
8. Texas A&M, 198
9. Michigan, 191
10. Tennessee, 127
11. Indiana, 109½
12. Kentucky, 92
13. Minnesota, 59
14. SMU, 58
15. UCLA, 55½
16. Arizona St., 55
17. (tie) Florida St. and LSU, 52
19. Miami (FL), 48
20. (tie) Purdue and Southern California, 47
22. Virginia Tech, 45
23. Houston, 38
24. (tie) Princeton and Wisconsin, 36
26. Penn St., 30½
27. Notre Dame, 25
28. Fla. Atlantic, 23
29. Oregon St., 21
30. (tie) Gardner-Webb and North Carolina, 18
32. Hawaii, 15
33. UC Irvine, 11
34. Washington St., 10
35. Washington, 9
36. (tie) Rutgers, South Carolina and Syracuse, 6
39. Virginia, 4
40. BYU, 2
41. (tie) Northwestern, Richmond and Utah, 1.

## 2008

1. Arizona, 484
2. Auburn, 348
3. Stanford, 343
4. Texas A&M, 315
5. California, 291
6. Florida, 277½
7. Georgia, 198
8. Tennessee, 179½
9. Michigan, 130
10. Indiana, 128
11. SMU, 126
12. Washington, 115
13. Minnesota, 96
14. Texas, 87
15. Ohio St., 85
16. Southern California, 76
17. Arizona St., 59
18. Kentucky, 54
19. Northwestern, 51
20. Virginia, 50
21. Oregon St., 45
22. Wisconsin, 44
23. Virginia Tech, 42
24. Princeton, 41

25. UC Santa Barbara, 36
26. Hawaii, 33
27. Miami (FL), 32
28. Houston, 29
29. Penn St., 26
30. Georgia Tech, 21
31. UCLA, 18
32. (tie) North Carolina and South Carolina, 17
34. Purdue, 16
35. Arkansas, 14
36. Missouri, 13
37. Alabama, 11
38. Eastern Mich., 10
39. (tie) Florida St. and Rice, 9
41. Toledo, 7
42. LSU, 5
43. (tie) UC Irvine, Drexel and NC State, 4
46. BYU, 3
47. Rutgers, 2
48. (tie) Clemson, Duke and Louisville, 1.

## 2009

1. California, 411½
2. Georgia, 400½
3. Arizona, 389
4. Stanford, 312½
5. Texas, 307
6. Auburn, 281½
7. Florida, 239½
8. Texas A&M, 186
9. Southern California, 157
10. Indiana, 152
11. Minnesota, 136
12. Virginia, 117
13. Tennessee, 107
14. Wisconsin, 105½
15. Washington, 61
16. LSU, 57
17. Houston, 47
18. Princeton, 44
19. SMU, 43
20. North Carolina, 41
21. Purdue, 40
22. Louisville, 31
23. Oregon St., 27
24. (tie) Miami (FL), Michigan and Ohio St., 25
27. Arkansas, 23
28. Missouri, 21
29. (tie) Hawaii and NC State, 20
31. Notre Dame, 19
32. IUPUI, 15
33. Duke, 14
34. Virginia Tech, 13½
35. UC Santa Barbara, 13
36. Kansas, 12
37. UNLV, 11
38. (tie) Alabama, Drexel and Penn St., 9
41. UCLA, 8
42. Towson, 6
43. Clemson, 4
44. (tie) Kentucky and Maryland, 3
46. George Mason, 2
47. Utah, 1½

