# EXHIBIT 7

| Introduction | Championships Summary | Team Championships by Sport | Team Championships by Institution | **Individual Championships by Sport** | Individual Championships by Institution |

**Division**
Division I

**Gender**
Women's

**Sport**
Swimming and Diving

**Event**
500-Yard Freestyle

## DI Women's Swimming and Diving



| DI Women's Swimming and Diving Individual Championships | |
|---|---|
| Stanford University | 187 |
| University of Florida | 92 |
| University of Georgia | 79 |
| University of Texas at Austin | 79 |
| University of California, Berkeley | 75 |
| University of Virginia | 55 |
| University of Arizona | 50 |
| University of Southern California | 46 |
| Auburn University | |

| Year | Champion | School | Event | |
|---|---|---|---|---|
| 2024-25 | Jillian Cox | University of Texas at Austin | 500-Yard Freestyle | De.. |
| 2023-24 | Bella Sims | University of Florida | 500-Yard Freestyle | De.. |
| 2022-23 | Kensey McMahon | University of Alabama | 500-Yard Freestyle | De.. |
| 2021-22 | Lia Thomas | University of Pennsylvania | 500-Yard Freestyle | De.. |
| 2020-21 | Paige Madden | University of Virginia | 500-Yard Freestyle | De.. |
| 2019-20 | Canceled COVID-19 | | 500-Yard Freestyle | De.. |
| 2018-19 | Brooke Forde | Stanford University | 500-Yard Freestyle | De.. |
| 2017-18 | Katie Ledecky | Stanford University | 500-Yard Freestyle | De.. |
| 2016-17 | Katie Ledecky | Stanford University | 500-Yard Freestyle | De.. |
| 2015-16 | Leah Smith | University of Virginia | 500-Yard Freestyle | De.. |
| 2014-15 | Leah Smith | University of Virginia | 500-Yard Freestyle | De.. |
| 2013-14 | Brittany MacLean | University of Georgia | 500-Yard Freestyle | De.. |
| 2012-13 | Haley Anderson | University of Southern California | 500-Yard Freestyle | |