# EXHIBIT 8

NCAA.org

Lesbian, Gay, Bisexual, Transgender and Questioning (LGBTQ)

# LESBIAN, GAY, BISEXUAL, TRANSGENDER AND QUESTIONING

LGBTQ individuals often face unique challenges, including self-acceptance and acceptance by others, health and safety, and limited legal protections. The office of inclusion is committed to providing education and resources that support LGBTQ students and the coaches and administrators who teach and lead them in athletics departments across the country. We strive to assist athletics departments with developing inclusive cultures that allow all persons to be their true and best selves.

## LGBTQ Resources

- NCAA Champions of Respect: LGBTQ Inclusion Best Practices
- LGBTQ Terminology
- Five ways to have an LGBTQ-inclusive athletics department
- Common Ground
- Division III LGBTQ OneTeam Program
- Division III LGBTQ+ Communication Recommendations

## Transgender/Nonbinary Resources

- Participation Policy for Transgender Student-Athletes
- Gender Identity and Student-Athlete Participation Summit Final Report
- 2010 NCAA Inclusion of Transgender Student-Athletes Best Practices

Copyright © 2025 NCAA.org