# EXHIBIT 12



ABOUT    MEMBERSHIP    COMPETITIONS

NEWS    GOVERNANCE    CONGRESS

# World Boxing to introduce mandatory sex testing for all boxers that want to participate in its competitions*

May 30, 2025

—

World Boxing will introduce mandatory sex testing, to determine the eligibility of male and female athletes that want to take part in its competitions. The introduction of mandatory testing will be part of a new policy on "Sex, Age



The policy is in the final stages of development and has been crafted by a specially convened Working Group of the World Boxing Medical and Anti-Doping Committee, which has examined data and medical evidence from an extensive range of sources and consulted widely with other sports and experts across the world.

World Boxing's new polcy and the introducition of testing will mean that all athletes over the age of 18 that want to participate in a World Boxing owned or sanctioned competition will need to undergo a PCR (polymerase chain reaction) genetic test to determine their sex at birth and their eligibility to compete.



ABOUT          MEMBERSHIP          COMPETITIONS

NEWS          GOVERNANCE          CONGRESS

chromosome, which is an indicator of biological sex. The test can be a be conducted by nasal/mouth swab, saliva or blood.

Athletes that are deemed to be male at birth, as evidenced by the presence of Y chromosome genetic material (the SRY gene) or with a difference of sexual development (DSD) where male androgenization occurs, will be eligible to compete in the male category.

Athletes that are deemed to be female at birth, as evidenced by the presence of XX chromosomes or the absence of Y chromosome genetic material (the SRY gene) or with a DSD where male androgenization does not occur, will be eligible to compete in the female category.



ABOUT          MEMBERSHIP          COMPETITIONS

NEWS          GOVERNANCE          CONGRESS

essential that strict categories, determined by sex are maintained and enforced, and means that World Boxing will only operate competitions for athletes categorised as male or female.

Under the new policy, National Federations will be responsible for testing and will be required to confirm the sex of their athletes when entering them into World Boxing competitions by providing a certification of their chromosomal sex, as determined by a PCR test.

A failure to provide certification of the chromosomal sex of an athlete or the provision of a false certification, will render the athlete ineligible to compete and may lead to sanctions against the athlete and/or the athlete's National Federation.



DSD, the initial screenings will be referred to independent clinical specialists for genetic screening, hormonal profiles, anatomical examination or other valuation of endocrine profiles by medical specialists.

As part of its new policy World Boxing will reserve the right to do genetic sex screening on new or existing athlete samples to confirm certification.

The policy will include an appeals process. Support will be offered to any boxers that provide an adverse test result.

The new "Sex, Age and Weight" policy will come into force from in July 2025.



ABOUT          MEMBERSHIP          COMPETITIONS

NEWS          GOVERNANCE          CONGRESS

meeting with the IOC in May 2024 and on 25 February 2025, it was granted provisional recognition by the IOC as the International Federation (IF) within the Olympic Movement governing the sport of boxing at world level.  On 20 March 2025, the IOC confirmed that boxing has been restored to the sport programme for LA28.

Further information on World Boxing is available at www.worldboxing.org.

* This statement was updated on 6 June 2025.

Filed Under: 2025, Press Release

Case 1:24-cv-01109-TRJ     Document 130-12     Filed 07/28/25     Page 8 of 8



ABOUT          MEMBERSHIP          COMPETITIONS

NEWS          GOVERNANCE          CONGRESS

ABOUT          MEMBERSHIP          COMPETITIONS

GOVERNANCE          PRIVACY POLICY          COOKIES

AVENUE DE RHODANIE 2 – CP 975 1001 LAUSANNE – SUISSE

INFO@WORLDBOXING.ORG

COPYRIGHT © 2025 · WORLD BOXING · LOG IN