# EXHIBIT 15

NCAA.org

Participation Policy for Transgender Student-Athletes

# Participation Policy for Transgender Student-Athletes

## EFFECTIVE IMMEDIATELY AS OF FEBRUARY 6, 2025

## Application

The policy outlined below applies to all practice and competition in NCAA sports in which the NCAA conducts championships separated by gender. This includes all NCAA competition (regular season, conference championships, post-season, scrimmages and exhibitions).

As with all other NCAA eligibility criteria, member schools remain responsible for certifying student-athlete eligibility for practice and competition. The application of this policy may not be waived.

Additionally, schools are subject to local, state and federal legislation and such legislation supersedes the rules of the NCAA.

## Definitions

a. <u>NCAA Men's Team:</u> A varsity intercollegiate sports team that meets the qualifications to be considered for NCAA men's championships.
b. <u>NCAA Women's Team:</u> A varsity intercollegiate sports team that meets the qualifications to be considered for NCAA women's championships.
c. <u>Mixed Team:</u> A varsity intercollegiate team on which at least one individual of each sex assigned at birth competes. Per NCAA legislation, mixed teams are only eligible for NCAA men's championships.
d. <u>Sex Assigned at Birth:</u> The male or female designation doctors assign to infants at birth, which is marked on their birth records.
e. <u>Gender Identity:</u> An individual's own internal sense of their gender (e.g., man, woman, nonbinary).
f. <u>Transgender:</u> An individual whose gender identity or gender expression is different from their sex assigned at birth.

## Policy

1. **NCAA Men's Team.** Regardless of sex assigned at birth or gender identity, a student-athlete may participate (practice and compete) with a men's team, assuming they meet all other NCAA eligibility requirements.
    - <u>Medical Exception Process.</u> Please note, student-athletes taking a banned substance (e.g., testosterone) must complete the medical exception process.
2. **NCAA Women's Team.**
    a. <u>Student-athlete assigned male at birth.</u>
        i. Competition. A student-athlete assigned male at birth may not compete on a women's team.
        ii. Practice. A student-athlete assigned male at birth may practice on the team consistent with their gender identity and receive all other benefits applicable to student-athletes who are otherwise eligible for practice.
    b. <u>Student-athlete assigned female at birth.</u>

   i. Competition. A student-athlete assigned female at birth who has begun hormone therapy (e.g., testosterone) may not compete on a women's team. If such competition occurs, the team is subject to NCAA mixed-team legislation, and the team will no longer be eligible for NCAA women's championships.
   ii. Practice. A student-athlete assigned female at birth who has begun hormone therapy (e.g., testosterone) may continue practicing with a women's team and receive all other benefits applicable to student-athletes who are otherwise eligible for practice.

Copyright © 2025 NCAA.org