EXHIBIT 16



**REPORT OF THE
NCAA BOARD OF GOVERNORS
MAY 8, 2024, VIDEOCONFERENCE**

## _ACTION ITEMS_.

- None.

## _INFORMATIONAL ITEMS_.

1.  **Welcome and announcements.** NCAA Board of Governors chair, President Linda Livingstone, convened the videoconference at approximately 2:30 p.m. Eastern time and welcomed the Governors.  President Livingstone also introduced Josh Whitman and welcomed him to his first meeting.

2.  **Privileged, confidential discussion.**  NCAA general counsel facilitated a privileged and confidential discussion regarding several matters of ongoing litigation.

3.  **NCAA Transgender Student-Athlete Participation Policy.** The board discussed the NCAA Transgender Student-Athlete Participation Policy.

    It was VOTED
    "That the Board of Governors approve the continuation of Phase Two of the NCAA Transgender Student-Athlete Participation Policy until further notice." **Approved**

4.  **Other business.**  The board did not have other business.

5.  **Future meetings.** The board reviewed its future meeting dates through 2025.

6.  **Adjournment.** The videoconference was adjourned at approximately 3:50 p.m. Eastern time.

| NCAA Board of Governors<br>May 8, 2024, Videoconference |
| --- |
| **Attendees:** |
| Javaune Adams-Gaston, Norfolk State University. |
| Charlie Baker, NCAA. |
| Bryce Choate, Graduated Division I student-athlete. |
| Houston Davis, Central Arkansas University. |
| Mary-Beth Cooper, Springfield College. |
| Beth DeBauche, Ohio Valley Conference. |
| Allison Feaster, Boston Celtics/Vice President of Team Operations and Organizational Growth. |
| Colleen Perry Keith, Goldey-Beacom College. |
| Linda Livingstone, Baylor University. |

Report of the NCAA Board of Governors
  May 8, 2024, Videoconference
Page No. 2
_____

| |
|---|
| Madeleine McKenna, Graduated Division II student-athlete. |
| Jere Morehead, University of Georgia. |
| Roberta Page, Slippery Rock University of Pennsylvania. |
| Isaiah Swann, Graduated Division III student-athlete. |
| Lawrence Ward, Babson College. |
| Josh Whitman, University of Illinois Urbana-Champaign. |
| **Absentees:** |
| Nadja West, MD, retired United States Army lieutenant general and 44th U.S. Army Surgeon General. |
| **Guests in Attendance:** |
| None. |
| **NCAA Staff Liaisons in Attendance:** |
| Terri Steeb Gronau and Stephanie Quigg. |
| **Other NCAA Staff Members in Attendance:** |
| Scott Bearby, Tim Buckley, Kelly Dodds, Jennifer Fraser, Brian Hainline, Katie Koenig, Kevin Lennon, Felicia Martin, Louise McCleary, Mario Morris, John Parsons and Jared Tidemann. |

NCAA/05_08_24/SLQ:kad