EXHIBIT 17

News from 

# Penn Today

ANNOUNCEMENT

# Penn's Title IX Resolution with the U.S. Department of Education Office for Civil Rights

July 1, 2025

SENT ON BEHALF OF

**J. Larry Jameson, MD, PhD**
President
University of Pennsylvania

To the Penn Community:

Yesterday, Penn and the U.S. Department of Education Office for Civil Rights (OCR) resolved a February 2025 investigation into Penn's compliance with Title IX for women's athletics. This is a complex issue, and I am pleased that we were able to reach a resolution through the standard OCR process for concluding Title IX investigations.

Our commitment to ensuring a respectful and welcoming environment for all of our students is unwavering. At the same time, we must comply with federal requirements, including executive orders, and NCAA eligibility rules, so our teams and student-athletes may engage in competitive intercollegiate sports.

I would like to highlight a few important points and next steps:

The Department of Education OCR investigated the participation of one transgender athlete on the women's swimming team three years ago, during the 2021 – 2022 swim season. At that time, Penn was in compliance with NCAA eligibility rules and Title IX as then interpreted.

Penn has always followed – and continues to follow – Title IX and the applicable policy of the NCAA regarding transgender athletes. NCAA eligibility rules changed in February 2025 with Executive Orders 14168 and 14201 and Penn will continue to adhere to these new rules.

Penn has never maintained a policy of its own regarding the participation of transgender athletes in intercollegiate sports. Nor do we maintain our own policies related to other NCAA rules. We adhere to NCAA and Ivy League rules that are designed to ensure fair and transparent athletic competitions for all schools and participants.

Consistent with the Federal Government's current interpretation of Title IX and current NCAA policies, we have signed a resolution agreement with the Department of Education that includes the following actions:

- Releasing a public statement reaffirming our commitment to fully comply with Title IX in all of our athletic programs and to continuously adapt our practices as Title IX evolves over time. This includes adhering to definitions of sex – with respect to women's athletics – that have been set out through two specific Executive Orders.

- While Penn's policies during the 2021-2022 swim season were in accordance with NCAA eligibility rules at the time, we acknowledge that some student-athletes were disadvantaged by these rules. We recognize this and will apologize to those who experienced a competitive disadvantage or experienced anxiety because of the policies in effect at the time.

- We will review and update the Penn women's swimming records set during that season to indicate who would now hold the records under current eligibility guidelines.

Penn remains committed to fostering a community that is welcoming, inclusive, and open to all students, faculty, and staff. I share this commitment, just as I remain dedicated to preserving and advancing the University's vital and enduring mission. We have now brought to a close an investigation that, if unresolved, could have had significant and lasting implications for the University of Pennsylvania.

SHARE THIS ANNOUNCEMENT

Penn Today brings you the latest highlights and happenings across campus, including faculty, staff, and student profiles, research updates, events coverage, and impact stories.

**Quick links**

For the News Media

Penn Events

Penn in the News

University Announcements

University Communications

University Communications - Staff

**Newsletters**

Whether daily or weekly, get Penn Today delivered straight to your inbox.

SUBSCRIBE

**Contact us**

215.898.8721

upnews@pobox.upenn.edu



Penn Homepage

Disclaimer