IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RILEY GAINES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. <br> 1:24-cv-01109-TRJ |

### ORDER

This matter is before the Court on Plaintiffs' Unopposed Motion to Terminate Pseudonym Plaintiff Protective Order as to Track Athlete A Only. (Doc. 129). On July 12, 2024, the Court granted Plaintiffs' Motion for Leave to Proceed under Pseudonyms for Track Athlete A and Swimmer A (collectively, "Pseudonym Plaintiffs"). (Doc. 71). On September 5, 2024, the Court issued the Pseudonym Plaintiff Protective Order, allowing the Pseudonym Plaintiffs' names to be redacted on the public docket. (Doc. 84).

Track Athlete A now seeks to terminate the provisions of the Pseudonym Plaintiff Protective Order as they apply to her and proceed as a named party without the protections of pseudonym status. (Doc. 129 at 2–3). Track Athlete A has graduated from college and is no longer living or competing within the same community in which she lived at the time she filed her Motion for Leave to Proceed under Pseudonyms and, thus, believes she will not be subject to the same degree of harm previously described if this lawsuit is made public. (*Id.*) In connection with terminating the pseudonymous status of Track Athlete A, Plaintiffs request that: (a) the Court unseal Track Athlete A's declaration filed at docket entries 60-2 and 72-2 and permit the filing of the unredacted

version of that declaration, and (b) the Court unseal Track Athlete A's declaration filed at docket entry 131 and permit the filing of the unredacted version of that declaration. Plaintiffs further request that the Court authorize updating the party information on the public docket to indicate Track Athlete A's name. Plaintiffs request that the Court terminate all protections for Track Athlete A in the Pseudonym Plaintiff Protective Order but leave in place all protections for Swimmer A in the Protective Order.

Upon review and consideration, Plaintiffs' Unopposed Motion to Terminate Pseudonym Plaintiff Protective Order As to Track Athlete A Only (Doc. 129) is **GRANTED**. **IT IS HEREBY ORDERED** that the protections in the Pseudonym Plaintiff Protective Order (Doc. 84) are hereby **TERMINATED** as to Track Athlete A only. Nothing in this Order shall be construed to terminate or modify any protections for Swimmer A in the Pseudonym Plaintiff Protective Order. **IT IS FURTHER ORDERED** that the party information for this case be updated on the public docket to indicate Caroline Hill is the name of Track Athlete A. The Clerk is **DIRECTED** to **UNSEAL** the unredacted declarations filed at docket entries 60-2 and 72-2 as well as the unredacted declaration filed at docket entry 131.

SO ORDERED, this 30th day of July, 2025.

_____
TIFFANY R. JOHNSON
United States District Judge