# Exhibit D



*The* WHITE HOUSE

**Toplines:**

- **On immigration:** President Trump has successfully shut down border crossings with record low attempts in February and reports of illegal immigrants now turning around in Mexico. ICE's arrests of illegals have increased over 600% compared to Biden. Migrant shelters have shut down due to a lack of use.

- **On the economy:** President Trump has secured historic investments (Over $1.7 trillion) and is bringing manufacturing back. He has fulfilled his promise to drill, baby, drill with Energy companies announcing increases in production.

- **Foreign Affairs:** President Trump has restored American strength on the world stage – freeing hostages, killing terrorists, and pushing for peace in Europe.

- **Restoring common sense:** President Trump has delivered on his promise to restore common sense to our nation. The NCAA and other athletic leagues have removed men from women's competition and hospitals around the nation are no longer giving out dangerous "puberty blockers." Furthermore, discriminatory DEI practices no longer have a home in our government.

<u>Border</u>

- Over 20,000 illegal immigrants were <u>arrested by ICE</u> in a single month, a 627% increase in monthly arrests compared to Biden, and nearly as much as the entirety of illegal alien arrests for Biden's entire last year.
- POTUS <u>secured</u> the extradition of 29 Mexican drug cartel bosses to face charges for their crimes in the United States, including one accused of killing a DEA agent. The move <u>comes</u> amid an effort from Mexican officials to avoid the 25% tariffs set to be imposed Tuesday.
- Attempted illegal crossings <u>hit</u> a record low in February, with the number of migrants apprehended falling to 8,300, down 94% from the 140,641 encountered a year prior.
- <u>Declared</u> a national border emergency, allowing DoD to deploy National Guard and active-duty military to secure the southern border.

    - There are <u>thousands of troops at the border already</u>, with more on the way.
- <u>Ended</u> catch and release, ensuring detained illegal migrants won't be released back onto our streets. Executive order will help <u>ensure</u> tragedies like the sexual assault and murder



of 12-year-old Jocelyn Nungaray — who was killed by two illegal migrants released by Biden's DHS pending immigration court hearings — no longer occur.

- Re-established "Remain in Mexico" and restarted the construction of the border wall, preventing illegal migrants from entering the U.S. in the first place.
    - Border wall construction has resumed in California and Texas, adding to the more than 400 miles of border wall built during the prior Trump administration.
- Colombia's President Gustavo Petro swiftly backtracked his refusal to accept deportation flights from the US after President Trump threatened tariffs, with Petro even offering the use of his personal presidential plane for the deportations.
    - Following the trade spat, a poll found Trump is more popular in Colombia than Petro
- Signed the Laken Riley Act into law, ensuring ICE will detain illegal migrants arrested or charged with theft or violence and honoring the legacy of Laken Riley, who was killed by an illegal who had previously been arrested but never detained by ICE.
- In line with POTUS's demands, Venezuela sent its own planes from its national airline Conviasa to return members of the violent prison gang Tren de Aragua back to Venezuela. The repatriation flights were the first deportation to Venezuela performed in nearly a year.
- ICE arrested a slew of illegal migrants arrested for heinous crimes, including Horacio Mejia-Villegas – a Guatemalan national with a history of child rape and assault with a deadly weapon – Chi Cheon Li – a Portuguese national convicted of the sexual exploitation of a minor – and Mongong Kual Maniang Deng – a South Sudanese national convicted of homicide.
- POTUS's immigration policies have been so successful they've caused would-be illegal migrants to return home before even attempting to enter the United States, resulting in a stream of migrants heading southward, according to the Washington Times.
- "A migrant shelter along the pathway to the U.S. in Northern Mexico is reporting that the flow of immigrants has 'enormously decreased,'" according to Fox.
- Implemented a 25% tariff on imports from Canada and Mexico and a 10% additional tariff on imports from China in order to stem the flow of illegal aliens and drugs like fentanyl
    - Fentanyl killed nearly 75,000 Americans in 2023 alone, with Customs and Border Protection apprehending enough fentanyl at our borders to kill more than 4 billion people.
    - Later agreed to a one-month pause on Mexico tariffs after Mexican President Claudia Sheinbaum agreed to deploy 10,000 Mexican soldiers to the border to stem the flow of drugs and illegal aliens.
    - Also agreed to a one-month pause on Canadian tariffs after Canadian Prime Minister Justin Trudeau committed to appoint a Fentanyl Czar, list cartels as



terrorists, ensure 24/7 eyes on the border, put $200 million toward cracking down on organized crime and fentanyl, ensure nearly 10,000 frontline personnel will be working to protect the border and implement its $1.3 billion border plan.

- President of El Salvador Nayib Bukele <u>offered</u> to accept deportees from the US of any nationality, including violent American criminals currently imprisoned in the US.
- <u>Following</u> a meeting with Border Czar Tom Homan, NYC Mayor Eric Adams agreed to issue an executive order to allow ICE officials to operate on Rikers Island and deport migrant criminals.
- Directed ICE to <u>track down</u> unaccompanied minors after more than <u>300,000 children</u> went missing under the Biden administration.
- A "reverse flow" of migrants has continued, with migrants <u>streaming</u> back to South America following the shutdown of the Biden-era CBP One app.
- The Roosevelt Hotel, "once the epicenter of New York City's illegal immigration crisis," will <u>shutter</u> its migrant arrival center following a plummet in the number of so-called asylum seekers entering the US.

