UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RILEY GAINES, *et al.*,                )
                                       )
                    Plaintiffs,        )
                                       )   Case No. 1:24-cv-01109-TRJ
           v.                          )
                                       )
NATIONAL COLLEGIATE ATHLETIC           )
ASSOCIATION, *et al.*,                 )
                                       )
                    Defendants.        )

**NATIONAL COLLEGIATE ATHLETIC ASSOCIATION'S MOTION FOR
SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56(c), LR 56.1, N.D. Ga., and other applicable law, Defendant National Collegiate Athletic Association ("the NCAA") hereby moves for summary judgment in its favor on all claims alleged by Plaintiffs in their Second Amended Complaint, (Dkt. 94), which have not already been dismissed, (Dkt. 136). For the reasons set forth in the accompanying Brief and other materials described below, the dispositive and material facts relevant to Plaintiffs' Title IX claims are not in dispute, and the NCAA is entitled to judgment in its favor as a matter of law. The NCAA respectfully requests that the Court grant summary judgment in its favor and dismiss this action with prejudice.

1

In support of its Motion for Summary Judgment, the NCAA relies upon all matters of record and the following materials filed on February 6, 2026, and on this date:

- Brief in Support of Motion for Summary Judgment;

- Statement of Material Facts in Support of Motion for Summary Judgment;

- The Declaration of Abbey Bales with its accompanying Exhibit A;

- The Declaration of April Haverty with its accompanying Exhibit A;

- Transcript of the Deposition of Brian Hainline, taken on December 8, 2025 (Dkt. 145);

- Transcript of the Deposition of Thomas McAllister, taken on December 10, 2025 (Dkt. 147);

- Transcript of the Deposition of Dallas Hack, taken on December 11, 2025 (Dkt. 149);

- Transcript of the Deposition of Alison Brooks, taken on January 5, 2026 (Dkt. 151); and

- Transcript of the Deposition of Datalys Center, taken on January 6, 2026 (Dkt. 152).

Respectfully submitted this 9th day of February 2026.

ALSTON & BIRD LLP

*/s/ Cari K. Dawson*
Cari K. Dawson
Georgia Bar No. 213490
cari.dawson@alston.com
Christopher C. Marquardt
Georgia Bar No. 471150
chris.marquardt@alston.com
John E. Stephenson
Georgia Bar No. 679825
john.stephenson@alston.com

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Phone: (404) 881-7000
Fax: (404) 881-7777


*Counsel for Defendant National Collegiate*
*Athletic Association*

3

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, I hereby certify that the foregoing filing has been prepared in Times New Roman, 14-point font, one of the font and point selections approved by this Court in Local Rule 5.1C.

*/s/ Cari K. Dawson*
Cari K. Dawson

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

This 9th day of February 2026.

*/s/ Cari K. Dawson*
Cari K. Dawson
