# Exhibit A
# to Haverty
# Declaration

## FDP Cost Reimbursement Research Subaward Agreement

| Federal Awarding Agency: | Other [Type in Agency] | US Army Medical Research Acquisition Activity |
|---|---|---|

| Pass-Through Entity (PTE): | Subrecipient: |
|---|---|
| **Trustees of Indiana University** | **The Medical College of Wisconsin** |
| PTE PI: Dr. Thomas McAllister | Sub PI: Dr. Michael McCrea |
| PTE Federal Award No: W81XWH1820047 | Subaward No: IN4386948MCW |

Project Title: Cumulative and persistent intermediate effects of concussion and head impact exposure in CARE Consortium Military Service Academy members and NCAA Athletes

| Subaward Period of Performance (Budget Period): Start: 09/01/2018   End: 08/31/2020 | Amount Funded This Action (USD): $ 3,962,417.00 |
|---|---|
| Estimated Project Period (if incrementally funded): Start:   End: | Incrementally Estimated Total (USD): $ |

### Terms and Conditions

1. PTE hereby awards a cost reimbursable subaward, as described above, to Subrecipient. The Statement of Work and budget for this Subaward are as shown in Attachment 5. In its performance of Subaward work, Subrecipient shall be an independent entity and not an employee or agent of PTE.

2. Subrecipient shall submit invoices not more often than monthly and not less frequently than quarterly for allowable costs incurred. Upon the receipt of proper invoices, the PTE agrees to process payments in accordance with this Subaward and 2 CFR 200.305. All invoices shall be submitted using Subrecipient's standard invoice, but at a minimum shall include current and cumulative costs (including cost sharing), Subaward number, and certification, as required in 2 CFR 200.415 (a). Invoices that do not reference PTE Subaward number shall be returned to Subrecipient. Invoices and questions concerning invoice receipt or payments shall be directed to the party's Financial        Contact, shown in Attachment 3A.

3. A final statement of cumulative costs incurred, including cost sharing, marked "FINAL" must be submitted to PTE's Financial        Contact, as shown in Attachment 3A, not later than **60** days after the Budget Period end date. The final statement of costs shall constitute Subrecipient's final financial report.

4. All payments shall be considered provisional and are subject to adjustment within the total estimated cost in the event such adjustment is necessary as a result of an adverse audit finding against the Subrecipient.

5. Matters concerning the technical performance of this Subaward shall be directed to the appropriate party's Principal Investigator as shown in Attachments 3A and 3B. Technical reports are required as shown in Attachment 4.

6. Matters concerning the request or negotiation of any changes in the terms, conditions, or amounts cited in this Subaward, and any changes requiring prior approval, shall be directed to each party's Principal Investigator Contact, as shown in Attachments 3A and 3B. Any such change made to this Subaward requires the written approval of each party's Authorized Official, as shown in Attachments 3A and 3B.

7. The PTE may issue non-substantive changes to the Period of Performance and budget Bilaterally Unilateral modification shall be considered valid 14 days after receipt unless otherwise indicated by Subrecipient when sent to Subrecipient's Administrative        Contact, as shown in Attachment 3B.

8. Each party shall be responsible for its negligent acts or omissions and the negligent acts or omissions of its employees, officers, or directors, to the extent allowed by law.

9. Either party may terminate this Subaward with 30 days written notice to the appropriate party's Authorized Official Contact, as shown in Attachments 3A and 3B. PTE shall pay Subrecipient for termination costs as allowable under Uniform Guidance, 2 CFR 200, or 45 CFR Part 75 Appendix IX, as applicable.

10. By signing this Subaward, including the attachments hereto which are hereby incorporated by reference, Subrecipient certifies that it will perform the Statement of Work in accordance with the terms and conditions of this Subaward and the applicable terms of the Federal Award, including the appropriate Research Terms and Conditions ("RTCs") of the Federal Awarding Agency, as referenced in Attachment 2. The parties further agree that they intend this Subaward to comply with all applicable laws, regulations and requirements.

| By an Authorized Official of Pass-through Entity: | By an Authorized Official of Subrecipient: |
|---|---|
| *Candice Buck*   10/8/18 | [signature]   10/4/18 |
| Name: Candice Buck   Date | Name: April Haverty, JD   Date |
| Title: Sr. Contract Officer | Title: Director, Grants and Contracts Office |

FDP Sept 2017

**Attorneys' Eyes Only**

MCW000147

<table>
<tr><td></td><td>Subaward Number:</td></tr>
<tr><td>**Attachment 1**<br>**Certifications and Assurances**</td><td>IN4386948MCW</td></tr>
</table>

**Certification Regarding Lobbying (2 CFR 200.450)**
By signing this Subaward, the Subrecipient Authorized Official certifies, to the best of his/her knowledge and belief, that no Federal appropriated funds have been paid or will be paid, by or on behalf of the Subrecipient, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement in accordance with 2 CFR 200.450.

If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or intending to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the Subrecipient shall complete and submit Standard Form -LLL, "Disclosure Form to Report Lobbying," to the PTE.

This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by 31 U.S.C. 1352. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

**Debarment, Suspension, and Other Responsibility Matters (2 CFR 200.213 and 2 CFR 180)**
By signing this Subaward, the Subrecipient Authorized Official certifies, to the best of his/her knowledge and belief that neither the Subrecipient nor its principals are presently debarred, suspended, proposed for debarment, declared ineligible or voluntarily excluded from participation in this transaction by any federal department or agency, in accordance with 2 CFR 200.213 and 2 CFR 180.

**Audit and Access to Records**
Per 2 CFR 200.501- 200.521, Subrecipient certifies that it will provide notice of any adverse findings which impact this Subaward and will provide access to records as required by parts 2 CFR 200.336, 200.337, and 200.201 as applicable. If Subrecipient is not subject to the Single Audit Act, then Subrecipient will provide notice of the completion of any required audits and provide access to such audits upon request.

**Program for Enhancement of Contractor Employee Protections (41 U.S.C 4712)**
Subrecipient is hereby notified that they are required to: inform their employees working on any federal award that they are subject to the whistleblower rights and remedies of the pilot program; inform their employees in writing of employee whistleblower protections under 41 U.S.C §4712 in the predominant native language of the workforce; and include such requirements in any agreement made with a subcontractor or subgrantee.

The Subrecipient shall require that the language of the certifications above in this Attachment 1 be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly.

**Use of Name**
Neither party shall use the other party's name, trademarks, or other logos in any publicity, advertising, or news release without the prior written approval of an authorized representative of that party. The parties agree that each party may use factual information regarding the existence and purpose of the relationship that is the subject of this Subaward for legitimate business purposes, to satisfy any reporting and funding obligations, or as required by applicable law or regulation without written permission from the other party. In any such statement, the relationship of the parties shall be accurately and appropriately described.

**Attorneys' Eyes Only**

| **Attachment 2** <br> **Federal Award Terms and Conditions** | Subaward Number |
|---|---|
| | IN4386948MCW |

## Required Data Elements

The data elements required by Uniform
Guidance are incorporated in the attached Federal Award.

| Federal Award Issue Date | FAIN | CFDA No. |
|---|---|---|
| | | |

**This Subaward Is:**

■ Research & Development    ■ Subject to FFATA

| CFDA Title |
|---|
| |

| Key Personnel Per NOA |
|---|
| |

## General Terms and Conditions

By signing this Subaward, Subrecipient agrees to the following:

1. To abide by the conditions on activities and restrictions on expenditure of federal funds in appropriations acts that are applicable to this Subaward to the extent those restrictions are pertinent. This includes any recent legislation noted on the Federal Awarding Agency's website:

   http://www.usamraa.army.mil/Pages/Resources.aspx

2. 2 CFR 200

3. The Federal Awarding Agency's grants policy guidance, including addenda in effect as of the beginning date of the period of performance or as amended found at:

4. Research Terms and Conditions, including any Federal Awarding Agency's Specific Requirements found at:

   https://www.onr.navy.mil/Contracts-Grants/submit-proposal/grants-proposal/grants-terms-conditions    except for the following :

   a. No-cost extensions require the written approval of the PTE. Any requests for a no-cost extension shall be directed to the Principal Investigator    Contact shown in Attachment 3A, not less than 30 days prior to the desired effective date of the requested change.

   b. Any payment mechanisms and financial reporting requirements described in the applicable Federal Awarding Agency Terms and Conditions and Agency-Specific Requirements are replaced with Terms and Conditions (1) through (4) of this Subaward; and

   c. Any prior approvals are to be sought from the PTE and not the Federal Awarding Agency.

   d. Title to equipment as defined in 2 CFR 200.33 that is purchased or fabricated with research funds or Subrecipient cost sharing funds, as direct costs of the project or program, shall vest in the Subrecipient subject to the conditions specified in 2 CFR 200.313.

   e. Prior approval must be sought for a change in Subrecipient PI or change in Key Personnel (defined as listed on the NOA).

5. Treatment of program income:    Additive

*This section intentionally left blank*

## Special Terms and Conditions:

### Copyrights:

Subrecipient Grants    to PTE an irrevocable, royalty-free, non-transferable, non-exclusive right and license to use, reproduce, make derivative works, display, and perform publicly any copyrights or copyrighted material (including any computer software and its documentation and/or databases) first developed and delivered under this Subaward solely for the purpose of and only to the extent required to meet PTE's obligations to the Federal Government under its PTE Federal Award.

Subrecipient grants to PTE the right to use any written progress reports and deliverables created under this Subaward solely for the purpose of and only to the extent required to meet PTE's obligations to the Federal Government under its Federal Award.

### Data Rights:

Subrecipient grants to PTE the right to use data created in the performance of this Subaward solely for the purpose of and only to the extent required to meet PTE's obligations to the Federal Government under its PTE Federal Award.

