**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

RILEY GAINES, et al,
Plaintiff(s),

vs.

NATIONAL COLLEGIATE ATHLETIC
et al,
Defendant(s).

CIVIL ACTION FILE

NO. 1:24-cv-01109-TRJ

# **J U D G M E N T**

This action having come before the court, Honorable Tiffany R. Johnson, United States District Judge, for consideration of Defendant's motion for Summary Judgment, and the motion to dismiss and the court having granted said motions, it is

**Ordered and adjudged** that the plaintiff take nothing; that the defendants recover its costs of this action; and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 5th day of October, 2026.

KEVIN P. WEIMER
CLERK OF COURT

By: s/D. Salpeter
Deputy Clerk

Prepared, Filed, and
Entered in the Clerk's Office
October 5, 2026
Kevin P. Weimer
Clerk of Court

By: s/D. Salpeter
Deputy Clerk