48. Nevada, 1.

## 2010

1. Florida, 382
2. Stanford, 379½
3. California, 363
4. Arizona, 359½
5. Georgia, 342½
6. Texas A&M, 311
7. Southern California, 251
8. Auburn, 153
9. Virginia, 151
10. Indiana, 133
11. Texas, 106½
12. Minnesota, 102
13. Tennessee, 99½
14. Wisconsin, 88
15. Michigan, 76
16. Purdue, 57
17. Houston, 53
18. Princeton, 48
19. UCLA, 45½
20. North Carolina, 42
21. George Mason, 31
22. (tie) Arizona St. and Ohio St., 29
24. Virginia Tech, 26
25. (tie) Maryland and Towson, 24
27. SMU, 22
28. (tie) Duke and Yale, 21
30. (tie) IUPUI and LSU, 20
32. Alabama, 19
33. Kansas, 18
34. (tie) Arkansas, Kentucky, Louisville and Western Ky., 15
38. Notre Dame, 14
39. (tie) Miami (OH)  and South Carolina, 12
41. Buffalo, 11
42. (tie) Missouri and San Diego St., 5
44. (tie) BYU, Florida St. and West Virginia, 4
47. (tie) Harvard and Penn St., 1.

## 2011

1. California, 424
2. Georgia, 394½
3. Southern California, 351
4. Stanford, 272
5. Arizona, 266
6. Texas, 232
7. Florida, 226
8. Auburn, 202
9. Minnesota, 192
10. Texas A&M, 182
11. Wisconsin, 160
12. Tennessee, 148
13. Virginia, 105
14. LSU, 89
15. Indiana, 86½
16. Miami (FL), 67
17. Ohio St., 64
18. Arizona St., 59
19. Duke, 54
20. UCLA, 45
21. Towson, 43

22. Maryland, 42
23. (tie) Missouri and North Carolina, 40
25. Purdue, 36
26. George Mason, 33
27. Western Ky., 20
28. Kentucky, 18
29. South Carolina, 15
30. (tie) Iowa and Michigan, 13
32. (tie) Arkansas and Hawaii, 12
34. Denver, 11
35. Penn St., 10
36. (tie) Houston and SMU, 9
38. Wyoming, 7
39. Boise St., 5
40. Louisville, 4
41. (tie) Alabama and Toledo, 2.

## 2012

1. California, 412½
2. Georgia, 366
3. Southern California, 325½
4. Stanford, 318
5. Arizona, 299
6. Texas A&M, 262
7. (tie) Auburn and Tennessee, 249
9. Texas, 201
10. Florida, 160
11. Minnesota, 131
12. Arizona St., 123
13. Indiana, 115
14. Missouri, 98
15. Wisconsin, 91
16. SMU, 67
17. Virginia, 60
18. Virginia Tech, 51
19. North Carolina, 44
20. Ohio St., 34
21. George Mason, 31
22. (tie) Notre Dame and Penn St., 30
24. Louisville, 23
25. Columbia, 21
26. (tie) IUPUI, Miami (FL) and West Virginia, 20
29. South Carolina, 18
30. Florida St., 15
31. (tie) Michigan and Purdue, 14
33. Yale, 13
34. NC State, 12
35. Northwestern, 11
36. Maryland, 10
37. (tie) Iowa, Toledo, UCLA and Wyoming, 9
41. Arkansas, 7
42. Alabama, 6
43. UNLV, 5
44. Liberty, 4
45. (tie) UConn and San Diego St., 3
47. (tie) Boise St. and LSU, 2
49. (tie) New Mexico and Richmond, 1.

## 2013

1. Georgia, 477
2. California, 393
3. Tennessee, 325½
4. Texas A&M, 323½
5. Arizona, 311
6. Florida, 305
7. Southern California, 291
8. Stanford, 246
9. Texas, 186
10. Minnesota, 141
11. Indiana, 115
12. North Carolina, 102
13. Auburn, 87
14. Missouri, 71
15. Wisconsin, 65
16. Notre Dame, 55
17. UCLA, 54
18. Virginia, 45
19. Purdue, 44
20. Miami (FL), 40
21. Columbia, 37
22. Louisville, 36
23. Arizona St., 31
24. (tie) Virginia Tech and SMU, 26
26. Arkansas, 24
27. Eastern Mich., 23
28. Ohio St., 22
29. Penn St., 21
30. Massachusetts, 18
31. West Virginia, 13
32. (tie) Florida St. and Milwaukee, 12
34. (tie) Yale and LSU, 11
36. Michigan, 9
37. (tie) Towson, Princeton, Buffalo and NC
State, 4
41. (tie) San Diego St. and Fresno St., 2
43. Villanova,1.