## Economy

- <u>Secured</u> $500 billion in private sector investment for the largest AI infrastructure project in history, with Softbank CEO Masayoshi Son, Oracle co-founder Larry Ellison and OpenAI CEO Sam Altman all <u>stating</u> that it would not have been possible if not for President Trump's election victory and leadership.
- The Taiwan Semiconductor Manufacturing Corp (TSMC) is <u>investing</u> $100 billion in chip-manufacturing plants in the U.S. over the next four years.
- <u>Secured</u> $20 billion foreign investment in new US data centers, potentially <u>doubling</u> to $40 billion.
- Nippon Steel <u>agreed</u> to "invest heavily" in US steel and drop its takeover bid.
- Saudi Arabia <u>announced</u> a $600 billion investment in the US during a call with POTUS.
- Stock market <u>surged</u> to record highs following President Trump's election victory, as did Wall Street profits, with JP Morgan posting its highest ever annual profit.
- Robert Simon, CEO of JSW Steel USA, <u>praised</u> President Trump's steel and aluminum tariffs, celebrating them "as a project that will flood the U.S. with jobs as trading partners move their industries to U.S. soil to avoid tariffs."
- Makoto Uchida, the CEO global automaker Nissan, said POTUS's tariffs could <u>push</u> the car manufacturer to move its production from Mexico to the US.
- Implemented 25% tariffs on steel and aluminum imports, helping to <u>protect</u> the more than one million Americans jobs put at risk by a surge in steel imports from Mexico.

*The* WHITE HOUSE

- In February, forecasters from the Federal Reserve Bank of Philadelphia revised their economic growth projections for the first quarter of 2025 up from 1.9% to 2.5%, and their unemployment rate projections for the quarter down from 4.2% to 4.1%.
- Announced a slew of landmark of economic agreements with foreign leaders:
  - Indian Prime Minister Narendra Modi raised target of mutual trade between US and India to $500 billion, more than double the $190 billion in trade between the two countries in 2023.
  - Japan announced plans to open new auto plants in the US, reduce the US-Japan trade deficit, and begin importing "historic" quantities of US liquefied natural gas (LNG) from the long-anticipated "Alaska LNG Project, a strategic initiative aimed at expanding American energy exports to Asia." Japan also agreed to invest in US Steel as part of the $1 trillion investment in the US economy Japan plans to make.
- Mercedes-Benz announced it would localize more production in the United States following POTUS's discussion of a potential tariff on vehicle imports.
- Apple announced it will spend more than $500 billion and hire roughly 20,000 workers in the US over the next four years following POTUS's 10% additional tariff on China. This brought the total US private sector investment secured in the month through 2/25 to $1.6 trillion whereas it took Biden nearly four years to secure just $1 trillion.
- Announced the US will replace the EB-5 program with a new "Gold Card" that allows vetted immigrants to receive a green card in exchange for a $5 million payment to the US government that can be used to reduce the budget deficit.
- Drug maker Eli Lilly announced an investment of $27 billion to build four new manufacturing plants in the US.
- U.S. dockworkers union approved a new 6-year labor contract, averting the port strike crisis seen under Biden.
- "Announced a $1 billion-dollar comprehensive strategy to curb highly pathogenic avian influenza (HPAI), protect the U.S. poultry industry, and lower egg prices."
- The House of Representatives passed "one big, beautiful bill" that included an extension of the 2017 Trump tax cuts as well as a stipulation to get rid of taxes on overtime pay.
- Announced the elimination of the AFFH rule -- a "costly Obama- and Biden-era federal zoning rule" that created "onerous paperwork" and threatened to destroy suburban America.
- The average US rate on a 30-year mortgage fell for a sixth-straight week.
- Energy storage company Clarios announced a $6 billion American manufacturing strategy.
- Honda announced it would produce its next-generation civic in Indiana rather than Mexico as a result of tariffs.



*The* WHITE HOUSE

<u>Lowering the Cost of Living</u>

- <u>Signed</u> an executive order on Day 1 ordering the heads of all executive departments and agencies to "deliver emergency price relief … to the American people and increase the prosperity of the American worker."
- <u>Established</u> the Energy Dominance Council to increase the utilization of the US's extensive energy resources, thereby enabling the US to lower energy prices.
- Crude oil prices have <u>fallen</u> over 5% since President Trump took office.
- DOE postponed burdensome Biden-era efficiency standard rules for the following appliances, saving American consumers large sums:
  - Central Air Conditioners
    - Biden rules were slated to <u>make</u> ACs $1,100 more expensive, according to Alliance for Consumers.
  - Gas Instantaneous Water Heaters
    - Biden rules were slated to <u>make</u> water heaters $2,800 more expensive
  - Clothes Washers and Dryers
  - General Service Lamps (light bulbs)
  - Walk-In Coolers and Freezers
  - Commercial Refrigeration Equipment
  - Air Compressors
- The total cost of federal regulations in 2023 was a record-breaking $2.1 trillion, or $15,788 per US household, according to the Competitive Enterprise Institute. By <u>requiring</u> agencies identify at least 10 existing rules, regulations or guidance documents be repealed for every one rule they promulgate, POTUS has put the US on track to severely reduce regulatory costs for everyday Americans.
  - National Associations of Manufacturers <u>found</u> the cost of federal regulations was even greater at $3.079 trillion in 2022.
- Secretary Duffy's very first action at DOT was to initiate rulemaking that reset Corporate Average Fuel Economy (CAFE) standards. This eliminates the electric vehicle mandate.
  - NBER economist Mark R. Jacobsen "<u>estimates</u> that a one-mpg increase in CAFE standards costs consumers of all income levels approximately 0.5% of their income in the first year of the increase. By the 10th year following the increase, however, this cost becomes regressive, as the increase drives up the price of used cars. A one-mpg increase in CAFE standards costs consumers earning less than $25,000 per year 1.12% of their income, but only costs consumers earning more than $75,000 per year 0.41% of their income."