### Data Sharing and Access (Check if applicable):

■ Subrecipient agrees to comply with the Federal Awarding Agency's data sharing and access requirements as reflected in the NOA (or in the special terms below) and the Data Management/Sharing Plan submitted to the Federal Awarding Agency and provided upon request.

**Attorneys' Eyes Only**

**Promoting Objectivity in Research (COI):**

Subrecipient must designate herein which entity's Financial Conflicts of Interest policy (COI) will apply: | Subrecipient |

If applying its own COI policy, by execution of this Subaward, Subrecipient certifies that its policy complies with the requirements of the relevant Federal Awarding Agency as identified herein:

Other Sponsor Agency: | US Army Medical Research Acquisition Activity |

Subrecipient shall report any financial conflict of interest to PTE's Administrative Representative or COI contact, as designated on Attachment 3A. Any financial conflicts of interest identified shall, when applicable, subsequently be reported to Federal Awarding Agency. Such report shall be made before expenditure of funds authorized in this Subaward and within 45 days of any subsequently identified COI.

**Work Involving Human or Vertebrate Animals** (Select Applicable Options)

■ Human Subjects        ☐ Vertebrate Animals        ☐ No Human or Vertebrate Animals

Subrecipient agrees that any non-exempt human and/or vertebrate animal research protocol conducted under this Subaward shall be reviewed and approved by its Institutional Review Board (IRB) and/or its Institutional Animal Care and Use Committee (IACUC), as applicable and that it will maintain current and duly approved research protocols for all periods of the Subaward involving human and/or vertebrate animal research. Subrecipient certifies that its IRB and/or IACUC are in full compliance with applicable state and federal laws and regulations. The Subrecipient certifies that any submitted IRB / IACUC approval represents a valid, approved protocol that is entirely consistent with the Project associated with this Subaward. In no event shall Subrecipient invoice or be reimbursed for any human or vertebrate animals related expenses incurred in a period where any applicable IRB / IACUC approval is not properly in place.

*The PTE requires verification of IRB and/or IACUC approval be sent to the Administrative Contact    as follows:*

IRB

| Upon Request |

---

**Human Subjects Data** (Select One)    | Human subjects data will not be addressed in this agreement |

This section left intentionally blank

---

**Additional Terms**

---

**Attorneys' Eyes Only**                                                                                                MCW000150

| **Attachment 3A**<br>Pass-Through Entity (PTE) Contacts | Subaward Number:<br>IN4386948MCW |
| --- | --- |

## PTE Information

**Entity Name:** Trustees of Indiana University

**Legal Address:**
Office of Research Administration
Lockefiled 2232, 980 Indiana Ave
Indianapolis, IN 46202-2915

**Website:** http://www.researchadmin.iu.edu/

## PTE Contacts

**Central Email:** spon2@iupui.edu

**Principal Investigator Name:** Dr. Thomas McAllister

**Email:** twmcalli@iupui.edu    **Telephone Number:** (317) 963-7314

**Administrative Contact Name:** Research Contracting

**Email:** spon2@iupui.edu    **Telephone Number:** 317-278-3473

**COI Contact email (if different to above):** iupuicoi@iupui.edu

**Financial Contact Name:** Accounts Payable, Indiana University

**Email:** fmsaphlp@indiana.edu    **Telephone Number:** 812-855-4004

**Email invoices?** ◉ Yes  ◯ No    **Invoice email (if different):** invoice@indiana.edu

**Authorized Official Name:** Steven Allen Martin, Associate Vice President for Research Administration

**Email:** rugs@indiana.edu    **Telephone Number:** 812-855-0516

**PI Address:**
Methodist GH 4800
Indianapolis, IN 46202

**Administrative Address:**
Office of Research Administration
Lockefield 2232, 980 Indiana Ave
Indianapolis, IN 46202-2915

**Invoice Address:**
Accounts Payable, Indiana University
400 E 7th Street, Room 021
Bloomington, IN 47405-3003

**Attorneys' Eyes Only**    MCW000151

## Attachment 3B

### Subrecipient Contacts

**Subaward Number:**

IN4386948MCW

## Subrecipient Information for FFATA reporting

Entity's DUNS Name: The Medical College of Wisconsin, Inc.

EIN No.: 1390806261A3

Institution Type: Private Institution of Higher Education

DUNS: 937639060

Currently registered in SAM.gov: (●) Yes ( ) No

Exempt from reporting executive compensation: (●) Yes ( ) No *(if no, complete 3Bpg2)*

Parent DUNS:

*This section for U.S. Entities:*    Zip Code Look-up

Congressional District: WI-005    Zip Code+4:

Place of Performance Address

8701 Watertown Plank Road
Milwaukee, WI 53226

## Subrecipient Contacts

Central Email: aor@mcw.edu

Website:

Principal Investigator Name: Dr. Michael McCrea

Email: mmccrea@mcw.edu    Telephone Number: 414-955-7302

Administrative Contact Name: Lindsay Larscheidt, JD, MBA

Email: llarscheidt@mcw.edu    Telephone Number: 414-955-4452

Financial Contact Name: Katherine Thompson

Email: kmthompson@mcw.edu    Telephone Number: 414-955-8426

Invoice/Payment Email: incoming_ap@mcw.edu

Authorized Official Name: Ann B. Nattinger, MD, MPH, MACP

Email: aor@mcw.edu    Telephone Number: 414-955-8563

**Legal Address:**

8701 Watertown Plank Road
Milwaukee, WI 53226

**Administrative Address:**

8701 Watertown Plank Road
Milwaukee, WI 53226

**Payment Address:**

8701 Watertown Plank Road
Milwaukee, WI 53226

FDP 3B.1 SEPT 2017

**Attorneys' Eyes Only**

MCW000152

<table>
<tr><td rowspan="2"><h1>Attachment 3B-2</h1> <strong>Highest Compensated Officers</strong> </td><td>Subaward Number:</td></tr>
<tr><td>IN4386948MCW</td></tr>
</table>

## Subrecipient:

Institution Name: The Medical College of Wisconsin

PI Name: Dr. Michael McCrea

## Highest Compensated Officers

The names and total compensation of the five most highly compensated officers of the entity(ies) must be listed if the entity in the preceding fiscal year received 80 percent or more of its annual gross revenues in Federal awards; and $25,000,000 or more in annual gross revenues from Federal awards; and the public does not have access to this information about the compensation of the senior executives of the entity through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986. See FFATA § 2(b)(1)   Internal Revenue Code of 1986.

Officer 1 Name:

Officer 1 Compensation:

Officer 2 Name:

Officer 2 Compensation:

Officer 3 Name:

Officer 3 Compensation:

Officer 4 Name:

Officer 4 Compensation:

Officer 5 Name:

Officer 5 Compensation:

**Attorneys' Eyes Only**

Subaward Number:

| Attachment 4 |
| :---: |
| **Reporting and Prior Approval Terms** |

IN4386948MCW

Subrecipient agrees to submit the following reports (PTE contacts are identified in Attachment 3A):

### Technical Reports:

☐ Monthly technical/progress reports will be submitted to the PTE's Administrative Contact    within 15    days of of the end of the month.

☐ Quarterly technical/progress reports will be submitted within 30 days after the end of each project quarter to the PTE's Administrative Contact

☐ Annual technical / progress reports will be submitted within 60    days prior to the end of each budget period to the PTE's Administrative Contact    . Such report shall also include a detailed budget for the next Budget Period, updated other support for key personnel, certification of appropriate education in the conduct of human subject research of any new key personnel, and annual IRB or IACUC approval, if applicable.

☑ A Final technical/progress report will be submitted to the PTE's Principal Investigator    within 60    days of the end of the Project Period or after termination of this award, whichever comes first.

☑ Technical/progress reports on the project as may be required by PTE's Principal Investigator    in order for the PTE to satisfy its reporting obligations to the Federal Awarding Agency.

### Prior Approvals:

Carryover:

Carryover is automatic

### Other Reports:

☑ In accordance with 37 CFR 401.14, Subrecipient agrees to notify PTE's Principal Investigator    60 days after Subrecipient's inventor discloses invention(s) in writing to Subrecipient's personnel responsible for patent matters. The Subrecipient will submit a final invention report using Federal Awarding Agency specific forms to the PTE's Authorized Official    within 60 days of the end of the Project Period to be included as part of the PTE's final invention report to the Federal Awarding Agency.

A negative report is required: Yes

☐ Property Inventory Report (only when required by Federal Awarding Agency), specific requirements below.

### Other Special Reporting Requirements:

Indiana University will issue a Purchase Order upon full execution of this subaward agreement. All invoices must reference the Purchase Order number and the Subaward number. Any Purchase Order issued under this Agreement is intended solely to facilitate payment. The terms and conditions of this Agreement supersede any and all terms and conditions of the Purchase Order.