## 2014

1.Georgia, 528
2. Stanford, 402½
3. California, 386
4. Texas A&M, 336
5. Southern California, 252
6. Florida, 239
7. Tennessee, 223
8. Arizona, 156
9. Texas, 144
10. Minnesota, 136½
11. Virginia, 123
12. Indiana, 118
13. Wisconsin, 78
14. Auburn, 62
15. Louisville, 55
16. (tie) NC State and Notre Dame, 48
18. Penn St., 42
19. UNC, 41
20. SMU, 39
21. (tie) Miami (FL) and UCLA, 38
23. Kentucky, 36
24. Virginia Tech, 34
25. Purdue, 33

26. Milwaukee, 29
27. (tie) UMass and San Diego St., 28
29. Utah, 24
30. (tie) Michigan and Florida St., 23
32. (tie) Southern Ill. and FGCU, 22
34. Denver, 21
35. UC Santa Barbara, 18
36 LSU, 17
37. Missouri, 16
38. Illinois St., 15
39. Alabama, 13
40. Princeton, 12
41. (tie) Ohio St. and Arizona St., 8
43. (tie) Liberty and Oregon St., 7
45. (tie) UNLV and Towson, 6
47. (tie) Fresno St. and Florida International, 4
49. Houston, 3
50. Kansas, 2
51. (tie) Rutgers, Duke and Nevada, 1.

## 2015

1. California, 513
2. Georgia, 452
3. Stanford, 363
4. Texas A&M, 231
5. Virginia, 229
6. Louisville, 197
7. Texas, 164
8. Southern California, 163
9. Florida, 129
10. Indiana, 126
11. Tennessee, 125
12. Minnesota, 118
13. Wisconsin, 103
14. Missouri, 100
15. Arizona, 99½
16. Kentucky, 95
17. NC State, 79
18. Auburn, 66
19. North Carolina, 56½
20. Penn St., 56
21. Notre Dame, 55
22. Michigan, 49
23. UCLA, 47
24. Florida St., 45
25. Miami (FL), 42
26. FGCU, 37½
27. Virginia Tech, 36
28. Denver, 33
29. Alabama, 31
30. Purdue, 29
31. SMU, 27
32. Miami (OH), 24
33. Nevada, 16
34. (tie) LSU, Arizona St., 15
36. (tie) Oregon St., Illinois St., 12
38. Iowa, 10
39. San Diego St., 9
40. Ohio St., 5
41. (tie) Kansas, Hawaii, 4
43. UMBC, 2½
44. (tie) Arkansas, Pittsburgh, 2
46. Cincinnati, 1.

## 2016

1. Georgia, 414
2. Stanford, 395
3. California, 358
4. Texas A&M, 309
5. Virginia, 264
6. Southern California, 244.5
7. Indiana, 228
8. Louisville, 220
9. NC State, 155
10. Michigan, 150
11. Missouri, 139
12. Arizona, 120
13. Tennessee, 111
14. Ohio St., 84
15. Texas, 79
16. Minnesota, 70
17. UCLA, 68
18. North Carolina, 66
19. Florida, 63.5
20. Nevada, 56
21. Wisconsin, 49
22. Kentucky, 40
23. Purdue, 35
24. Miami (OH), 33
25. (tie) Virginia Tech, Penn St., 23
27. LSU, 21
28. Alabama, 20
29. (tie) South Carolina, UMBC, 18
31. Arizona St., 16
32. Northwestern, 15
33. Auburn, 14
34. (tie) Harvard, Kansas, Air Force, 11
37. Denver, 10
38. Iowa, 9
39. Nebraska, 7
40. (tie) Miami (FL), SMU, 6
42. (tie) Hawaii, Pittsburgh, 4
44. (tie) Wyoming, Eastern Mich., 3
46. Cincinnati, 2
47. (tie) FGCU, Rutg