<u>FEMA / Disaster Response</u>



*The* WHITE HOUSE

- [Revitalized](#) FEMA effort to rebuild areas of western North Carolina that were ravaged by Hurricane Helene:
  - "Well, I noticed that FEMA... like before, you would get the runaround when you would get on the phone. You would call to try to find out if your extension was granted on your vouchers. And literally, they couldn't tell you anything. But now, we've been extended through March 7th. They're amazing now to work with … In the beginning, it [aid from the state and federal government] was hardly existent. And now, it seems to be getting better, and I thank Trump for that." – Hurricane Helene victim Kevin Halford, who lost his home in the storm, told Full Measure News.
- [Overrode](#) environmental red tape limiting water availability in California following the state's water system's role in allowing the devastating wildfires to proliferate.
- [Traveled](#) to North Carolina to visit with the victims of Hurricane Helene and promised to overhaul FEMA following instances of the agency [prioritizing](#) social justice and aid to [illegal migrants](#) over protecting Americans from natural disasters.
- [Secured](#) major federal funding for Kentucky following severe storms and flooding in the Bluegrass state.
- [Announced](#) $2.5 million in additional disaster funding for Americans impacted by recent hurricanes and storms.

## Energy

- [Declared](#) a national energy emergency on day 1, thereby reducing red tape in the energy permitting process.
  - The US Army Corps of Engineers [cited](#) POTUS's national energy emergency in push to [fast-track](#) permitting process for hundreds of new fossil fuel projects.
- Chevron [announced](#) they "are increasing production 50% between last year and what we will see next year."
- Energy giant BP [announced](#) it would scrap some of its green goals and increase its oil production by between 2.3 million and 2.5 million barrels per day by 2030.
- [Granted](#) approval for a liquefied natural gas export terminal following years of [restrictive](#) LNG regulation under the Biden administration.
- [Unleashed](#) the American energy industry and [reversed](#) course from the Biden administration's platform of increased climate regulation and wasteful green spending by pulling the US out of the Paris Climate Accords, freezing offshore wind farms that were [destroying](#) the livelihoods of American fishermen and moving to scrap Obama Admin EPA claims that greenhouse gases pose a threat to public health.



*The* WHITE HOUSE

- Scrapped Biden's EV mandates that would've effectively forced electric vehicles (EVs) on the American public, requiring roughly half of vehicles sold in the US after 2030 to be EVs or hybrids, despite a lack of consumer demand.
- Paused Biden administration's federal EV charger program, which had built just 8 EV charging stations as of May despite the $7.5 billion earmarked for the program in 2021
- EPA put 168 "environmental justice" employees on leave
- Following POTUS's request, EPA Administrator Zeldin moved to terminate Biden-era environmental water/flow and lightbulb standards.
- Shut down the Biden admin's American Climate Corps (ACC) – a de facto environmental public works program that used taxpayer cash for activities including hiring "garden educators" with a "commitment to social justice and anti-racism."
- Established the Energy Dominance Council to increase the utilization of the US's extensive energy resources, thereby enabling the US to lower energy prices and improve its trading deficits.
- Unbanned offshore drilling on 625 million acres of federal waters.
- Vowed to complete the Constitution Pipeline in New York, which would "open up domestic natural gas flows to a region that has significant supply constraints" and thus lower energy prices for residents of New York and New England.

DOGE

- Terminated 89 contracts worth $881 million at the Department of Education, including a $1.5 million contract to observe mailing and clerical operations at a mail center.
- Cancelled 29 DEI contracts at the Department of Education saving $101 million, including a contract for helping "students understand / interrogate the complex histories involved in oppression, and help students recognize areas of privilege and power on an individual and collective basis."
- The EPA and DOGE uncovered $2 billion set aside for a nonprofit linked to Stacey Abrams.
- The Department of Agriculture cancelled $9 million across 18 contracts, with some of the contracts being for "Central American gender assessment consultant services, Brazilian forest and gender consultants, and "women in forest carbon initiative" mentorships.
- The Department of Education cancelled three DEI training grants, including a contract with an institution that hosted a "Decolonizing the Curriculum" workshop, and saved the Department $15 million.
- Uncovered $182 million worth of HHS contracts meant entirely for administrative expenses, including $168,000 for an Anthony Fauci exhibit at the NIH Museum.
- In one day, $110 million was saved by cancelling 78 contracts across DEI, Non-Performing, Media, and Consulting categories.