Invoices should be sent via email to: invoice@indiana.edu

Or mailed to:
 Indiana University
 IU Accounts Payable
 400 East 7th Street, Room 021
 Bloomington, IN 47405-3003

**Attorneys' Eyes Only**

| Attachment 5 | Subaward Number: |
|---|---|
| **Attachment 5**<br>Statement of Work, Cost Sharing, Indirects & Budget | IN4386948MCW |

## Statement of Work

◯ Below  ⦿ Attached, [ 1 ] pages

If award is FFATA eligible and SOW exceeds 4000 characters, include a *Subrecipient Federal Award Project Description*

## Budget Information

| Indirect Information Indirect Cost Rate (IDC) Applied | 26 | % | Cost Sharing | No |
|---|---|---|---|---|
| Rate Type: | Modified Total Direct Costs | | If Yes, include Amount: $ | |

### Budget Details

◯ Below  ⦿ Attached, [ 1 ] pages

### Budget Totals

Direct Costs  $ 3,544,442.00

Indirect Costs  $ 417,975.00

Total Costs  $ 3,962,417.00

*All amounts are in United States Dollars*

Attorneys' Eyes Only

**THE NCAA-DOD GRAND ALLIANCE**
**Cumulative and persistent intermediate effects of concussion and head impact exposure in CARE**
**Consortium Military Service Academy members and NCAA Athletes**

**Statement of Work**

The proposed two-year study led by the Indiana University School of Medicine, Medical College of Wisconsin, and University of Michigan marks what is considered to be the most comprehensive investigation of sport-related concussion (SRC) ever conducted. This study will allow scientists to better understand the true natural history of concussion in athletes, and investigate the correlation between multi-dimensional predictor and outcome variables associated with SRC from a fully neurobiopsychosocial perspective in a common injured sample and single study design. The specific tasks and respective timelines to ensure successful execution of this project are as follows:

**Pre-Award Tasks**. Upon notification of award, we will begin work on the following tasks in preparation for the study's official start.
Task 1: Finalize protocol and informed consent documents and submit for local IRB review
Task 2: Send IRB application to University of Michigan for review and approval.
Task 3: Forward local IRB approved documentation to the University of Michigan.
Task 4: Assist the University of Michigan in obtaining HRPO approval for the local protocol.
Task 5: Establish sound, efficient systems for project fiscal management and internal program evaluation.

**Study Preparation**. The following tasks will be completed after the official start date of the study but prior to actual human data collection.
Task 6: Recruit and fill all study research staff positions.
Task 7: Finalize operational plan for all aspects of the clinical study; develop efficient plan for recruitment, enrollment, and implementation.

**Investigational Tasks**. The following tasks will be completed over the course of the two-year data collection period.
Task 8: Conduct baseline, exit testing and post-injury protocol data collection.
Task 9: Attend annual investigator meetings to review progress, interim data analysis, need for course correction, operational plan for remainder of study period. (Yrs. 1 & 2)
Task 10: Complete required progress reports with sponsor and other authorities.

**Attorneys' Eyes Only**

# DOD-MCW

| | | Current Salary | % effort | $ salary | % effort | $ salary | TOTALS |
|---|---|---|---|---|---|---|---|
| Project Begin Date: | 09/01/18 | | | | | | |
| Project End Date: | 08/31/20 | | | | | | |
| Number of years: | 2 | | | YEAR 1 | | YEAR 2 | |

## PERSONNEL: SALARIES

| Name | Title | Current Salary | % effort | $ salary | % effort | $ salary | TOTALS |
|---|---|---|---|---|---|---|---|
| McCrea | PI | 433,862 | 30% | 130,159 | 30% | 134,063 | 264,222 |
| Nelson | Faculty (CLIN) | 105,535 | 10% | 10,553 | 10% | 10,870 | 21,423 |
| Meier | Faculty (MRI/BIOGEN) | 111,904 | 10% | 11,190 | 10% | 11,526 | 22,716 |
| Stemper | Faculty (HIM) | 97,608 | 10% | 9,761 | 10% | 10,054 | 19,815 |
| Budde | Faculty (MRI) | 149,205 | 5% | 7,460 | 5% | 7,684 | 15,144 |
| Muftuler | Faculty (MRI) | 157,556 | 5% | 7,878 | 5% | 8,114 | 15,992 |
| Koch | Faculty (MRI) | 210,344 | 10% | 21,034 | 10% | 21,665 | 42,699 |
| Nencka | Faculty (MRI) | 134,994 | 10% | 13,499 | 10% | 13,904 | 27,403 |
| Yang | Faculty (MRI) | 171,079 | 5% | 8,554 | 5% | 8,811 | 17,365 |
| Koschnitzke | CRC | 60,819 | 95% | 57,778 | 95% | 59,511 | 117,289 |
| Hill | Program Manager | 90,081 | 15% | 13,512 | 15% | 13,918 | 27,430 |
| TBN | Programmer Analyst | 82,337 | 25% | 20,584 | 25% | 21,202 | 41,786 |
| TBN | Research Scientist | 60,000 | 40% | 24,000 | 40% | 24,720 | 48,720 |
| Lab Tech III (.25 FTE) x3 | Lab Techs | 28,755 | 25% | 7,189 | 25% | 7,405 | 14,594 |
| Lab Tech III (.25 FTE) x3 | Lab Techs | 28,755 | 25% | 7,189 | 25% | 7,405 | 14,594 |
| Lab Tech III (.25 FTE) x3 | Lab Techs | 28,755 | 25% | 7,189 | 25% | 7,405 | 14,594 |
| TBN | Research Tech FIRBR Lead | 40,071 | 20% | 8,014 | 20% | 8,255 | 16,269 |
| TBN | Research Tech MRI Lead | 38,572 | 15% | 5,786 | 15% | 5,959 | 11,745 |
| Shah | Engineer | 67,614 | 50% | 33,807 | 50% | 34,821 | 68,628 |
| TBN | Research Tech (HIM Lead) | 39,817 | 35% | 13,936 | 35% | 14,354 | 28,290 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | 419,072 | | 431,646 | 850,718 |

## PERSONNEL: FRINGE BENEFITS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 14.70% | | 32,352 | | 33,324 | 65,676 |
| *Fringe Benefits* | | 29.50% | | 58,701 | | 60,460 | 119,161 |
| | | | | 91,053 | | 93,784 | 184,837 |

## EQUIPMENT

| | | | | - | | - | - |
|---|---|---|---|---|---|---|---|

## TRAVEL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Investigator Meeting Travel | | | | 15,600 | | 15,600 | 31,200 |
| IPR Travel | | | | 1,500 | | 1,500 | 3,000 |
| ARC Core Meeting | | | | 26,000 | | 26,000 | 52,000 |
| ARC Site Visits | | | | 15,600 | | 15,600 | 31,200 |
| **Total Travel** | | | | **58,700** | | **58,700** | **117,400** |

## MATERIALS AND SUPPLIES

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Project Supplies | | | | 1,425 | | 1,116 | 2,541 |
| Data Storage/Analysis | | | | 44,000 | | 41,500 | 85,500 |
| HITS Sideline Response System | | | | | | | - |
| MX Encoder For Revolution FLEX | | | | 135,000 | | 135,000 | 270,000 |
| NIMH Rechargable Battery Pack | | | | 9,360 | | 9,360 | 18,720 |
| HITS Configured Speed Overliners | | | | 1,440 | | 1,440 | 2,880 |
| | | | | 191,225 | | 188,416 | 379,641 |

## OTHER EXPENSES

| | | | | - | | - | - |
|---|---|---|---|---|---|---|---|

## SUBCONTRACTS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Geneva | | Direct Costs | | 785,499 | | 804,261 | **1,589,760** |
| | | Indirect Costs | | 155,528 | | 159,244 | **314,772** |
| | | Total Costs | | 941,027 | | 963,505 | **1,904,532** |
| UCSF | | Direct Costs | | 29,064 | | 31,433 | **60,497** |
| | | Indirect Costs | | 7,396 | | 8,008 | **15,404** |
| | | Total Costs | | 36,460 | | 39,441 | **75,901** |

**Attorneys' Eyes Only**

MCW000157

| MRN | | | | |
|---|---|---|---|---|
| Direct Costs | | 12,355 | 12,575 | 24,930 |
| Indirect Costs | | 3,213 | 3,270 | 6,483 |
| Total Costs | | 15,568 | 15,845 | 31,413 |
| SUBCONTRACTS SUBTOTAL | | 993,055 | 1,018,791 | 2,011,846 |
| SUBCONTRACTS MTDC SUBTOTAL | 3 | 65,568 | 9,432 | 75,000 |
| SUBCONTRACT EXCLUSION SUBTOTAL | | 927,487 | 1,009,359 | 1,936,846 |
| **TOTALS** | | | | **TOTAL** |
| TOTAL DIRECT COSTS | | 1,753,105 | 1,791,337 | 3,544,442 |
| MODIFIED TOTAL DIRECT COSTS *(less subcontracts >$25,000)* | | 825,618 | 781,978 | 1,607,596 |
| INDIRECT COSTS | | 214,661 | 203,314 | 417,975 |
| TOTAL REQUESTED | | 1,967,766 | 1,994,651 | 3,962,417 |

**Attorneys' Eyes Only**

MCW000158

Subaward Number:
IN4386948MCW

---

## Attachment 6

### Notice of Award (NOA) and any additional documents

---

◉   The following pages include the NOA and if applicable any additional documentation referenced throughout this Subaward.

○   Not incorporating the NOA or any additional documentation to this Subaward.