## 2017

1. Stanford, 526½
2. California, 366
3. Texas A&M, 292½
4. Georgia, 252½
5. Texas, 252
6. Louisville, 194½
7. NC State, 194
8. Indiana, 185
9. Southern California, 176
10. Minnesota, 168
11. Michigan, 159
12. Virginia, 149
13. Missouri, 135
14. Kentucky, 106
15. Wisconsin, 98
16. Arizona, 89½
17. North Carolina, 73
18. Auburn, 55
19. Ohio St., 52
20. UCLA, 48

21. Northwestern, 40
22. Tennesse, 35
23. Purdue, 33
24. UMBC, 30
25. Miami (OH), 29
26. Iowa, 26
27. Nevada, 25
28. Florida St. 24
29. Arizona St., 22
30. Denver, 20
31. Virginia Tech, 18
32. FIU, 16
33. Nebraska, 15
34. LSU, 14
35. Cincinnati, 12
36. (tie) Penn St., Boise St. 10
38. South Carolina, 8
39. (tie) Air Force, Miami (FL), 5
41. (tie) Pittsburgh, FGCU, 4
43. Alabama, 3½
44. (tie) Notre Dame, Massachusetts, san Diego St., 2
47. (tie) Drexel, Duke, Rutgers, 1

## 2018

1. Stanford, 593
2. California, 373
3. Texas A&M, 299
4. Michigan, 267
5. Louisville, 232
6. Texas, 221½
7. Tennessee, 180½
8. Indiana, 169
9. Virginia, 161
10. Minnesota, 157
11. Georgia, 135
12. Southern Cal, 127
13. Ohio St., 123
14. Kentucky, 97
15. Missouri, 86
16. Auburn, 82½
17. Wisconsin, 78
18. NC State, 70
19. Purdue, 51
20. (tie) Arizona, South Carolina, 46
22. Northwestern, 40
23. Arizona St., 34
24. Nevada, 33
25. UNC, 32
26. UCLA, 31
27. Arkansas, 30
28. Hawaii, 29½
29. PennSt, 26
30. Alabama, 23
31. Denver, 20
32. Eastern Mich., 18
33. (tie) Virginia Tech, Miami (OH), 14
35. (tie) Nebraska, Florida, 11
37. Wyoming, 9
38. LSU, 8
39. (tie) Akron, Rutgers, 6
41. Notre Dame, 4
42. (tie) Duke, Florida St., 3
44. (tie) West Virginia, Miami (FL) 2

## 2019

1. Stanford 456.5
2. California 419
3. Michigan 314
4. Louisville 235
5. Texas 190.5
6. Virginia 188
7. NC State 187.5
8. Tennessee 185
9. Indiana 179
10. Southern California 159
11. Minnesota 158.5
12. Auburn 146
13. Texas A&M 142.5
14. Arizona 101.5
15. Kentucky 100.5
16. Wisconsin 100
17. UCLA 75
18. Georgia 66
19. Arkansas 63
20. Arizona St. 61
21. South Carolina 53.5
22. Missouri 51
23. Duke 47
24. Florida 44
25. Ohio St. 43
26. Purdue 31
27. (tie) Northwestern, Penn St. 27
29. Kansas 22
30. LSU 20
31. Miami (FL) 19
32. Eastern Mich. 17
33. Nebraska 16
34. (tie) Alabama, Florida St., Hawaii 14
37. FIU 11
38. San Diego St. 9
39. Akron 6
40. Virginia Tech 5
41. Notre Dame 4
42. North Carolina 2
43. (tie) Navy, UConn 1.