*The* WHITE HOUSE

- The General Services Administration repealed 23 directives or policies that promoted a workforce that "represents the diversity of the American public."
- The Social Security Administration is saving more than $1 million by terminating its contract for the "Gender X Initiative Marker" and pulled references to gender ideology.
- Cancelled twelve consulting contracts with the GSA and Department of Education, saving the Federal Government $30 million.
- Cancelled twelve underutilized leases saving $3 million annually.
- Cancelled 36 contracts saving $165 million from six agencies, one of which was a DHS contract for a survey on climate support services.
- Cancelled thirty consulting contracts focused on "Strategic communication" and "executive coaching," saving $26 million.
- Cancelled twenty-two contracts for underutilized building leases, saving the government $44.6 million.
- Cancelled 104 DEI related contracts, saving the government more than $1 billion.
- Cancelled $45 million DEI scholarship in Burma.
- Worked with the Administration and the Department of Interior's Bureau of Reclamation to more than double federal water flowing to southern California.
- Saved US taxpayers $784 million dollars by cancelling a contract to build a new embassy in South Sudan.

DOJ

- Created "weaponization working group" to investigate and root out politically motivated lawfare from the Biden administration's Justice Department.
- Defunded jurisdictions that refuse to cooperate with federal immigration authorities.
- Created an October 7th task force "seeking justice for victims of the attack and addressing the ongoing threat posed by Hamas and its affiliates, both domestically and abroad."
- Ordered DOJ to terminate "ALL remaining 'Biden Era' US Attorneys." In order to "clean house" and "restore confidence."
- Dismissed several Biden-era lawsuits against police and fire departments who used race-neutral mechanisms — such as standard aptitude tests, physical exams, and credit checks — in their hiring processes, the result of which lowered standards and endangered public safety.

DOT

- Secretary Duffy's very first action at DOT was to initiate rulemaking that reset Corporate Average Fuel Economy (CAFE) standards. This eliminates the electric vehicle mandate.

*The* WHITE HOUSE

- USDOT is issuing a record of decision for the Texas GulfLink (TGL) application to own, construct, and operate a deep-water port 30 miles off the coast of Texas. This project will support $1 billion of annual economic growth and create up to a thousand construction jobs and many more permanent jobs in the oil and gas sector
- Secretary Duffy also signed a Deepwater port approval for Delfin LNG earlier this week. Delfin LNG is a brownfield Deepwater Port requiring minimal additional infrastructure investment to support up to four FLNG Vessels producing up to 13.3 million tons of LNG per annum.
- At President Trump's direction, Secretary Duffy issued a Departmental Order that DOT policies, grant-making decisions, loans, and other actions must be based on sound economic analysis, benefits that outweigh costs, pro-economic growth and development priorities, and pro-family objectives.
- We are removing cost of carbon analysis and other climate waste that inflated costs. This order will lower construction costs and speed permitting times.

<u>Meetings with Foreign Leaders</u>
- Israel
  - <u>Hosted</u> Israeli Prime Minister Benjamin Netanyahu on 2/14/2025
    - Proposed a US takeover of Gaza in order to create peace in the Middle East and "create an economic development that will supply unlimited numbers of jobs and housing for the people of the area, do a real job, do something different."
    - Threw cold water on Saudi Arabian claims that the establishment of a Palestinian state was a nonnegotiable for opening ties with Israel.
- Japan
  - President Trump met with Japanese Prime Minister Shigeru Ishiba on 2/7/2025 and announced the following agreements:
    - Japan to <u>double</u> defense spending by 2027 in a bid to combat China.
    - <u>Approval</u> of $1 billion in foreign military sales to Japan.
    - Japan to <u>open</u> new auto plants in the US.
    - An effort to <u>reduce</u> the US-Japan trade deficit.
- Jordan
  - <u>Hosted</u> Abdullah II of Jordan on 2/11/2025, who offered to take in 2,000 Gazan children with cancer and other serious medical issues.
- India
  - Hosted Indian Prime Minister Narendra Modi on 2/13/2025 and announced the following agreements:
    - <u>Set</u> target of $500 billion in mutual trade between the US and India, more than double the $190 billion in trade between the countries in 2023.

*The* WHITE HOUSE

- ▪ Agreed to increase military equipment sales to India "by many billions of dollars starting this year" in a bid to deepen defense ties.
- ▪ Modi stated India was ready to take back verified illegal Indian migrants.
- ▪ Announced the launch of the US-India TRUST initiative to enhance. government-to-government, academia and private sector collaboration on artificial intelligence.
- France
  - o Hosted French President Emmanuel Macron at the White House on 2/24/2025, with Macron remarking that the G7 virtual summit was "perfect" and telling POTUS that Europe needs to "more fairly share the security burden your country has been carrying for so many years."
- Hosted UK Prime Minister Keir Starmer at the White House.
  - o POTUS received an invitation from King Charles III for an unprecedented second state visit to Britain.
  - o United Kingdom committed to raise defense spending to 2.5% of GDP by 2027 following calls from POTUS for European nations to pay their fair share.
  - o Announced plans for future trade agreements.
- Ukraine:
  - o President Trump and Vice President JD Vance stood up for America during an Oval Office visit from Ukrainian President Zelensky. President Trump will not stop till there is peace in Ukraine.