**Attorneys' Eyes Only**

MCW000159

| **AWARD/CONTRACT** | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | | RATING | PAGE 1 | OF PAGES 18 |
|---|---|---|---|---|---|

| 2. CONTRACT *(Proc. Inst. Ident.)* NO. W81XWH1820047 | 3. EFFECTIVE DATE 01 Sep 2018 | 4. REQUISITION/PURCHASE REQUEST/PROJECT NO. 0011171092-0001 |
|---|---|---|

| 5. ISSUED BY | CODE W81XWH | 6. ADMINISTERED BY *(if other than Item 5)* | CODE |
|---|---|---|---|
| USA MED RESEARCH ACQ ACTIVITY 820 CHANDLER ST FORT DETRICK MD 21702-5014 | | **See Item 5** | |

**7. NAME AND ADDRESS OF CONTRACTOR** *(No., street, city, county, state and zip code)*
TRUSTEES OF INDIANA UNIVERSITY
INDIANA UNIVERSITY IUPUI
980 INDIANA AVE RM 2232
INDIANAPOLIS IN 46202-5130

**8. DELIVERY**
[ ] FOB ORIGIN    [ X ] OTHER *(See below)*

**9. DISCOUNT FOR PROMPT PAYMENT**
Net 30 Days

**10. SUBMIT INVOICES** 1
*(4 copies unless otherwise specified)*
TO THE ADDRESS SHOWN IN:    ITEM

CODE 434D9    FACILITY CODE

| 11. SHIP TO/MARK FOR | CODE W91ZSQ | 12. PAYMENT WILL BE MADE BY | CODE HQ0490 |
|---|---|---|---|
| FORT DETRICK - CDMRP FORT DETRICK - CDMRP 1120 FORT DETRICK FREDERICK MD 21702 | | DEFENSE FINANCE AND ACCOUNTING SERVICE DFAS-INDY VP GFEBS 8899 E 56TH STREET INDIANAPOLIS IN 46249-3800 | |

**13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:**
[  ] 10 U.S.C. 2304(c)(   )  [   ] 41 U.S.C. 253(c)(   )

**14. ACCOUNTING AND APPROPRIATION DATA**
**See Schedule**

| 15A. ITEM NO. | 15B. SUPPLIES/ SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |
| | | | | 15G. TOTAL AMOUNT OF CONTRACT | **$9,992,700.00** |

**16. TABLE OF CONTENTS**

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | **PART I - THE SCHEDULE** | | | | **PART II - CONTRACT CLAUSES** | |
| X | A | SOLICITATION/ CONTRACT FORM | 1 | | I | CONTRACT CLAUSES | |
| | B | SUPPLIES OR SERVICES AND PRICES/ COSTS | | | | **PART III – LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH.** | |
| | C | DESCRIPTION/ SPECS./ WORK STATEMENT | | | J | LIST OF ATTACHMENTS | |
| | D | PACKAGING AND MARKING | | | | **PART IV - REPRESENTATIONS AND INSTRUCTIONS** | |
| | E | INSPECTION AND ACCEPTANCE | | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| | F | DELIVERIES OR PERFORMANCE | | | | | |
| | G | CONTRACT ADMINISTRATION DATA | | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| | H | SPECIAL CONTRACT REQUIREMENTS | | | M | EVALUATION FACTORS FOR AWARD | |

CONTRACTING OFFICER WILL COMPLETE ITEM 17 (SEALED-BID OR NEGOTIATED PROCUREMENT) OR 18 (SEALED-BID PROCUREMENT) AS APPLICABLE

| 17. [  ] CONTRACTOR'S NEGOTIATED AGREEMENT  Contractor is required to sign this document and return ___ copies to issuing office.)  Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.) | 18. [ X ] SEALED-BID AWARD  (Contractor is not required to sign this document.)  Your bid on Solicitation Number _____  REF: See Sec. 00800  including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the terms listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your bid, and (b) this award/contract. No further contractual document is necessary. (Block 18 should be checked only when awarding a sealed-bid contract.) |
|---|---|
| 19A. NAME AND TITLE OF SIGNER *(Type or print)* | 20A. NAME OF CONTRACTING OFFICER  ELENA G. HOWELL / GRANTS OFFICER  TEL: 301-619-6871    EMAIL: elena.g.howell.civ@mail.mil |
| 19B. NAME OF CONTRACTOR  BY _____ *(Signature of person authorized to sign)* | 19C. DATE SIGNED | 20B. UNITED STATES OF AMERICA  BY *Elena A Howell* *(Signature of Contracting Officer)* | 20C. DATE SIGNED  24-Aug-2018 |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

STANDARD FORM 26 (REV. 5/2011)
Prescribed by GSA – FAR (48 CFR) 53.214(a)

**Attorneys' Eyes Only**

**MCW000160**

Section 00010 - Solicitation Contract Form

| ITEM NO 0001 | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT $9,992,700.00 |
|---|---|---|---|---|---|
| | BA170608 COST Award Mechanism: FY18-FY22 Joint Program Committee 6/ Combat Casualty Care Research Program – Psychological Health and Traumatic Brain Injury-Medical Research Award Sponsoring Agency:  Office of the Assistant Secretary of Defense for Health Affairs, through the Combat Casualty Care Research Program, endorsed by the Department of Defense | | | | |
| | FOB: Destination PSC CD: AN91 | | | | |
| | | | | ESTIMATED COST | $9,992,700.00 |

| ITEM NO 000101 | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT $0.00 |
|---|---|---|---|---|---|
| | BA170608 PH/TBI 6.2 COST BA170608 PH/TBI 6.2 PURCHASE REQUEST NUMBER: 0011171092-0001 | | | | |
| | | | | ESTIMATED COST | $0.00 |
| | ACRN AA CIN: GFEBS001117109200001 | | | | $7,030,000.00 |

| ITEM NO 000102 | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT $0.00 |
|---|---|---|---|---|---|
| | BA170608 GDF 6.3 COST BA170608 GDF 6.3 PURCHASE REQUEST NUMBER: 0011171092-0001 | | | | |
| | | | | ESTIMATED COST | $0.00 |
| | ACRN AB CIN: GFEBS001117109200002 | | | | $2,962,700.00 |

**Attorneys' Eyes Only**

**MCW000161**

## DELIVERY INFORMATION

| CLIN | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | DODAAC / CAGE |
|------|---------------|----------|-----------------|---------------|
| 0001 | POP 01-SEP-2018 TO 31-AUG-2020 | N/A | FORT DETRICK - CDMRP<br>FORT DETRICK - CDMRP<br>1120 FORT DETRICK<br>FREDERICK MD 21702<br>FOB: Destination | W91ZSQ |
| 000101 | N/A | N/A | N/A | N/A |
| 000102 | N/A | N/A | N/A | N/A |

**Attorneys' Eyes Only**

Section 00800 - Special Contract Requirements

## ACCOUNTING AND APPROPRIATION DATA

AA: 0972017201801300001831O335352410     R.0025341.2.18     6100.9000021001
COST CODE: A7444
AMOUNT: $7,030,000.00

AB: 0972017201801300001 8N10337373410     R.0023389.4.32     6100.9000021001
COST CODE: A7444
AMOUNT: $2,962,700.00

| ACRN | CLIN/SLIN | CIN | AMOUNT |
|------|-----------|-----|--------|
| AA | 000101 | GFEBS001117109200001 | $7,030,000.00 |
| AB | 000102 | GFEBS001117109200002 | $2,962,700.00 |

CLAUSES INCORPORATED BY FULL TEXT

**U.S. ARMY MEDICAL RESEARCH ACQUISITION ACTIVITY
AWARD SPECIFIC RESEARCH TERMS AND CONDITIONS
WITH INSTITUTIONS OF HIGHER EDUCATION, HOSPITALS, AND NON-PROFIT
ORGANIZATIONS**

**DIVISION I – AWARD COVER PAGES**

A. **Award Information**
   1. **Department of Defense Awarding Office:** USAMRAA
   2. **Award number/Project title:** W81XWH1820047/Cumulative and persistent intermediate effects of concussion and head impact exposure in CARE Consortium Military Service Academy members and NCAA Athletes
   3. **Type of Award:** Cooperative Agreement
   4. **Type of Award Action:** New
   5. **i. Brief description of project or program:**

*Background*: To address mutual concerns about the effects of mild TBI/concussion, the U.S. Department of Defense and the NCAA collaborated to form the Grand Alliance and the Concussion Assessment Research and Education (CARE) Consortium in 2014. CARE is the largest, multi-site study of the natural history of concussion in both sexes, multiple sports and military service academy cadets. Beyond the acute effects of concussion, there are growing concerns that repetitive concussions and/or cumulative head impact exposure, through activities such as military training or contact sports, may be associated with increased risk of long-term neurologic health problems.

*Objective/Hypothesis*: This project will answer three critical questions related to the intermediate-term effects of concussion and/or repetitive head impact exposure in MSA cadets and NCAA student-athletes: (1) Are there *cumulative* effects (i.e., alterations over a service academy/collegiate career) on neurological health and brain structure and/or function? (2) Are there *persistent* effects on participant reported outcomes (**PROs**) of neurologic health and specific military relevant outcomes (**MROs**) among cadets? (3) Are there genomic and/or proteomic factors that modulate outcomes?

**Attorneys' Eyes Only**

MCW000163

*Specific Aims*:

**AIM 1: Cumulative Effects on Neurological Health.** *Characterize the intermediate-term cumulative effects of concussion and/or repetitive head impact exposure during a MSA cadet/NCAA student-athlete career on changes in neurologic health in the domains of cognition, psychological health and life function at the end of the collegiate career.*

**AIM 2: Cumulative Neurobiological Effects.** *Characterize the intermediate-term cumulative effects of concussions and/or repetitive head impact exposure during a MSA cadet/NCAA student-athlete career on changes in brain structure, functio and neurobiology using advanced neuroimaging and proteomic biomarkers at the end of the collegiate career.*

**AIM 3: Persistent Effects on Neurological Health.** *Characterize the persistent effects of concussions and/or repetitive head impact exposure on cognition, neurological and psychological health, and life function up to four years following a MSA/collegiate career.*

**AIM 4: Proteomic and Genomic Profiles of Risk.** *Characterize genomic and proteomic profiles that predict the intermediate-term cumulative and persistent effects of concussion and/or repetitive head impacts in MSA cadets/NCAA student-athletes.*

Study Design: To achieve our aims, a three-tiered strategy will be employed.