## 2020

*The 2020 championship was not contested due to the COVID-19 pandemic*

## 2021

1. Virginia 491
2. NC State 354
3. Texas 344.5
4. California 290
5. Alabama 266
6. Michigan 224.5
7. Ohio St 215.5
8. Georgia 181
9. Stanford 159
10. Tennessee 153
11. Kentucky 152
12. UNC 144
13. Louisville 108
14. Texas A&M 107.5
15. Indiana 102
16. Northwestern 96

17. Florida 84.5
18. Missouri 79
19. Wisconsin 61
20. Purdue 56
21. Virginia Tech 55
22. Southern California 51
23. Miami (FL) 42
24. Minnesota 40
25. Arizona 34.5
26. Nebraska 33
27. Arkansas 26
28. Georgia Tech 24
29. Notre Dame 12
30. (tie) Houston 9, LSU 9
32. (tie) FGCU 6, San Diego St 6
34. Duke 5
35. Wyoming 4
36. Akron 3
37. (tie) Navy, Oakland 1

## 2022

1. Virginia 551.5
2. Texas 406
3. Stanford 399.5
4. Alabama 288
5. NC State 279
6. Louisville 196.5
7. Michigan 184.5
8. California 180
9. Ohio St. 165
10. Tennessee 127
11. Indiana 116
12. Kentucky 115.5
13. Florida 115
14. North Carolina 109
15. Georgia 104.5
16. Southern California 102
17. Wisconsin 100
18. Northwestern 73
19. Arizona 52.5
20. Penn 44.5
21. Minnesota 43
22. Miami (FL) 41.5
23. Virginia Tech 37
24. Duke 36
25. Missouri 34
26. Arizona St. 29
27. Rutgers 18
28. Arkansas 15
29. Yale 14.5
30. Purdue 14
31. South Carolina 9
32. LSU 8
33. Notre Dame 6
34. (tie) UCLA, Wyoming 4
36. FIU 3
37. (tie) San Diego St., Harvard 2
39. Texas A&M 1

## 2023

1. Virginia 541.5
2. Texas 414.5
3. Stanford 333

4. Louisville 288
5. NC State 263
6. Ohio St. 223
7. Indiana 219
8. Tennessee 214
9. Florida 179
10. North Carolina 152
11. California 137
12. Southern California 125
13. LSU 112
14. Alabama 111
15. Wisconsin 100
16. Georgia 90.5
17. Minnesota 53
18. Arizona 52
19. Kentucky 49
20. Virginia Tech 46
21. Duke 42
22. Miami (FL) 36
23. Michigan 33
24. Purdue 32
25. Texas A&M 26
26. South Carolina 25
27. Arizona St. 19
28. (tie) Arkansas, Northwestern 18
30. Auburn 14
31. Hawaii 11.5
32. Florida St. 11
33. Miami (OH) 9
34. UCLA 8
35. Penn 7
36. (tie) Akron, Nevada 5
38. FIU 4
39. (tie) Georgia Tech, Utah 2

## 2023

1. Virginia, 527.5
2. Texas, 441
3. Florida, 364
4. Tennessee, 277
5. Stanford, 250
6. Louisville, 212
7. Indiana, 206
8. Southern California, 200
9. (tie) NC State, Ohio St., 162
11. California, 153
12. Michigan, 147.5
13. Georgia, 116
14. Texas A&M, 104
15. Wisconsin, 95
16. Duke, 80
17. North Carolina, 77
18. Purdue, 57
19. Auburn, 54
20. Minnesota, 47
21. LSU, 44
22. UCLA, 36
23. Alabama, 25
24. Arizona St., 23
25. Utah, 22
26. Virginia Tech, 18
27. Northwestern, 17
28. Southern Ill., 16

29. Penn, 15
30. Nebraska, 11
31. South Carolina, 9
32. (tie) Kansas, Miami (OH), Notre Dame, Rutgers, 6
36. (tie) Akron, Arkansas, 5
38. (tie) Cincinnati, Florida St., 4
40. (tie) Houston, Miami (FL), Washington St., 3