## Executive Orders

- Signed 81 executive orders, thereby keeping key promises made on the campaign trail, including:
  - ▪ Ensuring the federal government only recognizes someone's biological sex, thus protecting women such as Rose Signer, who was allegedly raped by a biological man claiming to be a trans woman at Rikers Island in 2022.
  - ▪ Withdrawing the US from the World Health Organization, which mishandled the COVID-19 pandemic that killed millions and was receiving 90% more funding from the US than China, despite China having a population 300% larger than that of the US.
  - ▪ Ordering federal workers to return to the office five days a week, ending locality scams perpetrated by federal employees in which they claim to be working in areas with higher pay rates while actually living elsewhere, thereby defrauding the American taxpayer.



*The* WHITE HOUSE

- Ending federal government hiring practices that discriminated against applicants on the basis of race, sex and disability, including at the Federal Aviation Administration, where the Biden administration had specifically recruited individuals with "severe intellectual" disabilities and psychiatric issues.

- Lifting last-minute collective bargaining agreements issued by the outgoing Biden administration that sought to impede efforts to reform bureaucratic government agencies and perpetuate costly government telework policies.

- Cracking down on anti-Semitism by canceling visas for foreign students who are Hamas sympathizers and deporting pro-jihadist protestors.

- Creating a sovereign wealth fund to better invest the $5.7 trillion in assets directly held by the US.

- Imposing sanctions on the International Criminal Court (ICC), which illegitimately "asserted jurisdiction over and opened preliminary investigations concerning personnel of the United States," and issued "baseless arrest warrants targeting Israeli Prime Minister Benjamin Netanyahu and Former Minister of Defense Yoav Gallant."

- Ordering an examination of all regulations from executive departments and agencies to assess any infringements on Second Amendment rights

- Eliminating the Federal Executive Institute – a training program for government bureaucrats.

- Pausing enforcement of the Foreign Corrupt Practices Act, which overregulated American business practices abroad, thereby threatening US national security.

- Implementing a 25% global tariff on steel and aluminum imports, protecting the American steel and aluminum industries from unfair foreign competition.

- Issuing DOGE "workforce optimization initiative" instructing DOGE and federal agencies to "undertake plans for large-scale reductions in force," with an edict for agencies to not hire more than one employee for every four that leave their post.

- Establishing the "Make America Healthy Again" Commission to fight chronic disease and improve American health outcomes.

- Blocking federal money for schools and universities with Covid vaccine mandates.

- Moving to dramatically reduce in vitro fertilization (IVF) costs.

- Imposing radical transparency requirements on government agencies.



- Establishing oversight functions to supervise independent agencies and their actions.
- Moving to further reduce the size and scope of the federal bureaucracy, shrinking the Presidio Trust, the Inter-American Foundation, the US African Development Foundation and the US Institute of Peace to the maximum extent consistent with applicable law.
- Directing federal departments and agencies to "identify all federally funded programs currently providing financial benefits to illegal aliens and take corrective action," ensure "that federal funds to states and localities will not be used to support 'sanctuary' policies or assist illegal immigration," and improve "eligibility verification to prevent benefits from going to individuals unlawfully present in the United States."
- Curbing Chinese investment in critical industries such as technology, farmland and ports, thereby bolstering US economic and national security.
- Permitting the imposition of tariffs on foreign governments in response to "one-sided, anti-competitive" trade policies, including in response to digital service taxes that "foreign government officials openly admit are designed to plunder American companies."
- Protecting America's great copper industry.
- Making the prices of medical services more transparent, unlocking huge healthcare savings opportunities for everyday Americans.
- Increased transparency and accountability requirements for government payments and travel expenses.
- Designating English as the official language of the US.
- Facilitating the immediate expansion of American timber production.
- Launching an investigation to address the national security threat posed by US dependence on foreign timber.

## Confirmations

- All 19 of the cabinet nominees the Senate has voted on have been confirmed, including Defense Secretary Pete Hegseth, Secretary of State Marco Rubio, CIA Director John Ratcliffe, EPA Administrator Lee Zeldin, Treasury Secretary Scott Bessent, Homeland Security Secretary Kristi Noem, Transportation Secretary Sean Duffy, Interior Secretary Doug Burgum, Energy Secretary Chris Wright, Veterans Affairs Secretary Doug Collins, Housing and Urban Development Secretary Scott Turner, Attorney General Pam Bondi, Office of Management and Budget Director Russell Vought and Director of National Intelligence Tulsi Gabbard, Agriculture Secretary Brooke Rollins, Health and Human

*The* WHITE HOUSE

Services Secretary Robert F. Kennedy Jr., Commerce Secretary Howard Lutnick, SBA Administrator Kelly Loeffler, and Trade Representative Jamieson Greer.

  o Biden had just ten cabinet officials confirmed as of Feb. 27., according to a 2021 Washington Post tracker.