- *Acute Post-Injury Characterization*: Incoming athlete and non-athlete MSA cadets, and NCAA student-athletes at the 30 existing CARE sites will be enrolled using current CARE baseline measures. All concussed participants will be evaluated at five post-injury time points.
- *Cumulative Effects of Concussion and Exposure Over MSA/NCAA Career*: MSA cadets/NCAA student-athletes graduating from participating CARE sites will complete an "Exit Assessment" prior to departing their institution. The assessment will evaluate various domains of neurological health, brain structure and function, proteomics and genetic status to evaluate function at the end of a MSA or collegiate career.
- *Persistent Effects of Concussion and Exposure Beyond MSA/NCAA Career*: Participants who graduated previously during CARE (2014-2017) or graduate during the proposed period of performance (2018-2019) will complete an array of post-graduation measures of neurological health through a customized online portal up to four years after graduation.

*Relevance*: Through a continued military-civilian partnership between the DoD and NCAA, this proposal provides a unique opportunity to characterize the intermediate cumulative and persistent effects of concussion and/or repetitive head impacts. The study will inform and advance the evaluation and care of individuals with concussion, and extend cutting edge translational research aligned directly with the DoD's priorities to develop evidence-based approaches to improving the health and welfare of our military service members affected by TBI.

### ii. Funding Overview

|   |   | Federal funds | Cost Sharing | Total amount |
|---|---|---|---|---|
| a. | Obligated or deobligated this action | $9,992,700 | $0 | $9,992,700 |
| b. | Cumulative obligations to date, including this and previous actions | $9,992,700 | $0 | $9,992,700 |
| c. | Planned project costs in the currently approved budget through the end of the period of performance, to include any future incremental funding obligations | $9,992,700 | $0 | $9,992,700 |
| d. | Total value, which includes any unexercised options for which amounts were established in the award | $9,992,700 | $0 | $9,992,700 |

**Attorneys' Eyes Only**

MCW000164

6. **Obligation/Effective Date:** See SF-26, Block 20c.
7. **Period of performance:** 1 September 2018 – 31 August 2020
8. **Authorities:** This award is made under the authority of 10 U.S.C. 2358.
9. **Catalog of Federal Domestic Assistance Number:** 12.420-Military Medical Research and Development
10. **Project Performance Information:**
    i.  This award is for research and development. Construction activities under this award are not authorized. (Reference Department of the Army Pamphlet 420-11, dated 18 March 2010, for the definition of construction activities.)
    ii.  Statement of Work and Budget: The revised Statement of Work (SOW), dated 12 June 2018, and the revised budget, dated 30 July 2018, for your application submitted in response to the Fiscal Year 2018 DoD Broad Agency Announcement for Extramural Medical Research (Funding Opportunity Announcement Number W81XWH18SBAA1, which closes 30 September 2022) are incorporated herein by reference. You may rebudget allowable costs in accordance with applicable cost principles and in accordance with the prior approval requirements as stated in this award. Additional terms and conditions applicable to this award are in Division II and Division III.
    iii.  The following terms and conditions are incorporated herein by reference:
        a.  Division III - USAMRAA Addendum to the DoD R&D General Terms and Conditions available at http://www.usamraa.army.mil/Pages/Resources.aspx.
        b.  The DoD R&D General Terms and Conditions (July 2018), available at http://www.onr.navy.mil/Contracts-Grants/submit-proposal/grants-proposal/grants-terms-conditions.aspx.
    iv.  These USAMRAA Award Specific Research Terms and Conditions are in addition to the terms and conditions incorporated above. Any inconsistencies in the requirements of this award will be resolved in the following order:
        a.  Federal statutes
        b.  Federal regulations
        c.  2 CFR part 200 with amendments, as modified and supplemented by DoD's interim implementation found in 2 CFR part 1103
        d.  Division II - USAMRAA Award Specific Research Terms and Conditions
        e.  Division III – USAMRAA Addendum to the DoD R&D General Terms and Conditions
        f.  DoD R&D General Terms and Conditions (July 2018)

    v.  **Grants Administration Office**

        Grants Specialist: Robert T. Doan
        Phone: 301-619-2159
        Email: robert.t.doan4.civ@mail.mil
        Assistance Agreement Branch Email: usarmy.detrick.medcom-usamraa.mbx.aa4@mail.mil

    vi.  **Grants Officer's Representative**

        Congressionally Directed Medical Research Program Office
        Phone: 301-619-7071
        Email: usarmy.detrick.medcom-cdmrp.mbx.cdmrp-reporting@mail.mil

B.  **Recipient Information**
    1.  **Unique Entity Identifier:** 603007902
    2.  **Recipient Business Name and Address:**    Trustees of Indiana University
                                                   980 Indiana Ave, Rm # 2232
                                                   Indianapolis, IN  46202-5130

    3.  **Name and Title of Authorized Representative:** Mr. Steven Allen Martin, Ass. VP for Research Admin

**Attorneys' Eyes Only**

     a.   Phone: 317-278-3473
     b.   Email: spon2@iupui.edu

4. **Principal Investigator and Organization:** Dr. Thomas McAllister
     a.   Phone: 317-963-7228
     b.   Email: twmcalli@iupui.edu

5. **Recipient's Indirect Cost Rate at the Start of the Performance Period:**

26.0%, Predetermined, MTDC, 7/1/15 – 6/30/19
Negotiating Agency: DHHS

C. **Additional Information:**
1. **Award Modification:** The only method by which the award may be modified is by a formal, written modification signed by the USAMRAA Grants Officer. No other communications, whether oral or in writing, are valid to change the terms and conditions of this award. Awards will not be modified to provide additional funds for such purposes as reimbursement for unrecovered indirect costs resulting from the establishment of final negotiated rates or for increases in salaries, fringe benefits, changes in exchange rates, or other costs.
2. **Expiration of Funds**: Funds obligated on this award are available for use for a limited period based on the fiscal year (FY) of the funds. That time is considered when establishing your period of performance. **This award is funded with FY17 funds in the amount of $9,992,700 (CLIN 000101/02) which will expire for use on September 30, 2023**. You must monitor the established milestones, timelines, expenditures and invoicing to make sure the project is on schedule and that you voucher promptly. If you have not submitted a final SF270 and been paid before the expiration date of these funds, any excess funds will be deobligated from the award at that time.


## DIVISION II – AWARD SPECIFIC RESEARCH TERMS AND CONDITIONS

**Cooperative Agreement**

In addition to DoD's normal stewardship (i.e., site visits, program reviews, performance reporting, and financial reporting activities), DoD will have the following substantial involvement:

a. Involvement of the Military Service Academies (MSA(s))
b. Executive Committee with DOD Personnel
c. Scientific Advisory Board with DOD Personnel
d. In-Progress Review(s)
e. Active-duty Military Personnel as USUHS Co-PI

The dominant role and prime responsibility resides with you for the project as a whole. The following USAMRMC laboratory(s) or other DoD participant(s) are anticipated to have substantial scientific and/or programmatic involvement:

United States Air Force Academy (USAFA)
2304 Cadet Drive
Colorado Springs, CO  80840

United States Military Academy (USMA)
600 Thayer Rd
West Point, NY  10996

United States Naval Academy (USNA)
121 Blake Rd
Annapolis, MD  21402

**Attorneys' Eyes Only**

Walter Reed National Military Medical Center
4494 North Palmer Rd
Bethesda, MD 20889

**Federal Interagency Traumatic Brain Injury Research Informatics System**
This award involves research in the area of traumatic brain injury (TBI). The Department of Defense, in collaboration with the National Institutes of Health, has developed the Federal Interagency Traumatic Brain Injury Research (FITBIR) Informatics System, a central repository and resource for sharing data to promote collaboration, accelerate research, and advance knowledge on the characterization, prevention, diagnosis, and treatment of TBI. FITBIR provides a common platform and standardized format for data collection, retrieval and archiving, while allowing for flexibility in data entry and analysis.
The Principal Investigator is expected to share his/her data via FITBIR in accordance with FITBIR policy and procedures found at https://fitbir.nih.gov/jsp/about/policy.jsp. If the PI feels (s) he cannot submit data to the system, (s) he must coordinate with the GOR.

**Interim (In-Progress) Progress Review**

In addition to quarterly, annual, and final technical progress reports, the PI shall prepare for and participate in at least one Interim Progress Review (IPR) for each year of the project's term of award. Generally, the IPR will last no longer than two days and require no more than two overnight stays. It most likely will be held in the Fort Detrick, Maryland area, but may occur elsewhere in the U.S. The invitation and format for the IPR will be provided by the GOR at least 90 days prior to the scheduled date.

**Payments for Awards that Require Human Use Approval**

This award is comprised of a clinical study or trial that requires Human Use approval from the USAMRMC Office of Research Protection (ORP). Grant vouchers may be submitted for payments for the first 12 months of this award. No grant voucher may be submitted thereafter until you provide a copy of the ORP approval notification to the cognizant Grants Specialist at the email identified in the Division I, 10 v.

**Quarterly Technical Reports**

    a.    For each year of the award, the PI must submit Quarterly Technical Progress Reports covering research results (positive and negative data) over a three month period (quarter). A reporting quarter begins with the start date of the award and restarts annually from that date for the entire period of performance. A Quarterly Technical Progress Report for the fourth quarter each year is not required, as the Annual Technical Report must incorporate all four quarters of progress.

    b.    Quarterly reports are the most immediate and direct contact between the PI and the Grants Officer's Representative (GOR). The reports provide the means for keeping the US Army Medical Research and Materiel Command (USAMRMC) advised of developments and problems as the research effort proceeds. The reports also provide a measure against which funding decisions are made.

    c.    Prepare all Quarterly reports in accordance with the Quarterly Technical Progress Report format, available at http://www.usamraa.army.mil/Pages/Resources.aspx. Each item of the report format must be completed.

    d.    Each report must be submitted electronically, within 30 days after the end of each quarter, to the Grants Specialist and the GOR at the e-mail addresses specified in the front pages of this award. Name your file with your award number, followed by Year X Quarter Y Report (example: W81XWH-18-1-0000 Year 1 Quarter 1 Report.) If you have questions, contact the GOR.

    e.    Special Requirements for Quarterly Technical Reports (must be submitted as an appendix to the quarterly report)

**Attorneys' Eyes Only**

MCW000167

Quad Charts:  The Quad Chart (available on https://www.usamraa.army.mil) must be updated and submitted as an appendix.