- Senate confirmed Kash Patel as Director of the Federal Bureau of Investigation, thereby ending the weaponization of the FBI and ushering in a new era of "let[ting] good cops be cops."
- Senate confirmed Daniel Driscoll as the next secretary of the Army, with Driscoll even receiving 16 votes of approval from Democratic lawmakers.

DEI / Wokeness

- Ended the "demeaning, unfair, and dangerous" practice of men participating in women's sports, with the NCAA Board of Governors voting to update the Association's participation policy to bar men from women's sports shortly after.

  o The Virginia High School League also announced a ban on men participating in women's sports following the EO.

- A slew of pediatric hospitals stopped or downsized their sex-change programs for minors following POTUS's "Protecting Children from Chemical and Surgical Mutilation" executive order:

  o Chicago Lurie Children's Hospital paused sex-change surgeries for patients under 19 as it "work[s] to understand the rapidly evolving environment."

  o Denver Health announced it would stop performing sex change surgeries on minor children, while UCHealth said it is ending so-called "gender-affirming care" for all minors.

  o Children's National Hospital has "paused" prescribing puberty blockers and hormone therapies for minors, while Northwest Washington Hospital has done the same.

  o VCU Health and Children's Hospital of Richmond have "suspended" providing transgender-related medication and surgeries for minors, while UVA Health has "suspended" all transgender-related services for minors.

- Fired slew of Kennedy Center board members, including former White House press secretary Karine Jean-Pierre.

  o Kennedy Center had hosted drag-themed show "Dragtastic Dress-up" -- aimed at "LGBTQ+ youth under 18," performances from drag queen Kris Anderson in its "Family Theater," and drag brunches at its rooftop restaurant. The Kennedy Center also gave out multiple DEI-focused awards:

    ▪ The Paula Vogel Award in Playwriting which is "offered for the outstanding student-written play that…explores issues of gender, diversity, and sexual orientation."

The WHITE HOUSE

- ▪ The True Voice Award, announced on International Transgender Day of Visibility, which was "developed to create more space in opera for artists who identify as transgender or nonbinary."
- Disney, which was a bastion of DEI, dropped two of its DEI programs amid backlash
- PBS closed its DEI office to ensure compliance with POTUS's EO
- Top proxy adviser Institutional Shareholder Services announced it would no longer consider the gender, racial or ethnic diversity of US company boards when making its voting recommendations
- Fired the Board of Visitors for the Army, Air Force, Navy and Coast Guard following years of "Woke Leftist Ideologues" infiltrating US service academies.
  - o Heritage: "Professor Lynne Chandler Garcia recently published an op-ed in the Washington Post in which she defended indoctrinating her students on the concepts of critical race theory, or CRT. Normally, this wouldn't raise any eyebrows. A member of the intelligentsia teaching her students a boutique academic theory? Hardly shocking. What did get people's attention was Garcia's place of employment. None other than the U.S. Air Force Academy."
  - o In March, West Point removed its "Duty, Honor, Country" motto from its mission statement.
- Citing "legal developments," Goldman Sachs ended DEI policy stating it would only take companies public if they had two diverse board members.
- US Army barred so-called "transgender" people from enlisting and stopped using taxpayer dollars to provide sex-change surgeries.
- Department of Education cut $600 million in divisive teacher training grants.
- Equal Employment Opportunity Commission (EEOC) filed to drop transgender discrimination cases citing POTUS's executive order "restoring biological truth to the federal government."
- Changed federal contracting rules to eliminate DEI considerations.
- Department of Education's Office for Civil Rights launched a Title IX investigation into the Maine Department of Education "after it was reported that Greely High School, a school under its jurisdiction, is continuing to allow at least one male student to compete in girls' categories."
- Fired more than 100 intelligence officers involved in a transgender sex chat room where employees, many with top security clearances, discussed "'castration, artificial vaginas, [urine] fetishes, sex polycules, and gangbangs' on a government messaging system during work hours."
- Disqualified transgender troops from service without an exemption.
- Wells Fargo ditched its net zero targets as Wall Street continues to abandon ESG efforts.

Hostage Releases

- Freed six American hostages in Venezuela.

*The* WHITE HOUSE

- [Secured](#) the release of US-Israeli citizen Keith Siegel from Hamas captivity.
- [Secured](#) release of Pennsylvania teacher Marc Fogel from Russian captivity. Fogel had been [held](#) in Russia since 2021, with the Biden administration securing the release of Brittney Griner before Fogel, despite Fogel being incarcerated before [Griner](#) for a similar infraction.
- [Secured](#) the release of an American hostage from Belarus.
- Hamas [freed](#) three more Israeli hostages on Feb. 15, after previously saying it would delay the releases. The change in Hamas's stance comes after POTUS [said](#) "all hell is going to break out" if Hamas delayed the hostage releases.
  - The release [included](#) American-Israeli Sagui Dekel-Chen.
- [Secured](#) release of American Kalob Byers from Russian captivity.
- Hamas [freed](#) six Israeli hostages on Feb. 22.