**Prior Approval Requirement: Collaborative Research between Military Facilities and Extramural Awardees**

Any changes to the approved Intramural costs and/or funding method requires Grants Officer Approval via modification to the award.

**Special Requirements for Annual/Final Technical Reports**

Special Requirements for Annual/Final Reports (must be submitted as an appendix to the annual/final report)

Quad Charts:  The Quad Chart (available on https://www.usamraa.army.mil) must be updated and submitted as an appendix.

**Subaward Costs**

Subaward Costs-This award contains funds for one or more subawards. The recipient, as the direct and primary recipient of USAMRAA grant funds, is accountable to USAMRAA for the project performance, the appropriate expenditures of grant funds by all parties, and all other obligations of the recipient, as specified in Part 7, Subawards, of the DoD Research General Research Terms and Conditions. In general, the requirements that apply to the recipient, also apply to the subrecipient (s).

**DIVISION III- USAMRAA ADDENDUM TO THE DoD GENERAL TERMS AND CONDITIONS AND USAMRAA PROGRAMMATIC REQUIREMENTS**
**Preamble**
This award incorporates by reference the Department of Defense (DoD) Research and Development Terms and Conditions available at https://www.onr.navy.mil/Contracts-Grants/submit-proposal/grants-proposal/grants-terms-conditions . The USAMRAA Addendum to the DoD R&D General Terms and Conditions provides additional content relevant to USAMRAA awards for sections of specified articles from those general research terms and conditions. **The five asterisks indicate that there is content from the DoD R&D General Research Terms and Conditions within the identified parts and articles that remains unchanged and is not restated in this document. To understand the requirement for a given article, the DoD R&D General Research Terms and Conditions must be read in tandem with this USAMRAA Addendum.** The second portion of this addendum is comprised of the programmatic requirements portion of the general terms and conditions that apply to USAMRAA awards subject to the DoD R&D General Terms and Conditions.

**USAMRAA Addendum to the DoD R&D General Terms and Conditions**

*  *  *  *  *

**Part I: Definitions**

*  *  *  *  *

**Section D. Definitions**

*  *  *  *  *

**43. Intangible Property**

*  *  *  *  *

c. For purposes of USAMRAA awards, software is also considered intangible property.

**Attorneys' Eyes Only**                                                     MCW000168

\*    \*    \*    \*    \*

**Part 2: Financial and Program Management (FMS Articles)**

\*    \*    \*    \*    \*

**FMS Article II. Payments**

\*    \*    \*    \*    \*

**Section C. Electronic Funds Transfer and other payment procedural instructions of information**

\*    \*    \*    \*    \*

**2. Other payment procedural instructions or information**

**a. Request for Payments**

i. Payments. Payments will be made to you upon receipt of a "grant voucher" (used for both grants and cooperative agreements) submitted through the Wide Area Work Flow (WAWF) e-Business Suite in accordance with the Contract Line Item Number (CLIN) structure set forth in this award. The Defense Finance and Accounting Service (DFAS) will generally make payments within 30 calendar days after we receive the request for reimbursement unless we reasonably believe the request is improper.

ii. You must select "advance" or "reimbursement" on the grant voucher in WAWF.

iii. In order to conserve administrative resources for both parties, you are encouraged to voucher no more frequently than monthly. Failure to voucher at least quarterly may raise concerns about research progress and the need for continued funding.

iv. All payments will be made by Electronic Funds Transfer (EFT) to the bank account registered in the System for Award Management (SAM) (available at https://www.sam.gov ). You must maintain the currency about yourself in SAM, including information necessary to facilitate payment via EFT. We cannot be held responsible for any misdirection or loss of payment which occurs as a result of your failure to maintain correct/current EFT information within your SAM registration. Failure to update SAM ensuring active account status will result in nonpayment.

**b. Electronic Payment Instructions**

i. The Wide Area Work Flow (WAWF) e-Business Suite is the required method to electronically process your requests for payments. Once on the WAWF e-Business Suite web site, select the Invoicing, Receipt, Acceptance, and Property Transfer (iRAPT) button to electronically submit "grant vouchers" (used for both grants and cooperative agreements). You must (i) register to use WAWF at https://wawf.eb.mil and (ii) ensure an electronic business point of contact (POC) is designated in the System for Award Management (SAM) site at https://www.sam.gov within ten (10) calendar days prior to requesting a payment for this award. The Award specific Research Terms and Conditions will include additional instructions on how to submit grant vouchers and who to contact for assistance if needed.

ii. Questions concerning specific payments should be directed to the Defense Finance and Accounting Service (DFAS), Indianapolis, at 1-888-332-7366, unless a different office is specified in Division II in your award specific terms and conditions. **You can also access payment and receipt information using the "myInvoice" button in WAWF at** https://wawf.eb.mil. The award number or grant voucher number will be required to inquire about the status of the payment.

**Attorneys' Eyes Only**

MCW000169

iii.    The following codes and information are required to initiate the grant voucher and assure successful flow of WAWF documents.

TYPE OF DOCUMENT:  **Grant Voucher** *(Used for both grants and cooperative agreements)*

CAGE CODE:  **Enter Your Cage Code**

ISSUE BY DODAAC: **W81XWH**

ADMIN BY DODAAC: **W81XWH**

INSPECT BY DODAAC: **W81XWH**

ACCEPT BY DODAAC: **W81XWH**

SHIP TO DODAAC: **W81XWH**

LOCAL PROCESSING OFFICE DODAAC: **Not Applicable**

PAYMENT OFFICE FISCAL STATION CODE: **Unless otherwise specified in Division II in your award specific terms and conditions enter Fiscal Station DODAAC as HQ0490 = DFAS Indianapolis**

EMAIL POINTS OF CONTACT LISTING:
INSPECTOR: **Submit to Assistance Agreement Branch Email identified in the Division I, 10.v.**
ACCEPTOR: **Submit to Assistance Agreement Branch Email identified in the Division I, 10.v.**
RECEIVING OFFICE POC: **Submit to Assistance Agreement Branch Email identified in the Division I, 10.v.**
GRANT ADMINISTRATOR: **Leave Blank**
GRANTS OFFICER: **Leave Blank**
ADDITIONAL CONTACT: **Submit to Assistance Agreement Branch Email identified in the Division I, 10.v.**

\*   \*   \*   \*   \*

**FMS Article IV. Revision of budget and program plans.**

\*   \*   \*   \*   \*

**Section B. Revisions requiring prior approval.**

**1. Non-Construction Activities**

\*   \*   \*   \*   \*

**e. USAMRAA Specific Prior Approval Requirements**
    i.    The transfer (relocation) of the PI and or research project to another entity.
    ii.   Reimbursing a DoD Military Treatment Facility (MTF) for costs incurred if the MTF is involved in the award. Reimbursing these costs is generally prohibited and only approved under unusual and extraordinary circumstances.

\*   \*   \*   \*   \*

**Section C. Pre-award costs, carry forward of unobligated balances, and one-time no-cost extensions.**

**Attorneys' Eyes Only**                                                                                    MCW000170

\*   \*   \*   \*   \*

### 3. No-cost Extension of the Period of Performance

a.   You may initiate one time, without prior approval, a no-cost extension to the expiration date of the award for a period of up to 12 months, as long as the no-cost extension does not involve a change in the approved objectives or scope of the project. You must notify the USAMRAA Grants Officer in writing at least 30 calendar days prior to the expiration date of the award. The notification must state the additional time needed, the reasons for the extension, and the work to be completed during the extension period. You must be current with all financial and technical reporting requirements and be in compliance with all other terms and conditions of the award. This one-time no-cost extension may not be exercised merely for the purpose of using unobligated balances. An official modification to the award document must be issued by the USAMRAA Grants Officer to extend the period of performance.

b.   Reference "Expiration of Funds" in Division I Award Cover Pages to understand the impact of the availability of funds on award extensions.

c.   Collaborating awards (two or more USAMRAA-issued awards completing the same Statement of Work) may have to have identical periods of performance. Each collaborating recipient's business office must contact the Grants Officer assigned to the awards regarding extensions.

d.   Any subsequent no-cost extensions require prior approval from the USAMRAA Grants Officer.

\*   \*   \*   \*   \*

### Part 5. Financial Programmatic, and Property Reporting (REP Article)

### REP Article I. Performance management, monitoring, and reporting.

### Section A. Required reporting form, format, or data elements for interim and final performance reports.

1.   Annual Technical Report

    a.   Annual reports are required and must be prepared in accordance with the Research Performance Progress Report (RPPR). The RPPR is the uniform format for reporting performance progress on Federally-funded research projects and research-related activities. Annual reports must provide a complete summary of the research results (positive or negative) to date in direct alignment to the approved Statement of Work (SOW). The importance of the report to decisions relating to continued support of the research cannot be over-emphasized.

    b.   Special Requirements for Annual Reports-Refer to Division II.

2.   Final Technical Report

    a.   A final report must be prepared in accordance with the RPPR. The report must summarize the entire research effort, citing data in the annual reports and appended publications.

    b.   Special Requirements for Final Reports-Refer to Division II.