Noncompliance Crackdowns

- DOJ [sued](#) Chicago and the state of Illinois over sanctuary policies.
- DOJ [sued](#) New York state, Gov. Kathy Hochul and New York AG Letitia James over sanctuary policies.
- FCC [launched](#) investigation into Soros-funded radio station KCBS after it leaked ICE raid details.
  - Prior to the 2024 election, Soros [purchased](#) a $400 million stake in 227 US radio stations.
- Department of Education [launched](#) investigations into state athletic associations in Minnesota and California after they stated they would defy POTUS's executive order to keep men out of women's sports.
- FCC [launched](#) probe into NBC-news parent Comcast's promotion of diversity, equity and inclusion programs.
  - "The FCC will be taking fresh action to ensure that every entity the FCC regulates complies with the civil rights protections enshrined in the Communications Act... including by shutting down any programs that promote invidious forms of DEI."
- Attorney General Pam Bondi [warned](#) officials to comply with POTUS's EO barring men from women's sports or face "swift legal action."

Polling

- Confidence among CEOs [jumped](#) to its highest level in three years in Q1 2025, with a majority of CEOs – 60% -- planning to increase wages (in the 3.0%-3.9% range), up from 48%.
- Poll after poll shows a majority of Americans are celebrating President Trump's return to the White House:
  - [Napolitan Institute](#):          +12
  - [Quantus](#):          +9



*The* WHITE HOUSE

- o [Trafalgar](#):           +9
- o [Echelon](#):            +6
- o [Emerson](#):            +6
- o [SurveyUSA](#):          +6
- o [CBS News](#):           +6
- o [Clarity Campaign Labs](#): +5
- o [Rasmussen](#):          +5
- o [Economist/YouGov](#):    +5
- o [Morning Consult](#):     +3

- [Received](#) a historic 52% approval and 43% disapproval (+9) rating in a February Harvard/Harris poll.
- POTUS [received](#) his then-highest ever approval rating (53%), with 70% of respondents saying Trump was keeping his campaign promises per February CBS poll.
    - o 69% of respondents described POTUS as tough, 63% as energetic, 60% as focused and 58% as effective.
    - o 59% of Americans approved of POTUS's program to deport illegal immigrants and 64% approved of sending US troops to the US-Mexico border.
    - o 56% of Americans favor US tariffs on goods from China.
- 48% of likely voters [said](#) the country was on the right track in February – the highest total ever recorded in a Rasmussen poll.
- According to a [YouGov](#) poll released in February:
    - o 63% of Americans trust President Trump on crime
    - o 62% of Americans trust President Trump on the Israeli-Palestinian conflict
    - o 62% of Americans trust President Trump on Immigration
    - o 62% of Americans trust President Trump on the economy
    - o 61% of Americans trust President Trump on foreign policy
    - o 60% of Americans trust President Trump on foreign trade
    - o 59% of Americans trust President Trump on the Ukraine-Russia conflict
    - o 58% of Americans trust President Trump on inflation
- A Daily Mail poll found that President Trump is enjoying [his highest ever approval rating](#), with even 20% of Democrats approving.
    - o 96% among 2024 Trump voters
    - o 92% among Republicans
    - o 53% among all Americans
    - o 57% among males
    - o 49% among females
    - o 51% among 18–29-year-olds
    - o 59% among 30–49-year-olds
    - o 54% among 50-64-year-olds



- o 48% among 65+ year-olds
- o 57% among white Americans
- o 41% among Hispanic Americans
- o 41% among Black Americans
- o 54% among non-graduates
- o 52% among graduates
- o 51% among independents

<u>Leveling the Media Playing Field</u>

- CNN parted ways with "major sleazebag" Jim Acosta on Jan. 28, after 18 years.
- ABC News' "The View" implemented layoffs and was told to tone down its anti-Trump rhetoric.
- MSNBC canceled Joy Reid's "lefty" show after the network's ratings collapsed following POTUS's November election victory.
- NBC's Lester Holt, who once remarked that "fairness is overrated" in journalism, stepped down from anchoring the "NBC Nightly News" after 10 years as the primary anchor.
- Judge Trevor McFadden denied a motion from the Associated Press to restore the corporate media outlet's access to the White House press pool.
- Assumed direct control of the daily press pool in order to ensure the White House press operation "reflects the media habits of the American people," instead of just propping up the legacy media.
- Amazon founder Jeff Bezos changed the Washington Post opinion section to write in "support of two pillars: personal liberties and free markets," with the change resulting in the resignation of editorial page editor David Shipley.
- Following unprecedented levels of White House transparency under DJT, a Thursday Gallup poll revealed trust in the media has fallen to its lowest point in more than five decades.

<u>Other</u>

- Conducted successful airstrikes on ISIS leaders in Somalia; killed senior al-Qaeda affiliate official in Syria.
- Conducted a successful airstrike killing the senior military leader of an Al-Qaeda affiliate in Syria.
- Army recruitment is at a 15-year high.
- President Trump signed an executive order to reinstate service members discharged for not taking the COVID-19 vaccine.
- Directed the US Treasury to stop minting new pennies, which 58% of all likely voters support ceasing the production of, and which cost 3.7 cents to make and distribute.