3.   Format

Prepare the annual and final reports in accordance with the RPPR format, available at http://www.usamraa.army.mil/Pages/Resources.aspx. Although there is no page limitation for the reports, each report must be of sufficient length to provide a thorough description of the accomplishments with respect to the approved SOW

### Section B. Frequency, reporting periods, and due dates for interim performance reports.

Attorneys' Eyes Only

MCW000171

An annual technical report must be submitted within 30 calendar days of the anniversary date of the award for the preceding 12 month period. If the award period of performance is extended by the USAMRAA Grants Officer, then an annual report must still be submitted within 30 days of the anniversary date of the award.

\* \* \* \* \*

**Section F. Performance Reporting Procedures**

Annual and Final Technical Reports, in electronic format (PDF or Word file only), must be submitted to https://ers.amedd.army.mil.

Additional information is available on the Researcher Resources website, available at https://mrmc.amedd.army.mil/index.cfm?pageid=researcher_resources.technical_reporting

\* \* \* \* \*

**REP Article II. Financial Reporting.**

**Section A. Required reporting form, format, or date elements for interim and final financial reports.**

You must submit financial reports on the Standard Form 425 (SF425) "Federal Financial Report."

**Section B. Interim financial reports; frequency, reporting periods, and due dates.**

The Federal Financial Reporting period end dates fall on the end of the calendar year for annual reports (12/31). You must submit annual reports no later than 90 days after the end of the calendar year.

\* \* \* \* \*

**Section E. Where and how to submit financial reports.**

1.  You must submit all interim SF425 reports electronically through the web site https://www.usamraa.army.mil/Pages/SF425.aspx. The form and instructions can be obtained on this site.

2.  Do not report multiple awards on one report. Each award must be reported separately on its own SF425.

3.  Do not combine multiple SF425s into one submission. Each form must be saved as a separate PDF and submitted individually.

4.  You must submit Final SF425 reports electronically to usarmy.detrick.medcom-usamraa.mbx.closeout@mail.mil

\* \* \* \* \*

**REP Article III. Reporting on Property.**

\* \* \* \* \*

**Section D. Intangible Property.**

\* \* \* \* \*

1. **Inventions developed under this award.**

**Attorneys' Eyes Only**

MCW000172

\*   \*   \*   \*   \*

a.   <u>Patents and Inventions Reporting Requirements</u>

     i.   <u>iEdison and annual reporting</u>. You must electronically file Invention Disclosures and Patent Applications using the Interagency Edison (iEdison) system through the National Institutes of Health (https://s-edison.info.nih.gov/iEdison) within the times specified for reporting.

     ii.   <u>Report of Inventions and Subcontracts</u>. A final DD Form 882 is required and must be submitted electronically within 120 days of end of the term of award. List all inventions made during the term of the award or state "none," as applicable. The award will NOT be closed until you have met all reporting requirements. Submit the final DD882 reports electronically to usarmy.detrick.medcom-usamraa.mbx.closeout@mail.mil

\*   \*   \*   \*   \*

## Part 6: Other Administrative Requirements (OAR Articles)

\*   \*   \*   \*   \*

## OAR Article III Remedies and termination.

\*   \*   \*   \*   \*

## Section B. Remedies for non-compliance.

\*   \*   \*   \*   \*

f.   If you are delinquent on technical reporting requirements for other USAMRAA-sponsored awards, no new awards will be issued to you until all delinquent reports have been submitted.

g.   Failure to submit required Technical Reports or Federal Financial Reports (SF425s) may delay payments or result in nonpayment.

\*   \*   \*   \*   \*

## OAR Article IV. Claims, disputes, and appeals.

## Section A. Definitions

\*   \*   \*   \*   \*

2. Grant Appeal Authority- Lamont G. Kapec Deputy Chief of Staff, Procurement and Head of the Contracting Activity HQDA Office of the Surgeon General and U.S. Army Medical Command, 7700 Arlington Boulevard Falls Church, VA 22042-5140

\*   \*   \*   \*   \*

## OAR Article VI. Closeout

\*   \*   \*   \*   \*

## Section B. Refunds of Unobligated balances.

\*   \*   \*   \*   \*

**Attorneys' Eyes Only**

a) Make check payable to the U.S. Treasury and mail to:
USAMRAA
Attn: MCMR-AAP-C
(Insert Federal Award No. W81XWH-_____)
820 Chandler Street
Fort Detrick, Maryland 21702-5014

\* \* \* \* \*

**Section D. Accounting for Property.**

\* \* \* \* \*

a) **Property Acquired with Award Funds, if applicable** [Reference PROP Article IV of the DoD R&D General Terms and Conditions (September 2017).]

   i. If equipment under this award is exempt property, you must provide a cumulative listing of exempt equipment acquired with award funds. Submit this on your organization's letterhead. Submit to: Assistance Agreement Branch Email identified in the Division I, 10.v.

   ii. If supplies under this award are exempt, you must submit a statement that: (i) there is, or is not, a residual inventory of unused supplies exceeding $5,000 in total aggregate value; and (ii) if there is, state whether or not the unused items will be needed on other Federally sponsored projects or programs. Submit this on your organization's letterhead. Submit to Assistance Agreement Branch Email identified in the Division I, 10.v.

\* \* \* \* \*

**Part 8: National Policy Requirements**

\* \* \* \* \*

**NP Article III. National policy requirements concerning live organisms.**

\* \* \* \* \*

**Section B. Other requirements concerning live organisms**

1. **Research Involving Recombinant DNA Molecules** By signing the award or accepting funds under the award, you assure that all work involving the use of recombinant DNA will be in compliance with guidance provided at https://osp.od.nih.gov/biotechnology/biosafety-and-recombinant-dna-activities/.

2. **Prohibition of Use of Laboratory Animals**

Notwithstanding any other terms and conditions contained in this award or incorporated by reference herein, the recipient is expressly forbidden to use or subcontract for the use of laboratory animals in any manner whatsoever without the express written approval of the USAMRMC, Animal Care and Use Review Office (ACURO). Written authorization to begin research under applicable protocol(s) proposed for this award will be issued in the form of an approval letter from the USAMRMC ACURO to the recipient with a copy to the USAMRAA Grants Officer. Furthermore, modifications to already approved protocols require approval by ACURO prior to implementation. For each fiscal year, the recipient must maintain, and upon request from ACURO, submit animal usage information.

Noncompliance with any of these terms and conditions may result in withholding of funds and/or the termination of the award.

**Attorneys' Eyes Only**

MCW000174

W81XWH1820047

Page 16 of 18

The Animal Care and Use Office requirements can be accessed at
https://mrmc.amedd.army.mil/index.cfm?pageid=research_protections.acuro.

### 3. Prohibition of Use of Human Subjects

Research under this award involving the use of human subjects, to include research involving the secondary use of human biospecimens and/or human data, cannot begin until the USAMRMC's Office of Research Protections (ORP) provides authorization that the research may proceed. The USAMRMC ORP will issue written approval to begin research under separate notification to you. Written approval to proceed from the USAMRMC ORP is also required for any subrecipient that will use funds from this award to conduct research involving human subjects.

The USAMRMC ORP conducts site visits as part of its responsibility for compliance oversight. Accurate and complete study records must be maintained and made available to representatives of the USAMRMC as a part of their responsibility to protect human subjects in research. Research records must be stored in a confidential manner so as to protect the confidentiality of subject information.

The recipient is required to adhere to the following reporting requirements:

Submission of substantive modifications to the protocol, continuing review documentation, and the final report as outlined in the USAMRMC ORP approval memorandum.

Unanticipated problems involving risks to subjects or others, subject deaths related to participation in the research, clinical holds (voluntary or involuntary), and suspension or termination of this research by the IRB, the institution, the Sponsor, or regulatory agencies, must be promptly reported to the USAMRMC ORP.

Change in subject status when a previously enrolled human subject becomes a prisoner must be promptly reported to the USAMRMC ORP HRPO.

The knowledge of any pending compliance inspection/visits by the FDA, ORP, or other government agency concerning this clinical investigation or research, the issuance of Inspection Reports, FDA Form 483, warning letters or actions taken by any Regulatory Agencies, and any instances of serious or continuing noncompliance with regulatory requirements that relate to this clinical investigation or research, must be reported immediately to the USAMRMC ORP.

Non-compliance with these terms and conditions may result in withholding of funds and/or the termination of the award.

DoD requirements for human subjects research, including 32 CFR Part 219, DoD Instruction 3216.02, and USAMRMC ORP Human Research Protection Office submission instructions can be accessed at
https://mrmc.amedd.army.mil/index.cfm?pageid=research_protections.hrpo.

### 4. Prohibition of Use of Human Cadavers

Research, development, testing and evaluation (RDT&E), education or training activities involving human cadaveric specimens under this award shall not begin until approval is granted in accordance with the Army Policy for Use of Human Cadavers for RDT&E, Education, or Training, 20 April 2012
(https://mrmc.amedd.army.mil/index.cfm?pageid=research_protections.overview).

The USAMRMC Office of Research Protections (ORP) is the Action Office (usarmy.detrick.medcom-usamrmc.other.hrpo@mail.mil) for this policy. Approval must be obtained from the USAMRMC ORP. Award recipients must coordinate with the supporting/funding Army organization to ensure that proper approvals are obtained. ORP will issue written approvals to begin under separate notification to the recipient. Written approval to proceed from the USAMRMC ORP is also required for any subrecipient that will use funds from this award to conduct RDT&E, education or training involving human cadaveric specimens.

**Attorneys' Eyes Only**                                                                                    MCW000175

Recipients must promptly report problems related to the conduct of the activity involving cadavers or the procurement, inventory, use, storage, transfer, transportation, and disposition of cadavers to the USAMRMC ORP.

Recipients must maintain complete records of the activity.

The USAMRMC or designees must be permitted to observe the activity upon request and/or audit activity records to ensure compliance with the approved protocol or applicable regulatory requirements.