*The* WHITE HOUSE

- Following a visit from Secretary of State Marco Rubio, Panama's president agreed to withdraw from the Belt and Road Initiative – a Chinese lending program used to derive influence over developing nations via debt-trap diplomacy.
  - Confirmations have occurred at a far faster clip than under the Biden administration, which had just six nominees confirmed as of Feb.4.
- Ordered the Consumer Financial Protection Bureau (CFPB) – an Elizabeth Warren brainchild that funneled cash to left-wing nonprofits – to halt operations.
- Secured the resignations of over 75,000 federal workers – roughly 3.75% of the federal workforce, with Judge George O'Toole permitting the deferred resignation program to roll forward.
- Defunded USAID, thereby ensuring US taxpayer dollars will no longer go to items such as Iraqi Sesame Street ($20 million), sex changes and "LGBT activism" in Guatemala ($2 million) and "oral contraceptives and condoms" in Taliban-controlled Afghanistan ($15 million, per non-public documents reviewed by the Washington Free Beacon).
- Restored maximum pressure on Iran, "sanctioning an international network for facilitating the shipment of millions of barrels of Iranian crude oil worth hundreds of millions of dollars to the People's Republic of China."
- Ordered the termination of all federal media contracts, including with Politico, BBC, E&E (Politico sub) and Bloomberg.
- Began transferring "the worst of the worst" criminal aliens to Guantanamo Bay.
- Ordered a review of federally funded non-governmental organizations (NGO) to "stop funding NGOs that undermine the national interest."
- POTUS became first sitting president to ever attend a Super Bowl and brought back tradition of pre-Super Bowl interviews.
- Signed an executive order rolling back Biden-era push to phase out plastic straws.
- Declared February 9 Gulf of America Day in order for "our great Nation to come together and commemorate this momentous occasion and the renaming of the Gulf of America."
- Resumed repatriation flights to Venezuela
- FBI discovered 2,400 records tied to JFK assassination that were never provided to the board tasked with reviewing and disclosing the documents.
- Virginia high school sports authority banned men from competing in women's sports following EO keeping men out of women's sports.
- Introduced the "Fair and Reciprocal Plan" to counter non-reciprocal trading arrangements with foreign trading partners.
- The IRS moved to lay off thousands of probationary employees following the massive over-expansion of the agency during the Biden administration.
- Judge Randolph Moss ruled to allow DOGE to continue accessing Department of Education student databases.



*The* WHITE HOUSE

- Mexico performed a major meth seizure in the cartel heartland following pressure from POTUS to curb drug trafficking.
- Secretary of State Marco Rubio and Russian Minister Sergey Lavrov agreed to re-establish embassy staffing and establish a Ukraine peace negotiation team.
- Israel agreed to begin negotiations to permanently end the war in Gaza.
- Designated eight Latin American cartels as terrorist groups, including Tren de Aragua, MS-13 and the Sinaloa Cartel.
- Axed New York City's congestion pricing initiative that imposed a $9 toll on passenger cars entering Manhattan's "Congestion Relief Zone" between 5 a.m. and 9 p.m. on weekdays and 9 a.m. and 9 p.m. on weekends.
- CNN data analyst Harry Enten conceded "Donald Trump and the Republicans have re-made the electorate," noting that 6 points more of the electorate identified as Democrats in February 2021, versus February 2025 when 2 points more of the electorate identifies as Republicans.
- Germany's conservative party won the country's national election and ousted Social Democrat Incumbent Chancellor Olaf Schulz.
- Selected Lt. Gen. Dan 'Razin' Caine to be the next chairman of the Joint Chiefs of Staff. Caine's resume includes two tours in Iraq, protecting DC after 9/11, and being one of the commanding generals during POTUS's successful war to eliminate ISIS.
- Gave rousing speech at the Conservative Political Action Conference touting the crackdown on illegal immigration, DOGE and the barring of men from competing in women's sports.
- British Prime Minister Keir Starmer praised POTUS "for changing the 'global conversation' on the war in Ukraine for the better" and committed to raise defense spending to 2.5% of GDP by 2027 following calls from POTUS for European nations to pay their fair share.
- Senate confirmed Daniel Driscoll as the next secretary of the Army, with Driscoll even receiving 16 votes of approval from Democratic lawmakers.
- Announced Ukrainian President Volodymyr Zelenskyy will visit the White House Friday and sign a mineral deal yielding the US billions of dollars in revenue and reducing US reliance on China.
- Surprised the first official White House tour group of the year and was met with cheers and "USA" chants.
- Suspended security clearances for Covington & Burling LLP employees who worked with deranged Jack Smith to weaponize government.
- Report found POTUS "took 1,009 questions in his first month, 7 times more than Biden," and that it only took POTUS three days to eclipse the 141 questions taken by Biden in the time period.

*The* WHITE HOUSE

- Halted multi-million-dollar contract from the Biden administration to create a new COVID-19 vaccine.
- Announced the reversal of the Biden "Concession Agreement" that permitted Chevron to operate in Venezuela under despot Nicolas Maduro.
- Held first cabinet meeting of the administration on 2/26 -- more than a month earlier in the term than the Biden administration held its first (4/1). The meeting began with a prayer and POTUS and cabinet members took ample questions.
- State Department completed a review of foreign funding and identified 15,000 grants worth $60 billion for elimination.
- SCOTUS "granted the Trump administration's request Wednesday to pause a lower court order requiring them to pay an estimated $2 billion in foreign aid."
- Eased rules on military raids and airstrikes, strengthening US counter-terrorism efforts.