Non-compliance with these terms and conditions may result in withholding of funds and/or the termination of the award.

### Programmatic Requirements Portion of the General Terms and Conditions

**Publication, Acknowledgement, and Public Release**

a. Publication. You are encouraged to publish results of the research, unless classified, in appropriate media. Submit one copy of each paper to the GOR **simultaneously** with its submission for publication. Forward copies of all publications resulting from the research to the USAMRAA Grants Officer or Grants Specialist as they become available, even though publication may in fact occur subsequent to the termination date of the award. (See Section C of the DoD R&D General Terms and Conditions for the charging of publication costs incurred after the period of performance.)

b. Acknowledgment. You agree that in the release of information relating to this award such release will include the statements below, as applicable. "Information" includes, but is not limited to, news releases, articles, manuscripts, brochures, advertisements, still and motion pictures, speeches, trade association meetings, and symposia.

    i. "The U.S. Army Medical Research Acquisition Activity, 820 Chandler Street, Fort Detrick MD 21702-5014 is the awarding and administering acquisition office" and;

    ii. "This work was supported by the (enter name of sponsoring agency identified in item no.0001), through the (enter program name) under Award No. (enter award number). Opinions, interpretations, conclusions and recommendations are those of the author and are not necessarily endorsed by the (enter Department of Defense or U.S. Army as identified in item no.0001)."

    iii. "In conducting research using animals, the investigator(s) adheres to the laws of the United States and regulations of the Department of Agriculture."

    iv. "In the conduct of research utilizing recombinant DNA, the investigator adhered to NIH Guidelines for research involving recombinant DNA molecules."

    v. "In the conduct of research involving hazardous organisms or toxins, the investigator adhered to the CDC-NIH Guide for Biosafety in Microbiological and Biomedical Laboratories."

c. Public release. Prior to release to the public, you must notify the USAMRAA Grants Officer and the GOR of the following: planned news releases, planned publicity, advertising material concerning project work, and planned presentations to scientific meetings. This provision is not intended to restrict dissemination of research information; the purpose is to inform the USAMRMC of planned public release of information on USAMRMC-funded research in order to adequately respond to inquiries and to be alerted to the possibility of inadvertent release of information.

Failure to include the above statements and adhere to the above regulations, when required, may result in loss of funding and/or termination of this award.

**Attorneys' Eyes Only**

MCW000176

2.  **National Security**

The award is intended for unclassified, publicly releasable research.  You will not be granted access to classified information.  We do not expect that the results of the research project will involve classified information.  If, however, in conducting the activities supported under the award, you or the PI is concerned that any of the research results involve potentially classifiable information that may warrant Government restrictions on the dissemination of the results, you must promptly notify the USAMRAA Grants Officer.

3.  **Use of Non-Federal Personnel**

Some USAMRMC program offices use contractor personnel to assist the GORs with review of technical reports.  All review processes are conducted confidentially.  Contractor personnel are required to sign agreements to protect the confidentiality of the information.  Violations by reviewers that compromise the confidentiality of the reviews may result in suspension or debarment of the individual or contractor from Federal awards.

**Attorneys' Eyes Only**

**MCW000177**

## FDP Cost Reimbursement Research Subaward Agreement
## Amendment (Number [1])

| Pass-Through Entity (PTE) | | Subrecipient |
|---|---|---|
| Trustees of Indiana University | Entity Name | The Medical College of Wisconsin |
| oraresco@iu.edu | Email Address | aor@mcw.edu |
| Dr. Thomas McAllister | Principal Investigator | Dr. Michael McCrea |

Project Title: Cumulative and persistent intermediate effects of concussion and head impact exposure in CARE Consortium Military Service Academy members of NCAA Athletes

| PTE Federal Award No: | Federal Awarding Agency: |
|---|---|
| W81XWH1820047 | Other [type in agency] U.S. ARMY MEDICAL RESEARCH ACQUISITION ACTIVITY |

| Subaward Period of Performance: | | Amount Funded This Action: | Subaward No: |
|---|---|---|---|
| Start Date: September 1, 2018 | End Date: Aug 31, 2021 | $ 0.00 | IN4386948MCW |

| Effective Date of Amendment: | Total Amount of Federal Funds Obligated to Date: | Subject to FFATA: | Automatic Carryover: |
|---|---|---|---|
| Sep 1, 2020 | $ 3,962,417.00 | ● Yes ○ No | ○ Yes ● No |

### Amendment(s) to Original Terms and Conditions
This Amendment revises the above-referenced Research Subaward Agreement as follows:

1. This amendment extends the Period of Performance to August 31, 2021.

DUNS # 937639060

Sub Rec # 7291

*For clarity: all amounts stated in this amendment are in United States Dollars.*

**All other terms and conditions of this Subaward Agreement remain in full force and effect.**

| By an Authorized Official of PTE: | | By an Authorized Official of Subrecipient: | |
|---|---|---|---|
| *Candice Buck* | 10/26/2020 | *A Haverty* (DocuSigned by: 82116735160C4AF...) | 10/19/2020 |
| Name: Candice Buck | Date | Name: April A. Haverty, JD | Date |
| Title: Sr. Contract Officer | | Title: Director, Office of Grants & Contracts | |

FDP Bilateral Mod Sept.2017

**Attorneys' Eyes Only**

**MCW000178**

## FDP Cost Reimbursement Research Subaward Agreement
## Amendment (Number 2 )

| Pass-Through Entity (PTE) | | Subrecipient |
|---|---|---|
| Trustees of Indiana University | Entity Name | The Medical College of Wisconsin, INc. |
| oraresco@iu.edu | Email Address | grantsandcontracts@mcw.edu |
| Dr. Thomas McAllister | Principal Investigator | Dr. Michael McCrea |

Project Title: Cumulative and persistent intermediate effects of concussion and head impact exposure in CARE Consortium Military Service Academy members of NCAA Athletes

| PTE Federal Award No: | Federal Awarding Agency: |
|---|---|
| W81XWH1820047 | Other [type in agency] U.S. ARMY MEDICAL RESEARCH ACQUISITION ACTIVITY |

| Subaward Period of Performance: | | Amount Funded This Action: | Subaward No: |
|---|---|---|---|
| Start Date: September 1, 2018 | End Date: Aug 31, 2021 | $ 0.00 | IN4386948MCW |

| Effective Date of Amendment: | Total Amount of Federal Funds Obligated to Date: | Subject to FFATA: | Automatic Carryover: |
|---|---|---|---|
| Jan 14, 2021 | $ 2,432,352.00 | ● Yes ○ No | ○ Yes ● No |

**Amendment(s) to Original Terms and Conditions**
This Amendment revises the above-referenced Research Subaward Agreement as follows:

1. This amendment decreases funding in the amount of $1,530,065. The new Total Amount of Federal Funds Obligated is $2,432,352.

DUNS # 937639060

Sub Rec # 7291

*For clarity: all amounts stated in this amendment are in United States Dollars.*

**All other terms and conditions of this Subaward Agreement remain in full force and effect.**

| By an Authorized Official of PTE: | | By an Authorized Official of Subrecipient: | |
|---|---|---|---|
| *Candice Buck* | 2/2/2021 | A. Haverty (DocuSigned by) 82116735... | 1/29/2021 |
| Name: Candice Buck | Date | Name: April A. Haverty, JD | Date |
| Title: Sr. Contract Officer | | Title: Director, Grants and Contracts | |

FDP Bilateral Mod Sept.2017

**Attorneys' Eyes Only**                                                                 MCW000179

# FDP Cost Reimbursement Research Subaward Agreement
## Amendment (Number 3 )

| Pass-Through Entity (PTE) | | Subrecipient |
|---|---|---|
| Trustees of Indiana University | Entity Name | The Medical College of Wisconsin, Inc. |
| oraresco@iu.edu | Email Address | grantsandcontracts@mcw.edu |
| Dr. Thomas McAllister | Principal Investigator | Dr. Michael McCrea |

Project Title: Cumulative and persistent intermediate effects of concussion and head impact exposure in CARE Consortium Military Service Academy members of NCAA Athletes

| PTE Federal Award No: | Federal Awarding Agency: |
|---|---|
| W81XWH1820047 | Other [type in agency] U.S. ARMY MEDICAL RESEARCH ACQUISITION ACTIVITY |

| Subaward Period of Performance: | | Amount Funded This Action: | Subaward No: |
|---|---|---|---|
| Start Date: September 1, 2018 | End Date: Aug 31, 2021 | -$ 8,453.00 | IN4386948MCW |

| Effective Date of Amendment: | Total Amount of Federal Funds Obligated to Date: | Subject to FFATA: | Automatic Carryover: |
|---|---|---|---|
| May 6, 2021 | $ 2,423,899.00 | (●) Yes ( ) No | ( ) Yes (●) No |

### Amendment(s) to Original Terms and Conditions
This Amendment revises the above-referenced Research Subaward Agreement as follows:

1. This amendment decreases funding in the amount of $8,453. The new Total Amount of Federal Funds Obligated is $2,423,899.

DUNS # 937639060

Sub Rec # 7291

*For clarity: all amounts stated in this amendment are in United States Dollars.*

**All other terms and conditions of this Subaward Agreement remain in full force and effect.**

| By an Authorized Official of PTE: | | By an Authorized Official of Subrecipient: | |
|---|---|---|---|
| *Candice Buck* | 5/24/2021 | April A. Haverty, MPE, JD | 5/21/2021 |
| Name: Candice Buck | Date | Name: April A. Haverty, MPE, JD | Date |
| Title: Sr. Contract Officer | | Title: Director, Grants and Contracts | |

FDP Bilateral Mod Sept.2017

**Attorneys' Eyes Only**

MCW000180